# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### DEBTORS' REPLY TO LIBBY CLAIMANTS' OPPOSITION TO MOTION FOR AUTHORIZATION TO SEEK DISCOVERY FROM DR. ALAN C. WHITEHOUSE AND FOR A PROTECTIVE ORDER RELATING TO PRODUCTION OF DOCUMENTS FROM DR. ALAN C. WHITEHOUSE

The Libby Claimants allege that they are entitled to favorable treatment with respect to

the criteria used to assess their non-malignant asbestos disease claims and with respect to the

value that should be assigned to their claims.  The Libby Claimants have even requested that this

Court establish a subcommittee -- funded by the Debtors' estate -- to enable them to pursue their

allegedly unique claims.  Now, the Libby Claimants are using the pending criminal case and an

allegation of undue burden to shield themselves and Dr. Whitehouse from the very discovery that

will either prove or disprove their contention that they have unique claims deserving of distinct

and favorable treatment in this bankruptcy.  It should be noted that the Libby Claimants do not

appear to dispute that Grace is entitled to discovery on this issue; rather, the Libby Claimants

appear to dispute the scope of the discovery and the manner in which the documents should be

produced.  That said, if the Libby Claimants continue to refuse to produce discovery *in a manner*

*that provides the parties an effective means of testing their contentions*, then they should be

estopped from further pursuing their request for distinct treatment in this bankruptcy.[1]

---

[1]    The Libby Claimants contend that Grace has attempted to deceive this Court by representing that it is only seeking that which was produced in the criminal proceeding while attempting to obtain a broader scope of discovery.  Libby Claimants' Opp. at 2-3.  However, Grace specifically detailed the scope of discovery it intends to take in the draft subpoena, which was attached and referenced in Grace's motion.  Grace Discovery Motion at 10.  Grace believes that a broad scope of discovery is appropriate given the importance of the issues being advanced by the Libby Claimants but contends that *at a minimum* it is entitled to the discovery produced in the criminal case.  *Id.* at 8-9.

**A.    Grace Properly Has Sought Authorization to Seek this Discovery from this Court to Avoid Even the Appearance of Attempting to Circumvent the Criminal Case**

The Libby Claimants contend that Grace should have brought this motion before Judge

Molloy in Montana rather than this court in Delaware and suggest that this constitutes an "end

run around" Judge Molloy's orders.  Libby Claimants' Opp. at 5, 7.  This is a baseless allegation

that misstates Grace's clear intention to obtain discovery from Dr. Whitehouse in an open and

transparent process.  Dr. Whitehouse is a resident of Spokane, Washington, and as such, Grace is

entitled under Rule 45 to serve a subpoena on Dr. Whitehouse arising out of the Eastern District

of Washington without obtaining authorization from this Court or Judge Molloy.  Grace,

however, moved for prior authorization from this Court and intends to issue the subpoena out of

the District of Montana, thus giving both this Court *and* Judge Molloy an opportunity to

determine the appropriateness and proper scope of the requested discovery.

**B.    Grace's Requested Discovery is Reasonable in Scope and Seeks Relevant Information**

Based upon representations made by the Libby Claimants in their Opposition and Dr.

Whitehouse's previous affidavits, Grace understands that the following documents are at issue:

(1)  700 medical files of individuals who are currently "Libby Claimants" in this bankruptcy;  (2)

800 medical files of individuals who are not currently claimants but who the Libby Claimants

and Dr. Whitehouse both allege have been screened, treated or diagnosed with "Libby Tremolite

Disease;"  (3)  550 medical files that provide the foundation of a "database" maintained by Dr.

Whitehouse of individuals who allegedly have "Libby Tremolite Disease" and from which 123

medical files of individuals were selected by Dr. Whitehouse for use in his progression study.

2

Grace's positions with respect to the obligations of the Libby Claimants and Dr. Whitehouse to produce discovery concerning these groups of documents is set out below.[2]

### 1. The Medical Records for the 700 Claimants Should Be Produced and Not Redacted

Given that these 700 individuals are claimants against Grace, there is no question that their medical records are discoverable, and the Libby Claimants do not appear to seriously challenge this. Additionally, the 700 Claimants have no right to have their medical records redacted. In Montana, a health care provider may produce medical records pursuant to a court order or subpoena where "the patient is a party to the proceeding and has placed the patient's physical or mental condition in issue." Mont. Code Ann. § 50-16-811(c) (2005). The 700 Claimants fall within this category as all 700 Claimants apparently have claims against Grace alleging personal injury from asbestos exposure, which puts their physical condition at issue. *See* Libby Claimants' Opp. at 11, 18. Any ruling from the criminal court regarding the redaction of non-party testifying witnesses should not preclude the production of these records in unredacted form in a civil proceeding where the 700 Claimants are parties who have put their physical condition at issue. Moreover, counsel for the Libby Claimants has represented that the Libby Claimants have executed signed medical record waivers permitting the use of their medical records in this proceeding. *See* November 15, 2005 Letter from Heberling to Flynn, (attached as Exhibit A). Thus, all of these documents should be produced unredacted.

---

[2]  Notably, the Debtors do not know to what extent the 550 files (encompassing also the 123 files) are subsumed within the larger sets of claimant and non-claimant files. However, the Debtors suspect that all of the 550 files should be included in the combined 700 claimant and 800 non-claimant files.

2.    **The Medical Records for the 800 Non-claimants Should Be
      Produced, but May Be Redacted to Prevent
      Disclosure of Personal Identifying Information**

In support of their contention that they should receive distinct treatment in the

bankruptcy, the Libby Claimants allege that in addition to them, there are an additional "800

patients without counsel" who allegedly have been treated or screened for "Libby Tremolite

Disease." Libby Claimants' Opp. at 18.  Once again though, the Libby Claimants should not be

permitted to continue to make these extraordinary statements in support of their positions unless

they intend to provide discovery to support them and permit evaluation of them by Grace's

experts.  If these additional 800 patients are not claimants against Grace, then Grace agrees that

the records for the 800 non-claimants should be produced in redacted form.  The redactions,

however, should be performed to ensure that only personally identifiable information is redacted

and not relevant medical information.[3]  For example, a patient's name, social security number,

and phone number should be redacted, and each patient should be assigned a patient identifier

number but there should be no redaction of information relevant to a diagnosis of non-malignant

asbestos disease such as an individual's age, year of birth, employment history and medication

history.  When preparing medical records for review by Grace's experts in the criminal

proceeding, the  redaction protocol prepared by Dr. Whitehouse specifically called for the

---

[3]    In their Opposition, the Libby Claimants contend that production of the requested documents would be unduly
burdensome and costly. Libby Claimants' Opp. at 15-20. The Libby Claimants, however, mischaracterize how
the redaction process occurred in the criminal case as part of its contention that it would be unreasonable for the
CARD Clinic to produce the requested documents. Specifically, the Libby Claimants contend that Judge
Molloy ordered production of documents in the criminal case with the understanding that "the government
would finance and supervise the redaction project." Libby Claimants' Opp. at 9. This statement is patently
false. First, the documents produced to Grace by Dr. Whitehouse were redacted not by the government but
rather by the CARD Clinic, where Dr. Whitehouse works, based on protocols drafted by Dr. Whitehouse. *See*
March 17, 2006 Affidavit of Christopher Chiou at ¶ 3 (attached as Exhibit B). Moreover, Grace, *not the
Government*, is the party responsible for paying the cost of redaction. *Id.* at ¶ 4. Moreover, to the extent that
Dr. Whitehouse and the CARD Clinic lack the manpower to redact the medical records, Grace has offered to
pay for independent medical professionals to redact the medical records under the direction of the CARD Clinic
and/or Dr. Whitehouse. *Id.* at ¶ 10. Grace is willing to make similar accommodations to the CARD Clinic and
Dr. Whitehouse to ensure prompt production of the requested documents.

redaction of some of this medically relevant information.[4] *See* Chiou Aff. at ¶ 3. This is clearly

improper and will not provide adequate information to perform an assessment of the Libby

Claimants' contentions.

### 3.   Medical Files Relating to the Whitehouse Progression Study Should Be Produced and Redacted Only if the Individuals Involved are Non-claimants

Despite apparent limitations of the Whitehouse progression study, *see* March 17, 2006

affidavit of Dr. David Weill (attached as Exhibit C) and February 17, 2006 affidavit of Dr.

Alfred Franzblau (attached as Exhibit D), the study provides the sole "scientific" basis for the

Libby Claimants' contention that they have a "unique" asbestos disease. According to the Libby

Claimants and Dr. Whitehouse, his case series examined 123 patients out of a database that

included 550 patients from Libby. Given the importance of this study to the Libby Claimants'

contentions, Grace clearly is entitled to discovery of the documents of the 123 individuals who

were included in the study, and the remaining 427 individuals who were in Dr. Whitehouse's

database, who he says have "Libby Tremolite Disease," but who were not included in his study.

*See, e.g., Burka v. U.S. Dep't Health & Human Servs.*, 87 F.3d 508, 520-21 (D.C. Cir. 1996).

The relevance of these documents cannot seriously be disputed. Indeed, in the criminal case

where discovery is more restricted, the government has agreed, in principle, to provide all 550,

and that production is underway. *See* Chiou Aff. at ¶ 10. If the documents are produced in a

format that is sufficient for adequate review of the Whitehouse study, then Grace consents that

access to these documents, as provided in the criminal case, will be sufficient with respect to this

subset of documents. However, there remain serious disputes about the adequacy of the

---

[4]   The Libby Claimants contend that Grace's motion is "facially inadequate" because Grace has failed to propose a procedure for notifying the 800 non-claimants that "their medical records may be compromised." Libby Claimants' Opp. at 11. Grace does not know the names of the 800 non-claimants, so it is not possible for it to propose a notification plan. If such notification is required by law, then Grace clearly will provide such notification if it is provided with adequate information to do so. Alternatively, the Libby Claimants could provide the proper notification.

production by the government, including critical issues about redaction. *Id.* at ¶ 3. Further,

some of the individuals that comprise the 550 patients forming the database from which the 123

were picked are likely Grace claimants, and thus there is no basis for any redaction of those

individuals' records.[5]

### C.   The Libby Claimants Cannot Shield Dr. Whitehouse From Discovery Based on the Pending Criminal Case

The Libby Claimants argue that the Court is "confronted with the conflict inherent in

providing fair discovery sufficient to allow the defendants adequately to defend their civil case

while at the same time protecting the government's interest and greater evidentiary burden in

prosecuting the criminal case." Libby Claimants' Opp. at 7-8. First, the Libby Claimants note,

correctly, that the scope of civil discovery is broader than the scope of criminal discovery. *Id.*

Next, the Libby Claimants note, also correctly, that under certain circumstances, courts will stay

civil discovery pending the outcome of related criminal proceedings. *Id.* From this, the Libby

Claimants erroneously conclude that a stay of proceedings to protect Dr. Whitehouse is

warranted in the present case even though the government has not requested a stay of the civil

proceedings nor demonstrated any prejudice to their case if the discovery proceeds.

The purpose of staying civil proceedings pending the outcome of related criminal

proceedings is to protect the individual *defendant* who is both a criminal defendant and civil

litigant in related cases. *See, e.g., In re MGL Corp.*, 262 B.R. 324, 329 (Bankr. E.D. Pa. 2001);

*In re Fin. Federated Title & Trust, Inc.*, 252 B.R. 834, 838-39 (Bankr. S.D. Fla. 2000). The

cases cited by the Libby Claimants support this fundamental point. *E.g. SEC v. Dresser Indus.*,

628 F.2d 1368, 1376 (D.C. Cir. 1980) (stay of civil proceedings pending outcome of related

---

[5]   Grace does not know whether these 550 files are a subset of the 700 Libby Claimant files, a subset of the 800 non-claimant files, or a combination thereof. It may be that all 550 files are subsumed within those two sets of files.

criminal proceedings shields the defendant from having to defend his civil case at the expense of his Fifth Amendment right to be free from self-incrimination). In the present case, in which Dr. Whitehouse is neither a criminal defendant nor a civil litigant, there is no authority to stay the civil proceeding because of the pendency of parallel criminal proceedings. Rather, if any party in this civil litigation had a right to request a stay of discovery based on the pendency of the parallel criminal proceedings, that right would belong to Grace itself.[6]

---

[6]    Moreover, to the extent that any litigant other than Grace has a basis for moving to stay the present case, it would be the government rather than the Libby Claimants. In every case cited by the Libby Claimants, the party seeking a stay was either the government or a civil defendant. *See SEC v. Chestman*, 861 F.2d 49 (2d Cir. 1988); *Dresser*, 628 F.2d 1368; *United States v. One 1964 Cadillac Coupe DeVille*, 41 F.R.D. 352 (S.D.N.Y. 1966). The government has neither requested a stay, nor demonstrated a need for one.

Dated:  March 17, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:     (312) 861-2000
Facsimile:      (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara M. Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
Evan C. Zoldan
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:     (202) 879-5000
Facsimile:      (202) 879-5200

PACHULSKI STANG ZIEHL YOUNG JONES &
WEINTRAUB LLP
919 N. Market St.
Laura Davis Jones
James E. O'Neill
919 N. Market St.
17th Floor
Wilmington, DE 19899
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400

# EXHIBIT "A"

*Law Offices of*

## McGarvey, Heberling, Sullivan & McGarvey, P.C.

*Dale R. McGarvey*
*Jon L. Heberling*
*Roger M. Sullivan Jr.*
*Allan M. McGarvey*
*John F. Lacey*

*745 South Main*
*Kalispell, Montana*
*59901-5399*

*Telephone:*
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
*Fax* (406) 752-7124

*Email:* dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

November 15, 2005

BY FAX AND FEDERAL EXPRESS

J. Jay Flynn, MD
Vice President of Medical Affairs
HNA/Triveris
246 Industrial Way West
Eatontown NJ 07724

Dear Dr. Flynn:

By letter of 10/7/05, I delivered to you a list of clients represented by McGarvey, Heberling and Lewis, Slovak. (A copy of that list is attached to this letter for your reference). My firm represents the McGarvey, Heberling clients directly and the Lewis, Slovak clients in the W.R. Grace bankruptcy proceedings, as stated in the responses to the 2019 Order. We have delivered client medical records to Nathan Finch at Caplin, Drysdale, and have medical releases to do so. All of our clients on the attached list have authorized the disclosure of documents relating to their claims and medical treatment, and the disclosure of information otherwise protected by HIPPA, for any and all purposes relating to any claim for compensation from W.R. Grace, including for use in the depositions taken by Caplin, Drysdale of Dr. Flynn, Dr. Sider, and others.

Please call me if you have any questions.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

JON L. HEBERLING

JLH:joh

Enclosures

| FirstName | LastName | A/D | Address | City | State |
|---|---|---|---|---|---|
| Nancy | Adams | A | HC 62 Box 392 | Moyie Springs | ID |
| Thomas | Adkins | A | 2875 NE 36th Drive | Lincoln City | OR |
| Dean | Adkins - PR Ellen A. Adki | D | 3552 Hwy 2 S | Libby | MT |
| Mary | Albert | A | 2106 S Woodland Dr | Kalispell | MT |
| Robert | Albert | A | P.O. Box 2560 | Kalispell | MT |
| Lois | Albert | A | 576 Reese's Court, Trailer D | Libby | MT |
| Thomas | Albert | D | 2106 S Woodland Dr | Kalispell | MT |
| Kenneth | Alkire | A | 81 South Central Road | Libby | MT |
| Mary Beth | Alkire | A | 81 South Central Road | Libby | MT |
| Thomas | Allen | A | P.O. Box 871 | Lakeside | MT |
| James | Allen | A | 13113 Buffalo Trail | Broadview | MT |
| Ernest | Anderson | A | P.O. Box 159 | Libby | MT |
| Duane | Applegate | A | P.O. Box 651 | Libby | MT |
| Lloyd | Arlt | A | 173 Cabinet Heights Road | Libby | MT |
| Edward | Atchley | A | 42 Dolphin Way | Libby | MT |
| Eugene | Auge | A | 1000 Bayhorse Road | Libby | MT |
| Donna | Bache | A | P.O. Box 935 | Libby | MT |
| Frank | Bache | A | 1011 Old Bear Creek Rd | Libby | MT |
| Mike | Badgley | A | 721 13th Street | Havre | MT |
| William | Badgley - PR Linnea Bad | D | 1601 9th Street Apt. 304 | Great Falls | MT |
| Kitty | Baenen | A | 15 Post Street | Libby | MT |
| Louis | Baenen - PR Kitty Baene | D | 15 Post Street | Libby | MT |
| Judith | Baeth | A | 100 Glen Heather Street | Dacono | CO |
| Kenneth | Baeth | A | 2437 Kootenai River Road | Libby | MT |
| Shirley | Baeth | A | 330 Rustic Ave | Libby | MT |
| Louise May | Baeth | A | 2220 31st Avenue | Missoula | MT |
| Darryn | Baker | A | P.O. Box 7533 | Spokane | WA |
| Mildred | Baker | A | P.O. Box 84 | Libby | MT |
| Frances | Baker | A | P.O. Box 7533 | Spokane | WA |
| Benjamin | Baker | A | P.O. Box 84 | Libby | MT |
| Bruce | Baker - PR Frances Bake | D | P.O. Box 7533 | Spokane | WA |
| Irving | Ball | A | 35 Pearl St | Libby | MT |
| Anson | Barnes | A | 595 Eckelberry Dr. | Columbia Falls | MT |
| Robert | Barnes | A | P.O. Box 102 | Libby | MT |
| Jack | Baxham - PR Dixie (Bax | D | 118 West Poplar Street | Libby | MT |
| Robert | Beagle | A | 18 Rainbow Lane | Libby | MT |
| Donald | Benefield | A | 264 Vicks Drive | Libby | MT |
| Gayla | Benefield | A | 245 Cedar Meadow Rd | Libby | MT |
| Barbara | Benefield | A | 264 Vicks Drive | Libby | MT |
| David | Benefield | A | 245 Cedar Meadow Rd | Libby | MT |
| Lois | Bennett | A | 1570 South 4th Street | Dayton | WA |
| Edward | Benoit | A | 2285 Kootenai River Road | Libby | MT |
| Elmer | Billadeau | A | P.O. Box 1343 | Libby | MT |
| Charlotte | Bitterman | A | 451 East Oasis Drive | Ivins | UT |
| Alan | Bitterman | A | 451 East Oasis Drive | Ivins | UT |
| Don | Blaine | A | West 8570 Twin Lakes Rd | Rathdrum | ID |
| Donald | Bland | A | P.O. Box 357 | Libby | MT |
| Fred | Bock | A | P.O. Box 3 | Rexford | MT |
| Darrell | Boggess | A | 177 NE 11th St | Hermiston | OR |
| Frank | Bolles | A | P.O. Box 226 | Rexford | MT |
| Gerald | Bolles | A | 6814 W. Burchwood Avenue | Nine Mile Falls | WA |
| Billy Bob | Boothman | A | 1112 Fish Hatchery Road | Libby | MT |
| Ronnie | Boring | A | 1949 Farm to Market Rd | Libby | MT |

| | | | | | |
|---|---|---|---|---|---|
| Bernard | Bosch | A | 272 Pioneer Road | Libby | MT |
| Larry | Bowker | A | 110 E. Evergreen # 57 | Kalispell | MT |
| Michael | Bowker | A | 2363 Hwy 2 South | Libby | MT |
| Patrick | Boyle - PR to be Lorinda | D | P.O. Box 130316 | Coram | MT |
| Ronald | Bradshaw | A | 1316 Utah Avenue | Libby | MT |
| Leonard | Brakke | A | 2106 Birch Circle | Bellingham | WA |
| Wilma | Brewington | A | 802 East Bancroft Avenue | Coeur d'Alene | ID |
| William | Brewington - Dolores Br | D | 61310 Parrell Road #26 | Bend | OR |
| Helen | Brickey | A | 3505 East Deer Park Milan Ro | Deer Park | WA |
| Dennis | Brooks | A | 440 North Hilltop | Columbia Falls | MT |
| Raymond | Brossman | A | 405 Parmenter Avenue | Libby | MT |
| Doris | Brown | A | 653 Flower Creek Road | Libby | MT |
| Elaine | Brown | A | 910 10th Street West Apt. 12 | Billings | MT |
| Mervin | Bruner | A | P.O. Box 386 | Whitefish | MT |
| Arthur | Bundrock - PR Helen Bu | D | 503 West 3rd | Libby | MT |
| Alan | Burley | A | 93 Mt. Pleasant Estates Rd. | Port Angeles | WA |
| Dan | Burns | A | P.O. Box 286 | Libby | MT |
| Michael | Burns | A | P.O. Box 894 | Libby | MT |
| Eunice | Burrese | A | P.O. Box 396 | Libby | MT |
| Carol | Burriss | A | 827 Greer's Ferry | Libby | MT |
| Sharon | Burton | A | 149 West Valley Acres | Kalispell | MT |
| Dan | Busby | A | 2098 Farm to Market Rd | Libby | MT |
| Larry | Cannon | A | 305 Highwood Drive | Libby | MT |
| Stuart | Cannon | A | 381 Indian Head Rd | Libby | MT |
| Kelly | Cannon | A | P.O. Box 131 | Libby | MT |
| Yoko | Cannon | A | 905 Commerce Way #22 | Libby | MT |
| Maynard | Carlson | A | 814 Michigan Avenue | Libby | MT |
| Randy | Carlson | A | P.O. Box 1002 | Libby | MT |
| Alice | Carolan - PR Sharon Cur | D | P.O. 156 | Libby | MT |
| William | Carr - PR Kelly Carr | D | 1042 Bothwell Circle | Bolingbrook | IL |
| Bruce | Carrier | A | P.O. Box 1093 | Libby | MT |
| Judith | Cartwright | A | 5202 38th Avenue SW | Seattle | WA |
| Edward | Carvey | D | P.O. Box 245 | Eureka | MT |
| Steven | Carvey | A | P.O. Box 672 | Eureka | MT |
| John | Cassidy - PR Darrel Cass | D | 1010 Mineral Avenue | Libby | MT |
| Arthur | Caudill | A | 728 8th St West #5 | Kalispell | MT |
| Gerald | Challinor | A | 2442 Highland Trail | Bull Head | AZ |
| Wendy | Challinor | A | P.O. Box 913 | Lakeside | MT |
| Jim | Challinor - PR Betty Cha | D | P.O. Box 1493 | Libby | MT |
| Keith | Chalmers | A | 416 West Oak Street | Libby | MT |
| Delbert | Chapel | A | Box 615 | Troy | MT |
| George | Chapman | A | 90 Trails End Drive | Kalispell | MT |
| James | Cohenour | A | P.O. Box 677 | Frenchtown | MT |
| Robert | Cohenour - PR Sherry N | D | P.O. Box 304 | Columbia Falls | MT |
| JoAnn | Collier | A | 4119 Farm to Market Rd | Libby | MT |
| Paul | Collier - PR Carletta Coll | D | PMB F10599000 3590 Round | Cincinnati | OH |
| Glen | Collier - PR Glynda Olso | D | 4119 Farm to Market Rd | Libby | MT |
| Linda | Collinson | A | P.O. Box 715 | Libby | MT |
| Charles | Collinson - PR Linda Col | D | P.O. Box 715 | Libby | MT |
| Donald | Cook | A | HC60 Box 413 | Round Mountai | NV |
| William | Cook | A | P.O. Box 525 | Troy | MT |
| Ken | Cook | A | P.O. Box 56 | Rexford | MT |
| Dorothy | Coon | A | P.O. Box 43 | Troy | MT |
| E. "Jim" | Cornwell | A | P.O. Box 47 | Troy | MT |

