# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.; | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 9315** |

**ORDER DISALLOWING AND EXPUNGING CERTAIN CLAIMS FOR FAILURE TO RESPOND TO THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS**

Upon the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claim (the "Fifteenth Omnibus Objection") [Docket No. 9315] seeking an order disallowing and expunging certain asbestos property damage claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the objections to each of the claims listed on Exhibit A to this Order are sustained and each of the claims is disallowed and expunged for all purposes since the claimants did not file any response to the objections regarding the claims.

Dated: February 21, 2006

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# EXHIBIT A

Claims Not Responding to January 30, 2006 Response Date

*4 Claims*

| Claim Number | Claimant Name | Counsel | Firm Name | Property Address | State of Prop. | Objection Exhibit |
|---|---|---|---|---|---|---|
| 002322 | Port Of Slidell Llc Po Box 24597 New Orleans, La | No Counsel Specified | No Counsel Specified | 999 Canulette Rd Slidell LA 70458 | LA | C-2, D-2, D-3, D-6, E-1, |
| 003185 | Foss, Alden L 10 Briarwood Fargo, Nd 58072 | James M Hughes | Motley Rice LLC | 256 Central Avenue North Valley City, ND 58072 | ND | C-2, C-3 (d), D-1 (c), D-2, D-4, D-6, E-1 |
| 004701 | Nguyen, Keith N 5523 N Galvez St New Orleans, LA | No Counsel Specified | No Counsel Specified | 5523 N Galvez St New Orleans, LA 70117 | LA | C-2, C-3 (a), C-3 (f), D-2, D-3, D-6, E-1, |
| 011313 | City of Philadelphia | Joseph Digiuseppe | Law Department City Of Philadelphia One Parkway | Philadelphia, PA 19153 | PA | C-1 (d), C-3 (d), D-2, D-6, E-1. |