# EXHIBIT 2

# Dkt No. 11884 - Order re Omni 15
# for WR Grace

Total number of parties: 6

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 18335 | CITY OF PHILADELPHIA, CITY HALL, CITY OF PHILADELPHIA, PA 19102 | US Mail (1st Class) |
| 18335 | CITY OF PHILADELPHIA, ONEILL, PATRICK, LAW DEPARTMENT CITY OF PHILADELPHIA, ONE PARKWAY 1515 ARCH ST, PHILADELPHIA, PA 19102-1512 | US Mail (1st Class) |
| 18335 | FOSS, ALDEN L, 10 BRIARWOOD, FARGO, ND 58072 | US Mail (1st Class) |
| 18335 | FOSS, ALDEN L, MOTLEY RICE LLC, JAMES M HUGHES, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 29465-1792 | US Mail (1st Class) |
| 18335 | NGUYEN, KEITH N, 5523 N GALVEZ ST, NEW ORLEANS, LA 70117 | US Mail (1st Class) |
| 18335 | PORT OF SLIDELL LLC, 1029 LANGER WAY, APT 1, DELRAY BEACH, FL 33483-6737 | US Mail (1st Class) |

Subtotal for this group: 6