**APPENDIX A:**

**KIRKLAND & ELLIS LLP**

**CLIENT-REIMBURSABLE EXPENSES AND OTHER CHARGES**

*Effective 3/1/06*

The following outlines Kirkland & Ellis's ("K&E's") policies and standard charges for various services performed by the Firm and/or by other third parties on behalf of the client which are often ancillary to our legal services. Services provided by in-house Firm personnel are for the convenience of our clients. Given that these services are often ancillary to our legal services, in certain instances, it may be appropriate and/or more cost efficient for these services to be outsourced to a third-party vendor.

- **Duplicating, Reprographics and Printing**: The following list details the Firm's charges for duplicating, reprographics and printing services:

    ▸ Black and White Copy or Print (all sizes of paper):
      - $0.10 per impression for all U.S. offices except New York
      - $0.15 per impression in New York
      - €0.10 per impression in Munich
      - £0.10 per impression in London
    ▸ Color Copy or Print (all sizes of paper):
      - $0.50 per impression
    ▸ Scanned Images:
      - $0.15 per page for black and white or color scans
    ▸ Other Services:
      - CD/DVD Duplicating or Mastering - $7/$10 per CD/DVD
      - Binding - $0.70 per binding
      - Labels and Tabs - $0.03 - $0.10 per item based on service
      - Black and White or Color Transparency - $0.15 or $0.65 per page

    If services are provided beyond those outlined above, pricing will be based on the Firm's approximate cost and/or comparable market pricing.

- **Secretarial and Word Processing**: Clients are not charged for secretarial and word processing activities incurred on their matters during the normal work day.

- **Overtime Charges**: Secretarial and word processing overtime costs are not passed on to clients unless either (i) the client has specifically requested the after-hours work or (ii) the nature of the work being done for the client necessitates the overtime and such work could not have been done during normal working hours. Costs for related overtime meals and transportation are charged to the client only under the same conditions.

- **Travel Expenses**: We charge clients only our out-of-pocket costs for travel expenses including associated travel agency fees. We charge only coach fares (business class for international flights) unless the client has approved first-class or an upgrade. K&E personnel are instructed to take advantage, to the extent practical, of any airfare discounts available at the time of ticketing and are instructed to incur only reasonable hotel and meal expenses. K&E negotiates, uses, and passes along volume discount hotel and air rates whenever possible and practical. Volume discounts exclude certain immaterial retrospective rebates for which it is not practical to allocate to specific travel.

- **Telephone**: We do not charge for local telephone calls, incoming calls, or calls placed to other K&E offices on our internal network. We charge clients for long distance telephone calls at the following rates:

    ▸ National calls: $0.05 per minute (only calls longer than 10 minutes)

    ▸ International calls: $0.25 per minute (only calls longer than 2 minutes)

    Charges incurred for calls made on cellular telephones, via calling cards or at other third-party locations will be charged to the client at the actual cost incurred.

- **Overnight Delivery/Postage**: We charge clients for the actual cost of overnight and special delivery (e.g., Express Mail and FedEx), and U.S. postage for materials mailed on the client's behalf. K&E negotiates, uses, and passes along volume discount rates whenever possible.

- **Messengers**: We charge clients for the actual cost of a third party vendor messenger. Where a K&E in-house messenger is used, we charge clients a standard transaction charge plus applicable cab fare.

- **Faxes**: We do not charge clients for inbound faxes or for local telephone charges incurred on either inbound or outbound faxes. For outgoing faxes either manual or electronic, we charge $0.50 per page, plus any applicable long distance phone charges (see rates outlined above.)

- **Computerized Research Services**: Client charges are limited to K&E's actual third-party costs and do not include any surcharges for related overhead. K&E negotiates, uses, and passes along volume discount rates whenever possible. As discounts are customarily based on overall volume, the amount of the discount may vary from month to month.

- **Off-Site Legal Files Storage**: Clients are not charged for off-site storage of files unless the storage charge is specifically approved in advance.

- **Document Procurement**: Our standard client charge for document retrieval when a K&E library employee obtains a document from an outside source is $25 per document. There is no client charge for retrieving documents from K&E libraries in

   other cities or from other collections when the document is part of the K&E collection but unavailable.

- **Calendar Court Services**: Our standard charge is $25 for a court filing and other court services or transactions.

- **Library and Business/Industry Research Services**: Research specialists perform computerized research services at the request of attorneys, and clients are charged per hour for these services.

- **Supplies**: There is no client charge for standard office supplies. Clients are charged only for special items (e.g., a minute book, exhibit tabs/indexes/dividers, binding, etc.) and then only at K&E's actual cost.

- **Contract Attorneys and Contract Non-Attorney Billers**: If there is a need to utilize a contract attorney or contract non-attorney on a client engagement, clients shall be informed when a bill includes charges for such personnel. Such charges are based on the nature of the task performed and the level of experience of the individual providing the services.

- **Other Third Party Expenditures**: Other third party expenditures (e.g., corporate document and lien searches, lease of office space at Trial location, IT equipment rental, SEC and regulatory filings, etc.) incurred on behalf of a client, will be passed through to the client at actual cost. If the invoice exceeds $5,000, it is K&E's policy that wherever possible such charges will be directly billed to the client. In those circumstances where this is not possible, K&E will seek reimbursement from our client prior to paying the vendor.

Unless otherwise noted, charges billed in foreign currencies are determined annually based on current U.S. charges at an appropriate exchange rate.