# EXHIBIT B

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Barbara Mack Harding
To Call Writer Directly:
202 879-5081
bharding@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

Dir. Fax: 202 879-5200

February 6, 2006

**Via First Class Mail**

Re:   W.R. Grace Bankruptcy

Dear Counsel/Claimants:

Enclosed please find the Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities that was signed by the United States Bankruptcy Court for the District of Delaware on January 31, 2006 and entered on February 2, 2006.

Please note that per the Court's December 21, 2005 order, all persons holding an Asbestos PI Pre-Petition Litigation Claim against W.R. Grace are granted an additional **60 days** to complete and return the W.R. Grace Personal Injury Questionnaire ("Questionnaire"). The new deadline for completing and returning the Questionnaire is **March 13, 2006**. Only persons who filed claims against W.R. Grace prior to April 2, 2001, and who have not entered into an enforceable settlement agreement with W.R. Grace must complete the Questionnaire.

Further, per the Court's previous rulings and instructions, please note the following concerning completion of the Questionnaire:

- All persons who complete the Questionnaire must answer all questions asked as completely and accurately as possible. *See* Questionnaire at i. Specifically, questions must not be answered by means of attaching documents. While documentation supporting a person's claims is required, Questionnaire at ii-iv, supporting documentation may not be submitted in lieu of answering the questions contained in the Questionnaire.

- For those claimants who are represented by counsel, the Questionnaire must be signed by both the claimant and his or her attorney. Questionnaire at iv. Paralegals or other support staff may not sign the Questionnaire on behalf of the attorney of record. *See id.*

- The Court ruled on objections to the Questionnaire's content at the July 19, 2005 and August 29, 2005 omnibus hearings. Those rulings are reflected in the contents of the Questionnaire, which consist of the questions that have been deemed by the Court to be relevant and non-burdensome.

Chicago          London          Los Angeles          New York          San Francisco

## KIRKLAND & ELLIS LLP

February 6, 2006
Page 2

      For your convenience, a blank copy of the Questionnaire is enclosed. Additional copies are available and may be downloaded at www.graceclaims.com. Once again though, the Questionnaire should only be completed on behalf of claimants with Asbestos PI Pre-Petition Litigation Claims against Grace.

      Please contact us if you have any questions.

      Sincerely,

      *Barbara M. Harding /ack*

      Barbara Mack Harding

BMH/gs

Enclosures