**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**January 2006**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended January 31, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 55.7 | $ 34,478.30 |
| Robert R. Keehan | Audit Partner | 18 | Integrated Audit | $619.00 | 2.5 | $ 1,547.50 |
| John F. Gibson | Audit Partner | 20+ | Integrated Audit | $882.00 | 1.5 | $ 1,323.00 |
| Patrick G Durbin | Audit Partner | 20+ | Integrated Audit | $784.00 | 1.0 | $ 784.00 |
| Tom Kalinosky | Audit Specialist | 20+ | Integrated Audit | $609.00 | 8.0 | $ 4,872.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $615.00 | 58.0 | $ 35,670.00 |
| John Fillo | Director | 26+ | Integrated Audit | $510.00 | 1.0 | $ 510.00 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $520.00 | 17.8 | $ 9,256.00 |
| Bonnie Shub-Gayer | Tax Director | 10+ | Integrated Audit | $302.00 | 24.5 | $ 7,399.00 |
| Jennifer James | Tax Director | 10+ | Integrated Audit | $505.00 | 14.0 | $ 7,070.00 |
| Joe V Bagtas | Audit Senior Manager | 11 | Integrated Audit | $619.00 | 2.5 | $ 1,547.50 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 29.0 | $ 10,295.00 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 70.8 | $ 25,134.00 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $301.00 | 49.0 | $ 14,749.00 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $245.00 | 173.8 | $ 42,581.00 |
| Francois C Barnard | Audit Manager | 7 | Integrated Audit | $257.00 | 30.0 | $ 7,710.00 |
| Joseph Rocco | Advisory Manager | 7 | Integrated Audit | $277.00 | 0.5 | $ 138.50 |
| Arundhati Older | Advisory Manager | >15 | Integrated Audit | $258.00 | 33.0 | $ 8,514.00 |
| Maria Lopez | Tax Manager | 6 | Integrated Audit | $295.00 | 16.5 | $ 4,867.50 |

| Name | Title | Years | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Analia Castelo | Tax Manager | 6 | Integrated Audit | $204.00 | 28.0 | $ 5,712.00 |
| Matthew G. Bosseler | Audit Senior Associate | 9 | Integrated Audit | $203.00 | 0.4 | $ 81.20 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 216.5 | $ 40,052.50 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 195.7 | $ 36,204.50 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $191.00 | 34.5 | $ 6,589.50 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 145.3 | $ 24,991.60 |
| Denise C Baumann | Tax Senior Associate | 4 | Integrated Audit | $145.00 | 74.5 | $ 10,802.50 |
| Randi Lynne Woodard | Tax Senior Associate | 3 | Integrated Audit | $149.00 | 51.0 | $ 7,599.00 |
| Dorothy A Woodrum | Tax Senior Associate | > 5 | Integrated Audit | $245.00 | 5.5 | $ 1,347.50 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 182.3 | $ 22,781.25 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 200.6 | $ 21,263.60 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $138.00 | 179.5 | $ 24,771.00 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | 190.0 | $ 32,680.00 |
| Charles Hopper | Audit Associate | 1 | Integrated Audit | $106.00 | 145.0 | $ 15,370.00 |
| Lyndsay B Signori | Audit Associate | 1 | Integrated Audit | $125.00 | 126.0 | $ 15,750.00 |
| Joseph A Bergeron | Audit Associate | 1 | Integrated Audit | $126.00 | 4.5 | $ 567.00 |
| Debra J. Pare | Audit Associate | 1 | Integrated Audit | $106.00 | 52.3 | $ 5,543.80 |
| Nicholas P Barrett | Audit Associate | 1 | Integrated Audit | $125.00 | 114.0 | $ 14,250.00 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $133.00 | 3.0 | $ 399.00 |
| Craig T. Chu | Tax Associate | 2 | Integrated Audit | $178.00 | 20.5 | $ 3,649.00 |
| | | | **TOTAL** | | 2,558.2 | $ 508,851.25 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 15.5 | $ 1,519.00 |
|---|---|---|

## Summary of PwC's Fees By Project Category:
## January 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 15.5 | $1,519.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |

| | | |
|---|---|---|
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,558.2 | $508,851.25 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,573.7 | $510,370.25 |

**Expense Summary**
**January 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,179.57 |
| Lodging | N/A | $671.37 |
| Sundry | N/A | $167.16 |
| Business Meals | N/A | $1,101.67 |
| TOTAL: | | $5,119.77 |