# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended January 31, 2006

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | | Description |
|---|---|---|---|---|---|---|---|---|
| William T. Bishop | Integrated Audit | 1/17/06 - 1/18/06 | $ 206.60 | | | | | Airfare to Boston - visit to Grace Cambridge offices to review audit work |
| | Integrated Audit | 1/17/06 - 1/18/06 | | $ 178.79 | | | | Hotel |
| | Integrated Audit | 1/17/06 - 1/18/06 | | | | $ | 50.63 | Breakfast - Marriott Hotel - D Lloyd, R Grady |
| | Integrated Audit | 1/17/06 - 1/18/06 | | | | $ | 123.84 | Lunch - Ristorante Marino - audit team - D Lloyd, R Grady, M McDonnell, C Hopper, L Signori, N Barrett (PwC) |
| | Integrated Audit | 1/17/06 - 1/18/06 | $ 31.00 | | | | | Cab from airport to hotel |
| | | | | | $ 16.00 | | | Airport parking |
| Ryan Grady | Integrated Audit | | | | | | | |
| | Integrated Audit | 1/17/06 | | $ 178.79 | | | | Hotel for review trip to Boston |
| | Integrated Audit | 1/17/06 | | | | $ | 9.18 | Meal while traveling (lunch) |
| | Integrated Audit | 1/18/2006 | $ 39.00 | | | | | Parking at hotel for trip to Boston |
| | Integrated Audit | 1/18/2006 | $ 30.00 | | | | | Airport parking for trip to Boston |
| | Integrated Audit | 1/18/2006 | $ 108.05 | | | | | Rental car for trip to Boston |
| | Integrated Audit | 1/17/06 | | | | $ | 3.68 | Breakfast while travelling |
| | Integrated Audit | 1/3/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/4/2006 | $ 25.82 | | | | | Mileage in excess of normal - 58, no base (weekend) |
| | Integrated Audit | 1/5/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/9/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/10/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/11/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/12/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/13/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/14/2006 | $ 25.82 | | | | | Mileage in excess of normal - 58, no base (weekend) |
| | Integrated Audit | 1/16/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/19/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/20/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/21/2006 | $ 25.81 | | | | | Mileage in excess of normal - 58, no base (trip to office already made this day) |
| | Integrated Audit | 1/23/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/24/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/26/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/31/2006 | $ 14.24 | | | | | Mileage in excess of normal - 58 less 26 base |
| | Integrated Audit | 1/20/2006 | | | | $ | 7.45 | Working lunch for self |
| | Integrated Audit | 1/13/2006 | | | | $ | 5.14 | Working lunch for self |
| Pam Reinhardt | Integrated Audit | 1/9/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/10/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/11/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/12/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/13/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/14/2006 | $ 18.70 | | | | | Excess mileage to the client site (42 miles * .445 = $18.70) |
| | Integrated Audit | 1/16/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/17/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/18/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/19/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/20/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/21/2006 | $ 18.70 | | | | | Excess mileage to the client site (42 miles * .445 = $18.70) |
| | Integrated Audit | 1/22/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/23/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/24/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/25/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/26/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/27/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 1/30/2006 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| Lauren Misler | Integrated Audit | 1/9/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/10/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/11/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/12/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/13/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/14/2006 | $ 20.25 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles *.405 = $10.125 |
| | Integrated Audit | 1/16/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/17/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/18/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/19/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/20/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/21/2006 | $ 20.25 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles *.405 = $10.125 |
