## Acknowledgement and Waiver

With reference to that certain Final Order (the "Order") pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (a) limiting certain transfers of equity securities in W.R. Grace & Co., et al. (the "Debtors") and (b) approving related notice procedures, dated January 24, 2005, the Undersigned hereby waives the notice and procedural requirements and limitations set forth in the Order with respect to the purchase, acquisition or accumulation of equity securities (as defined in the Order) in the Debtors by Plainfield Asset Management LLC and/or its affiliates ("Plainfield"), subject to the following conditions:

(i) Plainfield agrees to sell equity securities (either options or stock) in the Debtors, or allow options to expire, sufficient to reduce its total ownership of stock and options of the Debtors to an amount equal to or less than 4.75% of the total outstanding stock of the Debtors as soon as reasonably practicable, but at all events no later than April 15, 2006, and to maintain its position at 4.75% or less thereafter;

(ii) Plainfield agrees not to acquire stock in the Debtors or to exercise options to acquire stock in the Debtors at any time while the Order is in effect that would cause Plainfield to hold more than 4.75% of the total outstanding stock of the Debtors, except to the extent permitted by the Order.

Plainfield hereby represents to the Debtors that it has not at any time owned stock in the Debtors (not including options to acquire stock) greater than 4.75% of the total outstanding stock of the Debtors.

W.R. Grace & Co.

_/s/ Robert M. Tarola_
Name: Robert M. Tarola
Title: Chief Financial Officer

Acknowledged and Agreed:

Plainfield Asset Management LLC

_/s/ Thomas Fritsch_
Name: Thomas Fritsch
Title: General Counsel

Dated: March 6, 2006