**Acknowledgement and Waiver**

With reference to that certain Final Order (the "Order") pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (a) limiting certain transfers of equity securities in W.R. Grace & Co., et al. (the "Debtors") and (b) approving related notice procedures, dated January 24, 2005, the Undersigned hereby waives the notice and procedural requirements and limitations set forth in the Order with respect to the prior purchase, acquisition, accumulation or disposition of equity securities (as defined in the Order) in the Debtors by Dune Capital Management LP and/or its affiliates ("Dune"), subject to the following representations and conditions:

(i) Dune hereby represents to the Debtors that it has not at any time owned equity securities in the Debtors that represented more than 4.99% of the total outstanding equity securities of the Debtors.

(ii) Dune agrees not to acquire equity securities in the Debtors while the Order is in effect that would cause Dune to hold more than 4.75% of the total outstanding equity securities of the Debtors, except to the extent Dune provides prior notice of any proposed purchase as required pursuant to the Order.

W.R. Grace & Co.

_Mark A. Shelnitz_
Name: Mark A. Shelnitz
Title: VP, General Counsel & Secretary

Acknowledged and Agreed:

Dune Capital Management LP

Name: JOSHUA P. EATON
Its: GENERAL COUNSEL

Dated: March 21, 2006