IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & Co., et al., | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors | |

TWENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | January 1, 2006 through January 31, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $85,745.00): | $ 68,596.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $     631.01 |
| Total Amount Due: | $ 69,227.01 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 5.50 hours and corresponding compensation requested is approximately $1,745.00.

This is the Twenty-fourth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

TWENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

TWENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

TWENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006)</u>

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| March 21, 2006 | January 1, 2006 through December 31, 2006 | $85,745.00 | 631.01 | $68,596.00 |

TWENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006)</u>

**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 1/1/2006 through 1/31/2006**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $555 | 10.70 | $5,938.50 |
| S. Cunningham | Member | $530 | 57.50 | $30,475.00 |
| R. Frezza | Consultant | $450 | 2.20 | $990.00 |
| L. Hamilton | Consultant | $365 | 131.30 | $47,924.50 |
| M. Desalvio | Research | $150 | 2.00 | $300.00 |
| J. Woods | Paraprofessional | $90 | 1.30 | $117.00 |
| **For the Period 1/1/2006 through 1/31/2006** | | | **205.00** | **$85,745.00** |

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the January 2006 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 1/1/2006 through 1/31/2006

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information provided by Debtors and corresponded with counsel regarding pending acquisition. | 0.80 | $292.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed information regarding treatment of asbestos claims in other major asbestos cases and updated recovery analyses under various scenarios. | 32.50 | $16,860.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with counsel and Committee members. | 2.30 | $896.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for December. | 5.50 | $1,745.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared, reviewed and analyzed financial data provided by the Debtors regarding November results, Q4 margin, cash flow and FY 2005 results of operations. | 67.60 | $29,585.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information and prepared reports to the Committee regarding the Bayonne Settlement, Bear Stearn's retention, and other issues. | 52.50 | $20,151.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding the Owens-Corning plan and USG Plan, and compared terms and treatment of claims with the WRG plan. | 43.30 | $16,032.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant discussed various case issues with Blackstone, including Bear Stearns' retention and settlement issues. | 0.50 | $182.50 |
| **For the Period 1/1/2006 through 1/31/2006** | | **205.00** | **$85,745.00** |

