## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )       Chapter 11
                                          )
W. R. GRACE & CO., et al.                 )       Case No. 01-01139 (JKF)
                                          )       Jointly Administered
                 Debtors.                 )

## STIPULATION BETWEEN THE DEBTORS AND SPEIGHTS & RUNYAN REGARDING THE DISALLOWANCE AND EXPUNGMENT OF FORTY-FIVE ASBESTOS PROPERTY DAMAGE CLAIMS

This stipulation (the "Stipulation") is made this 9ᵗʰ day of March 2006, by and between

the above-captioned debtors (the "Debtors") and Speights & Runyan ("S&R") regarding the

disallowance and expungment of: (a) forty-one asbestos property damage claims identified on

Exhibit A hereto as amended claims and (b) four asbestos property damage claims (Claim Nos.

10229, 11151, 11194 and 11820) which are duplicative of other claims filed for the properties at

issue.

WHEREAS each property damage claim was assigned a specific claim number by the

Court's claims agent when filed (the "Original Claim");

WHEREAS each amendment or submission of additional information regarding an

Original Claim was assigned a separate claim number by the Court's claims agent (the

"Amended Claim");

WHEREAS, despite having separate claim numbers, the Original Claim and the

Amended Claim both pertain to the same building and claim;

WHEREAS, as identified on Exhibit B, Claim Nos. 10229, 11151, 11194 and 11820 are

duplicative of other claims filed for the same properties;

NOW THEREFORE, in consideration of the foregoing, the Debtors and S&R hereby

STIPULATE AND AGREE as follows:

1.    The forty-one Amended Claims should be disallowed and expunged, provided that the claim forms and supporting documentation associated each Amended Claim are consolidated with the applicable Original Claim as indicated in Exhibit A.

2.    Claim Nos. 10229, 11151, 11194 and 11820 should be disallowed and expunged.

3.    The Debtors agree to make no argument that the expungement of these claims in any way reflects improper conduct by S&R.

By: _____

Daniel A. Speights
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

By: _____

Janet S. Baer
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Attorney for Debtors and
Debtors-in Possession

# EXHIBIT A

## Amended Claims

| Original Claim No (Surviving Claim) | Amended Claim No (Expunged Claim) | Claimant Name | Firm Name | Property Address | Building Name |
|---|---|---|---|---|---|
| 6306697 | 014252 | Methodist Hospital | Speights & Runyan | Omaha, NE | Methodist Hospital |
| 0099671 | 017236 | Bayshore Community Hospital | Speights & Runyan | 727 N Beers Street Hazlet, NJ 07733 | Bayshore Community Hospital |
| 0099688 | 015472 | The California State University | Speights & Runyan | CSU Dominguez Hills - Carson CA 90747 | Educ Resource Center |
| 0099825 | 015488 | The California State University | Speights & Runyan | San Diego State Univ - San Diego CA 92182 | Aztec Center |
| 0099828 | 015487 | The California State University | Speights & Runyan | San Diego State Univ - San Diego CA 92182 | Art 2 |
| 0099670 | 015486 | The California State University | Speights & Runyan | CSU Sacramento - Sacramento CA 95819 | Kadema Hall |
| 0099986 | 015485 | The California State University | Speights & Runyan | CSU Sacramento - Sacramento, CA 95819 | Alpine Hall |
| 0099995 | 015492 | The California State University | Speights & Runyan | San Diego State University - San Diego, CA | West Commons |
| 010018 | 015484 | The California State University | Speights & Runyan | CSU Pomona - Pomona CA 91768 | Gymnasium |
| 010019 | 015477 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | Physical Education |
| 010020 | 015478 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | P J&G Pollak Library |
| 010053 | 015475 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | Humanities - Social Sci |
| 010058 | 015476 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | Performing Arts Center |
| 010078 | 015483 | The California State University | Speights & Runyan | CSU Pomona - Pomona CA 91768 | Darlene May Gymnasium |
| 010180 | 015493 | The California State University | Speights & Runyan | SF State Univ - San Francisco, CA 94132 | Hensill Hall |
| 010228 | 015490 | The California State University | Speights & Runyan | San Diego State Univ - San Diego CA 92182 | East Commons |
| 010229 | 015491 | The California State University | Speights & Runyan | San Diego State Univ - San Diego CA 92182 | East Commons Additi... |

