## EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.; | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 9315 |

## ORDER DISALLOWING AND EXPUNGING
## FORTY-FIVE ASBESTOS PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan firm have stipulated and agreed that the amended asbestos property damage claims referenced on the attached Exhibit A should be disallowed and expunged, provided that the claim form and supporting documentation associated each amended claim are consolidated with the applicable original claim;

WHEREAS the Debtors and the Speights & Runyan firm also have stipulated and agreed that Claim Nos. 10229, 11125, 11193 and 11820 should be disallowed and expunged as duplicative of other claims for the same properties;

IT IS HEREBY ORDERED THAT:

1. The forty-one Amended Claims identified on the attached Exhibit A are hereby disallowed and expunged. The claims agent is directed to consolidate the claim forms and supporting documentation associated with each of the Amended Claims with the applicable Original Claim as indicated in Exhibit A.

2. Claim Nos. 10229, 11125, 11193 and 11820 are hereby disallowed and expunged.

Dated: March ___, 2006

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

# EXHIBIT A

# Amended Claims

| Original Claim No (Surviving Claim) | Amended Claim No (Expunged Claim) | Claimant Name | Firm Name | Property Address | Building Name |
|---|---|---|---|---|---|
| 006697 | 011252 | Methodist Hospital | Speights & Runyan | Omaha, NE | Methodist Hospital |
| 006901 | 011236 | Bayshore Community Hospital | Speights & Runyan | 727 N Beers Street Holmdel, NJ 07733 | Bayshore Community Hospital |
| 009888 | 015472 | The California State University | Speights & Runyan | CSU Dominguez Hills - Carson CA 90747 | Educ Resource Center |
| 009925 | 015488 | The California State University | Speights & Runyan | San Diego State Univ- San Diego CA 92182 | Aztec Center |
| 009928 | 015487 | The California State University | Speights & Runyan | San Diego State Univ - San Diego CA 92182 | Art II |
| 009970 | 015486 | The California State University | Speights & Runyan | CSU Sacramento - Sacramento, CA 95819 | Kadema Hall |
| 009988 | 015485 | The California State University | Speights & Runyan | CSU Sacramento - Sacramento, CA 95819 | Alpine Hall |
| 009993 | 015492 | The California State University | Speights & Runyan | San Diego State University - San Diego, CA | West Commons |
| 010018 | 015484 | The California State University | Speights & Runyan | CSU Pomona - Pomona CA 91768 | Gymnasium |
| 010019 | 015477 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | Physical Education |
| 010020 | 015478 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | PJ&G Pollak Library |
| 010053 | 015475 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | Humanities - Social Sci |
| 010058 | 015476 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | Performing Arts Center |
| 010078 | 015483 | The California State University | Speights & Runyan | CSU Pomona - Pomona CA 91768 | Darlene May Gymnasium |
| 010160 | 015493 | The California State University | Speights & Runyan | SF State Univ - San Francisco, CA 94132 | Hensill Hall |
| 010208 | 015490 | The California State University | Speights & Runyan | San Diego State Univ- San Diego CA 92182 | East Commons |
| 010229 | 015491 | The California State University | Speights & Runyan | San Diego State Univ- San Diego CA 92182 | East Commons Addition |

| Original Claim No (Surviving Claim) | Amended Claim No (Expunged Claim) | Claimant Name | Firm Name | Property Address | Building Name |
|---|---|---|---|---|---|
| 010230 | 015489 | The California State University | Speights & Runyan | San Diego State Univ- San Diego CA 92182 | Dramatic Arts |
| 010237 | 015481 | The California State University | Speights & Runyan | CSU Long Beach- Long Beach CA 90840 | Main Library |
| 010303 | 015474 | The California State University | Speights & Runyan | CSU Fresno - Fresno, CA 93740 | Psychology/Human Svcs |
| 010319 | 015473 | The California State University | Speights & Runyan | CSU Fresno - Fresno, CA 93740 | North Gymnasium |
| 010597 | 015470 | The California State University | Speights & Runyan | CSU Chico - Chico, CA 95929 | Butte Hall |
| 010621 | 015471 | The California State University | Speights & Runyan | CSU Chico - Chico, CA 95929 | Physical Science Bldg |
| 010749 | 010948 | Glen Oak Country Club | Speights & Runyan | 151 Post Avenue Old Westberry, NY | Glen Oak Country Club |
| 011735 | 015495 | The California State University | Speights & Runyan | CSU San Luis Obispo - Administration - San Luis Obispo, CA 93407 | Administration |
| 011745 | 015501 | The California State University | Speights & Runyan | CSU San Luis Obispo- Transportation Services San Luis Obispo, CA 93407 | San Luis Obispo - Transportation Services |
| 011800 | 015500 | The California State University | Speights & Runyan | CSU San Luis Obispo- Research Development San Luis Obispo, CA 93407 | Research Development |
| 011802 | 015499 | The California State University | Speights & Runyan | CSU San Luis Obispo- Mott Physical Education San Luis Obispo, CA 93407 | San Luis Obispo - Mott Physical Educ |
| 011817 | 015498 | The California State University | Speights & Runyan | CSU San Luis Obispo- Farm Shop San Luis Obispo, CA 93407 | Farm Shop |
| 011819 | 015496 | The California State University | Speights & Runyan | CSU San Luis Obispo- Engineering West San Luis Obispo, CA 93407 | Engineering West |
| 011820 | 015497 | The California State University | Speights & Runyan | CSU San Luis Obispo- Engineering West Addition San Luis Obispo, CA 93407 | Engineering West Add |
| 011866 | 015503 | The California State University | Speights & Runyan | CSU Stanislaus - Music Building Turlock CA 95382 | Music Building |
| 011876 | 015502 | The California State University | Speights & Runyan | CSU Stanislaus - Drama Building Turlock CA 95382 | Drama Building |
| 011918 | 015494 | The California State University | Speights & Runyan | San Jose State Univ - Cafeteria San Jose, CA 95192 | Cafeteria |

| Original Claim No (Surviving Claim) | Amended Claim No (Expunged Claim) | Claimant Name | Firm Name | Property Address | Building Name |
|---|---|---|---|---|---|
| 011957 | 015480 | The California State University | Speights & Runyan | CSU Hayward -Music and Buisness  Hayward, CA  94542 | Music And Business |
| 011962 | 015479 | The California State University | Speights & Runyan | CSU Hayward - Meikle John Hall Hayward, CA 94542 | Meikle John Hall |
| 012395 | 015740 | Carleton University | Speights & Runyan | 1125 Colonel By Drive  Ottawa, ON  K1s5b6 | McOdorum Library |
| 012433 | 015739; 016668 | The Record | Speights & Runyan | | |
| 012443 | 015741 | Calgary Board Of Education | Speights & Runyan | 3009 Morley Trail Nw Calgary, AB T2m4g9 | William Aberhart High |
| 012616 | 015482 | The California State University | Speights & Runyan | CSU Long Beach - Long Beach CA  90840 | University Theater |