IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W. R. GRACE & CO., et al., <br><br>                 Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered) |

**FOURTH AND FINAL APPLICATION OF LYNCH KEEFE BARTELS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF JOHN E. KEEFE, SR., AS A COURT-APPOINTED ADVISOR FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JANUARY 10, 2005**

| | |
|---|---|
| Name of Applicant: | Lynch Keefe Bartels |
| Authorized to Provide Professional Services to: | Alfred M. Wolin, U.S.D.J. |
| Date of Order: | December 28, 2001 |
| Period for which Compensation and Reimbursement Are Sought: | April 1, 2003 through January 10, 2005 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $652.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $ 67.50 |

This is an ___ interim _XX_ final application

The total time expended for fee application is approximately ___ hours and the corresponding compensation requested is approximately $___.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date filed | Period covered | Fees | Expenses | Fees | Expenses |
| 5/3/02 | 1/1/02 - 2/28/02 | $13,815.00 | $ 831.90 | $13,815.00 | $ 831.90 |
| 12/5/02 | 3/1/02 – 10/3/02 | $46,421.00 | $3,068.39 | $46,421.00 | $3,068.39 |
| 5/22/03 | 11/1/02 – 3/31/03 | $ 6,191.00 | $ 477.58 | $ 6,191.00 | $ 477.58 |
| | | | | | |
| | | | | | |

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation as to W.R. Grace |
|---|---|---|---|---|
| John E. Keefe, Sr. | Admitted to Practice in 1965 | $450.00 | 7.27 | $652.50 |
| John E. Keefe, Sr. | Admitted to Practice in 1965 | $225.00 (travel) | 1.5 | $ 67.50 |
| | | | | |
| Grand Total: | | | 8.75 | $720.00 |
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fee as to W. R. Grace |
|---|---|---|
| Asbestos Management Committee | 7.25 | $ 652.50 |
| Asbestos Management Committee  Travel Time | 1.5 | $ 67.50 |
| | | |
| | | |
| | | |
| | | |
| | | |

{00292587.DOC}

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | |
| Facsimile (with rates) | | |
| Telephone, Postage, Photocopying | | |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Travel Expenses | | 67.50 (see page one of this form) |
| Courier & Express Carriers (e.g., Federal Express) | | |
| Other (explain) | | |

Local Form 102 (Fee Application/Attachment B)

{00292587.DOC}