UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: W. R. GRACE & CO.,
et al.,

　　　　　　　Debtors.

Chapter 11
Case Nos. 01-1139 through 01-1200
(Jointly Administered)

## NOTICE OF FILING OF FOURTH AND FINAL FEE APPLICATION

TO:   The Parties listed on Exhibit 1 hereto.

**PLEASE TAKE NOTICE** that Lynch Keefe Bartels has filed this Notice of Fourth and Final Fee Application on behalf of John E. Keefe, Sr. as a Court Appointed Advisor for Allowance of Compensation of Fees for Actual and Necessary services Rendered and for Reimbursement of Expenses Incurred for the Period from May 1, 2003 through January 10, 2005.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the aforementioned Fee Application must be timely filed with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801 and served upon and received by (i) John E. Keefe, Sr., Lynch Martin, 830 Broad Street, Shrewsbury, New Jersey 07702; and (ii) Frank J. Perch, Esq., Office of the United States Trustee, 844 King Street, Lockbox 35, Room 2311, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that in the event that timely objections to the Application are filed, a hearing will be scheduled at the convenience of the Court.

{LKB77747.1}

**PLEASE TAKE FURTHER NOTICE** that, in the absence of timely filed objections, the Court may enter an Order approving the aforementioned Fee Application on an interim basis without further notice or hearing.

JOHN E. KEEFE, SR.
COURT APPOINTED ADVISOR
Lynch Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702
(732) 224-9400

Dated: March 16, 2006

{LKB77747.1}{