## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W. R. GRACE & CO., et al., | Chapter 11 |
| | Case Nos. 01-1139 through 01-1200 |
| | (Jointly Administered) |
| Debtors. | |

IN RE:        **GENERAL ASBESTOS**

### FOURTH AND FINAL ORDER AWARDING FEES AND EXPENSES TO LYNCH KEEFE BARTELS ON BEHALF OF THE COURT APPOINTED ADVISOR, JOHN E. KEEFE, SR.

This matter having been opened before the Court upon the fourth application of Lynch Keefe Bartels on behalf of the Court Appointed Advisor John E. Keefe, Sr.; and the Court having by previous Order withdrawn the reference to the Bankruptcy Court with respect to such applications and granted leave to the Court Appointed Advisors to make interim applications for the allowance of fees and expenses incurred in the course of their appointment by the Court; having received no opposition to the application; and the Court having found that the fees and expenses are reasonable and that the services rendered were necessary for the administration of the debtor's estate and not duplicative of any other services rendered and for other good cause shown

IT IS on this _____ day of _____, 2006,

ORDERED that the fourth application of Lynch Keefe Bartels on behalf of John E. Keefe, Sr. for an interim allowance of fees and expenses is hereby granted and fees and expenses are allowed on an interim basis in the amount of $720.00 as allocated against W. R. Grace & Co.; and it is further

ORDERED that the debtor, W.R. Grace & Co., is authorized to pay to Lynch Keefe Bartels the amount as set forth herein; and it is further

ORDERED that amount received pursuant to this Order may be subject to disgorgement as may be provided herein.

_____<br>U.S.D.J.