## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE: W. R. GRACE & CO.,**<br>**et al.,**<br><br>             **Debtors.** | **Chapter 11**<br>**Case Nos. 01-1139 through 01-1200**<br>**(Jointly Administered)** |

## FOURTH APPLICATION OF NORRIS, McLAUGHLIN & MARCUS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF WILLIAM A. DREIER, AS A COURT-APPOINTED ADVISOR FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JANUARY 10, 2005

| | |
|---|---|
| Name of Applicant: | Norris, McLaughlin & Marcus |
| Authorized to Provide<br>Professional Services to: | Alfred M. Wolin, U.S.D.J. |
| Date of Order: | December 28, 2001 |
| Period for which Compensation<br>and Reimbursement Are Sought: | April 1, 2003 through<br>January 10, 2005 |
| Amount of Compensation Sought<br>as Actual, Reasonable, and<br>Necessary: | $11,627.20 |
| Amount of Expense Reimbursement<br>Sought as Actual, Reasonable, and<br>Necessary: | $ 792.19 |

This is an ___ interim __XX__ final application

The total time expended for fee application is approximately 4.5 hours and the corresponding compensation requested is approximately $132.70.

If this is not the first application filed, disclose the following for each prior application:

387261                                   **Local Form 101 (Fee Application Cover Sheet)**

|            |                      | Requested   |           | Approved    |           |
|------------|----------------------|-------------|-----------|-------------|-----------|
| Date filed | Period covered       | Fees        | Expenses  | Fees        | Expenses  |
| 5/3/02     | 1/1/02 - 2/28/02     | $13,815.00  | $ 831.90  | $13,815.00  | $ 831.90  |
| 12/5/02    | 3/1/02 – 10/3/02     | $46,421.00  | $3,068.39 | $46,421.00  | $3,068.39 |
| 5/22/03    | 11/1/02 – 3/31/03    | $ 6,191.00  | $  477.58 | $ 6,191.00  | $  477.58 |
|            |                      |             |           |             |           |
|            |                      |             |           |             |           |

**Local Form 101 (Fee Application Cover Sheet)**

**ATTACHMENT B
TO FEE APPLICATION**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation as to W.R. Grace & Co. |
|---|---|---|---|---|
| William A. Drier | Admitted to Practice in 1961 | $450.00 | 51.4 | $10,638.00 |
| Suzana Loncar | Associate, Admitted to Practice in 2002 | $140.00 | 22.3 | $   781.20 |
| Susan M. Grumka | Paralegal | $120.00 | 7.2 | $   172.80 |
| Jeanna R. Hand | Paralegal | $125.00 | 1.1 | $    27.50 |
| Grand Total: | | | 82.0 | $11,627.20 |
| Blended Rate: | | | | |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees as to W.R. Grace & Co. |
|---|---|---|
| General Asbestos Advisor | 63.9 | $3,916.20 |
| W.R. Grace – Special Master | 18.1 | $7,711.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses as to W.R. Grace & Co. |
|---|---|---|
| Computer Assisted Legal Research | | $ 66.66 |
| Facsimile (with rates) | | |
| Telephone, Postage, Photocopying | | $634.27 |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Travel Expenses | | $  6.32 |
| Courier & Express Carriers (e.g., | | $ 84.94 |
| Federal Express) | | |
| Other (explain) | | |

**Local Form 102 (Fee Application/Attachment B)**