## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: W. R. GRACE & CO.,
et al.,

                   **Debtors.**

**Chapter 11**
**Case Nos. 01-1139 through 01-1200**
**(Jointly Administered)**

IN RE:      **GENERAL ASBESTOS**

      **FOURTH AND FINAL APPLICATION OF NORRIS, MCLAUGHLIN & MARCUS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF WILLIAM A. DREIER AS A COURT APPOINTED ADVISOR FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JANUARY 10, 2005**

## TO THE HONORABLE JUDITH K. FITZGERALD, U.S.D.J.:

Pursuant to 11 U.S.C. §330 and §331 and Rule 2016 of the of Bankruptcy Procedure, Norris, McLaughlin & Marcus ("NMM") hereby moves this Honorable Court on behalf of William A. Dreier for an Order awarding a final allowance of reasonable compensation with respect to the above-captioned Chapter 11 case for professional services rendered in William A. Dreier's capacity as a Court Appointed Advisor in connection with the Court's management of this very large, mass-tort bankruptcy case, in the amount of $11,627.20 and reimbursement of related expenses of $792.19 for the period of April 1, 2003 through January 10, 2005.

In support of this Application and pursuant to Bankruptcy Rule 2016, NMM respectfully represents as follows:

1.      The debtor in the above-captioned cases filed a voluntary petition for reorganization relief under Chapter 11 of Title 11 of U.S.C. §§101-1330. The debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to §§ 1107 (a) and 1108 of the Bankruptcy Code.

{00291119.DOC}

2.     On December 28, 2001, the Court appointed Mr. Dreier and several other persons as "Court Appointed Advisors" to assist the Court, as set forth in that Order and in subsequent Orders, with the management of the above-captioned very large, mass-tort bankruptcy case and other such cases as referenced therein and to undertake such duties as the Court has and may in the future assign to Mr. Dreier. This Order also appointed Mr. Dreier to serve as Special Master in In re W.R. Grace & Co., Bktcy No. 01-1139-01-1200. ("W.R. Grace matter"). A copy of this Order is annexed hereto as Exhibit A.

3.     By its Order dated March 19, 2002, the Court withdrew the reference to the Bankruptcy Court for any application for allowance of fees and/or costs by Court Appointed Advisors and gave leave to the Court Appointed Advisors to file interim fee applications in accordance with the directions set forth therein. A copy of this Order is annexed hereto as Exhibit B. This Application is the fourth such application by William A. Dreier.

4.     There is no agreement or understanding between Mr. Dreier and any other person, other than the members, associates and employees of the law firm of Norris, McLaughlin & Marcus of which Mr. Dreier is a member, for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

5.     No agreement exists with any person or entity regarding the rate or amount of compensation Mr. Dreier shall receive in connection with his appointment by this Court. The hourly rate of $450.00 is reasonable and customary for an attorney of Mr. Dreier's experience rendering services such as those involved with his appointment as Court Appointed Advisor. The hourly rate of $145.00 is reasonable and customary for an attorney of Suzana Loncar's experience rendering services such as those involved in this matter. The hourly rate of $120.00 is reasonable and customary for a paralegal of Susan M. Grumka's experience rendering services

such as those involved in this matter.

6. Mr. Dreier has expended a total of 63.9 hours in rendering professional services as a Court Appointed Advisor for the above captioned matter and for the other matters listed in the December 28, 2001 Order annexed hereto as Exhibit A. Mr. Dreier has also expended 18.1 hours in rendering professional services as Special Master for the W.R. Grace matter. The time spent and the services rendered were reasonable in relation to the size and complexity of the matters handled, not duplicative of other services rendered, and necessary to the administration of the debtors' estates. Overall billing statements are attached as Exhibits C and D. Exhibit C sets forth the total hours spent by Mr. Dreier and other professionals affiliated with NMM related to all five consolidated bankruptcies of which the above captioned matter is one. Exhibit D sets forth the time spent by Mr. Dreier as Special Master for the W.R. Grace matter.

7. The billing statements attached as Exhibits C and D present the hours expended in increments of one-tenth of an hour, with a description of the service rendered for each entry.

8. In addition to the time expended in rendering services, NMM incurred out-of-pocket expenses in connection with his appointment as Court Appointed Advisor as to W.R. Grace in the amount of $248.14. The expenses incurred in association with the above-captioned matter with regard to Mr. Dreier's role as Special Master amounted to $544.05, as set forth in Exhibit D. These expenses were reasonable in relation to the size and complexity of the matter handled, not duplicative of other expenses incurred, and necessary to the administration of the debtor's estate.

9. NMM, on behalf of William A. Dreier, respectfully submits that the compensation for services and reimbursement of expenses requested is consistent with the nature and extent of the services rendered for the period April 1, 2003 through January 10, 2005, the size and

3

complexity of the case, the time, labor and special expertise brought to bear on the questions, and other related factors.

