# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W. R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered) |

## NOTICE OF FILING OF FOURTH FEE APPLICATION

TO:   The Parties listed on Exhibit 1 hereto.

**PLEASE TAKE NOTICE** that Norris, McLaughlin & Marcus, PA, has filed this Notice of Fourth and Final Fee Application on behalf of William A. Dreier as Court Appointed Advisor for Allowance of Compensation of Fees for Actual and Necessary services Rendered and for Reimbursement of Expenses Incurred for the Period from April 1, 2003 through January 10, 2005.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the aforementioned Fee Application must be timely filed with the with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801 and served upon and received by (i) William A. Dreier, Norris, McLaughlin & Marcus, 721 Route 202-206, Box 1018, Somerville, NJ 08876; (ii) ATTN: Frank J. Perch, Esq., Office of the United States Trustee, 844 King Street, Lockbox 35, Room 2311, Wilmington, DE 19801.

**PLEASE TAKE FURTER NOTICE** that in the event that timely objections to the Application are filed, a hearing will be scheduled at the convenience of the Court.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of timely filed objections, the Court may enter an Order approving the aforementioned Fee Application on an interim basis without further notice or hearing.

Dated: March 20, 2006

William A. Dreier
Court Appointed Advisor
Norris, McLaughlin & Marcus
P.O. Box 1018
Somerville, NJ 08876-1018
(908)722-0700