UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: W. R. GRACE & CO., et al.,

Debtors.

Chapter 11
Case Nos. 01-1139 through 01-1200
(Jointly Administered)

IN RE: GENERAL ASBESTOS

FOURTH ORDER AWARDING FEES AND EXPENSES
TO NORRIS, MCLAUGHLIN & MARCUS ON BEHALF OF
THE COURT APPOINTED ADVISOR, **WILLIAM A. DREIER**

This matter having been opened before the Court upon the fourth application of Norris, McLaughlin & Marcus on behalf of the Court Appointed Advisor, William A. Dreier; and the Court having by previous Order withdrawn the reference to the Bankruptcy Court with respect to such applications and granted leave to the Court Appointed Advisors to make interim applications for the allowance of fees and expenses incurred in the course of their appointment by the Court; and the Court having received no opposition to the application; and the Court having found that the fees and expenses are reasonable and that the services rendered were necessary for the administration of the debtor's estate and not duplicative of any other services rendered and for other good cause shown;

IT IS on this _____ day of _____, 2006,

ORDERED that the fourth application of Norris, McLaughlin & Marcus on behalf of William A. Dreier for an interim allowance of fees and expenses is hereby granted and fees and expenses are allowed on an interim basis in the amount of $12,419.39; and it is further

ORDERED that the debtor, W.R. Grace & Co., is authorized and directed to pay to Norris, McLaughlin & Marcus the amounts as set forth herein; and it is further

{00291182.DOC}

ORDERED that amounts received pursuant to this interim Order may be subject to disgorgement as may be provided in the final Order of allowance of fees and expenses at the conclusion of the above-captioned Chapter 11 cases.

_____, U.S.D.J.