# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W.R. GRACE & CO., et al., | : Chapter 11<br>: Case Nos. 01-1139 through 01-1200<br>: (Jointly Administered) |
| Debtors. | : |
| | : Hearing date set only if objections are<br>: timely filed |
| IN RE: USG CORPORATION, a Delaware Corporation | : Capter 11<br>: Case Nos. 01-2094 through 01-2104 |
| Debtors. | : Hearing date set only if objections are<br>: timely filed |

## CERTIFICATION OF SERVICE

I, Alyssa A. Verderami, hereby certify as follows:

1. I am an attorney at law in the State of New Jersey and am associated with the law firm of Norris, McLaughlin & Marcus, P.A.

2. On March 21, 2006, I caused to be served on the Clerk of the Court via Overnight Delivery the following:

   a) Notice of Filing of Fourth Fee Application, Fee Application Cover Sheets, Fourth Application of Norris, McLaughlin & Marcus, proposed form of Order; and

   b) Notice of Fourth Fee Application, Fee Application Cover Sheets, Fourth Fee Application of Lynch Martin, proposed form of Order.

3. On March 21, 2006, I caused a copy of the foregoing documents to be served via First Class Mail to John E. Keefe, Esq. and via inter-office mail to William A. Dreir, Esq.

4. On March 21, 2006, I caused a copy of the foregoing documents to be served via First Class Mail upon all counsel on the annexed Service List.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
ALYSSA A. VERDERAMI

Dated: March 21, 2006

## SERVICE LIST

| | |
|---|---|
| David B. Siegal, Esq.<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Frank J. Perch, Esq.<br>Office of the United States Trustee<br>844 N. King Street, Room 2313<br>Wilmington, Delaware 19801 |
| James H. M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Michael R. Lastowski, Esq.<br>Duane Morris & Heckscher LLP<br>1100 North Market Street Suite 1200<br>Wilmington, DE 19801-1246 |
| David W. Carickhoff, Jr., Esq.<br>Pachulski Stang Ziehl Young & Jones<br>919 N. Market Street Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | James D. Pagliaro, Esq.<br>Morgan, Lewis & Brockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103 |
| Rose Serrette, Esq.<br>Strook & Strook & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 | Parcels, Inc.<br>Vito L. DiMaio<br>4 East Seventh Street<br>Wilmington, DE 19801 |
| Mark D. Collins, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801 | Peter Van N. Lockwood, Esq.<br>Caplan & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 |
| Steven M. Furhman, Esq.<br>Simpson, Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017-3954 | Marla Eskin, Esq.<br>Campbell & Levine LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl Young & Jones<br>919 North Market Street, 16th Fl.<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |

| | |
|---|---|
| Teresa K. D. Currier, Esq.<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 | Philip Bentley, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, New York 10022-3852 |
| J. Douglas Bacon, Esq.<br>Latham & Watkins<br>233 South Wacker Drive<br>Sears Tower, Suite 5800<br>Chicago, Illinois 60606 | James E. O'Neill, Esq.<br>Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl<br>   Young & Jones<br>919 North Market Street, 16th Fl.<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| Carol Hennessey, Esq.<br>Latham & Watkins<br>233 South Wacker Drive<br>Sears Tower, Suite 5800<br>Chicago, Illinois 60606 | Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| Warren H. Smith & Associates<br>325 N. Saint Paul Street #4080<br>Dallas, TX 75201-3857 | Larry J. Nyhan, Esq.<br>Sidley Austin Brown & Wood<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 |
| Kenneth P. Mansa, Esq.<br>Sidley Austin Brown & Wood<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 | James F. Conlan, Esq.<br>Sidley Austin Brown & Wood<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 |
| Stephen Case, Esq.<br>Davis Polk & Wandell<br>450 Lexington Avenue<br>New York, NY 10017 | Michael J. Cramos, Esq.<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 |
| D.J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>4 Times Square<br>New York, NY 10036-6522 | James J. McMonagie, Esq.<br>24 Walnut Street<br>Chagrin Falls, OH 44022 |

| | |
|---|---|
| William Sudell, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | James L. Patton, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 |
| Richard S. Toder, Esq.<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY  10178-0600 | Scott Talmade, Esq.<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY  10178-0600 |
| Norman Pernick, Esq.<br>Saul Ewing, LLP<br>222 Delaware Avenue<br>Wilmington, DE  19801 | Gregory D. Willard, Esq.<br>Bryan Cave LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, MO  63102-2733 |
| Mark E. Felger, Esq.<br>Cozen & O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE  19801 | Daniel J. DeFranceschi, Esq.<br>Richards Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 |
| Brad B. Erens, Esq.<br>Jones Day Reavis & Pogue<br>77 W. Wacker Drive<br>Chicago, IL  60601 | Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena<br>  Price & Axelrod, LLP<br>2500 First Union Financial Center<br>200 S. Biscayne Blvd., Suite 2500<br>Miami, FL  33131-2336 |