IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MARCH 27, 2006, AT
2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

**UNCONTESTED MATTERS**

1.  Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Bowe & Fernicola, LLC as Special New Jersey Real Estate Counsel [Filed: 2/17/06] (Docket No. 11838)

    Related Documents:

    a.  [Proposed] Order Authorizing the Debtors to Retain Bowe & Fernicola LLC as Special New Jersey Real Estate Counsel [Filed: 2/17/06] (Docket No. 11838)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

    b.    Certification of No Objection Regarding Docket No. 11838 [Filed: 3/16/06] (Docket No. 12080)

<u>Response Deadline:</u> March 10, 2006 at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

<u>Status:</u> No parties have objected to the relief requested in the Application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Application.

2.    Motion of Debtors for Entry of an Order Authorizing Settlement of Claim No. 9563 Pursuant to Fed. R. Bankr. P. 9019 [Filed: 2/17/06] (Docket No. 11843)

<u>Related Documents:</u>

    a.    [Proposed] Order Authorizing Settlement of Claim No. 9563 [Filed: 2/17/06] (Docket No. 11843)

    b.    Certification of No Objection Regarding Docket No. 11843 [Filed: 3/16/06] (Docket No. 12081)

<u>Response Deadline:</u> March 10, 2006 at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

<u>Status:</u> No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

3.    Motion of the Debtors for the Entry of an Order Expanding the Scope of the Employment of Latham & Watkins LLP as Special Counsel to the Debtors [Filed: 2/17/06] (Docket No. 11844)

<u>Related Documents:</u>

    a.    [Proposed] Order Authorizing the Expansion of the Employment of Latham & Watkins LLP as Special Counsel to the Debtors [Filed: 2/17/06] (Docket No. 11844)

    **b.**    **Certification of Counsel Regarding Revised Order Authorizing the Expansion of Latham & Watkins LLP as Special Counsel to the Debtors [Filed: 3/22/06] (Docket No. 12104)**

<u>Response Deadline:</u> March 10, 2006 at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda. The Debtors have received informal comments from the United States Trustee.

91100-001\DOCS_DE:116494.1

**Status:** **The Debtors and the United States Trustee have agreed on a modified form of order which has been submitted under Certification of Counsel.**

4. Motion of Debtors for Authority to Further Extend and Modify Debtor-In-Possession Financing [Filed: 2/17/06] (Docket No. 11851)

   Related Documents:

   a. [Proposed] Order Authorizing Debtors to Further Extend and Modify Debtor-In-Possession Financing [Filed: 2/17/06] (Docket No. 11851)

   b. Notice of Filing of Exhibit to the Motion of Debtors for Authority to Further Extend and Modify Debtor-In-Possession Financing [Filed: 2/2/06] (Docket No. 11912)

   c. Certification of No Objection Regarding Docket No. 11851 [Filed: 3/16/06] (Docket No. 12082)

   Response Deadline: March 10, 2006 at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

5. Debtors' Motion for an Order Authorizing the Debtors to Amend the Credit Agreement with Advanced Refining Technologies LLC to Extend the Term Thereof [Filed: 2/17/06] (Docket No. 11852)

   Related Documents:

   a. [Proposed] Order Authorizing Debtors to Amend the Credit Agreement with Advanced Refining Technologies LLC to Extend the Term Thereof [Filed: 2/17/06] (Docket No. 11852)

   b. Certification of No Objection Regarding Docket No. 11852 [Filed: 3/16/06] (Docket No. 12083)

   Response Deadline: March 10, 2006 at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

**CONTESTED MATTERS**

6    Motion of BDM Construction Company, Inc. for Order Granting Modification of the Automatic Stay [Filed: 11/28/05] (Docket No. 11184)

Related Documents:

a.    [Proposed] Order Granting Motion of BDM Construction Company, Inc. for Modification of the Automatic Stay [Filed: 11/28/05] (Docket No. 11184)

b.    Declaration of David S. Henningsen in Support of Motion of BDM Construction Company, Inc. for Modification of Automatic Stay [Filed: 11/28/05] (Docket No. 11187)

Response Deadline: January 10, 2006, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to the Motion of BDM Construction Company, Inc. for Relief from the Automatic Stay [Filed: 1/10/05] (Docket No. 11523)

Replies Received:

a.    Reply of BDM Construction Company, Inc. to Debtors' Objection to Motion for Order Granting Modification of the Automatic Stay [Filed: 1/20/06] (Docket No. 11607)

**Status: The parties have agreed to continue this matter until April 17, 2006, at 2:00 p.m.**

**MATTERS RELATING TO ASBESTOS PERSONAL INJURY CLAIMS**

7.    W. R. Grace & Company's Motion for Authorization to Seek Discovery From Dr. Alan Whitehouse and for a Protective Order Relating to Production of Documents from Dr. Alan C. Whitehouse [Filed: 2/17/06] (Docket No. 11850)

Related Documents:

a.    [Proposed] Order Approving W. R. Grace & Co.'s Motion for Authorization to Seek Discovery From Dr. Alan Whitehouse and for a Protective Order Relating to Production of Documents from Dr. Alan C. Whitehouse [Filed: 2/17/06] (Docket No. 11850, Exhibit 10)

