# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# FEBRUARY 1, 2006
# THROUGH FEBRUARY 28, 2006

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


                                              March 20, 2006


Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135


                                     File  WRG-AUS/JCP
                                     Invoice number  61432


        Re:  W. R. Grace & Co.
             David T. Austern
Case No.:  01-01139 (RLB)


                    Subtotal for FEES only: 02/28/06     $6,008.50
                    Subtotal for COSTS only: 02/28/06      $469.08
                                                        -------------
              CURRENT PERIOD FEES AND COSTS: 02/28/06   $6,477.58
                                                        -------------


************************************************************

     Please remit duplicate copy with payment.   Thank you.

************************************************************

Page  2

March 20, 2006

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  61432

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| CASE ADMINISTRATION | 0.7 | 98.00 |
| LITIGATION | 10.4 | 3,900.00 |
| FEE/EMPLOYMENT APPLICATIONS | 10.5 | 2,010.50 |
| Subtotal for FEES only: 02/28/06 | 21.6 | $6,008.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 12.70 | 12.70 | 4,762.50 | 0.00 | 0.00 |
| 140.00 | CAH | 8.90 | 8.90 | 1,246.00 | 0.00 | 0.00 |
| Totals | | 21.60 | 21.60 | 6,008.50 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

03/20/06  Page 1

Sort Fields:
Grouping code                    (Paginate)
Client code
Actual employee code             (Subtotals)
Transaction date

Range Fields:
Client code          I  WRG - WRG
Invoice Number       I  61432 -  61432

| Grp Cd | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd | Ca |
|---|---|---|---|---|---|---|---|---|
| | CASE ADMINISTRATION | CAH | 02/01/06 | Update docket to system. | 0.30 | 42.00 | | Ca |
| | CASE ADMINISTRATION | CAH | 02/07/06 | Update docket to system. | 0.20 | 28.00 | | |
| | CASE ADMINISTRATION | CAH | 02/09/06 | Update docket to system. | 0.20 | 28.00 | | |
| | | | | | 0.70 | 98.00 | | |
| | | | | | 0.70 | 98.00 | | |

LEGALMASTER MIRC For Transactions
-Fees-

03/20/06    Page 5

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | CAH | 02/27/06 | Scan file and serve January Fee Application for Phillips, Goldman & Spence. | 0.30 | 42.00 | MRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 02/04/06 | Review of, revise and execute Phillips, Goldman & Spence 19th Monthly Fee Application; conference with Celeste A. Hartman. | 0.30 | 112.50 | MRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 02/10/06 | Review of, revise and execute Phillips, Goldman & Spence 7th Quarterly Fee Application; conference with Confirmation Hearing. | 0.40 | 150.00 | MRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 02/11/06 | Review of and revise January 2006 prebil. | 0.20 | 75.00 | DRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 02/14/06 | Review of, revise and execute CIBC's 19th Monthly Fee Application; conference with Celeste A. Hartman. | 0.20 | 75.00 | DRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 02/15/06 | Review of and execute Towers Perrin's (ECR's actuarial consultant) 6th and 7th Monthly Fee Applications; conference with Celeste A. Hartman. | 0.30 | 112.50 | DRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 02/17/06 | Review of and execute Swidler Berlin's 19th Monthly Fee Application; review of and execute Towers Perrin's (ECR's actuarial) 1st, 2nd, 3rd and 4th Quarterly Fee Application Notices; conference with Celeste A. Hartman. | 0.50 | 187.50 | MRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 02/20/06 | Review of and execute CIBC's 19th Monthly Fee Application. | 0.10 | 37.50 | MRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 02/27/06 | Review of, revise and execute Phillips, Goldman & Spence 20th Monthly Fee Application; conference with Celeste A. Hartman. | 0.30 | 112.50 | DRG |
| | | | | 8.20 | 1,148.00 | |
| | | | | 2.30 | 862.50 | |
| | | | | 10.50 | 2,010.50 | |
| | | | | 0.30 | 112.50 | |
| | | | | 21.60 | 6,008.50 | |

18 records printed.

