## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: March 20, 2006 |
| | ) | Ref. No. 11919 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 11919

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative* ("Application") filed with the Court on March 1, 2006, and entered on the Court's docket as Docket No. 11919. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than March 20, 2006.

Respectfully submitted,

By: _____
    JOHN C. PHILLIPS, JR., ESQUIRE (#110)
    Phillips Goldman & Spence, P.A.
    1200 North Broom Street
    Wilmington, DE  19806
    (302) 655-4200
    Bankruptcy Counsel to David T. Austern,
    Future Claimants Representative

Dated: March 23, 2006