# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 14, 2006 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1152256 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 415.86 |
| Color Copies | $ - |
| **Total** | **$ 415.86** |

Holme Roberts & Owen LLP

February 17, 2006

W.R. Grace

Page 6
Invoice No.: 726148
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**
**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/30/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CY38996; DATE: 11/30/2005 - Storage to 11/30/05 | $ 206.64 |
| 12/31/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: DF65912; DATE: 12/31/2005 - Regular Storage Fee for Customer ID CW616 | 209.22 |
| | | **Total Disbursements:** | **$ 415.86** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 415.86 |
| **Total Disbursements:** | **$** | **415.86** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | January | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 340.00 | 1.0 | $ 340.00 |
| Coggon, Katheryn | Special Counsel | $ 310.00 | 0.4 | $ 124.00 |
| Sherman, Joan | Paralegal | $ 165.00 | 5.2 | $ 858.00 |
| Haag, Susan | Paralegal | $ 140.00 | 0.9 | $ 126.00 |
| | | | | |
| Total | | | 7.50 | $ 1,448.00 |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---:|
| Photocopies | $ | 7.50 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Federal Express | $ | 29.96 |
| Outside Courier | $ | - |
| Lexis | $ | - |
| Consulting Fee | $ | - |
| Postage | $ | - |
| Research Services | $ | - |
| Professional Services | $ | - |
| **Total** | **$** | **37.46** |

Holme Roberts & Owen LLP

February 17, 2006

| W.R. Grace | | |
|---|---|---|
| | Page | 10 |
| | Invoice No.: | 726148 |
| | Client No.: | 04339 |
| | Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/09/06 | KJC | Telephone conference with B. Stansburg re witness files (.20); email exchange with B. Stansburg re same (.20) | 0.40 | $ 124.00 |
| 01/12/06 | EKF | Review and revise December 2005 prebills/invoices (.50). | 0.50 | 170.00 |
| 01/16/06 | EKF | Review and revise December 2005 invoices [prebills] (.50). | 0.50 | 170.00 |
| 01/23/06 | JLS | Research re documents for Matt Murphy. | 2.10 | 346.50 |
| 01/24/06 | SH | Draft December 2005 monthly fee application. | 0.60 | 84.00 |
| 01/24/06 | JLS | Research re documents for Matt Murphy. | 3.10 | 511.50 |
| 01/25/06 | SH | Compile December 2005 fee application. | 0.30 | 42.00 |
| | | **Total Fees Through January 31, 2006:** | **7.50** | **$ 1,448.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 340.00 | 1.00 | $ 340.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 0.40 | 124.00 |
| JLS | Joan L. Sherman | Paralegal | 165.00 | 5.20 | 858.00 |
| SH | Susan Haag | Paralegal | 140.00 | 0.90 | 126.00 |
| | | **Total Fees:** | | **7.50** | **$ 1,448.00** |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

Holme Roberts & Owen LLP

February 17, 2006

| | |
|---|---|
| W.R. Grace | Page 11<br>Invoice No.: 726148<br>Client No.: 04339<br>Matter No.: 00390 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/06/06 | | Federal Express: Federal Express Invoice 327605079 From Mary Ann Pierce to William Weller on December 28 2005 | $ | 19.24 |
| 01/06/06 | | Federal Express: Federal Express Invoice 327605079 From Mary Ann Pierce to William Weller on December 29 2005 | | 10.72 |
| 01/25/06 | 50 | Document Reproduction | | 7.50 |
| | | **Total Disbursements:** | **$** | **37.46** |

### Disbursement Summary

| | | |
|---|---|---|
| Document Reproduction | $ | 7.50 |
| Federal Express | | 29.96 |
| **Total Disbursements:** | **$** | **37.46** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | January | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 310.00 | 0.6 | $ 186.00 |
| | | | | |
| Total | | | 0.60 | $ 186.00 |

Holme Roberts & Owen LLP

February 17, 2006

W.R. Grace

Page 14
Invoice No.: 726148
Client No.: 04339
Matter No.: 00420

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/09/06 | KJC | Email exchange with counsel re appeal deadlines. | 0.10 | $ 31.00 |
| 01/11/06 | KJC | Telephone conferences and email re 1/20/06 meeting with EPA. | 0.50 | 155.00 |
| | | **Total Fees Through January 31, 2006:** | **0.60** | **$ 186.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 310.00 | 0.60 | $ 186.00 |
| | | **Total Fees:** | | **0.60** | **$ 186.00** |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | *$ 1,529.83* |