# Exhibit A

## W.R. Grace - 18th Interim (July - September, 2005)
## Fee and Expense Chart with Recommendations
## Exhibit A-1

| ANDERSON KILL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11077 | $16,348.00 | $186.75 | $16,348.00 | $186.75 |
| Total: | $16,348.00 | $186.75 | $16,348.00 | $186.75 |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11466 | $165,000.00 | $15,058.51 | $165,000.00 | $10,134.13 |
| Total: | $165,000.00 | $15,058.51 | $165,000.00 | $10,134.13 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11695 | $1,487,812.75 | $95,538.00 | $1,487,812.75 | $95,538.00 |
| Total: | $1,487,812.75 | $95,538.00 | $1,487,812.75 | $95,538.00 |

| BEVERIDGE & DIAMOND | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11443 & #11444 | $149,841.25 | $2,726.19 | $149,841.25 | $2,726.19 |
| Total: | $149,841.25 | $2,726.19 | $149,841.25 | $2,726.19 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11131 | $832,114.00 | $671,295.08 | $828,572.00 | $671,295.08 |
| Total: | $832,114.00 | $671,295.08 | $828,572.00 | $671,295.08 |

| BUCHANAN INGERSOLL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11861 | $13,009.50 | $4,385.83 | $13,009.50 | $4,385.83 |
| Total: | $13,009.50 | $4,385.83 | $13,009.50 | $4,385.83 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11079 | $109,641.50 | $9,956.24 | $109,641.50 | $9,956.24 |
| Total: | $109,641.50 | $9,956.24 | $109,641.50 | $9,956.24 |

| CAPLIN AND DRYSDALE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11074 | $250,373.25 | $16,691.85 | $247,035.75 | $16,691.85 |
| Total: | $250,373.25 | $16,691.85 | $247,035.75 | $16,691.85 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11173 | $292,231.00 | $2,635.52 | $291,891.00 | $2,635.52 |
| Total: | $292,231.00 | $2,635.52 | $291,891.00 | $2,635.52 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11092 | $57,790.00 | $39,986.42 | $57,790.00 | $39,986.42 |
| Total: | $57,790.00 | $39,986.42 | $57,790.00 | $39,986.42 |

| CIBC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11084 | $150,000.00 | $4,466.13 | $150,000.00 | $4,466.13 |
| Total: | $150,000.00 | $4,466.13 | $150,000.00 | $4,466.13 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #10992 | $150,000.00 | $2,522.24 | $150,000.00 | $2,522.24 |
| Total: | $150,000.00 | $2,522.24 | $150,000.00 | $2,522.24 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11098 | $54,274.00 | $2,943.36 | $54,044.00 | $2,943.36 |
| Total: | $54,274.00 | $2,943.36 | $54,044.00 | $2,943.36 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11061 | $47,464.50 | $8,938.14 | $47,464.50 | $8,938.14 |
| Total: | $47,464.50 | $8,938.14 | $47,464.50 | $8,938.14 |

| FOLEY HOAG | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #10941 | $26,289.00 | $11.64 | $26,289.00 | $11.64 |
| Total: | $26,289.00 | $11.64 | $26,289.00 | $11.64 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11130 | $10,987.50 | $0.00 | $10,987.50 | $0.00 |
| Total: | $10,987.50 | $0.00 | $10,987.50 | $0.00 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11480 | $43,662.50 | $3,562.12 | $43,662.50 | $3,562.12 |
| Total: | $43,662.50 | $3,562.12 | $43,662.50 | $3,562.12 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #10929 | $4,663,156.50 | $379,003.22 | $4,655,239.50 | $378,588.48 |
| Total: | $4,663,156.50 | $379,003.22 | $4,655,239.50 | $378,588.48 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11101 | $54,609.50 | $951.73 | $54,609.50 | $951.73 |
| Total: | $54,609.50 | $951.73 | $54,609.50 | $951.73 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11102 | $79,556.00 | $5,348.72 | $79,556.00 | $5,348.72 |
| Total: | $79,556.00 | $5,348.72 | $79,556.00 | $5,348.72 |

| LATHAM & WATKINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #10943 | $2,827.00 | $53.28 | $2,827.00 | $53.28 |
| Total: | $2,827.00 | $53.28 | $2,827.00 | $53.28 |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11078 | $38,812.50 | $0.00 | $38,812.50 | $0.00 |
| Total: | $38,812.50 | $0.00 | $38,812.50 | $0.00 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11161 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| Total: | $22,367.00 | $83.48 | $22,367.00 | $83.48 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11347 | $111,948.50 | $112,008.91 | $111,570.50 | $112,008.91 |
| Total: | $111,948.50 | $112,008.91 | $111,570.50 | $112,008.91 |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11477 | $25,658.50 | $420.57 | $25,658.50 | $420.57 |
| Total: | $25,658.50 | $420.57 | $25,658.50 | $420.57 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11162 | $883,451.50 | $39,955.43 | $883,451.50 | $39,933.52 |
| Total: | $883,451.50 | $39,955.43 | $883,451.50 | $39,933.52 |

| PROTIVITI | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11903 | $55,256.00 | $4,931.35 | $55,256.00 | $4,931.35 |
| Total: | $55,256.00 | $4,931.35 | $55,256.00 | $4,931.35 |

| PRICEWATERHOUSE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11575 | $454,583.30 | $26,569.73 | $450,767.30 | $26,569.73 |
| Total: | $454,583.30 | $26,569.73 | $450,767.30 | $26,569.73 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11028 | $227,979.50 | $8,085.26 | $227,979.50 | $8,085.26 |
| Total: | $227,979.50 | $8,085.26 | $227,979.50 | $8,085.26 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11528 | $16,587.50 | $401.08 | $16,587.50 | $401.08 |
| Total: | $16,587.50 | $401.08 | $16,587.50 | $401.08 |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11125 | $15,992.50 | $1,729.71 | $15,992.50 | $1,729.71 |
| Total: | $15,992.50 | $1,729.71 | $15,992.50 | $1,729.71 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11073 | $53,266.00 | $665.39 | $53,266.00 | $665.39 |
| Total: | $53,266.00 | $665.39 | $53,266.00 | $665.39 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11693 | $23,070.00 | $222.31 | $23,070.00 | $222.31 |
| Total: | $23,070.00 | $222.31 | $23,070.00 | $222.31 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11119 | $291,843.50 | $40,493.21 | $291,843.50 | $40,493.21 |
| Total: | $291,843.50 | $40,493.21 | $291,843.50 | $40,493.21 |

| SWIDLER BERLIN[2] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11653 | $157,045.50 | $13,177.53 | $152,323.50 | $13,177.53 |
| Total: | $157,045.50 | $13,177.53 | $153,323.50 | $13,177.53 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11076 | $382,835.50 | $2,383.70 | $382,835.50 | $2,383.70 |
| Total: | $382,835.50 | $2,383.70 | $382,835.50 | $2,383.70 |

| TOWERS PERRIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11854, 11855, 11856 | $104,157.00 | $270.00 | $104,157.00 | $270.00 |
| Total: | $104,157.00 | $270.00 | $104,157.00 | $270.00 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11348 | $145,044.50 | $4,734.86 | $145,044.50 | $4,734.86 |
| Total: | $145,044.50 | $4,734.86 | $145,044.50 | $4,734.86 |

---

[1] Stroock expense total includes $31,958.50 for fees and costs of Navigant Consulting.

[2] Swidler "Fees Allowed on an Interim Basis" includes a recommended reduction of $3,927.00 made by the fee auditor plus a reduction of $795.00 agreed to by Swidler and the U.S. Trustee's office.