IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

STATE OF DELAWARE    )
                     )  SS:
COUNTY OF NEW CASTLE )

**AMENDED VERIFIED STATEMENT OF
CHRISTOPHER D. LOIZIDES ON BEHALF OF LOIZIDES & ASSOCIATES
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

1. My name is Christopher D. Loizides. I make this amended verified statement on behalf of Loizides & Associates ("L&A") pursuant to Federal Rule of Bankruptcy Procedure 2019(a), and the Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (Docket No. 6715, filed October 25, 2004, the "Revised Order").

2. I am the President of L&A. I am authorized to make this amended verified statement on behalf of L&A.

3. L&A has been engaged through several out-of-state law firms to represent certain asbestos property damage claimants and other claimants (the "Claimants") as Delaware counsel. L&A has no relationship with the Claimants except through forwarding counsel. Accordingly, rather than burden the Court with needless and duplicative exhibits, L&A is not attaching the exhibits required by the Revised Order.

4. The names and addresses of the law firms through which L&A has been engaged, the approximate date of such engagements, the date and docket number of such firm's 2019 statement or, if none, the names of the Claimants represented and the claim number of such claims, are listed in Exhibit A attached hereto.

060322120149.DOC

5. L&A has been engaged by the Claimants by written engagement letter with each of the law firms identified in Exhibit A, but there is no "instrument", within the meaning of Fed. R. Bankr. P. 2019(a), whereunder L&A has been so engaged.

6. In certain cases, forwarding counsel is located in Southern Louisiana. On information and belief, due to the effects of Hurricanes Katrina and Rita, it has not been possible for all of these firms to file 2019 statements.

7. This verified statement, including the exhibits hereto, has been prepared by L&A to conform with Fed. R. Bankr. P. 2019(a) and the Revised Order and for no other purpose and L&A has not necessarily received authorization as to the contents of this statement, including the attachments hereto, from any of its clients or forwarding counsel. Accordingly, nothing in this statement shall be admissible in any proceeding against any of L&A's clients or forwarding counsel for any purpose and the statements herein are for informational purposes only.

I affirm that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: March 27, 2006

_____
Christopher D. Loizides (No. 3968)

Sworn to and subscribed before me this 27th day of March _____ 2006

_Michele Kerrigan Mowbray_
Michele Kerrigan Mowbray
Notary Public State of Delaware
My Commission Expires: June 5, 2006

> NOTARY PUBLIC
> STATE OF DELAWARE
> MICHELE KERRIGAN MOWBRAY
> My Commission Expires June 5, 2006