# EXHIBIT A

## W.R. GRACE & CO., et al.

| FORWARDING COUNSEL | APPROXIMATE DATE OF RETENTION | DOCKET NO./ DATE OF 2019 STATEMENT | CLAIMANTS REPRESENTED | CLAIM NUMBERS |
|---|---|---|---|---|
| Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 | 9/2004 | None required; only one claimant represented | Perini Corporation | 4704; 4705 |
| Speights & Runyan<br>200 Jackson Avenue East<br>P. O. Box 685<br>Hampton, SC 29924-0685 | 6/27/2005 | Docket No. 7221; filed 12/20/04 | See Speights & Runyan's 2019 Statement | |
| Dies & Hile, LLP<br>1009 Green Avenue<br>Orange, TX 77630 | 9/15/2005 | Docket No. 7175; filed 12/15/04 | See Dies & Hile's 2019 Statement | |
| Denechaud & Denechaud, LLP<br>1010 Common Street<br>Suite 3010<br>New Orleans, LA 70112 | 1/2006 | Not yet filed | Congregation of St. Louise de Marillac Church<br>Congregation of St. Philip Neri Catholic Church<br>Congregation of St. Francis Xavier Church<br>Congregation of St. Joan of Arc Church, LaPlace, LA<br>Congregation of St. Rita Roman Catholic Church<br>Congregation of St. Joan of Arc Catholic Church<br>Congregation of St. Pius X Roman Catholic Church<br>Congregation of St. Mary Magdalene Catholic Church<br>Congregation of St. Francis Xavier Cabrini Church<br>Congregation of St. Dominic Roman Catholic Church<br>Congregation of Immaculate Conception Church<br>Roman Catholic Archdiocese of New Orleans<br>St. Mary's Academy of the Holy Family<br>Congregation of St. Francis Assisi Church<br>Congregation of St. Raymond Roman Catholic Church<br>Mount Carmel Academy of New Orleans, LA<br>Brother Martin High School | 8364<br>8370<br>8362<br>8371<br>8375<br>8373<br>8368<br>8358<br>8366<br>8369<br>8360<br>8374<br>8377<br>8376<br>8359; 8363; 8365; 8367; 8372<br>8357<br>8361 |
| Baggett McCall Burgess Watson & Gaughan<br>3006 Country Club Road<br>P.O. Box 7820<br>Lake Charles, LA 70606-7820 | 1/2006 | Docket No. 7189; filed 12/15/04 | See Baggett McCall Burgess Watson & Gaughan's 2019 Statement | |

## W.R. GRACE & CO., et al.

| FORWARDING COUNSEL | APPROXIMATE DATE OF RETENTION | DOCKET NO. / DATE OF 2019 STATEMENT | CLAIMANTS REPRESENTED | CLAIM NUMBERS |
|---|---|---|---|---|
| Fred H. Sutherland, Esquire<br>Attorney at Law<br>400 Travis Street, Suite 1610<br>Shreveport, LA 71101 | January 2006 | None required; only one claimant represented | Caddo Parish School Board | 10631; 10632; 10633; 10634; 10635; 10636; 10637; 10638; 10639; 10640; 10641; 10642; 10643; 10644; 10645; 10646; 10647 |
| Grant & Barrow, PLC<br>238 Huey P. Long Avenue<br>P.O. Box 484<br>Gretna, LA 70054 | January 2006 | Not yet filed | Jefferson Parish School Board<br><br><br><br><br>LaFourche Parish School Board | 8164; 8165; 8166; 8167; 8168; 8169; 8170; 8171; 8172; 8173; 8174; 8175; 8176; 8177; 8178; 8179; 8180; 8181; 8182; 8183; 8184; 8185; 8186<br>8018; 8019; 8020; 8021; 8022; 8023 |
| Hammonds & Sills<br>1111 So. Foster Drive<br>Suite C<br>P.O. Box 65236<br>Baton Rouge, LA 70896 | January 2006 | Not yet filed | East Baton Rouge Parish School Board<br><br><br><br><br>Natchitoches Parish School Board | 12651; 12652; 12653; 12654; 12655; 12656; 12657; 12658; 12659; 12660; 12661; 12662; 12663; 12664; 12665; 12666; 12667; 12668; 12669<br>11326; 11327; 11328; 11329; 11330 |

06032212049.DOC