## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher D. Loizides, hereby certify on the 27th day of March, 2006 that I did cause

to be served a copy of the foregoing **Amended Verified Statement of Christopher D. Loizides**

**on Behalf of Loizides & Associates Pursuant to Federal Rule of Bankruptcy**

**Procedure 2019(a)** on the parties on the attached service list as indicated thereon.

DATED:  March 27, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Facsimile:      (302) 654-0728
E-mail:          loizides@loizides.com

*Attorney for parties listed on Exhibit A to the*
*Amended Verified Statement*

## SERVICE LIST

## VIA FIRST CLASS MAIL

James Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*(Counsel to Debtor)*

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
*(Debtor)*

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*Co-counsel for Debtors and Debtors-in-Possession*

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601
*Co-counsel for Debtors and Debtors-in-Possession*

Steven Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
*(Counsel to DIP Lender)*

David Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606
*(Counsel to DIP Lender)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*(Counsel to Official Committee of Property Damage Claimants)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
*(Counsel to Asbestos PI Committee)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Counsel to Asbestos PI Committee)*

Michael Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
*(Counsel to Asbestos PD Committee)*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
*(Counsel to Equity Committee)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036
*(Counsel to Equity Committee)*

Robert Dehney, Esquire
Michael Busenkill, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
*(Counsel to Travelers Casualty and Surety Company)*

Mark Collins, Esquire
Deborah Spivack, Esquire
Richards Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
*(Counsel to Chase Manhattan Bank)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
*(United States Trustee)*

Adrienne Walker, Esquire
Mintz Levin Cohn Ferris Glovsky & Popeo, PC
One Financial Center
Boston, MA  02111

Marion Fairey, Esquire
Gibson Solomons, Esquire
Speights & Runyan
200 Jackson Avenue East
P. O. Box 685
Hampton, SC  29924-0685

Martin Dies, Esquire
Donald Carona, Esquire
Dies & Hile, LLP
1009 Green Avenue
Orange, TX  77630

Richard A. Bordelon, Esquire
Denechaud & Denechaud, LLP
1010 Common Street, Suite 3010
New Orleans, LA  70112

Robert C. McCall, Esquire
Baggett McCall Burgess Watson & Gaughan
3006 Country Club Road
P.O. Box 7820
Lake Charles, LA  70606-7820

Fred H. Sutherland, Esquire
Attorney at Law
400 Travis Street, Suite 1610
Shreveport, LA  71101

Jack A. Grant, Esquire
Grant & Barrow, PLC
238 Huey P. Long Avenue
P.O. Box 484
Gretna, LA  70054

Kenneth F. Sills, Esquire
Hammonds & Sills
1111 So. Foster Drive, Suite C
P.O. Box 65236
Baton Rouge, LA  70896