# S I G N - I N - S H E E T

**COURTROOM LOCATION: Courtroom #1**

**CASE NAME   W.R. Grace & Co.**

**DATE: March 27, 2005 @2:00 p.m.**

**CASE NO.:   01-1139(JKF)**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan T. Hatfield | Campbell + Levine | ACC |
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Brian Harding | K&E | W.R. Grace |
| Jack Phillips | Phillips Goldman & Spence | FCR |
| James O'Neill | Bayard | W.R. Grace |
| David Bernick | K&E | " " |
| Marc Phillips | Connolly Bove Lodge & Hutz | Murphy Casualty Comp |
| Sandy Esserman | Stutzman Bromberg Esserman Plifka | Various Firms |
| Matt Kramer | Bilzin Sumberg | PD Committee |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | " |
| Tom Wahner | Stevens + Lee | Fireman's Fund |
| Bill Sullivin | Buchanan Ingersoll | ZAI Claimants |
| David Klauder | U.S. Trustee | US Trustee |
| Peter Lockwood | Caplin & Drysdale | ACC |

**PLEASE PRINT YOUR NAME. OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Mark Lewis Bush   Lewis Bush

Diane Mcginnis   ZAI Committee

# Court Conference

## U.S. Bankruptcy Court-Delaware

### Confirmed Telephonic Appearance Schedule

### Honorable Judith Fitzgerald (Visiting)

Courtroom

| Calendar Date: | 03/27/2006 |
| --- | --- |
| Calendar Time: | 02:00 PM |

| Page # | Item # | Case Name | Case # | Proceeding | App. ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1305320 | Debra Felder | 202-339-8567 | Orrick, Herrington & Sutcliffe (CC-2041 | The Future Claimants Representatives / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1305324 | Sara Gooch | 212-933-3180 | Bank of America Securities | Bank of America Securities / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1305350 | Joseph Radecki | 212-284-9588 | Piper Jaffray & Co. | Financial Advisor for the FCR / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1305401 | Scott Beechert | 212-582-5505 ext. 00 | Murray Capital Management, Inc. | Murray Capital Management, Inc. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1305838 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Property Damage Committee / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1305871 | Sean Walsh | 207-973-9381 | LECG | Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1305877 | Martin Dies | 409-883-4394 | Dies, Henderson & Carona | Property Damage Committee / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1306003 | Darrell Scott | 509-455-3966 | Scott Law Group | Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1306019 | Saul Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1306546 | Sarah Edwards | 212-490-3000 ext. 2133 | Wilson, Elser, Moskowitz, Edelman & D | Royal Insurance / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1306668 | Matthew Kramer | 305-350-7245 | Bilzin, Sumberg, Baena, Price & Axelrod | Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1306871 | Arlene Krieger | 212-806-5544 ext. 00 | Stroock & Stroock & Lavan, LLP (New Y | Official Committee of Unsecured Creditors / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1306873 | Lewis Kruger | 212-806-5430 | Stroock & Stroock & Lavan, LLP (90400 | Official Committee of Unsecured Creditors / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1306882 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, P.C | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1306683 | Leslie A. Epley | 202-824-2500 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1308937 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk. | Baron & Budd P.C., et al / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1307067 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Plifk. | Baron & Budd P.C., et al / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1307143 | Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Pro Se, Kenneth Thomas / LISTEN ONLY |

CourtConfCal

| Company | Case | Type | ID | Name | Phone | Firm | Representing / Status |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1247354 | Christina J. Kang | 212-478-7410 | Hahn & Hessen | State of California Department of General Service / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1294586 | Daniel Gloatband | 617-570-1930 | Goodwin Procter LLP | C.N.A. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1297389 | John O'Connell | 212-583-5677 | The Blackstone Group | The Blackstone Group / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1298955 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1304216 | Elizabeth DeCristofaro | 212-289-4900 | Ford & Marrin | Continental Casualty Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1304688 | Warren H. Smith | 214-698-3868 | Warren H. Smith & Associates, P.C. | Fee Auditor / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1305070 | Roger Frankel | 202-339-8513 | Orrick, Herrington & Sutcliffe (CC-2041 | Future Claimants Representatives / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1307518 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Shareholders / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1307576 | Michael F. Brown | 215-988-2988 | Drinker Biddle & Reath | Seaton Commercial Union / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1308114 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Asbestos Property Damage Committee / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1308119 | Stephen B. Vogel | 212-728-8961 ext. 00 | Willkie Farr & Gallagher LLP | DK Acquisition Partners / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1308124 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & Perret | Asbestos Property Damage Committee / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1308128 | Kevin Cassidy | 202-309-0679 | U.S. Attorneys Office | United States / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1308132 | Kris McLean | 405-829-3330 | U.S. Attorneys Office | United States / LIVE |