IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: April 18, 2006 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT "A"

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: February 2006

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Petito, Matt | Manager | 7 | $ 240.00 | 4.5 | $ 1,080.00 |
| McDowell, Michele | Senior Consultant | 5 | $ 200.00 | 19.0 | $ 3,800.00 |
| Lawler, Michael | Staff Consultant | 1 | $ 175.00 | 24.0 | $ 4,200.00 |
| | | | Totals | 47.5 | $ 9,080.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended February 28, 2006

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Feb-06 | Discuss project status with Greg Demory | $ 240 | 1 | $ 240.00 |
| 7-Feb-06 | Discuss current status of project with Michele McDowell, Mike Lawler and Greg Demory | $ 240 | 2 | $ 480.00 |
| 8-Feb-06 | Discuss current status of testing with Mike Lawler | $ 240 | 0.5 | $ 120.00 |
| 22-Feb-06 | Discuss project status with Christine Saxon | $ 240 | 1 | $ 240.00 |
|  | **Totals** |  | **4.5** | **$ 1,080.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended February 28, 2006**

**Name:** Michele McDowell
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2/1/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 2 | $ 400.00 |
| 2/1/2006 | Communications to both Internal Audit and Columbia Davison employees about transition and current status of testing | $ 200.00 | 1.5 | $ 300.00 |
| 2/1/2006 | Review of Curtis Bay and Columbia testing to date and update in Portal | $ 200.00 | 2 | $ 400.00 |
| 2/1/2006 | Update to Columbia Test plans - updated for work done by both Internal Audit and by Protiviti in Q3 and Q4 - as this had not yet been done for Poly, FCC/Hydro and OCC. | $ 200.00 | 2.5 | $ 500.00 |
| 2/2/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 4 | $ 800.00 |
| 2/3/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 3 | $ 600.00 |
| 2/6/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 2 | $ 400.00 |
| 2/7/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 2 | $ 400.00 |
| | **Totals** | | **19.0** | **$ 3,800.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended February 28, 2006**

**Name:** Michael Lawler
**Level:** Staff Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Feb-06 | Waiting on Linda- Sales order Testing | $ 175.00 | 4 | $ 700.00 |
| 1-Feb-06 | Rebate testing uploading Portal | $ 175.00 | 4 | $ 700.00 |
| 2-Feb-06 | Waiting on Linda for testing items and testing received sales order testing items and updating testing sheets accordingly | $ 175.00 | 8 | $ 1,400.00 |
| 3-Feb-06 | Waiting on Linda for testing items and testing received sales order testing items and updating testing sheets accordingly | $ 175.00 | 8 | $ 1,400.00 |
| | **Totals** | | **24.0** | **$ 4,200.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended February 28, 2006**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 9-Feb-06 | Prepare monthly fee application for January 2006 | $ 240 | 1 | $ 240.00 |
| 10-Feb-06 | Prepare monthly fee application for January 2006 | $ 240 | 1 | $ 240.00 |
| 20-Feb-06 | Prepare monthly fee application for January 2006 | $ 240 | 0.5 | $ 120.00 |
| 22-Feb-06 | Finalize monthly fee application for January 2006 and submit to Brian Kenny and Marie Hendrixson for review | $ 240 | 1 | $ 240.00 |
| 24-Feb-06 | Finalize monthly fee application for January 2006 and submit to Brian Kenny and Marie Hendrixson for review | $ 240 | 1 | $ 240.00 |
| | **Totals** | | **4.5** | **$ 1,080.00** |

EXHIBIT "C"

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: February 2006

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 73.98 |
| Lodging | N/A | $ 371.80 |
| Sundry | N/A | $ - |
| Business Meals | N/A | $ 12.11 |
| Total | | $ 457.89 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: February 2006

Name: Michele McDowell
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 2/1/2006 | Dinner for myself at Quiznos in Columbia MD | $ 12.11 | | | | $ 12.11 | $ 12.11 |
| 2/2/2006 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 2/2/2006 | Lodging at Hampton Inn in Columbia MD for myself for 3 nights - checking in on 1/30/06 and checking out on 2/2/06 | $ 371.80 | | $ 371.80 | | | $ 371.80 |
| 2/2/2006 | Tolls - - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 5.00 | $ 5.00 | | | | $ 5.00 |
| | Totals | $ 444.54 | $ 60.63 | $ 371.80 | $ - | $ 12.11 | $ 444.54 |

Name: Michael Lawler
Level: Staff Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Feb-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 2-Feb-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 3-Feb-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| | Totals | $ 13.35 | $ 13.35 | $ - | $ - | $ - | $ 13.35 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 457.89 | $ 73.98 | $ 371.80 | $ - | $ 12.11 | $ 457.89 |