# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: 4/17/06 at 4:00 p.m.<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 0.2 | $ 93.00 |
| | | | | | |
| TOTAL | | | | 0.2 | $ 93.00 |

### Expenses

| Description | Total | |
|---|---|---|
| Facsimile | $ | 3.00 |
| Photocopy | $ | 1.44 |
| | | |
| TOTAL | $ | 4.44 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 28, 2006
Invoice No.: 356741
Matter No.: 08743.00088

Re:   Acton Site OU3

For Professional Services rendered through January 31, 2006

|  |  |
|---|---|
| Fees | $93.00 |
| Disbursements | 4.44 |
| **Total Fees and Disbursements** | **$97.44** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP       BOSTON        WASHINGTON, DC           www.foleyhoag.com

| | | | |
|---|---|---|---|
| Matter No.: 08743.00088 | | | Invoice No.: 356741 |
| Re: Acton Site OU3 | | | February 28, 2006 |
| | | | Page 2 |

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 01/17/06 | Jaffe | Emails with Ms. Johns (0.2). | 0.2 |
| | | **Total Hours** | **0.2** |

Matter No.: 08743.00088                                    Invoice No.: 356741
Re: Acton Site OU3                                         February 28, 2006
                                                                                                      Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 0.2 |

           **Total Fees**                                        **$93.00**

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/31/06 | Facsimiles | 3.00 |
| 01/31/06 | In-House Photocopying | 1.44 |
| | **Total Disbursements** | **$4.44** |

                     Total Fees                         $93.00
                     Total Disbursements              <u>4.44</u>
                     Total Fees and Disbursements      <u>**$97.44**</u>



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 28, 2006
Invoice No.: 356741
Matter No.: 08743.00088

Re:   Acton Site OU3

| Total Fees and Disbursements | $97.44 |

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference Information:  **Client/Matter #: 08743.00088, Invoice #: 356741**
**Billing Attorney:** Adam P. Kahn, **Wire Originator:** W.R. Grace & Company

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 19.0 | $8,835.00 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 19.0 | $8,835.00 |

### Expenses

| Description | Total |
|---|---|
| Mileage | $ 22.25 |
|  |  |
| TOTAL | $ 22.25 |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 28, 2006
Invoice No.: 356739
Matter No.: 08743.00100

Re:   Woburn Lease Environmental Issues

For Professional Services rendered through January 31, 2006

|  |  |
|---|---|
| Fees | $8,835.00 |
| Disbursements | 22.25 |
| **Total Fees and Disbursements** | **$8,857.25** |

Matter No.: 08743.00100            Invoice No.: 356739
Re: Woburn Lease Environmental Issues        February 28, 2006
                                                                                                                          Page 2

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 01/09/06 | Jaffe | Meeting with Mr. Child (0.2). | 0.2 |
| 01/10/06 | Jaffe | Telephone conferences with Ms. Muench at EPA (0.5); telephone conference with Ms. Muench, Mr. Beiling and Ms. Duff (0.7); telephone conference with Ms. Johns (0.4); emails with team regarding EPA, neighborhood meeting, and PCBs (1.4). | 3.0 |
| 01/11/06 | Jaffe | Telephone calls and e-mails to team regarding technical issues (1.7). | 1.7 |
| 01/13/06 | Jaffe | Team telephone conference regarding EPA and preparing for same; e-mails to team regarding EPA draft letter (2.1). | 2.1 |
| 01/17/06 | Jaffe | Telephone conference with team and Decathlon regarding public meeting and emails with team regarding same (1.1); reviewing press report (0.3); revising draft letter from EPA and raft email to EPA (1.2). | 2.6 |
| 01/19/06 | Jaffe | Reviewing EPA revised draft letter and emails with team regarding issue (1.0); email to Mr. Beiling at EPA regarding same (0.2). | 1.2 |
| 01/20/06 | Jaffe | Emails with team regarding public meeting (0.3); reviewing EPA letter and emails with team regarding same (0.5). | 0.8 |
| 01/23/06 | Jaffe | Telephone conferences and emails with team regarding soil screening plan and meeting with Decathlon (1.1); reviewing revised well abandonment letter to EPA (0.2). | 1.3 |
| 01/25/06 | Jaffe | Meeting at Decathlon regarding environmental issues (3.9); reviewing, revising draft confidentiality agreement and email to Ms. Duff regarding same (0.4). | 4.3 |
| 01/26/06 | Jaffe | Emails with team regarding PCBs (0.5). | 0.5 |
| 01/30/06 | Jaffe | Team telephone conference regarding PCB issues and preparing for same (1.3). | 1.3 |
| | | **Total Hours** | **19.0** |

Matter No.: 08743.00100  
Re: Woburn Lease Environmental Issues  

Invoice No.: 356739  
February 28, 2006  
Page 3  

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 19.0 |

| Total Fees | $8,835.00 |
|---|---|

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/31/06 | Mileage, Toll, Parking | 22.25 |
| | Total Disbursements | $22.25 |

| Total Fees | $8,835.00 |
|---|---|
| Total Disbursements | 22.25 |
| Total Fees and Disbursements | $8,857.25 |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 28, 2006
Invoice No.: 356739
Matter No.: 08743.00100

Re:   Woburn Lease Environmental Issues

Total Fees and Disbursements          $8,857.25

Remittance Address:
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

Wire Instructions:
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference Information:  **Client/Matter #:** 08743.00100, **Invoice #:** 356739
**Billing Attorney:** Adam P. Kahn, **Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Adam P. Kahn | Partner | Environmental | $450.00 | 0.3 | $ 135.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 2.7 | $ 472.50 |
| | | | | | |
| TOTAL | | | | 3.0 | $ 607.50 |

### Expenses

| Description | Total |
|---|---|
| Photocopy | $ 23.16 |
| | |
| TOTAL | $ 23.16 |



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 28, 2006
Invoice No.: 356738
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

For Professional Services rendered through January 31, 2006

|  |  |
|---|---:|
| Fees | $607.50 |
| Disbursements | 23.16 |
| **Total Fees and Disbursements** | **$630.66** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 356738  
February 28, 2006  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 01/18/06 | Kahn | Review and revise quarterly fee application (0.3). | 0.3 |
| 01/18/06 | Rice | Attention to quarterly fee application (1.1). | 1.1 |
| 01/19/06 | Rice | Reviewed, revised and arranged for quarterly fee application filing (1.2). | 1.2 |
| 01/30/06 | Rice | Reviewed fee application and prepared same for filing (0.4). | 0.4 |
| | | **Total Hours** | **3.0** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 356738  
February 28, 2006  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Kahn | 0.3 |
| Rice | 2.7 |

Total Fees     $607.50

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/31/06 | In-House Photocopying | 23.16 |

Total Disbursements     $23.16

Total Fees     $607.50  
Total Disbursements     23.16  
Total Fees and Disbursements     $630.66

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 28, 2006
Invoice No.: 356738
Matter No.: 08743.00101

Re:   Bankruptcy Matters

**Total Fees and Disbursements**                                 **$630.66**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference Information:   **Client/Matter #: 08743.00101, Invoice #: 356738**
**Billing Attorney: Adam P. Kahn, Wire Originator: W.R. Grace & Company**