REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1382159
One Town Center Road                     Invoice Date      03/21/06
Boca Raton, FL   33486                   Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                            22,470.00
         Expenses                             0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $22,470.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1382159
One Town Center Road                     Invoice Date        03/21/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 02/02/06 | Cameron | Attend to issues relating to dust methodology reports and scheduling issues. | .70 |
| 02/03/06 | Atkinson | Meet with J. Worobij and e-mail T. Stansbury (Kirkland) re: testing DVDs per K&E requests. | .20 |
| 02/03/06 | Cameron | Review materials from M. Browdy regarding Phase II reports for experts (1.20) review materials for Phase I issues and potential expert discovery (.70). | 1.90 |
| 02/05/06 | Cameron | Continued review of materials from M. Browdy and outline of issues for calls. | 1.40 |
| 02/06/06 | Cameron | Review materials relating to property damage estimation and Phase II issues (1.80); review product ID materials for discussions with consultant (.80). | 2.60 |
| 02/07/06 | Cameron | Additional review of Phase II materials from K&E (1.40); e-mails from R. Finke and K&E regarding product ID objections (.60); review materials for Phase I reports (.70). | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number   1382159
60026 Litigation and Litigation Consulting        Page    2
      March 21, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 02/08/06 | Cameron | Review materials from M. Browdy (.80); prepare for conference call regarding: same (.90); review additional materials relating to product identification objections and consultant work (.90). | 2.60 |
| 02/09/06 | Cameron | Attend to issues relating to Phase I and Phase II experts and related reports (.90); review discovery related materials (.80). | 1.70 |
| 02/09/06 | Lord | Research docket and update 2002 service list. | .30 |
| 02/10/06 | Atkinson | Review W.R. Grace historical testing documents (0.7);  draft letter and review materials to Canadian counsel (1.1). | 1.10 |
| 02/10/06 | Cameron | Prepare for conference call with Grace and K&E lawyers re:  Phase I and Phase II witnesses (.70); participate in conference call re:  same (1.10); review materials relating to expert reports and discovery (.60); review materials and backup for product ID objections and potential expert affidavit/report (1.90); review testing data for Canadian counsel (.40); telephone call with R. Finke re:  same (.20). | 4.90 |
| 02/12/06 | Cameron | Additional review of historical testing data. | 1.10 |
| 02/13/06 | Cameron | Review materials for preparation of Product ID summaries (1.10); e-mails regarding discovery issues for Phase I (.50). | 1.60 |
| 02/14/06 | Cameron | Review e-mails regarding Phase I and Phase II witnesses (.60); review dust reports and organize materials for discovery (.90); review claimants' witness lists (.50); continued review of product identification support and expert materials (1.40). | 3.40 |

172573 W. R. Grace & Co.                          Invoice Number   1382159
60026  Litigation and Litigation Consulting        Page    3
       March 21, 2006

| Date     | Name      |  | Hours |
| -------- | --------- | --- | ----- |
| 02/15/06 | Cameron   | Review materials for Phase I and Phase II witness and discovery (.80); further review of product ID materials for expert work (.70). | 1.50 |
| 02/16/06 | Cameron   | Attend to materials for expert discovery (.90); attend to product ID materials (.80). | 1.70 |
| 02/16/06 | Worobij   | Generate file of select tagged documents from database per D. Hatcher's request (1.30); copy data to local drive in preparation to burn to DVD (1.00). | 2.30 |
| 02/17/06 | Cameron   | Multiple e-mails regarding discovery issues (.30); review materials from M. Browdy (.40). | .70 |
| 02/17/06 | Worobij   | Burn image files, load files, and database fields data files to DVD (2.20); office conference with M. Atkinson regarding DVD copies (.20). | 2.40 |
| 02/19/06 | Cameron   | Review materials for call with K&E and Grace regarding PD estimations Phase I and Phase II discovery and expert issues. | .90 |
| 02/20/06 | Cameron   | Review materials from M. Browdy relating to Phase I issues. | .80 |
| 02/21/06 | Atkinson  | Review miscellaneous correspondence, pleadings received from D. Cameron. | .30 |
| 02/21/06 | Cameron   | Telephone call with R. Finke regarding status of property damage estimation (.40); review materials for 2/22 call (.80). | 1.20 |
| 02/22/06 | Cameron   | Prepare for (0.3) and participate in call with K&E and Grace regarding Property Damage Estimation strategy and scheduling issues (.70); multiple e-mails regarding same (.80); review product ID material regarding same (.70); review materials from M. Browdy (.80). | 3.30 |

