REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number     1382164
One Town Center Road                     Invoice Date       03/21/06
Boca Raton, FL    33486                  Client Number        172573

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                               0.00
    Expenses                         975.84

              TOTAL BALANCE DUE UPON RECEIPT        $975.84
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1382164
One Town Center Road                     Invoice Date      03/21/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60026
================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                           3.00

    Telephone Expense                       17.10

    IKON Copy Services                      63.40

    Duplicating/Printing/Scanning          634.35

    Postage Expense                          3.51

    Courier Service - Outside              111.82

    Outside Duplicating                    142.66

                    CURRENT EXPENSES                      975.84

                                                     --------------
            TOTAL BALANCE DUE UPON RECEIPT              $975.84
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1382164
One Town Center Road                     Invoice Date      03/21/06
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number         60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/01/06 | Telephone Expense<br>202-386-0812/WASHINGTON, DC/3 | .15 |
| 02/02/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/15 | .75 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .15 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 2.10 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .15 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 02/03/06 | Telephone Expense<br>801-746-5453/SALT LAKE, UT/12 | .60 |
| 02/03/06 | Telephone Expense<br>484-431-9962/BALACYNWYD, PA/2 | .10 |
| 02/03/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/10 | .50 |
| 02/03/06 | Telephone Expense<br>801-466-2223/SALT LK SO, UT/3 | .10 |
| 02/03/06 | Telephone Expense<br>650-369-3955/REDWOOD CY, CA/16 | .80 |
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 772 COPIES | 115.80 |

172573 W. R. Grace & Co.                            Invoice Number  1382164
60026 Litigation and Litigation Consulting          Page    2
       March 21, 2006

| | | |
|---|---|---:|
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 212 COPIES | 31.80 |
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 16 COPIES | 2.40 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 3.00 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 02/06/06 | Postage Expense Postage Expense: ATTY # 0559 | .39 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 3 COPIES | .45 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 02/09/06 | Telephone Expense<br>650-369-3955/REDWOOD CY, CA/2 | .10 |
| 02/09/06 | Telephone Expense<br>202-879-5081/WASHINGTON, DC/8 | .40 |
| 02/10/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/22 | 1.10 |
| 02/10/06 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/65 | 3.25 |
| 02/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0349; 19 COPIES | 2.85 |

172573  W. R. Grace & Co.                              Invoice Number   1382164
60026  Litigation and Litigation Consulting            Page    3
        March 21, 2006


| Date | Description | Amount |
|---|---|---|
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0349; 19 COPIES | 2.85 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856: 1 COPIES | .15 |
| 02/10/06 | Postage Expense Postage Expense: ATTY # 0559 User: MILLER, JASON | .39 |
| 02/10/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from MAUREEN L. ATKINSON, REED SMITH LLP to OGILVEY RENAULT (TORONTO ON M5J2Z4). | 111.82 |
| 02/13/06 | Duplicating/Printing/Scanning ATTY # 0856: 1 COPIES | .15 |
| 02/13/06 | Duplicating/Printing/Scanning ATTY # 0887: 46 COPIES | 6.90 |
| 02/13/06 | Duplicating/Printing/Scanning ATTY # 0559: 18 COPIES | 2.70 |
| 02/14/06 | IKON Copy Services - - Copying for hard copy service of monthly application CNO. | 63.40 |
| 02/14/06 | Duplicating/Printing/Scanning ATTY # 0718; 191 COPIES | 28.65 |
| 02/14/06 | Postage Expense Postage Expense: ATTY # 0559 | .39 |
| 02/14/06 | Duplicating/Printing/Scanning ATTY # 0856: 1 COPIES | .15 |
| 02/15/06 | Binding Charge | 3.00 |
| 02/15/06 | Duplicating/Printing/Scanning ATTY # 0559: 20 COPIES | 3.00 |
| 02/15/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 02/15/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 02/15/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 02/17/06 | Telephone Expense 608-983-2888/CAZENOVIA, WI/11 | .50 |

172573 W. R. Grace & Co.                        Invoice Number  1382164
60026  Litigation and Litigation Consulting      Page   4
       March 21, 2006

