# EXHIBIT A

SSL-DOCS1 1672064v1

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2006 - FEBRUARY 28, 2006**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 24.7 | $ 14,714.00 |
| 0008 | Asset Analysis and Recovery | 0.8 | 460.00 |
| 0013 | Business Operations | 3.6 | 2,070.00 |
| 0014 | Case Administration | 30.2 | 8,612.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 50.0 | 32,592.50 |
| 0018 | Fee Application, Applicant | 49.4 | 16,827.50 |
| 0019 | Creditor Inquiries | 2.4 | 1,505.00 |
| 0020 | Fee Application, Others | 4.2 | 1,182.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.9 | 521.50 |
| 0028 | Insurance | 13.1 | 7,957.50 |
| 0032 | Litigation (Non-Bankruptcy/General) | 0.6 | 345.00 |
| 0035 | Travel - Non Working | 1.5 | 1,237.50 |
| 0036 | Plan and Disclosure Statement | 19.5 | 12,052.50 |
| 0037 | Hearings | 5.7 | 4,302.50 |
| 0040 | Employment Applications - Others | 2.3 | 1,322.50 |
| | | | |
| | **SUB TOTAL:** | **208.9** | **105,702.50** |
| | **LESS 50% TRAVEL** | **(0.7)** | **(618.75)** |
| | **TOTAL:** | **208.2** | **$ 105,083.75** |

# STROOCK

## INVOICE

| DATE | March 22, 2006 |
|---|---|
| INVOICE NO. | 377985 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2006 | Attend to estimation material for meeting with Navigant (0.4). | Krieger, A. | 0.4 |
| 02/01/2006 | Reviewed and revised draft of memo re: property damage claims hearing (.5); t/c w/ S. Bianca re: certain claims (.1); t/c's w/ A. Krieger re: memo (.2). | Papir, R. | 0.8 |
| 02/01/2006 | Preparation for meeting with Navigant re: estimation issues (2.5). | Pasquale, K. | 2.5 |
| 02/02/2006 | Attend to meeting with Navigant Consulting re estimation issues (2.2); attend to follow-up memorandum to Navigant re plan related documents (.2). | Krieger, A. | 2.4 |
| 02/02/2006 | Preparation for and meeting with Navigant, L. Kruger, A. Krieger re: estimation issues (2.5); attention to estimation issues (1.5). | Pasquale, K. | 4.0 |
| 02/03/2006 | Attend to Federal Mogul estimation order (.6). | Krieger, A. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/03/2006 | Attention to recently filed documents relating to fifteenth omnibus objection (.6) and other matters (.3). | Papir, R. | 0.9 |
| 02/03/2006 | Attention to estimation-related issues (2.2). | Pasquale, K. | 2.2 |
| 02/06/2006 | Attention to recently filed documents re: property damage claims (.6) and docket (.2). | Papir, R. | 0.8 |
| 02/08/2006 | Attend to Sealed Air settlement agreement's conditions precedent and office conference KP re same (.7): attend to terms of USG's settlement with asbestos claimants and plan funding for application to Grace (1.5). | Krieger, A. | 2.2 |
| 02/08/2006 | Telephone conference L. Chambers re: estimation and scheduling issues (.3). | Pasquale, K. | 0.3 |
| 02/10/2006 | Attention to estimation database issues and emails re: same (.6). | Pasquale, K. | 0.6 |
| 02/15/2006 | Attention to discovery status and estimation issues (1.4). | Pasquale, K. | 1.4 |
| 02/16/2006 | Attend to Court order denying PD motion to shorten time on motion to compel and memo to LK, KP re: same (.1). | Krieger, A. | 0.1 |
| 02/16/2006 | Attention to PD Committee's motion to compel discovery from Debtors. | Pasquale, K. | 0.3 |
| 02/23/2006 | Attend to Libby claimants motion for payment of certain estimation and plan related expenses and related documentation (2.8). | Krieger, A. | 2.8 |
| 02/23/2006 | T/c w/ A. Krieger re: property damage matters addressed at most recent omnibus hearing. | Papir, R. | 0.2 |
| 02/24/2006 | Office conference LK re: Libby claimants' motion for fees and expenses (.1). | Krieger, A. | 0.1 |
| 02/27/2006 | Attend to memorandum to B. Harding re: Navigant database inquiries (.1). | Krieger, A. | 0.1 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/27/2006 | Attention to Navigant memo re: database issues (.6); attention to estimation issues (1.4). | Pasquale, K. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.7 | $ 575 | $ 5,002.50 |
| Papir, Ryan M. | 2.7 | 395 | 1,066.50 |
| Pasquale, Kenneth | 13.3 | 650 | 8,645.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,714.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,714.00 |
|---|---|

# STROOCK

PAGE: 4

| RE | Asset Analysis and Recovery<br>699843  0008 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2006 | Telephone call L. Hamilton re meeting to discuss Project Omega and renegotiation of the DIP and office conference LK re same (.2). | Krieger, A. | 0.2 |
| 02/07/2006 | Exchanged memoranda with L. Hamilton re status of Project Omega and other matters (.4); telephone call L. Hamilton re same (2). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 575 | $ 460.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 460.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 460.00 |
|---|---|

