# EXHIBIT B

SSL-DOCS1 1672064v1

## WR GRACE & CO
## SUMMARY OF FEES
### FEBRUARY 1, 2006 - FEBRUARY 28, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 25.3 | $ 825 | $ 20,872.50 |
| Latza, William D. | 0.5 | 675 | 337.50 |
| Lewin, Robert | 1.8 | 650 | 1,170.00 |
| Pasquale, Kenneth | 23.9 | 650 | 15,535.00 |
| Speise, Mark A. | 0.5 | 775 | 387.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Berg, Madelaine | 0.2 | 595 | 119.00 |
| Krieger, Arlene G. | 95.4 | 575 | 54,855.00 |
| Papir, Ryan M. | 2.7 | 395 | 1,066.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 31.0 | 225 | 6,975.00 |
| Kollendar, Adam E. | 3.3 | 215 | 709.50 |
| Magzamen, Michael S. | 0.4 | 225 | 90.00 |
| Mohamed, David | 23.9 | 150 | 3,585.00 |
|  |  |  |  |
| **SUB TOTAL:** | 208.9 |  | 105,702.50 |
| **LESS 50% TRAVEL** | (0.7) |  | (618.75) |
|  |  |  |  |
| **TOTAL** | 208.2 |  | $ 105,083.75 |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2006 - FEBRUARY 28, 2006**

| | |
|---|---:|
| Outside Messenger Service | $ 103.99 |
| Meals | 53.48 |
| Local Transportation | 19.00 |
| Long Distance Telephone | 18.46 |
| Duplicating Costs-in House | 10.50 |
| Filing Fees | 240.00 |
| O/S Information Services | 479.92 |
| In House Messenger Service | 28.70 |
| Travel Expenses - Transportation | 134.00 |
| Westlaw | 328.57 |
| Word Processing - Logit | 18.00 |
| **TOTAL** | **$ 1,434.62** |

SSL-DOCS1 1672064v1

# STROOCK

## DISBURSEMENT REGISTER

| DATE | March 23, 2006 |
|---|---|
| INVOICE NO. | 377985 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES RENDERED in the captioned matter for the period through February 28, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| 02/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827046; DATE: 01/28/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Barbara Harding Esq Kirkland & Ellis LLP, 655 Fifteenth Street N.W., WASHINGTON, DC 20005 Tracking #:1Z10X8270192386093 on 01/26/2006 | 6.66 |
| 02/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827056; DATE: 02/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195099666 on 01/30/2006 | 8.46 |
| 02/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827056; DATE: 02/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195897482 on 01/30/2006 | 6.38 |
| 02/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827056; DATE: 02/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196080272 on 01/30/2006 | 6.38 |
| 02/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827056; DATE: 02/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David | 6.38 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1672064v1

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199919656 on 01/30/2006 | |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270190166511 on 02/15/2006 | 8.80 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270192571338 on 02/15/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270193488525 on 02/15/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194261302 on 02/15/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270190822874 on 02/17/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191653680 on 02/17/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193949296 on 02/17/2006 | 6.38 |

SSL-DOCS1 1672064v1

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194392868 on 02/17/2006 | 8.80 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Steve Bossay Esq. Warren H. Smith and Associa, , DALLAS, TX 75201 Tracking #:1Z10X8270190166511 on 02/15/2006 | 5.18 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Stephanie Lenkiewicz Duane Morris LLP, , WILMINGTON, DE 19801 Tracking #:1Z10X8270192571338 on 02/15/2006 | 2.89 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO David Klauder Esq. Office of the United States, , Wilmington, DE 19801 Tracking #:1Z10X8270193488525 on 02/15/2006 | 2.89 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO David B. Siegal W.R. Grace & Co., , COLUMBIA, MD 21044 Tracking #:1Z10X8270194261302 on 02/15/2006 | 2.89 |
| **Outside Messenger Service Total** | | **103.99** |
| **Meals** | | |
| 02/23/2006 | VENDOR: Seamless Web; Invoice#: 106305; Date: 02/08/2006 - Food Merchants Catering by Peter Krasnov; Ken Pasquale; Order Date: 02/01/06 16:24:00 | 53.48 |
| **Meals Total** | | **53.48** |
| **Local Transportation** | | |
| 02/09/2006 | VENDOR: Petty Cash; INVOICE#: PC02/8/06; DATE: 2/9/2006 - 02/02/06  NY PETTY CASH - L.Kruger | 19.00 |
| **Local Transportation Total** | | **19.00** |
| **Long Distance Telephone** | | |
| 02/02/2006 | EXTN.5007, TEL.202-879-5081, S.T.14:02, DUR.00:01:18 | 0.86 |

