

**NAVIGANT**
CONSULTING

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

March 7, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

---

*For Services Rendered For*
*WR Grace Creditor's Committee - February 2006*

---

**Professional Fees:**

| | | |
|---|---|---|
| LC | 11.30 hrs. @ $510 | $5,763.00 |
| RC | 23.80 hrs. @ $450 | 10,710.00 |
| PM | 0.60 hrs. @ $400 | 240.00 |
| JS | 6.50 hrs. @ $270 | 1,755.00 |
| JM | 3.70 hrs. @ $260 | 962.00 |
| KE | 10.40 hrs. @ $175 | 1,820.00 |
| MO | 27.30 hrs. @ $150 | 4,095.00 |
| MP | 3.50 hrs. @ $75 | 262.50 |

**Total Professional Fees** ............................................................................. **$25,607.50**

**Expenses:**
| | | |
|---|---|---|
| Airfare | $ | 177.10 |
| Ground Transportation / Auto Expense | | 174.00 |
| Meals | | 13.10 |

**Total Expenses** .................................................................................................. **$364.20**

**Total Amount Due for February Services and Expenses** ........................... **$25,971.70**

**Outstanding Invoices:**
| | | | |
|---|---|---|---|
| Inv No. | 167432 | January 19, 2006 | 20,317.49 |
| Inv No. | 169084 | February 21, 2006 | 14,124.01 |

**Total Outstanding Invoices** ........................................................................ **$34,441.50**

**Total Amount Due For February Services, Expenses and Outstanding Invoices** ....... **$60,413.20**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 169779



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 2/1/2006 | 4.20 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/2/2006 | 9.20 | Travel to and from NYC. Met with clients. Reviewed liability estimation issues. |
| CANTOR, ROBIN | 2/7/2006 | 0.60 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/10/2006 | 1.20 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/14/2006 | 0.60 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/15/2006 | 1.10 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/16/2006 | 0.80 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/17/2006 | 2.80 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/21/2006 | 1.20 | Analyzed liability estimation issues. Analyzed databases received. |
| CANTOR, ROBIN | 2/22/2006 | 2.10 | Analyzed liability estimation issues. Analyzed databases received. |
| CHAMBERS, LETITIA | 2/1/2006 | 2.00 | Estimation. |
| CHAMBERS, LETITIA | 2/2/2006 | 5.00 | Meet with client and follow up re: estimation. |
| CHAMBERS, LETITIA | 2/6/2006 | 0.80 | Estimation |
| CHAMBERS, LETITIA | 2/7/2006 | 2.50 | Estimation |
| CHAMBERS, LETITIA | 2/8/2006 | 1.00 | Estimation |
| ERTUG, KERIM CAN | 2/6/2006 | 2.70 | Claims data analysis. |
| ERTUG, KERIM CAN | 2/7/2006 | 2.20 | Review of case materials. |
| ERTUG, KERIM CAN | 2/21/2006 | 1.30 | Review of data questions. |
| ERTUG, KERIM CAN | 2/22/2006 | 2.80 | Meeting with staff and review of data questions. |
| ERTUG, KERIM CAN | 2/23/2006 | 1.40 | Meeting with staff review of SAS programs. |
| MCGRATH, PATRICK J. | 2/9/2006 | 0.60 | Review various asbestos PD claim materials provided by counsel |
| MCINTIRE, JAMES | 2/11/2006 | 1.10 | Review literature and model assumptions regarding nonmalignant asbestos disease. |

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 169779



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 2/12/2006 | 1.30 | Review literature and model assumptions regarding nonmalignant asbestosis disease. |
| MCINTIRE, JAMES | 2/14/2006 | 0.70 | Review model and literature regarding nonmalignant asbestos disease. |
| MCINTIRE, JAMES | 2/15/2006 | 0.60 | Review the model and literature regarding nonmalignant disease. |
| OSBORN, MATTHEW | 2/16/2006 | 3.40 | Imported and combined data sources. |
| OSBORN, MATTHEW | 2/17/2006 | 8.30 | Analyzed data and prepared memo regarding data questions. |
| OSBORN, MATTHEW | 2/21/2006 | 3.10 | Analyzed data and discussed issues regarding data. |
| OSBORN, MATTHEW | 2/22/2006 | 4.80 | Analyzed data and helped prepare memo regarding data questions. |
| OSBORN, MATTHEW | 2/23/2006 | 6.20 | Prepared data for analysis and reviewed case information. |
| OSBORN, MATTHEW | 2/24/2006 | 1.50 | Reviewed case materials. |
| POGAR, MATTHEW | 2/1/2006 | 1.00 | Reviewed case material. |
| POGAR, MATTHEW | 2/2/2006 | 1.00 | Reviewed case material. |
| POGAR, MATTHEW | 2/3/2006 | 0.50 | Reviewed case material. |
| POGAR, MATTHEW | 2/6/2006 | 1.00 | Reviewed case material. |
| SIRGO, JORGE | 2/6/2006 | 1.60 | Assist with data analysis. |
| SIRGO, JORGE | 2/13/2006 | 1.60 | Assist with liability estimation methodology. |
| SIRGO, JORGE | 2/14/2006 | 3.30 | Assist with disease incidence analysis. |

Navigant Consulting, Inc. Project No.: 113758

Invoice No.: 169779