# Exhibit B

### Matter 88 - Acton Site OU3

During this Second Application Period, the Firm assisted the Debtor in matters related to the federal Superfund site known as the Grace Acton Site. On September 30, 2005, the federal Environmental Protection Agency issued the Record of Decision, or ROD, for the cleanup of the so-called Operable Unit 3 (OU-3) at the Site. The ROD identified a remedy for the Site, which EPA will expect the Debtor to implement pursuant to the terms of a consent decree entered into between the Debtor and the United States in 1980.

Although the ROD states the general outline of the remedy, substantial work is required to determine what flexibility the Debtor may have in implementing the remedy. It is also necessary to verify that the ROD was consistent with the plan originally proposed by EPA and with the 1980 consent decree. During the Second Application Period, the firm reviewed the ROD for these purposes. The firm also engaged in discussions with EPA regarding the implementation of the ROD and the role of third parties, such as citizens' groups in ROD implementation. Next, the firm worked with the Debtor's environmental consultants concerning the interpretation and implementation of the ROD.

Finally, the Firm assisted the Debtor in responding to a request from its auditors for information concerning potential environmental liabilities. The issuance of the ROD and the presence in the ROD of specific cost estimates required careful consideration regarding the appropriate response to that request.

This work is extremely complex and requires an in-depth knowledge of the history of the Debtor's cleanup of the Grace Acton Site, the terms of the 1980 Consent Decree, and the relevant provisions of federal and state Superfund laws. The Firm's efforts on these matters have benefited and will benefit the Debtor's bankruptcy estate, because the legal analysis provided is critical to cost-effective compliance with the Debtor's obligations under the federal Superfund law and the 1980 Consent Decree.

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 24.5 | $10,902.50 |
| | | | | | |
| **TOTAL** | | | | 24.5 | $10,902.50 |

### Matter 100 - Woburn Lease Environmental Issues

During the Second Application Period, the Firm assisted the Debtor on several matters related to the Debtor's efforts to redevelop property that it owns in Woburn, Massachusetts. The property is a federal Superfund Site at which the Debtor's cleanup efforts are continuing. Redevelopment efforts are thus complicated.

Specifically, during this period, the Firm assisted the Debtor in responding to concerns from the local Conservation Commission concerning alleged unauthorized use of the Debtor's property by one of the Debtor's abutters in a manner that violated state and local wetlands

regulations. This work involved verifying historical land use, negotiations with the abutter, and attendance at meetings of the Conservation Commission.

The Firm also assisted the Debtor in negotiating with the Debtor's tenant, and with EPA and Massachusetts DEP, concerning integration of the property redevelopment with the Debtor's ongoing cleanup obligations under federal and state law, including a Consent Decree entered into by the Debtor. This work involved extensive discussions with the Debtor's environmental consultant, negotiations with the tenants, preparation of submittals to EPA, and meetings with EPA in order to demonstrate that the redevelopment is consistent with the ongoing cleanup.

The Firm's efforts on these matters have benefited and will benefit the Debtor's bankruptcy estate, for several reasons. First, with respect to the Conservation Commission matter, the Firm was able to persuade the Commission that the Debtor had not violated any wetlands requirements and the Commission should instead focus any enforcement efforts on the abutter. The other work performed during this period benefited the estate because the Debtor's lease with the tenant requires that the Debtor cooperate with the tenant in the redevelopment of the property. Moreover, the lease provides substantial revenue to the Debtor, but realization of that revenue stream requires persuading EPA and DEP that the redevelopment will not interfere with the cleanup of the property.

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 116.4 | $51,798.00 |
| Jacob N. Polatin | Partner | Real Estate | $440.00 | 1.8 | $    792.00 |
| Sheryl Howard | Associate | Real Estate | $275.00 | 2.0 | $    550.00 |
| Elisabeth DeLisle | Associate | Environmental | $230.00 | 6.2 | $ 1,426.00 |
| Lisa A.H. Popadic | Paralegal | Environmental | $170.00 | 0.5 | $      85.00 |
| | | | | | |
| **TOTAL** | | | | 126.9 | $54,651.00 |

### Matter 101 - Bankruptcy Matters

This matter covers preparation of monthly and interim fee applications, as well as the firm's efforts to obtain Court cost authorization for the firm to serve as special environmental counsel to Debtor. Foley Hoag's ordinary practice is to exercise billing discretion prior to submitting invoices, and it has done so with respect to each of the invoices it submitted during the Interim Period. To date, none of the interested parties objected to payment on account of any portion of any of those invoices, although they were entitled to do so.

The Firm's application-preparation fee is reasonable in light of the nature and magnitude of the effort involved. For each of those matters, as required by the Local Rules, the Firm submitted detailed billing summaries, and its attorneys prepared narrative descriptions of the work performed.

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 21.0 | $ 9,345.00 |
| Adam P. Kahn | Partner | Environmental | $430.00 | 1.9 | $ 817.00 |
| Kenneth S. Leonetti | Partner | Business | $445.00 | 0.3 | $ 133.50 |
| Vincent Canzoneri | Counsel | Litigation | $385.00 | 2.2 | $ 847.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 19.3 | $ 3,377.50 |
| Cleo Deschamps | Paralegal | Administrative | $110.00 | 3.0 | $ 330.00 |
| Brianna Tassinari | North-eastern Co-op Student ("Co-op") | Environmental | $ 75.00 | 12.6 | $ 945.00 |
| Lisa A. Festino | Co-op | Environmental | $ 65.00 | 14.3 | $ 929.50 |
| Benjamin J. Brenner | Co-op | Environmental | $ 65.00 | 10.1 | $ 656.50 |
| | | | | | |
| TOTAL | | | | 84.7 | $17,381.00 |