# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 23.8 | $10,591.00 |
| | | | | | |
| **TOTAL** | | | | **23.8** | **$10,591.00** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 3.15 |
| | |
| **TOTAL** | **$ 3.15** |



# FOLEY HOAG LLP
ATTORNEYS AT LAW

Lydia B. Duff  
Senior Environmental Counsel  
Legal Services Group  
W.R. Grace & Co.  
75 Grace Drive  
Columbia, MD 21044

Invoice Number   345026  
Invoice Date     09/26/05  
Client Number    08743  
Matter Number    00100

Re: Woburn Lease Environmental Issues

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 08/01/05 | Jaffe | Telephone conference with team regarding Decathlon release terms; preparing for same; reviewing Decalthon building plan; telephone conference and email with Mr. Child regarding document review and meeting. | 2.7 |
| 08/02/05 | Jaffe | Telephone conferences with Mr. Child; telephone conference with Ms. Johns; emails with Mr. Child, Ms. Johns, Mr. Guswa and Mr. Freidenberg. | 1.4 |
| 08/03/05 | Jaffe | Emails with team regarding 8/5/05 meeting; reviewing revised lease language. | 1.3 |
| 08/04/05 | Jaffe | Reviewing revised draft lease provisions; telephone conference with Ms. Duff regarding same; emails with team regarding same. | 1.9 |
| 08/05/05 | Jaffe | Telephone conference with Mr. Freidenberg, Ms. Finkelstein, and Mr. Nagy; telephone conference with Decathlon regarding lease; preparing for same. | 2.3 |
| 08/08/05 | Jaffe | Telephone conference with Ms. Johns; telephone call to Mr. Child; emails with team. | 0.6 |
| 08/09/05 | Jaffe | Email from Ms. Johns regarding PCBs. | 0.3 |
| 08/11/05 | Jaffe | Reviewing Woodard & Curran report regarding PCBs. | 0.8 |
| 08/12/05 | Jaffe | Team telephone conference regarding PCB issues; reviewing Woodard & Curran report; reviewing revised lease; emails with Ms. Johns regarding environmental issues. | 3.1 |
| 08/15/05 | Jaffe | Reviewing revised lease; email to team regarding same. | 1.3 |
| 08/17/05 | Jaffe | Team telephone conference regarding PCB issues; telephone conference with Ms. Duff | 1.3 |

```
08743     W.R. Grace & Company                      Invoice Number   345026
 00100    Woburn Lease Environmental Issues         Page 2
09/26/05
```

| Date | Timekeeper | | Hours |
|---|---|---|---|
| | | and Mr. Obradovic regarding lease; reviewing lease. | |
| 08/18/05 | Jaffe | Telephone conference with Mr. Child; preparing for 8/19/05 meeting. | 1.3 |
| 08/19/05 | Jaffe | Meeting at Mr. Child's office regarding environmental issues; preparing for same; reviewing revised draft of PCB proposal; emails with team regarding same. | 4.4 |
| 08/30/05 | Jaffe | Emails with team and Mr. Child; reviewing wetlands issue. | 1.1 |
| | | TOTAL HOURS | 23.8 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |
|---|---|
| Jaffe | 23.8 |

                    CURRENT FEES                                    10,591.00


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | |
|---|---|---|
| 08/31/05 | Telephone calls | 3.15 |
| | CURRENT EXPENSES | 3.15 |

                    TOTAL AMOUNT OF THIS INVOICE            10,594.15

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 20.5 | $ 9,122.50 |
| Adam P. Kahn | Partner | Environmental | $430.00 | 0.4 | $ 172.00 |
| Kenneth S. Leonetti | Partner | Business | $445.00 | 0.3 | $ 133.50 |
| Vincent Canzoneri | Counsel | Litigation | $385.00 | 2.2 | $ 847.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 11.1 | $ 1,942.50 |
| Cleo Deschamps | Paralegal | Administrative | $110.00 | 3.0 | $ 330.00 |
| Brianna Tassinari | North-eastern Co-op Student ("Co-op") | Environmental | $ 75.00 | 12.6 | $ 945.00 |
| Lisa A. Festino | Co-op | Environmental | $ 65.00 | 14.3 | $ 929.50 |
| Benjamin J. Brenner | Co-op | Environmental | $ 65.00 | 10.1 | $ 656.50 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | 74.5 | $ 15,078.50 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 6.24 |
| Federal Express | $ 25.16 |
|  |  |
| **TOTAL** | $ 31.40 |



