# <u>Exhibit D</u>

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 17.8 | $7,921.00 |
| | | | | | |
| TOTAL | | | | 17.8 | $7,921.00 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $   1.18 |
| Hand Delivery | $  22.25 |
| Photocopies | $  94.56 |
| Federal Express | $  54.31 |
| Color Photocopies | $  45.00 |
| | |
| TOTAL | $217.30 |



# FOLEY
# HOAG LLP
ATTORNEYS AT LAW

W.R. Grace & Co.

| | |
|---|---|
| Invoice Number | 351213 |
| Invoice Date | 11/28/05 |
| Client Number | 08743 |
| Matter Number | 00088 |

--------------------------------------------------------------------------------

Re: Acton Site OU3

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 10/03/05 | Jaffe | Telephone call to Ms. Muench (0.3); emails with team regarding ROD (0.5); preparing for meeting with DEP (1.5). | 2.3 |
| 10/04/05 | Jaffe | Meeting with DEP (1.4); meeting with Ms. Johns, Ms. Duff and Mr. Obradovic regarding same (0.7); preparing for same (1.7). | 3.8 |
| 10/05/05 | Jaffe | Telephone conference with Ms. Muench (0.3); emails with team (0.3); reviewing ROD (1.5). | 2.1 |
| 10/06/05 | Jaffe | Reviewing ROD (2.6); research regarding same (1.1); emails with team regarding same (0.5). | 4.2 |
| 10/07/05 | Jaffe | Reviewing ROD (3.7); memorandum to team regarding same (0.4). | 4.1 |
| 10/31/05 | Jaffe | Telephone conference with Ms. Muench and email to team regarding same (1.3). | 1.3 |
| | | TOTAL HOURS | 17.8 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |
|---|---|
| Jaffe | 17.8 |

                          CURRENT FEES                                      7,921.00

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP            BOSTON            WASHINGTON, DC            www.foleyhoag.com

08743    W.R. Grace & Company                    Invoice Number   351213
 00088    Acton Site OU3                          Page 2
11/28/05

FOR COSTS ADVANCED AND EXPENSES INCURRED:

   Date
   --------
10/31/05            Telephone calls                         1.18
10/31/05            Hand Delivery Service                  22.25
10/31/05            Photocopying                           94.56
10/31/05            Federal Express Service                54.31
10/31/05            Color photocopying                     45.00
                    CURRENT EXPENSES                       217.30


            TOTAL AMOUNT OF THIS INVOICE              8,138.30

## Matter 100 – Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 34.6 | $15,397.00 |
| Jacob N. Polatin | Partner | Real Estate | $440.00 | 1.8 | $ 792.00 |
| Sheryl Howard | Associate | Real Estate | $275.00 | 2.0 | $ 550.00 |
| Elisabeth DeLisle | Associate | Environmental | $230.00 | 6.2 | $ 1,426.00 |
| Lisa A.H. Popadic | Paralegal | Environmental | $170.00 | 0.5 | $ 85.00 |
| | | | | | |
| **TOTAL** | | | | **45.1** | **$18,250.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 86.16 |
| Printing | $ 15.00 |
| Federal Express | $ 32.80 |
| | |
| **TOTAL** | **$133.96** |



# FOLEY
# HOAG LLP
ATTORNEYS AT LAW

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number   351214 |
| | Invoice Date    11/28/05 |
| | Client Number     08743 |
| | Matter Number     00100 |

