# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 3.6 | $1,602.00 |
| | | | | | |
| **TOTAL** | | | | 3.6 | $1,602.00 |

### Expenses

| Description | Total |
|---|---|
| Taxi | $ 8.35 |
| | |
| **TOTAL** | $ 8.35 |



# FOLEY HOAG LLP
ATTORNEYS AT LAW

```
W.R. Grace & Co.                      Invoice Number     353409
                                      Invoice Date     12/28/05
                                      Client Number      08743
                                      Matter Number      00088
```

---

Re: Acton Site OU3

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 11/10/05 | Jaffe | Reviewing site data to EPA and emails with team regarding meeting with EPA (1.1). | 1.1 |
| 11/17/05 | Jaffe | Reviewing GeoTrans ROD analysis (0.8). | 0.8 |
| 11/18/05 | Jaffe | Reviewing GeoTrans memoranda regarding ROD requirements and issues (1.4); email to team regarding same (0.3). | 1.7 |
| | | TOTAL HOURS | 3.6 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |
|---|---|
| Jaffe | 3.6 |

```
            CURRENT FEES                          1,602.00

            CURRENT EXPENSES                          8.35


            TOTAL AMOUNT OF THIS INVOICE         1,610.35
```

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP         BOSTON            WASHINGTON, DC            www.foleyhoag.com

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 32.6 | $14,507.00 |
| TOTAL | | | | 32.6 | $14,507.00 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 2.56 |
| Taxi | $ 8.00 |
| | |
| TOTAL | $ 10.56 |



# FOLEY HOAG LLP
ATTORNEYS AT LAW

| W.R. Grace & Co. | Invoice Number | 353410 |
| | Invoice Date | 12/28/05 |
| | Client Number | 08743 |
| | Matter Number | 00100 |

---

Re: Woburn Lease Environmental Issues

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/05:

| Date | Timekeeper | | Hours |
|------|------------|---|-------|
| 11/01/05 | Jaffe | Telephone conferences and emails with Mr. Child, Mr. Barry, Ms. Johns and Mr. Nagy regarding enforcement issue (1.1); telephone conference with Mr. Carpenter regarding adverse possession issue and preparing for same (0.8); telephone conference with Ms. Johns regarding cleanup issues for Decathlon development and reviewing ROD regarding same (0.9). | 2.8 |
| 11/02/05 | Jaffe | Emails with team regarding Conservation Commission matter (0.8); reviewing Consent Decree, Record of Decision and Statement of Work with respect to Decathlon work and telephone conference with Ms. Johns regarding same (2.3). | 3.1 |
| 11/03/05 | Jaffe | Telephone conference with Mr. Nagy and Ms. Finkelstein (0.3). | 0.3 |
| 11/04/05 | Jaffe | Telephone conferences and emails with Mr. Child regarding EPA cleanup goals (1.1); telephone conference and emails with Grace team regarding same (1.6); research regarding DEP standards and leaching potential (1.5). | 4.2 |
| 11/07/05 | Jaffe | Meeting with Decathlon team, Grace team, and EPA and preparing for same (5.1); reviewing, revising Mr. Guswa's technical discussion and emails with team regarding same (1.5). | 6.6 |
| 11/08/05 | Jaffe | Telephone conference with Ms. Duff (0.3); reviewing ROD and email to team regarding same (0.8). | 1.1 |
| 11/11/05 | Jaffe | Emails with team regarding EPA concerns (0.8). | 0.8 |

```
08743      W.R. Grace & Company                    Invoice Number   353410
 00100     Woburn Lease Environmental Issues           Page 2
12/28/05
```

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 11/14/05 | Jaffe | Emails with Mr. Guswa regarding soil cleanup and research regarding same (0.8); emails with Mr. Barry, Ms. Finkelstein and Mr. Freidenberg regarding Conservation Commission (0.7). | 1.5 |
| 11/15/05 | Jaffe | Emails with team regarding Conservation Commission, submittal to EPA and soil cleanup standards (1.7). | 1.7 |
| 11/16/05 | Jaffe | Emails with Mr. Guswa (0.2); email and telephone conference with Mr. Child (0.4); reviewing proposed redaction to lease for disclosure to EPA and telephone conference and email with Ms. Finkelstein regarding same (1.3). | 1.9 |
| 11/17/05 | Jaffe | Conservation Commission meeting in Woburn and preparing for same (2.6); telephone conferences with Mr. Child and Ms. Finkelstein (0.6); emails with team regarding Conservation Commission and EPA investigation issues (0.8). | 4.0 |
| 11/18/05 | Jaffe | Emails with team regarding Conservation Commission meeting and team conference call (0.9). | 0.9 |
| 11/21/05 | Jaffe | Team telephone conference regarding potential EPA investigation requirements and preparing for same (1.2); email to team regarding consent decree requirements (0.3); reviewing GeoTrans annual report and email to team regarding same (1.1). | 2.6 |
| 11/23/05 | Jaffe | Telephone conference and email with Ms. Johns regarding soil investigation (0.5); telephone conference with Mr. Child regarding same (0.6). | 1.1 |
| | | TOTAL HOURS | 32.6 |

```
TIMEKEEPER TIME SUMMARY:
Timekeeper                      Hours
------------------------------  -------
Jaffe                            32.6
```

**CURRENT FEES**                                                14,507.00

```
08743     W.R. Grace & Company                        Invoice Number   353410
 00100     Woburn Lease Environmental Issues          Page 3
12/28/05
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | |
|---|---|---|
| 11/30/05 | Telephone calls | 2.56 |
| 11/30/05 | Taxi Fare | 8.00 |
| | CURRENT EXPENSES | 10.56 |
| | TOTAL AMOUNT OF THIS INVOICE | 14,517.56 |