# Exhibit F

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 3.1 | $1,379.50 |
| | | | | | |
| **TOTAL** | | | | 3.1 | $1,379.50 |



# FOLEY HOAG LLP
ATTORNEYS AT LAW

| W.R. Grace & Co. | Invoice Number | 355078 |
|---|---|---|
| | Invoice Date | 01/30/06 |
| | Client Number | 08743 |
| | Matter Number | 00088 |

---

Re: Acton Site OU3

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 12/06/05 | Jaffe | Reviewing cost estimate and email to Ms. Sheehan regarding same (0.7). | 0.7 |
| 12/19/05 | Jaffe | Draft letter to auditors regarding Acton claims (0.4). | 0.4 |
| 12/21/05 | Jaffe | Revising audit letter response and telephone conference with Ms. Duff regarding same (0.7). | 0.7 |
| 12/22/05 | Jaffe | Emails with Ms. Duff and Mr. Obradovic regarding audit letter (0.2); revising same (0.4). | 0.6 |
| 12/27/05 | Jaffe | Emails with Ms. Duff and Mr. Obradovic (0.2); revising audit letter response (0.5). | 0.7 |
| | | TOTAL HOURS | 3.1 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |
|---|---|
| Jaffe | 3.1 |

| CURRENT FEES | 1,379.50 |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | 1,379.50 |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 25.4 | $11,303.00 |
| TOTAL | | | | 25.4 | $11,303.00 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 3.50 |
| TOTAL | $ 3.50 |



# FOLEY HOAG LLP
### ATTORNEYS AT LAW

| W.R. Grace & Co. | Invoice Number | 355079 |
|---|---|---|
| | Invoice Date | 01/30/06 |
| | Client Number | 08743 |
| | Matter Number | 00100 |

---

Re: Woburn Lease Environmental Issues

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 12/06/05 | Jaffe | Reviewing draft prospective purchase agreement and email to team regarding same (1.4); reviewing draft sampling plan and email with team regarding same (0.9); reviewing draft notice to neighbors and email to team regarding same (0.4). | 2.7 |
| 12/07/05 | Jaffe | Telephone conference with Ms. Duff (0.2); reviewing revised sampling plan and prospective purchaser agreement (0.5); reviewing, revising draft letter to EPA regarding well abandonment and email to team regarding same (0.6); reviewing Mr. Nagy email regarding draft public statement and email to team regarding same (0.5). | 1.8 |
| 12/08/05 | Jaffe | Team telephone conference regarding meeting with Decathlon and preparing for same (2.2); reviewing, revising draft prospective purchaser agreement, draft sampling plan, draft letter to EPA regarding well abandonment, and draft public statement regarding redevelopment (1.8); email to Ms. Johns (0.1). | 4.1 |
| 12/09/05 | Jaffe | Revising draft prospective purchaser agreement and emails with Mr. Child and team regarding same (1.6). | 1.6 |
| 12/13/05 | Jaffe | Reviewing revised draft soil sampling plan and emails with team regarding same (0.5). | 0.5 |
| 12/14/05 | Jaffe | Emails with team regarding Mr. LeMay, PCBs and FOIA request and meeting with Decathlon (1.1). | 1.1 |
| 12/15/05 | Jaffe | Reviewing Ms. Johns' comments on draft Prospective Purchaser Agreement (0.4); | 1.7 |

```
08743      W.R. Grace & Company                        Invoice Number  355079
 00100     Woburn Lease Environmental Issues           Page 2
01/30/06
```

| Date | Timekeeper | | Hours |
|---|---|---|---|
| | | telephone call to Ms. Muench at EPA (0.2); emails with team regarding Mr. LeMay, PCBs and FOIA request to EPA (0.6); telephone conference with Mr. Child (0.5). | |
| 12/16/05 | Jaffe | Team telephone conference regarding EPA demands and preparing for same (1.2); emails with Mr. Child regarding prospective purchaser agreement (0.5); telephone conference with Mr. Child (0.2); emails with team (0.6). | 2.5 |
| 12/19/05 | Jaffe | Reviewing revised draft prospective purchaser agreement and emails with team regarding same (1.6). | 1.6 |
| 12/20/05 | Jaffe | Meeting with Mr. Child (0.2); emails with team regarding oversight cost cost issues (1.3); reviewing, revising draft submittal to EPA and emails with team regarding same (1.9). | 3.4 |
| 12/21/05 | Jaffe | Telephone conference with Ms. Johns (0.4); telephone conference with Ms. Johns and Ms. Duff (0.5); telephone conference with Mr. Child (0.3); reviewing email from Mr. Freidenberg regarding cost allocation (0.2); reviewing lease regarding same (0.8); emails with team regarding same (0.4); emails regarding meeting with EPA (0.3); telephone conference with Ms. Muench at EPA regarding EPA authority and emails with team regarding same (0.9). | 3.8 |
| 12/23/05 | Jaffe | Reviewing final PCB submittal to EPA (0.6). | 0.6 |
| | | TOTAL HOURS | 25.4 |

```
TIMEKEEPER TIME SUMMARY:
Timekeeper                          Hours
---------------------------         -------
Jaffe                               25.4

                    CURRENT FEES                               11,303.00
```

```
08743     W.R. Grace & Company                      Invoice Number   355079
 00100      Woburn Lease Environmental Issues        Page 3
01/30/06
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
  Date
--------
12/31/05            Telephone calls                              3.50
                    CURRENT EXPENSES                             3.50


                    TOTAL AMOUNT OF THIS INVOICE            11,306.50
```

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 4.8 | $ 840.00 |
| **TOTAL** | | | | 4.8 | $ 840.00 |



# FOLEY HOAG LLP
### ATTORNEYS AT LAW

W.R. Grace & Co.                      Invoice Number    355080
                                      Invoice Date      01/30/06
                                      Client Number     08743
                                      Matter Number     00101

---

Re: Bankruptcy Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/05:

| Date | Timekeeper | | Hours |
|------|------------|---|-------|
| 12/14/05 | Rice | Contacted local counsel regarding fee application (1.2). | 1.2 |
| 12/21/05 | Rice | Attention to fee applications (1.0). | 1.0 |
| 12/22/05 | Rice | Attention to quarterly fee application, monthly fee application and fee auditor letter (2.6). | 2.6 |
| | | TOTAL HOURS | 4.8 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |
|------------|-------|
| Rice | 4.8 |

                    CURRENT FEES                              840.00


              TOTAL AMOUNT OF THIS INVOICE                    840.00