

# EXHIBIT A
October Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 10, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE FORTY-NINTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2005 through October 31, 2005 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                      $24,069.00  (80% = $19,255.20)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:              $15,964.63

This is an:     X monthly     __ interim     __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | Pending | Pending |

As indicated above, this is the forty-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

The total time expended for the preparation of this application is approximately 2.7 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $675.00

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 39 | Litigation | $250.00 | 18.30 | $4,575.00 |
| Robert A. Murphy | Senior Counsel | 39 | Litigation | No Charge | 0.05 | $0.00 |
| Donna B. MacKenna | Partner | 22 ½ | Litigation | $225.00 | 6.30 | $1,417.50 |
| Matthew T. Murphy | Associate | 18 | Litigation | $220.00 | 60.10 | $13,222.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 22 | Litigation | $95.00 | 51.10 | $4,854.50 |
| TOTALS | | | | | 135.85 | $24,069.00 |

**Total Fees:**        **$24,069.00**

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $1.29 |
| Boston Cab Association | $10.05 |
| Federal Express | $150.95 |
| Pacer Online Search | $9.75 |
| Outside Photocopying | $1,923.67 |
| Photocopying ($0.12/page) | $58.32 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $5.06 |
| Rent Reimbursement | $13,407.14 |
| Miscellaneous | $398.40 |
| TOTAL | $15,964.63 |

**Total Expenses:    $15,964.63**

7

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 134.55 | $23,744.00 |
| Fee Applications, Applicant | 1.30 | $325.00 |
| Expenses | N/A | $15,964.63 |
| TOTALS | 135.85 | $40,033.63 |

Dated:  December 15, 2005

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/370177

8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 10, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### FORTY-NINTH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/370188

