# EXHIBIT B
November Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: February 20 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE FIFTIETH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2005 through November 30, 2005 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                          $38,027.50  (80% = $30,422.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                  $15,003.91

This is an:    X monthly      __ interim      __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | Pending | Pending |
| 1/18/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | Pending | Pending |

As indicated above, this is the fiftieth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.4 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $600.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 39 | Litigation | $250.00 | 28.20 | $7,050.00 |
| Robert A. Murphy | Senior Counsel | 39 | Litigation | No Charge | 0.05 | $0.00 |
| Donna B. MacKenna | Partner | 22 ½ | Litigation | $225.00 | 5.10 | $1,147.50 |
| Matthew T. Murphy | Associate | 18 | Litigation | $220.00 | 114.00 | $25,080.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 22 | Litigation | $95.00 | 42.80 | $4,066.00 |
| Larry Barron | Temporary Paralegal | — | Litigation | $95.00 | 1.20 | $114.00 |
| Michael Chavaneau-Ellis | Temporary Paralegal | — | Litigation | $95.00 | 1.20 | $114.00 |
| Joseph Cohen | Temporary Paralegal | — | Litigation | $95.00 | 1.20 | $114.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Eitan Goldberg | Temporary Paralegal | — | Litigation | $95.00 | 1.20 | $114.00 |
|---|---|---|---|---|---|---|
| Megan O'Rourke | Temporary Paralegal | — | Litigation | $95.00 | 1.20 | $114.00 |
| Kerry Reilly | Temporary Paralegal | — | Litigation | $95.00 | 1.20 | $114.00 |
| TOTALS | | | | | 197.35 | $38,027.50 |

**Total Fees:**      **$38,027.50**


Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $6.15 |
| Boston Express Delivery | $13.00 |
| Federal Express | $97.56 |
| Outside Photocopying | $3,263.55 |
| Photocopying ($0.12/page) | $64.20 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $22.99 |
| Rent Reimbursement | $11,082.06 |
| Miscellaneous | $454.40 |
| TOTAL | $15,003.91 |

**Total Expenses:**      **$15,003.91**

7

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 193.20 | $37,002.50 |
| Fee Applications, Applicant | 4.15 | $1,025.00 |
| Expenses | N/A | $15,003.91 |
| TOTALS | 197.35 | $53,031.41 |

Dated:  January 18, 2006

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/372871

8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: February 20 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S**
**FIFTIETH MONTHLY FEE APPLICATION**
**FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/372877

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 10, 2006

Bill Number  88319
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through November 30, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/01/05 | RAM | Telephone conferences with in-house counsel (.2) and conference with MTM (.2) re: conference call to discuss discovery responses. | 0.40 Hrs | $100.00 |
| 11/01/05 | MTM | Receipt and review of emails re: conference call tomorrow (.2); email to Holme Roberts counsel re: details on EPA/class action document review (.6); conference with RAM and in-house counsel re: conference call tomorrow (.3); work on responses to discovery requests (1.6); draft preliminary statement re: focus of past document reviews and location of various categories of documents (1.9). | 4.60 Hrs | $1,012.00 |
| 11/02/05 | RAM | Conference call with K&E attorneys, in-house counsel and MTM to discuss responses to discovery requests in PI estimation proceeding (1.6); telephone conference with in-house counsel re: same (.1); conference with MTM re: drafting responses (.1). Read updated bankruptcy court docket entries to select documents to read (.3). | 2.10 Hrs | $525.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/02/05 | MTM | Prepare for conference call this morning and receipt and review of agenda re: same (.2); continue to work on preliminary statement (1.3); identify process for producing certain collections of documents in Cambridge and Boston (1.8); conference with RAM re: first draft of responses to discovery requests (.1); participate in conference call re: same (1.6). | 5.00 Hrs | $1,100.00 |
| 11/04/05 | MTM | Work on discovery responses (1.8); telephone call from Kirkland Ellis attorney re: same (.3). | 2.10 Hrs | $462.00 |
| 11/06/05 | MTM | Draft responses to personal injury discovery requests. | 3.90 Hrs | $858.00 |
| 11/07/05 | RAM | Telephone conference with in-house counsel re: status of draft discovery responses (.1); work on same (3.0); conference call with MTM re: same (.7). | 3.80 Hrs | $950.00 |
| 11/07/05 | DBM | Find standard information re: productions for use in answering creditors' discovery requests. | 2.00 Hrs | $450.00 |
| 11/07/05 | MTM | Revise responses to requests for production of documents and answers to interrogatories (2.5); conference with RAM re: same (.7); email to in-house counsel re: responses to personal injury document requests (.3). | 3.50 Hrs | $770.00 |
| 11/08/05 | RAM | Telephone conference with in-house counsel re: PI estimation discovery. | 0.10 Hrs | $25.00 |
| 11/08/05 | ARA | Per MTM's call, locate information re: number of boxes in the repository; telephone call to MTM re: same (.8). Telephone calls to Merrill Corp. and MTM re: location and return of original Winthrop Square information binders (.4). Document control (4.0). | 5.20 Hrs | $494.00 |
| 11/09/05 | RAM | Revise draft responses to requests for production of documents in PI estimation proceeding (1.7); read email from MTM re: same (.1); conference call with in-house counsels (2), K&E attorneys and MTM to discuss same (1.3). | 3.10 Hrs | $775.00 |
| 11/09/05 | MTM | Review revisions to preliminary statement re: response to personal injury request for production of documents (.4); telephone call to ARA re: issues relating to discovery responses (.3); review revised responses to document requests (1.0); revise answers to interrogatories (.8); email to Holme Roberts counsel re: details on potentially responsive documents stored in Colorado (.6); conference call with in-house counsel and K&E counsel re: responses to discovery requests (1.5). | 4.60 Hrs | $1,012.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/09/05 | ARA | Document control (3.1). Quality control production set documents (2.3). Per MTM's telephone call, check EPA/ZAI production documents for coding sheets (.5). | 5.90 Hrs | $560.50 |
| 11/10/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.5). Work on answers to interrogatories in PI estimation proceeding (.4); work on revised responses to requests for production of documents (.6); emails from/to in-house counsel re: draft responses (.1). Review and comment on draft letter to creditors' committee (.3); conferences with MTM re: same (.1) and re: answers to interrogatories (.1). | 2.20 Hrs | $550.00 |
| 11/10/05 | MTM | Revise proposed draft letter to personal injury claimants committee re: various locations of potentially responsive documents (2.0); conference with RAM re: same (.1). Revise responses to their document request (.9); receipt and respond to emails from in-house counsel re: discovery responses (.6); work on answers to interrogatories in personal injury case (2.6); conference with RAM re: same (.1). Email to in-house counsel and K&E counsel re: revised draft letter and discovery responses (.5); receipt and review of email from Holme Roberts counsel re: boxes in Colorado (.3); respond to same (.5). | 7.60 Hrs | $1,672.00 |
| 11/10/05 | ARA | Quality control Casner & Edwards copy set of documents copied during production to O.M. Scott (4.5). Document control (2.2). | 6.70 Hrs | $636.50 |
| 11/11/05 | RAM | Conference with MTM re: discovery responses and read emails re: same (.1). Conference call with in-house counsel, K&E attorney and MTM re: discovery responses (2.0); telephone conference with in-house counsel and MTM re: same (.1). Read selected documents filed in bankruptcy court (.9). | 3.10 Hrs | $775.00 |
| 11/11/05 | MTM | Work on product appendix re: answers to interrogatories (1.0); email to in-house counsel re: product disclosure in response to personal injury discovery request (.3); telephone call from Holme Roberts attorney and paralegal re: documents stored in Colorado (.4); telephone call to in-house counsel re: answers to interrogatories (.4); conference call with in-house counsel and K&E counsel re: responses to discovery requests from personal injury creditors committee (2.0); telephone call to in-house counsel with RAM re: just completed conference call (.1). Revise responses to discovery requests re: same (1.0). | 5.20 Hrs | $1,144.00 |

Page 3

Mark A. Shelnitz

| 11/11/05 | ARA | Quality control Casner & Edwards copy set of documents copied during production to O.M. Scott. | 4.40 Hrs | $418.00 |
|----------|-----|----------------------------------------------------------------|----------|---------|
| 11/13/05 | MTM | Receipt and review of email from K&E counsel re: responses to discovery requests (.2); revise responses to discovery requests (3.0); telephone call to K&E counsel re: same (.3). | 3.50 Hrs | $770.00 |
| 11/14/05 | RAM | Three telephone conferences with MTM re: revised PI estimation discovery responses. | 0.30 Hrs | $75.00 |
| 11/14/05 | MTM | Continue work on discovery responses (.3); telephone call to in-house counsel re: changes to interrogatory answers (.3); receipt and review of email and marked draft from Kirkland & Ellis counsel re: response to document request (.6); revise responses re: same (1.9); telephone call from Kirkland & Ellis counsel re: these changes and product appendix (.3); revise certification page for discovery responses (.1); telephone conferences with RAM re: status of discovery responses (.3); email revised drafts and comments to in-house and K&E counsel (.2); email from in-house counsel re: change to interrogatory answers (.2); conference with in-house and K&E counsel re: discovery responses (.8); make final revisions to product appendix (1.0); telephone call from K&E counsel re: final responses (.8); telephone call from K&E counsel re: final changes to responses (.9). | 7.70 Hrs | $1,694.00 |
| 11/14/05 | ARA | Document control (.8). Quality control Casner & Edwards copy set of documents copied during production to O.M. Scott (6.5). Quality control documents in the production set (1.0). | 8.30 Hrs | $788.50 |
| 11/15/05 | MTM | Work on identifying all materials previously produced in personal injury cases and what processing such materials will need before production in these cases (4.6); telephone call to ARA re: same (.5); receipt and review of "as-filed" copy of Grace's discovery responses to the PI committee (.4). | 5.50 Hrs | $1,210.00 |
| 11/15/05 | ARA | Telephone discussion with MTM re: identifying all documents previously produced to plaintiffs (.5); review production files for information concerning same (2.5). Quality control documents in the production set (2.0). | 5.00 Hrs | $475.00 |
| 11/16/05 | MTM | Continue review of files from prior personal injury document productions re: production in these cases (3.3); review ARA files at Winthrop Square re: same (1.9); telephone call to K&E counsel re: anticipated Boston production (.5). | 5.70 Hrs | $1,254.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/16/05 | ARA | Review production files for information concerning what documents have been previously produced to plaintiffs and locate specific files per MTM's request. | 7.30 Hrs | $693.50 |
| 11/17/05 | RAM | Read emails re: PI estimation discovery responses and requests; email to MTM re: same. | 0.20 Hrs | $50.00 |
| 11/17/05 | DBM | Conference with MTM re: searching for plants manufacturing MK-3 in Massachusetts. | 0.10 Hrs | $22.50 |
| 11/17/05 | MTM | Receipt and review of document requests from property damage committee (1.5); email from K&E counsel re: conference call with personal injury creditors committee on Tuesday (.2); receipt and review of 22 boxes of old document production files in personal injury and property damage cases re: upcoming PI production (3.8); telephone call from in-house counsel re: request from counsel for information on Monokote sales in Massachusetts (.2); locate list of Grace suppliers in briefing books (.2); conference with DBM re: possible document search for same (.1); locate my file re: suppliers (.3); review my file re: suppliers to identify east coast purchases (.7); telephone call to in-house counsel re: same (.1). | 7.10 Hrs | $1,562.00 |
| 11/18/05 | DBM | Search for MK-3 sales in MA by particular plants. | 1.30 Hrs | $292.50 |
| 11/18/05 | MTM | Continue review of old document production files re: production to personal injury creditors committee (3.8); receipt and review of MK-3 sales in Massachusetts per request from in-house counsel (.3); obtain copies of same at Winthrop Square (.7). | 4.80 Hrs | $1,056.00 |
| 11/21/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read and make notes re: PI estimation discovery issues to prepare for tomorrow's conference call (.5) and telephone conference with MTM re: same (.1). | 0.80 Hrs | $200.00 |
| 11/21/05 | MTM | Continue to review boxes of documents from storage re: old document productions (3.4); telephone call from in-house Grace counsel re: Monokote 3 question (.2); telephone calls from RAM and K&E counsel re: meeting and telephone conference tomorrow (.3). | 3.90 Hrs | $858.00 |
| 11/22/05 | RAM | Read emails re: locations of responsive documents and reviewing them for production (.1). Participate in conference calls with Kirkland & Ellis attorneys, in-house counsel, MTM and others re: discovery requests and responses (2.9). Telephone conference with MTM re: preparing documents for production (.1). | 3.10 Hrs | $775.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/22/05 | MTM | Finish review of boxes of documents from storage re: prior document productions (.9); conference call with K&E and in-house counsel re: personal injury discovery requests (.8); telephone call to HRO counsel re: return of Cambridge boxes for production in PI cases (.3); work on production of Cambridge/Boulder boxes to PI counsel (2.3); email to HRO paralegal re: same (.5); conference call with opposing counsel re: discovery responses (2.2); telephone call from K&E counsel re: same (.3). | 7.30 Hrs | $1,606.00 |
| 11/23/05 | RAM | Telephone conference with MTM re: hiring temporary paralegals to prepare documents for production to creditors' committees. | 0.10 Hrs | $25.00 |
| 11/23/05 | MTM | Prepare for document production to personal injury creditors committee (3.2); telephone conference with RAM re: same (.1); telephone call from in-house Grace counsel re: discovery requests from property damage committee (1.3). | 4.60 Hrs | $1,012.00 |
| 11/28/05 | RAM | Emails from/to MTM re: in-house counsel and Canadian issue (.2). Conference call with in-house counsel and MTM re: same (.4). Conference call with in-house counsel, K&E attorneys and MTM re: PI estimation discovery requests and responses (1.7). | 2.30 Hrs | $575.00 |
| 11/28/05 | DBM | Search for documents related to Canada operations. | 1.70 Hrs | $382.50 |
| 11/28/05 | MTM | Receipt and review of emails from RAM and in-house Grace counsel re: Canadian document issues (.4); email to DBM and RAM re: same (.3); telephone call to K&E counsel re: conference call tomorrow with opposing counsel (.4); telephone call from K&E counsel re: issues to discuss in conference call later today (.3); continue preparation for document production (5.5); telephone call to RAM re: Canadian document questions (.2); receipt and review of email from in-house Grace counsel re: same (.2); conference call with RAM and in-house counsel re: Canadian document issues (.4). Conference call with K&E counsel, in-house counsel and RAM re: discovery issues (1.7); telephone call from HRO paralegal re: privileged materials at Cambridge (.3). | 9.70 Hrs | $2,134.00 |
| 11/29/05 | RAM | Read emails re:Canadian issue (.1). Read selected documents filed in bankruptcy court (.5). | 0.60 Hrs | $150.00 |
| 11/29/05 | MTM | Review Cambridge repository to prepare same for document production (6.0); prepare guidelines and other materials for orientation meeting with temporary paralegals tomorrow (2.0); conference call with K&E counsel to discuss coordination of responses to discovery from property damage and personal injury | 9.00 Hrs | $1,980.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | committees (1.0). | | |
| 11/30/05 | RAM | Conference call with attorneys re: PI estimation discovery requests and responses. | 1.90 Hrs | $475.00 |
| 11/30/05 | MTM | Prepare for conference call this morning with opposing counsel (.7); conference call with personal injury creditors committee counsel re: discovery disputes (1.9); work on responses to discovery requests from property damage counsel (1.8); Prepare for and meet with temporary paralegals re: Cambridge review project (1.7). Second conference call with personal injury creditors committee re: discovery disputes (1.7); email to Reed Smith and HRO counsel re: production of documents on disc (.9). | 8.70 Hrs | $1,914.00 |
| 11/30/05 | LB | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | MEC | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | JC | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | EG | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | MO | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | KR | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| | | | TOTAL LEGAL SERVICES | $37,002.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 24.10 Hrs | 250/hr | $6,025.00 |
| DONNA B. MACKENNA | 5.10 Hrs | 225/hr | $1,147.50 |
| MATTHEW T. MURPHY | 114.00 Hrs | 220/hr | $25,080.00 |
| ANGELA R. ANDERSON | 42.80 Hrs | 95/hr | $4,066.00 |
| LARRY BARRON | 1.20 Hrs | 95/hr | $114.00 |
| MICHAEL CHAVANEAU-ELLIS | 1.20 Hrs | 95/hr | $114.00 |
| JOSEPH COHEN | 1.20 Hrs | 95/hr | $114.00 |
| EITAN GOLDBERG | 1.20 Hrs | 95/hr | $114.00 |
| MEGAN O'ROURKE | 1.20 Hrs | 95/hr | $114.00 |
| KERRY REILLY | 1.20 Hrs | 95/hr | $114.00 |
| | 193.20 Hrs | | $37,002.50 |

Mark A. Shelnitz

TOTAL THIS BILL     $37,002.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 10, 2006

Bill Number  88320
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through November 30, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/01/05 | RAM | Work on September fee application (1.0); fax it to in-house counsels for review (.1). | 1.10 Hrs | $275.00 |
| 11/02/05 | RAM | Email from in-house counsel that fee application may be filed. | 0.10 Hrs | $25.00 |
| 11/03/05 | RAM | Telephone call from second in-house counsel; fee application may be filed. | 0.05 Hrs | No charge |
| 11/08/05 | RAM | Finalize September fee application (.2). Finalize quarterly fee application (.2). Send both fee applications to Delaware counsel to file (.1). | 0.50 Hrs | $125.00 |
| 11/25/05 | RAM | Work on October fee application. | 1.80 Hrs | $450.00 |
| 11/29/05 | RAM | Work on October fee application. | 0.60 Hrs | $150.00 |
| | | TOTAL LEGAL SERVICES | | $1,025.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.10 Hrs | 250/hr | $1,025.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 250/hr | No charge |
| | 4.15 Hrs | | $1,025.00 |

TOTAL THIS BILL    $1,025.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 10, 2006

Bill Number  88321
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through November 30, 2005

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $3.95 |
| **BOSTON EXPRESS DELIVERY** | | | |
| 11/16/05 | To 303 Congress Street, Casner & Edwards-MTM from One Winthrop Square on 10/25/05. | 13.00 | |
| | | | $13.00 |
| **FEDERAL EXPRESS** | | | |
| 11/10/05 | To Kirkland & Ellis from Casner and Edwards on 10/24/05 by MTM | 97.56 | |
| | | | $97.56 |
| **OUTSIDE PHOTOCOPYING** | | | |
| 11/03/05 | MERRILL COMM - Expert witness binders requested by Kirkland & Ellis | 2,835.08 | |
| 11/03/05 | MERRILL COMM -Copy of Winthrop Square Information Binders (4) | 428.47 | |
| | | | $3,263.55 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2005

PHOTOCOPYING

| | | |
|---|---|---:|
| 11/02/05 | 11 copies at .12 per copy | 1.32 |
| 11/04/05 | 16 copies at .12 per copy | 1.92 |
| 11/09/05 | 41 copies at .12 per copy | 4.92 |
| 11/13/05 | 2 copies at .12 per copy | 0.24 |
| 11/17/05 | 140 copies at .12 per copy | 16.80 |
| 11/18/05 | 33 copies at .12 per copy | 3.96 |
| 11/18/05 | 31 copies at .12 per copy | 3.72 |
| 11/18/05 | 31 copies at .12 per copy | 3.72 |
| 11/18/05 | 21 copies at .12 per copy | 2.52 |
| 11/18/05 | 52 copies at .12 per copy | 6.24 |
| 11/28/05 | 1  copies at .12 per copy | 0.12 |
| 11/30/05 | 138 copies at .12 per copy | 16.56 |
| 11/30/05 | 16 copies at .12 per copy | 1.92 |
| 11/30/05 | 2 copies at .12 per copy | 0.24 |

$64.20

TELEPHONE

| | | | |
|---|---|---|---:|
| 11/14/05 | 329 | 2028795167 | 0.77 |
| 11/14/05 | 329 | 2028795167 | 0.55 |
| 11/14/05 | 329 | 2395143631 | 0.77 |
| 11/17/05 | 329 | 3026525340 | 1.76 |
| 11/21/05 | 329 | 2028795167 | 0.44 |
| 11/22/05 | 329 | 3038617000 | 0.55 |
| 11/22/05 | 329 | 2395143631 | 0.66 |
| 11/23/05 | 329 | 4105314355 | 6.60 |
| 11/23/05 | 357 | 3026525338 | 1.10 |
| 11/28/05 | 329 | 2395143631 | 1.32 |
| 11/28/05 | 329 | 2395143631 | 2.09 |
| 11/28/05 | 329 | 3038660691 | 3.30 |
| 11/30/05 | 329 | 3038660691 | 0.88 |

$20.79

RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 11/02/05 | BOSTON CAPITAL INSTITUTION-Rent and utilities for document repository at One Winthrop Square-November 2005. | 11,082.06 |

$11,082.06

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2005

MISCELLANEOUS

| | | |
|---|---|---|
| 11/03/05 | RECORDKEEPER ARCHIVE-Storage from 10/01/05 to 10/31/05 | 400.40 |
| 11/21/05 | RECORDKEEPER ARCHIVE-October 2005 delivery charges | 54.00 |

$454.40

TOTAL DISBURSEMENTS $14,999.51

TOTAL THIS BILL $14,999.51

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 10, 2006

Bill Number  88322
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through November 30, 2005

EXCESS POSTAGE                                                            $2.20

TELEPHONE
11/30/05    357    2395143631                              2.20

                                                                         $2.20

                                    TOTAL DISBURSEMENTS        $4.40

                                    TOTAL THIS BILL            $4.40

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                     )
                                           )
W. R. GRACE & CO., et al.,[1]              )    Chapter 11
                                           )    Case No. 01-1139 (JKF)
                    Debtors.               )    Jointly Administered
                                           )

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                           )SS
COUNTY OF NEW CASTLE       )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 31st day of January 2006

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1. **SUMMARY OF THE FIFTIETH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005; AND**

2. **FEE DETAIL FOR CASNER & EDWARDS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005.**

Dated: January 31, 2006

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 31st day of January, 2006

_____
Notary Public
My Commission Expires:  11/4/07

**MARY E. CORCORAN**
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

9

-2-

DOCS_DE:107664.77

Grace Fee Application Service List
Case Number:  01-1139 (JKF)
Document Number:  45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camlev.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:* james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: elawler@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP