# EXHIBIT C
December Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: March 6, 2006 at 4:00p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE FIFTY-FIRST MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2005 through December 31, 2005 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                              $87,777.50  (80% = $70,222.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                      $13,260.33

This is an:    X monthly      __ interim      __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | Pending | Pending |
| 2/2/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | Pending | Pending |

As indicated above, this is the fifty-first application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 4.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,000.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant's firm attorney | Number of years in the position/attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 39 | Litigation | $250.00 | 12.50 | $3,125.00 |
| Donna B. MacKenna | Partner | 22 ½ | Litigation | $225.00 | 1.20 | $270.00 |
| Matthew T. Murphy | Associate | 18 | Litigation | $220.00 | 117.60 | $25,872.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 22 | Litigation | $95.00 | 76.70 | $7,286.50 |
| Larry Barron | Temporary Paralegal | — | Litigation | $95.00 | 114.20 | $10,849.00 |
| Michael Chavaneau-Ellis | Temporary Paralegal | — | Litigation | $95.00 | 84.70 | $8,046.50 |
| Joseph Cohen | Temporary Paralegal | — | Litigation | $95.00 | 88.80 | $8,436.00 |
| Eitan Goldberg | Temporary Paralegal | — | Litigation | $95.00 | 88.50 | $8,407.50 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Megan O'Rourke | Temporary Paralegal | — | Litigation | $95.00 | 85.50 | $8,122.50 |
|---|---|---|---|---|---|---|
| Kerry Reilly | Temporary Paralegal | — | Litigation | $95.00 | 77.50 | $7,362.50 |
| TOTALS | | | | | 747.20 | $87,777.50 |

**Total Fees:**         **$87,777.50**

### Expense Summary

### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Federal Express | $1,067.71 |
| Pacer Online Search | $143.92 |
| Photocopying ($0.12/page) | $424.20 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $42.57 |
| Rent Reimbursement | $11,118.93 |
| Miscellaneous | $463.00 |
| TOTAL | $13,260.33 |

**Total Expenses:**         **$13,260.33**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 746.40 | $87,577.50 |
| Fee Applications, Applicant | 0.80 | $200.00 |
| Expenses | N/A | $13,260.33 |
| TOTALS | 747.20 | $101,037.83 |

Dated: February 2, 2006

CASNER & EDWARDS, LLP

*Robert A. Murphy*

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/374283.1

8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: March 6, 2006 at 4:00p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S**
**FIFTY-FIRST MONTHLY FEE APPLICATION**
**FOR THE PERIOD FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 25, 2006

Bill Number  89119
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through December 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/01/05 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $125.00 |
| 12/01/05 | MTM | Work with temporary paralegals to prepare documents in Cambridge for production in PI cases (4.5). Message from in-house counsel re: affidavit re: Monokote in Massachusetts (.1); email to in-house counsel re: same (.2); conference call with in-house counsel and K&E counsel re: discovery meet and confer conference call of yesterday (2.0); email to Holme Roberts counsel re: trade secret issues regarding documents produced to EPA (.4). Travel from Cambridge to office (.2 - travel 1/2 time). | 7.40 Hrs | $1,628.00 |
| 12/01/05 | LB | Work on Cambridge review project. | 6.00 Hrs | $570.00 |
| 12/01/05 | MEC | Work on Cambridge review project. | 6.00 Hrs | $570.00 |
| 12/01/05 | JC | Work on Cambridge review project. | 6.00 Hrs | $570.00 |
| 12/01/05 | EG | Work on Cambridge review project. | 6.00 Hrs | $570.00 |
| 12/01/05 | MO | Work on Cambridge review project. | 6.00 Hrs | $570.00 |
| 12/02/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read PD Committee's discovery requests and draft comments re: same (.3). | 0.50 Hrs | $125.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/02/05 | MTM | Work on obtaining old discovery responses for production to PI counsel (1.8); work on responses to document requests in PD cases (1.0); conference call with in-house counsel, K&E counsel and Reed Smith counsel re: same (3.7); receipt and review of draft affidavit re: MK sales in Massachusetts (.3). | 6.80 Hrs | $1,496.00 |
| 12/02/05 | LB | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/02/05 | MEC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/02/05 | JC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/02/05 | EG | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/02/05 | MO | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/02/05 | KR | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/05/05 | RAM | Read emails re: which expanding plants shipped MK to Massachusetts; email comments to MTM; conference with MTM re: same. | 0.30 Hrs | $75.00 |
| 12/05/05 | MTM | Revise MK affidavit (.3); work on draft response to PD document requests (4.4); telephone call to K&E counsel re: various indices to Winthrop Square repository (.3); email to in-house counsel re: MK affidavit (.2); receipt and review of email from in-house counsel re: property damage document request (.2); conference with RAM re: MK affidavit (.2); email to two in-house counsels re: same (.2). | 5.80 Hrs | $1,276.00 |
| 12/05/05 | LB | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/05/05 | MEC | Work on Cambridge review project. | 7.70 Hrs | $731.50 |
| 12/05/05 | JC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/05/05 | EG | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/05/05 | MO | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/05/05 | KR | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/06/05 | RAM | Work on responses to PD Committee's requests for production of documents (.4); conference with MTM re: same (.1). | 0.50 Hrs | $125.00 |
| 12/06/05 | MTM | Work on PD document requests (4.1); conference with RAM re: same (.1); search for library list created by in-house counsel re: same (1.2); receipt and review of emails from in-house counsel re: MK affidavit (.2); telephone call from temporary paralegals with questions re: Cambridge review project (.5); search for work product indices and library list at Winthrop Square in connection with responses to PD document requests and upcoming production to PI Committee (1.7); review list re: patent documents at Winthrop Square re: PI document requests (2.0). | 9.80 Hrs | $2,156.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/06/05 | LB | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/06/05 | MEC | Work on Cambridge review project. | 7.80 Hrs | $741.00 |
| 12/06/05 | JC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/06/05 | EG | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/06/05 | MO | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/06/05 | KR | Work on Cambridge review project. | 8.00 Hrs | $760.00 |
| 12/07/05 | RAM | Conference call with Kirkland & Ellis attorneys, creditors committee attorneys and MTM to discuss responses to requests for production of documents (.9). Read selected documents filed in bankruptcy court (1.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read emails re: production of documents to PI Committee re: estimation issue (.1). Conference with MTM re: document review at Cambridge (.5); review correspondence with Reed Smith re: same (.1). | 2.80 Hrs | $700.00 |
| 12/07/05 | DBM | Conference with MTM re: production of discovery responses. | 0.20 Hrs | $45.00 |
| 12/07/05 | MTM | Revise PD discovery responses (3.4); telephone call from temporary paralegals at Cambridge with questions re: review (.4); telephone call to K&E counsel re: upcoming conference call with PI Committee re: discovery responses (.3); conference call with K&E counsel and counsel representing various creditors' committees re: discovery responses (1.5); telephone call from in-house counsel re: document reviews (.2); telephone call to Reed Smith paralegal re: ZAI discs and privilege logs (.5); email to Holme Roberts counsel re: EPA discs and privilege logs (.5); conference with DBM re: request from PI Committee for old discovery responses (.2); second email to Holme Roberts counsel re: EPA disc and privilege log issues (.3); telephone call from temporary paralegals re: status of review (.2); telephone call from K&E counsel re: disc issues (.3); receipt and review of email from in-house counsel re: PD document request and respond to same (.4); conference with RAM re: Cambridge project (.5). | 8.70 Hrs | $1,914.00 |
| 12/07/05 | LB | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/07/05 | MEC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/07/05 | JC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/07/05 | EG | Work on Cambridge review project. | 7.50 Hrs | $712.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/07/05 | MO | Work on Cambridge review project. | 4.50 Hrs | $427.50 |
| 12/07/05 | KR | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/08/05 | RAM | Conference with MTM re: status of document review (.1). Read correspondence re: Grace companies that manufactured asbestos containing products (.1). | 0.20 Hrs | $50.00 |
| 12/08/05 | MTM | Meeting with temporary paralegals at Cambridge re: review project (2.2); travel from Cambridge to office (.3 - travel 1/2 time); meeting with in-house counsel re: same (.2); conference with RAM re: same (.1); email from Holme Roberts counsel re: EPA discs (.2); email from in-house counsel re: PD document request (.3); telephone call from in-house paralegal re: same (.2); email from Nate Finch re: upcoming document production (.1); telephone call to K&E counsel re: same (.2); respond to Nate Finch's email (.3); telephone call from temporary paralegals re: Cambridge review project status (.2); receipt and review of in-house counsel's comments to draft response to property damage document request (.3); receipt and review of letter from K&E counsel to Scott Baena re: various discovery issues (.3). | 4.90 Hrs | $1,078.00 |
| 12/08/05 | LB | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/08/05 | MEC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/08/05 | JC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/08/05 | EG | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/08/05 | MO | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/08/05 | KR | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/09/05 | RAM | Telephone call from/to in-house counsel with MTM re: searching for air sampling documents from TEC Systems; read emails re: same. | 0.10 Hrs | $25.00 |
| 12/09/05 | DBM | Search for TEC Systems air samples per MTM (.8); conference with MTM re: same (.2). | 1.00 Hrs | $225.00 |
| 12/09/05 | MTM | Review Winthrop Square binders for indices (.7); telephone call from RAM re: request from in-house counsel re: TEC Systems documents (.1); email to DBM re: same (.1); review inventory in Cambridge re: same (.6); review Boulder inventory re: same (.7); receipt and review of email from in-house counsel re: PD document request (.3); telephone call to K&E counsel re: responses to PI Committee discovery (.1); review boxes of old discovery responses re: production to PI Committee (3.3); telephone call from Nate Finch re: document production in Boston (.2); conference with DBM re: TEC Systems air sampling documents (.2); review list of same (.6). | 6.90 Hrs | $1,518.00 |

Mark A. Shelnitz

| 12/09/05 | MEC | Work on Cambridge review project. | 5.50 Hrs | $522.50 |
|----------|-----|-----------------------------------|----------|---------|
| 12/09/05 | JC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/09/05 | EG | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/09/05 | MO | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/09/05 | KR | Work on Cambridge review project. | 6.50 Hrs | $617.50 |
| 12/11/05 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $75.00 |
| 12/12/05 | RAM | Conference with MTM re: possible job site lists that might be at firm (.1). Review and revise letter to PI claimants' attorney re: discovery agreements in estimation proceeding (.4). | 0.50 Hrs | $125.00 |
| 12/12/05 | MTM | Telephone call from Deborah Felder re: document production in Boston next week (.2); work on revisions to draft letter to Nate Finch re: agreements reached during meet and confer conferences (2.9); conference with RAM re: searching for job site lists re: same (.1); receipt and review of privilege logs from ZAI disc production (2.5); telephone call from temporary paralegals in Cambridge with questions re: review (.4); search for Bentall list and Attorney Review index at Winthrop Square re: upcoming document production (1.1); letter to Nate Finch re: Winthrop Square indices (.6); email to in-house counsel re: PD discovery responses (.3). | 8.10 Hrs | $1,782.00 |
| 12/12/05 | LB | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/12/05 | MEC | Work on Cambridge review project. | 7.70 Hrs | $731.50 |
| 12/12/05 | JC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/12/05 | EG | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/12/05 | MO | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/12/05 | KR | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/13/05 | RAM | Read letter to PI Creditors' Committee re: indices re: document repository and conference with MTM re: same; read email re: same (.2); conference with MTM re: air sampling documents (.1). | 0.30 Hrs | $75.00 |
| 12/13/05 | MTM | Telephone call from K&E counsel re: discovery responses (.3); receipt and review of letters to PI Creditors' Committee re: confidentiality stipulations, etc. (.5); revise letter to Nate Finch re: Winthrop Square indices (.4); locate privilege logs for EPA documents produced on disc (.8); work on project to produce old discovery responses to PI Committee (3.1); email to Holme Roberts counsel re: same (.3); email to Reed Smith paralegal re: ZAI discs and privilege logs (.3); conference with RAM re: preparation for document production in Boston on Monday and TEC Systems air sampling documents (.3); prepare for conference call re: PD discovery responses tomorrow (1.1); receipt and review of revised meet and confer letter from K&E counsel (.8); telephone call from temporary paralegals re: questions on Cambridge project (.2); respond to emails | 8.50 Hrs | $1,870.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | from various K&E counsel re: meet and confer call tomorrow (.4). | | |
| 12/13/05 | ARA | Per MTM, review TEC Systems documents (3.5). Discussion with MTM re: projects, temporary paralegals in Cambridge and preparations for upcoming document production (.4). Confirm previously privileged boxes are not in the repository; telephone call to MTM re: same (.6). Per telephone conference with MTM, search for old interrogatories and requests for admissions re: opposing counsel's request/document production (.5). | 5.00 Hrs | $475.00 |
| 12/13/05 | LB | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/13/05 | MEC | Work on Cambridge review project. | 7.80 Hrs | $741.00 |
| 12/13/05 | JC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/13/05 | EG | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/13/05 | MO | Work on Cambridge review project. | 6.70 Hrs | $636.50 |
| 12/13/05 | KR | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/14/05 | RAM | Review and comment on latest draft letter re: discovery agreement with PI Creditors Committee (.3); conference with MTM re: same (.6); read "final" version of same and note corrections to be made (.3). Read updated bankruptcy court docket entries to select documents to read (.2). Read emails re: PD discovery issues (.1). | 1.50 Hrs | $375.00 |
| 12/14/05 | MTM | Revise draft letter re: meet and confer conferences (.2); conference with RAM re: same (.6); conference call with K&E re: PI discovery responses (.5); telephone call from temporary paralegals re: questions on Cambridge project (.5); telephone call to K&E counsel re: draft meet and confer letter (.4); conference with ARA re: Cambridge project (.4); email to counsel for various creditors' committees re: Winthrop Square discs (.4); draft letter to Nate Finch re: ZAI discs (.9); email to Reed Smith paralegal re: ZAI discs and notice issues (.6); email to Holme Roberts counsel re: EPA discs (.3); receipt and review of revised meet and confer letter (.4); review draft PD discovery responses re: conference call today (.5); conference call with in-house counsel, K&E counsel and Reed Smith counsel re: PD discovery responses (1.7); reply to emails from Nate Finch and other committee counsel re: Winthrop Square discs (.9); revise property damage discovery responses re: conference call earlier today (1.9). | 10.20 Hrs | $2,244.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/14/05 | ARA | Travel to firm and to/from Cambridge (1.0 - travel billed at 1/2 time). Prepare for and meet temporary paralegals in Cambridge and discuss project with them (1.7). Receipt of Bentall List (from Merrill); per MTM, prepare Bentall list for production (1.2). Per MTM's request, review LSB boxes of documents for target sheets prior to production (1.2). Prepare repository for the document production (1.5). | 6.60 Hrs | $627.00 |
| 12/14/05 | LB | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/14/05 | MEC | Work on Cambridge review project. | 7.70 Hrs | $731.50 |
| 12/14/05 | JC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/14/05 | EG | Work on Cambridge review project. | 7.00 Hrs | $665.00 |
| 12/14/05 | MO | Work on Cambridge review project. | 7.80 Hrs | $741.00 |
| 12/14/05 | KR | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/15/05 | RAM | Review draft responses to PD Committee's request for production (.7); conference with MTM re: same (.1); read emails re: responses (.1). Read correspondence and emails re: letters and information being sent to PI Creditors' Committee (.2). Read selected documents filed in bankruptcy court (.7). Conference with MTM re: TEC Systems documents (.1). Conferences with MTM and MB re: reporting and recording paralegals' time reviewing documents for production to Creditors' Committees (.1). | 2.00 Hrs | $500.00 |
| 12/15/05 | MTM | Continue work on revised PD discovery responses (.3); meeting with temporary paralegals and ARA at Winthrop Square re: preparation for upcoming document production (2.5); receipt and review of Winthrop Square indices (.3); letter to Nate Finch re: same (.5); review TEC Systems documents re: request from in-house counsel (1.1); telephone call to Holme Roberts paralegal re: whether TEC System boxes are in Boulder (.3); letter to Nate Finch re: EPA discs (.3); review inventory for back room at Winthrop Square re: boxes to be reviewed by temporary paralegals prior to production (1.2); conferences with RAM re: PD responses and TEC Systems documents (.2); receipt and review of comments on draft PD responses from in-house counsel, K&E counsel and Reed Smith counsel (.8); respond to comments (.4); revise responses re: same (1.2). | 9.10 Hrs | $2,002.00 |
| 12/15/05 | ARA | Prepare documents for production (5.7). Per MTM's request, search for and obtain TEC Systems documents (3.0). | 8.70 Hrs | $826.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/15/05 | LB | Work on Cambridge review project (1.0). Travel from Cambridge to Winthrop Square to prepare for production to PI Committee (.40 - billed at 1/2 time). Prepare Winthrop Square for production to PI Committee next week (5.80) | 7.20 Hrs | $684.00 |
| 12/15/05 | MEC | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/15/05 | JC | Work on Cambridge review project. | 7.60 Hrs | $722.00 |
| 12/15/05 | EG | Prepare Winthrop Square for production to PI Committee next week. | 7.50 Hrs | $712.50 |
| 12/15/05 | MO | Work on Cambridge review project. | 7.70 Hrs | $731.50 |
| 12/16/05 | RAM | Read selected documents filed in bankruptcy court (.1). Read email re: meet and confer letter to PI Creditors Committee (.1). Read "final" responses to PD Committee's document requests and emails re: same (.3). Telephone conference with in-house counsel re: locations of expanding plants in SC (.1). Conference with MTM re: document production (.1). | 0.70 Hrs | $175.00 |
| 12/16/05 | MTM | Receipt and review of final revised draft of meet and confer letter (.3); email to K&E counsel re: same (.3); continue review of old discovery responses for production to PI Committee (1.8); receipt and review of K&E comments on draft PD discovery responses (.2); draft revisions to same (.6); email from K&E counsel re: CMS data dictionary (.1); email to opposing counsel re: same (.2); telephone call from in-house counsel re: document production (.2); telephone call from temporary paralegals at Winthrop Square re: Cambridge review project (.3); conference with RAM re: same (.1); review additional TEC Systems documents at Winthrop Square (1.0). | 5.10 Hrs | $1,122.00 |
| 12/16/05 | ARA | Prepare boxes of old discovery responses for production (2.0). Prepare documents for production (4.7). Return TEC System documents that were pulled for MTM's review to the repository (1.3). | 8.00 Hrs | $760.00 |
| 12/16/05 | LB | Work on Cambridge review project. | 7.50 Hrs | $712.50 |
| 12/16/05 | MEC | Work on Cambridge review project. | 4.50 Hrs | $427.50 |
| 12/16/05 | JC | Work on Cambridge review project. | 7.70 Hrs | $731.50 |
| 12/16/05 | EG | Work on Cambridge review project. | 8.00 Hrs | $760.00 |
| 12/16/05 | MO | Work on Cambridge review project. | 7.80 Hrs | $741.00 |
| 12/16/05 | KR | Work on Cambridge review project. | 7.50 Hrs | $712.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/19/05 | RAM | Telephone conference with MTM re: witness lists. | 0.10 Hrs | $25.00 |
| 12/19/05 | MTM | Receipt and review of emails from K&E and opposing counsel re: preparing Winthrop Square for production (.5); meeting with opposing counsel's review team at repository (1.0); review boxes of old discovery responses re: production of same to opposing counsel (4.5); telephone call from temporary paralegal re: patent boxes in Cambridge (.2); receipt and review of email from in-house counsel re: 11/23/05 letter with questions regarding CMS system (.2); telephone call to copy company re: copies/scanning of documents from repository (.3); email from K&E counsel re: Grace witness lists (.2); telephone call to in-house counsel re: TEC Systems documents (.2); telephone call from RAM re: Grace witness lists (.1); review DBM's discovery logs for 2000 and 2001 re: production of old discovery responses to opposing counsel (.9). | 8.10 Hrs | $1,782.00 |
| 12/19/05 | ARA | Prepare for and monitor production of documents. | 9.00 Hrs | $855.00 |
| 12/19/05 | LB | Prepare archived discovery responses for production to PI Committee. | 7.50 Hrs | $712.50 |
| 12/19/05 | KR | Wind up Cambridge review project. | 3.00 Hrs | $285.00 |
| 12/20/05 | MTM | Receipt and respond to emails re: witness lists from K&E counsel (.2); revise letter to Nate Finch describing EPA documents withheld on confidential business information grounds (.5); conference with ARA re: status of production at Winthrop Square and questions from opposing counsel team (.5); work on locating old discovery responses to produce to opposing counsel (4.7). | 5.90 Hrs | $1,298.00 |
| 12/20/05 | ARA | Monitor production of documents (8.0); conference with MTM re: same (.5). | 8.50 Hrs | $807.50 |
| 12/20/05 | LB | Prepare archived discovery responses for production to PI Committee. | 7.50 Hrs | $712.50 |
| 12/21/05 | RAM | Telephone conference with MTM re: whether there are fact witness lists in the firm for Libby, ZAI or EPA cases; discuss what lists we have. | 0.20 Hrs | $50.00 |
| 12/21/05 | ARA | Monitor production of documents. | 7.50 Hrs | $712.50 |
| 12/21/05 | LB | Prepare archived discovery responses for production to PI Committee. | 8.00 Hrs | $760.00 |
| 12/22/05 | RAM | Read documents re: TEC Systems Air Sampling. | 0.10 Hrs | $25.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/22/05 | MTM | Work on locating old discovery responses (3.9); meeting with opposing counsel's team at Winthrop Square re: ongoing production of repository (.3). | 4.20 Hrs | $924.00 |
| 12/22/05 | ARA | Monitor production of documents (4.1). Organize repository following production (1.2). | 5.30 Hrs | $503.50 |
| 12/22/05 | LB | Prepare archived discovery responses for production to PI Committee. | 6.50 Hrs | $617.50 |
| 12/23/05 | ARA | Prepare boxes tagged by plaintiffs to be scanned by Merrill (3.5); inventory boxes (1.1); telephone calls to and from Merrill and telephone call to plaintiff's attorney re: boxes that are to be copied (.7). | 5.30 Hrs | $503.50 |
| 12/26/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Draft response to auditor's letter (review previous responses) (.3). | 0.40 Hrs | $100.00 |
| 12/27/05 | RAM | Read selected documents filed in bankruptcy court (.1). Revise response to auditor's letter (.1). Conference with MTM re: status of document review and production (.1). | 0.30 Hrs | $75.00 |
| 12/27/05 | MTM | Work on locating old discovery responses for production to opposing counsel (4.0); Conference with RAM re: document review project (.1). | 4.10 Hrs | $902.00 |
| 12/27/05 | LB | Prepare archived discovery responses for production to PI Committee. | 4.00 Hrs | $380.00 |
| 12/28/05 | MTM | Work on locating old discovery responses for production to opposing counsel (.7); telephone call from Holme Roberts paralegal re: request from former employee's counsel to review Eaton boxes (.2). | 0.90 Hrs | $198.00 |
| 12/29/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $50.00 |
| 12/29/05 | MTM | Work on locating old discovery responses for production to opposing counsel (1.1); telephone call from ARA re: Eaton boxes at Winthrop Square re: request from former employee's counsel to review same (.2); conference with ARA re: document review last week (.3); email to and from in-house counsel re: status of document review and meeting in Boca next week (.3); email to K&E counsel re: document production (.5); telephone call to in-house counsel re: same (.2); receipt and respond to email from in-house counsel re: meeting re: ZAI cases (.2); email to Holme Roberts paralegal re: Eaton boxes (.3). | 3.10 Hrs | $682.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/29/05 | ARA | Return MTM's call re: Eaton documents; review my file re: number of Eaton boxes (1.1). Telephone calls to and from MTM and creditors' counsel re: documents taken by plaintiff's counsel and number of boxes tagged for copying (.8); obtain requested information (1.7). Review tagged workers' compensation documents for medical confidential documents (3.0). | 6.80 Hrs | $646.00 |
| 12/30/05 | RAM | Read emails re: production of documents to PI Creditors' Committee, proposed ZAI meeting (note to MTM re: same) and Fred Eaton documents. | 0.20 Hrs | $50.00 |
| 12/30/05 | ARA | Review tagged workers' compensation documents for medical confidential documents. | 6.00 Hrs | $570.00 |
| | | | TOTAL LEGAL SERVICES | $87,577.50 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 11.70 Hrs | 250/hr | $2,925.00 | |
| DONNA B. MACKENNA | 1.20 Hrs | 225/hr | $270.00 | |
| MATTHEW T. MURPHY | 117.60 Hrs | 220/hr | $25,872.00 | |
| ANGELA R. ANDERSON | 76.70 Hrs | 95/hr | $7,286.50 | |
| LARRY BARRON | 114.20 Hrs | 95/hr | $10,849.00 | |
| MICHAEL CHAVANEAU-ELLIS | 84.70 Hrs | 95/hr | $8,046.50 | |
| JOSEPH COHEN | 88.80 Hrs | 95/hr | $8,436.00 | |
| EITAN GOLDBERG | 88.50 Hrs | 95/hr | $8,407.50 | |
| MEGAN O'ROURKE | 85.50 Hrs | 95/hr | $8,122.50 | |
| KERRY REILLY | 77.50 Hrs | 95/hr | $7,362.50 | |
| | 746.40 Hrs | | $87,577.50 | |

TOTAL THIS BILL    $87,577.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 25, 2006

Bill Number  89120
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through December 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/01/05 | RAM | Fax October fee application to in-house counsels to review. | 0.10 Hrs | $25.00 |
| 12/15/05 | RAM | Telephone call from in-house counsel that October fee application may be filed; finalize application and send it to Delaware counsel to file. | 0.20 Hrs | $50.00 |
| 12/29/05 | RAM | Work on November fee application. | 0.50 Hrs | $125.00 |
| | | | TOTAL LEGAL SERVICES | $200.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.80 Hrs | 250/hr | $200.00 |
| | 0.80 Hrs | | $200.00 |

Mark A. Shelnitz

**TOTAL THIS BILL**          $200.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 25, 2006

Bill Number  89121
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through December 31, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 12/05/05 | To 400 L'Ambiance Circle, Robert Murphy from Casner & Edwards on 11/17/05 by MB. | 20.29 | |
| 12/27/05 | To One Thomas Cir, Caplin & Drysdale from Casner & Edwards on 12/13/05 by MTM. | 915.40 | |
| 12/27/05 | To 3000 K St., Swidler Berlin LLP, Debbie Felder from Casner & Edwards on 12/15/05 by MTM | 24.16 | |
| 12/27/05 | To One Thomas Cir, Caplin & Drysdale, Nathan Finch from Casner & Edwards on 12/15/05 by MTM. | 53.06 | |
| 12/27/05 | To 180 Maiden Ln, Stroock Stroock & Lavan, Arlene Krieger from Casner & Edwards on 12/15/05 by MTM. | 20.17 | |
| | | | $1,033.08 |

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 12/30/05 | Pacer Transactions dated 7/6-7/8, 7/12-7/13, 7/15, 7/20, 7/22, 7/26, 7/28, 8/03-8/04, 8/10, 8/17, 8/29, 9/7, 9/9, 9/12, 9/14 & 9/28/05 for documents filed in the Delaware Bankruptcy Court. | 143.92 | |
| | | | $143.92 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2005

PHOTOCOPYING

| | | |
|---|---|---:|
| 12/07/05 | 126 copies at .12 per copy | 15.12 |
| 12/07/05 | 578 copies at .12 per copy | 69.36 |
| 12/09/05 | 1 copies at .12 per copy | 0.12 |
| 12/13/05 | 276 copies at .12 per copy | 33.12 |
| 12/13/05 | 520 copies at .12 per copy | 62.40 |
| 12/15/05 | 33 copies at .12 per copy | 3.96 |
| 12/15/05 | 92 copies at .12 per copy | 11.04 |
| 12/15/05 | 366 copies at .12 per copy | 43.92 |
| 12/15/05 | 585 copies at .12 per copy | 70.20 |
| 12/15/05 | 102 copies at .12 per copy | 12.24 |
| 12/15/05 | 223 copies at .12 per copy | 26.76 |
| 12/15/05 | 615 copies at .12 per copy | 73.80 |
| 12/22/05 | 17 copies at .12 per copy | 2.04 |
| 12/27/05 | 1 copies at .12 per copy | 0.12 |

$424.20

TELEPHONE

| | | | |
|---|---|---|---:|
| 12/02/05 | 329 | 4435358439 | 24.75 |
| 12/07/05 | 329 | 4122883094 | 1.43 |
| 12/09/05 | 329 | 2696959676 | 0.55 |
| 12/13/05 | 329 | 2028795933 | 1.21 |
| 12/13/05 | 329 | 2028795933 | 0.44 |
| 12/14/05 | 329 | 4435358439 | 11.00 |
| 12/14/05 | 329 | 2028795933 | 0.99 |

$40.37

RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 12/08/05 | RREEF AMERICA REIT III CORP-Rent and utilities for document repository at One Winthrop Square-December 2005 | 11,118.93 |

$11,118.93

MISCELLANEOUS

| | | |
|---|---|---:|
| 12/19/05 | RECORDKEEPER ARCHIVE-Storage 11/01/05-11/30/05 | 409.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2005

MISCELLANEOUS

| 12/28/05 | RECORDKEEPER ARCHIVE-November 2005 Delivery Charges | 54.00 |
| | | |

|  | | $463.00 |
| TOTAL DISBURSEMENTS | | $13,223.50 |
| TOTAL THIS BILL | | $13,223.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 25, 2006

Bill Number  89122
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through December 31, 2005

FEDERAL EXPRESS

| | | |
|---|---|---|
| 12/05/05 | To 919 N. Market Street, Pachulski Stang Ziehl Young-Scotta McFarland from Casner & Edwards on 11/08/05 by RAM. | 20.17 |
| 12/27/05 | To 919 N. Market St., Pachulski Stang Ziehl, Scotta McFarland from Casner & Edwards on 12/15/05 by RAM. | 14.46 |
| | | $34.63 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 12/01/05 | 357 | 4105314545 | 2.20 | |
| | | | | $2.20 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $36.83 |

Page 1

Mark A. Shelnitz

**TOTAL THIS BILL**          $36.83