# EXHIBIT A

## General - 00000

| Description | October | November | December | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $         - | $         - | $         - | $         - |
| Facsimilies | $         - | $         - | $         - | $         - |
| Long Distance Telephone | $         - | $         - | $         - | $         - |
| Outside Courier | $         - | $         - | $         - | $         - |
| Travel Expenses | $         - | $         - | $         - | $         - |
| Lexis | $         - | $         - | $         - | $         - |
| Westlaw | $         - | $         - | $         - | $         - |
| Meal Expenses | $         - | $         - | $         - | $         - |
| Temporary Staffing | $         - | $         - | $         - | $         - |
| Other Expense | $    206.64 | $         - | $         - | $    206.64 |
| Consulting Fees | $         - | $  1,686.57 | $  1,101.91 | $  2,788.48 |
| Velo Binding | $         - | $         - | $         - | $         - |
| | | | | |
| **TOTAL** | **$    206.64** | **$  1,686.57** | **$  1,101.91** | **$  2,995.12** |

Holme Roberts & Owen LLP

December 16, 2005

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 720440 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**
**Please note that some individual timekeeper hourly rates will increase effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/19/05 | | Consulting Fee: VENDOR: MORRIS JAMES HITCHENS & W INVOICE#: 282431; HRO Fees and Costs in W R Grace Case through August 2005 | $ | 1,686.57 |
| | | **Total Disbursements:** | **$** | **1,686.57** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Consulting Fee | $ | 1,686.57 | |
| **Total Disbursements:** | **$** | **1,686.57** | |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 679369 | 09/24/04 | Bill | | 395.00 |
| | 01/04/05 | Cash Receipt | | -316.00 |
| | 04/22/05 | Cash Receipt | | -76.72 |
| | *Outstanding Balance on Invoice 679369:* | | $ | *2.28* |
| 711807 | 09/19/05 | Bill | | 1,684.05 |
| | 12/05/05 | Cash Receipt | | -1,684.05 |

Holme Roberts & Owen LLP

January 18, 2006

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 722836 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**
**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/23/05 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 285184; DATE: 11/23/2005 - Professional Services Rendered through 10/31/05 | $ 1,101.91 |
| | | **Total Disbursements:** | $ **1,101.91** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,101.91 |
| **Total Disbursements:** | **$** | **1,101.91** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |
| | 04/22/05 | Cash Receipt | -76.72 |
| | | *Outstanding Balance on Invoice 679369:* | $ *2.28* |
| 714005 | 10/12/05 | Bill | 4.50 |
| | 12/23/05 | Cash Receipt | -4.50 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 716200 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/30/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CM8592; DATE: 9/30/2005  -  Storage to 09/30/05 | $ | 206.64 |
| | | **Total Disbursements:** | $ | **206.64** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | $ | 206.64 | |
| **Total Disbursements:** | **$** | **206.64** | |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $ | *219.96* |
| 679369 | 09/24/04 | Bill | | 12,289.68 |
| | 01/04/05 | Cash Receipt | | -9,856.58 |
| | 04/22/05 | Cash Receipt | | -2,362.76 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | |
| Flaagan, Elizabeth | Partner | $ 325.00 | 1.1 | 1.2 | 0 | $ 747.50 |
| Flaagan, Elizabeth | Partner | $ 340.00 | 0 | 0 | 2 | $ 680.00 |
| Haag, Susan | Paralegal | $ 135.00 | 1.3 | 1.7 | 0 | $ 405.00 |
| Haag, Susan | Paralegal | $ 140.00 | 0 | 0 | 4.6 | $ 644.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 4.1 | 5.5 | 0 | $ 2,880.00 |
| Coggon, Katheryn | Special Counsel | $ 310.00 | 0 | 0 | 3.2 | $ 992.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 4.5 | 19.5 | 0 | $ 3,840.00 |
| Sherman, Joan | Paralegal | $ 165.00 | 0 | 0 | 8.8 | $ 1,452.00 |
| | | | | | | |
| TOTAL | | | 11 | 27.9 | 18.6 | $ 11,640.50 |

**Bankruptcy Matters - 00390**

| Description | October | November | December | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Photocopies | $ 7.80 | $ 8.40 | $ 23.10 | $ 39.30 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ 5.00 | $ - | $ - | $ 5.00 |
| Outside Courier | $ - | $ 17.21 | $ - | $ 17.21 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ 29.19 | $ 18.51 | $ 47.70 |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| Postage | $ - | $ - | $ - | $ - |
|  |  |  |  |  |
| **TOTAL** | **$ 12.80** | **$ 54.80** | **$ 41.61** | **$ 109.21** |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

Page 11
Invoice No.: 716200
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/09/05 | EKF | Review and revise October 2005 indictment prebill [invoice] (.40.) | 0.40 | $ 130.00 |
| 10/27/05 | EKF | Review and revise September 2005 monthly fee application, including review of bankruptcy court docket relating to approval of prior fee application (.7). | 0.70 | 227.50 |
| 10/27/05 | SH | Draft September monthly fee application (1.10); compile September monthly fee application (.20). | 1.30 | 175.50 |
| 10/28/05 | KJC | Research re documents for PI case. | 1.80 | 540.00 |
| 10/28/05 | JLS | Research re documents for Matt Murphy. | 1.70 | 272.00 |
| 10/29/05 | KJC | Research re documents for PI case. | 0.60 | 180.00 |
| 10/31/05 | KJC | Telephone conference with M. Murphy re documents for PI case (.50); research re documents for PI case (1.20). | 1.70 | 510.00 |
| 10/31/05 | JLS | Research re documents for Matt Murphy. | 2.80 | 448.00 |

**Total Fees Through October 31, 2005:** 11.00 $ 2,483.00

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.10 | $ 357.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 4.10 | 1,230.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 4.50 | 720.00 |
| SH | Susan Haag | Paralegal | 135.00 | 1.30 | 175.50 |

**Total Fees:** 11.00 $ 2,483.00

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | 12 |
| Invoice No.: | 716200 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/15/05 | | Long Distance Telephone: 4435358439, 50 Mins., TranTime:12:00 | $ | 5.00 |
| 10/27/05 | 52 | Photocopy | | 7.80 |
| | | **Total Disbursements:** | **$** | **12.80** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 7.80 |
| Long Distance Telephone | | 5.00 |
| **Total Disbursements:** | **$** | **12.80** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |

Holme Roberts & Owen LLP

December 16, 2005

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 720440 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/05 | KJC | Research re document requests in PI matter. | 1.70 | $ 510.00 |
| 11/02/05 | KJC | Telephone conference with PI document team. | 1.60 | 480.00 |
| 11/07/05 | EKF | Review October 2005 prebills for compliance with bankruptcy court requirements. | 0.80 | 260.00 |
| 11/07/05 | KJC | Review and revise all matter bills for compliance with bankruptcy requirements. | 0.40 | 120.00 |
| 11/08/05 | SH | Begin drafting October 2005 monthly fee application. | 0.40 | 54.00 |
| 11/09/05 | EKF | Review and finalize October 2005 monthly fee application. | 0.40 | 130.00 |
| 11/09/05 | SH | Draft October 2005 monthly fee application (1.00); compile October 2005 monthly fee application (.30). | 1.30 | 175.50 |
| 11/10/05 | KJC | Research and respond to inquiry from M. Murphy re documents. | 0.70 | 210.00 |
| 11/10/05 | JLS | Research re inquiry from Matt Murphy re documents. | 0.50 | 80.00 |
| 11/11/05 | KJC | Research re documents (.40); telephone conference with M. Murphy re documents (.30). | 0.70 | 210.00 |
| 11/22/05 | KJC | Telephone conference with M. Murphy and e-mail exchange re documents for production in PI discovery. | 0.40 | 120.00 |
| 11/23/05 | JLS | Research re documents for Matt Murphy. | 2.90 | 464.00 |
| 11/27/05 | JLS | Research re documents for Matt Murphy. | 3.20 | 512.00 |
| 11/28/05 | JLS | Research re documents for Matt Murphy. | 5.60 | 896.00 |
| 11/29/05 | JLS | Research re documents for Matt Murphy. | 4.90 | 784.00 |

Holme Roberts & Owen LLP

December 16, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 720440 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/30/05 | JLS | Research re documents for Matt Murphy. | 2.40 | 384.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through November 30, 2005:** | **27.90** | **$   5,389.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.20 | $ | 390.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 5.50 | | 1,650.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 19.50 | | 3,120.00 |
| SH | Susan Haag | Paralegal | 135.00 | 1.70 | | 229.50 |
| | | **Total Fees:** | | **27.90** | **$** | **5,389.50** |

**Please note that some individual timekeeper hourly rates will increase effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 08/26/05 | | Federal Express: Federal Express Corporation; Invoice 5-553-26157; From Mary Ann Pierce to William Weller on August 19 2005 | $ | 9.05 |
| 09/09/05 | | Federal Express: Federal Express Corporation; Invoice 5-575-36131; From Mary Ann Pierce to William Weller on September 2 2005 | | 10.05 |
| 09/09/05 | | Outside Courier: FEDEX; INVOICE 5-575-36131; From Mary Ann Pierce to Adams County Public Trustee | | 17.21 |
| 09/30/05 | | Federal Express: Federal Express Corporation; Invoice 3-109-12988; From Mary Ann Pierce to William Weller on September 23 2005 | | 10.09 |
| 11/09/05 | 56 | Photocopy | | 8.40 |

Holme Roberts & Owen LLP

December 16, 2005

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 720440 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| | | **Total Disbursements:** | **$    54.80** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 8.40 |
| Outside Courier | | 17.21 |
| Federal Express | | 29.19 |
| **Total Disbursements:** | **$** | **54.80** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$    16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$    67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |

Holme Roberts & Owen LLP

January 18, 2006

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 722836 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/05 | KJC | Address issues re production of documents to personal injury creditors committee. | 1.00 | $ 310.00 |
| 12/05/05 | EKF | Review fee auditor's final report on seventeenth interim fee applications (.20). | 0.20 | 68.00 |
| 12/06/05 | JLS | Research re documents for Matt Murphy. | 5.20 | 858.00 |
| 12/07/05 | JLS | Research re documents for Matt Murphy. | 3.60 | 594.00 |
| 12/12/05 | EKF | Review and revise November 2005 invoices/prebills for compliance with US Trustee guidelines (.30). | 0.30 | 102.00 |
| 12/14/05 | KJC | Review and revise November bill to comply with bankruptcy requirements (.20); review and provide EPA production CDs to Matt Murphy (.80). | 1.00 | 310.00 |
| 12/15/05 | EKF | Review and revise November 2005 indictment matter invoices [prebills] (.70). | 0.70 | 238.00 |
| 12/15/05 | KJC | Review and revise November bill to comply with bankruptcy requirements (.20); e-mail exchange with Matt Murphy re EPA production CDs (.30). | 0.50 | 155.00 |
| 12/18/05 | KJC | Review PI expert disclosures. | 0.70 | 217.00 |
| 12/28/05 | EKF | Review and revise Eighteenth Interim Quarterly Fee Application. | 0.50 | 170.00 |
| 12/28/05 | SH | Draft Eighteenth Interim Quarterly Fee Application (3.40); compile Eighteenth Interim Quarterly Fee Application for filing (.40). | 3.80 | 532.00 |
| 12/29/05 | EKF | Review, revise and finalize November 2005 Monthly Fee Application. | 0.30 | 102.00 |

Holme Roberts & Owen LLP

January 18, 2006

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 722836 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/29/05 | SH | Draft November 2005 fee application (.60); compile November 2005 fee application (.20). | 0.80 | 112.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through December 31, 2005:** | **18.60** | **$ 3,768.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 340.00 | 2.00 | $ 680.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 3.20 | 992.00 |
| JLS | Joan L. Sherman | Paralegal | 165.00 | 8.80 | 1,452.00 |
| SH | Susan Haag | Paralegal | 140.00 | 4.60 | 644.00 |
| | | **Total Fees:** | | **18.60** | **$ 3,768.00** |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/04/05 | | Federal Express: Federal Express from Mary Ann Pierce to William Weller on October 27  2005 | $ | 18.51 |
| 12/28/05 | 65 | Photocopy | | 9.75 |
| 12/28/05 | 59 | Photocopy | | 8.85 |
| 12/29/05 | 30 | Photocopy | | 4.50 |
| | | **Total Disbursements:** | **$** | **41.61** |

Holme Roberts & Owen LLP

January 18, 2006

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 722836 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 23.10 |
| Federal Express | | 18.51 |
| **Total Disbursements:** | **$** | **41.61** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $ *16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | $ *67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | $ *2.66* |
| 684108 | 11/01/04 | Bill | 1,924.09 |
| | 01/04/05 | Cash Receipt | -1,506.75 |
| | 04/22/05 | Cash Receipt | -375.44 |

**Ninth Circuit Appeal - 00420**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | October | November | December | Total Comp. |
| Coggon, Katheryn | Special Counsel | $  310.00 | 0 | 0 | 2.5 | $  775.00 |
| | | | | | | |
| TOTAL | | | - | - | 2.5 | $  775.00 |

Holme Roberts & Owen LLP

January 18, 2006

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 722836 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/05 | KJC | Review appeal decision. | 1.50 | $ 465.00 |
| 12/07/05 | KJC | Conference with C. Landau and R. Emmett re 9th Circuit decision. | 1.00 | 310.00 |
| | | **Total Fees Through December 31, 2005:** | **2.50** | **$ 775.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 310.00 | 2.50 | $ 775.00 |
| | | **Total Fees:** | | **2.50** | **$ 775.00** |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | | *Outstanding Balance on Invoice 658429:* | $ *1,529.83* |

**Indictment - 00440**

| Name | Position | Hourly Rate | | TOTAL HOURS BILLED | | | Total Comp. | |
|------|----------|-------------|---|---------|----------|----------|---|---|
| | | | | October | November | December | | |
| Lund, Kenneth | Partner | $ | 415.00 | 15.2 | 0 | 0 | $ | 6,308.00 |
| Tuchman, Rober | Partner | $ | 385.00 | 36.5 | 0 | 0 | $ | 14,052.50 |
| Neitzel, Charlotte | Partner | $ | 375.00 | 22.4 | 0 | 0 | $ | 8,400.00 |
| McCarthy, John D. | Partner | $ | 345.00 | 90 | 0 | 0 | $ | 31,050.00 |
| Decker, Lisa | Partner | $ | 335.00 | 154.4 | 0 | 0 | $ | 51,724.00 |
| Coggon, Katheryn | Special Counsel | $ | 300.00 | 144.4 | 0 | 0 | $ | 43,320.00 |
| Sherman, Joan | Paralegal | $ | 160.00 | 151.8 | 0 | 0 | $ | 24,288.00 |
| Mulholland, Imelda | Law Clerk | $ | 150.00 | 11.3 | 0 | 0 | $ | 1,695.00 |
| Thede, Donna | Doc. Control | $ | 30.00 | 10.3 | 0 | 0 | $ | 309.00 |
| Newhams, Susan | Info. Specialist | $ | 145.00 | 17.5 | 0 | 0 | $ | 2,537.50 |
| | | | | | | | | |
| TOTAL | | | | 653.80 | - | - | $ | 183,684.00 |

**Indictment - 00440**

| Description | October | November | December | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $         - | $         - | $         - | $         - |
| Photocopies | $   1,402.05 | $         - | $         - | $   1,402.05 |
| Facsimilies | $         - | $         - | $         - | $         - |
| Long Distance Telephone | $         - | $         - | $         - | $         - |
| Outside Courier | $         - | $         - | $         - | $         - |
| Federal Express | $         - | $         - | $         - | $         - |
| Service of Process | $         - | $         - | $         - | $         - |
| Color Copies | $         - | $         - | $         - | $         - |
| Meal Expenses | $      112.96 | $         - | $         - | $      112.96 |
| Travel Expense | $         - | $         - | $         - | $         - |
| Lexis | $      190.69 | $         - | $         - | $      190.69 |
| Tab Stock | $         - | $         - | $         - | $         - |
| Velo Binding | $        9.00 | $         - | $         - | $        9.00 |
| | | | | |
| **TOTAL** | **$   1,714.70** | **$         -** | **$         -** | **$   1,714.70** |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | | 2 |
| Invoice No.: | | 716201 |
| Client No.: | | 04339 |
| Matter No.: | | 00440 |

**Regarding: Indictment**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/03/05 | KJC | Prepare for meeting with counsel. | 1.50 | $ 450.00 |
| 10/03/05 | JLS | Research re documents for Tyler Mace. | 2.90 | 464.00 |
| 10/04/05 | JDM | Prepare for meeting with counsel. | 2.60 | 897.00 |
| 10/04/05 | KJC | Prepare for meeting with counsel. | 4.40 | 1,320.00 |
| 10/04/05 | JLS | Research re documents for Tyler Mace (2.5); identify documents for KJCoggon and JDMcCarthy (2.2); prepare for meeting with counsel (1.0). | 5.70 | 912.00 |
| 10/05/05 | LSD | Prepare for meeting with counsel. | 4.30 | 1,440.50 |
| 10/05/05 | RT | Conference with KJCoggon re government experts (.30); conference with DMThede re government experts (.20). | 0.50 | 192.50 |
| 10/05/05 | KJC | Prepare for meeting with counsel (4.00); conferences with JLSherman re documents for Trenton, documents re experts and schedule for meeting with Stratify (.30); conference with RTuchman re government expert designations (.40).. | 4.70 | 1,410.00 |
| 10/05/05 | JLS | Prepare for meeting with counsel (5.0); identify documents for KJCoggon, LADecker and JDMcCarthy (3.2). | 8.20 | 1,312.00 |
| 10/05/05 | ICM | Prepare for presentation. | 3.90 | 585.00 |
| 10/05/05 | DT | Conference with RTuchman re research and document requests re government experts (.20); database research and document review, and compile requested documents (2.30). | 2.50 | 75.00 |
| 10/06/05 | LSD | Prepare for meeting with counsel. | 6.50 | 2,177.50 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/06/05 | RT | Draft e-mail to KJCoggon re United States' designation of experts (.2); telephone conference with SKNewhams and KJCoggon re United States' designation of experts (.2); telephone conference with SKNewhams re research on plaintiffs' experts (.1). | 0.50 | 192.50 |
| 10/06/05 | KJC | Prepare for meeting with counsel (5.50); review and revise September prebill (.20); telephone conference with Jacobson re strategy (.60). | 6.30 | 1,890.00 |
| 10/06/05 | JLS | Prepare for meeting with counsel. | 7.80 | 1,248.00 |
| 10/06/05 | ICM | Prepare for presentation. | 1.20 | 180.00 |
| 10/06/05 | DT | Database research and document review, and compile requested documents. | 3.00 | 90.00 |
| 10/06/05 | SKN | Research re cases where government witness was expert in case where United States was on opposing side. | 2.50 | 362.50 |
| 10/07/05 | LSD | Prepare for meeting with counsel. | 5.30 | 1,775.50 |
| 10/07/05 | KJC | Prepare for meeting with counsel. | 6.20 | 1,860.00 |
| 10/07/05 | JLS | Prepare for meeting with counsel. | 6.20 | 992.00 |
| 10/08/05 | LSD | Prepare for meeting with counsel. | 2.00 | 670.00 |
| 10/08/05 | RT | Review United States' expert's designation and research same. | 1.80 | 693.00 |
| 10/09/05 | LSD | Prepare for meeting with counsel. | 4.80 | 1,608.00 |
| 10/10/05 | LSD | Prepare for meeting with counsel. | 8.80 | 2,948.00 |
| 10/10/05 | RT | Research United States' expert's report, opinions and qualifications (5.3); telephone conference with KJCoggon re research on United States' experts (.1); conference with JLSherman re research on United States' experts (.2). | 5.60 | 2,156.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/10/05 | KJC | Prepare for meeting with counsel. | 6.00 | 1,800.00 |
| 10/10/05 | JLS | Prepare for meeting with counsel (5.80); research re documents for Tyler Mace (1.90). | 7.70 | 1,232.00 |
| 10/10/05 | DT | Database research and document review, and compile index of available documents. | 2.00 | 60.00 |
| 10/11/05 | LSD | Prepare for meeting with counsel. | 8.50 | 2,847.50 |
| 10/11/05 | JDM | Prepare for meeting with counsel. | 0.40 | 138.00 |
| 10/11/05 | RT | Research United States' expert. | 1.60 | 616.00 |
| 10/11/05 | KJC | Prepare for meeting with counsel. | 6.80 | 2,040.00 |
| 10/11/05 | JLS | Prepare for meeting with counsel (4.6); research re documents for Tyler Mace (2.1). | 6.70 | 1,072.00 |
| 10/11/05 | DT | Review memorandum from RTuchman re document requests re government experts (.30); compile requested documents (1.70). | 2.00 | 60.00 |
| 10/12/05 | LSD | Prepare for meeting with counsel. | 7.80 | 2,613.00 |
| 10/12/05 | RT | Research and review materials re United States' expert and draft memorandum re same. | 6.20 | 2,387.00 |
| 10/12/05 | KJC | Prepare for meeting with counsel. | 7.30 | 2,190.00 |
| 10/12/05 | JLS | Prepare for meeting with counsel (3.5); research re documents for Tyler Mace (2.4); identify documents for LADecker and RTuchman (1.3). | 7.20 | 1,152.00 |
| 10/12/05 | PRS | Conference with KJCoggon and ICMulholland re availability of expert (1.00); conference with JLSherman re government expert (.50). | 1.50 | 225.00 |
| 10/12/05 | ICM | Assist in preparation for presentation. | 1.50 | 225.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

|  | | |
|---|---|---|
| Page | 5 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/12/05 | DT | Database research and document review, and compile requested documents. | 0.50 | 15.00 |
| 10/12/05 | SKN | Research re government witness (1.00); review Larkin v. Dow (.80). | 1.80 | 261.00 |
| 10/13/05 | LSD | Prepare for meeting with counsel. | 5.30 | 1,775.50 |
| 10/13/05 | JDM | Prepare for meeting with counsel. | 0.80 | 276.00 |
| 10/13/05 | RT | Research and draft memorandum re United States' experts. | 7.10 | 2,733.50 |
| 10/13/05 | KJC | Prepare for meeting with counsel. | 6.10 | 1,830.00 |
| 10/13/05 | JLS | Prepare for meeting with counsel (4.8); research re documents for Tyler Mace (1.3); identify documents for RTuchman (.8). | 6.90 | 1,104.00 |
| 10/13/05 | SKN | Research re government witness (2.50); review depositions in Larkin v. Dow (2.50); obtain copies of cases (.80) | 5.80 | 841.00 |
| 10/14/05 | LSD | Prepare for meeting with counsel. | 2.50 | 837.50 |
| 10/14/05 | JDM | Prepare for meeting with counsel. | 1.00 | 345.00 |
| 10/14/05 | RT | Revise memo re United States' expert. | 5.30 | 2,040.50 |
| 10/14/05 | KJC | Prepare for meeting with counsel. | 3.00 | 900.00 |
| 10/14/05 | JLS | Prepare for meeting with counsel (3.6); research re documents for Tyler Mace (1.1); identify documents for JDMcCarthy and LADecker (.8). | 5.50 | 880.00 |
| 10/14/05 | SKN | Obtain copies of government witness cases (.60); review New Mexico v. GE 10th Circuit case (.40). | 1.00 | 145.00 |
| 10/15/05 | LSD | Prepare for meeting with counsel. | 2.00 | 670.00 |
| 10/15/05 | JDM | Prepare for meeting with counsel. | 1.30 | 448.50 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 716201 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/15/05 | RT | Research and revise memo re United States' expert. | 5.60 | 2,156.00 |
| 10/16/05 | JDM | Prepare for meeting with counsel. | 3.30 | 1,138.50 |
| 10/17/05 | LSD | Prepare for meeting with counsel. | 2.50 | 837.50 |
| 10/17/05 | KWL | Prepare for meeting with counsel. | 4.00 | 1,660.00 |
| 10/17/05 | JDM | Prepare for meeting with counsel. | 8.70 | 3,001.50 |
| 10/17/05 | CLN | Prepare for meeting with counsel. | 5.30 | 1,987.50 |
| 10/17/05 | RT | Revise memo re United States' expert (2.00); conference with KJCoggon, et al. re United States' expert disclosure (.30). | 2.30 | 885.50 |
| 10/17/05 | KJC | Conference with team re meeting with counsel (6.50); prepare for meeting with counsel (3.70). | 10.20 | 3,060.00 |
| 10/17/05 | JLS | Prepare for meeting with counsel. | 8.30 | 1,328.00 |
| 10/17/05 | DT | Review memorandum from RTuchman re document request (.10); database research, document review, and compilation of requested document (.20). | 0.30 | 9.00 |
| 10/17/05 | SKN | Cite check memorandum re government witness for RTuchman. | 2.30 | 333.50 |
| 10/18/05 | JDM | Prepare for meeting with counsel. | 1.80 | 621.00 |
| 10/18/05 | CLN | Review indictment and prepare expert presentation. | 2.00 | 750.00 |
| 10/18/05 | KJC | Prepare for meeting with counsel (7.10); conference with Stratify re document database (1.00). | 8.10 | 2,430.00 |
| 10/18/05 | JLS | Prepare for meeting with counsel. | 5.80 | 928.00 |
| 10/18/05 | SKN | Research re government witness (1.00); obtain copy of NIOSH comments (.20); conference with KJCoggon (.10). | 1.30 | 188.50 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 716201 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/19/05 | LSD | Prepare for meeting with counsel. | 6.00 | 2,010.00 |
| 10/19/05 | JDM | Prepare for meeting with counsel. | 1.30 | 448.50 |
| 10/19/05 | CLN | Work on expert presentation (3.80); assist JDMcCarthy in preparing presentation re Lybarger, Middleton, and Lockey (1.0). | 4.80 | 1,800.00 |
| 10/19/05 | KJC | Prepare for meeting with counsel (6.00); research re Trenton documents (.30). | 6.30 | 1,890.00 |
| 10/19/05 | JLS | Prepare for meeting with counsel. | 5.90 | 944.00 |
| 10/20/05 | LSD | Prepare for meeting with counsel. | 11.50 | 3,852.50 |
| 10/20/05 | JDM | Prepare for meeting with counsel. | 9.90 | 3,415.50 |
| 10/20/05 | CLN | Prepare expert presentation. | 8.50 | 3,187.50 |
| 10/20/05 | KJC | Prepare for meeting with counsel. | 5.00 | 1,500.00 |
| 10/20/05 | JLS | Prepare for meeting with counsel. | 4.90 | 784.00 |
| 10/20/05 | SKN | Research re government witness. | 1.30 | 188.50 |
| 10/21/05 | LSD | Prepare for meeting with counsel. | 13.50 | 4,522.50 |
| 10/21/05 | KWL | Prepare for meeting with counsel. | 1.00 | 415.00 |
| 10/21/05 | JDM | Prepare for meeting with counsel. | 8.30 | 2,863.50 |
| 10/21/05 | CLN | Meeting with KJCoggon, JDMcCarthy and LADecker (1.0); work on expert presentation (.30); assist LADecker with presentation (.20). | 1.50 | 562.50 |
| 10/21/05 | KJC | Prepare for meeting with counsel. | 6.50 | 1,950.00 |
| 10/21/05 | JLS | Prepare for meeting with counsel. | 8.20 | 1,312.00 |
| 10/22/05 | LSD | Prepare for meeting with counsel. | 9.30 | 3,115.50 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/22/05 | JDM | Prepare for meeting with counsel. | 6.10 | 2,104.50 |
| 10/23/05 | LSD | Prepare for meeting with counsel. | 9.80 | 3,283.00 |
| 10/23/05 | JDM | Prepare for meeting with counsel. | 12.30 | 4,243.50 |
| 10/23/05 | KJC | Prepare for meeting with counsel. | 9.00 | 2,700.00 |
| 10/23/05 | JLS | Prepare for meeting with counsel (3.20); research re documents for Mark Morgan (1.3). | 4.50 | 720.00 |
| 10/24/05 | LSD | Prepare for meeting with counsel (10.50); travel to Washington D.C. for meeting with counsel (1.20) (1.20 N/C) (NWT 50%). | 11.70 | 3,919.50 |
| 10/24/05 | JDM | Prepare for meeting with counsel (6.5); travel to Washington, D.C. for meeting with counsel (1.30) (1.30 N/C) (NWT 50%). | 7.80 | 2,691.00 |
| 10/24/05 | CLN | Review of final version of expert presentation (.30). | 0.30 | 112.50 |
| 10/24/05 | KJC | Prepare for meeting with counsel (10.60); travel to Washington DC for meeting with counsel (1.20) (1.20 N/C) (NWT 50%). | 11.80 | 3,540.00 |
| 10/24/05 | JLS | Research re documents for Mark Morgan (.30); research re documents for Tyler Mace (2.2); prepare for meeting with counsel (6.4); travel to Washington D.C. for meeting with counsel (1.50)(1.50 N/C)(NWT 50%). | 10.40 | 1,664.00 |
| 10/25/05 | LSD | Prepare for meeting with counsel (4.50); meeting with counsel (10.50). | 15.00 | 5,025.00 |
| 10/25/05 | KWL | Travel from New York, NY to Washington, DC for meetings with counsel. (1.20) (1.20 N/C) (50% NWT) | 1.20 | 498.00 |
| 10/25/05 | JDM | Prepare for meeting with counsel (0.7); meeting with counsel (9.5). | 10.20 | 3,519.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 716201 |
| Client   No.: | 04339 |
| Matter  No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/25/05 | KJC | Prepare for meeting with counsel (2.00); meeting with counsel (10.50). | 12.50 | 3,750.00 |
| 10/25/05 | JLS | Meeting with counsel (9.20); document research for Tyler Mace (0.60). | 9.80 | 1,568.00 |
| 10/26/05 | LSD | Prepare for meeting with counsel (.70); meeting with counsel (9.8). | 10.50 | 3,517.50 |
| 10/26/05 | KWL | Prepare for meeting with counsel. | 9.00 | 3,735.00 |
| 10/26/05 | JDM | Prepare for meeting with counsel (0.8); meeting with counsel (9.8). | 10.60 | 3,657.00 |
| 10/26/05 | KJC | Prepare for meeting with counsel (1.50); meeting with counsel (9.80). | 11.30 | 3,390.00 |
| 10/26/05 | JLS | Prepare for meeting with counsel. | 9.80 | 1,568.00 |
| 10/27/05 | LSD | Follow up from meeting with counsel (4.80); travel from Washington D.C. for meeting with counsel (2.0) (2.0 N/C) (NWT 50%). | 6.80 | 2,278.00 |
| 10/27/05 | JDM | Return to Denver from meeting with counsel in Washington, D.C. (3.10) (3.10 N/C) (NWT 50%). | 3.10 | 1,069.50 |
| 10/27/05 | KJC | Telephone conferences with T. Mace and JLSherman re document review (1.70); return travel from Washington DC (2.50) (2.50 N/C) (50% NWT); review expert deposition (2.10); e-mail exchange with W. Jacobson (.30); telephone conference with D. Kuchinsky re risk assessment and sampling data (.40). | 7.00 | 2,100.00 |
| 10/27/05 | JLS | Research re documents for Tyler Mace (4.9); conferences with KJCoggon re same (.90); travel to Denver from meeting with counsel (1.50)(1.50 N/C)(NWT 50%). | 7.30 | 1,168.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/28/05 | KJC | Telephone conference with JLSherman re documents (.30); review recent EPA information (2.10); research re risk assessment (.40). | 2.80 | 840.00 |
| 10/28/05 | JLS | Review documents for Tyler Mace (6.1); research re documents for Tyler Mace (2.8). | 8.90 | 1,424.00 |
| 10/30/05 | JDM | Telephone conference with ICMulholland re legal research. | 0.30 | 103.50 |
| 10/31/05 | JDM | Telephone conference with ICMulholland re legal research re expert. | 0.20 | 69.00 |
| 10/31/05 | KJC | Telephone conference with expert re data (.30); telephone conference with T. Mace re documents, data and schedule (.30); research re documents and data (1.00). | 1.60 | 480.00 |
| 10/31/05 | JLS | Research re documents for Tyler Mace. | 3.20 | 512.00 |
| 10/31/05 | ICM | Conduct legal research as per JDMcCarthy's request. | 4.70 | 705.00 |
| 10/31/05 | SKN | Research for KJCoggon. | 1.50 | 217.50 |

**Total Fees Through October 31, 2005:**   **655.30**   **$ 183,909.00**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 415.00 | 15.20 | $   6,308.00 |
| RT | Robert Tuchman | Partner | 385.00 | 36.50 | 14,052.50 |
| CLN | Charlotte L. Neitzel | Partner | 375.00 | 22.40 | 8,400.00 |
| JDM | John D. McCarthy | Partner | 345.00 | 90.00 | 31,050.00 |
| LSD | Lisa A. Decker | Partner | 335.00 | 154.40 | 51,724.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 144.40 | 43,320.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 151.80 | 24,288.00 |
| PRS | Paula R. Stacey | Paralegal | 150.00 | 1.50 | 225.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | | 11 |
| Invoice No.: | | 716201 |
| Client No.: | | 04339 |
| Matter No.: | | 00440 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| ICM | Imelda Mulholland | Law Clerk | 150.00 | 11.30 | 1,695.00 |
| DT | Donna Thede | Other | 30.00 | 10.30 | 309.00 |
| SKN | Susan Newhams | Information Specialist | 145.00 | 17.50 | 2,537.50 |
| | | **Total Fees:** | | **655.30** | **$ 183,909.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/12/05 | 56 | Photocopy | $    8.40 |
| 09/14/05 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 4607; DATE: 9/14/2005  -  Deli Buffet for 10 on 09/14/05 | 112.96 |
| 09/14/05 | 8 | Photocopy | 1.20 |
| 09/16/05 | 3 | Photocopy | 0.45 |
| 09/20/05 | 3 | Photocopy | 0.45 |
| 10/06/05 | 1 | Lexis | 101.77 |
| 10/06/05 | 22 | Photocopy | 3.30 |
| 10/11/05 | 35 | Photocopy | 5.25 |
| 10/11/05 | 21 | Photocopy | 3.15 |
| 10/11/05 | 28 | Photocopy | 4.20 |
| 10/11/05 | 1 | Photocopy | 0.15 |
| 10/12/05 | 42 | Photocopy | 6.30 |
| 10/13/05 | 1 | Lexis | 4.48 |
| 10/13/05 | 1 | Lexis | 39.99 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 716201 |
| Client   No.: | 04339 |
| Matter  No.: | 00440 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/13/05 | 4 | Photocopy | 0.60 |
| 10/14/05 | 1 | Lexis | 35.35 |
| 10/17/05 | 1 | Lexis | 9.04 |
| 10/17/05 | 17 | Photocopy | 2.55 |
| 10/17/05 | 144 | Photocopy | 21.60 |
| 10/17/05 | 2,384 | Photocopy | 357.60 |
| 10/17/05 | 5 | Velo Binding | 5.00 |
| 10/18/05 | 7 | Photocopy | 1.05 |
| 10/18/05 | 459 | Photocopy | 68.85 |
| 10/18/05 | 490 | Photocopy | 73.50 |
| 10/18/05 | 980 | Photocopy | 147.00 |
| 10/18/05 | 1 | Velo Binding | 1.00 |
| 10/18/05 | 3 | Velo Binding | 3.00 |
| 10/20/05 | 3 | Photocopy | 0.45 |
| 10/20/05 | 4 | Photocopy | 0.60 |
| 10/21/05 | 76 | Photocopy | 11.40 |
| 10/24/05 | 10 | Photocopy | 1.50 |
| 10/24/05 | 294 | Photocopy | 44.10 |
| 10/24/05 | 486 | Photocopy | 72.90 |
| 10/24/05 | 2,174 | Photocopy | 326.10 |
| 10/24/05 | 83 | Photocopy | 12.45 |
| 10/24/05 | 205 | Photocopy | 30.75 |
| 10/24/05 | 138 | Photocopy | 20.70 |
| 10/24/05 | 1,170 | Photocopy | 175.50 |

**Total Disbursements:**          $    1,714.64

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 716201 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 1,402.05 |
| Lexis | | 190.63 |
| Other Meal Expense | | 112.96 |
| Velo Binding | | 9.00 |
| **Total Disbursements:** | **$** | **1,714.64** |

Computer-assisted legal research, such as Lexis and Westlaw, is used for the direct benefit of our clients, saving a significant amount of time required by an attorney performing the same function manually. We pass on to you only our cost of this service, as reflected above, as a substantial reduction in the overall cost of delivering our legal services.

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 699591 | 05/18/05 | Bill | 20,181.17 |
| | 09/23/05 | Cash Receipt | -16,225.27 |
| | *Outstanding Balance on Invoice 699591:* | | $ *3,955.90* |
| 703797 | 06/22/05 | Bill | 4,786.35 |
| | *Outstanding Balance on Invoice 703797:* | | $ *4,786.35* |
| 705755 | 07/13/05 | Bill | 10,708.30 |
| | *Outstanding Balance on Invoice 705755:* | | $ *10,708.30* |
| 709646 | 08/23/05 | Bill | 391.90 |
| | *Outstanding Balance on Invoice 709646:* | | $ *391.90* |
| 711806 | 09/19/05 | Bill | 9,083.85 |