# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth Lund | Partner | Environmental | $415.00 | 15.2 | $6,308.00 |
| John D. McCarthy | Partner | Environmental | $345.00 | 90.0 | $31,050.00 |
| Robert Tuchman | Partner | Environmental | $385.00 | 36.5 | $14,052.50 |
| Neitzel, Charlotte | Partner | Environmental | $375.00 | 22.4 | $8,400.00 |
| Lisa Decker | Partner | Environmental | $335.00 | 154.4 | $51,724.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $325.00 | 2.3 | $747.50 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $340.00 | 2.0 | $680.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $300.00 | 154.0 | $46,200.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $310.00 | 5.7 | $1,767.00 |
| Joan Sherman | Paralegal | Environmental | $160.00 | 175.8 | $28,128.00 |
| Joan Sherman | Paralegal | Environmental | $165.00 | 8.8 | $1,452.00 |
| Susan Haag | Paralegal | Bankruptcy | $135.00 | 3.0 | $405.00 |
| Susan Haag | Paralegal | Bankruptcy | $140.00 | 4.6 | $644.00 |
| Donna Thede | Doc. Control | Environmental | $30.00 | 10.3 | $309.00 |
| Imelda Mulholland | Law Clerk | Environmental | $150.00 | 11.3 | $1,695.00 |
| Susan Newhams | Info. Spec. | Environmental | $145.00 | 17.5 | $2,537.50 |
| **TOTAL** | | | | 713.8 | $196,099.50 |