# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $1,441.35 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $5.00 |
| Outside Courier | $17.21 |
| Lexis | $190.69 |
| Tab Stock | $0.00 |
| Other Expenses | $206.64 |
| Meal Expenses | $112.96 |
| Westlaw | $0.00 |
| Federal Express | $47.70 |
| Color Copies | $0.00 |
| Professional Billable Services | $2,788.48 |
| Velo Binding | $9.00 |
| **TOTALS** | **$4,819.03** |