# SIGN-IN-SHEET

**CASE NAME** W.R. Grace & Co.  
**CASE NO.:** 01-1139(JKF)  

**COURTROOM LOCATION:** Courtroom #1  
**DATE:** March 27, 2005 @ 2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Neal T. Hatfield | Campbell + Levine | KCC |
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Beitha Harding | KtE | WRGrace |
| Jack Phillips | Phillips Goldman & Spence | FCR |
| James O'Neill | KZH/PN | WRGrace |
| David Brack | KtE | " |
| Marc Phillips | Connolly Bove Lodge & Hutz | Maryland Casualty Company |
| Sandy Esserman | Stutzman Bromberg Esserman Plifka | Various firms |
| Matt Kramer | Bilzin Sumberg | PD Committee |
| Theodore Tacconelli | Ferry Joseph Pearce PA | " |
| Tom Wharen | Stevens & Lee | Freeman's Env |
| Bill Sullivan | Buchanan Ingersoll | ZAI Claimants |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Peter Lockwood | Caplin Drysdale | RC |
| Mike Lastowski | Duane Morris | Official Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.