IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.; | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 9315 |

## ORDER DISALLOWING AND EXPUNGING
## FORTY-FIVE ASBESTOS PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan firm have stipulated and agreed that the amended asbestos property damage claims referenced on the attached Exhibit A should be disallowed and expunged, provided that the claim form and supporting documentation associated each amended claim are consolidated with the applicable original claim;

WHEREAS the Debtors and the Speights & Runyan firm also have stipulated and agreed that Claim Nos. 10229, 11125, 11193 and 11820 should be disallowed and expunged as duplicative of other claims for the same properties;

IT IS HEREBY ORDERED THAT:

1. The forty-one Amended Claims identified on the attached Exhibit A are hereby disallowed and expunged. The claims agent is directed to consolidate the claim forms and supporting documentation associated with each of the Amended Claims with the applicable Original Claim as indicated in Exhibit A.

2. Claim Nos. 10229, 11125, 11193 and 11820 are hereby disallowed and expunged.

Dated: March 27, 2006

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:115043.1