# EXHIBIT A

## Amended Claims

| Original Claim No (Surviving Claim) | Amended Claim No (Expunged Claim) | Claimant Name | Firm Name | Property Address | Building Name |
|---|---|---|---|---|---|
| 006697 | 011252 | Methodist Hospital | Speights & Runyan | Omaha, NE | Methodist Hospital |
| 006901 | 011236 | Bayshore Community Hospital | Speights & Runyan | 727 N Beers Street Holmdel, NJ 07733 | Bayshore Community Hospital |
| 009888 | 015472 | The California State University | Speights & Runyan | CSU Dominguez Hills - Carson CA 90747 | Educ Resource Center |
| 009925 | 015488 | The California State University | Speights & Runyan | San Diego State Univ - San Diego CA 92182 | Aztec Center |
| 009928 | 015487 | The California State University | Speights & Runyan | San Diego State Univ - San Diego CA 92182 | Art II |
| 009970 | 015486 | The California State University | Speights & Runyan | CSU Sacramento - Sacramento, CA 95819 | Kadema Hall |
| 009988 | 015485 | The California State University | Speights & Runyan | CSU Sacramento - Sacramento, CA 95819 | Alpine Hall |
| 009993 | 015492 | The California State University | Speights & Runyan | San Diego State University - San Diego, CA | West Commons |
| 010018 | 015484 | The California State University | Speights & Runyan | CSU Pomona - Pomona CA 91768 | Gymnasium |
| 010019 | 015477 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | Physical Education |
| 010020 | 015478 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | PJ&G Pollak Library |
| 010053 | 015475 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | Humanities - Social Sci |
| 010058 | 015476 | The California State University | Speights & Runyan | CSU Fullerton - Fullerton CA 92834 | Performing Arts Center |
| 010078 | 015483 | The California State University | Speights & Runyan | CSU Pomona - Pomona CA 91768 | Darlene May Gymnasium |
| 010160 | 015493 | The California State University | Speights & Runyan | SF State Univ - San Francisco, CA 94132 | Hensill Hall |
| 010206 | 015490 | The California State University | Speights & Runyan | San Diego State Univ - San Diego CA 92182 | East Commons |
| 010229 | 015491 | The California State University | Speights & Runyan | San Diego State Univ - San Diego CA 92182 | East Commons Addition |

| Original Claim No (Surviving Claim) | Amended Claim No (Expunged Claim) | Claimant Name | Firm Name | Property Address | Building Name |
|---|---|---|---|---|---|
| 010230 | 015489 | The California State University | Speights & Runyan | San Diego State Univ.- San Diego, CA 92182 | Dramatic Arts |
| 010237 | 015481 | The California State University | Speights & Runyan | CSU Long Beach- Long Beach CA 90840 | Main Library |
| 010303 | 015474 | The California State University | Speights & Runyan | CSU Fresno - Fresno, CA 93740 | Psychology/Human Svcs |
| 010319 | 015473 | The California State University | Speights & Runyan | CSU Fresno - Fresno, CA 93740 | North Gymnasium |
| 010597 | 015470 | The California State University | Speights & Runyan | CSU Chico - Chico, CA 95929 | Butte Hall |
| 010621 | 015471 | The California State University | Speights & Runyan | CSU Chico - Chico, CA 95929 | Physical Science Bldg |
| 010749 | 010948 | Glen Oak Country Club | Speights & Runyan | 151 Post Avenue Old Westbury, NY | Glen Oak Country Club |
| 011735 | 015495 | The California State University | Speights & Runyan | CSU San Luis Obispo - Administration - San Luis Obispo, CA 93407 | Administration |
| 011745 | 015501 | The California State University | Speights & Runyan | CSU San Luis Obispo- Transportation Services San Luis Obispo, CA 93407 | San Luis Obispo - Transportation Services |
| 011800 | 015500 | The California State University | Speights & Runyan | CSU San Luis Obispo- Research Development San Luis Obispo, CA 93407 | Research Development |
| 011802 | 015499 | The California State University | Speights & Runyan | CSU San Luis Obispo- Mott Physical Education San Luis Obispo, CA 93407 | San Luis Obispo - Mott Physical Educ |
| 011817 | 015498 | The California State University | Speights & Runyan | CSU San Luis Obispo- Farm Shop San Luis Obispo, CA 93407 | Farm Shop |
| 011819 | 015496 | The California State University | Speights & Runyan | CSU San Luis Obispo- Engineering West San Luis Obispo, CA 93407 | Engineering West |
| 011820 | 015497 | The California State University | Speights & Runyan | CSU San Luis Obispo- Engineering West Addition San Luis Obispo, CA 93407 | Engineering West Add |
| 011866 | 015503 | The California State University | Speights & Runyan | CSU Stanislaus - Music Building Turlock CA 95382 | Music Building |
| 011876 | 015502 | The California State University | Speights & Runyan | CSU Stanislaus - Drama Building Turlock CA 95382 | Drama Building |
| 011918 | 015494 | The California State University | Speights & Runyan | San Jose State Univ.- Cafeteria San Jose, CA 95192 | Cafeteria |

| Original Claim No (Surviving Claim) | Amended Claim No (Expunged Claim) | Claimant Name | Firm Name | Property Address | Building Name |
|---|---|---|---|---|---|
| 011957 | 015480 | The California State University | Speights & Runyan | CSU Hayward -Music and Buisness Hayward, CA 94542 | Music And Business |
| 011962 | 015479 | The California State University | Speights & Runyan | CSU Hayward - Meikle John Hall Hayward, CA 94542 | Meikle John Hall |
| 012395 | 015740 | Carleton University | Speights & Runyan | 1125 Colonel By Drive Ottawa, ON K1s5b6 | McOdorum Library |
| 012433 | 015739; 016668 | The Record | Speights & Runyan | | |
| 012443 | 015741 | Calgary Board Of Education | Speights & Runyan | 3009 Morley Trail Nw Calgary, AB T2m4g9 | William Aberhart High |
| 012616 | 015482 | The California State University | Speights & Runyan | CSU Long Beach - Long Beach CA 90840 | University Theater |