IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | Re: Docket Nos. 9311, 9315, 10014, |
| Debtors | ) | 11365, 11413, 11549, 11787, 11830, and |
| | ) | 9302 |

### ORDER MODIFYING VARIOUS DEADLINES REGARDING ASBESTOS PROPERTY DAMAGE ESTIMATION, CLAIMS OBJECTIONS AND DISCOVERY

WHEREAS, the Court has entered various orders with respect to the estimation of Asbestos Property Damage ("PD") liabilities, PD Claims' Objections and PD Discovery (the "PD Matters") as outlined on the attached Exhibits A and B; and

WHEREAS, on February 21, 2006, the PD Committee and certain PD constituents, requested that all deadlines with respect to the PD Matters be continued for 60 days while the parties concentrate on discussions with respect to a potential consensual Plan of Reorganization;

IT IS HEREBY:

1. ORDERED that all deadlines with respect to PD matters, as outlined on the attached Exhibits A and B, be continued for approximately 60 days, and it is further

2. ORDERED that all matters referred to on the attached Exhibits A and B and any orders that correspond to those matters be and are hereby modified by this Order and the attached Exhibits A and B without the need for preparation of any separate modified orders; and it is further

K&E 11033544.1

10

3.     ORDERED that within ten (10) days of entry of this Order, the Debtors will serve the Order on all parties who are affected by this Order.

Dated: ___3/27___, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge