### Exhibit A to Order Modifying Various Deadlines re PD Claims Objections

| Issue | | | Old deadline | New deadline |
|---|---|---|---|---|
| 13TH OMNIBUS OBJECTION, DOCKET NO. 9311 | | | | |
| | B. | Hearing on 20 Speights claims, no proof of authority to file | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
| | C. | Hearing on 68 Speights claims, no proof of authority to file as of Bar Date | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
| | | | | |
| 15TH OMNIBUS OBJECTION, DOCKET NO. 9315 | | | | |
| | D. | Issues arising at the 1/24-26/06 hearings previously carried over to the 2/21/06 omnibus | | |
| | | 4.  2 previously settled Speights British Columbia claims | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
| | | 5.  15 Speights Coca Cola Enterprises claims | 2/21/06 omnibus hrg | None: Claims withdrawn |
| | E. | Issues arising at the 1/24-26/06 hearings previously carried over to the 3/27/06 omnibus | | |
| | | 6.  Choice of law on Speights' 1 Georgia and 2 Tennessee claims | | |
| | | a.  Speights' response brief due | 2/24/06 | 4/21/06 |
| | | b.  Debtors' reply brief due | 3/3/06 | 4/28/06 |
| | | c.  Hearing | 3/27/06 omnibus hrg | 5/15/06 omnibus hrg |
| | | 7.  Choice of law and collateral estoppel on 2 Prudential Georgia claims | | |
| | | a.  Prudential's response brief due | 2/27/06 | 4/24/06 |
| | | b.  Debtors' reply brief due | 3/6/06 | 5/1/06 |
| | | c.  Hearing | 3/27/06 omnibus hrg | 5/15/06 omnibus hrg |

|   |   |   |   |   |
|---|---|---|---|---|
|   | 8. | 225 Speights' Canadian claims with no product identification |   |   |
|   |   | a. Speights' proof of product ID due | 3/10/06 | 4/28/06 |
|   |   | b. Status hearing | 3/27/06 omnibus hrg | 5/15/06 omnibus hrg |
|   | F. | Issues arising at the 1/24-26/06 hearings previously carried over to the 4/17/06 omnibus |   |   |
|   | 9. | Speights must produce to Rust and to Kirkland & Ellis responses signed by each of his claimants, answering PD claim form question 18 ("When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim.") | 3/24/06 | 5/26/06 |
|   | 10. | Status hearing on Speights' responses to PD claim form question 18 | 4/17/06 omnibus hrg | 6/19/06 omnibus hrg |
|   |   |   |   |   |
| **MOTION OF ANDERSON MEMORIAL HOSPITAL FOR CLASS CERTIFICATION, DOCKET NO. 10014** |   |   |   |   |
|   | G. | Status report on the Debtors' 2002 Notice Program | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
|   | H. | Debtors' Motion for Protective Order, Docket No. 11365 | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
|   | I. | Anderson Memorial Hospital's Motion for Limited Relief from the Automatic Stay, Docket No. 11413 | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |