## **EXHIBIT A**

### **Case Administration (55.90 Hours; $ 14,618.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.30 | $760 | 3,268.00 |
| Rita C. Tobin | .40 | $435 | 174.00 |
| Sheila A. Clark | 14.90 | $220 | 3,278.00 |
| David B. Smith | 33.90 | $220 | 7,458.00 |
| Andrew D. Katznelson | 2.00 | $185 | 370.00 |
| Velma Wright | .40 | $175 | 70.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/06 | DBS | 220.00 | 2.10 | Compile data and documents re potential witnesses for attorney review (.9); coordinate the creation of Concordance database for documents from Boston document repository (1.2). |
| 02/01/06 | SAC | 220.00 | 0.40 | Assist DBS with advice on procedure for vendor specifics in created database for Boston document review (.2); coordinate database license for JAL re same (.2). |
| 02/02/06 | PVL | 760.00 | 0.10 | Review 5 miscellaneous filings. |
| 02/02/06 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 02/02/06 | DBS | 220.00 | 0.30 | Compile documents for attorney review. |
| 02/03/06 | PVL | 760.00 | 0.20 | Review 3 miscellaneous filings and e-mail. |
| 02/03/06 | DBS | 220.00 | 1.40 | Coordinate the creation of Concordance database for documents produced from Boston document repository (.8); compile documents for attorney review (.6). |
| 02/05/06 | SAC | 220.00 | 1.50 | Review and organize Discovery documents (.4); distribute same with detailed instructions/examples for tracking same on Production History Log and Accutrac (1.1). |
| 02/06/06 | DBS | 220.00 | 1.70 | Compile documents for attorney review (.7); review Concordance database for errors (1.0). |

{D0055477:1 }

| 02/07/06 | PVL | 760.00 | 0.10 | Review 7 miscellaneous filings. |
| 02/07/06 | RCT | 435.00 | 0.20 | Review local counsel recommendations for El update (.2). |
| 02/07/06 | DBS | 220.00 | 2.20 | Compile documents for attorney review (1.6); attend team meeting re discovery (.6). |
| 02/07/06 | SAC | 220.00 | 1.20 | Create persistent tags in database setup in connection with Boston document repository. |
| 02/08/06 | PVL | 760.00 | 0.10 | Review LMI term sheet. |
| 02/08/06 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material for EI. |
| 02/08/06 | DBS | 220.00 | 1.20 | Compile documents for attorney review and case files. |
| 02/09/06 | DBS | 220.00 | 1.60 | Compile documents for attorney review and case files (.4); create index of documents received from Boston document repository (1.2). |
| 02/09/06 | SAC | 220.00 | 4.40 | Research and annotate case history for November 2005 through February 2006. |
| 02/10/06 | DBS | 220.00 | 2.10 | Compile documents for attorney review and case files (1.6); compile deposition transcript for expert review (.5). |
| 02/13/06 | DBS | 220.00 | 2.90 | Compile documents for attorney review and case files (.9); review and tag documents in Concordance database (2.0). |
| 02/14/06 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material for EI. |
| 02/14/06 | DBS | 220.00 | 2.90 | Review and tag documents in Concordance database. |
| 02/15/06 | DBS | 220.00 | 2.50 | Review and tag documents in Concordance database. |
| 02/16/06 | DBS | 220.00 | 2.10 | Review and tag documents in Concordance database. |
| 02/17/06 | DBS | 220.00 | 3.70 | Review and search for documents in Concordance database. |
| 02/17/06 | SAC | 220.00 | 3.40 | Review, annotate and manage electronic and hard copy of case file inventory. |

| 02/19/06 | PVL | 760.00 | 0.30 | Review agenda (.1); review status report (.2). |
|---|---|---|---|---|
| 02/20/06 | PVL | 760.00 | 0.50 | Review 6 miscellaneous filings (.1); review amended agenda (.1); review PD Committee motion to compel (.1); prep for hearing (.2). |
| 02/21/06 | PVL | 760.00 | 2.90 | Attend omni hearing (2.5); confer Esserman (.2); review 11 miscellaneous filings (.1); review Hurford and EI memos (.1). |
| 02/21/06 | DBS | 220.00 | 2.50 | Review and search for documents in Concordance database (2.0); compile production documents for attorney review (.5). |
| 02/21/06 | VW | 175.00 | 0.40 | Retrieve trial exhibits |
| 02/22/06 | PVL | 760.00 | 0.10 | Review 10 miscellaneous filings. |
| 02/22/06 | DBS | 220.00 | 1.40 | Review and search for documents in Concordance database. |
| 02/22/06 | SAC | 220.00 | 4.00 | Assist JAL and JPW with locating, gathering and organizing confidential deposition exhibits for Hayes and Beber (3.2); research Accutrac re trial exhibits (.8). |
| 02/23/06 | DBS | 220.00 | 1.70 | Compile deposition transcript and exhibits for attorney review (1.0); compile documents for attorney review and case files (.7). |
| 02/24/06 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material for EI desk file. |
| 02/24/06 | DBS | 220.00 | 0.50 | Compile documents for attorney review and case files. |
| 02/27/06 | RCT | 435.00 | 0.20 | Review docket and local counsel recommendations for EI update. |
| 02/27/06 | DBS | 220.00 | 0.80 | Compile documents for attorney review and case files. |
| 02/28/06 | DBS | 220.00 | 0.30 | Coordinate the addition of documents received from Boston repository onto the Concordance database. |

**Total Task Code .04        55.90**

## Claim Analysis Objection & Resolution (Asbestos) (1.70 Hours; $ 1,292.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $760 | 1,292.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/06 | PVL | 760.00 | 0.20 | Review ACC est. witness list (.1); review e-mail (.1). |
| 02/05/06 | PVL | 760.00 | 0.10 | Review e-mail. |
| 02/07/06 | PVL | 760.00 | 0.10 | Review WRG est. witness list. |
| 02/08/06 | PVL | 760.00 | 0.30 | Confer NDF. |
| 02/09/06 | PVL | 760.00 | 0.20 | Review WRG suppl. brief re Prudential claims (.1); teleconference McGarvey (.1). |
| 02/23/06 | PVL | 760.00 | 0.60 | Review NERA report (.4); teleconference EI (.1); review e-mail and reply (.1). |
| 02/25/06 | PVL | 760.00 | 0.20 | Review Libby claimants motion for expenses. |

**Total Task Code .05**      **1.70**


## Committee Creditors', Noteholders' or Equity Holders'(.10 Hours; $ 83.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $835 | 83.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/17/06 | EI | 835.00 | 0.10 | Memo D. Pacheco re: questionnaire (.1). |

**Total Task Code .07**      **.10**

**Fee Applications, Applicant (5.60 Hours; $ 1,561.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.10 | $435 | 913.50 |
| Andrew D. Katznelson | 3.50 | $185 | 647.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/06 | ADK | 185.00 | 0.50 | Preparation o f fee and expense report for fee application exhibit. |
| 02/09/06 | RCT | 435.00 | 1.00 | Review interim fee app. (1). |
| 02/09/06 | ADK | 185.00 | 1.00 | Worked on Interim fee application. |
| 02/13/06 | RCT | 435.00 | 0.50 | Review Pre-Bill |
| 02/14/06 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 02/15/06 | RCT | 435.00 | 0.50 | Review exhibits |
| 02/21/06 | RCT | 435.00 | 0.10 | Conf ADK re fee scheduling issue. |
| 02/22/06 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 02/23/06 | ADK | 185.00 | 0.50 | Worked on fee application. |

**Total Task Code .12**      **5.60**

**Fee Applications, Others (.10 Hours; $ 76.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $760 | 76.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/06/06 | PVL | 760.00 | 0.10 | Review 5 fee applications. |

**Total Task Code .13          .10**

## Financing (.10 Hours; $ 76.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .10 | $760 | 76.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|-----------|-----------|-----------|---------------|----------------|
| 02/28/06 | PVL | 760.00 | 0.10 | Review LTC memo re DIR loan. |

**Total Task Code .14          .10**

## Hearings (1.00 Hours; $ 835.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 1.00 | $835 | 835.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|-----------|-----------|-----------|---------------|----------------|
| 02/17/06 | EI | 835.00 | 0.70 | T/cs R. Frankel re: prep for hearing (.5); t/c D. Bernick re: same (.2). |
| 02/21/06 | EI | 835.00 | 0.30 | T/c PVNL re: hearing (.1); memo (.2). |

**Total Task Code .15          1.00**

## Litigation and Litigation Consulting (239.90 Hours; $ 73,615.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 3.40 | $835 | 2,839.00 |
| Peter Van N. Lockwood | .50 | $760 | 380.00 |
| Nathan D. Finch | 8.30 | $525 | 4,357.50 |

{D0055477:1 }

| | | | | | |
|---|---|---|---|---|---|
| Jeffrey A. Liesemer | | 38.00 | | $425 | 16,150.00 |
| James P. Wehner | | 19.70 | | $405 | 7,978.50 |
| Adam L. VanGrack | | 156.90 | | $250 | 39,225.00 |
| Stacie M. Evans | | 13.10 | | $205 | 2,685.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/06 | EI | 835.00 | 0.40 | T/c Budd re: status (.2); t/c NDF re: same (.2). |
| 02/01/06 | SME | 205.00 | 1.20 | Review materials re: estimation of asbestos liabilities. |
| 02/01/06 | SME | 205.00 | 0.10 | Prepare notes re: Boston document review. |
| 02/01/06 | NDF | 525.00 | 0.50 | Gather information for EI and Budd regarding criminal cases. |
| 02/01/06 | JAL | 425.00 | 0.80 | Reviewed minutes of recent committee teleconference (.10); reviewed report from local counsel of Grace omnibus hearing on January 30, 2006 (.10); reviewed certificate of counsel and proposed order modifying the existing CMO, which were filed with the court on January 30 (.10); review and analysis of materials relating to estimation and confirmation issues (.50); |
| 02/01/06 | ALV | 250.00 | 8.70 | Review documents and historical interrogatory response documents produced by Grace for relevance and consistency (5.5); draft preliminary witness disclosures (3.2). |
| 02/02/06 | EI | 835.00 | 0.30 | T/c NDF re: status. |
| 02/02/06 | SME | 205.00 | 0.50 | Review materials re: estimation of asbestos liabilities. |
| 02/02/06 | NDF | 525.00 | 0.50 | Review debtor's proposed plan structure. |
| 02/02/06 | JAL | 425.00 | 2.00 | Reviewed draft of disclosure of likely estimation fact witness, and sent comments on such draft to ALV (.20); office conference with ALV regarding documents produced thus far by the debtors (.10); office conference with NDF regarding planning and next steps in litigation (.20); office conference with JPW regarding planning and next steps in discovery process (.20); review and analysis of materials relating to estimation and confirmation issues (.80); second office conference with NDF regarding planning and next steps in estimation litigation (.20); |

{D0055477:1 }

|  |  |  |  | drafted and revised memo to PVNL regarding planning and scheduling issues relating to estimation proceeding (.30). |
|---|---|---|---|---|
| 02/02/06 | ALV | 250.00 | 7.10 | Review documents and historical interrogatory response documents produced by Grace for relevance and consistency (6.1); draft preliminary witness disclosures (1.0). |
| 02/03/06 | JAL | 425.00 | 1.90 | Drafted e-mail to DBS regarding debtors' production of documents (.10); legal research regarding discovery issues in connection with estimation proceeding (1.30); office conference with JPW regarding estimation discovery issues (.10); office conference with TWS and NDF regarding planning and litigation scheduling issues (.40) |
| 02/03/06 | ALV | 250.00 | 9.00 | Review documents and historical interrogatory response documents produced by Grace for relevance and consistency (6.8); draft preliminary witness disclosures (2.2). |
| 02/06/06 | NDF | 525.00 | 0.90 | Meet with JAL and JPW regarding case issues (0.6); review Grace witness disclosure (0.3). |
| 02/06/06 | JAL | 425.00 | 5.90 | Review and analysis of non-expert witness designations of debtors and property damage committee in estimation proceeding (.30); review and analysis of amended case management order in estimation hearing and weekly recommendation memo regarding upcoming issues (.30); review and analysis of documents produced by Grace in connection with estimation hearing (.20); office conference with NDF and JPW regarding discovery schedule, expert witnesses, and planning next steps in discovery (.40); office conference with JPW regarding discovery schedule expert witnesses, and planning next steps in discovery (1.60); drafted and revised memo to litigation team regarding estimation discovery (.10); office conference with JPW regarding estimation experts (.10); revised memo from JPW regarding estimation experts (.10); drafted and revised memo to DBS regarding estimation proceeding (.10); drafted and revised memo regarding experts designated by the PI committee in estimation proceeding (.50); review and analysis of materials relating to estimation discovery (.80); drafted and revised e-mail to B. Harding regarding Sealed Air documents (1.10); office conference with |

| | | | | |
|---|---|---|---|---|
| | | | | JPW regarding discovery issues relating to estimation proceeding (.30); |
| 02/06/06 | ALV | 250.00 | 7.80 | Review documents and historical interrogatory response documents produced by Grace for relevance and consistency. |
| 02/06/06 | JPW | 405.00 | 2.20 | Meeting with NDF and JAL re discovery and expert issues (1.7); telephone conference with B. Castleman re expert report (0.2); expert issues (0.3); |
| 02/07/06 | PVL | 760.00 | 0.50 | Review Libby claimants application brief. |
| 02/07/06 | SME | 205.00 | 0.70 | Meeting w/JAL, ALV, JPW, and DBS re: planning for estimation proceedings. |
| 02/07/06 | SME | 205.00 | 1.60 | Review materials re: procedure for estimation of future asbestos liability. |
| 02/07/06 | NDF | 525.00 | 0.50 | Respond to correspondence regarding RUST protocols. |
| 02/07/06 | JAL | 425.00 | 2.50 | Meeting with JPW, ALV, SME and DBS regarding document review and discovery in estimation case (.70); review of e-mail correspondence from litigation team regarding review of estimation documents (.20); review of email from B. Harding in response to my e-mail to her yesterday regarding discovery (.10); review of e-mail from NDF to B. Harding regarding Rust's proposed protocols for processing questionnaires ( .20); telephone call with NDF regarding proposed Rust protocols for processing questionnaire (.10); drafted and revised memo to ACC's experts regarding proposed Rust protocols (.20); drafted and revised memo to FCR's attorneys regarding proposed Rust protocols (.20); telephone call with B. Harding regarding Sealed Air documents and related issues (.20); drafted and revised memo to NDF regarding Sealed Air documents and related issues (.60). |
| 02/07/06 | ALV | 250.00 | 8.30 | Meet with JAL, SME, JPW and DBS to discuss the upcoming review of documents produced by debtors (0.5); prepare for review of documents produced by debtors from their Boston, MA repository (1.0); review documents produced by debtors from their Boston, MA repository (6.8). |

| 02/07/06 | JPW | 405.00 | 1.20 | Meeting with JAL, ALV, SME regarding document review (1.0); document issues (0.2) |
| 02/08/06 | NDF | 525.00 | 1.30 | Telephone conference with Bernick regarding settlement (0.2); memo to EI and clients regarding same (0.3); telephone conference with Snyder regarding expert report (0.5); telephone conference with Budd regarding settlement strategy (0.3). |
| 02/08/06 | JAL | 425.00 | 0.30 | Review of list from DBS regarding materials produced from debtors' Boca Raton Repository, and drafted and revised e-mail to DBS regarding questions pertaining to the list (.10); drafted and revised memo to JPW regarding preparation of letter to mediator regarding discovery-related disputes with the debtors (.20). |
| 02/08/06 | ALV | 250.00 | 8.40 | Review documents produced by debtors from their Boston, MA repository for relevance. |
| 02/08/06 | JPW | 405.00 | 4.80 | Research expert witnesses (2.2); communicate with M. Murphy re documents (0.2); discovery issues (0.5); factual research re estimation issue (1.9) |
| 02/09/06 | JAL | 425.00 | 0.10 | Review of memo from JPW regarding preparation of letter to discovery mediator regarding ongoing discovery dispute with debtors. |
| 02/09/06 | ALV | 250.00 | 8.90 | Review documents produced by debtors from their Boston, MA repository for relevance. |
| 02/09/06 | JPW | 405.00 | 2.00 | Draft letter to discovery mediator |
| 02/10/06 | SME | 205.00 | 0.40 | Review materials re: developments in asbestos litigation. |
| 02/10/06 | NDF | 525.00 | 1.00 | Conference with expert regarding asbestos estimation issues and testimony regarding same. |
| 02/10/06 | JAL | 425.00 | 0.30 | Review of follow-up list from DBS regarding materials produced from debtors' document repository (.10); brief review of JPW's draft review of letter to discovery mediator regarding estimation-related discovery issues (.20) |
| 02/10/06 | ALV | 250.00 | 8.30 | Review documents produced by debtors from their Boston, MA repository for relevance. |

| 02/11/06 | NDF | 525.00 | 0.50 | Review Bernick settlement proposal (0.2); review LTC valuation of Grace and claims (0.3). |
|---|---|---|---|---|
| 02/13/06 | NDF | 525.00 | 1.60 | Telephone conference with EI and LTC regarding Grace valuation and settlement issues (0.5); telephone conference with Peterson regarding estimate of the liability (0.5); memo to EI regarding same (0.2); review Relles memo regarding RUST protocols (0.4). |
| 02/13/06 | JAL | 425.00 | 5.20 | Office conference with JPW regarding discovery issues and next steps (.30); review and analysis of memorandum from D. Relles regarding Rust's proposed claims processing procedures (.40); drafted and revised memo to FCR's attorneys regarding anticipated conference call on Rust's protocols or claims processing procedures (.20); reviewed e-mail from DKG regarding estimation document review (.10); review and analysis of appellants' brief filed by Libby claimants in injunction matter (1.60); reviewed and revisions to letter to mediator regarding on-going discovery dispute with debtor (2.0); office conference with JPW regarding documents in debtors' Cambridge repository (.10); drafted and revised e-mail to DBS regarding documents from Boca repository (.10); reviewed response e-mail from DBS regarding documents from Boca repository (.10); office conference with ALV regarding (.10); review and analysis of materials in preparation for tomorrow's meet-and-confer teleconference re: estimation-related discovery (.20) |
| 02/13/06 | ALV | 250.00 | 9.40 | Review documents produced by debtors from their Boston, MA repository for relevance. |
| 02/13/06 | JPW | 405.00 | 0.90 | Telephone conference with M. Murphy re Cambridge documents (0.3); meetings with JAL re document discovery (0.6) |
| 02/14/06 | NDF | 525.00 | 0.50 | Telephone conference with Grace lawyers regarding discovery. |
| 02/14/06 | JAL | 425.00 | 2.20 | Telephone conference with NDF, JPW, counsel for the debtors, and counsel for the FCR regarding outstanding discovery issues (.50); office conference with NDF and JPW regarding outstanding discovery issues, document review, and next steps (.50); office conference with JPW and ALV regarding document review and next steps (.40); review and analysis of |

| | | | | |
|---|---|---|---|---|
| | | | | debtors' status report regarding plan negotiations (.80). |
| 02/14/06 | ALV | 250.00 | 9.00 | Meet with JAL and JPW to discuss the progress and strategy of the review of documents produced by debtors (0.5); review documents produced by debtors from their Boston, MA repository for relevance (8.5). |
| 02/14/06 | JPW | 405.00 | 1.50 | Telephone conference with all parties re discovery issues (0.5); meeting with JAL and NDF re discovery (0.5); meeting with ALV (0.5) |
| 02/15/06 | SME | 205.00 | 1.40 | Review documents produced by debtor in Boston repository. |
| 02/15/06 | SME | 205.00 | 0.60 | Review recent developments in asbestos litigation. |
| 02/15/06 | ALV | 250.00 | 7.10 | Review documents produced by debtors from Boston repository for relevance. |
| 02/15/06 | JPW | 405.00 | 1.00 | Document review issues |
| 02/16/06 | SME | 205.00 | 2.90 | Review documents produced from the Boston depository. |
| 02/16/06 | JAL | 425.00 | 1.40 | Telephone conference with D. Relles, JPW and the FCR and his counsel regarding Rust's proposed questionnaire protocols and procedures (.80); office conference with JPW regarding Rust's proposed protocols and procedures (.20); reviewed e-mails from ALV regarding document review (.20); office conference with ALV regarding document review (.10); telephone call with D. Relles regarding Rust's proposed questionnaire and protocols (.10). |
| 02/16/06 | ALV | 250.00 | 9.50 | Review documents produced by debtors from Boston repository for relevance. |
| 02/16/06 | JPW | 405.00 | 1.00 | Conference call re questionnaire |
| 02/17/06 | SME | 205.00 | 1.80 | Review documents produced from Boston and Boca Raton. |
| 02/17/06 | SME | 205.00 | 0.50 | Meet w/ALV and DBS re: coordinating document review. |
| 02/17/06 | JAL | 425.00 | 0.30 | Drafted and revised memo to D. Relles regarding Grace claims database (.10); drafted and revised memo to JPW regarding estimation issues (.10); brief |

{D0055477:1 }

| | | | | review of debtors' list of documents from Sealed Air litigation that it deems confidential (.10). |
|---|---|---|---|---|
| 02/17/06 | ALV | 250.00 | 7.90 | Review documents produced by debtors from Boston repository for relevance (7.5); meet with SME and DBS to discuss progress of document review (0.4). |
| 02/17/06 | JPW | 405.00 | 1.20 | Expert discovery issues (0.7); privilege issues (0.5) |
| 02/20/06 | NDF | 525.00 | 0.50 | Respond to Cohn email regarding fee motion. |
| 02/20/06 | ALV | 250.00 | 4.00 | Review documents produced by debtors from Boston repository for relevance. |
| 02/21/06 | SME | 205.00 | 0.30 | Review recent developments in asbestos litigation. |
| 02/21/06 | JAL | 425.00 | 5.20 | Review and analysis of Sealed Air deposition exhibits in connection with estimation discovery (2.50); brief review of memo from M. Hurford regarding Grace's motion for discovery from Dr. Whitehouse (.10); review and analysis of Grace's motion for discovery from Dr. Whitehouse (.80); reviewed e-mail exchange between JPW and SAC regarding Sealed Air documents (.10); drafted and revised memo to SAC regarding Sealed Air exhibits (.20); office conferences with ALV (2x) regarding progress on estimation document review (.20); office conference with JPW regarding estimation document review (.10); telephone call with SAC regarding Sealed Air documents (.10); e-mail exchange with JPW regarding deposition of Dr. Oaks (.10); drafted and revised memo to estimation litigation team regarding further document review (.10); office conference with ALV regarding scheduling of document review in Boston (.10); office conference with JPW regarding Sealed Air documents (.10); reviewed and analysis of estimation discovery materials (.40); review of EI's memo regarding today's hearing on extension of exclusivity (.10); e-mail correspondence exchange with M. Hurford regarding extension of exclusivity and estimation-related issues (.20). |
| 02/21/06 | ALV | 250.00 | 9.40 | Review documents produced by debtors from Boston repository for relevance (5.4); review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance (4.0). |

| 02/21/06 | JPW | 405.00 | 2.80 | Meetings with JAL re privilege documents (1.0); review sets of allegedly privilege documents (1.8) |
|---|---|---|---|---|
| 02/22/06 | EI | 835.00 | 0.70 | T/c Frankel re: mediation (.2); memo to Committee re: same (.1); memos re: status (.2); setting up meeting (.2). |
| 02/22/06 | JAL | 425.00 | 3.90 | Reviewed memo from local counsel regarding yesterday's omnibus hearing (.10); review and analysis of Sealed Air materials in connection with estimation discovery (3.20); reviewed memo from EI regarding appointment of mediator (.10); reviewed memo from PVNL regarding debtors' motion for discovery from Dr. Whitehouse (.10); Telephone call from asbestos claimant regarding questionnaire (.10); drafted memo to the file regarding claimant questionnaire issues (.30). |
| 02/22/06 | ALV | 250.00 | 10.00 | Review documents produced by debtors from Boston repository for relevance (3.0); review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance (7.0). |
| 02/22/06 | JPW | 405.00 | 0.80 | Document review issues |
| 02/23/06 | JAL | 425.00 | 3.60 | Office conference with NDF regarding tomorrow's discovery-related conference call with debtors' counsel (.10); reviewed materials in preparation for tomorrow's meet and confer conference call with debtors' counsel (1.0); drafted and revised memo to NDF regarding issues relating to the Sealed Air documents (.20); further review and analysis of Sealed Air materials, in connection with estimation-related discovery (2.3). |
| 02/23/06 | ALV | 250.00 | 9.00 | Review documents produced by debtors from Boston repository for relevance (4.0); review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance (5.0). |
| 02/23/06 | JPW | 405.00 | 0.30 | Review allegedly privilege documents |
| 02/24/06 | EI | 835.00 | 0.90 | Conf. PVNL re: status (.2); conf. call all constituencies re: medical (.7). |
| 02/24/06 | JAL | 425.00 | 1.80 | Reviewed e-mail from NDF regarding meet-and-confer call with Grace attorneys today (.10); review |

|  |  |  |  | and analysis of materials in preparation for today's conference call regarding estimation discovery issues (.80); meet and confer teleconference with counsel for the debtors and for the FCR regarding outstanding discovery and pretrial scheduling issues (.50); drafted and revised memo to estimation discovery team regarding next session of document review in Boston (.10); telephone call with Dan Relles regarding Rust's protocols and questionnaire database (.30). |
|---|---|---|---|---|
| 02/24/06 | JAL | 425.00 | 0.10 | Drafted memo to B. Harding and R. Wyron regarding conference call on Rust database. |
| 02/24/06 | ALV | 250.00 | 9.90 | Review documents produced by debtors from Boston repository for relevance (6.9); review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance (2.5); attend teleconference meet and confer with JAL, JPW, Futures Representative counsel and debtors' counsel to discuss discovery related matters (0.5). |
| 02/26/06 | ALV | 250.00 | 1.00 | Review documents produced by debtors from Boston repository for  relevance. |
| 02/27/06 | EI | 835.00 | 0.60 | T/c Gluck re:  mediation (.2); memo to Committee re: mediation (.3); memo to Rice re: same (.1). |
| 02/27/06 | SME | 205.00 | 1.10 | Review documents produced from Boston repository. |
| 02/27/06 | ALV | 250.00 | 2.50 | Review documents produced by debtors from Boston repository for relevance. |
| 02/28/06 | EI | 835.00 | 0.50 | Mediation conf. call. |
| 02/28/06 | NDF | 525.00 | 0.50 | Review Peterson comments on RUST protocols. |
| 02/28/06 | JAL | 425.00 | 0.50 | Drafted memo to NDF regarding Rust protocols and database (.30); drafted memo to B. Harding regarding draft of revised CMO (.10); drafted second memo to NDF regarding Rust protocols and database (.10). |
| 02/28/06 | ALV | 250.00 | 1.70 | Review documents produced by debtors from Boston repository for relevance. |

**Total Task Code .16        239.90**

**Plan & Disclosure Statement (13.90 Hours; $ 11,021.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.10 | $835 | 5,093.50 |
| Peter Van N. Lockwood | 7.80 | $760 | 5,928.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/06 | PVL | 760.00 | 0.30 | Teleconference EI (.2); review draft term sheet (.1). |
| 02/04/06 | EI | 835.00 | 0.30 | Reading materials re: status. |
| 02/08/06 | EI | 835.00 | 0.30 | T/c NDF re: D. Bernick call (.2); attempt to phone Bernick (.1). |
| 02/09/06 | EI | 835.00 | 0.60 | Read memos (.1); t/c NDF re: status (.1); t/c Bernick (.2); t/c Budd (.2). |
| 02/10/06 | PVL | 760.00 | 0.30 | Confer NDF (.2); review Bernick letter (.1). |
| 02/11/06 | EI | 835.00 | 0.50 | Review correspondence. |
| 02/13/06 | EI | 835.00 | 0.80 | T/c NDF (.1); t/c NDF, Tersigni, Berkin, Prills re: claims and assets (.7). |
| 02/15/06 | EI | 835.00 | 0.70 | T/c NDF, Frankel, Wyron re: status. |
| 02/17/06 | EI | 835.00 | 1.00 | Work on numbers (1.0). |
| 02/20/06 | PVL | 760.00 | 0.80 | Teleconference EI (.4); teleconference Frankel, EI (.4). |
| 02/20/06 | EI | 835.00 | 0.50 | Work on numbers (.5). |
| 02/20/06 | EI | 835.00 | 1.20 | T/c PVNL re: status (.5); t/c PVNL/Frankel re: status (.5); t/c Budd re: same (.2). |
| 02/21/06 | PVL | 760.00 | 2.00 | Confer Frankel (.2); teleconference EI (.1); confer Frankel, Esserman, Radecki (1.1); confer Bernick (.3); confer Baena (.2); review WRG motion re Whitenhouse docs (.1). |

| 02/22/06 | PVL | 760.00 | 1.30 | Review e-mail and reply (.2); e-mail Hurford et al (.1); teleconference Bernick (.6); teleconference EI (.4). |
| 02/23/06 | EI | 835.00 | 0.20 | T/c Frankel re: status. |
| 02/24/06 | PVL | 760.00 | 1.50 | Teleconference Bernick et al re mediator (.6); teleconference Bernick (.1); review e-mail and reply (.1); e-mail Warren et al (.1); e-mail Bernick et al (.1); teleconference Aldock and NDF (.3); confer NDF (.2). |
| 02/27/06 | PVL | 760.00 | 0.60 | Review e-mail (.1); teleconference Hurford (.2); review LTC memo (.2); review Grace and Pointer CVs (.1). |
| 02/28/06 | PVL | 760.00 | 1.00 | Teleconference Bernick, Baena, Kruger, EI et al re mediation (.5); confer EI (.4); review mediator resumes (.1). |

**Total Task Code .17**        **13.90**


**<u>Travel – Non Working (4.30 Hours; $ 1,634.00)</u>**

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
| Peter Van N. Lockwood | 4.30 | $380 | 1,634.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/21/06 | PVL | 380.00 | 2.50 | Travel to/from Wilmington (1/2). |
| 02/27/06 | PVL | 380.00 | 1.80 | Travel to NY |

**Total Task Code .21**        **4.30**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 378.99 |
| Air Freight & Express Mail | 1,144.85 |
| Charge of Cell and/or Home Phone Useage | 17.91 |
| Database Research | 1,625.20 |
| Local Transportation - DC | 11.82 |
| Long Distance-Equitrac In-House | 6.19 |
| Meals Related to Travel | 108.00 |
| Outside Photocopying/Duplication Service | 8,243.56 |
| Postage | 1.17 |
| Professional Fees & Expert Witness Fees | 8,341.60 |
| Telecopier/Equitrac | 22.50 |
| Travel Expenses - Ground Transportation | 106.92 |
| Travel Expenses - LD Calls on Hotel Bill | 17.90 |
| Xeroxing | 165.00 |

Total:    $20,191.61