**EXHIBIT B**

**Case Administration (55.9 Hours; $ 14,618.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   55.9


**Claim Analysis Objection & Resolution (Asbestos) (1.7 Hours; $ 1,292.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**   1.7


**Committee, Creditors', Noteholders' or Equity Holders (.1 Hours; $ 83.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**   .1


**Fee Applications, Applicant (5.6 Hours; $ 1,561.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**   5.6


**Fee Applications, Others (.1 Hours; $ 76.00)**

   Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**   .1


**Financing (.1 Hours; $ 76.00)**

{D0055478:1 }
DOC#151898

Services rendered in this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14         .1**


**Hearings (1.0Hours; $ 835.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15         1.0**


**Litigation and Litigation Consulting (239.9 Hours; $ 73,615.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         239.9**


**Plan & Disclosure Statement (13.9 Hours; $ 11,021.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         13.9**


**Travel Non-Working (4.3 Hours; $ 1,634.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21         4.3**

{D0055478:1 }