## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 378.99 |
| Air Freight & Express Mail | 1,144.85 |
| Charge of Cell and/or Home Phone Useage | 17.91 |
| Database Research | 1,625.20 |
| Local Transportation - DC | 11.82 |
| Long Distance-Equitrac In-House | 6.19 |
| Meals Related to Travel | 108.00 |
| Outside Photocopying/Duplication Service | 8,243.56 |
| Postage | 1.17 |
| Professional Fees & Expert Witness Fees | 8,341.60 |
| Telecopier/Equitrac | 22.50 |
| Travel Expenses - Ground Transportation | 106.92 |
| Travel Expenses - LD Calls on Hotel Bill | 17.90 |
| Xeroxing | 165.00 |
| Total: | $20,191.61 |

{D0055479:1 }