```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                           Page:  1
Matter      000                          Disbursements                                                                      3/21/2006
                                                                                                                            Print Date/Time:
                                                                                                                            03/21/2006
                                                                                                                            10:18:01AM
Attn:                                                                                                                       Invoice #

                                                      PREBILL  / CONTROL  REPORT
                                                         Trans Date Range:  1/1/1950  to: 2/28/2006
Matter      000
Disbursements
Bill Cycle:       Monthly          Style:         i1          Start:      4/16/2001
                                                                Last Billed : 2/27/2006                         13,655
```

Trust Amount Available

Total Expenses Billed To Date        $346,384.53

```
                                         Billing Empl:          0120      Elihu  Inselbuch
                                         Responsible Empl:      0120      Elihu  Inselbuch
                                         Alternate Empl:        0120      Elihu  Inselbuch
                                         Originating Empl:      0120      Elihu  Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 495.35 | 0.00 | 388.35 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 16.50 | 0.00 | 16.50 |
| 0187 | NDF | Nathan D Finch | 0.00 | 9,375.79 | 0.00 | 9,375.79 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 0.15 | 0.00 | 0.15 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 7.20 | 0.00 | 7.20 |
| 0234 | CK | Carl  Kessler | 0.00 | 0.30 | 0.00 | 0.30 |
| 0308 | DBS | David B Smith | 0.00 | 96.03 | 0.00 | 96.03 |
| 0310 | DKG | Danielle K Graham | 0.00 | 29.72 | 0.00 | 29.72 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 8,243.71 | 0.00 | 8,243.71 |
| 0325 | SAC | Sheila A Clark | 0.00 | 10.20 | 0.00 | 10.20 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 165.56 | 0.00 | 165.56 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,858.10 | 0.00 | 1,858.10 |
|  |  |  | **0.00** | **20,298.61** | **0.00** | **20,191.61** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl |  | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1911606 | Photocopy | E | 02/01/2006 | 0220 | SKL | 0.00 | | $0.15 | 0.00 | | $0.15 | 0.15 |
| 1911830 | Fax Transmission to 52125889689 | E | 02/01/2006 | 0232 | LK | 0.00 | | $0.75 | 0.00 | | $0.75 | 0.90 |

Client Number:  4642                    **Grace Asbestos Personal Injury Claimants**                                Page: 1

Matter    000                    **Disbursements**                                                            3/21/2006
                                                                                                          Print Date/Time:
                                                                                                              03/21/2006
                                                                                                              10:18:01AM
Attn:                                                                                                           Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Amount | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1911411 | Equitrac - Long Distance to 2123199240 | E | 02/01/2006 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 1.70 |
| 1911418 | Equitrac - Long Distance to 6175423025 | E | 02/01/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1.75 |
| 1911437 | Equitrac - Long Distance to 2123197125 | E | 02/01/2006 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 1.84 |
| 1911513 | Equitrac - Long Distance to 2032522561 | E | 02/02/2006 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 1.95 |
| 1911894 | Photocopy | E | 02/02/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 2.55 |
| 1911529 | Equitrac - Long Distance to 3024261900 | E | 02/03/2006 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 2.68 |
| 1911541 | Equitrac - Long Distance to 3024261900 | E | 02/03/2006 | 0999 | C&D | 0.00 | $0.35 | 0.00 | $0.35 | 3.03 |
| 1911545 | Equitrac - Long Distance to 2128368000 | E | 02/03/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 3.08 |
| 1912241 | Equitrac - Long Distance to 7708663200 | E | 02/06/2006 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 3.19 |
| 1912264 | Equitrac - Long Distance to 8054993572 | E | 02/06/2006 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 3.66 |
| 1912369 | Photocopy | E | 02/06/2006 | 0308 | DBS | 0.00 | $0.60 | 0.00 | $0.60 | 4.26 |
| 1912370 | Photocopy | E | 02/06/2006 | 0308 | DBS | 0.00 | $6.15 | 0.00 | $6.15 | 10.41 |
| 1912373 | Photocopy | E | 02/06/2006 | 0308 | DBS | 0.00 | $5.85 | 0.00 | $5.85 | 16.26 |
| 1912376 | Photocopy | E | 02/06/2006 | 0308 | DBS | 0.00 | $0.30 | 0.00 | $0.30 | 16.56 |
| 1912541 | Petty Cash  Internet access for DKJ at hotel in Boston on 1/25-26 | E | 02/07/2006 | 0310 | DKG | 0.00 | $17.90 | 0.00 | $17.90 | 34.46 |
| 1912549 | Petty Cash  DBS cab expenses in Boston on 1/25 | E | 02/07/2006 | 0308 | DBS | 0.00 | $40.00 | 0.00 | $40.00 | 74.46 |
| 1912697 | Photocopy | E | 02/07/2006 | 0308 | DBS | 0.00 | $17.70 | 0.00 | $17.70 | 92.16 |
| 1912702 | Photocopy | E | 02/07/2006 | 0308 | DBS | 0.00 | $3.75 | 0.00 | $3.75 | 95.91 |
| 1913211 | Federal Express to Katie Hemming from EI on 1/26 | E | 02/08/2006 | 0120 | EI | 0.00 | $8.02 | 0.00 | $8.02 | 103.93 |
| 1913223 | Blue Star Group Cab for ALV to National airport on 1/25 | E | 02/08/2006 | 0327 | ALV | 0.00 | $44.57 | 0.00 | $44.57 | 148.50 |
| 1913247 | Equitrac - Long Distance to 9174450518 | E | 02/08/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 148.56 |
| 1913264 | Equitrac - Long Distance to 6174265900 | E | 02/08/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 148.64 |
| 1913838 | Photocopy | E | 02/09/2006 | 0232 | LK | 0.00 | $0.75 | 0.00 | $0.75 | 149.39 |
| 1913920 | Fax Transmission to 53407754444 | E | 02/09/2006 | 0232 | LK | 0.00 | $0.75 | 0.00 | $0.75 | 150.14 |
| 1913922 | Fax Transmission to 513407754444 | E | 02/09/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 150.29 |
| 1914046 | Photocopy | E | 02/10/2006 | 0232 | LK | 0.00 | $0.75 | 0.00 | $0.75 | 151.04 |
| 1914047 | Photocopy | E | 02/10/2006 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 151.19 |
| 1914085 | Fax Transmission to 52125889689 | E | 02/10/2006 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 152.09 |
| 1913645 | Charge of Cell and/or Home Phone Useage-Jan 1, 2006 | E | 02/10/2006 | 0999 | C&D | 0.00 | $17.91 | 0.00 | $17.91 | 170.00 |
| 1913660 | Red Top Cab to 5600 Eishenhower AVenue for DKG on 1/25 | E | 02/10/2006 | 0310 | DKG | 0.00 | $11.82 | 0.00 | $11.82 | 181.82 |
| 1914399 | Equitrac - Long Distance to 2123197125 | E | 02/13/2006 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 182.03 |
| 1914491 | Photocopy | E | 02/13/2006 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 182.93 |
| 1914949 | Federal Express  to David Smisth, debra Lessin Felder from Dan Tibor of Merrill Corp on 1/31, 2/1 | E | 02/14/2006 | 0999 | C&D | 0.00 | $73.65 | 0.00 | $73.65 | 256.58 |
| 1914950 | Federal Express to Joseph  Rice from NDF on 1/31 | E | 02/14/2006 | 0187 | NDF | 0.00 | $19.24 | 0.00 | $19.24 | 275.82 |
| 1914972 | ADA Travel  PVNL 1/30 travel to Wilmington (split with 2814)  (coach fare $218.00) | E | 02/14/2006 | 0020 | PVL | 0.00 | $161.00 | 0.00 | $109.00 | 384.82 |
| 1914974 | ADA Travel  agency fee on PVNL travel to Wilmington on 13/0 (split with 2814 ) | E | 02/14/2006 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 404.82 |
| 1914975 | ADA Travel  Additional coffection/fare differnce for ALV travel from Boston on 1/27 | E | 02/14/2006 | 0327 | ALV | 0.00 | $80.99 | 0.00 | $80.99 | 485.81 |
| 1914976 | ADA Travel  agency fee on ALV 1/27 travel from Boston | E | 02/14/2006 | 0327 | ALV | 0.00 | $40.00 | 0.00 | $40.00 | 525.81 |
| 1915025 | Equitrac - Long Distance to 2123197125 | E | 02/14/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 525.89 |
| 1915073 | Equitrac - Long Distance to 2123197125 | E | 02/14/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 525.97 |
| 1915160 | Photocopy | E | 02/14/2006 | 0999 | C&D | 0.00 | $27.00 | 0.00 | $27.00 | 552.97 |
| 1915191 | Photocopy | E | 02/14/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 553.87 |
| 1915194 | Photocopy | E | 02/14/2006 | 0999 | C&D | 0.00 | $9.00 | 0.00 | $9.00 | 562.87 |
| 1915220 | Photocopy | E | 02/14/2006 | 0234 | CK | 0.00 | $0.30 | 0.00 | $0.30 | 563.17 |
| 1915550 | Snyder Miller & Orton;  Professional services thru 1/31 | E | 02/15/2006 | 0187 | NDF | 0.00 | $8,341.60 | 0.00 | $8,341.60 | 8,904.77 |
| 1916221 | Equitrac - Long Distance to 5104657728 | E | 02/15/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 8,904.82 |
| 1916228 | Equitrac - Long Distance to 2123197125 | E | 02/15/2006 | 0999 | C&D | 0.00 | $0.43 | 0.00 | $0.43 | 8,905.25 |
| 1916247 | Equitrac - Long Distance to 2123197125 | E | 02/15/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 8,905.31 |
| 1917117 | Equitrac - Long Distance to 2125889686 | E | 02/20/2006 | 0999 | C&D | 0.00 | $0.34 | 0.00 | $0.34 | 8,905.65 |
| 1917118 | Equitrac - Long Distance to 2125889686 | E | 02/20/2006 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 8,906.01 |
| 1917773 | Federal Express  to David Smith from Dan Tibor on 2/4 | E | 02/21/2006 | 0308 | DBS | 0.00 | $21.68 | 0.00 | $21.68 | 8,927.69 |
| 1917786 | Federal Express  to Nathan Finch fromaDan Tibor on 2/6 | E | 02/21/2006 | 0187 | NDF | 0.00 | $1,013.78 | 0.00 | $1,013.78 | 9,941.47 |
| 1917796 | Merrrill Communication;  Imaging, Litigation Heavy/glasswork | E | 02/21/2006 | 0317 | JAL | 0.00 | $8,243.56 | 0.00 | $8,243.56 | 18,185.03 |
| 1917817 | Equitrac - Long Distance to 8054993572 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 18,185.34 |
| 1917950 | Photocopy | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 18,186.24 |
| 1917965 | Photocopy | E | 02/21/2006 | 0325 | SAC | 0.00 | $4.95 | 0.00 | $4.95 | 18,191.19 |
| 1918003 | Photocopy | E | 02/21/2006 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 18,192.09 |
| 1918100 | Fax Transmission to 512145201181 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,192.69 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | 3/21/2006 |

Print Date/Time:
03/21/2006
10:18:01AM

Attn:                                                                                                                                       Invoice #

| ID | Description | | Date | Code | Init | | | | | Inv# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1918101 | Fax Transmission to 512148248100 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,193.29 |
| 1918102 | Fax Transmission to 517136501400 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,193.89 |
| 1918104 | Fax Transmission to 513125516759 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,194.49 |
| 1918105 | Fax Transmission to 518432169290 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,195.09 |
| 1918106 | Fax Transmission to 514067527124 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,195.69 |
| 1918107 | Fax Transmission to 513026565875 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,196.29 |
| 1918108 | Fax Transmission to 515108354913 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,196.89 |
| 1918109 | Fax Transmission to 512165750799 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,197.49 |
| 1918110 | Fax Transmission to 513053796222 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 18,198.24 |
| 1918111 | Fax Transmission to 514124718308 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,198.84 |
| 1918112 | Fax Transmission to 512123440994 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,199.44 |
| 1918113 | Fax Transmission to 513024269947 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,200.04 |
| 1918114 | Fax Transmission to 514122615066 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,200.64 |
| 1918115 | Fax Transmission to 516179510679 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,201.24 |
| 1918116 | Fax Transmission to 518432169450 | E | 02/21/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,201.84 |
| 1918242 | Equitrac - Long Distance to 3128612248 | E | 02/22/2006 | 0999 | C&D | 0.00 | $1.27 | 0.00 | $1.27 | 18,203.11 |
| 1918250 | Equitrac - Long Distance to 2123199240 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.65 | 0.00 | $0.65 | 18,203.76 |
| 1918314 | Photocopy | E | 02/22/2006 | 0325 | SAC | 0.00 | $5.25 | 0.00 | $5.25 | 18,209.01 |
| 1918330 | Photocopy | E | 02/22/2006 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 18,209.91 |
| 1918403 | Fax Transmission to 512145201181 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,210.51 |
| 1918404 | Fax Transmission to 517136501400 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,211.11 |
| 1918405 | Fax Transmission to 513125516759 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,211.71 |
| 1918406 | Fax Transmission to 518432169290 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,212.31 |
| 1918407 | Fax Transmission to 513026565875 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,212.91 |
| 1918408 | Fax Transmission to 515108354913 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,213.51 |
| 1918409 | Fax Transmission to 512165750799 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,214.11 |
| 1918410 | Fax Transmission to 513053796222 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,214.71 |
| 1918411 | Fax Transmission to 514124718308 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,215.31 |
| 1918412 | Fax Transmission to 512123440994 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,215.91 |
| 1918413 | Fax Transmission to 513024269947 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,216.51 |
| 1918414 | Fax Transmission to 516179510679 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,217.11 |
| 1918415 | Fax Transmission to 512148248100 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,217.71 |
| 1918416 | Fax Transmission to 514067527124 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,218.31 |
| 1918417 | Fax Transmission to 518432169450 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,218.91 |
| 1918418 | Fax Transmission to 514122615066 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 18,219.36 |
| 1918419 | Fax Transmission to 514122615066 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 18,219.51 |
| 1918421 | Fax Transmission to 512148248100 | E | 02/22/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 18,220.11 |
| 1918486 | Petty Cash  PVNL cab and parking expenses to Newark on 2/21 for hearing | E | 02/23/2006 | 0020 | PVL | 0.00 | $22.35 | 0.00 | $22.35 | 18,242.46 |
| 1918487 | Petty Cash  Lunch for PVNL with Frankel, Radeclsi, and Esseman while on travel to Newark for hearing on 2/21 | E | 02/23/2006 | 0020 | PVL | 0.00 | $108.00 | 0.00 | $108.00 | 18,350.46 |
| 1919086 | Photocopy | E | 02/23/2006 | 0999 | C&D | 0.00 | $65.25 | 0.00 | $65.25 | 18,415.71 |
| 1919092 | Photocopy | E | 02/23/2006 | 0999 | C&D | 0.00 | $11.40 | 0.00 | $11.40 | 18,427.11 |
| 1919163 | Photocopy | E | 02/23/2006 | 0317 | JAL | 0.00 | $0.15 | 0.00 | $0.15 | 18,427.26 |
| 1919410 | ADA Travel  for PVNL on 2/21 to Wilmington (coach fare $218.00)   (split with 2814) | E | 02/24/2006 | 0020 | PVL | 0.00 | $164.00 | 0.00 | $109.00 | 18,536.26 |
| 1919412 | ADA Travel   agency fee on PVNL 2/21 travel to Wilmington (split with 2814) | E | 02/24/2006 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 18,556.26 |
| 1919424 | Federal Express to Katie Hemming from EI on 2/14 | E | 02/24/2006 | 0120 | EI | 0.00 | $8.48 | 0.00 | $8.48 | 18,564.74 |
| 1919534 | Equitrac - Long Distance to 3103930411 | E | 02/24/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 18,564.79 |
| 1919656 | Postage | E | 02/24/2006 | 0187 | NDF | 0.00 | $1.17 | 0.00 | $1.17 | 18,565.96 |
| 1921344 | Photocopy | E | 02/28/2006 | 0232 | LK | 0.00 | $0.45 | 0.00 | $0.45 | 18,566.41 |
| 1921462 | Database Research-Lexis Charges 2/01/06-2/27/06 JPW | E | 02/28/2006 | 0999 | C&D | 0.00 | $15.87 | 0.00 | $15.87 | 18,582.28 |
| 1921463 | Database Research-Lexis Charges 2/01/06-2/27/06 DBS | E | 02/28/2006 | 0999 | C&D | 0.00 | $69.56 | 0.00 | $69.56 | 18,651.84 |
| 1921464 | Database Research-Lexis Charges 2/01/06-2/27/06 DBS | E | 02/28/2006 | 0999 | C&D | 0.00 | $526.63 | 0.00 | $526.63 | 19,178.47 |
| 1921465 | Database Research-Lexis Charges 2/01/06-2/27/06 JAL | E | 02/28/2006 | 0999 | C&D | 0.00 | $752.51 | 0.00 | $752.51 | 19,930.98 |
| 1921777 | Database Research - WESTLAW by DBS on 2/22 | E | 02/28/2006 | 0999 | C&D | 0.00 | $38.96 | 0.00 | $38.96 | 19,969.94 |
| 1921778 | Database Research - WESTLAW by DBS/MLR on 2/14 | E | 02/28/2006 | 0999 | C&D | 0.00 | $73.60 | 0.00 | $73.60 | 20,043.54 |
| 1921779 | Database Research - WESTLAW by DBS/MLR on 2/10 | E | 02/28/2006 | 0999 | C&D | 0.00 | $9.74 | 0.00 | $9.74 | 20,053.28 |
| 1921780 | Database Research - WESTLAW by JAL on 2/7 | E | 02/28/2006 | 0999 | C&D | 0.00 | $45.30 | 0.00 | $45.30 | 20,098.58 |
| 1921781 | Database Research - WESTLAW by JAL/NR on 2/10 | E | 02/28/2006 | 0999 | C&D | 0.00 | $48.94 | 0.00 | $48.94 | 20,147.52 |
| 1921782 | Database Research - WESTLAW by SAT on 2/27 | E | 02/28/2006 | 0999 | C&D | 0.00 | $44.09 | 0.00 | $44.09 | 20,191.61 |
| **Total Expenses** | | | | | | 0.00 | $20,298.61 | 0.00 | $20,191.61 | |

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                        Page:  1
Matter     000                  Disbursements                                                               3/21/2006
                                                                                                        Print Date/Time:
                                                                                                            03/21/2006
                                                                                                             10:18:01AM
Attn:                                                                                                         Invoice #
```

|  |  |  |  |  |
|---|---|---|---|---|
| Matter Total Fees |  | 0.00 |  | 0.00 |
| Matter Total Expenses |  | 20,298.61 |  | 20,191.61 |
| Matter Total | 0.00 | 20,298.61 | 0.00 | 20,191.61 |
| Prebill Total Fees |  |  |  |  |
| Prebill Total Expenses |  | $20,298.61 |  | $20,191.61 |
| Prebill Total | 0.00 | $20,298.61 | 0.00 | $20,191.61 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 50,965 | 08/25/2005 | 111,659.75 | 22,331.95 |
| 51,203 | 09/30/2005 | 64,327.75 | 12,865.55 |
| 51,687 | 10/31/2005 | 74,385.75 | 14,877.15 |
| 51,900 | 11/28/2005 | 128,956.00 | 25,791.20 |
| 52,377 | 12/24/2005 | 110,238.75 | 22,047.75 |
| 52,667 | 01/30/2006 | 174,630.31 | 174,630.31 |
| 52,957 | 02/27/2006 | 168,447.41 | 168,447.41 |
|  |  | 1,186,295.97 | 446,602.11 |