IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: April 18, 2006 at 4:00p.m. |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
### FOR THE PERIOD JANUARY 1, 2006 THROUGH JANUARY 31, 2006

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| | | | |
|---|---|---|---|
| 01/03/2006 | GHL | Review final changes to agreement, telephone conferences with Mr. Maggio and with Intercat counsel regarding court deadlines for filing final stipulations of dismissal in view of settlement, and attendance to arranging extension of deadline to accommodate bankruptcy court schedule for formal approval order | 0.40 |
| 01/18/2006 | GHL | Review of Grace proposed protocol for loader operation, telephone conference with Mr. Maggio regarding same and preparation of proposed revisions to the protocol; review of proposed operation of loaders as received from Nol-Tec counsel and telephone conference with Mr. Maggio and Nol-Tec counsel to discuss same; | 2.00 |

|  |  |
|---|---|
| SERVICES | $ 1,212.00 |

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 2.40 | hours at $ | 505.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| PHOTOCOPYING | 0.15 |
| COMPUTER SEARCH | 75.67 |

| | |
|---|---|
| DISBURSEMENT TOTAL | $ 75.82 |
| SERVICE TOTAL | $ 1,212.00 |
| **INVOICE TOTAL** | **$ 1,287.82** |

## WRG-0069
### STUDY OF THIRD PARTY PATENT DIRECTED TO BUILDING MATERIAL

| 01/17/2006 | GHL | Telephone conference with Mr. Baker regarding proposed changes to Grace roofing product, review of previously issued opinion to determine matters to be updated in view of the proposed changes. | | | | 0.70 |
|---|---|---|---|---|---|---|
| | | SERVICES | | | $ | 353.50 |
| | GHL | GARY H. LEVIN | 0.70 | hours @ | $505.00 | |
| | | **INVOICE TOTAL** | | | $ | **353.50** |

Case 01-01139-AMC    Doc 12158-1    Filed 03/29/06    Page 4 of 5

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED TO CEMENT COMPOSITION PLASTICIZER

| 01/05/2006 | GHL | Telephone conference with Messrs. Baker and Leon regarding third-party plasticizer patent and possible prior art to the patent; | 0.30 |
|---|---|---|---|
| 01/17/2006 | GHL | Telephone conference with Mr. Baker regarding further prior art to be considered in the analysis of patents at issue, and review of previously issued opinion letter to determine issues to be addressed; | 0.70 |
| 01/30/2006 | GHL | Review of previously-issued preliminary opinion, and associated prior art, related to third-party patents and telephone conference with Messrs. Maggio, Baker, and Leon regarding the status of the analysis of the patents and discussion of scope for further investigation to be performed. | 1.50 |

SERVICES                                         $   1,262.50

| | GHL | GARY H. LEVIN | 2.50 | hours @ | $505.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                $   **1,262.50**

## WRG-0076
## VALVED COVER SYSTEM

| 01/24/2006 | FTC | Reviewed comments of Mr. Cross and inventors concerning patent application; telephone conference with Mr. Cross to discuss said comments, and to request additional information from inventors. | 1.20 |
|---|---|---|---|

|  | SERVICES | $ | 390.00 |
|---|---|---|---|

|  | FTC | FRANK T. CARROLL | 32.00 | hours @ | $295.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| TELEPHONE | 5.00 |
|---|---|

| DISBURSEMENT TOTAL | $ | 5.00 |
|---|---|---|
| SERVICE TOTAL | $ | 390.00 |
| **INVOICE TOTAL** | $ | **390.00** |