# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 10.4 | $4,836.00 |
| | | | | | |
| TOTAL | | | | 10.4 | $4,836.00 |

### Expenses

| Description | Total | |
|---|---|---|
| Telephone | $ | 1.05 |
| Photocopy | $ | 2.28 |
| | | |
| TOTAL | $ | 3.33 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 28, 2006
Invoice No.: 358652
Matter No.: 08743.00088

**Re:   Acton Site OU3**

For Professional Services rendered through February 28, 2006

| | |
|---|---|
| Fees | $4,836.00 |
| Disbursements | 3.33 |
| **Total Fees and Disbursements** | **$4,839.33** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 358652  
March 28, 2006  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/02/06 | Jaffe | Telephone conference and email with Ms. Johns regarding negotiations with town (0.7). | 0.7 |
| 02/03/06 | Jaffe | Team telephone conference and preparing for same (0.6); reviewing public water supply issues (0.5). | 1.1 |
| 02/06/06 | Jaffe | Reviewing NPDES requirements and telephone conference and email with Ms. Johns regarding same (0.8). | 0.8 |
| 02/09/06 | Jaffe | Reviewing EPA draft scope of work (0.8). | 0.8 |
| 02/10/06 | Jaffe | Reviewing EPA draft scope of work (1.1). | 1.1 |
| 02/13/06 | Jaffe | Reviewing EPA draft scope of work (0.6). | 0.6 |
| 02/14/06 | Jaffe | Reviewing EPA draft scope of work (1.2). | 1.2 |
| 02/16/06 | Jaffe | Telephone conferences and email with Ms. Johns regarding scope of work and reviewing GeoTrans schedule regarding same (0.9). | 0.9 |
| 02/17/06 | Jaffe | Research regarding SOW issues and telephone conference and email with Ms. Johns regarding same (1.1). | 1.1 |
| 02/27/06 | Jaffe | Reviewing EPA draft SOW issues and emails with team regarding same (0.8). | 0.8 |
| 02/28/06 | Jaffe | Reviewing GeoTrans bullet list regarding EPA scope of work and reviewing scope (1.3). | 1.3 |
| | | **Total Hours** | **10.4** |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00088  Invoice No.: 358652
Re: Acton Site OU3  March 28, 2006
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 10.4 |

Total Fees $4,836.00

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/28/06 | Telephone | 1.05 |
| 02/28/06 | In-House Photocopying | 2.28 |

Total Disbursements $3.33

Total Fees $4,836.00
Total Disbursements 3.33
Total Fees and Disbursements $4,839.33



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 28, 2006
Invoice No.: 358652
Matter No.: 08743.00088

Re:   Acton Site OU3

**Total Fees and Disbursements**              **$4,839.33**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference Information:   **Client/Matter #:** 08743.00088, **Invoice #:** 358652
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 100 – Woburn Lease Environmental Issues

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 7.2 | $3,348.00 |
| | | | | | |
| TOTAL | | | | 7.2 | $3,348.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 28, 2006
Invoice No.: 358653
Matter No.: 08743.00100

Re:   **Woburn Lease Environmental Issues**

For Professional Services rendered through February 28, 2006

|  |  |
|---|---|
| Fees | $3,348.00 |
| **Total Fees and Disbursements** | **$3,348.00** |

Matter No.: 08743.00100  
Re: Woburn Lease Environmental Issues

Invoice No.: 358653  
March 28, 2006  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/01/06 | Jaffe | Reviewing well abandonment issues (0.5). | 0.5 |
| 02/02/06 | Jaffe | Reviewing Woodard & Curran memorandum regarding PCB results and further sampling (0.7); emails with team regarding same (0.6); telephone conference with Ms. Johns (0.3). | 1.6 |
| 02/03/06 | Jaffe | Team telephone conference regarding PCBs and preparing for same (0.9); telephone conference with Mr. Child and email with team regarding same (0.5). | 1.4 |
| 02/06/06 | Jaffe | Reviewing discharge issues and emails with team regarding same (0.6); reviewing ENF comments and telephone conference with Ms. Johns regarding same (0.5). | 1.1 |
| 02/14/06 | Jaffe | Emails with Mr. Nagy regarding MEPA (0.2). | 0.2 |
| 02/15/06 | Jaffe | Email to team regarding EPA Record of Decision (0.4); emails with Mr. Nagy regarding permitting issues (0.2). | 0.6 |
| 02/16/06 | Jaffe | Telephone conference and email with Ms. Johns regarding demolition and PCB issues (0.9). | 0.9 |
| 02/27/06 | Jaffe | Reviewing Woodard & Curran materials regarding PCBs and telephone conference and emails with Ms. Johns regarding same (0.5); emails with Sherin attorney regarding adverse possession and document review for same (0.4). | 0.9 |
| | | **Total Hours** | **7.2** |

Matter No.: 08743.00100  
Re: Woburn Lease Environmental Issues

Invoice No.: 358653  
March 28, 2006  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 7.2 |

| | |
|---|---|
| **Total Fees** | $3,348.00 |
| | |
| **Total Fees** | $3,348.00 |
| **Total Fees and Disbursements** | <u>$3,348.00</u> |



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 28, 2006
Invoice No.: 358653
Matter No.: 08743.00100

Re:   Woburn Lease Environmental Issues

**Total Fees and Disbursements**              **$3,348.00**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference Information:   **Client/Matter #:** 08743.00100, **Invoice #:** 358653
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 2.0 | $ 930.00 |
| Adam P. Kahn | Partner | Environmental | $450.00 | 1.0 | $ 450.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 5.2 | $ 910.00 |
| | | | | | |
| TOTAL | | | | 8.2 | $2,290.00 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 2.10 |
| Photocopy | $ 37.32 |
| | |
| TOTAL | $ 39.42 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 28, 2006
Invoice No.: 358654
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through February 28, 2006

| | |
|---|---:|
| Fees | $2,290.00 |
| Disbursements | 39.42 |
| **Total Fees and Disbursements** | **$2,329.42** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP            BOSTON            WASHINGTON, DC            www.foleyhoag.com

Matter No.: 08743.00101  Invoice No.: 358654
Re: Bankruptcy Matters  March 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/03/06 | Rice | Reviewed and revised quarterly fee application (2.7). | 2.7 |
| 02/03/06 | Kahn | Prepare quarterly filing (0.3). | 0.3 |
| 02/06/06 | Jaffe | Preparing quarterly summaries for quarterly fee application (1.1). | 1.1 |
| 02/07/06 | Jaffe | Preparing quarterly summaries for Acton and Woburn (0.9). | 0.9 |
| 02/10/06 | Rice | Attention to fee applications (0.7). | 0.7 |
| 02/13/06 | Rice | Attention to August fee application and second quarterly (1.8). | 1.8 |
| 02/14/06 | Kahn | Prepare quarterly and monthly submission (0.4). | 0.4 |
| 02/15/06 | Kahn | Finalize quarterly application and interim fee request (0.3). | 0.3 |
| | | **Total Hours** | **8.2** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 358654  
March 28, 2006  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Kahn | 1.0 |
| Rice | 5.2 |
| Jaffe | 2.0 |

| | |
|---|---|
| **Total Fees** | **$2,290.00** |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/28/06 | Telephone | 2.10 |
| 02/28/06 | In-House Photocopying | 37.32 |
| | **Total Disbursements** | **$39.42** |

| | |
|---|---|
| Total Fees | $2,290.00 |
| Total Disbursements | 39.42 |
| **Total Fees and Disbursements** | **$2,329.42** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 28, 2006
Invoice No.: 358654
Matter No.: 08743.00101

Re: **Bankruptcy Matters**

**Total Fees and Disbursements**          **$2,329.42**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference Information: **Client/Matter #: 08743.00101, Invoice #: 358654**
**Billing Attorney: Adam P. Kahn**
**Wire Originator: W.R. Grace & Company**