# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 15, 2006
MATTER :  W9600-002
INVOICE :  206426

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/16/06 | TC | REVIEWED ORDER AUTHORIZING KAISER ALUMINUM TO SELL SURPLUS EQUIPMENT IN OKLAHOMA | .40 |
| 02/21/06 | TC | REVIEWED MOTION OF LIBBY CLAIMANTS TO PAY CERTAIN EXPENSES PURSUANT TO THE PLAN | 1.10 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T CURRIER | 475.00 | 1.50 | 712.50 |
| TOTALS | | 1.50 | 712.50 |

TOTAL FEES :                    712.50

TOTAL DUE  :                    712.50

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 15, 2006
                                              MATTER :  W9600-003
                                              INVOICE :  206427
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06   T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/07/06 | TC | REVIEWED DEBTOR IN POSSESSION MONTHLY OPERATING REPORT | .60 |
| 02/08/06 | TC | REVIEWED MONTHLY OPERATING REPORTS | .70 |
| 02/13/06 | TC | REVIEWED CERTIFICATION OF COUNSEL ON RETENTION ISSUES WITH BEAR STEARNS | .60 |
| 02/16/06 | TC | REVIEWED ORDER AUTHORIZING THE EXPANSION OF THE RETENTION OF STEPTOE AND JOHNSON | .50 |
| 02/16/06 | TC | REVIEWED ORDER AUTHORIZING THE EXPANSION OF THE RETENTION OF BAKER DONELSON | .40 |
| 02/17/06 | TC | REVIEWED MOTION TO AUTHORIZE AND EXTEND DIP FINANCING | 1.10 |
| 02/17/06 | TC | REVIEWED MOTION OF DEBTOR TO AMEND THE CREDIT AGREEMENT WITH ADVANCED REFINING TECHNOLOGIES | .90 |
| 02/20/06 | TC | REVIEWED MOTION TO AUTHORIZE EXPANDING THE SCOPE OF EMPLOYMENT OF LATHAM AND WATKINS | .70 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 475.00 | 5.50 | 2612.50 |
| TOTALS | | 5.50 | 2612.50 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 15, 2006
MATTER :  W9600-003
INVOICE :  206427

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  BUSINESS OPERATIONS

TOTAL FEES :                  2,612.50

TOTAL DUE  :                  2,612.50

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MARCH 15, 2006
                                            MATTER :  W9600-004
                                            INVOICE : 206428
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/01/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 02/02/06 | MNF | MAINTAINED AND ORGANIZED CASE FILE BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/03/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/06/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/08/06 | MNF | MAINTAINED AND ORGANIZED CASE FILE BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 02/09/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

## A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 15, 2006
MATTER :  W9600-004
INVOICE :  206428

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 02/14/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/14/06 TC | REVIEWED STATUS REPORT ON PROGRESS OF THE CASE FILED BY JAMIE ONEILL | 1.10 |
| 02/15/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/15/06 TC | REVIEWED AGENDA OF MATTERS TO BE HEARD FEB. 21 | .70 |
| 02/21/06 MNF | MAINTAINED AND ORGANIZED CASE FILE BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/21/06 TC | REVIEWED UPDATED DOCKET | .50 |
| 02/22/06 MNF | MAINTAINED AND ORGANIZED CASE FILE BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/23/06 MNF | MAINTAINED AND ORGANIZED CASE FILE BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    MARCH 15, 2006
MATTER  :    W9600-004
INVOICE :    206428

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  CASE ADMINISTRATION

## TIME SUMMARY

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| M N FLORES   |        | 140.00 | 12.00 | 1680.00 |
| T CURRIER    |        | 475.00 | 2.30  | 1092.50 |
|              | TOTALS |        | 14.30 | 2772.50 |

TOTAL FEES :                          2,772.50

TOTAL DUE  :                          2,772.50

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 15, 2006
MATTER :  W9600-006
INVOICE :  206429

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 02/01/06 | TC | REVIEWED 17TH CONTINUATION ORDER FOR THE 15TH OMNIBUS CLAIM OBJECTION | 6.00 |
| 02/06/06 | TC | REVIEWED ORDER AND STIPULATION RE SPEIGHTS AND RYAN CLAIMS | .50 |
| 02/06/06 | TC | REVIEWED AMENDED CASE MANAGEMENT ORDER RE ASBESTOS PERSONAL INJURY CLAIMS | .70 |
| 02/06/06 | TC | REVIEWED FURTHER MEMORANDUM IN SUPPORT OF ANDERSON HOSPITALS RESPONSE TO 13TH CLAIM OBJECTION (RATIFICATION ISSUES) | 1.20 |
| 02/06/06 | TC | REVIEWED DEBTORS' BRIEF ON DISALLOWANCE OF 71 CLAIMS WHERE SPEIGHTS AND RYAN LACKED AUTHORIZATION AS OF THE BAR DATE | 1.50 |
| 02/06/06 | TC | DEBTORS' SUPPLEMENTAL BRIEF RE CHOICE OF LAW ON CLAIMS | 1.10 |
| 02/07/06 | TC | REVIEWED ORDER ON CLAIMS FILED BY COCA COLA | .60 |
| 02/07/06 | TC | REVIEWED AMENDED ORDER ON CLAIMS FILED BY COCA COLA | .40 |
| 02/07/06 | TC | REVIEWED DEBTORS' SUPPLEMENTAL BRIEF ON TWO CLAIMS FILED BY PRUDENTIAL THAT ARE BARRED BY SOL | 1.10 |
| 02/08/06 | TC | REVIEWED RESPONSES TO 15 TH OMNIBUS CLAIMS OBJECTION | 1.10 |
| 02/16/06 | TC | REVIEWED 18TH CONTINUATION ORDER FOR CLAIMS FROM 15TH CLAIM OBJECTION | .50 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 15, 2006
MATTER :  W9600-006
INVOICE : 206429

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 02/16/06 | TC | REVIEWED ORDER EXPUNGING AND DISALLOWING CLAIMS FOR FAILURE TO RESPOND | .50 |
| 02/16/06 | TC | REVIEWED ORDER MODIFYING THE CASE MANAGEMENT ORDER WITH RESPECT TO THE AMOUNT OF TIME FOR RESPONDENTS TO ANSWER QUESTIONAIRE | .60 |
| 02/17/06 | TC | REVIEWED RESPONSE OF MOUNT CARMEL ACADEMY TO 15TH OMNIBUS CLAIMS OBJECTION | .60 |
| 02/20/06 | TC | REVIEWED MOTION TO AUTHORIZE SETTLEMENT OF PORT AUTHORITY CLAIMS | .60 |
| 02/20/06 | TC | REVIEWED RESPONSE TO 15TH CLAIM OBJECTION FILED BY CONGREGATION OF ST RAYMOND ROMAN CATHOLIC CHURCH | .60 |
| 02/20/06 | TC | REVIEWED RESPONSE TO 15TH CLAIM OBJECTION FILED BY BROTHER MARTIN HIGH SCHOOL | .60 |
| 02/22/06 | TC | REVIEWED ROMAN CATHOLIC ARCHDIOCESE RESPONSE TO 15TH CLAIMS OBJECTION | .70 |
| 02/22/06 | TC | REVIEWED ROMAN ST. LOUISE RESPONSE TO 15TH CLAIMS OBJECTION | .70 |
| 02/22/06 | TC | REVIEWED CONGREGATION OF IMMACULATE CONCEPTION RESPONSE TO 15TH CLAIMS OBJECTION | .60 |
| 02/22/06 | TC | REVIEWED CONGREGATION OF ST PHILLIP RESPONSE TO 15TH CLAIM OBJECTION | .60 |
| 02/22/06 | TC | REVIEWED CONGREGATION OF ST FRANCIS XAVIER RESPONSE TO 15TH CLAIM OBJECTION | .50 |
| 02/22/06 | TC | REVIEWED CONGREGATION OF ST JOAN DE ARC RESPONSE TO 15TH CLAIM OBJECTION | .60 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 15, 2006
MATTER :  W9600-006
INVOICE :  206429

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 02/23/06 | TC | REVIEWED RESPONSE OF CONGREGATION OF ST RITA TO 15TH OMNIBUS CLAIMS OBJECTION | .60 |
| 02/23/06 | TC | REVIEWED RESPONSE OF CONGREGATION OF ST PIOUS X TO 15TH OMNIBUS OBJECTION | .50 |
| 02/23/06 | TC | REVIEWED RESPONSE OF CONGREGATION OF ST MARY MAGDALENE TO 15TH OMNIBUS OBJECTION | .50 |
| 02/23/06 | TC | REVIEWED RESPONSE OF CONGREGATION OF ST FRANCIS XAVIER TO 15TH OMNIBUS OBJECTION | .60 |
| 02/23/06 | TC | REVIEWED RESPONSE OF CONGREGATION OF ST DOMINIC TO 15TH OMNIBUS OBJECTION | .60 |
| 02/24/06 | TC | REVIEWED ST MARY'S ACADEMY RESPONSE TO 15TH CLAIM OBJECTION | .60 |

## T I M E   S U M M A R Y
-----------------------

|  | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T CURRIER | | 475.00 | 25.30 | 12017.50 |
| | TOTALS | | 25.30 | 12017.50 |

TOTAL FEES :          12,017.50

TOTAL DUE  :          12,017.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MARCH 15, 2006
                                            MATTER :  W9600-007
                                            INVOICE : 206430


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

     RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
          EQUITY HOLDERS'
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/22/06 | TC | REVIEWED LEGAL REPORT SENT BY GARY BECKER | 1.20 |
| 02/22/06 | TC | REVIEWED REMAINING MATERIALS PRIOR TO MEETING TOMORROW | 1.10 |
| 02/23/06 | TC | CALL WITH COMMITTEE: BIMONTHLY MEETING | 1.50 |

```
                     T I M E   S U M M A R Y
                     -----------------------

                          RATE     HOURS          TOTALS
                          ----     -----          ------

     T CURRIER            475.00    3.80          1805.00
                 TOTALS             3.80          1805.00


                     TOTAL FEES :                 1,805.00

                     TOTAL DUE  :                 1,805.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE    :  MARCH 15, 2006
MATTER  :  W9600-010
INVOICE :  206431
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/17/06 | TC | REVIEWED DEBTORS' APPLICATION TO EMPLOY SPECIAL NJ REAL ESTATE COUNSEL | .60 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 475.00 | .60 | 285.00 |
| TOTALS | | .60 | 285.00 |

TOTAL FEES :          285.00

TOTAL DUE  :          285.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 15, 2006
                                              MATTER : W9600-011
                                              INVOICE :  206432

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

        RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/09/06 | TC | REVIEWED MATERIALS FOR FEE APPLICATIONS AND OUR QUARTERLY FEE APPLICATION; APPROVED SAME | 1.40 |
| 02/15/06 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS FOR 12/25/05-1/31/06 | .60 |
| 02/15/06 | MNF | DRAFT 19TH QUARTERLY FEE APP OF KRLS FOR 10/1/05-12/25/05 | 1.50 |
| 02/16/06 | MNF | REVIEW FINAL BILLS FOR 12/25/05-1/31/06 | .60 |
| 02/16/06 | MNF | DRAFT 51ST MONTHLY FEE APP OF KRLS FOR 12/26/05-1/31/05 | 1.50 |
| 02/16/06 | TC | PREPARED CNOS FOR US AND KRAMER LEVIN | .60 |
| 02/17/06 | FAP | PREPARE QUARTERLY FEE AND EXPENSE SUMMARY FOR OCTOBER 2005 TO DECEMBER 2005 | .20 |
| 02/17/06 | FAP | PREPARE FEE AND EXPENSE SUMMARY FOR JANUARY 2006 | .20 |
| 02/17/06 | MNF | PREPARE 19TH QUARTERLY FEE APP OF KRLS FOR 10/1/05-12/25/05 AND EXHIBITS RE: SAME | 1.00 |
| 02/17/06 | MNF | PREPARE 51ST MONTHLY FEE APP OF KRLS FOR 12/26/05-1/31/06 AND EXHIBITS RE: SAME | 1.00 |
| 02/20/06 | MNF | E-FILE AND SERVE 19TH QUARTERLY FEE APP OF KRLS FOR 10/1/05-12/25/05; CALENDAR DATES | 1.50 |
| 02/20/06 | MNF | DRAFT NOTICE RE: 19TH QUARTERLY FEE APP OF KRLS | .50 |
| 02/21/06 | MNF | DRAFT CNO RE: 50TH MONTHLY FEE APP OF KRLS | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 15, 2006
MATTER :  W9600-011
INVOICE :  206432

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  FEE APPLICATIONS, APPLICANT

| | | |
|---|---|---|
| 02/21/06 TC | REVIEWED 2 CNOS, ONE FOR KLETT AND ONE FOR KRAMER, FOR FILING TOMORROW | .50 |
| 02/22/06 MNF | PREPARE SERVICE RE: CNO FOR 50TH MONTHLY FEE APP OF KRLS AND CNO RE: 53RD MONTHLY FEE APP OF KRAMER LEVIN | .40 |
| 02/22/06 MNF | E-FILE AND SERVE CNO RE: 50TH MONTHLY FEE APP OF KRLS | .80 |

### T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 150.00 | .40 | 60.00 |
| M N FLORES | 140.00 | 9.90 | 1386.00 |
| T CURRIER | 475.00 | 2.50 | 1187.50 |
| TOTALS | | 12.80 | 2633.50 |

TOTAL FEES :          2,633.50

TOTAL DUE :          2,633.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 15, 2006
                                              MATTER :  W9600-012
                                              INVOICE :  206433

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

     RE:  FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/20/06 | MNF | DRAFT NOTICE RE: 15TH QUARTERLY FEE APP OF KRAMER LEVIN | .50 |
| 02/20/06 | MNF | E-FILE AND SERVE 15TH QUARTERLY FEE APP OF KRAMER LEVIN FOR 10/1/05-12/31/05; CALENDAR DATES | 1.50 |
| 02/21/06 | MNF | DRAFT CNO RE: 53RD MONTHLY FEE APP OF KRAMER LEVIN | .50 |
| 02/22/06 | MNF | E-FILE AND SERVE CNO RE:53RD MONTHLY FEE APP OF KRAMER LEVIN | .80 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                              RATE    HOURS          TOTALS
                              ----    -----          ------

     M N FLORES            140.00     3.30           462.00
                    TOTALS            3.30           462.00


                    TOTAL FEES :                   462.00

                    TOTAL DUE  :                   462.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 15, 2006
                                              MATTER :  W9600-014
                                              INVOICE :  206434

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/17/06 | TC | REVIEWED AGENDA FOR MATTERS SCHEDULED FOR HEARING | .60 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 475.00 | .60 | 285.00 |
| TOTALS | | .60 | 285.00 |

TOTAL FEES :            285.00

TOTAL DUE  :            285.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 15, 2006
                                              MATTER :  W9600-015
                                              INVOICE :  206435

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/07/06 | TC | REVIEWED PERSONAL INJURY CLAIMANTS DESIGNATION OF NONEXPERT WITNESSES FOR ESTIMATION PROCEEDING | .60 |
| 02/07/06 | TC | REVIEWED MOTION TO COMPEL DISCOVERY IN ASBESTOS LITIGATION | .80 |
| 02/10/06 | TC | REVIEWED ORDER FROM DISTRICT COURT DENYING REQUEST TO SUSPEND BRIEFING PENDING MOTION TO DISMISS APPEAL | .40 |
| 02/13/06 | TC | REVIEWED MOTION FOR EXTENSION OF TIME FOR BRIEFING IN MONTANA ACTIONS APPEAL | .40 |
| 02/13/06 | TC | REVIEWED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS APPEAL, FILED BY GRACE | .50 |
| 02/13/06 | TC | REVIEWED LIBBY CLAIMANTS' RESPONSE TO DEBTORS' MOTION TO DISMISS APPEAL | 1.60 |
| 02/14/06 | TC | REVIEWED RESPONSES FILED TO 15TH OMNIBUS CLAIMS OBJECTION | 1.50 |
| 02/17/06 | TC | REVIEWED MOTION OF OFFICIAL PROPERTY DAMAGE COMMITTEE ON DISCOVERY DISPUTES | .50 |
| 02/17/06 | TC | REVIEWED AMENDED NOTICE OF DEPOSITION AND SUBPOENA RE DR. OAKS | .40 |
| 02/17/06 | TC | REVIEWED PROPERTY DAMAGE COMMITTEE'S MOTION TO COMPEL AND SUPPORTING MATERIALS | 1.40 |
| 02/17/06 | TC | REVIEWED ORDER ON ASBESTOS PROPERTY DAMAGE COMMITTEE MOTION TO COMPEL | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    MARCH 15, 2006
MATTER :  W9600-015
INVOICE :  206435

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  LITIGATION AND LITIGATION CONSULTING

02/20/06 TC    REVIEWED MOTION TO SEEK DISCOVERY FROM DR. ALAN          1.30
               WHITEHOUSE AND FOR A PROTECTIVE ORDER ON SUCH
               DISCOVERY

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 475.00 | 9.80 | 4655.00 |
| TOTALS | | 9.80 | 4655.00 |

TOTAL FEES :        4,655.00

TOTAL DUE  :        4,655.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 15, 2006
MATTER :  W9600-016
INVOICE :  206436

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/08/06 | TC | REVIEWED LIMITED OBJECTION TO EXCLUSIVITY FILED BY HER MAJESTY THE QUEEN | .40 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|---|---|------|-------|--------|
| T CURRIER | | 475.00 | .40 | 190.00 |
| | TOTALS | | .40 | 190.00 |

TOTAL FEES :                190.00

TOTAL DUE  :                190.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 15, 2006
                                            MATTER : W9600-000
                                            INVOICE :  206425

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/06    T C

RE:   EXPENSES

```
          DESCRIPTION OF EXPENSE ADVANCES              AMOUNT
          ------------------------------              ------

01/30/06 REPRODUCTION OF DOCUMENTS                      7.95
01/30/06 REPRODUCTION OF DOCUMENTS                     18.60
01/30/06 REPRODUCTION OF DOCUMENTS                      0.60
02/03/06 FEDERAL EXPRESS -  FEDEX  - # 3-315-68282     15.00
02/10/06 FEDERAL EXPRESS -  FEDEX  - # 3-327-51980     25.00
02/15/06 REPRODUCTION OF DOCUMENTS                      2.55
02/25/06 MESSENGER SERVICES -  PARCELS, INC. - # 35317  7.50
02/25/06 MESSENGER SERVICES -  PARCELS, INC. - # 35174  7.50

               TOTAL EXPENSE ADVANCES :                      84.70

               TOTAL DUE  :                                  84.70
```

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.