alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   1

Run Date & Time: 03/27/06 11:17:34
Work Thru : 02/28/06

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 1.20 | 612.00 | 367.52 | 979.52 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 14.90 | 8,046.00 | 1.50 | 8,047.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 0.60 | 324.00 | 0.00 | 324.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00007 | REORGANIZATION PLAN | 9.60 | 5,184.00 | 0.00 | 5,184.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 14.50 | 3,510.00 | 14.70 | 3,524.70 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 1.90 | 1,116.00 | 615.05 | 1,731.05 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 5.50 | 2,970.00 | 781.00 | 3,751.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 4.00 | 1,080.00 | 0.00 | 1,080.00 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 52.20 | 22,842.00 | 1,779.77 | 24,621.77 | | | | |

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 03/27/2006 11:17:19

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/v/o manu. services

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 02/01/2006 | TO: | 02/28/2006 |
| UNBILLED DISB FROM: | 01/30/2006 | TO: | 02/28/2006 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 22,842.00 | 1,779.77 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | |
| EXPECTED DATE OF COLLECTION: | | 02/28/2006 |

BILLING PARTNER APPROVAL:                                    02/28/2006

BILLING COMMENTS:                           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 0.00 | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |
| | | BILLING HISTORY | |
| DATE OF LAST BILL: | 03/22/06 | LAST PAYMENT DATE: | 02/06/06 |
| LAST BILL NUMBER: | 432271 | ACTUAL FEES BILLED TO DATE: | 1,642,235.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| LAST BILL THRU DATE: | 02/28/06 | TOTAL FEES BILLED TO DATE: | 1,642,235.50 |
| | | FEES WRITTEN OFF TO DATE: | 164,668.18 |

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development         (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate            (9) Rounding                (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/27/2006 11:17:33

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**B I L L E D   T I M E   S U M M A R Y**

|  |  |  | ------- Total | ------- | Billed ------- |  |
| Emp Id Employee Name | Group | Oldest | Latest | Total Hours | Amount |
| ------- | ------- | ------- | ------- | ------- | ------- |
| 02495 | BENTLEY, PHILIP | PARTNER | 02/06/06 | 02/28/06 | 1.00 | 630.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 02/21/06 | 02/21/06 | 4.00 | 1,080.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 02/01/06 | 02/28/06 | 33.50 | 18,090.00 |
| 06228 | KOEVARY, JONATHAN T | ASSOCIATE | 02/07/06 | 02/07/06 | 0.20 | 72.00 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 06451 | GAVIGAN, JAMES C | PARALEGAL | 02/02/06 | 02/22/06 | 13.50 | 2,970.00 |
|  | Total: |  |  |  | 52.20 | 22,842.00 |

**B I L L E D   C O S T S   S U M M A R Y ---------**

|  |  | ------ Total Billed ------ |  |  |
| Code | Description | Oldest Entry | Latest Entry | Total Amount |
| ------- | ------- | ------- | ------- | ------- |
| 0820 | PHOTOCOPYING | 02/14/06 | 02/21/06 | 7.95 |
| 0840 | MANUSCRIPT SERVICE | 02/02/06 | 02/07/06 | 0.00 |
| 0885 | LONG-DISTANCE TEL. | 02/28/06 | 02/28/06 | 367.52 |
| 0930 | MESSENGER/COURIER | 02/15/06 | 02/15/06 | 8.25 |
| 0950 | OUT-OF-TOWN TRAVEL | 01/30/06 | 02/21/06 | 781.00 |
| 0980 | TRANSCRIPT FEES | 02/16/06 | 02/16/06 | 615.05 |
|  | Total |  |  | 1,779.77 |
|  | Grand Total |  |  | 24,621.77 |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:15

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2073557
Bill Frequency: M

Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

-------------------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 02/07/2006 | | TO: | 02/22/2006 | | |
| UNBILLED DISB FROM: | 02/28/2006 | | TO: | 02/28/2006 | | |

FEES                                           COSTS
----                                           -----

GROSS BILLABLE AMOUNT:            612.00                    367.52
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:                       02/22/2006                02/28/2006
CLOSE MATTER/FINAL BILLING?   YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

-------------------------------------------------------------------------------

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
--------------------------                              --------------

| | | | |
|---|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: | |

BILLING HISTORY
---------------

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/22/06 | LAST PAYMENT DATE: | 02/06/06 |
| LAST BILL NUMBER: | 432271 | ACTUAL FEES BILLED TO DATE: | 251,860.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| LAST BILL THRU DATE: | 02/28/06 | TOTAL FEES BILLED TO DATE: | 251,860.50 |
| | | FEES WRITTEN OFF TO DATE: | 79,053.50 |

FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:
                                          ---------------------------

(1) Exceeded Fixed Fee            (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted      (5) Business Development        (8) Premium
(3) Pre-arranged Discount         (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132z: Billed Charges Analysis
Run Date & Time: 03/27/2006 11:17:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 2

| | |
|---|---|
| Matter No: 056772-00001 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | |
| Matter Name : CASE ADMINISTRATION | |
| Matter Opened : 07/27/2001 | |

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:  2073557
Bill Frequency: M

Status : ACTIVE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 02/13/06 | 02/22/06 | 1.00 | 540.00 |
| 06228 | KOEVARY, JONATHAN T | CRED | 02/07/06 | 02/07/06 | 0.20 | 72.00 |
| | | Total: | | | 1.20 | 612.00 |

Sub-Total Hours :   0.00 Partners    1.00 Counsels    0.20 Associates    0.00 Legal Assts    0.00 Others

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0885 | LONG-DISTANCE TEL. | 02/28/06 | 02/28/06 | 367.52 |
| | Total | | | 367.52 |
| | Grand Total | | | 979.52 |

## BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 02/13/06 | review various new pleadings and orders | 0.30 | 162.00 | 6147520 | 02/15/2006 | | | |
| BECKER, GARY M. | 02/22/06 | Review numerous Grace pleadings and orders (0.6); email Baer regarding mediator (0.1) | 0.70 | 378.00 | 6164505 | 02/24/2006 | | | |
| Total For BECKER G - 05292 | | | 1.00 | 540.00 | | | | | |
| KOEVARY, JONATHAN T | 02/07/06 | Organize case files - discuss same with GB. | 0.20 | 72.00 | 6147711 | 02/15/2006 | | | |
| Total For KOEVARY J - 06228 | | | 0.20 | 72.00 | | | | | |
| | | Fee Total | 1.20 | 612.00 | | | | | |

## BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| 0885 LONG-DISTANCE TEL. | | | | | | |
| LONG-DISTANCE TEL. | | | | | | |
| PREMIERE CONFERENCING | | | | | | |
| LONG DIST. TELE. - VENDOR- PREMIERE CONFERENCING | CATON, A | 02/28/06 | 367.52 | 7355380 | 372951 | 03/03/06 |
| 0885 LONG-DISTANCE TEL. Total : | | | 367.52 | | | |
| | | | 367.52 | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2073557
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
--------------------------------------------
Description/Code            Employee      Date      Amount      Index#   Batch No   Batch Date
----------------------      --------      ----      ------      ------   --------   ----------

                            Costs Total :                       367.52

alp_132r: Billed Charges Analysis

PAGE    4

Run Date & Time: 03/27/2006 11:17:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    20713557
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

B I L L E D    T I M E    S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.00 | 540.00 | | | | | |
| KOEVARY, JONATHAN T | 0.20 | 72.00 | | | | | |
| Total: | 1.20 | 612.00 | | | | | |

B I L L E D    C O S T S    S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0885 LONG-DISTANCE TEL. | 367.52 | | | | | |
| Costs Total : | 367.52 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     5

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:      2073558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

Special Billing Instructions:
- - - - - - - - - - - - - - - - - - -

                                        PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:     02/02/2006                      TO:   02/27/2006
        UNBILLED DISB FROM:     02/02/2006                      TO:   02/14/2006

                                        FEES                         COSTS
                                        - - - -                      - - - -

GROSS BILLABLE AMOUNT:                   8,046.00                        1.50
AMOUNT WRITTEN DOWN:
            PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:                                      02/14/2006
CLOSE MATTER/FINAL BILLING?     YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:               BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                              ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
                              - - - - - - - - - - - - - - - -                          - - - - - - - - - - - - - -
        FEES:                        0.00          UNIDENTIFIED RECEIPTS:                  0.00
        DISBURSEMENTS:               0.00          PAID FEE RETAINER:                      0.00
        FEE RETAINER:                0.00          PAID DISB RETAINER:                     0.00
        DISB RETAINER:               0.00          TOTAL AVAILABLE FUNDS:                  0.00
        TOTAL OUTSTANDING:           0.00          TRUST BALANCE:
                                                   BILLING HISTORY

                                                   LAST PAYMENT DATE:       02/06/06
DATE OF LAST BILL:     03/22/06          LAST FEES BILLED TO DATE:     207,070.50
LAST BILL NUMBER:      432271    ACTUAL FEES BILLED TO DATE:          207,070.50
                                ON ACCOUNT FEES BILLED TO DATE:             0.00
                                       TOTAL FEES BILLED TO DATE:     207,070.50
LAST BILL THRU DATE:   02/28/06          FEES WRITTEN OFF TO DATE:     21,567.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding            (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2073558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y ----------------- Total ----------------- Billed ----------------
Emp Id  Employee Name              Group          Oldest      Latest      Hours      Amount

05292   BECKER, GARY M.            CRED          02/02/06    02/27/06      14.90     8,046.00

        Total:                                                            14.90     8,046.00

Sub-Total Hours :    0.00 Partners     14.90 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

B I L L E D   C O S T S   S U M M A R Y ----------- Total Billed -------------
Code    Description                    Oldest       Latest      Total
                                       Entry        Entry       Amount

0820    PHOTOCOPYING                  02/14/06     02/14/06      1.50
0840    MANUSCRIPT SERVICE            02/02/06     02/02/06      0.00

        Total                                                    1.50

        Grand Total                                          8,047.50
                                                            ==========

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date           Description                                      Hours      Amount      Index#      Batch Date   Task Act

BECKER, GARY M.        02/02/06    prepare update memo to Cmtee in light of term            3.70     1,998.00     6138639   02/08/2006
                                   sheet received from debtor (2.0); conf Wechsler
                                   re term sheet and revise same (0.5); conf
                                   shareholder case issues (0.5); conf 2nd
                                   shareholder (0.5); send memo to Cmtee (0.2)
BECKER, GARY M.        02/03/06    conf shareholder re case issues                          0.30       162.00     6138914   02/08/2006
BECKER, GARY M.        02/06/06    conf shareholder re case issues                          0.20       108.00     6139801   02/08/2006
BECKER, GARY M.        02/07/06    conf shareholder re case issues                          0.20       108.00     6140226   02/08/2006
BECKER, GARY M.        02/08/06    conf shareholder re case issues (0.5); conf              0.80       432.00     6140964   02/09/2006
                                   second shareholder re case issues (0.3)
BECKER, GARY M.        02/09/06    conf Grace shareholder re case issues (0.5);             0.60       324.00     6142515   02/10/2006
                                   email Wechsler re plan issues (0.1)
BECKER, GARY M.        02/10/06    conf shareholder re case issues (0.4); conf              0.80       432.00     6170403   02/28/2006
                                   second shareholder re case issues (0.3); email
                                   Wechsler re plan (0.1)
BECKER, GARY M.        02/13/06    conf Wechsler re strategic issues                        0.50       270.00     6147521   02/15/2006
BECKER, GARY M.        02/14/06    Conf. grace shareholder re case issues (0.5);            1.50       810.00     6151377   02/16/2006
                                   conf. second shareholder re case issues (0.5);
                                   conf. third shareholder re case issues (0.5)

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

alp_132r: Billed Charges Analysis

PAGE    7

Run Date & Time: 03/27/2006 11:17:16

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2073558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

| B I L L E D   T I M E   D E T A I L | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
| --------- | --------- | --------- | --------- | --------- | --------- | --------- |
| BECKER, GARY M. | 02/15/06 | Conf. shareholder re case issues (0.5); conf. second shareholder re case issues (0.5) | 1.00 | 540.00 | 6151378 | 02/16/2006 |
| BECKER, GARY M. | 02/16/06 | Weschler email re hearing | 0.10 | 54.00 | 6164507 | 02/24/2006 |
| BECKER, GARY M. | 02/21/06 | Conf. shareholder re omnibus hearing and forward agenda | 0.40 | 216.00 | 6170399 | 02/28/2006 |
| BECKER, GARY M. | 02/22/06 | conf Bentley re cmtee call (0.3); prep outline for cmtee call and send to Weschler (0.7); conf shareholder re case issues (0.3); conf second shareholder re case issues (0.6) | 1.90 | 1,026.00 | 6164506 | 02/24/2006 |
| BECKER, GARY M. | 02/23/06 | prepare for and conduct Equity Committee call (1.5); conf shareholder (0.3) | 1.80 | 972.00 | 6170398 | 02/28/2006 |
| BECKER, GARY M. | 02/24/06 | Conf. shareholder re case issues (0.6); conf. Bentley re case issues (0.3) | 0.90 | 486.00 | 6170397 | 02/28/2006 |
| BECKER, GARY M. | 02/27/06 | call with shareholder | 0.20 | 108.00 | 6170396 | 02/28/2006 |

Total For BECKER G - 05292                                                             14.90         8,046.00

                                        Fee Total                                      14.90         8,046.00

| B I L L E D   C O S T S   D E T A I L | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Description/Code | | Employee | Date | Amount | Index# | Batch No Batch Date |
| ----------- | --- | -------- | ---- | ------ | ------ | -------- |
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | 0820 | BECKER, G M | 02/14/06 | 1.50 | 7330149 | 372219 | 02/16/06 |
| BECKER GARY M. | | | | | | |

                                        0820 PHOTOCOPYING Total :                      1.50

| MANUSCRIPT SERVICE | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| MANUSCRIPT SERVICE | 0840 | TRIVENTO, N | 02/02/06 | 0.00 | 7319859 | 371874 | 02/08/06 |
| 02/02/2006 | | | | | | |

                                        0840 MANUSCRIPT SERVICE Total :                0.00

                                        Costs Total :                                 1.50

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2073558
Bill Frequency: M

Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 14.90 | 8,046.00 | | | | | |
| Total: | 14.90 | 8,046.00 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 1.50 | | | | | |
| 0840 MANUSCRIPT SERVICE | 0.00 | | | | | |
| Costs Total : | 1.50 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:16

PAGE    9

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2073560
Bill Frequency: M

Status    : ACTIVE

-------------------------------------------------------------------------------------------
Special Billing Instructions:
-------------------------------------------------------------------------------------------

                                        PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    02/17/2006                      TO:    02/17/2006
UNBILLED DISB FROM:                                   TO:

                            FEES                             COSTS
                          --------                         --------
GROSS BILLABLE AMOUNT:     324.00                             0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
    THRU DATE:                        02/17/2006
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

-------------------------------------------------------------------------------------------
                                                            UNAPPLIED CASH
ACCOUNTS RECEIVABLE TOTALS                                  --------------
--------------------------
                                   UNIDENTIFIED RECEIPTS:          0.00
    FEES:                0.00       PAID FEE RETAINER:             0.00
    DISBURSEMENTS:       0.00       PAID DISB RETAINER:            0.00
    FEE RETAINER:        0.00       TOTAL AVAILABLE FUNDS:         0.00
    DISB RETAINER:       0.00       TRUST BALANCE:
    TOTAL OUTSTANDING:   0.00

                            BILLING HISTORY
                          -----------------
DATE OF LAST BILL:    03/22/06          LAST PAYMENT DATE:     02/06/06
LAST BILL NUMBER:     432271    ACTUAL FEES BILLED TO DATE:    124,671.00
                            ON ACCOUNT FEES BILLED TO DATE:         0.00
                                 TOTAL FEES BILLED TO DATE:    124,671.00
LAST BILL THRU DATE:  02/28/06    FEES WRITTEN OFF TO DATE:       444.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
                       ----------------------------
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   10

Run Date & Time: 03/27/2006 11:17:16

Matter No: 056772-00005                                        Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:        2073560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status        : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------------|--------|
| 05292  | BECKER, GARY M. | CRED | 02/17/06 | 02/17/06 | | 0.60 | 324.00 |
| | Total: | | | | | 0.60 | 324.00 |

| Sub-Total Hours : | 0.00 Partners | 0.60 Counsels | 0.00 Associates | 0.00 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---------------|-----------|-------------|-------|--------|--------|------------|------|-----|
| BECKER, GARY M. | 02/17/06 | prepare for omnibus hearing; review agenda | 0.60 | 324.00 | 6164508 | 02/24/2006 | | |
| Total For BECKER G - 05292 | | | 0.60 | 324.00 | | | | |

Fee Total       0.60       324.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 03/27/2006 11:17:16

Matter No: 056772-00005                                           Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2073560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                      Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                  Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/O / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---------------|-------|--------|------|-----------|-------------|----------|---------------|
| BECKER, GARY M. | 0.60 | 324.00 | | | | | |
| Total: | 0.60 | 324.00 | | | | | |

alp_132r: Billed Charges Analysis                                                                                          PAGE    12

Run Date & Time: 03/27/2006 11:17:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:        2073561
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

Special Billing Instructions:

------------------------------------------------------------------------------------------------------------------------------------
                                                PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:      02/01/2006              TO:                     02/28/2006
UNBILLED DISB FROM:                             TO:

                                        FEES                            COSTS
                                      --------                        --------
GROSS BILLABLE AMOUNT:                5,184.00                            0.00
AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:                02/28/2006
CLOSE MATTER/FINAL BILLING?      YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

------------------------------------------------------------------------------------------------------------------------------------
                ACCOUNTS RECEIVABLE TOTALS                                           UNAPPLIED CASH
             -------------------------------                                      ------------------------
                                                                                    UNAPPLIED CASH
                  FEES:               0.00           UNIDENTIFIED RECEIPTS:             0.00
         DISBURSEMENTS:               0.00                PAID FEE RETAINER:            0.00
         FEE RETAINER:                0.00               PAID DISB RETAINER:            0.00
         DISB RETAINER:               0.00          TOTAL AVAILABLE FUNDS:              0.00
    TOTAL OUTSTANDING:                0.00                   TRUST BALANCE:

                                             BILLING HISTORY

DATE OF LAST BILL:       03/22/06                     LAST PAYMENT DATE:          08/25/05
LAST BILL NUMBER:        432271         ACTUAL FEES BILLED TO DATE:           111,119.50
                                          ON ACCOUNT FEES BILLED TO DATE:           0.00
LAST BILL THRU DATE:     02/28/06              TOTAL FEES BILLED TO DATE:     111,119.50
                                             FEES WRITTEN OFF TO DATE:             0.00

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:

                                     (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
                                     (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
                                     (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 13

Run Date & Time: 03/27/2006 11:17:16

| Matter No: 056772-00007 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 2073561 |
|---|---|---|
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : REORGANIZATION PLAN | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 02/01/06 | 02/28/06 | 9.60 | 5,184.00 |
| | Total: | | | | 9.60 | 5,184.00 |

Sub-Total Hours : 0.00 Partners   9.60 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 02/01/06 | Conf Weschler re plan issues (0.5); review USG 8K to compare plan structure (1.0); prepare for and conf Debtor re plan proposals (1.0); follow up conf w/Weschler (0.5) | 3.00 | 1,620.00 | 6137636 | 02/08/2006 | | |
| BECKER, GARY M. | 02/03/06 | conf Baer re plan issues (0.4); review info for Fair act (0.3) | 0.70 | 378.00 | 6139072 | 02/08/2006 | | |
| BECKER, GARY M. | 02/06/06 | discuss latest plan issues with Bentley | 0.30 | 162.00 | 6139848 | 02/08/2006 | | |
| BECKER, GARY M. | 02/09/06 | research re Grace plan issues | 1.00 | 540.00 | 6142516 | 02/10/2006 | | |
| BECKER, GARY M. | 02/10/06 | review Grace plan proposal | 0.30 | 162.00 | 6170405 | 02/28/2006 | | |
| BECKER, GARY M. | 02/13/06 | email Baer re plan issues (0.1); review insurance settlement (0.2); review existing plan (0.5) | 0.80 | 432.00 | 6147522 | 02/15/2006 | | |
| BECKER, GARY M. | 02/14/06 | Review Grace plan status report and forward to Weschler | 0.80 | 432.00 | 6151379 | 02/16/2006 | | |
| BECKER, GARY M. | 02/23/06 | email exchanges re mediation (0.3); email Neuman re schedule closing (0.1) | 0.40 | 216.00 | 6170400 | 02/28/2006 | | |
| BECKER, GARY M. | 02/24/06 | prepare for and conference call with various parties re mediation and email exchanges subsequent thereto | 1.00 | 540.00 | 6170401 | 02/28/2006 | | |
| BECKER, GARY M. | 02/27/06 | emails re mediation | 0.30 | 162.00 | 6170402 | 02/28/2006 | | |
| BECKER, GARY M. | 02/28/06 | Prepare for and participate in conference regarding mediator and subsequent conf bentley and email Weschler re same | 1.00 | 540.00 | 6175043 | 03/01/2006 | | |

Total For BECKER G - 05292    9.60    5,184.00

Fee Total    9.60    5,184.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   14

Run Date & Time: 03/27/2006 11:17:16

Matter No: 056772-00007                                         Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:        2073561
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

    B I L L E D     T I M E     S U M M A R Y
Employee Name                       Hours      Amount       Bill      W/o / W/u      Transfer To      Clnt/Mtr      Carry Forward
------------------                  ------     ----------   ------    -----------    -----------      --------      -------------
BECKER, GARY M.                      9.60      5,184.00

              Total:                 9.60      5,184.00                ───────────   ───────────      ────────      ─────────────

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 15

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2073562
Bill Frequency: M

Status          : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 02/02/2006 | TO: | 02/22/2006 |
| UNBILLED DISB FROM: | 02/15/2006 | TO: | 02/21/2006 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 3,510.00 | 14.70 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | 02/22/2006 | 02/21/2006 |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS          UNAPPLIED CASH

| | | |
|---|---|---|
| FEES: | 0.00 | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |
| | | BILLING HISTORY | |

| | | |
|---|---|---|
| DATE OF LAST BILL: | 03/22/06 | LAST PAYMENT DATE: | 02/06/06 |
| LAST BILL NUMBER: | 432271 | ACTUAL FEES BILLED TO DATE: | 102,192.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 102,192.00 |
| | | TOTAL FEES BILLED TO DATE: | 0.00 |
| LAST BILL THRU DATE: | 02/28/06 | FEES WRITTEN OFF TO DATE: | 102,192.00 |
| | | | 4,424.50 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development      (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding     (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

PAGE 16

Run Date & Time: 03/27/2006 11:17:16

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2073562
Bill Frequency: M

Status    : ACTIVE

**B I L L E D    T I M E    S U M M A R Y**

| Emp Id | Employee Name | Group | -------- Total -------- | | Billed | |
|--------|---------------|-------|---------|---------|--------|--------|
| | | | Oldest | Latest | Hours | Amount |
| 05292 | BECKER, GARY M. | CRED | 02/10/06 | 02/22/06 | 1.00 | 540.00 |
| 06451 | GAVIGAN, JAMES C | CRED | 02/02/06 | 02/22/06 | 13.50 | 2,970.00 |

PARAPROFESSIONALS

Total: 14.50 3,510.00

Sub-Total Hours : 0.00 Partners 1.00 Counsels 0.00 Associates 13.50 Legal Assts 0.00 Others

**B I L L E D    C O S T S    S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 02/15/06 | 02/21/06 | 6.45 |
| 0930 | MESSENGER/COURIER | 02/15/06 | 02/15/06 | 8.25 |

Total    14.70

Grand Total    3,524.70

**B I L L E D    T I M E    D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---------------|-----------|-------------|-------|--------|--------|------------|------|-----|
| BECKER, GARY M. | 02/10/06 | review January pro-forma invoice and revise | 0.30 | 162.00 | 6170404 | 02/28/2006 | | |
| BECKER, GARY M. | 02/15/06 | Review and execute quarterly fee application | 0.40 | 216.00 | 6151380 | 02/16/2006 | | |
| BECKER, GARY M. | 02/22/06 | review and execute monthly fee app | 0.30 | 162.00 | 6164509 | 02/24/2006 | | |

Total For BECKER G - 05292    1.00    540.00

| GAVIGAN, JAMES C | 02/02/06 | requesting charts from Angela | 0.30 | 66.00 | 6138004 | 02/08/2006 | | |
| GAVIGAN, JAMES C | 02/03/06 | requesting charts from Angela | 0.30 | 66.00 | 6138917 | 02/08/2006 | | |
| GAVIGAN, JAMES C | 02/09/06 | producing quarterly fee app | 2.80 | 616.00 | 6151498 | 02/16/2006 | | |
| GAVIGAN, JAMES C | 02/13/06 | Monthly fee app (2.3); quarterly fee app (.5) | 2.80 | 616.00 | 6151495 | 02/16/2006 | | |
| GAVIGAN, JAMES C | 02/14/06 | producing quarterly fee app (.8); producing January fee app (2.8) | 3.50 | 770.00 | 6151496 | 02/16/2006 | | |
| GAVIGAN, JAMES C | 02/15/06 | providing local counsel quarterly fee app (.8); producing January fee app (1) | 1.80 | 396.00 | 6151497 | 02/16/2006 | | |
| GAVIGAN, JAMES C | 02/16/06 | reviewing and sending local counsel Quarterly fee app. | 1.00 | 220.00 | 6160451 | 02/22/2006 | | |
| GAVIGAN, JAMES C | 02/21/06 | Sending January Fee App to local counsel via FedEx | 0.70 | 154.00 | 6179508 | 03/01/2006 | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Run Date & Time: 03/27/2006 11:17:17

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:      2073562
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status    : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|---|
| GAVIGAN, JAMES C | 02/22/06 | re-submitting january fee app to local counsel | 0.30 | 66.00 | 6179507 | 03/01/2006 | | |

Total For GAVIGAN J - 06451                                                 13.50    2,970.00

Fee Total                                                    14.50    3,510.00

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| 0820 | | | | | | |
| PHOTOCOPYING | GAVIGAN, J C | 02/15/06 | 0.90 | 7336693 | 372319 | 02/21/06 |
| GAVIGAN JAMES C | | | | | | |
| PHOTOCOPYING | GAVIGAN, J C | 02/21/06 | 5.55 | 7341478 | 372456 | 02/23/06 |
| GAVIGAN JAMES C | | | | | | |
| 0820 PHOTOCOPYING Total : | | | 6.45 | | | |
| MESSENGER/COURIER | | | | | | |
| 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT' | GAVIGAN, J C | 02/15/06 | 8.25 | 7351907 | 372752 | 03/01/06 |
| Klett Rooney Lieber Shorling | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | 8.25 | | | |

Costs Total :                                                14.70

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   18

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2073562
Bill Frequency: M

Status        : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.00 | 540.00 | | | | | |
| GAVIGAN, JAMES C | 13.50 | 2,970.00 | | | | | |
| Total: | 14.50 | 3,510.00 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 6.45 | | | | | |
| 0930 MESSENGER/COURIER | 8.25 | | | | | |
| Costs Total : | 14.70 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 14:17:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   19

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2073563
Bill Frequency: M

Status       : ACTIVE

Special Billing Instructions:

---------------------------------------------------------------- PRE-BILLING SUMMARY REPORT ----------------------------------------------------------------

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 02/06/2006 | TO: | 02/28/2006 |
| UNBILLED DISB FROM: | 02/07/2006 | TO: | 02/16/2006 |

GROSS BILLABLE AMOUNT:                    1,116.00            615.05
AMOUNT WRITTEN DOWN:
                    PREMIUM:
              ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                   THRU DATE:                                02/16/2006
CLOSE MATTER/FINAL BILLING?       YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                 BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

| | | |
|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:       03/22/06        LAST PAYMENT DATE:       02/06/06
LAST BILL NUMBER:        432271  ACTUAL FEES BILLED TO DATE:     518,298.00
                         ON ACCOUNT FEES BILLED TO DATE:        0.00
                                TOTAL FEES BILLED TO DATE:      518,298.00
LAST BILL THRU DATE:     02/28/06   FEES WRITTEN OFF TO DATE:     4,417.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
                        ------------------------------------------------
    (1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted        (5) Business Development         (8) Premium
    (3) Pre-arranged Discount           (6) Summer Associate            (9) Rounding                (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  20

Run Date & Time: 03/27/2006 11:17:17

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2073563
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP  - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS  - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

**B I L L E D    T I M E    S U M M A R Y**

| Emp Id Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|
| 02495 BENTLEY, PHILIP | CRED | 02/06/06 | 02/28/06 | 1.00 | 630.00 |
| 05292 BECKER, GARY M. | CRED | 02/07/06 | 02/07/06 | 0.90 | 486.00 |
| | Total: | | | 1.90 | 1,116.00 |

| Sub-Total Hours : | 1.00 Partners | 0.90 Counsels | 0.00 Associates | 0.00 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

**B I L L E D    C O S T S    S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Billed Amount |
|---|---|---|---|---|
| 0840 | MANUSCRIPT SERVICE | 02/07/06 | 02/07/06 | 0.00 |
| 0980 | TRANSCRIPT FEES | 02/16/06 | 02/16/06 | 615.05 |
| | Total | | | 615.05 |
| | Grand Total | | | 1,731.05 |

**B I L L E D    T I M E    D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 02/06/06 | Conf GB re recent developments re asbestos | 0.30 | 189.00 | 6144382 | 02/13/2006 | | |
| BENTLEY, PHILIP | 02/13/06 | Review emails re asbestos | 0.10 | 63.00 | 6162368 | 02/22/2006 | | |
| BENTLEY, PHILIP | 02/17/06 | Review voicemails and emails re asbestos | 0.20 | 126.00 | 6162369 | 02/22/2006 | | |
| BENTLEY, PHILIP | 02/22/06 | Discs GB and review emails re asbestos | 0.20 | 126.00 | 6167215 | 02/27/2006 | | |
| BENTLEY, PHILIP | 02/24/06 | Discs GB re asbestos | 0.10 | 63.00 | 6173662 | 03/01/2006 | | |
| BENTLEY, PHILIP | 02/28/06 | Review emails and discs GB re asbestos | 0.10 | 63.00 | 6173663 | 03/01/2006 | | |
| Total For BENTLEY P - 02495 | | | 1.00 | 630.00 | | | | |
| BECKER, GARY M. | 02/07/06 | Revise case schedule in light of new CMO and review related pleadings re asbestos and conf Koevary re same | 0.90 | 486.00 | 6140315 | 02/08/2006 | | |
| Total For BECKER G - 05292 | | | 0.90 | 486.00 | | | | |

Fee Total                                                                                                          1.90        1,116.00

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   21

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975                    Proforma Number:    2073563
Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status          : ACTIVE

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

MANUSCRIPT SERVICE
MANUSCRIPT SERVICE                  0840
02/07/2006

| | | | | | | |
|---|---|---|---|---|---|---|
| | TRIVENTO, N | 02/07/06 | 0.00 | 7320317 | 371876 | 02/08/06 |

0840 MANUSCRIPT SERVICE Total :                    0.00

TRANSCRIPT FEES
                                    0980
JANE ROSE REPORTING INC.
TRANSCRIPT FEES - VENDOR- JANE ROSE REPORTING
INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| | KOEVARY, J T | 02/16/06 | 615.05 | 7330936 | 372232 | 02/16/06 |

0980 TRANSCRIPT FEES Total :                   615.05

Costs Total :                                  615.05

alp_132r: Billed Charges Analysis

PAGE   22

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/27/2006 11:17:17

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:      2073563
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status        : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/O / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.00 | 630.00 | | | | | |
| BECKER, GARY M. | 0.90 | 486.00 | | | | | |
| Total: | 1.90 | 1,116.00 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/O / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0980 | TRANSCRIPT FEES | 615.05 | | | | | |
| | Costs Total : | 615.05 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Run Date & Time: 03/27/2006 11:17:17

Matter No: 056772-00019          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:      2073565
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002          Status    : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     02/21/2006          TO:     02/21/2006
UNBILLED DISB FROM:     01/30/2006          TO:     02/21/2006

          FEES          COSTS

GROSS BILLABLE AMOUNT:          2,970.00          781.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:          02/21/2006
CLOSE MATTER/FINAL BILLING?     YES    OR    NO
EXPECTED DATE OF COLLECTION:               02/21/2006

BILLING PARTNER APPROVAL:

          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------

ACCOUNTS RECEIVABLE TOTALS          UNAPPLIED CASH

          FEES:          0.00          UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:          0.00          PAID FEE RETAINER:          0.00
FEE RETAINER:          0.00          PAID DISB RETAINER:          0.00
DISB RETAINER:          0.00          TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:          0.00          TRUST BALANCE:
                    BILLING HISTORY

DATE OF LAST BILL:          03/22/06          LAST PAYMENT DATE:          02/06/06
LAST BILL NUMBER:          432271          ACTUAL FEES BILLED TO DATE:          124,405.50
                    ON ACCOUNT FEES BILLED TO DATE:          0.00
LAST BILL THRU DATE:          02/28/06          TOTAL FEES BILLED TO DATE:          124,405.50
                    FEES WRITTEN OFF TO DATE:          5,087.68

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
          (2) Late Time & Costs Posted          (5) Business Development          (8) Premium
          (3) Pre-arranged Discount          (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____     DATE OF BILL:_____     Processed by:_____     FRC:_____     CRC:_____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    24

Run Date & Time: 03/27/2006 11:17:17

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    20073565
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Billed Amount |
|--------|---------------|-------|--------|--------|-------------|--------|
| 05292 | BECKER, GARY M. | CRED | 02/21/06 | 02/21/06 | 5.50 | 2,970.00 |

Total:

Sub-Total Hours :    0.00 Partners    5.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**B I L L E D   C O S T S   S U M M A R Y   ------- Total Billed -------**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| ---- | | | | |

0950    OUT-OF-TOWN TRAVEL                        01/30/06    02/21/06    781.00

Total                                                            781.00

Grand Total                                                    3,751.00
                                                          ==============

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date | Task | Act |
|---------------|-----------|-------------|-------|--------|--------|----------|------------|------|-----|
| BECKER, GARY M. | 02/21/06 | Prepare for and attend omnibus hearing | 5.50 | 2,970.00 | 6170406 | 02/28/2006 | | |

Total For BECKER G - 05292                            5.50    2,970.00

Fee Total                            5.50    2,970.00

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| ---------------- | -------- | ---- | ------ | ------ | -------- | ---------- |

OUT-OF-TOWN TRAVEL                0950
  CITICORP DINERS CLUB        BECKER, G M    01/30/06    283.00    7355183    372920    03/03/06
  CITICORP DINERS CLUB        BECKER, G M    02/21/06    283.00    7355184    372920    03/03/06
  CITICORP DINERS CLUB        BECKER, G M    02/21/06    215.00    7355185    372920    03/03/06
                              0950 OUT-OF-TOWN TRAVEL Total :    781.00

Costs Total :                                781.00

alp_132r: Billed Charges Analysis

PAGE   25

Run Date & Time: 03/27/2006 11:17:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:      20735565
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y
| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 5.50 | 2,970.00 | | | | | |
| Total: | 5.50 | 2,970.00 | | | | | |

B I L L E D   C O S T S   S U M M A R Y
| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 781.00 | | | | | |
| | Costs Total : | 781.00 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    26

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          20735566
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

-------------------------------------------------------------------------------------------

                                        PRE-BILLING SUMMARY REPORT

                    UNBILLED TIME FROM:      02/21/2006                          TO:      02/21/2006
                    UNBILLED DISB FROM:                                          TO:

                                FEES                                                  COSTS

                                                                                 ------------
GROSS BILLABLE AMOUNT:                      1,080.00                                      0.00
AMOUNT WRITTEN DOWN:
                PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
              THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:                     02/21/2006

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------

                    ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

                                                                 -------------------------------
                    FEES:                  0.00          UNIDENTIFIED RECEIPTS:           0.00
            DISBURSEMENTS:                  0.00          PAID FEE RETAINER:               0.00
            FEE RETAINER:                   0.00          PAID DISB RETAINER:              0.00
            DISB RETAINER:                  0.00          TOTAL AVAILABLE FUNDS:           0.00
        TOTAL OUTSTANDING:                  0.00          TRUST BALANCE:
                                                          BILLING HISTORY

                                                          ------------------------
        DATE OF LAST BILL:    03/22/06                    LAST PAYMENT DATE:      01/03/06
        LAST BILL NUMBER:     432271         ACTUAL FEES BILLED TO DATE:          54,916.00
                                             ON ACCOUNT FEES BILLED TO DATE:           0.00
                                                TOTAL FEES BILLED TO DATE:        54,916.00
        LAST BILL THRU DATE:  02/28/06        FEES WRITTEN OFF TO DATE:           25,256.50

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee              (4) Excessive Legal Time           (7) Fixed Fee
        (2) Late Time & Costs Posted        (5) Business Development           (8) Premium
        (3) Pre-arranged Discount           (6) Summer Associate               (9) Rounding            (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____   Processed by:_____   FRC:_____                      CRC:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        20735566
Bill Frequency: M

Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y
-------------------------------------------- Total --------------------------------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 05292 | BECKER, GARY M. | CRED | 02/21/06 | 02/21/06 | 4.00 | 1,080.00 |
| | | **Total:** | | | 4.00 | 1,080.00 |

| Sub-Total Hours : | 0.00 Partners | 4.00 Counsels | 0.00 Associates | 0.00 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---------------|-----------|-------------|-------|--------|--------|------------|------|-----|
| BECKER, GARY M. | 02/21/06 | non-working travel for omnibus hearing | 4.00 | 1,080.00 | 6170407 | 02/28/2006 | | |

| Total For BECKER G - 05292 | | | 4.00 | 1,080.00 | | | | |

| Fee Total | 4.00 | 1,080.00 |
|---|---|---|

alp_132r: Billed Charges Analysis

Run Date & Time: 03/27/2006 11:17:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   28

Matter No: 056772-00028                                          Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:      20735566
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                   Status    : ACTIVE


B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---------------|-------|--------|------|-----------|-------------|----------|---------------|
| BECKER, GARY M. | 4.00 | 1,080.00 | | | | | |
| Total: | 4.00 | 1,080.00 | | | | | |