United States Bankruptcy Court

District of Delaware
-------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

                                                      Chapter 11
                                                    Case No. 01-01139

                      Debtor
-------------------------------------------------------------

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

     PLEASE TAKE NOTICE that the transfer of claim from **Fraser Papers, Inc.** to Argo Partners in the amount of **$9,062.40** is hereby withdrawn by Argo Partners.

                                         Dated: March 31, 2006

                                         /s/ Scott Krochek
                                         Scott Krochek
                                         Argo Partners
                                         (212) 643-5443