United States Bankruptcy Court

District of Delaware
---------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

                                                     Chapter 11
                                                   Case No. 01-01139

                          Debtor
---------------------------------------------------------------

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

     PLEASE TAKE NOTICE that the transfer of claim from **Occidental Chemical Corporation** to Argo Partners in the amount of **$23,997.70** is hereby withdrawn by Argo Partners.

                                      Dated: March 31, 2006

                                      /s/ Scott Krochek
                                      Scott Krochek
                                      Argo Partners
                                      (212) 643-5443