IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 20, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# FIFTY-SECOND MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANURY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/378376

# EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 16, 2006

Bill Number 90777
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through January 31, 2006

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/03/06 | RAM | Telephone conference with in-house counsel and conference with MTM re: whether we have set of documents relevant to chronologies prepared by Cahill Gordon (no) (.2). Send draft response to auditor's letter to in-house counsel; telephone conference with in-house counsel re: response; finalize response (.2). | 0.40 Hrs | $100.00 |
| 01/03/06 | MTM | Conference with ARA re: recent production to personal injury creditors' committee. | 0.40 Hrs | $88.00 |
| 01/03/06 | ARA | Redact workers' compensation documents and replace original documents with redacted copy for scanning re: production to Personal Injury Creditors' Committee (5.2); arrange with Merrill Corp. to have documents copied (.5). Conference with MTM re: production (.4). | 6.10 Hrs | $579.50 |
| 01/04/06 | MTM | Telephone call from in-house counsel re: meeting in Canada (.2); continue to work on old discovery response project for personal injury committee (3.6); receipt and review of copy of documents taken by Nate Finch during repository review last month (.3); letter to in-house counsel re: same (.1); review full set of old discovery responses at Winthrop Square prior to sending to copy service (1.6); review redacted workers' compensation documents at Winthrop Square to be produced to | 6.70 Hrs | $1,474.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | personal injury committee (.9). | | |
| 01/04/06 | ARA | Telephone calls from MTM re: documents Caplin & Drysdale attorneys copied and receipt of originals from copy service re: same (.5). Discussion with MTM re: redacted medical confidential workers' compensation documents (.1); prepare documents for pick up by Merrill and oversee pick-up of same re: Personal Injury Creditors' Committee production (2.6). Per MTM's request, search for old discovery responses (2.4). Document control (.8). | 6.40 Hrs | $608.00 |
| 01/05/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read emails re: documents produced to PI Creditors' Committee (.1). | 0.20 Hrs | $50.00 |
| 01/05/06 | MTM | Telephone call to ARA re: status of copying/scanning project and location of latest old discovery responses (.5); telephone call to copy company re: status of project and type of coding being done for personal injury committee (.3); email to K&E and in-house counsel re: same (.4). | 1.20 Hrs | $264.00 |
| 01/05/06 | ARA | Review inventory of boxes Merrill picked up; confirm with them which workers compensation box was a "copy all" re: production to Personal Injury Creditors' Committee. Get update on scanning re: same (.7). Per MTM's instructions, search for old discovery responses (5.5); telephone call to MTM with findings (.5). | 6.70 Hrs | $636.50 |
| 01/06/06 | MTM | Receipt and review of email from in-house counsel re: expert depositions for property damage committee (.2); conference with ARA re: old discovery responses (.8). | 1.00 Hrs | $220.00 |
| 01/06/06 | ARA | Document control (5.0). Telephone calls from and to MTM and Merrill re: old discovery responses; receipt of same from copy service (.5); produce same to MTM; conference with MTM re: same (.8). Telephone call to MTM and telephone calls to and from Merrill re: status of copying documents from December Personal Injury Creditors' Committee production (.3). | 6.60 Hrs | $627.00 |
| 01/09/06 | RAM | Read selected documents filed in bankruptcy court (1.2). Conference with MTM re: certification for PI Committee (.2). | 1.40 Hrs | $350.00 |
| 01/09/06 | MTM | Prepare boxes of old discovery responses for shipment to Nate Finch (.3); letter to Finch re: same (.2); review 12/6 meet and confer letter re: additional projects (.6); telephone call to Merrill re: scanning and coding project for personal injury committee (.3); telephone call from Pitney Hardin counsel re: former employee's chron files (.7); email to Holme Roberts paralegal re: same (.3); | 5.40 Hrs | $1,188.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | email to DBM re: search for same (.1); email to Grace employee in Cambridge re: same (.2); return old discovery responses to Winthrop Square (.5); receipt and review of email from Holme Roberts paralegal re: former employee's chron files (.3); check inventory re: same (1.1); email to Grace employee re: same (.3); conference with RAM re: certification for old discovery responses (.3); telephone call from ARA re: former employee's chron files (.2). | | |
| 01/09/06 | ARA | Document control (1.3). Review old discovery responses, per MTM (1.0). Per MTM's request, search for and review former employee's chron files (.8); discussion with MTM re: same (.2). | 3.30 Hrs | $313.50 |
| 01/10/06 | RAM | Review off site storage transmittal forms for any reference to possible job site lists (.3). Read selected documents filed in bankruptcy court (.3). Read and respond to MTM's letter re: documents taken by PI Creditor's Committee attorneys (.1). Read PI Creditor's Committee's letter re:discovery issues (.1). | 0.80 Hrs | $200.00 |
| 01/10/06 | DBM | Search for former employee's documents, per MTM. | 0.50 Hrs | $112.50 |
| 01/10/06 | MTM | Receipt and review of email from Grace employee re: former employee's chron files (.2); respond to same (.2); email from K&E counsel re: meet and confer issues for property damage discovery responses (.1); meeting with ARA re: former employee's chron files at Winthrop Square (.4); search recordkeeper binders for C&E job site lists re:conference call today (.8); email from DBM re: search for former employee's chron files (.1); email to Pitney Hardin counsel re: former employee's chron files (.2); review former employee's chron file box from Winthrop Square (.3); conference call re: personal injury responses (.3); revise RAM certification re: same (.1); review property damage responses re: meet and confer conference call later this week (.9); receipt and review of responses to 12/16 meet and confer letter from Nate Finch (.2). | 3.80 Hrs | $836.00 |
| 01/10/06 | ARA | Produce former employee's documents to MTM and conference with MTM re: same. | 0.70 Hrs | $66.50 |
| 01/11/06 | RAM | Conference with MTM re: production of documents and response to supplemental discovery requests (.2). Read emails re: materials ready to be sent to PI Creditors' Comm. Read and comment on draft responses to supplemental discovery requests (.2). Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy | 0.70 Hrs | $175.00 |

Page 3

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | court (.1). | | |
| 01/11/06 | MTM | Receipt and review of draft answers to supplemental interrogatories and document requests from K&E counsel (.6); telephone call to K&E counsel re: same and re: production of Boca settlement files in Boston (.3); telephone call to ARA re: Boca settlement file production (.2); conference with RAM re: same (.2); telephone call from Matt Kramer requesting copies of EPA and ZAI discs (.3); review file re: prior production of same (.3); email to K&E counsel re: same (.2); work on comments to January 10 letter from Nate Finch responding to 12/16 discovery letter (.7). | 2.80 Hrs | $616.00 |
| 01/11/06 | ARA | Prepare information re: the document production requested by MTM and give it to MTM (.5). Per MTM's telephone call, prepare repository for storage of WRG settlement files (3.0). Document control (.4). | 3.90 Hrs | $370.50 |
| 01/12/06 | MTM | Receipt and review of emails from K&E counsel re: Matt Kramer's request for ZAI and EPA discs (.2); email to Holme Roberts paralegal re: same (.2); email to Reed Smith paralegal re: same (.2); letter to K&E counsel re: same (.3); telephone call from K&E counsel re: production of Boca settlement files (.3); telephone call to ARA re: same (.2); prepare for property damage meet and confer conference call tomorrow (.4); receipt and review of email from K&E counsel re: same (.2). | 2.00 Hrs | $440.00 |
| 01/12/06 | ARA | Discussion with MTM re: boxes from Grace in Florida being delivered to the repository for storage, review, copying and bates numbering for future document production (.2); organize repository for same (.8). Telephone call to Merrill re: return of original boxes from scanning (.2). | 1.20 Hrs | $114.00 |
| 01/13/06 | RAM | Read selected documents filed in bankruptcy court (.4). Read emails and conferences with MTM re: reviewing Boca documents and responding to PI and PD discovery requests (.3). | 0.70 Hrs | $175.00 |
| 01/13/06 | MTM | Receipt and review of emails from Scott Baena re: meet and confer call later today (.4); review boxes from Recordkeeper for any C&E jobsite list (1.3); conference call with property damage creditors' committee re: discovery issues (2.2); conference call with in-house and K&E counsel re: prior meet and confer conference call (.2); telephone call to ARA re: Boca settlement boxes (.2); review first shipment of Boca settlement boxes at Winthrop Square (.6); telephone call to in-house paralegal and K&E counsel re: same (.3); telephone call | 7.30 Hrs | $1,606.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | to ARA re: work product repository indices for Scott Baena (.3); letter to Baena re: list of library holdings (.2); conference with RAM re: status of discovery issues in personal injury and property damage matters (.2); review storage boxes re: former employee's chron files (.9); email to K&E counsel re: old discovery responses to personal injury committee (.2); draft email to Pitney Hardin re: former employee's chron files (.3). | | |
| 01/13/06 | ARA | Receipt of Grace Florida documents; discussion with MTM re: storage and copying of same for Personal Injury production (.2). Review settlement documents, inventory and arrange for Merrill to copy settlement documents (4.8). Receipt of originals copied by Merrill and quality control same (1.0). Per telephone call from MTM, arrange for Bentall list and attorney review indices to be copied (.5). | 6.50 Hrs | $617.50 |
| 01/17/06 | MTM | Revise letter to Nate Finch re: old discovery responses and expert witness lists (.3); conference with ARA re: Boca boxes (.3); email from Merrill re: Boca boxes (.2); email from and respond to email from K&E counsel re: same (.3); email to K&E counsel re: follow up letter from Nate Finch re: outstanding discovery issues (.4); email from K&E counsel re: property damage discovery issues (.2); review file and respond to same (.9). | 2.60 Hrs | $572.00 |
| 01/17/06 | ARA | Return in-house paralegal's call and discuss with her re: boxes of settlement documents sent to Winthrop Square repository (.3). Receive inventory re: settlement documents from in-house paralegal and give inventory to MTM (.9). Telephone call to Merrill re: copy job status (.2). Telephone call from MTM re: Merrill bill re: PI production (.2). Quality control documents re: PI production (2.7). Document control (.6). | 4.90 Hrs | $465.50 |
| 01/18/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). Review and sign Certification re: historic personal injury discovery responses. Read related letter to N. Finch (.1). | 0.30 Hrs | $75.00 |
| 01/18/06 | MTM | Prepare for conference call this morning re: property damage discovery request (1.3); email to Scott Baena re: confidentiality stipulation for Winthrop Square indices (.2); conference call with property damage committee re: discovery issues (1.2); telephone call to Merrill re: confidentiality designation on work product indices (.2); email to K&E attorney re: same (.2); telephone call from Matt Kramer re: protective order for repository indices | 5.40 Hrs | $1,188.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | (.2); review 5/05 protective order re: same (.3); email to in-house Grace counsel re: letter to Finch re: confidential business information documents (.2); email from K&E counsel re: personal injury committee's intent to review Boca documents next week (.2); conference with ARA re: latest Boca boxes to Winthrop Square (.3); letter to Nate Finch re: old discovery response certification (.2); receipt and review of ZAI discs and documents from Reed Smith paralegal (.4); letter to Matt Kramer re: same (.2); letter to K&E counsel re: ZAI and EPA privilege list (.3). | | |
| 01/18/06 | ARA | Receipt of settlement documents from in-house paralegal (1.3); conference with MTM re: same (.3). Telephone call to MTM re: indices and lists and telephone call to Merrill re: copying re: same (.6). Telephone call from MTM re: source of original list for attorney review documents and review list for copying (.6). | 2.80 Hrs | $266.00 |
| 01/19/06 | RAM | Read letters and document productions to creditors' committees. Advise in-house counsel we found no job site lists. | 0.10 Hrs | $25.00 |
| 01/19/06 | MTM | Gather all privilege lists and identify location of all collections re: property damage discovery (1.5); email to Holme Roberts re: former employee's chron file (.2); email to Pitney Hardin counsel re: same (.2); receipt and review of email from K&E counsel re: call to Scott Baena later today (.1); email from Nate Finch re: review of Boca boxes (.2); conference with Merrill and respond to Finch re: same (.1). | 2.30 Hrs | $506.00 |
| 01/19/06 | ARA | Per telephone call from MTM, review Grace settlement boxes and make arrangements to have them copied by Merrill (1.2). Quality control documents produced during PI production (.7). | 1.90 Hrs | $180.50 |
| 01/20/06 | MTM | Work on privilege list project for property damage discovery (.9); search for jobsite lists requested by personal injury committee (.9); receipt and review of coding manual created by personal injury creditors' committee for documents reviewed in December (.4); email to K&E re: same (.2); conference with ARA re: Casner & Edwards jobsite lists (.3); review old jobsite binder from Winthrop Square re: request from personal injury creditors' committee (.7). | 3.40 Hrs | $748.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/20/06 | ARA | Search for any jobsite documents (did not locate any) and discuss with MTM (2.4). Search for privilege collection and workers' compensation collections; telephone call to MTM to confirm documents are here (1.0). Quality control documents produced during PI production (.7). Document control (.3). Telephone call to Merrill re: copying indices (.3). | 4.70 Hrs | $446.50 |
| 01/23/06 | MTM | Telephone call to Merrill re: work product index copies (.1); letter to Matt Kramer re: same (.2); telephone call to ARA re: same (.2); telephone call from K&E paralegal re: former employee's chron files (.3); email to in-house counsel re: Toronto meeting (.2); work on privilege list project for property damage creditors' committee (.9). | 1.90 Hrs | $418.00 |
| 01/23/06 | ARA | Quality control originals re: PI document production (2.5). Per telephone call from MTM, review documents at Merrill and confirm no PD index in documents; telephone call to MTM re: box count (.7). Document control (.7). | 3.90 Hrs | $370.50 |
| 01/24/06 | RAM | Conference with MTM and MB re: searching various locations to see if any job site lists exist (.2). Read letter to PD Creditors' Comm. explaining and producing indices re: Winthrop Square repository (.1). | 0.30 Hrs | $75.00 |
| 01/24/06 | MTM | Telephone call from K&E counsel re: discovery issues (.3); telephone call from K&E counsel re: Boca documents (.2); telephone call to ARA and in-house Grace paralegal re: same (.3); conference with RAM re: jobsite binders (.2); telephone call from Holme Roberts paralegal re: former employee's chron files (.2); prepare Winthrop Square for production of Boca boxes and repository materials tomorrow (1.4); telephone call from Pitney Hardin counsel re: former employee's chron files (.2); work on gathering all privilege lists and location of all privilege document collections for property damage committee counsel (1.5). | 4.30 Hrs | $946.00 |
| 01/24/06 | ARA | Quality control documents re: PI document production (2.1). Telephone calls from MTM and in-house paralegal to discuss shipment of boxes, schedule and storage (.6). Telephone calls from and to MTM and Merrill re: boxes copied and shipment of boxes by Merrill (.4). Prepare for receipt of 24 boxes from Merrill and receipt of these boxes (Boca documents) (1.3). | 4.40 Hrs | $418.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/25/06 | RAM | Read emails re: what was agreed to with Creditors' Committee re: production of settlement agreements. | 0.10 Hrs | $25.00 |
| 01/25/06 | MTM | Telephone call from ARA re: redweld of Boca documents to be added to boxes already at Winthrop Square (.3); telephone call to K&E paralegal re: same (.2); meeting with Nate Finch and his team at Winthrop Square re: document product (1.8); email to K&E counsel re: questions from Nate Finch re: same (.4); telephone call from in-house counsel re: Boca boxes and Libby consent decree privilege collection (.2); telephone call to in-house paralegal re: same (.2); email from K&E counsel re: document production (.2); telephone call from Pitney Hardin counsel re: former employee's chron files (.2); telephone call to Holme Roberts paralegal re: same (.2); review 12/16 meet and confer letter re: agreement to produce settlement back up materials (.3); email to K&E counsel re: same (.2); telephone call to Holme Roberts counsel re: CBI issues (.2); receipt and review of EPA discs from Holme Roberts (.1); letter to Matt Kramer re: same (.2). | 4.70 Hrs | $1,034.00 |
| 01/25/06 | ARA | Monitor production of documents (7.2); conference with MTM re: same and re: Boca documents (.3). Receipt of settlement documents copied and labeled by Merrill for plaintiff's to review re: PI case (.7). | 8.20 Hrs | $779.00 |
| 01/26/06 | RAM | Telephone conference with in-house counsel and conferences with MTM, DBM and MB re: compiling documents mentioned in two Cahill Gordon chronologies (.5). Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.70 Hrs | $175.00 |
| 01/26/06 | MTM | Conference with ARA re: ongoing document production (.2); telephone call to K&E counsel re: redweld of Boca documents (.2); telephone call from K&E counsel re: same (.2); telephone call to Nate Finch re: same (.1); telephone call from in-house counsel re: same (.2); receipt and review of emails from in-house counsel re: request for four Libby personnel files (.1); review lists to locate Libby personnel files (.2); telephone call from Holme Roberts paralegal re: questions re: source of origin of certain Libby documents in East Texas collection (.2); review document binder re: same (.3); telephone call to Holme Roberts paralegal re: same (.1); email from in-house Grace counsel re: Toronto meeting (.1); review agenda re: meeting (.2); Conference with RAM re: assembling documents mentioned in | 2.20 Hrs | $484.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | chronologies (.1). | | |
| 01/26/06 | ARA | Monitor production of documents (6.6); conference with MTM re: same (.2). Inventory settlement documents for pick-up by Merrill Corp. and oversee pick-up of same (.5). | 7.30 Hrs | $693.50 |
| 01/26/06 | MEV | Review chronology and highlight document information | 0.80 Hrs | $76.00 |
| 01/27/06 | RAM | Conference with MTM re: search for documents referenced in 2 Cahill chronologies and document production issues. | 0.20 Hrs | $50.00 |
| 01/27/06 | MTM | Gather materials for Toronto meeting (2.8); email to in-house counsel re: same (.3); review jobsite binders from off-site storage (1.0). Conference with RAM re: document issues (.2); conference with ARA re: latest Boca boxes and ongoing production at Winthrop Square (.3); email to K&E counsel re: ongoing review at Winthrop Square (.4); telephone call from in-house Grace counsel with request for information on Vermiculite Intermountain re: hearing on Monday (.1); review of briefing books re: same (.5); email to in-house counsel re: same (.2). | 5.80 Hrs | $1,276.00 |
| 01/27/06 | ARA | Monitor production of documents (5.9); conference with MTM re: same (.3). Review claim release documents from in-house paralegal; arrange to have them copied (1.3). | 7.50 Hrs | $712.50 |
| 01/27/06 | MEV | Review chronologies and highlight document information. | 3.40 Hrs | $323.00 |
| 01/28/06 | RAM | Read emails re: searching for job site lists and re: production of settlement documents to PI Committee. | 0.10 Hrs | $25.00 |
| 01/30/06 | DBM | Search for information on Vermiculite Intermountain plant closing (1.0); conference with MTM re: search for documents referenced in chronologies; work on same (1.1). | 2.10 Hrs | $472.50 |
| 01/30/06 | MTM | Receipt and review of emails from in-house counsel and K&E counsel re: discovery issues (.3); continue to review and gather materials for Toronto meeting (3.1); telephone call with K&E counsel re: conference call later today (.3); conference call with personal injury creditors' committee (.3); telephone call to in-house paralegal re: future shipments of Boca boxes (.2); email to K&E counsel re: same (.2); telephone call to ARA re: Libby personnel file (.1); receipt and review of email from K&E counsel and request for various expert witness deposition transcripts (.2); telephone call to ARA re: same (.2); letter to Pitney Hardin counsel re: former employee's chron files (.2); conference with DBM re: creating set of all documents identified in two | 5.90 Hrs | $1,298.00 |

Page 9

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | chronologies (.8). | | |
| 01/30/06 | ARA | Per telephone call from MTM, search for and locate Libby personnel files and send files to Merrill for copying (3.4). Document control post PI production; plan for inventory of tagged boxes (.5). Telephone calls to MTM and Merrill to coordinate copy jobs and arrange for redweld documents to be copied with other settlement documents (.6). Per telephone call from MTM, retrieve list of depositions requested by K&E (1.3). Telephone discussions with MTM re: project to locate documents mentioned in chronologies and Grace standard exhibit list (.2). | 6.00 Hrs | $570.00 |
| 01/31/06 | RAM | Read and comment on emails re: request for Canadian sales records re: debtors' preliminary non-expert witness disclosures, re: vermiculite bulk samples and re: meeting re: vermiculite sales in Canada. | 0.20 Hrs | $50.00 |
| 01/31/06 | DBM | Search for documents referred to in MK-3 white paper and in chronologies. | 1.50 Hrs | $337.50 |
| 01/31/06 | MTM | Receipt and review of email from K&E counsel and list of boxes to be reviewed by counsel for one of the defendants in criminal case (.4); respond to same (.2); telephone call to paralegal at counsel's office re: same (.3); conference with ARA re: same (.3); conference with ARA re: collection of documents identified in chronologies (.5); review Winthrop Square binders to confirm and locate boxes to be reviewed by defense counsel's team (1.2); receipt and review of copies of 4 Libby personnel files (.1); letter to in-house counsel re: same (.1); continue to gather resource materials for Toronto meeting (.7); email from Nate Finch re: sending future Boca boxes to him (.1); email to in-house counsel re: same (.1); telephone call to Merrill and in-house paralegal re: same (.3); receipt and review of email from in-house Grace counsel re: request from Joseph Rice for F. Hyde sales document (.2); review briefing books re: same (.5); telephone call to ARA re: licensee binders re: same (.2); email to Holme Roberts paralegal re: location of certain dead storage boxes to be reviewed by defense counsel (.2); telephone call from in-house Grace counsel with request for location for bulk samples (.2); conference with DBM re: same (.2); review list of samples re: same (.3); email to in-house counsel re: same (.2); email to in-house counsel re: F. Hyde sales documents (.2); email to Grace's Toronto counsel re: meeting in February (.3); email from Lawson Lundell | 7.80 Hrs | $1,716.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | counsel re: request for Toronto sales records from Joseph Rice (.2); telephone call to him re: same (.6); receipt and review of personal injury claims estimation fact witness list from K&E counsel (.1); email to her re: same (.1). | | |
| 01/31/06 | ARA | Produce Grace standard exhibit list to MTM (.3); discussion with MTM re: production to criminal defense counsel (.2). Receive instructions from MTM re: chron project (.5); begin work on locating documents mentioned in chronologies (2.5). Telephone call from and to MTM to locate F. Hyde binder and discuss (.2). Inventory boxes tagged during production for copying and note number of "copy all" boxes re: PI production (3.0). | 6.70 Hrs | $636.50 |
| | | TOTAL LEGAL SERVICES | | $29,261.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.20 Hrs | 250/hr | $1,550.00 |
| DONNA B. MACKENNA | 4.10 Hrs | 225/hr | $922.50 |
| MATTHEW T. MURPHY | 76.90 Hrs | 220/hr | $16,918.00 |
| ANGELA R. ANDERSON | 99.70 Hrs | 95/hr | $9,471.50 |
| MARCI E. VANDERHEIDE | 4.20 Hrs | 95/hr | $399.00 |
| | 191.10 Hrs | | $29,261.00 |

TOTAL THIS BILL       $29,261.00

CASNER & EDWARDS, LLP<br>
ATTORNEYS AT LAW<br>
303 CONGRESS STREET<br>
BOSTON, MASSACHUSETTS 02210<br>
F.I.N. 04-2778062

March 16, 2006

Bill Number 90778

File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through January 31, 2006

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/02/06 | RAM | Work on November fee application. | 0.80 Hrs | $200.00 |
| 01/08/06 | RAM | Work on November fee application. | 0.30 Hrs | $75.00 |
| 01/09/06 | RAM | Work on November fee application. | 0.30 Hrs | $75.00 |
| 01/10/06 | RAM | Work on November fee application. | 0.10 Hrs | $25.00 |
| 01/12/06 | RAM | Telephone call from in-house counsel that November fee application may be filed. | 0.05 Hrs | No charge |
| 01/13/06 | RAM | Work on December fee application. | 0.10 Hrs | $25.00 |
| 01/18/06 | RAM | Finalize November fee application (.2); send it to Delaware counsel to file (.1). | 0.30 Hrs | $75.00 |
| 01/19/06 | RAM | Work on December fee application. | 0.40 Hrs | $100.00 |
| 01/20/06 | RAM | Work on December fee application. | 2.20 Hrs | $550.00 |
| 01/20/06 | MTM | Answer RAM's billing question. | 0.20 Hrs | $44.00 |
| 01/22/06 | RAM | Work on December fee application. | 0.70 Hrs | $175.00 |
| 01/24/06 | RAM | Fax December fee application to in-house counsels for review. | 0.10 Hrs | $25.00 |
| 01/28/06 | RAM | Work on December fee application. | 0.20 Hrs | $50.00 |

Mark A. Shelnitz

|  |  |  | TOTAL LEGAL SERVICES | $1,419.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 5.50 Hrs | 250/hr | $1,375.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 250/hr | No charge |
| MATTHEW T. MURPHY | 0.20 Hrs | 220/hr | $44.00 |
| | 5.75 Hrs | | $1,419.00 |

|  |  | TOTAL THIS BILL | $1,419.00 |