**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 16, 2006

Bill Number 90780
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2006

EXCESS POSTAGE $49.75

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 01/19/06 | To One Thomas Circle, Caplin & Drysdale-Nathan D Finch from Casner and Edwards on 12/15/05 by MTM. | 44.84 | |
| | | | $44.84 |

PACER ONLINE SEARCH $119.12

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 01/09/06 | MERRILL COMM - Copies of files copied for Nate Finch and Jeff Liesemer from Winthrop Square. | 99.45 |
| 01/09/06 | MERRILL COMM - Copy of Attorney Review Index and Bentall list sent to Attorney Finch (PICC) on 12/13/05 | 2,678.83 |
| 01/24/06 | MERRILL COMM -2 Copy sets of old discovery responses (ints & rfas) for N. Finch and B. Harding | 1,853.09 |
| 01/24/06 | MERRILL COMM -Documents requested to be copied by Mr. Finch and Mr. Leismer at Winthrop Square (1/3/06). | 50.77 |

$4,682.14

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through January 31, 2006

### PHOTOCOPYING

| | | |
|---|---|---:|
| 01/06/06 | 1 copies at .12 per copy | 0.12 |
| 01/06/06 | 63 copies at .12 per copy | 7.56 |
| 01/13/06 | 364 copies at .12 per copy | 43.68 |
| 01/17/06 | 14 copies at .12 per copy | 1.68 |
| 01/17/06 | 42 copies at .12 per copy | 5.04 |
| 01/19/06 | 108 copies at .12 per copy | 12.96 |
| 01/26/06 | 61 copies at .12 per copy | 7.32 |
| 01/27/06 | 47 copies at .12 per copy | 5.64 |
| 01/27/06 | 150 copies at .12 per copy | 18.00 |
| 01/30/06 | 1 copies at .12 per copy | 0.12 |
| 01/31/06 | 110 copies at .12 per copy | 13.20 |
| 01/31/06 | 220 copies at .12 per copy | 26.40 |
| 01/31/06 | 17 copies at .12 per copy | 2.04 |

$143.76

### TELEPHONE

| | | | |
|---|---|---|---:|
| 01/04/06 | 329 | 3026525340 | 0.55 |
| 01/11/06 | 329 | 2028795167 | 1.76 |
| 01/12/06 | 329 | 5613621720 | 1.32 |
| 01/13/06 | 357 | 4105314545 & 4105314711 & 4105314367 | 3.30 |
| 01/13/06 | 329 | 2028795000 | 0.55 |
| 01/24/06 | 329 | 3038660681 | 0.66 |
| 01/25/06 | 329 | 3038660408 | 0.77 |
| 01/25/06 | 329 | 9739668067 | 0.77 |
| 01/25/06 | 329 | 2028795000 | 0.55 |
| 01/30/06 | 329 | 5613621526 | 0.44 |
| 01/31/06 | 329 | 8643492613 | 0.66 |
| 01/31/06 | 329 | 8643492613 | 0.55 |

$11.88

### RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 01/03/06 | RREEF AMERICA REIT III-Rent and utilities for document repository at One Winthrop Square-January 2006 | 11,824.00 |

$11,824.00

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2006

MISCELLANEOUS

| | | |
|---|---|---|
| 01/10/06 | RECORDKEEPER ARCHIVE-Monthly storage fee (1/06) | 403.70 |
| 01/24/06 | RECORDKEEPER ARCHIVE-December Charges | 54.00 |

$457.70

TOTAL DISBURSEMENTS     $17,333.19

TOTAL THIS BILL     $17,333.19

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 16, 2006

Bill Number 90781
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through January 31, 2006

**PHOTOCOPYING**

| | | |
|---|---|---|
| 01/18/06 122 copies at .12 per copy | 14.64 | |
| | | $14.64 |

**TELEPHONE**

| | | | | |
|---|---|---|---|---|
| 01/13/06 | 357 | 4105314545 | 2.20 | |
| 01/24/06 | 357 | 4104314545 | 3.30 | |
| | | | | $5.50 |
| | | TOTAL DISBURSEMENTS | | $20.14 |

Page 1

Mark A. Shelnitz

|  | TOTAL THIS BILL | $20.14 |
|---|---|---|