IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: April 25, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: October 31, 2005

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/05 | M.D. Lerner | Review materials regarding state tax savings sent by client. | 0.30 |
| 10/01/05 | M.D. Lerner | Review the materials forwarded by Carol Finke regarding state taxes. | 0.30 |
| 10/03/05 | A.A. MacIvor | Telephone call with Michael Rynowecer at BTI Consulting re the BTI reports. | 0.10 |
| 10/12/05 | A.A. MacIvor | Draft email to Carol Finke re BTI reports | 1.20 |
| 10/18/05 | A.A. MacIvor | Telephone calls with BTI consulting re obtaining the BTI reports | 0.10 |
| 10/25/05 | A.E. Moran | Work on bills for summer 2005. | 0.50 |
| 10/28/05 | A.E. Moran | Followup on billing documents. | 0.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 0.60 | 565.00 | 339.00 |
| A.E. Moran | 1.30 | 475.00 | 617.50 |
| A.A. MacIvor | 1.40 | 250.00 | 350.00 |
| Total | 3.30 | | 1,306.50 |

Total Fees    $1,306.50