**EXHIBIT B**

Disbursements:

| | |
|---|---:|
| Duplicating | 1.35 |
| Long Distance Telephone | 2.67 |
| Total Disbursements | $4.02 |
| Total This Statement | $1,310.52 |

```
STEPTOE & JOHNSON LLP
RUN DATE: 03/23/2006
Detail Cost Report
Proforma:  419775
PAGE:   1

                       PROTEST OF REMEDIUM LOSS DISALLOWANCE
                                   012046.00002

Cost
Code                                  Timekeeper
Descrip.   Date         Number        Name              Quantity    Rate     Amount
====================================================================================
====================================================================================
DUPLDC     10/26/05     08598         Lofberg, Lynne G.   1.00      0.15      0.15
DUPLDC     10/26/05     08598         Lofberg, Lynne G.   1.00      0.20      0.20
PHOTOCOPIES MADE BY     08598

DUPLDC     10/27/05     08598         Lofberg, Lynne G.   1.00      0.15      0.15
DUPLDC     10/27/05     08598         Lofberg, Lynne G.   1.00      0.20      0.20
1 PHOTOCOPIES MADE BY   08598
DUPLDC Total:                                                                 0.30

LASR       10/19/05     00206         Moran, Anne E.      7.00      0.15      1.05
LASR       10/19/05     00206         Moran, Anne E.      7.00      0.20      1.40
PC/Network Printing

PC LASER   7 Pages Vagley, Erin

TELEDC     10/11/05     00206         Moran, Anne E.      1.00      0.69      0.69
TELEDC     10/11/05     00206         Moran, Anne E.      1.00      0.69
DC Telephone TELEDC 6174390333 FROM EXT. 108035

TELEDC     10/18/05     00206         Moran, Anne E.      1.00      0.76      0.76
TELEDC     10/18/05     00206         Moran, Anne E.      1.00      0.76
DC Telephone TELEDC 6174390333 FROM EXT. 108035

TELEDC     10/18/05     00206         Moran, Anne E.      1.00      1.22      1.22
TELEDC     10/18/05     00206         Moran, Anne E.      1.00      1.22
DC Telephone TELEDC 6174390333 FROM EXT. 108035

TELEDC     10/18/05 Total:                                                    1.98
TELEDC Total:                                                                 2.67

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE                     4.02
Report Total:                                                                 4.02
```