**EXHIBIT B**

Disbursements:

    Duplicating                                         24.45

                                  Total Disbursements         $24.45

                                  Total This Statement      $3,402.45

STEPTOE & JOHNSON LLP
RUN DATE: 03/23/2006
Detail Cost Report
Proforma:  419776
PAGE:  1

PROTEST OF REMEDIUM LOSS DISALLOWANCE
012046.00002

| Cost Code Descrip. | Date | Number | Timekeeper Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 7.00 | 0.15 | 1.05 |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 |
| PC/Network Printing | | | | | | |
| PC LASER  7 Pages Moran, Anne | | | | | | |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 7.00 | 0.15 | 1.05 |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 |
| PC/Network Printing | | | | | | |
| PC LASER  7 Pages Moran, Anne | | | | | | |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 7.00 | 0.15 | 1.05 |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 |
| PC/Network Printing | | | | | | |
| PC LASER  7 Pages Moran, Anne | | | | | | |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 7.00 | 0.15 | 1.05 |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 |
| PC/Network Printing | | | | | | |
| PC LASER  7 Pages Moran, Anne | | | | | | |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER  1 Pages Moran, Anne | | | | | | |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER  2 Pages Ward, Brenda | | | | | | |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |
| PC/Network Printing | | | | | | |
| PC LASER  6 Pages Ward, Brenda | | | | | | |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 11/01/05 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |
| PC/Network Printing | | | | | | |
| PC LASER  6 Pages Ward, Brenda | | | | | | |

```
Cost
Code                           Timekeeper
Descrip.    Date      Number   Name              Quantity   Rate   Amount
==============================================================================
==============================================================================
LASR       11/01/05   00206    Moran, Anne E.    1.00       0.15   0.15
LASR       11/01/05   00206    Moran, Anne E.    1.00       0.20   0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/01/05   00206    Moran, Anne E.    4.00       0.15   0.60
LASR       11/01/05   00206    Moran, Anne E.    4.00       0.20   0.80
PC/Network Printing
PC LASER   4 Pages Ward, Brenda

LASR       11/01/05   00206    Moran, Anne E.    2.00       0.15   0.30
LASR       11/01/05   00206    Moran, Anne E.    2.00       0.20   0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda

LASR       11/01/05   00206    Moran, Anne E.    3.00       0.15   0.45
LASR       11/01/05   00206    Moran, Anne E.    3.00       0.20   0.60
PC/Network Printing
PC LASER   3 Pages Ward, Brenda

LASR       11/01/05   00206    Moran, Anne E.    1.00       0.15   0.15
LASR       11/01/05   00206    Moran, Anne E.    1.00       0.20   0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/01/05   00206    Moran, Anne E.    1.00       0.15   0.15
LASR       11/01/05   00206    Moran, Anne E.    1.00       0.20   0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/01/05   00206    Moran, Anne E.    1.00       0.15   0.15
LASR       11/01/05   00206    Moran, Anne E.    1.00       0.20   0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/01/05 Total:                                         8.40

LASR       11/02/05   00206    Moran, Anne E.    6.00       0.15   0.90
LASR       11/02/05   00206    Moran, Anne E.    6.00       0.20   1.20
PC/Network Printing
PC LASER   6 Pages Ward, Brenda

LASR       11/02/05   00206    Moran, Anne E.    7.00       0.15   1.05
LASR       11/02/05   00206    Moran, Anne E.    7.00       0.20   1.40
PC/Network Printing
PC LASER   7 Pages Ward, Brenda

LASR       11/02/05   00206    Moran, Anne E.    1.00       0.15   0.15
LASR       11/02/05   00206    Moran, Anne E.    1.00       0.20   0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda
```

Doc. #1643161 v.1-3/24/06 11:35 AM

```
Cost
Code                            Timekeeper
Descrip.   Date        Number   Name            Quantity   Rate   Amount
=============================================================================
=============================================================================
LASR       11/02/05    00206    Moran, Anne E.    7.00     0.15    1.05
LASR       11/02/05    00206    Moran, Anne E.    7.00     0.20    1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR       11/02/05    00206    Moran, Anne E.    7.00     0.15    1.05
LASR       11/02/05    00206    Moran, Anne E.    7.00     0.20    1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda
LASR       11/02/05 Total:                                         4.20

LASR       11/11/05    00206    Moran, Anne E.    7.00     0.15    1.05
LASR       11/11/05    00206    Moran, Anne E.    7.00     0.20    1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    7.00     0.15    1.05
LASR       11/11/05    00206    Moran, Anne E.    7.00     0.20    1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    7.00     0.15    1.05
LASR       11/11/05    00206    Moran, Anne E.    7.00     0.20    1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    7.00     0.15    1.05
LASR       11/11/05    00206    Moran, Anne E.    7.00     0.20    1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    7.00     0.15    1.05
LASR       11/11/05    00206    Moran, Anne E.    7.00     0.20    1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    7.00     0.15    1.05
LASR       11/11/05    00206    Moran, Anne E.    7.00     0.20    1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    1.00     0.15    0.15
LASR       11/11/05    00206    Moran, Anne E.    1.00     0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    1.00     0.15    0.15
LASR       11/11/05    00206    Moran, Anne E.    1.00     0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda
```

Doc. #1643161 v.1-3/24/06 11:35 AM

```
Cost
Code                            Timekeeper
Descrip.   Date        Number   Name              Quantity  Rate    Amount
============================================================================
============================================================================


LASR       11/11/05    00206    Moran, Anne E.    1.00      0.15    0.15
LASR       11/11/05    00206    Moran, Anne E.    1.00      0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    1.00      0.15    0.15
LASR       11/11/05    00206    Moran, Anne E.    1.00      0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    1.00      0.15    0.15
LASR       11/11/05    00206    Moran, Anne E.    1.00      0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    2.00      0.15    0.30
LASR       11/11/05    00206    Moran, Anne E.    2.00      0.20    0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    1.00      0.15    0.15
LASR       11/11/05    00206    Moran, Anne E.    1.00      0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/11/05    00206    Moran, Anne E.    1.00      0.15    0.15
LASR       11/11/05    00206    Moran, Anne E.    1.00      0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda
LASR       11/11/05 Total:                                          7.65

LASR       11/14/05    00206    Moran, Anne E.    2.00      0.15    0.30
LASR       11/14/05    00206    Moran, Anne E.    2.00      0.20    0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda

LASR       11/14/05    00206    Moran, Anne E.    2.00      0.15    0.30
LASR       11/14/05    00206    Moran, Anne E.    2.00      0.20    0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda
LASR       11/14/05 Total:                                          0.60

LASR       11/28/05    00206    Moran, Anne E.    11.00     0.15    1.65
LASR       11/28/05    00206    Moran, Anne E.    11.00     0.20    2.20
PC/Network Printing
PC LASER   11 Pages Moran, Anne
```

```
Cost
Code                              Timekeeper
Descrip.   Date        Number     Name                Quantity   Rate    Amount
================================================================================
================================================================================L
LASR       11/29/05    00206      Moran, Anne E.      1.00       0.15    0.15
LASR       11/29/05    00206      Moran, Anne E.      1.00       0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/29/05    00206      Moran, Anne E.      1.00       0.15    0.15
LASR       11/29/05    00206      Moran, Anne E.      1.00       0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/29/05    00206      Moran, Anne E.      1.00       0.15    0.15
LASR       11/29/05    00206      Moran, Anne E.      1.00       0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/29/05    00206      Moran, Anne E.      5.00       0.15    0.75
LASR       11/29/05    00206      Moran, Anne E.      5.00       0.20    1.00
PC/Network Printing
PC LASER   5 Pages Ward, Brenda

LASR       11/29/05    00206      Moran, Anne E.      5.00       0.15    0.75
LASR       11/29/05    00206      Moran, Anne E.      5.00       0.20    1.00
PC/Network Printing
PC LASER   5 Pages Ward, Brenda
LASR       11/29/05 Total:                                               1.95

LASR Total:                                                              24.45

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE                 24.45
Report Total:                                                            24.45
```