IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 25, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Professional services rendered through: December 31, 2005

Matter 46:

| | | | |
|---|---|---|---|
| 12/07/05 | L.M. Zarlenga | Review revised protest and Mr. Lerner's comments thereto. | 1.00 |
| 12/08/05 | L.M. Zarlenga | Review protest and comment. | 1.30 |
| 12/09/05 | L.M. Zarlenga | Review protest and comment; send same to Ms. MacIvor. | 2.80 |
| 12/15/05 | A.A. MacIvor | Revise protest based on comments from Matt Lerner and Lisa Zarlenga; review documents to answer questions asked by Matt Lerner and Lisa Zarlenga | 5.70 |
| 12/16/05 | A.A. MacIvor | Finish revising protest | 1.40 |
| 12/16/05 | M.D. Lerner | Begin review of final draft of Protest. | 0.10 |
| 12/19/05 | A.A. MacIvor | Make minor revisions to the Grace protest based on comments from Matt Lerner | 0.20 |
| 12/19/05 | M.D. Lerner | Review and make final edits to draft protest before sending to client. | 0.40 |
| 12/23/05 | A.E. Moran | Followup and organize materials for litigation. | 0.60 |
| 12/27/05 | A.E. Moran | Review information sent re consolidated return issue. | 0.50 |
| 12/27/05 | M.J. Silverman | Review documents re consolidated return questions. | 1.00 |
| 12/29/05 | M.J. Silverman | Review documents on consolidated return question. | 0.50 |
| 12/30/05 | A.E. Moran | Review and send material to S. Teplinsky; read file. | 1.20 |

Matter 32:

| | | | |
|---|---|---|---|
| 12/28/05 | A.E. Moran | Work on billing matters. | 1.50 |
| 12/30/05 | A.E. Moran | Work on waiver materials for court filing. | 2.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 1.50 | 720.00 | 1,080.00 |
| M.D. Lerner | 0.50 | 565.00 | 282.50 |
| A.E. Moran | 6.10 | 475.00 | 2,897.50 |
| L.M. Zarlenga | 5.10 | 465.00 | 2,371.50 |
| A.A. MacIvor | 7.30 | 250.00 | 1,825.00 |
| Total | 20.50 | | 8,456.50 |

Total Fees                    $8,456.50