**EXHIBIT B**

Disbursements:

| | |
|---|---:|
| Local Messenger | 21.47 |
| Duplicating | 6.15 |
| Facsimile | 46.00 |
| Total Disbursements | $73.62 |
| Total This Statement | $8,530.12 |

```
STEPTOE & JOHNSON LLP
RUN DATE: 03/23/2006
Detail Cost Report
Proforma: 419777
PAGE:  1

                         PROTEST OF REMEDIUM LOSS DISALLOWANCE
                                     012046.00002

Cost
Code                             Timekeeper
Descrip.    Date       Number    Name             Quantity    Rate    Amount
==============================================================================
==============================================================================
DELMES      12/30/05   08174     DEFAULT ATTORNEY,   1.00     21.47    21.47
DELMES      12/30/05   08174     DEFAULT ATTORNEY,   1.00     21.47
Local Messenger

Caller: MITCHELL GENE
Pick up company: STEPTOE JOHNSON
Pick up address: 1330 CONN. AVE NW LOBBY

Drop off company: STEVEN TEPLINSKY
Drop off address: 7001 ENDICOTT COURT BETHESDA

FAXDC       12/15/05   09066     Merrill,           27.00      1.00    27.00
FAXDC       12/15/05   09066     Merrill,           27.00      1.15    31.05
DC FAX 27 pages sent to 15613621323

FAXDC       12/15/05   09066     Merrill,           19.00      1.00    19.00
FAXDC       12/15/05   09066     Merrill,           19.00      1.15    21.85
DC FAX 19 pages sent to 15613621323
FAXDC       12/15/05 Total:                                            46.00
FAXDC Total:                                                           46.00

LASR        12/15/05   00206     Moran, Anne E.      1.00      0.15     0.15
LASR        12/15/05   00206     Moran, Anne E.      1.00      0.20     0.20
PC/Network Printing
PC LASER   1 Pages Moran, Anne

LASR        12/15/05   00206     Moran, Anne E.      1.00      0.15     0.15
LASR        12/15/05   00206     Moran, Anne E.      1.00      0.20     0.20
PC/Network Printing
PC LASER   1 Pages Moran, Anne

LASR        12/15/05   00206     Moran, Anne E.      1.00      0.15     0.15
LASR        12/15/05   00206     Moran, Anne E.      1.00      0.20     0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR        12/15/05   00206     Moran, Anne E.      1.00      0.15     0.15
LASR        12/15/05   00206     Moran, Anne E.      1.00      0.20     0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda
```

```
Cost
Code                                  Timekeeper
Descrip.   Date         Number        Name                    Quantity    Rate      Amount
============================================================================================
============================================================================================

LASR       12/15/05     00206         Moran, Anne E.          8.00        0.15      1.20
LASR       12/15/05     00206         Moran, Anne E.          8.00        0.20      1.60
PC/Network Printing
PC LASER   8 Pages Moran, Anne

LASR       12/15/05     00206         Moran, Anne E.          1.00        0.15      0.15
LASR       12/15/05     00206         Moran, Anne E.          1.00        0.20      0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       12/15/05     00206         Moran, Anne E.          1.00        0.15      0.15
LASR       12/15/05     00206         Moran, Anne E.          1.00        0.20      0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       12/15/05     00206         Moran, Anne E.          1.00        0.15      0.15
LASR       12/15/05     00206         Moran, Anne E.          1.00        0.20      0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       12/15/05     00206         Moran, Anne E.          1.00        0.15      0.15
LASR       12/15/05     00206         Moran, Anne E.          1.00        0.20      0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       12/15/05     00206         Moran, Anne E.          4.00        0.15      0.60
LASR       12/15/05     00206         Moran, Anne E.          4.00        0.20      0.80
PC/Network Printing
PC LASER   4 Pages MacIvor, Alexis
LASR       12/15/05 Total:                                                          3.00

LASR       12/30/05     00206         Moran, Anne E.          3.00        0.15      0.45
LASR       12/30/05     00206         Moran, Anne E.          3.00        0.20      0.60
PC/Network Printing
PC LASER   3 Pages Moran, Anne

LASR       12/30/05     00206         Moran, Anne E.          3.00        0.15      0.45
LASR       12/30/05     00206         Moran, Anne E.          3.00        0.20      0.60
PC/Network Printing
PC LASER   3 Pages Moran, Anne

LASR       12/30/05     00206         Moran, Anne E.          3.00        0.15      0.45
LASR       12/30/05     00206         Moran, Anne E.          3.00        0.20      0.60
PC/Network Printing
PC LASER   3 Pages Moran, Anne

LASR       12/30/05     00206         Moran, Anne E.          3.00        0.15      0.45
LASR       12/30/05     00206         Moran, Anne E.          3.00        0.20      0.60
PC/Network Printing
PC LASER   3 Pages Moran, Anne
```

```
Cost
Code                                Timekeeper
Descrip.   Date         Number      Name                Quantity    Rate      Amount
================================================================================
================================================================================
LASR       12/30/05     00206       Moran, Anne E.      3.00        0.15      0.45
LASR       12/30/05     00206       Moran, Anne E.      3.00        0.20      0.60
PC/Network Printing
PC LASER   3 Pages Ward, Brenda

LASR       12/30/05     00206       Moran, Anne E.      3.00        0.15      0.45
LASR       12/30/05     00206       Moran, Anne E.      3.00        0.20      0.60
PC/Network Printing
PC LASER   3 Pages Ward, Brenda

LASR       12/30/05     00206       Moran, Anne E.      3.00        0.15      0.45
LASR       12/30/05     00206       Moran, Anne E.      3.00        0.20      0.60
PC/Network Printing
PC LASER   3 Pages Ward, Brenda
LASR       12/30/05 Total:                                                    3.15
LASR Total:                                                                   6.15

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE                    73.62
Report Total:                                                                73.62
```