### Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                           February 1, 2006 to February 28, 2006

Invoice No. 19781

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|------:|
| B14 | Case Administration - | 22.40 | 4,882.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 4.80 | 1,200.00 |
| B18 | Fee Applications, Others - | 11.40 | 1,351.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 12.00 | 3,000.00 |
| B25 | Fee Applications, Applicant - | 9.70 | 1,093.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.40 | 100.00 |
| B32 | Litigation and Litigation Consulting - | 27.20 | 6,097.00 |
| B36 | Plan and Disclosure Statement - | 7.00 | 1,750.00 |
| B37 | Hearings - | 4.40 | 1,100.00 |
| B40 | Employment Applications, Others - | 2.80 | 445.00 |
| | **Total** | **102.10** | **$21,018.50** |
| | **Grand Total** | **102.10** | **$21,018.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|------:|
| Lisa L. Coggins | 185.00 | 8.50 | 1,572.50 |
| Rick S. Miller | 240.00 | 0.60 | 144.00 |
| Steven G. Weiler | 160.00 | 0.70 | 112.00 |
| Theodore J. Tacconelli | 250.00 | 66.40 | 16,600.00 |
| Legal Assistant - MH | 100.00 | 25.90 | 2,590.00 |
| **Total** | | **102.10** | **$21,018.50** |

## DISBURSEMENT SUMMARY

Expense -                                                    1,737.77

**Total Disbursements**                                      **$1,737.77**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Feb-01-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Martin Parish School Board to 15th omnibus objection to claims re multiple claims with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by East Baton Rouge Parish School Board to 15th omnibus objection to claims re multiple claims with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - briefly review 1/24/06 hearing transcript | 0.20 | TJT |
| | *Case Administration* - Review case management memo from law clerk | 0.10 | LLC |
| | *Case Administration* - Review Swidler Berlin 6th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from D. Fullem re correction to Swidler Berlin 6th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review corrected Swidler Berlin 6th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review letter from J. O'Neill to Judge Buckwalter re debtors motion to dismiss appeal in 01-771 | 0.10 | TJT |
| | *Case Administration* - Review joinder by State of Montana in debtors' motion to dismiss appeal in 01-771 | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to dismiss Libby Claimants' appeal in 01-771 | 0.30 | TJT |
| | *Case Administration* - completion of PD estimation calendar chart with revised critical dates and reminders of same | 0.40 | MH |
| | *Litigation and Litigation Consulting* - Review revised estimation calendar | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review revised PD/PI estimation critical date calendar and confer with paralegal re same | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re disclosure of PI fact witnesses | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re scheduling orders re PI/PD estimation proceedings | 0.10 | TJT |
| Feb-02-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Lafourche Parish School Board to 15th omnibus objection to claims re multiple claims with attachment | 0.30 | TJT |
| | *Case Administration* - Review Pitney Hardin Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - update Fee Application/Certificate of No Objection quarterly chart | 0.10 | MH |
| | *Case Administration* - Confer with T. Tacconelli re PD/PI estimation critical date calendar | 0.10 | MH |
| | *Case Administration* - Confer with S. Weiler re download and review orders re PD/PI estimation critical dates | 0.10 | MH |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |

**Page 3 of 21**

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* - Review Hilsoft Dec. 2005 Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review HRA Dec. 2005 Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Bilzin Dec. 2005 Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Download and review signed, revised PI Estimation CMO and update calendar | 0.20 | LLC |
|  | *Fee Applications, Others* - download, review and revise Hilsoft's Dec. 05 fee application documents, draft Certificate of Service | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft's Dec. 05 Fee Application | 0.40 | MH |
|  | *Fee Applications, Others* - download, review and revise HRA's Dec. 05 fee application documents, draft Certificate of Service | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Dec. 05 Fee Application | 0.40 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's Dec. 05 fee application documents, draft Certificate of Service | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Dec. 05 Fee Application | 0.40 | MH |
|  | *Litigation and Litigation Consulting* - Obtain main case docket from 8/25/05-2/1/06 re: modified CMO re: PI/PD estimation (.1); discuss with legal assistant (.1) | 0.20 | SGW |
|  | *Litigation and Litigation Consulting* - Review amended case management order for PI estimation and calendar dates | 0.30 | TJT |
|  | *Hearings* - Review e-mail from S. Weiler re 1/26/06 hearing follow up | 0.10 | TJT |
| Feb-03-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Natchtoches Parish School Board to 15th omnibus objection to claims re multiple claims with attachments | 0.20 | TJT |
|  | *Case Administration* - Follow-up teleconference with J&J re: 1/25/06 transcript | 0.10 | SGW |
|  | *Case Administration* - Review Swidler Berlin Dec. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Stroock Dec. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review e-mail from S. Baena re Fair Act update | 0.10 | TJT |
|  | *Case Administration* - Review DBR article re Fair Act update | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: prelim. disclosure of fact witnesses | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: service of prelim. disclosure of fact witnesses | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: service of prelim. disclosure of fact witnesses | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Download and review PI Committee's prelim. designations | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Prepare Certificate of Service and service list re: prelim. disclosures of fact witnesses | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - Revise service list and confer with legal assistant re: coordination of service of prelim. disclosures | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - e-mail to T. Tacconelli re: status of prelim. disclosures | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re fact witness disclosures | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re fact witness disclosures for PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from L. Coggins re fact witness disclosures for PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re fact witness disclosures for PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft of expert witness disclosures re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re revisions to fact witness disclosures for PI estimation (x3) | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review and revise fact witness disclosures for PI estimation and prepare for e-filing | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - oversee filing and service of fact witness disclosures for PI estimation | 0.30 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 1/25/06 hearing follow-up | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review correspondence re missed disbursement from prior Fee Application | 0.10 | TJT |
| Feb-04-06 | *Case Administration* - Review Caplin Drysdale Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson 18th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Corp. July 05 Fee Application | 0.20 | TJT |
| | *Employment Applications, Others* - Review Certificate of Counsel re Bear Stearns retention with attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PI estimation fact witness disclosures | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI committee's fact witness disclosures for PI estimation | 0.10 | TJT |
| Feb-05-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Caddo Parish School Board to 15th omnibus objection to claims with attachments | 0.20 | TJT |

|  | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' brief in support of motion to disallow 71 S&R claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' supplemental brief re choice of law re PD claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 1/25/06 hearing transcript re PD claim issues | 0.70 | TJT |
| | *Case Administration* - Review Woodcock Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Nov. 05 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' fact witness disclosures re PI estimation | 0.20 | TJT |
| Feb-06-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Jefferson Davis Parish School Board to 15th omnibus objection to claims -- claim numbers 8025, 8026 with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 1/26/05 hearing transcript re PD claim issues | 1.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Calcasieo Parish School Board to 15th omnibus objection to claims re multiple claims with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 17th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Jefferson Parish School Board to 15th omnibus objection to claims re multiple claims with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re Coca Cola PD claim objections | 0.10 | TJT |
| | *Case Administration* - Review BMC Aug. 05 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review BMC Sep. 05 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review BMC 18th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review. Pitney Hardin Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler and paralegal re weekly case status memos | 0.20 | TJT |
| | *Case Administration* - Review article re possible opt out for 524 G Trust under Fair Act | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re preparing weekly case management memo | 0.10 | MH |
| | *Case Administration* - Review court docket re weekly case management memo and prepare same | 0.30 | MH |
| | *Case Administration* - Confer with T. Tacconelli re weekly case status | 0.10 | MH |

| | | | |
|---|---|---|---|
| | memos going forward | | |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: filing of prelim. disclosures | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review PI committee's fact witness disclosures re PI estimation | 0.10 | TJT |
| | *Hearings* - Review 1/30/06 hearing transcript and forward to paralegal | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with legal assistant re: preparation of amended Nov. 2005 Fee Application | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review amended Nov. 2005 Fee Application; confer with legal assistant re: same | 0.20 | LLC |
| Feb-07-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended order re Coca Cola PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's memorandum in opposition to 13th omnibus objection to claims | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - download and review Certificate of Counsel re proposed order disallowing claim of P. Pearson and review proposed order | 0.20 | TJT |
| | *Case Administration* - e-mail from legal assistant re: case management memo | 0.10 | LLC |
| | *Case Administration* - Review DBR article re test vote on Fair Act this week | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re change of firms for Future's Rep | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re further Fair Act update | 0.10 | TJT |
| | *Case Administration* - Confer with L. Coggins and paralegal re new local rules | 0.20 | TJT |
| | *Case Administration* - Review Fee Application/Certificate of No Objection status chart re upcoming quarterly due date | 0.10 | MH |
| | *Case Administration* - e-mail to L. Flores re status of monthly Fee Applications and reminder of quarterly due date | 0.10 | MH |
| | *Case Administration* - e-mail to G. Boyer re status of monthly Fee Applications and reminder of quarterly due date | 0.10 | MH |
| | *Case Administration* - Confer with L. Coggins re local bankruptcy rule re 48 hour wait on filing Certificates of No Objection | 0.10 | MH |
| | *Case Administration* - review administrative order re specifics on filing Certificates of No Objection, confer with T. Tacconelli re same | 0.10 | MH |
| | *Case Administration* - Confer with T. Tacconelli and L. Coggins re necessary pleadings to report in weekly case management memo | 0.10 | MH |
| | *Fee Applications, Applicant* - Review revised amended Nov. Fee Application for filing; confer with legal assistant re: same | 0.10 | LLC |
| Feb-08-06 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review e-mail from S. Baena re recent claim trading activities | 0.10 | TJT |

|  | | | |
|---|---|---|---|
| | *Case Administration* - Review case managment memo from legal assistant | 0.10 | LLC |
| | *Case Administration* - Review debtors' motion to suspend briefing on motion to dismiss in appeal 06-26 | 0.10 | TJT |
| | *Case Administration* - Review new local court rules and confer with paralegal re contacting co-counsel | 0.20 | TJT |
| | *Case Administration* - Review Libby Claimants' answering brief re appeal no. 06-26 | 1.00 | TJT |
| | *Case Administration* - Review debtors' reply brief re motion to dismiss appeal 06-26 | 0.50 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re pro hac vice motions for Hill and Vasquez | 0.10 | TJT |
| | *Case Administration* - Confer with paralegal re drafting pro hac vice motions for Hill and Vasquez | 0.10 | TJT |
| | *Case Administration* - complete weekly case management memo | 0.50 | MH |
| | *Employment Applications, Others* - review e-mail from T. Tacconelli re pro hac vice motions of Hill and Pallet-Vasquez, confer with T. Tacconelli re same | 0.10 | MH |
| | *Employment Applications, Others* - draft pro hac vice motions and Certificates of Service re William Hill and Melissa Pallet-Vasquez | 0.30 | MH |
| Feb-09-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review stipulation between debtor and S&R re withdrawal of certain PD claims and review proposed order | 0.20 | TJT |
| | *Case Administration* - attend Committee teleconference | 0.40 | RSM |
| | *Case Administration* - Review weekly case status memo for week ending 2/3/06 | 0.10 | TJT |
| | *Case Administration* - Review draft of pro hac vice motion for W. Hill and confer with paralegal re same | 0.10 | TJT |
| | *Case Administration* - Review and revise pro hac vice motion for M. Vasquez and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - download and review amended motion to stay appeal in 06-26 | 0.20 | TJT |
| | *Case Administration* - Review letter from J. O'Neil to Judge Buckwalter re motion to dismiss appeal in 06-26 | 0.10 | TJT |
| | *Case Administration* - Review notes to financial statement re debtors' monthly operating report for Dec. 05 | 0.20 | TJT |
| | *Case Administration* - Review PG&S Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pro hac vice motion for W. Hill prior to filing | 0.10 | TJT |
| | *Case Administration* - Review pro hac vice motion for M. Vasquez prior to filing | 0.10 | TJT |
| | *Case Administration* - Review administrative order re whether there is a specific 20 day order pertaining to filing Certificate of No Objection to determine if it supersedes the new local Bankruptcy Court rules to wait an | 0.10 | MH |

|  |  |  |  |
|---|---|---|---|
|  | additional 48 hours to file a Certificate of No Objection to Fee Applications, confer with T. Tacconelli re same |  |  |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.80 | TJT |
|  | *Employment Applications, Others* - finalize pro hac vice motion of M. Pallet-Vasquez, e-mail same to M. Pallet-Vasquez for signature | 0.10 | MH |
|  | *Employment Applications, Others* - e-mail pro hac vice motion to W. Hill for signature | 0.10 | MH |
|  | *Employment Applications, Others* - e-mail from William Hill re signed PHV motion and Certificate of Counsel, prepare same for service to District Court for receipt no. | 0.10 | MH |
|  | *Employment Applications, Others* - e-mail from M. Pallet-Vasquez re signed PHV motion and Certificate of Counsel, prepare same for service to District Court for receipt no. | 0.10 | MH |
|  | *Employment Applications, Others* - Prepare for e-filing, e-file and serve pro hac vice motion and Certificate of Counsel re William Hill, e-mail same to Chambers | 0.30 | MH |
|  | *Employment Applications, Others* - Prepare for e-filing, e-file and serve pro hac vice motion and Certificate of Counsel re M. Pallett-Vasquez, e-mail same to Chambers | 0.30 | MH |
|  | *Employment Applications, Others* - pdf pro hac vice motions and Certificates of Counsel re M. Pallett-Vasquez and W. Hill with e-file confirmation sheet and e-mail same to both | 0.10 | MH |
| Feb-10-06 | *Case Administration* - confer with T. Tacconelli re: new local rules impact on fee applications | 0.20 | RSM |
|  | *Case Administration* - Review memo from paralegal re pro hac vice motions for W. Hill and M. Vasquez | 0.10 | TJT |
|  | *Case Administration* - Confer with RSM re new local rules re Fee Application procedures/orders | 0.20 | TJT |
|  | *Case Administration* - Review Washington Times article re Fair Act update | 0.10 | TJT |
|  | *Case Administration* - Review PG&S 7th quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review letter from K. Mumford to Judge Buckwalter re appeal no. 06-26 | 0.10 | TJT |
|  | *Case Administration* - Review Libby claimants' response to motion to dismiss appeal with attachments -- appeal no. 06-26 | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re PD estimation discovery | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review limited response by State of Montana to 9th exclusivity extension motion | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review limited response by Canada by debtors' 9th exclusivity motion | 0.10 | TJT |
| Feb-11-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of | 0.10 | TJT |

|  | proof of claim by Rock Rose, claim no. 10738 |  |  |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review debtors' supplemental brief re Prudential conflict of law issues | 0.80 | TJT |
| Feb-12-06 | *Case Administration* - Review Duane Morris Dec. 05 Fee Application | 0.10 | TJT |
| Feb-13-06 | *Case Administration* - Review order denying debtors' motion to stay briefing in appeal 06-26 | 0.10 | TJT |
|  | *Case Administration* - Review letter from J. O'Neill to Judge Buckwalter re supplemental brief on motion to dismiss appeal 06-26 | 0.10 | TJT |
|  | *Case Administration* - Review and analysis debtors' supplemental brief re motion to dismiss appeal 06-26 | 0.30 | TJT |
|  | *Case Administration* - Review debtors' motion for extension of time to file reply brief in appeal 06-26 | 0.10 | TJT |
|  | *Case Administration* - Review correspondence re original document containing original signature of W. Hill re pro hac vice motion | 0.10 | TJT |
|  | *Case Administration* - Confer with T. Tacconelli re new Bankruptcy Court rule to wait an additional 48 hours on Certificate of No Objections does not apply to Fee Applications | 0.10 | MH |
|  | *Fee Applications, Others* - Confer with paralegal re CDG quarterly Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - retrieve voice mail message from G. Boyer re questions about Fee Applications, leave voice mail message returning my call | 0.10 | MH |
|  | *Fee Applications, Others* - Confer with T. Tacconelli re CDG quarterly Fee Application | 0.10 | MH |
|  | *Hearings* - Prepare e-mail to committee member re procedural question re 2/21/06 hearing | 0.10 | TJT |
|  | *Hearings* - trade e-mails with committee member re 2/21/06 hearing | 0.20 | TJT |
|  | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's quarterly Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Confer with T. Tacconelli re Ferry, Joseph & Pearce's 19th quarterly Fee Application | 0.10 | MH |
|  | *Fee Applications, Applicant* - create spreadsheet to calculate required field totals re Ferry, Joseph & Pearce's 19th quarterly Fee Application | 2.90 | MH |
| Feb-14-06 | *Case Administration* - Review affidavit of W. Baker | 0.10 | TJT |
|  | *Case Administration* - Review Beverage and Diamond Nov. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Beverage and Diamond Dec. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review PWC Dec. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review order granting admission of W. Hill and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review order granting admission of M. Vasquez and forward to paralegal | 0.10 | TJT |

| | | |
|---|---|---|
| *Case Administration* - update fee app/cno status chart | 0.10 | MH |
| *Fee Applications, Others* - Review CDG 20th monthly Fee Application for filing | 0.10 | LLC |
| *Fee Applications, Others* - Review CDG 19th quarterly Fee Application for filing and Confer with legal assistant re: same | 0.20 | LLC |
| *Fee Applications, Others* - download, review and revise CDG's documents and draft Certificate of Service re CDG's Nov.-Dec. 05 monthly Fee Application | 0.40 | MH |
| *Fee Applications, Others* - prepare for e-filing, e-file and serve CDG's Nov.-Dec. 05 monthly Fee Application | 0.50 | MH |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: filing motion to compel and requesting expedited hearing | 0.20 | LLC |
| *Litigation and Litigation Consulting* - Teleconference with T. Tacconelli and J. Sakalo re: motion to compel | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Review and revise motion to compel and prepare notice and Certificate of Service of same | 1.00 | LLC |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: motion to compel and prepare and revise proposed orders re: same | 0.60 | LLC |
| *Litigation and Litigation Consulting* - coordinate service of motion to compel | 0.40 | LLC |
| *Litigation and Litigation Consulting* - Teleconferences with J. Sakalo and telephone calls to J. Sakalo re motion to compel | 0.30 | TJT |
| *Litigation and Litigation Consulting* - Confer with L. Coggins re drafting notice of motion and orders re motion to compel | 0.30 | TJT |
| *Litigation and Litigation Consulting* - trade multiple e-mails with J. Sakalo re motion to compel and exhibits | 0.50 | TJT |
| *Litigation and Litigation Consulting* - Review and revise motion to compel, notice of motion and order | 1.20 | TJT |
| *Litigation and Litigation Consulting* - Review exhibits for motion to compel | 0.20 | TJT |
| *Litigation and Litigation Consulting* - Prepare motion to compel documents for e-filing, e-file and oversee service | 0.50 | TJT |
| *Plan and Disclosure Statement* - Review debtors' status report with attachments | 0.80 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Baena re debtors' status report | 0.10 | TJT |
| *Fee Applications, Applicant* - Review 19th quarterly Fee Application and confer with legal assistant re: revisions to same | 0.30 | LLC |
| *Fee Applications, Applicant* - complete calculating required field totals re Ferry, Joseph & Pearce's 19th quarterly Fee Application, review totals and confirm amounts by reviewing monthly details | 1.20 | MH |
| *Fee Applications, Applicant* - draft summary, notice, and Certificate of Service re Ferry, Joseph & Pearce's 19th quarterly Fee Application for | 1.50 | MH |

| | | | |
|---|---|---|---|
| | submission to L. Coggins | | |
| | *Fee Applications, Applicant* - Confer with L. Coggins re Ferry, Joseph & Pearce's 19th quarterly Fee Application and revise same | 0.20 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's 19th quarterly Fee Application | 0.70 | MH |
| Feb-15-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola, claim no. 12318 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola re Amarillo, TX claim no. 12371 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola re Colorado Springs claim no. 12319 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola re Dothan, AL claim no. 12370 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola re Cathedral CA claim no. 12381 | 0.10 | TJT |
| | *Case Administration* - Review notice of appearance and forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review e-mail from S. Baena re Fair Act update | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Confer with T. Tacconelli and S. Weiler re weekly case status memo | 0.10 | MH |
| | *Case Administration* - Review docket and prepare weekly case management memo for week ending 2/10/06 | 0.40 | MH |
| | *Case Administration* - update fee app/cno status chart | 0.10 | MH |
| | *Fee Applications, Others* - Review 16th expense statement of PD Committee for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with legal assistant re: Hilsoft quarterly Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review Hilsoft 19th quarter Fee Application and confer with legal assistant re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Review Hilsoft Notifications Quarterly Fee Application for 19th interim period | 0.10 | TJT |
| | *Fee Applications, Others* - Review PD Committee's request for reimbursement of expenses for 19th interim period | 0.10 | TJT |
| | *Fee Applications, Others* - Review HRA Quarterly Fee Application for 19th interim period | 0.10 | TJT |
| | *Fee Applications, Others* - download, review and revise documents draft Certificate of Service, and attach updated service list re HRA's 19th quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and service re HRA's 19th quarterly Fee Application | 0.60 | MH |
| | *Fee Applications, Others* - Confer with L. Coggins re Hilsoft quarterly Fee | 0.10 | MH |

Applications (generally)

| | | |
|---|---|---|
| *Fee Applications, Others* - Confer with L. Coggins re Hilsoft's 19th quarterly Fee Application, edit same | 0.10 | MH |
| *Fee Applications, Others* - download, review and revise documents, draft Certificate of Service, and attach updated service list re Hilsoft's 19th quarterly Fee Application | 0.40 | MH |
| *Fee Applications, Others* - prepare for e-filing, e-file and serve Hilsoft's 19th quarterly Fee Application | 0.50 | MH |
| *Fee Applications, Others* - download, review and revise documents, draft Certificate of Service, and attach updated service list re PD Committee's 16th interim statement (Oct.-Dec. 05) | 0.40 | MH |
| *Fee Applications, Others* - prepare for e-filing, e-file and serve re PD Committee's 16th interim statement (Oct.-Dec. 05) | 0.50 | MH |
| *Employment Applications, Others* - e-mail to W. Hill attaching signed pro hac vice order | 0.10 | MH |
| *Employment Applications, Others* - e-mail to M. Vasquez attaching signed pro hac vice order | 0.10 | MH |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: expedited hearing on motion to compel | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: motion for expedited hearing | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: motion for telephonic hearing and prepare for service of same | 0.30 | LLC |
| *Litigation and Litigation Consulting* - Review e-mail from R. Bello re telephonic hearing on motion to compel | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re motion to shorten and request expedited telephonic hearing on motion to compel | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re motion to compel | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review prior transcripts re preparation for motion to shorten notice and request expedited telephonic hearing on motion to compel | 0.80 | TJT |
| *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re motion to shorten notice and request expedited telephonic hearing on motion to compel | 0.20 | TJT |
| *Hearings* - Review agenda for 2/21/06 hearing | 0.10 | TJT |
| *Hearings* - e-mail from J. Sakalo re 2/21/06 hearing preparation | 0.10 | TJT |
| *Hearings* - Teleconference with paralegal at PSZY&J re error on fax cover page for agenda notice | 0.10 | TJT |
| Feb-16-06 *Case Administration* - Review CIBC Dec. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review Protivity Feb. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review Protivity Mar. 05 Fee Application | 0.10 | TJT |

| | | |
|---|---|---|
| *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Prepare for committee meeting re exclusivity | 0.40 | TJT |
| *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.40 | TJT |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: preparation of motion for telephonic hearing | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Download and review order denying motion to shorten and confer with T. Tacconelli re: same | 0.20 | LLC |
| *Litigation and Litigation Consulting* - Download and review order setting response schedule for motion to compel; confer with T. Tacconelli re: same | 0.20 | LLC |
| *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re motion to shorten notice re motion to compel | 0.10 | TJT |
| *Litigation and Litigation Consulting* - draft motion to shorten notice and request for expedited telephonic hearing re motion to compel | 2.60 | TJT |
| *Litigation and Litigation Consulting* - draft order re motion to shorten notice and request for expedited telephonic hearing re motion to compel | 0.40 | TJT |
| *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena re motion to shorten notice and request for expedited telephonic hearing re motion to compel | 0.30 | TJT |
| *Litigation and Litigation Consulting* - Review e-mail from S. Baena re comments to motion to shorten notice and request for expedited telephonic hearing | 0.20 | TJT |
| *Litigation and Litigation Consulting* - review and revise motion to shorten notice and request for expedited telephonic hearing | 0.30 | TJT |
| *Litigation and Litigation Consulting* - Review e-mail from S. Baena and M. Kramer re revised motion to shorten notice and request for expedited telephonic hearing | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Finalize motion to shorten notice and request for expedited telephonic hearing and related documents, prepare for e-filing, e-file and oversee service | 1.20 | TJT |
| *Litigation and Litigation Consulting* - Prepare e-mail to R. Bello re motion to shorten notice and request for expedited telephonic hearing | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review order denying motion to shorten notice and request for expedited telephonic hearing | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review order setting briefing schedule on motion to compel | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Prepare e-mail to co-counsel re order setting briefing schedule and motion to compel | 0.20 | TJT |
| *Litigation and Litigation Consulting* - handle service of motion to shorten motion | 0.40 | MH |
| *Plan and Disclosure Statement* - Review e-mail from committee re exclusivity | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re exclusivity | 0.10 | TJT |
| Feb-17-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola re Goodland, KS claim no. 12382 | 0.10 | TJT |
| | *Case Administration* - Review case management memo for week ending 2/10/06 | 0.10 | LLC |
| | *Case Administration* - Review Protivity July-Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Protivity Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 2/10/06 | 0.10 | TJT |
| | *Case Administration* - Review W. Smith & Assoc. Jan. 06 Fee App. | 0.10 | TJT |
| | *Case Administration* - Review affidavit of R. Martier | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance of Pacific Corp. and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of proof of claim by Coca Cola re Kauai, HI claim no. 12320 | 0.10 | TJT |
| | *Case Administration* - Review Stroock quarterly Fee Application for 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll Jan. 06 Fee App. | 0.10 | TJT |
| | *Case Administration* - Review order granting extension of time to file answering brief re appeal no. 06-26 | 0.10 | TJT |
| | *Case Administration* - update fee app/cno status chart | 0.10 | MH |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re 2/20/06 meeting | 0.10 | TJT |
| | *Fee Applications, Others* - Review Bilzin 19th quarterly Fee Application for filing and confer with legal assistant re: same | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with paralegal re Bilzin quarterly Fee Application for 19th interim period | 0.10 | TJT |
| | *Fee Applications, Others* - trade e-mails with L. Flores re Bilzin 19th quarterly Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - Confer with T. Tacconelli re Bilzin's quarterly Fee Application for 19th interim period | 0.10 | MH |
| | *Litigation and Litigation Consulting* - Coordinate service of orders on motion to shorten and motion to compel | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with legal assistant re: affidavit of service of motion to compel orders | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Prepare memo to special counsel re motion to compel and related issues | 0.90 | TJT |
| | *Litigation and Litigation Consulting* - Prepare memo to L. Coggins re service of orders re motion to shorten and motion to compel | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with special counsel re motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review amended notice of deposition | 0.10 | TJT |

|  | for D. Oaks | | |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to special counsel re amended agenda for 2/21/06 hearing | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with L. Coggins re affidavit of service of Order Denying Motion to Shorten and Order Granting the Motion to Compel, draft same | 0.20 | MH |
|  | *Litigation and Litigation Consulting* - Confer with L. Coggins and edit affidavit of service of Order Denying Motion to Shorten and Order Granting the Motion to Compel, draft same | 0.10 | MH |
|  | *Litigation and Litigation Consulting* - prepare for e-filing, e-file and service of affidavit of service of Order Denying Motion to Shorten and Order Granting the Motion to Compel | 0.40 | MH |
|  | *Litigation and Litigation Consulting* - download, review and revise Bilzin's 19th Fee Application documents, attach updated service list, draft Certificate of Service re same | 0.50 | MH |
|  | *Litigation and Litigation Consulting* - Confer with L. Coggins re Bilzin's 19th quarterly Fee Application, edit same | 0.10 | MH |
|  | *Litigation and Litigation Consulting* - prepare for e-filing, e-file and serve Bilzin's 19th quarterly Fee Application | 0.70 | MH |
|  | *Hearings* - Review amended agenda for 2/21/06 hearing | 0.10 | TJT |
|  | *Hearings* - Prepare e-mail to S. Baena re amended agenda for 2/21/06 hearing | 0.10 | TJT |
| Feb-18-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Mt. Carmel Academy of New Orleans to 15th omnibus objection to claims with attachments, claim no. 8357 | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Scott and White Memorial Hospital, claim no. 13965 | 0.10 | TJT |
|  | *Case Administration* - Review Pitney Hardin quarterly Fee Application for 19th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Reed Smith quarterly Fee Application for 19th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Anderson Kill quarterly Fee Application for 19th interim period | 0.10 | TJT |
|  | *Case Administration* - Review LAS quarterly Fee Application for 19th interim period | 0.10 | TJT |
|  | *Case Administration* - Review L. Tersigni quarterly Fee Application for 19th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Campbell Levine quarterly Fee Application for 19th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Caplin Drysdale quarterly Fee Application for 19th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Capstone Dec. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review K&E quarterly Fee Application for 19th | 0.20 | TJT |

|  | interim period |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review e-mail from special counsel re PD estimation and related issues | 0.10 | TJT |
| Feb-19-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola, Laredo, TX, claim no. 12374 | 0.10 | TJT |
|  | *Case Administration* - Review weekly case status memo for week ending 2/17/06 | 0.10 | TJT |
|  | *Case Administration* - download and review notice of sale of equities by Citadel | 0.20 | TJT |
|  | *Case Administration* - Review Duane Morris quarterly Fee Application for 19th interim period | 0.10 | TJT |
|  | *Hearings* - prepare for 2/21/06 hearing | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mails from M. Kramer re USG *Plan and Disclosure Statement* (x2) | 0.20 | TJT |
| Feb-20-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim of Coca Cola, Niles, IL, claim no. 1234 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion for authorization to seek discovery from Dr. Alan Whitehouse and for protective order with extensive review of attached exhibits | 4.20 | TJT |
| Feb-21-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
|  | *Case Administration* - Review vendor invoice and forward same for payment | 0.10 | LLC |
|  | *Case Administration* - Request transcript from today's hearing, confer with T. Tacconelli re same | 0.20 | SGW |
|  | *Case Administration* - update 2002 service list and labels documents | 0.20 | MH |
|  | *Hearings* - Prepare for hearing | 0.50 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 2.00 | TJT |
|  | *Hearings* - Confer with S. Weiler re hearing follow-up | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review exclusivity materials | 1.00 | TJT |
|  | *Plan and Disclosure Statement* - Confer with committee members and co-counsel prior to hearing | 1.20 | TJT |
|  | *Plan and Disclosure Statement* - Confer with co-counsel and committee members after hearing | 1.00 | TJT |
| Feb-22-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Brother Martin High School to 15th omnibus objection to claims with attachments, claim no. 8361 | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola, Dowey, Cal., claim no. 12383 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Joan of Arc Church, Lapace, LA to 15th omnibus objection to claims with attachments, claim no. 8371 | 0.30 | TJT |
|  | *Case Administration* - Review Libby Claimants' motion for payment of | 0.40 | TJT |

| | | |
|---|---|---|
| expenses | | |
| *Case Administration* - Review docket and start to prepare weekly case status memo for week ending 2/24/06 | 0.30 | MH |
| *Case Administration* - update fee app/cno status chart | 0.10 | MH |
| *Fee Applications, Applicant* - Review Certificate of No Objection re: Dec. 2005 Fee Application for filing and confer with legal assistant re: same | 0.10 | LLC |
| *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Dec. 05 Fee Application | 0.30 | MH |
| *Fee Applications, Applicant* - Confer with L. Coggins re Certificate of No Objection to Ferry, Joseph & Pearce's Dec. 05 Fee Application, edit same | 0.10 | MH |
| *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection to Ferry, Joseph & Pearce's Dec. 05 Fee Application | 0.50 | MH |

| | | | |
|---|---|---|---|
| Feb-23-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Raymond Roman Catholic Church to 15th omnibus objection to claims with attachment re claim no. 8377 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola, Midland, TX re claim no. 12372 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Rita Roman Catholic Church to 15th omnibus objection to claims with attachment re claim no. 8375 | 0.30 | TJT |
| | *Case Administration* - update fee app/cno status chart | 0.10 | MH |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 54th Fee Application for filing and confer with legal assistant re: same | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: 5th Hilsoft Fee Application for filing and confer with legal assistant re: same | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: 39th HRA Fee Application for filing and confer with legal assistant re: same | 0.10 | LLC |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Hamilton's Dec. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection to Hamilton's Dec. 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Hilsoft's Dec. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection to Hilsoft's Dec. 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Dec. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection to Bilzin's Dec. 05 Fee Application | 0.50 | MH |
| | *Litigation and Litigation Consulting* - Download and review order | 0.20 | LLC |

|  |  |  |  |
|---|---|---|---|
| | modifying PI CMO and revise calendar re: same | | |
| | *Plan and Disclosure Statement* - Research re PI voting issues | 0.30 | TJT |
| Feb-24-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola, Shreveport, LA re claim no. 12369 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. David's Roman Catholic Church to 15th omnibus objection to claims with attachment re claim no. 8369 | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from committee member re teleconference with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re selection of mediator | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re suggestion by State of Montana for selection of mediator | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re issues re selection of mediator | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Schwartz re selection of mediator | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from S. Baena re mediator suggestions by insurers (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re PI committee's suggestion for mediator | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review bio of R. Mnookin | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review bio of Gibbons | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Warren re mediator selection by insurers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review bio of Resolutions LLC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review bio of E. Green | 0.10 | TJT |
| Feb-25-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Mary Magdeline Catholic Church to 15th omnibus objection to claim with attachment re claim no. 8308 | 0.40 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll quarterly Fee Application for 18th interim period | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 2/24/06 | 0.10 | TJT |
| | *Case Administration* - Review affidavit of J. Fan | 0.10 | TJT |
| | *Case Administration* - Review Protivity 8th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J 19th interim period quarterly Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review notice of withdrawal of | 0.10 | TJT |

|  | application to retain Bear Stearns |  |  |
|---|---|---|---|
| Feb-26-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Xavier Church to 15th omnibus objection to claims with attachment re claim no. 8362 | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Coca Cola, Santa Maria, CA re claim no. 12321 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order defaulting claims in 15th omnibus objection to claims with attachment | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 18th continuation order re 5th omnibus objection to claims with attachment | 0.10 | TJT |
|  | *Case Administration* - Review Protiviti Oct. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Protiviti Nov. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Protiviti Dec. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Protiviti Jan. 06 Fee Application | 0.10 | TJT |
|  | *Employment Applications, Others* - Review order approving expanded retention of Steptoe and Johnson | 0.10 | TJT |
|  | *Employment Applications, Others* - Review order expanding retention of Baker Donaldson | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from S. Baena re selection of mediator (Gibbons) | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review bio of E. Katz | 0.10 | TJT |
| Feb-27-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Arch Diocese of New Orleans to 15th omnibus objection to claims with attachments re multiple claims | 0.40 | TJT |
|  | *Case Administration* - Forward 2/21/06 transcript via WP format to J. Sakalo and S. Baena; forward hard copy of same to T. Tacconelli for review | 0.20 | SGW |
|  | *Case Administration* - download (not served) and review debtors' motion to approve settlement with New Jersey Port Authority with attachments | 0.40 | TJT |
|  | *Case Administration* - download (not served) and review debtors' motion to amend credit agreement with advanced refining | 0.30 | TJT |
|  | *Committee, Creditors', Noteholders' or* - trade e-mails with J. Sakalo re teleconference with committee re mediator | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.20 | TJT |
|  | *Employment Applications, Others* - download (not served) and review debtors' motion to expand retention of Latham and Watkins with attachment | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review order modifying case management order for PI estimation re questionnaires | 0.10 | TJT |
|  | *Hearings* - Review e-mail from S. Weiler re 2/21/06 hearing transcript | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re selection of mediator | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Prepare for teleconference with committee re selection of mediator | 0.50 | TJT |
| Feb-28-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of | 0.10 | TJT |

|  | | |
|---|---|---|
| proof of claim by Coca Cola, Dallas, TX re claim no. 12380 | | |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Immaculate Conception Church to 15th omnibus objection to claims with attachment re claim no. 8376 | 0.20 | TJT |
| *Case Administration* - Revise case management memo | 0.10 | LLC |
| *Case Administration* - Review CIBC Dec. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review TPT 1st quarterly Fee Application | 0.10 | TJT |
| *Case Administration* - Review TPT 2nd quarterly Fee Application | 0.10 | TJT |
| *Case Administration* - Review TPT 3rd quarterly Fee Application | 0.10 | TJT |
| *Case Administration* - Review TPT 4th quarterly Fee Application | 0.10 | TJT |
| *Case Administration* - download (not served) and review debtors' motion to extend and modify DIP financing with attachments | 0.60 | TJT |
| *Case Administration* - Review PGS Jan. 06 Fee Application | 0.10 | TJT |
| *Case Administration* - update fee app/cno status chart | 0.10 | MH |
| *Fee Applications, Others* - Retrieve voice mail message from R. Gee re Navigant Jan. 06 Fee Application documents forthcoming, e-mail to R. Gee confirming message and providing my e-mail address as requested | 0.10 | MH |
| *Litigation and Litigation Consulting* - Review amended notice of deposition and subpoena for Dr. W. Oaks | 0.10 | TJT |
| *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's amended Nov. 2005 Fee Application and revise same for filing | 0.20 | LLC |
| *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's amended Nov. 05 Fee Application | 0.30 | MH |
| *Fee Applications, Applicant* - Confer with L. Coggins and edit Certificate of No Objection re Ferry, Joseph & Pearce's amended Nov. 05 Fee Application | 0.10 | MH |
| *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's amended Nov. 05 Fee Application | 0.50 | MH |
| Totals | 102.10 | |

### DISBURSEMENTS

| | | |
|---|---|---|
| Feb-02-06 | *Expense* - Copying cost | 29.70 |
| | *Expense* - Postage | 6.06 |
| Feb-09-06 | *Expense* - Copying cost | 7.20 |
| | *Expense* - Postage | 4.41 |
| | *Expense* - Clerk, U.S. District Court - Pro Hac - Hill & Pallet-Vasquez | 50.00 |
| Feb-13-06 | *Expense* - Elaine M. Ryan - Transcript | 135.98 |
| Feb-14-06 | *Expense* - J&J Court Transcribers | 376.04 |
| | *Expense* - Copying cost  564 @ 0.10 | 56.40 |
| | *Expense* - Postage | 10.60 |
| | *Expense* - Fax  53 @ 1.00 | 53.00 |

**Invoice No. 19781**                    **Page 21 of 21**                    **March 31, 2006**

| | | |
|---|---|---|
| Feb-15-06 | *Expense* - Copying cost  240 @ 0.10 | 24.00 |
| Feb-16-06 | *Expense* - Copying cost  84 @ 0.10 | 8.40 |
| | *Expense* - Postage  7 @ 0.63 | 4.41 |
| | *Expense* - Fax  8 @ 1.00 | 8.00 |
| | *Expense* - Federal Express | 32.92 |
| Feb-17-06 | *Expense* - Copying cost | 15.50 |
| | *Expense* - Postage | 13.34 |
| Feb-20-06 | *Expense* - Parcel's, Inc. - delivery | 25.00 |
| Feb-21-06 | *Expense* - Parcel's, Inc. - delivery | 13.35 |
| Feb-22-06 | *Expense* - Copying cost | 6.40 |
| | *Expense* - Postage | 5.67 |
| Feb-23-06 | *Expense* - TriState Courier & Carriage - delivery charge | 32.50 |
| Feb-28-06 | *Expense* - Parcel's, Inc. - delivery | 7.50 |
| | *Expense* - Copying cost | 6.00 |
| | *Expense* - Postage | 5.67 |
| | *Expense* - Parcel's, Inc. - delivery | 799.72 |
| | Totals | $1,737.77 |
| | **Total Fees & Disbursements** | **$22,756.27** |
| | **Balance Due Now** | **$22,756.27** |