## CERTIFICATE OF SERVICE

      I, Kristina Bunker, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Disposition of Equity Securities was caused to be made on March 31, 2006, in the manner indicated upon the entity listed below.

<u>VIA FACSIMILE and U.S. MAIL</u>:

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601
Facsimile:  (312) 861-2200

March 31, 2006

*Kristina Bunker* (signature)

Kristina Bunker
(Non-Attorney)
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3700
Chicago, Illinois  60603
(312) 201-4000