# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: January 5, 2005 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Objections Are Timely Filed

## SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL AND AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF OCTOBER 1, 2005, THROUGH OCTOBER 31, 2005.

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **October 1, 2005, through October 31, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$18,168.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 665.33** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of October 2005. This is the 33rd application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota (the "Intercat suit"). On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the eighth monthly application that includes such ordinary course fees and expenses.

All monthly applications filed previously with the Court by Woodcock are identified in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |

| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
|---|---|---|---|
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1– 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| TOTAL | | $2,817,455.50 | $763,320.74 |

In the Intercat suit, all fees as for which application is made, shown in the attached detail, were in the category "Litigation and Litigation Consulting. Disbursements attributable to this category of services, as shown in the attached schedule, were $28.00.

The Woodcock professionals who rendered services in the Intercat suit during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $490.00 | 13.1 | $6,419.00 |

*Total Fees: $6,419.00*
*Blended Rate: $490.00*

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with five matters, which are detailed in the attached fee schedule for each matter. The total disbursements attributable to these ordinary course services, as shown in the

attached schedules, were $637.33. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| *Gary H. Levin* | *Partner* | *1976* | *IP Litigation* | *$490.00* | *13.7* | *$6,713.00* |
| *Frank T. Carroll* | *Associate* | *1998* | *IP Counseling* | *$295.00* | *15.1* | *$4,454.50* |
| *Noreen Garonski* | *Paralegal* | *-* | *IP Prosecution* | *$155.00* | *3.4* | *$527.00* |
| *David DeSanto* | *Paralegal* | *-* | *IP Prosecution* | *$110.00* | *0.5* | *$55.00* |

*Total Fees: $11,749.50*
*Blended Rate: $359.00*

In addition to the fee totals above, this application includes additional fees of $490.00 (representing 1.0 hour by Gary Levin at $490/hour) for preparation of the monthly petitions in the category Fee Application, Applicant.

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $18,168.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($14,534.80) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($637.33); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: December /4, 2005

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA 19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: January 5, 2005 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Objections Are Timely Filed

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/05/2005 | GHL | Further review and crafting of definitions for Settlement Agreement, various telephone conferences with Mr. Maggio and counsel for Nol-Tec and telephone conferences with Intercat counsel for negotiations | 2.50 |
| 10/06/2005 | GHL | Further work on Settlement Agreement, with review and revisions to safe harbor definitions, telephone conferences with Mr. Maggio and Nol-Tec counsel, and telephone conferences with Intercat counsel for negotiation of same; | 2.00 |
| 10/07/2005 | GHL | Further work on Settlement Agreement, review and revisions to definitions of royalty bearing loaders, telephone conferences with Mr. Maggio and Nol-Tec counsel, and telephone conferences with Intercat counsel for negotiation; | 1.50 |
| 10/08/2005 | GHL | Review of Intercat's latest counter-proposals on definitions and Option Agreement; review of latest draft of Model License Agreement | 0.60 |
| 10/10/2005 | GHL | Review of further drafts of Settlement Agreement definitions and Model License Agreement, as propsoed by Intercat, and participation in conference call among parties' counsel for further negotiation of same; | 1.00 |
| 10/12/2005 | GHL | Review of drafts of Settlement Agreement, Option Agreement, and Model License Agreement as received from Mr. Maggio, revisions to same and forwarding revised draft to Mr. Maggio with comments | 1.00 |
| 10/14/2005 | GHL | Review of further revisions to drafts of 3 components of settlement documents, and participation in further telephone conference with counsel for parties on negotiation of the agreements. | 2.00 |
| 10/28/2005 | GHL | Telephone conference with Mr. Maggio and Grace representatives to review the proposed Settlement Agreement, Option Agreement, and Model License agreement, and further telephone conference with Mr. Maggio regarding further explanations for same; | 2.50 |

SERVICES                                        $         6,419.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 13.10 hours at $ | 490.00 | |

**DISBURSEMENTS:**

| | | |
|---|---|---|
| COMPUTER SEARCH | | 28.00 |
| DISBURSEMENT TOTAL | $ | 28.00 |
| SERVICE TOTAL | $ | 6,419.00 |
| **INVOICE TOTAL** | $ | **6,447.00** |

## WRG-0068
## PATENT APPLICATION: MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/18/2005 | NG | Receipt and review of Notice of Publication from the United States Patent and Trademark Office; preparation of correspondence to client on October 18, 2005, forwarding copy of publication notice; and formalization of file to reflect same. | 0.70 |
| 10/27/2005 | DMD | Analysis and comparison of references cited in corresponding foreign Search Report with those references previously made of record in U.S. case for Supplemental Information Disclosure Statement. | 0.50 |

|  |  | SERVICES |  |  | $ 163.50 |
|---|---|---|---|---|---|
| NG | NOREEN GARONSKI | 0.70 | hours @ | $155.00 | |
| DMD | DAVID M. DESANTO | 0.50 | hours @ | $110.00 | |

**DISBURSEMENTS:**

| POSTAGE & DELIVERY | | 0.37 |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 0.37 |
| SERVICE TOTAL | $ | 163.50 |
| **INVOICE TOTAL** | $ | **163.87** |

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| Date | Init. | Description | Hours |
|---|---|---|---|
| 10/19/2005 | GHL | Further work on evaluation of validity of third-party patent on cement plasticizers, including review of the patent and its prosecution history, review of reference materials, prior art, and materials related to opposition to foreign counter-part of the patent, as received from Mr. Baker, and consideration of validity-related issues to be investigated; | 3.00 |
| 10/20/2005 | GHL | Meeting with Mr. Baker and representatives of Grace at Grace's offices in Cambridge MA to discuss third-party patents relating to plasticizers for cement compositions; review of prior art article as received from Grace representatives and consideration of effect on validity of the plasticizer patents. | 3.00 |

            SERVICES            $ 2,940.00

  GHL  GARY H. LEVIN    6.00  hours @  $490.00

         **INVOICE TOTAL**           $  **2,940.00**

## WRG-0072
### PATENT APPLICATION: SYSTEM AND PROCESS FOR INJECTING CATALYST AND/OR ADDITIVES INTO A FLUIDIZED CATALYTIC CRACKING UNIT

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/18/2005 | NG | Review and verification of PCT Notification of Receipt of Record Copy and Notification Concerning Submission of Priority Document; review of Search Report and Written Opinion; review of amended Abstract; preparation of file memorandum to regarding deadline for amending claims under Article 19 or Article 34 and submitting comments regarding amended Abstract and preparation of correspondence to Mr. Cross forwarding copy of same. | 2.00 |
| 10/28/2005 | FTC | Reviewed results of International Search Report and Written Opinion and considered the relevance thereof to the present application and U.S. application No. 10/806,503; consideration of whether claim amendments under Articles 19 or 34 of the Patent Cooperation Treaty should be filed in response to the International Search Report and Written Opinion. | 1.80 |
| 10/28/2005 | NG | Review and verification of published international (PCT) application, and preparation of correspondence to client forwarding copy of same. | 0.70 |

|   |   | SERVICES |   |   |   | $ | 949.50 |
|---|---|---|---|---|---|---|---|
| FTC | FRANK T. CARROLL | 1.80 | hours @ | $295.00 | | | |
| NG | NOREEN GARONSKI | 0.80 | hours @ | $155.00 | | | |

**DISBURSEMENTS:**

| | |
|---|---|
| TELEPHONE | 0.20 |
| PHOTOCOPYING | 7.35 |
| POSTAGE & DELIVERY | 1.06 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 8.61 |
| SERVICE TOTAL | $ | 949.50 |
| **INVOICE TOTAL** | $ | **958.11** |

## WRG-0073
## EVALUATION OF THIRD-PARTY PATENT
## RELATING TO OXYGEN SCAVENGING

| 10/19/2005 | GHL | Further review of third-party's patents on oxygen-scavenging packaging materials, and further consideration of non-infringement positions based on information regarding composition of packaging material proposed for use; | 1.00 |
|---|---|---|---|
| 10/19/2005 | GHL | Travel to Boston for scheduled meeting with Grace representatives on this matter (3.5 hours; billed at half) | 1.70 |
| 10/20/2005 | GHL | Meeting with Mr. Baker and Grace representatives at Grace's offices in Cambridge MA to review issues relating to freedom-to-operate with proposed packaging materials in view of third-party patents on oxygen scavenging polymeric packaging; | 3.00 |
| 10/20/2005 | GHL | Travel from Grace's offices in Cambridge MA following meeting on this matter (4.0 hours, billed at half). | 2.00 |

SERVICES $ 3,773.00

| | GHL | GARY H. LEVIN | 7.70 | hours @ | $490.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| TRAVEL & EXPENSES | 621.00 |
|---|---|
| PATENT COPIES | 3.00 |

DISBURSEMENT TOTAL $ 624.00

SERVICE TOTAL $ 3,733.00

**INVOICE TOTAL** $ **4,397.00**

**WRG-0073**
**EVALUATION OF THIRD-PARTY PATENT**
**RELATING TO OXYGEN SCAVENGING**

| | | |
|---|---|---|
| 10/19/2005 – 10/20/2005 | **Travel and Expense:** Vendor Gary H. Levin | |
| **Transportation:** | Purpose of trip: Attendance at Meeting with Grace Representatives in Cambridge, MA | |
| 10/19/2005 | U.S. Airways Flight No. 238 Philadelphia, PA to Boston, MA | |
| 10/20/2005 | U.S. Airways Flight No. 233 Boston, MA to Philadelphia, PA | $ 333.40 |
| **Lodging:** | | $ 148.10 |
| **Taxis and Tips:** | | $ 115.00 |
| **Miles:** | 20 Miles @ $0.325 per mail | $     7.50 |
| **Parking Fees:** | | $   17.00 |
| | TOTAL EXPENSE: | $  621.00 |

## WRG-0076
## VALVED COVER SYSTEM

| | | | |
|---|---|---|---:|
| 10/20/2005 | FTC | Reviewed additional invention disclosure material; prepared patent application, including drafting of additional claims directed to alternative embodiments of the invention. | 6.20 |
| 10/21/2005 | FTC | Finalized initial draft of patent application, including review of the results of patentability search, consideration of the scope of the draft claims in view of the search results, and drafting of additional claims to further define the scope of the invention in view of the search results; forwarded the draft application to Mr. Cross for review. | 7.10 |

SERVICES $ 3,923.50

FTC   FRANK T. CARROLL   13.30   hours @   $295.00

**DISBURSEMENTS:**

TELEPHONE 0.30
PHOTOCOPYING 4.05

DISBURSEMENT TOTAL $ 4.35

SERVICE TOTAL $ 3,923.50

**INVOICE TOTAL** $ 3,927.85

## WRG-GENERAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/29/2005 | GHL | Fee Application, Applicant – Preparation of fee Petition for September 2005. | | | | | 1.00 |
| | | SERVICES | | | | $ | 1,960.00 |
| | GHL | GARY H. LEVIN | 1.00 | hours @ | $490.00 | | |
| | | **INVOICE TOTAL** | | | | $ | **490.00** |