IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Objection Deadline: March 27, 2006 |
| ) | Ref. No. 12021 |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 12021

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion of Swidler Berlin LLP for Leave to Withdraw as Bankruptcy Counsel to David T. Austern, Future Claimants' Representative filed with the Court on March 9, 2006 and entered on the Court's docket as Docket No. 12021 (the "Motion"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to the Motion were to be filed no later than March 27, 2006.

The proposed Order as submitted and filed with the Motion is attached hereto for the Court's consideration.

SWIDLER BERLIN LLP

By: /s/ Warren Anthony Fitch
Warren Anthony Fitch
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500

Dated: March 31, 2006