```
Date: 04/01/06              Legal Analysis Systems, Inc.
Time: 9:00am                                                                Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                         HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------------
 02/01/06  Relles    / (07) Committee, Creditors'                    1.2     510.00
 #3701     review Rust protocols, send email to Finch              425.00

 02/13/06  Peterson  / (07) Committee, Creditors'                    0.5     350.00
 #3509     Telephone Finch to discuss analyses of liabilities      700.00

 02/13/06  Relles    / (07) Committee, Creditors'                    1.4     595.00
 #3706     memo to Liesemer and Finch re: data collection,         425.00
           interfacing with Rust

 02/16/06  Peterson  / (07) Committee, Creditors'                    0.3     210.00
 #3511     Telephone Relles re: conference call  with Orrick       700.00
           and Liesemer

 02/16/06  Relles    / (07) Committee, Creditors'                    0.7     297.50
 #3707     conference call with Orrick and Liesemer                425.00

 02/16/06  Relles    / (07) Committee, Creditors'                    0.3     127.50
 #3708     telephone Peterson re: conference call  with Orrick     425.00
           and Liesemer

 02/17/06  Relles    / (07) Committee, Creditors'                    0.4     170.00
 #3713     correspondence with Liesemer                            425.00

 02/24/06  Relles    / (07) Committee, Creditors'                    0.3     127.50
 #3714     telephone Liesemer re: conference call with Grace       425.00
           and Grace's experts
```

{D0055693:1 }


```
Date: 04/01/06              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 2

                    W. R. Grace


Date/Slip# Description                              HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 02/01/06  Peterson   / (28) Data Analysis              1.1        770.00
 #3501     Review Rust protocols                     700.00

 02/01/06  Peterson   / (28) Data Analysis              1.4        980.00
 #3502     Review discovery materials re: liabilities 700.00

 02/02/06  Peterson   / (28) Data Analysis              2.8       1960.00
 #3503     Review discovery materials re: liabilities 700.00

 02/06/06  Peterson   / (28) Data Analysis              4.7       3290.00
 #3504     Review discovery materials re: liabilities 700.00

 02/06/06  Peterson   / (28) Data Analysis              3.4       2380.00
 #3505     Review issues of protocols proposed for coding 700.00
           claimant data

 02/07/06  Relles     / (28) Data Analysis              1.4        595.00
 #3702     review emails re: Rust; review Rust proposals for 425.00
           data access

 02/09/06  Relles     / (28) Data Analysis              1.7        722.50
 #3703     review Rust correspondence               425.00

 02/10/06  Peterson   / (28) Data Analysis              0.3        210.00
 #3506     Telephone Relles re: Rust protocols, Caplin-Drysdale 700.00
           correspondence regarding same

 02/10/06  Peterson   / (28) Data Analysis              3.1       2170.00
 #3507     Review Debtor's data collection process and Rust 700.00
           materials

 02/10/06  Relles     / (28) Data Analysis              0.3        127.50
 #3704     telephone Peterson re: Rust protocols,   425.00
           Caplin-Drysdale correspondence regarding same

 02/13/06  Peterson   / (28) Data Analysis              0.3        210.00
 #3508     Telephone Relles to discuss interface with Rust and 700.00
           implications of Debtor's data collection

 02/13/06  Relles     / (28) Data Analysis              0.3        127.50
 #3705     Telephone Peterson to discuss interface with Rust 425.00
           and implications of Debtor's data collection

 02/16/06  Peterson   / (28) Data Analysis              2.1       1470.00
 #3510     Review documents from Grace about its asbestos 700.00
           liabilities
```

{D0055693:1 }

```
Date: 04/01/06              Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 3

                        W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 02/16/06  Relles    / (28) Data Analysis                     1.4     595.00
 #3709     review Grace data shipments                      425.00

 02/16/06  Relles    / (28) Data Analysis                     1.5     637.50
 #3710     compose bulk of letter regarding data requirements 425.00

 02/17/06  Peterson  / (28) Data Analysis                     0.6     420.00
 #3512     Review and modify statement on debtor's data     700.00
           collection

 02/17/06  Peterson  / (28) Data Analysis                     0.3     210.00
 #3513     Telephone Relles to discuss debtor's data collection 700.00

 02/17/06  Peterson  / (28) Data Analysis                     2.8    1960.00
 #3514     Review company's documents on claims liabilities 700.00

 02/17/06  Relles    / (28) Data Analysis                     1.5     637.50
 #3711     finish letter regarding data requirements        425.00

 02/17/06  Relles    / (28) Data Analysis                     0.3     127.50
 #3712     telephone Peterson re: letter                    425.00

 02/24/06  Peterson  / (28) Data Analysis                     2.3    1610.00
 #3515     Review company's liability analyses              700.00
-----------------------------------------------------------------------------
```

{D0055693:1 }

```
Date: 04/01/06              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 4

                       W. R. Grace

              Summary Of Time Charges, By Month and Activity
                     February 2006 - February 2006

    MONTH       ACTIVITY                                    HOURS     AMOUNT
    ---------------------------------------------------------------------------
    February  - (07) Committee, Creditors'                    5.1    2387.50
    February  - (28) Data Analysis                           33.6   21210.00
    February  - (99) Total                                   38.7   23597.50

    Total     - (07) Committee, Creditors'                    5.1    2387.50
    Total     - (28) Data Analysis                           33.6   21210.00
    Total     - (99) Total                                   38.7   23597.50

    -----------------------------------------------------------------------------
```

{D0055693:1 }

```
Date: 04/01/06           Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 5

                    W. R. Grace

             Summary Of Time Charges, By Month and Person
                   February 2006 - February 2006

 MONTH         PERSON                                          HOURS      AMOUNT
 -------------------------------------------------------------------------------
 February   - Relles                                            12.7     5397.50
 February   - Peterson                                          26.0    18200.00
 February   - Total                                             38.7    23597.50

 Total      - Relles                                            12.7     5397.50
 Total      - Peterson                                          26.0    18200.00
 Total      - Total                                             38.7    23597.50

 -------------------------------------------------------------------------------
```

{D0055693:1 }

```
Date: 04/01/06            Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 6

                     W. R. Grace

           Summary Of Time Charges, By Activity, Month, and Person
                      February 2006 - February 2006

 MONTH       PERSON                                   HOURS    RATE     AMOUNT
 -----------------------------------------------------------------------------
 (07) Committee, Creditors'

 February  - Relles                                     4.3    425.    1827.50
 February  - Peterson                                   0.8    700.     560.00

 (28) Data Analysis

 February  - Relles                                     8.4    425.    3570.00
 February  - Peterson                                  25.2    700.   17640.00

 -----------------------------------------------------------------------------
```

{D0055693:1 }