# EXHIBIT A

# SWIDLER BERLIN LLP

# FEE APPLICATION FOR THE TIME PERIOD

# <u>OCTOBER 1-31, 2005</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 21, 2005 at 4:00p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO EIGHTEENTH MONTHLY INTERIM APPLICATION OF**
**SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL**
**TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
<u>OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005</u>

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | October 1, 2005 through October 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $37,770.00 |
| 80% of fees to be paid: | $30,216.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,719.36 |
| Total Fees @ 80% and 100% Expenses: | $32,935.36 |

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:   ___   interim   __X__   monthly   ___   final application.

The total time expended for fee application preparation during this time period is 11.30 hours and the corresponding fees are $2,693.50 and $194.26 in expenses for Swidler's fee applications and .30 hours and $163.50 in fees and no in expenses for the FCR and/or is other professional's fee applications   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's eighteenth interim fee application for the period October 1-31, 2005. Swidler has previously filed the following fee applications in the case this year:

- Seventeenth interim fee application for the period September 1-30, 2005 in the amount of $11,134.60 (80% of $13,918.25) in fees and expenses of $288.43
- Sixteenth interim fee application for the period August 1-31, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Fifteenth interim fee application for the period July 1-31, 2005 in the amount of $82,748.00 (80% of $103,435.00) in fees and expenses of $9,524.96
- Fourteenth interim fee application for the period June 1-30, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Thirteenth interim fee application for the period May 1-31, 2005 in the amount of $53,489.60 (80% of $66,862.00) in fees and expenses of $852.77
- Twelfth interim fee application for the period April 1-30, 2005 in the amount of $21,802.60 (80% of $27,253.25) in fees, expenses of $1,560.48
- Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00 (80% of $54,296.00) in fees, expenses of $4,114.49
- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) in fees, expenses of $2,097.16
- Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) in fees, expenses of $7,490.31

To date, Swidler has received payments from the Debtors during this year in the following amounts:

- $157,379.89 representing 80% of fees and expenses for November and December 2004
- $58,642.05 representing 20% holdback on fees for the time period October through December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005
- $23,363.08 representing 80% of fees and 100% expenses for April 2005
- $54,342.37 representing 80% of fees and 100% expenses for May 2005
- $81,842.79 representing 80% of fees and 100% expenses for June 2005

## COMPENSATION SUMMARY

### OCTOBER 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460 | 8.30 | $3,818.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645 | 18.10 | $11,674.50 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545 | 22.10 | $11,227.00[2] |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255 | 31.10 | $7,930.50 |
| Rachael M. Barainca | Legal Assistant | $60 | 18.20 | $1,092.00 |
| Debra O. Fullem | Senior Legal Assistant | $195 | 10.40 | $2,028.00 |
| Total | | | 108.20 | $37,770.00 |
| Blended Rate: $349.07 | | | | |

## COMPENSATION BY PROJECT CATEGORY

### OCTOBER 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 23.70 | $2,494.50 |
| Compensation of Professionals-Swidler | 11.30 | $2,693.50 |
| Compensation of Professionals-Other | .30 | $163.50 |
| Due Diligence | .30 | $193.50 |
| Litigation | 68.40 | $30,928.50 |
| Retention of Professionals-Other | 1.20 | $479.00 |
| Travel Time (Non-Working) | 3.00 | $817.50 |
| TOTAL | 108.20 | $37,770.00 |

---

2 This amount reflects a reduction of $817.50 for the 50% discount rate non-working travel.

-3-

**EXPENSE SUMMARY**

**OCTOBER 2005**

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $1,245.85 |
| Postage/Federal Express/Courier Fees | $502.23 |
| Phone | $841.17 |
| Travel | $130.11 |
| TOTAL | $2,719.36 |

Respectfully submitted,

SWIDLER BERLIN LLP

Dated: December 1, 2005    By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

-4-

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| Debtors. | ) | Objection Deadline: December 21, 2005 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### EIGHTEENTH MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, counsel to David T. Austern, Future Claimants' Representative (the

"FCR"), has filed and served its Eighteenth Monthly Application of Swidler Berlin LLP for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period October 1, 2005 through October 31, 2005 seeking payment of fees in the

amount of $30,216.00 (80% of $37,770.00) and expenses in the amount of $2,719.36 for a total

amount of $32,935.36 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **December 21, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire. Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC., Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

Dated: December 1, 2005         By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Co-Counsel to David T. Austern, Future Claimants
Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

-3-

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Richard H. Wyron, after being duly sworn according to law, deposes and says:

1.    I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.    I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

Richard H. Wyron

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 1ST DAY OF DECEMBER, 2005

Notary Public

My commission expires: _11-14-10_

CHERYL L BEST
NOTARY PUBLIC
District of Columbia
My Commission Expires November 14, 2010

# EXHIBIT A
# SWIDLER BERLIN LLP
# INVOICES TO THE
# <u>OCTOBER 2005 FEE APPLICATION</u>

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
CLIENT/CASE: 25369.0001                        INVOICE NUMBER: 295213

RE: Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 10/03/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/03/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.60 |
| 10/04/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/05/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 10/05/05 | Rachael M. Barainca | Update pleadings binders. | 3.00 |
| 10/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 10/06/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 10/07/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 10/10/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 2

CLIENT: 25369
MATTER: 0001
INVOICE: 295213

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/10/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.60 |
| 10/11/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 10/11/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/12/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/12/05 | Rachael M. Barainca | Create Memo regarding Fee Auditors comments to the 16th Interim Period. | 3.00 |
| 10/12/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 10/13/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/13/05 | Rachael M. Barainca | Update pleadings binders. | 1.50 |
| 10/14/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/17/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/18/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/18/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 1.00 |
| 10/19/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/20/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/20/05 | Radhael M. Barainca | Update pleadings binders. | 2.50 |
| 10/21/05 | Radhael M. Barainca | Review Court docket; download documents and distribute | 0.20 |
| 10/24/05 | Radhael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 295213

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/24/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines (.5); review pleadings for November omnibus hearing (1.0). | 1.50 |
| 10/25/05 | Debra L. Felder | Telephone conference with R. Wyron regarding upcoming deadlines. | 0.10 |
| 10/25/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 10/25/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/26/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/27/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/27/05 | Rachael M. Barainca | Search and download pleadings for R. Wyron. | 0.50 |
| 10/27/05 | Rachael M. Barainca | Create exclusivity timeline. | 3.00 |
| 10/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/28/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 10/31/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/31/05 | Rachael M. Barainca | Update exclusivity timeline. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 5.50 | $1,402.50 |
| Rachael M. Barainca | $60.00 | 18.20 | $1,092.00 |
| **TOTAL HOURS & FEES** | | **23.70** | **$2,494.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 20.70 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)     CLIENT:  25369
11/28/05                                       MATTER: .0001
Page 4                                         INVOICE: 295213

| OTHER CHARGES | AMOUNT |
|---|---|
| Telephone | 1.17 |
| Federal Express | 9.86 |
| Travel/Parking | 9.00 |
| Travel/Tolls | 121.11 |
| Telephone | 840.00 |
| **TOTAL OTHER CHARGES** | **$1,001.84** |

**CURRENT INVOICE DUE**.................................................................**$3,496.34**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON. D.C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0001

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295213

## INVOICE SUMMARY

TOTAL FEES ............................................................................. $2,494.50

TOTAL OTHER CHARGES ........................................................ $1,001.84

**TOTAL AMOUNT DUE** ............................................................ $3,496.34

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P O. Box 3766
Washington, DC  20021-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N A  Washington, DC
Account Title:        Swidler Berlin L L P
Account No.:         2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N A  Washington, DC
Account Title:        Swidler Berlin L L P
Account No :          2000024531692
Swift Code:           PNBPUS33
CHIPS:                  0509
ABA Routing No :    026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295217

CLIENT/CASE: 25369.0011

RE:  Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/02/05 | Richard H. Wyron | Review August pre-bill. | 0.40 |
| 10/03/05 | Debra O. Fullem | Update fee application spreadsheets. | 0.80 |
| 10/04/05 | Debra O. Fullem | Prepare August fee application. | 2.00 |
| 10/06/05 | Debra O. Fullem | Finalize Swidler's July fee application. | 1.00 |
| 10/07/05 | Debra O. Fullem | Review docket update on fee applications. | 0.10 |
| 10/07/05 | Debra O. Fullem | Continue work on Swidler's August fee application. | 0.50 |
| 10/09/05 | Richard H. Wyron | Review September pre-bill. | 0.30 |
| 10/10/05 | Debra O. Fullem | Review and revise September prebills. | 0.50 |
| 10/11/05 | Debra O. Fullem | Update August fee application and provide draft to R. Wyron for review. | 0.30 |
| 10/11/05 | Debra O. Fullem | Review and respond to e-mail from accounting regarding status of payments. | 0.10 |
| 10/14/05 | Debra O. Fullem | Review fee application matters and status. | 0.10 |
| 10/17/05 | Richard H. Wyron | Review August fee application and provide comments. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  CLIENT:  25369
11/28/05                                   MATTER: .0011
Page 2                                     INVOICE: 295217

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/18/05 | Debra O. Fullem | Review and reply to e-mail from R. Wyron re status of fee applications. | 0.10 |
| 10/19/05 | Debra O. Fullem | Review edits made by R. Wyron; prepare revisions to August fee application and finalize for signature. | 0.20 |
| 10/20/05 | Debra O. Fullem | Finalize August fee application. | 0.20 |
| 10/20/05 | Debra O. Fullem | Review docket update regarding fee applications on for next quarterly hearing. | 0.10 |
| 10/21/05 | Debra O. Fullem | Review proposed final of September bills. | 0.20 |
| 10/21/05 | Debra O Fullem | Follow up on filing of August fee application. | 0.10 |
| 10/24/05 | Debra O Fullem | Prepare September summary of fees and expenses. | 0.20 |
| 10/25/05 | Debra O. Fullem | Prepare update to fee summary charts and forward to R. Wyron. | 0.60 |
| 10/26/05 | Debra O Fullem | Review e-mail from R. Wyron regarding fee charts and status of billings and payments. | 0.10 |
| 10/27/05 | Debra O. Fullem | Finalize September fee application and send draft to R. Wyron | 0.80 |
| 10/27/05 | Debra O Fullem | Review fee summaries with R. Wyron and discuss timing of filing fee applications, scheduling hearings. | 0.20 |
| 10/27/05 | Debra O Fullem | Review fee summaries with accounting. | 0.20 |
| 10/27/05 | Debra O Fullem | Confer with R. Wyron regarding filing of CNO on July fee application. | 0.20 |
| 10/27/05 | Debra O. Fullem | Review docket update as to fee applications. | 0.20 |
| 10/28/05 | Debra O. Fullem | Prepare CNO relating to Swidler's July fee application; coordinate signature by R. Frankel; coordinate filing and serving of same. | 0.50 |
| 10/28/05 | Debra O. Fullem | Review files and fee summary charts; prepare e-mail to R. Malstrom regarding questions on account. | 0.60 |
| 10/28/05 | Richard H. Wyron | Review status of fee application and organize filing schedule for the rest of the year. | 0.40 |

### SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)　　　　　　　　　CLIENT:  25369
11/28/05　　　　　　　　　　　　　　　　　　　　　　　　MATTER:  0011
Page 3　　　　　　　　　　　　　　　　　　　　　　　　INVOICE: 295217

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $545.00 | 1.40 | $763.00 |
| Debra O. Fullem | $195.00 | 9.90 | $1,930.50 |
| **TOTAL HOURS & FEES** | | **11.30** | **$2,693.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 106.35 |
| Postage | 1.20 |
| Federal Express | 86.71 |
| **TOTAL OTHER CHARGES** | **$194.26** |

**CURRENT INVOICE DUE**................................................................**$2,887.76**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON. D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0011

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295217

## INVOICE SUMMARY

TOTAL FEES............................................................................$2,693.50

TOTAL OTHER CHARGES...............................................$194.26

**TOTAL AMOUNT DUE**...........................................................$2,887.76

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank. N A Washington DC
Account Title:       Swidler Berlin LLP
Account No :         2000024531692
ABA Routing No :     054001220

**International Electronic Funds Transfer:**
Name of Bank        Wachovia Bank. N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No :        2000024531692
Swift Code:         PNBPUS33
CHIPS.              0509
ABA Routing No :    026005092

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0012

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295218

RE: Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/31/05 | Richard H. Wyron | Review emails and related notes regarding Tillinghast billings. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.30 | $163.50 |
| **TOTAL HOURS & FEES** | | **0.30** | **$163.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**............................................................**$163.50**

# SWIDLER BERLIN LLP

### FEDERAL IDENTIFICATION
#### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05

OUR REFERENCE: 25369.0012

INVOICE NUMBER: 295218

## INVOICE SUMMARY

TOTAL FEES .......................................................................................$163.50

TOTAL OTHER CHARGES .................................................................$0.00

**TOTAL AMOUNT DUE** ...............................................................**$163.50**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N A Washington DC
Account Title:     Swidler Berlin LLP
Account No :       2000024531692
ABA Routing No :   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N A Washington, DC
Account Title:     Swidler Berlin LLP
Account No :       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No :   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW. SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0004

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295214

RE:  Due Diligence

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/11/05 | Roger L  Frankel | Telephone conference with J. Radecki regarding Bear Stearns, purchase of business by debtor. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.30 | $193.50 |
| **TOTAL HOURS & FEES** | | **0.30** | **$193.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**........................................................................**$193.50**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05

OUR REFERENCE: 25369.0004

INVOICE NUMBER: 295214

## INVOICE SUMMARY

TOTAL FEES ..................................................................................................$193.50

TOTAL OTHER CHARGES ..............................................................................$0.00

**TOTAL AMOUNT DUE** ..................................................................................$193.50

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:    Swidler Berlin LLP
Account No        2000024531692
ABA Routing No.:  054001220

**International Electronic Funds Transfer:**
Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:    Swidler Berlin LLP
Account No.:      2000024531692
Swift Code:       PNBPUS33
CHIPS:            0509
ABA Routing No    026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0007

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295215

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/03/05 | Debra L. Felder | Review pleadings scheduled for November omnibus hearing. | 1.60 |
| 10/03/05 | Monique D. Almy | Review Notice of Appeal from Order entered September 22, 2005. | 0.10 |
| 10/03/05 | Monique D. Almy | Review Disclosure of Anticipated Fact Witness filed by W.R. Grace. | 0.20 |
| 10/03/05 | Monique D. Almy | Review Notice of Disposition of Equity Securities filed by Citadel Equity. | 0.10 |
| 10/03/05 | Monique D. Almy | Review Debtors' Preliminary Witness Disclosure for Asbestos Property Damage Estimation Phase II. | 0.20 |
| 10/04/05 | Debra L. Felder | Review pleadings in preparation for supplemental objection to exclusivity motion. | 2.60 |
| 10/07/05 | Monique D. Almy | Review Disclosure of Anticipated Fact Witnesses filed by W.R. Grace. | 0.30 |
| 10/07/05 | Monique D. Almy | Review Debtors' Preliminary Witness Disclosure for Asbestos Property Damage Estimation Phase II. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 2

CLIENT:  25369
MATTER: .0007
INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/10/05 | Monique D. Almy | Review Motion for (i) Clarification or (ii) Alternatively, for Modification of Case Management Order for the Estimation of Personal Injury Liabilities. | 0.20 |
| 10/10/05 | Monique D. Almy | Review Motion to Establish Deadline to File Proofs of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims. | 0.10 |
| 10/11/05 | Roger L. Frankel | Review motion for bar date from Grace; review prior pleadings regarding questionnaire, related issues. | 1.60 |
| 10/12/05 | Debra L. Felder | Review docket and recently filed pleadings. | 0.90 |
| 10/14/05 | Debra L. Felder | Review recently filed pleadings and prepare e-mail summary regarding same. | 1.50 |
| 10/14/05 | Roger L. Frankel | Review series of pleadings regarding questionnaire, clarifications of same; notes regarding same. | 0.70 |
| 10/17/05 | Roger L. Frankel | Review series of pleadings related to PI claims issues | 0.30 |
| 10/17/05 | Roger L. Frankel | Review pleadings re Bear Stearns, pleadings re litigation on property damage. | 0.80 |
| 10/17/05 | Monique D. Almy | Review notice of agenda of matters scheduled for hearing 10/24/2005. | 0.20 |
| 10/17/05 | Monique D. Almy | Review Memorandum of Law of the Official Committee of Asbestos Property Damage Claimants in Opposition to Consideration of the Debtors' Proposed "Methodology Issue" as Part of the Estimation of Asbestos Property Damage Claims. | 0.50 |
| 10/17/05 | Monique D. Almy | Review Brief of Debtors' in Support of an Estimation Hearing on Constructive Notice in Property Damage Claims . | 0.50 |
| 10/19/05 | Richard H. Wyron | Review insurers' proposed 2019/Estimation Order (.7); outline FCR issues for call with R. Frankel and notes re same (.4); participate in call with insurer counsel on 2019/Estimation Order and follow-up notes (1.1). | 2.20 |
| 10/19/05 | Roger L. Frankel | Review issues with R. Wyron in preparation for hearing; notes re same. | 0.40 |
| 10/20/05 | Roger L. Frankel | Review with R. Wyron issues re effect of estimation proceeding on insurers; notes re same. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 3

CLIENT:  25369
MATTER: .0007
INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/20/05 | Roger L. Frankel | Review ACC Interrogatories and Requests for Production re estimation hearing (1.6); notes re litigation and confer with R. Wyron re same (.3). | 1.90 |
| 10/20/05 | Roger L. Frankel | Telephone conference with J. Biggs re assignment; exchange of e-mails re meeting. | 0.40 |
| 10/20/05 | Richard H. Wyron | Review order from insurers, consider necessary changes and discuss with R. Frankel (.8); outline revised version and call to D. Felder ( 4). | 1.20 |
| 10/20/05 | Debra L. Felder | Telephone conference with R. Wyron regarding 2019 Order (.1); review hearing transcript from September 26 omnibus hearing (2.0); review proposed order regarding PI CMO (1.0). | 3.10 |
| 10/21/05 | Debra L. Felder | Review PI CMO | 0.40 |
| 10/21/05 | Richard H. Wyron | Review insurers' proposed order and debtors' proposed order; revise and draft FCR proposal and circulate. | 2.60 |
| 10/21/05 | Roger L. Frankel | Review draft order re standing of insurers in estimation proceeding. | 0.70 |
| 10/21/05 | Roger L. Frankel | Review issues with R. Wyron in preparation for hearing; notes re same. | 0.50 |
| 10/21/05 | Roger L. Frankel | Telephone conference with P. Lockwood re Monday hearing, insurer issues; notes re same. | 0.30 |
| 10/22/05 | Roger L. Frankel | Review debtor's brief and supporting reports re constructive notice on PD claims. | 0.80 |
| 10/22/05 | Roger L. Frankel | Telephone conference with R. Wyron re P. Lockwood call, and discuss hearing on Monday. | 0.20 |
| 10/22/05 | Richard H. Wyron | Call with R. Frankel regarding strategy for 10/24 hearing (.2); review pleadings (.3). | 0.50 |
| 10/24/05 | Richard H. Wyron | Prepare for hearing (.6); attend omnibus hearing, and follow-up discussions, including call to R. Frankel (2.7). | 3.30 |
| 10/24/05 | Monique D. Almy | Attend omnibus hearing telephonically. | 3.30 |
| 10/24/05 | Debra L. Felder | E-mail correspondence to R. Frankel, R. Wyron, M. Almy, J. Radecki and J. Brownstein regarding upcoming omnibus hearing. | 0.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W R. Grace & Co,)
11/28/05
Page 4

CLIENT:  25369
MATTER:  .0007
INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 10/24/05 | Debra L. Felder | Review docket and begin preparing supplemental objection to motion to extend exclusive periods. | 0.90 |
| 10/24/05 | Roger L. Frankel | Telephone conference with R. Wyron, P. Lockwood in preparation for hearing. | 0.20 |
| 10/24/05 | Roger L. Frankel | Review ACC opposition to attorney questionnaire. | 0.70 |
| 10/24/05 | Roger L. Frankel | Telephone conference with R. Wyron re hearing, strategic issues. | 0.30 |
| 10/25/05 | Roger L. Frankel | Confer with R. Wyron re status, strategy issues. | 0.40 |
| 10/25/05 | Roger L. Frankel | Review D. Felder memo re recently filed motions. | 0.50 |
| 10/25/05 | Roger L. Frankel | Review debtor slides from hearing re attorney questionnaire (.5); telephone conference with D. Austern re hearing (.1). | 0.60 |
| 10/25/05 | Debra L. Felder | Review pleadings for upcoming omnibus hearing and prepare e-mail summary regarding same. | 2.10 |
| 10/25/05 | Debra L. Felder | Review hearing transcripts regarding objection to motion to set bar date. | 2.80 |
| 10/25/05 | Richard H. Wyron | Confer with R. Frankel ( 4); review agenda for next omnibus hearing and notes regarding same (.5); confer with D. Felder (.3). | 1.20 |
| 10/25/05 | Richard H. Wyron | Review e-mails on ZAI status conference and respond. | 0.30 |
| 10/26/05 | Richard H. Wyron | Review draft brief on objection to bar date (.9); outline FCR response (.5); review issues on proposed 2019 order, and review and reply to e-mails regarding same (.7). | 2.10 |
| 10/26/05 | Debra L. Felder | Begin preparing timeline regarding objection to exclusivity motion; review docket and pleadings regarding same | 3.50 |
| 10/26/05 | Roger L. Frankel | Confer with J. Radecki re exclusivity issues; notes. | 0.40 |
| 10/26/05 | Roger L. Frankel | Review memo re prior hearings related to bar date motion. | 0.40 |
| 10/26/05 | Roger L. Frankel | Exchange of e-mails re ZAI conference call. | 0 20 |
| 10/27/05 | Roger L. Frankel | Review and take notes re C&D draft objection to bar date motion. | 1.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 5

CLIENT: 25369
MATTER: .0007
INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/27/05 | Roger L. Frankel | Review litigation issues with R. Wyron (.4); prepare notes re strategy considerations (.4). | 0.80 |
| 10/27/05 | Debra L. Felder | Review Debtors' motion to set a bar date. | 0.40 |
| 10/27/05 | Debra L. Felder | Review and revise timeline regarding objection to exclusivity motion. | 3.50 |
| 10/27/05 | Monique D. Almy | Review Modified Order Granting Motion of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. for Clarification of Case Management Order. | 0.10 |
| 10/27/05 | Monique D. Almy | Review Debtors' Reply Brief in Support of the Disallowance and Expungement of Improper Claims Filed by Speights & Runyan. | 0.60 |
| 10/28/05 | Debra L. Felder | Review objection to PI bar date motion (1.0); telephone conferences with T. Peterson, J. Phillips, R. Wyron and R. Meade re filing pleadings (1.0). | 2.00 |
| 10/28/05 | Debra L. Felder | Conference with R. Wyron regarding strategy. | 0.20 |
| 10/28/05 | Roger L. Frankel | Review, revise objection to bar date motion (.8); confer with R. Wyron re same (.2). | 1.00 |
| 10/31/05 | Roger L. Frankel | Review equity committee pleading, others re bar date issue. | 0.60 |
| 10/31/05 | Roger L. Frankel | Confer with R. Wyron in preparation for meeting with Tillinghast; review file in preparation for meeting. | 0.90 |
| 10/31/05 | Roger L. Frankel | Review proposed order re insurance neutrality - estimation proceeding. | 0.60 |
| 10/31/05 | Monique D. Almy | Review Debtors' Seventeenth Quarterly Report of Settlements From July 1, 2005 Through September 30, 2005. | 0.20 |
| 10/31/05 | Monique D. Almy | Review Opposition of The Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims. | 0.30 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)          CLIENT:  25369
11/28/05                                          MATTER: .0007
Page 6                                            INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/31/05 | Monique D. Almy | Review Debtors' Response to the PD Committee's Opposition to Consideration of the "Methodology Issue" as Part of the Estimation of Asbestos Property Damage Claims. | 0.60 |
| 10/31/05 | Monique D. Almy | Review Memorandum of Law of The Official Committee of Asbestos Property Damage Claimants in Opposition to Debtors' Brief in Support of an Estimation Hearing on Constructive Notice in Property Damage Claims | 0.50 |
| 10/31/05 | Richard H. Wyron | Review notes and file in preparation for meeting with Tillinghast on estimation issues, and prepare outline for discussion (1.6); review agenda from R. Frankel (.3); review draft insurance/2019 order from J. Baer and circulate (.6); review draft timeline on exclusivity and provide comments (.8). | 3.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 8.30 | $3,818.00 |
| Roger L. Frankel | $645.00 | 17.80 | $11,481.00 |
| Richard H. Wyron | $545.00 | 16.70 | $9,101.50 |
| Debra L. Felder | $255.00 | 25.60 | $6,528.00 |
| **TOTAL HOURS & FEES** | | **68.40** | **$30,928.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 1,105.20 |
| Postage | 404.46 |
| Printing | 1.60 |
| **TOTAL OTHER CHARGES** | **$1,511.26** |

CURRENT INVOICE DUE.................................................................$32,439.76

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA. 22042-0683

INVOICE DATE: 11/28/05

OUR REFERENCE: 25369.0007

INVOICE NUMBER: 295215

## INVOICE SUMMARY

TOTAL FEES ............................................................................$30,928.50

TOTAL OTHER CHARGES .....................................................$1,511.26

**TOTAL AMOUNT DUE** ............................................................$32,439.76

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

U.S. Electronic Funds Transfer:
Name of Bank:      Wachovia Bank, N A. Washington DC
Account Title:       Swidler Berlin LLP
Account No :         2000024531692
ABA Routing No :  054001220

International Electronic Funds Transfer:
Name of Bank       Wachovia Bank, N A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No :         2000024531692
Swift Code:          PNBPUS33
CHIPS:                 0509
ABA Routing No :  026005092

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0009

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295216

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/28/05 | Richard H. Wyron | Review e-mails on potential representation of coalition and draft disclosure regarding same. | 0.70 |
| 10/31/05 | Debra O. Fullem | Review e-mails regarding potential representation of coalition and supplemental disclosure; discuss with R. Wyron. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.70 | $381.50 |
| Debra O. Fullem | $195.00 | 0.50 | $97.50 |
| **TOTAL HOURS & FEES** | | **1.20** | **$479.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 12.00 |
| **TOTAL OTHER CHARGES** | **$12.00** |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)          CLIENT:  25369
11/28/05                                           MATTER: .0009
Page 2                                             INVOICE: 295216

**CURRENT INVOICE DUE**............................................................**$491.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05

OUR REFERENCE: 25369.0009

INVOICE NUMBER: 295216

## INVOICE SUMMARY

TOTAL FEES.................................................................$479.00

TOTAL OTHER CHARGES..........................................$12.00

**TOTAL AMOUNT DUE** .................................................**$491.00**

## _REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N A  Washington, DC
Account Title:      Swidler Berlin LLP
Account No :        2000024531692
ABA Routing No :   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N A  Washington, DC
Account Title:      Swidler Berlin LLP
Account No :        2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No :   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C  20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295219

CLIENT/CASE: 25369.0014

RE:  Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/24/05 | Richard H. Wyron | Travel to and from Wilmington for hearing. | 3.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $272.50 | 3.00 | $817.50 |
| **TOTAL HOURS & FEES** | | **3.00** | **$817.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$817.50

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05

OUR REFERENCE: 25369.0014

INVOICE NUMBER: 295219

## INVOICE SUMMARY

TOTAL FEES.................................................................$817.50

TOTAL OTHER CHARGES...............................................$0 00

**TOTAL AMOUNT DUE** ..............................................$817.50

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N A Washington DC
Account Title      Swidler Berlin LLP
Account No :       2000024531692
ABA Routing No :   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank. N A Washington, DC
Account Title:     Swidler Berlin LLP
Account No :       2000024531692
Swift Code:        PNBPUS33
CHIPS              0509
ABA Routing No :   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**