# EXHIBIT B

# SWIDLER BERLIN LLP

# FEE APPLICATION FOR THE TIME PERIOD

# <u>NOVEMBER 1-30, 2005</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 30, 2006 at 4:00p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO NINETEENTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | November 1, 2005 through November 30, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $87,644.00 |
| 80% of fees to be paid: | $70,115.20[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 7,031.68 |
| Total Fees @ 80% and 100% Expenses: | $77,146.88 |

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___    interim    X    monthly    ___    final application.

The total time expended for fee application preparation during this time period is 13.30 hours and the corresponding fees are $2,610.50 and $826.90 in expenses for Swidler's fee applications and 4.70 hours and $755.00 in fees and $2,877.89 in expenses for the FCR and/or is other professional's fee applications.    Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's nineteenth interim fee application for the period November 1-30, 2005. Swidler has previously filed the following fee applications in the case this year:

- Eighteenth interim fee application for the period October 1-31, 2005 in the amount of $30,216.00 (80% of $37,770.00) in fees and expenses of $2,719.36
- Seventeenth interim fee application for the period September 1-30, 2005 in the amount of $11,134.60 (80% of $13,918.25) in fees and expenses of $288.43
- Sixteenth interim fee application for the period August 1-31, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Fifteenth interim fee application for the period July 1-31, 2005 in the amount of $82,748.00 (80% of $103,435.00) in fees and expenses of $9,524.96
- Fourteenth interim fee application for the period June 1-30, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Thirteenth interim fee application for the period May 1-31, 2005 in the amount of $53,489.60 (80% of $66,862.00) in fees and expenses of $852.77
- Twelfth interim fee application for the period April 1-30, 2005 in the amount of $21,802.60 (80% of $27,253.25) in fees, expenses of $1,560.48
- Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00 (80% of $54,296.00) in fees, expenses of $4,114.49
- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) in fees, expenses of $2,097.16
- Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) in fees, expenses of $7,490.31

To date, Swidler has received payments from the Debtors during this year in the following amounts:

- $157,379.89 representing 80% of fees and expenses for November and December 2004
- $58,642.05 representing 20% holdback on fees for the time period October through December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005
- $49,342.35 representing 20% holdback on fees for the time period January through March 2005

-2-

- $23,363.08 representing 80% of fees and 100% expenses for April 2005
- $54,342.37 representing 80% of fees and 100% expenses for May 2005
- $81,842.79 representing 80% of fees and 100% expenses for June 2005
- $39,221.45 representing 20% holdback on fees for the time period April through June 2005
- $138,813.93 representing 80% of fees and 100% expenses July-September 2005

## COMPENSATION SUMMARY

### NOVEMBER 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460 | 7.20 | $3,312.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645 | 36.30 | $23,413.50 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545 | 60.40 | $31,773.50[2] |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255 | 82.10 | $20,935.50 |
| Rachael M. Barainca | Legal Assistant | $100 | 30.90 | $3,090.00 |
| Stephen Cruzado | Legal Assistant | $165 | 5.50 | $907.50 |
| Debra O. Fullem | Senior Legal Assistant | $195 | 21.60 | $4,212.00 |
| Total | | | 244.00 | $87,644.00 |
| Blended Rate: $359.19 | | | | |

---

2   This amount reflects a reduction of $1,144.50 for non-working travel time.

## COMPENSATION BY PROJECT CATEGORY

### NOVEMBER 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 13.40 | $1,882.50 |
| Compensation of Professionals-Swidler | 13.30 | $2,610.50 |
| Compensation of Professionals-Other | 4.70 | $755.00 |
| Litigation | 192.20 | $77,191.50 |
| Retention of Professionals-Swidler | 9.70 | $2,085.50 |
| Retention of Professionals-Other | 6.50 | $1,974.50 |
| Travel Time (Non-Working) | 4.20 | $1,144.50 |
| **TOTAL** | **244.00** | **$87,644.00** |

## EXPENSE SUMMARY

### NOVEMBER 2005

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $5,140.95 |
| Postage/Federal Express/Courier Fees | $716.83 |
| Phone | $3.40 |
| Secretarial Services | $48.00 |
| Travel | $1,122.50 |
| **TOTAL** | **$7,031.68** |

Respectfully submitted,

SWIDLER BERLIN LLP

Dated: January 10, 2006    By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

-4-

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., <u>et al</u>. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

### VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 10th DAY OF JANUARY, 2006

_Cheryl L. Best_
Notary Public

My commission expires: _11-14-10_

```
CHERYL L. BEST
NOTARY PUBLIC
District of Columbia
My Commission Expires November 14, 2010
```

# EXHIBIT A
# SWIDLER BERLIN LLP
# INVOICES TO THE
# NOVEMBER 2005 FEE APPLICATION

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296369

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/01/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/01/05 | Rachael M. Barainca | Search docket for Estimator filing for D. Felder. | 0.80 |
| 11/01/05 | Rachael M. Barainca | Update pleadings binders. | 0.80 |
| 11/02/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 11/02/05 | Rachael M. Barainca | Update pleadings binders. | 1.50 |
| 11/03/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/03/05 | Debra L. Felder | Review docket and pleadings and update calendar of hearings and deadlines. | 0.70 |
| 11/04/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/07/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/07/05 | Debra L. Felder | Review docket and recently filed pleadings (.6); update calendar of hearings and deadlines (.3). | 0.90 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
12/20/05  
Page 2

CLIENT:  25369  
MATTER:  .0001  
INVOICE:  296369

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/09/05 | Debra L. Felder | Review agenda for omnibus hearing on November 14, 2005. | 0.10 |
| 11/09/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/10/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.10 |
| 11/14/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 11/15/05 | Debra L. Felder | Review recently filed pleadings and update calendar of hearings and deadlines. | 0.30 |
| 11/16/05 | Debra L. Felder | Review recently filed pleadings and update calendar of hearings and deadlines. | 0.50 |
| 11/16/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/17/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.10 |
| 11/18/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.10 |
| 11/21/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/22/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/23/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/23/05 | Rachael M. Barainca | Update pleadings binder. | 0.90 |
| 11/23/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 11/28/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 11/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
12/20/05                                                     MATTER: .0001
Page 3                                                       INVOICE: 296369

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/29/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/29/05 | Rachael M. Barainca | Update pleadings binder. | 1.60 |
| 11/29/05 | Debra L. Felder | Review recently filed pleadings and update calendar of hearings and deadlines. | 0.40 |
| 11/30/05 | Debra L. Felder | Review certificate of counsel regarding revised omnibus hearing times. | 0.10 |
| 11/30/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 11/30/05 | Rachael M. Barainca | Update pleadings binder. | 0.80 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 3.50 | $892.50 |
| Rachael M. Barainca | $100.00 | 9.90 | $990.00 |
| **TOTAL HOURS & FEES** | | **13.40** | **$1,882.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 36.30 |
| Telephone | 2.56 |
| **TOTAL OTHER CHARGES** | **$38.86** |

CURRENT INVOICE DUE......................................................................$1,921.36

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296369

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES.................................................................................$1,882.50

TOTAL OTHER CHARGES.............................................................$38.86

**TOTAL AMOUNT DUE** ...............................................................**$1,921.36**

***REMITTANCE INFORMATION:***

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

U.S. Electronic Funds Transfer:
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:   054001220

International Electronic Funds Transfer:
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:         PNBPUS33
CHIPS:              0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0011

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296373

RE:  Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/07/05 | Debra O. Fullem | Review and respond to e-mail from R. Malstrom re status of payments to be received. | 0.10 |
| 11/08/05 | Debra O. Fullem | Prepare update to fee summaries and provide to R. Malstrom. | 0.20 |
| 11/08/05 | Debra O. Fullem | Review docket for status of fee applications filed, objection deadlines, hearings. | 0.10 |
| 11/09/05 | Richard H. Wyron | Review October pre-bill. | 0.40 |
| 11/10/05 | Debra O. Fullem | Telephone call from S. Bossay at fee auditor's office regarding status of quarterly filings by SB, FCR, and other professionals; review docket; update S. Bossay regarding status. | 0.50 |
| 11/10/05 | Debra O. Fullem | Prepare fifth quarterly filing for Swidler. | 1.30 |
| 11/10/05 | Debra O. Fullem | Review docket; prepare CNO for August fee application. | 0.30 |
| 11/11/05 | Debra O. Fullem | Review, revise and finalize Swidler's Fifth Quarterly and coordinate filing of same. | 1.80 |
| 11/11/05 | Debra O. Fullem | Review docket; prepare CNO for August fee application; coordinate filing and serving of same. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                                CLIENT: 25369
12/20/05                                                                 MATTER: 0011
Page 2                                                                   INVOICE: 296373

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/11/05 | Richard H. Wyron | Review fee application drafts and follow-up with D. Fullem. | 0.30 |
| 11/15/05 | Debra O. Fullem | Telephone call from S. Bossay; prepare e-mail to S. Bossay attaching fifth quarterly fee application for the period. | 0.30 |
| 11/18/05 | Debra O. Fullem | Prepare CNO for September fee application; coordinate filing and serving of same. | 0.30 |
| 11/18/05 | Debra O. Fullem | Update R. Wyron regarding overall status of fee application filings, CNOs, timing of payments, etc. | 0.10 |
| 11/18/05 | Debra O. Fullem | Confer with R. Barainca regarding seventh quarterly filing; follow up questions on same. | 0.50 |
| 11/18/05 | Rachael M. Barainca | Prepare Sixth Quarterly Interim Fee Application for Swidler Berlin LLP. | 2.40 |
| 11/21/05 | Debra O. Fullem | Confer with R. Barainca re status of Swidler's quarterly for period for July-September. | 0.20 |
| 11/21/05 | Debra O. Fullem | Review R. Wyron chart of likely receipts in 2005; prepare e-mail to R. Wyron with comments to same. | 0.20 |
| 11/21/05 | Debra O. Fullem | Review October prebills. | 0.30 |
| 11/21/05 | Debra O. Fullem | Confer with R. Wyron; prepare e-mail to S. Bossay regarding Fifth Quarterly Fee Application. | 0.20 |
| 11/22/05 | Debra O. Fullem | Follow up with P. Reyes regarding status of October prebills and corrections to be made thereto. | 0.10 |
| 11/23/05 | Debra O. Fullem | Review CNOs for period August and September and send same to J. Port at Grace requesting payment. | 0.40 |
| 11/28/05 | Debra O. Fullem | Review and update fee summary spreadsheet. | 0.50 |
| 11/28/05 | Debra O. Fullem | Review e-mail from R. Wyron with examinder's report; review examiner's report with professionals' fees and expenses to confirm all correct; respond to e-mail from R. Wyron. | 0.50 |
| 11/29/05 | Debra O. Fullem | Organize and assemble fee application files. | 1.00 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
12/20/05
Page 3

CLIENT: 25369
MATTER: .0011
INVOICE: 296373

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/29/05 | Debra O. Fullem | Prepare Certificate of No Objection for September fee application; coordinate filing and serving of same; prepare e-mail to D. Bakoussis at CE with copy of CNO and requesting payment on same. | 0.60 |
| 11/29/05 | Debra O. Fullem | Follow up e-mail to J. Port at Grace regarding Certificates of No Objection filed on July-September fee applications. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.70 | $381.50 |
| Rachael M. Barainca | $100.00 | 2.40 | $240.00 |
| Debra O. Fullem | $195.00 | 10.20 | $1,989.00 |
| **TOTAL HOURS & FEES** | | **13.30** | **$2,610.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 679.05 |
| Telephone | 0.05 |
| Postage | 15.30 |
| DC Secretarial/Staff Overtime | 48.00 |
| Federal Express | 84.50 |
| **TOTAL OTHER CHARGES** | **$826.90** |

CURRENT INVOICE DUE.................................................................**$3,437.40**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/20/05

OUR REFERENCE: 25369.0011

INVOICE NUMBER: 296373

## INVOICE SUMMARY

TOTAL FEES..................................................................................$2,610.50

TOTAL OTHER CHARGES .......................................................$826.90

**TOTAL AMOUNT DUE** ........................................................$3,437.40

***REMITTANCE INFORMATION:***

<u>U.S. Mail:</u>

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

<u>U.S. Electronic Funds Transfer:</u>

Name of Bank:       Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
ABA Routing No.:   054001220

<u>International Electronic Funds Transfer:</u>

Name of Bank:       Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
Swift Code:           PNBPUS33
CHIPS:                 0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296374

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/07/05 | Debra O. Fullem | Prepare e-mail to G. Poirier at Tillinghast along with Grace administrative order; sample fee applications for review to prepare same for Tillinghast; and memos prepared regarding fee auditor objections and issues with fee applications. | 0.80 |
| 11/08/05 | Debra O. Fullem | Review and revise notice and pleadings regarding objection deadlines for CIBC August and September fee applications; coordinate filing and serving of same. | 0.50 |
| 11/10/05 | Debra O. Fullem | Prepare fifth quarterly filing for D. Austern. | 1.00 |
| 11/14/05 | Debra O. Fullem | Review and respond to e-mail from R. Chatterjee at CIBC regarding filing of quarterly fee application. | 0.10 |
| 11/15/05 | Debra O. Fullem | Prepare CIBC's quarterly fee application for July-September for filing and service. | 0.60 |
| 11/18/05 | Rachael M. Barainca | Meet with D. Fullem in regard to the quarterlies. | 0.40 |
| 11/21/05 | Rachael M. Barainca | Update memo regarding Fee Auditor's reports. | 1.30 |

### SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
12/20/05  
Page 2

CLIENT: 25369  
MATTER: .0012  
INVOICE: 296374

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Rachael M. Barainca | $100.00 | 1.70 | $170.00 |
| Debra O. Fullem | $195.00 | 3.00 | $585.00 |
| **TOTAL HOURS & FEES** | | **4.70** | **$755.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 2,577.45 |
| Telephone | 0.49 |
| Postage | 177.63 |
| Federal Express | 122.32 |
| **TOTAL OTHER CHARGES** | **$2,877.89** |

**CURRENT INVOICE DUE**................................................................**$3,632.89**

# SWIDLER BERLIN LLP

### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0012

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296374

## INVOICE SUMMARY

TOTAL FEES......................................................................................$755.00

TOTAL OTHER CHARGES ...........................................................$2,877.89

**TOTAL AMOUNT DUE** ..............................................................$3,632.89

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0007

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296370

RE:  Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/01/05 | Richard H. Wyron | Review information for Tillinghast meeting and outline discussion points (1.3); meet with Tillinghast and follow-up notes (3.1); follow-up on ZAI call and e-mail to D. Austern regarding same (.3); review revised draft 2019 orders and provide comments (.3); review Grace 8-K and earnings report, and e-mails regarding same (.6). | 5.60 |
| 11/01/05 | Debra L. Felder | Conference with R. Frankel, R. Wyron, J. Biggs and G. Poirier regarding estimation proceeding (2.5); review W.R. Grace docket and pleadings regarding experts (1.0); conference with R. Wyron and D. Fullem regarding same (.5). | 4.00 |
| 11/01/05 | Monique D. Almy | Review Order (Bench Filed) For the Withdrawal and Expungement of 1495 Asbestos Property Damage Claims. | 0.10 |
| 11/01/05 | Roger L. Frankel | Confer with R. Wyron; review file in preparation for meeting (.3); conference with D. Austern prior to J. Biggs meeting (.5). | 0.80 |
| 11/01/05 | Roger L. Frankel | Draft agenda in preparation for meeting with J. Biggs. | 1.20 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)    CLIENT: 25369
12/20/05    MATTER: 0007
Page 2    INVOICE: 296370

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/01/05 | Roger L. Frankel | Confer with J. Biggs, G. Poirier, R. Wyron and D. Austern re claims issues, case status, futures study; notes re same. | 2.70 |
| 11/01/05 | Roger L. Frankel | Review e-mails re order on insurer note in estimation proceedings. | 0.30 |
| 11/01/05 | Roger L. Frankel | Confer with R. Wyron re meeting with J. Biggs, et al.; further notes. | 0.40 |
| 11/01/05 | Roger L. Frankel | Review various pleadings re New Jersey action; plaintiffs' firm's opposition to bar date motion. | 1.60 |
| 11/02/05 | Roger L. Frankel | Review pleadings re PD estimation proceeding. | 0.70 |
| 11/02/05 | Debra O. Fullem | Review and reply to e-mail from R. Chatterjee at CIBC regarding question on August hearing transcript. | 0.10 |
| 11/02/05 | Richard H. Wyron | Call with J. Baer and R. Horkovich and follow-up (.3); draft and revise provision for order based upon call (.4); review e-mails regarding discovery between N. Finch and B. Harding (.4). | 1.10 |
| 11/03/05 | Roger L. Frankel | Review proposed Order; consider issues re insurer neutrality in estimation proceedings. | 0.70 |
| 11/03/05 | Richard H. Wyron | Work on insurer 2019 order; review e-mails and revised draft. | 0.50 |
| 11/04/05 | Richard H. Wyron | Review changes to insurer 2019 order (.3); call with J. Baer and R. Horkovich and follow-up notes (.7); draft and revise insert for order and circulate (.6). | 1.60 |
| 11/04/05 | Roger L. Frankel | Review insurers order re estimation process and neutrality; confer with R. Wyron re same; e-mails re same. | 0.50 |
| 11/05/05 | Roger L. Frankel | Review 10-Q, description of asbestos liability, litigation. | 0.60 |
| 11/06/05 | Richard H. Wyron | Review revised 2019 order from J. Baer (.2); review e-mails regarding status of negotiations with insurers (.2). | 0.40 |
| 11/07/05 | Monique D. Almy | Review Motion of the PI Committee for (1) Clarification, or (2) Alternatively, for Modification, of PI Estimation Case Management Order for the Estimation of Personal Injury Liabilities. | 0.50 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                                    CLIENT: 25369
12/20/05                                                                     MATTER: .0007
Page 3                                                                       INVOICE: 296370

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/07/05 | Monique D. Almy | Review Objection to Debtors' Application to Employ for Limited Purpose Bear, Stearns & Co., Inc. as Financial Advisor. | 0.30 |
| 11/07/05 | Monique D. Almy | Review Debtor-In-Possession Monthly Operating Report for Filing Period September 1, 2005 through September 30, 2005 | 0.40 |
| 11/07/05 | Roger L. Frankel | Review time records of D. Siegel, e-mail re same. | 0.20 |
| 11/07/05 | Roger L. Frankel | Confer with R. Wyron re estimation process, discovery. | 0.40 |
| 11/07/05 | Richard H. Wyron | Review dockets and scheduling (.6); confer with R. Frankel regarding strategy (.4); review discovery for 11/8 call (.8); review revisions to Rule 2019 order and provide comments (.4). | 2.20 |
| 11/08/05 | Richard H. Wyron | Participate in most of ZAI conference call, and follow-up discussion with R. Frankel (.9); several calls with M. Hurford and call with N. Finch regarding discovery, and follow-up call with Debtors' counsel (1.3); call with Debtors regarding discovery (.7); confer with R. Frankel, and follow-up notes (.6); review deposition notices and call with M. Hurford regarding same (.3). | 3.80 |
| 11/08/05 | Roger L. Frankel | Telephone conference with J. Fitzgerald re ZAI issues (.6); notes re same (.2); confer with R. Wyron re same (.1). | 0.90 |
| 11/08/05 | Roger L. Frankel | Telephone conference with B. Harding, N. Finch, R. Wyron re PI estimation discovery. | 1.10 |
| 11/08/05 | Roger L. Frankel | Telephone conference with N. Finch, R. Wyron re PI estimation proceeding, allocation, staffing. | 0.80 |
| 11/08/05 | Roger L. Frankel | Review discovery (interrogatories and RFP) propounded by ACC. | 0.80 |
| 11/08/05 | Roger L. Frankel | Review agenda for November 14th hearing, related papers. | 0.40 |
| 11/09/05 | Roger L. Frankel | Telephone conference with D. Austern re case issues, ZAI. | 0.30 |
| 11/09/05 | Rachael M. Barainca | Locate Sealed Air Deposition for D. Felder. | 0.10 |
| 11/09/05 | Richard H. Wyron | Begin review of Sealed Air depositions. | 1.10 |

### SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
12/20/05
Page 4

CLIENT: 25369
MATTER: 0007
INVOICE: 296370

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/09/05 | Debra L. Felder | Review Sealed Air deposition transcripts and conference with R. Barainca regarding same (1.2); draft disclosure of categories of expert witnesses and review Owens Corning and Federal-Mogul dockets regarding same (1.2). | 2.40 |
| 11/09/05 | Monique D. Almy | Review Sealed Air list of depositions for upcoming discovery/discuss. | 0.30 |
| 11/09/05 | Monique D. Almy | Review Order Clarifying the PI Case Management Order. | 0.20 |
| 11/10/05 | Debra L. Felder | Review Debtors' eighth motion to extend exclusive periods, business reports and related pleadings and transcripts (3.5); conference with R. Wyron regarding same (.5). | 4.00 |
| 11/10/05 | Debra L. Felder | Revise designation of categories of expert witnesses (.4); review notes from meeting with J. Biggs and e-mail to R. Wyron regarding same (.3). | 0.70 |
| 11/10/05 | Richard H. Wyron | Review pleadings and prepare for 11/14 hearing (1.8); confer with D. Felder and and review and revise categories of experts pleading (.7). | 2.50 |
| 11/10/05 | Roger L. Frankel | Review C&D draft order re discovery mediator. | 0.30 |
| 11/11/05 | Richard H. Wyron | Review materials from J. Biggs (.7); follow-up on missing items (.2). | 0.90 |
| 11/11/05 | Debra L. Felder | Review dockets in Federal-Mogul, Babcock & Wilcox and U.S. Minerals regarding termination of exclusivity. | 1.00 |
| 11/13/05 | Roger L. Frankel | Review Certain Insurers objection to COC re 2019 statements. | 0.50 |
| 11/14/05 | Roger L. Frankel | Review draft FCR designated categories of experts; review ACC draft re same; further changes re designation. | 0.60 |
| 11/14/05 | Roger L. Frankel | Review materials from J. Biggs re prior testimony and public statements, etc. | 1.40 |
| 11/14/05 | Debra L. Felder | Telephone conference with R. Frankel and R. Wyron regarding designation of categories of expert witnesses (.2); revise and finalize same (.9); review designation filed by PI Committee (.3). | 1.40 |
| 11/14/05 | Debra L. Felder | Review docket regarding Babcock & Wilcox and e-mail to J. Radecki regarding same. | 0.20 |

### SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
12/20/05  
Page 5

CLIENT: 25369  
MATTER: 0007  
INVOICE: 296370

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/14/05 | Richard H. Wyron | Review PD-related materials for hearing (.6); attend omnibus hearing (4.7); review and revise FCR's proposed expert categories designations for PI estimation hearing (.4); review draft of ACC's proposed designations and e-mails regarding same (.3). | 6.00 |
| 11/14/05 | Stephen Cruzado | Office conference with D. Felder re depositions to be uploaded onto Summation (.6); telephone conference with vendor re converting PDF files into text files (.7); attempt to load depositions onto Summation (2.2). | 3.50 |
| 11/14/05 | Rachael M. Barainca | Meet with D. Felder in regard to Sealed Air Deposition Transcripts. | 0.20 |
| 11/14/05 | Rachael M. Barainca | Review Sealed Air deposition. | 1.20 |
| 11/14/05 | Monique D. Almy | Attend Omnibus Hearing telephonically. | 2.70 |
| 11/14/05 | Monique D. Almy | Attend Omnibus Hearing (continued) telephonically. | 1.30 |
| 11/14/05 | Monique D. Almy | Attend further continuance of telephonic Omnibus Hearing. | 1.00 |
| 11/14/05 | Monique D. Almy | Review Motion to Extend Time For an Order Pursuant to 11 U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods In Which To File a Chapter 11 Plan and To Solicit Votes Thereon. | 0.40 |
| 11/15/05 | Rachael M. Barainca | Review Sealed Air deposition. | 2.10 |
| 11/15/05 | Richard H. Wyron | Review exclusivity motion and follow-up with R. Frankel (.7); work on timeline and argument (.6). | 1.30 |
| 11/15/05 | Debra L. Felder | Telephone conference with R. Wyron regarding objection to exclusivity (.1); review Debtors' ninth motion to extend exclusivity (.5); e-mails to R. Frankel and R. Wyron regarding same (.2); review hearing transcripts in preparation for drafting objection to exclusivity (2.4); draft objection to exclusivity (7.8); draft notice of deposition (.4). | 11.40 |
| 11/15/05 | Debra L. Felder | Review Sealed Air depositions and biographies, and conferences with R. Barainca regarding same. | 1.00 |
| 11/15/05 | Roger L. Frankel | Review detailed entries re agenda for November 21 hearing. | 0.40 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
12/20/05  
Page 6

CLIENT: 25369  
MATTER: 0007  
INVOICE: 296370

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/15/05 | Roger L. Frankel | Review Debtors' categories of expert testimony and notes re same. | 0.40 |
| 11/15/05 | Roger L. Frankel | Series of e-mails re discovery and exclusivity (.5); confer with R. Wyron re hearing issues (.3). | 0.80 |
| 11/16/05 | Debra L. Felder | Conference with R. Barainca regarding timeline of plan discussions and review and revise same (1.0); continue drafting objection to ninth motion to extend exclusivity (10.5); revise notice of deposition (.2). | 11.70 |
| 11/16/05 | Richard H. Wyron | Review e-mails on various discovery and deposition issues, and respond. | 0.60 |
| 11/16/05 | Rachael M. Barainca | Meet with D. Felder regarding Exclusivity Timeline. | 0.50 |
| 11/16/05 | Rachael M. Barainca | Edit Exclusivity Timeline. | 1.50 |
| 11/17/05 | Rachael M. Barainca | Meet with D. Felder in regard to searching for Plans of Reorganization that were filed after the exclusivity was denied in different cases. | 0.20 |
| 11/17/05 | Rachael M. Barainca | Create list of Plans of Reorganization that were filed in Federal-Mogul, Babcock & Wilcox, and U.S. Minerals after the exclusivity was denied. | 1.80 |
| 11/17/05 | Rachael M. Barainca | Edit summary of Sealed Air deponents. | 1.30 |
| 11/17/05 | Richard H. Wyron | Review Debtors' responses to PI Committee's discovery (.9); review materials for J. Flynn deposition (.6); attend J. Flynn deposition (2.8); review materials produced at J. Flynn deposition (1.1); confer with various parties on discovery issues and follow-up notes (.8); review and revise draft notice of deposition (.3); review draft exclusivity response (.6). | 7.10 |
| 11/17/05 | Debra L. Felder | Review application to employ Casner Edwards (.1); review Sealed Air depositions (.3). | 0.40 |
| 11/17/05 | Debra L. Felder | Conference with R. Barainca regarding timeline of plan discussions and docket review. | 0.20 |
| 11/18/05 | Debra L. Felder | Telephone conference with R. Wyron regarding objection to exclusivity (.2); review same (1.5); review hearing transcripts from February, March and May, 2004 and January 2005 (2.8). | 4.50 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
12/20/05
Page 7

CLIENT: 25369
MATTER: .0007
INVOICE: 296370

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/18/05 | Rachael M. Barainca | Begin review of Stallard deposition. | 0.20 |
| 11/18/05 | Stephen Cruzado | Upload depositions onto Summation and office conference with D. Felder re same. | 2.00 |
| 11/18/05 | Richard H. Wyron | Review revised draft of objection to exclusivity and provide comments (.8); review draft Radecki declaration (.5). | 1.30 |
| 11/19/05 | Roger L. Frankel | Review series of e-mails re discovery, litigation, dockets. | 0.40 |
| 11/20/05 | Richard H. Wyron | Review draft of objection to exclusivity (.4); review draft J. Radecki declaration (.3). | 0.70 |
| 11/21/05 | Roger L. Frankel | Review issues and e-mails re litigation (.4); confer with R. Wyron re status and strategy (.5). | 0.90 |
| 11/21/05 | Richard H. Wyron | Review materials for November 22 discovery meeting (.6); begin review of depositions for November 28 meeting (1.2). | 1.80 |
| 11/22/05 | Richard H. Wyron | Review materials for discovery conference (1.2); participate in discovery conference at Kirkland & Ellis; follow-up notes re same (2.3); confer with R. Frankel; notes re same (.3); review supplemental designation of experts (.4). | 4.20 |
| 11/22/05 | Roger L. Frankel | Review escrow agreement for Everest (.6); telephone conference with D. Austern re approval of same (.2). | 0.80 |
| 11/22/05 | Roger L. Frankel | Review draft objection to extend exclusivity period (2.1); confer with D. Felder re same. (.4). | 2.50 |
| 11/22/05 | Roger L. Frankel | Confer with R. Wyron re discovery meeting, strategy and discovery issues. | 0.50 |
| 11/22/05 | Rachael M. Barainca | Assist D. Felder in retrieving document for exclusivity issue. | 0.20 |
| 11/22/05 | Debra L. Felder | Review categories of expert witnesses filed by the Debtors, PI, PD, the Equity Committee and the Unsecured Creditors Committee (.6); draft FCR's supplemental designation of categories of expert witnesses (.3); draft document request to Debtors regarding estimation (1.8). | 2.70 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT: 25369
12/20/05                                                     MATTER: 0007
Page 8                                                       INVOICE: 296370

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/22/05 | Debra L. Felder | Begin drafting D. Austern declaration in support of objection to exclusivity motion (1.0); conference with R. Frankel regarding same (.3). | 1.30 |
| 11/23/05 | Debra L. Felder | Conference with R. Barainca regarding Sealed Air deposition transcripts and exhibits (.2); begin reviewing deposition transcript of D. Siegel (1.5). | 1.70 |
| 11/24/05 | Roger L. Frankel | Review, revise draft affidavit of D. Austern, exhibit in connection with opposition to exclusivity. | 0.90 |
| 11/25/05 | Roger L. Frankel | Review materials re Dupont royalty payoff. | 0.50 |
| 11/25/05 | Roger L. Frankel | Series of e-mails re exclusivity issues, review arguments. | 0.90 |
| 11/25/05 | Richard H. Wyron | Review draft exclusivity objection and supporting declaration (1.1); e-mail to R. Frankel, D. Felder and D. Austern re same; follow-up notes (.5). | 1.60 |
| 11/26/05 | Debra L. Felder | Review deposition transcript of D. Siegel and prepare summary regarding same. | 5.80 |
| 11/27/05 | Debra L. Felder | Review deposition transcripts of J. Hughes and T. Florence and prepare summaries regarding same (6.1); revise designation of supplemental categories of expert witnesses (.2); revise objection to exclusivity (1.0). | 7.30 |
| 11/27/05 | Roger L. Frankel | Review issues re arguments, facts opposing exclusivity. | 0.60 |
| 11/28/05 | Roger L. Frankel | Review deposition summaries in preparation for meeting at C&D (.8); prepare notes re strategy issues (.9). | 1.70 |
| 11/28/05 | Roger L. Frankel | Confer with Messrs. Lockwood, Finch, Wyron and Ms. Felder at Caplin re estimation litigation, strategy, discovery. | 4.60 |
| 11/28/05 | Roger L. Frankel | Review with R. Wyron issues list re exclusivity; telephone conference with D. Austern re affidavit. | 0.60 |
| 11/28/05 | Debra L. Felder | Finalize designation of supplemental categories of expert witnesses (.3); conference with R. Barainca regarding same (.1); conference with P. Lockwood, N. Finch, J. Liesemer, A. VanGrack, R. Frankel and R. Wyron regarding estimation trial (4.5). | 4.90 |
| 11/28/05 | Debra L. Felder | Revise objection to exclusivity motion. | 3.00 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                                    CLIENT: 25369
12/20/05                                                                      MATTER: 0007
Page 9                                                                        INVOICE: 296370

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/28/05 | Richard H. Wyron | Prepare for meeting with ACC counsel (.4); review summaries of depositions (.3); meet with ACC counsel re exclusivity and estimation (3.7); follow-up notes re issues (.4). | 4.80 |
| 11/28/05 | Rachael M. Barainca | Meet with D. Felder regarding Service List. | 0.20 |
| 11/28/05 | Rachael M. Barainca | Edit service list. | 0.70 |
| 11/28/05 | Rachael M. Barainca | Prepare and serve FCR's experts designations. | 1.70 |
| 11/29/05 | Rachael M. Barainca | Edit timeline of plan discussions. | 0.50 |
| 11/29/05 | Rachael M. Barainca | Print and organize expert information for D. Felder. | 0.30 |
| 11/29/05 | Debra L. Felder | Telephone conferences with J. Radecki regarding declaration in support of objection to exclusivity (.2); telephone conference with R. Frankel regarding same (.1). | 0.30 |
| 11/29/05 | Debra L. Felder | E-mail correspondence with B. Harding regarding claims database. | 0.10 |
| 11/29/05 | Roger L. Frankel | Review and prepare notes re J. Radecki affidavit. | 0.60 |
| 11/29/05 | Roger L. Frankel | Review and revise objection to extension of exclusivity. | 1.70 |
| 11/30/05 | Debra L. Felder | Revise objection to exclusivity (2.5); conference with R. Barainca regarding timeline of plan discussions and review same (.4); conference with R. Wyron regarding Radecki declaration (.1). | 3.00 |
| 11/30/05 | Debra L. Felder | Telephonic participation in conference call with Debtors and representatives from the PI and PD committee regarding estimation discovery disputes (4.7); conference with R. Wyron regarding same (.1); review letter from B. Harding regarding questionnaires (.1). | 4.90 |
| 11/30/05 | Richard H. Wyron | Review and revise D. Austern Declaration (2.3); confer with D. Felder (several times) re discovery and objection to exclusivity, and follow-up notes (.6); call to J. Radecki re objection to proposed transactions, and follow-up with e-mails to ACC and PD (.4). | 3.30 |
| 11/30/05 | Rachael M. Barainca | Edit timeline of plan discussions. | 0.20 |
| 11/30/05 | Rachael M. Barainca | Meet with Debra Felder to discuss edits for the timeline of plan discussions. | 0.20 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
12/20/05
Page 10

CLIENT:  25369
MATTER:  0007
INVOICE: 296370

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Monique D. Almy | $460.00 | 7.20 | $3,312.00 |
| Roger L. Frankel | $645.00 | 36.00 | $23,220.00 |
| Richard H. Wyron | $545.00 | 52.40 | $28,558.00 |
| Debra L. Felder | $255.00 | 77.90 | $19,864.50 |
| Rachael M. Barainca | $100.00 | 13.10 | $1,310.00 |
| Stephen Cruzado | $165.00 | 5.50 | $907.50 |
| Debra O. Fullem | $195.00 | 0.10 | $19.50 |
| **TOTAL HOURS & FEES** | | **192.20** | **$77,191.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 1,848.15 |
| Telephone | 0.30 |
| Postage | 317.08 |
| Travel/Airfare | 888.70 |
| Travel/Parking | 18.00 |
| Travel/Rental | 132.00 |
| Travel/Taxis | 6.00 |
| Travel/Tolls | 77.80 |
| **TOTAL OTHER CHARGES** | **$3,288.03** |

**CURRENT INVOICE DUE**..................................................................**$80,479.53**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598


David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683


OUR REFERENCE: 25369.0007

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296370


## INVOICE SUMMARY

TOTAL FEES..................................................................................$77,191.50

TOTAL OTHER CHARGES .......................................................$3,288.03

**TOTAL AMOUNT DUE** ........................................................**$80,479.53**


**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:       Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:    054001220

**International Electronic Funds Transfer:**
Name of Bank:       Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:         PNBPUS33
CHIPS:              0509
ABA Routing No.:    026005092


**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0009

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296371

RE:  Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 11/01/05 | Debra O. Fullem | Review e-mails regarding Sealed Air (.20); confer with R. Wyron regarding supplemental disclosure in Grace regarding Sealed Air (.20); prepare draft supplemental disclosure of same and provide to R. Wyron (.6); review comments (.1); prepare revised draft of same (.2). | 1.30 |
| 11/01/05 | Rachael M. Barainca | Compile list of new appearances entered from August 2004-Present. | 0.80 |
| 11/02/05 | Rachael M. Barainca | Compile list of new appearances entered from August 2004-Present. | 1.50 |
| 11/03/05 | Rachael M. Barainca | Complete list of new appearances entered from August 2004-Present. | 1.50 |
| 11/03/05 | Debra O. Fullem | Discuss with R. Barainca regarding list of parties who entered appearance in the case to be prepared from August 2004 to present. | 0.20 |
| 11/14/05 | Debra O. Fullem | Confer with R. Wyron re supplemental disclosure; review conflict reports and tab relevant information for R. Wyron; provide draft disclosure and conflict reports to R. Wyron for review and comment. | 1.00 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
12/20/05  
Page 2

CLIENT: 25369  
MATTER: .0009  
INVOICE: 296371

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 11/20/05 | Richard H. Wyron | Review and revise draft supplemental declaration providing additional disclosures (.4); review conflicts system printouts (.3). | 0.70 |
| 11/21/05 | Richard H. Wyron | Review disclosure issues with D. Fullem (.3); review draft language (.2). | 0.50 |
| 11/21/05 | Debra O. Fullem | Confer with R. Wyron regarding updates to disclosures; prepare e-mail to J. VanOver and C. Wang regarding same; prepare updates to affidavit. | 0.80 |
| 11/22/05 | Debra O. Fullem | Confer with R. Wyron regarding proposed supplemental disclosure of R. Frankel and edits thereto (.2); confer with R. Frankel regarding his comments/edits (.1); prepare revision to Fourth Supplemental Disclosure and provide to R. Wyron and R. Frankel for review (.5); finalize and coordinate filing and service of same (.3). | 1.10 |
| 11/22/05 | Roger L. Frankel | Review and finalize supplemental declaration. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|-------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.30 | $193.50 |
| Richard H. Wyron | $545.00 | 1.20 | $654.00 |
| Rachael M. Barainca | $100.00 | 3.80 | $380.00 |
| Debra O. Fullem | $195.00 | 4.40 | $858.00 |
| TOTAL HOURS & FEES | | 9.70 | $2,085.50 |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| TOTAL OTHER CHARGES | $0.00 |

CURRENT INVOICE DUE..............................................................................$2,085.50

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0009

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296371

## INVOICE SUMMARY

TOTAL FEES.................................................................................$2,085.50

TOTAL OTHER CHARGES.................................................................$0.00

**TOTAL AMOUNT DUE** ................................................................**$2,085.50**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:         PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0010

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296372

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/01/05 | Debra O. Fullem | Confer with R. Wyron and D. Felder regarding Tillinghast and supplemental engagement letter (.4); review invoices prepared by Tillinghast (.2); review previous e-mails to Greg Poirier at Tillinghast (.3); determine information to be sent to Tillinghast (.1). | 1.00 |
| 11/02/05 | Debra O. Fullem | Review file and engagement letter to Tillinghast's employment application (.2); prepare draft of supplemental engagement letter with updated information per R. Wyron (.9). | 1.10 |
| 11/03/05 | Debra O. Fullem | Review and revise Tillinghast supplemental engagement letter and circulate to R. Wyron and D. Felder for review (.5); confer with D. Felder and R. Wyron regarding same and obtain their comments (.5); prepare revised draft and re-circulate (.3). | 1.30 |
| 11/03/05 | Debra L. Felder | Conference with D. Fullem regarding Tillinghast engagement agreement (.1); review same (.4). | 0.50 |
| 11/06/05 | Richard H. Wyron | Review and revise Tillinghast supplemental engagement letter. | 0.40 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
12/20/05
Page 2

CLIENT: 25369
MATTER: .0010
INVOICE: 296372

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/07/05 | Debra L. Felder | Review supplemental engagement letter for Tillinghast (.1); e-mails to D. Fullem regarding same (.1). | 0.20 |
| 11/07/05 | Richard H. Wyron | Review and revise amended engagement letter for Tillinghast. | 0.60 |
| 11/07/05 | Debra O. Fullem | Confer with R. Wyron and D. Felder; review and revise Tillinghast engagement letter. | 0.50 |
| 11/11/05 | Richard H. Wyron | Review and revise amended engagement letter for Tillinghast, and draft e-mail to circulate. | 0.90 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 1.90 | $1,035.50 |
| Debra L. Felder | $255.00 | 0.70 | $178.50 |
| Debra O. Fullem | $195.00 | 3.90 | $760.50 |
| **TOTAL HOURS & FEES** | | **6.50** | **$1,974.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**................................................................**$1,974.50**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0010

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296372

## INVOICE SUMMARY

TOTAL FEES.................................................................................$1,974.50

TOTAL OTHER CHARGES.................................................................$0.00

**TOTAL AMOUNT DUE** .................................................................$1,974.50

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

*Please Note Our Reference and Invoice Numbers When Making Payment*

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0014

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296375

RE:  Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/14/05 | Richard H. Wyron | Travel to and from Wilmington for omnibus hearing. | 2.00 |
| 11/17/05 | Richard H. Wyron | Travel to and from New Jersey for deposition of J. Flynn. | 2.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $272.50 | 4.20 | $1,144.50 |
| **TOTAL HOURS & FEES** | | **4.20** | **$1,144.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$1,144.50

# SWIDLER BERLIN LLP

### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0014

INVOICE DATE: 12/20/05
INVOICE NUMBER: 296375

## INVOICE SUMMARY

TOTAL FEES.................................................................................$1,144.50

TOTAL OTHER CHARGES.......................................................$0.00

**TOTAL AMOUNT DUE** ...............................................................**$1,144.50**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:         Swidler Berlin LLP
Account No.:           2000024531692
ABA Routing No.:    054001220

**International Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:         Swidler Berlin LLP
Account No.:           2000024531692
Swift Code:            PNBPUS33
CHIPS:                  0509
ABA Routing No.:    026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**