# EXHIBIT C

# SWIDLER BERLIN LLP

# FEE APPLICATION FOR THE TIME PERIOD

# <u>DECEMBER 1-31, 2005</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 22, 2006 at 4:00p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO TWENTIETH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | December 1, 2005 through December 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $76,812.84 |
| 80% of fees to be paid: | $56,789.40[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 5,826.09 |
| Total Fees @ 80% and 100% Expenses: | $62,615.49 |

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___    interim    _X_    monthly    ___    final application.

The total time expended for fee application preparation during this time period is 6.70 hours and the corresponding fees are $1,726.50 and $56.41 in expenses for Swidler's fee applications and 26.90 hours and $3,321.50 in fees and $133.13 in expenses for the FCR and/or is other professional's fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's twentieth interim fee application for the period December 1-31, 2005. Swidler has previously filed the following fee applications in the case this year:

- Nineteenth interim fee application for the period November 1-30, 2005 in the amount of $70,115.20 (80% of $87,644.00) in fees and expenses of $7,031.68
- Eighteenth interim fee application for the period October 1-31, 2005 in the amount of $30,216.00 (80% of $37,770.00) in fees and expenses of $2,719.36
- Seventeenth interim fee application for the period September 1-30, 2005 in the amount of $11,134.60 (80% of $13,918.25) in fees and expenses of $288.43
- Sixteenth interim fee application for the period August 1-31, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Fifteenth interim fee application for the period July 1-31, 2005 in the amount of $82,748.00 (80% of $103,435.00) in fees and expenses of $9,524.96
- Fourteenth interim fee application for the period June 1-30, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Thirteenth interim fee application for the period May 1-31, 2005 in the amount of $53,489.60 (80% of $66,862.00) in fees and expenses of $852.77
- Twelfth interim fee application for the period April 1-30, 2005 in the amount of $21,802.60 (80% of $27,253.25) in fees, expenses of $1,560.48
- Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00 (80% of $54,296.00) in fees, expenses of $4,114.49
- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) in fees, expenses of $2,097.16
- Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) in fees, expenses of $7,490.31

To date, Swidler has received payments from the Debtors during this year in the following amounts:

- $157,379.89 representing 80% of fees and expenses for November and December 2004
- $58,642.05 representing 20% holdback on fees for the time period October through December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005

- $23,363.08 representing 80% of fees and 100% expenses for April 2005
- $54,342.37 representing 80% of fees and 100% expenses for May 2005
- $81,842.79 representing 80% of fees and 100% expenses for June 2005
- $39,221.45 representing 20% holdback on fees for the time period April-June 2005
- $138,813.93 representing 80% of fees and 100% of expenses July-September 2005

# COMPENSATION SUMMARY

## DECEMBER 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460 | 5.10 | $2,346.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645 | 26.70 | $16,092.75[2] |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545 | 20.10 | $10,954.50 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255 | 87.60 | $21,636.75[3] |
| Robert L. Lamborn | First Year Associate; 5 months relevant experience; 2005, Corporate | $215 | 37.40 | $7,449.75[4] |
| Katherine Thomas | Associate, 2 years in position; 2 years relevant experience; 2004, Bankruptcy | $215 | 14.20 | $3,053.00 |
| Rachael M. Barainca | Legal Assistant | $100 | 75.00 | $7,225.00[5] |
| Richard Pavlak | Legal Assistant | $150 | .30 | $45.00 |
| Debra O. Fullem | Senior Legal Assistant | $195 | 11.2 | $2,184.00 |
| Total | | | 277.6 | $70,986.75 |
| Blended Rate: $255.72 | | | | |

---

2 This amount reflects a reduction of $1,128.75 for the 50% discount rate non-working travel.

3 This amount reflects a reduction of $701.25 for the 50% discount rate non-working travel.

4 This amount reflects a reduction of $591.25 for the 50% discount rate non-working travel.

5 This amount reflects a reduction of $275.00 for the 50% discount rate non-working travel.

## COMPENSATION BY PROJECT CATEGORY

### DECEMBER 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 16.80 | $2,408.00 |
| Compensation of Professionals-Swidler | 6.70 | $1,726.50 |
| Compensation of Professionals-Other | 26.90 | $3,231.50 |
| Litigation | 183.40 | $55,429.00 |
| Plan & Disclosure Statement | 23.30 | $5,368.00 |
| Retention of Professionals-Other | .50 | $127.50 |
| Travel Time (Non-Working) | 20.00 | $2,696.25 |
| **TOTAL** | **277.60** | **$70,986.75** |

### EXPENSE SUMMARY

### DECEMBER 2005

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $305.65 |
| Postage/Federal Express/Courier Fees | $169.83 |
| Phone | $2.10 |
| Computerized Legal Research | $410.90 |
| Meal Charges | $955.87 |
| Ground Transportation/Taxis/Tolls | $212.85 |
| Airfare | $2,016.95 |
| Lodging | $1,751.94 |
| **TOTAL** | **$5,826.09** |

Respectfully submitted,

SWIDLER BERLIN LLP

Dated: February 2, 2006

By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

-4-

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: February 22, 2006 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### TWENTIETH MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, counsel to David T. Austern, Future Claimants' Representative (the

"FCR"), has filed and served its Twentieth Monthly Application of Swidler Berlin LLP for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period December 1, 2005 through December 31, 2005 seeking payment of fees in the

amount of $56,789.40 (80% of $76,812.84) and expenses in the amount of $5,826.09 for a total

amount of $62,615.49 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **February 22, 2006 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

Dated: February 2, 2006          By: _____
                                     Roger Frankel, admitted *pro hac vice*
                                     Richard H. Wyron, admitted *pro hac vice*
                                     3000 K Street, NW, Suite 300
                                     Washington, DC 20007
                                     (202) 424-7500
                                     Co-Counsel to David T. Austern, Future Claimants
                                     Representative

                                 --and--

                                     PHILLIPS, GOLDMAN & SPENCE, P.A.
                                     John C. Phillips, Jr. (#110)
                                     1200 North Broom Street
                                     Wilmington, DE 19806
                                     (302) 655-4200
                                     (302) 655-4210 (fax)
                                     Co-Counsel to David T. Austern, Future Claimants
                                     Representative

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al</u>. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## <u>VERIFICATION</u>

### DISTRICT OF COLUMBIA, TO WIT:

Richard H. Wyron, after being duly sworn according to law, deposes and says:

1.     I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.     I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

Richard H. Wyron

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 2nd DAY OF FEBRUARY, 2006

Notary Public

My commission expires: 11-14-10

```
CHERYL L. BEST
NOTARY PUBLIC
District of Columbia
My Commission Expires November 14, 2010
```

# EXHIBIT A
# SWIDLER BERLIN LLP
# INVOICES TO THE
# DECEMBER 2005 FEE APPLICATION

# SWIDLER BERLIN LLP
FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297995

CLIENT/CASE: 25369.0001

RE: Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/01/05 | Rachael M. Barainca | Update pleadings binders. | 2.00 |
| 12/02/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/02/05 | Rachael M. Barainca | Update pleadings binders. | 1.60 |
| 12/02/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.60 |
| 12/05/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 12/05/05 | Rachael M. Barainca | Update pleadings binders. | 1.60 |
| 12/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/07/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/07/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.80 |

### SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
01/27/06                                                     MATTER: .0001
Page 2                                                       INVOICE: 297995

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/08/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/09/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/09/05 | Rachael M. Barainca | Update pleadings binders. | 0.60 |
| 12/09/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 12/12/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 12/12/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/13/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/14/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 12/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/15/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.80 |
| 12/15/05 | Richard Pavlak | Monitor court docket per J. Weisman re change of venue. | 0.30 |
| 12/16/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/16/05 | Rachael M. Barainca | Update pleadings binders. | 0.20 |
| 12/17/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 12/23/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 12/23/05 | Rachael M. Barainca | Update pleadings binders. | 1.00 |
| 12/27/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/27/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines and review recently filed pleadings. | 1.30 |

### SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 297995

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/28/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 12/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/29/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/29/05 | Rachael M. Barainca | Update pleadings binders. | 1.40 |
| 12/29/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 12/30/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 4.60 | $1,173.00 |
| Rachael M. Barainca | $100.00 | 11.90 | $1,190.00 |
| Richard Pavlak | $150.00 | 0.30 | $45.00 |
| **TOTAL HOURS & FEES** | | **16.80** | **$2,408.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 171.45 |
| Telephone | 1.96 |
| Postage | 6.73 |
| Westlaw Legal Research | 247.06 |
| Meal Charges | 115.50 |
| **TOTAL OTHER CHARGES** | **$542.70** |

CURRENT INVOICE DUE.................................................................$2,950.70

PREVIOUS BALANCE  (Breakdown attached if applicable)...........................................$6,779.00

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0001

INVOICE NUMBER: 297995

## INVOICE SUMMARY

TOTAL FEES.................................................................$2,408.00

TOTAL OTHER CHARGES............................................$542.70

**TOTAL AMOUNT DUE** ..............................................**$2,950.70**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
ABA Routing No.:     054001220

**International Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
Swift Code:          PNBPUS33
CHIPS:               0509
ABA Routing No.:     026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0001

INVOICE NUMBER: 297995

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 08/19/05 | 290908 | $4,165.21 | ($3,628.21) | $537.00 |
| 09/30/05 | 293043 | $3,729.54 | ($3,328.84) | $400.70 |
| 10/21/05 | 293538 | $2,127.75 | ($1,704.15) | $423.60 |
| 11/28/05 | 295213 | $3,496.34 | $0.00 | $3,496.34 |
| 12/20/05 | 296369 | $1,921.36 | $0.00 | $1,921.36 |
| **Total** | | **$15,440.20** | **($8,661.20)** | **$6,779.00** |

*REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0007

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297996

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/05 | Roger L. Frankel | Telephone conferences with R. Wyron re objection to exclusivity. | 0.30 |
| 12/01/05 | Richard H. Wyron | Revise draft of exclusivity pleadings (.7); review and revise declaration for D. Austern (.6); various calls to J. Radecki, D. Felder and R. Frankel regarding exclusivity issues (.8); meet with D. Austern and review strategy, and follow-up notes (.9). | 3.00 |
| 12/02/05 | Richard H. Wyron | Work on outline for exclusivity hearing (.6); review and revise drafts of pleadings (.8); confer with Swidler team on final drafts (.6); continue discovery preparation regarding database and confidentiality issues (1.3); prepare for discussion with Tillinghast (.4). | 3.70 |
| 12/02/05 | Roger L. Frankel | Review and edit objection to extension of exclusivity. | 1.80 |
| 12/02/05 | Roger L. Frankel | Confer with D. Felder, R. Wyron re objection to exclusivity, supporting affidavits, power point. | 0.60 |
| 12/02/05 | Monique D. Almy | Review Debtor-in-Possession Monthly Operating Report for October. | 0.30 |

**SWIDLER BERLIN LLP**

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 2

CLIENT:  25369
MATTER: .0007
INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/02/05 | Monique D. Almy | Review Debtors' Ninth Motion for an Order Extending Debtors' Exclusive Periods. | 0.30 |
| 12/02/05 | Monique D. Almy | Review Motion to Extend Time in which to file A Chapter 11 Plan and to Solicit Votes thereon filed by Simmons Cooper, LLC, et al. | 0.30 |
| 12/03/05 | Roger L. Frankel | Review objection of PD committee. | 0.50 |
| 12/05/05 | Roger L. Frankel | Review cover letter with database from K&E; confer with R. Wyron re same. | 0.40 |
| 12/05/05 | Roger L. Frankel | Review issues re timeline, issues re objection to exclusivity. | 0.60 |
| 12/05/05 | Richard H. Wyron | Continue work on timeline and outline for 12/14 hearing (.7); continue work on confidentiality agreement, including calls to and from J. Biggs (.8). | 1.50 |
| 12/06/05 | Richard H. Wyron | Review e-mails and follow-up on database and confidentiality agreements. | 0.70 |
| 12/06/05 | Roger L. Frankel | Review with R. Wyron issues re database from Grace. | 0.40 |
| 12/07/05 | Roger L. Frankel | Review correspondence, related issues re discovery, questionnaire. | 0.40 |
| 12/07/05 | Debra L. Felder | Review pleadings in preparation for December 19 hearing (.8); telephone conference with Debtors' counsel and others regarding meet and confer (1.5); e-mail summary to R. Wyron regarding same (.4); review notice of deposition of Dr. Harron (.1). | 2.80 |
| 12/08/05 | Debra L. Felder | Prepare designation of expert and non-expert witnesses and review notes from meeting with Caplan & Drysdale regarding same (1.2); review proposed stipulation regarding expert discovery (.2). | 1.40 |
| 12/08/05 | Roger L. Frankel | Confer with R. Wyron re discovery issues, visit to depository; e-mails re same. | 0.40 |
| 12/08/05 | Roger L. Frankel | Telephone conference with D. Austern re exclusivity issues. | 0.30 |
| 12/08/05 | Richard H. Wyron | Review experts/confidentiality stipulation and provide comments. | 0.70 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)           CLIENT:  25369
01/27/06                                            MATTER: .0007
Page 3                                            INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/09/05 | Richard H. Wyron | Review e-mails on scheduled document review and issues. | 0.40 |
| 12/09/05 | Debra L. Felder | Review motion to extend time to return questionnaire (.5); conference with R. Wyron regarding upcoming deadlines and hearings (.5); review Debtors' reply to motion to extend exclusive periods (.1); telephone conference with M. Murphy regarding document review in Boston, Massachusetts (.2). | 1.30 |
| 12/09/05 | Katherine Thomas | Research Fed. R. Evidence 701 and 702. | 0.30 |
| 12/11/05 | Richard H. Wyron | Review discovery issues and correspondence. | 0.90 |
| 12/12/05 | Rachael M. Barainca | Meet with D. Felder and K. Thomas re plans to Boston for document review. | 0.30 |
| 12/12/05 | Katherine Thomas | Research and review cases re Fed. R. Evidence 701 and 702. | 6.40 |
| 12/12/05 | Debra L. Felder | Conference with K. Thomas and R. Barainca regarding document review in Boston (.2); conference with R. Barainca regarding professional fees (.1); review spreadsheet regarding same and e-mail correspondence with R. Barainca (.6); telephone conference with J. Liesemer regarding document review in Boston (.1); review notice of deposition for R. Harron (.1); review timeline of no plan discussions and conference with R. Barainca regarding same (.4); e-mail correspondence with B. Harding regarding data dictionary (.1). | 1.60 |
| 12/12/05 | Richard H. Wyron | Review revised draft timeline for 12/19 argument and provide comments. | 0.30 |
| 12/12/05 | Roger L. Frankel | Review pleadings in preparation for argument on exclusivity. | 1.90 |
| 12/13/05 | Roger L. Frankel | Review ACC objection to exclusivity. | 0.80 |
| 12/13/05 | Richard H. Wyron | Review emails regarding witness discovery and deposition scheduling. | 0.30 |
| 12/13/05 | Debra L. Felder | Conference with K. Thomas regarding expert and fact witnesses. | 0.10 |
| 12/13/05 | Katherine Thomas | Research re Fed.R.Evid. 701 | 5.80 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                                  CLIENT:  25369
01/27/06                                                                   MATTER: .0007
Page 4                                                                     INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/14/05 | Katherine Thomas | Draft summary of analysis on Fed.R.Evid. 701 (1.5); forward summary to R. Wyron and D. Felder (.2). | 1.70 |
| 12/14/05 | Debra L. Felder | Telephonic participation in meet and confer conference call with Debtors and Committees (1.5); review notes from same and prepare e-mail summary to R. Wyron regarding same (.3); review Debtors' plan and disclosure statement and e-mail to R. Frankel regarding same (1.2); conference with R. Barainca regarding timeline of no plan discussions (.1); telephone conference with J. Liesemer regarding document review in Boston (.1); prepare designation of expert and non-expert witnesses (1.2); telephone conference to N. Finch regarding discovery (.1). | 4.50 |
| 12/15/05 | Roger L. Frankel | Review notes in preparation for hearing. | 0.90 |
| 12/16/05 | Roger L. Frankel | Prepare for meeting with J. Biggs (.5); confer with J. Biggs, R. Wyron re estimation proceeding, report (2.4). | 2.90 |
| 12/16/05 | Richard H. Wyron | Prepare for meeting with Tillinghast (1.7); meet with Tillinghast and follow-up notes (2.9); follow-up on confidentiality issues (.7); confer with D. Felder on discovery status and follow-up (.6). | 5.90 |
| 12/16/05 | Debra L. Felder | Prepare for meeting with Tillinghast, review expert discovery stipulation and PI Committee's supplemental discovery requests (1.5); e-mail correspondence with M. Murphy and N. Finch regarding electronic index (.2); meeting with R. Frankel, R. Wyron and Tillinghast (3.5); conference call with N. Finch and J. Liesemer regarding document review in Boston (.4); prepare for document review in Boston, review electronic index and conference with R. Barainca and R. Lamborn regarding same (2.8). | 8.40 |
| 12/16/05 | Rachael M. Barainca | Conference call regarding Boston. | 0.50 |
| 12/16/05 | Rachael M. Barainca | Meet with D. Felder and R. Lamborn re Boston travel. | 0.40 |
| 12/16/05 | Robert L. Lamborn | Conference with D. Felder and R. Barainca re upcoming trip (.2); arrange travel plans, reserve computer for travel (.2). | 0.40 |
| 12/17/05 | Debra L. Felder | Review letter from B. Harding regarding discovery. | 0.50 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 5

CLIENT:  25369
MATTER: .0007
INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/17/05 | Richard H. Wyron | Review draft designation of experts and other witnesses (.3); review open issues and e-mail to D. Felder (.6). | 0.90 |
| 12/18/05 | Richard H. Wyron | Review final witness designation, and provide comments to D. Felder. | 0.30 |
| 12/18/05 | Roger L. Frankel | Prepare notes for oral argument on exclusivity; prepare for hearing. | 2.80 |
| 12/18/05 | Roger L. Frankel | Prepare for hearing during travel to Pittsburgh (1.8); telephone conferences with D. Bernick, D. Austern (.5); confer with Lockwood in taxi re hearing (.4). | 2.70 |
| 12/18/05 | Debra L. Felder | Review case management order (.3); revise designation of expert and non-expert witnesses and e-mail to R. Frankel and R. Wyron regarding same (.4). | 0.70 |
| 12/19/05 | Debra L. Felder | Document review in Boston regarding estimation hearing. | 11.50 |
| 12/19/05 | Robert L. Lamborn | Document review in Boston re estimation hearing. | 11.50 |
| 12/19/05 | Rachael M. Barainca | Document review in Boston regarding estimation hearing. | 11.50 |
| 12/19/05 | Roger L. Frankel | Attend hearing on exclusivity motion and objections in USBC in Pittsburgh (5.2); telephone conference with D. Austern re same (.3). | 5.50 |
| 12/19/05 | Monique D. Almy | Attend portion (telephonically) of hearing on exclusivity. | 2.00 |
| 12/20/05 | Rachael M. Barainca | Document review in Boston regarding estimation hearing. | 9.00 |
| 12/20/05 | Robert L. Lamborn | Document review in Boston re estimation hearing. | 9.00 |
| 12/20/05 | Debra L. Felder | Document review in Boston regarding estimation hearing. | 9.00 |
| 12/21/05 | Debra L. Felder | Document review in Boston regarding estimation hearing. | 8.00 |
| 12/21/05 | Robert L. Lamborn | Document review in Boston re estimation hearing. | 8.00 |
| 12/21/05 | Rachael M. Barainca | Document review in Boston regarding estimation hearing. | 8.00 |
| 12/22/05 | Rachael M. Barainca | Document review in Boston regarding estimation hearing. | 3.00 |
| 12/22/05 | Robert L. Lamborn | Document review in Boston re estimation hearing. | 3.00 |
| 12/22/05 | Debra L. Felder | Document review in Boston regarding estimation hearing. | 3.00 |
| 12/22/05 | Richard H. Wyron | Follow-up with Tillinghast on schedule changes. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 6

CLIENT:  25369
MATTER: .0007
INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/23/05 | Monique D. Almy | Review Brief In Support of Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims. | 2.20 |
| 12/23/05 | Debra L. Felder | Review notes and electronic index from document production in Boston. | 3.20 |
| 12/27/05 | Debra L. Felder | Review correspondence from B. Harding. | 0.50 |
| 12/29/05 | Debra L. Felder | Telephone conference with A. Anderson regarding documents in Boston repository. | 0.20 |
| 12/30/05 | Debra L. Felder | Review documents from D. Smith regarding Boston document review. | 0.50 |
| 12/30/05 | Debra L. Felder | Conference with R. Wyron regarding upcoming issues and deadlines. | 0.10 |
| 12/30/05 | Debra L. Felder | E-mail correspondence to P. Cuniff regarding December 19 hearing transcript. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 5.10 | $2,346.00 |
| Roger L. Frankel | $645.00 | 23.20 | $14,964.00 |
| Richard H. Wyron | $545.00 | 18.90 | $10,300.50 |
| Debra L. Felder | $255.00 | 57.40 | $14,637.00 |
| Robert L. Lamborn | $215.00 | 31.90 | $6,858.50 |
| Katherine Thomas | $215.00 | 14.20 | $3,053.00 |
| Rachael M. Barainca | $100.00 | 32.70 | $3,270.00 |
| **TOTAL HOURS & FEES** | | **183.40** | **$55,429.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 1.65 |
| Telephone | 0.10 |
| Westlaw Legal Research | 163.84 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 7

CLIENT:  25369
MATTER: .0007
INVOICE: 297996

| OTHER CHARGES | AMOUNT |
|---|---|
| Ground Transportation | 49.00 |
| Meal Charges | 147.70 |
| Travel | 0.00 |
| Travel/Airfare | 2,016.95 |
| Travel/Lodging | 1,751.94 |
| Travel/Meal Expenses | 692.67 |
| Travel/Taxis | 130.00 |
| Travel/Tolls | 33.85 |
| **TOTAL OTHER CHARGES** | **$4,987.70** |

**CURRENT INVOICE DUE**................................................................**$60,416.70**

PREVIOUS BALANCE  (Breakdown attached if applicable).............................................$140,508.19

**TOTAL AMOUNT DUE**...........................................................**$200,924.89**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0007

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297996

## INVOICE SUMMARY

TOTAL FEES.................................................................$55,429.00

TOTAL OTHER CHARGES.........................................$4,987.70

**TOTAL AMOUNT DUE** .............................................**$60,416.70**

*REMITTANCE INFORMATION:*

<u>U.S. Mail:</u>

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

<u>U.S. Electronic Funds Transfer:</u>

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| ABA Routing No.: | 054001220 |

<u>International Electronic Funds Transfer:</u>

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0007

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297996

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 08/19/05 | 290910 | $104,826.98 | ($85,450.98) | $19,376.00 |
| 09/30/05 | 293044 | $34,071.43 | ($27,560.13) | $6,511.30 |
| 10/21/05 | 293539 | $8,732.65 | ($7,031.05) | $1,701.60 |
| 11/28/05 | 295215 | $32,439.76 | $0.00 | $32,439.76 |
| 12/20/05 | 296370 | $80,479.53 | $0.00 | $80,479.53 |
| **Total** | | **$260,550.35** | **($120,042.16)** | **$140,508.19** |

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598


David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683


INVOICE DATE: 01/27/06
INVOICE NUMBER: 297997

CLIENT/CASE: 25369.0008


RE:  Plan & Disclosure Statement


## FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/01/05 | Rachael M. Barainca | Research date of confirmed plan in U.S. Minerals case. | 0.30 |
| 12/01/05 | Rachael M. Barainca | Print exclusivity motion for D. Felder. | 0.20 |
| 12/01/05 | Rachael M. Barainca | Edit timeline of plan discussions. | 0.10 |
| 12/01/05 | Debra L. Felder | Review motion and pleadings regarding exclusivity (1.0); draft and revise D. Austern and J. Radecki declarations (6.0); telephone conferences with J. Radecki, J. Brownstein and R. Wyron regarding same (1.0); review objection to motion to extend exclusive periods (1.5); conference with D. Austern and R. Wyron regarding same (.8). | 10.30 |
| 12/02/05 | Debra L. Felder | Revise and finalize objection to motion to extend exclusive periods and J. Radecki and D. Austern declarations (5.4); conference with R. Frankel and R. Wyron regarding same (.9). | 6.30 |
| 12/02/05 | Rachael M. Barainca | Prepare filing for service. | 1.30 |
| 12/05/05 | Rachael M. Barainca | Edit timeline of plan discussions. | 0.30 |
| 12/05/05 | Rachael M. Barainca | Meet with D. Felder to discuss edits to the timeline of plan discussions. | 0.50 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
01/27/06  
Page 2

CLIENT:  25369  
MATTER: .0008  
INVOICE: 297997

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/05/05 | Debra L. Felder | Review objections filed by PI and PD Committees to motion for extension of exclusive periods (1.4); review timeline of plan discussions and conference with R. Barainca regarding same (.4). | 1.80 |
| 12/12/05 | Rachael M. Barainca | Edit timeline of plan discussions. | 0.30 |
| 12/13/05 | Debra L. Felder | Review Debtors' plan and disclosure statement regarding interest for trade/bond creditors. | 1.20 |
| 12/14/05 | Rachael M. Barainca | Prepare copies of Timeline: Lack of Plan Discussions With the Debtors' for review. | 0.50 |
| 12/16/05 | Rachael M. Barainca | Prepare timeline of plan discussions for R. Frankel. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 19.60 | $4,998.00 |
| Rachael M. Barainca | $100.00 | 3.70 | $370.00 |
| **TOTAL HOURS & FEES** | | **23.30** | **$5,368.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 0.15 |
| Postage | 50.80 |
| Printing | 55.20 |
| **TOTAL OTHER CHARGES** | **$106.15** |

CURRENT INVOICE DUE.................................................................$5,474.15

PREVIOUS BALANCE  (Breakdown attached if applicable).................................................$195.70

TOTAL AMOUNT DUE.................................................................$5,669.85

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0008

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297997

## INVOICE SUMMARY

TOTAL FEES.................................................................................$5,368.00

TOTAL OTHER CHARGES................................................................$106.15

**TOTAL AMOUNT DUE** ................................................................**$5,474.15**

**REMITTANCE INFORMATION:**

U.S. Mail:
Swidler Berlin LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

U.S. Electronic Funds Transfer:
Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:  054001220

International Electronic Funds Transfer:
Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:          PNBPUS33
CHIPS:                 0509
ABA Routing No.:  026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0008

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297997

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|-----------|-----------|
| 08/19/05 | 290911 | $270.00 | ($216.00) | $54.00 |
| 10/21/05 | 293540 | $708.50 | ($566.80) | $141.70 |
| **Total** | | **$978.50** | **($782.80)** | **$195.70** |

*REMITTANCE INFORMATION:*

| U.S. Mail: | U.S. Electronic Funds Transfer: | | International Electronic Funds Transfer: | |
|---|---|---|---|---|
| Swidler Berlin LLP | Name of Bank: | Wachovia Bank, N.A. Washington, DC | Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Attn: Accounting Department | Account Title: | Swidler Berlin LLP | Account Title: | Swidler Berlin LLP |
| P.O. Box 3766 | Account No.: | 2000024531692 | Account No.: | 2000024531692 |
| Washington, DC 20027-3766 | ABA Routing No.: | 054001220 | Swift Code: | PNBPUS33 |
| | | | CHIPS: | 0509 |
| | | | ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0010

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297998

RE: Retention of Professionals—Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 12/15/05 | Debra L. Felder | Review engagement agreements with CIBC. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 0.50 | $127.50 |
| **TOTAL HOURS & FEES** | | **0.50** | **$127.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE......................................................................................$127.50

PREVIOUS BALANCE  (Breakdown attached if applicable).................................................$1,974.50

TOTAL AMOUNT DUE...............................................................................$2,102.00

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0010

INVOICE NUMBER: 297998

## INVOICE SUMMARY

TOTAL FEES.................................................................................$127.50

TOTAL OTHER CHARGES.............................................................$0.00

**TOTAL AMOUNT DUE** ..............................................................**$127.50**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:          PNBPUS33
CHIPS:               0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297998

OUR REFERENCE: 25369.0010

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 12/20/05 | 296372 | $1,974.50 | $0.00 | $1,974.50 |
| **Total** | | **$1,974.50** | **$0.00** | **$1,974.50** |

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

U.S. Electronic Funds Transfer:
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

International Electronic Funds Transfer:
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297999

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/05 | Debra O. Fullem | Review October bills and revise (.5); begin preparing October fee application (.5). | 1.00 |
| 12/01/05 | Debra O. Fullem | Prepare update to fee summary chart and correspond with R. Wyron regarding same. | 0.60 |
| 12/01/05 | Richard H. Wyron | Review draft quarterly fee application. | 0.40 |
| 12/02/05 | Richard H. Wyron | Review status of outstanding fee requests and follow-up for payment. | 0.20 |
| 12/02/05 | Debra O. Fullem | Coordinate filing of CNOs for August and September CIBC fee apps. | 0.30 |
| 12/02/05 | Debra O. Fullem | Review fee application files and payment status; confer with R. Wyron; prepare e-mail to R. Malstrom regarding payments expected by year end. | 0.40 |
| 12/11/05 | Richard H. Wyron | Review November pre-bill. | 0.60 |
| 12/12/05 | Debra O. Fullem | Review and revise November prebills. | 1.00 |
| 12/12/05 | Debra O. Fullem | Review docket update regarding status of fee applications. | 0.10 |
| 12/13/05 | Debra O. Fullem | Review fee application files and status of payments. | 0.20 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 2

CLIENT:  25369
MATTER: .0011
INVOICE: 297999

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/15/05 | Debra O. Fullem | Check on status of November invoices. | 0.10 |
| 12/22/05 | Debra O. Fullem | Prepare Certificate of No Objection for October fee statement; coordinate filing and serving of same; prepare e-mail to J. Port at Grace and others on service list regarding same. | 0.40 |
| 12/22/05 | Debra O. Fullem | Review Order signed by Court on quarterly fee application; follow up e-mail to J. Port regarding payment on same. | 0.50 |
| 12/22/05 | Debra O. Fullem | Update fee summary and provide to R. Wyron. | 0.50 |
| 12/28/05 | Debra O. Fullem | Review and reply to e-mail from R. Malstrom regarding older invoices and status of payments. | 0.20 |
| 12/28/05 | Debra O. Fullem | Review and reply to R. Malstrom regarding payment for July-September invoices and attach fee summary charts for the period. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 1.20 | $654.00 |
| Debra O. Fullem | $195.00 | 5.50 | $1,072.50 |
| **TOTAL HOURS & FEES** | | **6.70** | **$1,726.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 7.20 |
| Federal Express | 49.21 |
| **TOTAL OTHER CHARGES** | **$56.41** |

CURRENT INVOICE DUE................................................................$1,782.91

PREVIOUS BALANCE (Breakdown attached if applicable)..................................$7,609.96

TOTAL AMOUNT DUE................................................................$9,392.87

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598


David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683


OUR REFERENCE: 25369.0011

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297999


## INVOICE SUMMARY


TOTAL FEES..................................................................$1,726.50

TOTAL OTHER CHARGES ..............................................$56.41

**TOTAL AMOUNT DUE** ............................................**$1,782.91**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0011

INVOICE NUMBER: 297999

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 08/19/05 | 290912 | $1,459.62 | ($1,186.62) | $273.00 |
| 09/30/05 | 293045 | $3,535.03 | ($2,842.93) | $692.10 |
| 10/21/05 | 293541 | $1,609.48 | ($1,289.78) | $319.70 |
| 11/28/05 | 295217 | $2,887.76 | $0.00 | $2,887.76 |
| 12/20/05 | 296373 | $3,437.40 | $0.00 | $3,437.40 |
| **Total** | | **$12,929.29** | **($5,319.33)** | **$7,609.96** |

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:    Swidler Berlin LLP
Account No.:      2000024531692
ABA Routing No.:  054001220

**International Electronic Funds Transfer:**
Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:    Swidler Berlin LLP
Account No.:      2000024531692
Swift Code:       PNBPUS33
CHIPS:            0509
ABA Routing No.:  026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598


David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683


INVOICE DATE: 01/27/06
INVOICE NUMBER: 298000

CLIENT/CASE: 25369.0012

---

RE:  Compensation of Professionals--Other


FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/05 | Debra O. Fullem | Review docket; prepare CNOs for CIBC's fee applications for the periods August and September; forward to R. Wyron for review and signature. | 0.50 |
| 12/06/05 | Debra O. Fullem | Review and respond to e-mail from S. Bossay regarding confirmation that amounts in quarterly fee application chart for the FCR and his professionals are correct. | 0.40 |
| 12/06/05 | Debra O. Fullem | Confer with R. Barainca regarding project regarding professional fees and expenses incurred during the course of the case. | 0.30 |
| 12/06/05 | Rachael M. Barainca | Meet with D. Fullem regarding project on Professionals Compensation Requested During the Course of the Case. | 0.20 |
| 12/06/05 | Rachael M. Barainca | Create document regarding Professionals Compensation Requested During the Course of the Case. | 0.40 |
| 12/07/05 | Rachael M. Barainca | Continue working on document regarding professionals compensation requested during the course of the case. | 3.20 |
| 12/07/05 | Debra O. Fullem | Confer with R. Barainca regarding chart of professionals applications for fees and expenses filed during course of the case. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                        CLIENT:  25369
01/27/06                                                        MATTER: .0012
Page 2                                                          INVOICE: 298000

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/08/05 | Debra O. Fullem | Review and respond to e-mail from J. Brownstein regarding status of CIBC's October fee application. | 0.10 |
| 12/08/05 | Rachael M. Barainca | Continue working on document regarding professionals compensation requested during the course of the case. | 0.30 |
| 12/12/05 | Rachael M. Barainca | Meet with D. Felder to discuss chart of professionals compensation requested during the course of the case. | 0.20 |
| 12/12/05 | Rachael M. Barainca | Discuss with D. Fullem edits to be made in the chart of professionals compensation requested during the course of the case. | 0.40 |
| 12/12/05 | Rachael M. Barainca | Research the most updated chart of professionals compensation requested during the course of the W.R. Grace within PACER. | 0.30 |
| 12/12/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 2.00 |
| 12/13/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 1.70 |
| 12/13/05 | Debra O. Fullem | Prepare e-mail to G. Poirier at Tillinghast with sample of Swidler's quarterly fee application. | 0.30 |
| 12/14/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 2.80 |
| 12/15/05 | Rachael M. Barainca | Meet with D. Fullem to discuss edits on Monthly Interim Applications for Towers Perrin Tillinghast. | 0.40 |
| 12/15/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 3.40 |
| 12/15/05 | Debra O. Fullem | Confer with R. Barainca; review fee applications; follow up with G. Poirier at Tillinghast regarding status of fee applications. | 0.50 |
| 12/16/05 | Debra O. Fullem | Review e-mail from R. Barainca along with chart of professional compensation during the course of the case. | 0.20 |
| 12/16/05 | Debra O. Fullem | Review e-mail and attachments from R. Barainca of updated versions of Tillinghast fee applications. | 0.20 |
| 12/16/05 | Rachael M. Barainca | Edit the Monthly Fee Applications for Towers Perrin Tillinghast. | 3.00 |

# SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
01/27/06
Page 3

CLIENT:  25369
MATTER: .0012
INVOICE: 298000

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/16/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 1.50 |
| 12/20/05 | Debra O. Fullem | Prepare e-mail to G. Poirier at Tillinghast regarding status of fee applications. | 0.20 |
| 12/20/05 | Debra O. Fullem | Review various e-mails from G. Poirier with updated fee applications. | 0.40 |
| 12/21/05 | Debra O. Fullem | Telephone calls with S. McKee regarding filing of Meyer Lustenberger fee applications and certain revisions to notices; review same and comment; discuss filing status with S. McKee. | 1.00 |
| 12/22/05 | Debra O. Fullem | Review package from G. Poirier of signed fee applications; review same; review issue with invoices; e-mail to G. Poirier at Tillinghast regarding invoices; prepare e-mails to R. Frankel, R. Wyron and R. Barainca regarding same. | 0.90 |
| 12/27/05 | Rachael M. Barainca | Edit the Monthly Interim Applications of Towers Perrin Tillinghast. | 0.80 |
| 12/28/05 | Debra O. Fullem | Review and respond to e-mail from R. Barainca regarding status of Tillinghast fee applications. | 0.20 |
| 12/29/05 | Rachael M. Barainca | Edit Towers Perrin Monthly Fee Applications. | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Rachael M. Barainca | $100.00 | 21.20 | $2,120.00 |
| Debra O. Fullem | $195.00 | 5.70 | $1,111.50 |
| **TOTAL HOURS & FEES** | | **26.90** | **$3,231.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 60.00 |
| Telephone | 0.04 |
| Postage | 13.88 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 4

CLIENT:  25369
MATTER: .0012
INVOICE: 298000

| OTHER CHARGES | AMOUNT |
|---|---|
| Printing | 10.00 |
| Federal Express | 49.21 |
| **TOTAL OTHER CHARGES** | **$133.13** |

**CURRENT INVOICE DUE**...............................................................................$3,364.63

PREVIOUS BALANCE  (Breakdown attached if applicable)...............................................$4,079.39

**TOTAL AMOUNT DUE**................................................................$7,444.02

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0012

INVOICE NUMBER: 298000

## INVOICE SUMMARY

TOTAL FEES................................................................$3,231.50

TOTAL OTHER CHARGES.........................................$133.13

**TOTAL AMOUNT DUE** ...........................................**$3,364.63**

*REMITTANCE INFORMATION:*

U.S. Mail:

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

U.S. Electronic Funds Transfer:

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| ABA Routing No.: | 054001220 |

International Electronic Funds Transfer:

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0012

INVOICE NUMBER: 298000

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|-----------|-----------|
| 08/19/05 | 290913 | $646.65 | ($517.95) | $128.70 |
| 09/30/05 | 293046 | $243.64 | ($204.64) | $39.00 |
| 10/21/05 | 293542 | $619.55 | ($504.25) | $115.30 |
| 11/28/05 | 295218 | $163.50 | $0.00 | $163.50 |
| 12/20/05 | 296374 | $3,632.89 | $0.00 | $3,632.89 |
| **Total** | | **$5,306.23** | **($1,226.84)** | **$4,079.39** |

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
ABA Routing No.:    054001220

**International Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:          Swidler Berlin LLP
Account No.:            2000024531692
Swift Code:              PNBPUS33
CHIPS:                    0509
ABA Routing No.:      026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0014

INVOICE DATE: 01/27/06
INVOICE NUMBER: 298001

RE:  Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/18/05 | Robert L. Lamborn | Non-working travel from Washington, DC, to Boston, Massachusetts. | 3.00 |
| 12/18/05 | Rachael M. Barainca | Travel to Boston, Massachusetts regarding estimation hearing. | 3.00 |
| 12/18/05 | Debra L. Felder | Non-working travel from Washington, D.C. to Boston, Massachusetts. | 3.00 |
| 12/18/05 | Roger L. Frankel | Travel to Pittsburgh. | 0.70 |
| 12/19/05 | Roger L. Frankel | Travel to DC from Pittsburgh. | 2.80 |
| 12/22/05 | Debra L. Felder | Non-working travel from Boston, Massachusetts to Washington, D.C. | 2.50 |
| 12/22/05 | Rachael M. Barainca | Return to Washington D.C. from Boston, Massachusetts regarding estimation hearing. | 2.50 |
| 12/22/05 | Robert L. Lamborn | Non-working travel from Boston, Massachusetts to Washington, DC. | 2.50 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT: 25369
01/27/06                                                     MATTER: .0014
Page 2                                                       INVOICE: 298001

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $322.50 | 3.50 | $1,128.75 |
| Debra L. Felder | $127.50 | 5.50 | $701.25 |
| Robert L. Lamborn | $107.50 | 5.50 | $591.25 |
| Rachael M. Barainca | $50.00 | 5.50 | $275.00 |
| TOTAL HOURS & FEES | | 20.00 | $2,696.25 |

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $0.00 |

**CURRENT INVOICE DUE**.................................................................$2,696.25

PREVIOUS BALANCE (Breakdown attached if applicable)..................................................$2,626.20

**TOTAL AMOUNT DUE**.................................................................$5,322.45

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0014

INVOICE DATE: 01/27/06
INVOICE NUMBER: 298001

## INVOICE SUMMARY

TOTAL FEES.................................................................................$2,696.25

TOTAL OTHER CHARGES.............................................................$0.00

**TOTAL AMOUNT DUE** ...............................................................**$2,696.25**

***REMITTANCE INFORMATION:***

<u>U.S. Mail:</u>

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

<u>U.S. Electronic Funds Transfer:</u>

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:   054001220

<u>International Electronic Funds Transfer:</u>

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:          PNBPUS33
CHIPS:               0509
ABA Routing No.:    026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06
INVOICE NUMBER: 298001

OUR REFERENCE: 25369.0014

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 08/19/05 | 290914 | $1,435.50 | ($1,148.40) | $287.10 |
| 09/30/05 | 293047 | $1,476.75 | ($1,181.40) | $295.35 |
| 10/21/05 | 293543 | $408.75 | ($327.00) | $81.75 |
| 11/28/05 | 295219 | $817.50 | $0.00 | $817.50 |
| 12/20/05 | 296375 | $1,144.50 | $0.00 | $1,144.50 |
| **Total** | | **$5,283.00** | **($2,656.80)** | **$2,626.20** |

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:    Wachovia Bank, N.A. Washington, DC
Account Title:    Swidler Berlin LLP
Account No.:    2000024531692
ABA Routing No.:    054001220

**International Electronic Funds Transfer:**
Name of Bank:    Wachovia Bank, N.A. Washington, DC
Account Title:    Swidler Berlin LLP
Account No.:    2000024531692
Swift Code:    PNBPUS33
CHIPS:    0509
ABA Routing No.:    026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**