IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1. I was a partner of the applicant law firm Swidler Berlin LLP ("Swidler") until February 5, 2006, and have been admitted to appear *pro hac vice* before this Court.

2. While a partner at Swidler, during the time period covered by this Application, I personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the attached invoice.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 31st DAY OF MARCH, 2006

_____
Notary Public

My commission expires: 11-14-10