# EXHIBIT A

# SWIDLER BERLIN LLP

# FEE APPLICATION FOR THE TIME PERIOD

# JANUARY 1, 2006 THROUGH FEBRUARY 5, 2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: March 26, 2006 at 4:00p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO TWENTY-FIRST MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2006 THROUGH FEBRUARY 5, 2006

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | January 1, 2006 through February 5, 2006[1] |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $20,998.50 |
| 80% of fees to be paid: | $16,798.80[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 3,483.45 |
| Total Fees @ 80% and 100% | |

---

1 The Swidler lawyers responsible for this representation have withdrawn from Swidler, and as of February 6, 2006 joined Orrick, Herrington & Sutcliffe LLP ("Orrick"). I understand that the FCR is filing an application to employ Orrick as his bankruptcy counsel. Swidler is filing a motion to leave to withdraw counsel for FCR as of February 5, 2006.

2 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

Expenses:                          $20,282.25

This is an:   ____   interim   __X__  monthly   ____   final application.

The total time expended for fee application preparation during this time period is 10.20 hours and the corresponding fees are $1,868.00 and $1,021.91 in expenses for Swidler's fee applications and 7.9 hours and $929.00 in fees and $452.65 in expenses for the FCR and/or is other professional's fee applications.  Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's twenty-first interim fee application for the period January 1, 2006-February 5, 2006.  Swidler has previously filed the following fee applications in the case this year:

- Twentieth interim fee application for the period December 1-31, 2005 in the amount of $56,789.40 (80% of $76,812.84) in fees and expenses of $5,826.09
- Nineteenth interim fee application for the period November 1-30, 2005 in the amount of $70,115.20 (80% of $87,644.00) in fees and expenses of $7,031.68
- Eighteenth interim fee application for the period October 1-31, 2005 in the amount of $30,216.00 (80% of $37,770.00) in fees and expenses of $2,719.36
- Seventeenth interim fee application for the period September 1-30, 2005 in the amount of $11,134.60 (80% of $13,918.25) in fees and expenses of $288.43
- Sixteenth interim fee application for the period August 1-31, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Fifteenth interim fee application for the period July 1-31, 2005 in the amount of $82,748.00 (80% of $103,435.00) in fees and expenses of $9,524.96
- Fourteenth interim fee application for the period June 1-30, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Thirteenth interim fee application for the period May 1-31, 2005 in the amount of $53,489.60 (80% of $66,862.00) in fees and expenses of $852.77
- Twelfth interim fee application for the period April 1-30, 2005 in the amount of $21,802.60 (80% of $27,253.25) in fees, expenses of $1,560.48
- Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00 (80% of $54,296.00) in fees, expenses of $4,114.49
- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) in fees, expenses of $2,097.16
- Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) in fees, expenses of $7,490.31

To date, Swidler has received payments from the Debtors during this year in the following amounts:

- $157,379.89 representing 80% of fees and expenses for November and December 2004

- $58,642.05 representing 20% holdback on fees for the time period October through December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005
- $23,363.08 representing 80% of fees and 100% expenses for April 2005
- $54,342.37 representing 80% of fees and 100% expenses for May 2005
- $81,842.79 representing 80% of fees and 100% expenses for June 2005
- $39,221.45 representing 20% holdback on fees for the time period April-June 2005
- $138,813.93 representing 80% of fees and 100% of expenses July-September 2005
- $32,935.36 representing 80% of fees and 100% of expenses October 2005

## COMPENSATION SUMMARY

### JANUARY 1, 2006-FEBRUARY 5, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | .6 | $435.00 |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $625 | 9.2 | $5,750.00 |
| Julie A. Weisman | Of Counsel, 11 years in position; 24 years relevant experience; 1982, Environmental | $430 | 4.8 | $2,064.00 |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $295 | 23.9 | $7,050.50 |
| Rachael M. Barainca | Legal Assistant | $110 | 22.6 | $2,486.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 15.3 | $3,213.00 |
| Total | | | 76.4 | $20,998.50 |
| Blended Rate: $274.8 | | | | |

## COMPENSATION BY PROJECT CATEGORY

### JANUARY 1, 2006-FEBRUARY 5, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 13.50 | $2,225.00 |
| Compensation of Professionals-Swidler | 10.20 | $1,868.00 |
| Compensation of Professionals-Other | 7.90 | $929.00 |
| Litigation | 31.20 | $12,755.00 |
| Retention of Professionals-Other | 13.60 | $3,221.50 |
| TOTAL | 76.40 | $20,998.50 |

## EXPENSE SUMMARY

### JANUARY 1, 2006-FEBRUARY 5, 2006

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $1,117.76 |
| Postage/Federal Express/Courier Fees | $869.06 |
| Phone | $0.97 |
| Computerized Legal Research | $1427.66 |
| Meal Charges | $37.40 |
| Ground Transportation/Taxis/Tolls | $21.00 |
| Secretarial/Staff Overtime | $9.60 |
| TOTAL | $3,483.45 |

Respectfully submitted,

SWIDLER BERLIN LLP

Dated: February 28, 2006

Warren Anthony Fitch
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | Objection Deadline: March 26, 2006 at 4:00 p.m. |
| | Hearing: Schedule if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## TWENTY-FIRST MONTHLY INTERIM APPLICATION OF
## SWIDLER BERLIN LLP, COUNSEL TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, in connection with its representation of David T. Austern, Future

Claimants' Representative (the "FCR"), has filed and served its Twenty-First Monthly

Application of Swidler Berlin LLP for Compensation for Services Rendered and Reimbursement

of Expenses as counsel to the FCR for the time period January 1, 2006 through February 5, 2006

seeking payment of fees in the amount of $16,798.80 (80% of $20,998.50) and expenses in the

amount of $3,483.45 for a total amount of $20,282.25 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **March 26, 2006 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) Warren Anthony Fitch, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (v) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vii) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, DE 19899; (viii) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

NY 10022; (ix) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N.

King Street, Wilmington, DE 19801; and (x) the Fee Auditor, Warren H. Smith, Warren H.

Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

Dated: March 6, 2006

PHILLIPS, GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) |
| | ) |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I was a partner of the applicant law firm Swidler Berlin LLP ("Swidler") until February 5, 2006, and have been admitted to appear *pro hac vice* before this Court.

2.      While a partner at Swidler, during the time period covered by this Application, I personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 2nd  DAY OF MARCH, 2006

_____
Notary Public

My commission expires: 11-14-10

```
CHERYL L. BEST
NOTARY PUBLIC
District of Columbia
My Commission Expires November 14, 2010
```

# EXHIBIT A
# SWIDLER BERLIN LLP
# INVOICES TO THE
# <u>JANUARY 1, 2006 THROUGH</u>
# <u>FEBRUARY 5, 2006 FEE APPLICATION</u>

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

CLIENT/CASE: 20979.0001

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298728

RE:  CE - Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 01/03/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/03/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/04/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/04/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/05/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/06/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/09/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/10/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |

SWIDLER BERLIN LLP

Mr. David T. Austern,
02/15/06
Page 2

CLIENT:  20979
MATTER:  .0001
INVOICE: 298728

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/11/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/11/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/13/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/17/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/17/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/18/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/19/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/19/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/20/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/24/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/24/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/26/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/27/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/30/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/31/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 02/01/06 | Debra O. Fullem | Confer with R. Barainca regarding Gilbert Heintz request for service lists in the main case as well as other CE related cases. | 0.10 |

SWIDLER BERLIN LLP

Mr. David T. Austern,
02/15/06
Page 3

CLIENT:  20979
MATTER: .0001
INVOICE: 298728

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/02/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 02/02/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 02/03/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $295.00 | 1.40 | $413.00 |
| Rachael M. Barainca | $110.00 | 1.80 | $198.00 |
| Debra O. Fullem | $210.00 | 0.10 | $21.00 |
| **TOTAL HOURS & FEES** | | **3.30** | **$632.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 47.40 |
| Telephone | 1.22 |
| DC Secretarial/Staff Overtime | 19.20 |
| Computerized Legal Research | 530.21 |
| **TOTAL OTHER CHARGES** | **$598.03** |

CURRENT INVOICE DUE......................................................................$1,230.03

PREVIOUS BALANCE  (Breakdown attached if applicable)................................................$5,734.95

TOTAL AMOUNT DUE.......................................................................$6,964.98

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0001

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298728

## INVOICE  SUMMARY

TOTAL FEES.................................................................................................$632.00

TOTAL OTHER CHARGES.............................................................................$598.03

**TOTAL AMOUNT DUE** ...........................................................................**$1,230.03**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
ABA Routing No.:     054001220

**International Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
Swift Code:           PNBPUS33
CHIPS:                0509
ABA Routing No.:     026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0001

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298728

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 01/27/06 | 297989 | $1,775.27 | $0.00 | $1,775.27 |
| 10/21/05 | 293525 | $2,659.53 | ($2,275.23) | $384.30 |
| 11/28/05 | 295221 | $2,409.81 | ($2,105.31) | $304.50 |
| 12/19/05 | 296274 | $3,270.88 | $0.00 | $3,270.88 |
| **Total** | | **$10,115.49** | **($4,380.54)** | **$5,734.95** |

_REMITTANCE INFORMATION:_

__U.S. Mail:__
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

__U.S. Electronic Funds Transfer:__
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
ABA Routing No.:    054001220

__International Electronic Funds Transfer:__
Name of Bank:       Wachovia Bank, N.A. Washington, DC
Account Title:         Swidler Berlin LLP
Account No.:           2000024531692
Swift Code:             PNBPUS33
CHIPS:                    0509
ABA Routing No.:     026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

CLIENT/CASE: 20979.0006

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298729

RE:  CE - Compensation of Professionals-Swidler

## FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/03/06 | Debra O. Fullem | Prepare list of payments received from 11/30-12/31. | 0.50 |
| 01/05/06 | Debra O. Fullem | Confer with R. Wyron regarding status of fee applications, timing of finalizing and filing. | 0.20 |
| 01/05/06 | Debra O. Fullem | Review fee summary spreadsheet. | 0.20 |
| 01/09/06 | Debra O. Fullem | Prepare Swidler's November fee statement, forward to R. Wyron for review and comment. | 1.00 |
| 01/12/06 | Debra O. Fullem | Review and finalize Swidler's November fee application. | 0.50 |
| 01/19/06 | Debra O. Fullem | Review December prebills. | 0.50 |
| 01/22/06 | Richard H. Wyron | Review December pre-bill and provide comments. | 0.30 |
| 01/22/06 | Richard H. Wyron | Review and provide comments on November monthly application. | 0.50 |
| 01/26/06 | Debra O. Fullem | Finalize and assemble CIBC's ninth quarterly fee application. | 1.00 |
| 01/26/06 | Debra O. Fullem | Prepare quarterly fee application. | 0.50 |
| 01/31/06 | Rachael M. Barainca | Prepare the Thirty-Fifth Monthly Interim Application of Swidler Berlin LLP for the period December 1-31, 2005. | 1.50 |

SWIDLER BERLIN LLP

Mr. David T. Austern,
02/15/06
Page 2

CLIENT:  20979
MATTER: .0006
INVOICE: 298729

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/31/06 | Debra O. Fullem | Confer with R. Barainca regarding preparation of December fee application. | 0.20 |
| 02/01/06 | Rachael M. Barainca | Prepare the Thirty-Fifth Monthly Interim Application of Swidler Berlin LLP for the period December 1-31, 2005. | 2.50 |
| 02/01/06 | Debra O. Fullem | Telephone call from R. Barainca regarding questions on fee application filing for December time period. | 0.10 |
| 02/02/06 | Rachael M. Barainca | Prepare the Thirty-Fifth Monthly Interim Application of Swidler Berlin LLP for the period December 1-31, 2005. | 1.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $625.00 | 0.80 | $500.00 |
| Rachael M. Barainca | $110.00 | 5.30 | $583.00 |
| Debra O. Fullem | $210.00 | 4.70 | $987.00 |
| **TOTAL HOURS & FEES** | | **10.80** | **$2,070.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 72.00 |
| Postage | 36.45 |
| Computerized Legal Research | 23.40 |
| **TOTAL OTHER CHARGES** | **$131.85** |

CURRENT INVOICE DUE................................................................$2,201.85

PREVIOUS BALANCE (Breakdown attached if applicable)................................................$5,487.27

TOTAL AMOUNT DUE................................................................$7,689.12

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 20979.0006

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298729

## INVOICE SUMMARY

TOTAL FEES................................................................................$2,070.00

TOTAL OTHER CHARGES................................................................$131.85

**TOTAL AMOUNT DUE** ................................................................**$2,201.85**

_REMITTANCE INFORMATION:_

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| ABA Routing No.: | 054001220 |

**International Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0006

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298729

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 01/27/06 | 297990 | $1,888.28 | $0.00 | $1,888.28 |
| 10/21/05 | 293526 | $759.90 | ($611.70) | $148.20 |
| 11/28/05 | 295222 | $6,409.13 | ($5,245.83) | $1,163.30 |
| 12/19/05 | 296275 | $2,287.49 | $0.00 | $2,287.49 |
| **Total** | | **$11,344.80** | **($5,857.53)** | **$5,487.27** |

_REMITTANCE INFORMATION:_

_U.S. Mail:_
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

_U.S. Electronic Funds Transfer:_
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:   054001220

_International Electronic Funds Transfer:_
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:          PNBPUS33
CHIPS:               0509
ABA Routing No.:    026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598


Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683


CLIENT/CASE: 20979.0007

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298730


RE:  CE - Insurance Matters


FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 01/05/06 | Larysa M. Gumowskyj | Meet with M. Wallace (.2); research tax guidance on qualified settlement funds (1.1). | 1.30 |
| 01/05/06 | Mary A. Wallace | Discuss insurance escrow and QSF issues with R. Wyron and L. Gumowski. | 0.30 |
| 01/06/06 | Mary A. Wallace | Review QSF research results and provide same to R. Wyron. | 0.10 |
| 01/06/06 | Larysa M. Gumowskyj | Research tax guidance on qualified settlement funds (3.0); draft e-mail to M. Wallace (.5). | 3.50 |
| 01/09/06 | Larysa M. Gumowskyj | Research tax guidance on the accrual of income (2.7); meet with M. Wallace (.1). | 2.80 |
| 01/09/06 | Mary A. Wallace | Discuss Hartford settlement issues with R. Wyron and L. Gumowski. | 0.20 |
| 01/27/06 | Richard H. Wyron | Call with GHR regarding Fuller-Austin and impact on CE settlements, and follow-up (.9); review draft settlement agreements and provide comments (.8). | 1.70 |
| 01/30/06 | Richard H. Wyron | Review and execute consents to settlement agreements. | 0.40 |

SWIDLER BERLIN LLP

Mr. David T. Austern,
02/15/06
Page 2

CLIENT:  20979
MATTER:  .0007
INVOICE: 298730

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/31/06 | Richard H. Wyron | Review emails on Century insurance issues and follow-up. | 0.70 |
| 02/01/06 | Richard H. Wyron | Calls to and from D. Wolak on pending issues. | 0.40 |
| 02/02/06 | Richard H. Wyron | Review emails on Century issues (.4); call with GHR regarding strategy and follow-up (.7); confer and review emails regarding hearing date (.4). | 1.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Mary A. Wallace | $480.00 | 0.60 | $288.00 |
| Richard H. Wyron | $625.00 | 4.70 | $2,937.50 |
| Larysa M. Gumowskyj | $275.00 | 7.60 | $2,090.00 |
| **TOTAL HOURS & FEES** | | **12.90** | **$5,315.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 8.55 |
| **TOTAL OTHER CHARGES** | **$8.55** |

CURRENT INVOICE DUE...............................................................................$5,324.05

PREVIOUS BALANCE  (Breakdown attached if applicable)...............................................$32,725.17

TOTAL AMOUNT DUE...............................................................................$38,049.22

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0007

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298730

## INVOICE  SUMMARY

TOTAL FEES.....................................................................................$5,315.50

TOTAL OTHER CHARGES ...........................................................$8.55

**TOTAL AMOUNT DUE** ...............................................................**$5,324.05**

*REMITTANCE INFORMATION:*

<u>U.S. Mail:</u>

Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

<u>U.S. Electronic Funds Transfer:</u>

Name of Bank:       Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
ABA Routing No.:   054001220

<u>International Electronic Funds Transfer:</u>

Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:         Swidler Berlin LLP
Account No.:           2000024531692
Swift Code:            PNBPUS33
CHIPS:                  0509
ABA Routing No.:    026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0007

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298730

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|---------------|---------|---------|
| 01/27/06 | 297991 | $1,323.10 | $0.00 | $1,323.10 |
| 10/21/05 | 293527 | $15,969.06 | ($13,375.26) | $2,593.80 |
| 11/28/05 | 295223 | $24,540.00 | ($19,648.80) | $4,891.20 |
| 12/19/05 | 296276 | $23,917.07 | $0.00 | $23,917.07 |
| **Total** | | **$65,749.23** | **($33,024.06)** | **$32,725.17** |

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:           PNBPUS33
CHIPS:                  0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598


Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683


CLIENT/CASE: 20979.0009

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298731


RE:  CE - Plan & Disclosure Statement


FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/08/06 | Richard H. Wyron | Review Lummus DIP documents and organize comments for 1/9 conference call. | 0.60 |
| 01/09/06 | Richard H. Wyron | Call on Lummus DIP and follow-up. | 1.10 |
| 01/09/06 | Mary A. Wallace | Review Porter & Hedges comments to Lummus DIP and discuss Lummus DIP with R. Wyron. | 0.40 |
| 01/30/06 | Debra L. Felder | Review plan regarding guaranties. | 0.30 |
| 02/01/06 | Richard H. Wyron | Calls to and from J. Frank, S. Esserman and J. Heintz regarding plan status. | 0.30 |
| 02/02/06 | Richard H. Wyron | Review emails regarding confirmation status (.3); call to R. Rubin regarding same (.2). | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Mary A. Wallace | $480.00 | 0.40 | $192.00 |
| Richard H. Wyron | $625.00 | 2.50 | $1,562.50 |
| Debra L. Felder | $295.00 | 0.30 | $88.50 |

SWIDLER BERLIN LLP

Mr. David T. Austern,
02/15/06
Page 2

CLIENT:  20979
MATTER: .0009
INVOICE: 298731

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **TOTAL HOURS & FEES** | | **3.20** | **$1,843.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Telephone | 1.70 |
| Computerized Legal Research | 14.20 |
| **TOTAL OTHER CHARGES** | **$15.90** |

CURRENT INVOICE DUE..................................................................**$1,858.90**

PREVIOUS BALANCE  (Breakdown attached if applicable).................................................**$47,283.42**

TOTAL AMOUNT DUE...............................................................**$49,142.32**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0009

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298731

## INVOICE SUMMARY

TOTAL FEES.................................................................................$1,843.00

TOTAL OTHER CHARGES.............................................................$15.90

**TOTAL AMOUNT DUE** ...............................................................**$1,858.90**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:  054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:          PNBPUS33
CHIPS:                0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0009

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298731

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 01/27/06 | 297993 | $1,423.43 | $0.00 | $1,423.43 |
| 10/21/05 | 293529 | $139,037.70 | ($111,651.80) | $27,385.90 |
| 11/28/05 | 295224 | $35,445.06 | ($28,708.96) | $6,736.10 |
| 12/19/05 | 296277 | $11,737.99 | $0.00 | $11,737.99 |
| **Total** | | **$187,644.18** | **($140,360.76)** | **$47,283.42** |

_REMITTANCE INFORMATION_:

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:          PNBPUS33
CHIPS:               0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 20979.0010

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298732

RE: CE - Retention of Professionals-Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/18/06 | Debra O. Fullem | Review and reply to email from R. Wyron regarding update to conflict lists to include all parties and professionals who filed fee applications in the case; prepare list of same; forward to R. Wyron. | 2.00 |
| 01/26/06 | Debra O. Fullem | Confer with R. Wyron and R. Barainca regarding conflict lists. | 0.20 |
| 01/27/06 | Debra O. Fullem | Work on conflict lists. | 1.00 |
| 01/29/06 | Debra O. Fullem | Work on conflict lists. | 1.00 |
| 01/30/06 | Debra O. Fullem | Work on conflict lists. | 1.60 |
| 01/31/06 | Debra O. Fullem | Work on conflict lists. | 3.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra O. Fullem | $210.00 | 8.80 | $1,848.00 |
| **TOTAL HOURS & FEES** | | **8.80** | **$1,848.00** |

SWIDLER BERLIN LLP

Mr. David T. Austern,
02/15/06
Page 2

CLIENT:  20979
MATTER: .0010
INVOICE: 298732

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**................................................................**$1,848.00**

PREVIOUS BALANCE  (Breakdown attached if applicable)....................................................$1,829.40

**TOTAL AMOUNT DUE**...............................................................$3,677.40

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0010

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298732

## INVOICE SUMMARY

TOTAL FEES.................................................................................$1,848.00

TOTAL OTHER CHARGES.................................................................$0.00

**TOTAL AMOUNT DUE** ..........................................................**$1,848.00**

***REMITTANCE INFORMATION:***

**U.S. Mail:**

Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| ABA Routing No.: | 054001220 |

**International Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0010

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298732

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|---------------|---------|---------|
| 10/21/05 | 293530 | $8,737.00 | ($6,989.60) | $1,747.40 |
| 11/28/05 | 295225 | $609.70 | ($527.70) | $82.00 |
| **Total** | | **$9,346.70** | **($7,517.30)** | **$1,829.40** |

### REMITTANCE INFORMATION:

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

CLIENT/CASE: 20979.0011

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298727

RE:  CE - Compensation of Professionals-Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 01/12/06 | Debra O. Fullem | Prepare CNO to CIBC's October fee statement; prepare objection deadlines in CIBC's November fee statement; coordinate filing and serving of same. | 0.70 |
| 01/23/06 | Rachael M. Barainca | Create Certificates of No Objection for the Meyer Lustenberger Monthly Interim Applications. | 2.50 |
| 01/24/06 | Rachael M. Barainca | Finish Certificates of No Objection for the Meyer Lustenberger Monthly Interim Applications. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|-------------------------|------|-------|--------|
| Rachael M. Barainca | $110.00 | 3.00 | $330.00 |
| Debra O. Fullem | $210.00 | 0.70 | $147.00 |
| **TOTAL HOURS & FEES** | | **3.70** | **$477.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 226.80 |

SWIDLER BERLIN LLP

Mr. David T. Austern,
02/15/06
Page 2

CLIENT:  20979
MATTER: .0011
INVOICE: 298727

| OTHER CHARGES | AMOUNT |
|---|---|
| Postage | 143.55 |
| DC Secretarial/Staff Overtime | 60.00 |
| Computerized Legal Research | 1.64 |
| **TOTAL OTHER CHARGES** | **$431.99** |

**CURRENT INVOICE DUE**...................................................................**$908.99**

PREVIOUS BALANCE  (Breakdown attached if applicable).............................................$6,609.37

**TOTAL AMOUNT DUE**..................................................................**$7,518.36**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0011

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298727

## INVOICE SUMMARY

TOTAL FEES.................................................................................$477.00

TOTAL OTHER CHARGES................................................................$431.99

**TOTAL AMOUNT DUE** ...............................................................**$908.99**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
ABA Routing No.:     054001220

**International Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
Swift Code:           PNBPUS33
CHIPS:                0509
ABA Routing No.:     026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

Mr. David T. Austern,
Futures Representative
c/o CRMC
3110 Fairview Park Dr., Suite 200
Falls Church, VA  22042-0683

OUR REFERENCE: 20979.0011

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298727

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 01/27/06 | 297994 | $1,133.90 | $0.00 | $1,133.90 |
| 10/21/05 | 293531 | $1,000.03 | ($818.63) | $181.40 |
| 11/28/05 | 295226 | $1,453.24 | ($1,192.94) | $260.30 |
| 12/19/05 | 296278 | $5,033.77 | $0.00 | $5,033.77 |
| **Total** | | **$8,620.94** | **($2,011.57)** | **$6,609.37** |

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**