IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | )<br>)<br>)  **Chapter 11**<br>)  **Case No. 01-01139 (JKF)**<br>)  **(Jointly Administered)**<br>)<br>) |

**ORDER GRANTING EIGHTH QUARTERLY INTERIM APPLICATION OF
SWIDLER BERLIN LLP AS BANKRUPTCY COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE
PERIOD JANUARY 1, 2006 THROUGH FEBRUARY 5, 2006**

Swidler Berlin LLP ("Swidler"), as bankruptcy counsel to David T. Austern, the Future Claimants Representative (the "FCR"), filed its Eighth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period January 1, 2006 through February 5, 2006 (the "Eighth Quarterly Application"). The Court has reviewed the Eighth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Eighth Quarterly Application, and any hearing on the Eighth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Eighth Quarterly Application. Accordingly, it is hereby

ORDERED that the Eighth Quarterly Application of Swidler is GRANTED on an interim basis. The Debtors shall pay to Swidler the sum of $20,998.50 as compensation and $3,483.45 as reimbursement for expenses, for a total of $24,481.95 for services rendered and disbursements incurred by Swidler for the period January 1, 2006 through

February 5, 2006, less any amounts which may have been previously paid in connection with Swidler's monthly fee applications for this period.

Dated: _____, 2006

                                                   _____
                                                   United States Bankruptcy Judge