IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> ) **Chapter 11** <br> **W.R. GRACE & CO., et al.** ) **Case No. 01-01139 (JKF)** <br> ) **(Jointly Administered)** <br> **Debtors.** ) Objection Deadline: March 27, 2006 <br> ) Ref. No. 12022 | |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 12022

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Application to Employ Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel to David T. Austern, Future Claimants' Representative filed with the Court on March 9, 2006 and entered on the Court's docket as Docket No. 12022 (the "Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than March 27, 2006.

The proposed Order as submitted and filed with the Application is attached hereto for the Court's consideration.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern,
Future Claimants' Representative

Dated: April 4, 2006