# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: April 25, 2006 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR PITNEY HARDIN LLP'S
## FIFTY-SEVENTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD JANUARY 1, 2006 THROUGH JANUARY 31, 2006[2]

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 01/06/06 18 | Drafted fee application for October 2005. K. Jasket | 3.0 | 810.00 |
| 01/06/06 18 | Revised November 2005 fee application. K. Jasket | 0.5 | 135.00 |
| 01/09/06 18 | Review and revise PH's October, 2005 Fee Application. S. Zuber | 0.3 | 130.50 |
| 01/10/06 14 | Follow up re: settlement. A. Marchetta | 0.3 | 165.00 |
| 01/17/06 14 | Work on audit response. A. Marchetta | 0.4 | 220.00 |
| 01/20/06 18 | Drafted fee application for December 2005. K. Jasket | 2.0 | 540.00 |
| 01/26/06 18 | Drafted Quarterly fee application for the 19th interim period. K. Jasket | 2.5 | 675.00 |
| 01/26/06 18 | Continued drafting fee application for December 2005. K. Jasket | 1.5 | 405.00 |
| 01/27/06 18 | Review and revise PH's Fifty-Sixth Interim Fee Application. S. Zuber | 0.3 | 130.50 |
| 01/27/06 18 | Review and revise PH's Nineteenth Quarterly Fee Application. S. Zuber | 0.4 | 174.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| A. Marchetta | 14 | 0.7 | 550.00 | 385.00 |
| S. Zuber | 18 | 1.0 | 435.00 | 435.00 |
| K. Jasket | 18 | 9.5 | 270.00 | 2,565.00 |
| | TOTAL | 11.2 | | 3,385.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 01/02/06 | Conference with M. Morgan and follow up re: Calcagni letter and DEP settlement and issues; consider strategy re: helpful documents. | | |
| 14 | A. Marchetta | 0.9 | 495.00 |

| 01/02/06 | Review documents on government involvement and vermiculite/asbestos and incorporate same into master chronology. | | |
| 3 | J. Mandel | 2.3 | 655.50 |

| 01/02/06 | Review draft correspondence to T. Calcagni and provide comments concerning same. | | |
| 3 | J. Mandel | 0.4 | 114.00 |

| 01/02/06 | Receipt and review of B. Jacobson's draft of Calcagni letter and provide comments regarding same. | | |
| 3 | M. Morgan | 1.7 | 399.50 |

| 01/02/06 | Work with A. Marchetta concerning Letter to AUSA Calcagni. | | |
| 3 | M. Morgan | 0.8 | 188.00 |

| 01/02/06 | Prepare e-mail correspondence to client concerning letter to Calcagni. | | |
| 3 | M. Morgan | 1.2 | 282.00 |

| 01/02/06 | Research additional documents concerning use of tremolite in vermiculite for proffer to AUSA Calcagni. | | |
| 3 | M. Morgan | 2.1 | 493.50 |

| 01/03/06 | Follow up re: changes to Calcagni letter; e-mails re: same; follow up with M. Morgan and W. Jacobson re: document production issues. | | |
| 14 | A. Marchetta | 1.5 | 825.00 |

| 01/03/06 | Work with A. Marchetta concerning the Calcagni proffer. | | |
| 3 | M. Morgan | 0.5 | 117.50 |

| 01/03/06 | Work with N. Susalis on scheduling interviews. | | |
| 3 | M. Morgan | 0.5 | 117.50 |

| 01/03/06 | Research and synthesis of information re: Grace Picture Perfect Program. | | |
| 3 | M. Morgan | 3.6 | 846.00 |

3

1397550A01031706

| 01/03/06 | Further research and review of documents re: picture perfect program. | | |
|---|---|---|---|
| 3 | M. Morgan | 3.4 | 799.00 |

| 01/03/06 | Review documents and incorporate same into master chronology. | | |
|---|---|---|---|
| 3 | J. Mandel | 1.8 | 513.00 |

| 01/03/06 | Work with M. Morgan and M. Meyer re: project to scan and paginate documents reviewed at the EPA office, Region II Counsel's office. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 40.50 |

| 01/03/06 | Worked with vendor representative re: numerous inquiries related to project to scan and paginate documents selected at the EPA office. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 40.50 |

| 01/03/06 | Work with M. Morgan on compiling all supplemental documents from stratify database. | | |
|---|---|---|---|
| 14 | Y. Day | 5.4 | 648.00 |

| 01/04/06 | Call from client and follow up re: settlement; work with M. Morgan re: witness interviews and information to Kirkland; changes to Calcagni letter. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.2 | 660.00 |

| 01/04/06 | Review narratives of key topics and work on synthesizing information contained in same. | | |
|---|---|---|---|
| 3 | S. Muhlstock | 2.5 | 712.50 |

| 01/04/06 | Review documents and incorporate same into master chronology. | | |
|---|---|---|---|
| 3 | J. Mandel | 2.4 | 684.00 |

| 01/04/06 | Research and synthesis of information concerning Grace Picture Perfect Program. Work with B. O'Connell to obtain Picture Perfect slide program. | | |
|---|---|---|---|
| 3 | M. Morgan | 2.4 | 564.00 |

| 01/04/06 | Further research and review of documents concerning picture perfect program. Research health questionnaires taken by former employees. | | |
|---|---|---|---|
| 3 | M. Morgan | 2.6 | 611.00 |

| 01/04/06 | Speak with W.R. Wright concerning witness interview in NC. | | |
|---|---|---|---|
| 3 | M. Morgan | 0.5 | 117.50 |

| 01/04/06 | Further work with S. Muhlstock on finalizing topic summaries concerning employee health and safety. | | |
|---|---|---|---|
| 3 | M. Morgan | 3.1 | 728.50 |

| 01/04/06 | Work with M. Morgan on compiling all supplemental documents regarding | | |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | employee. |  |  |
| 14 | Y. Day | 2.8 | 336.00 |
| 01/05/06 | Work with Mark Morgan concerning the use of the Picture Perfect Program at Hamilton; follow up re: same. |  |  |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 01/05/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues, review document database; work with M. Morgan re: additional documents located re: training program. |  |  |
| 3 | B. Moffitt | 5.0 | 1,800.00 |
| 01/05/06 | Further research and synthesis of information concerning Grace Picture Perfect Program. |  |  |
| 3 | M. Morgan | 1.9 | 446.50 |
| 01/05/06 | Further research and review of documents concerning picture perfect program and picture perfect quizzes. |  |  |
| 3 | M. Morgan | 2.4 | 564.00 |
| 01/05/06 | Further work with B. Moffitt on finalizing topic summaries concerning employee health and safety. |  |  |
| 3 | M. Morgan | 3.3 | 775.50 |
| 01/06/06 | Numerous telephone calls and follow up re: DEP Commissioner and Attorney General; work with Mark Morgan re: disclosures and document production items; follow up re: interviews. |  |  |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 01/06/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. |  |  |
| 3 | B. Moffitt | 6.4 | 2,304.00 |
| 01/06/06 | Further work on finalizing topic summaries and work w/Brian Moffitt concerning same. |  |  |
| 3 | M. Morgan | 4.1 | 963.50 |
| 01/06/06 | Further research and synthesis of information re: Picture Perfect Program. |  |  |
| 3 | M. Morgan | 3.2 | 752.00 |
| 01/06/06 | Review documents on government involvement and incorporate into chronology. |  |  |
| 3 | J. Mandel | 2.1 | 598.50 |

5

| 01/06/06 | Confirm requirements for scanning and pagination of documents selected at the EPA office, including confirming pricing and delivery dates. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 54.00 |

| 01/06/06 | Work with M. Morgan request on compiling all supplemental documents regarding J. Kozarovich. | | |
|---|---|---|---|
| 14 | Y. Day | 5.1 | 612.00 |

| 01/09/06 | Conference call with attorneys; follow up re: telephone call to Kasner Edwards re: document production; telephone call to AG re: court conference; follow up with M. Morgan re: call; follow up re: letter to court. | | |
|---|---|---|---|
| 14 | A. Marchetta | 2.0 | 1,100.00 |

| 01/09/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
|---|---|---|---|
| 3 | B. Moffitt | 6.5 | 2,340.00 |

| 01/09/06 | Prepare for and participate in conference call re: grand jury testimony. | | |
|---|---|---|---|
| 3 | M. Morgan | 2.0 | 470.00 |

| 01/09/06 | Prepare draft letter to Judge Bongiovanni adjourning case management conference indefinitely pending adjudication of the Bankruptcy motions and/or settlement of this matter. Circulate to DAG Dickinson for comment prior to submission. | | |
|---|---|---|---|
| 3 | M. Morgan | 1.1 | 258.50 |

| 01/09/06 | Receive and incorporate comments from DAG Dickinson on letter to Bongiovanni re: case management conference. | | |
|---|---|---|---|
| 3 | M. Morgan | 0.5 | 117.50 |

| 01/09/06 | Further review documents on government involvement and incorporate into master chronology. | | |
|---|---|---|---|
| 3 | J. Mandel | 0.9 | 256.50 |

| 01/09/06 | Work with M. Morgan on compiling all supplemental documents not previously produced. | | |
|---|---|---|---|
| 14 | Y. Day | 5.8 | 696.00 |

| 01/10/06 | Follow up re: information to co-defense counsel; review and revise letters and e-mail re: court hearing and potential settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.3 | 715.00 |

| 01/10/06 | Review documents cited in, and edit topic summary regarding employees' | | |
|---|---|---|---|

6

|   |   |   |   |
|---|---|---|---|
|   | actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
| 3 | B. Moffitt | 4.8 | 1,728.00 |
|   |   |   |   |
| 01/10/06 | Further search of database for files concerning Trenton operations. | | |
| 3 | M. Morgan | 1.8 | 423.00 |
|   |   |   |   |
| 01/10/06 | Further research for files in K&E database and work with M. Murphy of Casner Edwards concerning same in asbestos documents. | | |
| 3 | M. Morgan | 2.1 | 493.50 |
|   |   |   |   |
| 01/10/06 | Discussed receipt and review of EPA FOIA documents with M. Morgan. | | |
| 3 | M. Meyer | 0.2 | 45.00 |
|   |   |   |   |
| 01/10/06 | Work with M. Morgan regarding compilation of narratives. | | |
| 3 | S. Muhlstock | 0.1 | 28.50 |
|   |   |   |   |
| 01/10/06 | Further compile and organize all documents in anticipation of interview. | | |
| 14 | Y. Day | 5.8 | 696.00 |
|   |   |   |   |
| 01/10/06 | Scanning and pagination of documents selected at the EPA office, including compatibility of load files and quality of images. | | |
| 14 | S. Parker | 0.2 | 27.00 |
|   |   |   |   |
| 01/10/06 | Worked with M. Meyer and M. Morgan re: pagination and scanning of document selected at EPA office and preparation of request for copies of oversize maps. | | |
| 14 | S. Parker | 0.2 | 27.00 |
|   |   |   |   |
| 01/11/06 | Telephone call to DAG Bonanno and follow up re: production of documents; follow up re: Burrill documents and forward to Bonanno. | | |
| 14 | A. Marchetta | 1.2 | 660.00 |
|   |   |   |   |
| 01/11/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
| 3 | B. Moffitt | 3.9 | 1,404.00 |
|   |   |   |   |
| 01/11/06 | Substantive and privilege review of supplemental documents found in K&E stratify. Forward same to joint defense counsel. | | |
| 3 | M. Morgan | 4.3 | 1,010.50 |
|   |   |   |   |
| 01/11/06 | Prepare for and participate in conference with A. Marchetta and DAG E. Bonanno concerning state criminal investigation. | | |

1397550A01031706

| | | | |
|---|---|---|---|
| 3 | M. Morgan | 1.8 | 423.00 |

| | | | |
|---|---|---|---|
| 01/11/06 | Prepare cover letter to NJ DAG Bonanno enclosing proffers to AUSA Calcagni.  Work with AJM concerning same. | | |
| 3 | M. Morgan | 1.7 | 399.50 |

| | | | |
|---|---|---|---|
| 01/11/06 | Prepare correspondence to W. Jacobson concerning picture perfect program. | | |
| 3 | M. Morgan | 0.5 | 117.50 |

| | | | |
|---|---|---|---|
| 01/11/06 | Review correspondence from B. Moffitt regarding chronology. | | |
| 3 | J. Mandel | 0.1 | 28.50 |

| | | | |
|---|---|---|---|
| 01/11/06 | Discussion on NJ State proffer equivalent with M. Morgan, including research. | | |
| 3 | M. Meyer | 0.5 | 112.50 |

| | | | |
|---|---|---|---|
| 01/11/06 | Work with B. Moffitt re: client document and compilation of narratives. | | |
| 3 | S. Muhlstock | 0.2 | 57.00 |

| | | | |
|---|---|---|---|
| 01/11/06 | Further continue to compile narratives regarding key topics. | | |
| 3 | S. Muhlstock | 1.2 | 342.00 |

| | | | |
|---|---|---|---|
| 01/11/06 | Further compile and organize all documents in anticipation of interview. | | |
| 14 | Y. Day | 9.0 | 1,080.00 |

| | | | |
|---|---|---|---|
| 01/12/06 | Work with M. Morgan re: discovery information; follow up re: letter to court on scheduling conference; e-mails re: legislation. | | |
| 14 | A. Marchetta | 1.3 | 715.00 |

| | | | |
|---|---|---|---|
| 01/12/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
| 3 | B. Moffitt | 6.8 | 2,448.00 |

| | | | |
|---|---|---|---|
| 01/12/06 | Further review of supplemental documents obtained in stratify and forward same to joint defense counsel. | | |
| 3 | M. Morgan | 2.7 | 634.50 |

| | | | |
|---|---|---|---|
| 01/12/06 | Further work on topic summaries concerning knowledge. | | |
| 3 | M. Morgan | 3.4 | 799.00 |

| | | | |
|---|---|---|---|
| 01/12/06 | Further work on summary and work with B. Moffitt concerning same. | | |
| 3 | M. Morgan | 2.1 | 493.50 |

| | | | |
|---|---|---|---|
| 01/12/06 | Continue working on compilation of narratives and finalizing same. | | |

1397550A01031706

| 3 | S. Muhlstock | 2.2 | 627.00 |

01/12/06  Work with M. Morgan, J. Spielberg and B. Moffitt regarding status and compilation of narratives.

| 3 | S. Muhlstock | 0.4 | 114.00 |

01/12/06  Worked on consolidating topic summaries with B. Moffit, M. Morgan & S. Muhlstock.

| 3 | J. Spielberg | 0.4 | 100.00 |

01/12/06  Further compile and organize all documents in anticipation of interviews.

| 14 | Y. Day | 5.3 | 636.00 |

01/13/06  Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program.

| 3 | B. Moffitt | 7.1 | 2,556.00 |

01/13/06  Further review of supplemental documents and forward same to joint defense counsel.

| 3 | M. Morgan | 2.5 | 587.50 |

01/13/06  Further work on topic summaries.

| 3 | M. Morgan | 3.1 | 728.50 |

01/13/06  Further work on summary and work with S. Muhlstock and B. Moffit re: same.

| 3 | M. Morgan | 1.8 | 423.00 |

01/13/06  Review documents and incorporate same into master chronology.

| 3 | J. Mandel | 1.0 | 285.00 |

01/13/06  Review correspondence from B. Moffitt regarding chronology.

| 3 | J. Mandel | 0.2 | 57.00 |

01/13/06  Continue working on compilation of narrative topic summaries.

| 3 | S. Muhlstock | 1.7 | 484.50 |

01/13/06  Further compile and organize documents for M. Morgan in anticipation of interview.

| 14 | Y. Day | 2.4 | 288.00 |

01/13/06  Further compile and organize supplemental documents for production to co-counsel.

| 14 | Y. Day | 3.1 | 372.00 |

1397550A01031706

| 01/16/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
| 3 | B. Moffitt | 6.8 | 2,448.00 |

| 01/16/06 | Review of draft letter by Marriam to EPA concerning supplemental PA/SI. | | |
| 3 | M. Morgan | 0.5 | 117.50 |

| 01/16/06 | Further work on topic summary concerning employee safety. | | |
| 3 | M. Morgan | 3.2 | 752.00 |

| 01/16/06 | Further research re: use of products at Trenton plant. | | |
| 3 | M. Morgan | 2.4 | 564.00 |

| 01/16/06 | Further review of documents and copy and forward same to A. Mebane. | | |
| 3 | M. Morgan | 1.8 | 423.00 |

| 01/16/06 | Continue work on revisions to, and compilation, of narratives for key topic areas. | | |
| 3 | S. Muhlstock | 1.2 | 342.00 |

| 01/16/06 | Further compile and organize all documents M. Morgan review. | | |
| 14 | Y. Day | 1.8 | 216.00 |

| 01/17/06 | Follow up with M. Morgan re information for client and search for documents. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |

| 01/17/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
| 3 | B. Moffitt | 7.7 | 2,772.00 |

| 01/17/06 | Further research re: safety and training. | | |
| 3 | M. Morgan | 2.7 | 634.50 |

| 01/17/06 | Further review documents in anticipation of interview. | | |
| 3 | M. Morgan | 3.2 | 752.00 |

| 01/17/06 | Further review documents from PH database. | | |
| 3 | M. Morgan | 2.1 | 493.50 |

| 01/17/06 | Review documents and incorporate same into master chronology. | | |

| | | | |
|---|---|---|---|
| 3 | J. Mandel | 1.9 | 541.50 |
| 01/17/06 | Compile and organize all supplemental documents and forward same to counsel. | | |
| 14 | Y. Day | 1.9 | 228.00 |
| 01/18/06 | Follow up re: scheduling order and bankruptcy hearing. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 01/18/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
| 3 | B. Moffitt | 7.3 | 2,628.00 |
| 01/18/06 | Further research and work with M. Murphy concerning same. | | |
| 3 | M. Morgan | 2.5 | 587.50 |
| 01/18/06 | Review documents in anticipation of interview. | | |
| 3 | M. Morgan | 2.6 | 611.00 |
| 01/18/06 | Work with J. Spielberg regarding information for chronology insert. | | |
| 3 | J. Mandel | 0.2 | 57.00 |
| 01/18/06 | Review documents and incorporate same into master chronology. | | |
| 3 | J. Mandel | 2.7 | 769.50 |
| 01/18/06 | Continue work on revisions to, and compilation, of narratives for key topic areas. | | |
| 3 | S. Muhlstock | 1.8 | 513.00 |
| 01/18/06 | Discussed strategy with J. Mandel re: case narrative. Reviewed documents and prepared narrative re: government communications. | | |
| 3 | J. Spielberg | 3.3 | 825.00 |
| 01/19/06 | Follow up re: Omnibus hearing and witness interviews. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 01/19/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
| 3 | B. Moffitt | 6.4 | 2,304.00 |
| 01/19/06 | Further review of documents in anticipation of interview. | | |
| 3 | M. Morgan | 2.4 | 564.00 |

11

| 01/19/06 | Continue work on revisions to, and compilation, of narratives for key topic areas. | | |
|---|---|---|---|
| 3 | S. Muhlstock | 2.2 | 627.00 |

| 01/19/06 | Continued to review documents and prepare case history. | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.3 | 325.00 |

| 01/20/06 | Telephone call with DAG; telephone call re: Grand Jury testimony; telephone call re attorney conference call. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.2 | 660.00 |

| 01/20/06 | Telephone calls and follow up re: testimony and documents. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 220.00 |

| 01/20/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
|---|---|---|---|
| 3 | B. Moffitt | 6.2 | 2,232.00 |

| 01/20/06 | Review and revise section of master chronology. | | |
|---|---|---|---|
| 3 | J. Mandel | 1.0 | 285.00 |

| 01/20/06 | Continue work on revisions to, and compilation, of narratives for key topic areas. | | |
|---|---|---|---|
| 3 | S. Muhlstock | 0.5 | 142.50 |

| 01/23/06 | Telephone calls re: testimony; conference call; follow up re: document search. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 275.00 |

| 01/23/06 | Telephone call with J. Dickinson re: potential settlement and e-mail re: same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.9 | 495.00 |

| 01/23/06 | Telephone calls re: court hearing for 1/30 and status of DEP conferences; telephone call with attorneys re: testimony and strategy; follow up re: documents. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.0 | 550.00 |

| 01/23/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
|---|---|---|---|
| 3 | B. Moffitt | 6.7 | 2,412.00 |

| | | | |
|---|---|---|---|
| 01/23/06 3 | Prepare for the interview and review docs re: same. M. Morgan | 4.2 | 987.00 |
| 01/23/06 3 | Further prepare for the interview. M. Morgan | 1.5 | 352.50 |
| 01/23/06 3 | Prepare for and participate in conference call re: testimony. M. Morgan | 1.1 | 258.50 |
| 01/23/06 3 | Continue work on revisions to, and compilation, of narratives for key topic areas. S. Muhlstock | 5.8 | 1,653.00 |
| 01/23/06 3 | Continued to review documents and prepare case history. J. Spielberg | 2.5 | 625.00 |
| 01/24/06 3 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. B. Moffitt | 7.6 | 2,736.00 |
| 01/24/06 3 | Attend interview. M. Morgan | 11.0 | 2,585.00 |
| 01/24/06 3 | Review revisions to narrative. Revise same. S. Muhlstock | 2.3 | 655.50 |
| 01/24/06 3 | Confer with B. Moffitt regarding topic summaries. S. Muhlstock | 0.3 | 85.50 |
| 01/24/06 3 | Review additional documents for master chronology. J. Mandel | 1.8 | 513.00 |
| 01/24/06 3 | Continued to review documents and prepare case history. J. Spielberg | 3.5 | 875.00 |
| 01/24/06 14 | Review documents and code information into Summation database. Y. Day | 2.3 | 276.00 |
| 01/24/06 14 | Review of documents and code information into summation. K. Drew | 4.2 | 525.00 |
| 01/25/06 | Telephone call with DAG re: settlement and adjournment of court hearing date; arrange and participate in conference call with client re: same; | | |

13

|  | telephone calls and e-mails with M. Morgan re: interview and follow up correspondence re: adjournment with DAG. . |  |  |
|---|---|---|---|
| 14 | A. Marchetta | 2.1 | 1,155.00 |

| 01/25/06 | Telephone calls and e-mails re potential settlement issues with the State; rescheduling of court conference; conference call with team re issues. |  |  |
|---|---|---|---|
| 14 | A. Marchetta | 0.9 | 495.00 |

| 01/25/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. |  |  |
|---|---|---|---|
| 3 | B. Moffitt | 7.3 | 2,628.00 |

| 01/25/06 | Further attend interview and return to Newark, NJ. |  |  |
|---|---|---|---|
| 3 | M. Morgan | 6.0 | 1,410.00 |

| 01/25/06 | Follow-up phone call concerning documents and obtaining copies of same. |  |  |
|---|---|---|---|
| 3 | M. Morgan | 0.2 | 47.00 |

| 01/25/06 | Prepare synopsis of interview and forward same to client. |  |  |
|---|---|---|---|
| 3 | M. Morgan | 1.0 | 235.00 |

| 01/25/06 | Work with AJM regarding settlement of civil action and scheduling of future interviews. |  |  |
|---|---|---|---|
| 3 | M. Morgan | 0.8 | 188.00 |

| 01/25/06 | Review additional documents for master chronology. |  |  |
|---|---|---|---|
| 3 | J. Mandel | 1.0 | 285.00 |

| 01/25/06 | Continued to review documents and prepare case history. |  |  |
|---|---|---|---|
| 3 | J. Spielberg | 2.6 | 650.00 |

| 01/25/06 | Prepare copies of AUSA for production to co-counsel. |  |  |
|---|---|---|---|
| 14 | Y. Day | 0.9 | 108.00 |

| 01/25/06 | Work with M. Morgan request for Trenton documents related to safety meetings at Trenton. |  |  |
|---|---|---|---|
| 14 | Y. Day | 3.4 | 408.00 |

| 01/26/06 | Telephone calls and follow up re statement, adjournment of court hearing and settlement. |  |  |
|---|---|---|---|
| 14 | A. Marchetta | 0.9 | 495.00 |

| 01/26/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health |  |  |
|---|---|---|---|

14

|  |  |  |  |
|---|---|---|---|
|  | and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. |  |  |
| 3 | B. Moffitt | 7.6 | 2,736.00 |
| 01/26/06 | Continue work on revisions to, and compilation, of narratives for key topic areas. |  |  |
| 3 | S. Muhlstock | 2.3 | 655.50 |
| 01/26/06 | Review summary for master chronology. |  |  |
| 3 | J. Mandel | 0.3 | 85.50 |
| 01/26/06 | Call to B. Carr at USEPA Region II to discuss oversized documents and follow-up on FOIA request. |  |  |
| 3 | M. Meyer | 0.2 | 45.00 |
| 01/26/06 | Discussed status of EPA request for copy of scanned items with M. Morgan. |  |  |
| 3 | M. Meyer | 0.2 | 45.00 |
| 01/26/06 | Correspondence to A. Marchetta (cc: M Morgan and S. Parker) re: FOIA request update. |  |  |
| 3 | M. Meyer | 0.1 | 22.50 |
| 01/26/06 | E-mail request for documents to S. Parker. |  |  |
| 3 | M. Meyer | 0.1 | 22.50 |
| 01/26/06 | Continued to review documents and prepare case history. |  |  |
| 3 | J. Spielberg | 4.3 | 1,075.00 |
| 01/26/06 | Review of safety meeting minutes conducted at Trenton plant and compile information concerning same. E-mail W. Jacobson regarding same. |  |  |
| 3 | M. Morgan | 3.2 | 752.00 |
| 01/26/06 | Follow-up concerning witness interview. Compile documents re: same. |  |  |
| 3 | M. Morgan | 1.5 | 352.50 |
| 01/26/06 | Further review documents in anticipation of witness interview. |  |  |
| 3 | M. Morgan | 2.3 | 540.50 |
| 01/26/06 | Per attorney M. Morgan request, identify and compile documents in Summation and Stratify databases which reference Trenton safety meetings. |  |  |
| 14 | Y. Day | 1.5 | 180.00 |
| 01/26/06 | Review documents and code information into Summation database. |  |  |
| 14 | Y. Day | 2.3 | 276.00 |

| 01/26/06 | Respond to attorney M. Meyer request to identify all Hamilton site oversized EPA photographs and maps. | | |
| 14 | Y. Day | 0.8 | 96.00 |

| 01/26/06 | Worked with M. Morgan and M. Meyer re: issues related to requests to EPA for copies of oversize maps. | | |
| 14 | S. Parker | 0.3 | 40.50 |

| 01/27/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
| 3 | B. Moffitt | 7.8 | 2,808.00 |

| 01/27/06 | Review list of oversized production documents from FOIA production. | | |
| 3 | M. Meyer | 0.3 | 67.50 |

| 01/27/06 | Continued to review documents and prepare case history. | | |
| 3 | J. Spielberg | 5.5 | 1,375.00 |

| 01/27/06 | Phone call with W.R. Wright concerning witness interview. | | |
| 3 | M. Morgan | 0.3 | 70.50 |

| 01/27/06 | Further compile documents and prepare for interviews. | | |
| 3 | M. Morgan | 2.7 | 634.50 |

| 01/27/06 | Further prepare for interviews and research on similar issues concerning Trenton Plant. | | |
| 3 | M. Morgan | 3.2 | 752.00 |

| 01/27/06 | Conversation with DAG J. Dickinson concerning adjournment of Bankruptcy Motions | | |
| 3 | M. Morgan | 0.2 | 47.00 |

| 01/27/06 | Prepare for and participate in conference call concerning Bankruptcy Motions concerning NJ Civil action. | | |
| 3 | M. Morgan | 0.5 | 117.50 |

| 01/27/06 | Searched re: compilation of information and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 01/27/06 | Review documents and code key information into Summation database. | | |
| 14 | Y. Day | 0.8 | 96.00 |

| 01/27/06 | Identify all Hamilton site oversized EPA photographs and maps. | | |
| 14 | Y. Day | 4.7 | 564.00 |

| 01/28/06 | Further review documents and code information into Summation database. | | |
| 14 | K. Drew | 4.0 | 500.00 |

| 01/29/06 | Review documents and code key information into Summation database | | |
| 14 | K. Drew | 2.0 | 250.00 |

| 01/30/06 | Emails with John Dickinson re settlement and return date. | | |
| 14 | A. Marchetta | 1.4 | 770.00 |

| 01/30/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |
| 3 | B. Moffitt | 6.9 | 2,484.00 |

| 01/30/06 | Further review and revise topic summary. | | |
| 3 | S. Muhlstock | 1.7 | 484.50 |

| 01/30/06 | Continued to review documents and finalized case history. | | |
| 3 | J. Spielberg | 6.4 | 1,600.00 |

| 01/30/06 | Prepare for the interview and review documents concerning same. | | |
| 3 | M. Morgan | 2.5 | 587.50 |

| 01/30/06 | Prepare letter to John Dickinson concerning settlement of civil suit and pending bankruptcy motions. | | |
| 3 | M. Morgan | 0.5 | 117.50 |

| 01/30/06 | Further prepare for the interview and compile documents of same. | | |
| 3 | M. Morgan | 2.7 | 634.50 |

| 01/30/06 | Review EPA documents and code information into Summation database. | | |
| 14 | Y. Day | 1.6 | 192.00 |

| 01/30/06 | Search databases for documents per M. Morgan request. | | |
| 14 | Y. Day | 1.5 | 180.00 |

| 01/31/06 | Follow up with M. Morgan re document discovery; telephone call to Deputy Attorney General re grand jury correspondence re settlement. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

| 01/31/06 | Review documents cited in, and edit topic summary regarding employees' actual or constructive knowledge, and various other related employee health and safety issues; review document database; work with M. Morgan re: additional documents located re: training program. | | |

17

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 6.8 | 2,448.00 |

01/31/06    Secondary review hard copies of FOIA production.
3          M. Meyer                              0.7        157.50

01/31/06    Drafted letter to B. Carr with requested CD-ROM and request for oversized
            document production.
3          M. Meyer                              0.2         45.00

01/31/06    Reviewed CD-ROM of US EPA FOIA production to ensure EPA produced
            all documents requested..
3          M. Meyer                              0.3         67.50

01/31/06    Prepare for interview  and review documents concerning same.
3          M. Morgan                             2.5        587.50

01/31/06    Prepare for the interview and review documents concerning same.
3          M. Morgan                             2.5        587.50

01/31/06    Work with J. Spielberg and B. Moffitt regarding topic summaries.
3          S. Muhlstock                          0.3         85.50

01/31/06    Continue work on compiling and finalizing various topic summaries.
3          S. Muhlstock                          0.6        171.00

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 22.9 | 550.00 | 12,595.00 |
| M. Morgan | 3 | 142.5 | 235.00 | 33,487.50 |
| M. Meyer | 3 | 2.8 | 225.00 | 630.00 |
| B. Moffitt | 3 | 125.6 | 360.00 | 45,216.00 |
| S. Muhlstock | 3 | 27.3 | 285.00 | 7,780.50 |
| J. Mandel | 3 | 20.1 | 285.00 | 5,728.50 |
| J. Spielberg | 3 | 29.8 | 250.00 | 7,450.00 |
| Y. Day | 14 | 68.2 | 120.00 | 8,184.00 |
| K. Drew | 14 | 10.2 | 125.00 | 1,275.00 |
| S. Parker | 14 | 1.9 | 135.00 | 256.50 |
| TOTAL | | 451.3 | | 122,603.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 116434 Quick-Wright Electrical Distributors, Inc.

01/05/06    Confer with G. Michael regarding settlement terms.

1397550A01031706

| 14 | S. Zuber | 0.2 | 87.00 |

| 01/05/06 | Telephone conference with Ray Patella and Lauren McCloskey regarding preference action. | | |
| 3 | G. Michael | 0.3 | 93.00 |

| 01/05/06 | Review file regarding actual exposure and legal issues to be addressed in settlement agreement. | | |
| 3 | G. Michael | 0.3 | 93.00 |

| 01/10/06 | Follow up on settlement. | | |
| 14 | S. Zuber | 0.4 | 174.00 |

| 01/10/06 | Telephone conference with Lauren McCloskey. | | |
| 3 | G. Michael | 0.2 | 62.00 |

| 01/10/06 | Telephone conference with Jay Hughes. | | |
| 3 | G. Michael | 0.2 | 62.00 |

| 01/10/06 | Email memo to Jay Hughes regarding settlement terms. | | |
| 3 | G. Michael | 0.4 | 124.00 |

| 01/10/06 | Email to Lauren McCloskey confirming settlement terms. | | |
| 3 | G. Michael | 0.3 | 93.00 |

| 01/11/06 | Prepare memo summarizing case history and present status. | | |
| 3 | G. Michael | 0.9 | 279.00 |

| 01/13/06 | Additional revisions to proposed Consent Order. | | |
| 3 | G. Michael | 1.8 | 558.00 |

| 01/13/06 | Telephone conference with Lauren McCloskey regarding stipulation. | | |
| 3 | G. Michael | 0.3 | 93.00 |

| 01/13/06 | Review and extensively revise proposed Consent Order; review relevant information in file. | | |
| 3 | G. Michael | 2.2 | 682.00 |

| 01/16/06 | Review, analyze and revise draft Consent Order by and between Plan Administrator and Grace; and discus same with G. Michael. | | |
| 14 | S. Zuber | 0.7 | 304.50 |

| 01/16/06 | Email memo to Jay Hughes regarding Consent Order for Settlement. | | |
| 3 | G. Michael | 0.8 | 248.00 |

| 01/25/06 | Review consent order; email to opposing counsel. | | |

1397550A01031706

| | | | |
|---|---|---|---|
| 3 | G. Michael | 0.3 | 93.00 |

| | | | |
|---|---|---|---|
| 01/26/06 | Review revised draft of Consent Order settling dispute; compare to version sent to Plan Administrator's counsel. | | |
| 3 | G. Michael | 0.5 | 155.00 |

| | | | |
|---|---|---|---|
| 01/26/06 | Telephone conference with Lauren McCloskey, Plan Administrator's counsel, regarding Consent Order settling dispute. | | |
| 3 | G. Michael | 0.2 | 62.00 |

| | | | |
|---|---|---|---|
| 01/30/06 | Final proofing and revision of consent order between Plan Administrator and W.R. Grace, and discuss same with G. Michael. | | |
| 14 | S. Zuber | 0.4 | 174.00 |

| | | | |
|---|---|---|---|
| 01/30/06 | Telephone conference with Lauren McCloskey, opposing counsel. | | |
| 3 | G. Michael | 0.2 | 62.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 14 | 1.7 | 435.00 | 739.50 |
| G. Michael | 3 | 8.9 | 310.00 | 2,759.00 |
| TOTAL | | 10.6 | | 3,498.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 01/03/06 | Conference call with Judge Tolub, C. Boubol and D. Rozenholc re request for extension of discovery cut off date. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| | | | |
|---|---|---|---|
| 01/03/06 | Draft correspondence to V. Finkelstein and A. Nagy re extension of discovery cut off date.. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| | | | |
|---|---|---|---|
| 01/03/06 | Telephone conference with C. Boubol re deposition of D. Kaufman | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| | | | |
|---|---|---|---|
| 01/03/06 | Telephone conference with A. Mack re deposition of D. Kaufman. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| | | | |
|---|---|---|---|
| 01/06/06 | Review/analysis of issues re: necessity of subpoenaing N. Bobrow | | |
| 3 | M. Levison | 0.2 | 65.00 |

| | | | |
|---|---|---|---|
| 01/09/06 | Follow up re: adjournment and settlement. | | |

| 14 | | A. Marchetta | 0.2 | 110.00 |
|---|---|---|---|---|
| 01/09/06 | | Draft correspondence to V. Finkelstein and A. Nagy re Tahari request for extension of time to respond to motion to compel. | | |
| 3 | | B. Benjamin | 0.1 | 41.50 |
| 01/09/06 | | Telephone conferences with A. Mack re request for extension of time to respond to motion to compel. | | |
| 3 | | B. Benjamin | 0.2 | 83.00 |
| 01/11/06 | | Telephone conference with A. Mack re Stipulation Adjourning Return Date of Motion to Compel. | | |
| 3 | | B. Benjamin | 0.1 | 41.50 |
| 01/11/06 | | Work on and revise Stipulation Adjourning Return Date of Motion to Compel. | | |
| 3 | | B. Benjamin | 0.2 | 83.00 |
| 01/11/06 | | Draft correspondence to R. Lauder re execution of Stipulation Adjourning Return Date of Motion to Compel. | | |
| 3 | | B. Benjamin | 0.2 | 83.00 |
| 01/11/06 | | Draft correspondence to C. Boubol re Stipulation Adjourning Return Date of Motion to Compel | | |
| 3 | | B. Benjamin | 0.1 | 41.50 |
| 01/12/06 | | Review/analysis Order re Kronish motion for summary judgment and correspond with court regarding same. | | |
| 3 | | B. Benjamin | 0.2 | 83.00 |
| 01/13/06 | | Telephone conference with Judge's chambers re Decision on Motion to Dismiss. | | |
| 3 | | B. Benjamin | 0.2 | 83.00 |
| 01/13/06 | | Review/analysis Judge's Decision on Motion to Dismiss Cross-Claims and Kronish Motion for Summary Judgment on Liability. | | |
| 3 | | B. Benjamin | 0.3 | 124.50 |
| 01/13/06 | | Draft correspondence to V. Finkelstein and A. Nagy re substance of Judge's Decision on Motion to Dismiss Cross-Claims and Kronish Motion for Summary Judgment on Liability. | | |
| 3 | | B. Benjamin | 0.2 | 83.00 |
| 01/13/06 | | Review/analysis of Decision and Order re: motion to dismiss in Kronish case. | | |
| 3 | | M. Levison | 0.4 | 130.00 |

1397550A01031706

| 01/17/06 | Draft correspondence to T. Soloway, counsel for Kronish Lieb, re decision granting summary judgment and status of settlement negotiations. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 01/18/06 | Work on and revise Reply Affirmation in further support of Motion to Compel Production by Tahari. | | |
|---|---|---|---|
| 3 | B. Benjamin | 1.3 | 539.50 |

| 01/18/06 | Telephone conference with C. Boubol re Tahari Cross-Motion to compel discovery. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 01/18/06 | Review/analysis Tahari Cross-Motion to Compel Production and in Opposition to Grace Motion to Compel Discovery. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.3 | 124.50 |

| 01/18/06 | Preparation of Reply in Further Support of Motion to Strike and in Opposition to Cross-Motion. | | |
|---|---|---|---|
| 3 | M. Levison | 2.0 | 650.00 |

| 01/18/06 | Review/analysis of Opposition to Motion to Strike and Affirmation in Support of Cross-Motion. | | |
|---|---|---|---|
| 3 | M. Levison | 0.5 | 162.50 |

| 01/19/06 | Follow up re: Kronish summary judgment. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 165.00 |

| 01/19/06 | Draft correspondence to V. Finkelstein and A. Nagy re Tahari Cross-Motion and upcoming appearance for oral argument. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.3 | 124.50 |

| 01/19/06 | Work on and revise Reply Affirmation in further support of Motion to Compel Production against Tahari. | | |
|---|---|---|---|
| 3 | B. Benjamin | 2.2 | 913.00 |

| 01/19/06 | Legal research/analysis re case law and statutory penalties in response to motion to compel for failure to comply with discovery demands, failure to produce privilege log and failure to produce witnesses. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.8 | 332.00 |

| 01/19/06 | Review/analysis of issues re: oral argument on motion to strike. | | |
|---|---|---|---|
| 3 | M. Levison | 0.2 | 65.00 |

| 01/20/06 | Attendance at Court Appearance for oral argument on Motion to Compel against Tahari. | | |
|---|---|---|---|

1397550A01031706

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 3.4 | 1,411.00 |

| | | | |
|---|---|---|---|
| 01/20/06 | Draft correspondence to D. Rozenholc, counsel for Tahari, confirming obligations and agreements re production of documents, responding to Document Demands, providing privilege log and producing witnesses. | | |
| 3 | B. Benjamin | 0.4 | 166.00 |

| | | | |
|---|---|---|---|
| 01/20/06 | Draft correspondence to V. Finkelstein and A. Nagy re results of Court Appearance on oral argument for Motion to Compel against Tahari. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| | | | |
|---|---|---|---|
| 01/27/06 | Research/analysis re Tahari's obligations to produce responsive or relevant documents in response to document demands, and to provide a formal response to Document Demands. | | |
| 3 | B. Benjamin | 0.8 | 332.00 |

| | | | |
|---|---|---|---|
| 01/27/06 | Review/analysis C. Boubol, counsel for Trizec, correspondence re setting deposition dates. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| | | | |
|---|---|---|---|
| 01/27/06 | Telephone conferences (2) with C. Boubol, counsel for Trizec re deposition dates, moving to compel production by Tahari, Tahari's assertion of privileged documents and preparation of privilege log. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| | | | |
|---|---|---|---|
| 01/27/06 | Draft correspondence to R. Laudor, counsel for Tahari, re waiver of objections to document discovery and assertion of privilege. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| | | | |
|---|---|---|---|
| 01/27/06 | Review/analysis of correspondence from C. Boubol re: deposition dates; Analysis of issues re: possible waiver of privilege of documents by Tahari | | |
| 3 | M. Levison | 0.2 | 65.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.5 | 550.00 | 275.00 |
| B. Benjamin | 3 | 13.1 | 415.00 | 5,436.50 |
| M. Levison | 3 | 3.5 | 325.00 | 1,137.50 |
| TOTAL | | 17.1 | | 6,849.00 |

1397550A01031706