# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## JANUARY 1, 2006 THROUGH JANUARY 31, 2006

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 01/13/06 | PD UPS FUEL CHARGE ADJUSTMENT; CK #282770 | -1.74 |
| 01/16/06 | PD UPS TO WILMINGTON DE; KMJ; CK# 282540 | 13.87 |
| | Duplicating | 82.18 |
| | Matter Total Engagement Cost | 94.31 |

Engagement Costs - NJDEP v. W.R. Grace et al.

| | | |
|---|---|---|
| 11/01/05 | Paid N. Susalis & Assoc. Inc. for services rendered #10501; S#7339[3] | 4033.48 |
| 12/02/05 | Paid N. Susalis & Assoc. Inc. for services rendered #10501; S#7339[4] | 1529.00 |
| 12/21/05 | PD TRAVEL EXPENSE; MSM; UH&P7P; 1/15/06[5] | 57.87 |
| 12/27/05 | PD UPS TO WASHINGTON, DC; MSM; CK#282313 | 18.12 |
| 12/27/05 | PD UPS TO TRENTON, NJ; MSM; CK#282313 | 13.44 |
| 12/30/05 | PD UPS TO BOCA RATON FL; MSM; CK# 282313 | 26.09 |
| 12/30/05 | PD UPS TO COLUMBIA MD; MSM; CK# 282313 | 12.50 |
| 12/30/05 | PD UPS TO WASHINGTON DC; MSM; CK# 282313 | 12.50 |
| 12/30/05 | PD UPS TO WASHINGTON DC; MSM; CK# 282313 | 12.50 |
| 01/12/06 | PD UPS TO TRENTON NJ; MSM; CK# 282540 | 14.06 |
| 01/13/06 | Paid Array Technology Group for services rendered #10501; S#7383[6] | 298.30 |
| 01/16/06 | PD UPS TO WASHINGTON DC; MSM; CK# 282540 | 13.12 |
| 01/16/06 | PD UPS TO WASHINGTON DC; MSM; CK# 282540 | 13.12 |
| 01/16/06 | PD UPS TO WASHINGTON, DC; MM; CK #282770 | 28.62 |
| 01/18/06 | PD UPS FUEL CHARGE ADJUSTMENT; CK #282770 | 1.74 |
| 01/18/06 | PD UPS TO FLEMINGTON; MSM; CK# 282770 | 21.69 |
| 01/18/06 | PD UPS TO COLUMBIA, MD; MSM; CHECK # 282770 | 8.13 |
| 01/18/06 | PD UPS TO WASHINGTON, DC; MSM; CHECK # 282770 | 9.41 |
| 01/18/06 | PD UPS TO COLUMBIA, MD; MSM; CHECK # 282770 | 8.13 |
| 01/18/06 | PD UPS TO BOCA RATON, FL; MSM; CHECK # 282770 | 11.17 |

---

[3] N. Susalis and Associates, Inc. Invoice #1713 dated 11/1/2005 attached hereto as Exhibit 1.
[4] N. Susalis and Associates, Inc. Invoice #1729 dated 12/2/2005 attached hereto as Exhibit 2.
[5] Direct Reimbursement Expense Report for Mark S. Morgan, Esq. for December 21, 2005 attached hereto as Exhibit 3.
[6] Array Technology Group Invoice Number 260014 dated January 13, 2006 attached hereto as Exhibit 4.

24

1397550A01031706

| Date | Description | Amount |
|---|---|---|
| 01/26/06 | PD UPS TO BOCA RATON FL; MSM; CK# 282853 | 22.07 |
| 01/26/06 | PD UPS TO WASHINGTON DC; MSM; CK# 282853 | 14.76 |
| 01/26/06 | PD UPS TO CHICAGO IL; MSM; CK# 282853 | 12.02 |
| 01/26/06 | PD UPS TO NEWARK NJ; MSM; CK# 282853 | 9.15 |
| 01/27/06 | PD UPS TO NEWARK NJ; MSM; CK# 282853 | 10.76 |
| 01/27/06 | PD UPS TO BOSTON MA; MSM; CK# 282853 | 14.76 |
| 01/27/06 | PD UPS TO WASHINGTON DC; MSM; CK# 282853 | 15.54 |
| | Computer Assisted Research | 275.49 |
| | Duplicating | 1237.18 |
| | Telephone | 39.00 |
| | Matter Total Engagement Cost | 7,793.72 |

Engagement Costs - Tahari, Ltd.

| Date | Description | Amount |
|---|---|---|
| 12/23/05 | Pd Fedex to New York NY; HEG; Ck# 282014 | 23.00 |
| 12/23/05 | Pd Fedex to New York NY; HEG; Ck# 282014 | 21.00 |
| 01/21/06 | Pd UPS to New York NY; BMB; Ck# 282537 | 6.93 |
| 01/21/06 | Pd UPS to New York NY; BMB; Ck# 282537 | 6.93 |
| | Computer Assisted Research | 49.19 |
| | Duplicating | 1.82 |
| | Matter Total Engagement Cost | 108.87 |

# EXHIBIT 1

N.Susalis and Associates, Inc.       EIN 22-381-6872
P.O. Box 35
Stanton, NJ 08885
Telephone 908.237.0907
Facsimile 908.782.7319

| Date | Invoice # |
|---|---|
| 11/1/2005 | 1713 |

**Bill To**

Pitney Hardin, LLP
ATT: Mark Morgan
PO Box 1945
Morristown, NJ 07962-1945

| Reference |
|---|
| W. R. Grace |

| Customer Number | Case/Job Number | Reference |
|---|---|---|
| P-350 | 4-1104 | Waller, Michae. E. |

| Date | Professional Services Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 11/1/2005 | Case work activities--████████████ ████████████ (NS) | 150.00 | 4 hrs. 30 min. | 675.00 |
| 11/1/2005 | Round trip mileage█ (NS) | 0.44 | | 63.36 |
| 11/2/2005 | Case work activities--████████████████ scheduled interview. ████████████████ ████████████████. Report preparation. Telephone call from Mr. Waller. (NS) | 150.00 | 6 hrs. 40 min. | 990.00 |
| 11/2/2005 | Round trip mileage█ (NS) | 0.44 | | 30.80 |
| 11/2/2005 | Database event charge | 35.00 | | 140.00 |
| 11/3/2005 | Report preparation. | 150.00 | 1 hr. | 150.00 |
| 11/4/2005 | Report preparation. | 150.00 | 2 hr.s | 300.00 |
| 11/5/2005 | Case work activities--document review. (NS) | 150.00 | 1 hr. 30 min. | 225.00 |
| 11/6/2005 | Case work activities--document review. (NS) | 150.00 | 1 hr. 30 miin. | 225.00 |
| 11/21/2005 | Case work activities--traveled to Pitney Hardin, met with Mr. Waller and Mr. Morgan; ██████████████ (NS) | 150.00 | 6 hrs. 30 min. | 975.00 |
| 11/21/2005 | Round trip mileage█ (NS) | 0.44 | | 34.32 |
| 11/27/2005 | Report preparation. | 150.00 | | 225.00 |

PAID..........
APPROVED..........
VENDOR NO 06690
CHECK NO..........
CHARGE 10501

*please pay*  082910.11471.5  (A)

NJDEP/Trenton

Payment due upon receipt.

| Total | $4,033.48 |
|---|---|

# EXHIBIT 2

N.Susalis and Associates, Inc.  
P.O. Box 35  
Stanton, NJ 08885  
Telephone 908.237.0907  
Facsimile 908.782.7319  

EIN 22-381-6872

| Date | Invoice # |
|---|---|
| 12/2/2005 | 1729 |

**Bill To**

Pitney Hardin, LLP  
ATT: Mark Morgan  
PO Box 1945  
Morristown, NJ 07962-1945  

| Reference |
|---|
| W. R. Grace |

| Customer Number | Case/Job Number | Reference |
|---|---|---|
| P-350 | 4-1104 | |

| Date | Professional Services Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/2/2005 | Report preparation. (NS) | 150.00 | | 375.00 |
| 12/5/2005 | Telephone call to Mr. ▓▓▓ (NS) | 150.00 | 20 min. | 45.00 |
| 12/6/2005 | Telephone call from Mark Morgan. (NS) | 150.00 | 10 min. | 24.00 |
| 12/10/2005 | Case work activities--report preparation. (NS) | 150.00 | | 450.00 |
| 12/27/2005 | Telephone call to Mr. ▓▓▓ (NS) | 150.00 | | 45.00 |
| 12/29/2005 | Case work activities--telephone call from Mr. Morgan. (NS) | 150.00 | 10 min. | 24.00 |
| 12/31/2005 | Data base research for: ▓▓▓ Database research for ▓▓▓ (NS) | 150.00 | 2 hrs. 30 min. | 375.00 |
| 12/31/2005 | Database event charge x 5. | 35.00 | | 175.00 |
| 12/31/2005 | Miscellaneous Fees: bankruptcy documents, copy fee. | 16.00 | | 16.00 |

Payment due upon receipt.

Please pay

Total: $1,529.00

WR/(Trenton NJ)EP

# EXHIBIT 3

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: MARK S. MORGAN

Period From: December 21, 2005
To: December 21, 2005

RECEIVED DEC 23 2005

NOTE: DOCUMENTATION PITNEY HARDIN ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking or Tolls | | | | | |
| 12/21/2005 | Trip to EPA for document review | | | | | $57.87 | | $57.87 | 082910.114715 |

Show details on Page 2

Expenses Reported   $ 57.87

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____  Date 10/10/2005

10501

403 msm

PAID JAN 15 2005

12/22/2005

# EXHIBIT 4

**TECHNOLOGY GROUP LLC**

# Invoice

134 West 25th St., 5th Fl
New York, NY 10001
Phone: (212) 460-8169   Fax: (212) 533-9254
Tax ID: 13-4238398

| | |
|---|---|
| Invoice Number: | 260014 |
| Invoice Date: | Jan 13, 2006 |
| Page: | 1 |

Bill To:

Pitney Hardin, Kipp & Szuch LLP
200 Campus Drive
Attn. Laurie Coppola
Florham Park, NJ 07932

Re: NJDEP v WR Grace

Payment Terms: Upon Receipt

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| | Client # 082910  Matter # 114715 | | |
| 101 | Slide conversion to JPEG | 1.50 | 151.50 |
| 1 | Audio cassette digitzation | 75.00 | 75.00 |
| 2 | CD-ROM w/ audio & slides | 15.00 | 30.00 |

PAID
APPROVED
VENDOR NO. 04845
CHECK NO. 282703
CHARGE 1050

*Please pay Mark Morgan
Grace/Trenton: 082910.114715*

| | | |
|---|---|---|
| Subtotal | $ | 256.50 |
| Shipping & Handling | | 40.00 |
| Sales Tax | | 1.80 |

**TOTAL AMOUNT DUE $**    $   298.30

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: April 11, 2006 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1397572A01031706

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: March 17, 2006

Respectfully submitted,
PITNEY HARDIN LLP

_____
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2

1397572A01031706