**EXHIBIT 1**

# If You Own or Operate a Commercial, Residential or Public Building Constructed With Asbestos-Containing Products or Have Other Claims Against W. R. Grace

## Your Claims Must Be Filed By March 31, 2003

W. R. Grace, its predecessors, subsidiaries, and other related entities ("Grace") have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. The Bankruptcy Court has ordered that all individuals and entities with Asbestos Property Damage Claims or certain Other Claims against Grace must file these claims on or before March 31, 2003 ("Bar Date").

### Who is Affected by this Notice?

*Asbestos Property Damage Claimants*
Individuals and entities that own or manage commercial, public and high-rise residential buildings that have asbestos-containing products may be affected including schools, hotels, government buildings, theaters, airports, churches, and other public facilities.

Asbestos Property Damage Claims include, among other claims, the cost of removal, the diminution of property value or economic loss, etc., caused by asbestos in products manufactured by Grace or from vermiculite mined, milled, processed, or sold by Grace.

*Other Claimants*
Other Claimants include individuals and entities with claims other than Asbestos Personal Injury Claims. These include general unsecured trade claims, contract claims, environmental claims, and Medical Monitoring Claims which allege no current personal injury, but significant exposure to Grace asbestos or vermiculite products requiring the claimant to be examined medically or tested to detect possible future injury.

### What Types of Products are Involved?

*Grace Asbestos-Containing Products*
Grace produced and marketed vermiculite products containing added asbestos primarily to the commercial construction industry.

From 1959 to 1973, Grace marketed Mono-Kote 3 (MK-3), an asbestos-containing, wet, spray-applied fireproofing product used to provide fire protection for the enclosed steel structures of large buildings. Other Grace products included Zonolite Acoustical Plastic, and other acoustical plaster and texture products used primarily on interior ceilings and walls.

*Grace Vermiculite Products*
Grace mined, produced and marketed vermiculite products, some of which may have contained naturally occurring asbestos. The products were sold to the building construction, agricultural/horticultural and consumer markets. These products included Monokote Fireproofing, Zonolite Concrete Roof Decks and Zonolite Masonry Insulation.

### How do I file a Claim?

To preserve your claim, you must file the appropriate Proof of Claim Form with the Claims Agent so that it is received by March 31, 2003. Failure to file a Proof of Claim Form by the Bar Date may result in your claim not being considered for payment.

This is a Summary Notice only. For complete information including the Claims Bar Date Notice, Proof of Claim Forms, instructions for filing a claim, a list of Grace asbestos-containing products, and a list of Grace entities write to: Claims Agent, Re: W. R. Grace & Co. Bankruptcy, P. O. Box 1620, Faribault, MN 55021-1620, or call:

## 1-800-432-1909 or visit www.graceclaims.com