# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Category | Description |
|---|---|---|---|---|---|---|
| | | | | | **Jan-06** | |
| Jenni Biggs | 1/4/2006 | 1.00 | $625 | $625.00 | Project Planning | Call with Atul Malhotra |
| Jenni Biggs | 1/25/2006 | 1.50 | $625 | $937.50 | Project Planning | Call with Atul Malhotra |
| | | 2.50 | | $1,562.50 | | |
| Atul Malhotra | 1/4/2006 | 1.00 | $425 | $425.00 | Project Planning | Call with Jenni Biggs |
| Atul Malhotra | 1/25/2006 | 1.50 | $425 | $637.50 | Project Planning | Call with Jenni Biggs |
| Atul Malhotra | 1/30/2006 | 2.00 | $425 | $850.00 | Project Planning | Discuss changes to analysis with analyst |
| Atul Malhotra | 1/30/2006 | 1.00 | $425 | $425.00 | Analysis | Review benchmarks |
| | | 5.50 | | $2,337.50 | | |
| | Total | 8.00 | | $3,900.00 | | |