IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: April 26, 2006 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO NINTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | February 1, 2006 through February 28, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $51,107.50 |
| 80% of fees to be paid: | $40,886.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   867.40 |
| Total Fees @ 80% and 100% Expenses: | $41,753.40 |

This is an:  __ interim   X  monthly   __ final application.

## COMPENSATION SUMMARY
### February 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | $560 | 47.00 | $29,375.00 |
| Atul Malhotra | Consulting Actuary (6 years) FCAS | $425 | 31.30 | $13,302.50 |
| Yap Lap Fung | Analyst (1 year) | $210 | 2.50 | $525.00 |
| Julianne Callaway | Analyst (2 years) | $270 | 1.50 | $405.00 |
| Melissa Chung | Analyst (1 year) | $250 | 30.00 | $7,500.00 |
| Total Blended Rate: $455.10 | | | 112.30 | $51,107.50 |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 112.30 | $51,107.50 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Travel Expense<br>• 2/4/2006 Trip from St. Louis to office of Swidler in D.C., including change fees and increase in airfare due to rescheduling meeting | $815.00 |
| • 2/16/2006 Breakfast | $3.90 |
| • 2/16/2006 Taxi to Orrick | $18.00 |
| • 2/16/2006 Taxi to National | $18.00 |
| • 2/16/2006 Parking | $12.50 |
| Total Expenses | $867.40 |

| February 2006 – Grand Total | $51,974.90 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: March 30, 2006

2