# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Category | Description |
|---|---|---|---|---|---|---|
| | | | | | **Feb-06** | |
| Jenni Biggs | 2/2/2006 | 0.20 | $625 | $125.00 | Analysis | Respond to Analysis questions |
| Jenni Biggs | 2/2/2006 | 1.80 | $625 | $1,125.00 | Analysis | Review preliminary results |
| Jenni Biggs | 2/7/2006 | 1.00 | $625 | $625.00 | Analysis | Review preliminary results |
| Jenni Biggs | 2/8/2006 | 1.80 | $625 | $1,125.00 | Analysis | Review preliminary results |
| Jenni Biggs | 2/9/2006 | 3.00 | $625 | $1,875.00 | Data Issues | Review Data Dictonary and Rust |
| Jenni Biggs | 2/10/2006 | 5.50 | $625 | $3,437.50 | Data Issues | Data integrity review |
| Jenni Biggs | 2/11/2006 | 5.20 | $625 | $3,250.00 | Data Issues | Comparison of May and June databases |
| Jenni Biggs | 2/13/2006 | 9.00 | $625 | $5,625.00 | Data Issues | Review preliminary results; discuss questions with Orrick |
| Jenni Biggs | 2/14/2006 | 0.70 | $625 | $437.50 | Analysis | Meeting preparation |
| Jenni Biggs | 2/15/2006 | 9.00 | $625 | $5,625.00 | Analysis | Analysis/meeting preparation |
| Jenni Biggs | 2/16/2006 | 7.00 | $625 | $4,375.00 | Meeting | Preparation and meeting with D. Austern, Orrick |
| Jenni Biggs | 2/21/2006 | 0.20 | $625 | $125.00 | Project Planning | Deliverable schedule |
| Jenni Biggs | 2/24/2006 | 1.80 | $625 | $1,125.00 | Project Planning | Complete documentation of notes from 2/16 meeting; discuss next steps |
| Jenni Biggs | 2/27/2006 | 0.80 | $625 | $500.00 | Analysis | Prepare questions for call regarding Rust database |
| | | 47.00 | | $29,375.00 | | |
| Atul Malhotra | 2/1/2006 | 7.00 | $425 | $2,975.00 | Analysis | Analysis of projected future claims |
| Atul Malhotra | 2/2/2006 | 6.00 | $425 | $2,550.00 | Analysis | Analysis of projected future claims |
| Atul Malhotra | 2/3/2006 | 1.30 | $425 | $552.50 | Analysis | Conference call with Jenni to discuss preliminary results. Prep. |
| Atul Malhotra | 2/8/2006 | 0.50 | $425 | $212.50 | Analysis | Review duplicate and other data fields |
| Atul Malhotra | 2/10/2006 | 2.00 | $425 | $850.00 | Analysis | Conference call to discuss data integrity issues with Jenni. Other exploratory work on the database; Data integrity checks |
| Atul Malhotra | 2/11/2006 | 1.00 | $425 | $425.00 | Analysis | Data integrity checks |
| Atul Malhotra | 2/13/2006 | 3.50 | $425 | $1,487.50 | Analysis | Revisions to model to incorporate alternate assumptions |
| Atul Malhotra | 2/14/2006 | 3.00 | $425 | $1,275.00 | Analysis | Meso analysis |
| Atul Malhotra | 2/15/2006 | 7.00 | $425 | $2,975.00 | Analysis | Meso analysis |
| | | 31.30 | | $13,302.50 | | |
| Yap Lap Fung | 2/15/2006 | 2.50 | $210 | $525.00 | Analysis | Creating graph exhibits |
| | | 2.50 | | $525.00 | | |
| Julianne Callaway | 2/15/2006 | 1.50 | $270 | $405.00 | Analysis | Prepared charts of meso claims |
| | | 1.50 | | $405.00 | | |
| Melissa Chung | 2/10/2006 | 1.50 | $250 | $375.00 | Analysis | Populated June database with files received |
| Melissa Chung | 2/11/2006 | 4.00 | $250 | $1,000.00 | Analysis | Compared May and June databases |
| Melissa Chung | 2/12/2006 | 4.50 | $250 | $1,125.00 | Analysis | Compared May and June databases |
| Melissa Chung | 2/13/2006 | 11.50 | $250 | $2,875.00 | Analysis | Compared May and June databases |
| Melissa Chung | 2/14/2006 | 2.50 | $250 | $625.00 | Analysis | Compared May and June databases |
| Melissa Chung | 2/14/2006 | 3.00 | $250 | $750.00 | Analysis | Extracted and reconciled data from June database for analysis |
| Melissa Chung | 2/15/2006 | 1.00 | $250 | $250.00 | Analysis | Tech reviewed exhibits for dismissed claims |
| Melissa Chung | 2/15/2006 | 1.50 | $250 | $375.00 | Analysis | Reconciled data from June database |
| Melissa Chung | 2/24/2006 | 0.50 | $250 | $125.00 | Analysis | Compiled data inventory for June database |
| | | 30.00 | | $7,500.00 | | |
| | Total | 112.30 | | $51,107.50 | | |