## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, do hereby certify that I am over the age of 18, and that on April 6, 2006, I caused the *Notice, Cover Sheet to Ninth Monthly Interim Application of Towers Perrin Tillinghast, Actuarial Consultants to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period February 1, 2006 through February 28, 2006, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Celeste A. Hartman, Senior Legal Assistant
Phillips, Goldman & Spence, P.A.

*Via First Class Mail and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via First Class Mail*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)

Marla Eskin, Esquire,
Campbell & Levine, LLC

***E-mail: ttacconelli@ferryjoseph.com***
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

***E-mail: mlastowski@duanemorris.com***
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

***E-mail: currier@klettrooney.com***
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

***E-mail: pvnl@capdale.com***
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

***E-mail: rserrette@stroock.com***
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

***E-mail: david.heller@lw.com*** and ***carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP