**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: April 27, 2006 |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| | |
|---|---|
| Name of Applicant: | The Scott Law Group, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | January 1, 2006 through January 31, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $   5,204.00 |
| Amount of Expenses Reimbursement: | $          0 |

This is a:  X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections | No Objections |

| | | | | | |
|---|---|---|---|---|---|
| | | | | served on counsel | served on counsel |
| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the thirty-seventh Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 16 | Litigation | $425 | 7.6 | $3,230.00 |
| TOTALS | | | | | 7.6 | $3,230.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 5.7 | $969.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 4.0 | $420.00 |
| Elizabeth I. Rutherford | Legal Asst. | 9 | Litigation | $90 | 6.5 | $585.00 |
| TOTALS | | | | | 16.2 | $1,974.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 23.8 Hours | $5,204.00 |
| TOTALS | 23.8 Hours | $5,204.00 |

3

Dated: April 6, 2006
      Wilmington, Delaware      **BUCHANAN INGERSOLL PC**

/s/    *William D. Sullivan*
William D. Sullivan (#2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**THE SCOTT LAW GROUP, P.S.**

Darrell W. Scott, Esq.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

*Additional Special Counsel*
*For ZAI Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: April 27, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>JANUARY 1, 2006 THROUGH JANUARY 31, 2006</u>**

# THE SCOTT LAW GROUP, P.S.
## 926 W. SPRAGUE AVENUE, SUITE 583
## SPOKANE, WA 99201
## PHONE: 509-455-3966

Re: __1.5__ __Grace - Special Counsel__   FOR TIME PERIOD ENDED 1/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/3/2006 | BR<br>Bets Rutherford<br>Legal Assistant | Internet research re case updates. | .5 | $90.00 | $45.00 |
| 1/3/2006 | BR<br>Bets Rutherford<br>Legal Assistant | Summarize imaged ZAI exhibits in the Exhibit database. | 1.5 | $90.00 | $135.00 |
| 1/3/2006 | DWS<br>Darrell W. Scott<br>Principal | Review legal research re recovery for Stigma. | 1.9 | $425.00 | $807.50 |
| 1/3/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Work on creating and analyzing pdfs from additional ZAI exhibit tif images. | .5 | $170.00 | $85.00 |
| 1/4/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Work on creation and analysis of pdf files from tif images of Grace exhibits (folders 16 - 17) and import exhibit information into database. | 3.0 | $170.00 | $510.00 |
| 1/4/2006 | BR<br>Bets Rutherford<br>Legal Assistant | Attach imaged ZAI exhibits to exhibit database and prepare summaries of Exhibits in database. | 4.0 | $90.00 | $360.00 |
| 1/5/2006 | DWS<br>Darrell W. Scott<br>Principal | Continued analyses of updated exhibit entries and code the same. | .9 | $425.00 | $382.50 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:   1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 1/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/9/2006 | DWS<br>Darrell W. Scott<br>Principal | Review correspondence from ZAI class member re testing and exhibits. | .2 | $425.00 | $85.00 |
| 1/11/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Office conference regarding special counsel time (.1); review and transfer time entries (.7); email regarding same (.1). | .9 | $170.00 | $153.00 |
| 1/12/2006 | DWS<br>Darrell W. Scott<br>Principal | Review time records and drafts of quarterly fee materials. | .3 | $425.00 | $127.50 |
| 1/16/2006 | DWS<br>Darrell W. Scott<br>Principal | Continued review of ZAI exhibit database updates. | 3.1 | $425.00 | $1,317.50 |
| 1/16/2006 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare October-December fee applications. | 3.0 | $105.00 | $315.00 |
| 1/17/2006 | DWS<br>Darrell W. Scott<br>Principal | Review for signature fee application materials for Oct., Nov., and Dec., 2005. | .1 | $425.00 | $42.50 |
| 1/17/2006 | DWS<br>Darrell W. Scott<br>Principal | Review communications re briefing on stigma issues (.5); draft analysis re same (.2). | .7 | $425.00 | $297.50 |

3/31/2006                                                                                      PAGE 2

**THE SCOTT LAW GROUP, P.S.**
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA  99201
PHONE:  509-455-3966

Re:   1.5   Grace - Special Counsel                                    FOR TIME PERIOD ENDED 1/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/17/2006 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare 19th Quarterly Summary and Application. | 1.0 | $105.00 | $105.00 |
| 1/18/2006 | DWS<br>Darrell W. Scott<br>Principal | Review and respond to communication from SB re stigma issues. | .4 | $425.00 | $170.00 |
| 1/20/2006 | BR<br>Bets Rutherford<br>Legal Assistant | Internet research re case updates. | .5 | $90.00 | $45.00 |
| 1/30/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Review of Boston Access Database (.2); begin export of Invoice and Document record summaries (.3). | .5 | $170.00 | $85.00 |
| 1/31/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import of partial Invoice spreadsheet materials into Filemaker Database and review of same (.7); email to Darrell Scott (.1). | .8 | $170.00 | $136.00 |

**TOTAL THIS STATEMENT:**   $5,204.00

## VERIFICATION

STATE OF WASHINGTON   )
                      )
COUNTY OF SPOKANE     )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 31st day of March 2006.

_____
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006

