**CERTIFICATE OF SERVICE**

      I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Verified Application Of The Scott Law Group, P.S. For Compensation For Services And Reimbursement Of Expenses As ZAI Additional Special Counsel For The Interim Period From February 1, 2006 Through February 28, 2006* to be served the upon those parties identified on the attached service list, via U.S. Mail.

      I certify the foregoing to be true and correct under the penalty of perjury

Dated: April 6, 2006                               */s/ William D. Sullivan*
                                                            William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801
dcarickhoff@pszyj.com

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_sprayregen@chicago.kirkland.com
james_kapp@chicago.kirkland.com

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
wkatchen@duanemorris.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
syoder@bayardfirm.com

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
jsakalo@bilzin.com

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
hrafatjoo@pszyj.com

David B. Seigel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
william.sparks@grace.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
elawler@stroock.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
pvnl@capdale.com

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
currier@klettrooney.com

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
pbentley@kramerlevin.com

David M. Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
collins@rlf.com

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
jrestivo@reedsmith.com

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
phillips@pglaw.com