**CERTIFICATE OF SERVICE**

      I, Kristina Bunker, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Disposition of Equity Securities was caused to be made on April 6, 2006, in the manner indicated upon the entity listed below.

      VIA FACSIMILE and U.S. MAIL:

      Janet S. Baer, Esq.
      Kirkland & Ellis LLP
      200 East Randolph Drive
      Chicago, Illinois 60601
      Facsimile: (312) 861-2200

April 6, 2006

*/s/ Kristina Bunker*
Kristina Bunker
(Non-Attorney)
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3700
Chicago, Illinois 60603
(312) 201-4000