Exhibit 1C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & Co., et al., | ) Case No. 01-1139 (JFK) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF INTENT TO SELL, TRADE OR OTHERWISE TRANSFER EQUITY SECURITIES

PLEASE TAKE NOTICE that Ardsley Advisory Partners hereby provides notice of its intention to sell, trade or otherwise transfer one or more shares of the equity securities (the "Equity Securities") of W. R. Grace & Co. or an Option with respect thereto (the "Proposed Transfer").

PLEASE TAKE FURTHER NOTICE that, if applicable, on 11/1/04, Ardsley Advisory Partners filed a Notice of Status as a Substantial Equityholder[1] with the United States Bankruptcy Court for the District of Delaware (the "Court") and served copies thereof on the Debtors' counsel.

PLEASE TAKE FURTHER NOTICE that Ardsley Advisory Partners currently Beneficially Owns 3,300,000 shares of Equity Securities of W. R. Grace & Co.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Proposed Transfer, Ardsley Advisory Partners proposes to sell, trade or otherwise transfer 300,000 shares of Equity Securities or an Option with respect to 300,000 shares of Equity Securities. If the Proposed Transfer is permitted to occur, Ardsley Advisory Partners will Beneficially Own 3,000,000 shares of Equity Securities after the transfer.

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, Ardsley Advisory Partners hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments that purport to be part of this Notice are true, correct and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order of this Court, entered on [October 25, 2004], Limiting Certain Transfers of Equity

---

[1] For purposes of this Notice, all capitalized terms not defined herein shall have the same meaning as is set forth in the Interim Order of this Court, entered [October 25, 2004], Limiting Certain Transfers of Equity Securities of the Debtors and Approving Related Notice Procedures.

1

Securities of the Debtors and Approving Related Notice Procedures, this Notice is being (A) filed with the Court, and (B) served upon Kirkland & Ellis LLP, counsel to the Debtors, 200 E. Randolph Drive, Chicago, Illinois 60601, Attn.: Janet S. Baer, Esq.

Ardsley Advisory Partners understands that any further transactions that may result in Ardsley Advisory Partners selling, trading or otherwise transferring shares of Equity Securities (or an Option with respect thereto) will each require an additional notice filed with the Court to be served in the same manner as this Notice.

Dated: 4/3/06
Stamford, CT

Respectfully submitted,

*Steven Napoli* (signature)

Steven Napoli
Ardsley Advisory Partners
262 Harbor Drive, 4th Floor
Stamford, CT 06902
203-564-4200 (tel.)
203-355-0715 (fax)