IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |

**CERTIFICATION OF COUNSEL REGARDING REVISED TWENTIETH
MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP
THE PERIOD DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

1. On February 2, 2006, Swidler Berlin LLP ("Swidler") filed with the Court its *Twentieth Monthly Interim Application of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period December 1, 2005 through December 31, 2005* (the "Application") [Docket No. 11704].

2. The deadline to object to the Application expired on February 22, 2006 and no objections were filed to the Application. Swidler filed a Certificate of No Objection with the Court on March 6, 2006 (the "CNO") [Docket No. 11948].

3. Upon review, Swidler identified an inconsistency in its Application and in the CNO. Swidler stated that its total fees for the month were $76,812.84, and that the 80% of fees then due was $56,789.40. Total fees were only $70,986.75, but the stated 80% amount ($56,789.40) is correct.

4. The total amount due is $56,789.40 (80% of $70,986.75) in fees, plus $5,826.09 in expenses, for a total of $62,615.49.

5.  The Debtor calculated its payment to Swidler from the (incorrect) total fees number ($76,812.84) rather than from the stated 80% of fees ($56,789.40), and thus overpaid Swidler by $4,660.87. Swidler will hold that amount for credit against its next fee statement.

Dated: April 6, 2006

SWIDLER BERLIN LLP

By: _____
Warren Anthony Fitch
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500

**CERTIFICATE OF SERVICE**

I, CELESTE A. HARTMAN do hereby certify that I am over the age of 18, and that on April 7, 2006, I caused the *Certification of Counsel Regarding Revised Twentieth Monthly Interim application of Swidler Berlin LLP For the Period December 1, 2005 through December 31, 2005* to be served upon those persons as shown on the attached Service List in the manner set forth therein.

*/s/ Celeste A. Hartman*

Celeste A. Hartman, Senior Legal Assistant
Phillips, Goldman & Spence, P.A.

Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP

*Via First Class Mail and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via First Class Mail*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)