IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>Ref No. \_\_\_\_\_ |

**ORDER AUTHORIZING LIBBY CLAIMANTS' MOTION TO DESIGNATE A SUBSTITUTE EXPERT TO TESTIFY IN CONNECTION WITH THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

Upon consideration of the Libby Claimants' Motion to Designate a Substitute Expert to Testify in Connection With the Estimation of Asbestos Personal Injury Liabilities (the "Motion"); and after due deliberation and sufficient cause appearing therefor, it is hereby so

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Libby Claimants are authorized to substitute Dr. Bruce W. Case for Dr. David Egilman as their expert in the estimation proceedings.

Dated: May \_\_\_\_, 2006

                                                The Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge