IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 17, 2006, AT
2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

## CONTESTED MATTERS

1. Motion of BDM Construction Company, Inc. for Order Granting Modification of the Automatic Stay [Filed: 11/28/05] (Docket No. 11184)

    Related Documents:

    a. [Proposed] Order Granting Motion of BDM Construction Company, Inc. for Modification of the Automatic Stay [Filed: 11/28/05] (Docket No. 11184)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:116574.3

b. Declaration of David S. Henningsen in Support of Motion of BDM Construction Company, Inc. for Modification of Automatic Stay [Filed: 11/28/05] (Docket No. 11187)

Response Deadline: January 10, 2006, at 4:00 p.m.

Responses Received:

a. Debtors' Objection to the Motion of BDM Construction Company, Inc. for Relief from the Automatic Stay [Filed: 1/10/05] (Docket No. 11523)

Replies Received:

a. Reply of BDM Construction Company, Inc. to Debtors' Objection to Motion for Order Granting Modification of the Automatic Stay [Filed: 1/20/06] (Docket No. 11607)

Status: This matter will go forward.

2. Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a. Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b. Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c. Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

**Status: The parties have agreed to continue this matter until May 15, 2006, at 2:00 p.m.**

## MATTERS RELATING TO ASBESTOS PERSONAL INJURY CLAIMS

3.    W. R. Grace & Company's Motion for Authorization to Seek Discovery From Dr. Alan Whitehouse and for a Protective Order Relating to Production of Documents from Dr. Alan C. Whitehouse [Filed: 2/17/06] (Docket No. 11850)

Related Documents:

a.    [Proposed] Order Approving W. R. Grace & Co.'s Motion for Authorization to Seek Discovery From Dr. Alan Whitehouse and for a Protective Order Relating to Production of Documents from Dr. Alan C. Whitehouse [Filed: 2/17/06] (Docket No. 11850, Exhibit 10)

Response Deadline: March 10, 2006 at 4:00 p.m. *(extended until March 15, 2006, at 12:00 p.m. for the Official Committee of Unsecured Creditors and the Official Committee of Asbestos Personal Injury Claimants and to midnight for the Libby Claimants)*

Responses Received:

a.    Government's Objection to Debtors' Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents [Filed: 3/10/06] (Docket No. 12034)

b.    Limited Objection of the Official Committee of Asbestos Personal Injury Claimants to W. R. Grace & Company's Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents from Dr. Alan C. Whitehouse [Filed: 3/15/06] (Docket No. 12064)

c.    Objection of Libby Claimants to Debtors' Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/15/06] (Docket No. 12065)

d.    Supplemental Objection to Debtors' Motion Concerning Discovery from Dr. Alan C. Whitehouse [Filed 3/15/06] (Docket 12221)

Replies Received:

a.    Debtors' Motion for Leave to File a Reply to the Government's Opposition to Debtors' Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/17/06] (Docket No. 12086)

    (i)    Reply to the Government's Opposition to Debtors' Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/17/06] (Docket No. 12086, Exhibit 1)

b.    Debtors' Motion for Leave to File a Reply to Libby Claimants' Objection to Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and

for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/17/06] (Docket No. 12087)

   (i) Debtors' Reply to Libby Claimants' Objection to Motion for Authorization to Seek Discovery From Dr. Alan C. Whitehouse and for a Protective Order Relating to Production of Documents From Dr. Alan C. Whitehouse [Filed: 3/17/06] (Docket No. 12087, Exhibit 1)

Status: This matter will go forward.

4. Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process [Filed: 2/20/06] (Docket No. 11867)

Related Documents:

a. [Proposed] Order Authorizing Payment of Certain Expenses of Libby Claimants in Connection with Claims Estimation and Plan Process [Filed: 2/20/06] (Docket No. 11867]

b. March 10, 2006 Letter to the United States Trustee from Daniel Cohen [Filed: TBD] (Docket No. TBD)

c. March 17, 2006 Letter to the United States Trustee from Roger Frankel [Filed: TBD] (Docket No. TBD)

Response Deadline: March 10, 2006 at 4:00 p.m. *(extended until March 15, 2006, at 12:00 p.m. for the Official Committee of Unsecured Creditors and the Official Committee of Asbestos Personal Injury Claimants and to midnight for the Debtors and the United States Trustee)*

Responses Received:

a. United States Trustee's Objection to Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process [Filed: 3/15/06] (Docket No. 12059)

b. Objection of the Official Committee of Unsecured Creditors to the Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process [Filed: 3/15/06] (Docket No. 12060)

c. Response of the Official Committee of Asbestos Personal Injury Claimants in Support of the Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process [Filed: 3/15/06] (Docket No. 12063)

d. Debtors' Opposition to Libby Claimants' Motion for Payment of Certain Fees and Request for Formation of a Separate Committee [Filed: 3/15/06] (Docket No. 12066)

   (i) Exhibits B Through C-5 to Debtors' Opposition to Libby Claimants' Motion for Payment of Certain Fees and Request for Formation of a

    Separate Committee [Filed: 3/15/06] (Docket No. 12067)

(ii) Exhibits D-1 Through F to Debtors' Opposition to Libby Claimants' Motion for Payment of Certain Fees and Request for Formation of a Separate Committee [Filed: 3/15/06] (Docket No. 12068)

 Status: This matter will go forward.

## CLAIMS OBJECTIONS

5. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

 Response Deadline: June 4, 2004, at 4:00 p.m.

 Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

 Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. **The Court has scheduled a hearing on the Archer claims for May 15, 2006 at 2:00 P.M. The hearing on the claims of Weatherford International, Inc. is continued to May 15, 2006. at 2:00 PM. See attached Exhibit A.**

6. Debtors' Sixteenth Omnibus Objection to Claims (Non-Substantive) [Filed: 3/13/06] (Docket No. 12048)

 Response Deadline: April 13, 2006, at 4:00 p.m.

 Responses Received: None as of the date of this Notice of Agenda.

 Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

*I.* *STATUS REPORT ON REMAINING PD CLAIMS*

*II.* *PD CLAIMS OBJECTIONS CONTINUED FROM THE 1/24/06 THROUGH 1/26/06 HEARING*

7. **Traditional PD Claims, Speights & Runyan**

  *A.* *Unauthorized Claims (per 13th omnibus objection)*

   **6 claims remaining**, no proof of authority to file

   **68 claims remaining**, no proof of authority to file as of Bar Date

   i. Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By the Law Firm Speights & Runyan (Substantive) [Filed: 9/1/05]

(Docket No. 9311)

    ii. Response of Speights & Runyan to Debtors' Thirteenth Omnibus Objection [Filed: 10/7/05] (Docket No. 9607)

**Further Briefing**:

    iii. Sur-Reply in Support of the Disallowance of 71 Claims for which Speights & Runyan has not Established Authority to File as of the March 31, 2003 Bar Date [Filed: 01/24/2006](Docket No. 11621)

    iv. Further Memorandum in Opposition to Debtors' Thirteenth Omnibus Objection: Ratification of Authority by Claimants filed by Anderson Memorial Hospital [Filed: 02/03/2006](Docket No. 11709)

    v. Debtors' Brief in Further Support of the Disallowance of 71 Claims where Speight Lacked Authority as of the Bar Date [Filed: 2/3/06] (Docket No. 11712)

**B.** *Previously Settled Claims,* 2 claims, Objection B-2:
*(Only 2 Settled British Columbia Claims will go forward)*
    i. Claim No. 12299
    ii. Claim No. 12355

Status: This matter will go forward.

Related Documents

a.     Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/1/05] (Docket No. 9315)

Responses Received:

a.     Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/22/05] (Docket No. 10212)

b.     Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/25/05] (Docket No. 10815)

Replies Received:

a.     Debtors' Reply Brief in Support of Fifteenth Omnibus Objection to Claims (Substantive) [Filed 12/22/2005] (Docket No. 11428)

Sur-Replies Received:

    a.    Certain Speights & Runyan Claimants' Sur-Reply in Opposition to the Debtors' Thirteenth and Fifteenth Omnibus Objections [Filed: 1/20/06] (Docket No. 11594)

Status: This matter will go forward.

### III. MATTERS RELATING TO THE ANDERSON MEMORIAL HOSPITAL'S MOTION FOR CLASS CERTIFICATION

**A. Status Report on the Debtors' 2002 Notice Program**

**Related Documents:**

**a.   Affidavit of Katherine Kinsella [Filed: 4/5/06] (Docket No. 12206)**

**B. Debtors' Motion For Protective Order**

8.    Debtors' Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents [Filed: 12/19/05] (Docket No. 11365)

Related Documents:

a.    [Proposed] Protective Order Against Anderson Memorial Hospital's Discovery Requests Seeking Deposition Testimony and Documents [Filed: 12/19/05] (Docket No. 11365)

Response Deadline: None.

Responses Received:

a.    Anderson Memorial Hospital's Response to Debtors' Motion for Protective Order for 30(b)(6) Depositions and Documents [Filed: 1/10/09] (Docket No. 11522)

Status: This matter will go forward.

**C. Anderson Memorial Hospital's Motion For Limited Relief From The Automatic Stay**

9.    Anderson Memorial Hospital's Motion for Limited Relief From Automatic Stay [Filed: 12/22/05] (Docket No. 11413)

Related Documents:

a.    [Proposed] Order Granting Limited Relief From §362 Automatic Stay [Filed: 12/22/05] (Docket No. 11413)

Response Deadline: January 10, 2006, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief

from the Automatic Stay [Filed: 1/10/06] (Docket No. 11520)

Status: This matter will go forward.

**EXCLUSIVITY**

10. Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 11/14/05] (Docket No. 11067)

    Related Documents:

    a. [Proposed] Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 11/14/05] (Docket No. 11067)

    b. [Signed] Order Extending Debtors' Exclusivity Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon and Appointing a Plan Mediator [Filed: 3/10/06] (Docket No. 12031)

    Response Deadline: December 2, 2005 at 4:00 p.m. *(extended for the General Unsecured Creditors Committee until December 7, 2005 at 12:00 noon.)*

    Responses Received:

    a. Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11243)

    b. Future Claimants Representative's Objection to Debtors' Ninth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon [Filed: 12/2/05] (Docket No. 11244)

    c. Response in Opposition to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11246)

    d. Official Committee of Asbestos Personal Injury Claimants' Objection to The Debtors' Ninth Motion For An Order Pursuant To 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11247)

    e. Limited Response of State of Montana to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 2/10/06] (Docket No. 11747)

    f.    Limited Response of Her Majesty the Queen in Right of Canada as Represented by the Attorney General of Canada to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Period in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 2/10/06] (Docket No. 11748)

Replies Received:

    a.    Debtors' Motion for Leave to File Debtors' Reply in Further Support of Its Ninth motion for an Order Extending Exclusivity [Filed: 12/9/05] (Docket No. 11309)

        (i)    Debtors' Reply in Further Support of Its Ninth motion for an Order Extending Exclusivity [Filed: 12/9/05] (Docket No. 11309)

    b.    Grace's Status Report on the Progress of the Case [Filed: 2/13/06] (Docket No. 11756)

Status: This matter will go forward.

Dated: April 10, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_/s/ James E. O'Neill_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

# EXHIBIT A

**EXHIBIT A**

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Archer, David | 5795 | 602 | $1,541,849.60 | U | No Liability | Expunge | Hearing Scheduled May 15, 2006 @ 2:00PM |
| Archer, Michelle | 5796 | 604 | $1,910,100.00 | U | No Liability | Expunge | Hearing Scheduled May 15, 2006 @ 2:00PM |
| Weatherford International Inc | 6028 | 1694 | $351,758.00 | A | No Liability | Expunge | Continued to the May 15, 2006 Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1695 | $351,758.00 | A | No Liability | Expunge | Continued to the May 15, 2006 Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1719 | $351,758.00 | U | No Liability | Expunge | Continued to the May 15, 2006 Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1720 | $351,758.00 | U | No Liability | Expunge | Continued to the May 15, 2006 Omnibus Hearing. |