IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 10th day of April, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Agenda of Matters Scheduled for Hearing on April 17, 2006, at 2:00 p.m. Before the Honorable Judith K. Fitzgerald.**

_____
James E. O'Neill (DE Bar No. 4042)

Grace Agenda Notice Service List for
4/17/06 Hearing
Case No. 01-1139 (JKF)
April 10, 2006
Document # 117026
**55 – Facsimile**

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Donna L. Culver, Esquire
(Counsel for National Medical Care, Inc. and The Scotts Company)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Marc J. Phillips, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
(Counsel for Ingersoll-Rand Fluid Products, State of Montana and Keri Evans)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, P.C.
(Counsel to Debtor)
(Special Request)

*Facsimile 312-660-0624*
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 214-722-0081*
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 610-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 302-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5707*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile 610-371-7390*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile 610-371-7390*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar Associates)
(Special Request)

*Facsimile 302-428-3996*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation Plaintiffs, Medical Monitoring Claimants and Solow)
(Special Request)

*Facsimile 302-472-8135*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of Lloyd's of London)
(Special Request)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Special Request)

*Facsimile 302-577-8656*
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of Revenue)
(Special Request)

*Facsimile 302-658-3989*
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety Company)
(Special Request)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 302-656-2769*
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

*Facsimile 302-429-8600*
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 509-747-2323*
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

*Facsimile 412-288-3063*
James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

*Facsimile 843-216-6509*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants and Solow)
(Special Request)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

*Facsimile 202-339-8500*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

*Facsimile 302-656-5875*
Robert Jacobs, Esquire
(Counsel for David Slaughter)
(Special Request)

*Facsimile 302-467-4554*
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company)
(Special Request)

*Facsimile 302-658-6537*
Brian L. Kasprzak, Esquire
(Counsel to Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Insurance Company)
(Special Request)

*Facsimile 302-652-1111*
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
(Counsel for Peters, Smith & Company)
(Special Request)

*Facsimile 302-654-0728*
Christopher D. Loizides, Esquire
(Counsel for various PD Claimants)

*Facsimile 803-943-4599*
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
(Counsel for various PD Claimants)

*Facsimile 302-654-2067*
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
(Counsel for BDM Construction Comp., Inc.)

*Facsimile 609-984-9315*
Edward Devine, Esquire
Deputy Attorney General of New Jersey

*Facsimile 302-573-6220*
Ellen W. Slights, Esquire
(United States Attorney)

*Facsimile 302-467-4450*
Adam G. Landis, Esquire
Kerri Mumford, Esquire
(Counsel for the Libby Claimants)

*Facsimile 617-951-0679*
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
(Counsel for the Libby Claimants)