IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) |
| W. R. GRACE & CO., et al.[1] | )   Chapter 11 |
| | ) |
| Debtors. | )   Case No. 01-01139 (JKF) |
| | )   (Jointly Administered) |

**ORDER PURSUANT TO SECTIONS 105(a) AND 363 THE BANKRUPTCY CODE
AUTHORIZING THE DEBTORS TO ACQUIRE CERTAIN ASSETS**

Upon consideration of the Motion of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order, pursuant to sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to acquire the Target Business[2] from Seller for an amount not to exceed $20 million subject to adjustment as provided in the Motion; and having considered the Motion and finding that the relief requested therein is in the best interest of the Debtors and their estates; and due and proper notice having been given with no other notice being required; and in light of the nature of the relief requested in the Motion, no further notice or hearing on the Motion being required; and after due deliberation and sufficient cause appearing therefore;

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Debtors are authorized, but not directed, to purchase the Target Business from Seller, on terms substantially as set forth in the Purchase Agreement.

3. The Debtors are authorized to take any other reasonable actions that are necessary to carry out the terms of the acquisition of the Target Business.

4. In the event of a dispute resulting from the purchase of the Target Business, the remedies of both purchaser and seller including those related to indemnification shall be limited as set forth in the Purchase Agreement.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, which is final.

Wilmington, Delaware

Dated: _____, 2006_____
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein have the meanings given in the Motion.