## Exhibit B

## Schedule of Projected Minimum Required Contributions
## to the Grace Retirement Plans from 2005 to 2008

| Payment Due Date | Contributions Per Plan Year (approx.) | | |
|---|---|---|---|
| | 2005 | 2006 | 2007 |
| 2006[1] | | | |
| July 15 | | $15,596,358 | |
| September 15 | 44,893,500 | | |
| October 15 | | 15,671,395 | |
| 2007 | | | |
| January 15 | | 16,280,010 | |
| April 15 | | | 12,900,000 |
| July 15 | | | 12,900,000 |
| September 15 | | 15,344,787 | |
| October 15 | | | 12,900,000 |
| 2008 | | | |
| January 15 | | | 12,900,000 |
| April 15 | | | -[2] |
| July 15 | | | |
| September 15 | | | 9,200,000 |
| October 15 | | | |
| Totals | $44,893,500[3] | $62,892,550 | $60,800,000[4] |

---

[1] Based on the Court Order effectuating the most recent prior funding motion, Grace made contributions during the first half of 2006 totaling approximately $24 million (or approximately $29 million, if PFEA is not extended), which are not listed.

[2] It is very likely that the Debtors will also be required to make minimum contributions for the 2008 plan year. Under current law, the first such contribution for that plan year would be made in April 2008, which would be a quarterly contribution for the 2008 plan year. The Debtors are not at this time asking for approval to make any contributions for the 2008 plan year.

[3] As stated, along with this Motion, the Debtors are also submitting a motion to the Court with regard to pension benefit increases under the Debtors' Chicago, 51st Street Plant union pension plan, for the May 15, 2006 hearing date. The listed amounts assume that the Chicago, 51st Street Plant motion is granted. In that case, an additional pension contribution of approximately $0.9 million would be made to that union pension plan by no later than September 15, 2006 (or $1.2 million if PFEA is not extended). In addition, no additional minimum contributions to that union pension plan would be required for 2006 or 2007. If, on the other hand, the union pension plan motion is not granted, then the amount of each required contribution currently listed in the Schedule would increase slightly --by approximately 0.5% -- since the union pension plan would then also require additional minimum contributions.

[4] Plus any required minimum contributions for the 2008 plan year due during the 2008 calendar year. (See footnote 2 above.)