## Exhibit B - 1

### Schedule of Projected Minimum Required Contributions to the Grace Retirement Plans from 2005 to 2008 Assuming the PFEA Is Not Extended

| Payment Due Date | Contributions Per Plan Year (approx.) | | |
|---|---|---|---|
| | 2005 | 2006 | 2007 |
| 2006[1] | | | |
| July 15 | | 20,222,268 | |
| September 15 | 44,893,500 | | |
| October 15 | | 20,297,305 | |
| 2007 | | | |
| January 15 | | 20,905,920 | |
| April 15 | | | 15,400,000 |
| July 15 | | | 15,400,000 |
| September 15 | | 23,254,461 | |
| October 15 | | | 15,400,000 |
| 2008 | | | |
| January 15 | | | 15,400,000 |
| April 15 | | | -[2] |
| July 15 | | | |
| September 15 | | | 10,600,000 |
| October 15 | | | |
| Totals | $44,893,500[3] | $84,679,954 | $72,200,000[4] |

---

[1] See corresponding footnote on Exhibit B.
[2] See corresponding footnote on Exhibit B.
[3] See corresponding footnote on Exhibit B.
[4] See corresponding footnote on Exhibit B.