

# DOFFERMYRE SHIELDS CANFIELD KNOWLES & DEVINE, LLC

*TRIAL ATTORNEYS*

FOY R. DEVINE
ROBERT E. SHIELDS
EVERETTE L. DOFFERMYRE
KENNETH S. CANFIELD
RALPH I. KNOWLES
LESLIE J. BRYAN
SAMUEL W. WETHERN
DAVID S. HAGY
MARTHA J. FESSENDEN
SHERYL L. MCCALLA
KIMBERLY J. JOHNSON

April 7, 2006

David D. Bird, Clerk of Court
United States Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware  19801

Re:  In re: W.R. Grace & Co., et al.
     Case No. 01-01139, Chapter 11
     Re: Docket Nos. 9301, 11023, 11403, 11515, 11549, 11756

Dear Mr. Bird:

Please be advised that our firm is not counsel of record for any asbestos claimants in any asbestos cases and thus should be removed from all asbestos service lists. While we previously served as local counsel in several asbestos cases in Georgia, we moved to withdraw and orders were entered allowing the withdrawal some time ago.

Sincerely,

Kenneth S. Canfield

KSC:vr

SUITE 1600 / 1355 PEACHTREE STREET / ATLANTA, GEORGIA 30309
(404) 881-8900  FAX (404) 881-3007
WEBSITE: www.DSCKD.com  E-MAIL: first initial lastname@DSCKD.com