IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Reference Docket No. 11862 |
| ) | |

### NOTICE OF DOCUMENT ENTERED IN ERROR
### (DOCKET NO. 11862)

On February 20, 2006, the Nineteenth Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation and Reimbursement of Expenses for the Period December 1-31, 2005 (the "Application"), was filed in the above-referenced proceedings (Docket No. 11862). The same Application was also filed February 14, 2006 (Docket No. 11770). Thus, the Application was inadvertently filed twice in the above-referenced proceedings.

The undersigned respectfully requests that the Application (Docket No. 11862) be marked as ENTERED IN ERROR.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
JOHN C. PHILLIPS, JR. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern,
Future Claimants' Representative

Dated: April 12, 2006