### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBBY CLAIMANTS, | : | CIVIL ACTION NO. 06-26 |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | BANKRUPTCY CASE NO. 01-1139 |
| | : | |
| W.R. GRACE, et al., | : | |
| | : | |
| Appellees. | : | |
| | : | |
| | : | |

### ORDER

AND NOW, this 12th day of April, 2006, upon consideration of the Libby Claimants'

Request for Oral Argument (Docket No. 24), it is hereby **ORDERED** that the Request is

**GRANTED.**  ORAL ARGUMENT is scheduled for Tuesday, April 25, 2006 at 4:00 p.m. in

Courtroom 14A of the U.S. Courthouse at 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.