IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **NO ORDER REQUIRED** |
| ) | |
| ) | **Rel. D.I. 12103** |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NOS. 12103

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twenty-Third Interim Application of Capstone Corporate Recovery, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the Period January 1, 2006 through January 31, 2006 (the "Application") [Docket No. 12103] filed on March 22, 2006.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Amended Notice of Application which was filed on February 21, 2006 [D.I. 11868], objections to the Application were to be filed and served no later than April 11, 2006 at 4:00 p.m.

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation ($54,876.80) and one hundred percent (100%) of expenses ($631.01) without further order from the court.

Dated:  April 13, 2006
       Wilmington, DE             /s/Michael R. Lastowski
                                      Michael R. Lastowski (DE I.D. No. 3892)
                                      Richard W. Riley (DE I.D. No. 4052)
                                      DUANE MORRIS LLP
                                      1100 N. Market Street, Suite 1200
                                      Wilmington, DE 19801-1246
                                      Telephone:    (302)-657-4900
                                      Facsimile:      (302)-657-4901
                                      Email:             mlastowski@duanemorris.com

                                      *Co-Counsel for the Official*
                                      *Committee of Unsecured Creditors*