## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Related Docket Nos. 11919, 12021 |
| | ) | and 12022 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the following matters are scheduled for hearing on May

15, 2006 at 2:00 p.m. before the Honorable Judith K. Fitzgerald at the United States Bankruptcy

Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, DE 19801:

1.  Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative [Docket No. 11919]

2.  Motion of Swidler Berlin LLP for Leave to Withdraw as Bankruptcy Counsel to David T. Austern, Future Claimants' Representative [Docket No. 12021]

3.  Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel to the Future Claimants' Representative [Docket No. 12022]

PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated: April 13, 2006

By: _____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern,
Future Claimants Representative

## CERTIFICATE OF SERVICE

I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18 and on April 14, 2006 I caused a copy of the *Notice of Hearing* to be served upon those persons listed in the attached Service List by first-class mail, postage prepaid.

Rachael M. Barainca, Legal Assistant
Orrick, Herrington & Sutcliffe LLP