IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: 5/4/06 at 4:00 p.m. |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 17, 2006
Client/Matter # 01246-011548
Invoice # 109416
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/01/06 | K. Bourdeau | 0.25 | Email communications with P. Marks and L. Duff re resolution of claims. |
| 02/01/06 | P. Marks | 3.00 | Email exchanges with client re research; research and evaluate same; review case developments and research re same; communications with client and J. Freeman re scheduling and other issues related to negotiations and evaluate same. |
| 02/06/06 | P. Marks | 2.50 | Legal research. |
| 02/07/06 | P. Marks | 4.00 | Legal research. |
| 02/08/06 | G. Smith | 0.50 | Telephone conference with P. Marks re bankruptcy/CERCLA issues. |
| 02/08/06 | P. Marks | 5.25 | Preparation for negotiations; research; telephone conference with G. Smith re same; communications with client. |
| 02/10/06 | P. Marks | 0.50 | Communications with client and opposing counsel re meeting preparation. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  109416
                                                             March 17, 2006
                                                             PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/13/06 | P. Marks | 1.50 | Preparation for meeting; communications with client, opposing counsel and K. Bourdeau re same. |
| 02/14/06 | P. Marks | 3.00 | Legal research; review and evaluate client emails. |
| 02/16/06 | P. Marks | 4.00 | Research and evaluation of legal issues. |
| 02/20/06 | P. Marks | 4.25 | Evaluation of legal issues and research re same. |
| 02/21/06 | K. Bourdeau | 0.25 | Conference with P. Marks re preparation for meeting with U.S. |
| 02/21/06 | P. Marks | 6.25 | Evaluation of legal issues; conference with K. Bourdeau re same; client telephone conference; research. |
| 02/22/06 | K. Bourdeau | 1.25 | Conference with P. Marks in preparation for negotiation session with US. |
| 02/22/06 | P. Marks | 1.25 | Conference with K. Bourdeau re case and recent research results. |
| 02/23/06 | P. Marks | 1.00 | Prepare for and conduct telephone conference with L. Duff re case developments and strategy. |
| 02/24/06 | P. Marks | 0.75 | Telephone conferences and emails with client re case management and development. |
| 02/27/06 | P. Marks | 1.00 | Case management tasks re invoices; organize case materials. |
| 02/28/06 | P. Marks | 2.25 | Telephone conference with J. Freeman (DOJ) re status of federal review, bankruptcy legal issues and scheduling; evaluate same; communications with client re same. |

**Total Hours :**            42.75

**Total Fees :**         $15,318.75

BEVERIDGE & DIAMOND, P.C.                                              INVOICE #  109416
                                                                       March 17, 2006
                                                                       PAGE   3

### Disbursements:

| | |
|---|---:|
| Postage | 0.39 |
| Long Distance Telephone | 11.60 |
| Duplicating | 0.60 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA210380 dated 2/1/06 for courtlink usage | 122.14 |

|  |  |
|---|---:|
| Total Disbursements : | $ 134.73 |

### Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 1.75 | $525.00 | $ 918.75 |
| G. Smith | 0.50 | $450.00 | $ 225.00 |
| P. Marks | 40.50 | $350.00 | $14,175.00 |

|  |  |
|---|---:|
| Total Fees : | $15,318.75 |
| Total Disbursements : | $ 134.73 |
| **TOTAL DUE :** | $15,453.48 |

# EXHIBIT B

**(Preparation of Fee Application)**

LAW OFFICES<br>
BEVERIDGE & DIAMOND, P.C.<br>
SUITE 2210<br>
201 NORTH CHARLES STREET<br>
BALTIMORE, MD 21201-4150<br>
(410) 230-3850

```
W. R. Grace & Co. - Conn                      March 17, 2006
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-012629
7500 Grace Drive                              Invoice # 109417
Columbia, MD  21044                           Federal ID# 52-1247549
```

For Legal Services Rendered Through 02/28/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/14/06 | P. Marks | 1.00 | Prepare fee application (Jan 06). |
| 02/28/06 | P. Marks | 1.25 | Telephone conference with auditor; follow-up re correction to First Notice of filing; evaluate recent filings and prepare amendment to same. |

|  |  |
|---|---|
| Total Hours : | 2.25 |
| Total Fees : | $ 787.50 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 109417
March 17, 2006
PAGE 2

**Disbursements:**

| | |
|---|---:|
| Postage | 3.20 |
| Duplicating | 18.40 |
| **Total Disbursements :** | **$21.60** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 2.25 | $350.00 | $ 787.50 |

| | |
|---|---:|
| **Total Fees :** | **$ 787.50** |
| **Total Disbursements :** | **$21.60** |
| **TOTAL DUE :** | **$ 809.10** |