# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**[2]

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| | | | |
|---|---|---|---|
| 01/06/06 | Memo to client. | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 01/16/06 | Forward memo and article on Woolwich suit to client. | | |
| 14 | W. Hatfield | 0.3 | 109.50 |
| 01/17/06 | Review memo from client on Woolwich issues. | | |
| 14 | W. Hatfield | 0.1 | 36.50 |
| 02/16/06 | Address memo and status of subdivision. | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 02/27/06 | Memo to client on landfill issues. | | |
| 14 | W. Hatfield | 0.1 | 36.50 |
| 02/28/06 | Address correspondence from Real Estate Counsel. | | |
| 14 | W. Hatfield | 0.1 | 36.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| W. Hatfield | | 14 | 1.0 | 365.00 | 365.00 |
| | TOTAL | | 1.0 | | 365.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 02/03/06 | Obtain information for client re Prudential claim. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 02/03/06 | Revised December 2005 fee application and Quarterly fee application for 19th interim period and forward to J. O'Neill for filing. | | |
| 18 | K. Jasket | 1.0 | 270.00 |

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| | | | |
|---|---|---|---|
| 02/06/06 | Review brief regarding Prudential claims and follow up regarding same with S. Blatnick. | | |
| 14 | A. Marchetta | 1.2 | 660.00 |
| 02/08/06 | Work with A. Marchetta and S. Parker re: update of 10K submission re: Unigard litigation. | | |
| 3 | B. Moffitt | 1.6 | 576.00 |
| 02/08/06 | Worked with B. Moffitt, reviewed file documents in the Maryland Casualty matter, and retrieved docket sheet in the Unigard matter re: confirmation of status of Unigard matter as requested by J. Posner. | | |
| 14 | S. Parker | 1.5 | 202.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.5 | 550.00 | 825.00 |
| K. Jasket | 18 | 1.0 | 270.00 | 270.00 |
| B. Moffitt | 3 | 1.6 | 360.00 | 576.00 |
| S. Parker | 14 | 1.5 | 135.00 | 202.50 |
| TOTAL | | 5.6 | | 1,873.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 01/04/06 | Review site materials and forward to client. | | |
| 14 | W. Hatfield | 0.4 | 146.00 |
| 01/11/06 | Respond to audit request. | | |
| 14 | W. Hatfield | 0.4 | 146.00 |
| 02/03/06 | Address case issues and documents. | | |
| 14 | W. Hatfield | 0.4 | 146.00 |
| 02/07/06 | Address case document issues and site cleanup. | | |
| 14 | W. Hatfield | 0.3 | 109.50 |
| 02/07/06 | Follow up on file index. | | |
| 14 | F. Stella | 0.1 | 28.50 |
| 02/09/06 | Revise index files for trial and appeal documents. | | |
| 14 | F. Stella | 0.5 | 142.50 |
| 02/13/06 | Address case issues. | | |

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.1 | 36.50 |
| 02/27/06<br>14 | Memo to client on Jersey City issues.<br>W. Hatfield | 0.1 | 36.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 1.7 | 365.00 | 620.50 |
| F. Stella | 14 | 0.6 | 285.00 | 171.00 |
| TOTAL | | 2.3 | | 791.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 115853 Project Omega / Akzo Nobel

| | | | |
|---|---|---|---|
| 12/02/05<br>14 | Memo on new Chemical Security requirements.<br>W. Hatfield | 0.2 | 67.00 |
| 01/19/06<br>14 | Review Chemical Security info and forward to AJM.<br>W. Hatfield | 0.3 | 109.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 0.5 | 365.00 | 176.50 |
| TOTAL | | 0.5 | | 176.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 116434 Quick-Wright Electrical Distributors, Inc.

| | | | |
|---|---|---|---|
| 02/01/06<br>14 | Final proofing and revision, and execution, of stipulation of settlement.<br>S. Zuber | 0.3 | 130.50 |
| 02/01/06<br>3 | Correspondence to L. McCloskey regarding Consent Order.<br>G. Michael | 0.3 | 93.00 |
| 02/03/06<br>3 | Review email and documents from opposing counsel.<br>G. Michael | 0.2 | 62.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| S. Zuber | 14 | 0.3 | 435.00 | 130.50 |
| G. Michael | 3 | 0.5 | 310.00 | 155.00 |
| TOTAL | | 0.8 | | 285.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 02/02/06 | Review/analysis Tahari Notice of Appeal of Order granting Kronish Lieb Summary Judgment. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 02/02/06 | Review/analysis A. Mack correspondence re dates for depositions of Trizec witnesses. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 02/02/06 | Draft correspondence to A. Nagy and V. Finkelstein re depositions, requesting dates for Nagy deposition. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 02/02/06 | Draft correspondence to C. Boubol, counsel for Trizec re depositions of Winshall, Meyer and Kaufman. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 02/02/06 | Telephone conference with C. Boubol re depositions of Trizec witnesses, status of settlement negotiations, Tahari's legal position. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 02/03/06 | Draft correspondence to C. Boubol and A. Mack re Nagy deposition. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 02/08/06 | Preparation for and attendance at deposition of David Kaufman, VP of Leasing for Trizec. | | |
| 3 | B. Benjamin | 6.1 | 2,531.50 |
| 02/09/06 | Telephone conference with A. Mack re Tahari's Responses to Document Demands and Privilege Log, assertions of privilege. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |
| 02/09/06 | Preparation for oral argument on motion to compel - review/analysis motion papers, Tahari documents, case law imposed remedies for failure to produce documents and privilege log. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |
| 02/09/06 | Draft correspondence to A. Nagy and V. Finkelstein re deposition of D. Kaufman, other deposition scheduling issues, Grace motion to compel production. | | |

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |
| 02/10/06 | Attendance at oral argument in support of motion to compel production by Tahari. | | |
| 3 | B. Benjamin | 3.4 | 1,411.00 |
| 02/13/06 | Telephone calls regarding settlement conference. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |
| 02/13/06 | Draft correspondence to A. Nagy and V. Finkelstein re court appearance on oral argument, extension of discovery deadline. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 02/28/06 | Draft correspondence to A. Nagy re scheduling deposition appearance. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 02/28/06 | Draft correspondence to A. Mack and C. Boubol re settlement conference and scheduling A. Nagy deposition if no settlement. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 02/28/06 | Review/analysis Grace damages claim (attorneys fees and costs) re preparation for settlement conference. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.2 | 550.00 | 110.00 |
| B. Benjamin | 3 | 12.0 | 415.00 | 4,980.00 |
| TOTAL | | 12.2 | | 5,090.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| | | | |
|---|---|---|---|
| 02/01/06 | Telephone call with DAG Bonanno re: criminal investigation and testimony of Jay Burnill. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 02/01/06 | Work with B. Jacobson on scheduling interview. | | |
| 3 | M. Morgan | 0.5 | 117.50 |
| 02/01/06 | Work with B. Jacobson on scheduling interview. | | |
| 3 | M. Morgan | 0.5 | 117.50 |
| 02/01/06 | Phone call with DAG Bonanno and A. Marchetta concerning Grand Jury | | |

| | | | |
|---|---|---|---|
| | testimony. | | |
| 3 | M. Morgan | 0.5 | 117.50 |
| 02/01/06 | Further draft and revise Grace topic summaries for circulation to client. | | |
| 3 | M. Morgan | 6.5 | 1,527.50 |
| 02/01/06 | Compile all documents per attorney M. Morgan request. | | |
| 14 | Y. Day | 0.3 | 36.00 |
| 02/01/06 | Review EPA production and code key information into Summation database. | | |
| 14 | Y. Day | 3.1 | 372.00 |
| 02/02/06 | Telephone calls and e-mails re status of settlement negotiation with State DAG office and follow up re same. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 02/02/06 | Telephone call from DAG re settlement; follow up re Burrill testimony; e-mail re settlement discussions; conference with M. Morgan re same. | | |
| 14 | A. Marchetta | 1.5 | 825.00 |
| 02/02/06 | Further draft and revise Grace topic summaries concerning Plant History. | | |
| 3 | M. Morgan | 3.2 | 752.00 |
| 02/02/06 | Further draft and revise Grace topic summaries on use of asbestos. | | |
| 3 | M. Morgan | 5.1 | 1,198.50 |
| 02/02/06 | Compile all documents per attorney M. Morgan request. | | |
| 14 | Y. Day | 3.9 | 468.00 |
| 02/02/06 | Review and coding of documents produced by the EPA | | |
| 3 | G. Netzke | 5.5 | 797.50 |
| 02/03/06 | Telephone calls with M. Morgan; follow up with DAG re settlement and issues concerning grand jury. | | |
| 14 | A. Marchetta | 1.2 | 660.00 |
| 02/03/06 | Continued preparation of topic summary regarding asbestos, and various other employee issues, other documents reflecting Grace's protecting employee health and its efforts to do same. | | |
| 3 | B. Moffitt | 3.4 | 1,224.00 |
| 02/03/06 | Continue work w/ M. Morgan on compiling topic summaries for client review. | | |
| 3 | S. Muhlstock | 2.2 | 627.00 |

| Date / Matter | Description / Timekeeper | Hours | Amount |
|---|---|---|---|
| 02/03/06 | Further draft and revise topic summary concerning medical monitoring. | | |
| 3 | M. Morgan | 3.6 | 846.00 |
| 02/03/06 | Further draft and revise Grace topic summaries concerning medical monitoring. | | |
| 3 | M. Morgan | 3.5 | 822.50 |
| 02/06/06 | Follow up with M. Morgan regarding witness interviews, and conversations with deputy attorney general regarding settlement. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 02/06/06 | Continued preparation of topic summary regarding asbestos, and various other employee issues, other documents reflecting Grace's protecting employee health and its efforts to do same. | | |
| 3 | B. Moffitt | 1.9 | 684.00 |
| 02/06/06 | Correspondence with B. Carr re: ongoing FOIA production and reproduction of oversized documents. | | |
| 3 | M. Meyer | 0.2 | 45.00 |
| 02/06/06 | Continue work w/ M. Morgan and B. Moffitt on compiling topic summaries. | | |
| 3 | S. Muhlstock | 1.6 | 456.00 |
| 02/06/06 | Further draft and revise topic summary concerning use of safety equipment. | | |
| 3 | M. Morgan | 3.5 | 822.50 |
| 02/06/06 | Further draft and revise Grace topic summary concerning use of safety equipment at Hamilton Plant. | | |
| 3 | M. Morgan | 3.3 | 775.50 |
| 02/07/06 | Follow up regarding issues for bankruptcy hearing. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 02/07/06 | Continued preparation of topic summary regarding asbestos, and various other employee issues, other documents reflecting Grace's protecting employee health and its efforts to do same. | | |
| 3 | B. Moffitt | 6.4 | 2,304.00 |
| 02/07/06 | Further conform, draft, and revise topic summary concerning industrial hygiene. | | |
| 3 | M. Morgan | 3.9 | 916.50 |
| 02/07/06 | Further conform, draft, and revise Grace topic summary concerning industrial hygiene. | | |
| 3 | M. Morgan | 4.1 | 963.50 |

| | | | |
|---|---|---|---|
| 02/08/06<br>14 | Follow up regarding settlement letter and conference regarding same.<br>A. Marchetta | 0.3 | 165.00 |
| 02/08/06<br>3 | Supplement topic summary to incorporate additional information.<br>B. Moffitt | 3.4 | 1,224.00 |
| 02/08/06<br>3 | Further conform, draft, and revise topic summary on permits and violations.<br>M. Morgan | 3.7 | 869.50 |
| 02/08/06<br>3 | Further conform, draft, and revise topic summary concerning governmental knowledge on use of asbestos.<br>M. Morgan | 2.4 | 564.00 |
| 02/08/06<br>3 | Further conform, draft, and revise topic summary concerning governmental knowledge of use of asbestos.<br>M. Morgan | 2.6 | 611.00 |
| 02/08/06<br>14 | Review EPH documents and code key information into Summation database.<br>Y. Day | 4.9 | 588.00 |
| 02/09/06<br>3 | Continued preparation of topic summary regarding asbestos, and various other employee issues, other documents reflecting Grace's protecting employee health and its efforts to do same.<br>B. Moffitt | 6.8 | 2,448.00 |
| 02/09/06<br>3 | Further review and revise employee safety topic summary.<br>S. Muhlstock | 1.3 | 370.50 |
| 02/09/06<br>3 | Further conform, draft, and revise Grace topic summary on plant shutdown.<br>M. Morgan | 3.5 | 822.50 |
| 02/09/06<br>3 | Further conform, draft, and revise topic summary on plant shutdown.<br>M. Morgan | 2.7 | 634.50 |
| 02/09/06<br>3 | Further conform, draft, and revise topic summary on waste disposal.<br>M. Morgan | 2.7 | 634.50 |
| 02/09/06<br>14 | Review documents, code key information into Summation database.<br>Y. Day | 1.0 | 120.00 |
| 02/10/06<br>14 | Review EPA investigation documents; forward same; work with M. Morgan regarding settlement and issues regarding hearing.<br>A. Marchetta | 0.6 | 330.00 |

| | | | |
|---|---|---|---|
| 02/10/06 | Review historical documents re asbestos content, including documentation of Grace's efforts at employee education. | | |
| 3 | B. Moffitt | 6.6 | 2,376.00 |
| 02/10/06 | Conversation with J. Spielberg and M. Morgan re: FOIA requests to OSHA. | | |
| 3 | M. Meyer | 0.1 | 22.50 |
| 02/10/06 | Discussed receipt of EPH slab sampling with M. Morgan. | | |
| 3 | M. Meyer | 0.1 | 22.50 |
| 02/10/06 | Received and reviewed correspondence from B. Carr at the EPA re: recent cement slab sampling; forwarded o A. Marchetta, M. Morgan and Y. Day. | | |
| 3 | M. Meyer | 0.2 | 45.00 |
| 02/10/06 | Further review and revise compilation of topic summaries. | | |
| 3 | S. Muhlstock | 4.0 | 1,140.00 |
| 02/10/06 | Confer with M. Morgan regarding compilation of topic summaries. | | |
| 3 | S. Muhlstock | 0.2 | 57.00 |
| 02/10/06 | Further conform, draft, and revise topic summary on permits and violations. | | |
| 3 | M. Morgan | 3.5 | 822.50 |
| 02/10/06 | Further conform, draft, and revise Grace topic summary on waste disposal. | | |
| 3 | M. Morgan | 3.5 | 822.50 |
| 02/11/06 | Follow up re discussions concerning settlement and court date adjournment. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 02/11/06 | Continue review of and revisions to compilation of topic summaries. | | |
| 3 | S. Muhlstock | 1.5 | 427.50 |
| 02/13/06 | Follow up regarding OSHA documents and handling of same; set up client conference. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 02/13/06 | Review historical documents re asbestos content, including documentation of Grace's efforts at employee education. | | |
| 3 | B. Moffitt | 7.9 | 2,844.00 |
| 02/13/06 | Document review - read through and flag documents provided by US EPA Region II in response to FOIA request. | | |
| 3 | M. Meyer | 4.1 | 922.50 |
| 02/13/06 | Work with B. Moffitt and M. Morgan regarding additional information to be included in topic summaries. | | |

| | | | |
|---|---|---|---|
| 3 | S. Muhlstock | 0.2 | 57.00 |
| 02/13/06 | Further review and revise compilation of topic summaries. | | |
| 3 | S. Muhlstock | 1.7 | 484.50 |
| 02/13/06 | Further conform, research, draft, and revise Grace topic summary on employees. | | |
| 3 | M. Morgan | 4.5 | 1,057.50 |
| 02/13/06 | Further conform, draft, and revise Grace topic summary on health and safety at Hamilton Plant. | | |
| 3 | M. Morgan | 4.2 | 987.00 |
| 02/14/06 | Telephone calls with Attorney General regarding bankruptcy hearing and settlement and telephone calls to Judge Bongiovanni. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 02/14/06 | Review historical documents re asbestos content, including documentation of Grace's efforts at employee education. | | |
| 3 | B. Moffitt | 7.1 | 2,556.00 |
| 02/14/06 | Document review - examined documents received from the USEPA in response to FOIA requests and criminal discovery. | | |
| 3 | M. Meyer | 5.1 | 1,147.50 |
| 02/14/06 | Continue revisions to compilation of topic summaries and prepare table of contents for same. | | |
| 3 | S. Muhlstock | 2.0 | 570.00 |
| 02/14/06 | Prepare for conference call among Grace counsel concerning the bankruptcy motions. Send e-mail concerning same to all Grace counsel. | | |
| 3 | M. Morgan | 1.0 | 235.00 |
| 02/14/06 | Further draft and revise Grace topic summaries for circulation to client. | | |
| 3 | M. Morgan | 3.6 | 846.00 |
| 02/14/06 | Review EPA documents and code key information into Summation database. | | |
| 14 | Y. Day | 1.0 | 120.00 |
| 02/15/06 | Conference call with client and attorneys regarding status of settlement and court hearing dates; follow up with Deputy Attorney General and court regarding same; forward information to clients. | | |
| 14 | A. Marchetta | 1.5 | 825.00 |
| 02/15/06 | Prepare for and participate in conference call with AJM, M. Shelnitz, J. | | |

| | | | |
|---|---|---|---|
| | Baer, and D. Siegel concerning the bankruptcy court motions. | | |
| 3 | M. Morgan | 1.0 | 235.00 |
| 02/15/06 | Further finalize the Grace Topic Summaries for circulation to client. Revise end notes of Compendium for easy review by client. | | |
| 3 | M. Morgan | 3.1 | 728.50 |
| 02/15/06 | Finalize topic summaries for client circulation. | | |
| 3 | M. Morgan | 3.0 | 705.00 |
| 02/15/06 | Further review EPA documents and code key information into Summation database. | | |
| 14 | Y. Day | 3.2 | 384.00 |
| 02/16/06 | Conference call with DAG and client re court hearing and settlement; follow up re compilation of information and forward to client. | | |
| 14 | A. Marchetta | 1.2 | 660.00 |
| 02/16/06 | Further finalize the Grace Topic Summaries for client review. | | |
| 3 | M. Morgan | 4.5 | 1,057.50 |
| 02/16/06 | Further conform, draft, revise Grace topic summaries for circulation. | | |
| 3 | M. Morgan | 4.5 | 1,057.50 |
| 02/16/06 | Further review EPA documents and code key information into Summation database. | | |
| 14 | Y. Day | 4.9 | 588.00 |
| 02/17/06 | Phone call to Larry Lustberg concerning Burrill's Grand Jury testimony. | | |
| 3 | M. Morgan | 0.1 | 23.50 |
| 02/17/06 | Review final version of compilation of topic summaries. | | |
| 3 | S. Muhlstock | 0.5 | 142.50 |
| 02/17/06 | Review documents and code key information into Summation database. | | |
| 14 | Y. Day | 5.1 | 612.00 |
| 02/19/06 | Review historical documents re asbestos content, including documentation of Grace's efforts at employee education. | | |
| 3 | B. Moffitt | 2.9 | 1,044.00 |
| 02/20/06 | Follow up regarding letter to court on adjournment; conference with M. Morgan regarding Burrill testimony request. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 02/20/06 | Review historical documents re asbestos content, including documentation | | |

| | | | |
|---|---|---|---|
| 3 | of Grace's efforts at employee education.<br>B. Moffitt | 6.6 | 2,376.00 |
| 02/20/06<br>3 | Discussed review of FOIA documents with Y. Day.<br>M. Meyer | 0.1 | 22.50 |
| 02/20/06<br>3 | Begin preparing outline for interview.<br>M. Morgan | 3.4 | 799.00 |
| 02/20/06<br>3 | Further prepare outline in anticipation.<br>M. Morgan | 4.6 | 1,081.00 |
| 02/20/06<br>14 | Review documents and code key information into Summation database.<br>Y. Day | 4.5 | 540.00 |
| 02/21/06<br>14 | Work with M. Morgan regarding interviews; follow up regarding books.<br>A. Marchetta | 0.9 | 495.00 |
| 02/21/06<br>3 | Review historical documents re asbestos content, including documentation of Grace's efforts at employee education.<br>B. Moffitt | 6.9 | 2,484.00 |
| 02/21/06<br>3 | Further prepare for interview.<br>M. Morgan | 4.5 | 1,057.50 |
| 02/21/06<br>3 | Further prepare outline in anticipation of interview and review documents concerning same.<br>M. Morgan | 4.5 | 1,057.50 |
| 02/21/06<br>14 | Review documents and code key information into Summation database.<br>Y. Day | 4.3 | 516.00 |
| 02/22/06<br>14 | E-mails and follow up with M. Morgan re interview.<br>A. Marchetta | 0.4 | 220.00 |
| 02/22/06<br>3 | Review historical documents re asbestos content, including documentation of Grace's efforts at employee education.<br>B. Moffitt | 6.7 | 2,412.00 |
| 02/22/06<br>3 | Travel to and attend interview.<br>M. Morgan | 14.0 | 3,290.00 |
| 02/22/06<br>14 | Review EPA documents and code key information into Summation database.<br>Y. Day | 6.6 | 792.00 |

| | | | |
|---|---|---|---|
| 02/23/06 | Conference with M. Morgan and follow up regarding interviews; e-mails re assembly bill. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 02/23/06 | Review historical documents re asbestos content, including documentation of Grace's efforts at employee education. | | |
| 3 | B. Moffitt | 6.1 | 2,196.00 |
| 02/23/06 | Confer with A. Marchetta and M. Morgan re: pending legislation to eliminate statute of limitations re environmental crimes, and arrange to attend hearing re same. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 02/23/06 | Contact counsel for J. Burrill for update concerning Grand Jury testimony on State's pending criminal investigation. | | |
| 3 | M. Morgan | 0.0 | 0.00 |
| 02/23/06 | Review and synthesize information received. | | |
| 3 | M. Morgan | 3.2 | 752.00 |
| 02/23/06 | Review EPA documents and code key information into Summation database. | | |
| 14 | Y. Day | 4.2 | 504.00 |
| 02/24/06 | E-mails and follow up re legislative hearing; interview; legal research re statute of limitations; conference with M. Morgan re same. | | |
| 14 | A. Marchetta | 0.8 | 440.00 |
| 02/24/06 | Review historical documents re asbestos content, including documentation of Grace's efforts at employee education. | | |
| 3 | B. Moffitt | 7.1 | 2,556.00 |
| 02/24/06 | Review documents and code key information into Summation database. | | |
| 14 | Y. Day | 3.3 | 396.00 |
| 02/24/06 | Review and code EPH documents using Summation | | |
| 1 | K. Stehnacs | 1.9 | 237.50 |
| 02/25/06 | Begin preparing for the interview. | | |
| 3 | M. Morgan | 5.1 | 1,198.50 |
| 02/26/06 | Prepare outline for interview and review documents concerning same. | | |
| 3 | M. Morgan | 7.5 | 1,762.50 |
| 02/27/06 | Attendance at hearing of Assembly's Environment and Solid Waste Committee re proposed legislation eliminating statute of limitations for | | |

| | | | |
|---|---|---|---|
| | certain environmental crimes; travel to and from same. | | |
| 3 | B. Moffitt | 5.1 | 1,836.00 |
| 02/27/06 | Preparation of e-mail summarizing proceedings before Assembly's Environment and Solid Waste Committee and summarizing preliminary research re potential retroactive effect of new legislation. | | |
| 3 | B. Moffitt | 0.7 | 252.00 |
| 02/27/06 | Research re potential retroactive effect of new legislation proposing elimination of statute of limitations for certain environmental crimes. | | |
| 3 | B. Moffitt | 2.4 | 864.00 |
| 02/27/06 | Prepare for, and interview. | | |
| 3 | M. Morgan | 8.5 | 1,997.50 |
| 02/27/06 | Further review and code EPA documents using Summation. | | |
| 1 | K. Stehnacs | 4.7 | 587.50 |
| 02/27/06 | Further review EPA documents and code key information into Summation database. | | |
| 14 | Y. Day | 5.9 | 708.00 |
| 02/28/06 | Follow up re hearing in Trenton re assembly bill; review issues and information to be forwarded to client. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 02/28/06 | Draft e-mail to client re: attendance at Assembly Environment Committee hearing and re: preliminary statute of limitations research. | | |
| 3 | B. Moffitt | 0.5 | 180.00 |
| 02/28/06 | Review newspaper article re: proposed legislation eliminating statute of limitations for environmental crimes; preparation of e-mail to A. Marchetta re: attendance at Judiciary Committee hearing referenced therein; telephone call and e-mail exchange with Trenton counsel re: same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |
| 02/28/06 | Continued research re: potential retroactive effect of proposed legislation eliminating statute of limitations for certain environmental crimes. | | |
| 3 | B. Moffitt | 0.8 | 288.00 |
| 02/28/06 | Travel and attend interview. | | |
| 3 | M. Morgan | 8.0 | 1,880.00 |
| 02/28/06 | Review and code EPA documents | | |
| 14 | K. Stehnacs | 5.7 | 712.50 |

| | | | |
|---|---|---|---|
| 02/28/06 | Review documents code key information into Summation database. | | |
| 14 | Y. Day | 3.7 | 444.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 13.8 | 550.00 | 7,590.00 |
| M. Morgan | 3 | 155.6 | 235.00 | 36,566.00 |
| M. Meyer | 3 | 9.9 | 225.00 | 2,227.50 |
| B. Moffitt | 3 | 89.9 | 360.00 | 32,364.00 |
| S. Muhlstock | 3 | 15.2 | 285.00 | 4,332.00 |
| Y. Day | 14 | 59.9 | 120.00 | 7,188.00 |
| G. Netzke | 3 | 5.5 | 145.00 | 797.50 |
| K. Stehnacs | 14 | 12.3 | 125.00 | 1,537.50 |
| TOTAL | | 362.1 | | 92,602.50 |