# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 02/06/06 | PD UPS TO WILMINGTON DE; KMJ; CK# 283338 | 15.60 |
| 02/11/06 | REC UPS CREDIT ADJUSTMENT; KMJ; CK# 283338 | -1.74 |
| | Duplicating | 88.34 |
| | Matter Total Engagement Cost | 102.20 |

Engagement Costs - Quick-Wright Electrical Distributors, Inc.

| | | |
|---|---|---:|
| 02/01/06 | PD UPS TO PHILADELPHIA PA; DFF; CK# 283157 | 9.15 |
| | Telephone | 0.69 |
| | Matter Total Engagement Cost | 9.84 |

Engagement Costs - NJDEP v. W.R. Grace et al.

| | | |
|---|---|---:|
| 01/14/06 | PD TRAVEL EXPENSE; MSM; UH&P7P; 2/15/06[3] | 1322.20 |
| 01/20/06 | Paid Document Technologies, Inc. for services rendered #10501; S#7462[4] | 3801.10 |
| 01/25/06 | PD MEAL EXPENSE; MSM; UH&P7P; 2/15/06[5] | 99.03 |
| 01/28/06 | PD TRAVEL EXPENSE; MSM; UH&P7P; 2/15/06[6] | 707.01 |
| 01/30/06 | PD UPS TO WASHINGTON DC; MSM; CK# 283157 | 29.53 |
| 01/30/06 | PD UPS TO FLEMINGTON NJ; MSM; CK# 283157 | 22.15 |
| 02/02/06 | PD UPS TO ROSELAND NJ; MSM; CK# 282853 | 9.15 |
| 02/03/06 | PD UPS TO WASHINGTON DC; MSM; CK# 283157 | 18.07 |
| 02/03/06 | PD UPS TO FLEMINGTON NJ; MSM; CK# 283157 | 14.76 |
| 02/04/06 | PD UPS ADJUSTMENT; MSM; CK# 283157 | 1.73 |
| 02/08/06 | PD UPS TO UNION KY; MSM; CK# 283338 | 25.50 |
| 02/11/06 | PD UPS ADJUSTMENT; MSM; CK# 283338 | 1.73 |
| 02/11/06 | PD UPS ADJUSTMENT; MSM; CK# 283338 | 2.63 |
| | Duplicating | 54.32 |
| | Telephone | 16.00 |
| | Matter Total Engagement Cost | 6,124.91 |

---

[3] Direct Reimbursement Expense Report for Mark S. Morgan, Esq. attached hereto as Exhibit 1.
[4] Document Technologies, Inc. Invoice Number 231723 dated 01/20/06 attached hereto as Exhibit 2.
[5] Exhibit 1.
[6] Exhibit 1.

17

Engagement Costs - Tahari, Ltd.

| | |
|---|---|
| Computer Assisted Research | 44.66 |
| Duplicating | 13.02 |
| Matter Total Engagement Cost | 57.68 |

# EXHIBIT 1

RECEIVED
FEB 01 2006
PITNEY HARDIN LLP

**DIRECT REIMBURSEMENT EXPENSE REPORT**
NAME: MARK S. MORGAN

Period From: January 14, 2006
To: January 28, 2006

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | |
| 1/14/2006 | The Travel Source - Coral Gables, FL | | | | | | $1,322.20 | $1,322.20 | 082910.114715 |
| 1/25/2006 | The Paradies Shops, Cincinnati Airport | | | | | $4.98 | | $4.98 | 082910.114715 |
| 1/25/2006 | Anton Airfoods, Cincinnati Airport | | | | | $6.73 | | $6.73 | 082910.114715 |
| 1/25/2006 | Winegardner Hammons, Inc. | | | | | $40.61 | | $40.61 | 082910.114715 |
| 1/27/2006 | Newark International Airport, Newark, NJ | | | | | $46.71 | | $46.71 | 082910.114715 |
| 1/28/2006 | Marriott Hotels Cint.-Hebron, KY | | | | | | $707.01 | $707.01 | 082910.114715 |

Expenses Reported $ 2,128.24

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature [signed]    Date 1/31/2006

$99.03

10501-2029.21
10504-99.03

PAID
FEB 15 2006

31884
q
10501
10504-99.03

1/31/2006

# EXHIBIT 2



**Document Technologies, Inc.**
60 Park Place
Suite 220
Newark, NJ 07102
Phone : 973-622-6111
Fax : 973-622-6333
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 231723

Invoice Date: 01/20/06

Bill To:
Pitney Hardin, LLP
200 Campus Dr.
3rd Floor
Florham Park, NJ 07932
Susan Parker

Ship To:
Pitney Hardin, LLP
200 Campus Dr.
3rd Floor
Florham Park, NJ 07932

| Customer ID | 18348 | | Client / Matter No. | 082910.114715 |
|---|---|---|---|---|
| Terms | Net 15 Days | | Job No. | 1467 |
| SalesPerson | NEW LC | | Nat'l Acct Name | |
| P.O. Number | | | Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 10,907 | Scanning - B/W (8.5x11) | 0.15 | 1,636.05 |
| 10,907 | Blowbacks | 0.045 | 490.82 |
| 10,907 | IMG - Endorsing- (Branding) | 0.01 | 109.07 |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| 1 | IMG - On-Site Setup | 450.00 | 450.00 |
| 26.5 | IMG - Labor Time | 35.00 | 927.50 |

Rec: 01/03/06  On-Site Scan @ EPA - NYC

PAID
APPROVED
VENDOR NO. 0344
CHECK NO. 283219
CHARGE. 1050

082910,
11475

2/13/06

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal: 3,638.44

Total Sales Tax: 162.66

Accepted By: _____

Total: 3,801.10

**Remit To:** Document Technologies, Newark
P.O. Box 933403
Atlanta, GA  31193-3403