# EXHIBIT A

EXHIBIT "A"

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: March 2006

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 8.0 | $ 2,400.00 |
| Petito, Matt | Manager | 7 | $ 240.00 | 15.3 | $ 3,672.00 |
| McDowell, Michele | Senior Consultant | 5 | $ 200.00 | 2.0 | $ 400.00 |
| | | | Totals | 25.3 | $ 6,472.00 |