# EXHIBIT B

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended March 31, 2006**

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 31-Mar-06 | Ongoing project management/discussions with Matt Petito/discussions with Brian Kenny & Barb Summerson | $ 300.00 | 8 | $ 2,400.00 |
| | **Totals** | | **8.0** | **$ 2,400.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended March 31, 2006

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 31-Mar-06 | Ongoing project management/discussions with Marie Hendrixson/discussions with Greg Demory, Brian Kenny & Barb Summerson | $ 240 | 9 | $ 2,160.00 |
| 30-Sep-05 | Rebill amount for preparing monthly fee application for September 2005--not included in previous payment per John Port | $ 240 | 3.3 | $ 792.00 |
| 31-Dec-05 | Rebill amount for preparing monthly fee application for December 2005--not included in previous payment per John Port | $ 240 | 3 | $ 720.00 |
| | **Totals** | | 15.3 | $ 3,672.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended March 31, 2006**

**Name:** Michele McDowell
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3/31/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 2 | $ 400.00 |
| | Totals | | 2.0 | $ 400.00 |