# EXHIBIT C

EXHIBIT "C"

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: March 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ - |
| Lodging | N/A | $ - |
| Sundry | N/A | $ - |
| Business Meals | N/A | $ - |
| Total | | $ - |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2006

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $   - | $   - | $   - | $   - | $   - | $   - |

None.