**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 8, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
<u>**FROM MARCH 1, 2006 THROUGH MARCH 31, 2006**</u>

Name of Applicant:                                    Buchanan Ingersoll PC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                            March 1, 2006 through
                                                    March 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $ 5,504.00

Amount of Expenses Reimbursement:                   $ 923.11

This is a:  <u>X</u> monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the designation of Edward Westbrook, who was appointed Lead Special counsel to the ZAI Claimants by Order dated August 26, 2002.  That Order made the appointment of counsel to the ZAI Claimants retroactive to July 22, 2002.

| Application | Period Covered | Date filed | CNO filed | Fees Sought | Expenses Sought | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|---|---|
| 1st Monthly | Sept. 24 through Oct. 31, 2004 | 11/29/04 (7044) | 2/9/05 (7731) | $13,472.00 | $74.40 | No objections served on counsel | No objections served on counsel |
| 2nd Monthly | November, 2004 | 1/12/05 (7528) | 2/14/05 (7768) | $5,765.00 | $2,317.07 | No objections served on counsel | No objections served on counsel |
| 3rd Monthly | December, 2004 | 5/4/05 (8366) | 6/28/05 (8692) | $5,815.50 | $1,542.81 | No objections served on counsel | No objections served on counsel |
| **First Quarterly** | **September 24, 2004 through December 31, 2004** | **8/12/05 (9187)** | | **$25,052.50** | **$3,934.28** | No objections served on counsel | No objections served on counsel |
| 4th Monthly | January, 2005 | 5/4/05 (8367) | 7/7/05 (8951) | $6,297.00 | $4,167.75 | No objections served on counsel | No objections served on counsel |
| 5th Monthly | February, 2005 | 5/4/05 (8368) | 7/7/05 (8952) | $6,066.50 | $698.29 | No objections served on counsel | No objections served on counsel |
| 6th Monthly | March, 2005 | 5/4/05 (8369) | 7/7/05 (8953) | $1,128.00 | $47.64 | No objections served on counsel | No objections served on counsel |
| **Second Quarterly** | **January - March 2005** | **8/12/05 (9188)** | | **$13,491.50** | **$4,913.68** | No objections served on counsel | No objections served on counsel |
| 7th Monthly | April, 2005 | No application filed | n/a | n/a | n/a | No objections served on counsel | No objections served on counsel |
| 8th Monthly | May, 2005 | 8/9/05 (9155) | 9/14/05 (9425) | $3,835.00 | $508.16 | No objections served on counsel | No objections served on counsel |
| 9th Monthly | June, 2005 | 8/9/05 (9157) | 9/14/05 (9427) | $2,737.00 | $1,102.30 | No objections served on counsel | No objections served on counsel |
| **Third Quarterly** | **April - June 2005** | **9/28/05 (9524)** | | **$6,332.00** | **$1,610.46** | No objections served on counsel | No objections served on counsel |
| 10th Monthly | July 2005 | 9/13/05 (9416) | 10/18/05 | $477.50 | $110.56 | No objection | No objection |

| | | | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|---|---|
| 11th Monthly | August 2005 | 9/14/05 (9417) | 10/18/05 | $5,127.50 | $3,184.52 | No objection served on counsel | No objection served on counsel |
| 12th Monthly | September 2005 | 12/27/05 (11437) | 2/15/06 | $7,404.50 | $1,110.57 | No objection served on counsel | No objection served on counsel |
| **Fourth Quarterly** | **July-September 2005** | **2/20/06 (11861)** | | **$13,009.50** | **$4,385.83** | No objections served on counsel | No objections served on counsel |
| 13th Monthly | October 2005 | 12/27/05 (11441) | 2/15/06 | $2,729.00 | $0.00 | No objection served on counsel | No objection served on counsel |
| 14th Monthly | November 2005 | 1/20/06 (11598) | 2/16/06 | $1,948.00 | $754.67 | No objection served on counsel | No objection served on counsel |
| 15th Monthly | December 2005 | 1/20/06 (11599) | 2/16/06 | $4,906.00 | $313.37 | No objection served on counsel | No objection served on counsel |
| **Fifth Quarterly** | **October - December 2005** | **3/8/06 (11995)** | | $9,583.00 | $1,068.04 | Objection period still pending | Objection period still pending |
| 16th Monthly | January 2006 | 2/16/06 (11832) | 3/9/06 | $4,966.00 | $366.26 | No objection served on counsel | No objection served on counsel |
| 17th Monthly | February 2006 | 3/14/2006 (12050) | 4/17/06 | $5,248.00 | $417.58 | No objection served on counsel | No objection served on counsel |

This is the eighteenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $320.00 | 6.7 | $2,144.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $200.00 | 16.8 | $3,360.00 |
| TOTALS | | | | | 23.50 | $5,504.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 19.0 | $4,064.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.5 | $1,440.00 |
| TOTALS | 23.5 | $5,504.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Copying - In-house ($0.07 per page) | $305.76 |
| Courier Service (copies and hand deliveries) | $583.91 |
| On-line Search Service (CM/ECF) | $33.44 |
| Total | $923.11 |

Dated: April 17, 2006
     Wilmington, Delaware          **BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington,  DE  19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 8, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM**
<u>**MARCH 1, 2006 THROUGH MARCH 31, 2006**</u>

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

April 11, 2006
Invoice No. 9899480

**For Legal Services Rendered in Connection With:**

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #0051677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 02/28/06 | I. D. Lindley | 2.40 | 480.00 | Revise and prepare 19th quarterly fee application of Richardson Patrick firm for e-filing and service. (1.2) Revise and prepare 19th quarterly fee application of Scott Law Group for e-filing and service (1.2) |
| 03/02/06 | I. D. Lindley | 7.20 | 1,440.00 | Draft, revise, file and serve 3 certificates of no objection for Scott Law Group's October, November and December interim fee applications. (2.6) Update fee application tracking chart re: same. (0.4) Revise and update 19th quarterly fee applications of Richardson Patrick, Scott Law Group firms and prepare same for |

ZAI PLAINTIFFS                                    April 11, 2006
W.R. GRACE                                        Invoice No. 9899480
Ref. No. 0051677-000001                           Page    2

                                                  review by W. Sullivan,
                                                  e-filing and service.
                                                  (1.2) Draft Buchanan
                                                  Ingersoll's 19th
                                                  quarterly fee
                                                  application and
                                                  supporting
                                                  documentation, prepare
                                                  electronic copies of
                                                  same for e-filing and
                                                  service, review by W.
                                                  Sullivan.   (3.0)
03/07/06 W.D. Sullivan        0.50      160.00    Review and approve for
                                                  filing fee application
                                                  for 19th Quarterly
                                                  Period from BI, RPWB
                                                  and The Scott Law Group
03/09/06 I. D. Lindley        2.00      400.00    Revisions to three 19th
                                                  quarterly fee
                                                  applications for
                                                  Buchanan Ingersoll,
                                                  Scott Law Group and
                                                  Richardson Patrick
                                                  (0.4); prepare for
                                                  e-filing and service
                                                  and attention to same
                                                  (1.2); correspondence
                                                  to notice parties and
                                                  fee auditor enclosing
                                                  appropriate copies of
                                                  fee applications per
                                                  administrative order.
                                                  (0.4)
03/09/06 W.D. Sullivan        0.50      160.00    Review 2004 status
                                                  report and forward to
                                                  co-counsel
03/10/06 I. D. Lindley        1.30      260.00    Correspondence with K.
                                                  Jones at Richardson
                                                  Patrick firm (0.1);
                                                  revise January 2006
                                                  interim fee application
                                                  of Richardson Patrick
                                                  firm, review same with
                                                  W. Sullivan and
                                                  attention to e-filing,
                                                  service of same.  (1.2)

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 0051677-000001

April 11, 2006
Invoice No. 9899480
Page   3

| | | | |
|---|---|---|---|
| 03/10/06 W.D. Sullivan | 0.20 | 64.00 | Review and approve for filing RPWP fee application |
| 03/13/06 I. D. Lindley | 1.10 | 220.00 | Prepare and file certificate of no objection for Buchanan Ingersoll's January 2006 fee application, attention to e-filing and service of same. (1.1) |
| 03/14/06 I. D. Lindley | 2.20 | 440.00 | Draft February 2006 monthly interim fee application of Buchanan Ingersoll, review same with W. Sullivan and attention to filing and service of same. |
| 03/14/06 W.D. Sullivan | 0.20 | 64.00 | Review and approve BI February fee application |
| 03/15/06 I. D. Lindley | 0.20 | 40.00 | Confer with W. Sullivan and review ZAI counsel fee status; correspondence to Richardson Patrick, Scott Law Group firms re: January and February fee applications. |
| 03/15/06 W.D. Sullivan | 0.30 | 96.00 | Review revised PD and PI schedules submitted to Court |
| 03/20/06 I. D. Lindley | 0.20 | 40.00 | Per W. Sullivan, review certification of counsel regarding 18th quarterly fee application hearing and fee tracking tables to confirm correct fee amounts listed for all ZAI counsel (0.2) |

```
ZAI PLAINTIFFS                                  April 11, 2006
W.R. GRACE                                      Invoice No. 9899480
Ref. No. 0051677-000001                         Page    4
```

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 03/20/06 | W.D. Sullivan | 0.40 | 128.00 | Review certification of counsel re: eighteenth interim fee applications; correspond with co-counsel re: same |
| 03/20/06 | W.D. Sullivan | 0.50 | 160.00 | Review pleadings regarding treatment of Libby claimants |
| 03/20/06 | W.D. Sullivan | 0.30 | 96.00 | Correspond with co-counsel re: handling of fee application order and verification of fees owed |
| 03/20/06 | W.D. Sullivan | 0.20 | 64.00 | Review order extending exclusivity and appointing mediator |
| 03/20/06 | W.D. Sullivan | 0.30 | 96.00 | Review pleadings re: amended Case Management Order and Estimation proceedings |
| 03/21/06 | W.D. Sullivan | 0.20 | 64.00 | Review agenda for March 27th hearing |
| 03/21/06 | W.D. Sullivan | 0.30 | 96.00 | Review proposed Order re: fee applications; Order appropriate for entry |
| 03/21/06 | W.D. Sullivan | 0.30 | 96.00 | Review W.R. Grace's status report |
| 03/23/06 | I. D. Lindley | 0.10 | 20.00 | Correspondence with Scott Law Group re: ZAI fee applications. |
| 03/23/06 | W.D. Sullivan | 0.10 | 32.00 | Review revised agenda for hearing |
| 03/23/06 | W.D. Sullivan | 0.10 | 32.00 | Review miscellaneous pleadings |
| 03/27/06 | W.D. Sullivan | 1.70 | 544.00 | Attend W.R. Grace omnibus hearing and status report |
| 03/28/06 | W.D. Sullivan | 0.30 | 96.00 | Review Order approving 18th Interim Fee Applications and forward to co-counsel |

ZAI PLAINTIFFS                                      April 11, 2006
W.R. GRACE                                          Invoice No. 9899480
Ref. No. 0051677-000001                             Page    5

03/29/06 I. D. Lindley         0.10      20.00  Correspondence with
                                                Scott Law Group re: ZAI
                                                fee applications not
                                                yet received from
                                                counsel.
03/30/06 W.D. Sullivan         0.30      96.00  Review revised Case
                                                Management Order for PD
                                                estimation


                         Total Hours            23.50

                     Total Legal Services          $5,504.00


Disbursements

| | | | |
|---|---|---:|---:|
| 02/01/06 | On-Line Search Service Pacer | 1.00 | 2.40 |
| 02/16/06 | On-Line Search Service Pacer | 1.00 | 25.44 |
| 02/16/06 | On-Line Search Service Pacer | 1.00 | 5.60 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 398.91 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/02/06 | Photocopies I. D. Lindley | 396.00 | 27.72 |
| 03/08/06 | Photocopies I. D. Lindley | 1012.00 | 70.84 |
| 03/08/06 | Photocopies I. D. Lindley | 1078.00 | 75.46 |
| 03/08/06 | Photocopies I. D. Lindley | 262.00 | 18.34 |
| 03/08/06 | Photocopies I. D. Lindley | 828.00 | 57.96 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |

```
ZAI PLAINTIFFS                               April 11, 2006
W.R. GRACE                                   Invoice No. 9899480
Ref. No. 0051677-000001                      Page    6

03/08/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/08/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/08/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/08/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/08/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/08/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/08/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/08/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Messenger/Delivery Service PARCELS, INC.          1.00       5.00
03/10/06   Photocopies I. D. Lindley                      286.00      20.02
03/13/06   Photocopies I. D. Lindley                      132.00       9.24
03/14/06   Photocopies I. D. Lindley                      374.00      26.18

                        Disbursements                 $923.11


                  Total Due this Invoice            $6,427.11
```

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 0051677-000001

April 11, 2006
Invoice No. 9899480
Page   7

                    * * * * *   ATTORNEY SUMMARY   * * * * *

|                              | Hours Worked | Billed Per Hour | Bill Amount |
|------------------------------|--------------|-----------------|-------------|
| William D. Sullivan          | 6.70         | 320.00          | 2,144.00    |
| I. D. Lindley                | 16.80        | 200.00          | 3,360.00    |
| Total All Attorneys          | 23.50        |                 | 5,504.00    |