# EXHIBIT A

1 Penn Plaza
10 Hanover Square Building
100 Wall Street Building
104 Corporate Park Drive
110 Plaza
111 Elm Street LLC
1133 Avenue of Americas
115 W B St.
1150 Lombard Street Apartments

12th Street Hotel Associates LP
130 John Street Building
1305 E Rani
13536 124a Ave
1608 Midwest CLU
1900 Avenue of the Stars Office Building

1901 Avenue of the Stars

1911 Corp
1st National Bank
1st National Bank Building
1st National Bank of Franklin County
1st National Bank Tower
1st National Building
2 New York Plaza
201 N. Front Street Building
211 Main Street Building
22 Cortland Street Building
2200 Northlake
2200 Northlake Pkwy Suite 277
245 Park Avenue Building
2480 NE 23 St.
280 Park Avenue Building
3 Hanover Plaza
310 W 43rd Street Building
330 Madison Avenue Building
333 Onodaga Street Building
350 Park Avenue Building
354401 Alberta Ltd.
3570 West Lake Building
3801 N Campbell Ave # A
3801 N Campbell Ave LLC
4316 Alger St..
437 Madison Avenue Building
489 Associates Building

48th St & 8th Ave Corp
4th & Berry China Basin

51st Street and 8th Avenue Corp
5440 San Fern
55 Water Street
60 Broad Street Building

## EXHIBIT A

600 3rd Avenue Building
7300 Kimbark Building Corp.
7623 W Ryan Rd
800 Building, The
880 Third Avenue Building
A M F Headquarters
A&S Building
A&S Department Store

A.A. Consultancy & Cleaning Company
AAA Distributing Office
Abbeville Hospital
ABC Entertainment Center
Abelman, Hershel
Acadia Parish School Board
Acc. & Casualty Ins. of Winterthur
Acme Quality Paint Company
Actors Fund Home

Advanced Refining Technologies GmbH
Advanced Refining Technologies KK
Advanced Refining Technologies LLC
Aetna Casualty & Surety
AG Belge de 1830
AG One LLC
Ahmanson Center
Aiken Builders Supply
Air Terminal Addition
Akron Cascade Towers
Akron City Hospital
Alaska Psychiatric Hospital
Albany Avenue Library
Albany City School District
Albany Municipal Building
Alderegate Methodist Church
Alexander's Department Store
Alexsis Inc
All Saints School (Manassas, VA)
Allaman, W. L.
Allegheny Center Associates
Allegheny General Hospital
Allianz Underwriters Ins
Allstate Insurance Company
Alltech Applied Science BV
Alltech Applied Science Labs (HK)
Alltech Associates (Australia)
Alltech Associates Applied Science
Alltech Associates, Inc.
Alltech France SARL
Alltech Grom GmbH

**EXHIBIT A**

Alltech Italia SRL
Alltech Scientific (China)
Alnor Co
Alta Bates Hospital
Amarillo, City of
American Can Co.
American Dental Association Building
American Legion
American Manufacturers Mutual
American Medical Association Building

American National Bank & Trust Co.
American Premier Underwriters, Inc.
American President Lines, Ltd
American Reinsurance Co
American River Hospital
American United Life Building Addition

Amicon BV
Amicon Ireland Limited
Amsouth
Anaheim Convention
Anderson Memorial Hospital (statewide SC)
Anderson, Alice Diane
Anderson, Alice Diane
Anderson, Stewart F.
Andrew Jergens Company
Angela M Vlen Hooper Memorial Home, Inc.
AP Chem Incorporated
Apartment Building Complex
Apartments For The Elderly
Aquinas School (Woodbridge, VA)
Ardmour Ardwick Industrial Center
Argonaut Northwest Ins. Co.
Argyle Central School [District] (Argyle, NY)
Arizona, State of
Arkansas Baptist Medical Center
Arkansas, State of
Arlington Heights Racetrack
Arlington Hospital (Arlington, VA)
Arlington Hospital Addition (Arlington, VA)
Arlington Hotel Job
Armstrong County Hospital (Kitanning, PA)
Arnold & Dobson Supply Co.

Art Of Time Ltd

A-3

**EXHIBIT A**

Arts Building (Montreal, QC)
Arts Department of Economics (Montreal, QC)
Arts Polish Library (Montreal, QC)
Asbestos School Litigation
Asfour Associates
Asfour General Partner
Ashland Chemical Company
Associated International
AT&T Building
Athesian Club
Atlanta West Hospital
Atlantic Shopping Centres Ltd.
Audy Home
Augustana Lutheran Home (Fergus Falls, MN)
Aurora Investments (St. Paul, MN)
Avalon East School Board (St. John's, NL)

Avery Lumber Company
Ballantrae Associates
Ballard-Rice Prestress
Baloga, Aloys Joseph
Baloga, Aloys Joseph
Bambergers
Bambergers - Livingston Mall
Bank of America
Bank of Asheville
Bank of California
Bank of Oklahoma
Bank of Tokyo
Bankers Life Building
Baptist Hospital (Little Rock, AR)
Baptist Hospital (TN)
Baptist Memorial Hospital (Kansas City, MO)
Barafield Realty Ltd.
Barker, Lawrence
Barker, Lawrence
Barko Jr., Wallace
Barko Jr., Wallace
Barnesville, City of
Barnhart, Jane A.
Baron, Eugene
Barry County Medical
Basham, Dixie L.
Baver, George James
Baver, George James
Bay Area Rapid Transit Adminstration Building (Oakland, CA)

# EXHIBIT A

Bay View Savings & Loan
Bayshore Community Hospital (Holmdel, NJ)
Bayshore Hospital (Holmdel, NJ)
Bear Valley Shopping Center
Beatty Hall (Montreal, QC)
Becker, William R.
Bednarczyk, Joseph Charles
Beech Nut Company
Belferman, John Michael
Belk Department Store
Bell Canada
Bell Telephone Addition
Bell Telephone Building
Bell Telephone Company
Bell Telephone Company of Pennsylvania

Belle
Bellevue Furniture
Belmont Telephone
Beltz, Alan Albert
Beltz, Carol Kim
Bender Hygienic Laboratory
Bender, Patsy Ann
Bender, Patsy Ann
Benefield, Donald Charles
Benefield, Donald Charles
Benefit Trust (Evanston, IL)
Berea Industrial Park
Bergdorf Building
Bermusser Company
Berrum, Homer Mathew
Bethesda Hospital (St. Paul, MN)
Beveridge & Diamond PC
Beverly Wilshire Building
Big Stone General Hospital
Birks Building
Bishop Dennis J O'Connell High School

Bishop Ireton High School
Bishop Mountain Hall (Montreal, QC)
Bishopsgate Ins. Co. Ltd.
Blankstein Enterprises Inc.
Blue Cross Blue Shield (Denver, CO)
Blue Cross Blue Shield Building (Durham, NC)
Blue Cross Blue Shield Building (Topeka, KS)
Blue Cross Building

## EXHIBIT A

BNC Forum LP Texas Limited Partnership

Board of Commissioners of the County of
Lake (IN)
Board of Public Utilities (Kansas City,
KS)
Boardwalk Pipelines, LLC
Boat Operators Ltd Inc
Bonitz Insulating Company
Boring & Coy PC
Borndear 1 Limited
Borndear 2 Limited
Borndear 3 Limited
Boston Old Colony Ins Co
Bouchard, Ernest S.
Bowery Savings Bank Building 327
Bowery Savings Bank Building 6
Bowery Savings Bank Building 9
Brady Boardman Connector
Braley, Eugene Alfred
Braley, Eugene Alfred
Branch, Sue
Branch, Sue
Bridgeton Hospital (Bridgeton, NJ)
Bristol Hospital (Bristol, TN)
Bristol Investments Ltd.
British Columbia Institute of Technology

Brittain Hall (Montreal, QC)
Britts Store – Miracle Mall
Bronfam Building [Bronfman]
Brookdale Shopping Center
Brookshire Medical Center
Brother Martin High School
Brown, Ermaline Register
Brown, Timothy Lee
Bruton, Richard (Dick) Lane
Buetows Office Building
Buffalo Memorial Hospital
Buffalo Reinsurance
Builders Wholesale Inc.
Building & Construction
Building Laborers Union Local 310
Bulloch Memorial Hospital
Bulova Corporation
Bulova Swiss SA
Bulova Watch Company Ltd
Bulova Watch International Limited
Bundrock, Daniel Arthur

# EXHIBIT A

Bundrock, Daniel Arthur
Burks, Willie B.
Burks, Willie B.
Burnside Hall (Montreal, QC)
Busby, Daniel Carlton
Byars Machine Company

C N A Insurance Companies

C N A Insurance PA
C.A.M.A.T. [CAMAT]
C.B. Askins Construction Company
C.L. Cannon & Sons
C.L. Duffie Painting Inc.
Cabrini Hospital
Caddo Parish School Board (LA)
Cagle Office Building
Calcasieu Parish School Board (LA)
Caldor Department Store
Calgary Board of Education
California Dept. of General Services
California Institute of Medical Research
(San Jose, CA)
California Mart LLC
California State University, The
Calvary Baptist Church (Little Rock, AR)

Cambridge, City of
Camelot Club
Cameron Office Building
Campeau, Thomas Francis
Campeau, Thomas Francis
Canadian Imperial Bank of Commerce
Cancer Memorial (New York, NY)
Candler Hospital
Capital Street Apartments
Captain Cook Hotel
Carey Canada Inc.
Carilion Roanoke Memorial Hospital
Carleton University
Carlton Development Corp
Carnegie Museum
Carolina Country Club
Carolina Drywall Insurance Company
Carolina Motor Inn

Caronia
Carotex Industrial Supply
Carr, Evelyn Marie
Carr, Mattie Fears
Carson Pirie Scott Stores
Carter County Hospital Addition
(Elizabethton, TN)

## EXHIBIT A

Cascades Crab House
Cascades Inn
Caterpillar Tractor Co.
Catholic Diocese of Little Rock
Catholic Hospital (Brinkley, AR)
Causeway Building #2 (LA)
Causeway Building (LA)
Cauwels, Scott
Cayuga Co. Office Building
CBS Broadcasting Inc.
Cedar of Lebanon Hospital
Celotex Corporation
Centennial Gardens
Centennial Ins Co
Centercrest Home Nursing Facilities
Addition
Central Concrete & Plaster Company
Central Plaza (Beaderton, OR)
Central Roofing & Supply Company
Central Warehouse Company
Centre Mgr Marcoux Inc
Century Center Building (Atlanta, GA)
Century City Hospital (Los Angeles, CA)

Certalic, Sharon Yvonne
Chan, Connie Y.
Chancellor Day Hall (Montreal, QC)
Chancellor Manor (Burnsville, MN)
Chapin Lumber Company
Charity School of Nursing
Charles Meredith House

Charles Stedman & Co Inc
Charleston Area Medical Center
Charleston National Bank Plaza
Charlotte Public Library
Chase, Adam Stephen
Chase, Adam Stephen
Chase, Randy
Chateau Lemoyne Hotel
Cheldin, Ted M.
Cherry Hill Plaza (Cherry Hill, NJ)
Chicago Historical Society
Childrens Home of Pittsburgh
Children's Hospital (Buffalo, NY)
Children's Hospital (Pittsburgh, PA)
Children's Hospital of Pittsburgh of UPMC

Chilton Pub. House
CHP Associates Inc.
Christensen, Dwight

**EXHIBIT A**

Christensen, Dwight
Christiansen, David Joseph
Church of St. Helena of Minneapolis, The

Church of St. Joseph (West St. Paul, MN)

Church of St. Leo the Great (St. Paul, MN)

Church of St. Luke, The
Church of The Most Holy Redeemer, The

Cie Europeene D'Ass. Industrielles
Cisewski, Caroline
Cisewski, Caroline
Citadel Equity Fund Ltd.
Citadel Investment Group LLC
Citadel Kensington Global Strategies Fund
Ltd.
Citadel Limited Partnership
Citadel LP
Citadel Wellington LLC
Citizens General Hospital (North
Kensington, PA)
Citizens National Bank
City Auditorium (Jackson, MS)
City Complex (Greenville, SC)
City Line Towers
City National Bank
Civic Center (Helena, AR)
Civic Center (Indianapolis, IN)
Civic Center (San Jose, CA)
Civic Center (Tuscon, AZ)
Civic Center Auditorium (Duluth, MN)
Civic Center Board Chambers Building
(San Jose, CA)
Clara Maass Medical Center
Clemons, John D.
Cleveland Museum of Art, The
CNA ART
CNA Building (Chicago, IL)
CNA Canada
CNA Casualty of California
CNA EUROPE HOLDINGS LTD
CNA Financial Corporation
CNA Financial Insurance
CNA Healthcare Systems, Inc.
CNA Insurance
CNA Insurance
CNA INSURANCE COMPANY LTD

**EXHIBIT A**

CNA Insurance Company of New Jersey

CNA Investor Services, Inc.

CNA Realty Corp

CNA Reinsurance of London Ltd.

CNA Surety Corporation

Coach Lamp Apartments

Cobble Hill Nursing Home

Coca Cola Enterprises Inc

Cole, Eddy J.

Coleman Housing Authority (Coleman, TX)

Collat Inc.

Collateral Agency Inc.

Colloseum Motor Inn

Colom, Wilbur

Colonial Village (Eagan, MN)

Colorado National Bank

Colorado State Bank

Colton Civic Center (Colton, CA)

Columbia Casualty Co

Columbia Memorial Hospital (Hudson, NY)

Columbia Motor Inn

Columbia Plastering Company

Commerce State Bank

Commerce Towers (Kansas City, MO)

Community Center (Salinas, CA)

Community Center Congregation Beth Israel (Greenville, SC)

Computer Office Building (Winston-Salem, NC)

Comsat Laboratories & Penthouses

Concord Hospital (Concord, NH)

Congregation B'Nai Jehoshua Beth Elohim (IL)

Congregation of Immaculate Conception Church

Congregation of St. Dominic Catholic Church (LA)

Congregation of St. Louise de Marillac Church (LA)

Congregation St. Francis Assisi Church (LA)

Congregation St. Francis Xavier Cabrini Church (LA)

Congregation St. Francis Xavier Church (LA)

## EXHIBIT A

Congregation St. Joan Arc Church (LA)

Congregation St. Joan of Arc Catholic
Church (LA)

Congregation St. Mary Magdalen Catholic
Church (LA)

Congregation St. Philip Neri Catholic
Church (LA)

Congregation St. Pius X Roman Catholic
Church (LA)

Congregation St. Raymond Roman
Catholic Church (LA)

Congregation St. Rita Roman Catholic
Church (LA)

Congress Nursing

Connecticut Dept. of Public Works

Connecticut Historical Society

Conseillers Immobiliers Gwl Inc

Construction Products Dubai, Inc.

Consumers Power

Continental Assurance Co

Continental Building (San Francisco, CA)

Continental Casualty Co.

Continental Casualty Company Inc

Continental Corporation Foundation

Continental Florida Partners Ltd.

Continental Georgia Partners Ltd.

Continental Ins Co

Continental Insurance Co

Continental Insurance Company

Continental Loss Adjusting Services, Inc

CONTINENTAL MANAGEMENT
SERVICES LTD

CONTINENTAL PACIFIC
(AUSTRALIA) HOLDINGS LIMITED

Continental Reinsurance Corp

Continental Seattle Partners Ltd.

Continental Telephone Company

Contra Costa Times

Convention Center (Anaheim, CA)

Convention Center Building (Los Angeles)

Convention Hall (Memphis, TN)

Convention Hall City of Shreveport

Cook, County of (IL)

Cooper Theater

# EXHIBIT A

Cornix Limited
Cornell Arms Apartment
Corporate Place (Des Moines, IA)
Corpus Christi School (Falls Church, VA)

Corry Memorial Hospital
Cosmat Center
Cottages Jr Village
Country Club Towers
Covil Insulation Company
Craig, James
Craig, James
Crest USD 479
Crestwood Construction Co.
Crippled Children's Home (Cumberland,
PA)
Crocker Plaza Company
Crocker-Citizens Plaza
Cromer & Sullivan Construction Company

Crown Professional LLC
CSAA Building
Cuba Memorial Hospital (Cuba, NY)
Cultural Building (Augusta, ME)
Cummings, Brenda Faye
Cuyahoga Falls General Hospital
D.H. Holmes Company Ltd.
D.L.P.S.T. Office Con. Building
Dairyland Insurance Co
Dale Spicer Hospital Job
Darex CIS LLC
Darex UK Limited
Darks, Tyrone Peter
Dart Drug
Daughter of St. Paul Book Store
Daustar, Brad
Daustar, Brad
Davidson, James
Davis House (Montreal, QC)
Davis Punelli & Keathley Llp
Davis, Dr., John Robert
Davis, Dr., John Robert
Dawson Hall (Montreal, QC)
Day Square Building
Daycare Center (Brooklyn, NY)
Deaconess Hospital (Boston, MA)
Deaconess Hospital (Minneapolis, MN)

Degraff Memorial Hospital

## EXHIBIT A

Del Monte Building (San Francisco, CA)

Delaware Division of Facilities Mgt.
Denac Nederland BV
Denver Square Anaconda Building
Depauw, Mark
Depauw, Mark
Des Moines Savings & Loan
Desert Regional Medical Center
Detroit Northern Insurance Building
Development Center For Mentally
Retarded

Diamond Atlantic Inc

Diamond Offshore (usa) LLC

Diamond Offshore Company

Diamond Offshore Drilling (overseas)

Diamond Offshore Drilling (UK) Ltd

DIAMOND OFFSHORE DRILLING
(UK) LTD.

Diamond Offshore Drilling Inc

Diamond Offshore Drilling Services Inc

Diamond Offshore Finance Company

Diamond Offshore General Company

DIAMOND OFFSHORE GENERAL
COMPANY

Diamond Offshore International
Corporation

Diamond Offshore International Limited

DIAMOND OFFSHORE LTD

Diamond Offshore Ltd

Diamond Offshore Management

Diamond Offshore Netherlands B U

DIAMOND OFFSHORE
NETHERLANDS B.V.
Diamond Shamrock Building
Doctor's Building (Arlington Heights, IL)

Dodge County Hospital Job (GA)
Dolese Brothers Main Office
Dombroski, Thomas F.
Dominion Ins. Co. Ltd.
Douglas Emmett Company
Douglas Hall (Montreal, QC)
Drake, Heidi Maria

**EXHIBIT A**

Drake, Heidi Maria
Drake, William Howard
Draymore Manufacturing Co.
Duane Arnold Energy Center
Duff Medical Building (Montreal, QC)
Duffie Paint Company
Duggan House
Duke Power Co.
Duleth Arena and Auditorium [Duluth]
Dutchess County YMCA
E. H. Coon Co.
E. I. Dupont de Nemours & Co.
E.I. Dupont Building
Ealing School
Earl K. Long Charity Hospital
East Asian Studies Building (Montreal, QC)
East Baton Rouge Parish School Board

Eastern Parkway Library
Easthampton, City of
Eastman Kodak Building #211
Eastman Kodak Building #213
Eastman Kodak Building #317
Eastman Kodak Building #69
Eastman Kodak Building #82
Eastman Kodak Building #9
Eastside Financial Center
Ebenezer Building
Eden Medical Center
Eden Park HHC
Eden Park Nursing Home
Edmonton Public Schools
Edmonton, City of
Eisen Und Stahl
El Camino Hospital (CA)
El Paso, County of
Elizabeth General Hospital (NJ)
Elks Country Club (NC)
Elkton Hospital (MD)
Elletson, Rodney
Elliott Hospital (NH)
Elliott, Dorothy
Elliott, Jay
Elm Plaza (TX)
Embarcadero Bart
Embarcadero Center
Employers Mutual Casualty Co
Employers Mutual Insurance Company

## EXHIBIT A

Employers Mutual Job
English and American Insurance Co. Ltd.

English Department Building (Montreal, QC)
Enova Corporation

Envases Industriales y Comerciales, SA
EPEC Realty Inc.
Epiphany School (Culpeper, VA)
Episcopal Church Center (Manhattan, NY)

Episcopal Hospital (Philadelphia, PA)
Equinox Properties
Equitable Building (St. Louis, MO)
Equitable Building, The (Atlanta, GA)
Equitable Life Insurance
Equity Group Investments Inc .
Erickson, Rodney A.
Erickson, Rodney A.
Esso Building (New York City)
Etablissements Pieri SA
Eugene Mini Hall (Eugene, OR)
Eugene, City of
European General
Executive Club (Worth, IL)
Executive House (St. Louis, MO)
Executive Plaza (Detroit, MI)
Exemere Limited
Exxon Research & Engineering -Bldg. Fp 102
Exxon Research & Engineering-Tower

F F Thompson Continuing Care Center Inc

Faculty Club (Montreal, QC)
Faculty of Education Building (Montreal, QC)
Fairmail Leasehold Inc
Fairview Hospital
Fairview Park Hospital
Fairview Shopping Mall
Families In Crisis Inc.
Fargo Housing And Redevelopment Authority
Farm Bureau Insurance Building (West Manhatten, KS)
Far-Mar Company
Farrell Hospital
Federated Department Stores Inc.

**EXHIBIT A**

Fenestra Inc. Door Products Division
Ferrier Building (Montreal, QC)

Fidelity & Casualty Company of New
York
Fidelity Bank & Trust Co.
Fidelity National Bank
Fiebiger, David
Fiebiger, David
Fiebiger, Gail
Fiebiger, Gail
Fineberg, Jordan
Fineberg, Jordan
First Baptist Church (Baton Rouge, LA)

First Baptist Church (Camden, SC)
First Baptist Church (Cookeville, TN)
First Baptist Church (Richmond, VA)
First Christian Church (Ada, OK)
First Citizens Bank Trust Company
First Federal Savings Loan Bank Building
(Columbia, SC)

First Fire & Casualty Insurance of Hawaii,
Inc
First Memphis Plaza
First National Bank
First National Bank Building (Chicago, IL)

First National Bank Building (Hutchinson,
KS)
First National Bank Building (Seattle,
WA)
First National Bank Job (GA)
First Presbyterian Church (Dawson, MN)

First Security Bank (Batesville)
First State Ins Co
First Union Bank
First United Methodist Church (North
Attleboro, MA)
First United Methodist Church (South St.
Paul, MN)
First United Methodist Church of Deland
(FL)
Fisherman's Wharf Parking Garage
Flat Top National Bank
Flatbush Federal Savings & Loan
Fletcher, Geraldine M.
Flexit Laboratories Private Ltd.
Flores, Helen
Folger Building #2

## EXHIBIT A

Folksam International Ins. Co. Ltd.
Follow-Up Services Building 6
Ford City Bank Addition
Ford Manhattan Building
Forest Green Management
Forland, Jean
Forland, Jean
Fort Ann Central School
Fort Smith Convention Center & Civic
Auditorium
Foss, Alden L.
Foss, Patricia
Foss, Patricia
Founders Pavilion (Corning, NY)
Founders Plaza (Hartford, CT)
Fountain Hill Nursing Home
Four Embarcadero Center
Fox Chapel Country Club
Foxridge Office Building
Franciscan Sisters-Our Lady of Perpetual
Help
Frank Dawson Adams Hall (Montreal,
QC)
Frank Ulmer Lumber Company
Franklin County Trust Bank
Franklin Life Insurance Co., The
Fraser Health Authority (multiple BC)
Freebury, Danny James
Freebury, Danny James
Freindship Manor
Fresno Bee
Fresno, County of
Friendly Homes
Froelich W C Froelich Inc.
Fuller, Steven
Fuller, Steven
Fulton County Health Center
Ga Farm Bureau Building
GAF Corp G-1 Holdings
Gaffer Dept Store
Gallagher, Larry
Gallagher, Larry
Gallo, Jeffrey Lee

Galway Insurance Company
Gant Shirt Company
Garden State Hospital
Gardner Hall (Montreal, QC)
Garfield Weston Pool
Garrison, Charlene M.
Gateway Building #2

## EXHIBIT A

Gateway Investors Inc.
Gateway Mall Shopping Center
Gateway Plaza
Geauga Community Hospital
GEC Divestment Corporation Ltd.
Geer, Mary K.
GEICO
General Electric Company
General Electric Plant
General Motors Building
General Motors Corporation
General Telephone & Electric Data Center

Genesis Healthcare Mercy Hospital
Genesis Medical (Flint, MI)
Getty Building
Gila County Hospital
Gilmore, Joseph R.
Gimbels Department Store
Glen Oak Country Club
Glidden Company
Goldade, Lynn A.
Good Samaritan Hospital (Baltimore, MD)

Good Samaritan Hospital (Phoenix, AZ)

Grace (New Zealand)
Grace AB
Grace Australia Pty. Ltd.
Grace Bauprodukte GmbH
Grace Brasil Ltda.
Grace Canada, Inc.
Grace Catalyst AB
Grace Chemicals KK
Grace China Ltd.
Grace Colombia SA
Grace Construction Products (Ireland)
Grace Construction Products Limited
Grace Construction Products NV
Grace Container, SA de CV
Grace Darex GmbH
Grace Davison (Proprietary)
Grace Davison Ltda.
Grace Értékesito Kft.
Grace GP GmbH
Grace Hellas E.P.E.
Grace Holding GmbH
Grace Japan Kabushiki Kaisha
Grace Korea Inc.
Grace Latin America, Inc.

A-18

**EXHIBIT A**

Grace Lutheran Church (Racine, WI)
Grace Management GP GmbH
Grace NV
Grace Quimica Compania Limitada
Grace Receivables Purchasing, Inc.
Grace Silica GmbH
Grace Silica NV
Grace Sp. z o.o.
Grace Sweden AB
Grace Venezuela, SA
Grace, SA
Graceland Hospital
Graham, Carol A.
Granada Terrace Co.
Grant Village
Granziano Building
Great Plains Insurance Company
Great West Life
Great West Life Insurace Building
Greater Baltimore Medical Center
Greater Fort Wayne Chamber of
Commerce, The
Green Cross Hospital
Greensboro Library Benjamin Parkway
Branch
Greenville Hospital
Griffin, Kenneth
Grunert Killian, Julia M.
Grunert, Charles L.
Guarantee Mutual Life Company
Gubbin, Julie
Gubbin, Julie
Gubbin, Julie Ann
Gubbin, Julie Ann
Gulf Atlantic Properties Inc., Bayview
Tower

Gulf South Pipeline Company, L P
H. Carr Company
Haftpflichtverband
Hamilton District School Board
(Hamilton, ON)
Hamilton Terminals Inc.
Hampton Plaza
Hansen, Sally A.
Harbor Insurance Co
Harford Memorial Hospital
Harlingen Housing Authority
Harper Trust
Harrah's Resort Hotel Complex
Harrington Tools Inc

## EXHIBIT A

Harris Trust Bank
Harris, Michael
Harris, Tobi Christine
Harris, Tobi Christine
Harry C Levy Gardens
Hartford County Public Library
Hartford Hospital Main Building & Wings
A E
Hartford Insurance
Hartford Insurance Building
Hartford National Bank Corporate Service
Ctr
Harvard Public Health
Harvard Vanguard Medical Association

Hastins National Bank
Haverhill YMCA
Health Care Corporation of St. John's (St.
John's, NL)
Health Center (Chico, NV)
Hedahl, Keith
Hempstead Bank
Henry Clay Brick Hospital
Heritage Drilling Ltd
Heritage Holdings
Hernandez, Pedro
Hernandez, Pedro
Highlands Ins. Co.
Hillside Shopping Center
Hilton Hotel (Omaha, NE)
Hintz Road Partnership
Ho, Jeffrey Douglas
Holiday Inn (Cincinnati, OH)
Holiday Inn (Dayton, OH)
Holiday Inn (Des Moines, IA)
Holiday Inn (Fargo, ND)
Holiday Inn (Huntington, WV)
Holiday Inn (IN-no city specified)
Holiday Inn (Norwalk, CT)
Holiday Inn (San Francisco, CA)
Holiday Inn (Sioux Falls, SD)
Holiday Inn (Tampa, FL)
Holiday Inn (Washington, DC)
Holiday Inn (Waukesha, WI)
Hollingsworth, Tim E., Jr.
Holly Sugar Building
Holmes Department Store
Holmes, Max
Holy Cross Hospital (San Fernando, CA)

**EXHIBIT A**

Holy Cross School (Fredericksburg, VA)

Holy Family Villa (Lement, IL)
Holy Martyrs School (Arlington, VA)
Holy Spirit School (Annandale, VA)
Home For The Aged (Bridgeton, NJ)
Home Insurance Company

Home Security of America Insurance
Services Inc
Home Security of America, Inc
Homestead Cottages, The
Homestead Hotel
Homestead Laundry
Homestead SPA, The
Hornot Hospital
Hospital (Carroll, IA)
Hospital (Petaluma, CA)
Hospital Corp. of America
House For The Elderly (Ashland, WI)
Housing For Elderly (Briston, CT)
Houston, City of
Howard Johnson's (San Francisco, CA)

Howland Hook Terminal
Hudson Bay Company
Hudson Bay Company Zellers
Hudson's Bay Company
Hugessen House (Montreal, QC)
Hughes, Patricia Michele
Hunt Foods Office Building
Huntington Beach Medical Building
Hunts Point Industrial Park
Hyatt Corporation
Hyatt Equities
Hyatt Hotels Corporation
I B M
I C I of America Building
IBM Building
IBM Office Building

IDBI Managers Inc
Illinois Masonic Hospital
Illinois Union Bookstore
Illinois Union Building
Immaculate Conception B.V.M. Catholic
Church (Bridsboro, PA)
Immanuel Hospital (Omaha, NE)
Imperial Office Building
Imperial Oil Ltd., Sarnia Administration
Building
Independence Sanitarium

# EXHIBIT A

Indiana Bell Telephone Addition
Indiana National Bank
Ingersol Rand Co.
Ingraham Hospital
Ingram, Benjamin Mason
Institute of Air & Space Law Building
(Montreal, QC)

Interlogic Systems Inc
International Hotel (Las Vegas, NV)
Inverco Benelux NV
Inversiones GSC, SA

Investigative Options Inc
Investment Tower Job
Iodine, James Edward
Iovino, Joseph Louis
Ipsco Inc
Ironwood Software Inc
Iverson Towers
J B Thomas Hospital
J.E. Grambling Building Supply
J.T. Robertson - Southern Coating &
Chemical
Jackson Storage Warehouse Jackson
Moving Serv
James Administration Building
Jamestown Mall
Jamestown Memorial Hospital
Jamieson Condominium
Jay Bhaghavan, Inc.
Jefferson Associates Ltd.
Jefferson Davis Parish School Board
Jefferson Golf Club
Jefferson Parish School Board
Jefferson, Ronald Wayne
Jenny Edmundson Hospital
Jensen Salsrer Lae Addition
Jewish Center (Bronx, NY)
Jewish Studies Building (Montreal, QC)

John F Kennedy Center
John F Kennedy Hospital (Stratford, NJ)

John Hancock Building (Boston, MA)
John Hancock Center (Chicago, IL)
John Hancock Insurance Company
John Hancock Towers (Boston, MA)
John J. Riley & Sons
John Muir Hospital
Johnson Jr., Burrell
Johnson, Dale M.

**EXHIBIT A**

Johnson, Ernest Ray
Johnson, Karen Janice
Johnson, Keith
Johnson, Keith
Jones, Loretta Verna
Jonk, Trista
Jonk, Trista
Jordan Hospital (Plymouth, MA)
Joseph Magnin Store
Judkins, Jack Dean
Kaiser Hospital (various CA)
Kansas, State of
KARK-TV, Inc.
Katz, Allen R.
Katz, S. S.
Kaufman's Department Store
KDKA-TV
Keller Memorial Hospital
Kelley, Douglas
Kellogg Citizens Bank
Kelly, Joseph
Kelly, Lawrence Douglas
Kelly, Lawrence Douglas
Kerr, Edward B.
Kerr, Edward B.
Key Bank
Key Food
Keystone Building
Kings Daughter Hospital
Kings David Hotel
Kings Mountain Hospital
Kinlan, Patrick
Kirn Memorial Library
Kleine Department Store
Kleinhans Music Hall Management Inc

Klingman, Robert Ray
Knauss, Donald Lee
Knauss, Donald Lee
Kodra Professional Corporation
Kong Chow Benevolent Building
Koski, Aili
Koski, Aili
Koski, Eino
Koski, Eino
Kouri, Martin
Kouri, Martin
Kouri, Namie
Kouri, Namie
Kouri, Thomas

**EXHIBIT A**

Kouri, Thomas
Kovensky, Wayne
Kovensky, Wayne
Kuebler, Richard, M.D.
Kuelbs, Leo
Kuelbs, Leo
Kuha, Ella
Kuha, Ella
Kujawa, Gregory Mark
Kvapil, Celia Jane
Kwas, Daniel
Kwas, Daniel

L J C Development Corporation
L&ET Co. Inc.
L. Roy Owen Plastering Company
LA Martin Company Inc
Labatt Brewing Company Limited
Laborer's 310 Union Office Building
Laborers Local 310
Lackawanno County High Rise For The
Elderly
LaCrosse Lutheran Hospital (LaCrosse,
WI)
Lady of Good Hope Church (Milwaukee,
WI)
Lady of Lourdes (Lafayette, LA)
Lafayette Memorial Hospital
Lafayette Parish School Board
Lafourche Parish School Board
Lake Isle Country Club
Lake Region Healthcare Corporation
Lakeside Memorial Hospital
Lamb, Young, Jones Office Building
Landmark Hotel (Myrtle Beach, SC)
Landry, John
Landry, John
Lanedale Co-Operative Apartments
Limited
Langley Professional Building
Lansing Hospital
Largo Properties
Larkin, Eugene Leroy
Larson, Richard H.
Lasalle Hotel (Chicago, IL)
Lasalle Koch Department Store
Lasalle Parish School Board
Lawrence Lamar Rice West Melbourne

Leacock Building (Montreal, QC)
Leal, Norman

## EXHIBIT A

Leckrone, Dean Bradford
Leckrone, Dean Bradford
Lee, Elizabeth M.
Lees, Timothy
Lees, Timothy
Lehigh Tile (Allentown, PA)
Lehnert, Arnold
Lehnert, Arnold
Leonard's Hospital
Lever Brothers Company
Liberty Mutual Insurance Building
Liberty National Life Building Complex

Liberty Supermarket (Cape Girardeau, MO)
Lima Memorial Hospital
Lincoln Building (Spokane, WA)
Lincoln Income Life Insurance Co. Office Tower
Lincoln Lanes Bowling Alley
Linda Hall Library
Lindsay, Duane Edward
Linton Hall School
Little Sisters of The Poor (New Orleans, LA)
Lloyds Underwriters
Local No 274 General Office
Lockheed Martin Building 400

Loew's Annapolis Hotel Corp

Loews Cherry Creek Hotel Corp Inc

Loews Chicago Hotel, Inc

Loews Corporation

Loews Hotels Holding Corporation

Loews Miami Beach Hotel Operating Company Inc

Loews Vanderbilt Hotel Nashville Inc

Loews Washington Hotel Corp
London & Edinburgh General Ins. Co.
London Guarantee & Acc
London Life Insurance Company
Long Distance Switching Center
Long Island Jewish Hospital
Long Island Trust Company
Long Term Nursing Facility

Lorillard Inc

Lorillard Tobacco Co.
Los Angeles Convention Center

**EXHIBIT A**

Los Angeles County Metropolitan
Transportation Authority
Los Angeles County Museum of Fine Arts

Los Angeles County Treasurer & Tax
Collector
Los Angeles Unified School District
Louis Galic Central Natural Bank Job
Louisiana National Bank Building
Lucas, Phillip, M.D
Luce, Joan
Lutheran South Hospital
M T Banks
MacDonald Engineering Building
(Montreal, QC)
MacDonald Harrington
MacDonald-Stewart Library
Macerich Fresno Limited Partnership
Macey Department
Macey's Indian Springs Shopping Center

Mack Truck Office Building
Mack, Harold L.
Madison Complex Inc.
Main Place, The
Maintenance Shops
Majella, Gerald
Major Leaghe Shopping Center
Mandalay Apartments
Manor Oak #2
Manufacturer Hanover
Marble Warehouse (Allentown, PA)
Margaret Pardee Hospital
Maricopa, County of
Marin General Hospital
Marine Midland Bank
Marine Midland Office Building
Marine Research Building
MARITIME INSURANCE CO LTD
Marquette National Bank
Marriott Hotel (Chicago, IL)
Martha Washington Hospital
Martin Paint & Supply Company
Martin Towers Building
Martin, Gilbert
Martin, Paul J.
Martin, Paul J.
Martin, Philip
Martin, Philip
Martin, Sharon

## EXHIBIT A

Martin, Sharon
Martlet House
Mary Black Hospital
Mary Washington Hospital Self Care Unit

Maryland Casualty Co.
Masa Electronics Research
Masonic Building
Massachusetts Bay Transportation
Authority
Matta, Wayne Ramon
Maut Building
Maxwell Convention Center, The
May Department Store Co., The
May's Help Hospital

MB Redevelopment, Inc.
Mcallister, Sandra Carol
Mcbride, Susan Jo
Mccadden, Lucille Ricks
Mcchristian, Sarah Lou
McConnel Engineering Building
McConnel Hall
McConnel Winter Stadium
McCormick Place
McCrory Summwalt Construction Co.
Mccully, Vernon Dean
McDonnel Douglas Corporate
Headquarters
McGraw-Hill Publishing Co.
McIntyre Co.
McIntyre Medical Building
McKenzie Hospital
McLaren Hospital
McLeister & Goldman
McLennan Library
McMaster University
Meadville Hospital
Medi Center (Neptune, NJ)
Medical Apts Building (Greeley, CO)
Medical Center (Burlington, VT)
Medical Center (Little Rock, AR)
Medical Center Hospital (Selma, AL)
Medical Dental Building (Everett, WA)
Medical Office Building (Kansas City,
MO)
Medical Park Hospital (Winston-Salem,
NC)
Medical Research Center (San Jose, CA)

Medi-Center Building (Greenville, SC)

## EXHIBIT A

Medicine, Ethics & Law Building
(Montreal, QC)
Medina General Hospital
Memorial Hospital Addition (Cumberland,
MD)
Memorial United Methodist Church
(NYC)
Memorial United Methodist Church
(Richmond, VA)
Memorial United Methodist Church
(Silver Springs, MD)
Memphis Airport Terminal
Menands Union Free School District
Mental Health Center (South Bend, IN)

Mercedes Benz (Montvele, NJ)
Mercer Hospital
Merchandise Mart Plaza (Chicago, IL)
Merchant's Bank Midtown Branch
Merchant's Midtown Bank
Merchants National Bank
Merck
Mercy Hospital (Charlotte, NC)
Mercy Hospital (Merced, CA)
Mercy Hospital (Muskegon, MI)
Meridian Building (OR)
Meritcare South University
Metal Litho International
Metcalf Plaza
Methodist Center (Pittsburgh, PA)
Methodist Church First United Methodist
Church (Hollywood, FL)
Methodist Hospital (Indianapolis, IN)
Methodist Hospital (Minneapolis, MN)
Methodist Hospital (Omaha, NE)
Methodist Hospital Addition (Indianapolis,
IN)
Methodist Tower (Erie, PA)
MGM Grand Hotel (Reno, NV)
Miami Convention Center
Michigan Cancer Center
Mid Continent Building
Midicenters of America
Midland Hospital
Mile High Medical Arts Building
Miles, James Irvin
Minnesota Church Center
Minnesota Pollution Control Agency
Minnesota Protestant
Miskowiek, Michael

## EXHIBIT A

Miskowick, Michael
Misniakiewcz, Pawel
Missile Inn Inc
Mitchell, Larry, M.D
MJ&P LLC
Mobley, Erica Michell
Mobley, Erica Michell
Modzeleski, Vincent E.
Molecular Dielectric
Molson Hall
Molson Stadium
Monolith Enterprises, Incorporated
Montana Silver & Gold Inc
Montefiore Hospital
Montfort Academy (Fredericksburg, VA)

Montgomery Hospital (Montgomery, WV)

Montgomery Memorial Hospital (Troy,
NC)
Montgomery Ward
Monumental Office Building (Chicago,
IL)
Moore, Phillip Shawn
Moran Job
Morguard Investments Limited
Morguard Real Estate Investment Trust

Morris Multimedia, Inc.
Moundsville Housing Authority
Mountain Bell
Mountain City Hospital Addition
Mountain States Telephone Company
Mt. Carmel Academy of New Orleans
Mt. Carmel Mercy Hospital (Detroit, MI)

Mt. Diablo Hospital
Mt. Sinai Hospital (NYC)
Mt. St. Mary's Nurses Home
Munsel, Donald
Munsel, Donald
Muroff, Carol S.
Muskogee Regional Medical Center
Myers, C. Douglas
Myrtle Beach Lumber Company
N J LP
Namazi, Nazanin
Nassau Coliseum
Natatorium Y M C A (Montclair, NJ)
Natchitoches Parish School Board

## EXHIBIT A

National Bank Building (Memphis, TN)

National Bank of Commerce
National Casualty Co. of America
National City Bank
National Distillers Chemical Company

National Fire Insurance Company of
Hartford
National Newark & Essex Bank
Natural Distillers
Naugatuck Valley Mall
NCNB Building Job J 5028
NCR Distribution Center
Nebraska Savings & Loan
Nelson, Barbara Sue
Nelson, Geraldine Louise
Nelson, Pete O.
Nelson, Pete O.
New Britain General Hospital
New Britain Herald
New England Memorial Hospital
New Grease Building (Phiadelphia, PA)

New Hanover Memorial Hospital
New Mellrey Bank
New Municipal Building (Poughkeepsie,
NY)
New Orleans, City of
New Yonkers Public Library
New York Telephone Building
New York Telephone Company
Newmark & Co.
Newspaper Building (Springfield, MA)
Nguyen, Keith N.

Niagara Fire Insurance Co
Nightlinger, Gerald Thomas
Nightlinger, Gerald Thomas
Nine Story Office Building (Rosemont, IL)

Nissley Bottled Gas Company
Nob Hill Apartments
Noble, Michael Calvin
Nolan, Shawn Amy
Nordiego Capital Ltd.
Nordstrom, Robert
Nordstrom, Robert
Norfolk Circuit Court
Norfolk City Hall
Norfolk Public Health Building
Norm S Restaurants

## EXHIBIT A

Norm's Restaurants (various CA)
North Arkansas Regional Medical Center

North County Office Building (Palo Alto, CA)
North Hampton Nursing Home
North Pacific Plaza Building (OR)
North Star Reinsurance
Northbrook Ins Co
Northshore Country Club Clubhouse (Glenview, IL)
Northwest Community Hospital (Arlington Heights, IL)
Northwestern District Hospital (Roanoke Rapids, NC)
Northwestern National Bank
Northwestern Power Equipment Company

Northwoodcare Incorporated
Notre Dame Academy (Middleburg, VA)

Nowak, Robert
Nugent Import Motors
NZ Alltech, Inc.
O&Y Enterprise
Oak Grove Llc
Oak Ridge Textiles
Oakwood Hospital
Obeco Building
Oberlin Air Traffic Control Center
Occidental Life Ins. Company
Occupational Health & Safety Department (Montreal, QC)

Odeco Alaska Inc
Odeco Drilling of Canada, Inc
Odum, Paul Bennett
Office Building (Great Neck, NJ)
Office Building (Jamaica, NY)
Office Facility for Broad St. Associates of Marced
Office Service Ctr United Fuel Gas Co
Office Tower Building (Albany, NY)

OFFSHORE DRILLING SERVICES (NETHERLANDS) BVIO
O'Hara Apartment
Ohio Bell Telephone Company
Ohio Valley General Hospital
Oklahoma Department Mental Health
Old Purchasing Warehouse
Oldon Limited Partnership

**EXHIBIT A**

Olian Nursing Home
Olympus 555 Properties Llc
Omaha City Auditorium
Omond Memorial United Church
One Allegheny Center
One Embarcadero Center
One Shell Square
Oneida Co. Office Building
Orange, County of (CA)
Oregon Auto
Oregon Health & Science University
Orlando Utilities Commission
Orr, Howard King
Orr, Howard King
Orrick Herrington & Sutcliffe LLP
Ortiz, Maria Luisa
Ostlund, Chyleen
Ostlund, Chyleen
Otterbein College
Otto Mass Chemistry Building
Our Lady of Good Counsel School
(Vienna, VA)
Our Lady of Lourdes Church (Ravenna,
NE)
Our Lady Queen of Peace (Arlington, VA)

Oxford Properties Group
P&S Associates
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
Pacific Freeholds
Pacific Gas & Electric Building
Pacific Heights Apartments
Pakirtzis, Zaharias
Pakirtzis, Zaharias
Palos Hospital (Palos, IL)
Papelera Camagueyana, SA
Park Center Motel Sheraton
Park Ridge Nursing Home (Rochester,
NY)
Parker, Melvin George
Parker, Melvin George
Parker, Richard H.
Parkway Condominiums (New York City)

Patch, Gary
Patch, Gary
Patterson, Paul
Paul VI High School (VIenna, VA)
Paul, Norman

## EXHIBIT A

Paul, Norman
Paulette, Marcella Mae
Paulette, Marcella Mae
Pavillion Center (Montpelier, VT)
Pee Dee Builders Supply
Peninsula Partners, LP
Penn Mutual Life Insurance Company
People S National Bank
Peoples Plaza (Greenville, SC)
Pepper, Howard William
Performing Arts Center (Tulsa, OK)
Perini Corporation
Permanent Savings & Loan Bldg.
Pernell, Alice
Pernell, Robert
Peterson Hall
Phelps Apartments
Philadelphia Electric Company
Philadelphia, City of
Phoenix, City of
Piche, Louis
Piedmont Trust Bank
Pieri Especialidades, SL
Pieri SA
Pieri U.K. Limited
Pierre LaClede Building (Clayton, MO)

Pilgrim Congregational Church, United
Church of Christ (Chattanooga, TN)

Pilot Life Insurance Company

Pin Oak Petroleum, Inc.
Pittsburgh National Bank
Pittsburgh School District
Plainfield Asset Management LLC
Planters Bank & Trust
Platinum Capital Investments Inc
Plauche Building (New Orleans)
Plaxall Inc
Plaza Building (Woodbury, NY)
Pompano Beach, City of
Port of Seattle
Port of Slidell LLC
Portland Airport
Potomac Plaza Apt
Power House
Pratt Whitney Job
Presbyterian Church (Bradford, PA)
Presbyterian Church (La Jolla, CA)

## EXHIBIT A

Presbyterian Church (Laguna Beach, CA)

Presbyterian Church of Jamesburg (NJ)

Presbyterian Hospital (New York City)

Presbyterian Village Church
(Williamsville, NY)
Presidential Plaza Apartments
Presidential Towers Condo Fka Americana

Princeton Booth Co.
Princeton Plaza Co.
Pritchett, William
Procto Inc.
Providence Health Care (various BC)
Providence Hospital (Anchorage, AK)
Providence Hospital (Mobile, AL)
Provident Life Accident Insurance
Company
Prudential Insurance Company of
America, The
Prudential Insurance Company, The
Psychiatry Department

PT. Grace Specialty Chemicals Indonesia
Public Library (Whittier, CA)
Public Safety Building (Norfolk, VA)
Pullinger, Bernard
Pulp & Paper Research Centre
Purvis Hall
Quantas Office Building (San Francisco)

Quonset Hut Anderson Complex
R H Garvey Building
R Macey Building
R&G Paint Company
R.E.HEATHCOCK LTD
R.H. Macy Department Store
R.I. Trust National Bank Bldg.
R.R. Isla Verde Hotel & Resort Inc.
R.U. Wilson Building
Rabinovitch House
Radiology Building Medical Center
(Memphis, TN)
Raleigh Savings & Loan
Ramada Development Company
Ramada Inn
Ramsey Const Co.
Raritan River Center

# EXHIBIT A

Realty, Donna Jean
Record, The
Redpath Hall
Redpath Library
Redpath Museum
Reese, Patsy A.
Regency 2
Regency Southlake
Regent Beverly Wilshire
Regent Wall Street Hotel, The
Regents of The University of California
Regional Med Ctr (Fort Smith, AR)
Rehabilitation & Diagnostic Center (Fort Smith, AR)
Renewal Shopping Mall
Renewal Shopping Mall Bldg 2 Burlington Urb.
Republic Insurance Co
Reshat Hussein Hassan & Minnie Hassan Tt
Reunion-Adriatica
Rezai, Mahtab
Rezai, Mahtab
Rhode Island Hospital
Richland County Hospital (Columbia, SC)

Richmond, City of
Riewoldt, John Howard
Ringling Museum
Risdal, Eddie Charles
Rivas, Maria L
River Drive Construction
Rivergate Mall
Riverside Presbyterian Church (Jacksonville, FL)
Riverside Regional Medical Center (Newport News, VA)
Roanoke Civic Center
Robbins Towers (Southfield, MI)
Robinson Auditorium (Little Rock, AR)

Rochester Memorial Art Gallery
Rochester Nursing Home (Rochester, NY)

Rockrose A.K.A. 127 John Street Realty LLC
Rogers, Arlene A.
Rogersville Hospital Learning Resource Ctr.

## EXHIBIT A

Roman Cathlolic Church Archdiocese
New Orleans
Roper Hospital
Rosedale United Church
Rosenstock Hall (Frederick, MD)
Roth, Tom
Rotunda A Airport Terminal
Roy Mcmillan Pr of Estate of Robert
Mcmillan
Royal Victoria College
Royale Belge S.A.
Rsk Co Service's, Inc
RSKCo Claims Services Inc
Rubury Apartments
Ruden Building
Ruden Job
Ruden Management
Russ, Clarke
Russian Hill Twin Tower
Russinik, John
Russinik, John
Rutledge Tower
Ryerson University
Sabine River Authority of Texas
Sacred Heart Hospital (Eugene, OR)
Sacred Heart School (Winchester, VA)

Sacto Conv. Center
Safeway Store, Cherry Creek Shopping
Center
Sagen, Kenneth Duane
Saginaw Civic Center
Saint Clares Hospital Boonton Campus

Saint Louis County Government (Clayton,
MO)
Salem Central School District (Salem, NY)

Salem Hospital (Salem, OH)
Salinas Valley Memorial Hospital
Salvation Army Chapel (Charlotte, NC)

Samonte, Lael Edward
San Antonio Office Building Center
(Mountain View, CA)
San Diego Gas & Electric Co.
San Diego Space and Science Foundation

San Joaquin General Hospital (Stockton,
CA)

## EXHIBIT A

San Leandro Memorial Hospital (San Leqandro, CA)

Sandly, Wendy Lee

Santa Rosa Hospital (Santa Rosa, CA)

Santa Teresa Hospital (San Jose, CA)

Santa Teresa Medical Office Building (San Jose, CA)

Saskatchewan Power Corporation

Saskatchewan Property Management Corporation

Sauder Lygrisse GMC Building

Schack, Gail

Schack, Gail

Schaefer, William

Schaefer, William

Schantz Revocable Family Trust

Schantz, Ellen K.

Schantz, John R.

Schantz, Melvin

Schantz, Merriam

Schober's Restaurant

School District 43 Coquitlam (BC)

School District 68 Nanaimo Ladysmith (BC)

School of Environment Building

Schuyler Hospital (Montour Falls, NY)

Schwoeffermann, Cuffy

Scope Building Job (Norfolk, VA)

Scott and White Memorial Hospital (Temple, TX)

Scott County Family (Davenport, IA)

Scott Paper Limited

Scott Tower Housing Company

Scottish Rights Cad. Temple (Allentoen, PA)

Scottsdale Hospital (AZ)

Seagram Building

Sears & Grant Building

Sears & Roebuck Westland Shopping Center

Sears Roebuck

Sears Roebuck Gateway Shopping Center

Sears Roebuck Morristown Mall

Security National Bank

Security Pacific Bank

Security Pacific Bank Building

## EXHIBIT A

Securty National Bank Building
Sellers, Carla
Sellers, Carla
Sempra Energy
Seneca Building (Rochester, NY)
Senior Citizens Building (Fresno, CA)
Sequoia Hospital (Redwood City, CA)
Serna, Dice Victoria
Servicised Ltd.
Severance Medical Building (Cleveland,
OH)
Severance Office Building (Cleveland,
OH)
Seymour, Jean
Seymour, Jean
Shadyside Hospital (Pittsburgh, PA)
Shaker Heights Police Station (OH)
Shaler Area School District (Glenshaw,
PA)
Shamokin High Rise Building
Shapery Developers Gas Electric Property
Lp
Shartzer, Jamie Guevara
Shelby County Health Center (Memphis,
TN)
Shell Canada Inc.
Shell Canada Products
Shelter Brainard Office
Shenandoah Baptist Church (Roanoke,
VA)
Shenango Hospital
Sher, Joseph H.
Sheraton Hotel
Sheraton North Motor Inn
Sheridan College (Oakville, ON)
Sheridan College C Wing (Oakville, ON)

Sherman Building Twin Towers (San Jose,
CA)
Sherwin Williams Paint Store
Silver Sands Hotel
Simmons Bank
Simmons First National Bank
Sioux Valley Hospital
Sir Arthur Currie Gymnasium
Sisters of Mercy Hospital (Valley City,
ND)
Six Hundred Building Ltd.
Skarie, Ronald Alan
SKARIE, RONALD ALAN

## EXHIBIT A

Skramslad, Lesler
Slawson, Dennis Michael
Smith Plastering Company
Smith, John
Smith, John
Smith, Kenneth D.
Société Civile Beau–Béton
Somerville Hospital
Sonoma, County of
Soucek, Albert Jon
Soucek, Albert Jon
South Carolina National Bank Building

South Park Shopping Center
Southern Life Insurance Company
Southern New England Telephone &
Telegraph
Southern New England Telephone
Company
Southern Ontario Properties
Southern Pacific
Southern Wesleyan University
Southhampton Hospital
Southwestern Bell Telephone Company

Southwestern Bell-Fka Bell Telephone
Bldg.
Southwick Shopping Center
Spadafora, Allene
Spanish Pavillion (St. Louis, MO)
Sparks Memorial Hospital (Fort Smith,
AR)
Spaulding Building (Camp Kilmer, NJ)
Speidel, Timothy Jon
Speidel, Timothy Jon
Speights & R
Speights & Runy
Speights & Runya
Speights & Runyan
Spencer, Barbara A.
Sphere Drake Ins. Co. Ltd.
Spingler, Clifford M.
Spingler, Clifford M.
Springfield News
St. Agnes School (Arlington, VA)
St. Ambrose Church (Annandale, VA)
St. Ann School (Arlington, VA)
St. Anthony's Hospital (Carroll, IA)
St. Bernadettes School (Springfield, VA)

## EXHIBIT A

St. Canice's Catholic Church (Pittsburgh, PA)

St. Charles Borromeo Church (Arlington, VA)

St. Charles Hospital & Rehabilitation Center (Port Jefferson, NY)

St. Coletta (Arlington, VA)

St. Francis Hospital (Greenville, SC)

St. Francis Hospital (Hartford, CT)

St. Francis Hospital (Monroe, LA)

St. Francis Hospital (Roslyn, NY)

St. Francis of Assisi School (Triangle, VA)

St. Gabriel School (Alexandria, VA)

St. James School (Falls Church, VA)

St. Joes Hospital (Reading, PA)

St. John Bosco School (Woodstock, VA)

St. John Evangelist School (Warrenton, VA)

St. John School (McLean, VA)

St. John's Evangelical Lutheran Church (Minneapolis, MN)

St. John's Home For The Aged (Rochester, NY)

St. John's Nursing Home (Rochester, NY)

St. Joseph Hill Infirmary (St. Louis, MO)

St. Joseph Hospital (Redford, MI)

St. Joseph Parish (Herndon, VA)

St. Joseph School (Herndon, VA)

St. Joseph's Hospital (Elmira, NY)

St. Joseph's Hospital (Flint, MI)

St. Joseph's Hospital (Lorain, OH)

St. Joseph's Hospital (Omaha, NE)

St. Joseph's Intercommunity Hospital (Cheektowaga, NY)

St. Katherine Ins. Co. Ltd.

St. Leo School (Fairfax, VA)

St. Louis School (Alexandria, VA)

St. Luke Elementary (McLean, VA)

St. Luke's Hospital (Bethlehem, PA)

St. Luke's Hospital (Duluth, MN)

St. Luke's Hospital (Omaha, NE)

St. Luke's Hospital (Sioux City, IA)

St. Luke's Methodist Hospital (Cedar Rapids, IA)

St. Marks Catholic Church (Eugene, OR)

## EXHIBIT A

St. Martin Parish School Board (LA)
St. Mary School (Alexandria, VA)
St. Mary's Academy of The Holy Family
(New Orleans, LA)
St. Mary's Convent (Alexandria, VA)
St. Mary's Hospital (Huntington, WV)
St. Mary's Hospital (Reno, NV)
St. Mary's Hospital (Richmond, VA)
St. Mary's Hospital (San Francisco)
St. Mary's Junior High School
(Alexandria, VA)
St. Mary's Medical Center (Philadelphia,
PA)
St. Michael School (annandale, VA)
St. Paul United Church of Christ (Bellville,
IL)
St. Paul's Church (Cincinnati, OH)
St. Paul's Lutheran Church, Fellowship
Hall (Cumberland, MD)
St. Philip School (Falls Church, VA)
St. Rita School (Alexandria, VA)
St. Rita's Parish (Milwaukee, WI)
St. Theresa's Church (Kenilworth, NJ)
St. Thomas Episcopal Church Inc. (Miami,
FL)
St. Thomas Hospital (Akron, OH)
St. Thomas More Cathedral School
(Arlington, VA)
St. Vincent's Hospital (Erie, PA)
St. Vincent's Hospital (Jacksonville, FL)

St. Vincent's Hospital (Little Rock, AR)

Stadium In Storm Lake
Stagecoach Apartments Llc
Standard Oil Building
Stanley, Earl H.
Stanley, Lynn R.
Stanley, Robert W.
State of Oregon, Board of Higher
Education
Steeler Inc.
Stella-Marg Building
Sterns Department Store
Steven J. Wolfe Irrevocable Trust
Stewart Biology Building
Stewart Place
Stewart, Fanette Lloys
Stockton City Library
Storm van Bentem en Kluyver BV

## EXHIBIT A

Strathcona Anatomy Building
Strathcona Music Building
Stronghold Ins. Co. Ltd.
Sunbury Hi-Rise
Sunset Bowl
Superior Square Building
Supplee Memorial Church

Surety Bonding Company of America

SureWest Financial Corp
Sutter Hospital
Sutter Place Office Building
Sutton Plaza
Swidler Berlin Shereff & Friedman, LLP


Swiss Reinsurance
Sydloski, Delores
Sydloski, Delores
Szykulski, Clemens
Szykulski, Clemens
Taft, Elizabeth
Taft, Elizabeth
Tarzana Medical Center
Taterboro Office Building
Taylor, Eddie
Taylor, Eddie

TCC Properties Inc
Technical High School (London, ON)
Telephone Building (Jamaica, NY)
Telus Communications
Temple Adath Yesran
Temple Beth Am
Temple Israel (Columbus, OH)
Temple Sinai (New Orleans)
Tennesse Department of Finance
Administration
Tennison, Kathleen Ann
Teresa Office Building (San Jose, CA)
Terra Nova Ins. Co. Ltd.
Terrace Properties Limited Partnership

Texarkana Arkansas City Hall

Texas Gas Development Corp

Texas Gas Transmission LLC


Texas Gulf South Pipeline Company Inc
The Asbestos Settlement Trust Celotex


The Continental Corporation
The Princeton Club

## EXHIBIT A

Theonnes, Lois Gloria
Thermo Coustics Limited
Third Presbyterian Church (Rockford, IL)

Thomas J. Lipton Tea Plant
Thomson House
Thomson, Eva A.
Thornapple Manor
Thrasher, Virginia L.
Three Embarcadero Center
Time Equities Inc.
Tipold, H.
Titusville Hospital
Toledo Edison
Toledo Edison Company, The
Tonawanda Police Job
Tonko Realty Advisors Ltd.
Topanga Plaza Shopping Center
Toronto District School Board
Torrance Medical Building
Torrence State Hospital
Tower Apartment Building
Tower Properties (Kansas City, MO)
Trans–Meridian Insurance (Dublin)
Transamerica
Transamerica Life Ins Co. Fka Nat. Old
Line I
Transamerica Life Insurance Company

Transcontinental Insurance Co
Transportation Insurance Company
Treffert, Brian
Treffert, Brian
Trenton City Hall
Trenty Athletic Center
Tri City Hospital (Niskayuna, NY)
Trinity Baptist Church (Columbia, SC)
Trinity Methodist Church (Sumter, SC)

Troy Fain Insurance Inc
Tru Source
Trumball County Memorial Hospital
Trumbull Memorial Hospital
Tucker H R Inc
Tucson, City of
Tulsa Civic Center
Turegum Ins. Co.
Twin City Fire Ins Co
Two Allegheny Center

# EXHIBIT A

Two Embarcadero Center
Tyco Healthcare Group LP
U.M.K.C. Hospital
U.S. National Bank
Uihlein Mercy Center, Sisters of Mercy

UNI Inc.
Unified Government of Wyandotte County
KCK
Union Bank & Trust
Union Bank Building
Union Bank Job Nka Nations Bank
Union Central Life Insurance Company

Union Hospital (Elkston, MS)
Union Hospital (New Ulm, MN)
Union Mutual Life Insurance Company

Uniontown Newspaper Building
United Bank
United California Bank Building
United States Gypsum Company
United Way Building
Unity House, Administration Bldg.
(Bushkill, PA)

Universal Premium Services Inc
Universal Surety Holding Corp
Universal Surety of America
University Centre
University Inn Motel
University of Guelph
University of Saskatchewan
University of Toronto
University of Western Ontario
Vallco Park Office Building

Valley Forge Life Insurance Co
Valley Forge Life Insurance Co Inc
Valley National Bank
Valu-Lodge of New Port Richey Inc.
Van Rysulk, Paul
Van Rysulk, Paul
Van Smith Building Material
Vancouver Board of Parks And Recreation

Vancouver Coastal Health Authority
Vancouver, City of
Vanderwood, Randy
Vanderwood, Randy
Vanguard Medical Association

## EXHIBIT A

Vaughan, Robert T.
Venetian Mon Co.
Verizon Communications
Vermillion Library Job
Viacom Inc.

Viaticus Incorporated
Vicksburg Memorial Hospital
Villa St. Charles
Village Fair Shopping Center
Vinikoor, Abram L.
Virginia Dept.of Mental Health
W. PA Motor Club Job, Headquarters
Bldg.
W.F. Hinchey Cont.
W.R. Grace & Co. (India)
W.R. Grace & Co.–Conn.
W.R. Grace (Hong Kong)
W.R. Grace (Malaysia)
W.R. Grace (Philippines)
W.R. Grace (Singapore)
W.R. Grace (Thailand)
W.R. Grace Africa (Pty.)
W.R. Grace Argentina SA
W.R. Grace BV
W.R. Grace Finance (NRO)
W.R. Grace Holdings, SA de CV
W.R. Grace Italiana SpA
W.R. Grace Limited
W.R. Grace NV
W.R. Grace SA
W.R. Grace Southeast Asia Holdings
Limited
W.R. Grace Specialty Chemicals
(Malaysia)
W.R. Grace Taiwan, Inc.
W.R.G. Colombia SA
Wachovia
Wachovia Bank
Wagner, John Francis
Wagner, John Francis
Wagner, Michael Charles
Walker, Lona Diane
Warren General Hospital
Warren, Timothy Wayne
Washington County Hospital (Washington,
PA)
Washington Courte Condominium
Association 1
Washington Gas & Light

## EXHIBIT A

Washington Hospital (Washington, PA)

Washington Trust Building
Washington, State of
Waukegan Library
Wausau Insurance Co
Waynesboro Hospital Addition
Webber Hospital
Wegman Store
Welch, Dennis Albert
Welch, Robert James
Wellington Nursing Home
Wells Fargo Bank
Wells Fargo Building
Wells Fargo Building Fka 550 California
Bldg.
Wells Fargo Office Building
Wentzville Fire Protection District
Wesley Hospital Addition
West Farm Bureau Life Building
West Jersey Hospital
Westerly Hospital, The

Western National Warranty Corporation
Western Surety Corporation
Western Union Centralized Bureau #3
Westin Harbour Castle  Kessinger Hunter

Westmoreland Hospital
Westport Office Bldg
WGN
White Motors
White Pigment Corp.
White Plains City Library
Wichita Municipal Airport
Wickersham, Karen Kaye
Wieboldts Store
Wildlife Building-Near Vpa Coliseum
Wilkinson, Jay S.
William Osler Health Centre
Williams Center
Williamsburg Community Hospital
Willis, Clay Henry
Willis-Knight Hospital
Wilson Hall
Wilson Memorial Hospital

Winner Drilling Ltd
Winterthur Swiss Ins. Co.
Wittenberg, William R.
Wittenberg, William R.

**EXHIBIT A**

Wolfe, Steven J.
Wolverine Building
Women S Club
Wood County Bank
Woodbury Place Apartments Ltd.
Woodcock Plastering Company
Woodman Partners
Woodman Tower Building
Woodmere Apartments LLC
Woolco Department Store, Woodhaven
Mall
Worcester Center
Worden, Gladwin
Worden, Gladwin
World Airways Aircraft Maintenance
Facility
World Auxiliary Ins. Corp. Ltd.
Worley, William
Worley, William
WRG Argentina, SA
Wyandotte General Hospital
Wythe County Community Hospital
Yankton High School Historic Dist.
Yasuda Fire & Marine Ins. Co. Ltd.
Yatzy Drilling Ltd
Yick Realty Investment
YMCA (Des Moines, IA)
YMCA (NE)
YMCA (Waterbury, CT)
YMCA Auditorium (Ridgeway, PA)
York Hospital (York, PA)
York University (Toronto, ON)
Yorkminster Baptist Church
YWCA of The Hartford Region (Hartford,
CT)
Zoo Job (Little Rock, AR)
Zurich Insurance Co