## EXHIBIT B

| Name of Entity Searched | Name of Entity and/or Affiliation and Entity's K&E Client | Status | Nature of Representation |
|---|---|---|---|
| Tyco Healthcare Group LP | Tyco Healthcare Group LP | Current | Representation in matters unrelated to the Debtors |
| | Graphic Controls | Current | Representation in matters unrelated to the Debtors |
| | Tyco Engineered Products & Services | Closed | Representation in matters unrelated to the Debtors |
| | TyCom | Closed | Representation in matters unrelated to the Debtors |
| | Tyco Electronics Corporation | Closed | Representation in matters unrelated to the Debtors |
| | Tyco International | Closed | Representation in matters unrelated to the Debtors |
| | Raychem Corporation | Closed | Representation in matters unrelated to the Debtors |
| Canadian Imperial Bank of Commerce | Cibc - Oppenheimer | Current | Representation in matters unrelated to the Debtors |
| CNA Building (Chicago, IL) | CNA Surety Corporation | Former | Representation in matters unrelated to the Debtors |
| | CNA Financial Corporation | Current | Representation in matters unrelated to the Debtors |
| Exxon Research & Engineering - Bldg. Fp 102 | Exxon Mobil Corporation | Current | Representation in matters unrelated to the Debtors |
| Exxon Research & Engineering-Tower | | | |
| Continental Telephone Company | Verizon Wireless | Current | Representation in matters unrelated to the Debtors |
| | Verizon Communications Inc. | Current | Representation in matters unrelated to the Debtors |
| | Verizon Wireless (VAW), LLC (Vodafone Americas Inc.) | Current | Representation in matters unrelated to the Debtors |
| | Verizon Wireless a/k/a New Par (Vodafone Americas Inc.) | Current | Representation in matters unrelated to the Debtors |
| | Verizon Florida Inc. (Verizon Communications Inc.) | Former | Representation in matters unrelated to the Debtors |
| | Verizon North, Inc. Verizon Communications Inc.) | Former | Representation in matters unrelated to the Debtors |
| | Verizon Northwest, Inc. (Verizon Communications Inc.) | Former | Representation in matters unrelated to the Debtors |
| | Verizon South Inc. (Verizon Communications Inc.) | Former | Representation in matters unrelated to the Debtors |
| | Vodafone Americas Inc. | Current | Representation in matters unrelated to the Debtors |

**EXHIBIT B**

| Name of Entities | Name of Entity and/or Affiliate of Entity (a Real Client) | Status | Nature of Representation |
|---|---|---|---|
| St. Joseph's Hospital (Omaha, NE) | Tenet Healthcare Corporation | Current | Representation in matters unrelated to the Debtors |
|  | Various current and former officers and directors (Tenet Healthcare Corporation) | Current | Representation in matters unrelated to the Debtors |
|  | Jeffrey Arden, Ph.D. | Former | Representation in matters unrelated to the Debtors |
| John Hancock Towers | OCM Mezzanine Fund and John Hancock | Current | Representation in matters unrelated to the Debtors |
| John Hancock Insurance | John Hancock Mutual Life Insurance Company | Closed | Representation in matters unrelated to the Debtors |
|  | Hancock Venture Partners | Closed | Representation in matters unrelated to the Debtors |
| Hyatt Corporation | Hyatt Corporation | Current | Representation in matters unrelated to the Debtors |
|  | Hyatt Hotels (Hyatt Corporation) | Current | Representation in matters unrelated to the Debtors |
| Lockheed Martin Building 400 | Lockheed Martin | Closed | Representation in matters unrelated to the Debtors |
| Ipsco Inc | IPSCO, Inc. | Current | Representation in matters unrelated to the Debtors |
| Prudential Insurance Company of America, The | American Skandia, Inc. | Current | Representation in matters unrelated to the Debtors |
| Prudential Insurance Company, The |  |  |  |
| Firstenergy Corp | FirstEnergy Corporation | Closed | Representation in matters unrelated to the Debtors |
| Toledo Edison Company, The |  |  |  |
| Sempra Energy | Sempra Energy Trading | Current | Representation in matters unrelated to the Debtors |
| San Diego Gas & Electric Co. |  |  |  |
| Shell Canada Inc. | Shell Oil Company | Closed | Representation in matters unrelated to the Debtors |
| Shell Canada Products | Cottonwood Energy (Shell Generating) | Current | Representation in matters unrelated to the Debtors |
| Shell Brazil Fza-1 Exploreco B.V. |  |  |  |
| Telus Communications | Telus Corporation | Closed | Representation in matters unrelated to the Debtors |
| McKesson Corporation | McKesson Corporation | Current | Representation in matters unrelated to the Debtors |
| Washington Gas & Light | WGL Holdings, Inc. | Closed | Representation in matters unrelated to the Debtors |
| Sheraton Hotel | Starwood Hotels & Resorts Worldwide, Inc. | Current | Representation in matters unrelated to the Debtors |

**EXHIBIT B**

| Name of Entity Searched | Name of Entity with/or Affiliation to Entity Searched Which is a Client | Status | Nature of Representation |
|---|---|---|---|
| United States Gypsum Co. | United States Gypsum Company | Current | Representation in matters unrelated to the Debtors |
| | USG Corporation | Current | Representation in matters unrelated to the Debtors |
| | Richard H. Fleming | Current | Representation in matters unrelated to the Debtors |
| AIG | AIG Global Investments Corp. | Former | Representation in matters unrelated to the Debtors |
| | AIG Capital Partners | Current | Representation in matters unrelated to the Debtors |
| | AIG Brazil Special Situations Fund, LP | Current | Representation in matters unrelated to the Debtors |
| | AIG Special Situations Parallel Fund, CV | Current | Representation in matters unrelated to the Debtors |
| | AIG Healthcare Partners | Current | Representation in matters unrelated to the Debtors |
| | American General Finance | Current | Representation in matters unrelated to the Debtors |
| | H S A Residential Mortgage Service of Texas | Current | Representation in matters unrelated to the Debtors |
| | Capvest Limited | Current | Representation in matters unrelated to the Debtors |
| | AIG | Current | Representation in matters unrelated to the Debtors |
| | AIG Altaris Health Partners, L.P. | Current | Representation in matters unrelated to the Debtors |
| | MorEquity Inc. | Current | Representation in matters unrelated to the Debtors |

**EXHIBIT B**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is K&E Client | Status | Nature of Representation |
|---|---|---|---|
| National Casualty Co. of America | Nationwide Retirement Solutions, Inc. | Current | Representation in matters unrelated to the Debtors |
| | Nationwide Life Insurance | Current | Representation in matters unrelated to the Debtors |
| | Nationwide Mutual Insurance Company | Current | Representation in matters unrelated to the Debtors |
| | Nationwide Mutual Fire Insurance Company (Nationwide Mutual Insurance Company) | Current | Representation in matters unrelated to the Debtors |
| | Nationwide Mutual Fire Insurance Company (Nationwide Mutual Insurance Company) | Current | Representation in matters unrelated to the Debtors |
| | Nationwide Mutual Fire Insurance Company (Nationwide Mutual Insurance Company) | Closed | Representation in matters unrelated to the Debtors |
| | Nationwide Property and Casualty Insurance Company (Nationwide Mutual Insurance Company) | Current | Representation in matters unrelated to the Debtors |
| | Nationwide Life Insurance Company and Nationwide Advisory Services, Inc. | Closed | Representation in matters unrelated to the Debtors |
| Argonaut Northwest Ins. Co. | Argonaut Group, Inc. | Current | Representation in matters unrelated to the Debtors |
| Aetna Casualty & Surety | Aetna Health, Inc. (Multiplan) | Current | Representation in matters unrelated to the Debtors |