# SIGN-IN SHEET

CASE NAME: W.R. Grace & Co.

COURTROOM NO.: B

CASE NO.: 01-01139

DATE: 4/17/06

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lewis Kruger | Stroock & Stroock & Lavan | Unsecured Creditors Committee |
| Ken Pasquale | " | " |
| Kathy [illegible] | Caplin & Drysdale | ACC |
| David Klauder | UST | UST |
| [illegible] | Lauzon Belanger | Canadian Claimants |
| Frank Monaco | Monzack & Monaco | Canada & Montana |
| Mark T. Hurford | Campbell & Levine | ACC |
| Michelle Brandy | Kirkland & Ellis | WR Grace |
| Guy Baron | Dune Capital | Investor |
| Jay Sakalo | Bilzin Sumberg | PD Committee |
| Scott Baena | " " | " " |
| Jacob Cohn | Cozen O'Connor | Federal Ins. Co. |
| Martin Dies | Dies & Hile | Special Counsel – PD Claims |
| Daniel Glosband | Goodwin Procter | CNA Insurance |
| Jack Phillips | Phillips Goldman & Spence | FCR |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

over →

WR Grace

| | | |
|---|---|---|
| Angela Allen | Burns White & Hickton | BNSF |
| [illegible] | [illegible] | [illegible] |
| Ted Weschler | Peninsula | Peninsula |
| JAMES O'NEILL | PSZYJW | Debtors |
| Roger Frankel | Orrick | David Austern FCR |
| Janet S Baer | Kirkland WR Grace | K&E |
| Alexander Mueller | Mendes & Mount LLP | London Market Insurers |
| Mark Shelnitz, Richard Finke, Will Sparks | W R Grace | Debtors |
| TOM WHALEN | STEVENS & LEE | FIREMAN'S FUND |
| GARY M. BECKER | KRAMER LEVIN | EQUITY COMMITTEE |
| Michael R Lastowski | Duane Morris | UCC |
| Barbara Harding | Kirkland & Ellis | Grace |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| William D. Sullivan | Buchanan Ingersoll PC | ZAI Claimants |
| Kerri Mumford | Landis Rath & Cobb | Libby Claimants |
| Dan Cohn | Cohn Whitesell & Goldberg | " |
| Michael F. Brown | Drinker Biddle & Reath | OneBeacon/Seaton |
| Marc Phillips | Connolly Bove Lodge & Hutz | Maryland Casualty Co. |

Court Conference

Calendar Date: 04/17/2006

Calendar Time: 02:00 PM

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Judith Fitzgerald (Visiting)

Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326429 | Isaac Pachulski | 310-228-5655 | Stutman Treister & Glatt (902847) | Elliott Management / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326446 | Joseph Gibbons | 215-864-7074 | White & Williams LLP | Ace Insurance Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326631 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick, Herrington & Sutcliffe (CC-2041 | David T. Austern, Future Claimants Rep. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326697 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326777 | Darrell Scott | 509-455-3966 | Scott Law Group | Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326871 | Richard M. Park | 213-896-6610 | Sidley Austin (900873) | Federal-Mogul / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1329198 | Jay Hughes | 617-498-3826 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1329207 | Sal Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1329208 | Sam Pointer | 205-581-0778 | Lightfoot Franklin & White | Mediator/LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326404 | Carl Pernicone | 212-490-3000 | Wilson, Elser, Moskowitz, Edelman & D | Royal Indemnity Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326415 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & Axelrod | Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326495 | Sara Gooch | 212-933-3180 | Bank of America Securities | Bank of America Securities / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326749 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, P.C | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326769 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1326899 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1327031 | Robert Guttman | 212-223-0400 ext. 637 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1327087 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1327103 | Arlene Krieger | 212-806-5544 ext. 00 | Stroock & Stroock & Lavan, LLP (New Y | Official Committee of Unsecured Creditors / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | W. R. Grace & Co. | 01-01139 | Hearing | 1327111 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1327687 | Craig T. Moran | 973-538-0800 | Riker, Danzig, Scherer, Hyland & Perret | Property Damage Claimants / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1327695 | Sean Walsh | 202-973-9381 | LECG | Property Damage Claimants / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1327835 | Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | C.N.A. / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1327856 | Stephen B. Vogel | 212-728-8961 ext. 00 | Willkie Farr & Gallagher LLP | DK Acquisition Partners / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1327962 | Debra Felder | 202-339-8567 | Orrick, Herrington & Sutcliffe (CC-2041 | The Future Claimants Representatives / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1327976 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1327992 | Joseph Radecki | 212-284-9588 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1328193 | Martha Brown | 312-606-5773 | USG Corporation | USG Corporation / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1328197 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1328206 | David Siegel | 802-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1328410 | Marc Casarino | 302-467-4520 | White & Williams LLP | ACE Insurance Company / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1303359 | Simon Porter | 212-756-3332 | First Manhattan | Investor / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1308128 | Kevin Cassidy | 202-309-0079 | U.S. Attorneys Office | United States / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1308132 | Kris McLean | 406-829-3330 | U.S. Attorneys Office | United States / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1321138 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1323784 | John O'Connell | 212-583-5677 | The Blackstone Group | The Blackstone Group / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1324199 | Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Pro Se, Kenneth Thomas / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1324940 | Craig Gilbert | 646-840-3506 | Linden Advisors, LP | Linden Advisors, LP / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1324952 | Elisa Alcabes | 212-455-3133 | Simpson Thacher & Bartlett LLP (9040 | Travelers Casualty Insurance Company / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1324953 | Barbara Seniawski | 212-455-3835 | Simpson Thacher & Bartlett LLP (9040 | Travelers Casualty Insurance Company / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1324955 | Elizabeth DeCristofaro | 212-269-4900 | Ford & Marrin | Continental Casualty Company / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1324994 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Allstate Insurance Company / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1325675 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Murray Capital Management, Inc. / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1325754 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Shareholders / LISTEN ONLY |