# EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## AUGUST 2005

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| **Litigation** | | | | |
| 8/23/05 | Telephone conference with Frankel and Wyron re litigation strategy | .50 | $500 | $ 250.00 |
| **TOTAL** | | **.50** | | **$ 250.00** |