## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W.R. GRACE & CO., et al. | ) |
| | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11

Case No. 01-1139 (JKF)
Jointly Administered

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.      I am the Future Claimants' Representative appointed by the Court in this case.

2.      I personally performed the work as set forth in the attached Exhibit A.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 13th DAY OF April, 2006

_____
Notary Public

My commission expires: 7-31-06