## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## SEPTEMBER 2005

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| **Litigation** | | | | |
| 9/20/05 | Telephone conference with Dies and Budd re settlement | .30 | $500 | $ 150.00 |
| **TOTAL** | | **.30** | | **$ 150.00** |