IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br> Jointly Administered <br><br> Objection Date: May 8, 2006 at 4:00 p.m. <br> Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIFTEENTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005</u>**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | May 25, 2004 (appeal pending in the United States District Court for the District of Delaware) |
| Period for which compensation is sought: | October 1, 2005 through October 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $550.00 |
| 80% of fees to be paid: | $440.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   0.00 |
| Total Fees @ 80% and 100% Expenses: | $440.00 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___ interim    _X_ monthly    ___ final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's proposed bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's fifteenth interim fee application for the period October 1-31, 2005; the FCR previously filed the following fee applications in this case: fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00) in fees and no expenses; twelfth interim fee application for the period June 1-30, 2005 in the amount of $1,680.00 (80% of $2,100.00) in fees and no expenses; eleventh interim fee application for the period March 1-31, 2005 in the amount of $1,160.00 (80% of $1,450.00) in fees and no expenses; tenth interim fee application for the period February 1-28, 2005 in the amount of $520.00 (80% of $650.00) in fees and no expenses; ninth interim fee application for the period January 1-31, 2005, in the amount of $240.00 (80% of $300.00) and no expenses; eighth interim fee application for the period December 1-31, 2004 in the amount of $3,080.00 (80% of $3,850.00) in fees and $14.00 in expenses; seventh interim fee application for the period November 1-30, 2004, in the amount of $6,520.00 (80% of $8,150.00) in fees and no expenses; sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses; fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004; third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses; second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; and the first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY
## OCTOBER 2005

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 1.10 | $550.00 |
| Grand Total: | | | 1.10 | $550.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:        $550.00
Total Hours:       1.10
Blended Rate:      $500.00

2

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 1.10 | $550.00 |
| **TOTAL** | **1.10** | **$550.00** |

## EXPENSE SUMMARY
## OCTOBER 2005

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*[signature]*

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: April 13, 2006