<u>**EXHIBIT A**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**OCTOBER 2005**

**FEE SUMMARY**

| <u>Date</u> | <u>Services</u> | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|---|
| <u>**Insurance**</u> | | | | |
| 10/30/06 | Review of previous future claims forecast and documents | 1.1 | $500 | $ 550.00 |
| | **TOTAL** | 1.1 | | **$ 550.00** |