## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## NOVEMBER 2005

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| **Insurance** | | | | |
| 11/1/05 | Meeting with Jenni Biggs, Frankel and Wyron re future claims forecast | 2.4 | $500 | $1,200.00 |
| **Litigation** | | | | |
| 11/28/05 | Review of affidavit and attachments re settlement discussions (.3); telephone conference with Frankel re settlement discussions (.2); review of e-mails re settlement discussions (.8) | 1.3 | $500 | $ 650.00 |
| **TOTAL** | | 3.7 | | $1,850.00 |