IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) ) W.R. GRACE & CO., et al. ) ) Debtors. ) ) | Chapter 11 Case No. 01-01139 (JKF) (Jointly Administered) Objection Deadline: June 2, 2006 at 4:00 p.m. Hearing: June 19, 2006 at 12:00 p.m. |

**COVER SHEET TO SEVENTH QUARTERLY INTERIM FEE APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005**

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | Not Applicable |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | October 1, 2005-December 31, 2005 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $3,900.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $    0.00 |

This is a    ___ monthly         _x_ interim            ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Seventh Quarterly time period. The FCR filed his Fifteenth Monthly Fee Application for the period of October 2005 simultaneously with this Quarterly, in the amount of $440.00 in fees (80% of $550.00) and no expenses; his Sixteenth Monthly Fee Application for the period of November 2005 simultaneously with this Quarterly, in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; and his Seventeenth Monthly Fee Application for the period of December 2005 simultaneously with this Quarterly, in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## OCTOBER 1, 2005-DECEMBER 31, 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 7.80 | $3,900.00 |
| Total | | | 7.80 | $3,900.00 |

Total Fees:      $3,900.00
Total Hours:         7.80
Blended Rate:    $500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 3.50 | $1,750.00 |
| Litigation | 2.20 | $1,100.00 |
| Plan | 2.10 | $1,050.00 |
| TOTAL | 7.80 | $3,900.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*[signature]*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: April 13, 2006