## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## DECEMBER 2005

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| **Plan** | | | | |
| 12/1/05 | Review of Debtors' motion to extend exclusivity and research of settlement discussions (.8); editing of draft memorandum (.5); meeting with Wyron and Felder re affidavit (.8) | 2.1 | $500 | $1,050.00 |
| | SUBTOTAL | 2.1 | $500 | $1,050.00 |
| **Litigation** | | | | |
| 12/2/05 | Telephone conference with Westbrook (.3) Dies (.2); and Wyron (3 calls) (.2) — all in connection with settlement | .7 | $500 | $ 350.00 |
| 12/18/05 | Telephone conference Frankel re settlement | .2 | $500 | $ 100.00 |
| | SUBTOTAL | .9 | $500 | $ 450.00 |
| | **TOTAL** | 3.0 | | $1,500.00 |