IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br> Jointly Administered <br><br> Objection Date: May 8, 2006 at 4:00 p.m. <br> Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO EIGHTEENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | May 25, 2004 (appeal pending in the United States District Court for the District of Delaware) |
| Period for which compensation is sought: | February 1, 2006 through February 28, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $3,400.00 |
| 80% of fees to be paid: | $2,720.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   300.01 |
| Total Fees @ 80% and 100% Expenses: | $3,020.01 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___ interim    _X_ monthly    ___ final application.

    The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's proposed bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

    This is the FCR's eighteenth interim fee application for the period February 1-28, 2006; the FCR previously filed the following fee applications in this case: seventeenth interim fee application for the period December 1-31, 2005 in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses; sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses; fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00) in fees and no expenses; twelfth interim fee application for the period June 1-30, 2005 in the amount of $1,680.00 (80% of $2,100.00) in fees and no expenses; eleventh interim fee application for the period March 1-31, 2005 in the amount of $1,160.00 (80% of $1,450.00) in fees and no expenses; tenth interim fee application for the period February 1-28, 2005 in the amount of $520.00 (80% of $650.00) in fees and no expenses; ninth interim fee application for the period January 1-31, 2005, in the amount of $240.00 (80% of $300.00) and no expenses; eighth interim fee application for the period December 1-31, 2004 in the amount of $3,080.00 (80% of $3,850.00) in fees and $14.00 in expenses; seventh interim fee application for the period November 1-30, 2004, in the amount of $6,520.00 (80% of $8,150.00) in fees and no expenses; sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses; fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004; third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses; second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; and the first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY
## FEBRUARY 2006

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 6.80 | $3,400.00 |
| Grand Total: | | | 6.80 | $3,400.00 |
| Blended Rate: $500.00 | | | | |

Total Fees: $3,400.00
Total Hours: 6.80
Blended Rate: $500.00

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan | 2.10 | $1,050.00 |
| Litigation | .60 | $300.00 |
| Insurance | 4.10 | $2,050.00 |
| TOTAL | 6.80 | $3,400.00 |

## EXPENSE SUMMARY
## FEBRUARY 2006

| Expense Category | Total |
|---|---|
| Cost of attending FCR's meeting NY ($133.18 for Airfare, $151.83 for Hotel, and $15 for Airport Parking) | $300.01 |
| TOTAL | $300.01 |

## TOTAL
## FEBRUARY 2006

| Compensation Category | Total |
|---|---|
| Fees | $3,400.00 |
| Expenses | $300.01 |
| TOTAL | $3,700.01 |

Respectfully submitted,

*[signature]*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: April 13, 2006

3