<u>**EXHIBIT A**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**FEBRUARY 2006**

**FEE SUMMARY**

| <u>Date</u> | <u>Services</u> | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|---|
| **<u>Plan</u>** | | | | |
| 2/10/06 | Meeting of Futures Representatives In New York (1/2 of total time) | 1.3 | $500 | $ 650.00 |
| 2/17/06 | Review of Grace consensual plan | .8 | $500 | $ 400.00 |
| | SUBTOTAL | 2.1 | $500 | $1,050.00 |
| **<u>Litigation</u>** | | | | |
| 2/13/06 | Review of Bernick communication and telephone conference with Frankel re the same | .3 | $500 | $ 150.00 |
| 2/15/05 | Telephone conference with Frankel re mediation/mediator | .3 | $500 | $ 150.00 |
| | SUBTOTAL | .6 | $500 | $ 300.00 |
| **<u>Insurance</u>** | | | | |
| 2/16/06 | Meeting with Frankel, Wyron, Biggs re future claims projection (2.5); telephone conference Dies re settlement offers (.2); telephone conference with Caplin & Drysdale, Mark Peterson, and Biggs, Frankel, Wyron re future claims forecast (1.4) | 4.1 | $500 | $ 2,050.00 |
| | SUBTOTAL | 4.1 | $500 | $ 2,050.00 |
| | **TOTAL** | **6.8** | | **$3,400.00** |