<u>**EXHIBIT B**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**FEBRUARY 2006**

**EXPENSE SUMMARY**

| <u>Date</u> | <u>Expense</u> | <u>Description of Expense</u> |
|---|---|---|
| 2/10/06 | $133.18 | Airfare |
| 2/10/06 | $151.83 | Hotel |
| 2/10/06 | $ 15.00 | Airport Parking |
| **TOTAL** | **$300.01** | **Cost of attending FCR's meeting in NY (1/2 of total cost)** |