IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>)<br>W.R. GRACE & CO., et al. )<br>)<br>Debtors. )<br>) | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>(Jointly Administered) |

# ORDER GRANTING SIXTH QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD JULY 1, 2005 THROUGH SEPTEMBER 30, 2005

David T. Austern, the Future Claimants Representative (the "FCR"), in the above captioned debtors and debtors-in-possession (the "Debtors"), filed his Sixth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period July 1, 2005 through September 30, 2005 (the "Sixth Quarterly Application"). The Court has reviewed the Sixth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Sixth Quarterly Application, and any hearing on the Sixth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Sixth Quarterly Application. Accordingly, it is hereby

ORDERED that the Sixth Quarterly Application of the FCR is GRANTED on an interim basis. The Debtors shall pay to the FCR the sum of $400.00 as compensation and no expenses for a total of $400.00 for services rendered and disbursements incurred by the FCR for the period July 1, 2005 through September 30, 2005, less any amounts which may have been previously paid in connection with the FCR's monthly fee applications for this period.

Dated: _____, 2006

_____
United States Bankruptcy Judge