# EXHIBIT A
# DAVID T. AUSTERN
# FEE APPLICATION FOR THE TIME PERIOD
# OCTOBER 1-31, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: May 8, 2006 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

NOTICE OF FILING OF
FIFTEENTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served his Fifteenth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the time period October 1, 2005 through October 31, 2005 seeking payment of fees in the amount of $440.00 (80% of $550.00) and no expenses (the "Application") for a total of $440.00.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **May 8, 2006 at 4:00 p.m.**, **Eastern Time.**

Dkt. No. 12253

Date Filed: 4-18-06

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) David T. Austern, FCR for W.R. Grace & Co., c/o Claims Resolution Management Corporation, 3110 Fairview Park Drive, Suite 200, Falls Church, VA 22042-0683; (ii) proposed counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and co-counsel to the FCR, John C. Phillips, Jr., Esquire, Phillips Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (v) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vii) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, DE 19899; (viii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (ix) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (x) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: April 18, 2006

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection Date: May 8, 2006 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIFTEENTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | May 25, 2004 (appeal pending in the United States District Court for the District of Delaware) |
| Period for which compensation is sought: | October 1, 2005 through October 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $550.00 |
| 80% of fees to be paid: | $440.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $440.00 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:  ___ interim   _X_ monthly   ___ final application.

    The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's proposed bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

    This is the FCR's fifteenth interim fee application for the period October 1-31, 2005; the FCR previously filed the following fee applications in this case: fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00) in fees and no expenses; twelfth interim fee application for the period June 1-30, 2005 in the amount of $1,680.00 (80% of $2,100.00) in fees and no expenses; eleventh interim fee application for the period March 1-31, 2005 in the amount of $1,160.00 (80% of $1,450.00) in fees and no expenses; tenth interim fee application for the period February 1-28, 2005 in the amount of $520.00 (80% of $650.00) in fees and no expenses; ninth interim fee application for the period January 1-31, 2005, in the amount of $240.00 (80% of $300.00) and no expenses; eighth interim fee application for the period December 1-31, 2004 in the amount of $3,080.00 (80% of $3,850.00) in fees and $14.00 in expenses; seventh interim fee application for the period November 1-30, 2004, in the amount of $6,520.00 (80% of $8,150.00) in fees and no expenses; sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses; fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004; third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses; second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; and the first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY
### OCTOBER 2005

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 1.10 | $550.00 |
| Grand Total: | | | 1.10 | $550.00 |
| Blended Rate: $500.00 | | | | |

                                             Total Fees:      $550.00  
                                             Total Hours:    1.10  
                                             Blended Rate:  $500.00

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 1.10 | $550.00 |
| TOTAL | 1.10 | $550.00 |

## EXPENSE SUMMARY
## OCTOBER 2005

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| TOTAL | $0.00 |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: April 13, 2006

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants' Representative appointed by the Court in this case.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_[signature]_
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 13th DAY OF April, 2006

_[signature]_
Notary Public

My commission expires: 7-31-06

## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## OCTOBER 2005

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| **Insurance** | | | | |
| 10/30/06 | Review of previous future claims forecast and documents | 1.1 | $500 | $ 550.00 |
| **TOTAL** | | 1.1 | | $ 550.00 |

**File a Motion:**
01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

U.S. Bankruptcy Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Phillips, John C. entered on 4/18/2006 at 1:52 PM EDT and filed on 4/18/2006
**Case Name:**     W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**   01-01139-JKF
**Document Number:** 12253

**Docket Text:**
Monthly Application for Compensation *Fifteenth Interim Application of David T. Austern, Future Claimants' Representative for the Period October 1, 2005 through October 31, 2005* Filed by David Austern Objections due by 5/8/2006. (Attachments: # (1) Notice # (2) Verification# (3) Exhibit # (4) Certificate of Service with List) (Phillips, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\Scanned Docs\CAH\WRGAustern-15th Cover Sheet.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855966-0]
[61315749b693aa26c1edcfcd5f6a08f709b9385c8bdab06450b75f6c05d68a9f5b97
071a6803aa1f11c25ebee647b5ddfda8b142796ac169fb338011ed3c731d]]
**Document description:** Notice
**Original filename:** I:\Scanned Docs\CAH\WRG Austern-15th notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855966-1]
[94d5c8a5d8524a2d83a0c1ecf30ab5cfced1ea9191b932df3e4f1bb5ab36a79fc468
438fc26f008914fa135aa5812b0f4e68434c4537739898364be3f05d32fe]]
**Document description:** Verification
**Original filename:** I:\Scanned Docs\CAH\WRGAustern-15th Verification.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855966-2]
[24c18536ce60dd7288eeaaf79588913d8259ea771fadecad4c31d6ac6e9982a86c3b
0c9d1d294ea76ccde39dea0393beac62a95886f18606e5dec694ddfa5bdf]]
**Document description:** Exhibit
**Original filename:** I:\Scanned Docs\CAH\WRGAustern-15th Exhibit a.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855966-3]
[77d6f2aa29bf6ad8868d1d5451f12cee1c35612dc23b927d07451c381b6bc24a57d5
f96357b88c324a6e8af3eb7e7a7af0356d3e04086949e6d67d3f32971e10]]
**Document description:** Certificate of Service with List
**Original filename:** I:\Scanned Docs\CAH\WRG Austern-15th cos.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855966-4]
[95d0e7b3acd124eaf27ef354790541f779ed837e176eee0c342b559d731b9ade9f5b
6aeca99a1f75a9d5059dee04b8ebf27328a166fe7659130a28af00ec59af]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson     eabramson@serlinglaw.com,

Peter M. Acton     pacton@nutter.com,

David G. Aelvoet     davida@publicans.com,

Julie A Ardoin     dlawless@murray-lawfirm.com,

Elio Battista     battista@blankrome.com