# EXHIBIT C
# DAVID T. AUSTERN
# FEE APPLICATION FOR THE TIME PERIOD
# DECEMBER 1-31, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: May 8, 2006 at 4:00 p.m. |
| ) | Hearing: Scheduled If Necessary (Negative Notice) |

## NOTICE OF FILING OF
## SEVENTEENTH MONTHLY INTERIM APPLICATION OF
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served his Seventeenth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the time period December 1, 2005 through December 31, 2005 seeking payment of fees in the amount of $1,200.00 (80% of $1,500.00) and no expenses (the "Application") for a total of $1,200.00.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **May 8, 2006 at 4:00 p.m., Eastern Time.**

Dkt. No. 12255

Date Filed: 4-18-06

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) David T. Austern, FCR for W.R. Grace & Co., c/o Claims Resolution Management Corporation, 3110 Fairview Park Drive, Suite 200, Falls Church, VA 22042-0683; (ii) proposed co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and co-counsel to the FCR, John C. Phillips, Jr., Esquire, Phillips Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (v) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vii) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, DE 19899; (viii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (ix) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (x) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: April 18, 2006

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: May 8, 2006 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO SEVENTEENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | May 25, 2004 (appeal pending in the United States District Court for the District of Delaware) |
| Period for which compensation is sought: | December 1, 2005 through December 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,500.00 |
| 80% of fees to be paid: | $1,200.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $1,200.00 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___ interim    _X_ monthly    ___ final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's proposed bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's seventeenth interim fee application for the period December 1-31 2005; the FCR previously filed the following fee applications in this case: sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses; fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00) in fees and no expenses; twelfth interim fee application for the period June 1-30, 2005 in the amount of $1,680.00 (80% of $2,100.00) in fees and no expenses; eleventh interim fee application for the period March 1-31, 2005 in the amount of $1,160.00 (80% of $1,450.00) in fees and no expenses; tenth interim fee application for the period February 1-28, 2005 in the amount of $520.00 (80% of $650.00) in fees and no expenses; ninth interim fee application for the period January 1-31, 2005, in the amount of $240.00 (80% of $300.00) and no expenses; eighth interim fee application for the period December 1-31, 2004 in the amount of $3,080.00 (80% of $3,850.00) in fees and $14.00 in expenses; seventh interim fee application for the period November 1-30, 2004, in the amount of $6,520.00 (80% of $8,150.00) in fees and no expenses; sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses; fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004; third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses; second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; and the first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY
## DECEMBER 2005

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 3.00 | $1,500.00 |
| Grand Total: | | | 3.00 | $1,500.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:      $1,500.00
Total Hours:     3.00
Blended Rate:    $500.00

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan | 2.10 | $1,050.00 |
| Litigation | .90 | $450.00 |
| TOTAL | 3.00 | $1,500.00 |

## EXPENSE SUMMARY
## DECEMBER 2005

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| TOTAL | $0.00 |

Respectfully submitted,

*[signature]*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: April 13, 2006

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants' Representative appointed by the Court in this case.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 3rd DAY OF April, 2006

_____
Notary Public

My commission expires: 7-31-06

# EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## DECEMBER 2005

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| **Plan** | | | | |
| 12/1/05 | Review of Debtors' motion to extend exclusivity and research of settlement discussions (.8); editing of draft memorandum (.5); meeting with Wyron and Felder re affidavit (.8) | 2.1 | $500 | $1,050.00 |
| | SUBTOTAL | 2.1 | $500 | $1,050.00 |
| **Litigation** | | | | |
| 12/2/05 | Telephone conference with Westbrook (.3) Dies (.2); and Wyron (3 calls) (.2) — all in connection with settlement | .7 | $500 | $ 350.00 |
| 12/18/05 | Telephone conference Frankel re settlement | .2 | $500 | $ 100.00 |
| | SUBTOTAL | .9 | $500 | $ 450.00 |
| | **TOTAL** | 3.0 | | $1,500.00 |

# File a Motion:
01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Phillips, John C. entered on 4/18/2006 at 1:59 PM EDT and filed on 4/18/2006
**Case Name:** W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:** 01-01139-JKF
**Document Number:** 12255

**Docket Text:**
Monthly Application for Compensation *Seventeenth Interim Application of David T. Austern, Future Claimants' Representative for the Period December 1, 2005 through December 31, 2005* Filed by David Austern Objections due by 5/8/2006. (Attachments: # (1) Notice # (2) Verification# (3) Exhibit # (4) Certificate of Service with List) (Phillips, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\Scanned Docs\CAH\WRGAustern-17th Cover Sheet.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855998-0]
[7b0913c6bb496f0c92385f3db84bf106acdb1a41c6db4999de24b3bf8068f6be73c4
291ea20e7d23c125483109ca03ad85c650572f8beafc43632edea8b00142]]
**Document description:** Notice
**Original filename:** I:\Scanned Docs\CAH\WRG Austern-17th notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855998-1]
[0310109b77394157b90b674bba2247156b50cb196715802f38aafb6f221a3c5b5307
dcfb9192c3260ec6b69663c2f3388be5841bb48cb285b6d33e77eefec2b6]]
**Document description:** Verification
**Original filename:** I:\Scanned Docs\CAH\WRG Austern-17th Verification.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855998-2]
[6099a2786ab4620dd2d1bb22123447fcd9a4a8133a58c37beb7b08c2c32e43895281
0f2da4821cce08882399051e3cab7881af21bc4123768ef095d1ec6a17fe]]
**Document description:** Exhibit
**Original filename:** I:\Scanned Docs\CAH\WRG Austern-17th Exhibit A'.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855998-3]
[9bae16254db33e609015db4e6b5470cbf7b9792e8b5b5be62f198742e377b9d0187d
3ee51a2d2c9542bb4ac4a533859280dd0fbc3be79f5633d54e79fab66bc9]]
**Document description:** Certificate of Service with List
**Original filename:** I:\Scanned Docs\CAH\WRG Austern-17th cos.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/18/2006] [FileNumber=4855998-4]
[751e24a4307e636dd635c0e4888b74e9f9944d04b8a76509b95b31d7ef9e07d8c13e
ed1797d5528294c4c11fb055275b8c9e382bda195bb16ee368f44dab05b1]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com,

Peter M. Acton    pacton@nutter.com,

David G. Aelvoet    davida@publicans.com,

Julie A. Ardoin    dlawless@murray-lawfirm.com,

Elio Battista    battista@blankrome.com