IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) ) | |
| W.R. GRACE & CO., et al. ) ) ) | Chapter 11 Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. ) ) | |

### ORDER GRANTING SEVENTH QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005

David T. Austern, the Future Claimants Representative (the "FCR"), in the above captioned debtors and debtors-in-possession (the "Debtors"), filed his Seventh Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period October 1, 2005 through December 31, 2005 (the "Seventh Quarterly Application"). The Court has reviewed the Seventh Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Seventh Quarterly Application, and any hearing on the Seventh Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Seventh Quarterly Application. Accordingly, it is hereby

ORDERED that the Seventh Quarterly Application of the FCR is GRANTED on an interim basis. The Debtors shall pay to the FCR the sum of $3,900.00 as compensation and no expenses for a total of $3,900.00 for services rendered and disbursements incurred by the FCR for the period October 1, 2005 through December 31, 2005, less any amounts which may have been previously paid in connection with the FCR's monthly fee applications for this period.

Dated: _____, 2006

_____
United States Bankruptcy Judge