# EXHIBIT A

Case 01-01139-AMC    Doc 12260-1    Filed 04/18/06    Page 2 of 3

Hearing Date: Monday, April 17, 2006

## In re: W.R. GRACE & CO., et al
### OMNIBUS 16 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN PRESIDENT LINES, LTD<br>1111 BROADWAY STREET<br>OAKLAND CA 94607<br>USA | 01-01139<br>W.R. GRACE & CO. | 17022 | $60,561.43 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 2 | LOS ANGELES COUNTY TREASURER & TAX COLLE<br>225 NO. HILL STREET, ROOM 160<br>LOS ANGELES CA 90012<br>USA | 01-01139<br>W.R. GRACE & CO. | 17014 | $31,390.07 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 3 | PERNELL, ALICE<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17021 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 4 | PERNELL, ALICE<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17051 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 5 | PERNELL, ROBERT<br>DAVIS PUNELLI & KEATHLEY<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17030 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 6 | PERNELL, ROBERT<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17049 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 7 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139<br>W.R. GRACE & CO. | 15729 | BLANK | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 8 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139<br>W.R. GRACE & CO. | 15730 | BLANK | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 9 | SCHANTZ REVOCABLE FAMILY TRUST<br>JOHN R. SCHANTZ/JO ELLEN K. SCHANTZ TRUSTEES<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17013 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured

Page 1 of 2    4/13/2006 11:09:31 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 16 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 10 | SCHANTZ REVOCABLE FAMILY TRUST<br>JOHN R. SCHANTZ/JO ELLEN K. SCHANTZ, TRUSTEES<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17050 | $900,000.00 | (U) | LATE FILED EXPUNGE | SUSTAINED |
| 11 | SCHANTZ, MELVIN<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17028 | $900,000.00 | (U) | LATE FILED EXPUNGE | SUSTAINED |
| 12 | SCHANTZ, MELVIN<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17053 | $900,000.00 | (U) | LATE FILED EXPUNGE | SUSTAINED |
| 13 | SCHANTZ, MERRIAM<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17029 | $900,000.00 | (U) | LATE FILED EXPUNGE | SUSTAINED |
| 14 | SCHANTZ, MERRIAM<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17052 | $900,000.00 | (U) | LATE FILED EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured