# EXHIBIT B

Hearing Date: Monday, April 17, 2006

# In re: W.R. GRACE & CO., et al

## OMNIBUS 16 - EXHIBIT B - SUSTAINED - AMENDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007<br>USA | 01-01139<br>Relief Requested: EXPUNGE | 17017 | $321.26 | (A) | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007<br>USA | 01-01139 | 17018 | $427.40 | (A) |
| 2 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007 | 01-01140<br>Relief Requested: EXPUNGE | 15468 | $382.03 | (A) | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1800 WEST MONROE<br>PHOENIX AZ 85007<br>USA | 01-01139 | 17017 | $321.26 | (A) |
| 3 | FLORESVILLE ISD<br>C/O DAVID G AELVOET<br>LINEBARGER HEARD GOGGAN BLAIR<br>GRAHAM PENA & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | 01-01139<br>Relief Requested: EXPUNGE | 278 | $292.46 | (S) | FLORESVILLE ISD<br>C/O DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | 01-01139 | 17094 | $106.83 | (S) |
| 4 | HARRIS COUNTY / CITY OF HOUSTON<br>C/O JOHN P DILLMAN<br>LINEBARGER HEARD GOGGAN BLAIR ET AL<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139<br>Relief Requested: EXPUNGE | 415 | $14,862.13<br>UNKNOWN | (S)<br>(P) | HARRIS COUNTY/CITY OF HOUSTON<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139 | 15505 | $827.21 | (S) |
| 5 | INDUSTRIAL CONSTRUCTION INC<br>2929 S 18TH AVE SUITE D<br>BROADVIEW IL 60155-4757 | 01-01140<br>Relief Requested: EXPUNGE | 156 | $9,231.25 | (U) | SIERRA LIQUIDITY FUND<br>RE INDUSTRIAL CONSTRUCTION<br>2699 WHITE RD #255<br>IRVINE CA 92614<br>USA | 01-01139 | 15742 | $23,782.50 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 2

4/13/2006 3:10:25 PM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 16 - EXHIBIT B - SUSTAINED - SURVIVING CLAIMS

| Claims To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 6 STATE OF GEORGIA<br>DEPT OF REVENUE<br>PO BOX 38143<br>ATLANTA GA 30334 | 01-01140<br>Relief Requested: EXPUNGE | 584 | $58,170.73<br>$12,048.66 | (P)<br>(U) | STATE OF GEORGIA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 161108<br>ATLANTA GA 30321<br>USA | 01-01140 | 17048 | $65,196.00<br>$10,489.00 | (P)<br>(U) |
| 7 TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139<br>Relief Requested: EXPUNGE | 15453 | $144,342.65 | (A) | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207<br>USA | 01-01139 | 17019 | $89,593.39 | (A) |
| 8 WILSON COUNTY<br>C/O DAVID G AELVOET<br>LINEBARGER HEARD GOGGAN BLAIR<br>GRAHAM PENA & SAMPSON LLP<br>711 NAVARRO #300<br>SAN ANTONIO TX 78205 | 01-01139<br>Relief Requested: EXPUNGE | 276 | $127.62 | (S) | WILSON COUNTY<br>C/O DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | 01-01139 | 17026 | $42.55 | (S) |
| 9 WISCONSIN DEPT OF REVENUE<br>2135 RIMROCK RD<br>MADISON WI 53713 | 01-01139<br>Relief Requested: EXPUNGE | 1715 | $4,828,634.28<br>$12,157,630.78 | (P)<br>(U) | WISCONSIN DEPT OF REVENUE<br>2135 RIMROCK RD<br>MADISON WI 53713<br>USA | 01-01140 | 17603 | $1,794,231.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured