# EXHIBIT C

Hearing Date: Monday, April 17, 2006

# In re: W.R. GRACE & CO., et al

## OMNIBUS 16 - EXHIBIT C - SUSTAINED - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | HARRIS COUNTY/CITY OF HOUSTON C/O JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 | 01-01139 Relief Requested: EXPUNGE | 17024 | $827.21 | (S) | HARRIS COUNTY/CITY OF HOUSTON JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 | 01-01139 | 15505 | $827.21 | (S) |
| 2 | HOUSTON ISD JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 | 01-01139 Relief Requested: EXPUNGE | 17025 | $7,135.70 | (S) | HOUSTON ISD JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 | 01-01139 | 15504 | $7,135.70 | (S) |
| 3 | RIVAS, MARIA L PO BOX 658 LA BLANCA TX 78558 | 01-01139 Relief Requested: EXPUNGE | 15730 | BLANK | (U) | RIVAS, MARIA L PO BOX 658 LA BLANCA TX 78558 | 01-01139 | 15729 | BLANK | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative          (S) - Secured
(P) - Priority                       (U) - Unsecured

4/13/2006 3:14:20 PM