IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., <u>et al</u>. ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **NO ORDER REQUIRED** |
| ) | |
| ) | **Rel. D.I. 12134** |

### **CERTIFICATION OF NO OBJECTION  REGARDING DOCKET NO. 12134**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifty-Ninth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period February 1, 2006 through February 28, 2006 (the "Application") [Docket No. 12134] filed on March 28, 2006.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 17, 2006 at 4:00 p.m.

DM3\356311.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation ($84,067.00) and one hundred percent (100%) of expenses of $1,434.62 (Stroock) and $25,971.70 (Navigant) without further order from the court.

Dated:  April 19, 2006
         Wilmington, DE           /s/Michael R. Lastowski
                                  Michael R. Lastowski (DE I.D. No. 3892)
                                  Richard W. Riley (DE I.D. No. 4052)
                                  DUANE MORRIS LLP
                                  1100 N. Market Street, Suite 1200
                                  Wilmington, DE 19801-1246
                                  Telephone:    (302)-657-4900
                                  Facsimile:    (302)-657-4901
                                  Email:        mlastowski@duanemorris.com

                                  *Co-Counsel for the Official*
                                  *Committee of Unsecured Creditors*

DM3\356311.1