In re: W.R. Grace & Co., et al.,

    Debtor

Chapter 11

Case No. 01-1139-JKF

## NOTICE OF WITHDRAWAL OF VERIFIED STATEMENT PREVIOUSLY FILED PURSUANT TO F.R.B.P. 2019

1. Scott C. Taylor, on behalf of the law firm of Scott C. Taylor, P.A. filed in this case a Verified Statement Pursuant to F.R.B.P. 2019 on or about December 14, 2004. Attached thereto was a list of 171 individual creditors who executed a power of attorney authorizing Scott C. Taylor to represent them in this proceeding. The nature of the claim of these individuals was asbestos personal injury.

2. The 171 individuals each had/have a civil case on file in the Circuit Court of Jackson County, Mississippi for personal injuries due to asbestos exposure. Since filing the 2019 Statement, Scott C. Taylor has discovered that the civil case of the 171 creditors at issue filed in the Circuit Court for Jackson County, Mississippi was dismissed as to W.R. Grace a number of years ago.

3. The 171 individual creditors listed on the subject 2019 statement, therefore do not have a claim in the W.R. Grace bankruptcy, and Scott C. Taylor, on behalf of Scott C. Taylor, P.A. hereby gives notice of withdrawal of the Verified Statement pursuant to F.R.B.P. 2019 filed in this cause on or about December 14, 2004.

Dated:    , 2006

Scott C. Taylor, P.A.

_____
Scott C. Taylor