**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 18, 2006, at 4:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 12157

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Fifty-Seventh Monthly Application of Ferry,

Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage

Claimants for the Period from January 1, 2006 through January 31, 2006 ("the Application").

The undersigned further certifies that she has caused the Court's docket in this case to be

reviewed and no answer, objection or other responsive pleading to the Application appears

thereon.  Pursuant to the Application, objections to the Application were to be filed and served

no later than April 18, 2006 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $12,626.80 which represents 80% of the fees ($15,783.50)

and $2,553.29 which represents 100% of the expenses requested in the Application for the period

January 1, 2006 through January 31, 2006, upon the filing of this certification and without the

need for entry of a Court order approving the Application.


Dated: April 19, 2006                                    FERRY, JOSEPH & PEARCE, P.A.


                                                         /s/ Lisa L. Coggins
                                                        Michael B. Joseph (No. 392)
                                                        Theodore J. Tacconelli (No. 2678)
                                                        Lisa L. Coggins (No. 4234)
                                                        824 Market Street, Suite 904
                                                        P.O. Box 1351
                                                        Wilmington, DE. 19899
                                                        (302) 575-1555

                                                        *Counsel to the Official Committee of Asbestos*
                                                        *Property Damage Claimants*