IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: May 9, 2006 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Timely Objections Are Filed

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), B&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/03/2006 | GHL | Attendance to review and execution of proposed stipulation of dismissal and preparation of proposed order; | 0.20 |
| 02/07/2006 | GHL | Telephone conference with Mr. Maggio and Ms. Tyler regarding proposed press releases; preparation of draft release summarizing substance of the settlement; | 0.90 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | SERVICES |  | $ | 555.50 |
| GHL | GARY H. LEVIN | 1.10 hours at $ | 505.00 |  |

**DISBURSEMENTS:**

|  |  |  |
|---|---|---|
|  |  | 300.00 |
| DISBURSEMENT TOTAL | $ | 300.00 |
| SERVICE TOTAL | $ | 555.50 |
| **INVOICE TOTAL** | $ | **855.50** |

## WRG-0071
### STUDY OF THIRD PARTY PATENTS DIRECTED TO CEMENT COMPOSITION PLASTICIZER

| | | | |
|---|---|---|---|
| 02/03/2006 | GHL | Review of further information as received from Mr. Baker relating to Grace's proposed plasticizer products, as relevant to evaluation of relevance of third-party patent; | 0.50 |
| 02/10/2006 | GHL | Review of further prior art article on plasticizers as received from Mr. Leon and telephone conference with Mr. Leon regarding same. | 0.60 |

|  |  |  |
|---|---|---|
| SERVICES | $ | 555.50 |

| GHL | GARY H. LEVIN | 1.10 | hours @ | $505.00 |
|---|---|---|---|---|

**DISBURSEMENTS:**

| | |
|---|---|
| PHOTOCOPYING | 0.15 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 0.15 |
| SERVICE TOTAL | $ | 555.50 |
| **INVOICE TOTAL** | $ | **555.65** |

## WRG-0076
## VALVED COVER SYSTEM

| | | | |
|---|---|---|---:|
| 02/22/2006 FTC | Reviewed draft patent application in preparation for telecon with Mr. Cross; held telecon with Mr. Cross to discuss proposed revisions to draft application based on information provided by the inventors. | | 1.40 |
| 02/28/2006 FTC | Reviewed and considered additional disclosure materials and comments received from Mr. Cross concerning the draft patent application; revised draft application to incorporate the comments and additional disclosure material; forwarded revised draft to Mr. Cross. | | 4.60 |

|  | SERVICES | $ | 1,950.00 |
|---|---|---|---:|

FTC    FRANK T. CARROLL    6.00    hours @    $325.00

**DISBURSEMENTS:**

| TELEPHONE | | 0.10 |
|---|---|---:|
| DISBURSEMENT TOTAL | $ | 0.10 |
| SERVICE TOTAL | $ | 1,950.00 |
| **INVOICE TOTAL** | $ | **1,950.10** |