**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket Nos. 9301, 11023, 11403, 11515, |
| | ) 11697, 11885, 12151 |

**ORDER MODIFYING THE CASE MANAGEMENT ORDER**
**FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY**
**LIABILITIES REGARDING THE EXTENTION OF TIME FOR**
**CLAIMANTS TO RESPOND TO QUESTIONNAIRES**

WHEREAS, on August 29, 2005 the Court entered a Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (D.I. 9301); and

WHEREAS, on March 27, 2006, this Court signed the Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("Amended PI CMO") (D.I. 12151) which provides that holders of Asbestos PI Pre-Petition Litigation Claims are to complete and serve the Questionnaire (attached as Exhibit A to D.I. 9301) on or before May 12, 2006 at 5:00 p.m. Eastern Standard Time; and

WHEREAS, counsel to the Official Committee of Asbestos Personal Injury Claimants made an oral application to this Court on April 17, 2006 to extend the time for holders of Asbestos PI Pre-Petition Litigation Claims to respond to the Questionnaire by sixty (60) days;

IT IS HEREBY:

1. ORDERED that the time for holders of Asbestos PI Pre-Petition Litigation Claims to complete and serve the Questionnaire is extended to July 12, 2006 at 5:00 p.m. Eastern Standard Time; and it is further

{D0058992:1 }

2. ORDERED that an additional order modifying the Amended PI CMO will be submitted, modifying the future dates by an additional sixty (60) days (or by a duration of more than 60 days if the parties agree to such a duration); and it is further

3. ORDERED that within ten (10) days of the entry of this Order, the Debtors will serve the Order upon all parties who have received the Questionnaire.

Dated: _____, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0058992:1 }