IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### REQUEST FOR SERVICE OF NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002, the undersigned, counsel for BNSF Railway Company ("BNSF"), requests that he be added to the official mailing matrix and service lists in this case and request that copies of all pleadings, motions, notices, and other papers, filed and/or served, in this case or any proceeding therein, be served upon the undersigned at the address listed below:

Thomas A. Spratt, Jr.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
phone (215) 981-4000
fax    (215) 981-4750
e-mail sprattt@pepperlaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

This Request For Service of Notice and Documents by BNSF shall not constitute, nor shall it be deemed to be, a voluntary or involuntary submission to the jurisdiction of the

Bankruptcy Court for any purpose.

By: _____
Thomas A. Spratt, Jr. (DE No. 4781)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000 phone
(215) 981-4750 fax

Counsel for BNSF Railway Company

Dated: April 20, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2006, a copy of the attached Request for Service of Notice and Documents was served via first class mail, postage prepaid, upon the parties on the attached service list.

By: _____
Thomas A. Spratt, Jr. (DE No. 4781)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000 phone
(215) 981-4750 fax

Counsel for BNSF Railway Company

Dated: April 20, 2006

PHLEGAL: #1892414 v1 (14K7201!.DOC)

KIRKLAND & ELLIS
James H.M. Sprayregen, Esq
Janet S. Baer, Esq.
200 East Randolph Drive
Chicago, IL 60601

PACHULSKI, STANG, ZIEHL, JONES, &
WEINTRAUB, LLP
Laura Davis, Jones, Esq.
James E. O'Neill, Esq.
919 North Market, Suite 1600
Wilmington, DE 19899

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esq
Arlene Krieger, Esq
180 Maiden Lane
New York, NY 10038

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Gary M. Becker, Esq.
Philip Bentley, Esq.
9919 Third Avenue
New York, NY 10022

CAPLIN & DRYSDALE
Eihu Inselbuch, Esq.
Rita Tobin, Esq.
375 Park Avenue,
35th Floor
New York, NY 10152

CAMPBELL & LEVINE
Marla Rosoff Eskin Esq.
Mark T. Hurford, Esq.
Chase Manhattan Centre, 18th floor
1201 North Market Street
Wilmington, DE 19801

BILZIN SUMBERG DUNN BAENA PRICE &
AXELROD LLP
Scott L. Baena, Esq
Jay M. Sakalo, Esq
2500 First Union Financial Center
200 South Biscayne Blvd
Miami, FL 33131

David Klauder
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801