**EXHIBIT 2**

BMC GROUP<br>
720 Third Ave, 23rd Floor<br>
Seattle, WA 98104<br>
206/516-3300

Expense Reimbursement
WR Grace
Invoice #: WRG051031

**Period Ending 10/31/2005**

| Expense Type | Amount |
|---|---|
| Airline | $330.65 |
| B-Linx/Data Storage | $850.00 |
| Breakfast | $19.17 |
| Dinner - BMC/Client | $22.27 |
| Document Storage | $551.00 |
| Lodging - BMC/Client | $110.05 |
| Parking | $38.00 |
| Phone/ISP | $68.20 |
| Postage/Shipping | $21.92 |
| Rental Vehicle | $77.01 |
| Taxi | $14.00 |
| **Total** | **$2,102.27** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| BANK: | Citibank<br>15233 Ventura Blvd. 1st Floor<br>Sherman Oaks, CA 91403 |
| ABA/Routing#: | 322271724 |
| Account #: | 201381993 - BMC Group |
| Tax ID #: | 52-2083477 |

EXHIBIT 2

BMC GROUP
EXPENSE DETAIL

OCTOBER 2005

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG051031 | WR Grace | zzCAMEX-Sfritz, Sfritz | Southwest | $330.65 | 10/10/05 | Airline | P Kinealy MDW-Ft Lauderdale 10/10-11/05 |
| WRG051031 | WR Grace | BMC, BMC | BMC | $850.00 | 10/31/05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG051031 | WR Grace | Kinealy, Paul | Boca Raton Hilton | $19.17 | 10/11/05 | Breakfast | in hotel 10/11/05 |
| WRG051031 | WR Grace | Kinealy, Paul | TooJay's Deli | $8.47 | 10/11/05 | Dinner - BMC/Client | PK travel meal |
| WRG051031 | WR Grace | Kinealy, Paul | Poprock Sushi Garden | $13.80 | 10/10/05 | Dinner - BMC/Client | PK travel meal |
| WRG051031 | WR Grace | BMC, BMC | bmc | $551.00 | 10/31/05 | Document Storage | 380 boxes |
| WRG051031 | WR Grace | Kinealy, Paul | Hilton Suites Boca Raton | $110.05 | 10/11/05 | Lodging - BMC/Client | 10/10-11/05 |
| WRG051031 | WR Grace | Kinealy, Paul | Chicago Midway Airport | $38.00 | 10/11/05 | Parking | 10/10-11/05 |
| WRG051031 | WR Grace | Kinealy, Paul | Boca Raton Hilton | $9.99 | 10/10/05 | Phone/ISP | internet in hotel 10/10/05 |
| WRG051031 | WR Grace | Daniel, Brad | Verizon | $7.46 | 10/20/05 | Phone/ISP | 9/17/05 - 10/16/05 |
| WRG051031 | WR Grace | Kotarba, Steve | SBC Communications | $20.98 | 10/17/05 | Phone/ISP | phone expense 9/11-10/10/05 |
| WRG051031 | WR Grace | Kotarba, Steve | Cingular | $14.99 | 10/17/05 | Phone/ISP | cellular usage 9/8-10/7/05 |
| WRG051031 | WR Grace | Booth, Mike | Verizon Wireless | $14.78 | 10/9/05 | Phone/ISP | Cell Statement (09/10 - 10/09) |
| WRG051031 | WR Grace | BMC10, bmc10 | BMC | $21.92 | 10/4/05 | Postage/Shipping | Ziehl Young Jo - tracking number |
| WRG051031 | WR Grace | Kinealy, Paul | Alamo Rental Car | $77.01 | 10/11/05 | Rental Vehicle | 10/10-11/05 |
| WRG051031 | WR Grace | Kinealy, Paul | Koam Taxi | $7.00 | 10/14/05 | Taxi | Taxi back to BMC from Kirkland meeting |
| WRG051031 | WR Grace | Kinealy, Paul | American United Taxi | $7.00 | 10/14/05 | Taxi | Taxi to Kirkland for Grace meeting |
| | | | | $2,102.27 | | | |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20051028-4 | 10/28/2005 | $291.40 |
| Invoice # | 021-20051028-3 | 10/28/2005 | $28.30 |
| Invoice # | 021-20051028-2 | 10/28/2005 | $0.74 |
| Invoice # | 021-20051028-1 | 10/28/2005 | $38.14 |
| | | Total | $358.58 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/28/2005
**Invoice #:** 021-20051028-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 10826 - 14th Omni 5 Continuation Order MF 16478 | 8 / 9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 9 Pieces @ $.37 each | $3.33 |
| | | | Production | Copy | 72 Pieces @ $.12 each | $8.64 |
| | | | | Fold and Stuff | 9 Pieces @ $.05 each | $0.45 |
| | | | Supplies | Inkjet and Envelope - #10 | 9 Pieces @ $.08 each | $0.72 |

**Total Due:** $38.14

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/28/2005
**Invoice #:** 021-20051028-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 10827 - 8th Omni 8 Continuation Order MF 16480 | 2 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 2 Pieces @ $.12 each | $0.24 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | **Total Due:** | **$0.74** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/28/2005
**Invoice #:** 021-20051028-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 10828 - 4th Omni 11 Continuation Order MF 16481 | 5 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 15 Pieces @ $.12 each | $1.80 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $28.30

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/28/2005
**Invoice #:** 021-20051028-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 18029 - Omni 14 Order MF 16482 | 12 / 120 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 120 Pieces @ $.60 each | $72.00 |
| | | | Production | Copy | 1440 Pieces @ $.12 each | $172.80 |
| | | | | Stuff and Mail | 120 Pieces @ $.05 each | $6.00 |
| | | | Supplies | Inkjet and Envelope - Catalog | 120 Pieces @ $.13 each | $15.60 |

**Total Due:** $291.40

EXHIBIT 2
*Invoice Due Upon Receipt*