**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **W.R. GRACE & CO., et al.,** [1] | ) | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | ) | **Objection Date: May 11, 2006 at 4:00 p.m.**<br>**Hearing Date: Scheduled if Necessary (Negative Notice)** |

**FORTY-FOURTH MONTHLY APPLICATION OF BMC GROUP (f/k/a BANKRUPTCY MANAGEMENT CORPORATION) FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

| | |
|---|---|
| **Name of Applicant:** | BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | November 1 through November 30, 2005 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | $136,980.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 2,010.10 |

---

1 The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**This is a:** ☒ **Monthly Application** ☐ **Quarterly Application** ☐ **Final Application**

The total time expended for preparation of this fee application is approximately 30.0 hours and the corresponding compensation requested is approximately $7,500.00.[2]

This is the Forty-Fourth Application filed by BMC.

**PRIOR APPLICATIONS**

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| *3/4/2003* | *N/A* | *5th Quarterly 2002* | *$107,634.50* | *$7,740.07* | *$86,107.60* | *$7,740.07* |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| *3/4/2003* | *N/A* | *6th Quarterly 2002* | *$152,761.25* | *$15,336.23* | *$122,209.00* | *$15,336.23* |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| *3/4/2003* | *N/A* | *7th Quarterly 2002* | *$191,519.75* | *$6,893.53* | *$153,215.80* | *$6,893.53* |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| *5/15/2003* | *8 Q* | *8th Quarterly 2003* | *$229,500.25* | *$9,928.31* | *$183,600.20* | *$9,928.31* |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| *9/23/2003* | *9 Q* | *9th Quarterly 2003* | *$354,035.00* | *$15,480.10* | *$283,228.00* | *$15,480.10* |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| *2/25/2004* | *10 Q* | *10th Quarterly 2003* | *$260,926.00* | *$28,708.57* | *$260,926.00* | *$28,708.57* |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| *4/13/2004* | *11 Q* | *11th Quarterly 2003* | *$218,187.00* | *$5,819.42* | *$218,187.00* | *$2,528.88* |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| *6/18/2004* | *12 Q* | *12th Quarterly 2004* | *$216,671.00* | *$4,355.79* | *$216,671.00* | *$4,355.79* |
| 11/5/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/5/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/5/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| *11/5/2004* | *13 Q* | *13th Quarterly 2004* | *$198,219.50* | *$7,259.62* | *$198,219.50* | *$7,259.62* |

2 The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

**PRIOR APPLICATIONS - continued**

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| *2/7/2005* | *14Q* | *14th Quarterly 2004* | *$181,246.00* | *$5,185.65* | *$181,246.00* | *$5,185.65* |
| 4/22/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/22/2005 | 32 | 11/1/2004 - 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/22/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| *4/22/2005* | *15Q* | *15th Quarterly 2004* | *$188,359.50* | *$39,401.44* | *$188,359.50* | *$39,401.44* |
| 8/11/2005 | 34 | 1/1/2005 – 1/31/2005 | $67,384.00 | $2,530.41 | $67,745.50 | $2,530.41 |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | $56,206.00 | $2,869.31 |
| 8/11/2005 | 36 | 3/1/2005 - 3/31/2005 | $64,836.00 | $1,666.16 | $64,836.00 | $1,666.16 |
| *8/11/2005* | *16Q* | *16th Quarterly 2005* | *$188,426.00* | *$7,065.88* | *$188,426.00* | *$7,065.00* |
| 10/31/2005 | 37 | 4/1/2005 – 4/30/2005 | $88,685.50 | $2,391.33 | $88,685.50 | $2,391.33 |
| 10/31/2005 | 38 | 5/1/2005 – 5/31/2005 | $158,852.00 | $4,552.49 | $158,852.00 | $4,552.49 |
| 10/31/2005 | 39 | 6/1/2005 – 6/30/2005 | $232,914.00 | $13,912.17 | $232,914.00 | $13,912.17 |
| *10/31/2005* | *17Q* | *17th Quarterly 2005* | *$480,451.50* | *$20,855.99* | *$480,451.50* | *$20,855.99* |
| 1/31/2006 | 40 | 7/1/2005 – 7/31/2005 | $468,997.75 | $17,359.91 | $468,997.75 | $17,359.91 |
| 1/31/2006 | 41 | 8/1/2005 – 8/31/2005 | $684,403.00 | $43,446.98 | $684,403.00 | $43,446.98 |
| 1/31/2006 | 42 | 9/1/2005 – 9/30/2005 | $334,412.00 | $34,731.14 | $334,412.00 | $34,731.14 |
| *2/1/2006* | *18Q* | *18th Quarterly 2005* | *$1,487,812.75* | *$95,538.03* | *$1,487,812.75* | *$95,538.03* |
| 4/20/2006 | 43 | 10/1/2005 – 10/31/2005 | $126,175.50 | $2,460.85 | Pending | Pending |
| 4/20/2006 | 44 | 11/1/2005 – 11/30/2005 | $136,980.50 | $2,010.10 | Pending | Pending |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**BIOGRAPHICAL INFORMATION**

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Liliana Anzaldo | Case Support Clerk, 1½ years | $45.00 | 0.3 | $13.50 |
| Martha Araki | Senior Bankruptcy Consultant, 5¾ years; 19 years bankruptcy experience | $210.00 | 108.6 | $22,806.00 |
| James Bartlett | Case Support Associate, 2¼ years | $85.00 | 9.7 | $824.50 |

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Josh Berman | Technology Director, 8 months; 10 years prior experience in data management, process re-engineering, and custom technology build-out | $200.00 | 5.5 | $1,100.00 |
| Lauri Bogue | Reconciliation Consultant, 3¼ years; 4 years prior bankruptcy experience | $110.00 | 15.0 | $1,650.00 |
| Mike Booth | Claims Reconciliation Manager, 3 years; 4 years prior bankruptcy experience | $165.00 | 29.1 | $4,801.50 |
| Andrea Bosack | Case Information Services Lead, 3¾ years; 7 years prior experience as Manager of Call Center of major class action and bankruptcy firm | $90.00 | 0.8 | $72.00 |
| Susan Burnett | Consultant, 2½ years; 3 years prior experience as an attorney, 20 years prior accounting and finance experience | $150.00 | 139.3 | $20,895.00 |
| Jacqueline Bush | Data Analyst, 4 years | $95.00 | 7.2 | $684.00 |
| Steffanie Cohen | Reconciliation Consultant, 3 years; 2 years prior bankruptcy experience | $110.00 | 2.0 | $220.00 |
| David Cole | Senior Consultant, 3 months; 2 years prior experience as a bankruptcy attorney | $150.00 | 41.4 | $6,210.00 |
| Phillip Condor | Case Analyst, 1½ years; 2 years prior legal industry experience | $65.00 | 27.7 | $1,800.50 |
| Rodulfo Dacalos | Case Analyst, 1½ years; 3 years prior legal experience | $65.00 | 8.6 | $559.00 |
| Corazon Del Pilar | Case Support Clerk, 2 ¼ years | $45.00 | 0.4 | $18.00 |
| Ellen Dors | Reconciliation Consultant, 2½ years; prior bankruptcy experience with former employer during two bankruptcy cases | $110.00 | 32.2 | $3,542.00 |
| David Espalin | Technology Consultant, 3 years | $125.00 | 2.0 | $250.00 |
| Yvette Garcia | Case Support Associate, 2¾ years; 3 years prior bankruptcy case support experience | $90.00 | 3.7 | $333.00 |
| Diane George | Data Consultant, 4½ years; 2 years prior bankruptcy experience | $140.00 | 6.1 | $854.00 |
| Mike Grimmett | Senior Data Consultant, 3 ¼ years; 12 years prior experience bankruptcy and data programming | $175.00 | 12.4 | $2,170.00 |
| Sue Herrschaft | Senior Consultant, 3¼ years; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $210.00 | 146.3 | $30,723.00 |
| Leila Hughes | Reconciliation Analyst, 3¼ years; 10 years prior experience in accounts payable and creditor negotiation | $75.00 | 3.2 | $240.00 |
| Lemuel Jumilla | Case Analyst, 1½ years; 3 years prior legal industry experience | $65.00 | 10.9 | $708.50 |
| Paul Kinealy | Senior Consultant, 2 months; 9 years prior experience as litigation and in-house counsel | $185.00 | 84.4 | $15,614.00 |
| Stephenie Kjontvedt | Senior Consultant, 2 ¾ years; 15 years experience in bankruptcy consulting | $140.00 | 14.2 | $1,988.00 |
| Steve Kotarba | Director, 1 year; 7 years prior experience as a bankruptcy attorney | $275.00 | 1.0 | $275.00 |

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marquis Marshall | Case Support Clerk, 1¾ years | $45.00 | 1.8 | $81.00 |
| Heather Montgomery | Consultant, 4 months; 7 years prior experience as editor at a legal publishing company | $110.00 | 40.0 | $4,400.00 |
| James Myers | Case Support Clerk, 4¼ years | $65.00 | 1.4 | $91.00 |
| Belinda Rivera | Case Support Clerk, 2 years | $45.00 | 1.7 | $76.50 |
| Airgelou Romero | Case Analyst, 1½ years; 3 years prior legal industry experience | $65.00 | 19.5 | $1,267.50 |
| Lisa Ruppaner | Case Support Associate, 3¼ years | $95.00 | 40.9 | $3,885.50 |
| Arrie Sherr | Senior Data Analyst, 1 month; 7 years prior experience as computer programmer, consultant and data manager | $110.00 | 2.2 | $242.00 |
| Lucina Solis | Case Support Associate, 2½ years | $45.00 | 0.6 | $27.00 |
| Kong Tan | Data Consultant, 1¼ years; 5 years prior experience in computer application development | $150.00 | 6.0 | $900.00 |
| Brianna Tate | Case Information Clerk, 2¼ years | $45.00 | 0.4 | $18.00 |
| Anna Wick | Senior Data Analyst, 3¼ years | $110.00 | 29.8 | $3,278.00 |
| Robyn Witt | Senior Data Consultant, 5 months; 12 years prior experience Microsoft product applications | $125.00 | 34.9 | $4,362.50 |

| **Grand Total:** | Fees: **$136,980.50** | Hours: **891.2** |
|---|---|---|
| **Blended Rate:** | **$153.70** | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asbestos Claims | 483.3 | $75,109.50 |
| Asbestos PI Claims | 31.9 | $5,647.50 |
| Case Administration | 62.0 | $10,205.50 |
| Data Analysis | 110.6 | $14,585.50 |
| Fee Applications – Applicant | 112.0 | $23,520.00 |
| Non – Asbestos Claims | 91.4 | $7,912.50 |
| Plan & Disclosure Statement | 0 | 0.00 |
| Travel – Non Working | 0 | 0.00 |
| **Total** | **891.2** | **$136,980.50** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx | BMC | $850.00 |
| Document Storage | BMC | $551.00 |
| Conference Call | Various | $148.62 |
| Lunch | Various | $26.68 |
| Postage/Shipping | Various | $111.46 |
| Taxi | Various | $13.00 |
| **Total** | | **$1,700.76** |

**PRODUCTION EXPENSE SUMMARY**

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| November 14, 2005 | BMC (1 mailing) | $272.66 |
| November 21, 2005 | BMC (1 mailing) | $36.68 |
| | | |
| | | |
| | | |
| | | |
| **Total** | | **$309.34** |

**WHEREFORE,** BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $111,594.50, which is comprised of:

(i) 80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Forty-Fourth Fee Period (80% of $136,980.50 = $109,584.40); and

(ii) 100% of the actual and necessary costs and expenses incurred by BMC during the Forty-Fourth Fee Period ($2,010.10);

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: February 22, 2006

BMC GROUP (f/k/a BANKRUPTCY MANAGEMENT CORPORATION)

By: [signature]

SUE HERRSCHAFT
720 Third Avenue, 23rd Floor
Seattle, Washington 98104
Telephone: (206) 516-3300
Telecopier: (206) 516-3304

Claims Reconciliation and Solicitation Consultant to the Debtors and Debtors in Possession