**EXHIBIT 2**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG051130**

| Period Ending | 11/30/2005 | Expense Type | Amount |
|---|---|---|---|
| | | B-Linx/Data Storage | $850.00 |
| | | Conference Call | $148.62 |
| | | Document Storage | $551.00 |
| | | Lunch | $26.68 |
| | | Postage/Shipping | $111.46 |
| | | Taxi | $13.00 |
| | | **Total** | **$1,700.76** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| BANK: | Citibank |
| | 15233 Ventura Blvd. 1st Floor |
| | Sherman Oaks, CA 91403 |
| ABA/Routing#: | 322271724 |
| Account #: | 201381993 - BMC Group |
| Tax ID #: | 52-2083477 |

EXHIBIT 2

BMC GROUP  
EXPENSE DETAIL

NOVEMBER 2005

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG051130 | WR Grace | BMC, BMC | BMC | $850.00 | 11/30/2005 | B-Linx/Data Storage | B-linx User Fee |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $9.03 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $10.30 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $12.04 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $6.19 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $28.24 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $11.44 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $56.24 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $10.87 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $4.27 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC, BMC | BMC | $551.00 | 11/30/2005 | Document Storage | |
| WRG051130 | WR Grace | Kinealy, Paul | Stefani's Tuscany | $26.68 | 11/11/2005 | Lunch | Working lunch for P. Kinealy, D. Cole and H. Montgomery on Grace project |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $69.30 | 11/1/2005 | Postage/Shipping | FedEx to Paul Kinealy of BMC - tracking number 641605579436 |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $42.16 | 11/1/2005 | Postage/Shipping | FedEx to Sal Bianca of Kirkland & Ellis - tracking number 641605579447 |
| WRG051130 | WR Grace | Kinealy, Paul | American United Cab | $6.00 | 11/11/2005 | Taxi | Taxi to K&E |
| WRG051130 | WR Grace | Kinealy, Paul | Koam Cab | $7.00 | 11/11/2005 | Taxi | Taxi from K&E back to office |
| | | | | $1,700.76 | | | |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20051114-1 | 11/14/2005 | $272.66 |
| Invoice # | 021-20051121-1 | 11/21/2005 | $36.68 |
| | | Total | $309.34 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 11/14/2005
Invoice #: 021-20051114-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 11033-First ord re: Omni 15 Obj to Claims MF 16679 | 57 / 29 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 29 Pieces @ $1.52 each | $44.08 |
| | | | Production | Copy | 1653 Pieces @ $.12 each | $198.36 |
| | | | | Stuff and Mail | 29 Pieces @ $.05 each | $1.45 |
| | | | Supplies | Inkjet and Envelope - Catalog | 29 Pieces @ $.13 each | $3.77 |

**Total Due:** $272.66

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 11/21/2005
Invoice #: 021-20051121-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 11082 - 15th Omni 5 Continuation Order MF 16757 | 8 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.37 each | $2.96 |
| | | | Production | Copy | 64 Pieces @ $.12 each | $7.68 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |

**Total Due:** $36.68

EXHIBIT 2
*Invoice Due Upon Receipt*