**EXHIBIT 2**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG051231**

**Period Ending** 12/31/2005

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $556.80 |
| Phone/ISP | $11.82 |
| Postage/Shipping | $23.28 |
| **Total** | **$1,441.90** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| BANK: | Citibank |
| | 15233 Ventura Blvd. 1st Floor |
| | Sherman Oaks, CA 91403 |
| ABA/Routing#: | 322271724 |
| Account #: | 201381993 - BMC Group |
| Tax ID #: | 52-2083477 |

EXHIBIT 2

BMC GROUP  
EXPENSE DETAIL

DECEMBER 2005

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG051231 | WR Grace | BMC, BMC | BMC | $850.00 | 12/30/05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG051231 | WR Grace | BMC10, bmc10 | BMC | $556.80 | 12/31/05 | Document Storage | 384 boxes |
| WRG051231 | WR Grace | Booth, Mike | Verizon Wireless | $11.82 | 12/9/05 | Phone/ISP | Dec 2005 Cell Statement (11/09 - 12/08) |
| WRG051231 | WR Grace | BMC10, bmc10 | BMC | $23.28 | 12/23/05 | Postage/Shipping | tracking no. 792447002583 |
| | | | | $1,441.90 | | | |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20051222-2 | 12/22/2005 | $30.50 |
| Invoice # | 021-20051222-1 | 12/22/2005 | $1,988.48 |
| Invoice # | 021-20051229-1 | 12/29/2005 | $849.31 |
| | | Total | $2,868.29 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 12/22/2005
**Invoice #:** 021-20051222-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 11395 - 16th Omni 5 Cont Order MF 17169 | 5 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.37 each | $1.85 |
| | | | Production | Copy | 25 Pieces @ $.12 each | $3.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |

**Total Due:** $30.50

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 12/22/2005
**Invoice #:** 021-20051222-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 11394 - 2nd Omni 15 Order MF 17165/17164 | 68 / 196 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class | 187 Pieces @ $1.52 each | $284.24 |
| | | | | USPS - International | 1 Piece @ $4.80 each | $4.80 |
| | | | | USPS - MX/CA | 8 Pieces @ $1.85 each | $14.80 |
| | | | Production | Copy | 13328 Pieces @ $.12 each | $1,599.36 |
| | | | | Stuff and Mail | 196 Pieces @ $.05 each | $9.80 |
| | | | Supplies | Inkjet and Envelope - Catalog | 196 Pieces @ $.13 each | $25.48 |

**Total Due:** $1,988.48

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WRGrace**

**Production Date:** 12/29/2005
**Invoice #:** 021-20051229-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Letter to Counsel and Order re: Personal Injury MF 17156 | 3 / 958 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 957 Pieces @ $.37 each | $354.09 |
| | | | | USPS - International | 1 Piece @ $.80 each | $0.80 |
| | | | Production | Copy | 2874 Pieces @ $.12 each | $344.88 |
| | | | | Fold and Stuff | 958 Pieces @ $.05 each | $47.90 |
| | | | Supplies | Inkjet and Envelope - #10 | 958 Pieces @ $.08 each | $76.64 |

**Total Due:** $849.31

*Invoice Due Upon Receipt*