# EXHIBIT 2

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**206/516-3300**

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG051031**

| Period Ending 10/31/2005 | Expense Type | Amount |
|---|---|---|
| | Airline | $330.65 |
| | B-Linx/Data Storage | $850.00 |
| | Breakfast | $19.17 |
| | Dinner - BMC/Client | $22.27 |
| | Document Storage | $551.00 |
| | Lodging - BMC/Client | $110.05 |
| | Parking | $38.00 |
| | Phone/ISP | $68.20 |
| | Postage/Shipping | $21.92 |
| | Rental Vehicle | $77.01 |
| | Taxi | $14.00 |
| | **Total** | **$2,102.27** |

***Wire payments may be sent to the following account:***

*BANK:* *Citibank*
*15233 Ventura Blvd. 1st Floor*
*Sherman Oaks, CA 91403*

*ABA/Routing#:* *322271724*
*Account #:* *201381993 - BMC Group*

*Tax ID #:* *52-2083477*

EXHIBIT 2

BMC GROUP  
EXPENSE DETAIL

OCTOBER 2005

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG051031 | WR Grace | zzCAMEX-Sfritz, Sfritz | Southwest | $330.65 | 10/10/05 | Airline | P Kinealy MDW-Ft Lauderdale 10/10-11/05 |
| WRG051031 | WR Grace | BMC, BMC | BMC | $850.00 | 10/31/05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG051031 | WR Grace | Kinealy, Paul | Boca Raton Hilton | $19.17 | 10/11/05 | Breakfast | in hotel 10/11/05 |
| WRG051031 | WR Grace | Kinealy, Paul | TooJay's Deli | $8.47 | 10/11/05 | Dinner - BMC/Client | PK travel meal |
| WRG051031 | WR Grace | Kinealy, Paul | Poprock Sushi Garden | $13.80 | 10/10/05 | Dinner - BMC/Client | PK travel meal |
| WRG051031 | WR Grace | BMC, BMC | bmc | $551.00 | 10/31/05 | Document Storage | 380 boxes |
| WRG051031 | WR Grace | Kinealy, Paul | Hilton Suites Boca Raton | $110.05 | 10/11/05 | Lodging - BMC/Client | 10/10-11/05 |
| WRG051031 | WR Grace | Kinealy, Paul | Chicago Midway Airport | $38.00 | 10/11/05 | Parking | 10/10-11/05 |
| WRG051031 | WR Grace | Kinealy, Paul | Boca Raton Hilton | $9.99 | 10/10/05 | Phone/ISP | internet in hotel 10/10/05 |
| WRG051031 | WR Grace | Daniel, Brad | Verizon | $7.46 | 10/20/05 | Phone/ISP | 9/17/05 - 10/16/05 |
| WRG051031 | WR Grace | Kotarba, Steve | SBC Communications | $20.98 | 10/17/05 | Phone/ISP | phone expense 9/11-10/10/05 |
| WRG051031 | WR Grace | Kotarba, Steve | Cingular | $14.99 | 10/17/05 | Phone/ISP | cellular usage 9/8-10/7/05 |
| WRG051031 | WR Grace | Booth, Mike | Verizon Wireless | $14.78 | 10/9/05 | Phone/ISP | Cell Statement (09/10 - 10/09) |
| WRG051031 | WR Grace | BMC10, bmc10 | BMC | $21.92 | 10/4/05 | Postage/Shipping | Ziehl Young Jo - tracking number |
| WRG051031 | WR Grace | Kinealy, Paul | Alamo Rental Car | $77.01 | 10/11/05 | Rental Vehicle | 10/10-11/05 |
| WRG051031 | WR Grace | Kinealy, Paul | Koam Taxi | $7.00 | 10/14/05 | Taxi | Taxi back to BMC from Kirkland meeting |
| WRG051031 | WR Grace | Kinealy, Paul | American United Taxi | $7.00 | 10/14/05 | Taxi | Taxi to Kirkland for Grace meeting |
| | | | | $2,102.27 | | | |

EXHIBIT 2

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**206/516-3300**

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG051130**

**Period Ending** **11/30/2005**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Conference Call | $148.62 |
| Document Storage | $551.00 |
| Lunch | $26.68 |
| Postage/Shipping | $111.46 |
| Taxi | $13.00 |
| **Total** | **$1,700.76** |

***Wire payments may be sent to the following account:***

*BANK:* *Citibank*
*15233 Ventura Blvd. 1st Floor*
*Sherman Oaks, CA 91403*

*ABA/Routing#:* *322271724*
*Account #:* *201381993 - BMC Group*

*Tax ID #:* *52-2083477*

BMC GROUP
EXPENSE DETAIL

NOVEMBER 2005

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG051130 | WR Grace | BMC, BMC | BMC | $850.00 | 11/30/2005 | B-Linx/Data Storage | B-linx User Fee |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $9.03 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $10.30 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $12.04 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $8.19 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $28.24 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $11.44 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $58.24 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $10.87 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $4.27 | 11/1/2005 | Conference Call | Call for WR Grace regarding status |
| WRG051130 | WR Grace | BMC, BMC | BMC | $551.00 | 11/30/2005 | Document Storage | |
| WRG051130 | WR Grace | Kinsely, Paul | Stefani's Tuscany | $26.68 | 11/11/2005 | Lunch | Working lunch for P. Kinsely, D. Cole and H. Montgomery on Grace project |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $89.30 | 11/1/2005 | Postage/Shipping | FedEx to Paul Kinsely of BMC - tracking number 641605579438 |
| WRG051130 | WR Grace | BMC10, bmc10 | BMC | $42.18 | 11/1/2005 | Postage/Shipping | FedEx to Sal Bianca of Kirkland & Ellis - tracking number 641605579447 |
| WRG051130 | WR Grace | Kinsely, Paul | American United Cab | $6.00 | 11/11/2005 | Taxi | Taxi to K&E |
| WRG051130 | WR Grace | Kinsely, Paul | Koam Cab | $7.00 | 11/11/2005 | Taxi | Taxi from K&E back to office |
| | | | | $1,700.78 | | | |

EXHIBIT 2

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**206/516-3300**

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG051231**

| **Period Ending** | **12/31/2005** | **Expense Type** | | **Amount** |
|---|---|---|---|---|
| | | B-Linx/Data Storage | | $850.00 |
| | | Document Storage | | $556.80 |
| | | Phone/ISP | | $11.82 |
| | | Postage/Shipping | | $23.28 |
| | | | **Total** | **$1,441.90** |

***Wire payments may be sent to the following account:***

| | |
|---|---|
| ***BANK:*** | ***Citibank***<br>***15233 Ventura Blvd. 1st Floor***<br>***Sherman Oaks, CA 91403*** |
| ***ABA/Routing#:*** | ***322271724*** |
| ***Account #:*** | ***201381993 - BMC Group*** |
| ***Tax ID #:*** | ***52-2083477*** |

BMC GROUP
EXPENSE DETAIL

DECEMBER 2005

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | ExpenseTypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG051231 | WR Grace | BMC, BMC | BMC | $850.00 | 12/30/05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG051231 | WR Grace | BMC10, bmc10 | BMC | $556.80 | 12/31/05 | Document Storage | 384 boxes |
| WRG051231 | WR Grace | Booth, Mike | Verizon Wireless | $11.82 | 12/9/05 | Phone/ISP | Dec 2005 Cell Statement (11/09 - 12/08) |
| WRG051231 | WR Grace | BMC10, bmc10 | BMC | $23.28 | 12/23/05 | Postage/Shipping | tracking no. 792447002583 |
| | | | | $1,441.90 | | | |

EXHIBIT 2



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

INVOICE SUMMARY

| **Invoice Number** | | **Production Date** | **Total** |
|---|---|---|---|
| Invoice # | 021-20051028-4 | 10/28/2005 | $291.40 |
| Invoice # | 021-20051028-3 | 10/28/2005 | $28.30 |
| Invoice # | 021-20051028-2 | 10/28/2005 | $0.74 |
| Invoice # | 021-20051028-1 | 10/28/2005 | $38.14 |
| | | **Total** | $358.58 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 10/28/2005
**Invoice #:** 021-20051028-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 10826 - 14th Omni 5 Continuation Order MF 16478 | 8 / 9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 9 Pieces @ $.37 each | $3.33 |
| | | | Production | Copy | 72 Pieces @ $.12 each | $8.64 |
| | | | | Fold and Stuff | 9 Pieces @ $.05 each | $0.45 |
| | | | Supplies | Inkjet and Envelope - #10 | 9 Pieces @ $.08 each | $0.72 |
| | | | | | **Total Due:** | **$38.14** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 10/28/2005
**Invoice #:** 021-20051028-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 10827 - 8th Omni 8 Continuation Order MF 16480 | 2 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 2 Pieces @ $.12 each | $0.24 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | **Total Due:** | **$0.74** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 10/28/2005
**Invoice #:** 021-20051028-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 10828 - 4th Omni 11 Continuation Order MF 16481 | 5 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 15 Pieces @ $.12 each | $1.80 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | **Total Due:** | **$28.30** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 10/28/2005
**Invoice #:** 021-20051028-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 18029 - Omni 14 Order MF 16482 | 12 / 120 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 120 Pieces @ $.60 each | $72.00 |
| | | | Production | Copy | 1440 Pieces @ $.12 each | $172.80 |
| | | | | Stuff and Mail | 120 Pieces @ $.05 each | $6.00 |
| | | | Supplies | Inkjet and Envelope - Catalog | 120 Pieces @ $.13 each | $15.60 |
| | | | | | **Total Due:** | $291.40 |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | | Total |
|---|---|---|---|---|
| Invoice # | 021-20051114-1 | 11/14/2005 | | $272.66 |
| Invoice # | 021-20051121-1 | 11/21/2005 | | $36.68 |
| | | | **Total** | $309.34 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 11/14/2005
**Invoice #:** 021-20051114-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 11033-First ord re: Omni 15 Obj to Claims MF 16679 | 57 / 29 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 29 Pieces @ $1.52 each | $44.08 |
| | | | Production | Copy | 1653 Pieces @ $.12 each | $198.36 |
| | | | | Stuff and Mail | 29 Pieces @ $.05 each | $1.45 |
| | | | Supplies | Inkjet and Envelope - Catalog | 29 Pieces @ $.13 each | $3.77 |
| | | | | | **Total Due:** | $272.66 |

EXHIBIT 2
*Invoice Due Upon Receipt*

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 11/21/2005
**Invoice #:** 021-20051121-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 11082 - 15th Omni 5 Continuation Order MF 16757 | 8 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.37 each | $2.96 |
| | | | Production | Copy | 64 Pieces @ $.12 each | $7.68 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |
| | | | | | **Total Due:** | $36.68 |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20051222-2 | 12/22/2005 | $30.50 |
| Invoice # | 021-20051222-1 | 12/22/2005 | $1,988.48 |
| Invoice # | 021-20051229-1 | 12/29/2005 | $849.31 |
| | | **Total** | $2,868.29 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 12/22/2005
**Invoice #:** 021-20051222-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 11395 - 16th Omni 5 Cont Order MF 17169 | 5 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.37 each | $1.85 |
| | | | Production | Copy | 25 Pieces @ $.12 each | $3.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |
| | | | | | **Total Due:** | $30.50 |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 12/22/2005
**Invoice #:** 021-20051222-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 11394 - 2nd Omni 15 Order MF 17165/17164 | 68 / 196 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class | 187 Pieces @ $1.52 each | $284.24 |
| | | | | USPS - International | 1 Piece @ $4.80 each | $4.80 |
| | | | | USPS - MX/CA | 8 Pieces @ $1.85 each | $14.80 |
| | | | Production | Copy | 13328 Pieces @ $.12 each | $1,599.36 |
| | | | | Stuff and Mail | 196 Pieces @ $.05 each | $9.80 |
| | | | Supplies | Inkjet and Envelope - Catalog | 196 Pieces @ $.13 each | $25.48 |
| | | | | | **Total Due:** | **$1,988.48** |

EXHIBIT 2
*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WRGrace**

**Production Date:** 12/29/2005
**Invoice #:** 021-20051229-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Letter to Counsel and Order re: Personal Injury MF 17156 | 3 / 958 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 957 Pieces @ $.37 each | $354.09 |
| | | | | USPS - International | 1 Piece @ $.80 each | $0.80 |
| | | | Production | Copy | 2874 Pieces @ $.12 each | $344.88 |
| | | | | Fold and Stuff | 958 Pieces @ $.05 each | $47.90 |
| | | | Supplies | Inkjet and Envelope - #10 | 958 Pieces @ $.08 each | $76.64 |
| | | | | | **Total Due:** | **$849.31** |

EXHIBIT 2
*Invoice Due Upon Receipt*