# Exhibit C

December 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: 4/17/06 at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FOURTH INTERIM PERIOD, FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005, FOR THE QUARTER OF OCTOBER 2005 – DECEMBER 2005**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **December 1, 2005 – December 31, 2005** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$7,582.50 for the period** |

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:        **$26.28 for the period**


This is a  _x_  monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately
**(3.20)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately $ **(370.50).**


Prior fee applications:

| Date Filed | Period Covered | Requested | | | Approved | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | | $129,061.50 | $1,920.35 |

| | | | | | |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002 – December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | Pending | Pending |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |

| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | | Pending | Pending |
|---|---|---|---|---|---|---|

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 28 years | Environmental | $290.00 | 2.70 | $783.00 |
| B.F. Hawkins, Jr. | Partner | 15 years | Environmental | $290.00 | 3.60 | $1,044.00 |
| Cory E. Manning | Of Counsel | 8 years | Business Litigation | $250.00 | 12.50 | $3,125.00 |
| Rose-Marie T. Carlisle | Of Counsel | 23 years | Environmental | $260.00 | 8.10 | $2,106.00 |
| Betsy J. Burn | Associate | 6 years | Bankruptcy | $220.00 | 1.0 | $220.00 |

Grand Total for Fees:  $7,278.00
Blended Rate:          $260.86

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Anne R. Price | Paralegal | 3 years | Bankruptcy | $105.00 | 2.90 | $304.50 |
|---|---|---|---|---|---|---|

Grand Total for Fees: $304.50
Blended Rate:         $105.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/01527 | Quality Maintenance, Inc. | 12.50 | $3,125.00 |
| 02399/06003 | Beaco Road Site | 6.70 | $1,761.00 |
| 02399/06032 | Charleston | 5.70 | $1,578.00 |
| 02399/06091 | Fee Applications | 3.70 | $480.50 |
| 02399/09007 | Alchem Chemical Co. | 2.20 | $638.00 |
| **TOTAL** | | **30.80** | **$7,582.50** |

**Expense Summary**

| Description | Amount |
|---|---|
| Telephone | $2.70 |
| Fed Ex | $23.58 |
| **TOTAL** | **$26.28** |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re:

W. R. GRACE & CO., et al.,[2]

Debtors.

)
)
)
)
)
)
)

Chapter 11

Case No. 01-01139(JKF)
(Jointly Administered)

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this _17_ day of _March_____, 2006

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 2/3/09

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: 4/17/06 at 4:00p.m. |

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                            January 19, 2006
ATTN: Scott Whittier                                    Invoice 723132 Page 1
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/01527              For Services Through 12/31/05
Docket No.            2005-CP-02-879
Name of Matter:       Quality Maintenance, Inc.

| | | | |
|---|---|---|---|
| 12/14/05 | Teleconference with Aiken County clerk of court (0.3); teleconference with Lil Ann Gray (0.4); draft letter to Ms. Gray (0.3). | | |
| | C.E. MANNING | 1.00 hrs.    250.00/hr | $250.00 |
| 12/15/05 | Review correspondence from Lil Ann Gray (0.2); draft letter to Aiken County clerk of court regarding jury demand (0.3). | | |
| | C.E. MANNING | 0.50 hrs.    250.00/hr | $125.00 |
| 12/16/05 | Review discovery (0.4); e-mail to Lil Ann Gray regarding same (0.3); e-mail to Harry Fishel regarding the same (0.1). | | |
| | C.E. MANNING | 0.80 hrs.    250.00/hr | $200.00 |
| 12/19/05 | Teleconference with Harry Fishel regarding discovery issues (0.4); review documents received from client in preparation for discovery responses (1.4). | | |
| | C.E. MANNING | 1.80 hrs.    250.00/hr | $450.00 |
| 12/28/05 | Review documents received from client in preparation for discovery responses. | | |
| | C.E. MANNING | 1.10 hrs.    250.00/hr | $275.00 |
| 12/29/05 | Review documents received from client (0.8); draft discovery responses to plaintiff (2.1). | | |
| | C.E. MANNING | 2.90 hrs.    250.00/hr | $725.00 |
| 12/30/05 | Review discovery requests from plaintiff (1.2); review and analyze documents received from plaintiff in response to discovery request (2.7); draft letter to Harry Fishel regarding the same (0.3); telephone call with Lil Ann Gray regarding the same (0.2). | | |
| | C.E. MANNING | 4.40 hrs.    250.00/hr | $1,100.00 |

**Fees for Legal Services** ...................................................................................................    **$3,125.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C.E. MANNING | 12.50 | 250.00 | 3,125.00 |
| TOTAL | 12.50 | 250.00 | 3,125.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

W. R. Grace & Co.

January 19, 2006
Invoice 723132  Page 2

| 12/13/2005 | Telephone 1-803-642-1715 | 0.20 |
| 12/14/2005 | Telephone 1-803-642-1715 | 0.25 |
| 12/20/2005 | Telephone 1-803-642-1715 | 0.20 |
| 12/28/2005 | Telephone 1-803-642-1715 | 0.10 |
| 12/30/2005 | Federal Express charge | 11.34 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$12.09** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Fed Ex | 11.34 |
| Telephone | 0.75 |
| TOTAL | $12.09 |

| **Net current billing for this invoice** ..................................................................................... | **$3,137.09** |
| **GRAND TOTAL**............................................................................................................... | **$3,137.09** |

W. R. Grace & Co.

January 19, 2006
Invoice 723132  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 12/31/05

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | | |
|---|---|---|
| Fees for Professional Services | $3,125.00 | |
| Charges for Other Services Provided/Expenses Incurred | $12.09 | |
| **Net current billing for this invoice** ................................................................. | | **$3,137.09** |
| **GRAND TOTAL**................................................................................................... | | **$3,137.09** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                          February 17, 2006
ATTN: Robert A. Emmett, Esq.                          Invoice 727986  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06003                    For Services Through 12/31/05
WR Grace #           063-KL-721490-01-501270
Name of Matter:      Beaco Road Site

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/01/05 | Respond to inquiry from client relating to status (0.2); confer with Attorney Burns regarding bankruptcy issue (0.2); confer with Mr. English (PRP Group Counsel) regarding status (0.2); review relevant documents forwarded from Mr. English (0.4); confer with client regarding issues (0.2). | | | |
| | R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |
| 12/01/05 | Review status of bankruptcy case for Attorney Carlisle. | | | |
| | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 12/13/05 | Confer with Mr. English regarding bankruptcy proof of claim filed by PRP Group. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 12/15/05 | Detailed voice mail messages to and from client regarding bankruptcy claim. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 12/27/05 | Edit draft documents pertaining to proof of claim (0.4); review file documents pertinent to claims issues to be addressed (3.3). | | | |
| | R.T. CARLISLE | 3.70 hrs. | 260.00/hr | $962.00 |
| 12/28/05 | Review status of issues at site and discuss with Attorney Clarlisle for purposes of drafting stipulations. | | | |
| | B.F. HAWKINS, JR. | 0.90 hrs. | 290.00/hr | $261.00 |
| 12/28/05 | Confer with Attorney Hawkins regarding stipulations relating to claims. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |

**Fees for Legal Services** ...................................................................................................... **$1,761.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.90 | 290.00 | 261.00 |
| R.T. CARLISLE | 5.60 | 260.00 | 1,456.00 |
| B.J. BURN | 0.20 | 220.00 | 44.00 |
| TOTAL | 6.70 | $262.84 | $1,761.00 |

W. R. Grace & Co.

February 17, 2006
Invoice 727986  Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/01/2005 | Telephone 1-864-242-8247 | 0.05 |
| 12/01/2005 | Telephone 1-864-242-8257 | 0.25 |
| 12/01/2005 | Telephone 1-410-531-4210 | 0.60 |
| 12/01/2005 | Telephone 1-864-242-8257 | 0.05 |
| 12/05/2005 | Telephone 1-864-242-8257 | 0.05 |
| 12/13/2005 | Telephone 1-864-242-8257 | 0.10 |
| 12/15/2005 | Telephone 1-410-531-4210 | 0.10 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................................... | | **$1.20** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.20 |
| TOTAL | $1.20 |

**Net current billing for this invoice** .................................................................................... **$1,762.20**

**GRAND TOTAL**............................................................................................................ **$1,762.20**

W. R. Grace & Co.

February 17, 2006
Invoice 727986 Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 12/31/05

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

---

| | | |
|---|---|---|
| Fees for Professional Services | $1,761.00 | |
| Charges for Other Services Provided/Expenses Incurred | $1.20 | |
| **Net current billing for this invoice** ............................................................... | | **$1,762.20** |
| **GRAND TOTAL** .......................................................................................................... | | **$1,762.20** |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 19, 2006
Invoice 723127 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 12/31/05 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 12/11/05 | Review statutes and regulations pertaining to underground storage tanks.<br>R.T. CARLISLE | 1.30 hrs. | 260.00/hr | $338.00 |
| 12/12/05 | Review issues related to UST questions and discuss with Mr. Bucens.<br>B.F. HAWKINS, JR. | 2.40 hrs. | 290.00/hr | $696.00 |
| 12/12/05 | Complete review of underground storage tank regulations and memorandum to Attorney Hawkins regarding issues related to tanks closed in the 1970s and 1980s.<br>R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |
| 12/14/05 | Message from Mr. Hanley and Mr. Bailey regarding wetlands permit issues (0.1); prepare message to Mr. Ridgell at DHEC regarding status of certification, review response (0.1).<br>N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 12/15/05 | Telephone conference with Mr. Bucens regarding status of work on site, plans for meeting in January to review all aspects of project and potential sale to City of Charleston, discuss various details on same.<br>N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 12/28/05 | Review status update from Mr. Bucens.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services** ............................................................................................. **$1,578.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.50 | 290.00 | 145.00 |
| B.F. HAWKINS, JR. | 2.70 | 290.00 | 783.00 |
| R.T. CARLISLE | 2.50 | 260.00 | 650.00 |
| TOTAL | 5.70 | $276.84 | $1,578.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

12/15/2005     Telephone 1-617-899-0354                                                    0.75

W. R. Grace & Co.

January 19, 2006
Invoice 723127  Page 2

**Total Charges for Other Services Provided/Expenses Incurred** ...................................   **$0.75**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.75 |
| TOTAL | $0.75 |

**Net current billing for this invoice** .................................................................   **$1,578.75**

**GRAND TOTAL**..............................................................................................   **$1,578.75**

W. R. Grace & Co.

January 19, 2006
Invoice 723127 Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 12/31/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | | |
|---|---|---|
| Fees for Professional Services | $1,578.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.75 | |
| Net current billing for this invoice ............................................................. | | **$1,578.75** |
| **GRAND TOTAL**........................................................................................... | | **$1,578.75** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 19, 2006
Invoice 723128 Page 1

Our Matter #                02399/06091                For Services Through 12/31/05
Name of Matter:             Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/01/05 | Edit and review Fee Application.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 12/21/05 | Review Fee Auditor's final report regarding fee applications for 17th interim period.<br>B.J. BURN | 0.10 hrs. | 220.00/hr | $22.00 |
| 12/21/05 | Analyze November 2005 bills and draft fee application for attorney review.<br>A.R. PRICE | 2.90 hrs. | 105.00/hr | $304.50 |
| 12/22/05 | Edit and review monthly fee application prepared by paralegal.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 12/22/05 | Update fee application chart; review pacer for order approving 16th quarterly fee application.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |

**Fees for Legal Services** ............................................................................................... **$480.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.80 | 220.00 | 176.00 |
| A.R. PRICE | 2.90 | 105.00 | 304.50 |
| TOTAL | 3.70 | 129.86 | 480.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/01/2005 | Federal Express charge | 12.24 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$12.24** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 12.24 |
| TOTAL | $12.24 |

W. R. Grace & Co.

January 19, 2006
Invoice 723128 Page 2

Net current billing for this invoice ................................................................................................ **$492.74**

**GRAND TOTAL**................................................................................................................................ **$492.74**

W. R. Grace & Co.

January 19, 2006
Invoice 723128  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN:** Accounts Receivable
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 12/31/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $480.50 | |
| Charges for Other Services Provided/Expenses Incurred | $12.24 | |
| **Net current billing for this invoice** ..................................................................... | | **$492.74** |
| **GRAND TOTAL**................................................................................................................ | | **$492.74** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Vicki B. Finkelstein
7500 Grace Drive
Columbia, MD 21044

January 19, 2006
Invoice 723129 Page 1

Our Matter #           02399/09007                    For Services Through 12/31/05
Name of Matter:        Alchem Chemical Co.

| | | | | |
|---|---|---|---|---|
| 12/19/05 | Message from Ms. Johns with draft report, review message and portion of report on deed restrictions before short reply. | | | |
| | N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 12/20/05 | Complete review of report. | | | |
| | N.J. SMITH | 0.50 hrs. | 290.00/hr | $145.00 |
| 12/27/05 | Complete review of Revised Corrective Action Plan and comment on same, summarize in correspondence to Ms. Johns. | | | |
| | N.J. SMITH | 1.30 hrs. | 290.00/hr | $377.00 |

**Fees for Legal Services** ......................................................................................... **$638.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.20 | 290.00 | 638.00 |
| TOTAL | 2.20 | 290.00 | 638.00 |

**Net current billing for this invoice** ................................................................... **$638.00**

**GRAND TOTAL**................................................................................................. **$638.00**

W. R. Grace & Co.

January 19, 2006
Invoice 723129  Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 12/31/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | | |
|---|---|---|
| Fees for Professional Services | $638.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** ................................................................. | | **$638.00** |
| **GRAND TOTAL**.......................................................................................................... | | **$638.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701