## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Objection Deadline: May 10, 2006 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: To Be Determined, Only If Timely Objections Are Filed**

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006, FOR THE QUARTER OF JANUARY 2006 – MARCH 2006**

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **January 1, 2006 – January 31, 2006**

Amount of Compensation sought as actual, reasonable, and necessary: **$8,997.00 for the period**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:    **$58.95 for the period**

This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(3.20)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately **$ (336.00).**

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
|---|---|---|---|---|---|
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |

| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
| March 27, 2006 | December 1, 2005 – December 31, 2005 | $7,582.50 | $26.28 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $310.00 | 7.50 | $2,325.00 |
| B.F. Hawkins, Jr. | Partner | 14 years | Environmental | $310.00 | 1.60 | $496.00 |
| Cory E. Manning | Of Counsel | 8 years | Business Litigation | $260.00 | 14.70 | $3,822.00 |
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $270.00 | 6.50 | $1,755.00 |
| J.E. Holmes | Of Counsel | 12 years | Real Estate | $270.00 | 1.40 | $378.00 |

Grand Total for Fees: $8,776.00
Blended Rate: $276.85

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| L.P. Dewey* | Paralegal | 11 years | Litigation | $130.00 | 1.70 | $221.00 |
|---|---|---|---|---|---|---|

Grand Total for Fees: $221.00
Blended Rate: $130.00

*L.P. Dewey is a new timekeeper appearing in this billing cycle.

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/01527 | Quality Maintenance, Inc. | 16.40 | $4,043.00 |
| 02399/06000 | General | 5.40 | $1,522.00 |
| 02399/06003 | Beaco Road Site | 2.40 | $648.00 |
| 02399/06031 | Li Tungsten | .30 | $81.00 |
| 02399/06032 | Charleston | 7.50 | $2,325.00 |
| 02399/09007 | Alchem Chemical Co. | 1.40 | $378.00 |
| **TOTAL** | | **33.40** | **$8,997.00** |

**Expense Summary**

| Description | Amount |
|---|---|
| Telephone | $2.75 |
| CopyOut | $16.05 |
| Fed Ex | $40.15 |
| **TOTAL** | **$58.95** |

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

February 17, 2006
Invoice 728130  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 01/31/06 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| | | | | |
|---|---|---|---|---|
| 01/11/06 | Locate case citations on CERCLA issues and provide description of cases. | | | |
| | B.F. HAWKINS, JR. | 1.20 hrs. | 310.00/hr | $372.00 |
| 01/19/06 | Review and execute letter for PricewaterhouseCooper. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 310.00/hr | $124.00 |
| 01/19/06 | Preparation of response to PricewaterhouseCoopers' request for information concerning matters for client. | | | |
| | R.T. CARLISLE | 3.80 hrs. | 270.00/hr | $1,026.00 |

**Fees for Legal Services** ...................................................................................................... **$1,522.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.60 | 310.00 | 496.00 |
| R.T. CARLISLE | 3.80 | 270.00 | 1,026.00 |
| TOTAL | 5.40 | $281.85 | $1,522.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/13/2005 | Federal Express charge | 18.31 |
| 01/19/2006 | Telephone 1-410-531-4210 | 0.15 |
| 01/30/2006 | Telephone 1-410-531-4203 | 0.15 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$18.61** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 18.31 |
| Telephone | 0.30 |
| TOTAL | $18.61 |

W. R. Grace & Co.

**Net current billing for this invoice** ...................................................................................... **$1,540.61**

**GRAND TOTAL**............................................................................................................. **$1,540.61**

W. R. Grace & Co.

February 17, 2006
Invoice 728130  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/06

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $1,522.00 |
| Charges for Other Services Provided/Expenses Incurred | $18.61 |

**Net current billing for this invoice** ................................................................ **$1,540.61**

**GRAND TOTAL**.......................................................................................................... **$1,540.61**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                   February 17, 2006
ATTN: Robert A. Emmett, Esq.              Invoice 728135  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/06003                    For Services Through 01/31/06
WR Grace #              063-KL-721490-01-501270
Name of Matter:        Beaco Road Site

| | | | | |
|---|---|---|---|---|
| 12/28/05 | Revise stipulation to reflect additional background information. | | | |
| | R.T. CARLISLE | 0.70 hrs. | 270.00/hr | $189.00 |
| 01/05/06 | Confer with client regarding proof of claim issues (0.2); confer with Mr. Melchers regarding same (0.1); revise letter to PRP Group counsel (0.3); transmit draft documents to client (0.1). | | | |
| | R.T. CARLISLE | 0.70 hrs. | 270.00/hr | $189.00 |
| 01/10/06 | Confer with client relating to proof of claim issues (0.5); revise documents and circulate same (0.2). | | | |
| | R.T. CARLISLE | 0.70 hrs. | 270.00/hr | $189.00 |
| 01/17/06 | Review and confirm final edits to draft letter and to draft stipulation (0.2); arrange for transmission of documents to Mr. English (0.1). | | | |
| | R.T. CARLISLE | 0.30 hrs. | 270.00/hr | $81.00 |

**Fees for Legal Services** ............................................................................................ **$648.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 2.40 | 270.00 | 648.00 |
| TOTAL | 2.40 | $270.00 | $648.00 |

**Net current billing for this invoice** ................................................................... **$648.00**

**GRAND TOTAL**........................................................................................................ **$648.00**

W. R. Grace & Co.

February 17, 2006
Invoice 728135  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/06

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $648.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................ **$648.00**

**GRAND TOTAL**................................................................................................... **$648.00**

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS
CB&T
**ABA#:**  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:**  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

February 17, 2006
Invoice 728131  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 01/31/06 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

01/05/06    Confer with client regarding Global Settlement issue (0.1); confer with Mr. Melchers regarding same (0.1); follow-up discussion with client (0.1).

| | | | |
|---|---|---|---|
| R.T. CARLISLE | 0.30 hrs. | 270.00/hr | $81.00 |

**Fees for Legal Services** ................................................................................................ **$81.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.30 | 270.00 | 81.00 |
| TOTAL | 0.30 | $270.00 | $81.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/05/2006    Telephone 1-410-531-4210 | | 0.20 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$0.20**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.20 |
| TOTAL | $0.20 |

**Net current billing for this invoice** .................................................................................. **$81.20**

**GRAND TOTAL**.............................................................................................................. **$81.20**

W. R. Grace & Co.

February 17, 2006
Invoice 728131  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/06

W. R. Grace & Co.
Li Tungsten
Our Matter # 02399/06031

---

| | |
|---|---|
| Fees for Professional Services | $81.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.20 |

**Net current billing for this invoice** ................................................................ **$81.20**

**GRAND TOTAL**.................................................................................................. **$81.20**

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

February 17, 2006
Invoice 728132  Page  1

| | |
|---|---|
| Our Matter # | 02399/06032 |
| WR Grace # | 063-KL-721490-01-0501221 |
| Name of Matter: | Charleston |

For Services Through 01/31/06

---

**01/05/06**  Message from Hanley regarding DHEC status, reply (0.1); follow up with Mr. Epps regarding certification status (0.2).
N.J. SMITH                                     0.30 hrs.    310.00/hr              $93.00

**01/06/06**  Telephone conference with Mr. Bucens regarding preparation for meeting next week, additional exhibits and confirm scope of presentation on development in area and permitting status.
N.J. SMITH                                     0.20 hrs.    310.00/hr              $62.00

**01/09/06**  Telephone conference with Ms. Geddings regarding status of certification for clean up work in wetlands, discuss staff review, and request for issuance (0.2); review monthly report to DHEC (0.1).
N.J. SMITH                                     0.30 hrs.    310.00/hr              $93.00

**01/10/06**  Review appraisal by Mr. Robinson prepared for City, review deed referenced (0.4); research additional sales information in area for meeting (0.2); telephone conference with Mr. Bucens regarding meeting, conference rooms and call schedule (0.1).
N.J. SMITH                                     0.70 hrs.    310.00/hr             $217.00

**01/11/06**  Review notes and materials to prepare for meeting on status of project (0.3); dinner meeting with Mr. Bucens, RMT, et al. to prepare for meeting (0.5).
N.J. SMITH                                     0.80 hrs.    310.00/hr             $248.00

**01/12/06**  Meeting with Mr. Bucens, et al. to review status of clean up and projections of remaining work, budget and cost issues, site safety, potential sale and values, and various related issues.
N.J. SMITH                                     2.40 hrs.    310.00/hr             $744.00

**01/13/06**  Review appraisal and prepare for conference call (0.2); conference call with Mr. Bucens, Ms. Finkelstein, Mr. Obradovic, and Mr. Nagy regarding property status for sale schedule and issues, zoning and market forces (0.7); telephone conference with Ms. Geddings regarding issuance of water quality certification, message from Mr. Bucens regarding same (0.2).
N.J. SMITH                                     1.10 hrs.    310.00/hr             $341.00

**01/17/06**  Telephone conference with Mr. Joyner regarding issuance of OCRM permit for wetlands clean up; arrange for pick up of permit.
N.J. SMITH                                     0.20 hrs.    310.00/hr              $62.00

**01/19/06**  Prepare correspondence to Mr. Bucens with permit, instructions and comment on small error in certification requirements.

W. R. Grace & Co.

February 17, 2006
Invoice 728132  Page 2

| | | | |
|---|---|---|---|
| N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |

01/23/06  Follow up with Ms. Socha regarding permit conditions, assistance in completion of Corps process (0.2); review status report from Mr. Bucens (0.1).

| | | | |
|---|---|---|---|
| N.J. SMITH | 0.30 hrs. | 310.00/hr | $93.00 |

01/25/06  Brief review of questions and comments of Mr. Bucens on OCRM permit for wetlands remedial work.

| | | | |
|---|---|---|---|
| N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |

01/26/06  Complete review of comments and reply with answers and advice on same.

| | | | |
|---|---|---|---|
| N.J. SMITH | 0.40 hrs. | 310.00/hr | $124.00 |

01/30/06  Conference call with Mr. Bucens and Mr. Hanley regarding comments on OCRM permit, status of Corps permit and process to correct permit.

| | | | |
|---|---|---|---|
| N.J. SMITH | 0.40 hrs. | 310.00/hr | $124.00 |

**Fees for Legal Services** ................................................................................................. **$2,325.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 7.50 | 310.00 | 2,325.00 |
| TOTAL | 7.50 | $310.00 | $2,325.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/06/2006 | Telephone 1-617-498-2667 | 0.10 |
| 01/06/2006 | Telephone 1-617-899-0354 | 0.20 |
| 01/06/2006 | Telephone 1-617-899-0354 | 0.40 |
| 01/10/2006 | Telephone 1-617-899-0354 | 0.50 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$1.20** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.20 |
| TOTAL | $1.20 |

**Net current billing for this invoice** ................................................................................ **$2,326.20**

**GRAND TOTAL**........................................................................................................... **$2,326.20**

W. R. Grace & Co.

February 17, 2006
Invoice 728132  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/06

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $2,325.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.20 |

**Net current billing for this invoice** ............................................................... **$2,326.20**

**GRAND TOTAL**............................................................................................................ **$2,326.20**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Vicki B. Finkelstein
7500 Grace Drive
Columbia, MD 21044

February 17, 2006
Invoice 728133  Page 1

Our Matter #          02399/09007
Name of Matter:     Alchem Chemical Co.

For Services Through 01/31/06

| | | | | |
|---|---|---|---|---|
| 01/06/06 | Review invoices and supporting documents for reimbursement request in connection with termination. | | | |
| | J.E. HOLMES | 0.80 hrs. | 270.00/hr | $216.00 |
| 01/30/06 | Revise and circulate termination agreement under cover letter to buyer and seller. | | | |
| | J.E. HOLMES | 0.60 hrs. | 270.00/hr | $162.00 |

**Fees for Legal Services** ...................................................................................... **$378.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.E. HOLMES | 1.40 | 270.00 | 378.00 |
| TOTAL | 1.40 | 270.00 | 378.00 |

| | | |
|---|---|---|
| 01/30/2006 | PAYEE: On-Site Sourcing, Inc.; REQUEST#: 210324; DATE: 1/30/2006.  – Special Copying | 16.05 |
| 01/31/2006 | Federal Express charge | 9.17 |
| 01/31/2006 | Federal Express charge | 12.67 |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 16.05 |
| Fed Ex | 21.84 |
| TOTAL | $37.89 |

**Net current billing for this invoice** ................................................................. **$415.89**

**GRAND TOTAL**.................................................................................................. **$415.89**

W. R. Grace & Co.

February 17, 2006<br>Invoice 728133  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/06

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | |
|---|---:|
| Fees for Professional Services | $378.00 |
| Charges for Other Services Provided/Expenses Incurred | $37.89 |
| **Net current billing for this invoice** ............................................................... | **$415.89** |
| **GRAND TOTAL**.................................................................................................... | **$415.89** |

---

**Terms of Payment:  Balance due within thirty days of invoice date**

---

## WIRING INSTRUCTIONS
CB&T
**ABA#:**  061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:**  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Scott Whittier
7500 Grace Drive
Columbia, MD  21044

February 17, 2006
Invoice 728134  Page  1

| | |
|---|---|
| Our Matter # | 02399/01527 |
| Docket No. | 2005-CP-02-879 |
| Name of Matter: | Quality Maintenance, Inc. |

For Services Through 01/31/06

---

**01/02/06**  Draft and review discovery responses (0.5); review documents received from plaintiff (1.3).
C.E. MANNING                          1.80 hrs.    260.00/hr              $468.00

**01/03/06**  Review discovery documents received from Plaintiff (1.2); review and revise discovery
responses (1.2).
C.E. MANNING                          2.40 hrs.    260.00/hr              $624.00

**01/04/06**  Review documents and discovery responses received from Plaintiff (0.6); telephone
conference with Harry Fishel and Danny Mathis regarding same (1.2); telephone conference
with Lil Ann Gray regarding same (0.2).
C.E. MANNING                          2.00 hrs.    260.00/hr              $520.00

**01/05/06**  Meet with Ms. Dewey regarding document production (0.3); review documents received from
Plaintiff (0.4); review documents received from client (0.4).
C.E. MANNING                          1.10 hrs.    260.00/hr              $286.00

**01/05/06**  Assist in processing document production and privilege log.
L.P. DEWEY                            1.70 hrs.    130.00/hr              $221.00

**01/06/06**  Review and revise discovery responses (1.2); telephone conference with Lil Ann Gray
regarding the same (0.5); review documents designated as privileged (0.4); telephone
conference with Harry Fishel regarding discovery responses (0.6).
C.E. MANNING                          2.70 hrs.    260.00/hr              $702.00

**01/08/06**  Review and revise discovery responses per conversation with Harry Fishel.
C.E. MANNING                          0.60 hrs.    260.00/hr              $156.00

**01/11/06**  Review correspondence from Lil Ann Gray (0.3); draft letter to Ms. Gray (0.3).
C.E. MANNING                          0.60 hrs.    260.00/hr              $156.00

**01/15/06**  Review Grace employee comments regarding discovery issues.
C.E. MANNING                          1.10 hrs.    260.00/hr              $286.00

**01/16/06**  Telephone conference with Harry Fishel regarding discovery issues (0.4); review discovery
document (0.5).
C.E. MANNING                          0.90 hrs.    260.00/hr              $234.00

**01/19/06**  Draft email summary of case status to Scott Whittier (0.7); review and analyze documents
regarding QMI engagement and quality of work (0.6).
C.E. MANNING                          1.30 hrs.    260.00/hr              $338.00

W. R. Grace & Co.

February 17, 2006
Invoice 728134  Page 2

01/26/06     Telephone conversation with Lil Ann Gray regarding settlement conference.
             C.E. MANNING                          0.20 hrs.    260.00/hr            $52.00

**Fees for Legal Services** ........................................................................................     **$4,043.00**

### BILLING SUMMARY

|                  | Hours | Rate/Hr | Dollars  |
|------------------|-------|---------|----------|
| C.E. MANNING     | 14.70 | 260.00  | 3,822.00 |
| L.P. DEWEY       | 1.70  | 130.00  | 221.00   |
| TOTAL            | 16.40 | 246.52  | 4,043.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

01/16/2006      Telephone 1-803-648-9575                                                    1.05
**Total Charges for Other Services Provided/Expenses Incurred** ...................................     **$1.05**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Telephone  | 1.05    |
| TOTAL      | $1.05   |

**Net current billing for this invoice** ...................................................................     **$4,044.05**

**GRAND TOTAL**.................................................................................................     **$4,044.05**

W. R. Grace & Co.

February 17, 2006
Invoice 728134  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/06

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | |
|---|---|
| Fees for Professional Services | $4,043.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.05 |

**Net current billing for this invoice** ................................................................ **$4,044.05**

**GRAND TOTAL**................................................................................................................ **$4,044.05**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#:**  061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:**  053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701