IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.,* [1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 11067 |
| | ) | 4/17/06 Agenda Item 10 |

**CERTIFICATION OF COUNSEL REGARDING ORDER EXTENDING
(i) DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A
CHAPTER 11 PLAN AND SOLICIT VOTES THEREON (ii) TERM OF THE PLAN
MEDIATOR AND (iii) MATTERS WITH RESPECT TO PI AND PD ESTIMATION**

The undersigned hereby certifies that:

1. Attached hereto please find the Order Extending (i) Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (ii) Term of the Plan Mediator and (iii) Matters with Respect to PI and PD Estimation (the "Order").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. The Order has been circulated to all committees and to the Future Claimants' Representative.

3. Accordingly, the Debtors respectfully request that the Court enter the Order attached hereto at its earliest convenience.

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042 )
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in
Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case no. 01-01139 (JKF) |
| ) | Jointly Administered |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Re: Docket No. 11067 |
| Debtors ) | 4/17/06 Agenda Item 10 |
| ) | |

## ORDER EXTENDING (i) DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON (ii) TERM OF THE PLAN MEDIATOR AND (iii) MATTERS WITH RESPECT TO PI AND PD ESTIMATION

Upon consideration of the Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to file a Chapter 11 Plan and to Solicit Votes Thereon (the "Motion") and matters related to the estimation of Asbestos Personal Injury Claims and Asbestos Property Damage Claims,

IT IS HEREBY ORDERED THAT:

1. The Debtors' exclusive filing and solicitation periods for a chapter 11 plan are extended through and including the Court's Omnibus Hearing on July 24, 2006, at which time the Debtors may request and be heard with respect to a further extension of such periods and any other party may be heard with respect to any objections to the Debtors' request without the need for the Debtor to file a further application for such extensions or any party filing further pleadings in response or opposition.

2. The appointment of Sam C. Pointer, Jr. as plan mediator in these cases ("Mediator") pursuant to sections 327 and 105 of the Bankruptcy Code and Bankruptcy Rule 9019, is extended through and including the Court's Omnibus Hearing on July 24, 2006.

K&E 10997078.3

3. The deadlines for certain matters related to estimation as outlined in the current Amended PI CMO (Docket No. 12151) and for the PD Claims as set forth in the Order at Docket No. 12150 are continued. Revised scheduling orders regarding the same shall be submitted to the Court by the Debtors on or before July 24, 2006. Further, by separate Order, the time for holders of Asbestos PI Pre-Petition Litigation Claims to complete the Questionnaire is extended to July 12, 2006.

4. The parties and the Mediator shall report to the Court on the status of the plan mediation at the May, June and July monthly Omnibus Hearings. In the event the Mediator at any time determines that continued plan mediation will not be productive, this fact shall immediately be reported by the Mediator to the Court, at which point the Court will issue an Order setting a prompt hearing to discuss the impact of such situation and the posture of the case going forward.

5. The Court shall retain jurisdiction to hear and determine all mattes arising from or related to this Order.


Dated: April ____, 2006


                                                    _____
                                                    The Honorable Judith K. Fitzgerald
                                                    United States Bankruptcy Judge

K&E 10997078.3