IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS AND TELEPHONE/FACSIMILE NUMBERS

Please be advised that the United States of America, by and through its undersigned

attorney, hereby gives notice of change in mailing address and telephone/facsimile numbers for

Jerel L. Ellington.  Effective from May 1, 2006, Jerel L. Ellington's contact information is:

> Jerel L. Ellington
> Senior Counsel
> U.S. Department of Justice
> Environment and Natural Resource Division
> Environmental Enforcement Section
> 1961 Stout Street - 8th Floor
> Denver, CO  80294
> Phone: (303) 844-1363
> Fax: (303) 844-1350
> Email: Jerry.L.Ellington@usdoj.gov

Dated: April 24, 2006

> /s/ Jerel L. Ellington
> Jerel L. Ellington
> Senior Counsel
> U.S. Department of Justice
> Environment and Natural Resource Division
> Environmental Enforcement Section
> 999 18th Street, Suite 945N
> Denver, CO  80202
> Phone: (303) 312-7321
> Fax: (303) 312-7331
> Email: Jerry.L.Ellington@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April 2006, the foregoing **NOTICE OF CHANGE OF ADDRESS AND TELEPHONE/FACSIMILE NUMBERS** was filed with the Court electronically and served upon the following in the manner indicated:

**Via U.S. Mail**
Janet S. Baer
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601

**Via U.S. Mail**
David W. Carickhoff, Jr.
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

/s/ Corrine A. Christen
Corrine A. Christen, CP
Paralegal Specialist
U.S. Department of Justice/ENRD/EES