# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 12048 and** |
| | ) | **4/17/06 Agenda Item No. 6** |

## ORDER GRANTING RELIEF SOUGHT IN DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

Upon the Sixteenth Omnibus Objection to Claims (Non-Substantive) (the "Sixteenth Omnibus Objection")[2] filed by the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain Claims; and no previous application having been made; and upon consideration of the matters set forth herein; and due and proper notice of the Sixteenth Omnibus Objection having been given, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Sixteenth Omnibus Objection.

- 2 -

ORDERED that, except as hereinafter stated, the relief sought in the Sixteenth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto;[3] and it is further

ORDERED that that the Objection to each of the Claims listed on Exhibit A to this Order is sustained, and each of the claims listed on Exhibit A under the heading "Claims To Be Expunged" is expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Claims listed on Exhibit B to this Order is sustained, and each of the claims listed on Exhibit B under the heading "Claims To Be Expunged" is expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each Claim listed on Exhibit C to this Order is sustained, and each of the claims listed on Exhibit C is expunged and disallowed for all purposes; and it is further

ORDERED that the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

---

[3] To the extent that any claim that is the subject of the Sixteenth Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

- 3 -

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: April 17, 2006

*/s/ J.K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: Monday, April 17, 2006

## In re: W.R. GRACE & CO., et al
## OMNIBUS 16 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN PRESIDENT LINES, LTD<br>1111 BROADWAY STREET<br>OAKLAND CA 94607<br>USA | 01-01139<br>W.R. GRACE & CO. | 17022 | $60,561.43 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 2 | LOS ANGELES COUNTY TREASURER &<br>TAX COLLE<br>225 NO. HILL STREET, ROOM 160<br>LOS ANGELES CA 90012<br>USA | 01-01139<br>W.R. GRACE & CO. | 17014 | $31,390.07 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 3 | PERNELL, ALICE<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17021 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 4 | PERNELL, ALICE<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17051 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 5 | PERNELL, ROBERT<br>DAVIS PUNELLI & KEATHLEY<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17030 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 6 | PERNELL, ROBERT<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17049 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 7 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139<br>W.R. GRACE & CO. | 15729 | BLANK | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 8 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139<br>W.R. GRACE & CO. | 15730 | BLANK | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 9 | SCHANTZ REVOCABLE FAMILY TRUST<br>JOHN R. SCHANTZ/JO ELLEN K.<br>SCHANTZ TRUSTEES<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17013 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority          (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 16 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 10 | SCHANTZ REVOCABLE FAMILY TRUST<br>JOHN R. SCHANTZ/JO ELLEN K.<br>SCHANTZ, TRUSTEES<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE  CA  92612 | 01-01139<br>W.R. GRACE & CO. | 17050 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 11 | SCHANTZ, MELVIN<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE  CA  92612 | 01-01139<br>W.R. GRACE & CO. | 17028 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 12 | SCHANTZ, MELVIN<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE  CA  92612 | 01-01139<br>W.R. GRACE & CO. | 17053 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 13 | SCHANTZ, MERRIAM<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE  CA  92612 | 01-01139<br>W.R. GRACE & CO. | 17029 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 14 | SCHANTZ, MERRIAM<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE  CA  92612 | 01-01139<br>W.R. GRACE & CO. | 17052 | $900,000.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority              (U) - Unsecured

# In re: W.R. GRACE & CO., et al

## OMNIBUS 16 - EXHIBIT B - SUSTAINED - AMENDED CLAIMS

| # | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007<br>USA | 01-01139<br>Relief Requested: EXPUNGE | 17017 | $321.26 | (A) | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007<br>USA | 01-01139 | 17018 | $427.40 | (A) |
| 2 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007 | 01-01140<br>Relief Requested: EXPUNGE | 15468 | $382.03 | (A) | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007<br>USA | 01-01139 | 17017 | $321.26 | (A) |
| 3 | FLORESVILLE ISD<br>C/O DAVID G AELVOET<br>LINEBARGER HEARD GOGGAN BLAIR<br>GRAHAM PENA & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | 01-01139<br>Relief Requested: EXPUNGE | 278 | $292.46 | (S) | FLORESVILLE ISD<br>C/O DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | 01-01139 | 17094 | $106.83 | (S) |
| 4 | HARRIS COUNTY / CITY OF HOUSTON<br>C/O JOHN P DILLMAN<br>LINEBARGER HEARD GOGGAN BLAIR ET AL<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139<br>Relief Requested: EXPUNGE | 415 | $14,862.13<br>UNKNOWN | (S)<br>(P) | HARRIS COUNTY/CITY OF HOUSTON<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139 | 15505 | $827.21 | (S) |
| 5 | INDUSTRIAL CONSTRUCTION INC<br>2929 S 18TH AVE SUITE D<br>BROADVIEW IL 60155-4757 | 01-01140<br>Relief Requested: EXPUNGE | 156 | $8,231.25 | (U) | SIERRA LIQUIDITY FUND<br>RE INDUSTRIAL CONSTRUCTION<br>2699 WHITE RD #255<br>IRVINE CA 92614<br>USA | 01-01139 | 15742 | $23,782.50 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
  (P) - Priority          (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 16 - EXHIBIT B - SUSTAINED - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 6 | STATE OF GEORGIA<br>DEPT OF REVENUE<br>PO BOX 38143<br>ATLANTA GA 30334 | 01-01140<br>Relief Requested: EXPUNGE | 584 | $58,170.73<br>$12,048.66 | (P)<br>(U) | STATE OF GEORGIA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 161108<br>ATLANTA GA 30321<br>USA | 01-01140 | 17048 | $65,198.00<br>$10,489.00 | (P)<br>(U) |
| 7 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139<br>Relief Requested: EXPUNGE | 15453 | $144,342.65 | (A) | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207<br>USA | 01-01139 | 17019 | $89,593.39 | (A) |
| 8 | WILSON COUNTY<br>C/O DAVID G AELVOET<br>LINEBARGER HEARD GOGGAN BLAIR<br>GRAHAM PENA & SAMPSON LLP<br>711 NAVARRO #300<br>SAN ANTONIO TX 78205 | 01-01139<br>Relief Requested: EXPUNGE | 276 | $127.62 | (S) | WILSON COUNTY<br>C/O DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO TX 78205 | 01-01139 | 17026 | $42.55 | (S) |
| 9 | WISCONSIN DEPT OF REVENUE<br>2135 RIMROCK RD<br>MADISON WI 53713 | 01-01139<br>Relief Requested: EXPUNGE | 1715 | $4,828,634.28<br>$12,157,630.78 | (P)<br>(U) | WISCONSIN DEPT OF REVENUE<br>2135 RIMROCK RD<br>MADISON WI 53713<br>USA | 01-01140 | 17603 | $1,794,231.00 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative       (S) - Secured
  (P) - Priority             (U) - Unsecured

Hearing Date: Monday, April 17, 2006

## In re: W.R. GRACE & CO., et al

### OMNIBUS 16 - EXHIBIT C - SUSTAINED - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | HARRIS COUNTY/CITY OF HOUSTON<br>C/O JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139<br>Relief Requested: EXPUNGE | 17024 | $827.21 | (S) | HARRIS COUNTY/CITY OF HOUSTON<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139 | 15505 | $827.21 | (S) |
| 2 | HOUSTON ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139<br>Relief Requested: EXPUNGE | 17025 | $7,135.70 | (S) | HOUSTON ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139 | 15504 | $7,135.70 | (S) |
| 3 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139<br>Relief Requested: EXPUNGE | 15730 | BLANK | (U) | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139 | 15729 | BLANK | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative       (S) - Secured
(P) - Priority                    (U) - Unsecured