## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date:  June 2, 2006 at 4:00 p.m. |
| | ) | Hearing Date: June 19, 2006 at 12:00 p.m. |

## SEVENTH QUARTERLY INTERIM FEE APPLICATION OF CIBC WORLD MARKETS CORP., AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | As of June 4, 2004 (pursuant to this Court's Order entered September 27, 2004)[1] |
| Period for which compensation and reimbursement is sought: | October 1, 2005 – December 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary: | $75,000.00[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $477.63 |

This is a ____ monthly          _x_ interim          ____ final application

---

[1] On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC

[2] On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC World Markets Corp  Pursuant to such extension, CIBC is to be paid a monthly fee of $100,00.00  However, upon review of the level of activity during the period covered by this application, CIBC World Markets Corp  informed the FCR that it intended to reduce its monthly fee for the period covered by this application to $25,000 00

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

October 1, 2005 – December 31, 2005

| Project Category | Total Hours | Total Fees[3] |
|---|---|---|
| Business Operations / Business Results Related | 57.25 | NA |
| Financial Analysis / Financial Review | 152.75 | NA |
| Hearing Attendance | 25.50 | NA |
| **TOTAL** | **235.50** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

October 1, 2005 – December 31, 2005

| Expense Category | Total |
|---|---|
| Transportation | $51.32 |
| Telephone | 38.01 |
| Research | 263.33 |
| Printing & Production | 124.97 |
| **TOTAL** | **$477.63** |

---

[3] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable