# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 10/3/2005 | 0.8 | Financial Review | Industry and competitor research (Review of Valspar S-4 SEC filing); internal CIBC meeting re: various case topics |
| Joseph Radecki | 10/3/2005 | 1.0 | Financial Review | Internal discussions re: financial info and deal issues |
| Jonathan Brownstein | 10/6/2005 | 2.0 | Financial Review | Industry and competitor research (RPM International Inc. earnings release) |
| Ritwik Chatterjee | 10/6/2005 | 2.5 | Financial Review | Review RPM Int. Inc. quarterly financial release |
| Geoffrey Zbikowski | 10/7/2005 | 4.0 | Business Operations | RPM Inc. earnings release and perform various related financial analysis; Woburn lease motion |
| Jonathan Brownstein | 10/7/2005 | 1.5 | Business Operations | Review of Woburn lease motion |
| Joseph Radecki | 10/7/2005 | 1.0 | Business Operations | Information received and reviewed regarding lease motion |
| Ritwik Chatterjee | 10/7/2005 | 1.5 | Business Operations | Review of Woburn lease motion |
| Ritwik Chatterjee | 10/10/2005 | 0.5 | Business Operations | Further review of Woburn lease motion |
| Geoffrey Zbikowski | 10/11/2005 | 0.8 | Financial Review | Various financial and industry analysis |
| Geoffrey Zbikowski | 10/12/2005 | 2.0 | Financial Review | Various financial and industry analysis |
| Jonathan Brownstein | 10/12/2005 | 2.0 | Financial Review | Financial analysis of industry/competitors |
| Joseph Radecki | 10/12/2005 | 1.8 | Financial Review | Review various financial analysis of regarding chemicals industry and economy |
| Ritwik Chatterjee | 10/14/2005 | 1.3 | Financial Review | Financial analysis of industry/competitors |
| Jonathan Brownstein | 10/19/2005 | 2.8 | Financial Review | Industry and competitor research (RPM Bond offering information) |
| Geoffrey Zbikowski | 10/20/2005 | 3.3 | Financial Review | Review Rohm & Haas earnings information and perform various related financial analysis |
| Jonathan Brownstein | 10/20/2005 | 1.8 | Financial Review | Industry and competitor research (Rohm & Haas Co. earnings release) |
| Joseph Radecki | 10/20/2005 | 1.3 | Financial Review | Receive and review earnings information of comparable company (Rohm & Haas) |
| Ritwik Chatterjee | 10/20/2005 | 4.3 | Financial Review | Review Rohm & Haas quarterly earnings release; review RPM Corp. debt offering docs |
| Geoffrey Zbikowski | 10/21/2005 | 0.5 | Financial Review | Various financial and industry analysis |
| Jonathan Brownstein | 10/24/2005 | 2.0 | Hearing Attendance | Hearing Attendance |
| Joseph Radecki | 10/24/2005 | 2.0 | Hearing Attendance | Hearing Attendance |
| Geoffrey Zbikowski | 10/25/2005 | 2.5 | Financial Review | Review Engelhard Co.'s earnings information and perform various related financial analysis |
| Jonathan Brownstein | 10/25/2005 | 2.0 | Financial Review | Industry and competitor research (Engelhard Corp. earnings release) |
| Joseph Radecki | 10/25/2005 | 2.0 | Financial Review | Receive and review earnings information of comparable company (Engelhard) |
| Ritwik Chatterjee | 10/25/2005 | 2.5 | Financial Review | Review Engelhard quarterly financials release |
| Geoffrey Zbikowski | 10/26/2005 | 3.5 | Financial Review | CIBC meeting re: various chemicals competitors etc |
| Jonathan Brownstein | 10/26/2005 | 3.5 | Financial Review | Review financial analysis of competitive landscape; internal CIBC meeting re: same |
| Joseph Radecki | 10/26/2005 | 1.0 | Financial Review | Review financial analysis on competitors and industry; CIBC discussion re: same topic |
| Ritwik Chatterjee | 10/26/2005 | 4.0 | Financial Review | Financial analysis of industry/competitors; CIBC team discussion |
| Geoffrey Zbikowski | 10/27/2005 | 1.3 | Financial Review | Various financial and industry analysis |
| Geoffrey Zbikowski | 10/31/2005 | 4.5 | Financial Review | Review WR Grace's Q3 earnings information; perform various related financial analysis |
| Jonathan Brownstein | 10/31/2005 | 3.3 | Financial Review | Review of Grace Q3 financial results; related financial analysis |
| Joseph Radecki | 10/31/2005 | 2.3 | Financial Review | Receive and review Grace's third quarterly financial results |
| Ritwik Chatterjee | 10/31/2005 | 3.3 | Financial Review | Review of Company's quarterly financial condition; analysis of the same |
| Geoffrey Zbikowski | 11/1/2005 | 2.0 | Financial Review | Financial analysis |
| Geoffrey Zbikowski | 11/2/2005 | 4.0 | Financial Review | Financial analysis |
| Ritwik Chatterjee | 11/3/2005 | 2.3 | Financial Review | Various financial analysis relating to market conditions |
| Ritwik Chatterjee | 11/4/2005 | 2.8 | Financial Review | Various financial analysis relating to market conditions |
| Geoffrey Zbikowski | 11/10/2005 | 4.5 | Financial Review | Quarterly financial report review |
| Jonathan Brownstein | 11/10/2005 | 4.5 | Financial Review | Received Q3 financial packet; and monthly operating report; review and analysis of both; discussions re: same |
| Joseph Radecki | 11/10/2005 | 2.5 | Financial Review | Review of third quarterly financial materials; CIBC team meeting |
| Ritwik Chatterjee | 11/10/2005 | 5.0 | Financial Review | Review and analysis of quarterly and monthly financial report |
| Ritwik Chatterjee | 11/11/2005 | 4.0 | Financial Review | Review and analysis of quarterly and monthly financial report |
| Geoffrey Zbikowski | 11/14/2005 | 2.0 | Financial Review | Quarterly financial report review / analyze |
| Jonathan Brownstein | 11/14/2005 | 1.0 | Hearing Attendance | Attend hearing telephonically |
| Joseph Radecki | 11/14/2005 | 1.0 | Hearing Attendance | Attend hearing telephonically |
| Ritwik Chatterjee | 11/14/2005 | 1.8 | Financial Review | Various financial analysis relating to market conditions |
| Geoffrey Zbikowski | 11/15/2005 | 2.8 | Financial Review | Quarterly financial report review / analyze |
| Jonathan Brownstein | 11/17/2005 | 1.8 | Financial Review | Review of market conditions; related analysis |
| Jonathan Brownstein | 11/18/2005 | 1.0 | Financial Review | Conference call re: Q3 results |
| Joseph Radecki | 11/18/2005 | 1.0 | Financial Review | Quarterly financial conference call; affidavit drafting |
| Ritwik Chatterjee | 11/18/2005 | 1.0 | Financial Review | Conference call on quarterly results |
| Geoffrey Zbikowski | 11/21/2005 | 2.0 | Financial Review | Analysis relating to affidavit on exclusivity |
| Ritwik Chatterjee | 11/21/2005 | 3.0 | Financial Review | Financial analysis relating to affidavit |
| Geoffrey Zbikowski | 11/22/2005 | 4.0 | Financial Review | Analysis relating to affidavit on exclusivity; review Ludox emails |
| Jonathan Brownstein | 11/22/2005 | 3.5 | Business Operations | Review of materials on Ludox royalty obligation issues |
| Joseph Radecki | 11/22/2005 | 2.3 | Business Operations | Review of Ludox royalty issues; related documents |
| Ritwik Chatterjee | 11/22/2005 | 2.3 | Business Operations | Document review re: Ludox issues; assist in exclusivity affidavit |
| Geoffrey Zbikowski | 11/23/2005 | 3.3 | Business Operations | Continuation of Ludox review; related internal discussions |
| Jonathan Brownstein | 11/23/2005 | 2.3 | Business Operations | Assist in affidavit re: exclusivity |
| Joseph Radecki | 11/23/2005 | 2.0 | Business Operations | Draft affidavit re: exclusivity |
| Ritwik Chatterjee | 11/23/2005 | 3.3 | Business Operations | Document review re: Ludox issues; meeting with CIBC team re: same |
| Joseph Radecki | 11/28/2005 | 1.8 | Business Operations | Draft affidavit re: exclusivity; review related financial analysis |
| Jonathan Brownstein | 11/29/2005 | 1.8 | Business Operations | Assist in affidavit re: exclusivity |
| Joseph Radecki | 11/29/2005 | 2.0 | Business Operations | Draft affidavit re: exclusivity |
| Ritwik Chatterjee | 11/29/2005 | 1.8 | Financial Review | Financial analysis relating to affidavit |
| Jonathan Brownstein | 11/30/2005 | 1.0 | Business Operations | Assist in affidavit re: exclusivity |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 11/30/2005 | 1.8 | Business Operations | Draft affidavit re: exclusivity |
| Geoffrey Zbikowski | 12/1/2005 | 3.8 | Financial review | Perform financial analysis on markets |
| Geoffrey Zbikowski | 12/2/2005 | 3.5 | Business Operations | Monthly results packet |
| Jonathan Brownstein | 12/2/2005 | 3.3 | Business Operations | Review monthly financial packet; Review case docket documents |
| Ritwik Chatterjee | 12/2/2005 | 4.0 | Business Operations | Review case docket docs and Company's results packet |
| Geoffrey Zbikowski | 12/5/2005 | 2.0 | Financial review | Financial analysis Company and industry |
| Jonathan Brownstein | 12/5/2005 | 1.8 | Financial review | Review various financial analysis and industry data |
| Joseph Radecki | 12/5/2005 | 1.8 | Business Operations | Review financial update for the month |
| Ritwik Chatterjee | 12/5/2005 | 3.8 | Financial review | Perform financial analysis on markets |
| Jonathan Brownstein | 12/7/2005 | 2.0 | Business Operations | Review motion to extend exclusivity |
| Joseph Radecki | 12/7/2005 | 2.0 | Business Operations | Review exclusivity motion |
| Ritwik Chatterjee | 12/7/2005 | 1.3 | Business Operations | Review motion to extend exclusivity |
| Geoffrey Zbikowski | 12/9/2005 | 4.0 | Financial review | Financial analysis Company and industry |
| Ritwik Chatterjee | 12/9/2005 | 3.5 | Financial review | Perform various financial analysis |
| Ritwik Chatterjee | 12/12/2005 | 4.0 | Financial review | Perform various financial analysis |
| Jonathan Brownstein | 12/13/2005 | 1.0 | Financial review | Review various financial analysis and industry data |
| Jonathan Brownstein | 12/14/2005 | 2.3 | Financial review | Review various financial analysis and industry data |
| Joseph Radecki | 12/14/2005 | 1.8 | Financial review | Industry and market information review |
| Geoffrey Zbikowski | 12/20/2005 | 0.8 | Business Operations | Internal discussions re case |
| Jonathan Brownstein | 12/20/2005 | 1.0 | Business Operations | Internal discussions re case |
| Joseph Radecki | 12/20/2005 | 1.3 | Business Operations | Internal discussions re case; review financial analysis |
| Ritwik Chatterjee | 12/20/2005 | 1.0 | Business Operations | Internal discussions re case |
| Jonathan Brownstein | 12/21/2005 | 4.8 | Hearing attendance | Hearing attendance via telephone |
| Joseph Radecki | 12/21/2005 | 14.8 | Hearing attendance | Hearing attendance (incl travel time) |
| Geoffrey Zbikowski | 12/22/2005 | 5.8 | Financial review | Financial analysis Company and industry |
| Ritwik Chatterjee | 12/22/2005 | 2.5 | Financial review | Perform financial analysis on markets |