# EXHIBIT B

## W.R. Grace & Co.
## CIBC Expense Detail Report (October 1, 2005 – December 31, 2005)
## (with date expense was posted)

Transportation

| | | |
|---|---|---|
| Joseph Radecki – Transportation to Hearing | 10/12/05 | $47.07 |
| Joseph Radecki – Parking at Hearing | 10/12/05 | 4.25 |

Telephone
| | | |
|---|---|---|
| Joe Radecki | 10/12/05 | 38.01 |

Research
| | | |
|---|---|---|
| Standard & Poor's | 11/04/05 | 9.20 |
| Standard & Poor's | 11/07/05 | 96.00 |
| Standard & Poor's | 12/08/05 | 158.13 |

Printing/Desktop Publishing
| | | |
|---|---|---|
| Geoff Zbikowski | 11/10/05 | 124.97 |

**TOTAL EXPENSES:**                                                                   $477.63