**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**ORDER GRANTING SEVENTH QUARTERLY INTERIM APPLICATION OF
CIBC WORLD MARKETS CORP. FOR COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES FOR
OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005**

CIBC World Markets Corp. ("CIBC"), as financial advisor to the captioned debtors and

debtors-in-possession (the "Debtors"), filed its Seventh Quarterly Interim Application for

allowance of compensation and reimbursement of expenses for October 1, 2005 through

December 31, 2005 (the "Seventh Quarterly Application"). The Court has reviewed the Seventh

Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28

U.S.C. Sections 157 and 1334; and (b) notice of the Seventh Quarterly Application, and any

hearing on the Seventh Quarterly Application, was adequate under the circumstances; and (c) all

persons with standing have been afforded the opportunity to be heard on the Seventh Quarterly

Application. Accordingly, it is hereby ORDERED that the Seventh Quarterly Application of

CIBC is GRANTED on an interim basis. The Debtors shall pay to CIBC the sum of $75,000.00

as compensation and $477.63 as reimbursement for expenses for a total of $75,477.63 for

services rendered and disbursements incurred by CIBC for the period October 1, 2005 through

December 31, 2005, less any amounts which may have been previously paid in connection with

the monthly fee applications.

_____
United States Bankruptcy Judge

Dated: _____, 2006