IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 139329 vl
2850487-000001  11/15/2005

**EXHIBIT B**

## OCTOBER 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 10/3 | 1.5 | Work with Lee Rawls and other Senate staff regarding pension bill and Libby, MT Health Care Plan |
| 10/4 | 1.5 | Work with Lee Rawls and other Senate staff regarding pension bill and Libby, MT Health Care Plan |
| 10/11 | 2 | Follow pension bill and asbestos hearing in Senate Judiciary Committee |
| 10/12 | 2 | Monitor activities regarding potential floor consideration of asbestos legislation |
| 10/13 | 2 | Monitor activities regarding potential floor consideration of asbestos legislation |
| 10/18 | 2 | Monitor activities regarding potential floor consideration of asbestos legislation |
| 10/19 | 2 | Monitor activities regarding potential floor consideration of asbestos legislation |
| 10/20 | 2 | Monitor activities regarding potential floor consideration of asbestos legislation |
| 10/25 | 6 | Spend time with Montana Congressional representatives regarding communications between the Libby Health Care Plan and recipients of that plan |
| 10/26 | 1.5 | Monitor activities regarding potential floor consideration of asbestos legislation |

## EXPENSES ITEMIZED AND SUMMARIZED FOR OCTOBER 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 10/31/2005**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 10/04/05 | $14.23 |
| **Itemized Totals** | | **$14.23** |

| **Summarized:** | **Amount** |
|---|---|
| Long Distance Charge | $14.23 |
| **Summarized Totals** | **$14.23** |

W JDR 139329 v1
2850487-000001 11/15/2005