IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 139484 v1
2850487-000001 12/09/2005

**EXHIBIT
B**

# NOVEMBER 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 11/1 | 3 | Work on getting details of legislation, particularly the status of holds by Senators Mikulski and DeWine |
| 11/2 | 2 | Work on getting details of legislation, particularly the status of holds by Senators Mikulski and DeWine |
| 11/8 | 2 | Follow Senate Judiciary Committee activities regarding hearings on potential list of liabilities and contributions to the fund by companies that would be covered by the legislation |
| 11/9 | 2 | Follow Senate Judiciary Committee activities regarding hearings on potential list of liabilities and contributions to the fund by companies that would be covered by the legislation |
| 11/10 | 2 | Follow Senate Judiciary Committee activities regarding hearings on potential list of liabilities and contributions to the fund by companies that would be covered by the legislation |
| 11/15 | 1 | Telephone conference with Mr. Corcoran regarding the Mikulski/DeWine hold on the pension bill |
| 11/16 | 3 | Follow pension reform legislation, particularly issued raised by Senators Mikulski and DeWine |
| 11/21 | 4 | Follow pension reform legislation, particularly issued raised by Senators Mikulski and DeWine |
| 11/22 | 4 | Luncheon meeting with Mr. Corcoran to discuss strategies on various Grace issues. Attend Asbestos Coalition meeting |
| 11/23 | 2 | Review contact lists and develop recommendations pursuant to a request from Asbestos Coalition meeting |
| 11/28 | 2 | Monitor any development with Senate leadership's consideration on the timing of Senate action on the asbestos legislation |
| 11/29 | 2 | Monitor any development with Senate leadership's consideration on the timing of Senate action on the asbestos legislation |

## EXPENSES ITEMIZED AND SUMMARIZED FOR NOVEMBER 2005
### W.R. Grace Expenses
### Client # 2850487-000001
### Itemized and summarized through 11/30/2005

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 09/28/05 | $0.35 |
| Long Distance Charge | 09/28/05 | $0.35 |
| Long Distance Charge | 09/28/05 | $1.05 |
| Long Distance Charge | 10/03/05 | $3.15 |
| Long Distance Charge | 10/03/05 | $3.50 |
| Long Distance Charge | 10/04/05 | $0.35 |
| Long Distance Charge | 10/05/05 | $0.35 |
| Long Distance Charge | 10/12/05 | $1.75 |
| Long Distance Charge | 10/12/05 | $1.40 |
| Long Distance Expense | 11/08/05 | $20.00 |
| Long Distance Charge | 11/15/05 | $0.35 |
| Long Distance Charge | 11/15/05 | $1.40 |
| Shipping Expense | 11/16/05 | $28.20 |
| Long Distance Charge | 11/28/05 | $2.45 |
| **Itemized Totals** | | **$64.65** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $16.45 |
| Long Distance Expense | $20.00 |
| Shipping Expense | $28.20 |
| **Summarized Totals** | **$64.65** |

W JDR 139484 v1
2850487-000001  12/09/2005