IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: May 17, 2006 at 4:00 p.m. |

# FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Scott Whittier  
7500 Grace Drive  
Columbia, MD  21044

April 12, 2006  
Invoice 736561  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/01527 | For Services Through 03/31/06 |
| Docket No. | 2005-CP-02-879 | |
| Name of Matter: | Quality Maintenance, Inc. | |

| | | | | |
|---|---|---|---|---|
| 03/06/06 | Review supplemental document production (0.2); draft letter to Lil Ann Gray regarding the same (0.2). | | | |
| | C.E. MANNING | 0.40 hrs. | 260.00/hr | $104.00 |
| 03/29/06 | Review and analyze additional discovery responses received from Lil Ann Gray (0.5); draft e-mail to Harry Finke and Scott Whittier regarding additional discovery (0.3). | | | |
| | C.E. MANNING | 0.80 hrs. | 260.00/hr | $208.00 |
| 03/30/06 | Teleconference with Harry Fishel and Danny Mathis regarding recent discovery issues (1.2); review recent discovery materials (1.6); prepare for conference with Lil Ann Gray (1.2). | | | |
| | C.E. MANNING | 4.00 hrs. | 260.00/hr | $1,040.00 |
| 03/31/06 | Review documents and correspondence in preparation for settlement conference with Lil Ann Gray. | | | |
| | C.E. MANNING | 2.10 hrs. | 260.00/hr | $546.00 |

**Fees for Legal Services** ........................................................................................... **$1,898.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C.E. MANNING | 7.30 | 260.00 | 1,898.00 |
| TOTAL | 7.30 | 260.00 | 1,898.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/21/2006 | Telephone 1-803-648-9575 | 0.05 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$0.05** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.05 |
| TOTAL | $0.05 |

W. R. Grace & Co.

April 12, 2006
Invoice 736561  Page 2

**Net current billing for this invoice**........................................................................... **$1,898.05**

**GRAND TOTAL**................................................................................................................ **$1,898.05**

W. R. Grace & Co.

April 12, 2006
Invoice 736561  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/06

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | |
|---|---|
| Fees for Professional Services | $1,898.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.05 |

Net current billing for this invoice .................................................................... $1,898.05

**GRAND TOTAL**.................................................................................................... $1,898.05

Terms of Payment: Balance due within thirty days of invoice date

### WIRING INSTRUCTIONS
CB&T
ABA#: 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
ABA#: 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co. April 11, 2006
ATTN: Lydia Duff, Esq. Invoice 735525  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 03/31/06 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

03/20/06   Review suggested changes from Mr. English and forward same to Ms. Duff with comments.
           R.T. CARLISLE                        0.20 hrs.    270.00/hr              $54.00


**Fees for Legal Services** ............................................................................................. **$54.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.20 | 270.00 | 54.00 |
| TOTAL | 0.20 | $270.00 | $54.00 |

**Net current billing for this invoice** ............................................................................. **$54.00**

**GRAND TOTAL**................................................................................................................ **$54.00**

W. R. Grace & Co.
April 11, 2006
Invoice 735525  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/06

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $54.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$54.00** |
| **GRAND TOTAL** | **$54.00** |

**Terms of Payment: Balance due within thirty days of invoice date**

### WIRING INSTRUCTIONS
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 7, 2006
Invoice 735526  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 03/31/06 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/01/06 | Follow up with Ms. Socha and with Mr. Ridgell on revisions to permit, timing.<br>N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |
| 03/08/06 | Discussion with Mr. Bucens regarding site management issues (0.3); initial review of materials regarding same (0.8); review research assignment with Attorney Carlisle (0.4)<br>B.F. HAWKINS, JR. | 1.50 hrs. | 310.00/hr | $465.00 |
| 03/08/06 | Confer with Attorney Hawkins regarding site management issue and potential requirements (0.1); electronic mail memorandum to Attorney Smith regarding same (0.1); review photographs forwarded by client and forward same to Attorney Smith (0.1); confer with Attorney Taylor regarding research into DHEC requirements (0.1); confer with Attorney Taylor regarding the results of his research (0.5); confer with Attorneys Hawkins and Smith regarding same and regarding approaches to issue (0.8); confer with Attorney Taylor regarding obtaining examples of EPA's actions with respect to issue (0.1).<br>R.T. CARLISLE | 1.80 hrs. | 270.00/hr | $486.00 |
| 03/08/06 | Research regarding site management requirements.<br>S.K. TAYLOR | 5.60 hrs. | 245.00/hr | $1,372.00 |
| 03/09/06 | Review various messages regarding site developments (0.1); telephone conference with Mr. Ridgell and then Mr. Joyner regarding water quality certification issue (0.4).<br>N.J. SMITH | 0.50 hrs. | 310.00/hr | $155.00 |
| 03/09/06 | Follow-up on site mangement issue.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 310.00/hr | $93.00 |
| 03/09/06 | Review EPA policies and guidance documents on site management question.<br>S.K. TAYLOR | 2.30 hrs. | 245.00/hr | $563.50 |
| 03/10/06 | Follow-up on site management issue and forward information to Attorney Smith.<br>B.F. HAWKINS, JR. | 0.40 hrs. | 310.00/hr | $124.00 |
| 03/16/06 | Review RMT response to DHEC comments.<br>N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |
| 03/17/06 | Telephone conference with Mr. Joyner regarding final correction of permit conditions (0.1); prepare correspondence to Mr. Ridgell requesting completion of corrections (0.1).<br>N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |
| 03/19/06 | Review message from Mr. Bucens and reply with portion of regulation, brief analysis. | | | |

W. R. Grace & Co.

April 7, 2006
Invoice 735526  Page 2

| | | | |
|---|---|---|---|
| | N.J. SMITH | 0.30 hrs.   310.00/hr | $93.00 |

03/24/06  Telephone conference with Mr. Ridgell regarding deed restriction issue (0.2); telephone conference with Ms. Socha regarding status of Corps permit, confirm it has already been corrected and conforms to state permit, contact Mr. Joyner regarding pick up of permit when corrected (0.2).
   N.J. SMITH                                  0.40 hrs.   310.00/hr         $124.00

03/29/06  Telephone conference with Mr. Bucens regarding Site management issue, including brief review of regulations.
   N.J. SMITH                                  0.30 hrs.   310.00/hr         $93.00

**Fees for Legal Services** .................................................................................... **$3,754.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.10 | 310.00 | 651.00 |
| B.F. HAWKINS, JR. | 2.20 | 310.00 | 682.00 |
| R.T. CARLISLE | 1.80 | 270.00 | 486.00 |
| S.K. TAYLOR | 7.90 | 245.00 | 1,935.50 |
| TOTAL | 14.00 | $268.18 | $3,754.50 |

**Net current billing for this invoice** ................................................................. $3,754.50

**GRAND TOTAL**............................................................................................. $3,754.50

W. R. Grace & Co.

April 7, 2006
Invoice 735526  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 03/31/06

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $3,754.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| Net current billing for this invoice | $3,754.50 |
| **GRAND TOTAL** | **$3,754.50** |

**Terms of Payment:  Balance due within thirty days of invoice date**

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

April 7, 2006  
Invoice 735527   Page  1

Our Matter #              02399/06091                           For Services Through 03/31/06  
Name of Matter:           Fee Applications

| Date | Description | Amount |
|---|---|---|
| 03/09/06 | Follow up on status of November fee application with debtor's bankruptcy counsel.<br>B.J. BURN                           0.10 hrs.     230.00/hr | $23.00 |
| 03/10/06 | Review and analyze bills for January 2006 and draft fee application regarding same.<br>A.R. PRICE                          3.20 hrs.     115.00/hr | $368.00 |
| 03/14/06 | Review email from auditor regarding fee spreadsheet reports.<br>B.J. BURN                           0.10 hrs.     230.00/hr | $23.00 |

**Fees for Legal Services** .......................................................................................... **$414.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.20 | 230.00 | 46.00 |
| A.R. PRICE | 3.20 | 115.00 | 368.00 |
| TOTAL | 3.40 | 121.76 | 414.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/17/2006 | Federal Express charge | 11.88 |
|---|---|---|

Total Charges for Other Services Provided/Expenses Incurred ...................................... **$11.88**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 11.88 |
| TOTAL | $11.88 |

**Net current billing for this invoice** ................................................................................ **$425.88**

**GRAND TOTAL**............................................................................................................. **$425.88**

W. R. Grace & Co.

April 7, 2006
Invoice 735527  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $414.00 |
| Charges for Other Services Provided/Expenses Incurred | $11.88 |

**Net current billing for this invoice** .................................................................... **$425.88**

**GRAND TOTAL** ................................................................................................ **$425.88**

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
ABA#: 061100606
Beneficiary Bank: National Bank of South Carolina (NBSC), Sumter, SC
ABA#: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, L.L.P.
Beneficiary Account Name: Columbia Operating Account
Beneficiary Account Number: 00322407701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

7

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.       The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

*[signature]*
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this 21 day of April, 2006

*[signature]* (L.S.)
Notary Public for South Carolina
My Commission Expires: 9/3/09

8