# EXHIBIT A

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

December 19, 2005
Client/Matter # 01246-011548
Invoice # ******
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/05/05 | P. Marks | 7.00 | Prepare allocation paper. |
| 10/10/05 | P. Marks | 4.00 | Attempt to reach S. Platt; identify items to discuss with same; edit allocation memorandum. |
| 10/12/05 | K. Bourdeau | 0.25 | Review email from P. Marks re Grace legal arguments. |
| 10/12/05 | P. Marks | 4.00 | Telephone conference with L. Duff re strategy with Corps; attempt to reach J. Freeman (DOJ); work on allocation memorandum. |
| 10/14/05 | P. Marks | 4.25 | Prepare revised allocation paper. |
| 10/17/05 | P. Marks | 0.75 | Telephone conference with J. Freeman re negotiation issues; email to client re same. |
| 10/18/05 | P. Marks | 2.00 | Telephone conference with S. Platt re negotiation process and update on FOIA, document sharing and other issues; evaluate same; telephone conference with client re case. |
| 10/19/05 | P. Marks | 3.00 | Communications with L. Duff; research re same; work on allocation paper. |

BEVERIDGE & DIAMOND, P.C.                                         INVOICE #   ******
                                                                  December 19, 2005
                                                                  PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/21/05 | P. Marks | 5.00 | Prepare allocation memorandum; prepare memorandum re action items. |
| 10/26/05 | K. Bourdeau | 0.25 | Review of P. Marks' memorandum re recent development/action items. |
| 10/26/05 | P. Marks | 1.50 | Telephone conference with S. Platt re status of issues; prepare update to client re same; review legal developments. |
| 10/28/05 | P. Marks | 5.00 | Review and organize email correspondence; prepare allocation paper. |
| 10/31/05 | P. Marks | 4.25 | Prepare allocation paper. |

                                              Total Hours :            41.25

                                              Total Fees  :       $13,486.25

BEVERIDGE & DIAMOND, P.C.

INVOICE # ******
December 19, 2005
PAGE   3

## Disbursements:

| | |
|---|---:|
| Long Distance Telephone | 103.80 |
| Duplicating | 63.15 |
| Travel Expenses | 72.72 |
| Lexis/Westlaw Research | 20.87 |
| Local Transportation | 34.14 |
| Express Delivery - VENDOR:FEDERAL EXPRESS - Inv. # 559297051 dated 9/20/05 | 15.35 |
| Local Transportation - VENDOR:WENHUA SHI - Check # 77389 dated 8/11/05 for petty cash replenishment for KSB mileage to/from 7500 Grace Dr. on 8/01/05 | 26.99 |

Total Disbursements :                               $ 337.02

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 0.50 | $485.00 | $ 242.50 |
| P. Marks | 40.75 | $325.00 | $13,243.75 |

Total Fees :           $13,486.25

Total Disbursements :  $ 337.02

TOTAL DUE :            $13,823.27