# EXHIBIT B

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

January 23, 2006
Client/Matter #  01246-011548
Invoice # 108628
Federal ID# 52-1247549


For Legal Services Rendered Through 12/31/05 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                              SUITE 700
                              1350 I STREET, N.W.
                              WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/01/05 | P. Marks | 6.75 | Prepare white paper for negotiations by updating several sections and checking law and documents re same. |
| 11/02/05 | K. Bourdeau | 0.50 | Research re U.S. briefing on relevant issues. |
| 11/02/05 | P. Marks | 6.25 | Prepare white paper for negotiations, continuing to revise and check law and documents; email exchange with S. Platt; telephone conference with L. Duff re strategy and tasks; telephone conference with S. Platt and J. Freeman re Corps process for negotiating allocation and re potential meeting; client email re same. |
| 11/03/05 | P. Marks | 0.75 | Email exchange re negotiations and scheduling. |
| 11/04/05 | K. Bourdeau | 0.50 | Further research re US briefings on relevant issues; email exchange with P. Marks re same. |
| 11/04/05 | P. Marks | 3.50 | Review research materials and perform additional research; email exchange with K. Bourdeau re research. |
| 11/07/05 | P. Marks | 3.25 | Coordinate research and analysis of legal issues; direct staff re research. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  108628
January 23, 2006
PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/07/05 | L. Grimm | 1.00 | Research per P. Marks' direction. |
| 11/08/05 | K. Bourdeau | 0.25 | Email exchange with P. Marks re research. |
| 11/08/05 | P. Marks | 4.00 | Research and legal analysis. |
| 11/09/05 | P. Marks | 4.50 | Research and analysis of legal issues; telephone conference with L. Duff re same. |
| 11/10/05 | K. Bourdeau | 0.75 | Research and analysis of case law. |
| 11/10/05 | P. Marks | 6.00 | Research and analysis. |
| 11/11/05 | K. Bourdeau | 1.00 | Legal research and analysis; prepare email to P. Marks re legal issues. |
| 11/11/05 | P. Marks | 4.25 | Prepare allocation memorandum. |
| 11/14/05 | K. Bourdeau | 2.75 | Legal research and analysis; conference with P. Marks re same. |
| 11/14/05 | P. Marks | 3.75 | Prepare allocation memorandum and prepare for meeting with DOJ and Corps; conference with K. Bourdeau. |
| 11/15/05 | K. Bourdeau | 2.75 | Further review of case law; conference with P. Marks re edits to response allocation white paper;  further research; email exchange with P. Marks re same. |
| 11/15/05 | P. Marks | 6.50 | Research and prepare Grace positions on legal issues; telephone conference with client re strategy; communications with S. Platt and J. Freeman re agenda for meeting; email exchange and telephone conference with K. Bourdeau. |
| 11/16/05 | K. Bourdeau | 3.00 | Legal research and analysis; conference with S. Jawetz re same; prepare email to P. Marks re same; review P. Marks memo; prepare email to P. Marks re same; evaluate legal issues. |
| 11/16/05 | S. Jawetz | 0.25 | Conference with K. Bourdeau re legal analysis. |
| 11/16/05 | P. Marks | 5.00 | Communications with L. Duff and K. Bourdeau re legal issues and strategy; prepare memorandum re same. |
| 11/17/05 | K. Bourdeau | 3.00 | Prepare draft allocation paper. |
| 11/17/05 | P. Marks | 3.50 | Prepare for meeting with DOJ and Corps; research on legal issue. |

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #  108628
                                                                   January 23, 2006
                                                                   PAGE   3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/18/05 | P. Marks | 4.50 | Client email exchange; attend meeting in Columbia offices with client and government negotiating teams; post meeting discussion with client; associated travel time. |
| 11/20/05 | P. Marks | 1.00 | Evaluate K. Bourdeau comments re allocation memorandum; email to K. Bourdeau re same. |
| 11/21/05 | K. Bourdeau | 0.25 | Email exchange with P. Marks re allocation issues. |
| 11/22/05 | K. Bourdeau | 1.50 | Conference with P. Marks re allocation paper. |
| 11/22/05 | P. Marks | 3.00 | Review and evaluate legal positions; telephone conference with K. Bourdeau re same. |
| 11/23/05 | K. Bourdeau | 1.50 | Review legal research; conference with P. Marks re same; begin review of and comments on final draft of allocation paper. |
| 11/23/05 | P. Marks | 1.75 | Prepare allocation memorandum; telephone conference with K. Bourdeau re same. |
| 11/25/05 | K. Bourdeau | 4.75 | Final review and edit of, and comment on, portions of draft allocation paper; conference with P. Marks re same. |
| 11/25/05 | P. Marks | 0.25 | Coordination with K. Bourdeau re preparation of allocation memorandum. |
| 11/27/05 | P. Marks | 4.50 | Prepare allocation memorandum. |
| 11/28/05 | P. Marks | 8.00 | Prepare allocation memorandum. |
| 11/29/05 | P. Marks | 9.50 | Prepare allocation memorandum. |
| 11/30/05 | P. Marks | 9.50 | Prepare attachments to allocation memorandum; prepare allocation memorandum; telephone conference with client re same. |

                                    Total Hours :              123.75

                                    Total Fees :           $43,662.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 108628
January 23, 2006
PAGE  4

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 33.86 |
| Local Transportation | 23.76 |
| **Total Disbursements :** | **$57.62** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 22.50 | $485.00 | $10,912.50 |
| S. Jawetz | 0.25 | $400.00 | $ 100.00 |
| P. Marks | 100.00 | $325.00 | $32,500.00 |
| L. Grimm | 1.00 | $150.00 | $ 150.00 |
| **Total Fees :** | | | **$43,662.50** |
| **Total Disbursements :** | | | **$57.62** |
| **TOTAL DUE :** | | | **$43,720.12** |

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

January 23, 2006
Client/Matter #  01246-012629
Invoice # 108630
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/18/05 | P. Marks | 0.50 | Telephone conference with W.R. Grace counsel re process for applications to court; internal firm followup re same. |
| 10/19/05 | P. Marks | 0.25 | Coordinate with Grace re process for applications. |
| 10/24/05 | P. Marks | 0.50 | Coordinate with Grace re fee application process; directions to staff re same. |

Total Hours :    1.25

Total Fees :    $ 406.25

BEVERIDGE & DIAMOND, P.C.

INVOICE #  108630
January 23, 2006
PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.25 | $325.00 | $ 406.25 |
|  | Total Fees : |  | $ 406.25 |
|  | **TOTAL DUE :** |  | $ 406.25 |

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044  

January 23, 2006  
Client/Matter #  01246-012629  
Invoice # 108632  
Federal ID# 52-1247549  

For Legal Services Rendered Through 11/30/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

### Bankruptcy Fee Application

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/07/05 | P. Marks | 2.00 | Prepare bills for filing. |
| 11/08/05 | P. Marks | 1.75 | Review court order and sample fee applications; coordinate with staff re application process and past billing. |
| 11/09/05 | P. Marks | 1.00 | Evaluate and work on system for billing and preparing fee applications. |
| 11/15/05 | P. Marks | 1.00 | Prepare fee applications. |
| 11/22/05 | P. Marks | 0.50 | Prepare fee applications (May through October). |
| 11/23/05 | P. Marks | 1.50 | Prepare fee applications. |

Total Hours :     7.75

Total Fees :     $2,518.75

BEVERIDGE & DIAMOND, P.C.

INVOICE #  108632
January 23, 2006
PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 7.75 | $325.00 | $2,518.75 |
|  | **Total Fees :** |  | $2,518.75 |
|  | **TOTAL DUE :** |  | $2,518.75 |