# EXHIBIT C

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                      January 23, 2006
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-011548
7500 Grace Drive                              Invoice # 108629
Columbia, MD  21044                           Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**        BEVERIDGE & DIAMOND, P.C.
                                     SUITE 700
                                     1350 I STREET, N.W.
                                     WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/01/05 | K. Bourdeau | 0.50 | Conference with P. Marks re allocation paper; review draft transmittal letter to U.S. |
| 12/01/05 | P. Marks | 5.00 | Conference with K. Bourdeau re allocation paper; prepare allocation memorandum, attachments and correspondence re same. |
| 12/02/05 | P. Marks | 3.00 | Prepare allocation memorandum, attachments and correspondence re same; evaluate next steps. |
| 12/15/05 | P. Marks | 1.00 | Communications re allocation memorandum followup and scheduling. |
| 12/19/05 | P. Marks | 0.25 | Communications with K. Bourdeau re status and tasks. |
| 12/20/05 | K. Bourdeau | 0.25 | Email exchange with P. Marks re status, tasks and legal issues. |
| 12/20/05 | P. Marks | 2.25 | Telephone conference with client re tasks and strategy; followup re same; communications with opposing counsel. |
| 12/21/05 | P. Marks | 1.00 | Research. |
| 12/22/05 | P. Marks | 2.50 | Research; handle case administrative tasks. |

BEVERIDGE & DIAMOND, P.C.

Total Hours :                15.75

Total Fees :             $5,238.75

BEVERIDGE & DIAMOND, P.C.

INVOICE #  108629
January 23, 2006
PAGE   3

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 5.76 |
| Duplicating | 318.30 |
| Express Delivery | 80.93 |
| Lexis/Westlaw Research | 824.11 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA203803 dated 12/1/05 for product usage | 79.31 |

|  | |
|---|---|
| **Total Disbursements :** | **$1,308.41** |

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 0.75 | $485.00 | $ 363.75 |
| P. Marks | 15.00 | $325.00 | $4,875.00 |

| | |
|---|---|
| **Total Fees :** | **$5,238.75** |
| **Total Disbursements :** | **$1,308.41** |
| **TOTAL DUE :** | **$6,547.16** |

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 23, 2006
Client/Matter #  01246-012629
Invoice # 108631
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application

12/19/05     P. Marks          1.00     Revise fee application and finalize (1st and 2nd quarterly and one monthly).

12/20/05     P. Marks          0.50     Work on fee applications.

Total Hours :          1.50

Total Fees :        $ 487.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  108631
January 23, 2006
PAGE   2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.50 | $325.00 | $ 487.50 |
|  | Total Fees : |  | $ 487.50 |
|  | TOTAL DUE : |  | $ 487.50 |

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I have personally performed many of the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of B&D.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members," signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 21st day of April, 2006.

_____
Notary Public
My Commission Expires: May 27, 2009