REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1395494
One Town Center Road                     Invoice Date      04/25/06
Boca Raton, FL    33486                  Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              14,888.00
        Expenses                              0.00

              TOTAL BALANCE DUE UPON RECEIPT       $14,888.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1395494 |
| One Town Center Road | Invoice Date    04/25/06 |
| Boca Raton, FL   33486 | Client Number     172573 |
| | Matter Number      60026 |

=========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 03/01/06 | Cameron | Review materials for Phase II experts (.60); e-mails regarding same (.20). | .80 |
| 03/02/06 | Cameron | Attention to notice and statute of limitations issues for consultants calls and meeting (1.30); review prior reports relating to hazard issues (.80). | 2.10 |
| 03/03/06 | Cameron | Communications with K&E and Grace re: potential meeting with consultants (.50); review prior reports for meeting (.90); review Phase II expert materials (1.70). | 3.10 |
| 03/03/06 | Lord | Update 2002 service list. | .20 |
| 03/06/06 | Cameron | Review material in preparation for 3/7 call (.40); review materials relating to multiple consultant and expert reports for Phase II (0.9). | 1.30 |
| 03/07/06 | Cameron | Prepare for call with M. Browdy and R. Finke and experts (.50); participate in call with M. Browdy, R. Finke and experts re Phase II issues and timetable (1.40); review materials relating to Phase II reports (.80). | 2.70 |

```
172573 W. R. Grace & Co.                        Invoice Number  1395494
60026  Litigation and Litigation Consulting     Page    2
April 25, 2006
```

| Date | Name | | Hours |
|------|------|------|-------|
| 03/09/06 | Cameron | Review request from claimants' counsel regarding product ID materials and e-mails regarding same (0.4); review materials from M. Browdy regarding Phase II issues (1.2). | 1.60 |
| 03/12/06 | Cameron | Review materials from M. Browdy for conference calls regarding Phase II strategy and work plan. | .90 |
| 03/13/06 | Cameron | Review materials for calls regarding Phase II issues. | .90 |
| 03/13/06 | Egoul | Arranged for the witness meeting in PHL office for K&E. | .30 |
| 03/14/06 | Muha | Attend ATSDR public informational meeting in Ellwood City, PA re: potential effects of vermiculate/asbestos exposure. | 1.40 |
| 03/15/06 | Cameron | Review A. Muha memo regarding Ellwood City meeting (0.5); meet with R. Finke regarding same (0.3). | .80 |
| 03/15/06 | Muha | Draft and revise memorandum to D. Cameron, et al., re: Ellwood City meeting (1.3); e-mails to and from D. Cameron and L. Flatley re: same (0.3); research re: medial reports discussed at meeting (0.3). | 1.90 |
| 03/16/06 | Cameron | Review materials from K&E regarding product ID issues (0.8); prepare for conference call (0.6). | 1.40 |
| 03/17/06 | Cameron | Review materials from K&E to prepare for call with R. Finke and K&E lawyers regarding Phase II issues. | 1.00 |
| 03/18/06 | Cameron | Review Phase II materials received from K&E and prepare outline of expert work. | 1.10 |
| 03/21/06 | Cameron | Review Phase II materials in preparation for call (0.5); telephone call with R. Finke regarding same (0.4). | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1395494
60026  Litigation and Litigation Consulting       Page   3
April 25, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| 03/22/06 Cameron | Begin preparation of product ID outline (0.8); review materials relating to no-hazard defense and expert issues (0.8). | 1.60 |
| 03/23/06 Cameron | Additional review of Phase II expert report issues and attention to product ID summaries for same. | 1.80 |
| 03/24/06 Cameron | E-mails regarding response to Dies request for back-up data regarding product ID objections (0.5); review data from consultant regarding same (0.8). | 1.30 |
| 03/27/06 Cameron | Review product ID materials. | .80 |
| 03/28/06 Cameron | Review materials for Phase II experts and related reports. | 1.30 |
| 03/29/06 Cameron | Review Phase II expert witness materials. | .70 |

                                                      ------
                                     TOTAL HOURS       29.90

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 26.10 | at $ | 530.00 | = | 13,833.00 |
| Andrew J. Muha | 3.30 | at $ | 295.00 | = | 973.50 |
| John B. Lord | 0.20 | at $ | 190.00 | = | 38.00 |
| Katerina Egoul | 0.30 | at $ | 145.00 | = | 43.50 |

              CURRENT FEES                          14,888.00

                                                  ------------
        TOTAL BALANCE DUE UPON RECEIPT             $14,888.00
                                                  ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1395495
5400 Broken Sound Blvd., N.W.        Invoice Date        04/25/06
Boca Raton, FL 33487                 Client Number        172573



========================================================================

Re: W. R. Grace & Co.

(60027)  Travel-Nonworking

        Fees                        8,930.00
        Expenses                        0.00

            TOTAL BALANCE DUE UPON RECEIPT        $8,930.00
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1395495
5400 Broken Sound Blvd., N.W.            Invoice Date       04/25/06
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60027


========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 03/02/06 | Flatley | Non-working travel time to California (one-half time). | 1.50 |
| 03/03/06 | Flatley | Non-working travel time in California (one-half time). | 1.00 |
| 03/04/06 | Flatley | Non-working travel back from California (one-half time). | 3.20 |
| 03/07/06 | Flatley | Non-working driving to Morgantown, West Virginia and return (one-half time). | 1.80 |
| 03/14/06 | Cameron | Non-working portions of trip to Phoenix (one-half time). | 2.00 |
| 03/14/06 | Muha | Non-working travel to Ellwood City, PA for ATSDR public information meeting (one-half time). | .50 |
| 03/15/06 | Cameron | Non-working portions of travel to and from meeting with witness (0.5); travel from Phoenix to Denver for additional witness meetings (2.0) (one-half time). | 2.50 |
| 03/16/06 | Cameron | Non-working portion of travel from Denver to Pittsburgh (one-half time). | 1.80 |
| 03/17/06 | Cameron | Non-working portion of travel to and from New York (one-half time). | 2.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1395495
60027  Travel-Nonworking                    Page    2
April 25, 2006
```

```
                                                           ------
                                            TOTAL HOURS     17.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Lawrence E. Flatley | 7.50 | at $ | 535.00 | = | 4,012.50 |
| Douglas E. Cameron | 9.00 | at $ | 530.00 | = | 4,770.00 |
| Andrew J. Muha | 0.50 | at $ | 295.00 | = | 147.50 |

```
                    CURRENT FEES                           8,930.00


                                                        ------------
            TOTAL BALANCE DUE UPON RECEIPT                $8,930.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1395496
5400 Broken Sound Blvd., N.W.        Invoice Date        04/25/06
Boca Raton, FL 33487                 Client Number        172573

========================================================================

Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

        Fees                        3,053.50
        Expenses                        0.00

               TOTAL BALANCE DUE UPON RECEIPT       $3,053.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace                     | Invoice Number | 1395496  |
|---------------------------------|----------------|----------|
| 5400 Broken Sound Blvd., N.W.   | Invoice Date   | 04/25/06 |
| Boca Raton, FL 33487            | Client Number  | 172573   |
|                                 | Matter Number  | 60029    |


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 03/02/06 | Ament | Calculate monthly fees and expenses and create spreadsheet re: same (1.5); draft 55th monthly fee application (.60). | 2.10 |
| 03/03/06 | Ament | E-mails with D. Cameron and A. Muha re: 55th monthly fee application (.10); e-mails with J. Lord re: CNO for 54th monthly fee application (.10);  format invoices into Word documents (.90); continue drafting 55th monthly fee application and provide to A. Muha (.50). | 1.60 |
| 03/03/06 | Lord | Research docket, e-file and perfect service of CNO for RS December fee application (.5); e-mails with D. Cameron re: fee issues (.1); correspondence to client re: same (.1). | .70 |
| 03/03/06 | Muha | Make final revisions and changes to January 2006 monthly application. | .50 |
| 03/05/06 | Cameron | Revisions to fee application materials. | .70 |
| 03/06/06 | Ament | Revisions to 55th monthly fee application (.10); e-mail Word versions of 55th monthly fee application, fee and expense details to J. Lord for filing | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1395496
60029  Fee Applications-Applicant           Page   2
April 25, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | | (.10). |
| 03/06/06 | Lord | Review, revise, e-file and perfect service of Reed Smith January fee application. | 1.30 |
| 03/13/06 | Lord | Research docket and draft CNO for RS interim fee application. | .40 |
| 03/13/06 | Muha | Make revisions to February 2006 fee and expense detail for monthly application. | .60 |
| 03/14/06 | Ament | Review internal files to respond to Fee Auditor's circulation of fee chart re: 18th quarterly Application. | .20 |
| 03/14/06 | Lord | E-file and perfect service of Reed Smith CNO for quarterly fee application. | .30 |
| 03/15/06 | Muha | Additional revisions to fee/expense details for February 2006 monthly application. | .50 |
| 03/21/06 | Ament | Review e-mail from C. Gadsden re: Feb. invoices, e-mails with A. Muha re: same and e-mails with J. Lord re: expedited filing of monthly fee application. | .10 |
| 03/22/06 | Ament | Create spreadsheet calculating fees and expenses for Feb. monthly fee application (1.0); draft 56th monthly fee application (.50); format invoices into Word documents (0.6). | 2.10 |
| 03/22/06 | Muha | Final revisions to February 2006 monthly application. | .30 |
| 03/23/06 | Ament | Revisions to 56th monthly fee application per A. Muha request (.20); e-mail Word versions of fee application, fee and expense details to J. Lord for DE filing (.10). | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1395496
60029  Fee Applications-Applicant           Page    3
April 25, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|
| 03/23/06 | Cameron | Final revisions to fee applications. | .70 |
| 03/28/06 | Lord | Review, revise, e-file and perfect service of Reed Smith February fee application. | 1.30 |
| 03/31/06 | Lord | Research docket and draft CNO for Reed Smith January fee application (.3); e-file and perfect service for same (.2); correspondence to client re: same (.1). | .70 |

```
                                                         ------
                                          TOTAL HOURS    14.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 1.40 at $ 530.00 = | | 742.00 |
| Andrew J. Muha | 1.90 at $ 295.00 = | | 560.50 |
| John B. Lord | 4.70 at $ 190.00 = | | 893.00 |
| Sharon A. Ament | 6.60 at $ 130.00 = | | 858.00 |

```
            CURRENT FEES                              3,053.50


                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT          $3,053.50
                                              =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1395497
One Town Center Road                     Invoice Date      04/25/06
Boca Raton, FL   33486                   Client Number      172573


================================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                           111,373.00
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $111,373.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1395497
One Town Center Road                     Invoice Date    04/25/06
Boca Raton, FL    33486                  Client Number     172573
                                         Matter Number      60035



========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/06 | Ament | Organize expert witness materials for D. Cameron. | 1.00 |
| 03/01/06 | Aten | Search and review key sections of EPA documents for L. Flatley. | .30 |
| 03/01/06 | Cameron | E-mails regarding arrangements for consultants meetings (.40); review materials relating to testing documents and work with same (.80); review materials from B. Jacobson (.70). | 1.90 |
| 03/01/06 | Flatley | E-mails with R. Senftleben and other preparation for California trip. | .20 |
| 03/02/06 | Aten | Conference with L. Flatley re: EPA materials. | .20 |
| 03/02/06 | Cameron | Participate in call with S. McMillin, K. Coggon and consultants regarding testing issues (2.40); additional review of materials relating to Libby operations (1.50); communications to additional potential consultants and summaries regarding same (.80); review materials from consultants relating to government testing and samples (.90). | 5.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1395497
60035  Grand Jury Investigation             Page    2
April 25, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/02/06 | Flatley | Call with R. Senftleben (0.2); extensive preparation for meeting with expert (12.6); message for D. Kuchinsky and review her e-mail (0.2). | 13.00 |
| 03/03/06 | Cameron | Correspondence with potential consultant re: testing data (.70); multiple calls with potential consultants and summary memo re: same (1.70); review materials relating to government samples (.90); review materials from R. Finke (.50). | 3.80 |
| 03/03/06 | Flatley | Preparation for meeting in California (2.0); meet with R. Senftleben to prepare for meeting (1.0); meeting in California with R. Senftleben, et al. (3.0); follow-up work after meeting in California (2.0). | 8.00 |
| 03/04/06 | Cameron | Review communications from potential consultants re: published literature (.80); review said literature (1.60). | 2.40 |
| 03/05/06 | Cameron | Follow-up to requests for information from consultants (.70); continued review of testing data (1.60); additional work on industrial hygiene expert issues (.90). | 3.20 |
| 03/06/06 | Aten | Began reading and analyzing witness binder prepared by HRO. | .70 |
| 03/06/06 | Atkinson | Per M. Murphy request, review previous document production to determine categories of documents produced, sending e-mail (0.8); per e-mails forwarded to D. Cameron, review databases for documents, library internet, library request for scientific and medical articles (1.30). | 2.10 |

172573 W. R. Grace & Co.                     Invoice Number  1395497
60035  Grand Jury Investigation              Page    3
April 25, 2006

Date      Name                                                    Hours
--------  -----------                                             -----

03/06/06 Cameron        Multiple e-mail and telephone              3.90
                        conversations with K&E counsel and
                        Grace in-house counsel re: issues
                        relating to consultants (1.2);
                        attend to information requests
                        from consultant (1.1); telephone
                        conversation with consultant re:
                        air and soil sample issues (0.5);
                        review materials from government
                        re: sample issues (0.7); telephone
                        conversation with L. Flatley re:
                        various expert witness issues
                        (0.4).

03/06/06 Flatley        Reorganizing and follow-up review          4.20
                        of materials after California trip
                        (1.5); call with R. Senftleben
                        regarding follow-up on California
                        (0.3); call with D. Cameron (0.2);
                        e-mails regarding arrangements for
                        3/7/06 meeting (0.4); preparation
                        for 3/7/06 meeting (1.5); call
                        with G. Winters regarding 3/7/06
                        meeting (0.3).

03/07/06 Aten           Read and analyze witness binder            4.10
                        (3.2); begin reading and analyzing
                        study binder (.9).

03/07/06 Atkinson       Review e-mail from consultant               .70
                        (.20); search database re:
                        medical articles (.30); library
                        request for articles (.20).

03/07/06 Cameron        Prepare for call with consultant           3.20
                        re: sample issues (.30);
                        participate in call with
                        consultant and R. Finke re: sample
                        issues (.60); review materials and
                        prepare detailed e-mail to B.
                        Jacobson re: sample issues (1.10);
                        telephone conversation with R.
                        Finke re: CIH issues (.30); review
                        materials to provide to consultant
                        re: information request (.90).

03/07/06 Flatley        Preparation for witness meeting            9.00
                        (4.5); meeting and conference in
                        Morgantown, WV with witness and
                        defense counsel (4.5).

172573 W. R. Grace & Co.                          Invoice Number  1395497
60035  Grand Jury Investigation                   Page    4
April 25, 2006

| Date | Name | | Hours |
|------|------|---|-------|

03/08/06 Aten          Finished reviewing and analyzing          1.90
                       study binder.

03/08/06 Atkinson      Searches and library requests for         1.10
                       additional articles requested by
                       consultant.

03/08/06 Cameron       Prepare response to government's          8.40
                       letter relating to production of
                       soil and air samples (1.9);
                       multiple telephone calls with
                       counsel and consultants regarding
                       same (1.4); multiple e-mails to
                       counsel regarding same (0.9);
                       e-mails to counsel regarding
                       industrial hygiene expert issues
                       and scheduling regarding same
                       (0.9); telephone call with
                       potential consultants (0.5);
                       review materials for consultant
                       meetings (0.9);  multiple e-mails
                       relating to Phase II expert issues
                       (0.8); review materials from M.
                       Browdy regarding same (1.1).

03/08/06 Flatley       Reorganizing after Morgantown trip        1.80
                       (0.3); e-mails and replies re:
                       same (0.2); conference call to B.
                       Harding, D. Kushinsky et al. and
                       follow-up on call (1.0); e-mails
                       and replies (0.3)

03/09/06 Ament         Internet search for information            .40
                       related to consultants.

03/09/06 Aten          Reviewed and analyzed mortality           2.20
                       study binder.

03/09/06 Cameron       Continued review and revisions to         7.10
                       draft letter regarding samples
                       (1.7); multiple telephone calls
                       and e-mails with counsel regarding
                       same (1.4); multiple e-mails and
                       telephone calls with R Finke and
                       K&E regarding witness meetings
                       (0.4); preparation for same (0.9);
                       review materials from R. Finke
                       regarding potential expert (1.2);
                       review and prepare materials to
                       provide to potential expert (1.3);
                       e-mails and telephone calls

172573 W. R. Grace & Co.                          Invoice Number  1395497
60035  Grand Jury Investigation                   Page    5
April 25, 2006

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| | | regarding community meeting (0.2). | |
| 03/09/06 | Flatley | E-mails to/from B. Jacobson and follow-up regarding public hearing. | .40 |
| 03/10/06 | Ament | Review information received re: consultants (.10); review information received from M. Atkinson and provide to D. Cameron (.10). | .20 |
| 03/10/06 | Aten | Conference with C. Gatewood re: status of review (.6); conf. with L. Flatley re: research and meeting with consultant (.1). | .70 |
| 03/10/06 | Atkinson | Research re: consultants. | 1.40 |
| 03/10/06 | Cameron | Multiple e-mails relating to meeting in Denver and Phoenix (0.8); review materials from R. Finke relating to meeting in Phoenix (1.1); review materials from R. Finke regarding meetings in Denver (0.9); review materials from California consultants (0.8). | 3.60 |
| 03/10/06 | Flatley | E-mails and replies (0.3); preparation for conference call (0.4); conference call with R. Senftleben, B. Jacobson, D. Kuchinsky, et al. and follow-up on call (0.8). | 1.50 |
| 03/10/06 | Gatewood | Meet/confer with R. Aten concerning status of document collection (0.6); review outstanding issues and selected materials (1.4). | 2.00 |
| 03/11/06 | Cameron | Attention to requests from potential consultants (0.3); review and revise summary of telephone calls with consultants (0.4); review materials from B. Jacobson (0.5). | 1.20 |

172573 W. R. Grace & Co.                    Invoice Number  1395497
60035  Grand Jury Investigation            Page    6
April 25, 2006

| Date | Name | | Hours |
|------|------|------|-------|

03/12/06 Cameron    Prepare for consultant meetings in      3.10
                    Phoenix and Denver (1.8); review
                    materials relating to testing
                    issues (1.3).

03/13/06 Cameron    Review materials in preparation         4.10
                    for witness meetings in Phoenix,
                    Arizona and Denver, Colorado
                    (2.8); telephone call with R.
                    Finke regarding same (0.2);
                    telephone call to potential
                    consultant regarding meetings
                    (0.3); review materials relating
                    to expert witness in New York
                    (0.8).

03/13/06 Flatley    E-mails and replies (0.3); quick         .60
                    review of draft letter (0.3).

03/14/06 Cameron    Witness meeting preparation during      7.70
                    and after trip to Phoenix (4.8);
                    multiple e-mails regarding
                    meetings with witnesses in Denver
                    (0.5); telephone call with
                    consultants regarding status of
                    work and follow-up (0.7); prepare
                    summary regarding same (0.6);
                    review materials for witness
                    meetings in New York (0.5); meet
                    with R. Finke regarding witness
                    meetings (0.6).

03/14/06 Flatley    Review and comment on B. Jacobson       1.50
                    draft letter (0.2); conference
                    call with R. Senftleben, B.
                    Jacobson, D. Kuchinsky, et al.
                    regarding next week's medical
                    files review and short follow-up
                    (1.3).

03/15/06 Cameron    Prepare for witness meeting in          7.40
                    Phoenix (0.7); meet with R. Finke
                    and K. Coggan regarding same
                    (0.5); meet with potential
                    consultant, K. Coggan and R. Finke
                    (3.5); meet with R. Finke and K.
                    Coggan regarding follow-up (0.5);
                    begin summary memo regarding same
                    (0.4); prepare for next day's
                    meetings with consultants in
                    Denver (1.1); meet with R. Finke

172573 W. R. Grace & Co.                          Invoice Number  1395497
60035  Grand Jury Investigation                   Page    7
April 25, 2006

| Date | Name | | Hours |
| --------- | ------------ | | ----- |
| | | regarding same (0.5); telephone call with consultants regarding same (0.2). | |
| 03/15/06 | Flatley | E-mails and replies (0.1); review of and forwarding A. Muha memorandum (0.3). | .40 |
| 03/16/06 | Cameron | Prepare for meeting with consultant in Denver (0.9); attend meeting with R. Finke and consultant (1.5); attend meeting with additional consultants, R. Finke and K&E and HRO lawyers (1.0); review materials for New York meeting with R. Finke and potential consultant (1.0); begin memo regarding status of consultant work (1.1); review charts regarding expert witness responsibilities (0.8). | 6.30 |
| 03/16/06 | Flatley | Review e-mails and outline of tasks (0.6); follow-up on outline review, including reply e-mail and e-mail to Reed Smith "team" (0.3). | .90 |
| 03/17/06 | Cameron | Prepare for meeting while traveling to New York and while in New York (1.9) attend meeting with R. Finke, R. Senftleben and potential consultant (3.0); post-meeting discussions with client (0.5). | 5.40 |
| 03/17/06 | DiChiera | Review and respond to emails from R. Aten regarding the request for additional material with respect to medical testing (0.4);  search for documents to be sent (0.9); email regarding status of location of documents and request for same (0.1);  request papers as per L. Flatley (0.5). | 1.90 |
| 03/17/06 | Flatley | Review expert materials and preparation for conference call, including analytical e-mail (3.2); review and analyze e-mail regarding possible additional experts (0.5); call with R. | 5.50 |

172573 W. R. Grace & Co.                        Invoice Number  1395497
60035  Grand Jury Investigation                 Page    8
April 25, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| | | Senftleben (0.3); conference call with D. Kuchinsky and B. Stansbury (0.5); conference call with D. Kuchinsky, S. McMillin et al. and follow-up on call (1.0). | |
| 03/18/06 | Cameron | Review materials for meetings with consultants (0.8); review testing data (0.9); review notes of consultant calls and meetings (0.8). | 2.50 |
| 03/19/06 | Flatley | E-mail to B. Jacobson. | .10 |
| 03/20/06 | Cameron | Multiple e-mails and telephone calls with B. Jacobson regarding expert witnesses (0.7); multiple e-mails to R. Finke regarding same (0.4); review materials for calls with consultants (0.9); begin preparation of expert outlines (0.9). | 2.90 |
| 03/20/06 | DiChiera | Review and respond to emails from the library regarding the requested reports and forward reports to L. Flatley, C. Gatewood and R. Aten. | .60 |
| 03/20/06 | Flatley | E-mails (0.1); call with R. Senftleben regarding Friday's conference call (0.1). | .20 |
| 03/21/06 | Cameron | Prepare for call with potential consultant regarding status of work (0.6); telephone call with consultant regarding status of work and potential expert report (1.5); telephone call with R. Finke regarding issues relating to consultant work and strategy/work plans (0.8); telephone calls with new potential consultant regarding industrial hygiene issues (0.5). | 3.40 |
| 03/21/06 | Flatley | E-mails and replies (0.2); review letters from B. Jacobson and Government and analysis (0.5); call with D. Kuchinsky (0.1); e-mails regarding Friday conference call (0.2). | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1395497
60035  Grand Jury Investigation                   Page    9
April 25, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 03/22/06 | Cameron | Multiple e-mails regarding expert witness issues (0.5); review materials from K&E regarding same (0.7); review materials from Holme Roberts regarding same (0.9). | 2.10 |
| 03/22/06 | Flatley | E-mails and replies. | .20 |
| 03/22/06 | Restivo | Receipt, brief review and distribution of new pleadings. | .50 |
| 03/23/06 | Cameron | Multiple e-mails with R. Finke regarding open issues with experts (0.6); participate in portion of meeting -- via telephone -- with consultant (0.9); telephone call with R. Finke and consultant regarding work plan progress (1.2); review industrial hygiene materials (2.1); review materials from B. Jacobson (0.8). | 5.60 |
| 03/23/06 | Flatley | Review detailed memorandum in preparation for 3/27 conference call. | 1.00 |
| 03/24/06 | Cameron | Prepare for (0.4) and participate in meeting (via telephone) with K&E lawyers and potential expert witnesses (2.6); follow-up calls and e-mails regarding same (0.4); prepare for (0.5) and participate in telephone call with two potential consultants (0.9); telephone call with R. Finke and potential consultant regarding industrial hygiene issues (0.8); participate in telephone call among K. Coggan and consultants regarding testing issues (0.8); review materials to provide to potential expert witness (0.4); multiple telephone calls with R. Finke regarding open consultant issues (0.4); begin preparation of expert witness outlines (1.10). | 8.30 |

172573 W. R. Grace & Co.                    Invoice Number  1395497
60035  Grand Jury Investigation             Page  10
April 25, 2006

| Date | Name | | Hours |
| -------- | ---------- | | ----- |
| 03/25/06 | Atkinson | Research of information regarding expert (1.0), and e-mail information to D. Cameron (0.2). | 1.20 |
| 03/25/06 | Cameron | Continued work on materials for potential consultants and follow-up meetings (1.3); continued work on expert witness outlines (0.9). | 2.20 |
| 03/26/06 | Cameron | Prepare for several calls with consultants and counsel on 3/27 (0.9); continued work on expert witness outlines (1.6); review materials relating to historical testing (1.3). | 3.80 |
| 03/27/06 | Cameron | Review materials from potential expert regarding testing issues (0.9); prepare and revise outlines for several expert witnesses (2.9); review materials from K&E regarding testing documents (1.1). | 4.90 |
| 03/27/06 | Flatley | Preparation for conference call (0.3); conference call with B. Jacobson, R. Senftleben et al. and follow-up on the call (1.0); call with B. Stansbury and R. Senftleben (0.3); call with D. Kuchinsky (0.2). | 1.80 |
| 03/28/06 | Atkinson | E-mail re: articles requested. | .20 |
| 03/28/06 | Cameron | E-mails regarding consultant agreements (0.3); telephone call with R. Finke regarding consultant materials (0.3); review materials received from consultant (1.1); continued work on expert witness outlines (2.6); review materials relating to industrial hygiene issues (0.9). | 5.20 |
| 03/28/06 | Flatley | Review notes and call to expert (0.3); e-mails regarding expert situation (0.2). | .50 |

172573 W. R. Grace & Co.                    Invoice Number  1395497
60035  Grand Jury Investigation             Page  11
April 25, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/29/06 | Cameron | Multiple e-mails and telephone calls with Grace counsel regarding expert witness outlines (0.8); review of work product materials and continued work on witness outlines (4.7); review historical testing data received from K&E (1.4); telephone call with R. Finke regarding expert witness materials and comments (0.5); review drawings and diagrams from K&E (1.4); multiple telephone calls with potential consultants (0.5). | 9.30 |
| 03/29/06 | Flatley | E-mails and replies regarding experts (0.2); call with B. Stansbury (0.2); call with D. Cameron (0.1). | .50 |
| 03/30/06 | Aten | Review materials re: Daubert motions. | .80 |
| 03/30/06 | Cameron | Multiple calls and e-mails with K&E, W.R. Grace (R. Finke) and potential consultants regarding expert work issues (2.5); continued work on expert witness outlines (5.0); review materials from R. Finke regarding government testing issues (0.8); review materials from K&E regarding Clean Air Act (0.9). | 9.20 |
| 03/30/06 | Flatley | E-mails and replies. | .20 |
| 03/31/06 | Cameron | Review materials relating to consultants in London (0.8); telephone call with R. Finke regarding miscellaneous issues (0.4); multiple e-mails relating to Clean Air Act issues (0.5); review materials from M. Grummer regarding same (0.8); telephone call to consultant regarding same (0.3). | 2.80 |

172573 W. R. Grace & Co.                         Invoice Number  1395497
60035  Grand Jury Investigation                  Page  12
April 25, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 03/31/06 | Flatley | E-mails regarding re-scheduling meeting (0.2); preparation and review of expert outline issues (3.6); e-mails regarding expert witness outlines (0.2); e-mails from/to B. Jacobson (0.1). | 4.10 |
| 03/31/06 | Gatewood | Examine expert materials provided L. Flatley and preparation for meeting concerning Daubert motions. | 2.00 |

                                                          ------
                                         TOTAL HOURS   223.30

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 0.50 | at $ | 600.00 | = | 300.00 |
| Lawrence E. Flatley | 56.60 | at $ | 535.00 | = | 30,281.00 |
| Douglas E. Cameron | 140.50 | at $ | 530.00 | = | 74,465.00 |
| Carol J. Gatewood | 4.00 | at $ | 380.00 | = | 1,520.00 |
| Rebecca E. Aten | 10.90 | at $ | 270.00 | = | 2,943.00 |
| Maureen L. Atkinson | 6.70 | at $ | 180.00 | = | 1,206.00 |
| Maria E. DiChiera | 2.50 | at $ | 180.00 | = | 450.00 |
| Sharon A. Ament | 1.60 | at $ | 130.00 | = | 208.00 |

                 CURRENT FEES                        111,373.00


                                                    ------------
       TOTAL BALANCE DUE UPON RECEIPT                $111,373.00
                                                    ============