REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number     1395499
One Town Center Road                     Invoice Date     04/25/06
Boca Raton, FL   33486                   Client Number      172573

=========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

        Fees                             0.00
        Expenses                     2,890.46

             TOTAL BALANCE DUE UPON RECEIPT        $2,890.46
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1395499 |
| One Town Center Road | Invoice Date | 04/25/06 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

==========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Binding Charge | 6.00 |
| Telephone Expense | 62.57 |
| IKON Copy Services | 826.00 |
| PACER | 47.20 |
| Duplicating/Printing/Scanning | 263.85 |
| Postage Expense | 4.05 |
| Courier Service - Outside | 8.02 |
| Outside Duplicating | 1,122.24 |
| Secretarial Overtime | 165.00 |
| Meal Expense | 345.34 |
| Telephone - Outside | 40.19 |
| | |
| CURRENT EXPENSES | 2,890.46 |
| | -------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $2,890.46 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1395499
One Town Center Road                     Invoice Date      04/25/06
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number         60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/02/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 3 COPIES | .45 |
| 12/02/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 1 COPIES | .15 |
| 12/02/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 3 COPIES | .45 |
| 12/02/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 3 COPIES | .45 |
| 12/02/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 1 COPIES | .15 |
| 12/02/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 1 COPIES | .15 |
| 12/02/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 1 COPIES | .15 |
| 12/02/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 3 COPIES | .45 |
| 12/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 3 COPIES | .45 |
| 12/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 1 COPIES | .15 |
| 12/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0885: 1 COPIES | .15 |

172573 W. R. Grace & Co.                        Invoice Number  1395499
60026  Litigation and Litigation Consulting     Page    2
April 25, 2006

| | | |
|---|---|---|
| 12/18/05 | Secretarial Overtime-W.R. Grace - Assist K & E attorneys for preparation of hearing on 12/19/05 | 165.00 |
| 02/01/06 | Meal Expense meeting--Breakfast for 7 for meeting w/Grace in-house counsel and representatives (1/25/06). | 24.49 |
| 02/01/06 | Meal Expense meeting--Lunch for 7 for meeting w/Grace in-house counsel and representatives (1/25/06). | 114.09 |
| 02/01/06 | Meal Expense meeting--Breakfast for 7 for meeting w/Grace in-house counsel and representatives (1/25/06). | 24.57 |
| 02/01/06 | Meal Expense meeting--Breakfast for 7 for meeting w/Grace in-house counsel and representatives (1/26/06). | 100.98 |
| 02/17/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron Esq., Reed Smith LLP - Pittsburgh to HILLSBORO WI. | 10.71 |
| 02/17/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron Esq., Reed Smith LLP - Pittsburgh to HILLSBORO WI 54634. | -10.71 |
| 02/24/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  REED SMITH LLP to Matthew T. Murphy,  Casner & Edwards (BOSTON MA 02210). | .70 |
| 02/24/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  Reed Smith LLP - Pittsburgh to Casner & Edwards (BOSTON MA 02210). | 6.17 |
| 02/24/06 | PACER--Electronic docket retrieval charges. | 28.88 |
| 02/27/06 | Telephone - Outside Chorus Call-Conference call charge for call hosted by D. Cameron. | 40.19 |
| 02/28/06 | PACER--Electronic docket access charges. | 11.52 |
| 03/01/06 | Duplicating/Printing/Scanning ATTY # 4810; 8 COPIES | 1.20 |
| 03/02/06 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .30 |

172573 W. R. Grace & Co.                           Invoice Number  1395499
60026  Litigation and Litigation Consulting        Page    3
April 25, 2006

| Date | Description | Amount |
|---|---|---|
| 03/03/06 | IKON Copy Services - - Copying and mailing charges for service of notice of quarterly application on extended service list. | 442.10 |
| 03/03/06 | IKON Copy Services - - Copying and mailing charges for service of quarterly application on core service list. | 383.90 |
| 03/03/06 | Duplicating/Printing/Scanning ATTY # 0718; 70 COPIES | 10.50 |
| 03/03/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 03/03/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 03/03/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 03/03/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 03/03/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 03/03/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 03/06/06 | Telephone Expense 304-279-2319/FALLNGWTRS, WV/3 | .10 |
| 03/06/06 | Telephone Expense 304-279-2319/FALLNGWTRS, WV/4 | .20 |
| 03/06/06 | Duplicating/Printing/Scanning ATTY # 0718; 67 COPIES | 10.05 |
| 03/06/06 | Duplicating/Printing/Scanning ATTY # 0718; 244 COPIES | 36.60 |
| 03/06/06 | Duplicating/Printing/Scanning ATTY # 0559: 18 COPIES | 2.70 |
| 03/06/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 03/07/06 | Outside Duplicating - - Copying of materials in binders for document production. | 376.66 |
| 03/07/06 | Telephone Expense 724-387-1869/EXPORT, PA/40 | 1.95 |

172573 W. R. Grace & Co.                          Invoice Number  1395499
60026  Litigation and Litigation Consulting       Page    4
April 25, 2006

| | | |
|---|---|---|
| 03/07/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/38 | 1.90 |
| 03/08/06 | Telephone Expense<br>561-866-6803/BOCA RATON, FL/16 | .80 |
| 03/08/06 | Telephone Expense<br>301-890-8919/LAYHILL, MD/12 | .55 |
| 03/08/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/18 | .90 |
| 03/08/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/8 | .40 |
| 03/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 03/09/06 | Outside Duplicating - -Copying of materials in<br>binders for document production. | 531.58 |
| 03/09/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/11 | .55 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 72 COPIES | 10.80 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |

172573 W. R. Grace & Co.                          Invoice Number  1395499
60026  Litigation and Litigation Consulting       Page    5
April 25, 2006

| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/09/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron Esq.,<br>Reed Smith LLP - Pittsburgh toMORRISON CO<br>80465. | 1.15 |
| 03/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .60 |
| 03/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 03/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 134 COPIES | 20.10 |
| 03/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 66 COPIES | 9.90 |
| 03/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 114 COPIES | 17.10 |
| 03/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 52 COPIES | 7.80 |
| 03/10/06 | Binding Charge | 6.00 |
| 03/13/06 | Telephone Expense<br>561-866-6803/BOCA RATON, FL/15 | .75 |
| 03/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 5 COPIES | .75 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 7 COPIES | 1.05 |
| 03/14/06 | Telephone Expense<br>304-279-2319/FALLNGWTRS, WV/4 | .15 |
| 03/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0710; 414 COPIES | 62.10 |
| 03/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0710: 16 COPIES | 2.40 |

172573 W. R. Grace & Co.                          Invoice Number  1395499
60026  Litigation and Litigation Consulting        Page    6
April 25, 2006

| 03/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
|---|---|---|
| 03/16/06 | Outside Duplicating - - Copying of CD-ROM/DVDs<br>for document production. | 214.00 |
| 03/20/06 | Telephone Expense<br>0012028795032/D.Columbia/26 | 2.42 |
| 03/20/06 | Telephone Expense<br>0014125217581/Pennsylvan/13 | 1.22 |
| 03/21/06 | Postage Expense Postage Expense: ATTY # 0710 | 4.05 |
| 03/21/06 | Telephone Expense<br>0014107440700/Maryland/21 | 1.97 |
| 03/21/06 | Telephone Expense<br>0014105314355/Maryland/10 | .94 |
| 03/21/06 | Telephone Expense<br>0014107440700/Maryland/4 | .37 |
| 03/21/06 | Telephone Expense<br>0017243871900/Pennsylvan/214 | 19.97 |
| 03/21/06 | Telephone Expense<br>0014105314355/Maryland/188 | 17.53 |
| 03/21/06 | Telephone Expense<br>0014122883114/Pennsylvan/37 | 3.45 |
| 03/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0710; 71 COPIES | 10.65 |
| 03/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0710; 12 COPIES | 1.80 |
| 03/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0710: 3 COPIES | .45 |
| 03/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0710: 1 COPIES | .15 |
| 03/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 03/23/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/36 | 1.80 |
| 03/23/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/10 | .50 |

172573 W. R. Grace & Co.                    Invoice Number  1395499
60026  Litigation and Litigation Consulting  Page    7
April 25, 2006

| | | |
|---|---|---:|
| 03/23/06 | Telephone Expense<br>480-488-3615/CVCRKCRFRE, AZ/2 | .10 |
| 03/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 03/24/06 | Telephone Expense<br>301-890-8919/LAYHILL, MD/4 | .15 |
| 03/27/06 | PACER | 6.80 |
| 03/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 226 COPIES | 33.90 |
| 03/28/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/13 | .65 |
| 03/29/06 | Meal Expense - - ALLOCATION OF DRINKS FOR<br>MEETING (03/16/06). | 7.50 |
| 03/30/06 | Meal Expense - - MONTE CELLO'S PIZZA - PREP FOR<br>HEARING WITH CLIENTS IN CONF ROOM 1E. | 12.04 |
| 03/30/06 | Meal Expense - - Lunch for 5 for meeting in<br>Phil. with K&E lawyer and witnesses. | 61.67 |
| 03/30/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/61 | 3.05 |
| 03/30/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/5 | .20 |

CURRENT EXPENSES                2,890.46
                               ------------
TOTAL BALANCE DUE UPON RECEIPT    $2,890.46
                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

Invoice Number      1395500
Invoice Date       04/25/06
Client Number       172573



========================================================================
Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

    Fees                                    0.00
    Expenses                            6,037.71

            TOTAL BALANCE DUE UPON RECEIPT         $6,037.71
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1395500
One Town Center Road                     Invoice Date      04/25/06
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60035

=============================================================================
Re: (60035)  Grand Jury Investigation


        FOR COSTS ADVANCED AND EXPENSES INCURRED:

    02/06/06    Courier Service - Outside Courier Service -        10.63
                00843 UPS - Shipped from Maureen Atkinson, Reed
                Smith LLP - Pittsburgh to Tyler D. Mace, Esq.,
                Kirkland & Ellis (WASHINGTON DC 20005).

    02/14/06    Courier Service - Outside Courier Service -        15.52
                00843 UPS - Shipped from Maureen Atkinson, Reed
                Smith LLP - Pittsburgh to William B. Jacobson,
                Esq., KIRKLAND & ELLIS, LLP (WASHINGTON DC
                20005).

    02/14/06    Courier Service - Outside Courier Service -         4.21
                00843 UPS - Shipped from  REED SMITH LLP to
                William B. Jacobson, Esq., KIRKLAND & ELLIS,
                LLP (WASHINGTON DC 20005).

    02/17/06    Courier Service - Outside Courier Service -        17.08
                00843 UPS - Shipped from Douglas Cameron, Esq.,
                Reed Smith LLP - Pittsburgh to HILLSBORO WI
                54634.

    02/17/06    Courier Service - Outside Courier Service -        17.19
                00843 UPS - Shipped from Douglas Cameron, Reed
                Smith LLP - Pittsburgh to Richard C. Finke,
                Esq., W.R. Grace Company (BOCA RATON FL 33487).

    02/17/06    Courier Service - Outside Courier Service -         2.04
                00843 UPS - Shipped from Douglas Cameron, Esq.,
                Reed Smith LLP - Pittsburgh to HILLSBORO WI
                54634

    02/18/06    Courier Service - Outside Courier Service -        43.55
                00843 UPS - Shipped from DOUGLAS CAMERON Esq.,
                REED SMITH LLP to COTTINGHAM  HU16.

172573 W. R. Grace & Co.                        Invoice Number  1395500
60035  Grand Jury Investigation                 Page   2
April 25, 2006

| 02/20/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson Reed Smith LLP - Pittsburgh to Tyler D. Mace, Esq., Kirkland & Ellis (WASHINGTON DC 20005). | 10.63 |
|---|---|---|
| 02/22/06 | Air Travel Expense--Cancellation of L. Flatley tickets. | -319.30 |
| 03/02/06 | Telephone Expense<br>510-268-5000/OAKLAND, CA/133 | 6.65 |
| 03/02/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 6 COPIES | .90 |
| 03/02/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 568 COPIES | 85.20 |
| 03/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 03/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 03/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 03/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 6 COPIES | .90 |
| 03/03/06 | Telephone Expense<br>780-987-2883/DEVON, AB/17 | 1.70 |
| 03/03/06 | Telephone Expense<br>801-466-2223/SALT LK SO, UT/18 | .90 |
| 03/06/06 | Air Travel Expense - - VENDOR: LAWRENCE E. FLATLEY MEETING WITH EXPERT IN CALIFORNIA (3/2/06). | 1038.61 |
| 03/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 5 COPIES | .75 |
| 03/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .45 |
| 03/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .45 |
| 03/08/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/10 | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page   3
April 25, 2006

| | | |
|---|---|---|
| 03/08/06 | Duplicating/Printing/Scanning<br>ATTY # : 3 COPIES | .45 |
| 03/08/06 | Duplicating/Printing/Scanning<br>ATTY # : 8 COPIES | 1.20 |
| 03/09/06 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY<br>TRIP FROM PGH TO MORGANTOWN, WV FOR MEETING AND<br>CONFERENCE 3/7/06 | 66.75 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 03/09/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron Esq.,<br>Reed Smith LLP - Pittsburgh to MORRISON CO<br>80465. | 17.02 |
| 03/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 119 COPIES | 17.85 |
| 03/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 263 COPIES | 39.45 |
| 03/13/06 | Binding Charge | 3.00 |
| 03/14/06 | Meal Expense - - LAWRENCE E. FLATLEY MEETING IN<br>CALIFORNIA W EXPERT (3/2-3/4/06)-- LUNCH WITH<br>R. SENFTLEBEN AND DINNER W/R. SENFTLEBEN. | 119.00 |
| 03/14/06 | Lodging - - LAWRENCE E. FLATLEY MEETING IN<br>CALIFORNIA WITH EXPERT (3/2-3/4/06). | 343.05 |
| 03/14/06 | Automobile  Rental - - LAWRENCE E. FLATLEY<br>MEETING IN CALIFORNIA WITH EXPERT (3/2-3/4/06). | 117.77 |
| 03/14/06 | Mileage Expense - - LAWRENCE E. FLATLEY MEETING<br>IN CALIFORNIA WITH  EXPERT (3/2-3/4/06)--TRAVEL<br>TO AND FROM PITTSBURGH AIRPORT. | 20.03 |
| 03/14/06 | Transportation - - LAWRENCE E. FLATLEY MEETING<br>IN CALIFORNIA WITH EXPERT 3/2-3/4/06-- PARKING<br>AT PITTSBURGH AIRPORT. | 39.00 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 216 COPIES | 32.40 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 2.10 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 2.40 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page   4
April 25, 2006

| | | | |
|---|---|---|---|
| 03/14/06 | Telephone Expense<br>480-894-1600/TEMPE, AZ/4 | | .20 |
| 03/14/06 | Telephone Expense<br>303-503-0442/ENGLEWOOD, CO/4 | | .20 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .15 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | | .30 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .15 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .15 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .15 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | | .30 |
| 03/14/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron Esq.,<br>Reed Smith LLP - Pittsburgh to HARTSDALE NY<br>10530 | | 50.96 |
| 03/14/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Esq.,<br>Reed Smith LLP - Pittsburgh to Richard A.<br>Senftleben, Esq., W.R. Grace & Co. (BOCA RATON<br>FL 33487). | | 51.86 |
| 03/14/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron,<br>Esq.,Reed Smith LLP - Pittsburgh to HARTSDALE<br>NY 10530. | | 2.36 |
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 70 COPIES | | 10.50 |
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 55 COPIES | | 8.25 |
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | | .45 |
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page   5
April 25, 2006

| Date | Description | Amount |
|---|---|---|
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 03/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 229 COPIES | 34.35 |
| 03/22/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Esq.,<br>Reed Smith LLP - Pittsburgh to Richard C.<br>Finke, Esq W.R. Grace Company (BOCA RATON FL<br>33487). | 15.56 |
| 03/23/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 03/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 439 COPIES | 65.85 |
| 03/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 03/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/24/06 | Air Travel Expense - - DOUGLAS E. CAMERON<br>AIRFARE FOR MEETING WITH POTENTIAL CONSULTANT<br>IN W.R. GRACE CRIMINAL MATTER. | 441.20 |
| 03/24/06 | Meal Expense - - DOUGLAS E. CAMERON TRIP TO NYC<br>IN THE W.R. GRACE MATTER FOR MEETING WITH<br>POTENTIAL CONSULTANT 3/17/06 | 14.00 |
| 03/24/06 | Air Travel Expense - - DOUGLAS E. CAMERON TRIP<br>TO NYC IN THE W.R. GRACE MATTER FOR MEETING<br>WITH POTENTIAL CONSULTANT (3/17/06). | 497.11 |
| 03/24/06 | Taxi Expense - - DOUGLAS E. CAMERON TRIP TO NYC<br>IN THE W.R. GRACE MATTER FOR MEETING WITH<br>POTENTIAL CONSULTANT (3/17/06). | 65.00 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page   6
April 25, 2006

| Date | Description | Amount |
|---|---|---|
| 03/24/06 | Mileage Expense - - DOUGLAS E. CAMERON (3/17/06) TRIP TO NYC IN THE W.R. GRACE MATTER FOR MEETING WITH POTENTIAL CONSULTANT -TRAVEL TO AND FROM AIRPORT. | 21.36 |
| 03/24/06 | Transportation - -  DOUGLAS E. CAMERON PARKING AND TOLLS - TRIP TO NYC IN THE W.R. GRACE MATTER FOR MEETING WITH POTENTIAL CONSULTANT (3/17/06)--CAB FARE. | 26.00 |
| 03/24/06 | Air Travel Expense - -  DOUGLAS E. CAMERON TRAVEL AGENT FEE - TRIP TO NYC IN THE W.R. GRACE MATTER FOR MEETING WITH POTENTIAL CONSULTANT 3/17/06 | 30.00 |
| 03/24/06 | Meal Expense - - DOUGLAS E. CAMERON TRIP TO PHOENIX/DENVER (3/14-3/16/06)--Three lunches(including one W/R Finke)One breakfast, and one dinner. | 96.83 |
| 03/24/06 | Lodging - - DOUGLAS E. CAMERON  TRIP TO PHOENIX/DENVER (3/14-3/16/06). | 495.25 |
| 03/24/06 | Air Travel Expense - - DOUGLAS E. CAMERON  TRIP TO PHOENIX/DENVER (3/14-3/16/06). | 1458.51 |
| 03/24/06 | Mileage Expense - - DOUGLAS E. CAMERON TRIP TO PHOENIX/DENVER (3/14-3/16/06) TRAVEL TO AND FROM PITTSBURGH AIRPORT. | 21.36 |
| 03/24/06 | Transportation - - VENDOR: DOUGLAS E. CAMERON PARKING AT PITTSBURGH AIRPORT FOR TRIP TO PHOENIX/DENVER (3/14-3/16/06). | 38.00 |
| 03/24/06 | Air Travel Expense - -  DOUGLAS E. CAMERON FEE/TRAVEL AGENT FEES - TRIP TO PHOENIX/DENVER 3/14-3/16/06 | 163.01 |
| 03/24/06 | Telephone Expense 770-499-7500/ATLANTA NW, GA/66 | 3.30 |
| 03/24/06 | Telephone Expense 480-488-3615/CVCRKCRFRE, AZ/53 | 2.65 |
| 03/27/06 | Telephone Expense 561-362-1551/BOCA RATON, FL/8 | .40 |
| 03/29/06 | Telephone Expense 208-885-6015/MOSCOW, ID/5 | .25 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |

172573 W. R. Grace & Co.                    Invoice Number   1395500
60035  Grand Jury Investigation            Page    7
April 25, 2006

| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 14 COPIES | 2.10 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page    8
April 25, 2006

| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |

172573 W. R. Grace & Co.                         Invoice Number  1395500
60035  Grand Jury Investigation                  Page    9
April 25, 2006

| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559; 39 COPIES | 5.85 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .90 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .60 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .45 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .45 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .45 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 133.75 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 160.50 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 16.05 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 123.05 |
| 03/31/06 | Telephone Expense 561-362-1551/BOCA RATON, FL/11 | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page  10
April 25, 2006

| | | |
|---|---|---:|
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 40.39 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 42.27 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 80.25 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 26.75 |
| 03/31/06 | Duplicating/Printing/Scanning ATTY # 0396: 4 COPIES | .60 |
| 03/31/06 | Duplicating/Printing/Scanning ATTY # 0396: 5 COPIES | .75 |
| 03/31/06 | Duplicating/Printing/Scanning ATTY # 0396: 4 COPIES | .60 |
| 03/31/06 | Duplicating/Printing/Scanning ATTY # 0396: 8 COPIES | 1.20 |

                         CURRENT EXPENSES              6,037.71
                                                     ------------
                    TOTAL BALANCE DUE UPON RECEIPT    $6,037.71
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number        1395500
One Town Center Road                         Invoice Date          04/25/06
Boca Raton, FL    33486                      Client Number          172573


======================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

         Fees                              0.00
         Expenses                      6,037.71

              TOTAL BALANCE DUE UPON RECEIPT        $6,037.71
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1395500
One Town Center Road                     Invoice Date        04/25/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60035

===========================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Binding Charge                          3.00
        Telephone Expense                      17.35
        Documentation Charge                  623.01
        Duplicating/Printing/Scanning         343.20
        Courier Service - Outside             258.61
        Lodging                               838.30
        Transportation                        103.00
        Air Travel Expense                  3,309.14
        Automobile  Rental                    117.77
        Taxi Expense                           65.00
        Mileage Expense                       129.50
        Meal Expense                          229.83

            CURRENT EXPENSES                6,037.71
                                          -------------

            TOTAL BALANCE DUE UPON RECEIPT   $6,037.71
                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1395500
One Town Center Road                     Invoice Date        04/25/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number          60035

========================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 02/06/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Tyler D. Mace, Esq., Kirkland & Ellis (WASHINGTON DC 20005). | 10.63 |
| 02/14/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to William B. Jacobson, Esq., KIRKLAND & ELLIS, LLP (WASHINGTON DC 20005). | 15.52 |
| 02/14/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  REED SMITH LLP to William B. Jacobson, Esq., KIRKLAND & ELLIS, LLP (WASHINGTON DC 20005). | 4.21 |
| 02/17/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Esq., Reed Smith LLP - Pittsburgh to HILLSBORO WI 54634. | 17.08 |
| 02/17/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Richard C. Finke, Esq., W.R. Grace Company (BOCA RATON FL 33487). | 17.19 |
| 02/17/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Esq., Reed Smith LLP - Pittsburgh to HILLSBORO WI 54634 | 2.04 |
| 02/18/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from DOUGLAS CAMERON Esq., REED SMITH LLP to COTTINGHAM  HU16. | 43.55 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page   2
April 25, 2006

| | | |
|---|---|---:|
| 02/20/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson Reed Smith LLP - Pittsburgh to Tyler D. Mace, Esq., Kirkland & Ellis (WASHINGTON DC 20005). | 10.63 |
| 02/22/06 | Air Travel Expense--Cancellation of L. Flatley tickets. | -319.30 |
| 03/02/06 | Telephone Expense 510-268-5000/OAKLAND, CA/133 | 6.65 |
| 03/02/06 | Duplicating/Printing/Scanning ATTY # 3928; 6 COPIES | .90 |
| 03/02/06 | Duplicating/Printing/Scanning ATTY # 3928; 568 COPIES | 85.20 |
| 03/02/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .30 |
| 03/02/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .30 |
| 03/02/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .30 |
| 03/02/06 | Duplicating/Printing/Scanning ATTY # 0396: 6 COPIES | .90 |
| 03/03/06 | Telephone Expense 780-987-2883/DEVON, AB/17 | 1.70 |
| 03/03/06 | Telephone Expense 801-466-2223/SALT LK SO, UT/18 | .90 |
| 03/06/06 | Air Travel Expense - - VENDOR: LAWRENCE E. FLATLEY MEETING WITH EXPERT IN CALIFORNIA (3/2/06). | 1038.61 |
| 03/06/06 | Duplicating/Printing/Scanning ATTY # 3928; 5 COPIES | .75 |
| 03/07/06 | Duplicating/Printing/Scanning ATTY # 0396: 3 COPIES | .45 |
| 03/07/06 | Duplicating/Printing/Scanning ATTY # 0396: 3 COPIES | .45 |
| 03/08/06 | Telephone Expense 561-362-1551/BOCA RATON, FL/10 | .50 |

172573 W. R. Grace & Co.                         Invoice Number  1395500
60035  Grand Jury Investigation                  Page   3
April 25, 2006

| | | |
|---|---|---|
| 03/08/06 | Duplicating/Printing/Scanning<br>ATTY # : 3 COPIES | .45 |
| 03/08/06 | Duplicating/Printing/Scanning<br>ATTY # : 8 COPIES | 1.20 |
| 03/09/06 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY<br>TRIP FROM PGH TO MORGANTOWN, WV FOR MEETING AND<br>CONFERENCE 3/7/06 | 66.75 |
| 03/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 03/09/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron Esq.,<br>Reed Smith LLP - Pittsburgh to MORRISON CO<br>80465. | 17.02 |
| 03/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 119 COPIES | 17.85 |
| 03/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 263 COPIES | 39.45 |
| 03/13/06 | Binding Charge | 3.00 |
| 03/14/06 | Meal Expense - - LAWRENCE E. FLATLEY MEETING IN<br>CALIFORNIA W EXPERT (3/2-3/4/06)-- LUNCH WITH<br>R. SENFTLEBEN AND DINNER W/R. SENFTLEBEN. | 119.00 |
| 03/14/06 | Lodging - - LAWRENCE E. FLATLEY MEETING IN<br>CALIFORNIA WITH EXPERT (3/2-3/4/06). | 343.05 |
| 03/14/06 | Automobile  Rental - - LAWRENCE E. FLATLEY<br>MEETING IN CALIFORNIA WITH EXPERT (3/2-3/4/06). | 117.77 |
| 03/14/06 | Mileage Expense - - LAWRENCE E. FLATLEY MEETING<br>IN CALIFORNIA WITH  EXPERT (3/2-3/4/06)--TRAVEL<br>TO AND FROM PITTSBURGH AIRPORT. | 20.03 |
| 03/14/06 | Transportation - - LAWRENCE E. FLATLEY MEETING<br>IN CALIFORNIA WITH EXPERT 3/2-3/4/06-- PARKING<br>AT PITTSBURGH AIRPORT. | 39.00 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 216 COPIES | 32.40 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 2.10 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 2.40 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page    4
April 25, 2006

| Date | Description | Amount |
|---|---|---|
| 03/14/06 | Telephone Expense<br>480-894-1600/TEMPE, AZ/4 | .20 |
| 03/14/06 | Telephone Expense<br>303-503-0442/ENGLEWOOD, CO/4 | .20 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 03/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/14/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron Esq.,<br>Reed Smith LLP - Pittsburgh to HARTSDALE NY<br>10530 | 50.96 |
| 03/14/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Esq.,<br>Reed Smith LLP - Pittsburgh to Richard A.<br>Senftleben, Esq., W.R. Grace & Co. (BOCA RATON<br>FL 33487). | 51.86 |
| 03/14/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron,<br>Esq.,Reed Smith LLP - Pittsburgh to HARTSDALE<br>NY 10530. | 2.36 |
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 70 COPIES | 10.50 |
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 55 COPIES | 8.25 |
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page   5
April 25, 2006

| | | |
|---|---|---|
| 03/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 03/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 229 COPIES | 34.35 |
| 03/22/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Esq.,<br>Reed Smith LLP - Pittsburgh to Richard C.<br>Finke, Esq W.R. Grace Company (BOCA RATON FL<br>33487). | 15.56 |
| 03/23/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 03/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 439 COPIES | 65.85 |
| 03/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 03/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/24/06 | Air Travel Expense - - DOUGLAS E. CAMERON<br>AIRFARE FOR MEETING WITH POTENTIAL CONSULTANT<br>IN W.R. GRACE CRIMINAL MATTER. | 441.20 |
| 03/24/06 | Meal Expense - - DOUGLAS E. CAMERON TRIP TO NYC<br>IN THE W.R. GRACE MATTER FOR MEETING WITH<br>POTENTIAL CONSULTANT 3/17/06 | 14.00 |
| 03/24/06 | Air Travel Expense - - DOUGLAS E. CAMERON TRIP<br>TO NYC IN THE W.R. GRACE MATTER FOR MEETING<br>WITH POTENTIAL CONSULTANT (3/17/06). | 497.11 |
| 03/24/06 | Taxi Expense - - DOUGLAS E. CAMERON TRIP TO NYC<br>IN THE W.R. GRACE MATTER FOR MEETING WITH<br>POTENTIAL CONSULTANT (3/17/06). | 65.00 |

172573 W. R. Grace & Co.                    Invoice Number  1395500
60035  Grand Jury Investigation            Page   6
April 25, 2006

| | | |
|---|---|---|
| 03/24/06 | Mileage Expense - - DOUGLAS E. CAMERON (3/17/06) TRIP TO NYC IN THE W.R. GRACE MATTER FOR MEETING WITH POTENTIAL CONSULTANT -TRAVEL TO AND FROM AIRPORT. | 21.36 |
| 03/24/06 | Transportation - -  DOUGLAS E. CAMERON PARKING AND TOLLS - TRIP TO NYC IN THE W.R. GRACE MATTER FOR MEETING WITH POTENTIAL CONSULTANT (3/17/06)--CAB FARE. | 26.00 |
| 03/24/06 | Air Travel Expense - -  DOUGLAS E. CAMERON TRAVEL AGENT FEE - TRIP TO NYC IN THE W.R. GRACE MATTER FOR MEETING WITH POTENTIAL CONSULTANT 3/17/06 | 30.00 |
| 03/24/06 | Meal Expense - - DOUGLAS E. CAMERON TRIP TO PHOENIX/DENVER (3/14-3/16/06)--Three lunches(including one W/R Finke)One breakfast, and one dinner. | 96.83 |
| 03/24/06 | Lodging - - DOUGLAS E. CAMERON  TRIP TO PHOENIX/DENVER (3/14-3/16/06). | 495.25 |
| 03/24/06 | Air Travel Expense - - DOUGLAS E. CAMERON  TRIP TO PHOENIX/DENVER (3/14-3/16/06). | 1458.51 |
| 03/24/06 | Mileage Expense - - DOUGLAS E. CAMERON TRIP TO PHOENIX/DENVER (3/14-3/16/06) TRAVEL TO AND FROM PITTSBURGH AIRPORT. | 21.36 |
| 03/24/06 | Transportation - - VENDOR: DOUGLAS E. CAMERON PARKING AT PITTSBURGH AIRPORT FOR TRIP TO PHOENIX/DENVER (3/14-3/16/06). | 38.00 |
| 03/24/06 | Air Travel Expense - -  DOUGLAS E. CAMERON FEE/TRAVEL AGENT FEES - TRIP TO PHOENIX/DENVER 3/14-3/16/06 | 163.01 |
| 03/24/06 | Telephone Expense 770-499-7500/ATLANTA NW, GA/66 | 3.30 |
| 03/24/06 | Telephone Expense 480-488-3615/CVCRKCRFRE, AZ/53 | 2.65 |
| 03/27/06 | Telephone Expense 561-362-1551/BOCA RATON, FL/8 | .40 |
| 03/29/06 | Telephone Expense 208-885-6015/MOSCOW, ID/5 | .25 |
| 03/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page    7
April 25, 2006

| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 14 COPIES | 2.10 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |

172573 W. R. Grace & Co.                    Invoice Number  1395500
60035  Grand Jury Investigation            Page   8
April 25, 2006

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .45
            ATTY # 0559: 3 COPIES

03/29/06    Duplicating/Printing/Scanning                    .15
            ATTY # 0559: 1 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .45
            ATTY # 0559: 3 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

03/29/06    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1395500
60035  Grand Jury Investigation                   Page    9
April 25, 2006

| Date | Description | Amount |
|---|---|---|
| 03/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 39 COPIES | 5.85 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 03/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH<br>SOLUTIONS 4 INC. - Database charges for<br>retrieval of research articles. | 133.75 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH<br>SOLUTIONS 4 INC. - Database charges for<br>retrieval of research articles. | 160.50 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH<br>SOLUTIONS 4 INC. - Database charges for<br>retrieval of research articles. | 16.05 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH<br>SOLUTIONS 4 INC. - Database charges for<br>retrieval of research articles. | 123.05 |
| 03/31/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/11 | .50 |

172573 W. R. Grace & Co.                       Invoice Number  1395500
60035  Grand Jury Investigation               Page  10
April 25, 2006

| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 40.39 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 42.27 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 80.25 |
| 03/31/06 | Documentation Charge - - VENDOR: RESEARCH SOLUTIONS 4 INC. - Database charges for retrieval of research articles. | 26.75 |
| 03/31/06 | Duplicating/Printing/Scanning ATTY # 0396: 4 COPIES | .60 |
| 03/31/06 | Duplicating/Printing/Scanning ATTY # 0396: 5 COPIES | .75 |
| 03/31/06 | Duplicating/Printing/Scanning ATTY # 0396: 4 COPIES | .60 |
| 03/31/06 | Duplicating/Printing/Scanning ATTY # 0396: 8 COPIES | 1.20 |

                    CURRENT EXPENSES              6,037.71
                                                ------------
             TOTAL BALANCE DUE UPON RECEIPT      $6,037.71
                                                =============