| | | | | | |
|---|---|---|---|---|---|
| Dean | Crabtree | A | 2051 Kootenai River Rd | Libby | MT |
| Carl | Craig | A | P.O. Box 1248 | Libby | MT |
| Ellnor | Creighton | A | 610 Treasure Avenue #2 | Libby | MT |
| Thomas | Creighton | A | 296 Quartz Road | Libby | MT |
| William | Crill | A | c/o Marguritte Kavapil, P.O. | Libby | MT |
| Arlene | Crispin | A | 1092 Castlegate Lane | Santa Ana | CA |
| Larry | Cummings | A | P.O. Box 32 | Troy | MT |
| Sharon | Curtiss | A | P.O. Box 156 | Libby | MT |
| Kenneth | Daley | A | 5555 E Jacob Waltz | Apache Jct | AZ |
| Richard | Davidson - PR Kay David | D | 149 Airfield Road | Libby | MT |
| Donald | Day | A | 2109 Hanks Street | Lufkin | TX |
| Hazel | Day | A | 2110 West Merlyn Way | Post Falls | ID |
| Mark | Decker | A | P.O. Box 216 | Libby | MT |
| Robert | Dedrick | A | 917 Crotteau Road | Libby | MT |
| Carrie | Dedrick | A | 917 Crotteau Road | Libby | MT |
| Joe | Demski | A | 146 Three Corners Road #17 | Libby | MT |
| Jody | Denning - PR Shannon | D | 46 Crossway Avenue | Libby | MT |
| Daniel | DeShazer | A | 564 Terrace View Rd | Libby | MT |
| Sandra | DeShazer | A | 34 Bowker Rd, Lot 26 | Libby | MT |
| Gerald | DeShazer | A | 34 Bowker Rd, Lot 26 | Libby | MT |
| Margaret | DeShazer - PR Charlene | D | 3387 Kootenai River Rd | Libby | MT |
| Jack | DeShazer - PR Charlene | D | 3387 Kootenai River Rd | Libby | MT |
| Donald | DeShazer - PR Jean DeS | D | 574 Gore Rd | Kalama | WA |
| Lois | Dickerman | A | 8124 West 4th Street, Unit 1 | Rathdrum | ID |
| Alfred | Dickerman - PR Lois Dic | D | 8124 West 4th Street, Unit 1 | Rathdrum | ID |
| Joseph | Downing | A | 2607 North 29th Street | Boise | ID |
| Marjorie | Drury | A | 1221 Montana Avenue | Libby | MT |
| Delano | Drury | A | 1221 Montana Avenue | Libby | MT |
| Bruce | Drury | A | 2113 Hwy 2 W, A13 | Libby | MT |
| Darrel | Dusek | A | 785 Farm to Market Rd | Libby | MT |
| Merritt | Dutton | A | 213 Colorado Avenue | Libby | MT |
| Russell | Dutton | A | 39 West Evergreen | Kalispell | MT |
| Richard | Dutton | A | 73900 Columbia River Hwy, U | Rainier | OR |
| Lester | Dyer - PR Forrest Dyer | D | 608 Clark Street Apt 3 | Deer Lodge | MT |
| Marilyn | Edwards | A | 501 Louisiana Ave | Libby | MT |
| Robert | Edwards | A | P.O. Box 834 | Libby | MT |
| Georgiana | Edwards - PR Robert Ed | D | P.O. Box 834 | Libby | MT |
| Eddie | Eggers | A | P.O. Box 671 | Superior | MT |
| Mavis Darlene | Eggert | A | 10723 West Abbbott Ave | Sun City | AZ |
| Kristine | Eldridge | A | P.O. Box 902 | Rathdrum | ID |
| Gifferd | Ellsworth | A | P.O. Box 304 | Haines | OR |
| Keith | Ellsworth - PR Marilyn E | D | 104 Vicks Lane | Libby | MT |
| Rudolph | Engle - PR Robert Engle | D | P.O. Box 1396 | Forsyth | MT |
| Don | Erickson | A | 2669 North Highway 37 | Libby | MT |
| Edwin | Erickson | A | 6 Possum Lane | Palmyra | VA |
| Richard | Erickson | A | 280 Dolphin Way | Libby | MT |
| Sonngard | Erickson | A | 6 Possum Lane | Palmyra | VA |
| Duane | Erickson | A | 5105 East Clearview Ave | Sierra Vista | AZ |
| Rodney | Erickson - PR Richard or | D | 280 Dolphin Way | Libby | MT |
| Arthur | Farmer | A | P.O. Box 265 | Libby | MT |
| Jack | Farrar | A | 5709 W Parkwood Lane | Coeur d'Alene | ID |
| Ruben | Fellenberg | A | 224 Forest Ave | Libby | MT |
| Warren Dean | Ferch | A | 619 Louisiana Avenue | Libby | MT |
| William | Fiebelkorn | A | 1220 S. Timberland Dr. | Veradale | WA |

| Willis | Fields - PR Lila Fields St | D | P.O. Box 103 | Libby | MT |
|---|---|---|---|---|---|
| Frank | Filopoulos | A | P.O. Box 838 | Libby | MT |
| Kenneth | Finstad | A | P.O. Box 164 | Danlei | WY |
| Eldon | Fleming | A | P.O. Box 64 | Libby | MT |
| Maxine | Foote | A | P.O. Box 68 | Troy | MT |
| Billy | Fore | A | 1735 South Highway 2 | Libby | MT |
| Bruce | Foss | A | 1417 Nevada Street | Libby | MT |
| Judi | Foss | A | 1417 Nevada Street | Libby | MT |
| Ray | Foster - PR Toni Witt | D | 275 Worthington St. S #61 | Spring Valley | CA |
| Sherry | Fox | A | P.O. Box 963 | Bonner | MT |
| Orin | Fredenberg | A | 2648 Trumble Creek Rd. | Kalispell | MT |
| Kenneth | Fredricks - PR Connie W | D | 80 Mahoney Road | Libby | MT |
| Danny | Freebury | A | P.O. Box 124 | Libby | MT |
| Roger | French | A | 317 West 2nd St #43 | Libby | MT |
| Elmer "Fran" | Froman - PR Gayle Toug | D | 137 1st Avenue NE | Cut Bank | MT |
| Samuel | Fulgham | A | 75 Curtis Ave. | Libby | MT |
| Robert | Fuller | D | 407 E 10th St | Libby | MT |
| Reid | Gardiner | A | 1312 Cole Avenue #1 | Helena | MT |
| Blake | Gardiner | A | 1053 5th Avenue | Helena | MT |
| Glenn | Garrison | A | P.O. Box 493 | Troy | MT |
| Edward | Gaston - PR Susan Grenf | D | P.O. Box 794 | Rockaway Beac | OR |
| Carol | Gerard - PR Tami Brode | D | 1104 101st St., Court E | Tacoma | WA |
| M. Louise | Goff-Tobin | A | Box 1112 | Eureka | MT |
| Donald | Goudy | A | 6703 13th Ave NW | Seattle | WA |
| Daniel | Goyan | A | 1182 Dawson | Libby | MT |
| Scott | Graham | A | 7466 Maple Dr | Neosho | MO |
| Robert | Graham - PR Carol Grah | D | 280 South Central Road | Libby | MT |
| Russell | Graves | A | 714 Wisconsin | Libby | MT |
| Joyce | Greenup | A | P.O. Box 396 | Libby | MT |
| Susan | Grenfell | A | P.O. Box 794 | Rockaway Beac | OR |
| Kenneth | Gustafson | A | 1889 Snowshoe Road | Libby | MT |
| Clarice | Haack - PR Brian Corbet | D | 6595 E. 6th | Colville | WA |
| Margaret | Hacke | A | 107 Montana Ave | Libby | MT |
| Ivan | Hagen | A | P.O. Box 1231 | Libby | MT |
| Clinton | Hagen | A | 238 Garden Road | Libby | MT |
| Eloise | Hagen | A | 238 Garden Road | Libby | MT |
| Leota | Hagerty | A | 1305 Highway 2 West | Libby | MT |
| William | Hagerty | D | 1301 Highway 2 West | Libby | MT |
| Doug | Hale | A | 13459 47th Lane | Yuma | AZ |
| Arthur | Hall | A | P.O. Box 452 | Libby | MT |
| Hazel | Halsey | A | P.O. Box 42 | Libby | MT |
| Donna | Halsey | A | 603 Idaho Avenue | Libby | MT |
| Ronald | Halsey | A | 603 Idaho Avenue | Libby | MT |
| Margaret | Halvorson | A | P.O. Box 260 | Libby | MT |
| Eugene | Hamann | A | 512 6th Avenue East | Kalispell | MT |
| Beverly | Hamann | A | 512 6th Avenue East | Kalispell | MT |
| Caroline | Hamann | A | 221 Hammer Road | Libby | MT |
| Mary | Hammer | A | P.O. Box 8652 | Kalispell | MT |
| Peter | Hammer - PR Betty War | D | P.O. Box 8652 | Kalispell | MT |
| Darlene | Hammons | A | 196 Glendora Ave. | Libby | MT |
| David | Hansen | A | HC 75 Box 88B | Kooskia | ID |
| Frances | Harshaw | A | 416 West Oak Street | Libby | MT |
| Stuart | Hart | A | 1305 Dakota Ave. | Libby | MT |
| Tom | Harvey | A | 4630 SE 78th Avenue | Portland | OR |

| | | | | | |
|---|---|---|---|---|---|
| Clifford | Hauck | A | 1815 Highway 37 | Libby | MT |
| Chester | Heidel | A | 29910 Cypress Street | Livingston | LA |
| Patrick | Hemmy | A | P.O. Box 2037 | Belcourt | ND |
| Franklin | Hendrickson | A | 1203 Idaho Ave. | Libby | MT |
| Edmond | Hendrickson - PR Franki | D | 1203 Idaho Ave. | Libby | MT |
| Myri | Hensley | A | P.O. Box 262 | Libby | MT |
| Richard | Hermsmeyer | A | P.O. Box 183 | Hot Springs | MT |
| N. Dale | Herreid | A | 1304 Main Ave | Libby | MT |
| Dayton | Hill | A | 207 Highwood Drive | Libby | MT |
| Edward | Hill | A | 681 Shadow Lane | Kalispell | MT |
| James | Hill | A | 8462 N. Montana | Helena | MT |
| Robert | Hindman | A | 245 Stillwater Rd | Kalispell | MT |
| William | Hobbs | A | PMB 2264, One Jackson Cree | Montana City | MT |
| Donald | Hodges | A | 105 Northern Lights Blvd | Kalispell | MT |
| Leland | Hoeltzel | A | 245 Deak Creek Road | Libby | MT |
| LeeRoy | Hoffman | A | P.O. Box 328 | Buhl | MN |
| Dennis | Holden | D | 85 Northern Lights Blvd. #3 | Kalispell | MT |
| Susan | Holter | A | 124 Powerline Way | Libby | MT |
| James | Hopkins | A | 94 Halo Drive | Troy | MT |
| Louise | Hopkins | A | 94 Halo Drive | Troy | MT |
| Patricia | Hughes | A | P.O. Box 683 | Libby | MT |
| Robert | Hughes - PR Patricia Hu | D | P.O. Box 683 | Libby | MT |
| Glenn | Hugill - PR Germaine H | D | 411 E 10th St | Libby | MT |
| Robert | Hunt | A | 1925 McMannamy Draw | Kalispell | MT |
| Ervin | Hurlbert, Jr | A | 284 Dern Draw | Kalispell | MT |
| Kenneth | Hutton | A | 79 Hutton Drive | Libby | MT |
| George | Hutton | A | 6356 Pipe Creek Rd | Libby | MT |
| James DeWay | Jacobson | A | 619 Double Eagle Road | Florence | MT |
| Larry | Jacobson | A | P.O. Box 1094 | Lolo | MT |
| Dorothy | Jacobson - PR Lona Dia | D | 1037 California Street | Libby | MT |
| Louis | Jam | A | 3725 Skyline Road | The Dalles | OR |
| Dale | Jantz | A | 7077 Hwy 2 S | Libby | MT |
| Raynard | Jellesed | A | 4051 Champion Haul Road | Libby | MT |
| Joan | Jellesed | A | 4051 Champion Haul Road | Libby | MT |
| Laura | Johnson | A | 82 Highwood Drive | Libby | MT |
| Steven | Johnson | A | P.O. Box 130387 | Coram | MT |
| Orville | Johnson | A | P.O. Box 801 | Libby | MT |
| Clifford | Johnson | A | 802 W. Balsam | Libby | MT |
| Donald | Johnson | A | 5014 US Hwy 2 South | Libby | MT |
| Theodore | Johnson | A | 240 Reserve Road | Libby | MT |
| Patricia | Johnson | A | 185 Airfield Rd | Libby | MT |
| Marjorie | Johnson | A | P.O. Box 422 | Libby | MT |
| George | Johnson | A | 500 Ringneck Drive | Kalispell | MT |
| Raymond | Johnson | A | P.O. Box 493 | Libby | MT |
| Donald | Johnson - PR Mildred Jo | D | 349 Trainer Street | Libby | MT |
| Valorie | Johnston | A | 423 Sunnyside Drive | Libby | MT |
| William | Johnston - PR Valorie Jo | D | 423 Sunnyside Drive | Libby | MT |
| Loretta | Jones | A | 1314 Louisiana Ave. | Libby | MT |
| Charles | Judkins | A | 125 Sunnyside Dr. | Libby | MT |
| James | Judkins | A | 95 Sunnyside Drive | Libby | MT |
| Donald | Kaeding - PR Louise Kae | D | 271 Quartz Ed | Libby | MT |
| Walter | Katarzy - PR Pam Starke | D | 7270 Summit Court | Prescott Valley | AZ |
| Diane | Keck | A | 30612 Longview Lane East | Coarsegold | CA |
| Patti | Keeler | A | 7370 So. Hwy. 2 | Libby | MT |

| Deloris | Keller | A | P.O. Box 456 | Eureka | MT |
|---------|--------|---|--------------|--------|-----|
| Merton | Kelley - PR Claudette Kin | D | 837 Quartz Rd | Libby | MT |
| Patricia | Kelly - PR Gyme Kelly | D | POB 58 | Paradise | MT |
| Marylin | Kenelty | A | 150 Dawson Street | Libby | MT |
| Gerald | Kenelty | A | 150 Dawson Street | Libby | MT |
| Jack | Kenworthy - PR Patricia | D | 3000 Villard Avenue #189A | Helena | MT |
| Bruce | Kessel | A | P.O. Box 56 | Post Falls | ID |
| Duane | Kessel | A | P.O. Box 51 | Libby | MT |
| Lucille | Kilgore | A | 5 Leisure Lane | Missoula | MT |
| Cliff | Kinholt | A | 1025 7th Street | Havre | MT |
| Lillian | Kins | A | 16183 W. Hollister Drive | Hauser Lake | ID |
| Lawrence | Kins - PR Larry Kins | D | 16183 W Hollister Drive | Hauser Lake | ID |
| Claudette | Kirschenmann | A | 837 Quartz Rd | Libby | MT |
| Eugene | Kirschenmann | A | 837 Quartz Road | Libby | MT |
| Donald | Knauss | A | P.O. Box 1443 | Libby | MT |
| Gordon | Knopp | A | 100 Mallard Drive | Kalispell | MT |
| John | Knudson | A | 4160 N. Hwy. 37, #1 Birch | Libby | MT |
| Clyde | Koester | A | 2219 13th Street | Great Falls | MT |
| Loren | Kujawa | A | 712 Wisconsin Ave | Libby | MT |
| John | Kujawa | A | 333 Gruber Road | Libby | MT |
| Gynell | Kujawa | A | 712 Wisconsin Ave | Libby | MT |
| Christ Ray | Kuntz | A | P.O. Box 665 | Libby | MT |
| Alan | Lamey | A | 418 Nevada Avenue | Libby | MT |
| Robert | Lanman | A | 433 Parmenter Drive | Libby | MT |
| Joan | Larson | A | 516 E. Poplar Street | Libby | MT |
| Carl | Larson - PR Joyce Larso | D | 650 US Highway 2 West | Libby | MT |
| Virgene | LeCount | A | 706 North Craig Road | Spokane | WA |
| John | Leib | A | 3005 Hwy 93 South | Eureka | MT |
| Darryl | Lien | A | 98 Hummingbird Lane | Troy | MT |
| LaMar | Lindsay | A | 311 Quartz Avenue | Libby | MT |
| Edna | Lindsay | A | 311 Quartz Avenue | Libby | MT |
| Kenneth | Logan - PR Mary Leonar | D | 7180 Snohomish | Boise | ID |
| Roy | Long | A | 9245 E Cactus Lane S | Sun Lakes | AZ |
| Jerome | Lucas | A | 318 Florence Road | Libby | MT |
| Larry | Ludwig | A | 3239 5th Street | Lewiston | ID |
| Carl | Lundstrom | A | 184 Reserve Road | Libby | MT |
| Judy | Lundstrom | A | 184 Reserve Road | Libby | MT |
| Shirley | Lyle | A | 702 C South East | Miami | OK |
| John | Lyle - PR Glenda Lyle | D | P.O. Box 228 | Troy | MT |
| Jimmie | Lyle, Jr | A | 702 C South East | Miami | OK |
| Kelly | MacDonald | A | 507 West 2nd Street | Libby | MT |
| Robert | Mack | A | P.O. Box 276 | Elko | NV |
| Janet | Mack | A | P.O. Box 276 | Elko | NV |
| LaDonna | Mack | A | 4805 Highway 2 West | Libby | MT |
| Scott | Maclay | A | 122 North Raymond Rd., Suit | Spokane Valley | WA |
| Alan | Mallory | A | P.O. Box 1738 | Post Falls | ID |
| John | Martineau | A | 305 Kelly Rd # 21 | Kalispell | MT |
| Walter | Mason | A | 1406 Utah | Libby | MT |
| George | Masters | A | 496 Avenue B | Libby | MT |
| Ron | Masters | A | 256 Parmenter Drive | Libby | MT |
| Betty | Maxwell | A | East 11412 Empire | Spokane | WA |
| Frank | Maycumber | A | 61 Ridgewood Drive | Kalispell | MT |
| Dolly | Maynard | A | 62 Collins Avenue | Libby | MT |
| Thurman | Maynard | A | 62 Collins Avenue | Libby | MT |

| | | | | | |
|---|---|---|---|---|---|
| Dorothy | McCarty | A | 80 Rustic Avenue | Libby | MT |
| Bob | McCollom | A | 415 Old Stag Road, Box 8 | Gold Creek | MT |
| Michael | McComas | A | P.O. Box 37 | Paradise | MT |
| Blanche | McGill - PR Dianne Walk | D | 1037 California | Libby | MT |
| David | McMillan | A | 1518 East 5th Street | Libby | MT |
| Lynn | McMillan - PR Judy Shel | D | 1542 East 5th Stree | Libby | MT |
| Roland | McNair | A | 308 Norman Avenue | Libby | MT |
| Tim | McNeff | A | 1215 Big Bend Rd | Libby | MT |
| Walter | McQueen - PR Sharon C | D | P.O. Box 156 | Libby | MT |
| Howard | McWhirk - PR Phyllis Mc | D | 4171 Sheller Rd | Sunnyside | WA |
| Roland | Meyer | A | 353 Antelope Trail | Whitefish | MT |
| Gerald | Michels | A | P.O. Box 518 | Libby | MT |
| Thomas | Miller | A | P.O. Box 1156 | Libby | MT |
| William | Miller | A | 178 Kootenai Vista | Libby | MT |
| Billie | Moeller | A | 516 West 2nd Street | Libby | MT |
| Renee | Moen | A | 272 Tamarack Lane | Libby | MT |
| Leland | Moles | A | P.O. Box 1568 | Monroe | WA |
| Steven | Moles | A | East 9825 Dunn Road | Chattaroy | WA |
| Lester | Moles | A | 4029 122nd Place SE | Everett | WA |
| Dwane | Monroe | A | 308 Parmenter Ave | Libby | MT |
| Mickey | Montgomery | A | P.O. Box 496 | Kettle Falls | WA |
| Yolanda | Montgomery | A | P.O. Box 496 | Kettle Falls | WA |
| Jim | Morey | A | 152 Rawlings Road | Libby | MT |
| Carol | Morton | A | 720 Mineral Avenue | Libby | MT |
| Diane | Murer | A | 7426 Hwy 2 S | Libby | MT |
| Daniel | Murray | A | P.O. Box 461 | Libby | MT |
| Harry | Murray | A | 17332 Keasey Road | Vernonia | OR |
| Thomas | Murray - PR Betty Bauer | D | 203 East Spruce Street | Libby | MT |
| Claude | Nalley | A | 9200 US Highway 12 | Naches | WA |
| John | Neils | A | 15788 West Hollister Hills Dri | Hauser | ID |
| Rob | Neils | A | N. Pines Counseling, 1005 N. | Spokane | WA |
| Sherry | Nelse | A | P.O. Box 304 | Columbia Falls | MT |
| Robert | Nelson | D | P.O. Box 278 | Salome | AZ |
| Neil | Nelson | A | 4474 Phillip Drive | Prescott Valley | AZ |
| Karen | Nelson | A | 192 Lupine Lane | Newport | WA |
| Albert | Nelson - PR Neil Nelson | D | 4474 Phillip Drive | Prescott Valley | AZ |
| Paul | Nicholls | A | 1309 Washington Avenue | Libby | MT |
| Patricia | Noble | A | 6797 Farm to Market Rd | Libby | MT |
| William | Noble | A | 756 Forest Road | Troy | MT |
| Michael | Norman, Sr. | A | P.O. Box 30 | Troy | MT |
| Karen | Obermayer | A | 550 Batavia Lane | Kalispell | MT |
| Bill | Obermayer | A | 660 Batavia Lane | Kalispell | MT |
| Thomas | O'Bleness | A | 232 Ski Rd. | Libby | MT |
| Louie | O'Brien | A | 313 Colorado | Libby | MT |
| Gerald | Oikle - PR Julie Randles | D | 13928 103rd Ave NE | Kirkland | WA |
| Edna | Oikle - PR Julie Randles | D | 13928 103rd Ave NE | Kirkland | WA |
| George | Oldham - PR Eva Oldha | D | 397 Sunnyside Drive | Libby | MT |
| Glynda | Olson | A | 4119 Farm to Market Rd | Libby | MT |
| James | Olson - PR Glynda Olson | D | 4119 Farm to Market Road | Libby | MT |
| Herbert | Orr | A | 1201 Dawson | Libby | MT |
| Robert | Orr | A | 381 Wards Road | Libby | MT |
| Dru | Orr | A | 1135 Whitefish Stage Rd #13 | Kalispell | MT |
| Roy | Orsborn | A | 87 Billadeau Drive | Libby | MT |
| Elvina | Orsborn | A | 87 Billadeau Dr. | Libby | MT |

| | | | | | |
|---|---|---|---|---|---|
| Elvira | Orsborn | A | 609 Michigan Avenue | Libby | MT |
| Narven | Osteen | A | 78 Conifer Rd. | Libby | MT |
| Lynn | Osterhues | A | 5656 Chimney Rock | Canyon Lake | TX |
| Harry | Ostheller - PR Wesley Os | D | 1313 Dakota Avenue | Libby | MT |
| Jens | Oswold | D | | | |
| Linda | Owen-Segura | A | 960 Old Cottonwood Mill Rd. | Tunnel Hill | GA |
| Richard | Parker | A | 2713 East Bluegrass Lane | Post Falls | ID |
| Claude | Paul | A | 45 Rose St. West | Libby | MT |
| Alfred | Pennock | A | P.O. Box 448 | Libby | MT |
| Edward | Perley | A | 158 Highwood Drive | Libby | MT |
| William | Perry | A | 2226 Central Ave West Lot 13 | Great Falls | MT |
| John | Person | A | 146 West Pipe Creek Rd. | Libby | MT |
| Robert | Petrusha | A | 551 Florence Road | Libby | MT |
| Lorainne | Petrusha - PR to be Rob | D | 551 Florence Road | Libby | MT |
| Constance | Philbrick | A | RR#1 Box 401 | Stockton Spring | ME |
| Julie | Pickett | A | P.O. Box 908 | Petersburg | AK |
| Laurel | Porte | A | 505 Second Avenue SW | Great Falls | MT |
| Maurice | Post - PR Lois Theonnes | D | P.O. Box 46 | Libby | MT |
| Donald | Powell | A | 276 Vanderwood, Space 12 | Libby | MT |
| Wayne | Powell | A | 130 River Place | Kalispell | MT |
| Kenneth | Preston | A | 110 Glenwood Lane | Libby | MT |
| Paul | Price | A | 1120 Coyote Gulch Circle | Ivins | UT |
| Judith | Price | A | 1120 Coyote Gulch Circle | Ivins | UT |
| Alice | Priest | A | 104 Colorado Ave | Libby | MT |
| Charles | Racicot | A | 1312 Cabinet Avenue | Libby | MT |
| Ray | Ramel | A | 1444 E 5th St | Libby | MT |
| Gary | Rantala | A | P.O. Box 519 | Libby | MT |
| Robert | Rayome | A | 8004 Joyce Drive | Louisville | KY |
| Ronald | Rayome - PR Judy Rayo | D | 1820 Highway 2 West | Libby | MT |
| Richard | Rayome - PR Robert Ray | D | 8004 Joyce Drive | Louisville | KY |
| Debbie | Rebo | A | 418 Dome Mountain Rd | Libby | MT |
| Robbin | Redman | A | P.O. Box 269 | Dutch John | UT |
| James | Reynolds, Jr - PR Randy | D | 18721 E. Boone Ave #20 | Spokane | WA |
| Leonard | Rice | A | 38 Spencer Hill Way | Libby | MT |
| Elmore | Richey | A | P.O. Box 2413 | Elko | NV |
| Clayton | Riddle | A | 451 Highway 214 | North Cutbank | MT |
| Kenneth | Riech | A | P.O. Box 562 | Plains | MT |
| Mary | Righter | A | P.O. Box 571 | Troy | MT |
| Miles "Rusty" | Rightmire - PR Donna K | D | P.O. Box 2174 | Columbia Falls | MT |
| Vernon | Riley | A | 3724 Hwy 2S | Libby | MT |
| Donald | Riley - PR Karen Riley | D | 8366 Charter Club Circle #12 | Fort Myers | FL |
| Darlene "Toni" | Riley - PR Laurie Kempt | D | P.O. Box 434 | Libby | MT |
| Stuart Steven | Risley | A | 181 Enders Drive | Libby | MT |
| Jeff | Robertson | A | 511 West Balsam | Libby | MT |
| Dave | Rohan | A | P.O. Box 110684 | Anchorage | AK |
| James | Rosencrans | A | 35 Olbekson Road | Libby | MT |
| Robert | Rosencrans | A | 35 Olbekson Road | Libby | MT |
| Thomas | Roy, Jr | A | P.O. Box 427 | Moyie Springs | ID |
| Joel | Rucker, Jr | A | P.O. Box 359 | Libby | MT |
| Jerry | Runyan | A | 207 Evans Ave., P O Box 200 | Elk Mountain | WY |
| Royce | Ryan - PR Deborah Ryan | D | P.O. Box 653 | Kila | MT |
| Kenneth | Sagen - PR Nancy Sagen | D | P.O. Box 176 | Libby | MT |
| Andy | Sand | A | 280 Northwood Avenue | Libby | MT |
| Claude | Scauflaire | A | 22 Carroll Ave | Valley Stream | NY |

| | | | | | |
|---|---|---|---|---|---|
| Jerome | Schad | A | 364 Milnor Lake Road | Troy | MT |
| Arthur | Schauer | A | 1290 East 5th Street Ext. | Libby | MT |
| Guenther | Schauss | A | 111 West Balsam | Libby | MT |
| Charlotte | Schauss | A | 158 Highwood Drive | Libby | MT |
| John | Schnackenberg | A | 912 Farm to Market Road | Libby | MT |
| Steven | Schnackenberg | A | 85 Obsidian Rd | Libby | MT |
| Billie | Schull | A | 214 Timber Lane | Libby | MT |
| George | Shattuck | A | P.O. Box 680 | Frenchtown | MT |
| Richard | Shavlik | A | 8111 Hwy 35 #6 | Bigfork | MT |
| Doug | Shaw | A | 1135 Whitefish Stage #12 | Kalispell | MT |
| Donald | Shea | A | P.O. Box 968 | Libby | MT |
| Lois | Shea | A | P.O. Box 968 | Libby | MT |
| Wilma | Shearer | A | 70 Midland Road | Libby | MT |
| Judy | Shelmerdine | A | 1546 East 5th Street Ext. | Libby | MT |
| David | Shelton | A | P.O. Box 248 | Cedaredge | CO |
| William | Shiflett | A | 1306 Louisiana Avenue | Libby | MT |
| Francis | Sichting | A | 905 Commerce Way, Apt 9 Pla | Libby | MT |
| Timothy | Siefke | A | P.O. Box 1372 | Libby | MT |
| Raymond | Siefke - PR Trudy Siefke | D | 3496 Hwy 2 South | Libby | MT |
| Victoria | Skidmore | A | 39704 Highway 2 South | Libby | MT |
| Norita | Skramstad | A | 3647 S. Hwy. 2 | Libby | MT |
| Lester | Skramstad | A | 3647 South Highway 2 | Libby | MT |
| Brent | Skramstad | A | 925 2nd Street North | Havre | MT |
| Dale | Slauson | A | 182 Parmenter Drive | Libby | MT |
| Raymond | Smerker | A | 196 Spencer Road | Libby | MT |
| Dennis | Smerker | A | #6 6th Street South Apt. 212 | Great Falls | MT |
| Opal | Smith | A | 134 Ski Road | Libby | MT |
| Donald | Smith | A | P.O. Box 1278 | Libby | MT |
| Harriet | Smith | A | 1970 North Lesie Street #225 | Pahrump | NV |
| Rex | Smith | D | P.O. Box 186 | Libby | MT |
| Bennie | Smith | A | 1970 North Lesie Street #226 | Pahrump | NV |
| Michael | Smith | A | 811 Westwood Drive #17 | Elko | NV |
| Ronald | Smith | A | P.O. Box 166 | Post Falls | ID |
| Donald | Smith | A | 134 Ski Road | Libby | MT |
| Calvin | Smith | A | 134 Ski Road | Libby | MT |
| Roy | Sneath | A | P.O. Box 36 | Libby | MT |
| Raymond | Spady - PR Doloris Spad | D | 5297 Highway 2 South | Libby | MT |
| Stuart | Spady, Sr | A | 34 Bowker Street | Libby | MT |
| Katherine | Spencer | A | 747 5th Street Ext | Libby | MT |
| Forrest | Spencer | A | 747 5th Street Ext | Libby | MT |
| Norma | Stacy | A | P.O. Box 467 | Eureka | MT |
| Beryl | Stacy - PR Douglas Stac | D | 225 Stacy Hollow | Rexford | MT |
| Donald | Stacy, Sr | A | P.O. Box 146 | Eureka | MT |
| Rose | Stahlberg | A | 214 Spruce Drive | Kalispell | MT |
| Robert | Stanley - PR Lynn Stanle | D | 838 2nd Ave E | Kelispell | MT |
| Kenneth | Stapley | A | 209 Montana Ave. | Libby | MT |
| Marvin | Steele | A | 524 Cherry Creek Dr | Libby | MT |
| Lyle | Stephens - PR Takona S | D | 22 Carroll Ave | Valley Stream | NY |
| David | Stephenson | A | 248 Remps Road | Libby | MT |
| Robert | Stickney | A | P.O. Box 1160 | Libby | MT |
| Robert | Stonehocker | A | 9624 E. Archery Ave. | Spokane | WA |
| Robert | Stufflebeam - PR Nora B | D | 4647 Granite Lake Road | Libby | MT |
| Agnes | Sunell | A | P.O. Box 731 | Priest River | ID |
| Bernadine | Swennes | A | 516 Montana Avenue | Libby | MT |

| Jeffrey | Swennes | A | 13170 - 39th Way East | Yuma | AZ |
|---|---|---|---|---|---|
| Donald | Swennes | A | 516 Montana Avenue | Libby | MT |
| Gary | Swenson | A | 252 Cherry Creek Drive | Libby | MT |
| David | Swanson | A | 46 Burr Avenue | Libby | MT |
| Bernard | Tarbert | A | 1212 Nevada Avenue | Libby | MT |
| Shirley | Taylor-Regjovich | A | 2825 E. O'Connell Ave | Rathdrum | ID |
| Wayne | Tellesch - PR | D | P.O. Box 130275 | Coram | MT |
| Ida | Templin | A | P.O. Box 827 | Troy | MT |
| Jack | Templin, Sr | A | P.O. Box 827 | Troy | MT |
| Rory | Tennison | A | 3665 Scotch Pine Lane # 6 | Coeur d'Alene | ID |
| Kathleen | Tennison | A | P.O. Box 2653 | Missoula | MT |
| Mary | Tavabaugh | A | 163 Education Way | Libby | MT |
| Lois | Theonnes | A | P.O. Box 46 | Libby | MT |
| Arthur | Thoeny | A | 111 Avenue B | Libby | MT |
| Richard | Tholen | A | 154 Pioneer Road | Libby | MT |
| Leroy | Thom | A | 143 Park | Libby | MT |
| Robert | Thomson | A | 2501 East Sherman Ave #248 | Coeur d'Alene | ID |
| Eva | Thomson | A | P.O. Box 1343 | Libby | MT |
| Darrell | Thomson | A | 1045 Conrad Drive #77 | Kalispell | MT |
| James | Tolle | A | 5295 US Hwy 2S | Libby | MT |
| Maryann | Tolle | A | P.O. Box 890 | Libby | MT |
| Lawrence | Tong | A | HC-1, Box 375 F | Naples | ID |
| Richard | Torgerson | A | 100 Hamann Ave | Libby | MT |
| Walter | Torgison | A | P.O. Box 1107 | Libby | MT |
| Jerald | Trego | A | 7366 E. Fir Street | Port Orchard | WA |
| Diane | Troyer | A | 918 Idaho #188 | Libby | MT |
| Ivan | Troyer, Sr | A | P.O. Box 1126 | Libby | MT |
| Franklin "Bud" | Truman | A | P.O. Box 15 | Hall | MT |
| Kerry | Tunison | A | P.O. Box 146 | Troy | MT |
| John | Urdahl | A | 918 Idaho #230 | Libby | MT |
| Lawrence | Urdahl | A | 620 Granite Ave | Libby | MT |
| Albert | Urdahl, Jr | A | P.O. Box 337 | Libby | MT |
| Margaret | Vatland | D | 245 Cedar Meadow Rd | Libby | MT |
| Richard | Viereck | A | 4870 Kootenai River Rd | Libby | MT |
| Patrick | Vinion | A | 2261 Hwy 2 South | Libby | MT |
| Richard | Vinson | A | 9948 Hwy 2 S | Libby | MT |
| Kay | Vinson | A | 701 West 1st St | Libby | MT |
| Harvey | Vinson | A | 141 Forest Avenue | Libby | MT |
| Verle | Vinson | A | 82 Forest Avenue | Libby | MT |
| Jerry | Volkenand | A | 276 Conifer Road | Libby | MT |
| Barbara | Vose | A | 33446 Pitman Lane | Menifee | CA |
| Charlotte | Wade | A | P.O. Box 820 | Libby | MT |
| Ted | Waggener | A | 873 Helena Flats Road | Kalispell | MT |
| Cindy | Wagner | A | 2070 Highway 2 West | Libby | MT |
| Lona | Walker | A | 1037 California Street | Libby | MT |
| Herman | Wangen - PR Larisa Sch | D | 1400 South Frazier St Apt 42 | Conroe | TX |
| Edgar | Warner | A | P.O. Box 8652 | Kalispell | MT |
| Betty | Warner | A | P.O. Box 8652 | Kalispell | MT |
| Michael | Warren - PR Calvin & Tr | D | 47 Nimitz | Billings | MT |
| Shirley | Wasco | A | 351 South Central Rd | Libby | MT |
| Kelly | Watson | A | 20183 E Lake Shore | Bigfork | MT |
| Charles | Welch | A | 104 Ski Road | Libby | MT |
| Charles | Welch | A | 1695 Highway 2 South | Libby | MT |
| Nevin | Welch - PR Harriet Welc | D | 119 Garrison Road | Troy | MT |

| David | Wells | A | Box 1146 | Browning | MT |
|-------|-------|---|----------|----------|-----|
| Charles | Westlund | A | 591 Rawlings Rd. | Libby | MT |
| Tim | Westlund | A | P.O. Box 9181 | Kalispell | MT |
| Gary | Wheeler | A | 2701 Granite Creek Rd | Libby | MT |
| Donald | Whitmarsh | A | P.O. Box 1291 | Libby | MT |
| Sandra | Widic | A | 9490 Bluegrass Plaza | Colorado Spring | CO |
| Franklin | Widic | A | P.O. Box 2065 | Elko | NV |
| Harold | Wilburn | A | 406 Dome Mountain Ave. | Libby | MT |
| Barbara | Wilburn | A | 406 Dome Mountain Ave. | Libby | MT |
| Robert | Wilkes | A | 316 Dome Mountain Ave. | Libby | MT |
| Larry | Wilkes, Jr | A | 600 Avenue B | Libby | MT |
| Larry | Wilkes, Sr. - PR Mary Wil | D | c/o Betty Challon 418 Minera | Libby | MT |
| George | Williams | A | P.O. Box 1082 | Libby | MT |
| Lawrence | Williams, Sr | A | 407 North Milnor Lake Road | Troy | MT |
| Ford | Wilson - PR Doralee Wils | D | 169 Timber Lane | Libby | MT |
| Keith | Wood | A | 2726 Belt View Drive | Helena | MT |
| Brian | Wray | A | 1150 McMannamy Draw | Kalispell | MT |
| Gerald | Wright | A | P.O. Box 857 | Rathdrum | ID |
| Paul | Wright | A | P.O. Box 21 | Center Junction | IA |
| Margaret | Wright | A | 1432 Bobtail Road | Libby | MT |
| Andrew | Wright - PR Margaret Wr | D | 1432 Bobtail Road | Libby | MT |
| Dennis | Yeager | A | 1410 Renwood Drive | Libby | MT |
| Quentin | Young | A | P.O. Box 503 | Libby | MT |
| Angela | Young | A | P.O. Box 503 | Libby | MT |
| Helen | Zak | A | 624 Cougar Lane | Stevensville | MT |
| Robert | Zimmerman | A | 519 East Lincoln Blvd. | Libby | MT |
| E. Neven | Zugg | A | 6600 Highway 2 South | Libby | MT |

Tom L. Lewis, Lewis, Slovak & Kovacich, P.C., 725 Third Avenue North, P.O. Box 2363, Great Falls, MT 59403

| First Name and Middle Initial of Creditor | Last Name | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Richard | Allenberg, David | c/o Rose Allenberg, 130 Division Road | Troy | MT | 59935 |
| DeWayne | Ashbury | 1120 California Avenue | Libby | MT | 59228 |
| Alyce | Anderson | 519 East 4th Street | Libby | MT | 59923 |
| Perle | Baker | 1109 Utah Avenue | Libby | MT | 59923 |
| George | Bauer | 203 East Spruce Street | Libby | MT | 59923 |
| G. Nel | Baur | 1500 Elk Creek | Libby | MT | 59923 |
| Monte | Bernard, Deceased | c/o Leslie Holden, 6511 11th Street North | Havre | MT | |
| Susan | Berry | 164 Yellowtail | Libby | MT | 59923 |
| Gwen | Fletcher-Boggs | P.O. Box 725 | Townsend | MT | 59644 |
| Molly | Boggs | 4736 Feigley Road | Port Orchard | WA | 98367 |
| Raymond | Bowen | 4736 Feigley Road | Port Orchard | WA | 98367 |
| Gay | Braley | 189 Vista Lane | Libby | MT | 59923 |
| Eugene | Braley | 651 Quartz Road | Libby | MT | 59923 |
| Linda | Brown | 651 Quartz Road | Libby | MT | 59923 |
| Loran | Brown | 780 McMenamy Draw | Kalispell | MT | 59901 |
| Timothy | Bump | 300 Granite Avenue | Libby | MT | 59923 |
| Larry | Burdock | P.O. Box 1711 | Columbia Falls | MT | 59912 |
| Darrel | Bymes | 1421 Utah Avenue | Libby | MT | 59923 |
| Gloria | Candee | 350 Meadow Hills Drive | Kalispell | MT | 59901 |
| Bethanie | Carlson | 520 Treasure Avenue, Apt. 11B | Libby | MT | 59923 |
| Dave | Carr | 1004 8th Avenue West | Kalispell | MT | 59901 |
| Bonni | Carr, Deceased | 735 2nd Street West | Kalispell | MT | 59901 |
| Loyd | Carr | c/o Evelyn Carr, 735 2nd Street West | Kalispell | MT | 59901 |
| Chappie | Chedfnor | 258 North Urn Frontage Road | Great Falls | MT | 59404 |

| Charles | Chappell, David | c/o Marjorie Chappell, P.O. Box 281 | Fort Benton | MT | 59442 |
|---|---|---|---|---|---|
| David | Christiansen | 1083 Aaron Court | Missoula | MT | 59804 |
| Allan | Clampitt | 2001 6th Avenue North | Great Falls | MT | 59401 |
| Rob | Clawson | 2812 N. Francis | Coeur d'Alene ID | 83815 |
| John | Clemons | 2238 Farm to Market Road | Libby | MT | 59923 |
| Steve | Cole | | | MT | |
| Eddy | Cole | P. O. Box 717 | Troy | MT | 59935 |
| Francis | Cole | 2223 Snowshoe Road | Libby | MT | 59923 |
| Kurt | Cole, David | c/o Tom Cole, 685 Flower Creek | Libby | MT | 59923 |
| John | Cole | 28088 Freeman Ridge Road | Troy | MT | 59935 |
| Robert | Cole | 902 East Lincoln Blvd. | Libby | MT | 59923 |
| Harold | Conley | 590 Swan Highway | Bigfork | MT | 59911 |
| Mike | Craft, David | c/o Cheryl Chandler, 1017 Lochsana Ave. | Libby | MT | 59923 |
| Jim | Cliff | 271 Quartz Road | Libby | MT | 56923 |
| Ann | Davidson | 683 ACM Road South | Libby | MT | 59923 |
| Karen | Davidson | 5772 Garden Grove Blvd. #220 | Westminster | CA | 92683 |

| Larry | Davidson | 889 ACM Road South | Libby | MT | 59923 |
|---|---|---|---|---|---|
| Barry | Dudenhefer | 249 Copper Mountain Road | Troy | MT | 59935 |
| George | Defrance | 4435 Champion Haul Road | Libby | MT | 59923 |
| | Defrance | CFAC | | MT | |
| Leonard | Doney | c/o Edna Teeks, 12218 Beartooth Drive | Laurel | MT | |
| Ron | Dolphin | P. O. Box 865 | Libby | MT | 59923 |
| Fred | Drake | 158 Forest Avenue | Libby | MT | 59923 |
| Heidi | Drake | 158 Forest Avenue | Libby | MT | 59923 |
| Ed | Dodson | 543 First Avenue East | Kalispell | MT | 59901 |
| Rodney | Erickson | 500 Taylor Road | Libby | MT | 59923 |
| Richard | Erickson | 192 Vaughn Lane | Libby | MT | 59923 |
| Rodney | Erickson | 1280 Dolphin Way | Libby | MT | 59923 |
| Judy | Evans | 1727 East Eleventh Avenue | Spokane | WA | 99202 |
| Albert | Fenkeczi | 788 Help Drive | Troy | MT | 59935 |
| Richard | Fisher | P. O. Box 1062 | Libby | MT | 59923 |
| Geraldine | Fletcher | 377 Thenise Street | Libby | MT | 59923 |

| | | | | | |
|---|---|---|---|---|---|
| Richard | Johnson | 139 Westland Road | Libby | MT | 59923 |
| Justin A. | Jones | 791 Flower Creek Road | Libby | MT | 59923 |
| Jack | Judkins | 2637 Bull Lake Road | Troy | MT | 59835 |
| Erma | Keeling | 841 Grandin Ave. | Sebastian | FL | 32958 |
| Arnold | Kelley | 55 Wilson Avenue | Libby | MT | 59923 |
| Carol | Kelley | | | | |
| Dale | Kelley | P. O. Box 595 | Bonners Ferry | ID | 83805 |
| Douglas | Kelley | P. O. Box 595 | Bonners Ferry | ID | 83805 |
| | Kelley | 3819 US Highway 2 South | Libby | MT | 59923 |
| Lonnie | Kelley | 506 Spencer Road | Libby | MT | 59923 |
| Joseph | Kelly | 416 Indian Head Road | Libby | MT | 59923 |
| Larry | Kelly | 1304 Washington Avenue | Libby | MT | 59923 |
| Thomas | Kelly | 501 East 13th Avenue | Post Falls | ID | 83854 |
| Robin | Kennedi | 9344 Highway 2 South | Libby | MT | 59923 |
| Steven | Koepl, Dec'd | c/o Creeda Jane Koepl, 182 Farm to Market Road | | | |
| John | Landon | 5911 N. Breckbum Drive | Spokane | WA | 99205 |
| Hildy | Lupka | 380 Meadow Lake Drive | Kalispell | MT | 59901 |

| | | | | | |
|---|---|---|---|---|---|
| Roy | Fletcher | 377 Thomas Street | Libby | MT | 59923 |
| Steele | Fletcher | P. O. Box 27 | Kila | MT | 59920 |
| Joe | Foote | 470 Education Way | Libby | MT | 59923 |
| Dwayne | Gabruch | P. O. Box 7235 | Kalispell | MT | 59904 |
| Dan | Gunison, Dec'd | c/o Charlene Gunison, Box 424 | Troy | MT | 59935 |
| Mary | Geer | 141 Conifer Road | Libby | MT | 59923 |
| I.V. | Graham, Dec'd | c/o Carol Graham, 280 South Central Road | Libby | MT | 59923 |
| Alice | Greenfield | P. O. Box 57 | Libby | MT | 59923 |
| James | Hamilton | 205 SW 16th Court | Troutdale | OR | 97060 |
| Sally | Hansen | 416 West 4th Street | Libby | MT | 59923 |
| Keith | Hodgin | 94 Rainbow Lane | Libby | MT | 59923 |
| Sara | Hodkin | 94 Rainbow Lane | Libby | MT | 59923 |
| Walt | Horne | P. O. Box 98 | Fortine | MT | 59918 |
| Walter | Horne | P. O. Box 98 | Fortine | MT | 59918 |
| Tammy | Ivers | 1708 Shawshoe Road | Libby | MT | 59923 |
| Mary Lee | Johnson | 133 Woodland Road | Libby | MT | 59923 |

| First Name | Last Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Gary | Jefferson | | | | |
| Reese | Jackson | P. O. Box 651 | Libby | MT | 59923 |
| Dale | Lachance | 11929 E. Fourth Avenue | Spokane | WA | 97206 |
| Arnold | Lamont | 1108 Louisiana Avenue | Libby | MT | 59923 |
| Duane | Lindsay | 420 Indian Head Road | Libby | MT | 59923 |
| Alice | Maynard, Dec'd | 412 Parkrider | Libby | MT | 59923 |
| Forrest | Maynard | c/o Dee Dee Newmarch, P. O. Box 894 | Libby | MT | 59922 |
| Sandra | McAlister | 3/06 Dishbank Road | Lakeside | MT | 59923 |
| Vernon | McGuire | P. O. Box 1313 | Cloquet | MN | 55720 |
| Robert | McMillan, Dec'd | 450 Farm to Market Road | Libby | MT | 59923 |
| Genevieve | Meyer, Dec'd | c/o Roy McMillan, 1674 East Fifth Street | Libby | MT | 59923 |
| Laura | Meyer | c/o Sandra Wagner, P.O. Box 1059 | Troy | MT | 59935 |
| Lewis | Meyer | 6214 Lake Creek Road | Troy | MT | 59935 |
| Frederick | Miller, Deceased | 6214 Lake Creek Road | Troy | MT | 59935 |
| Alfred | Hage | c/o Jean D. Miller, 1190 Eastside Highway, Unit 2 | Corvallis | MT | 59828 |
| | | N4961 M-35 | Menominee | MI | 49858 |

| First Name | Last Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Paul | Nelson | | | | |
| Rick | Max | 1053 N. 14th Street | Marinette | WI | 54143 |
| Ron | Rose | 285 Parmenter Creek Road | Coeur d'Alene | ID | 83814 |
| Gary | Rose | 667 2nd Street, East, West | Libby | MT | 59923 |
| Don | Marjan | 390 Autumn Road | Libby | MT | 59923 |
| Helen | Murray, Deceased | c/o George & Betty Breuer, 203 East Spruce Street | Libby | MT | 59923 |
| Richard | Napier | P. O. Box 1025 | Libby | MT | 59293 |
| Richard | Noble | P. O. Box 304 | Columbia Falls | MT | 59823 |
| Barbara | Nelson | P. O. Box 1116 | Libby | MT | 59912 |
| David | Nelson | 155 Fonner Road | Whitefish | MT | 59923 |
| Fred | Nelson, Dec'd | c/o Geraldine Nelson, P. O. Box 1429 | Libby | MT | 59937 |
| Geraldine | Nelson | P. O. Box 1429 | Libby | MT | 59923 |
| Larry | Nelson | P. O. Box 1155 | Troy | MT | 59923 |
| Mike | Nelson | 192 Lupine Lane | Newport | WA | 59935 |
| Orville | Nelson, Dec'd | c/o Mike Nelson, 192 Lupine Lane | Newport | WA | 99156 |
| Pete | Nelson | 508 Indianhead Road | Libby | MT | 99166 |

| First Name | Last Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Jeff | Rogy | 45 Reah Avenue | Libby | MT | 59923 |
| John | Renvoit | 10553 Highway 37 | Libby | MT | 59928 |
| Verdale | Rosenau | 11162 Highway 73 | Lemmon | SD | 57638 |
| Mike | Ruleski, Dav'd | c/o Shuras Rulaski, 2323 32nd Street West, Apt. 7 | Billings | MT | 59102 |
| Roy | Badter | 1307 Nevada Avenue | Libby | MT | 59923 |
| Alvin | Savage | 246 Taylor Road, Space 5 | Libby | MT | 59923 |
| Dorothy | Savage | 248 Taylor Road, Space 5 | Libby | MT | 59923 |
| William | Schinre | 133 Autumn Road | Libby | MT | 59923 |
| Mike | Schorsch | 1862 Concord Road | Helena | MT | 59602 |
| James | Schriber | P. O. Box 1048 | Redholom | ID | 83858 |
| Edward | Scander | 173 Westend Road | Libby | MT | 59923 |
| Vicki | Sepax | 205 Wards Road | Libby | MT | 59923 |
| Frank | Shogley | 298 Tejache Loop Road | Sagle | ID | 83860 |
| Judy | Sistsa | P. O. Box B41 | Libby | MT | 58923 |
| Arthur | Siegas | 72 Soenney Road | Libby | MT | 59923 |

| First Name | Last Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Clifford | Swackster | 5I06 Indianhead Road | Libby | MT | 59923 |
| Dee Dee | Nannarch | P. O. Box 373 | Libby | MT | 59923 |
| Dorothy | Rosa, Dav'd | P. O. Box B84 | Lakeside | MT | 59922 |
| Michael | Rose | c/o Pat Gaw, 141 Conifer Road | Libby | MT | 59923 |
| Charlotte | Orr | 57197 Farm to Market Road | Libby | MT | 59923 |
| Edward | Orr, Dav'd | c/o Dave Orr, 957 Warland Creek Road | Libby | MT | 59923 |
| Dave | Orr | 957 Warland Creek Road | Libby | MT | 59923 |
| Howard | Orr | 320 Shalom Drive | Libby | MT | 59923 |
| Mel | Parker | P. O. Box 809 | Libby | MT | 59923 |
| Leah | Prater | P. O. Box 809 | Libby | MT | 59923 |
| Trevor | Parrish | 190 B. Wencker Circle | Bremerton | WA | 98312 |
| Donald A. | Peterson | P. O. Box 854 | Libby | MT | 59923 |
| James | Bastrom | 3796 South Highway 2 | Libby | MT | 59923 |
| Denise | Raen | P. O. Box 851 | Troy | MT | 59935 |

| First Name | Last Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Rodney | Smith, David | | | | |
| Tony | Smith | P. O. Box 1282 | Libby | MT | 59923 |
| Raymond | Sorrenson | 198 Spencer Road Extension | Libby | MT | 59923 |
| Bud | Spencer | P. O. Box 779 | Columbia Falls | MT | 59912 |
| Howard | Stone | 2498 Highway 2 South | Libby | MT | 59923 |
| Milise | Stone | 1818 Ogden Avenue | Anaconda | MT | 59711 |
| Jody | Sundblad | 1818 Ogden Avenue | Anaconda | MT | 59711 |
| Mike | Switzer | 274 Ledgepole Way | Libby | MT | 59923 |
| Ray | Tajer | 550 Arabian Lane | Libby | MT | 59923 |
| H.E. | Thompson | P. O. Box 412 | Milra | MT | 59558 |
| Orvile | Thom | 1610 Custer Avenue | Libby | MT | 59923 |
| Wayne | Thorn | 3117 North 3rd Street | Ocean Springs | MS | 39564 |
| | | 1585 13th Avenue | Sidney | MT | 59270 |

| First Name | Last Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Fred | | | | | |
| Ira | Tanyer | 124 Arbell Drive | Kalispell | MT | 58901 |
| Loorgard | Vogel | P. O. Box 1126 | Libby | MT | 59923 |
| John | Wagner | 227 Mahoney Road | Libby | MT | 59923 |
| Judy | Wagner | P. O. Box 1059 | Troy | MT | 59935 |
| Michael | Wagner | 101 Wagner Lane | Kalispell | MT | 58901 |
| Robert R. | Wagner | 3698 2nd Street Extension West | Libby | MT | 59923 |
| Sandra Sue | Wagner | 101 Wagner Lane | Kalispell | MT | 59901 |
| Sherrie | Ward, David | P. O. Box 1059 | Troy | MT | 59935 |
| Dennie | Welch | c/o Gene Ward, 2429 Fernbrook Court | Cameron Park | CA | 95682 |
| Harriet | Welch | P. O. Box 398 | Troy | MT | 59935 |
| Robert | Welch | c/o Robert Welch, 155 St. Regis Haul Road | Troy | MT | 59935 |
| Moria | White | 155 St. Regis Haul Road | Troy | MT | 59935 |
| Debbie | Zahner | 6101 Marsh Creek Road | Chatto | MT | 59924 |
| Sally | Taylor | 5799 Lower Lake Creek Road | Troy | MT | 59935 |
| | Taylor | 527 North Murry Street | Porterville | CA | 93257 |

| Betsy | Arnold |  |  |  |  |
|-------|--------|--|--|--|--|
|  |  | 5215 S.E. Division St. | Portland | OR | 97206 |
| Mike | Johnson | P. O. Box 145 | Newman Lake | WA | 99025 |
| Trevest | Shelley | 4400 E. Day-Mt. Spokane Rd. | Colbert | WA | 99005 |
| Bower | Joe | 2145 Gate Road | Sandpoint | ID | 83864 |
| Boyd | Donna | P. O. Box 397 | Libby | MT | 59923 |
| Boyd | Kenneth, Sr. | P. O. Box 397 | Libby | MT | 59923 |

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF CHRISTOPHER C. CHIOU

I, the undersigned, being duly sworn upon my oath, do hereby certify:

1.    My name is Christopher C. Chiou, and I am an associate in the Washington, D.C. office of Kirkland & Ellis LLP.  I am defending W.R. Grace in the case of *United States v. W.R. Grace, et. al.*, CR-05-07M-DWM (D. Mont.) (the "criminal case"). In this capacity, I am familiar with W.R. Grace's review of the medical records of patients who have been treated or examined by Dr. Whitehouse and/or the Center for Asbestos Related Diseases ("CARD") of Libby, MT.

2.    Dr. Whitehouse and CARD have custody of all medical record files for the 123 individuals who were the subjects of Dr. Alan C. Whitehouse's article, *Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby Montana*, 43 Am. J. Indus. Med. 219 (2004) ("Progression Study").  During the week of March 6, 2006, CARD made some of these 123 files available for review by Grace's experts.

3.    CARD personnel redacted identifying information (*e.g.*, names, addresses, phone numbers, and social security numbers) from the medical records provided for review.  In addition to identifying information, other categories of information relevant to an evaluation of Dr. Whitehouse's findings were also redacted by CARD.  These categories include: (a) occupational history (*e.g.*, years worked at each job); (b) referring party (*e.g.*, physician or attorney); and (c) family history. I am attaching to this exhibit a copy of the redaction protocol sheet that Kimberly Rowse, R.N. of CARD said that she used as a guide when redacting the medical records (attached as Exhibit A).  In light of the fact that patient names were redacted, each patient's file was assigned a "patient number" from one to 123. CARD personnel under the direction of Dr. Whitehouse did the redacting of the

medical records. I believe the Government played a limited role in reviewing or approving the redactions.

4.    The Government has not and does not intend to pay for the cost of redacting and producing the medical records in CARD's possession. On the contrary, Grace is the party responsible for compensating CARD for the personnel, copying, and incidental costs incurred when redacting the medical records.

5.    In discussions with me, Ms. Rowse of CARD, stated that the medical records represent all documents within each of the 123 patients' complete medical files through the year 2001. Documents in the medical records after 2001 were not made available for review during the week of March 6, 2006.

6.    Ms. Rowse also told me that all x-ray films on file for the 123 patients were made available for review. Patient names were redacted from the x-rays. Each patient's x-ray films were placed in a film jacket labeled with the patient number corresponding to that patient's medical records file.

7.    X-ray films selected by Drs. Gary K. Friedman, Jeffrey D. Britton, and Steven E. Haber, were delivered to St. John's Lutheran Hospital for copying. CARD personnel has agreed to label, in permanent pen on each copy, the date that the original x-ray film was taken, and the appropriate patient number.

8.    On January 13, 2006, the Government filed a Supplemental Expert Witness Disclosure pertaining to Dr. Whitehouse ("Dr. Whitehouse's Supplemental Disclosure) in the criminal case. Dr. Whitehouse's Supplemental Disclosure states that Dr. Whitehouse's expert opinion in the criminal case is based on "data that he possesses 'on over 550 patients from Libby and elsewhere...'." (Dr. Whitehouse's Supplemental Disclosure at 2.) Dr. Whitehouse's Supplemental Disclosure also notified the defendants in the criminal case that "the government and Dr. Whitehouse will make these medical records available for review by the defendants at a mutually convenient time and location." (*Id.* at 3.)

9.    This 550 figure includes the 123 patients who participated in the Progression Study and 46 patients whom the Government has listed as testifying witnesses in the criminal case. As of March 17, 2006, however, CARD has yet to provide Grace with complete medical records for the set of 550 patients or the subsets of 123 patients from the Progression Study or the 46 individuals who will testify in the Criminal Case. With respect to the 123 patients from the Progression Study, CARD has represented that it has only provided records for these patients through 2001, and it is unclear whether we received a complete copy of the pre-2001 records for all 123 patients. We also have not received the complete medical records for the 46 testifying witnesses, although CARD has represented that those records will be made available for review by Dr. Allan Feingold on March 22, 2006.

2

10.  With respect to the medical records for the 550 patients, CARD has yet to provide any medical records for the majority of these patients. Ms. Rowse indicated that producing the records for the 550 patients in redacted form would be very expensive and time consuming but that she would attempt to produce them on a rolling basis. As of March 17, 2006, Ms. Rowse has not given us an estimate of how long it would take to produce these records. In response, Grace has offered to pay for CARD to retain independent temporary medical professionals to review and redact the files in an effort to expedite the process and alleviate the burden placed on CARD. These workers would have no affiliation with either Grace or any other criminal defendant, and would work under the direction of Ms. Rowse.


_(signature)_

CHRISTOPHER C. CHIOU
KIRKLAND & ELLIS LLP
DISTRICT OF COLUMBIA
SUBSCRIBED AND SWORN to me this _17_ day of March, 2006.

_(signature)_
NOTARY PUBLIC

My Commission Expires:

_07-14-07_

Elizabeth A. Ester
Notary Public, District of Columbia
My Commission Expires 07-14-2007

3

# GRACE CHART REVIEW

## CHARTS THAT NEED TO BE COPIED

Alan's Progression study  (123 patients)  ***DONE*** ☺ ☺
Titelbaum Study  (75 patients)

### ITEMS THAT NEED TO BE COPIED
- Progress Notes
- History & Physical
- Exposure Hx
- PFTs
- Imaging report
- Walking oximetry
- Nite oximetry
- EKG
- Op reports for Cancer

## CHARTS THAT NEED TO BE REDACTED

Alan's Progression study
All Titelbaum Study **WITHOUT** consent

### ITEMS THAT NEED TO BE REDACTED
- Name                              Any information that would identify the patient.
- DOB
- Age
- SS #
- Address
- Phone
- Family Hx
- Work Hx (dates)
- Occupation
- Family members names
- Referring Physicians/Primary Card Physicians

# EXHIBIT "C"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF DR. DAVID WEILL

DR. DAVID WEILL, M.D., first being duly sworn, deposes on his oath and states as follows:

1.   I am Dr. David Weill, M.D.. My address is 1325 Cowper Street Palo Alto, CA 94301. I am executing this affidavit on behalf of W.R. Grace in the bankruptcy proceeding styled *In re W.R. Grace & Co. et al.*, Case No. 01-1139 (JKF). I have personal knowledge of all statements made in this affidavit. I would be willing to testify at trial and under oath as to all statements contained in this affidavit.

**Qualifications**

2.   I specialize in pulmonary and critical care medicine. I am the Director, Lung and Heart-Lung Transplant Program at Stanford University. I am also an Associate Professor, Division of Pulmonary and Critical Care Medicine, at Stanford University.

3.   My curriculum vitae is attached as Exhibit A.

4.   My research has focused on heart and lung transplant as well as occupational lung diseases, including asbestos-related diseases. I have published numerous articles in peer review journals, including articles about diagnosing non-malignant diseases related to asbestos. A list of all of my publications is included in Exhibit A.

5.    I am certified in Pulmonary Medicine by the American Board of Internal

Medicine. I am a certified Transplant Physician by the United Network for Organ Sharing. I am

also a certified NIOSH B-reader.

**Opinions**

6.    I offer a preliminary review of a recently published study by Dr. Alan

Whitehouse, M.D., *Asbestos-Related Pleural Disease Due to Tremolite Associated with*

*Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and*

*Residents of Libby, Montana* (43 Am. J. Indus. Med. 219 (2004)) (the "Whitehouse Progression

Study"). The opinions expressed in this affidavit are in no way exhaustive, nor have I had the

opportunity to review the data that underlies the Whitehouse Progression Study. There are

numerous flaws in the Whitehouse Progression Study, and I reserve the right to amend any of my

opinions after reviewing the data that underlie the Whitehouse Progression Study.

7.    In connection with executing this affidavit, I have also reviewed the February 17,

2006 affidavit of Dr. Alfred Franzblau (the "Franzblau Affidavit"). In my opinion, the Franzblau

Affidavit accurately identifies a number of the flaws in the Whitehouse Progression Study as

well as the need to review the data that underlies the Whitehouse Progression Study. The

Franzblau Affidavit, however, does not purport to identify all of the flaws contained in the

Whitehouse Progression Study.

8.    I have also reviewed the Libby Claimants' March 15, 2006 Opposition to Grace's

Motion for Authorization to Take Discovery of Dr. Alan Whitehouse ("Libby Claimants'

Discovery Opposition"). Specifically, I have focused on the portions of the Libby Claimants'

Discovery Opposition that attempts to rebut the scientific statements and medical statements

2

contained in the Franzblau Affidavit as well as the portions of the Libby Claimants' Discovery Opposition that attempt to bolster the Whitehouse Progression Study.

9.     The Franzblau Affidavit correctly acknowledges that the entire Whitehouse Progression Study is "confounded and/or flawed" because other diseases -- such as those caused by smoking -- were not considered as potential causes of the observed decrement in pulmonary function. Franzblau Affidavit at ¶ 8. The Libby Claimants' Discovery Opposition contends that "patients with smoking disease were excluded from the Whitehouse Study, as were patients with non-asbestos disease." Libby Claimants' Discovery Opposition at 6.  According to the Whitehouse Progression Study, Dr. Whitehouse did exclude 30 of the original 153 patients from the study for a variety of reasons, including "chronic obstructive pulmonary disease with elevated residual volumes," which is a smoking related condition. Whitehouse Progression Study at 220. However, without reviewing the medical records that underlie the Whitehouse Progression Study, it is impossible to determine whether Dr. Whitehouse took into account the sub-clinical effects smoking had on the pulmonary function of the individuals in the Whitehouse Progression Study cohort.

10.     The Whitehouse Progression Study was not structured in a way that controlled for smoking. Smoking causes a litany of pulmonary diseases and pulmonary impairment, and even those patients without clinically apparent emphysema could still have a reduced forced vital capacity (FVC) and experience impaired oxygen transfer that would account for the decrement in DLCO identified in the Whitehouse Progression Study. By Dr. Whitehouse's own account, 78% of the 123 individuals in the Whitehouse Progression Study cohort were either current or former smokers. Whitehouse Progression Study at 221. In order to control for the effects of smoking, Dr. Whitehouse should have divided the cohort into three categories: current smokers, former

3

smokers, and those who never smoked. This would enable a sub-group analysis to determine whether smoking had an effect on pulmonary function for each sub-group within the cohort. This is the proper method for eliminating cigarette smoking as a potential cause of the alleged loss of lung function. This sub-group analysis is particularly important when trying to identify small changes in pulmonary function. There is no indication that Dr. Whitehouse controlled for smoking or any other pulmonary condition as he did not reference such an analysis in his methods or in his data sets. Only by reviewing the underlying medical records could one determine whether smoking, or another non-asbestos related medical condition, caused the alleged loss in lung function.

11.    The Libby Claimants also mischaracterize Dr. Franzblau's criticism of the fact that Dr. Whitehouse derived the study subjects from his clinical practice rather than a random selection of vermiculite workers, their family members, and members of the Libby community. Libby Claimants' Discovery Objection at 6. The Libby Claimants have clearly misread or failed to grasp the criticism contained in paragraph 8 of the Franzblau Affidavit as they state the following:

> "Dr. Franzblau tries to cast doubt on the Whitehouse Study by professing not to understand why 'only' 123 patients were included. Then he notes that 'only patients with two or more sets of pulmonary function tests were considered." Franzblau Affidavit at ¶ 8. This was exactly the reason why there were only 123 patients in the study. Whitehouse Study, p. 221." Libby Claimants' Discovery Objection at 6.

What Dr. Franzblau correctly points out in paragraph 8 of his affidavit is that Dr. Whitehouse has failed to support the unsupported statement that the 123 people in his study cohort are representative of his larger group of 491 patients and the town of Libby as a whole. Asserting that a cohort is representative of a larger cohort requires data analysis that compares the

4

demographics of the cohort with the group it purports to represent. Dr. Whitehouse has made no such demonstration. In fact, by his own admission, 70% of the individuals in his cohort were former W.R. Grace employees. Dr. Whitehouse does not provide any evidence that Grace ever employed that large of a percentage of the town of Libby, nor have I ever seen such evidence, thus Dr. Whitehouse's suggestion that a cohort in which 70% of the people in the cohort worked for Grace represents the town of Libby as a whole is unsupportable. Moreover, to the extent that the Whitehouse Progression Study is performed in a clinical setting and includes those patients with more than one PFT, this creates a selection bias towards those individuals with a medical reason to have a second PFT, which biases the cohort towards measuring sicker individuals. This is a very different situation from a research setting in which multiple PFT data points increase the validity of the study.

12.     The Libby Claimants' contention that Dr. Franzblau "ignored the fact that Dr. Whitehouse excluded patients" with a non-asbestos related disease is but a restatement of the study's vague language that ignores the lingering question of outside disease. Although the study purported to have excluded subjects with non-asbestos related diseases such as chronic obstructive pulmonary disorder and asthma, an unspecified number of subjects still required bronchodilators per physician prescription. The study vaguely notes that "[m]any subjects used a variety of bronchodilators prescribed by their personal physicians." Whitehouse Progression Study at 221. Whitehouse neither elaborates on the reasons for their necessity nor identifies the percent of subjects using bronchodilators. On the contrary, Dr. Franzblau pointed out this major ambiguity in noting that "all such subjects were considered by their personal physicians to have a pulmonary disease that warranted prescription bronchodilator medication. Franblau Affidavit at ¶ 9. Clearly, the study requires the reader to accept that non-asbestos diseases affecting

5

pulmonary function have been properly accounted for. The Libby Claimants' mere repetition of Dr. Whitehouse's unsupported statements do not make them more certain.

13.    In attempting to discredit Dr. Franzblau's concerns about Dr. Whitehouse's reporting of pulmonary function test measurements, the Libby Claimants misrepresent his statement and avoid the argument altogether. Rather than address directly Dr. Whitehouse's questionable reporting of pulmonary function test results, the Libby Claimants suggest that Dr. Franzblau finds none of the tests to be "justified." On the contrary, Dr. Franzblau accurately made the distinction that the study's "choice of pulmonary function parameters to present is incomplete," and that Dr. Whitehouse has not justified this incomplete reporting. Franzblau Affidavit at ¶ 12. In no way did Dr. Franzblau intend to convey that *none* of the measurements that Dr. Whitehouse reported were relevant. Instead, Dr. Franzblau took issue with Dr. Whitehouse's decision not to report FEV1 results for the cohort. FEV1 is widely accepted as one of the most reliable and reproducible lung function test measurements. FEV1 is the key measurement for determining whether an individual has obstructive impairment, which is essential when dealing with a cohort in which 78% of the cohort has smoked at one time. Moreover, the Global Obstructive Lung Disease Initiative holds that FEV1/FVC ratio is the critical measurement for lung disease assessment. Without FEV1, the study not only loses the most valuable lung function parameter, but also the ability to comment on the FEV1/FVC ratio, which, again, is especially important when considering a cohort comprised primarily of former smokers. Dr. Whitehouse has excluded the test which makes possible an assessment of smoking's impact on the study. On that basis alone, the combination of pulmonary function tests which forms the basis of the Whitehouse Progression Study is severely lacking and unjustified. Moreover, to the extent that the Whitehouse Progression Study purports to describe a new

6

disease, it should have reported a complete collection of pulmonary function test measurements, which would include FEV1.

DATED this ☐ day of March, 2006.

_____

Dr. David Weill

SUBSCRIBED AND SWORN to me before this 17th day of March, 2006.

_____
Notary Public for the State of California
Residing at: Menlo Park, CA
My Commission Expires: 01·17·2008

ROUMIANA A. KADIEV
COMM. #1460331
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires: Jan. 17, 2008

7

<u>CURRICULUM VITAE</u>

# DAVID WEILL, M.D.

## PERSONAL DATA

| | |
|---|---|
| Date of Birth: | March 25, 1964 |
| Place of Birth: | New Orleans, Louisiana |
| Social Security: | 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 |
| Office Phone: | 650-725-7329 |
| Office Fax: | 650-725-5489 |
| Electronic mail: | dweill@stanford.edu |

## APPOINTMENTS

January 2006

> Associate Professor, Division of Pulmonary and Critical Care Medicine
> Director, Lung and Heart -- Lung Transplant Program
> Stanford University Hospital and Clinics
> Palo Alto, California
>
> Mailing address:
> Division of Pulmonary and Critical Care Medicine
> Stanford University Medical Center
> 300 Pasteur Drive, Rm H3143
> Stanford, CA 94305-5236

## EXPERIENCE

June 2002 – Present

> Associate Professor, Division of Pulmonary and Critical Care Medicine

Associate Director, Lung Transplant Program
Attending Physician, Surgical Intensive Care Unit
University of Colorado Health Sciences Center
Denver, Colorado

December 1999 – May 2002

Associate Professor, Division of Pulmonary and Critical Care Medicine
Medical Director, Lung Transplant Program
University of Alabama at Birmingham
Birmingham, AL

July 1996 – November 1999

Medical Director, Lung Transplant Program
Director, Pulmonary Rehabilitation
Medical City Hospital
Dallas, TX

## JOURNAL EDITORSHIPS

Associate Editor, The Journal of Heart and Lung Transplantation
1999 – Present

Associate Editor, Current Cardiology Reviews
2004 – Present

Editorial Consultant, Asbestosis
Physicians' Information and Education Resource, American College of Physicians
2005 - Present

## VISITING PROFESSORSHIP

2004        National Institute of Occupational Medicine and Poison Control
Beijing, China

## EDUCATION

1990                    MD, Tulane University School of Medicine

1985                    BA, Tulane University


## PROFESSIONAL TRAINING

1995-1996               Fellow, Lung Transplant Program
                        University of Colorado Health Sciences Center
                        Denver, CO

1993-1996               Fellow, Division of Pulmonary and Critical Care Medicine
                        University of Colorado Health Sciences Center
                        Denver, CO

1990-1993               Resident, Internal Medicine
                        University of Texas Southwestern Medical Center
                        Dallas, TX


## CERTIFICATIONS

2005                    B Reader
                        National Institute of Occupational Safety and Health

1996                    Transplant Physician
                        United Network for Organ Sharing

1996                    Pulmonary Medicine
                        American Board of Internal Medicine

1993                    Internal Medicine
                        American Board of Internal Medicine

# LICENSURE

| | |
|---|---|
| California | # C 52127 |
| Alabama | #23173 |
| Texas | #K1127 (inactive) |
| Colorado | #33593 |
| Louisiana | #021066 (inactive) |

# PROFESSIONAL AFFILIATIONS

American Society of Transplant Physicians
American Thoracic Society
American College of Chest Physicians
International Society of Heart and Lung Transplantation

# LABORATORY EXPERIENCE

Webb–Waring Lung Institute
Mentor: John E. Repine, M.D.
University of Colorado Health Sciences Center
1994-1995

# AWARDS

Best Doctors in America, 2003 -2004

# GRANTS

Nostix, Inc.
Non-Invasive Critical Care Monitor
Principal Investigator
2002-Present

Fujisawa Healthcare, Inc.
Comparison of a de novo tacrolimus/sirolimus/prednisone regimen versus
tacrolimus/azathioprine/prednisone immunosuppressive regimen in lung transplantation
Principal Investigator

2001-2003

Medimmune
The Efficacy of Combination Prophylaxis in Preventing CMV Infections
Principal Investigator
2000-2001

Roche Laboratories
The Pharmocokinetics of Mycophenolate Mofetil Following Lung Transplantation
Principal Investigator
2000-2002

Novartis Pharma AG
Multi-Center Study Comparing Rapamycin to Azathioprine in Lung Transplant Patients
at Risk for Bronchiolitis Obliterans Syndrome
Co-Principal Investigator
2000-2002

Sangstat Medical Corporation
Celsior Storage Solution for Donor Lungs Prior to Lung Transplantation
Co-Principal Investigator
2000-2001

## JOURNAL REVIEW ACTIVITIES

The Journal of Heart and Lung Transplantation
American Journal of Transplantation
Chest

## CONSULTING

Governmental:

Senate Judiciary Committee Testimony
Asbestos and Mixed Dust Disease
February 2005

Texas State Legislature Testimony
House Bill 8 Regarding Asbestos and Silica
March 2005

## SCIENTIFIC ADVISORY COMMITTEES

Medical Technologies International, Inc.
2003 – present

Sangstat
Polyclonal Antibodies in Heart and Lung Transplantation
1996-2001

Medimmune
Role of Cytomegalovirus Hyperimmune Globulin after Lung Transplantation
1996-2001

# NATIONAL COMMITTEES

National Lung Review Board
UNOS
2005 - present

United Resources Network
United Healthcare
Thoracic Transplant Advisory Committee
2004-present

Aetna Thoracic Transplant Advisory Committee
Aetna Insurance Company
2003-present

Working Group on Primary Lung Graft Failure
International Society of Heart and Lung Transplantation
2003-present

American Society of Transplantation
Maximizing Cadaveric Organ Utilization, Lung Section
Crystal City, Virginia
2001

# HOSPITAL COMMITTEES

Finance Committee
Division of Pulmonary and Critical Care

University of Colorado Heath Sciences Center
2004 – present

Antimicrobial Subcommittee, Pharmacy and Therapeutics Committee
University of Colorado Health Sciences Center
June 2002 - Present

# NONPROFIT ORGANIZATIONS

Board Member
Legacy Donor Foundation
New Orleans, Louisiana
2000 - 2002

Council Member
Benevolent Fund
University of Alabama at Birmingham
2000 - 2002

Mentor
Minority Medical Education Program
University of Alabama at Birmingham
2000 - 2002

# PUBLICATIONS

## ORIGINAL RESEARCH

**Weill D**, Hodges TN, Torres F, and Zamora MR. **Acute native lung hyperinflation is not associated with a poor outcome following single lung transplantation for emphysema**
Journal of Heart and Lung Transplantation 1999;18:1080-1087

**Weill D**, McGiffin DC, Zorn GL, Alexander CB, Early LJ, Kirklin JK, and Young KR. **The utility of open lung biopsy following lung transplantation**
Journal of Heart and Lung Transplantation 2000;19(9):852-857

Weill D, Mack MJ, Roth J, Swisher S, Proksch, Merritt J, and Nemunaitis J.
Adenoviral-mediated p53 gene transfer to non-small cell lung cancer through
endobronchial injection
Chest 2000;118:966-70

Weill D and Zamora MR. Comparison of the efficacy and cost effectiveness of
preemptive therapy as directed by CMV antigenemia and prophylaxis with
ganciclovir in lung transplant recipients (letter)
Journal of Heart and Lung Transplantation 2000;19(8):815-6

Weill D, Dey GC, Hicks RA, Young KR, Zorn GL, Kirklin JK, Early L, and
McGiffin DC. A positive donor gram stain does not predict outcome following lung
transplantation
Journal of Heart and Lung Transplantation 2002;21(5):555-8

Weill D, Lock BJ, Wewers DL, Young KR, Zorn GL, Early L, Kirklin JK, and
McGifffin DC. Combination prophylaxis with ganciclovir and cytomegalovirus
immune globulin after lung transplantation: Effective CMV prevention following
daclizumab induction
American Journal of Transplantation 2003;3(4):492-496

Weill D and Weill H. Diagnosis and initial management of nonmalignant diseases
related to asbestos.
Am J Respir Crit Care Med. 2005 Mar 1;171(5):527-528

Astor TL and Weill D. Extracorporeal photopheresis in lung transplantation.
Journal of Cutaneous Medicine and Surgery 2003 Sep 9

Dransfield MT, Garver RI, and Weill D. Standardized guidelines for surveillance
bronchoscopy reduce complications in lung transplant recipients
Journal of Heart and Lung Transplantation 2004; 23(1):110-4

Zamora MR, Nicolls MR, Hodges TN, Marquesen J, Astor TL, Grazia T,
and Weill D. Following Universal Prophylaxis with Intravenous Ganciclovir and
Cytomegalovirus Immune Globulin, Valganciclovir is Safe and Effective for
Prevention of CMV Infection Following Lung Transplantation.
American Journal of Transplantation 2004 Oct;4(10):1635-42

Christie JD, Carby M, Bag R, Corris P, Hertz M, and Weill D. Report of the ISHLT
Working Group on Primary Lung Graft Dysfunction Part II: Definition. A
Consensus Statement of the International Society for Heart and Lung
Transplantation.
Journal of Heart and Lung Transplantation 2005 Oct;24(10):1454-9

Beaver TM, Fullerton DA, <u>Weill D</u>, and Grover FL. Colon perforation after lung transplantation
Annals of Thoracic Surgery 1996;62:839-843

Terada LS, Hybertson BM, <u>Weill D</u>, and Repine JE. XO increases neutrophil adherence to endothelial cells by a dual mechanism
Journal of Applied Physiology 1997;82(3):866-873

Badesch DB, Zamora MR, <u>Weill D</u>, and Schwarz MI. Pulmonary capillaritis: a possible histologic form of acute allograft rejection
Journal of Heart and Lung Transplantation 1998;17(4):415-422

Nemunaitis J, Swisher SG, Mack M, <u>Weill D</u>, Merritt J, and Roth J. Adenovirus-mediated p53 gene transfer in sequence with cisplatin to tumors of patients with non-small cell lung cancer
Journal of Clinical Oncology 2000;18(3):609-622

Schmidt F, McGiffin DC, Zorn G, Young KY, <u>Weill D</u>, and Kirklin JK. Management of congenital abnormalities of the donor lung
Annals of Thoracic Surgery 2001;72(3):935-7

Zorn GL, McGiffin DC, Young KR, Alexander CB, <u>Weill D</u>, and Kirklin JK. Pulmonary transplantation for advanced bronchioloalveolar carcinoma
Journal of Thoracic and Cardiovascular Surgery 2003;125(1):45-8

Astor TL, <u>Weill D</u>, Schwarz MI, Cool C, Teitlebaum I, and Zamora MR. Pulmonary capillaritis in lung transplant recipients: response to therapy and effect on long-term allograft function
Accepted, Journal of Heart and Lung Transplantation, 2005

## EDITORIALS and REVIEWS

<u>Weill D</u>. Role of cytomegalovirus in cardiac allograft vasculopathy
Transplant Infectious Disease 2001 Suppl 2:3:44-48

<u>Weill D</u> and Keshavjee S. Lung Transplantation for Emphysema: Two Lungs or One
Journal of Heart and Lung Transplantation 2001;20(7):739-742

<u>Weill D</u>. Donor criteria in lung transplantation: an issue revisited
Chest 2002;121:2029-2031

<u>Weill D</u>. Twenty years of lung transplantation: areas of improvements and challenges
Minerva Pneumologica 2003;42:139-57

<u>Weill D</u> and Zamora MR. The role of respiratory viruses in lung transplantation
Invited Review, American Journal of Transplantation, 2004


# CHAPTERS

<u>Weill D</u> and Make B. Oxygen Conserving Devices
Long-Term Oxygen Therapy, New York: Marcel Dekker,1994;234-256

<u>Weill D</u> and Zamora MR. Postoperative care in lung transplantation
Seminars in Respiratory Medicine 1996;17(2):159-165

<u>Weill D</u>, Rose C, and King TE. Treatment and prognosis of hypersensitivity
pneumonitis
UPTODATE in Pulmonary and Critical Care Medicine,1997, American Thoracic Society

<u>Weill D</u>, Mack MJ, and Tennison D. Adverse effects of medications commonly
administered to thoracic surgical patients
Chest Surgery Clinics of North America, Medical Complications of Thoracic Surgery,
August, 1998

<u>Weill D</u>. Lung Transplantation
Textbook of Critical Care, 5th Edition, Editors: Fink, Abraham, Vincent, Kochanek, 2005

Astor TL and <u>Weill D</u>. Oxidative Lung Injury
Textbook of Critical Care, 5th Edition, Editors: Fink, Abraham, Vincent, Kochanek, 2005


## SELECTED ABSTRACTS

<u>Weill D</u>, Lock B, McGiffin DC, Zorn GL, Wewers DL, Early LJ, Kirklin JK, and
Young KR. Combination prophylaxis using CMV IVIG and ganciclovir reduces the
incidence of cytomegalovirus infection following lung transplantation
Presented at the American Transplant Congress, April 2002, Washington, D.C.

<u>Weill D</u>, McGiffin DC, Zorn GL, Alexander CB, Early LJ, Kirklin JK,
and Young KR. The utility of open lung biopsy following lung transplantation
Presented at the 4th International Congress on Lung Transplantation, September 2000,
Paris, France

Zorn GL, McGiffin DC, Young KR, Alexander CB, <u>Weill D</u>, and Kirklin JK.
Pulmonary transplantation for bronchioloalveolar carcinoma

Presented at Annual Meeting, American Society of Transplant Surgeons, May 2000, Chicago, IL

**Borker SS, Zorn GL, McGiffin DC, Young KR, <u>Weill D</u>, and Kirklin JK. Native lung volume reduction after single lung transplant for emphysema**
Presented at Annual Meeting, American Society of Transplant Surgeons, May 2000, Chicago, IL

## SELECTED PRESENTATIONS

An Update on Lung Transplantation
University of West Virginia Medical School, Pulmonary Grand Rounds
December, 2004

Current Aspects of Lung Transplantation
University of Texas-Southwestern, Pulmonary Grand Rounds
September, 2004

Post Transplant Thoracic Malignancies
Texas Transplant Society Annual Meeting
June, 2003

An Update on Bronchiolitis Obliterans Syndrome
University of Southern California Medical School, Pulmonary Grand Rounds
June, 2003

Expanding the Donor Pool
American Society of Transplant Physicians and Surgeons
March, 2003

Lung Transplantation for COPD: Two Lungs, One, or None
Cardiothoracic Transplantation: An International Update
February, 2003

Photopheresis in Lung Transplantation
Johns Hopkins Medical School
November, 2002

Lung Transplantation: An Update
University of Colorado Health Sciences Center, Medical Grand Rounds
October, 2002

Expanding the Donor Pool
Oregon Health Sciences Center Transplant Grand Rounds

February, 2002

Cytomegalovirus Infections in Thoracic Transplantation
University of Texas – San Antonio Transplant Grand Rounds
February, 2002


An Update on Immunosuppression
Indiana University/Methodist Hospital Transplant Grand Rounds
December, 2001

A Positive Donor Gram Stain Does Not Predict the Development of Pneumonia, Oxygenation, or
Duration of Mechanical Ventilation Following Lung Transplantation
International Society of Heart and Lung Transplantation
April, 2001

Lung Transplantation for Bronchioloalveolar Carcinoma
Cardiothoracic Transplantation 2001: An International Update
February, 2001

The Utility of Open Lung Biopsy Following Lung Transplantation
4th International Congress on Lung Transplantation
September, 2000

Late Complications Following Lung Transplantation
Lung Transplantation 2000, Mount Sinai Medical Center
September, 2000

Current Aspects of Lung Transplantation
Medical Grand Rounds, University of Alabama-Birmingham
July, 2000

Impact of Donor Gram Stain on Recipient Outcome Following Lung Transplantation
International Society of Heart and Lung Transplantation
April, 2000

Acute Native Lung Hyperinflation Following Single Lung Transplantation for Emphysema
International Society of Heart and Lung Transplantation
April, 1999

p53 Oncogene Transfers to Non-Small Cell Lung Cancers
American Association of Thoracic Surgeons
May, 1998

Tolerance to Acute Lung Injury

Louisiana State University Pulmonary Grand Rounds
June, 1997

## SELECTED SESSION CHAIRMANSHIPS

Moderator, Controversies in Cardiothoracic Transplantation
Cardiothoracic Transplantation: An International Update, Vail, CO
February 22, 2003

Moderator, Moderated Poster Session, Clinical Lung Transplantation
International Society for Heart and Lung Transplantation, Osaka, Japan
April 6, 2000

## EDUCATIONAL ACTIVITIES

Trainees:         Todd Astor, M.D.
                  July 2002-June 2004
                  Lung Transplant Fellowship, UCHSC

                  Kevin Leon, M.D.
                  July 2001-June 2002
                  Lung Transplant Fellowship, UAB

                  Keith Wille, M.D.
                  July 2000-June2001
                  Lung Transplant Fellowship, UAB

Curriculum Development:

                  Lung Transplant Fellowship, University of Alabama – Birmingham
                  1999-2002

# AREAS OF INTEREST

Lung Transplantation
Occupational Lung Diseases
Cystic Fibrosis
Pulmonary Hypertension

# EXHIBIT "D"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-1139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## AFFIDAVIT OF DR. ALFRED FRANZBLAU

DR. ALFRED FRANZBLAU, first being duly sworn, deposes on his oath and states as follows:

1.      I am Dr. Alfred Franzblau.  My address is 1801 Greenview Dr., Ann Arbor, MI 48103-5903.  I am executing this affidavit on behalf of W.R. Grace in the bankruptcy proceeding styled *In re W.R. Grace & Co. et al.*, Case No. 01-1139 (JKF).  I have personal knowledge of all statements made in this affidavit.  I would be willing to testify at trial and under oath as to all statements contained in this affidavit.

**1.      Qualifications**

2.      I specialize in Internal Medicine and Occupational and Environmental Medicine. I currently serve as Professor of Environmental Health Sciences at the University of Michigan School of Public Health and Associate Professor of Emergency Medicine at the University of Michigan Medical School.

3.      My curriculum vitae is attached as exhibit A.

4.      My research has included a focus on occupational respiratory disease, including asbestos-related disease.  I currently serve as the Principal Investigator in an evaluation of digital chest radiographs for pneumoconiosis sponsored by the Association of Schools of Public Health and Centers for Disease Control and Prevention.

5.    In tandem with my roles as professor and researcher, I practice clinical

occupational medicine. In the course of my clinical practice, I have diagnosed patients with non-

malignant asbestos-related diseases. I am also a certified NIOSH B-reader.

**2.    The Whitehouse Progression Study**

6.    I offer a preliminary view on a recently published study by Alan Whitehouse,

M.D., *Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of*

*Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby*

*Montana* (43 Am. J. Indus. Med. 219 (2004)) (the "Whitehouse Progression Study"). The

opinions expressed in this affidavit are in no way exhaustive, nor have I had the opportunity to

review the data that underlies the Whitehouse Progression Study. Despite numerous flaws that

are apparent in the published study, many of Dr Whitehouse's assertions cannot be fully

critiqued without reviewing the underlying medical documents upon which Dr. Whitehouse

based the Whitehouse Progression Study. Please note that I will supplement my opinion on the

validity of the Whitehouse Progression Study upon further review of Dr. Whitehouse's

underlying medical documents.

7.    The Whitehouse Progression Study claims to demonstrate that a progressive or

excessive loss of pulmonary function occurs in patients exposed to tremolite asbestos,

particularly those with predominantly pleural changes and minimal to no interstitial disease.

However, because of flaws in the study design, execution and analyses, no valid conclusions

about progressive or excessive loss of pulmonary function can be drawn from the study. Despite

numerous flaws that are apparent in the published study, one would need to review the

underlying medical documents for all of Dr. Whitehouse's patients to fully assess the validity to

his contention that a progressive or excessive loss of pulmonary function occurs in patients

exposed to tremolite asbestos.

8.      The study subjects were derived from the clinical practice of the author, Dr.

Whitehouse, not a random selection of workers from the vermiculite facility, family members of

workers, or residents of Libby.  There were 491 subjects initially considered; we are not told

whether this represents all patients in Dr. Whitehouse's practice, or, if not, how or why some

patients were excluded from consideration.  Only patients with two or more sets of pulmonary

function tests were considered further in analyses (n = 153), and 30 of these were excluded from

the study for various reasons (COPD, previous chest surgery, unacceptable pulmonary function

tests, or presence of some other "significant" non-asbestos disease) resulting in a final study

group of 123 patients.  The paper asserts that "These subjects are representative of the Libby area

population and the practice group of 491 patients"; this is a sweeping and unsupported

generalization.  There are no data or comparisons provided about age, gender, occupation,

smoking history, medical history or other potentially pertinent factors for the 123 patients, the

491 patients, all patients in Dr. Whitehouse's practice, or for residents of Libby.  Only by

reviewing the medical records for the 123 patients in the study group and comparing them to the

medical records for all 491 of Dr Whitehouse's initially considered subjects could one begin to

assess whether this sweeping generalization is scientifically supportable.

9.      An unknown number of the 123 subjects had other significant pulmonary disease

as indicated by the fact that "Many subjects used a variety of bronchodilators prescribed by their

personal physicians although none carried a diagnosis of bronchial asthma and there was no

evidence of significant changes in FEV1 following bronchodilators."  Clearly, all such subjects

were considered by their personal physicians to have a pulmonary disease that warranted

prescription bronchodilator medication.  The fact that the patients were not diagnosed with

bronchial asthma, and the FEV1 did not improve acutely with bronchodilator, is not relevant.

For example, it is common practice to treat patients with chronic obstructive pulmonary disease (COPD), such as from smoking, with bronchodilators even if there is no significant acute improvement in the FEV1. (Ninety-six subjects (78%) were current or ex-smokers.) Because "many" of the subjects had another non-asbestos pulmonary disease, the entire study is confounded and/or flawed since these other diseases were not considered in the statistical analyses, and much or all of the observed excess decline in pulmonary function may be attributable to non-asbestos pulmonary disease, such as smoking. Only by reviewing Dr. Whitehouse's medical records for the 123 individuals in this study could one determine whether the alleged decrement in pulmonary function was caused by asbestos exposure as opposed to smoking.

10.     There is another source of selection bias that may confound results. As noted above, subjects were not invited randomly to participate in this study. Only subjects who had at least two sets of pulmonary function tests were eligible; some subjects had more than two sets of test results. Pulmonary function tests were performed for clinical reasons, not as part of a research study protocol. Subjects who had more tests performed are likely to have had worse pulmonary disease, and yet they would have been preferentially selected to be in the study group. This is another potential source of confounding and bias that was not accounted for but could be ascertained based on a review of Dr. Whitehouse's medical records. If an individual were suffering from a non-asbestos related pulmonary condition such information would be included in Dr. Whitehouse's medical records and would be relevant to determining whether the alleged loss of lung function was caused by an asbestos-related disease or some other pulmonary condition.

11.    The spirometry test equipment changed in 1998. Despite calibration, there can still be differences in results due to differences in equipment, which would confound the assessment of change in spirometry parameters over time. The paper fails to identify the number of subjects in whom the baseline tests were performed with the Sensormedics model 6200 and the follow-up measurements were performed with the Medgraphics model 1085. There were no statistical analyses to assess the impact of this circumstance and the potential for confounding or bias. Even a slight change in measurements resulting from switching equipment could have a substantial effect on Dr. Whitehouse's ultimate conclusion that there was an excessive loss of lung function due to asbestos-related disease among members of the study group. Only by reviewing the pulmonary function tests could one determine whether the change in equipment had an effect on the data that support Dr. Whitehouse's conclusion.

12.    The choice of pulmonary function parameters to present is incomplete and not justified. "The parameters that were felt to be most valuable for analysis were forced vital capacity (FVC), (taking the best available and valid number from each set), total lung capacity (TLC), and the single breath diffusion capacity (DLCO)." There is no justification provided for this choice of pulmonary parameters, and there is no justification for leaving out others, such as FEV1. FEV1 is one of the most effective and reliable lung function measurements, particularly for assessing obstructive lung disease. Andersson, G., Cocchiarella, L., *AMA Guides to the Evaluation of Permanent Impairment*, § 5.4(d) (5th ed. 2000) ("AMA Guidelines"). Dr. Whitehouse's decision to ignore FEV1 and rely on DLCO is especially problematic given that most of the individuals in his study group had pleural disease with minimal interstitial lung disease. Even Dr. Whitehouse acknowledges that "pleural changes alone are unlikely to cause a decrease in DLCO." Smoking, on the other hand, is recognized as a major cause of reduced

Page 5

diffusion capacity. Smoking is also recognized as a major cause of chronic obstructive pulmonary disease (COPD). Reviewing the medical records for the study group, including all pulmonary function test results for each patient, would give a clearer picture about the nature of the alleged impairment and whether it is caused by exposure to asbestos or other diseases.

13.    Pulmonary function results are presented in terms of change in the percent predicted, rather than change in the original units of measurement (e.g., milliliters per year for FVC), as is common practice in the literature. Expressing the results in terms of percent predicted is confusing and unorthodox for a longitudinal study, and makes is difficult to compare results directly with other studies. Also, expressing results in terms of percent predicted might have had another potential adverse effect on the study. It is stated that "if differences in height were present they were adjusted to match across study dates". While this adjustment/correction of height may appear reasonable on first glance, it would have the potential effect of serving to bias the follow-up results to appear lower in terms of percent predicted. The height parameter in pulmonary regression equations should be the height measured at the time of testing. People tend to lose height over time; if the baseline height were used to calculate the predicted values at follow-up then the follow-up predicted values would tend to be overestimated, thus biasing the results to appear like there had been a greater than expected decline in pulmonary function. If all pulmonary results were reported in units of the original measurements rather than percent predicted, this problem with height would not exist. Only by reviewing the medical records and recalculating results based on the original units of measurement could one determine whether bias skewed Dr. Whitehouse's ultimate conclusion regarding the loss of pulmonary function.

14.    The investigator used a novel method to create a continuous parameter to describe the 'dose' or extent of pleural disease. ("The percentage of the lateral chest wall involved with

pleural changes was measured and the average of both sides of the chest calculated.")  However, when this continuous pleural parameter was used in analyses "there was no statistical correlation between the extent of pleural changes measured on the chest X-ray and the loss of pulmonary function", which would appear to contradict the other analyses. Dr. Whitehouse ignored this finding in his conclusions, and provided no explanation to justify ignoring this result.

15.    Overall, there are numerous problems with the study design, execution and analyses that are likely to create unknown effects of confounding and potential bias, and so no valid scientific conclusions can be drawn from this study.  Determining whether individuals exposed to tremolite asbestos from Libby do in fact have a highly progressive pleural disease would require a detailed re-analysis of Dr. Whitehouse's medical records.

Dr. Alfred Franzblau

SUBSCRIBED AND SWORN to me before this _17_ day of February, 2006.

Notary Public for the State of Michigan
Residing at: _Washtenaw City_
My Commission Expires: _3/9/2007_

Page 7

Alfred Franzblau, MD
Professor of Occupational and Environmental Medicine
Department Environmental Health Sciences
University of Michigan School of Public Health
1420 Washington Heights
Ann Arbor, Michigan  48109-2029
(734) 936-0758  voice
(734) 763-8095  fax
afranz@umich.edu
February 12, 2006

**EDUCATION**

| | |
|---|---|
| High School: | Livingston High School, Livingston, New Jersey, 1968-1971 |
| Undergraduate: | Northwestern University, 1971-1975, B.A., M.S. |
| Graduate: | Stanford University, 1975-1978, M.S. (Mathematics) |
| Medical: | UC San Diego, School of Medicine, 9/79-6/83, M.D. |

**TRAINING & PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 6/83-6/86 | Resident in Internal Medicine.  University of Washington, Seattle, Washington. |
| 1/86-6/86 | Chief Medicine Resident.  Providence Medical Center, Seattle, Washington. |
| 7/86-6/88 | Resident in Occupational and Environmental Medicine.  Mount Sinai Medical Center, New York, NY. |
| 7/88-6/89 | Charles A. Dana Fellow in Environmental Epidemiology. Division of Environmental and Occupational Medicine, The Mount Sinai School of Medicine, New York, NY. |
| 7/88-6/89 | Senior Clinical Assistant.  Department of Community Medicine, The Mount Sinai Hospital, New York, NY. |
| 7/88-6/89 | Instructor.  Department of Community Medicine, Division of Environmental and Occupational Medicine, The Mount Sinai School of Medicine, New York, NY. |
| 9/89-8/00 | Assistant Professor of Internal Medicine.  University of Michigan Medical School, Ann Arbor, Michigan. |
| 9/89-8/96 | Assistant Professor of Occupational Medicine.  University of Michigan School of Public Health, Ann Arbor, Michigan. |

Alfred Franzblau, MD
February 12, 2006
Page 2

| | |
|---|---|
| 5/90-10/97 | Consultant Physician, Dept. of Internal Medicine, Ann Arbor Veterans Administration Hospital, Ann Arbor, Michigan. |
| 9/96-8/03 | Associate Professor of Occupational Medicine. University of Michigan School of Public Health, Ann Arbor, Michigan. |
| 1/97-present | Associate Research Scientist, Center for Ergonomics, Dept. of Industrial and Operations Engineering, University of Michigan School of Engineering. |
| 9/97-8/98 | Visiting Associate Professor, Department of Environmental Health, University of Washington School of Public Health and Community Medicine, Seattle, Washington. |
| 9/00-2/02 | Associate Professor of Internal Medicine. University of Michigan Medical School, Ann Arbor, Michigan. |
| 2/02-present | Associate Professor of Emergency Medicine. University of Michigan Medical School, Ann Arbor, Michigan. |
| 9/03-present | Professor of Occupational Medicine. University of Michigan School of Public Health, Ann Arbor, Michigan. |

## PROFESSIONAL CERTIFICATIONS

Board Certified Internal Medicine (#110450; September 10, 1986)
Board Certified Preventive Medicine - Occupational (#22968; February 3, 1992)
Licensed to practice medicine in State of Michigan (#055331, August 1989).
Certified "B" Reader (12/1/88 - 11/30/08)
Fellow, American College of Occupational and Environmental Medicine (April 30,
    1998)

## PROFESSIONAL ACTIVITIES

Member of Board of Directors Michigan Occupational and Environmental
                Medicine Association (MOEMA), 1994-99

Member of Course Planning Committee for Annual Scientific Conference of the
                Michigan Occupational and Environmental Medicine Association
                (MOEMA), 1996-1999

Alternate Delegate for MOEMA to American College of Occupational and
                Environmental Medicine, 1995-1998

Director, University of Michigan Occupational Medicine Residency Program.
                9/1/95-7/31/2003.

Alfred Franzblau, MD
February 12, 2006
Page 3

Director, Occupational Medicine Program, Education and Research Center (ERC) at the University of Michigan. 9/1/98-7/31/2003.

Director, Education and Reseach Center (ERC) at the University of Michigan. 7/1/00 to 7/31/01.

Director, Occupational Injury Prevention Research Training Program at the University of Michigan. 9/1/2001-6/30/2003.

Representative of American College of Occupational and Environmental Medicine at OSHA Ergonomics Stakeholder Meeting. Washington, DC. February 4, 1998.

Co-Chair, University of Michigan IRB Health. 9/2003-present

Associate Department Chair, Environmental Health Sciences. University of Michigan School of Public Health. 2004-2005.

Interim Director, Occupational and Environmental Epidemiology Program. University of Michigan School of Public Health. 2004-2005.

## SCIENTIFIC ACTIVITIES

Contributing Editor. American Journal of Industrial Medicine. 1989-present.

Reviewer:    American Industrial Hygiene Association Journal
American Journal of Managed Care
American Public Health Association Journal
Annals of Occupational Hygiene
Archives of Family Medicine
Chest
Clinical Toxicology
Environmental Research
Journal of Occupational and Environmental Medicine
Journal of the American Medical Association
Muscle & Nerve
New England Journal of Medicine
Occupational and Environmental Medicine
Scandinavian Journal of Work, Environment & Health

American Board of Preventive Medicine, Committee on Examination Questions, Occupational Medicine: 1992-2000

Alfred Franzblau, MD
February 12, 2006
Page 4

Invited Participant in "Workshop on Research Methods for Field Studies on VDT & Musculoskeletal Disorders". The Johns Hopkins University Center for VDT & Health Research. San Francisco, CA. December 2-3, 1994.

Session Chair, Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association, June 9, 1995. "Practical Ergonomics for the Primary Care Physician".

Session Chair, Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association, June 7, 1996. "Managed Care and the Occupational Physician".

Course Planner, Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association, June 6-7, 1997.

Conference Co-Director. International Conference on Occupational Disorders of the Upper Extremities. Ann Arbor, Michigan. October 24-25, 1996.

Invited Participant in "Workshop on Diagnosis of Musculoskeletal Disorders of the Upper Limb". The Johns Hopkins University Center for VDT & Health Research. Baltimore, Maryland. November 15-16, 1996.

Session Moderator. Midwest Regional Epidemic Intelligence Service Conference. Centers for Disease Control and Prevention, The Michigan Department of Community Health, and the University of Michigan School of Public Health. Ann Arbor, Michigan. March 13, 1997.

Scientific Peer Reviewer. US Environmental Protection Agency's Arsenic Health Effects Research Peer Review Panel. Washington, DC. July 7-8, 1997.

Scientific Peer Reviewer. Agency for Health Care Policy and Research: Health Care Technology Study Section. Washington, DC. November, 1997.

Member of the Ergonomics Committee of the American College of Occupational and Environmental Medicine. 1997-present.

Scientific Peer Reviewer. Gulf War Illness Study Section (Dept. of Defense/American Institute of Biological Sciences). Washington, DC. March 29-31, 1998.

Invited Participant in "Workshop on Work-Related Musculoskeletal Injuries: Examining the Research Base." August 20-21, 1998, National Academy of Sciences, Washington, D.C.

Invited Participant: Workshop on the National Occupational Research Agenda (NORA) for work-related musculoskeletal disorders. Houston, Texas. March 8, 1999. Sponsored by NIOSH.

Invited by OSHA to testify about the scientific foundation for the OSHA proposed Ergonomics Program Standard. Washington, DC. March 16, 2000.

Reviewer for Panel on Musculoskeletal Disorders and the Workplace. September, 1999 - July, 2000. National Academy of Sciences, Washington, D.C.

Conference Co-Director: Health and the American Workforce: Challenges and Opportunities. Ann Arbor, Michigan. May 8, 2000.

Consultant to Michigan Arthritis Scientific Forum/Michigan Arthritis Action Plan 2000

Reviewer, Tuberculosis in the Workplace. Edited by MJ Field, Institute of Medicine. National Academy of Sciences Press, Washington, DC. 2001.

Member, Occupational Health Advisory Board of United Automobile Workers-General Motors Corporation/Delphi Corporation. 2001-present.

Reviewer, "Biologic Monitoring of Arsenic in Children: An assessment of exposure near the Baird and McGuire superfund site hazardous waste incinerator, Holbrook, Massachusetts", draft final report. ATSDR. September, 2001.

ERC Site Visitor for NIOSH, November 8-9, 2001. University of Washington Education and Research Center, Seattle, Washington.

Scientific Peer Reviewer. Agency for Toxic Substances and Disease Registry. "Survey of Soil Exposure among residents of the VBI70 Study Population". March 2002.

ERC Site Visitor for NIOSH, November 3-5, 2002. Harvard University Education and Research Center, Boston, Massachusetts.

Course Co-Director. "The Future of Occupational Health Research: NORA in the 21st Century". Held at the Michigan Safety Conference, Lansing, Michigan, April 16, 2003. Jointly sponsored by: University of Michigan Center for Occupational Health and Safety Engineering; Michigan Safety Conference Industrial Hygiene Division; Wayne State University Division of Occupational and Environmental Medicine; College of Human Medicine, Michigan State University.

Study Section Member: RFA for World Trade Center Responder Health Consortium. National Institute for Occupational Safety and Health (NIOSH). Washington, DC. March 3-4, 2004.

Moderator and Author of Invited Paper. "NIOSH B Reader Certification Program: Looking to the Future". ("Digital X-ray imaging in Pneumoconiosis Screening: Future Challenges for the NIOSH B Reader Program"). McLean, Virginia. March 5, 2004.

Course Co-Director. "Addressing Work-Related Musculoskeletal Disorders Through Research and Workplae Ergonomic Programs". Michigan Safety Conference, Lansing, Michigan, April 20, 2004. Jointly sponsored by: University of Michigan Center for Occupational Health and Safety Engineering; Michigan Safety Conference Industrial Hygiene Division; Wayne State University Division of Occupational and Environmental Medicine; College of Human Medicine, Michigan State University.

Member, Michigan Department of Community Health Chemical Emergencies Expert Advisory Panel. 2004-present

Member, Special Emphasis Panel. Program Announcement for State-Based Occupational Safety and Health Surveillance (PAR-04-106). National Institute for Occupational Safety and Health. Washington, DC. December 1-3, 2004.

Course Co-Director. "Health Effects of Metalworking Fluids". Michigan Safety Conference, Lansing, Michigan. April 19, 2005. Jointly sponsored by: University of Michigan Center for Occupational Health and Safety Engineering; Michigan Safety Conference Industrial Hygiene Division; Consultation, Education and Training Division, MIOSHA; Wayne State University Division of Occupational and Environmental Medicine; College of Human Medicine, Michigan State University.

Scientific Peer Reviewer, "Genetics in the Workplace". NIOSH, February, 2006.

## AWARDS

Association of Academic Physiatrists Excellence in Research Writing Award for Best Paper of the Year (1995) in the American Journal of Physical Medicine and Rehabilitation: Werner RA, Franzblau A, Johnston E. Comparison of multiple frequency vibrometry testing and sensory nerve conduction measures in screening for carpal tunnel syndrome in an industrial setting. Am J Phys Med Rehab. 1995;74:101-106.

Physical Medicine & Rehabilitation Education and Research Fund Award for the Best Paper of the Year (1997): Werner RA, Franzblau A, Albers JW, Buchele H, Armstrong TJ. Use of screening nerve conduction studies for

predicting future carpal tunnel syndrome.  Occup Environ Med.
1997;54:96-100.

Visiting Professorship, The Marshfield Clinic.  Marshfield, Wisconsin.  February
4, 2000.

American College of Occupational and Environmental Medicine Adolph G.
Kammer Merit in Authorship Award.  May 17, 2000.  For:  Albers JW, Wald
JJ, Werner RA, Franzblau A, Berent S.  Absence of polyneuropathy among
workers previously diagnosed with solvent-induced toxic encephalopathy.  J
Occup Environ Med.  1999;41(6):500-509.

## PRESENTATIONS

Franzblau A.  "Asbestos-Related Fibrosing Alveolitis: Early Pathophysiology".
Pulmonary Grand Rounds, The Mount Sinai Hospital.  New York, NY.  July 8,
1988.

Franzblau A, Selikoff IJ.  "Asbestos-Associated Rounded Atelectasis in a Cohort
of Insulation Workers".  VIIth International Conference on the Pneumoconioses,
Pittsburgh, PA.  August 25, 1988.

Franzblau A.  "The Scientific Basis of Evaluation of Asbestos-Associated
Disease: Radiological Changes of Asbestosis and the ILO System of
Classification of Radiographs of Pneumoconioses".  The Mount Sinai School of
Medicine.  New York, NY.  March 7, 1989.

Franzblau A.  "The Scientific Basis of Evaluation of Asbestos-Associated
Disease: Pseudotumors and Asbestosis".  The Mount Sinai School of Medicine.
New York, NY.  March 9, 1989.

Franzblau A, Letz RE, Hershman D, Mason P, Wallace JI, Bekesi JG.
"Quantitative Vibration Threshold Testing (QVTT) and Computer-Based
Neurobehavioral Testing (NES) of Persons Infected with HIV".  Vth International
Conference on AIDS, Montreal, Canada.  June 8, 1989.

Moderator, 41st Annual Selby Discussional.  The University of Michigan.  Ann
Arbor, Michigan.  Sept. 28, 1989.

Franzblau A.  "Asbestos-Associated Rounded Atelectasis".  Department of
Medicine, University of Michigan Medical Center.  Ann Arbor, Michigan.
February 5, 1990.

Franzblau A.  "Comprehensive Industrial Hygiene Review: Inhaled Chemical
Health Hazards - Gases, Vapors, and Particulates".  Sponsored by The
University of Michigan and the Michigan Industrial Hygiene Association.  Ann

Alfred Franzblau, MD
February 12, 2006
Page 8

Arbor, Michigan. April 3-6, 1990; September 17-20, 1990; April 23-24, 1991;
September 4-5, 1991; April 7-8, 1992; September 14-15, 1992; March 23-24,
1993; September 15, 1993; March 23, 1994; August 24, 1994; March 29, 1995;
August 29, 1995; March 13, 1996; September 10, 1996; March 19, 1997; August,
1998; March 21, 2000; September 26, 2000; March 29, 2001; September 11,
2001; April 11, 2002; September 12, 2002; April 1, 2003; July 29, 2003; April 1,
2004; September 21, 2004; April 5, 2005; September 21, 2005.

Franzblau A. "Occupational Lung Disease". Department of Medicine, University
of Michigan Medical Center. Ann Arbor, Michigan. September 18, 1990.

Franzblau A. "Upper extremity cumulative trauma disorders". Michigan State
Medical Society Scientific Conference. Dearborn, Michigan. November 7, 1990.

Moderator, 42nd Selby Discussional. The University of Michigan. Ann Arbor,
Michigan. November 8, 1990.

Franzblau A. "Cumulative trauma disorders of upper extremities". University of
Washington Northwest Center for Occupational Health and Safety. Seattle,
Washington. April 3-4, 1991.

Franzblau A. "Occupational Ergonomics I: Passive and active surveillance for
upper limb CTDs". University of Michigan, Center for Ergonomics. Ann Arbor,
Michigan. June 17-21, 1991.

Franzblau A, Flaschner D, Albers J, Blitz S, Werner R, Armstrong T. "Medical
screening of workers for the presence of upper extremity cumulative trauma
disorders". 11th Congress of the International Ergonomics Association, Paris,
France. July 1991.

Moderator, 43rd Selby Discussional. University of Michigan. Ann Arbor,
Michigan. September 12-13, 1991.

Franzblau A. "Upper extremity cumulative trauma disorders". Biscuit & Cracker
Manufacturer's Association Technical Conference, Kansas City, Missouri.
September 16, 1991.

Franzblau A. "Occupational Ergonomics: Upper extremity cumulative trauma
disorders". Conference entitled "Occupational Ergonomics: Work related upper
limb and low back disorders". Sponsored by the University of Michigan. Dallas,
Texas. October 21, 1991.

Franzblau A. "The ILO System for Classifying Radiographs of Pneumoconioses:
An Overview". University of Michigan Medical Center, Division of Chest
Radiology. Ann Arbor, Michigan. January 7, 1992.

Franzblau A. "Occupational Musculoskeletal Injuries: Scope of the Problem". Conference entitled "Occupational Musculoskeletal Injuries: Assessment to Reentry". Sponsored by The University of Michigan Center for Occupational Health and Safety Engineering. Ann Arbor, Michigan. February 11, 1992.

Franzblau A. "Medical Aspects of Ergonomics Related Injuries". Conference entitled "Introduction to Industrial Ergonomics", Sponsored by Michigan Department of Labor, Bureau of Safety and Regulation. Grand Rapids, Michigan March 17, 1992.

Franzblau A. "Surveillance for Upper Extremity Cumulative Disorders". Conference entitled "Occupational Ergonomics", Sponsored by The University of Michigan Center for Occupational Health and Safety Engineering. Ann Arbor, Michigan. April 24, 1992.

Franzblau A. "Upper Extremity Cumulative Trauma Disorders", and "Investigation of an Outbreak of Upper Extremity Cumulative Trauma Disorders: A Case Study". The Cleveland Clinic Foundation, Cleveland, Ohio. May 15, 1992.

Franzblau A. "Upper Extremity Cumulative Trauma Disorders". Allied-Signal Nurses' Conference, Kansas City, Missouri. May 20, 1992.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan, Center for Ergonomics. June 17, 1992.

Moderator, 44th Selby Discussional. The University of Michigan. Ann Arbor, Michigan. September 17-18, 1992.

Franzblau A. "Surveillance for Cumulative Trauma Disorders". International Conference on Occupational Disorders of the Upper Extremities. Ann Arbor, Michigan. October 1, 1992.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan, Center for Ergonomics and George Washington University. Arlington, Virginia. November 4, 1992.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan and the State of Michigan. Traverse City, Michigan. March 10-12, 1993.

Franzblau A, Lee EW, Schreck RM, D'Arcy JB, Santrock J, Levine SP. "Absence of Formic Acid Accumulation in Urine Following Five Days of Methanol

Alfred Franzblau, MD
February 12, 2006
Page 10

Exposure". American Industrial Hygiene Conference & Exposition. New Orleans. May 18, 1993.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Annual Conference of the Occupational Medicine Association of Canada. Winnipeg, Canada. June 7, 1993.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Engineering Summer Conference, University of Michigan. June 9-10, 1993.

Franzblau A. "Occupational Rheumatologic Syndromes of the Upper Extremity". Rheumatology Update 1993, Macomb Hospital Center, Warren, Michigan. June 26, 1993.

Franzblau A. "Occupational Lung Disease - Asbestos". 6th Annual Emergency Services Seminar, Catherine McAuley Health System, Ann Arbor, Michigan. September 24, 1993.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Telemedicine Canada (a nationwide teleconference at six sites across Canada, coordinated via the University of Toronto, Toronto General Hospital). October 5, 1993.

Werner R, Franzblau A. Comparison of vibrometry and electrophysiologic assessment in evaluation of carpal tunnel syndrome. American Association of Electrodiagnostic Medicine. New Orleans. October 8, 1993.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan, Center for Ergonomics and George Washington University. Arlington, Virginia. November 2, 1993.

Franzblau A. "Occupational Dust Disease - Pneumoconioses". St. Joseph Mercy Hospital, Ann Arbor, Michigan. December 14, 1993.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan, Center for Ergonomics. San Diego, California. February 21, 1994.

Franzblau A. "Cumulative Trauma Disorders: Practical Considerations for Diagnosis and Treatment. Screening for Carpal Tunnel Syndrome in the Workplace". American Occupational Health Conference, Chicago, Illinois. April 21, 1994.

Alfred Franzblau, MD
February 12, 2006
Page 11

Franzblau A. "New and/or Non-traditional Tools for Workplace Screening for Carpal Tunnel Syndrome: The Scientific Basis". American Occupational Health Conference, Chicago, Illinois. April 22, 1994.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Sponsored by the Safety, Engineering and Training (SET) Program of the State of Michigan, and the University of Michigan. Grand Rapids, Michigan. May 10, 1994.

Franzblau A. "Health Effects of Asbestos". Union of Bricklayers and Allied Craftsmen National Conference, South Bend, Indiana. May 24, 1994.

Franzblau A, Batterman S, Xiao H, Lee EW, Schreck RW, D'arcy JB, Santrock J. "Biological Monitoring Of Exposure To Water-Soluble Compounds Using Alveolar Air: Methanol". American Industrial Hygiene Conference & Exposition. Anaheim, CA. May 25, 1994.

Franzblau A. "New and/or Non-traditional Tools for Workplace Screening for Carpal Tunnel Syndrome: The Scientific Basis." Michigan Occupational Medicine Association. Lansing, Michigan. June 3, 1994.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Engineering Summer Conference, University of Michigan. June 8, 1994.

Franzblau A. "Treatment Strategies for Upper Extremity Cumulative Trauma Disorders". Sponsored by the Safety, Engineering and Training (SET) Program of the State of Michigan, and the University of Michigan. Toledo, Ohio. September 8, 1994.

Franzblau A. "Diagnostic evaluation procedures for carpal tunnel syndrome". Occupational Medicine Update, sponsored by the Deep South Educational Resource Center, University of Alabama. Destin, Florida. September 16, 1994.

Franzblau A. "Evaluation of Screening Techniques for Carpal Tunnel Syndrome Among Active Industrial Workers". General Motors Corporation Ergonomics Conference, Ypsilanti, MI. October 11, 1994.

Moderator, 45th Selby Discussional. The University of Michigan. Ann Arbor, Michigan. October 13, 1994.

Franzblau A. "Evaluation of Workplace Screening Methods for Carpal Tunnel Syndrome: Implications for Future Research and Regulatory Action". Conference on Treatment and Prevention of Upper Extremity Disorders: Challenges in Outcomes Research. Denver, Colorado. October 25-26, 1994.

Franzblau A. "Human response to bioaerosols". Conference on 'Bioaerosols: Health Effects, Exposure Assessment and Control'. The University of Michigan

Center for Occupational Health and Safety Engineering. Ann Arbor, MI.
November 14, 1994.

Franzblau A. "Pros and Cons of Pre-Placement Screening Techniques for
Carpal Tunnel Syndrome". Conference entitled 'Cumulative Trauma Disorders:
Considerations in Cost-Effective Assessment, Management and Ergonomic
Intervention', Michigan Capital Medical Center, Lansing, Michigan. November
18, 1994.

Franzblau A. "An Evaluation of Workplace Screening Methods for Carpal Tunnel
Syndrome". International Conference on Occupational Disorders of the Upper
Extremities. San Francisco, CA. December 1-2, 1994.

Franzblau A. "Medical Aspects of Ergonomics Related Injuries". Introduction to
Ergonomics. Sponsored by the University of Michigan and Michigan Department
of Labor. Ann Arbor, MI. March 29, 1995.

Franzblau A. "Medical and Scientific Views: Screening Methods for Carpal
Tunnel Syndrome". Repetitive Stress Injuries: Keying Into the Legal Issues,
sponsored by Andrew's Publications. Philadelphia, PA. April 7, 1995.

Franzblau A. "Medical Aspects of Cumulative Trauma Disorders". Medical
Grand Rounds, Michigan State University. East Lansing, MI. April 18, 1995.

Franzblau A. "Screening for Carpal Tunnel Syndrome in the Work Place". EBI
Companies. Grand Rapids, Michigan. April 26, 1995.

Franzblau A. "Challenges in Screening for Upper Extremity Cumulative Trauma
Disorders". Department of Epidemiology, The Johns Hopkins University School
of Hygiene and Public Health. Baltimore, MD, May 5, 1995.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome".
Engineering Summer Conference, University of Michigan. May 10, 1995.

Franzblau A, Batterman S, Stepien C, Nakfoor B, D'Arcy JB, Sargent NE, Gross
KB, Schreck RM. Evaluation of methanol and formate in urine as biological
exposure indices of methanol exposure. AIHC&E, May 24, 1995. Kansas City,
Missouri.

Franzblau A. Arsenic Toxicity: Case studies and overview. Department of
Internal Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan. May 30, 1995.

Franzblau A. "Screening and Surveillance of Workers for Cumulative Trauma
Disorders". Annual Scientific Meeting of the Michigan Occupational and
Environmental Medicine Association. June 9, 1995. Ypsilanti, Michigan.

Franzblau A. "Medical Aspects of Ergonomics Related Injuries". Sponsored by the Safety, Engineering and Training (SET) Program of the State of Michigan, and the University of Michigan. Grand Rapids, Michigan. September 8, 1995.

Franzblau A. "Surveillance for Occupational Musculoskeletal Disorders". Selby Discussional, University of Michigan, Ann Arbor, Michigan. September 21, 1995.

Franzblau A, Werner R, Armstrong T, Albers J, Ulin S, Latko W, Finholt T. "Upper Extremity Cumulative Trauma Disorders in a Cross-Sectional Field Study of Industrial Workers". PREMUS95, Montreal, Canada. September 25, 1995.

Franzblau A. "Screening for Carpal Tunnel Syndrome - What Should We be Doing?". American Academy of Orthopaedic Surgeons Course Entitled: "Impairment and Disability in the Upper Extremities: The Workers' Compensation Milieu". Chicago, Illinois. October 14, 1995.

Franzblau A. "Screening for Upper Extremity Musculoskeletal Disorders". Atlanta, Georgia. November 17, 1995.

Franzblau A. "Screening for Carpal Tunnel Syndrome". Wayne State School of Medicine/Detroit Medical Center, Detroit, Michigan. November 21, 1995.

Franzblau A, Armstrong T, Werner R, Ulin S, Latko W, Finholt T, Grant C. "A study of upper extremity musculoskeletal disorders among keyboard users". Marconi Computer Input Device Research Conference 1996, Marconi Conference Center, Marshall, California. January 5, 1996.

Franzblau A, Werner RA, Albers JW. Screening workers for carpal tunnel syndrome (CTS) and other upper extremity musculoskeletal disorders (UEMSDs): What should we be doing? International Course and Workshop on Active Health Surveillance for Work-related Musculoskeletal Disorders. February 2-4, 1996, Eilat, Israel.

Franzblau A. "Medical Aspects of Ergonomics Related Injuries". Introduction to Industrial Ergonomics, Traverse City, Michigan. March 21, 1996. Michigan Department of Labor, Bureau of Safety and Regulation.

Franzblau A. "Research in Clinical Practice: Symposium 1996". Walter Reed Army Medical Center, Washington, DC. March 28, 1996.

Franzblau A. "Occupational Lung Disease". Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan. April 2, 1996.

Franzblau A. "Screening and Diagnostic Procedures for Carpal Tunnel Syndrome". Occupational & Industrial Orthopaedic Center/New York University, New York, New York. April 10, 1996.

Franzblau A. "Overview of Occupational Medicine". Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan. April 23, 1996.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Engineering Summer Conference, University of Michigan. June 5, 1996.

Franzblau A. "Managed Care and the Occupational Physician: An Overview". Current Topics in Occupational and Environmental Medicine, the Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association. Grand Rapids, Michigan. June 7, 1996.

Franzblau A. "Medical Aspects of Ergonomics Related Injuries". Sponsored by the Safety, Engineering and Training (SET) Program of the State of Michigan, and the University of Michigan. Grand Rapids, Michigan. September 6, 1996.

Franzblau A, Salerno DF, Armstrong TJ. Test-retest reliability of an upper extremity discomfort survey. Nordic Satellite Conference, Copenhagen, Denmark. September 13, 1996.

Franzblau A, Armstrong TJ, Ulin SS, Latko WA, Werner RA, Albers JW, Finholt TA. The Relationship Between Carpal Tunnel Syndrome, Hand Symptoms, Nerve Conduction Studies and Hand Repetition Among Workers. International Congress on Occupational Health. Stockholm, Sweden. September 17, 1996.

Franzblau A, Salerno D, Werner R, Albers J, Armstrong T, Bromberg M. Sensory Nerve Testing for CTS Among Active Workers: What is Normal? International Conference on Occupational Disorders of the Upper Extremities. Ann Arbor, Michigan. October 24, 1996.

Franzblau A. "Occupational Medicine Update". Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan. May 7, 1997.

Franzblau A. "Surveillance for Upper Limb Disorders". Engineering Summer Conference, University of Michigan. June 2, 1997.

Alfred Franzblau, Wendi A. Latko, Thomas J. Armstrong, Sheryl S. Ulin, Robert A. Werner, James W. Albers, James A. Foulke, Gary D. Herrin, Randy A Rabourn. "A Cross-Sectional Study of the Relationship Between Repetitive Work and Upper Extremity Musculoskeletal Disorders". Managing Ergonomics in the 1990's. Sponsored by the Center for Office Technology and the American Automobile Manufacturers Association. Cincinnati, Ohio. June 18, 1997.

Franzblau A. Use of screening nerve conduction studies for predicting future carpal tunnel syndrome. Washington State Department of Labor & Industries, Olympia, Washington. October 13, 1997.

Alfred Franzblau, MD
February 12, 2006
Page 15

Franzblau A.  Repetitive Use Disorders: Prevention & Management.  Everett Employer Forum, Everett, Washington.  October 22, 1997.

Franzblau A, Salerno D, Werner R, Albers J, Armstrong T, Bromberg M. Sensory Nerve Testing for CTS Among Active Workers: What is Normal?  Boeing Airplane Company, Seattle, Washington.  December 3, 1997.

Franzblau A, Chamblin D, Smith A.  Reducing Workers' Compensation Costs and Improving Outcomes with Early Return to Work: A New Option.  Washington Self-Insured Association Winter Conference, Bellevue, Washington.  January 15, 1998.

Franzblau A.  "Workplace Surveillance for Carpal Tunnel Syndrome", University of Michigan.  San Diego, CA.  February 2, 1998.

Franzblau A.  "What is Carpal Tunnel Syndrome?"  Department of Environmental Health Grand Rounds, University of Washington School of Public Health and Community Medicine.  Seattle, WA.  February 19, 1998.

Franzblau A.  "Health Effects of Metal Working Fluids".  University of Washington Department of Environmental Health and Oregon OSHA.  Portland, OR.  March 19, 1998.

Batterman S, Franzblau A, D'Arcy JB, Sargent NE, Gross KB, Schreck RM. Breath, Urine and Blood Measurements as Biological Exposure Indices of Short-term Inhalation Exposures to Methanol.  American Industrial Hygiene Conference & Exposition. Atlanta, Georgia.  May 12, 1998.

Franzblau A.  "Farm Health and Safety: Musculoskeletal Disorders".  University of Washington Northwest Center for Occupational Health and Safety.  Yakima, WA.  May 21, 1998.

Franzblau A.  Carpal Tunnel Syndrome: Clinical Implications of Epidemiological Findings.  Department of Neurosurgery, University of Washington.  Seattle, WA. June 3, 1998.

Franzblau A.  Carpal Tunnel Syndrome: Clinical Implications of Epidemiological Findings.  Oregon Health Sciences University Center for Research on Occupational and Environmental Toxicology (OHSU/CROET) and the Northwest Occupational & Environmental Medicine Association.  Portland, Oregon.  June 23, 1998.

Franzblau A.  The Epidemiology of Workplace Factors and Musculoskeletal Disorders: An Assessment of the NIOSH Review.  National Academy of Sciences, Washington, D.C. August 20, 1998.

Alfred Franzblau, MD
February 12, 2006
Page 16

Franzblau A, Salerno DF, Werner RA, Albers JW, Becker MP, Armstrong TJ. Reliability of Nerve Conduction Studies. International Conference on Occupational Disorders of the Upper Extremities. Burlingame, California. December 10, 1998.

Franzblau A. Screening for Upper Extremity Musculoskeletal Disorders: Carpal Tunnel Syndrome. 2nd Annual Applied Ergonomics Conference. Houston, Texas, March 9, 1999. Sponsored by the Institute of Industrial Engineers, NIOSH, and OSHA.

Franzblau A. What is Occupational Medicine? Department of Physical Medicine and Rehabilitation, University of Michigan Medical Center. March 19, 1999.

Franzblau A. Screening for Upper Extremity Musculoskeletal Disorders. Department of Physical Medicine and Rehabilitation, University of Michigan Medical Center. April 9, 1999.

Franzblau A. Assessment of Populations: Surveillance for Musculoskeletal Disabilities. Ergonomic Barriers to Rehabilitation and Employment: Identification and Control. University of Michigan Center for Occupational Health and Safety Engineering and Rehabilitation Engineering Research Center. May 17, 1999.

Franzblau A. "Health Effects of Machining Fluids". Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan. May 28, 1999.

Franzblau A. "Epidemiology of Carpal Tunnel Syndrome: Implications for Clinical Diagnosis and Management". Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan. June 1, 1999.

Franzblau A. "Assessment of Populations: Surveillance for Musculoskeletal Disorders". Engineering Summer Conference, University of Michigan. June 18, 1999.

Franzblau A. "Screening for musculoskeletal disorders. Research and practice". Nordic Institute for Advanced Training in Occupational Health (NIVA). Marina di Ravenna, Italy. September 16, 1999.

Franzblau A, Armstrong TJ. "Clinical Case Management and Rehabilitation of Workers with Upper Extremity Musculoskeletal Disorders: A Model for Integration of Medical and Ergonomic Approaches." Nordic Institute for Advanced Training in Occupational Health (NIVA). Marina di Ravenna, Italy. September 18, 1999.

Armstrong TJ, Franzblau A, Werner R. "Case Studies: Combining Worker and Workplace Information". University of Michigan Center for Occupational Health and Safety Engineering, University of Michigan Rehabilitation Engineering

Alfred Franzblau, MD
February 12, 2006
Page 17

Research Center, and University of California Center for Occupational and Environmental Health. Burlingame, California. December 10, 1999.

Franzblau A. "History and Epidemiology of Carpal Tunnel Syndrome: Implications for Screening, Clinical Diagnosis, and Management". Visiting Professorship, The Marshfield Clinic, Marshfield, Wisconsin. February 4, 2000.

Franzblau A. "Health Surveillance for Preventing Cumulative Trauma Disorders". University of Michigan Center for Occupational Health and Safety Engineering. Los Angeles, California. February 28, 2000.

Franzblau A. "Ergonomics: The Proposed OSHA Standard and State of the Science". Western Ohio Occupational & Environmental Medical Association. Springfield, Ohio. March 4, 2000.

Franzblau A, Ulin SS. "Integrating Ergonomics and Clinical Information for Worker Placement". University of Michigan COHSE & RERC. Ann Arbor, Michigan. March 14, 2000.

Franzblau A. "Comments on the Proposed OSHA Ergonomics Program Standard". Dept. of Labor, OSHA, Washington, DC. March 16, 2000.

Franzblau A. "Ergonomics: The Proposed OSHA Standard and State of the Science". Department of Internal Medicine, St. Joseph Mercy-Oakland Hospital, Pontiac, Michigan. March 17, 2000.

Franzblau A. "The Impact of Musculoskeletal Disorders on Workers in Michigan and Future Challenges". The Michigan Arthritis Scientific Forum. Michigan Department of Community Health. Ann Arbor, Michigan. May 12, 2000.

Franzblau A. "The Social Context of Disability". Grand Rounds, Dept. of Physical Medicine & Rehabilitation, Univesity of Michigan Medical Center. Ann Arbor, Michigan. May 25, 2000.

Franzblau A. "Medical Surveillance for Upper Limb Disorders". University of Michigan College of Engineering. Ann Arbor, Michigan. June 16, 2000.

Franzblau A, Werner RA, Armstrong TJ, Gell N, Ulin SS. Longitudinal assessment of workers for upper extremity musculoskeletal disorders. International Ergonomics Association and Human Factors and Ergonomics Society. San Diego, California. August 3, 2000.

Franzblau A. Screening for, and interventions to prevent, upper extremity musculoskeletal disorders among workers. The Prudential Insurance Company of America. Newark, New Jersey. October 6, 2000.

Armstrong T, Franzblau A. Ergonomic Solutions for Employment. State of the Art Conference, American College of Occupational and Environmental Medicine. Nashville, Tennessee. October 30, 2000.

Franzblau A. Ergonomics in the Workplace. State of the Art Conference, American College of Occupational and Environmental Medicine. Nashville, Tennessee. October 31, 2000.

Armstrong T, Franzblau A. Integrating Ergonomics and Clinical Information for Worker Placement. The 2000 Michigan Rehabilitation Conference and Exposition. Traverse City, Michigan. November 2, 2000.

Franzblau A. Occupational Lung Disease: Asbestos. University of Michigan Medical School. Ann Arbor, Michigan. November 20, 2000.

Franzblau A. Occupational Injuries & Fatalities in the United States. Grand Rounds, Department of Emergency Medicine, University of Michigan Medical School. Ann Arbor, Michigan. November 30, 2000.

Franzblau A. Active and Passive Surveillance Methods for Upper Limb Disorders. University of Michigan. Los Angeles, California. March 15, 2001.

Franzblau A, Armstrong T. Consideration of Job Demands for Worker Placement and Return to Work. University of Michigan. Los Angeles, California. March 15, 2001.

Werner RA, Gell N, Franzblau A, Armstrong TJ. "Sensory Nerve Conduction Studies as a Predictor of Future Carpal Tunnel Syndrome: A 6 year follow-up". American Occupational Health Conference. San Francisco, California. April 23, 2001.

Franzblau A. "Medical Surveillance for Upper Limb Disorders: Research and Practice". University of Michigan College of Engineering. Ann Arbor, Michigan. May 15, 2001.

Franzblau A. "Occupational Injuries & Fatalities in the United States". Departments of Internal Medicine and Pediatrics, St. Joseph Mercy Oakland Hospital, Pontiac, Michigan. June 8, 2001.

Franzblau A. "The On Job/On Campus (OJOC) Program at the University of Michigan School of Public Health - A Distance Learning Model for Physicians". Associations of Schools of Public Health - Sustaining the Environmental Health Workforce. Seattle, Washington. August 3, 2001.

Armstrong TJ, Franzblau A. "Ergonomic Solutions for Employment". Michigan Occupational & Environmental Medicine Association. Mt. Pleasant, Michigan. September 14, 2001.

Franzblau A. "Upper Extremity Musculoskeletal Disorders: Anatomy, Diagnosis, and Current Research". Delphi Physician and Nurses Medical Conference. Palm Springs, California. January 4, 2002.

Franzblau A. "Upper Extremity Musculoskeletal Disorders in the Workplace: An Overview". Sauder Woodworking Company, Archbold, Ohio. March 28, 2002.

Franzblau A. "Medical Surveillance for Upper Limb Disorders: Research and Practice". University of Michigan College of Engineering. Ann Arbor, Michigan. June 12, 2002.

Franzblau A. "Upper Extremity Musculoskeletal Disorders: Anatomy, Diagnosis, and Treatment". United Automobile Workers-DaimlerChrysler Health and Safety Conference. Sterling Heights, Michigan. October 23, 2002.

Franzblau A. Occupational Lung Disease: Asbestos. University of Michigan Medical School. Ann Arbor, Michigan. November 14, 2002.

Franzblau A. Research on Musculoskeletal Disorders: Carpal Tunnel Syndrome. Interdisciplinary Committee on Organizational Studies (ICOS), University of Michigan. November 22, 2002.

Franzblau A. Evaluation of Digital Chest Radiographs for Pneumoconioses. National Institute for Occupational Safety and Health (NIOSH). Morgantown, West Virginia. December 13, 2002.

Franzblau A. "A Critical Review of a Randomized Clinical Trial of Surgery versus Conservative Therapy for Carpal Tunnel Syndrome". Delphi Physician and Nurses Medical Conference. Palm Springs, California. January 25, 2003

Franzblau A. "Splinting versus Surgery in the Treatment of Carpal Tunnel Syndrome: A Randomized Controlled Trial. A Critical Review". American Occupational Health Conference. Atlanta, Georgia. May 6, 2003.

Franzblau A, Armstrong T, Werner R, Ulin S. "An Assessment of the ACGIH TLV for Hand Activity Level". American Industrial Hygiene Conference & Exposition. Dallas, Texas. May 13, 2003.

Franzblau A. "Health Effects of Metalworking Fluids". TRW Automotive. Jackson, Michigan. November 6, 2003.

Franzblau A. "Pre-placement nerve testing for carpal tunnel syndrome: Is it cost-effective?" UAW-Delphi Medical Conference. Palm Springs, CA. January 16, 2004.

Franzblau A, Kazerooni E, Goodsitt M. "Digital X-ray imaging in Pneumoconiosis Screening: Future Challenges for the NIOSH B Reader Program". National Institute for Occupational Safety and Health (NIOSH). McLean, Virginia. March 5, 2004.

Franzblau A. "Pre-placement nerve testing for carpal tunnel syndrome: Is it cost-effective?" University of Washington School of Public Health and Community Medicine. Seattle, WA. April 8, 2004.

Franzblau A, Werner RA, Yihan J. "Pre-placement nerve testing for carpal tunnel syndrome: Is it cost-effective?" PREMUS 2004. Zurich, Switzerland. July 13, 2004.

Franzblau A. "Overview of Occupational and Environmental Medicine". Department of Physical Medicine and Rehabilitation, University of Michigan Medical School. Ann Arbor, Michigan. October 14, 2004.

Franzblau A. "Upper Extremity Musculoskeletal Disorders: Anatomy, Diagnosis, and Treatment". United Automobile Workers-DaimlerChrysler Health and Safety Conference. Sterling Heights, Michigan. October 14, 2004.

Franzblau A. Pre-employment Screening. Michigan Department of Community Health. Lansing, Michigan. January 20, 2005.

Franzblau A. B-reading: An Overview and Future Challenges for Occupational Physicians. Wayne State University School of Medicine, Occupational Medicine Program. Detroit, Michigan. July 22, 2005.

Franzblau A. Preplacement Screening Exams and Carpal Tunnel Syndrome. Michigan Occupational and Environmental Medicine Association. Lansing, Michigan. September 23, 2005.

Franzblau A. Pre-Placement Screening: Is it Effective? Examination of Pre-Placement Nerve Testing to Prevent CTS. Washington University, St. Louis, MO. October 31, 2005.

## PUBLICATIONS

1.  Franzblau A, Criqui MH. Characteristics of persons with marked hypocholesterolemia. A population-based study. J Chron Dis 1984;37:387-395.

Alfred Franzblau, MD
February 12, 2006
Page 21

2.  Franzblau A. The effects of occupation and smoking on respiratory disease mortality (letter to the editor). Am Rev Resp Dis 1987;135:1219-1220.

3.  Franzblau A, Lilis R. The diagnosis of nonmalignant asbestos-related disease (letter to the editor). Am Rev Resp Dis 1987;136:790-791.

4.  Franzblau A. Book review of "Environmental Toxicity and the Aging Processes". Baker SR and Rogul M, editors. Am J Ind Med 1987;12:643-644.

5.  Franzblau A, Rosenstock L, Eaton DL. Use of inductively coupled plasma-atomic emission spectroscopy (ICP-AES) in screening for trace metal exposures in an industrial population. Environmental Research 1988;46:15-24.

6.  Franzblau A, Miller A. Occupation-Related fibrosing alveolitis: Asbestosis and Silicosis. IM-Int Med for the Specialist 1988;9:159.

7.  Marino PE, Franzblau A, Lilis R, Landrigan PJ. Acute lead poisoning in construction workers: The failure of current protective standards. Arch Environ Health 1989;44:140-145.

8.  Franzblau A. Asbestos-associated rounded atelectasis: a case report and review of the literature. Mt Sinai J Med 1989;56:321-325.

9.  Franzblau A, Letz RE, Hershman D, Mason P, Wallace J, Bekesi JG. Quantitative vibration threshold testing (QVTT) and computer-based neurobehavioral testing (NES) of persons infected with HIV. Proceedings of Int Conf AIDS (1989 Jun 4-9) 5:462 (abstract no. Th.B.P.276).

10. Franzblau A, Lilis R. Acute arsenic intoxication from environmental arsenic exposure. Arch Environ Health 1989;44:385-390.

11. Franzblau A, Selikoff IJ. Asbestos-associated rounded atelectasis in a cohort of insulation workers. Proceedings of the VIIth International Conference on the Pneumoconioses. DHHS (NIOSH) Publication Number 90-108, Part II. pp 1505-1508 (1990).

12. Kern DG, Christiani DC, Kelsey KT, Frumkin H, Kreiss K, Rose C, Newman LS, Jarvis J, Garabrant D, Robins TG, Franzblau A, et al. Asbestos Related Diseases (letter to the editor). New Eng J Med 1991;324(3):195-196.

13. Franzblau A, Letz R, Hershman D, Mason P, Wallace JI, Bekesi G. Quantitative neurologic and neurobehavioral testing of persons infected with human immunodeficiency virus type 1. Arch Neurol 1991;48:263-268.

Alfred Franzblau, MD
February 12, 2006
Page 22

14. Franzblau A, Flaschner D, Albers J, Blitz S, Werner R, Armstrong T. Medical screening of workers for the presence of upper extremity cumulative trauma disorders (CTDs). Proceedings of the 11th Congress of the International Ergonomics Association. edited by Y Queinnec and F Daniellou. Taylor & Francis, London. 1991, pp147-149.

15. Brozgold AZ, Franzblau A, Borod JC. Cognitive and affective aspects of multiple chemical sensitivities: A case report. Neuropsychology 1992;6(1):59-70.

16. Franzblau A, Levine SP, Burgess LA, Qu QS, Schreck RM, D'Arcy JB. The use of transportable Fourier transform infrared (FTIR) spectrometer for the direct measurement of solvents in breath and ambient air-I: methanol. Am Ind Hyg Assoc J 1992;53(4):221-227.

17. Franzblau A, Levine SP, Schreck RM, D'Arcy JB, Qu QS. Use of urinary formic acid as a biologic exposure index of methanol exposure. Applied Occup Environ Hyg 1992;7(7):467-471.

18. Franzblau A, Flaschner D, Albers J, Blitz S, Werner R, Armstrong T. Medical screening of office workers for upper extremity cumulative trauma disorders. Archives of Environmental Health. 1993;48(3):164-170.

19. Ulin SS, Armstrong TJ, Snook SH, Franzblau A. Effect of tool shape and work location on perceived exertion for work on horizontal surfaces. AIHAJ. 1993;54(7):383-391.

20. Franzblau A. "Metals and Related Compounds: arsenic, cadmium, chromium, mercury, manganese, nickel, vanadium, copper, zinc, thallium", in Textbook of Clinical Occupational and Environmental Medicine, edited by Linda Rosenstock and Mark Cullen. W.B. Saunders, 1994. pp. 732-734, 736-740, 742-743, 754-765.

21. Franzblau A, Lee EW, Schreck RM, D'Arcy JB, Santrock J, Levine SP. Absence of formic acid accumulation in urine following five days of methanol exposure. Applied Occup Environ Hyg. 1993;8(10):883-888.

22. Franzblau A, Werner R, Valle J, Johnston E. Workplace Surveillance for Carpal Tunnel Syndrome: A Comparison of Methods. J Occup Rehab. 1993;3(1):1-14.

23. Saldana N, Herrin GD, Armstrong TJ, Franzblau A. A computerized method for assessment of musculoskeletal discomfort in the workforce: a tool for surveillance. Ergonomics. 1994;37(6):1097-1112.

24. Werner RA, Albers JW, Franzblau A, Armstrong TJ.  The relationship between body mass index and the diagnosis of carpal tunnel syndrome.  Muscle & Nerve.  1994;7:632-636.

25. Franzblau A, Werner RA, Johnston E, Torrey S.  Evaluation of Current Perception Threshold Testing as a Screening Procedure for Carpal Tunnel Syndrome Among Industrial Workers.  J Occup Med.  1994;36(9):1015-1021.

26. Werner RA, Franzblau A, Johnston E.  Quantitative vibrometry and electrophysiological assessment in screening for carpal tunnel syndrome among industrial workers: A comparison.  Arch Phys Med Rehab.  1994;75:1228-1232.

27. Werner RA, Albers JW, Franzblau A, Armstrong TJ.  The relationship between body mass index and the diagnosis of carpal tunnel syndrome [letter to the editor].  Muscle Nerve.  1994;7:1492-1493.

28. Franzblau A, Werner RA, Albers JW, Grant CL, Olinski D, Johnston E.  Workplace surveillance for carpal tunnel syndrome using hand diagrams.  J Occup Rehab.  1994;4(4):185-198.

29. Werner RA, Franzblau A, Johnston E.  Comparison of multiple frequency vibrometry testing and sensory nerve conduction measures in screening for carpal tunnel syndrome in an industrial setting.  Am J Phys Med Rehab.  1995;74:101-106.

30. Franzblau A, Batterman S, D'Arcy JB, Sargent NE, Gross KB, Schreck RM.  Breath Monitoring of Inhalation and Dermal Methanol Exposure.  Applied Occup Environ Hyg.  1995;10(10):833-839.

31. Becklake MR, Bowes DR, Cotes JE, Davies JCA, Franzblau A, Greenberg M, Harrington JM, Izmerov NF, Kelsey KT, Lauwerys R, Lerman Y, Letz R, Merchant JA, Ribak J, Ringen K, Schneiderman MA, Upton AC.  Disclosure of interest – a time for clarity.  Am J Ind Med.  1995;28(5):629-633.

32. Batterman SA, Xiao H, Franzblau A.  Blood and urine bioindicators for methanol exposure: Effect of chilled and frozen sample storage.  Applied Occup Environ Hyg.  1996;11(1):25-29.

33. Simpson C, Garabrant D, Torrey S, Robins T, Franzblau A.  Hypersensitivity pneumonitis-like reaction and occupational asthma associated with 1,3-bis(isocyanatomethyl) cyclohexane pre-polymer.  Am J Ind Med 1996;30:48-55.

34. Franzblau A, Werner RA, Johnston E, Torrey S.  Evaluation of Current Perception Threshold Testing as a Screening Procedure for Carpal Tunnel

Syndrome Among Industrial Workers (letter to the editor).  J Occ Environ Med.  1995;37(7):792-793.

35.  Armstrong TJ, Martin BJ, Franzblau A, Rempel DM, Johnson PW.  "Mouse input devices and work-related upper limb disorders", in Work with Display Units 94, edited by A Greico, G Molteni, B Piccoli and E Occhipinti.  Elsevier Science BV, 1995.  pp375-380.

36.  Franzblau A, Rock CL, Werner RA, Albers JW, Kelly MP, Johnston EC.  The Relationship of Vitamin B6 Status to Median Nerve Function and Carpal Tunnel Syndrome Among Active Industrial Workers.  J Occ Environ Med.  1996;38(5):485-491.

37.  Franzblau A, Werner R, Armstrong T, Albers J, Ulin S, Latko W, Finholt T.  "Upper Extremity Cumulative Trauma Disorders in a Cross-Sectional Field Study of Industrial Workers".  Proceedings of PREMUS95, Montreal, Canada.  1995, pp78-80.

38.  Latko W, Armstrong T, Franzblau A, Ulin S.  "Comparison of three methods for assessing repetition in manual work".  Proceedings of PREMUS95, Montreal, Canada.  1995, pp277-279.

39.  Robins T, Seixas N, Franzblau A, Abrams L, Minick S, Burge H, Schork MA.  Acute respiratory effects of machining fluid aerosols: Evidence for a role of bacteria.  Proceedings of "The Industrial Metalworking Environment: Assessment and Control", Detroit, Michigan.  November 13-16, 1995.  American Automobile Manufacturing Association.  1996.  pp130-139.

40.  Werner RA, Franzblau A.  Hand Dominance Effect on Median and Ulnar Sensory Evoked Amplitude and Latency in Asymptomatic Workers.  Arch Phys Med Rehab.  1996;77:473-476.

41.  Batterman SA, Franzblau A, Zhou N.  Airborne emissions at skin surfaces: A potential biological exposure index.  Int J Occup & Environ Health.  1996;68(4):268-274.

42.  Roth VS, Franzblau A.  RADS After Exposure to a Riot Control Agent: A Case Report (letter to the editor).  J Occ Environ Med.  1996;38(9):863-865.

43.  Bennion, JR, Franzblau, A.  Chemical Pneumonitis Following Household Exposure to Hydrofluoric Acid.  Am J Ind Med.  1997;31(4):474-478.

44.  Robins T, Seixas N, Franzblau A, Abrams L, Minick S, Burge H, Schork MA.  Acute Respiratory Effects on Workers Exposed to Metalworking Fluid Aerosols in an Automotive Transmission Plant.  Am J Ind Med.  1997;31(5):510-524.

45. Franzblau A, Batterman SA, Zhou N, Stepien CJ, D'Arcy JB, Sargent NE, Gross KB, Schreck RM. Evaluation of methanol and formate in urine as biological exposure indices of methanol exposure. Applied Occup Environ Hyg. 1997;12(5):367-374.

46. Franzblau A. Rock CL, Werner RA, Albers JW. Vitamin B6 in Carpal Tunnel Syndrome [letter to the editor]. J Occ Environ Med. 1996;38(10):960-961.

47. Werner RA, Franzblau A, Albers JW, Buchele H, Armstrong TJ. Use of screening nerve conduction studies for predicting future carpal tunnel syndrome. Occup Environ Med. 1997;54:96-100.

48. Werner RA, Franzblau A, Albers JW, Armstrong TJ. Influence of body mass index and work activity on the prevalence of median mononeuropathy at the wrist. Occup Environ Med. 1997;54:268-271.

49. Franzblau A, Salerno DF, Armstrong TJ, Werner RA. Test-Retest Reliability of an Upper Extremity Discomfort Questionnaire in an Industrial Population. Scand J Work Environ Health. 1997;23:299-307.

50. Batterman SA, Franzblau A. Time resolved cutaneous absorption and permeation rates of methanol in human volunteers. Int Arch Occup Environ Health. 1997;70(5):341-351.

51. Werner RA, Buchele H, Franzblau A, Armstrong TJ, Albers JW. Use of screening nerve conduction studies for predicting future carpal tunnel syndrome [letter to the editor]. Occup Environ Med. 1997;54(8):622.

52. Werner RA, Franzblau A, Albers JW. Use of screening nerve conduction studies for predicting future carpal tunnel syndrome [letter to the editor]. Occup Environ Med. 1997;54(10):765-766.

53. Franzblau A, Minoshima S, Robins TG, Garabrant DH. Comparison of single photon emission computed tomography findings in cases of healthy adults and solvent-exposed adults by Fincher et al [letter to the editor]. Am J Ind Med. 1997;32(6):695-697.

54. Werner RA, Franzblau A, Albers JW, Armstrong TJ. Median mononeuropathy among active workers: are there differences between symptomatic and asymptomatic workers? Am J Ind Med. 1998;33(4):374-378.

55. Salerno DF, Franzblau A, Werner RA, Bromberg MB, Armstrong TJ, Albers JW. Median and ulnar nerve conduction studies among workers: Normative values. Muscle & Nerve. 1998;21(8):999-1005.

56. Franzblau A, Rock CL, Werner RA, Albers JW. Vitamin B6, vitamin C, and carpal tunnel syndrome. A cross-sectional study of 441 adults by Keniston et al. [letter to the editor] J Occ Environ Med. 1998;40(4):305-307.

57. Batterman SA, Franzblau A, D'Arcy JB, Sargent NE, Gross KB, Schreck RM. Breath, Urine and Blood Measurements as Biological Exposure Indices of Short-term Inhalation Exposures to Methanol. Int Arch Occup Environ Health. 1998;71(5):325-335.

58. Rempel D, Evanoff B, Amadio PC, de Krom M, Franklin G, Franzblau A, Gray R, Gerr F, Hagberg M, Hales T, Katz JN, Pransky G. Consensus criteria for the classification of carpal tunnel syndrome in epidemiologic studies. Am J Public Health. 1998;88(10):1447-1451.

59. Strasser PB, Lusk SL, Franzblau A, Armstrong TJ. Perceived psychological stress and upper extremity cumulative trauma disorders. AAOHN Journal. 1999;47(1):22-30.

60. Homan MM, Franzblau A, Werner RA, Albers JW, Armstrong TJ, Bromberg MB. Agreement between symptom surveys, physical examination findings and electrodiagnostic testing for carpal tunnel syndrome. Scand J Work Environ Health. 1999;25(2):115-124.

61. Albers JW, Wald JJ, Werner RA, Franzblau A, Berent S. Absence of polyneuropathy among workers previously diagnosed with solvent-induced toxic encephalopathy. J Occup Environ Med. 1999;41(6):500-509.

62. Latko WA, Armstrong TJ, Franzblau A, Ulin SS, Werner RA, Albers JW. A cross-sectional study of the relationship between repetitive work and the prevalence of upper limb musculoskeletal disorders. Am J Ind Med. 1999;36(2):248-259.

63. Franzblau A. The Epidemiology of Workplace Factors and Musculoskeletal Disorders: An Assessment of the NIOSH Review. In: Work-Related Musculoskeletal Disorders. Report, Workshop Summary, and Workshop Papers. National Academy Press. 1999. Pages 155-158.

64. Franzblau A, Werner RA. What is carpal tunnel syndrome? JAMA. 1999;282(2):186-187.

65. Salerno DF, Werner RA, Albers JW, Becker MP, Armstrong TJ, Franzblau A. Reliability of nerve conduction studies among active workers. Muscle & Nerve. 1999;22(10):1372-1379.

66. Gerard MJ, Armstrong TJ, Franzblau A, Martin BJ, Rempel DM.  The effects of keyswitch stiffness on typing force, finger electromyography, and subjective discomfort.  Am Ind Hyg Assoc J.  1999;60(6):762-769.

67. Salerno DF, Franzblau A, Werner RA, Chung KC, Schultz JS, Becker MP, Armstrong TJ.  Reliability of Physical Examination of the Upper Extremity among Keyboard Operators.  Am J Ind Med.  2000;37(4):423-430.

68. Checkoway H, Franzblau A.  Is Silicosis Required for Silica-Associated Lung Cancer?  Am J Ind Med.  2000;37(3):252-259.

69. Armstrong TJ, Haig AJ, Franzblau A, Keyserling WM, Levine SP, Martin BA, Ulin SS, Werner RA.  Medical management and rehabilitation in the workplace: Emerging issues.  J Occup Rehab.  2000;10(1):1-6.

70. Katz JN, Stock SR, Evanoff BA, Rempel D, Moore JS, Franzblau A, Gray RH.  Classification criteria and severity assessment in work-associated upper extremity disorders: Methods matter.  Am J Ind Med.  2000;38(4):369-372.

71. Franzblau A.  "Screening for Upper Extremity Musculoskeletal Disorders: Research and Practice", in Occupational Ergonomics.  Work Related Musculoskeletal Disorders of the Upper Limb and Back.  Edited by Violante F, Armstrong T, Kilbom A.  Taylor & Francis, London.  2000.  pp 105-111.

72. Franzblau A, Armstrong TJ.  "Clinical Case Management and Rehabilitation of Workers with Upper Extremity Musculoskeletal Disorders: A Model for Integration of Medical and Ergonomic Approaches", in Occupational Ergonomics.  Work Related Musculoskeletal Disorders of the Upper Limb and Back.  Edited by Violante F, Armstrong T, Kilbom A.  Taylor & Francis, London.  2000.  pp 184-204.

73. Abrams L, Seixas N, Robins T, Burge H, Muilenberg M, Franzblau A.  Characterization of Metalworking Fluid Exposure Indices for a Study of Acute Respiratory Effects.  Applied Occupational and Environmental Hygiene.  2000;15(6):492-502.

74. Hamann C, Werner R, Franzblau A, Rodger P, Siew C, Gruninger S.  Prevalence of carpal tunnel syndrome and median mononeuropathy among dentists.  JADA.  2001;132(2):163-170.

75. Garabrant DG, Franzblau A.  Incidence of Latex Sensitization [letter to the editor].  Am J Resp Crit Care Med.  2001;163(6):1501-1502.

76. Werner RA, Gell N, Franzblau A, Armstrong TJ:  Prolonged median sensory latency as a predictor of future carpal tunnel syndrome.  Muscle Nerve 2001;24:1462-1467.

Alfred Franzblau, MD
February 12, 2006
Page 28

77. Salerno DF, Franzblau A, Armstrong TJ, Werner RA, Becker MP. Test-Retest Reliability of the Upper Extremity Questionnaire among Keyboard Operators. Am J Ind Med. 2001;6:655-666.

78. Armstrong TJ, Franzblau A, Haig A, Keyserling WM, Levine S, Streilein K, Ulin S, Werner R. Developing ergonomic solutions for prevention of musculoskeletal disorder disability. Assistive Technology. 2001;13.2:78-87.

78. Batterman S, Zhang L, Wang S, Franzblau A. Partition Coefficients For Trihalomethanes Among Blood, Urine, Water, Milk and Air. Science of the Total Environment. 2002;284:237-247.

79. Werner RA, Hamann C, Franzblau A, Rodgers P: Prevalence of carpal tunnel syndrome and upper extremity tendinitis among dental hygienists. J Dent Hygiene. 2002;76(2):126-132.

80. Franzblau A, Sahakian N. Asthma Following Household Exposure to Hydrofluoric Acid. Am J Ind Med. 2003;44(3):321-324.

81. Trout D, Weissman DN, Lewis D, Brundage RA, Franzblau A, Remick D. Evaluation of Hypersensitivity Pneumonitis Among Workers Exposed to Metal Removal Fluids. Appl Occ Environ Hyg. 2003;18: 953-960.

82. Tong HC, Werner RA, Franzblau A. The Effect of Aging on Sensory Nerve Conduction Study Parameters. Muscle & Nerve. 2004;29:716-720.

83. Franzblau A. Mold and Respiratory Tract Illness in the First Year of Life. [letter to the editor]. Am J Resp Crit Care Med. 2004;169(11):1254.

84. Franzblau A, Werner RA, Yihan J. Pre-placement nerve testing for carpal tunnel syndrome: Is it cost-effective? J Occ Environ Med. 2004;46(7):714-719.

85. Franzblau A, Garabrant DH. Respiratory impairment due to asbestos exposure in brake-lining workers. [letter to the editor]. Environ Research. 2004;96:105-106.

86. Naidoo RN, Robins TG, Soloman A, White N, Franzblau A. Radiographic outcomes among South African coal miners. Int Arch Occup Environ Health. 2004;77(7):471-481.

87. Franzblau A, Werner RA. Preplacement nerve testing for carpal tunnel syndrome [letter to the editor]. J Occup Environ Med. 2004;46(11):1102.

88. Franzblau A, Gillespie B.  Comparison of "B" readers' interpretations of chest radiographs for asbestos-related changes [letter to the editor].  Academic Radiology.  2004;11(12):1400-1402.

89. Franzblau A.  "Arsenic" and "Cadmium"; Franzblau A and Garabrant DH.  "Chromium" and "Nickel"; Franzblau A and Fromes MC.  "Mercury" and "Copper, Manganese, Thallium, Vanadium, Zinc".  In Textbook of Occupational and Environmental Medicine, 2nd edition.  Edited by Rosenstock, Cullen, Brodkin, and Redlich.  Elsevier Saunders.  2005  pp. 946-949, 955-963, 979-990.

90. Werner RA, Franzblau A, Gell N.  Randomized controlled trial of nocturnal splinting for active workers with symptoms of carpal tunnel syndrome.  Archives of Physical Medicine and Rehabilitation.  2005;86(1):1-7.

91. D'Souza JC, Franzblau A, Werner RA.  Review of epidemiologic studies on occupational factors and lower extremity musculoskeletal and vascular disorders and symptoms.  J Occup Rehab.  2005;15(2):129-165.

92. Franzblau A, Armstrong TJ, Werner RA, Ulin SS.  A Cross-Sectional Assessment of the ACGIH TLV for Hand Activity Level.  J Occup Rehab.  2005;15(1):57-67.

93. Werner RA, Franzblau A, Gell N, Ulin SS, Armstrong TJ.  Predictors of Upper Extremity Discomfort: A Longitudinal Study of Industrial and Clerical Workers.  J Occ Rehab.  2005;15(1):27-35.

94. Gell N, Werner RA, Franzblau A, Ulin SS, Armstrong TJ.  A Longitudinal Study of Industrial and Clerical Workers: Incidence of Carpal Tunnel Syndrome and Assessment of Risk Factors.  J Occ Rehab.  2005;15(1):47-55.

95. Werner RA, Gell N, Franzblau A, Ulin SS, Armstrong TJ:  A Longitudinal Study of Industrial and Clerical Workers: Predictors of Upper Extremity Tendonitis.  J Occ Rehab.  2005;15(1):37-46.

96. Werner RA, Franzblau A, Gell N, Hamann C, Rodgers PA, Caruso T, Perry F, Lamb C, Beaver S, Hinkamp D, Eklund K, Klausner CP.  Prevalence of Upper Extremity Symptoms and Disorders among Dental and Dental Hygiene Students.  J Cal Dental Assoc.  2005;33(2):123-131.

97. Werner RA, Franzblau A, Gell N, Hartigan AG, Ebersole M, Armstrong TJ.  Predictors of persistent elbow tendonitis among auto assembly workers.  J Occ Rehab.  2005;15(3):393-400.

Alfred Franzblau, MD
February 12, 2006
Page 30

98. Werner RA, Franzblau A, Gell N, Hartigan AG, Ebersole M, Armstrong TJ. Risk factors for visiting a medical department because of upper-extremity musculoskeletal disorders.  Scand J Work Environ Health.  2005;31(2):132-137.

99. Werner RA, Franzblau A, Gell N, Hartigan AG, Ebersole M, Armstrong TJ. Incidence of Carpal Tunnel Syndrome Among Auto Assembly Workers and Assessment of Risk Factors. JOEM  2005;47(10):1044-1050.