| | Integrated Audit | 1/23/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/24/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/25/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/26/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/27/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/30/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | 1/31/2006 | $ 11.50 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Integrated Audit | | | | $ 69.53 | | | Mailing of materials to Actuary in Boston - postage and overnight fees |
| Erica Margolius | Integrated Audit | 1/9/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/10/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/11/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/12/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/13/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/14/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/16/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/17/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/18/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/19/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/20/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/21/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/23/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/24/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/25/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/26/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/27/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/28/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/30/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 1/31/2006 | $ 13.80 | | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| Lyndsay Signori | Integrated Audit | 1/22/2006 | $ 9.00 | | | | | parking in office to work on Sunday |
| | Integrated Audit | 1/14/2006 | | | | $ | 50.56 | team lunch: Mike McDonnell, Charles Hopper, Nick Barrett, Debra Pare |
| | Integrated Audit | 1/13/2006 | $ 5.00 | | | | | drop off of work papers |
| | Integrated Audit | 1/9/2006- 1/20/2006 | $ 11.00 | | | | | tolls, 11 days of audit work |
| | Integrated Audit | 1/9/2006- 1/20/2006 | $ 78.32 | | | | | mileage 16 miles per day, 11 days |
| Christopher Park | Integrated Audit | 1/14/2006 | $ 8.90 | | | | | Mileage to the client and home on Saturday, January 14th |
| | Integrated Audit | 1/21/2006 | $ 8.90 | | | | | Mileage to the client and home on Saturday, January 21st |
| Nick Barrett | Integrated Audit | | $ 42.00 | | | | | Mileage reimbursement |
| Lynda Keorlet | Integrated Audit | 1/3/2006 | $ 28.48 | | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 1/9/2006 | $ 28.48 | | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 1/10/2006 | $ 8.01 | | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 1/11/2006 | $ 8.01 | | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 1/11/2006 | $ 2.23 | | | | | Picking up OT meals |
| | Integrated Audit | 1/12/2006 | $ 8.01 | | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 1/12/2006 | $ 2.23 | | | | | Picking up OT meals |
| | Integrated Audit | 1/13/2006 | $ 8.01 | | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 1/14/2006 | $ 8.01 | | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 1/16/2006 | $ 28.48 | | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 1/17/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 1/18/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 1/2/2006 | | $ 135.00 | | | Houston - Hotel (Lake Charles inventory in October) |
| | Integrated Audit | 1/14/2006 | | | | $ 34.50 | Weekend - Overtime Meal (PwC team at Grace) |
| | Integrated Audit | 1/12/2006 | | | | $ 86.31 | Dinner - Overtime Meal (PwC team at Grace) |
| | Integrated Audit | 1/19/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 1/20/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 1/21/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 1/23/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 1/24/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 1/25/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 1/26/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 1/30/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 1/31/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 1/11/2006 | | | | $ 86.94 | Dinner - Overtime Meal (PwC team at Grace) |
| | Integrated Audit | 1/16/2006 | | | | $ 85.01 | Dinner - Overtime Meal (PwC team at Grace) |
| | Integrated Audit | 1/18/2006 | | | | $ 56.71 | Dinner - Overtime Meal (PwC team at Grace) |
| | Integrated Audit | 1/17/2006 | | | | $ 56.71 | Dinner - Overtime Meal (PwC team at Grace) |
| | Integrated Audit | 1/19/2006 | | | | $ 120.24 | Dinner - Overtime Meal (PwC team at Grace) |
| | Integrated Audit | 1/21/2006 | | | | $ 75.59 | Lunch - Overtime weekend Meal (PwC team at Grace) |
| | Integrated Audit | 1/23/2006 | | | | $ 135.21 | Dinner - Overtime Meal (PwC team at Grace) |
| Michael McDonnell | Integrated Audit | 1/6/2006 | $ 7.00 | | | | Picking up Files |
| | Integrated Audit | 1/7/2006 | $ 10.00 | | | | Weekend Parking |
| | Integrated Audit | 1/9/2006 | $ 21.00 | | | | Returning to office for files |
| | Integrated Audit | 1/10/2006 | | | 10.00 | | Overtime meal |
| | Integrated Audit | 1/13/2006 | | | 10.00 | | Overtime meal |
| | Integrated Audit | 1/11/2006 | | | 61.63 | | Group overtime meals for audit team (3) |
| | Integrated Audit | 1/15/2006 | $ 7.00 | | | | Weekend Parking |
| | Integrated Audit | 1/22/2006 | $ 10.00 | | | | Weekend Parking |
| | Integrated Audit | 1/14/2006 | $ 12.00 | | | | Mass pike tolls to grace 1/9-1/14 $2/day |
| | Integrated Audit | 1/15/2006 | $ 10.00 | | | | Mass pike tolls to grace 1/16-1/20 $2/day |
| Craig T. Chu | Integrated Audit | 1/21/2006 | | | | $ 22.00 | I expense lunch for the Saturday on which I worked on the actuarial review for W.R. Grace. |
| David Lloyd | Integrated Audit | 12/22/2005 | $ 384.62 | | | | Rental car in Germany for visit to Worms plant |
| | Integrated Audit | 1/5/2006 | $ 59.30 | | | | Airfare from GPC in Boston to Baltimore |
| | Integrated Audit | 1/5/2006 | $ 370.66 | | | | Airfare from Columbus to GPC in Boston |
| | Integrated Audit | 1/6/2006 | $ 21.00 | | | | American Express service fee for trip to Boston |
| | Integrated Audit | 1/13/2006 | | | | $ 27.97 | Lunch with Chris Park and Erica Margolius to discuss audit progress |
| | Integrated Audit | 1/16/2006 | $ 4.00 | | | | Tolls for trip to GPC |
| | Integrated Audit | 1/19/2006 | $ 12.90 | | | | Airport parking for trip to GPC |
| | Integrated Audit | 1/19/2006 | | $ 178.79 | | | Hotel for trip to GPC |
| Maria J. Afuang | Integrated Audit | 1/9/2006 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 1/10/2006 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 1/11/2006 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 1/12/2006 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 1/13/2006 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 1/14/2005 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 1/16/2006 | $ 6.48 | | | | Mileage in exces of normal commute ((48-32)*.405) |
| | Integrated Audit | 1/17/2006 | $ 6.48 | | | | Mileage in exces of normal commute ((48-32)*.405) |
| Peter Woolf | Integrated Audit | 1/19/2006 | $ 160.00 | | | | Mileage reimbursement |
| | | | | | | $ 64.00 | Business meal for self and audit team |
| Maria Lopez | Integrated Audit | 1/31/2006 | $ 68.00 | | | | Mileage from home to WRGrace Tax Department in Boca Raton |
| Randi Woodard | Integrated Audit | 1/17/2006-1/20/2006 | $ 125.00 | | | | 4 days back and forth from West Palm Beach to Boca Raton. 35 miles one way (normal commute has already been subtracted) *4 days*2 roundtrip * .445 cents per mile = $125 |
| Summary | | | Total 5,119.77 | Transportation $ 3,179.57 | Lodging $ 671.37 | Sundry $ 167.16 | Business Meals $ 1,101.67 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended January 31, 2006

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | /17/06 - 1/18/0 | Audit Partner | $ 206.60 | Airfare to Boston - visit to Grace Cambridge offices to review audit work |
| | 1/17/06 - 1/18/0 | Audit Partner | $ 178.79 | Hotel |
| | 1/17/06 - 1/18/0 | Audit Partner | $ 50.63 | Breakfast - Marriott Hotel - D Lloyd, R Grady |
| | 1/17/06 - 1/18/0 | Audit Partner | $ 123.84 | Lunch - Ristorante Marino - audit team - D Lloyd, R Grady, M McDonnell, C Hopper, L Signori, N Barrett (PwC) |
| | 1/17/06 - 1/18/0 | Audit Partner | $ 31.00 | Cab from airport to hotel |
| | | | $ 16.00 | Airport parking |
| | | | **$ 606.86** | |
| Ryan Grady | 1/17/06 | Audit Manager | $ 178.79 | Hotel for review trip to Boston |
| | 1/17/06 | Audit Manager | $ 9.18 | Meal while traveling (lunch) |
| | 1/18/2006 | Audit Manager | $ 39.00 | Parking at hotel for trip to Boston |
| | 1/18/2006 | Audit Manager | $ 30.00 | Airport parking for trip to Boston |
| | 1/18/2006 | Audit Manager | $ 108.05 | Rental car for trip to Boston |
| | 1/17/06 | Audit Manager | $ 3.68 | Breakfast while travelling |
| | 1/3/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/4/2006 | Audit Manager | $ 25.82 | Mileage in excess of normal - 58, no base (weekend) |
| | 1/5/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/9/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/10/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/11/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/12/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/13/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/14/2006 | Audit Manager | $ 25.82 | Mileage in excess of normal - 58, no base (weekend) |
| | 1/16/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/19/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/20/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/21/2006 | Audit Manager | $ 25.81 | Mileage in excess of normal - 58, no base (trip to office already made this day) |
| | 1/23/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/24/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/26/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/31/2006 | Audit Manager | $ 14.24 | Mileage in excess of normal - 58 less 26 base |
| | 1/20/2006 | Audit Manager | $ 7.45 | Working lunch for self |
| | 1/13/2006 | Audit Manager | $ 5.14 | Working lunch for self |
| | | | **$ 658.10** | |
| Pam Reinhardt | 1/9/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/10/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/11/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/12/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/13/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/14/06 | Audit Senior Associate | $ 18.70 | Excess mileage to the client site (42 miles * .445 = $18.70) |
| | 1/16/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/17/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/18/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/19/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/20/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/21/06 | Audit Senior Associate | $ 18.70 | Excess mileage to the client site (42 miles * .445 = $18.70) |
| | 1/22/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/23/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/24/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/25/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/26/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/27/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 1/30/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | | | **$ 128.18** | |
| Lauren Misler | 1/9/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/10/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/11/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/12/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/13/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/14/06 | Audit Senior Associate | $ 20.25 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles *.405 = $10.125 |
| | 1/16/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/17/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/18/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/19/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/20/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/21/06 | Audit Senior Associate | $ 20.25 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles *.405 = $10.125 |
| | 1/23/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/24/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/25/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/26/06 | Audit Senior Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |

| | Date | Role | | Amount | Description |
|---|---|---|---|---|---|
| | 1/27/06 | Audit Senior Associate | $ | 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/30/06 | Audit Senior Associate | $ | 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/31/06 | Audit Senior Associate | $ | 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 1/19/06 | Audit Senior Associate | $ | 69.53 | Mailing of materials to Actuary in Boston - postage and overnight fees |
| | | | **$** | **305.53** | |
| Erica Margolius | 1/9/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/10/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/11/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/12/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/13/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/14/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/16/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/17/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/18/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/19/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/20/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/21/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/23/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/24/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/25/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/26/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/27/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/28/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/30/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 1/31/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | | | **$** | **275.90** | |
| Lyndsay Signori | 1/22/06 | Audit Associate | $ | 9.00 | parking in office to work on Sunday |
| | 1/14/06 | Audit Associate | $ | 50.56 | team lunch: Mike McDonnell, Charles Hopper, Nick Barrett, Debra Pare |
| | 1/13/06 | Audit Associate | $ | 5.00 | drop off of work papers |
| | 1/9/2006- 1/20/2 | Audit Associate | $ | 11.00 | tolls, 11 days of audit work |
| | 1/9/2006- 1/20/2 | Audit Associate | $ | 78.32 | mileage 16 miles per day, 11 days |
| | | | **$** | **153.88** | |
| Christopher Park | 1/14/06 | Audit Associate | $ | 8.90 | Mileage to the client and home on Saturday, January 14th |
| | 1/21/06 | Audit Associate | $ | 8.90 | Mileage to the client and home on Saturday, January 21st |
| | | | **$** | **17.80** | |
| Nick Barrett | 12/12/2005 | Audit Associate | $ | 42.00 | Mileage reimbursement |
| | | | **$** | **42.00** | |
| Lynda Keorlet | 1/3/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/9/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/10/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 1/11/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 1/11/2006 | Audit Associate | $ | 2.23 | Picking up OT meals |
| | 1/12/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/12/2006 | Audit Associate | $ | 2.23 | Picking up OT meals |
| | 1/13/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 1/14/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 1/16/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/17/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/18/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 1/2/2006 | Audit Associate | $ | 135.00 | Houston - Hotel (Lake Charles inventory in October) |
| | 1/14/2006 | Audit Associate | $ | 34.50 | Weekend - Overtime Meal (PwC team at Grace) |
| | 1/12/2006 | Audit Associate | $ | 86.31 | Dinner - Overtime Meal (PwC team at Grace) |
| | 1/19/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 1/20/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 1/21/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/23/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/24/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/25/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 1/26/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 1/30/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/31/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 1/11/2006 | Audit Associate | $ | 86.94 | Dinner - Overtime Meal (PwC team at Grace) |
| | 1/16/2006 | Audit Associate | $ | 85.01 | Dinner - Overtime Meal (PwC team at Grace) |
| | 1/18/2006 | Audit Associate | $ | 56.71 | Dinner - Overtime Meal (PwC team at Grace) |
| | 1/17/2006 | Audit Associate | $ | 56.71 | Dinner - Overtime Meal (PwC team at Grace) |
| | 1/19/2006 | Audit Associate | $ | 120.24 | Dinner - Overtime Meal (PwC team at Grace) |
| | 1/21/2006 | Audit Associate | $ | 75.59 | Lunch - Overtime weekend Meal (PwC team at Grace) |
| | 1/23/2006 | Audit Associate | $ | 135.21 | Dinner - Overtime Meal (PwC team at Grace) |
| | | | **$** | **1,213.09** | |
| Michael McDonnell | 1/6/2006 | | | 7.00 | Picking up Files |

| Name | Date | Amount | Description |
|---|---|---|---|
|  | 1/7/2006 | 10.00 | Weekend Parking |
|  | 1/9/2006 | 21.00 | Returning to office for files |
|  | 1/10/2006 | 10.00 | Overtime meal |
|  | 1/13/2006 | 10.00 | Overtime meal |
|  | 1/11/2006 | 61.63 | Group overtime meals for audit team (3) |
|  | 1/15/2006 | 7.00 | Weekend Parking |
|  | 1/22/2006 | 10.00 | Weekend Parking |
|  | 1/14/2006 | 12.00 | Mass pike tolls to grace 1/9-1/14 $2/day |
|  | 1/15/2006 | 10.00 | Mass pike tolls to grace 1/16-1/20 $2/day |
|  |  | **$ 158.63** |  |
| Craig T. Chu | 1/21/06 | 22.00 | I expense lunch for the Saturday on which I worked on the actuarial review for W.R. Grace. |
|  |  | **$ 22.00** |  |
| David Lloyd | 12/22/05 | $ 384.62 | Rental car in Germany for visit to Worms plant |
|  | 1/5/06 | $ 59.30 | Airfare from GPC in Boston to Baltimore |
|  | 1/5/06 | $ 370.66 | Airfare from Columbus to GPC in Boston |
|  | 1/6/06 | $ 21.00 | American Express service fee for trip to Boston |
|  | 1/13/06 | $ 27.97 | Lunch with Chris Park and Erica Margolius to discuss audit progress |
|  | 1/16/06 | $ 4.00 | Tolls for trip to GPC |
|  | 1/19/06 | $ 12.90 | Airport parking for trip to GPC |
|  | 1/19/06 | $ 178.79 | Hotel for trip to GPC |
|  |  | **$ 1,059.24** |  |
| Maria J. Afuang | 1/9/06 | $ 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
|  | 1/10/06 | $ 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
|  | 1/11/06 | $ 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
|  | 1/12/06 | $ 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
|  | 1/13/06 | $ 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
|  | 1/14/06 | $ 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
|  | 1/16/06 | $ 6.48 | Mileage in exces of normal commute {(48-32)*.405} |
|  | 1/17/06 | $ 6.48 | Mileage in exces of normal commute {(48-32)*.405} |
|  |  | **$ 61.56** |  |
| Peter Woolf | 1/19/06 | $ 160.00 | Need Detail for mileage |
|  | 1/19/06 | $ 64.00 |  |
|  |  | **$ 224.00** |  |
| Maria Lopez | 1/31/06 | $ 68.00 | Mileage from home to WRGrace Tax Department in Boca Raton |
|  |  | **$ 68.00** |  |
| Randi Woodard | ?/2006-1/20/2006 | $ 125.00 | 4 days back and forth from West Palm Beach to Boca Raton. 35 miles one way (normal commute has already been subtracted) *4 days*2 roundtrip * .445 cents per mile = $125 |
|  |  | **$ 125.00** |  |
|  | Grand Total | **$ 5,119.77** |  |