**Capstone Advisory Group, LLC**  
**Invoice for the January 2006 Fee Application**

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 1/1/2006 through 1/31/2006

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Acquisitions** | | | |
| 1/3/2006 | L. Hamilton | 0.80 | Analyzed information provided by Debtors and corresponded with counsel regarding pending acquisition. |
| Subtotal | | 0.80 | |
| **03. Claims Analysis & Valuation** | | | |
| 1/6/2006 | S. Cunningham | 4.00 | Read and analyzed other asbestos case plan and disclosure filings regarding treatment of classes of claims. |
| 1/9/2006 | S. Cunningham | 5.30 | Read and reviewed comparative analyses of other asbestos case plan and disclosure filings regarding treatment of classes of claims. |
| 1/18/2006 | S. Cunningham | 4.20 | Updated and reviewed recovery analysis based on varying PI & PD assumptions. |
| 1/19/2006 | S. Cunningham | 5.10 | Updated analysis regarding impact of interest rate change on unsecured recovery. |
| 1/20/2006 | S. Cunningham | 3.50 | Reviewed analysis of other asbestos case treatment of certain classes of claims and updated recovery analyses. |
| 1/23/2006 | E. Ordway | 1.90 | Prepared analysis to determine impact to recovery under various scenarios. |
| 1/23/2006 | S. Cunningham | 3.00 | Reviewed analysis of other asbestos case treatment of certain classes of claims and updated recovery analyses. |
| 1/24/2006 | L. Hamilton | 2.50 | Prepared schedules summarizing claim treatment comparisons. |
| 1/26/2006 | S. Cunningham | 3.00 | Read and reviewed comparative analyses of other asbestos case plan and disclosure filings regarding treatment of classes of claims. |
| Subtotal | | 32.50 | |
| **04. Creditor Committee Matters** | | | |
| 1/4/2006 | L. Hamilton | 0.50 | Discussed status of case issues with counsel. |
| 1/17/2006 | L. Hamilton | 0.50 | Discussed status of case issues with counsel pertaining to upcoming court hearing. |
| 1/18/2006 | L. Hamilton | 0.50 | Discussed hearing agenda items with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/24/2006 | E. Ordway | 0.30 | Called Committee member to discuss case status. |
| 1/31/2006 | L. Hamilton | 0.50 | Discussed status of case issues with counsel. |
| Subtotal | | 2.30 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2006 | L. Hamilton | 0.50 | Prepared fee application reconciliation. |
| 1/4/2006 | L. Hamilton | 1.10 | Prepared December fee application. |
| 1/9/2006 | J. Woods | 0.70 | Prepared fee statement. |
| 1/10/2006 | J. Woods | 0.60 | Prepared fee statement. |
| 1/11/2006 | L. Hamilton | 1.70 | Prepared December fee application. |
| 1/17/2006 | E. Ordway | 0.50 | Prepared fee application. |
| 1/30/2006 | L. Hamilton | 0.40 | Prepared December fee application. |
| Subtotal | | 5.50 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2006 | L. Hamilton | 3.20 | Prepared/updated pro forma quarterly P&L analyses. |
| 1/3/2006 | L. Hamilton | 2.00 | Read and analyzed industry news releases. |
| 1/3/2006 | S. Cunningham | 2.50 | Read and analyzed November results and Q4 margin trends. |
| 1/4/2006 | E. Ordway | 2.10 | Analyzed quarterly P&L schedules for each operating unit prepared by staff to identify variances from budget. |
| 1/4/2006 | L. Hamilton | 3.80 | Prepared/updated pro forma quarterly P&L analyses. |
| 1/4/2006 | S. Cunningham | 3.30 | Prepared and reviewed analysis of Q4 margin trends versus prior and plan. |
| 1/5/2006 | S. Cunningham | 4.50 | Read and analyzed information regarding YTD financial performance and prepared analysis of results of operation. |
| 1/5/2006 | L. Hamilton | 7.20 | Prepared analysis of November results of operations. |
| 1/6/2006 | L. Hamilton | 7.20 | Prepared analysis of November results of operations. |
| 1/8/2006 | E. Ordway | 0.60 | Analyzed November P&L schedules for each operating unit prepared by staff to identify variances from budget. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/9/2006 | L. Hamilton | 3.90 | Prepared report summarizing conclusions regarding year-to-date results of operations. |
| 1/9/2006 | L. Hamilton | 4.60 | Prepared analysis of quarter-to-date and year-to-date gross margin. |
| 1/9/2006 | E. Ordway | 0.90 | Continued analyses of November results. |
| 1/9/2006 | R. Frezza | 1.40 | Read and analyzed November YTD financial information provided by the Debtors. |
| 1/10/2006 | S. Cunningham | 4.70 | Reviewed analysis of Q4 margin trends versus peer group companies. |
| 1/16/2006 | L. Hamilton | 2.30 | Prepared/updated pro forma quarterly P&L analyses. |
| 1/17/2006 | L. Hamilton | 1.00 | Prepared/updated pro forma quarterly P&L analyses. |
| 1/23/2006 | L. Hamilton | 2.50 | Read and analyzed Q4 industry reports. |
| 1/24/2006 | S. Cunningham | 4.00 | Read Q4 press release and prepared financial analysis of results versus plan and prior year. |
| 1/25/2006 | S. Cunningham | 2.50 | Read and analyzed information regarding full year FY 2005 results versus plan and prior year. |
| 1/27/2006 | S. Cunningham | 3.40 | Read and analyzed information regarding full year FY 2005 results versus plan and prior year. |
| Subtotal | | 67.60 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2006 | M. Desalvio | 0.50 | Retrieved documents from court system for case team member. |
| 1/4/2006 | S. Cunningham | 1.50 | Read and analyzed various pending motions and open case issues. |
| 1/4/2006 | E. Ordway | 0.30 | Read counsel's memo regarding BDM Co. relief from stay and responded with my opinions. |
| 1/4/2006 | L. Hamilton | 2.60 | Prepared work plan. |
| 1/11/2006 | E. Ordway | 1.10 | Prepared outline of key points to address in report to the Committee regarding Bayonne Settlement. |
| 1/11/2006 | L. Hamilton | 6.20 | Read and analyzed information from counsel regarding proposed Bayonne settlement. |
| 1/12/2006 | L. Hamilton | 2.90 | Drafted report regarding Bayonne settlement. |
| 1/13/2006 | L. Hamilton | 3.30 | Read and analyzed additional information regarding Bayonne settlement. |

**Capstone Advisory Group, LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 3 of 5**
**Invoice for the January 2006 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/13/2006 | E. Ordway | 0.80 | Prepared and edited outline of key points to address in report to the Committee regarding Bayonne Settlement. |
| 1/13/2006 | R. Frezza | 0.80 | Read/edited report regarding the Bayonne Settlement. |
| 1/16/2006 | S. Cunningham | 3.00 | Read and edited analysis of Bayonne settlement. |
| 1/17/2006 | L. Hamilton | 2.60 | Prepared/updated report regarding Bayonne settlement. |
| 1/17/2006 | L. Hamilton | 2.60 | Read and analyzed recent court docket items. |
| 1/18/2006 | L. Hamilton | 4.10 | Prepared summary of January hearing agenda items. |
| 1/18/2006 | L. Hamilton | 1.40 | Read and analyzed recent court docket items. |
| 1/19/2006 | M. Desalvio | 1.50 | Obtained 4Q reports on Chemical industry and individual companies for peer group comparisons. |
| 1/19/2006 | L. Hamilton | 1.90 | Read and analyzed court docket items including ZAI filings. |
| 1/20/2006 | L. Hamilton | 2.20 | Read and analyzed recent court docket items. |
| 1/20/2006 | E. Ordway | 0.50 | Reviewed summary of January hearing agenda items and directed staff to follow up on certain items. |
| 1/26/2006 | L. Hamilton | 1.60 | Prepared work plan. |
| 1/27/2006 | E. Ordway | 0.20 | Read counsel's memo regarding motion to retain special counsel. |
| 1/27/2006 | E. Ordway | 0.30 | Read counsel's memo regarding BDM objection. |
| 1/30/2006 | L. Hamilton | 2.30 | Read and analyzed correspondence from counsel regarding hearing agenda issues including BDM claim, Bayonne settlement and Bear Stearns' retention. |
| 1/30/2006 | L. Hamilton | 6.30 | Read and summarized information regarding asbestos legislative efforts and Debtors' estimation process. |
| 1/31/2006 | L. Hamilton | 2.00 | Read and summarized information regarding Debtors' asbestos estimation process. |
| Subtotal | | 52.50 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/11/2006 | L. Hamilton | 1.10 | Read and analyzed Owens-Corning plan and disclosure statement and compared terms to WRG POR. |
| 1/13/2006 | L. Hamilton | 1.20 | Continued to compare terms and asbestos claims treatment information in O-C POR. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/19/2006 | L. Hamilton | 5.60 | Prepared schedules summarizing key aspects of OC Plan, including treatment of asbestos claims, in comparison to WRG POR. |
| 1/20/2006 | E. Ordway | 1.20 | Read, analyzed and edited summary of the key aspects of other POR's. |
| 1/20/2006 | L. Hamilton | 5.80 | Prepared schedules summarizing key aspects of OC, USG and WRG plans, including treatment of asbestos claims. |
| 1/23/2006 | L. Hamilton | 2.00 | Prepared schedules summarizing key aspects of OC, USG and WRG plans, including treatment of asbestos claims. |
| 1/24/2006 | L. Hamilton | 5.50 | Prepared schedules summarizing key aspects of OC, USG and WRG plans, including treatment of asbestos claims. |
| 1/25/2006 | L. Hamilton | 5.50 | Prepared schedules summarizing asbestos trust operations under various plans. |
| 1/25/2006 | L. Hamilton | 2.50 | Prepared schedules summarizing asbestos trust operations under various plans. |
| 1/26/2006 | L. Hamilton | 6.40 | Prepared schedules summarizing key aspects of OC, USG and WRG plans, including treatment of asbestos claims. |
| 1/31/2006 | L. Hamilton | 6.50 | Read and analyzed information regarding impact of latest proposed legislation on Debtors' POR. |
| Subtotal | | 43.30 | |

26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/9/2006 | L. Hamilton | 0.50 | Discussed status of case issues with Blackstone. |
| Subtotal | | 0.50 | |
| **Total Hours** | | **205.00** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 1/1/06 through 1/31/06

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 1/31/2006 | Capstone Expenses | Copies for month of January | $61.05 |
| Subtotal - Copies | | | $61.05 |
| **Faxes** | | | |
| 1/31/2006 | Capstone Expenses | Faxes for month of January | $26.25 |
| Subtotal - Faxes | | | $26.25 |
| **Postage/FedEx** | | | |
| 1/9/2006 | Capstone Expenses | FedEx Inv#3-280-90794 | $10.92 |
| Subtotal - Postage/FedEx | | | $10.92 |
| **Research** | | | |
| 1/31/2006 | Capstone Expenses | Pacer Quarterly bill | $111.44 |
| Subtotal - Research | | | $111.44 |
| **Scans** | | | |
| 1/31/2006 | Capstone Expenses | Scans for month of January | $154.00 |
| Subtotal - Scans | | | $154.00 |
| **Telecom Charges** | | | |
| 1/31/2006 | Capstone Expenses | January Telecom | $267.35 |
| Subtotal - Telecom Charges | | | $267.35 |
| **For the Period 1/1/06 through 1/31/06** | | | **$631.01** |

**Capstone Advisory Group, LLC**                                                                                                             Page 1 of 1
**Invoice for the January 2006 Fee Application**