| Original Claim No (Surviving Claim) | Amended Claim No (Expunged Claim) | Claimant Name | Firm Name | Property Address | Building Name |
|---|---|---|---|---|---|
| 010236 | 015489 | The California State University | Speights & Runyan | San Diego State Univ- San Diego CA 92182 | Dramatic Arts |
| 010237 | 015487 | The California State University | Speights & Runyan | CSU Long Beach- Long Beach CA 90840 | Main Library |
| 010303 | 015474 | The California State University | Speights & Runyan | CSU Fresno- Fresno, CA 93740 | Psychology/Human Svcs |
| 010319 | 015473 | The California State University | Speights & Runyan | CSU Fresno- Fresno CA 93740 | North Gymnasium |
| 010597 | 015470 | The California State University | Speights & Runyan | CSU Chico- Chico, CA 95929 | Butte Hall |
| 010621 | 015471 | The California State University | Speights & Runyan | CSU Chico- Chico, CA 95929 | Physical Science Bldg |
| 010749 | 015945 | Glen Oak Country Club | Speights & Runyan | 151 East Avenue Old Westberry, NY | Glen Oak Country Club |
| 011735 | 015495 | The California State University | Speights & Runyan | CSU San Luis Obispo- Administration - San Luis Obispo, CA 93407 | Administration |
| 011745 | 015501 | The California State University | Speights & Runyan | CSU San Luis Obispo- Transportation Services San Luis Obispo, CA 93407 | San Luis Obispo - Transportation Services |
| 011800 | 015500 | The California State University | Speights & Runyan | CSU San Luis Obispo- Research Development San Luis Obispo, CA 93407 | Research Development |
| 011802 | 015490 | The California State University | Speights & Runyan | CSU San Luis Obispo- Most Physical Education San Luis Obispo, CA 93407 | San Luis Obispo - Most Physical Educ |
| 011817 | 015499 | The California State University | Speights & Runyan | CSU San Luis Obispo- Farm Shop San Luis Obispo, CA 93407 | Farm Shop |
| 011819 | 015496 | The California State University | Speights & Runyan | CSU San Luis Obispo- Engineering West San Luis Obispo, CA 93407 | Engineering West |
| 011820 | 015497 | The California State University | Speights & Runyan | CSU San Luis Obispo- Engineering West Addition San Luis Obispo, CA 93407 | Engineering West Add |
| 011866 | 015503 | The California State University | Speights & Runyan | CSU Stanislaus - Music Building Turlock CA 95382 | Music Building |
| 011876 | 015502 | The California State University | Speights & Runyan | CSU Stanislaus - Drama Building Turlock CA 95382 | Drama Building |
| 011916 | 015494 | The California State University | Speights & Runyan | San Jose State Univ - Cafeteria San Jose, CA 95192 | Cafeteria |

| Original Claim No (Surviving Claim) | Amended Claim No (Expunged Claim) | Claimant Name | Firm Name | Property Address | Building Name |
|---|---|---|---|---|---|
| 011957 | 015480 | The California State University | Speights & Runyan | CSU Hayward Music and Business Hayward, CA 94542 | Music And Business |
| 011962 | 015479 | The California State University | Speights & Runyan | CSU Hayward Meikle John Hall Hayward, CA 94542 | Meiklejohn Hall |
| 012206 | 015746 | Carleton University | Speights & Runyan | 1125 Colonel By Drive Ottawa, ON K1S5B6 | McOdorum Library |
| 012433 | 015736/015695 | The Record | Speights & Runyan | | |
| 012443 | 015741 | Calgary Board Of Education | Speights & Runyan | 3009 Morley Trail Nw Calgary, AB T2m4g9 | William Aberhart High |
| 012616 | 015482 | The California State University | Speights & Runyan | CSU Long Beach - Long Beach CA 90840 | University Theater |

**EXHIBIT B**

# Duplicate Claims Total *4 Claims Expunged*

| Surviving Claim | | Expunged Claim | | Claimant Name | Firm Name | Property Address |
|---|---|---|---|---|---|---|
| 010228 | (East Commons) | 010229 | (East Commons Addition) | The California State University | Speights & Runyan | San Diego State Univ, San Diego CA 92182 |
| 011151 | (St. Anthony's Hospital) | 011125 | (Hospital In Carroll) | St. Anthony's Hospital | Speights & Runyan | Carroll, IA |
| 011194 | (St. Vincent's Hospital) | 011193 | (St. Vincent's Hospital Addition) | St. Vincent's Hospital | Speights & Runyan | Erie, PA |
| 011819 | (Engineering West) | 011820 | (Engineering West Addition) | The California State University | Speights & Runyan | CSU San Luis Obispo - Engineering West San Luis Obispo, CA 93407 |