10.    William A. Dreier, having reviewed Local Rule 2016-2 regarding compensation and reimbursement of expenses, certifies that this application complies with the requirements of Local Rule 2016-2.

11.    A proposed form of order is submitted herewith.

**WHEREFORE**, William A. Dreier respectfully requests that a final allowance of compensation for fees for services rendered and reimbursement of costs be allowed, in the amount of $12,419.39, subject to disgorgement as may be directed in a final Order of allowance at the conclusion of these Chapter 11 cases.

WILLIAM A. DREIER
Court Appointed Advisor
Norris McLaughlin & Marcus
721 Route 202/206 North
Bridgewater, New Jersey  08807

Dated: *MARCH 20*, 2006

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : | Chapter 11 Case Nos. 00-4471, 00-4469, 00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., et al., | : : | Chapter 11 Case Nos. 01-1139 through 0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., | : : : | Chapter 11 Case Nos. 01-10578, et al.[1] |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : | Chapter 11 Case Nos. 01-2094 through 01-2104 |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : : | Chapter 11 Case Nos. 00-3837 through 00-3854 |
| Debtors. | : | |

## ORDER DESIGNATING COURT APPOINTED CONSULTANTS AND SPECIAL MASTERS

This matter having been opened by the Court upon its own motion in each of the above-captioned Chapter 11 cases; and the interested parties having been put on notice by the Court at the joint case management conference held on December 20, 2001, that the Court anticipated appointing special masters and/or case

---

[1] See attached list.

management consultants to whom the Court may from time to time delegate certain authority to hear matters and to advise the Court on issues that may arise in these five large Chapter 11 cases; and for good cause shown

It is this 28th day of December, 2001

ORDERED that the following Order applies to the lead cases identified in the caption of this Order and to all cases filed as related cases thereto, and it is further

ORDERED that William A. Drier, Esq., David R. Gross, Esq., C. Judson Hamlin, Esq., John E. Keefe, Esq., and Professor Francis E. McGovern are hereby designated as Court Appointed Consultants to advise the Court and to undertake such responsibilities, including by way of example and not limitation, mediation of disputes, holding case management conferences, and consultation with counsel, as the Court may delegate to them individually, and it is further

ORDERED that the parties are on notice that the Court may, without further notice, appoint any of the Court-Appointed Consultants to act as a Special Master to hear any disputed matter and to make a report and recommendation to the Court on the disposition of such matter, and it is further

ORDERED that William A. Drier, Esq., is hereby appointed Special Master in the matter of In re W.R. Grace & Co., Bankruptcy No. 01-1139 through 01-1200, to hear all disputed matters in that Chapter 11 case for which the Court's Order of

Reference may be withdrawn from the Honorable Judith K.
Fitzgerald, United States Bankruptcy Judge, and it is further
ORDERED that the fees of the Court Appointed Consultants and
Special Master(s) shall be borne by the debtors in such manner
and apportionment as this Court or the Bankruptcy Courts may
hereinafter direct.

_____
ALFRED M. WOLIN, U.S.D.J.

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ARMSTRONG WORLD        :   Chapter 11
INDUSTRIES, INC., et al.,:        Case Nos. 00-4471, 00-4469,   *2141*
                              :        00-4470
        Debtors.             :
--------------------------
IN RE: W.R. GRACE & CO.,     :   Chapter 11
et al.,                      :   Case Nos. 01-1139 through   *1827*
                             :        0-1200
        Debtors.             :
--------------------------
IN RE: FEDERAL-MOGUL         :   Chapter 11
GLOBAL, INC., T&N            :   Case Nos. 01-10578, et al.[1]   *412*
LIMITED, et al.,             :
                             :
        Debtors.             :
--------------------------
IN RE: USG CORPORATION,      :   Chapter 11
a Delaware Corporation,      :   Case Nos. 01-2094 through   *2104*
et al.,                      :        01-2104
                             :
        Debtors.             :
--------------------------
IN RE: OWENS CORNING,        :   Chapter 11
et al.,                      :   Case Nos. 00-3837 through   *4423*
                             :        00-3854
        Debtors.             :

---

**ORDER 1) PARTIALLY WITHDRAWING THE REFERENCE AND 2) GOVERNING
APPLICATIONS FOR THE ALLOWANCE OF FEES AND EXPENSES TO COURT
APPOINTED ADVISORS**

This matter being opened upon the Court's own motion pursuant
to the authority granted in 11 U.S.C. § 105(a) and the Court's
inherent power; and the Court, pursuant to its Order of December
28, 2001, having appointed certain persons as Court Appointed
Advisors ("Advisors") and in that Order and in subsequent Orders

---

[1]See attached list.

certain of these Advisors having been designated Special Masters to hear and report on matters specifically delegated to them by the Court as set forth in those Orders; and it appearing that the Advisors are functioning in a manner in all respects similar to examiners as provided for in the Bankruptcy Code, 11 U.S.C. §§ 1104, 1106; and the Bankruptcy Code and Rules providing for the compensation of examiners, officers and professional persons pursuant to 11 U.S.C. §§ 330, 331; and the Advisors, by virtue of their direct appointment by the Court, occupying a unique position in the above-captioned cases not shared by other persons employed in these cases; and the Court having determined that the continued employment of the Advisors in their various capacities is necessary for the efficient administration of these very large mass-tort chapter 11 cases and in the best interests of the creditors, equity holders and the estates in bankruptcy and that the debts of the estates as specified in 11 U.S.C. § 1104(c)(2) exceed $5,000,000; and for good cause shown

IT IS this 14th day of March 2002

ORDERED that pursuant to 28 U.S.C. § 157 and the Order of this Court issued December 10, 2001, the reference of these cases to the Bankruptcy Court, Judge Randall J. Newsome and Judge Judith K. Fitzgerald presiding, is hereby withdrawn with respect to any application for an allowance of fees filed by any of the Advisors, and it is further

2

ORDERED that the Advisors may make application for the allowance of their fees and expenses from the debtors' estates directly to this Court in the first instance, requesting that such applications be reviewed and approved by the Court pursuant to the substantive standards set forth in 11 U.S.C. § 330, and it is further

ORDERED that any application for the allowance of fees and expenses shall set forth how the applicant believes the fees and expenses should be allocated between the debtors, and it is further

ORDERED that, although by its terms local bankruptcy rule 2016-2 does not apply to applications for the allowance of fees and expenses by the Advisors, local rule 2016-2(d) governing information requirements relating to compensation requests is hereby incorporated by reference and made applicable to applications by the Advisors pursuant to this Order, and it is further

ORDERED that the Advisors may make interim applications for the allowance of fees and expenses pursuant to 11 U.S.C. § 331, on a monthly basis, and it is further

ORDERED that an application for the allowance of fees and expenses pursuant to this Order shall not set forth a hearing date for the application and no hearing will be held unless written objection is filed with the Court no later than ten days

3

after service upon the objecting party of the fee application, and it is further

ORDERED that no Administrative Order or other Order in any of the above-captioned cases governing applications for the allowance of fees and expenses to professionals shall apply to an application by any of the Court Appointed Advisors pursuant to this Order except as provided below with respect to service, and it is further

ORDERED that any application made pursuant to this Order shall be served on the same parties and in the same manner as provided by applicable rule as superseded or modified by any Administrative Order of the Bankruptcy Court governing applications for the allowance of fees and expenses to professionals for which the reference has not been withdrawn, and it is further

ORDERED that this Order shall not limit the Court's ability, upon adequate notice, to charge fees and expenses of the Advisors upon parties besides the debtors on the grounds of equity, rule of procedure, or other law.

ALFRED M. WOLIN, U.S.D.J.

4

# IN RE: FEDERAL-MOGUL GLOBAL, INC.
## Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

# EXHIBIT C

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page            1
Invoice #   259940
Date      05/08/2003
Client      102187
Matter          1
                 WAD

Suzana D. Loncar, Esq.
c/o Norris, McLaughlin & Marcus
P.O. Box 1018
Somerville, NJ 08876-1018

FEI#   62-140-8127

--------------------------------------------------------------------------------

For professional services rendered from April 21, 2003
through April 30, 2003

Re:  Asbestos Litigation Advisory Committee


4/21/03  SDL    3.80    532.00   Prepared fee applications for all advisors with
                                 Whitney Chelnik; checked results;


        3.80                TOTAL HOURS

                         TOTAL SERVICES              $ 532.00


SUZANA D. LONCAR

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | 3.80 | 140.00 | 532.00 |
| | 3.80 | | 532.00 |

Invoice #    259940
Date    05/08/2003
Client    102187

Telephone, Postage, Photocopying                                   26.60

                              TOTAL EXPENSES                   $ 26.60


                         TOTAL THIS INVOICE              $ 558.60
                            PAST AMOUNT DUE         $   13,240.08
                         TOTAL AMOUNT DUE           $   13,798.68

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page            1
Invoice #    263434
Date      06/12/2003
Client        102187
Matter            1
                   WAD

Suzana Loncar
c/o NMM
721 Route 202-206
Bridgewater, NJ   08807

FEI#    62-140-8127

-----------------------------------------------------------------------

For professional services rendered from May 14, 2003
through May 31, 2003

Re:  Asbestos Litigation Advisory Committee


5/14/03  SDL     .10    14.00   E-mail to W. Chelnik regarding status of fee
                                applications;

5/15/03  SDL     .70    98.00   E-mail to W. Chelnik regarding process involved
                                in obtaining monies owed that were requested in
                                prior fee applications; reviewed records in
                                accounting and compared to amounts requested in
                                payment of fee applications to determine
                                accuracy of payments by debtors and whether any
                                amounts are outstanding; meeting with accounting
                                personnel regarding same;

5/15/03  SDL     .60    84.00   Reviewed records kept by accounting department
                                and compared to amounts requested in payment of
                                fee applications to determine accuracy of
                                payments by debtors and whether any amounts are

Invoice #    263434
Date     06/12/2003
Client       102187

outstanding; meeting with accounting personnel regarding same;

| 5/16/03 | SDL | .90 | 126.00 | Meeting with accounts payable regarding final determination of amounts still outstanding from prior fee applications; e-mail to W. Chelnik regarding same; Reviewed correspondence from J. Hamlin regarding amounts outstanding from prior fee applications; phone call to J. Hamlin regarding same - left message; |
|---|---|---|---|---|
| 5/16/03 | SDL | .60 | 84.00 | Meeting with accounts payable regarding final determination of amounts still outstanding from prior fee applications; e-mail to W. Chelnik regarding same; |
| 5/21/03 | SDL | 2.10 | 294.00 | Reviewed Keefe fee application; reviewed and revised Dreier's fee application; e-mail to Whitney Chelnik regarding same; |
| 5/22/03 | SDL | .80 | 112.00 | E-mail to W. Chelnik regarding contacts at debtors who deal with approved monies still due and owing to advisors; final review of Dreier's fee application; drafted cover letter to W. Chelnik regarding same; reviewed correspondence from J. Hamlin regarding payments received and money due and owing from debtors; e-mail to W. Chelnik regarding names of contact people at debtors' offices; |
| 5/29/03 | SDL | .90 | 126.00 | Reviewed court-approved fee applications and bankruptcy code to determine whether there is a 20%    holdback provision; located phone number for armstrong; telephone conference to Armstrong regarding monies owed from first and second fee applications; meeting with WAD regarding same; |

Invoice #    263434
Date    06/12/2003
Client    102187

phone conference with Whitney Chelnik regarding existence of 20%      holdback in Order for payment of fees;

5/30/03  SDL    1.40    196.00    Reviewed relevant bankruptcy provisions regarding payment of monies owed to special masters; phone call to Armstrong regarding outstanding balance - left message; telephone conference with assistant to J. Bentz Armstrong's attorney regarding same; faxed information regarding same to Bentz's assistant for review by Bentz; review of e-mail for W. Chelnik regarding status of fee applications; e-mail to W. Chelnik regarding receipt of order from PACER;

8.10            TOTAL HOURS

TOTAL SERVICES            $ 1,134.00

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUZANA D. LONCAR | 8.10 | 140.00 | 1,134.00 |
|  | 8.10 |  | 1,134.00 |

Telephone, Postage, Photocopying            56.70

TOTAL EXPENSES            $ 56.70

TOTAL THIS INVOICE            $ 1,190.70

3

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page                1
Invoice #    264779
Date    07/09/2003
Client          102187
Matter               1
                        WAD

Suzana Loncar
c/o NMM
721 Route 202-206 North
Bridgewater, NJ   08807

FEI#    62-140-8127

-----------------------------------------------------------------------

For professional services rendered from June 4, 2003
through June 30, 2003

Re:  Asbestos Litigation Advisory Committee

| | | | | |
|---|---|---|---|---|
| 6/04/03 | SDL | .20 | 28.00 | Reviewed fax from Armstrong regarding overdue monies for Dreier and Hamlin; reply to confirm mailing address; |
| 6/09/03 | SDL | .20 | 28.00 | Letter to C. Judson Hamlin regarding enclosed check for moneys due and owing from Armstrong World Industries; |
| 6/19/03 | SDL | .10 | 14.00 | Reviewed e-mail from W. Chelnik regarding preparation of Certifications of no Objection; |
| 6/26/03 | SDL | .10 | 14.00 | Phone call with W. Chelnik regarding status of Judge Dreier's signed certification of no objection; |
| /30/03 | WAD | .20 | 90.00 | Review of Petition; |

Invoice #    264779
Date    07/09/2003
Client    102187

|  | | | |
|---|---|---|---|
| .80 | TOTAL HOURS | | |
| | TOTAL SERVICES | | $ 174.00 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | .20 | 450.00 | 90.00 |
| SUZANA D. LONCAR | .60 | 140.00 | 84.00 |
| | 0.80 | | 174.00 |

Computerized Legal Research
Telephone, Postage, Photocopying

| | |
|---|---|
| Computerized Legal Research | 141.16 |
| Telephone, Postage, Photocopying | 8.70 |
| TOTAL EXPENSES | $ 149.86 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 323.86 |
| PAST AMOUNT DUE | $  8,098.85 |
| TOTAL AMOUNT DUE | $  8,422.71 |

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

| | |
|---|---|
| Page | 1 |
| Invoice # | 267119 |
| Date | 08/07/2003 |
| Client | 102187 |
| Matter | 1 |
| | WAD |

Suzana Loncar
c/o NMM
721 Route 202-206 North
Bridgewater, NJ   08807

FEI#   62-140-8127

----------------------------------------------------------------

For professional services rendered from July 14, 2003
through July 31, 2003

Re:  Asbestos Litigation Advisory Committee

7/14/03  SDL    .30   42.00  Reviewed message from Judge Hamlin regarding
format of certification of no objection and e-mail
to W. Chelnick regarding same; reviewed e-mail
from W. Chelnik in response regarding same;

        .30                 TOTAL HOURS

                   TOTAL SERVICES                    $ 42.00

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUZANA D. LONCAR | .30 | 140.00 | 42.00 |
| | 0.30 | | 42.00 |

Invoice #   267119
Date     08/07/2003
Client      102187

---

Telephone, Postage, Photocopying                                    2.10

TOTAL EXPENSES                        $ 2.10

TOTAL THIS INVOICE                    $ 44.10

PAST AMOUNT DUE                $  4,882.65

TOTAL AMOUNT DUE               $  4,926.75

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page                 1
Invoice #    274014
Date      11/11/2003
Client         102187
Matter              1
                   WAD

Suzana Loncar
c/o NMM
721 Route 202-206 North
Bridgewater, NJ  08807

FEI#    62-140-8127

----------------------------------------------------------------------------

For professional services rendered from October 16, 2003
through October 31, 2003

Re:  Asbestos Litigation Advisory Committee


| 10/16/03 | SDL | .20 | 28.00 | E-mail to W. Chelnik regarding scheduling time to prepare fee applications; review and respond to e-mail regarding same; |
|----------|-----|-----|--------|---|
| 10/28/03 | WAD | .80 | 360.00 | Telephone conference with clerk regarding appeal issues for draft opinion; telephone conference regarding affidavit for court; |
| 10/30/03 | WAD | 1.40 | 630.00 | Review of records and start of preparation of Affidavit for Judge Wolin; |
| 10/30/03 | SDL | .20 | 28.00 | Reviewed assembled invoices for accuracy for WAD; |

Invoice #   274014
Date      11/11/2003
Client      102187

| | 2.60 | TOTAL HOURS | | |
|---|---|---|---|---|
| | | TOTAL SERVICES | | $ 1,046.00 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 2.20 | 450.00 | 990.00 |
| SUZANA D. LONCAR | .40 | 140.00 | 56.00 |
| | 2.60 | | 1,046.00 |

| | |
|---|---|
| Telephone, Postage, Photocopying | 52.30 |
| TOTAL EXPENSES | $ 52.30 |
| TOTAL THIS INVOICE | $ 1,098.30 |
| PAST AMOUNT DUE | $ 4,926.75 |
| TOTAL AMOUNT DUE | $ 6,025.05 |

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

| | |
|---|---|
| Page | 1 |
| Invoice # | 277013 |
| Date | 12/08/2003 |
| Client | 102187 |
| Matter | 1 |
| | WAD |

Suzana Loncar
c/o NMM
721 Route 202-206 North
Bridgewater, NJ  08807

FEI#    62-140-8127

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For professional services rendered from November 7, 2003
through November 30, 2003

Re:  Asbestos Litigation Advisory Committee


| | | | | |
|---|---|---|---|---|
| 11/07/03 | WAD | .80 | 360.00 | Review of records and completion of dictation of affidavit; |
| 11/11/03 | WAD | .50 | 225.00 | Work on affidavit; |
| 11/12/03 | WAD | .50 | 225.00 | Checking billing records for affidavit and revisions; |
| 11/14/03 | WAD | .50 | 225.00 | Fax from attorneys for creditors; filing of affidavits and copies to attorneys; |
| 11/24/03 | WAD | .20 | 90.00 | Review of brief of Amicus UEG; |


2.50                    TOTAL HOURS

Invoice #    277013
Date    12/08/2003
Client    102187

TOTAL SERVICES                          $ 1,125.00

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 2.50 | 450.00 | 1,125.00 |
|  | 2.50 |  | 1,125.00 |

Telephone, Postage, Photocopying                          56.25

TOTAL EXPENSES                          $ 56.25

TOTAL THIS INVOICE                          $ 1,181.25

PAST AMOUNT DUE                          $ 6,025.05

TOTAL AMOUNT DUE                          $ 7,206.30

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

|  |  |
|---|---|
| Page | 1 |
| Invoice # | 281627 |
| Date | 02/10/2004 |
| Client | 102187 |
| Matter | 1 |
|  | WAD |

Suzana Loncar
c/o NMM
721 Route 202-206 North
Bridgewater, NJ  08807

FEI#   62-140-8127

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For professional services rendered from December 23, 2003
through February 24, 2004

Re:  Asbestos Litigation Advisory Committee

| 12/23/03 | WAD | .80 | 360.00 | Receipt of subpoena; search for records; |
|---|---|---|---|---|
| 12/24/03 | WAD | 2.60 | 1,170.00 | Telephone conference from Dan Friedman regarding discovery; telephone participation in hearing and review of records; |
| 12/28/03 | WAD | 3.50 | 1,575.00 | Work on assembling files, emails and Word documents; faxes; |
| 12/29/03 | WAD | 5.40 | 2,430.00 | Assembly of documents; conference call with court and attorneys; |
| 12/29/03 | SMG | 2.50 | 300.00 | Review and retrieve documents relative to subpoena |
| 12/30/03 | WAD | 2.20 | 990.00 | Assembly of records and Bates stamping; |
| 12/30/03 | SMG | 4.00 | 480.00 | Review, copy and Bates stamp documents |

Invoice #    281627
Date      02/10/2004
Client        102187

relative to subpoena

| 12/31/03 | WAD | .80 | 360.00 | Review of revised orders; |
|---|---|---|---|---|
| 12/31/03 | SMG | .70 | 84.00 | Draft correspondence forwarding documents in response to subpoena, telephone conversation with attorney's office addressing number of copies being sent, federal express documents |
| 1/05/04 | WAD | 7.80 | 3,510.00 | Search for additional records; review of notes prior to testifying; trip to and from Newark for deposition; deposition at U.S. District Court. |
| 1/09/04 | WAD | .50 | 225.00 | Review of numerous emails; |
| 1/15/04 | WAD | 1.80 | 810.00 | Review of briefs relating to advisor's actions declaration regarding recusal; |
| 1/20/04 | WAD | 1.20 | 540.00 | Review of additional briefs and certifications; |
| 1/22/04 | WAD | .50 | 225.00 | Review of additional briefs and certifications; |
| 1/23/04 | WAD | .50 | 225.00 | Review of additional briefs and certifications; |
| 1/26/04 | WAD | .50 | 225.00 | Review of additional briefs and certifications; |
| 1/27/04 | WAD | .50 | 225.00 | Review of additional briefs and certifications; |
| 2/03/04 | WAD | 1.20 | 540.00 | Review of Judge Wolin's opinion and closing file; |

Invoice #    281627
Date     02/10/2004
Client      102187

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 2/13/04 | SDL | 2.20 | 319.00 | Drafted fourth fee application of NMM on behalf of William A. Dreier. |
| 2/23/04 | SDL | 1.00 | 145.00 | Revised Dreier fee application and supporting papers; |
| 2/24/04 | SDL | .60 | 87.00 | Revised Keefe's fee application; |

40.80                TOTAL HOURS

TOTAL SERVICES                  $ 14,825.00

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 29.80 | 450.00 | 13,410.00 |
| SUZANA D. LONCAR | 3.80 | 145.00 | 551.00 |
| SUSAN M. GRUMKA | 7.20 | 120.00 | 864.00 |
| | 40.80 | | 14,825.00 |

Courier Service                                              58.23
Telephone, Postage, Photocopying                            741.25
Travel                                                       31.60

TOTAL EXPENSES                  $ 831.08

TOTAL THIS INVOICE              $ 15,656.08

PAST AMOUNT DUE                 $  7,206.30

TOTAL AMOUNT DUE                $ 22,862.38

3

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page        1
Invoice #    283742
Date      03/11/2004
Client      102188
Matter         1
WAD

Suzana Loncar
c/o NMM
721 Route 202-206
Bridgewater; NJ  08807

FEI#    62-140-8127

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For professional services rendered from February 23, 2004
through February 29, 2004

Re:  W.R. Grace-Special Master

2/23/04  SDL    .70    101.50  Revised Dreier fee application and supporting
                                papers;

            .70              TOTAL HOURS

                    TOTAL SERVICES                    $ 101.50

|                    | HOURS | RATE   | AMOUNT |
|--------------------|-------|--------|--------|
| SUZANA D. LONCAR   | .70   | 145.00 | 101.50 |
|                    | 0.70  |        | 101.50 |

Invoice #    283742
Date    03/11/2004
Client    102188

Telephone, Postage, Photocopying                                            5.08

TOTAL EXPENSES                          $ 5.08

TOTAL THIS INVOICE                    $ 106.58

PAST AMOUNT DUE                  $   6,469.82

TOTAL AMOUNT DUE                  $   6,576.40

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page                1
Invoice #    304800
Date        12/14/2004
Client       102187
Matter             1
                  WAD

Suzana Loncar
c/o NMM
721 Route 202-206 North
Bridgewater, NJ  08807

FEI#    62-140-8127

--------------------------------------------------------------------------

For professional services rendered from November 1, 2004
through November 30, 2004

Re:   Asbestos Litigation Advisory Committee


11/01/04  JH   .30    37.50  (10/14/04) Pacer research for SDL;

11/05/04  SDL  .20    29.00  Meeting with Jeanna Hand regarding obtaining
                             copies of orders; revise letter;

11/08/04  SDL  .30    43.50  Revise letter; meeting with Jeanna Hand
                             regarding results of search for previous court
                             orders;

11/08/04  JH   .80   100.00  Pacer research for order granting third fee
                             application;

11/29/04  SDL  .30    43.50  Phone calls to Judges regarding whether fee
                             applications can be filed;

Invoice #    304800
Date    12/14/2004
Client    102187

1.90            TOTAL HOURS

TOTAL SERVICES                    $ 253.50

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUZANA D. LONCAR | .80 | 145.00 | 116.00 |
| JEANNA HAND | 1.10 | 125.00 | 137.50 |
|  | 1.90 |  | 253.50 |

Courier Service                                      30.64
Telephone, Postage, Photocopying                     12.68

                    TOTAL EXPENSES            $ 43.32

            TOTAL THIS INVOICE            $ 296.82

            PAST AMOUNT DUE        $   23,287.78

            TOTAL AMOUNT DUE       $   23,584.60

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

| | |
|---|---|
| Page | 1 |
| Invoice # | 302253 |
| Date | 11/09/2004 |
| Client | 102187 |
| Matter | 1 |
| | WAD |

Suzana Loncar
c/o NMM
721 Route 202-206 North
Bridgewater, NJ  08807

FEI#   62-140-8127

----------------------------------------------------------------

For professional services rendered from October 1, 2004
through October 31, 2004

Re:  Asbestos Litigation Advisory Committee

| | | | | |
|---|---|---|---|---|
| 10/01/04 | SDL | .50 | 72.50 | 9/17/04 -- Meeting with Jeanna Hand regarding what matters are before Judge Fitgerald so that appropriate fee applications can be filed; |
| 10/14/04 | SDL | .80 | 116.00 | Reviewed information regarding processing of fee applications; meeting with WAD regarding same; |
| 10/20/04 | SDL | .50 | 72.50 | Phone calls to courts that have been assigned bankruptcy matters; |
| 10/22/04 | SDL | .30 | 43.50 | Revise letter to judges regarding fee application submissions; |
| 10/26/04 | SDL | .20 | 29.00 | Revised letter to Judges regarding fee application submissions; e-mail to WAD regarding same; |

Invoice #   302253
Date   11/09/2004
Client      102187

10/27/04  SDL    .10    14.50   Meeting with WAD regarding revisions to letter
                                to Judges;

            2.40              TOTAL HOURS

                          TOTAL SERVICES                    $ 348.00


SUZANA D. LONCAR                    HOURS      RATE      AMOUNT
                                    2.40      145.00      348.00
                                    2.40                  348.00

Telephone, Postage, Photocopying
                                                          17.40
                          TOTAL EXPENSES                 $ 17.40


                          TOTAL THIS INVOICE             $ 365.40
                          PAST AMOUNT DUE            $  22,922.38
                          TOTAL AMOUNT DUE           $  23,287.78


                                    2

# EXHIBIT D

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
Page              1
Invoice #    259941
Date      05/08/2003
Client       102188
Matter            1
                WAD
```

Suzana Loncar
c/o NMM
721 Route 202-206
Bridgewater, NJ  08807

FEI#   62-140-8127

------------------------------------------------------------------------

For professional services rendered from April 2, 2003
through April 30, 2003

Re:  W.R. Grace-Special Master


| | | | | |
|---|---|---|---|---|
| 4/02/03 | WAD | .30 | 135.00 | Re:  Owens-Corning asbestos cases: motion for Order compelling production of witness' notes; |
| 4/21/03 | SDL | .70 | 98.00 | Prepared fee application for Judge Dreier with Whitney Chelnik; checked results; |


1.00            TOTAL HOURS

TOTAL SERVICES            $ 233.00

Invoice #    259941
Date      05/08/2003
Client     102188

|                     | HOURS | RATE   | AMOUNT |
|---------------------|-------|--------|--------|
| WILLIAM A. DREIER   | .30   | 450.00 | 135.00 |
| SUZANA D. LONCAR    | .70   | 140.00 | 98.00  |
|                     | 1.00  |        | 233.00 |

Telephone, Postage, Photocopying                                        11.65

                                    TOTAL EXPENSES                    $ 11.65


                         TOTAL THIS INVOICE                    $ 244.65

                         PAST AMOUNT DUE                  $   769.05

                         TOTAL AMOUNT DUE              $   1,013.70

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page              1
Invoice #    263435
Date      06/12/2003
Client        102188
Matter            1
WAD

Suzana Loncar
c/o NMM
721 Route 202-206
Bridgewater, NJ  08807

FEI#    62-140-8127

---

For professional services rendered from May 27, 2003
through May 31, 2003

Re:  W.R. Grace-Special Master

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 5/27/03 | WAD | 2.00 | 900.00 | Work on research and opinion on Libby, Montana appeal; |
| 5/28/03 | WAD | 2.80 | 1,260.00 | Reading of record; work on opinion; telephone conference with Evans Wohlforth; |
| 5/29/03 | WAD | 2.40 | 1,080.00 | Review of record; |
| 5/30/03 | WAD | 1.80 | 810.00 | Continued reading of record; |

9.00            TOTAL HOURS

TOTAL SERVICES            $ 4,050.00

Invoice #    263435
Date    06/12/2003
Client    102188

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 9.00 | 450.00 | 4,050.00 |
|  | 9.00 |  | 4,050.00 |

| Telephone, Postage, Photocopying |  | 202.50 |
|---|---|---|
|  | TOTAL EXPENSES | $ 202.50 |

|  | TOTAL THIS INVOICE | $ 4,252.50 |
|---|---|---|

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

| | |
|---|---|
| Page | 1 |
| Invoice # | 264780 |
| Date | 07/09/2003 |
| Client | 102188 |
| Matter | 1 |
| | WAD |

Suzana Loncar
c/o NMM
721 Route 202-206
Bridgewater, NJ  08807

FEI#    62-140-8127

------------------------------------------------------------------------

For professional services rendered from June 2, 2003
through June 30, 2003

Re:  W.R. Grace-Special Master


| | | | | |
|---|---|---|---|---|
| 6/02/03 | WAD | 1.50 | 675.00 | Legal research; |
| 6/04/03 | WAD | .80 | 360.00 | Research; |
| 6/05/03 | WAD | 3.00 | 1,350.00 | Re:  Gerard appeal - Work on Opinion; |
| 6/12/03 | WAD | 1.40 | 630.00 | Revision of opinion; |
| 6/13/03 | WAD | .50 | 225.00 | Review of new draft of opinion; |


                    7.20                    TOTAL HOURS

                                   TOTAL SERVICES            $ 3,240.00

Invoice #   264780
Date   07/09/2003
Client   102188

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 7.20 | 450.00 | 3,240.00 |
|  | 7.20 |  | 3,240.00 |

| | |
|---|---|
| Messenger Service | 55.00 |
| Courier Service | 12.17 |
| Telephone, Postage, Photocopying | 162.00 |
| TOTAL EXPENSES | $ 229.17 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 3,469.17 |
| PAST AMOUNT DUE | $ 5,266.20 |
| TOTAL AMOUNT DUE | $ 8,735.37 |

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page           1
Invoice #   267120
Date     08/07/2003
Client      102188
Matter         1
                WAD

Suzana Loncar
c/o NMM
721 Route 202-206
Bridgewater, NJ  08807

FEI#   62-140-8127

------------------------------------------------------------------------

For professional services rendered from July 21, 2003
through July 31, 2003

Re:  W.R. Grace-Special Master


7/21/03 WAD   .20   90.00  Review of Gerard opinion; telephone conference
                           with Judge Wolin;


          .20              TOTAL HOURS

                          TOTAL SERVICES            $ 90.00


                          HOURS       RATE          AMOUNT
WILLIAM A. DREIER          .20       450.00          90.00
                          0.20                       90.00

Invoice #   267120
Date   08/07/2003
Client   102188

Computerized Legal Research                          38.43
Telephone, Postage, Photocopying                      4.50

                          TOTAL EXPENSES           $ 42.93


                    TOTAL THIS INVOICE            $ 132.93

                    PAST AMOUNT DUE            $  6,336.89

                    TOTAL AMOUNT DUE          $  6,469.82

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

| | |
|---|---|
| Page | 1 |
| Invoice # | 283742 |
| Date | 03/11/2004 |
| Client | 102188 |
| Matter | 1 |
| | WAD |

Suzana Loncar
c/o NMM
721 Route 202-206
Bridgewater, NJ  08807

FEI#   62-140-8127

----------------------------------------------------------------------

For professional services rendered from February 23, 2004
through February 29, 2004

Re:  W.R. Grace-Special Master


2/23/04  SDL    .70   101.50  Revised Dreier fee application and supporting
                              papers;


              .70              TOTAL HOURS

                        TOTAL SERVICES              $ 101.50


| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUZANA D. LONCAR | .70 | 145.00 | 101.50 |
| | 0.70 | | 101.50 |

Invoice #   283742
Date    03/11/2004
Client     102188

Telephone, Postage, Photocopying                                    5.08

                                    TOTAL EXPENSES                $ 5.08


                            TOTAL THIS INVOICE              $ 106.58

                                PAST AMOUNT DUE          $   6,469.82

                                TOTAL AMOUNT DUE          $   6,576.40

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page             1
Invoice #   302254
Date     11/09/2004
Client       102188
Matter            1
                WAD

Suzana Loncar
c/o NMM
721 Route 202-206
Bridgewater, NJ  08807

FEI#    62-140-8127

--------------------------------------------------------------------------------

For professional services rendered from October 1, 2004
through October 31, 2004

Re:  W.R. Grace-Special Master

TOTAL SERVICES

Search Fees
                                                              52.72

                          TOTAL EXPENSES                    $ 52.72


                       TOTAL THIS INVOICE                   $ 52.72

                        PAST AMOUNT DUE              $  6,576.40