Response Deadline: March 10, 2006 at 4:00 p.m. *(extended until March 15, 2006, at 12:00 p.m. for the Official Committee of Unsecured Creditors and the Official Committee of Asbestos Personal Injury Claimants and to midnight for the Libby Claimants)*

Responses Received:

a. Government's Objection to Debtors' Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents [Filed: 3/10/06] (Docket No. 12034)

b. Limited Objection of the Official Committee of Asbestos Personal Injury Claimants to W. R. Grace & Company's Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents from Dr. Alan C. Whitehouse [Filed: 3/15/06] (Docket No. 12064)

c. Objection of Libby Claimants to Debtors' Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/15/06] (Docket No. 12065)

Replies Received:

a. Debtors' Motion for Leave to File a Reply to the Government's Opposition to Debtors' Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/17/06] (Docket No. 12086)

   (i) Reply to the Government's Opposition to Debtors' Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/17/06] (Docket No. 12086, Exhibit 1)

b. Debtors' Motion for Leave to File a Reply to Libby Claimants' Objection to Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/17/06] (Docket No. 12087)

   (i) Debtors' Reply to Libby Claimants' Objection to Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/17/06] (Docket No. 12087, Exhibit 1)

**Status: This matter is continued at the Courts direction to April 17, 2006, at 2:00 p.m.**

8. Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process [Filed: 2/20/06] (Docket No. 11867)

Related Documents:

a. [Proposed] Order Authorizing Payment of Certain Expenses of Libby Claimants in Connection with Claims Estimation and Plan Process [Filed: 2/20/06] (Docket No. 11867]

5

b.  March 10, 2006 Letter to the United States Trustee from Daniel Cohen [Filed: TBD] (Docket No. TBD)

c.  March 17, 2006 Letter to the United States Trustee from Roger Frankel [Filed: TBD] (Docket No. TBD)

Response Deadline: March 10, 2006 at 4:00 p.m. *(extended until March 15, 2006, at 12:00 midnight for the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Asbestos Personal Injury Claimants and to midnight for the Debtors and the United States Trustee)*

Responses Received:

a.  United States Trustee's Objection to Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process [Filed: 3/15/06] (Docket No. 12059)

b.  Objection of the Official Committee of Unsecured Creditors to the Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process [Filed: 3/15/06] (Docket No. 12060)

c.  Response of the Official Committee of Asbestos Personal Injury Claimants in Support of the Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process [Filed: 3/15/06] (Docket No. 12063)

d.  Debtors' Opposition to Libby Claimants' Motion for Payment of Certain Fees and Request for Formation of a Separate Committee [Filed: 3/15/06] (Docket No. 12066)

  (i)  Exhibits B Through C-5 to Debtors' Opposition to Libby Claimants' Motion for Payment of Certain Fees and Request for Formation of a Separate Committee [Filed: 3/15/06] (Docket No. 12067)

  (ii) Exhibits D-1 Through F to Debtors' Opposition to Libby Claimants' Motion for Payment of Certain Fees and Request for Formation of a Separate Committee [Filed: 3/15/06] (Docket No. 12068)

**Status: This matter is continued at the Courts direction to April 17, 2006, at 2:00 p.m.**

## CLAIMS OBJECTIONS

9.  Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

Response Deadline: June 4, 2004, at 4:00 p.m.

Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. The parties will request scheduling for the claims of David and Michelle Archer. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on April 17, 2006, at 2:00 p.m.

## **QUARTERLY FEE APPLICATIONS**

10. Eighteenth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2005 through September 30, 2005.

    Related Documents:

    a. Certification of Counsel Regarding Eighteenth Quarter Project Category Summary for the Eighteenth Interim Fee Period and Certain Prior Amounts [Filed: 3/17/06] (Docket No. 12085)

    b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Eighteenth Period and Certain Prior Amounts [Filed: 3/17/06] (Docket No. 12088)

    Status: This matter will be going forward.

## **PRE-TRIAL CONFERENCE AND MOTION FOR PRELIMINARY INJUNCTION**

11. Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

    Related Documents:

    a. [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

    b. Order (Third) Regarding Debtor's Motion for an Injunction [Filed: 2/23/06] (Adv. Pro. No. 05-52724, Docket No. 12)

    Response Deadline: October 7, 2005, at 4:00 p.m.

    Responses Received:

    a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

7

Related Document

a. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

Replies Received:

a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

Status: The parties have agreed to continue this matter until May 15, 2006, at 2:00 p.m.

12. Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

Related Documents:

a. Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

b. Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

Status: The parties have agreed to continue this matter until May 15, 2006, at 2:00 p.m.

**PI QUESTIONNAIRE STATUS REPORT**

13. W. R. Grace & Co.'s Status Report Regarding Completion of the W.R. Grace Asbestos Personal Injury Questionnaire (Docket No. 12093, 03/20/06)

    Status: The Debtors will provide the Court with a status report.

Dated: March 22, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:116494.1