MRG-AUS

LEGALMASTER MKRG For Transactions
-Fees-

03/20/06   Page 2

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| MRG LITIGATION | JCP | 02/01/06 | Review of miscellaneous pleadings and Orders; review of Debtors' Motion to Dismiss State of Montana's appeal; review of Debtors' Counter Statement of Issues on Appeal. | 0.50 | 187.50 | LI |
| MRG LITIGATION | JCP | 02/02/06 | Letter from counsel for plaintiff to +U Buckwalter; review of Montana's Joinder in Debtors' Motion to Dismiss; review of 1/24/06 Hearing Transcript. | 0.50 | 187.50 | |
| MRG LITIGATION | JCP | 02/03/06 | Review of Stipulation between Debtors and Speights and Runyan re: Withdrawal of Certain Property Damage Claims; review of 1/31/06 Amended Personal Injury CMO; review of miscellaneous pleadings. | 0.30 | 112.50 | |
| MRG LITIGATION | JCP | 02/04/06 | Review of Personal Injury Committee's Designation of Non-Expert Witnesses for Personal Injury Estimation Hearing; review of Debtors' Non-Expert Witness List for Personal Injury Estimation Hearing. | 0.20 | 75.00 | |
| MRG LITIGATION | JCP | 02/06/06 | Review Certification of Counsel re: Amended Stipulation as to Claims of National Union (.2); review of Property Damage Committee's Non-Expert Witnesses re: Personal Injury Estimation (.1); review of Debtors' Supplemental Brief re: Choice of Law (.2); review of Debtors' Supplemental Brief re: Dismissal of Speights and Runyan Claims (.1); review of miscellaneous pleadings (.1). | 0.70 | 262.50 | |
| MRG LITIGATION | JCP | 02/07/06 | Review of Debtors' Supplemental Brief re: 2 Prudential Claims (.3); review of Anderson's Further Memo in Opposition to Debtors' 13th Objection (.2); review of 1/30/06 Hearing Transcript; review of 1/25/06 Hearing Transcript (.2); review of miscellaneous pleadings and 2 Orders (.2). | 0.90 | 337.50 | |
| MRG LITIGATION | JCP | 02/09/06 | Review of miscellaneous pleadings re: Libby plaintiffs' appeal and Debtors' Motion to Dismiss. | 0.20 | 75.00 | |
| MRG LITIGATION | JCP | 02/10/06 | Letter from counsel for Debtor to Judge Buckwalter. | 0.10 | 37.50 | |
| MRG LITIGATION | JCP | 02/13/06 | Review of Montana's Response to Debtors' Motion to Extend Exclusivity (.2); review of Debtors' Supplemental Brief re: Motion to Dismiss Libby plaintiffs' Appeal (.2); review of Debtors' Motion for Extension of Time to respond to Libby plaintiffs' Opening Brief on Merits (.3); review of Libby plaintiffs' Opening Brief (.2); review of miscellaneous pleadings (.1). | 1.00 | 375.00 | |
| MRG LITIGATION | JCP | 02/14/06 | Review of Debtors' Status Report on Progress of the Case (.5); review of Order denying suspension of Libby briefing (.2). | 0.70 | 262.50 | |
| MRG LITIGATION | JCP | 02/15/06 | Review of Agenda for 2/21/06 Hearing; review of Property Damage Committee's Motion to Compel. | 0.30 | 112.50 | |

LEGALMASTER MIRC For Transactions
-Fees-

03/20/06   Page

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| MRG-AUS | | | | | | | |
| MRG | LITIGATION | JCP | 02/16/06 | Review of miscellaneous pleadings and Order; review of Property Damage Committee's Motion to Shorten Notice and Schedule Hearing on Motion to Compel; review of Order Denying Property Damage Committee's Motion to Shorten; review of Order Establishing Briefing Schedule re: Motion to Compel. | 0.40 | 150.00 | Li |
| MRG | LITIGATION | JCP | 02/17/06 | Review of miscellaneous pleadings and Order; review of Amended Notice of Deposition of Dr. Oaks; review of Amended Agenda for 2/21/06 Hearing. | 0.30 | 112.50 | |
| MRG | LITIGATION | JCP | 02/21/06 | Review of miscellaneous pleadings and Order (.2); review of Libby Claimant's Motion for Payment of Expenses (.2); review of Debtor's Motion for Discovery from Dr. Alan Whitehouse (voluminous)(.4); review of Response to Mount Carmel Academy to Debtors' 15th Omnibus Objection (voluminous)(.4); review of Debtors' Motion to Extend and Modify DIP Financing (.2); court appearance re: Omnibus Hearing; conference with Roger Frankel (2.0). | 3.40 | 1,275.00 | |
| MRG | LITIGATION | JCP | 02/23/06 | Review of miscellaneous pleadings and Order; e-mail from Rick Wyron. | 0.20 | 75.00 | |
| MRG | LITIGATION | JCP | 02/24/06 | Review of miscellaneous pleadings and 4 Orders; review of Order Modifying Personal Injury CMO. | 0.20 | 75.00 | |
| MRG | LITIGATION | JCP | 02/25/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| MRG | LITIGATION | JCP | 02/27/06 | Review of 2/21/06 Hearing Transcript. | 0.30 | 112.50 | |
| MRG | LITIGATION | JCP | 02/28/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| | | | | | 10.40 | 3,900.00 | |
| | | | | | 10.40 | 3,900.00 | |

MRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

03/21/06   Page 5

| HRG | C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/27/06 | Scan file and serve January Fee Application for Phillips, Goldman & Spence. | 0.30 | 42.00 | |
| | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/04/06 | Review of, revise and execute Phillips, Goldman & Spence 19th Monthly Fee Application; conference with Celeste A. Hartman. | 0.30 | 112.50 | |
| | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/10/06 | Review of, revise and execute Phillips, Goldman & Spence 7th Quarterly Fee Application; conference with Confirmation Hearing. | 0.40 | 150.00 | |
| | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/11/06 | Review of and revise January 2006 prebil. | 0.20 | 75.00 | |
| | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/14/06 | Review of, revise and execute CIBC's 19th Monthly Fee Application; conference with Celeste A. Hartman. | 0.20 | 75.00 | |
| | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/15/06 | Review of and execute Towers Perrin's (FCR's actuarial consultant) 6th and 7th Monthly Fee Applications; conference with Celeste A. Hartman. | 0.30 | 112.50 | |
| | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/17/06 | Review of and execute Swidler Berlin's 19th Monthly Fee Application; review of and execute Towers Perrin's (FCR's actuarial) 1st, 2nd, 3rd and 4th Quarterly Fee Application Notices; conference with Celeste A. Hartman. | 0.50 | 187.50 | |
| | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/20/06 | Review of and execute CIBC's 19th Monthly Fee Application. | 0.10 | 37.50 | |
| | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/27/06 | Review of, revise and execute Phillips, Goldman & Spence 20th Monthly Fee Application; conference with Celeste A. Hartman. | 0.30 | 112.50 | |
| | | | | | 8.20 | 1,148.00 | |
| | | | | | 2.30 | 862.50 | |
| | | | | | 10.50 | 2,010.50 | |
| | | | | | 21.60 | 6,008.50 | |

records printed.

LEGALMASTER MIRC For Transactions
-Fees-

03/21/06   Page 4

| MRG-AUS | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd Fa |
|---|---|---|---|---|---|---|---|
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/02/06 | Draft December Fee Application for Phillips, Goldman & Spence. | 0.80 | 112.00 | Fa |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/02/06 | Respond to e-mails; phone conference with R. Meade about filing Fee Application (.2); download and file December Fee Application for Swidler Berlin (.4). | 0.60 | 84.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/06/06 | Scan file and serve ` Quarterly Fee Application | 0.30 | 42.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/10/06 | Draft 7th Quarterly Fee Application for Phillips, Goldman & Spence. | 1.10 | 154.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/10/06 | Scan file and serve 7th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.40 | 56.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/14/06 | Download and format CIBC's December Fee Application; forward to John C. Phillips, Jr. to execute. | 0.30 | 42.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/14/06 | Scan file and serve CIBC December Fee Application. | 0.30 | 42.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/15/06 | e-mail to Orrick Harrington (2x) about Towers Perrin fee filings. | 0.20 | 28.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/15/06 | Download and format Certificate of No Objection for Towers Perrin November Fee Application; forward to John C. Phillips, Jr. for execution. | 0.20 | 28.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/15/06 | Scan file and serve Certificate of No Objection for November Fee Application and December Fee Application for Towers Perrin. | 0.40 | 56.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/17/06 | Format and download Quarterly Applications for Towres Perrin and forward to John C. Phillips, Jr. to execute. | 0.60 | 84.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/17/06 | Download and print Certificate of No Objection for Swidler Berlin's November Fee Application; forward to John C. Phillips, Jr. to execute. | 0.20 | 28.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/20/06 | Scan remaining portions of Towers Perrin 1st through 4th Quarterly Fee Applications; file and serve same. | 0.80 | 112.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/20/06 | Scan, file and serve Certificate of No Objection for Swidler Berlin's November Fee Application. | 0.20 | 28.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/20/06 | Draft Notice and Certificate of Service; scan, file and serve CIBC's December Fee Application after review and execution by John C. Phillips, Jr. | 0.40 | 56.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/22/06 | Reconcile check received to invoices and Fee Applications. | 0.30 | 42.00 | |
| MRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/27/06 | Format invoice for January & draft Fee Application for Phillips, Goldman & Spence. | 0.80 | 112.00 | |

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# FEBRUARY 1, 2006
# THROUGH FEBRUARY 28, 2006

March 20, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   61432

Re:  W. R. Grace & Co.
     David T. Austern


          COSTS ADVANCED

| | | |
|---|---|---|
| 02/01/06 | Federal Express | 168.07 |
| 02/06/06 | Postage | 27.81 |
| 02/06/06 | Photocopies | 219.20 |
| 02/27/06 | Check No.: 30360 – John C. Phillips, Jr. – Court call expense to telephonic appearance. | 50.00 |
| 02/27/06 | Check No.: 30360 – John C. Phillips, Jr. – parking. | 4.00 |

                Subtotal for COSTS only: 02/28/06        $469.08