172573 W. R. Grace & Co.                           Invoice Number   1382159
60026  Litigation and Litigation Consulting        Page    4
       March 21, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 02/22/06 | Turkaly | Verification of images of testing documents per D. Hatcher's email (0.3) and perform linking of records in database (1.1). | 1.40 |
| 02/22/06 | Worobij | Generate new file containing selected fields to eventually perform an analysis with new file generated from CDC online review application. | .20 |
| 02/22/06 | Worobij | Verification of images of testing documents per D. Hatcher's email (0.2); analyze with C. Turkaly (0.2); perform linking of image files with records in database (0.3). | .70 |
| 02/23/06 | Atkinson | Have DVDs of ZAI productions from November and December 2002 copied to provide to M. Murphy (Casner & Edwards) for W. R. Grace Canadian counsel. | .40 |
| 02/24/06 | Atkinson | Correspondence to M. Murphy enclosing electronic production of ZAI documents, and supplemental production, for Mr. Murphy to provide to Grace Canadian counsel. | .70 |
| 02/24/06 | Cameron | Follow up on e-mails relating to PD estimation issues (.90); telephone call with R. Finke regarding same (.20); review M. Browdy schedule and deadlines (.50). | 1.60 |
| 02/26/06 | Cameron | E-mails regarding witness issues (.60);review materials relating to no hazard defense (.90); review product ID and constructive notice materials (.80). | 2.30 |
| 02/28/06 | Cameron | Attend to materials relating to Phase II experts and potential reports. | 1.20 |

                                                     ------
                                   TOTAL HOURS        49.80

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
    March 21, 2006

Invoice Number  1382159
Page   5

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 39.80 | at $ | 530.00 | = | 21,094.00 |
| John B. Lord | 0.30 | at $ | 190.00 | = | 57.00 |
| Maureen L. Atkinson | 2.70 | at $ | 180.00 | = | 486.00 |
| Christine H. Turkaly | 1.40 | at $ | 115.00 | = | 161.00 |
| John B. Worobij | 5.60 | at $ | 120.00 | = | 672.00 |

CURRENT FEES            22,470.00

------------

TOTAL BALANCE DUE UPON RECEIPT    $22,470.00

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1382160
5400 Broken Sound Blvd., N.W.            Invoice Date       03/21/06
Boca Raton, FL 33487                     Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                              695.50
    Expenses                            0.00

             TOTAL BALANCE DUE UPON RECEIPT        $695.50
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1382160 |
| Invoice Date | 03/21/06 |
| Client Number | 172573 |
| Matter Number | 60027 |

==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 02/23/06 | Flatley | Returning from Washington, D.C. (one-half time). | 1.30 |
| | | TOTAL HOURS | 1.30 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Lawrence E. Flatley | 1.30 at $ 535.00 = | | 695.50 |

CURRENT FEES                                   695.50


TOTAL BALANCE DUE UPON RECEIPT              $695.50
                                       =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number    1382161
5400 Broken Sound Blvd., N.W.        Invoice Date      03/21/06
Boca Raton, FL 33487                 Client Number      172573
```

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

```
     Fees                          318.00
     Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $318.00
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1382161
5400 Broken Sound Blvd., N.W.            Invoice Date       03/21/06
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028


=============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

   Date   Name                                              Hours
 -------- -----------                                       -----

02/19/06 Cameron        Review materials from R. Finke.       .60

                                                            ------
                                          TOTAL HOURS         .60


TIME SUMMARY              Hours        Rate        Value
------------------------  ---------------------    -------
Douglas E. Cameron        0.60  at $  530.00  =    318.00

                          CURRENT FEES                        318.00


                                                          ------------
                     TOTAL BALANCE DUE UPON RECEIPT         $318.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1382162
5400 Broken Sound Blvd., N.W.        Invoice Date      03/21/06
Boca Raton, FL 33487                 Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                         4,191.00
      Expenses                         0.00

              TOTAL BALANCE DUE UPON RECEIPT        $4,191.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1382162
5400 Broken Sound Blvd., N.W.           Invoice Date        03/21/06
Boca Raton, FL 33487                    Client Number        172573
                                        Matter Number         60029


=========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

| Date | Name | | Hours |
|------|------|--|-------|

| 02/01/06 | Ament | Assist D. Cameron with fee application issues. | .30 |
| 02/02/06 | Ament | Review materials received from A. Muha in preparation for Dec. monthly fee application (.20); format invoices into fee and expense details Word documents in preparation for filing of Dec. monthly fee application (0.5); prepare spreadsheet and calculate fees for Dec. monthly fee application (1.1); draft 54th monthly fee application form and provide to A. Muha (1.0); review e-mail from J. Lord and respond re: Dec. monthly and quarterly fee applications (.10); gather information in preparation for quarterly fee application (.10). | 3.00 |
| 02/03/06 | Ament | Meet with A. Muha re: Dec. monthly fee application (.10); revisions to Dec. monthly fee application and invoices (.30); e-mail 54th monthly fee application, fee and expense details to J. Lord for DE filing (.10); review invoices and begin calculating total fees and expenses for 19th quarterly fee application (1.0). | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1382162
60029  Fee Applications-Applicant                 Page    2
       March 21, 2006

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 02/03/06 | Lord | Review, revise, e-file and perfect service of Reed Smith December monthly fee application. | 1.00 |
| 02/03/06 | Muha | Make final review and revisions to December 2005 monthly fee application. | .50 |
| 02/06/06 | Ament | Begin drafting spreadsheet for 19th quarterly fee application. | .40 |
| 02/07/06 | Ament | Continue drafting spreadsheet and calculating fees and expenses for 19th quarterly fee application (0.9); draft summary and narrative re: same (1.50). | 2.40 |
| 02/07/06 | Lord | E-mails with S. Ament re: quarterly fee application. | .20 |
| 02/09/06 | Lord | Prepare notice and COS for 19th quarterly fee application (.3); research docket for hearing date (.2); review and revise application (.2). | .70 |
| 02/10/06 | Ament | Prepare expense totals for 19th quarterly fee application (.80); create spreadsheet re: expenses for same (.80); revisions to narrative and summary re: 19th quarterly fee application and provide final draft to A. Muha (.60). | 2.20 |
| 02/10/06 | Lord | Prepare exhibits for quarterly fee application (.3) | .30 |
| 02/11/06 | Cameron | Preliminary review of materials for January fee application. | .90 |
| 02/11/06 | Muha | Review and revise quarterly fee application materials. | .90 |
| 02/13/06 | Lord | Review, revise and prepare Reed Smith quarterly fee application for e-filing and service. | 1.20 |

```
172573 W. R. Grace & Co.                    Invoice Number   1382162
60029  Fee Applications-Applicant           Page    3
       March 21, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|
| 02/14/06 | Lord | E-file and perfect service of Reed Smith Quarterly fee application (.8). | .80 |
| 02/19/06 | Muha | Extensive review and revisions to fee and expense detail for January 2006 monthly fee application. | 2.10 |
| 02/24/06 | Muha | Additional revisions to fee and expense details for January fee application. | .70 |
| 02/27/06 | Cameron | Finalize fee application materials. | .70 |
| 02/28/06 | Ament | Review e-mail from D. Cameron re: fees and e-mails with A. Muha and J. Lord re: monthly fee application (.10). | .10 |
| 02/28/06 | Lord | Respond to e-mail from S. Ament re: monthly fee application. | .10 |

```
                                               ------
                               TOTAL HOURS      20.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 1.60 | at $ | 530.00 | = | 848.00 |
| Andrew J. Muha | 4.20 | at $ | 295.00 | = | 1,239.00 |
| John B. Lord | 4.30 | at $ | 190.00 | = | 817.00 |
| Sharon A. Ament | 9.90 | at $ | 130.00 | = | 1,287.00 |

```
                       CURRENT FEES                    4,191.00


                                               ------------
            TOTAL BALANCE DUE UPON RECEIPT       $4,191.00
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1382163
One Town Center Road                     Invoice Date      03/21/06
Boca Raton, FL    33486                  Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                         93,453.00
        Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT      $93,453.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1382163
One Town Center Road                     Invoice Date       03/21/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60035

=========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/06 | Aten | Call with C. Neitzel re: questions re: source of documents for binders (.8); e-mail to L. Flatley re: call (.2); reviewed and compiled index regarding additional depositions of experts (1.2). | 2.20 |
| 02/01/06 | Atkinson | Review Library research and Internet information on potential experts (1.4);  review e-mail from T. Mace (Kirkland) and D. Cameron re: historical testing documents, and e-mails/telephone calls to S. Haines (Reed Smith), C. Latuda (HRO) regarding same (0.8); update information regarding potential experts (1.6);  e-mail request from D. Cameron for historical files (0.1). | 3.90 |
| 02/01/06 | Cameron | Multiple e-mails with R. Finke, K&E and RS lawyers regarding expert witness issues (1.10); review materials from potential expert witness (.90) attend to strategy memo issues (.80). | 2.80 |
| 02/01/06 | Flatley | Reorganizing after trip to West Virginia (0.4); working on preparation for experts, including numerous e-mails, outlining issues and calls with R. Senftleben, D. Cameron, et al. (5.3). | 5.70 |

172573 W. R. Grace & Co.                          Invoice Number   1382163
60035  Grand Jury Investigation                   Page    2
       March 21, 2006

| Date | Name | | Hours |
|------|------|--|-------|

| 02/02/06 | Cameron | Prepare for (.40) and participate in conference call with HRO and K&E lawyers and potential expert witness (3.70); follow-up call with K&E and HRO lawyers regarding same (.40); multiple calls with R. Finke regarding open issues with expert witnesses (.70); meet with L. Flatley regarding same (.30); review materials from R. Finke regarding expert witness strategy outline (.40);  telephone call with consultant regarding testing issues (.40); review additional background materials for potential experts (.90). | 7.20 |
| 02/02/06 | Flatley | E-mails re: scheduling calls with experts (.50); voicemail from R. Finke and reply (.10); with D. Cameron re: expert issues (.50). | 1.10 |
| 02/03/06 | Cameron | Prepare for (.90) and participate in multiple calls with prospective experts regarding outline of issues, scheduling, etc. (1.10); e-mails regarding same (.60); telephone calls with R. Finke regarding the same (.30); meet with L. Flatley regarding expert issues (.20); review B. Jacobson strategy outline and revisions thereof (.90); review materials from 2/2 call with potential expert (.80); review testing documents per K&E request (.80). | 5.60 |
| 02/03/06 | DiChiera | Review and respond to emails from L. Flatley regarding request to compile information to be sent to potential consultant (.30); prepare supplemental Government expert material to be sent to potential consultant for review and reference (.30). | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1382163
60035  Grand Jury Investigation                   Page   3
       March 21, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 02/03/06 | Flatley | E-mails to/from B. Jacobson regarding medical documents issue (0.2); call with B. Jacobson (0.3); call with R. Senftleben and R. Finke regarding health experts issues and follow-up (0.9); additional calls regarding health experts issues (0.8); e-mails from and to D. Kuchinsky (0.1); call with R. Senftleben (0.2). | 2.50 |
| 02/03/06 | Worobij | Generate file of select tagged documents from database per M. Atkinson's request (1.30); copy data to local drive in preparation to burn to DVD (1.00). | 2.30 |
| 02/04/06 | Cameron | Begin preparation of summary for meeting and expert witness calls (.80); review CVs and literature with respect to prospective experts and potential meetings (.90). | 1.70 |
| 02/05/06 | Cameron | Extensive review of prospective expert materials for meeting and conference calls (1.70); additional review of government expert witnesses disclosure and summaries (1.60). | 3.30 |
| 02/06/06 | Aten | Conference call with L. Flatley and team re: experts and process for review (.9); conference re: sending records to experts (.3); reviewed new materials re: purchaser of vermiculite (.3). | 1.50 |
| 02/06/06 | Atkinson | Letter to Tyler Mace (Kirkland & Ellis) enclosing 3 DVDs of testing documents. | .70 |
| 02/06/06 | Cameron | Multiple telephone calls with potential expert witness (.90); e-mails re: same (.60); review materials regarding potential expert witness (1.40); telephone call with B. Jacobson and potential expert (.20) | 3.10 |

172573 W. R. Grace & Co.                          Invoice Number   1382163
60035  Grand Jury Investigation                   Page    4
       March 21, 2006

| Date | Name | | Hours |
|------|------|--|-------|

| 02/06/06 | Flatley | Call with R. Senftleben and follow-up re: expert witness meetings (0.3); scheduling conference (0.3); preparation for conference call (0.4); conference call with R. Senftleben, R. Finke, B. Jacobson, D. Kuckinsky et al. and follow-up (1.2). | 2.20 |
| 02/06/06 | Worobij | Burn image files, load files, and database fields data files to DVD (3.10); office conference with M. Atkinson regarding DVD copies (.30). | 3.40 |
| 02/07/06 | Aten | Conference call with L. Flatley, potential consultant and others (.6); prepare materials to send to potential consultants (1.3); briefly review newly received exhibits (.4). | 2.30 |
| 02/07/06 | Atkinson | Review testing documents per D. Cameron and K. Coogan (HRO) emails relating to production to EPA. | .60 |
| 02/07/06 | Cameron | Review materials received from potential expert witness (1.80); telephone call with R. Finke regarding same (.20);  e-mails from K&E regarding strategy for experts (.50); telephone call to multiple experts regarding potential retention (.80). | 3.30 |
| 02/07/06 | DiChiera | Telephone conference with R. Aten regarding material needed for additional experts review (.20); prepare material for additional experts per request of R. Aten (.30). | .50 |
| 02/07/06 | Flatley | E-mails and calls re: scheduling (.90); preparation for health expert conference call (1.00); conference call with R. Senftleben, D. Kuchinsky, et al. re: health expert issues and follow-up (.80). | 2.70 |

172573  W. R. Grace & Co.                          Invoice Number   1382163
60035  Grand Jury Investigation                    Page    5
       March 21, 2006


| Date | Name | | Hours |
|------|------|---|-------|

02/08/06 Aten        Review additional exhibits to          .30
                     expert reports.

02/08/06 Atkinson    Review library research and           2.70
                     Internet searches to update
                     information on possible experts
                     (2.0); update summary document on
                     potential experts (0.7).

02/08/06 Cameron     Telephone call with R. Finke          3.90
                     regarding issues relating to
                     potential expert witnesses (.40);
                     telephone call with potential
                     expert witnesses (.90); e-mails to
                     K&E lawyers (Jacobson and Harding)
                     regarding same (.70); review
                     literature and studies performed
                     by prospective witnesses (1.90).

02/08/06 Flatley     E-mails to/from R. Aten (.20);         .40
                     other e-mails and replies,
                     including from R. Senftleben (.20).

02/09/06 Aten        Draft and finalize letters to          .40
                     potential consultants (.2);
                     organized exhibits (.2).

02/09/06 Atkinson    Update compilation of Internet        3.00
                     searches (2.0); review Library
                     research re: potential experts per
                     B. Stansbury (Kirkland & Ellis)
                     e-mail (0.8);  meet with J.
                     Worobij (Litigation Support) to
                     review DVDs of historical testing
                     (0.2).

02/09/06 Cameron     Telephone call with K&E re:           4.80
                     potential expert witnesses (.30);
                     follow-up review of materials and
                     telephone call to experts re:
                     same (.90); multiple telephone
                     calls and emails with potential
                     consultant (1.30); review of
                     testing data (1.80); review of
                     historical documents per K&E
                     inquiries (.50).

02/09/06 Flatley     E-mails and replies (.20); call        .40
                     with R. Senftleben (.20).

172573 W. R. Grace & Co.                          Invoice Number  1382163
60035  Grand Jury Investigation                   Page   6
       March 21, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 02/10/06 | Aten | Conference call with L. Flatley and potential consultants (2.9); reviewed documents (.2). | 3.10 |
| 02/10/06 | Cameron | Emails re: potential expert's discussions with counsel (.30); telephone call with expert re: same (.20); telephone call with R. Finke re: miscellaneous issues relating to experts (.50); review expert witness materials for possible retention (1.10); telephone call with potential experts re:  same (.40); review material from R. Smith and B. Harding re:  expert witnesses and strategy (.90); meeting with J. Restivo re: historical document review (.20). | 3.60 |
| 02/10/06 | Flatley | E-mails and replies (.30); preparation for health expert meeting (.40); participating in health expert meeting by telephone with R. Aten and short follow-up (3.30); reorganizing after conference call in preparation for January 13 call (.90). | 4.90 |
| 02/10/06 | Restivo | Review historical documents per K&E request. | 1.50 |
| 02/10/06 | Worobij | Office conference D. Hatcher of Kirkland & Ellis firm regarding loading document images onto database. | .50 |
| 02/11/06 | Aten | Review binders received from HRO (.4); update memo re: documents on hand (.3). | .70 |
| 02/12/06 | Cameron | Begin summaries re:  expert calls and document reviews (1.70); additional review of materials from potential consultant (.90). | 2.60 |
| 02/13/06 | Atkinson | Arrange to have historical files copied and draft enclosure letter to W. Jacobson (Kirkland & Ellis), per D. Cameron request. | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1382163
60035  Grand Jury Investigation                   Page    7
       March 21, 2006

| Date | Name | | Hours |
| -------- | ---------- | | ----- |
| 02/13/06 | Cameron | Review of historical documents per K&E request (.80); telephone call with prospective experts (.60); e-mail regarding testing documents (.80); e-mails regarding up coming meetings (.20); review K&E strategy memos and outlines for experts (.90). | 3.30 |
| 02/13/06 | Flatley | E-mails and calls to set up conference call (.20); logistics re: trip to visit health expert (.20); preparation for conference call (.60); conference call with B. Harding, et al. re: health expert (2.80). | 3.80 |
| 02/14/06 | Aten | Review materials received from HRO (.3); read and analyze articles re: exposures in Montana (.6). | .90 |
| 02/14/06 | Atkinson | Revise letter to W. Jacobson per D. Cameron request, and send attorney working files to Mr. Jacobson. | .70 |
| 02/14/06 | Cameron | E-mails regarding ASTDR (.40); e-mails regarding historical testing (.40); review materials from R. Smith (.70) review materials from potential consultant (.90). | 2.40 |
| 02/15/06 | Aten | Review research articles re: exposures in Montana (2.5); review expert's General Affidavit and Questionnaire Affidavit (1.0); read memo re: Environmental Series (.7). | 4.20 |
| 02/15/06 | Cameron | E-mails to R. Finke regarding consultants (.40); review materials relating to experts (1.40); e-mails regarding motion in bankruptcy court (.90); attend to materials from potential consultants (.90). | 3.60 |
| 02/15/06 | Flatley | E-mails and replies. | .10 |

172573 W. R. Grace & Co.                          Invoice Number   1382163
60035  Grand Jury Investigation                   Page    8
       March 21, 2006


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 02/15/06 | Luksik | Attend to ASAP request for EPA citations and article citations. | 1.50 |
| 02/15/06 | Thorp | Load 2 additional CDs into database. | 1.40 |
| 02/16/06 | Cameron | Follow up on information requested from K&E (.40); telephone call with K. Coggon and e-mails with expert regarding potential meeting and review of related data (.90); review of materials from consultant meetings (.90); prepare outline for discussion with consultants (1.30); review government expert reports and testing materials (1.40). | 4.90 |
| 02/16/06 | Flatley | E-mails and replies (0.2); call with R. Senftleben re: Missoula hearings and follow-up (0.5); review motion and comment on it (0.6). | 1.30 |
| 02/17/06 | Atkinson | Prepare copies of folders re: experts for D. Cameron. | .20 |
| 02/17/06 | Cameron | Multiple calls and e-mails with R. Finke regarding issues relating to expert work (1.20); review government reliance materials and prepare for calls/meetings with potential consultants (3.90); telephone with potential consultants (.80); draft letter regarding same (.90); review outline for experts (.70). | 7.50 |
| 02/18/06 | Cameron | Additional review of government's materials provided to potential consultant. | 2.30 |
| 02/19/06 | Cameron | Follow-up review of materials per R. Finke request. | 1.10 |
| 02/20/06 | Atkinson | Letter to T. Mace (Kirkland & Ellis) enclosing 3 DVDs of additional testing documents. | .80 |

172573 W. R. Grace & Co.                        Invoice Number   1382163
60035  Grand Jury Investigation                 Page    9
       March 21, 2006

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 02/20/06 | Cameron | Review K&E outline relating to experts and criminal defense (.90); additional review of documents to send to potential consultants (1.90); review publications from potential consultant (1.90). | 4.70 |
| 02/20/06 | DiChiera | Review and organize all transcripts of expert (.90); confer with R. Aten re: status (.20). | 1.10 |
| 02/21/06 | Aten | Review and analyze Whitehouse deposition (2.6); e-mail to L. Flatley re: results of research regarding health effects (.2). | 2.80 |
| 02/21/06 | Cameron | Participate in portions of conference call with potential consultants (3.90); multiple e-mails with R. Finke regarding expert issues (.60); telephone call with R. Finke regarding same (.50); review materials from B. Jacobson (1.60). | 6.60 |
| 02/21/06 | Flatley | E-mails and replies re: 2/23 meeting (0.2); reviewing and following-up on accumulated correspondence and reorganizing (3.1); call with R. Senftleben re: health expert meeting (0.2). | 3.50 |
| 02/22/06 | Cameron | E-mails and phone calls with consultant regarding database (.40); review materials from R. Finke regarding potential consultants (1.30); e-mails regarding consultant issues (.50) | 2.20 |
| 02/22/06 | Flatley | E-mails and responses (0.2); preparation for 2/23/06 trip to Washington (0.4). | .60 |
| 02/23/06 | Aten | Review research articles re: health effects and began drafting outline re: same. | 3.80 |

172573  W. R. Grace & Co.                          Invoice Number   1382163
60035  Grand Jury Investigation                    Page   10
       March 21, 2006


    Date   Name                                                    Hours
  -------- -----------                                             -----

  02/23/06 Cameron          Review historical documents and        4.60
                            materials from B. Jacobson (1.50);
                            attend to issues raised by
                            consultants (1.10); attend to CVs
                            and background material for
                            potential consultants (.80);
                            e-mails regarding consultants
                            meetings (.40); telephone calls
                            with potential consultants and
                            review of background materials to
                            provide to same (.80).

  02/23/06 Flatley          Reviewing background materials and     9.80
                            other preparation for Kirkland &
                            Ellis meeting (3.8); attending
                            meeting at Kirkland & Ellis in
                            Washington with D. Kuchinsky, B.
                            Jacobson, et al. (5.5); follow-up
                            on meeting, including e-mails to
                            and from R. Senftleben and R. Aten
                            (0.5).

  02/24/06 Aten             Continue to read articles re:          3.10
                            health effects of agents and draft
                            outline re: same (2.3); conference
                            with L. Flatley re: medical
                            procedures and meeting with
                            potential consultant (.2); call
                            with C. Nietzel re: medical
                            procedures (.1); review medical
                            testing binder for information re:
                            medical procedures (.3);
                            conference with L. Flatley re:
                            outline re: health effects
                            research  (.2).

  02/24/06 Cameron          Multiple e-mails and calls with B.     5.40
                            Jacobson re: expert witness issues
                            (.90); review materials relating
                            to EPA samples and testing (1.60);
                            telephone call with consultants
                            regarding same (.90); telephone
                            call with R. Finke regarding open
                            expert issues (.90); e-mails
                            regarding 2/27 conference call and
                            strategy session (.80); telephone
                            call with K. Coggan regarding
                            testing data (.30).

```
172573 W. R. Grace & Co.                    Invoice Number   1382163
60035  Grand Jury Investigation             Page  11
       March 21, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/24/06 | Flatley | Follow-up on 2/23 trip to Washington (0.4); meet with R. Aten regarding ATSDR issues and related matters and follow-up (0.5); call with D. Cameron (2 calls) (0.4); R. Senftleben e-mail, replies and forwarding (0.3); meet with R. Aten regarding gathering data (0.1); conference call with R. Senftleben, D. Kuchinsky and B. Jacobson (0.3). | 2.00 |
| 02/25/06 | Aten | Review and analyze documents re: ATSDR's medical testing program. | 3.10 |
| 02/25/06 | Cameron | Follow up e-mails with consultant regarding planning meeting and call (.60); review materials from industrial hygiene consultants (.80); prepare for call with consultants (.90); continued review of testing documents (.80). | 3.10 |
| 02/26/06 | Aten | Finished reviewing and analyzing documents re: medical screening program (2.3); reviewed documents re: Dr. Whitehouse (.3); finished reading and analyzing Dr. Whitehouse's deposition. | 2.80 |
| 02/26/06 | Cameron | Prepare materials for 2/27 call with consultants (1.10); review literature and studies conducted by potential consultants (1.80); review materials from R. Finke re potential consultants (.90). | 3.80 |
| 02/27/06 | Ament | Meet with D. Cameron re: organization of expert witness materials. | .10 |
| 02/27/06 | Aten | Conference with L. Flatley re: memo on health effects research (.6); revised memo (.1); conducted search for documents by EPA and forwarded to L. Flatley (1.2). | 1.90 |

172573 W. R. Grace & Co.                    Invoice Number   1382163
60035  Grand Jury Investigation            Page   12
       March 21, 2006


| Date | Name | | Hours |
|------|------|---|-------|

| 02/27/06 | Cameron | Prepare for call with consultants and R. Finke (.80); participate in call with consultants and R. Finke (1.40); follow-up call with consultants (.30); follow-up calls with R. Finke (.60); telephone calls with other consultants re: options (.50); emails with K&E re: consultant project (.30); review literature and reports of consultants from prior litigation (2.20); emails re:  request to government for samples (.60). | 6.70 |
| 02/27/06 | Flatley | Review R. Aten memo (0.5); meet with R. Aten regarding revisions to memo (0.6); preparation for health expert meetings on 3/3 and 3/7 (1.0). | 2.10 |
| 02/28/06 | Ament | Organization of expert witness materials for D. Cameron. | .20 |
| 02/28/06 | Atkinson | Review expert witness binder materials collected to-date. | .20 |
| 02/28/06 | Cameron | Review materials from consultants (.80); review materials relating to historical testing (.90); review materials for meeting with consultants (.80). | 2.50 |
| 02/28/06 | Flatley | Review e-mails and reply. | .10 |

                                                            ------
                                    TOTAL HOURS      209.40

172573  W. R. Grace & Co.
60035  Grand Jury Investigation
       March 21, 2006

Invoice Number  1382163
Page  13

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 1.50 | at $ | 600.00 | = | 900.00 |
| Lawrence E. Flatley | 43.20 | at $ | 535.00 | = | 23,112.00 |
| Douglas E. Cameron | 106.60 | at $ | 530.00 | = | 56,498.00 |
| Rebecca E. Aten | 33.10 | at $ | 270.00 | = | 8,937.00 |
| Maureen L. Atkinson | 13.40 | at $ | 180.00 | = | 2,412.00 |
| Maria E. DiChiera | 2.20 | at $ | 180.00 | = | 396.00 |
| Sharon A. Ament | 0.30 | at $ | 130.00 | = | 39.00 |
| Janice E Luksik | 1.50 | at $ | 90.00 | = | 135.00 |
| John B. Worobij | 6.20 | at $ | 120.00 | = | 744.00 |
| Aaron Thorp | 1.40 | at $ | 200.00 | = | 280.00 |

CURRENT FEES                                     93,453.00

                                             ------------
TOTAL BALANCE DUE UPON RECEIPT                $93,453.00
                                             ============