| Date | Description | Amount |
|---|---|---|
| 02/17/06 | Telephone Expense<br>453-374-1414/Denmark/2 | .40 |
| 02/17/06 | Telephone Expense<br>561-362-1552/BOCA RATON, FL/12 | .60 |
| 02/17/06 | Duplicating/Printing/Scanning | 30.00 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 158 COPIES | 23.70 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | 1.20 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 93 COPIES | 13.95 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 136 COPIES | 20.40 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 370 COPIES | 55.50 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 72 COPIES | 10.80 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 50 COPIES | 7.50 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 74 COPIES | 11.10 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 503 COPIES | 75.45 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .60 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                          Invoice Number  1382164
60026  Litigation and Litigation Consulting       Page    5
       March 21, 2006
```

| Date | Description | Amount |
|------|-------------|--------|
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 02/17/06 | Postage Expense Postage Expense: ATTY # 0559 | .78 |
| 02/17/06 | Postage Expense Postage Expense: ATTY # 0559 | .78 |
| 02/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 6 COPIES | .90 |
| 02/20/06 | Postage Expense Postage Expense: ATTY # 0559 | .39 |
| 02/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 3 COPIES | .45 |
| 02/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 02/20/06 | Postage Expense Postage Expense: ATTY # 0559 | .39 |
| 02/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 43 COPIES | 6.45 |
| 02/22/06 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/60 | 2.95 |
| 02/23/06 | Telephone Expense<br>619-574-0620/SAN DIEGO, CA/10 | .45 |

172573 W. R. Grace & Co.                        Invoice Number   1382164
 60026 Litigation and Litigation Consulting      Page   6
        March 21, 2006

| 02/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 227 COPIES | 34.05 |
| 02/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 162 COPIES | 24.30 |
| 02/24/06 | Outside Duplicating - - VENDOR: CLICKS - DEPT.<br>DUPLICATION OF DVDS CONTAINING DOCUMENT IMAGES. | 142.66 |
| 02/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 3 COPIES | .45 |
| 02/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 02/24/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/34 | 1.70 |
| 02/24/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/6 | .30 |
| 02/24/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/9 | .45 |
| 02/24/06 | Telephone Expense<br>303-866-0408/DENVER, CO/17 | .80 |
| 02/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 163 COPIES | 24.45 |
| 02/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 454 COPIES | 68.10 |
| 02/27/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/11 | .55 |
| 02/27/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .55 |
| 02/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 63 COPIES | 9.45 |

                         CURRENT EXPENSES                 975.84
                                                      ------------
                   TOTAL BALANCE DUE UPON RECEIPT        $975.84
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                         Invoice Number      1382165
One Town Center Road                    Invoice Date        03/21/06
Boca Raton, FL    33486                 Client Number         172573


===============================================================================
Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                                    0.00
        Expenses                            1,137.18

                    TOTAL BALANCE DUE UPON RECEIPT        $1,137.18
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1382165 |
| Invoice Date | 03/21/06 |
| Client Number | 172573 |
| Matter Number | 60035 |

=================================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 5.65 |
| Documentation Charge | 107.00 |
| Duplicating/Printing/Scanning | 587.25 |
| Courier Service - Outside | 138.74 |
| Outside Duplicating | 191.70 |
| Transportation | 17.00 |
| Taxi Expense | 34.00 |
| Mileage Expense | 26.70 |
| Meal Expense | 8.16 |
| General Expense | 20.98 |

|  |  |
|---|---:|
| CURRENT EXPENSES | 1,137.18 |
| | -------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $1,137.18 |
| | ============== |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1382165
One Town Center Road                     Invoice Date       03/21/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60035
==============================================================================
Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/01/06 | Telephone Expense<br>202-879-5969/WASHINGTON, DC/2 | .10 |
| 02/01/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/18 | .90 |
| 02/01/06 | Telephone Expense<br>202-879-5969/WASHINGTON, DC/12 | .60 |
| 02/01/06 | Telephone Expense<br>303-861-7000/DENVER, CO/21 | 1.05 |
| 02/01/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 02/01/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .15 |
| 02/02/06 | Telephone Expense<br>303-861-7000/DENVER, CO/7 | .35 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 19 COPIES | 2.85 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 19 COPIES | 2.85 |
| 02/03/06 | Telephone Expense<br>202-879-5032/WASHINGTON, DC/9 | .45 |
| 02/03/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/16 | .80 |
| 02/03/06 | Telephone Expense<br>786-662-5229/MIAMI, FL/2 | .10 |

172573 W. R. Grace & Co.                           Invoice Number  1382165
60035  Grand Jury Investigation                    Page    2
       March 21, 2006

| | | |
|---|---|---:|
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 500 COPIES | 75.00 |
| 02/03/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Reed<br>Smith LLP - Pittsburgh to SALT LAKE CITY UT<br>84106. | 9.28 |
| 02/03/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from LAWRENCE E FLATLEY  to<br>PALO ALTO CA 943052. | 32.75 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .45 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 02/07/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/8 | .40 |
| 02/07/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/3 | .15 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4722; 6 COPIES | .90 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4722; 1474 COPIES | 221.10 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .45 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 5 COPIES | .75 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4722: 2 COPIES | .30 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4722: 3 COPIES | .45 |
| 02/07/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Rebecca Aten Reed<br>Smith LLP - Pittsburgh to WVU  (MORGANTOWN WV<br>26506). | 7.37 |

172573 W. R. Grace & Co.                          Invoice Number   1382165
60035  Grand Jury Investigation                   Page    3
       March 21, 2006


02/07/06    Courier Service - Outside Courier Service -          20.50
            00843 UPS - Shipped from Rebecca Aten, Reed
            Smith LLP - Pittsburgh to MIAMI FL 33143.

02/07/06    Courier Service - Outside Courier Service -          10.00
            00843 UPS - Shipped from PULMONARY AND CRIT.
            CARE MED to Palo Alto 94305.

02/07/06    Courier Service - Outside Courier Service -          10.89
            00843 UPS - Shipped from LAWRENCE E FLATLEY  to
            PALO ALTO CA 943041.

02/08/06    Telephone Expense                                      .40
            303-866-0691/DENVER, CO/8

02/08/06    Duplicating/Printing/Scanning                       154.80
            ATTY # 3928; 1032 COPIES

02/08/06    Duplicating/Printing/Scanning                         4.80
            ATTY # 3928; 32 COPIES

02/08/06    Duplicating/Printing/Scanning                          .30
            ATTY # 3928: 2 COPIES

02/08/06    Duplicating/Printing/Scanning                         2.85
            ATTY # 0856: 19 COPIES

02/09/06    Duplicating/Printing/Scanning                         3.30
            ATTY # 3928; 22 COPIES

02/09/06    Duplicating/Printing/Scanning                         1.65
            ATTY # 3928; 11 COPIES

02/09/06    Duplicating/Printing/Scanning                          .30
            ATTY # 4722: 2 COPIES

02/09/06    Duplicating/Printing/Scanning                          .30
            ATTY # 3928: 2 COPIES

02/09/06    Duplicating/Printing/Scanning                          .30
            ATTY # 3928: 2 COPIES

02/09/06    Duplicating/Printing/Scanning                          .30
            ATTY # 4722: 2 COPIES

02/09/06    Duplicating/Printing/Scanning                         2.85
            ATTY # 0856: 19 COPIES

02/09/06    Duplicating/Printing/Scanning                          .15
            ATTY # 0856: 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1382165
60035  Grand Jury Investigation                   Page   4
       March 21, 2006

| | | |
|---|---|---:|
| 02/09/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Rebecca Aten, Reed Smith LLP - Pittsburgh to MIAMI FL 33143. | 9.69 |
| 02/09/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Rebecca Aten Reed Smith LLP - Pittsburgh to WVU  (MORGANTOWN WV 26506). | 7.37 |
| 02/09/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  to (PALO ALTO CA 94304). | 10.00 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 376 COPIES | 56.40 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 83 COPIES | 12.45 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 9 COPIES | 1.35 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 19 COPIES | 2.85 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856: 1 COPIES | .15 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856: 1 COPIES | .15 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856: 2 COPIES | .30 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0349: 16 COPIES | 2.40 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0349: 4 COPIES | .60 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0349: 3 COPIES | .45 |
| 02/10/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from LAWRENCE FLATLEY  to (PALO ALTO CA 943041). | 10.89 |
| 02/11/06 | Duplicating/Printing/Scanning ATTY # 4722: 2 COPIES | .30 |
| 02/13/06 | Duplicating/Printing/Scanning ATTY # 0856: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1382165
60035  Grand Jury Investigation                   Page   5
        March 21, 2006


02/14/06    Courier Service - Outside Courier Service -              10.00
            00843 UPS - Shipped from Palo Alto,CA  94305.

02/17/06    Duplicating/Printing/Scanning                            2.85
            ATTY # 0856: 19 COPIES

02/21/06    General Expense- VENDOR: ALL-STATE                       20.98
            INTERNATIONAL, INC.
            TABS

02/21/06    Outside Duplicating - - VENDOR: IKON OFFICE             191.70
            SOLUTIONS, INC. - COPYING OF EXHIBIT BINDERS.

02/23/06    Documentation Charge - - VENDOR: RESEARCH                80.25
            SOLUTIONS 4 INC. - ORDER
            #54778-57780--Electronic database charge.

02/23/06    Documentation Charge - - VENDOR: RESEARCH                26.75
            SOLUTIONS 4 INC. - ORDER #57781--Electronic
            database charge.

02/23/06    Duplicating/Printing/Scanning                             .45
            ATTY # 3928: 3 COPIES

02/24/06    Duplicating/Printing/Scanning                            2.25
            ATTY # 3928: 15 COPIES

02/24/06    Telephone Expense                                         .35
            303-861-7000/DENVER, CO/7

02/24/06    Duplicating/Printing/Scanning                           10.20
            ATTY # 3928; 68 COPIES

02/28/06    Meal Expense - - VENDOR: LAWRENCE E. FLATLEY             8.16
            TRIP TO WASH DC (2/23/06)--One Breakfast.

02/28/06    Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY            34.00
            TRIP TO WASH DC (2/23/06).

02/28/06    Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY         26.70
            TRIP TO WASH DC (2/23/06)--MILEAGE TO AND FROM
            PIT AIRPORT.

02/28/06    Transportation - - VENDOR: LAWRENCE E. FLATLEY          17.00
            PARKING - TRIP TO WASH DC (2/23/06).

02/28/06    Duplicating/Printing/Scanning                            4.50
            ATTY # 0396; 30 COPIES

02/28/06    Duplicating/Printing/Scanning                           11.40
            ATTY # 3928; 76 COPIES

172573  W. R. Grace & Co.
60035   Grand Jury Investigation
        March 21, 2006

                    CURRENT EXPENSES                          1,137.18
                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $1,137.18
                                                          ============