# STROOCK

| RE | Business Operations<br>699843  0013 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2006 | Attend to correspondence to Judge Fitzgerald re: Debtors' financial reporting (0.2). | Krieger, A. | 0.2 |
| 02/08/2006 | Exchanged memoranda with J. Baer re proposed change of account for unrestricted funds (.1). | Krieger, A. | 0.1 |
| 02/14/2006 | Exchanged memoranda with J. Baer re: Debtors' change in their unrestructured cash account (.2); memorandum to LK, KP re: same (.1). | Krieger, A. | 0.3 |
| 02/16/2006 | Exchanged memoranda with L. Hamilton re: ART Joint Venture renewal (.3). | Krieger, A. | 0.3 |
| 02/21/2006 | Attend to motion to further extend and modify DIP (1.8); attend to motion to amend ART Credit Agreement (.4). | Krieger, A. | 2.2 |
| 02/22/2006 | Telephone call L. Hamilton re: DIP and ART financing extension motions, Weatherby Project, other (.5). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.6 | $ 575 | $ 2,070.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,070.00 |
|------------------------------------------|------------|

# STROOCK

PAGE: 6

| TOTAL FOR THIS MATTER | $ 2,070.00 |
|---|---|

# STROOCK

RE     Case Administration
699843  0014

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); retrieval of fee application for attorney review (.2). | Mohamed, D. | 1.3 |
| 02/02/2006 | Attend to newly filed pleadings including Debtors' motion to dismiss Libby claimant's appeal (.6). | Krieger, A. | 0.6 |
| 02/02/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 01-771 (.3); review adversary proceeding case docket no. 05-52724 (.2). | Mohamed, D. | 1.4 |
| 02/03/2006 | Download and distribute substantive pleadings in main case and adversary proceedings; update docket. | Kollender, A. | 0.5 |
| 02/03/2006 | Attend to newly filed notices, certifications (.3). | Krieger, A. | 0.3 |
| 02/03/2006 | Review W.R. Grace main case and adv. pro. dockets for filings of substantive pleadings and update working group. | Magzamen, M. | 0.4 |
| 02/06/2006 | Download and distribute substantive pleadings; update docket. | Kollender, A. | 0.5 |
| 02/07/2006 | Download and distribute substantive pleadings; update docket. | Kollender, A. | 0.7 |
| 02/07/2006 | Conference call with Grace representatives re | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pending and upcoming matters (.6). | | |
| 02/08/2006 | Download and distribute substantive filings; update docket. | Kollender, A. | 0.4 |
| 02/09/2006 | Download and distribute substantial pleadings; update docket. | Kollender, A. | 0.4 |
| 02/10/2006 | Download and distribute substantive filings; update docket. | Kollender, A. | 0.4 |
| 02/10/2006 | Review CNO regarding Steptoe and Johnson and order which doesn't incorporate agreed to changes (.2). | Kruger, L. | 0.2 |
| 02/13/2006 | Download and distribute substantive pleadings; update docket. | Kollender, A. | 0.4 |
| 02/14/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case for attorney review (.8); review adversary proceeding case docket nos. 01-771 and 05-52724 (.3). | Mohamed, D. | 1.6 |
| 02/15/2006 | Memorandum to D. Mohamed re: documents for agenda (.1); office conference D. Mohamed re: pleading to be heard during 2/21/06 hearing (.1). | Krieger, A. | 0.2 |
| 02/15/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case for attorney review (.8); attention to retrieval of certain pleadings relating to upcoming hearing for attorney review (.6). | Mohamed, D. | 1.9 |
| 02/16/2006 | Status conference with Grace representatives re: plan discussions, 2/21/06 hearings, motions to be filed (.5). | Krieger, A. | 0.5 |
| 02/16/2006 | Review and distribute case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case for attorney review (.9). | Mohamed, D. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/17/2006 | Attend to newly filed fee applications, responses (.3). | Krieger, A. | 0.3 |
| 02/17/2006 | Review and update case docket docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.7). | Mohamed, D. | 1.0 |
| 02/21/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 05-52724 and 04-55083 (.5). | Mohamed, D. | 1.8 |
| 02/22/2006 | Attend to newly filed pleadings (.6); exchange memoranda with LK re: 2/24/06 conference call regarding mediator (.1). | Krieger, A. | 0.7 |
| 02/22/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); prepare sub-folders with regards to case documents (.4). | Mohamed, D. | 1.7 |
| 02/23/2006 | Office conference R. Papir re: billing inquiry (.1); exchanged memoranda with LK re: 2/24/06 conference call on mediator (.1); attend to newly filed pleadings (.4). | Krieger, A. | 0.6 |
| 02/23/2006 | Review emails regarding mediator/facilitator regarding recommendations and scheduling (.4); office conference with K. Pasquale and A. Krieger regarding proposed mediators (.3). | Kruger, L. | 0.7 |
| 02/23/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3); retrieve hearing transcript of 5/20/2002 for attorney review (.2); review case documents in preparation for central file supplementation (.8); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.3); review adversary proceeding case docket nos. 01-771 and 04-55083 (.4). | Mohamed, D. | 3.5 |
| 02/24/2006 | Review resumes of proposed | Kruger, L. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | mediators/facilitators in preparation for conference call with all parties (1.1); telephone conference with A. Krieger, Bernick, Baer, Inselbuch, Lockwood, Baena, et al. regarding selection of mediator, facilitator (.5); office conference with A. Krieger and telephone call with J. Baer and Lockwood regarding mediator/facilitator (.2). | | |
| 02/24/2006 | Review and update case docket no. 01-1139 (.3), retrieve and distribute recently filed pleadings in main case for attorney review (.7). | Mohamed, D. | 1.0 |
| 02/24/2006 | Attention to proposed mediators (.8). | Pasquale, K. | 0.8 |
| 02/27/2006 | Review and update case docket no. 01-1139 (.3), retrieve and distribute recently filed pleadings in main case (.8). | Mohamed, D. | 1.1 |
| 02/28/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.7), attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kollender, Adam E. | 3.3 | $ 215 | $ 709.50 |
| Krieger, Arlene G. | 3.8 | 575 | 2,185.00 |
| Kruger, Lewis | 2.7 | 825 | 2,227.50 |
| Magzamen, Michael S. | 0.4 | 225 | 90.00 |
| Mohamed, David | 19.2 | 150 | 2,880.00 |
| Pasquale, Kenneth | 0.8 | 650 | 520.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,612.00 |
|------------------------------------------|------------|

# STROOCK

| PAGE: 11 | |
| --- | --- |
| TOTAL FOR THIS MATTER | $ 8,612.00 |

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/01/2006 | Attend to memorandum to the Committee re: Drake et al settlement (0.2); Attend to memorandum to the Committee re: property damage claim hearings (0.8); o/c(s) R. Papir re: Committee memorandum (0.2); Attend to memoranda to the Committee re: conference call to discuss plan-related issues (0.7); Attend to LK inquiry on plan issues (0.6); attend to J. Freeman memorandum and exchange memoranda w/LK, KP re: same (0.4). | Krieger, A. | 2.9 |
| 02/01/2006 | Office conference with K. Pasquale, A. Krieger and telephone call with D. Bernick and J. Baer regarding modification to POR, status and strategy in POR negotiations (.6); review of structure term sheet (.3); preparation for Navigant meeting (.8). | Kruger, L. | 1.7 |
| 02/02/2006 | Exchanged memoranda with Committee members re 2/3/06 Committee conference (.4); office conference LK re agenda for Committee call (.2); telephone call Jim Freeman re Committee call (.2); telephone call L. Hamilton re plan structure outline (.2). | Krieger, A. | 1.0 |
| 02/02/2006 | Office conference with A. Krieger, K. Pasquale, R. Cantor and L. Chambers of Navigant regarding preparation for estimation reports and hearing (2.5); telephone conference with clients regarding Court hearing (.6); review estimation issues (1.0). | Kruger, L. | 4.1 |
| 02/03/2006 | Attend to preparation of an agenda and related document for today's call and office conference LK re same (.6); Committee conference call re | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | February 2006 hearing on exclusivity, plan discussions (.5). | | |
| 02/03/2006 | Telephone call with A. Krieger, K. Pasquale and Committee regarding plan related matters and interest rate (.6); review structure issues (.6). | Kruger, L. | 1.2 |
| 02/03/2006 | Conference call with Committee re: case status (.6). | Pasquale, K. | 0.6 |
| 02/07/2006 | Conference call with Debtors, professionals re: status (.3). | Pasquale, K. | 0.3 |
| 02/10/2006 | Attend to articles on FAIR Act for the Committee (.3). | Krieger, A. | 0.3 |
| 02/13/2006 | Memorandum to the Committee re: plan-related matters (.2). | Krieger, A. | 0.2 |
| 02/14/2006 | Memorandum to the Committee re: Debtors' status report (.2); office conference LK, KP re: Tom Maher's discussion with R. Tarola and Committee conference call to discuss matters (.1); attend to memorandum to the Committee re: conference call re: exclusivity, FAIR Act, plan-related matters (.6); exchanged memoranda with Committee members re: conference call (.2); attend to R. Tarola's memorandum re: modified interest rate, related plan matters (.1); attend to memorandum confirming 2/16/06 conference call (.1). | Krieger, A. | 1.3 |
| 02/14/2006 | Telephone call with T. Maher regarding his telephone call with Tarola regarding interest rate, co-proponent status and need for Committee meeting (.3); review Tarola's emails regarding interest rate (.2); office conference with A. Krieger regarding Committee meeting and issues (.2). | Kruger, L. | 0.7 |
| 02/15/2006 | Attend to materials for 2/16/06 Committee conference call (1.9); attend to memoranda to the Committee re: 2/16/06 conference call (.6); | Krieger, A. | 3.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | attend to memoranda to MAS re: plan support agreement (.6); telephone call MAS re: plan support agreement (.4); attend to agenda for conference call (.3). | | |
| 02/15/2006 | Review of memo to Committee regarding interest rate and conditions to co-proponent position (.4); review agenda for Committee call (.2). | Kruger, L. | 0.6 |
| 02/15/2006 | Review materials for 2/16 Committee Call (.6). | Kruger, L. | 0.6 |
| 02/16/2006 | Attend to materials for Committee conference call (.4); conference call with the Committee re: exclusivity, plan-related matters, FAIR Act and follow-up office conference LK, KP (.7); attend to memorandum to the Committee re: revised plan support letter (.8); attend to memorandum to the Committee re: proposed unrestricted cash account transfer (.7); office conference LK re: memoranda (.2); exchanged memoranda with T. Maher re: same (.1). | Krieger, A. | 2.9 |
| 02/16/2006 | Preparation for and telephone conference with Creditors Committee regarding interest rates, exclusivity, co-proponent of POR and related matters (1.1); review email to Committee regarding Grace's transfer of funds (.2); office conference with K. Pasquale, Arlene Krieger and by phone with J. Baer regarding status of negotiations and preparation for Court hearing on 2/21/06 (.5); review letter to J. Baer regarding co-proponent position (.2); office conference with A. Krieger regarding memorandum (.2); telephone call with T. Maher regarding co-proponent issues (.3). | Kruger, L. | 2.5 |
| 02/16/2006 | Review Capstone's analysis of enterprise and distributable value, and related interest analysis (.4). | Kruger, L. | 0.4 |
| 02/16/2006 | Preparation for and Committee conf. call re: proposed POR support and interest rate issues (1.1); conf. call with Debtors, professionals re: | Pasquale, K. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | status (.6). | | |
| 02/17/2006 | Exchanged memoranda with LK, KP re: plan support letter, other plan changes (.6); telephone call L. Hamilton re: plan support letter (.1); office conference LK re: plan support letter (.1); memorandum to the Committee re: letter (.2). | Krieger, A. | 1.0 |
| 02/17/2006 | Conference call with Capstone, A. Krieger re: POR scenarios. | Pasquale, K. | 0.3 |
| 02/21/2006 | Attend to Committee member comments to plan support letter (.1); memo to LK, KP re: comments (.2); attend to FAIR Act information to address Committee inquiries (.2); memorandum to the Committee re: proposed retention of Bowe & Fernicola (.4). | Krieger, A. | 0.9 |
| 02/22/2006 | Attend to memorandum to the Committee re: results of 2/21/06 hearings (1.3); office conference LK re: comments on plan co-proponent letter (.1); telephone call R. Douglas re: discussed comments (.2); memorandum to LK, KP re: modifications to letter (.2). | Krieger, A. | 1.8 |
| 02/23/2006 | Prepare revised letter to J. Baer re: the Committee's co-proponent status (.5); attend to Committee memoranda re: Latham & Watkins retention motion (.8); exchanged memoranda with Committee member re: exclusivity (.1); attend to memoranda to the Committee re: 2/21/06 hearing (.6). | Krieger, A. | 2.0 |
| 02/24/2006 | Attend to memorandum to the Committee re: Libby claimants' motion for payment of counsel and expert fees (2.6): prepare memorandum for the Committee re: mediator candidates and information thereon (1.4); exchanged memoranda with R. Douglas re: proposed correspondence to J. Baer (.1). | Krieger, A. | 4.1 |
| 02/27/2006 | Attend to Committee memorandum re: Libby claimants motion for payment of fees and | Krieger, A. | 5.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | related prior hearings (2.8); attend to finalizing letter to J. Baer re: Committee's position on continuing as a co-proponent (.1); memorandum to Jan Baer re: plan letter (.2); exchanged memorandum with T. Maher re: potential mediator (.1); attend to Committee memorandum re: proposed settlement with the Port Authority (2.1). | | |
| 02/27/2006 | Review memo to Committee regarding Libby claimants seeking payment of fees (.3); office conference with K. Pasquale and A. Krieger regarding Eric Green and Robert Mnookin as prospective mediators (.3); further emails with A. Krieger and K. Pasquale regarding candidates for facilitator (.2); emails with T. Maher regarding mediators (.1); review estimation issues (.3). | Kruger, L. | 1.2 |
| 02/28/2006 | Attend to memorandum to the Committee re: settlement with the Port Authority (1.8). Attend to memorandum re: Libby Claimants motion (2.2). | Krieger, A. | 4.0 |
| 02/28/2006 | Review of mediator resume in preparation for all parties call (.6); telephone conference with Bernick, Inselbuch, Baena, et al. considering mediator candidates (.6); review memo to Committee regarding Port Authority (.3). | Kruger, L. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 32.6 | $ 575 | $ 18,745.00 |
| Kruger, Lewis | 14.5 | 825 | 11,962.50 |
| Pasquale, Kenneth | 2.9 | 650 | 1,885.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 32,592.50 |
|------------------------------------------|-------------|

# STROOCK

| TOTAL FOR THIS MATTER | $ 32,592.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/07/2006 | Started to review time in prep of working on monthly fee application. | Holzberg, E. | 1.1 |
| 02/07/2006 | Attend to preparation of Nineteenth Quarterly fee application (1.9) | Krieger, A. | 1.9 |
| 02/08/2006 | Reviewed documents and started to retrieve prior monthly bills in preparation to work on quarterly interim application. | Holzberg, E. | 2.8 |
| 02/08/2006 | Attend to preparation of fee application (1.9). | Krieger, A. | 1.9 |
| 02/09/2006 | Worked on interim fee application. | Holzberg, E. | 4.8 |
| 02/09/2006 | Attend to preparation of SSL's Nineteenth Quarterly Fee Application (4.0). | Krieger, A. | 4.0 |
| 02/10/2006 | Worked on interim fee application. | Holzberg, E. | 6.1 |
| 02/10/2006 | Attend to fee application - SSL's Nineteenth Quarterly (1.5). | Krieger, A. | 1.5 |
| 02/12/2006 | Attend to insert for fee application (1.1). | Krieger, A. | 1.1 |
| 02/13/2006 | Review/revise fee application (2.7). | Krieger, A. | 2.7 |
| 02/14/2006 | Worked on 19th quarterly fee application. | Holzberg, E. | 4.5 |
| 02/14/2006 | Office conference with E. Holzberg re: charts for fee application (.2); finalizing fee application (.9); memorandum to KP re: fee application (.1). | Krieger, A. | 1.2 |
| 02/14/2006 | Assist in preparation of Stroock's nineteenth quarterly fee application in preparation for | Mohamed, D. | 0.8 |

SSL-DOCS1 1672064v1

# STROOCK

PAGE: 19

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | filing (.8). | | |
| 02/14/2006 | Attention to draft fee application for October-December 2005 (.5). | Pasquale, K. | 0.5 |
| 02/15/2006 | Completed quarterly fee application, and prepared it for service and filing; gave to David Mohamed to serve & file (1.0); started to review time for monthly application (1.8) | Holzberg, E. | 2.8 |
| 02/15/2006 | Preparation of service re: Stroock's nineteenth quarterly fee application (.8); prepare affidavit of service for same (.2). | Mohamed, D. | 1.0 |
| 02/17/2006 | Cont. to review time for monthly application. | Holzberg, E. | 0.6 |
| 02/17/2006 | Office conference E. Holzberg re: January 2006 fee statement (.1). | Krieger, A. | 0.1 |
| 02/21/2006 | Review and revised time for monthly bill & gave to A. Krieger. | Holzberg, E. | 1.9 |
| 02/23/2006 | Attend to SSL's January 2006 fee statement (.8). | Krieger, A. | 0.8 |
| 02/24/2006 | Worked on monthly bill and exhibits. | Holzberg, E. | 2.3 |
| 02/24/2006 | Attend to January 2006 fee statement (.5). | Krieger, A. | 0.5 |
| 02/27/2006 | Worked on monthly bill. | Holzberg, E. | 2.6 |
| 02/28/2006 | Completed monthly application and exhibits. | Holzberg, E. | 1.5 |
| 02/28/2006 | Attend to January 2006 fee statement and o/c D. Mohammed re: final changes (0.4). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 31.0 | $ 225 | $ 6,975.00 |
| Krieger, Arlene G. | 16.1 | 575 | 9,257.50 |
| Mohamed, David | 1.8 | 150 | 270.00 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.5 | 650 | 325.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,827.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,827.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2006 | Telephone call creditor re FAIR Act enactment and attend to background information thereon (.8). | Krieger, A. | 0.8 |
| 02/14/2006 | Telephone conferences with debt holders re: Grace 2/12 status report (.6). | Pasquale, K. | 0.6 |
| 02/15/2006 | Telephone conferences with debt holders re: implications on possible consensual POR (.4). | Pasquale, K. | 0.4 |
| 02/17/2006 | Attend to correspondence to counsel re: environmental claims (.1). | Krieger, A. | 0.1 |
| 02/21/2006 | Attend to correspondence to counsel (.1). | Krieger, A. | 0.1 |
| 02/22/2006 | Telephone call with creditors regarding 2/21 hearing (.2). | Kruger, L. | 0.2 |
| 02/23/2006 | Telephone call bank debt holder re: status of estimation, ZAI ruling, exclusivity (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.2 | $ 575 | $ 690.00 |
| Kruger, Lewis | 0.2 | 825 | 165.00 |
| Pasquale, Kenneth | 1.0 | 650 | 650.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,505.00 |
|------------------------------------------|-----------|

# STROOCK

PAGE: 22

| TOTAL FOR THIS MATTER | $ 1,505.00 |
| --- | --- |

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2006 | Attend to newly filed fee applications (0.1). | Krieger, A. | 0.1 |
| 02/14/2006 | Attend to newly filed fee applications (.2). | Krieger, A. | 0.2 |
| 02/17/2006 | Review Capstone Advisory Group's fee statement for December 2005 in preparation for filing (.4); prepare notice for same (.2); prepare affidavit of service for same and forward to local counsel for filing (.4); preparation of service re: fee statement (.7). | Mohamed, D. | 1.7 |
| 02/21/2006 | Prepare amended notice of Capstone's December 2005 fee statement (.2); prepare affidavit of service for same and forward both to local counsel for filing (.4); preparation of service re: fee statement (.6). | Mohamed, D. | 1.2 |
| 02/27/2006 | Office conference E. Holzberg re: January 2006 invoice from Navigant (.1); memorandum to R. Cantor re: same (.1); exchanged multiple memoranda with accounting and Navigant re: Navigant's January 2006 invoice (.5). | Krieger, A. | 0.7 |
| 02/28/2006 | Attend to memorandum from accounting and exchange memoranda with Navigant re: January 2006 invoice (0.2); o/c E. Holzberg re: January 2006 invoice and fee statement (0.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.3 | $ 575 | $ 747.50 |
| Mohamed, David | 2.9 | 150 | 435.00 |

SSL-DOCS1 1672064v1

# STROOCK

PAGE: 24

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,182.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,182.50 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|----|--------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2006 | Attend to J. Baer response to questions on revised Port Authority stipulation and exchanged memoranda w/M. Berg re: same (0.3); memorandum to J. Baer re: same(0.1). | Krieger, A. | 0.4 |
| 02/03/2006 | E-mail re: PANY NJ Stipulation. | Berg, M. | 0.2 |
| 02/03/2006 | Attend to memoranda from J. Baer re further Port Authority inquiry (.1); exchanged memoranda with M. Berg re same (.2). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 0.2 | $ 595 | $ 119.00 |
| Krieger, Arlene G. | 0.7 | 575 | 402.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 521.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 521.50 |
|-----------------------|----------|

# STROOCK

PAGE: 26

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

MATTER DISBURSEMENT SUMMARY

| | |
|--|--|
| Outside Messenger Service | $ 103.99 |
| Meals | 53.48 |
| Local Transportation | 19.00 |
| Long Distance Telephone | 18.46 |
| Duplicating Costs-in House | 10.50 |
| Filing Fees | 240.00 |
| O/S Information Services | 479.92 |
| In House Messenger Service | 28.70 |
| Travel Expenses - Transportation | 134.00 |
| Westlaw | 328.57 |
| Word Processing - Logit | 18.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,434.62 |
|----------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,434.62 |
|-----------------------|------------|

# STROOCK

| RE | Insurance |
|---|---|
| | 699843  0028 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/08/2006 | Attend to J. Baer memorandum re term sheet on global insurance settlement and memorandum to L. Hamilton, Pat McGrath re same (.3); exchanged memoranda with KP re same (.1); telephone call L. Hamilton re settlement (.1); memorandum to J. Baer re receipt of information necessary to evaluate settlement (.1); exchanged memoranda with B. Latza re proposed insurance settlement (.3); exchanged memo with Grace representatives re request for information to evaluate settlement, conference call to discuss (.2). | Krieger, A. | 1.1 |
| 02/08/2006 | Review term sheet re: settlement with insurers and e-mails thereon. | Latza, W. | 0.5 |
| 02/08/2006 | Attention to Grace/Underwriters settlement term sheet (.3). | Pasquale, K. | 0.3 |
| 02/09/2006 | Exchanged memoranda with R. Lewin re proposed insurance settlement (.3); memorandum to Grace representatives re conference call to discuss proposed settlement (.1). | Krieger, A. | 0.4 |
| 02/09/2006 | Review Grace settlement with various insurance companies (.3). | Kruger, L. | 0.3 |
| 02/13/2006 | Attend to selected related provisions of the plan and K&E memorandum on proposed insurance settlement (.9). | Krieger, A. | 0.9 |
| 02/13/2006 | Review K&E's memo regarding insurance settlement (.3). | Kruger, L. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/14/2006 | Office conference R. Lewin re: proposed insurance settlement (.5); exchanged memoranda with Grace representatives re conference call to discuss insurance matter (.2). | Krieger, A. | 0.7 |
| 02/14/2006 | Conv.w/ AK and review summary of settlement agreement. | Lewin, R. | 0.7 |
| 02/15/2006 | Attend to information request re: proposed Underwriter's Settlement (.6); memorandum to L. Hamilton re: conference call to provide overview of settlement (.1); conference call with J. Baer, J. Posner, J. Hughes, Fred Zaremby re: Underwriter's Settlement and follow-up office conference R. Lewin (.8); telephone call L. Hamilton re: substance of conversation re: Underwriter's Settlement (.3). | Krieger, A. | 1.8 |
| 02/15/2006 | Unofficial Committee of W.R. Grace Creditors/Insurance (Conf. w/ W.R. Grace re: proposed insurance settlement, e-mails w/ AK) (1.0). | Lewin, R. | 1.0 |
| 02/16/2006 | Office conference KP re: Lloyd's settlement (.1); attend to review of Kaiser Settlement Agreement (1.4). | Krieger, A. | 1.5 |
| 02/16/2006 | Confer A. Krieger re: proposed Underwriters settlement (.1); attention to Kaiser agreement re: same (.8). | Pasquale, K. | 0.9 |
| 02/21/2006 | Attend to UNR-related case law re: proposed insurance settlement (.6); memorandum to R. Lewin re: case law (.1). | Krieger, A. | 0.7 |
| 02/22/2006 | Attend to Fuller-Austin decision-related materials (1.8). | Krieger, A. | 1.8 |
| 02/23/2006 | Memorandum to J. Baer re: status of receiving CD containing material relating to Underwriter's' settlement (.1). | Krieger, A. | 0.1 |
| 02/23/2006 | E-mails w/ Arlene Krieger. | Lewin, R. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 9.0 | $ 575 | $ 5,175.00 |
| Kruger, Lewis | 0.6 | 825 | 495.00 |
| Latza, William D. | 0.5 | 675 | 337.50 |
| Lewin, Robert | 1.8 | 650 | 1,170.00 |
| Pasquale, Kenneth | 1.2 | 650 | 780.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,957.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,957.50 |
|---|---|

# STROOCK

---

PAGE: 30

---

| RE | Litigation (Non-Bankruptcy/General) 699843 0032 |
|----|--------------------------------------------------|

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/03/2006 | Attend to Ninth Circuit decision on removal of governmental action for civil penalties (.6). | Krieger, A. | 0.6 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 575 | $ 345.00 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 345.00 |
|------------------------------------------|----------|

---

| TOTAL FOR THIS MATTER | $ 345.00 |
|-----------------------|----------|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|---------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/21/2006 | Travel back to NY from hearing (1.5). | Kruger, L. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 1.5 | $ 825 | $ 1,237.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,237.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,237.50 |
|-----------------------|------------|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2006 | Attend to review of TDP and other selected plan-related documents (1.4); conf/c Debtors' representatives re: plan-related issues and follow-up o/c LK, KP re same (0.6); t/c L. Hamilton re: plan discussions (0.2); memorandum to L. Hamilton re: plan structure document (0.1); attend to Debtors' plan structure outline (0.1). | Krieger, A. | 2.4 |
| 02/01/2006 | Conference call with Debtors, professionals re: plan issues (.6); attention to plan structure outline (.6). | Pasquale, K. | 1.2 |
| 02/02/2006 | Memorandum to MAS re plan structure outline (.1). | Krieger, A. | 0.1 |
| 02/07/2006 | Telephone call with A. Krieger, K. Pasquale, Debtors' professionals regarding status of plan negotiations and related matters (.5). | Kruger, L. | 0.5 |
| 02/08/2006 | Confer A. Krieger re: plan issues (.3). | Pasquale, K. | 0.3 |
| 02/09/2006 | Attend to plan treatment memorandum (.6). | Krieger, A. | 0.6 |
| 02/09/2006 | Review memo regarding POR treatment of unsecureds (.3). | Kruger, L. | 0.3 |
| 02/13/2006 | Memorandum to L. Hamilton re: Debtors' modified plan proposal (.2). | Krieger, A. | 0.2 |
| 02/14/2006 | Attend to plan-related status report filed by Grace (.5); memorandum to Capstone re: questions regarding modified plan proposal (.2). | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/14/2006 | Attention to Grace 2/13 status report issues (.5); attention to issues re: amended plan and PPI (.4). | Pasquale, K. | 0.9 |
| 02/15/2006 | Telephone call S. Cunningham, R. Frezze re: Debtors' PI plan settlement proposal (.5); memorandum to LK, KP re: plan points (.2). | Krieger, A. | 0.7 |
| 02/15/2006 | Memo form AGK re: plan, work on issues raised; telephone conference AGK re: plan related issues. | Speiser, M. | 0.5 |
| 02/16/2006 | Office conference KP re: updated value distribution analysis (.1); attend to Capstone analysis (.3); attend to letter to J. Baer re: Committee agreement as co-proponent (.8). | Krieger, A. | 1.2 |
| 02/16/2006 | Review memo to Committee regarding plan support letter (.3). | Kruger, L. | 0.3 |
| 02/17/2006 | Conference call R. Frezzi, KP re: valuation distribution analysis (.4); telephone call L. Hamilton re: analysis call (.2); attend to valuation analysis (.5). | Krieger, A. | 1.1 |
| 02/17/2006 | Review plan support letter and exchange emails with A. Krieger and K. Pasquale (.5); office conference with A. Krieger regarding plan support letter (.1). | Kruger, L. | 0.6 |
| 02/17/2006 | Attention to draft letter to Debtors re: POR co-propent status. | Pasquale, K. | 0.3 |
| 02/22/2006 | Office conference DW re: David Geronemus as mediator/facilitator (.1); attend to e-mails re: conference call to identify mediator (.1). | Krieger, A. | 0.2 |
| 02/23/2006 | Attend to information on Robert Mnookin, proposed plan mediator (.6). | Krieger, A. | 0.6 |
| 02/24/2006 | Attend to e-mail re: mediator/facilitator and search for information on potential candidates (.9); office conference LK re: above and separate telephone calls J. Baer, D. Bernick and | Krieger, A. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | P. Lockwood re: candidates (.2); attend to various e-mails and biographical information on candidates (.8); attend conference call with representative for all parties re: mediator (.5); attend to additional memoranda from parties re: biographical information on mediator candidates (.2). | | |
| 02/27/2006 | Attend to transcript from 2/21/06 hearing on exclusivity (1.1). | Krieger, A. | 1.1 |
| 02/27/2006 | Attend to additional information on E. Green and R. Mnookin and office conference LK, KP re: same (.3); further exchange of memoranda with LK, KP re: candidates for facilitator role (.2). | Krieger, A. | 0.5 |
| 02/27/2006 | Attention to transcript of 2/21 hearing re: exclusivity (.5). | Pasquale, K. | 0.5 |
| 02/28/2006 | Conference call with representatives for all parties re: mediator and follow-up o/c(s) LK, KP (0.6); attend to Judge Parker resume and attorney comments on candidates (0.1). | Krieger, A. | 0.7 |
| 02/28/2006 | Complete 2/21/06 hearing transcript (0.4). | Krieger, A. | 0.4 |
| 02/28/2006 | Preparation for and conference call with parties re: mediator selection (.8); telephone coference WSK re: same (.2); | Pasquale, K. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 13.1 | $ 575 | $ 7,532.50 |
| Kruger, Lewis | 1.7 | 825 | 1,402.50 |
| Pasquale, Kenneth | 4.2 | 650 | 2,730.00 |
| Speiser, Mark A. | 0.5 | 775 | 387.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,052.50 |
|------------------------------------------|-------------|

# STROOCK

PAGE: 35

| TOTAL FOR THIS MATTER | $ 12,052.50 |
|---|---|

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2006 | Attend to transcript from 1/30/06 omnibus hearing (.5). | Krieger, A. | 0.5 |
| 02/10/2006 | Attend to D. Bernick correspondence re settlement proposal to PI/Futures Representative and exchanged memoranda with LP re same. | Krieger, A. | 0.2 |
| 02/15/2006 | Attend to agenda notice for 2/21/06 hearings (.1); attend to pleadings for 2/21/06 hearings (.4). | Krieger, A. | 0.5 |
| 02/17/2006 | Attend to amended agenda notice (.1). | Krieger, A. | 0.1 |
| 02/17/2006 | Review amended agenda for 2/21 hearing (.2). | Kruger, L. | 0.2 |
| 02/21/2006 | Exchanged memoranda with LK re: hearing before the Court (.1). | Krieger, A. | 0.1 |
| 02/21/2006 | Preparation for court hearing (.6); attend court hearing regarding exclusivity and other agenda items (2.6). | Kruger, L. | 3.2 |
| 02/22/2006 | Office conference LK re: 2/21/06 hearing (.2). | Krieger, A. | 0.2 |
| 02/22/2006 | Office conference with A. Krieger regarding 2/21 court hearing (.2); review memo regarding 2/21 hearing to Committee (.3); office conference with A. Krieger regarding letter regarding co-proponent status (.2). | Kruger, L. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

PAGE: 37

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 575 | $ 920.00 |
| Kruger, Lewis | 4.1 | 825 | 3,382.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,302.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,302.50 |
|---|---|

# STROOCK

---

PAGE: 38

---

| RE | Employment Applications - Others<br>699843  0040 |
|----|---------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2006 | Attend to proposed final form of Bear Stearns retention order and Certificate of Counsel, and exchanged memoranda with the US Trustee, Debtors' counsel re: revisions to paragraph 4 (0.7). | Krieger, A. | 0.7 |
| 02/10/2006 | Attend to CNO re Steptoe Johnson retention and memoranda with S. Bianca, J. Baer, J. O'Neill re failure of submitted order to reflect change agreed to with the Committee (.3); memorandum to M. Lastowski re revised order on Steptoe (.1). | Krieger, A. | 0.4 |
| 02/14/2006 | Exchanged memoranda with J. O'Neill re: revised order for the retention of Steptoe & Johnson (.1). | Krieger, A. | 0.1 |
| 02/21/2006 | Attend to Debtors application to retain Bowe & Fernicola (.3); memorandum to S. Bianca re: questions regarding retention (.2). | Krieger, A. | 0.5 |
| 02/23/2006 | Memoranda to S. Bianca re: Latham & Watkins retention questions (.2). | Krieger, A. | 0.2 |
| 02/28/2006 | Follow-up memorandum to S. Bianca re: concern regarding conflicts provision in Latham engagement letter (0.3); exchanged memo with J. Baer re; Libby Claimants' motion (0.1). | Krieger, A. | 0.4 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

PAGE: 39

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.3 | $ 575 | $ 1,322.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,322.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,322.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 105,702.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,434.62 |
| TOTAL BILL | $ 107,137.12 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

SSL-DOCS1 1672064v1