SSL-DOCS1 1672064v1

# STROOCK

| PAGE: 4 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 02/15/2006 | EXTN.5544, TEL.201-587-7111, S.T.17:00, DUR.00:00:24 | 0.43 |
| 02/15/2006 | EXTN.5544, TEL.617-722-4024, S.T.17:18, DUR.00:09:18 | 4.29 |
| 02/17/2006 | EXTN.5544, TEL.617-722-4024, S.T.11:57, DUR.00:03:00 | 1.29 |
| 02/21/2006 | EXTN.3544, TEL.617-722-4024, S.T.16:23, DUR.00:01:00 | 0.43 |
| 02/22/2006 | EXTN.5544, TEL.617-722-4024, S.T.09:30, DUR.00:12:30 | 5.58 |
| 02/28/2006 | EXTN.5562, TEL.215-665-2147, S.T.14:57, DUR.00:12:48 | 5.58 |
| **Long Distance Telephone Total** | | **18.46** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 02/01/2006 | | 0.20 |
| 02/09/2006 | | 1.00 |
| 02/10/2006 | | 0.50 |
| 02/14/2006 | | 7.80 |
| 02/15/2006 | | 0.20 |
| 02/17/2006 | | 0.20 |
| 02/22/2006 | | 0.60 |
| **Duplicating Costs-in House Total** | | **10.50** |

**Filing Fees**

| | | |
|---|---|---|
| 02/14/2006 | VENDOR: Chase Card Services; INVOICE#: 020206; DATE: 2/2/2006 - visa charge 01/26/06 Court Call LLC | 80.00 |
| 02/14/2006 | VENDOR: Chase Card Services; INVOICE#: 020206; DATE: 2/2/2006 - visa charge 01/27/06 Court Call LLC | 80.00 |
| 02/14/2006 | VENDOR: Chase Card Services; INVOICE#: 020206; DATE: 2/2/2006 - visa charge 01/31/06 Court Call LLC | 80.00 |
| **Filing Fees Total** | | **240.00** |

SSL-DOCS1 1672064v1

# STROOCK

| PAGE: 5 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| **O/S Information Services** | | |
| 02/06/2006 | Pacer Search Service on 12/21/2005 | 0.16 |
| 02/06/2006 | Pacer Search Service on 12/22/2005 | 0.32 |
| 02/06/2006 | Pacer Search Service on 12/22/2005 | 6.16 |
| 02/06/2006 | Pacer Search Service on 12/27/2005 | 4.80 |
| 02/06/2006 | Pacer Search Service on 12/29/2005 | 1.12 |
| 02/06/2006 | Pacer Search Service on 12/30/2005 | 11.28 |
| 02/06/2006 | Pacer Search Service on 12/14/2005 | 1.04 |
| 02/06/2006 | Pacer Search Service on 12/15/2005 | 1.04 |
| 02/06/2006 | Pacer Search Service on 12/27/2005 | 0.72 |
| 02/06/2006 | Pacer Search Service on 10/7/2005 | 3.36 |
| 02/06/2006 | Pacer Search Service on 11/7/2005 | 0.24 |
| 02/06/2006 | Pacer Search Service on 11/1/2005 | 2.40 |
| 02/06/2006 | Pacer Search Service on 11/1/2005 | 6.08 |
| 02/06/2006 | Pacer Search Service on 10/18/2005 | 1.28 |
| 02/06/2006 | Pacer Search Service on 10/3/2005 | 0.16 |
| 02/06/2006 | Pacer Search Service on 10/4/2005 | 33.92 |
| 02/06/2006 | Pacer Search Service on 10/5/2005 | 0.80 |
| 02/06/2006 | Pacer Search Service on 10/6/2005 | 1.44 |
| 02/06/2006 | Pacer Search Service on 10/7/2005 | 19.28 |
| 02/06/2006 | Pacer Search Service on 10/10/2005 | 0.32 |
| 02/06/2006 | Pacer Search Service on 10/11/2005 | 43.92 |

SSL-DOCS1 1672064v1

# STROOCK

| PAGE: 6 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 02/06/2006 | Pacer Search Service on 10/11/2005 | 2.56 |
| 02/06/2006 | Pacer Search Service on 10/12/2005 | 28.56 |
| 02/06/2006 | Pacer Search Service on 10/13/2005 | 1.20 |
| 02/06/2006 | Pacer Search Service on 10/14/2005 | 0.24 |
| 02/06/2006 | Pacer Search Service on 10/17/2005 | 4.16 |
| 02/06/2006 | Pacer Search Service on 10/18/2005 | 2.40 |
| 02/06/2006 | Pacer Search Service on 10/18/2005 | 17.68 |
| 02/06/2006 | Pacer Search Service on 10/19/2005 | 2.40 |
| 02/06/2006 | Pacer Search Service on 10/20/2005 | 9.84 |
| 02/06/2006 | Pacer Search Service on 10/21/2005 | 2.72 |
| 02/06/2006 | Pacer Search Service on 10/21/2005 | 10.08 |
| 02/06/2006 | Pacer Search Service on 10/24/2005 | 26.56 |
| 02/06/2006 | Pacer Search Service on 10/25/2005 | 0.24 |
| 02/06/2006 | Pacer Search Service on 10/25/2005 | 2.16 |
| 02/06/2006 | Pacer Search Service on 10/26/2005 | 5.04 |
| 02/06/2006 | Pacer Search Service on 10/26/2005 | 1.20 |
| 02/06/2006 | Pacer Search Service on 10/27/2005 | 8.56 |
| 02/06/2006 | Pacer Search Service on 10/28/2005 | 3.60 |
| 02/06/2006 | Pacer Search Service on 10/31/2005 | 11.44 |
| 02/06/2006 | Pacer Search Service on 11/1/2005 | 6.00 |
| 02/06/2006 | Pacer Search Service on 11/3/2005 | 17.44 |

SSL-DOCS1 1672064v1

# STROOCK

**PAGE: 7**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/06/2006 | Pacer Search Service on 11/3/2005 | 0.40 |
| 02/06/2006 | Pacer Search Service on 11/4/2005 | 7.60 |
| 02/06/2006 | Pacer Search Service on 11/7/2005 | 9.44 |
| 02/06/2006 | Pacer Search Service on 11/7/2005 | 22.48 |
| 02/06/2006 | Pacer Search Service on 11/8/2005 | 21.92 |
| 02/06/2006 | Pacer Search Service on 11/10/2005 | 5.20 |
| 02/06/2006 | Pacer Search Service on 11/11/2005 | 5.68 |
| 02/06/2006 | Pacer Search Service on 11/11/2005 | 0.40 |
| 02/06/2006 | Pacer Search Service on 11/14/2005 | 3.04 |
| 02/06/2006 | Pacer Search Service on 11/14/2005 | 0.16 |
| 02/06/2006 | Pacer Search Service on 11/15/2005 | 0.88 |
| 02/06/2006 | Pacer Search Service on 11/16/2005 | 10.72 |
| 02/06/2006 | Pacer Search Service on 11/17/2005 | 4.64 |
| 02/06/2006 | Pacer Search Service on 11/18/2005 | 1.60 |
| 02/06/2006 | Pacer Search Service on 11/21/2005 | 1.12 |
| 02/06/2006 | Pacer Search Service on 11/21/2005 | 3.20 |
| 02/06/2006 | Pacer Search Service on 11/22/2005 | 1.04 |
| 02/06/2006 | Pacer Search Service on 11/23/2005 | 0.40 |
| 02/06/2006 | Pacer Search Service on 11/28/2005 | 23.36 |
| 02/06/2006 | Pacer Search Service on 11/28/2005 | 1.84 |
| 02/06/2006 | Pacer Search Service on 11/29/2005 | 12.32 |
| 02/06/2006 | Pacer Search Service on 11/29/2005 | 0.64 |

SSL-DOCS1 1672064v1

# STROOCK

| PAGE: 8 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 02/06/2006 | Pacer Search Service on 11/30/2005 | 3.92 |
| 02/06/2006 | Pacer Search Service on 11/30/2005 | 1.36 |
| 02/06/2006 | Pacer Search Service on 12/1/2005 | 0.96 |
| 02/06/2006 | Pacer Search Service on 12/2/2005 | 1.04 |
| 02/06/2006 | Pacer Search Service on 12/2/2005 | 7.60 |
| 02/06/2006 | Pacer Search Service on 12/5/2005 | 0.32 |
| 02/06/2006 | Pacer Search Service on 12/8/2005 | 11.84 |
| 02/06/2006 | Pacer Search Service on 12/8/2005 | 1.36 |
| 02/06/2006 | Pacer Search Service on 12/9/2005 | 0.48 |
| 02/06/2006 | Pacer Search Service on 12/12/2005 | 2.48 |
| 02/06/2006 | Pacer Search Service on 12/14/2005 | 3.28 |
| 02/06/2006 | Pacer Search Service on 12/14/2005 | 0.24 |
| 02/06/2006 | Pacer Search Service on 12/15/2005 | 0.16 |
| 02/06/2006 | Pacer Search Service on 12/19/2005 | 2.40 |
| 02/06/2006 | Pacer Search Service on 12/21/2005 | 0.48 |
| **O/S Information Services Total** | | **479.92** |

**In House Messenger Service**

| 02/22/2006 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 2/10/2006 Vehicle Rush from Krieger, Arlene G. to RES-ARLENE KRIEGER, 10 EAST END AVE | 28.70 |
|---|---|---|
| **In House Messenger Service Total** | | **28.70** |

**Travel Expenses - Transportation**

| 02/14/2006 | VENDOR: Chase Card Services; INVOICE#: 020206; DATE: 2/2/2006 - visa charge 01/30/06 L Kruger Amtrak Penn Sta to | 130.50 |
|---|---|---|

SSL-DOCS1 1672064v1

# STROOCK

| PAGE: 9 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | Wilmington, DE re: W Grace- attended court hearing in DE on Pearson claim | |
| 02/28/2006 | VENDOR: Petty Cash; INVOICE#: PC022306; DATE: 2/28/2006 - 02/21/06   NY PETTY CASH - L.Kruger | 3.50 |
| | **Travel Expenses - Transportation Total** | **134.00** |
| **Westlaw** | | |
| 02/02/2006 | Search By Krieger, Arlene G. | 40.50 |
| 02/03/2006 | Search By Krieger, Arlene G. | 8.50 |
| 02/17/2006 | Duration 0:15:43; By Krieger, Arlene G. | 169.07 |
| 02/21/2006 | Search By Krieger, Arlene G. | 40.50 |
| 02/24/2006 | Search By Krieger, Arlene G. | 70.00 |
| | **Westlaw Total** | **328.57** |
| **Word Processing - Logit** | | |
| 02/01/2006 | | 18.00 |
| | **Word Processing - Logit Total** | **18.00** |

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 103.99 |
| Meals | 53.48 |
| Local Transportation | 19.00 |
| Long Distance Telephone | 18.46 |
| Duplicating Costs-in House | 10.50 |
| Filing Fees | 240.00 |
| O/S Information Services | 479.92 |
| In House Messenger Service | 28.70 |
| Travel Expenses - Transportation | 134.00 |
| Westlaw | 328.57 |
| Word Processing - Logit | 18.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,434.62 |

SSL-DOCS1 1672064v1

# STROOCK

PAGE: 10

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.