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD  21044

Invoice Number    345027
Invoice Date      09/26/05
Client Number     08743
Matter Number     00101

---

Re: Bankruptcy Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 08/01/05 | Kahn | Meeting with S. Jaffe regarding bankrupcty court application procedure and needs. | 0.4 |
| 08/01/05 | Leonetti | Conference with A. Kahn regarding additional court disclosures and e-mails with respect to same. | 0.3 |
| 08/02/05 | Jaffe | Telephone conference and email with Grace bankruptcy counsel; revising motion and affidavit. | 2.3 |
| 08/03/05 | Jaffe | Reviewing conflict issues. | 1.1 |
| 08/04/05 | Jaffe | Revising draft filings; telephone conference with Ms. Schulman regarding same; reviewing conflict issues. | 2.3 |
| 08/05/05 | Rice | Reviewed all entities involved in Grace Bankruptcy for potential conflicts. | 6.3 |
| 08/05/05 | Festino | Search client lists for potential conflicts. | 4.0 |
| 08/05/05 | Jaffe | Reviewing conflict issues; office conference with E. Rice regarding same. | 1.6 |
| 08/05/05 | Tassinari | Assist in conflict check for existing clients for potential bankruptcy representation. | 4.2 |
| 08/05/05 | DesChamps | Check conflicts for W.R. Grace per S. Jaffe request. | 1.4 |
| 08/08/05 | Jaffe | Revising special notice filings; reviewing conflicts; emails with Grace counsel. | 1.1 |
| 08/09/05 | Jaffe | Drafting, revising application and related filings; reviewing conflicts. | 2.6 |
| 08/10/05 | Canzoneri | Reviewing and revising draft retention affidavit and motion. | 2.2 |
| 08/10/05 | Jaffe | Telephone conference with Ms. Shulman; drafting, revising draft application, affidavit, notice, and order; conflict issues. | 4.3 |

Case 01-01139-AMC    Doc 12138-4    Filed 03/28/06    Page 8 of 9

```
08743     W.R. Grace & Company              Invoice Number  345027
 00101    Bankruptcy Matters                        Page 2
09/26/05
```

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 08/11/05 | Brenner | Conflict check per S. Jaffe. | 4.2 |
| 08/11/05 | DesChamps | Conference with E. Rice regarding conflict checks per S. Jaffe request. | 0.5 |
| 08/11/05 | Tassinari | Assist in conflicts check for possible representation as special counsel. | 0.4 |
| 08/11/05 | Jaffe | Revising application and affidavit; office conference with E. Rice regarding final conflict review; telephone conference with V. Canzoneri; emails with Ms. Schulman. | 2.3 |
| 08/11/05 | Festino | Check for conflicts relating to W.R. Grace & Comany. | 3.0 |
| 08/12/05 | Brenner | Conflict check per S. Jaffe. | 5.9 |
| 08/12/05 | DesChamps | Check conflicts per S. Jaffe request. | 1.1 |
| 08/12/05 | Tassinari | Assist in conflicts check for possible representation as special counsel. | 8.0 |
| 08/12/05 | Jaffe | Reviewing final conflict issues; emails with Ms. Schulman. | 1.1 |
| 08/12/05 | Rice | Attention to conflict check. | 4.8 |
| 08/12/05 | Festino | Check for conflicts relating to W.R. Grace & Company. | 7.3 |
| 08/15/05 | Jaffe | Emails with Ms. Schulman. | 0.4 |
| 08/17/05 | Jaffe | Finalizing application and affidavit; email and letter to Grace local counsel regarding same; telephone conference and email with Ms. Schulman. | 1.4 |

TOTAL HOURS    74.5

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |
|---|---|
| Canzoneri | 2.2 |
| DesChamps | 3.0 |
| Rice | 11.1 |
| Tassinari | 12.6 |
| Brenner | 10.1 |
| Festino | 14.3 |
| Jaffe | 20.5 |
| Kahn | 0.4 |
| Leonetti | 0.3 |

CURRENT FEES    15,078.50

```
08743     W.R. Grace & Company                    Invoice Number   345027
 00101    Bankruptcy Matters                      Page 3
09/26/05
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | |
|---|---|---|
| 08/31/05 | Photocopying | 6.24 |
| 08/31/05 | Federal Express Service | 25.16 |
| | CURRENT EXPENSES | 31.40 |
| | TOTAL AMOUNT OF THIS INVOICE | 15,109.90 |