--------------------------------------------------------------------------

Re: Woburn Lease Environmental Issues

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 10/07/05 | Jaffe | Reviewing Decathlon consultant email and draft submittal to DEP (1.1). | 1.1 |
| 10/11/05 | Jaffe | Reviewing Woodard & Curran proposal regarding PCB removal (0.6); emails with team regarding same (0.4); reviewing, revising draft submittal to EPA and emails with team regarding same (1.1); telephone conferences with Ms. Johns (0.4). | 2.5 |
| 10/12/05 | Jaffe | Emails with Mr. Nagy (0.3); reviewing Conservation Commission letter to Grace (0.1); emails with Mr. Hulstrom regarding PCB issues (0.3). | 0.7 |
| 10/14/05 | Jaffe | Telephone conference with Grace team regarding letter form Conservation Commission (0.9); drafting letter to Cummings and research for same (2.1); office conference with E. DeLisle regarding Conservation Commission claims (0.3); emails with team regarding letter to Cummings (0.4); emails with Mr. Child regarding same (0.4); reviewing revised draft submittal to EPA (0.5); emails with Mr. Child regarding same (0.3). | 4.9 |
| 10/14/05 | DeLisle | Office conference with S. Jaffe regarding Cummings issue (0.3); review Wetlands Protection Act and annotations regarding same (0.9). | 1.2 |
| 10/17/05 | Jaffe | Office conference with E. DeLisle regarding Commission enforcement authority (0.3); telephone conference with Ms. Duff (0.3); drafting letter to Commission (0.8); emails with team (0.5); research regarding | 3.9 |

08743    W.R. Grace & Company                           Invoice Number  351214
  00100    Woburn Lease Environmental Issues            Page 2
11/28/05

| Date | Timekeeper | | Hours |
|------|-----------|---|-------|
| | | potential Grace liability (1.1); reviewing proposed revisions to EPA submittal and emails with Mr. Child regarding same (0.5); telephone conference and email with Ms. Johns and Mr. Child regarding meeting with EPA (0.4). | |
| 10/17/05 | DeLisle | Office conference with L. Popadic regarding wetlands research (0.2); office conference with S. Jaffe (0.3); research regarding DEP wetland appeals (2.1); additional research regarding Fadili and other relevant cases (1.5); work on drafting memo (0.7). | 4.8 |
| 10/17/05 | Popadic | Locate research materials for E. DeLisle (0.2); telephone conference with Library regarding same (0.3). | 0.5 |
| 10/18/05 | Jaffe | Revising letter to Conservation Commission (0.7); telephone conference with Mr. Clark at Cummings (0.8); multiple emails with team (1.1); emails with Mr. Child (0.2); reviewing research regarding Grace liability (0.8). | 3.6 |
| 10/18/05 | DeLisle | Edit memo regarding "suffer or allow" in wetlands protection act (0.2). | 0.2 |
| 10/19/05 | Jaffe | Telephone conferences and emails with Ms. Finkelstein and Mr. Nagy regarding Cummings' claim (0.8); reviewing adverse possession issue (0.5); telephone conference with Mr. Child (0.3). | 1.6 |
| 10/20/05 | Jaffe | Conservation Commission meeting and pre-meeting with Mr. Barry on-site (3.4); meeting with Mr. Clark of Cummings (0.2); research regarding adverse possession issue (1.3); email and office conference with J. Polatin regarding same (0.1); emails with Mr. Child and team regarding meeting with EPA (0.4); emails with team regarding oil release reporting issue and research for same (0.4). | 5.8 |
| 10/20/05 | Polatin | Office conference with S. Jaffe regarding adverse possession (0.1); research (1.0); office conference with S. Howard regarding adverse possession statute (0.3). | 1.4 |
| 10/20/05 | Howard | Meeting with J. Polatin regarding facts of case (0.3); research on adverse possession and statutes of limitations (1.7). | 2.0 |
| 10/21/05 | Jaffe | Emails with Mr. Clark at Cummings (0.4); emails with Grace team regarding adverse possession and Conservation Commission issues (0.3); office conference with S. Jaffe regarding Grace 1971 correspondence | 2.2 |

```
08743     W.R. Grace & Company                    Invoice Number   351214
 00100    Woburn Lease Environmental Issues          Page 3
11/28/05
```

| Date | Timekeeper | | Hours |
|------|------------|--|-------|
| | | (0.2); research regarding same (1.3). | |
| 10/21/05 | Polatin | Review email from S. Jaffe, research and respond (0.2); office conference with S. Jaffe regarding Grace 1971 correspondence (0.2). | 0.4 |
| 10/24/05 | Jaffe | Emails with Mr. Barry and team regarding Conservation Commission and dispute with Cummings properties (0.8); reviewing adverse possession issues (2.5). | 3.3 |
| 10/25/05 | Jaffe | Emails with team regarding Cummings Properties (0.5). | 0.5 |
| 10/26/05 | Jaffe | Emails with Ms. Finkelstein regarding adverse possession (0.6); emails with Mr. Barry (0.2); reviewing adverse possession issue (1.1). | 1.9 |
| 10/28/05 | Jaffe | Emails with Mr. Barry and Mr. Nagy regarding adverse possession (1.1); reviewing adverse possession issues (0.8). | 1.9 |
| 10/31/05 | Jaffe | Emails with Mr. Child and team regarding meeting with EPA. | 0.7 |
| | | TOTAL HOURS | 45.1 |

```
TIMEKEEPER TIME SUMMARY:
Timekeeper                    Hours
---------------------------   -------
DeLisle                        6.2
Howard                         2.0
Popadic                        0.5
Jaffe                         34.6
Polatin                        1.8


              CURRENT FEES                      18,250.00
```

```
08743    W.R. Grace & Company                    Invoice Number  351214
 00100    Woburn Lease Environmental Issues        Page 4
11/28/05
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
   Date
  --------
  10/31/05          Photocopying                        86.16
  10/31/05          Printing                            15.00
  10/31/05          Federal Express Service             32.80
                    CURRENT EXPENSES                    133.96


              TOTAL AMOUNT OF THIS INVOICE          18,383.96
```

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 0.5 | $ 222.50 |
| Adam P. Kahn | Partner | Environmental | $430.00 | 1.5 | $ 645.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 3.4 | $ 595.00 |
| | | | | | |
| TOTAL | | | | 5.4 | $ 1,462.50 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 1.05 |
| Photocopies | $ 3.36 |
| | |
| TOTAL | $ 4.41 |



## FOLEY HOAG LLP
### ATTORNEYS AT LAW

W.R. Grace & Co.

| | |
|---|---|
| Invoice Number | 351216 |
| Invoice Date | 11/28/05 |
| Client Number | 08743 |
| Matter Number | 00101 |

-------------------------------------------------------------------------------

Re: Bankruptcy Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 10/05/05 | Jaffe | Reviewing court order and local forms; emails with Ms. Schulman (0.5). | 0.5 |
| 10/06/05 | Kahn | Review bankruptcy court orders (0.2); attention to preparation of filing (0.2). | 0.4 |
| 10/07/05 | Rice | Conference with A. Kahn regarding fee applications (0.4); review local Delaware rules regarding same (0.2); review local rules and contact local counsel regarding pro hac vice motion (1.2). | 1.8 |
| 10/07/05 | Kahn | Review bankruptcy court orders (0.5); meeting with E. Rice regarding filing requirements (0.4). | 0.9 |
| 10/24/05 | Rice | Attention to local rules (0.6); meeting with N. Wilbur regarding first fee application (0.4). | 1.0 |
| 10/27/05 | Kahn | Revise and finalize fee application (0.2). | 0.2 |
| 10/31/05 | Rice | Reviewed fee application and forwarded same to local counsel (0.6). | 0.6 |
| | | TOTAL HOURS | 5.4 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |
|---|---|
| Rice | 3.4 |
| Jaffe | 0.5 |
| Kahn | 1.5 |

```
08743    W.R. Grace & Company              Invoice Number  351216
 00101    Bankruptcy Matters                Page 2
11/28/05
```

```
                    CURRENT FEES                         1,462.50



FOR COSTS ADVANCED AND EXPENSES INCURRED:

   Date
 --------
10/31/05              Telephone calls                        1.05
10/31/05              Photocopying                            3.36
                      CURRENT EXPENSES                        4.41


              TOTAL AMOUNT OF THIS INVOICE             1,466.91
```