## EXHIBIT A
### (Fee Detail)

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number 87255
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through October 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/03/05 | MTM | Review memos and lists for boxes in Cambridge to locate lists of certain medical records. | 0.90 Hrs | $198.00 |
| 10/03/05 | ARA | Receipt of documents from MTM (.2); quality control documents (.5). | 0.70 Hrs | $66.50 |
| 10/04/05 | MTM | Review Cambridge medical records list (1.1); telephone call to ARA re: current location of medical records boxes (.2); review binders re: which medical records boxes sent to Holme Roberts (1.4) | 2.70 Hrs | $594.00 |
| 10/04/05 | ARA | Conference with MTM re: documents sent to Holme Roberts (.2); review Winthrop Square information binders re: same (1.5). | 1.70 Hrs | $161.50 |
| 10/05/05 | RAM | Conference with MTM re: workers' compensation files and medical records (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.20 Hrs | $50.00 |
| 10/05/05 | MTM | Complete review of certain medical records at Cambridge (1.0); conference with RAM re: same (.1). | 1.10 Hrs | $242.00 |
| 10/05/05 | ARA | Quality control previously privileged documents (.6), workers' compensation documents (.8), and documents produced in O.M. Scott production (1.5). | 2.90 Hrs | $275.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/06/05 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $125.00 |
| 10/06/05 | MTM | Email to in-house counsel re: medical records (.3); receipt and review of email from in-house counsel re: same (.2); letter to in-house counsel re: same (.4). | 0.90 Hrs | $198.00 |
| 10/13/05 | RAM | Emails from/to MTM re: what, if any, attorney work product exists re: testing of certain products. | 0.10 Hrs | $25.00 |
| 10/13/05 | MTM | Telephone call from in-house counsel re: search for sales of concentrate to various companies (.1); receipt and review of list of same (.2); review of email from K&E counsel re: prior work on product testing (.2). | 0.50 Hrs | $110.00 |
| 10/14/05 | RAM | Telephone conference with MTM re: air and bulk sample tests. | 0.20 Hrs | $50.00 |
| 10/14/05 | DBM | Discussion with and email to MTM re: air and bulk sampling analyses. | 0.20 Hrs | $45.00 |
| 10/14/05 | MTM | Conference with RAM re: email from K&E counsel re: product testing (.2); review binder re: bulk and air sampling re: same (.8); email to Reed Smith paralegal re: same (.4); conference with DBM re: same (.2); review ore shipment binders re: sales to certain companies (1.2). | 2.80 Hrs | $616.00 |
| 10/17/05 | RAM | Telephone call from in-house counsel that Grace has been served with discovery requests from asbestos creditors' committee; will send copies. | 0.05 Hrs | No charge |
| 10/17/05 | MTM | Email to in-house counsel re: results of search for sales of vermiculite concentrate to certain companies (.2); work on identifying prior collections of product testing for K&E counsel (.5); search Winthrop Square for collection of same (1.5); review document binder re: 1994 project re: same (.6); search for memos re: 1994 project (.4); email to Holme Roberts paralegal re: product test results project (.2). | 3.40 Hrs | $748.00 |
| 10/17/05 | ARA | Conference with MTM re: location of certain test documents and confirm their location in the repository (1.0). Per MTM's request, review standard exhibit list re: number of exhibits re: certain product tests (.7). | 1.70 Hrs | $161.50 |
| 10/18/05 | RAM | Receive discovery requests from in-house counsel and forward to DBM and MTM (.1); read requests (.7); conferences with DBM and MTM re: same (.3). | 1.10 Hrs | $275.00 |
| 10/18/05 | MTM | Receipt and review of email from Holme Roberts counsel re: product testing collections (.2); receipt and review of interrogatories and document requests from personal injury creditors committee (1.5); conference with RAM re: same (.2); locate product lists re: same (.9); review product lists re: same (.7); receipt and review of email from K&E paralegal requesting certain expert testimony | 4.00 Hrs | $880.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | binders (.3); telephone call to ARA re: same (.2). | | |
| 10/18/05 | ARA | Per MTM's instructions, locate and inventory expert witness binders per Kirkland & Ellis request (3.0). Document control (1.0). | 4.00 Hrs | $380.00 |
| 10/19/05 | RAM | Telephone call from in-house counsel to arrange meeting with K&E attorney to discuss discovery responses. | 0.10 Hrs | $25.00 |
| 10/19/05 | MTM | Continue to work on responses to discovery requests (1.3); conference with DBM re: same (.1); conference with ARA re: library materials inventory re: same (.4); review witness binders before sending to copier (1.0); review library inventory at Winthrop Square re: discovery request (.5); look for RFA library at Winthrop Square re: same (.7); review inventories of patent boxes at Winthrop Square (.9); review files re: prior legal department vault review re: acquisition and sale of companies (1.2). | 6.10 Hrs | $1,342.00 |
| 10/19/05 | ARA | Prepare copy set of O.M. Scott production to send to Recordkeeper (1.5). Per MTM's request, locate library materials inventories and produce copy of inventory to MTM (1.7). Telephone call to MTM to discuss library materials and other documents (.4); review library inventories (.5). Per MTM's request, search for RFAs (.4). Per MTM's instructions, arrange for pick up by Merrill of the expert witness binders (.3); discuss instructions/procedures with, and oversee pick up by, Merrill (1.0); note to the file re: same (.5). | 6.30 Hrs | $598.50 |
| 10/20/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.3). Read selected documents filed in bankruptcy court (.5). Conference with MTM and telephone conference with in-house counsel re: meeting next week with K&E attorney re: discovery requests (.1). | 0.90 Hrs | $225.00 |
| 10/20/05 | MTM | Continue to work on responses to discovery requests (.3); conference with ARA re: finding certain documents in repository re: same (.2); email from Reed Smith paralegal re: product testing collections (.2). | 0.70 Hrs | $154.00 |
| 10/20/05 | ARA | Conference with MTM re: review of boxes of documents for any re: certain companies (.2); review documents re: same (6.5). | 6.70 Hrs | $636.50 |
| 10/21/05 | RAM | Read selected documents filed in bankruptcy court. | 0.90 Hrs | $225.00 |
| 10/21/05 | MTM | Work on discovery responses (1.0); receipt and review of emails from Reed Smith to Kirkland & Ellis re: testing document collection (.2). | 1.20 Hrs | $264.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/21/05 | ARA | Continue review of documents for certain companies (3.3). Retrieve library materials inventory for Winthrop Square information binder and update binder (2.3). | 5.60 Hrs | $532.00 |
| 10/23/05 | RAM | Read emails re: compilations of certain products test results. | 0.10 Hrs | $25.00 |
| 10/24/05 | RAM | Prepare for (.5) and meet with DBM and MTM to discuss responses to discovery requests (1.4). | 1.90 Hrs | $475.00 |
| 10/24/05 | DBM | Conference with MTM and RAM in preparation for Wednesday's meeting and analysis of bankruptcy interrogatories and request for production of documents. | 1.40 Hrs | $315.00 |
| 10/24/05 | MTM | Conference with ARA re: documents re: response to discovery requests (.2); review binder of files in storage re: patents and RFA library (.7); review copies of binders for various experts requested by K&E(.6); letter to K&E paralegal re: same (.2); meeting with RAM and DBM re: discovery requests (1.4); conference with ARA re: scope of 1994 legal department vault re-review (.3); review files re: 1994 vault re-review re: discovery request (1.4). | 4.80 Hrs | $1,056.00 |
| 10/24/05 | ARA | Receipt and quality control of expert witness binders from Merrill Corp. re: Kirkland & Ellis request (.4). Per RAM's request, search for historical local counsel lists (.5); Per MTM's request, review Winthrop Square binders for Patent Dept. boxes (1.9). Locate insurance letters ; telephone call to MTM re: same (.2). Review binders to locate binders for non-CPD companies , per MTM's request (1.0). | 4.00 Hrs | $380.00 |
| 10/25/05 | RAM | Telephone conference with in-house counsel re: tomorrow's meeting (.1); conference with MTM to prepare for tomorrow's meeting to discuss discovery requests (.1). Read selected documents filed in bankruptcy court (1.2). Read former employee's memo and advise MTM that paralegals did not redact documents during initial review years ago which were put in the repository (.2). | 1.60 Hrs | $400.00 |
| 10/25/05 | DBM | Locate comprehensive answers to interrogatories for use in responding to bankruptcy discovery requests. | 1.00 Hrs | $225.00 |
| 10/25/05 | MTM | Review emails to and from Holme Roberts attorney re: scope of trade secret guidelines during recent review (.3); email to Holme Roberts counsel re: same (.4); review file re: product affidavit filed in property damage action re: discovery responses (.6); review emails from in-house counsel re: production of database to property damage creditors' committee counsel (.3); email to in-house counsel re: same (.2); locate most complete product appendix re: answers to interrogatories (.8); | 4.90 Hrs | $1,078.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | review binders re: any possible contract unit re: discovery responses (.9); review RFA library from Winthrop Square (.6); telephone call to ARA re: same (.2); receipt and review of email and redacted attachments from Kirkland Ellis counsel and conference with RAM re: same (.4); telephone call to ARA re: search for originals (.2). | | |
| 10/25/05 | ARA | Return MTM's call; locate and review RFA responses (1.0). Arrange for responses, information binders and binders for certain companies to be sent to the firm (1.2). Review resource binders to locate materials re: certain companies (2.0). Per MTM's call, locate original of redacted document in the production set (.5). | 4.70 Hrs | $446.50 |
| 10/26/05 | RAM | Meet with in-house counsel, Kirkland & Ellis attorney and MTM to discuss discovery requests and responses. | 7.00 Hrs | $1,750.00 |
| 10/26/05 | DBM | Search for documents in preparation for meeting on bankruptcy document requests. | 0.30 Hrs | $67.50 |
| 10/26/05 | MTM | Meeting with in-house counsel, RAM and Kirkland Ellis counsel re: discovery from PI creditors committee (7.0); work on discovery responses (1.3). | 8.30 Hrs | $1,826.00 |
| 10/26/05 | ARA | Per DBM, search for and review MA federal pleading boards for any references to job sites (1.3). Document control (3.4). | 4.70 Hrs | $446.50 |
| 10/27/05 | MTM | Work on discovery responses (.9); search for historical local counsel list re: same (.2); review document binders re: document retention memos (1.2); telephone call to ARA re: RAM's Montana testimony (.2) locate prior confidentiality agreement for work product lists to repository (.6); email from K&E counsel re: letter books (.2); email to K&E counsel re: confidentiality agreement (.3). | 3.60 Hrs | $792.00 |
| 10/27/05 | ARA | Produce MA pleading boards to DBM (.6). Telephone call to and from MTM re: search for and locate RAM trial testimony (in MT); review and discuss (.3). Quality control attorney review documents (5.9). | 6.80 Hrs | $646.00 |
| 10/28/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.70 Hrs | $175.00 |
| 10/28/05 | MTM | Work on responses to discovery requests (6.2); telephone call to in-house counsel re: coordinating such responses with discovery produced in property damage action (.2); email to Grace employee in Cambridge re: the number of boxes in dead storage and recordkeeper and lists to same (.3); email to Holme Roberts counsel re: same (.4). | 7.10 Hrs | $1,562.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/28/05 | ARA | Produce RAM's trial testimony binder to MTM and discuss same (.5). Return RFA response and vermiculite binders to the resource library (.8). | 1.30 Hrs | $123.50 |
| 10/31/05 | RAM | Conference with MTM re: responding to discovery requests (.1). Read and respond to DBM re: document searches to answer discovery requests (.1). Read and respond to emails re: document repository and search capability (.3). Read selected documents filed in bankruptcy court (1.2). | 1.70 Hrs | $425.00 |
| 10/31/05 | DBM | Search for documents per MTM (.5); search for variants of redacted document for MTM (.2); search for creditors' committee documents in response to first request for production of documents (2.7). | 3.40 Hrs | $765.00 |
| 10/31/05 | MTM | Receipt and review of email from in-house counsel re: production of repository database to property damage counsel (.3); telephone call from K&E counsel re: discovery responses (.3); work on same (1.5); conference with RAM re: same (.1); telephone call to Grace employee re: document volume and organization of dead storage materials (.5); telephone call to Holme Roberts counsel re: scope of review and other discovery issues (.4); telephone call from K&E counsel re: conference call tomorrow (.1); review list of Boulder boxes to identify any potentially needing review for responses to current discovery (3.9) | 7.10 Hrs | $1,562.00 |
| | | TOTAL LEGAL SERVICES | | $23,744.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 17.00 Hrs | 250/hr | $4,250.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 250/hr | No charge |
| DONNA B. MACKENNA | 6.30 Hrs | 225/hr | $1,417.50 |
| MATTHEW T. MURPHY | 60.10 Hrs | 220/hr | $13,222.00 |
| ANGELA R. ANDERSON | 51.10 Hrs | 95/hr | $4,854.50 |
| | 134.55 Hrs | | $23,744.00 |

Mark A. Shelnitz

TOTAL THIS BILL        $23,744.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number  87256
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through October 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/25/05 | RAM | Work on September fee application. | 0.60 Hrs | $150.00 |
| 10/31/05 | RAM | Work on September fee application. | 0.70 Hrs | $175.00 |
| | | | TOTAL LEGAL SERVICES | $325.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 1.30 Hrs | 250/hr | $325.00 |
| | 1.30 Hrs | | $325.00 |

TOTAL THIS BILL    $325.00

**<u>EXHIBIT B</u>**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number  87257
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through October 31, 2005

EXCESS POSTAGE                                                         $1.29

BOSTON CAB ASSOCIATION

| | | | |
|---|---|---|---|
| 10/21/05 | To Winthrop Square from Casner and Edwards on 9/15/05 by RM | 10.05 | |
| | | | $10.05 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/21/05 | To W R Grace in-house counsel from Casner and Edwards on 9/22/05 by MTM | 27.90 | |
| 10/21/05 | To Kirkland & Ellis LLP from Casner and Edwards on 9/26/05 by MTM | 93.02 | |
| 10/21/05 | To W R Grace in-house counsel from Casner and Edwards on 9/28/05 by RAM | 16.41 | |
| | | | $137.33 |

PACER ONLINE SEARCH

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through October 31, 2005

PACER ONLINE SEARCH

| | | |
|---|---|---|
| 10/31/05 | 9.75 | |
| | | $9.75 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/06/05 | MERRILL COMM -9/16/05-Workers Comp documents to send to in-house counsel | 375.51 | |
| 10/06/05 | MERRILL COMM - Balance of worker's comp. documents requested by in-house counsel (9/22/05). | 22.11 | |
| 10/06/05 | MERRILL COMM -Copies of witness binders requested by Kirkland & Ellis. | 1,526.05 | |
| | | | $1,923.67 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/04/05 | 1 copies at .12 per copy | 0.12 | |
| 10/04/05 | 38 copies at .12 per copy | 4.56 | |
| 10/04/05 | 12 copies at .12 per copy | 1.44 | |
| 10/06/05 | 24  copies at .12 per copy | 2.88 | |
| 10/18/05 | 15 copies at .12 per copy | 1.80 | |
| 10/25/05 | 92 copies at .12 per copy | 11.04 | |
| 10/25/05 | 8 copies at .12 per copy | 0.96 | |
| 10/26/05 | 82 copies at .12 per copy | 9.84 | |
| 10/31/05 | 77 copies at .12 per copy | 9.24 | |
| 10/31/05 | 83 copies at .12 per copy | 9.96 | |
| | | | $51.84 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 10/24/05 | 138 | 7349969455 | 1.10 | |
| 10/31/05 | 329 | 3038660408 | 3.30 | |
| 10/31/05 | 329 | 5613622800 | 0.66 | |
| | | | | $5.06 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 10/04/05 | BOSTON CAPITAL INSTITUTE-Rent and utilities for document repository at One Winthrop Square - October 2005. | 13,407.14 | |
| | | | $13,407.14 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through October 31, 2005

MISCELLANEOUS

| | | |
|---|---|---|
| 10/06/05 | RECORDKEEPER ARCHIVE-Monthly storage fee | 398.40 |
| | | $398.40 |
| | TOTAL DISBURSEMENTS | $15,944.53 |
| | TOTAL THIS BILL | $15,944.53 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number  87258
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through October 31, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/21/05 | To Pachulski Stang Ziehl Young, Scotta McFarland  from Casner and Edwards on 9/30/05 by RAM | 13.62 | |
| | | | $13.62 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/11/05 | 54 copies at .12 per copy | 6.48 | |
| | | | $6.48 |
| | TOTAL DISBURSEMENTS | | $20.10 |

Mark A. Shelnitz

TOTAL THIS BILL            $20.10

## **EXHIBIT B**
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number  87257
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through October 31, 2005

EXCESS POSTAGE                                                               $1.29

BOSTON CAB ASSOCIATION

| | | | |
|---|---|---|---|
| 10/21/05 | To Winthrop Square from Casner and Edwards on 9/15/05 by RM | 10.05 | |
| | | | $10.05 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/21/05 | To W R Grace in-house counsel from Casner and Edwards on 9/22/05 by MTM | 27.90 | |
| 10/21/05 | To Kirkland & Ellis LLP from Casner and Edwards on 9/26/05 by MTM | 93.02 | |
| 10/21/05 | To W R Grace in-house counsel from Casner and Edwards on 9/28/05 by RAM | 16.41 | |
| | | | $137.33 |

PACER ONLINE SEARCH

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2005

PACER ONLINE SEARCH

| | | |
|---|---|---|
| 10/31/05 | 9.75 | |
| | | $9.75 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/06/05 | MERRILL COMM -9/16/05-Workers Comp documents to send to in-house counsel | 375.51 | |
| 10/06/05 | MERRILL COMM - Balance of worker's comp. documents requested by in-house counsel (9/22/05). | 22.11 | |
| 10/06/05 | MERRILL COMM -Copies of witness binders requested by Kirkland & Ellis. | 1,526.05 | |
| | | | $1,923.67 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/04/05 | 1 copies at .12 per copy | 0.12 | |
| 10/04/05 | 38 copies at .12 per copy | 4.56 | |
| 10/04/05 | 12 copies at .12 per copy | 1.44 | |
| 10/06/05 | 24 copies at .12 per copy | 2.88 | |
| 10/18/05 | 15 copies at .12 per copy | 1.80 | |
| 10/25/05 | 92 copies at .12 per copy | 11.04 | |
| 10/25/05 | 8 copies at .12 per copy | 0.96 | |
| 10/26/05 | 82 copies at .12 per copy | 9.84 | |
| 10/31/05 | 77 copies at .12 per copy | 9.24 | |
| 10/31/05 | 83 copies at .12 per copy | 9.96 | |
| | | | $51.84 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 10/24/05 | 138 | 7349969455 | 1.10 | |
| 10/31/05 | 329 | 3038660408 | 3.30 | |
| 10/31/05 | 329 | 5613622800 | 0.66 | |
| | | | | $5.06 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 10/04/05 | BOSTON CAPITAL INSTITUTE-Rent and utilities for document repository at One Winthrop Square - October 2005. | 13,407.14 | |
| | | | $13,407.14 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2005

MISCELLANEOUS

| | | |
|---|---|---|
| 10/06/05   RECORDKEEPER ARCHIVE-Monthly storage fee | 398.40 | |
| | | $398.40 |
| TOTAL DISBURSEMENTS | | $15,944.53 |
| TOTAL THIS BILL | | $15,944.53 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number  87258
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through October 31, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/21/05 | To Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 9/30/05 by RAM | 13.62 | |
| | | | $13.62 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/11/05 | 54 copies at .12 per copy | 6.48 | |
| | | | $6.48 |
| | TOTAL DISBURSEMENTS | | $20.10 |

Mark A. Shelnitz

**TOTAL THIS BILL**      $20.10

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

      Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 20th day of December

2005 she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1. **Summary of the Forty-Ninth Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period From October 1, 2005 Through October 31, 2005; and**

2. **Fee Detail for Casner & Edwards LLP's Monthly Fee Application for the Period From October 1, 2005 Through October 31, 2005.**

Dated: December 20, 2005

_Patricia E Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 20ᵗʰ day of December, 2005

_Vanessa A. Preston_
Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

9

-2-

DOCS_DE:107664.61

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** *pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** *elawler@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail:** *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** *david.heller@lw.com* and
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP