# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MARCH 1, 2006
# THROUGH MARCH 31, 2006

```
                    Phillips, Goldman & Spence, P.A.
                         1200 N. Broom Street
                         Wilmington, DE  19806
                            (302) 655-4200
                          EI #: 51-0328786
```

April     2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                        File   WRG-AUS/JCP
                                        Invoice number  61995
```

     Re:  W. R. Grace & Co.
          David T. Austern
Case No.:  01-01139 (RLB)

```
           Subtotal for FEES only: 03/31/06        $5,694.00
           Subtotal for COSTS only: 03/31/06         $580.22
                                                 -----------
   CURRENT PERIOD FEES AND COSTS: 03/31/06         $6,274.22
                                                 -----------
```

***************************************************************

Please remit duplicate copy with payment.  Thank you.

***************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

April    2006

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number   61995

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 11.2 | 2,320.00 |
| CASE ADMINISTRATION | 1.3 | 182.00 |
| LITIGATION | 8.7 | 3,192.00 |
| Subtotal for FEES only: 03/31/06 | 21.2 | $5,694.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 11.60 | 11.60 | 4,350.00 | 0.00 | 0.00 |
| 140.00 | CAH | 9.60 | 9.60 | 1,344.00 | 0.00 | 0.00 |
| Totals | | 21.20 | 21.20 | 5,694.00 | 0.00 | 0.00 |

LEGALMASTER MIRC For Transactions
-Fees-

04/25/06  Page 1

Sort Fields:
  Grouping code
  Client code          (Paginate)
  Actual employee code
  Transaction date     (Subtotals)

Range Fields:
  Client code     I WRG   - WRG
  Invoice Number  I 61995 - 61995

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 03/01/06 | Update docket to system. | 0.20 | 28.00 | Ca |
| CASE ADMINISTRATION | CAH | 03/14/06 | Merge original signatures into filed documents. | 0.30 | 42.00 | |
| CASE ADMINISTRATION | CAH | 03/21/06 | Update docket to system. | 0.20 | 28.00 | |
| CASE ADMINISTRATION | CAH | 03/22/06 | Obtain copies of pertinent pleadings and forward to John C. Phillips, Jr. | 0.40 | 56.00 | |
| CASE ADMINISTRATION | CAH | 03/28/06 | Obtain copies of pertinent documents. | 0.20 | 28.00 | |
| | | | | 1.30 | 182.00 | |
| | | | | 1.30 | 182.00 | |

WRG-AUS                                              LEGALMASTER MIRC For Transactions                        04/25/06  Page 2
                                                                   -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 03/20/06 | Download, print and forward pertainent pleadings; forward to John C. Phillips, Jr. | 0.30 | 42.00 | Li |
| | | | | | 0.30 | 42.00 | |
| WRG | LITIGATION | JCP | 03/06/06 | Review of Notice of Deposition of Dr. Mitchell (.1); review of Notice of Deposition of Dr. Lucas (.1); review of 2nd Amended CMO (.2); review of CNO re: Extending Exclusivity and proposed Order (.2); review of Debtors/Appellees Brief re: Chakarian Appeal (.3). | 0.90 | 337.50 | |
| WRG | LITIGATION | JCP | 03/07/06 | Review of Order Modifying Personal Injury CMO; review of Notice of Deposition (4x) of Dr. Coulter, Dr. Gargiano, Dr. Schonfield and Dr. Segarra. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 03/08/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 03/09/06 | Review of miscellaneous pleadings; review of Notice of Deposition of Dr. Kuebler and Subpoena; review of Revised Certificate of No Objection and proposed Order Extending Exclusivity and Appointing Mediator. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 03/13/06 | Review of miscellaneous pleadings; review of Government's response to Debtors' Subpoena to Dr. Whitehouse; review of Libby Claimants Reply Brief re: Injunction; review of Libby Claimants' Request for Oral Argument. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 03/14/06 | Review of Order Extending Exclusivity; review of Debtors' 16th Objection to Claims with attachments. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 03/15/06 | Review of miscellaneous pleadings (.1); review of 3 Certificates of no Objection re: Order Modifying Deadlines re: Property Damage Estimation and proposed Order, Order Amending Personal Injury CNO and proposed Order (.3), Stipulation and Order re: G-I Holdings' Claims and proposed Order (.3); review of U.S. Trustee's Objection to Libby Claimants Motion for Payment of Expenses (.2). | 0.60 | 225.00 | |
| WRG | LITIGATION | JCP | 03/16/06 | Review of Unsecured Creditors' Objection to Libby Claimants Motion for Payment of Expenses (.3); review of Debtors' Damage Committee's Objection to same (.3); review of Debtors' Objection to same (voluminous)(.5); review of Libby Claimants Objection to Debtors' Motion to Seek Discovery from Dr. Whitehouse (.4). | 1.50 | 562.50 | |
| WRG | LITIGATION | JCP | 03/17/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 03/20/06 | Review of miscellaneous pleadings (.2); review of Debtors' Motion for Leave to File Reply to Government's Opposition to Whitehouse Discovery with enclosure (.2); review of Debtors' Reply (.2); review of Debtors' Motion for Leave to File Reply to Libby Claimants Opposition to Whitehouse | 0.80 | 300.00 | |

```
WRG-AUS                              LEGALMASTER MIRC For Transactions                    04/25/06   Page 3
                                                  -Fees-
```

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 03/21/06 | Review of Agenda for 3/27/06 Hearing (.1); review of Debtors' Status Report re: preparation of Questionaire (.2); review of miscellaneous pleadings (.3). | 0.60 | 225.00 | |
| WRG | LITIGATION | JCP | 03/22/06 | letter to U.S. Trustee re: Libby Claimants' request for separate Committee; review of miscellaneous pleadings (Acknowledgements and Waivers from Dune Capital and Plainfield); review of Agenda for 3/27/06 Hearing. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 03/23/06 | Review of Certification of Counsel re: expanding Latham and Watkin's representation; review of Certification of Counsel re: Disallowance of 45 Speights and Runyan Property Damage Claims; review of Amended Agenda for 3/27/06 Hearing. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 03/27/06 | Review of miscellaneous pleadings and 2 Orders (.1); review of Amended Agenda for 3/27/06 Hearing (.1); e-mail to and e-mail from Rick Wyron re: 3/27/06 Hearing (.2); court appearance re: Omnibus Hearing (.9). | 1.30 | 487.50 | |
| WRG | LITIGATION | JCP | 03/30/06 | Review of miscellaneous pleadings and 2 Orders; review of Order Disallowing 45 Speights and Runyan Claims; review of Order Modifying Various Deadlines in Property Damage CMO; review of Amended CMO for Personal Injury Estimation. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 03/31/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| | | | | | -------- | -------- | |
| | | | | | 8.40 | 3,150.00 | |
| | | | | | ======== | ======== | |
| | | | | | 8.70 | 3,192.00 | |
| | | | | | ======== | ======== | |

Discovery with enclosure (.1); review of Debtors' Reply (.1).

WRG-AUS                        LEGALMASTER MIRC For Transactions                04/25/06  Page 4
                                            -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/01/06 | Draft Certificate of No Objection for Phillips, Goldman & Spence December Fee Application. | 0.30 | 42.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/01/06 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence December Fee Application. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/01/06 | Format and download application of FCR to retain Piper Jaffray and Company as Financial Advisor. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/01/06 | Scan file and serve application to employ Piper Jaffray. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/06/06 | Download, execute, scan and file Certificate of No Objection for Swidler Berlin and CIBC for December Fee Application and January Fee Application. | 0.80 | 112.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/07/06 | Download, execute, scan, file and serve Certificate of No Objection for CIBC's December Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/09/06 | Download and organize retention application for Orrick Herrington, Entry of Appearance for Orrick Herrington and Motion of Swidler Berlin to withdraw; after execution, scan and file all. | 1.10 | 154.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/09/06 | Download Certificate of No Objection for Tillinghast December Fee Application; create Certificate of No Objection and service list after execution; file and serve same. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/15/06 | Review of and revise pre-bill to conform to local rules; question and correct costs. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/20/06 | Prepare Statement for Fee Application. | 0.10 | 14.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/21/06 | Draft Certificate of No Objection for 6th and 7th Quarterly Fee Applications for Phillips, Goldman & Spence. | 0.60 | 84.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/21/06 | Draft February Fee Application. | 0.80 | 112.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/21/06 | File and serve Certificates of No Objection for Quarterly Fee Applications. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/23/06 | Scan, file and serve February Fee Application for Phillips, Goldman & Spence. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/30/06 | Execute Certificate of Service and scan and file Certificates of No Objection for Towers Perrin 1st through 4th Fee Applications, Swidler Berlin's 21st Fee Application and CIBC's Fee Application. | 0.70 | 98.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/31/06 | E-mail to D. Fullem re: Certificate of No Objection for Motion to Withdraw of Swidler. | 0.40 | 56.00 | |

| WRG-AUS | | | LEGALMASTER MIRC For Transactions<br>-Fees- | | 04/25/06   Page 5 |
|---|---|---|---|---|---|
| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Grp<br>Dollars Cd |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 03/01/06 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 19th Monthly Fee Application; conference with Celeste A. Hartman; review of Application to FCR to Employ Piper Jaffray and supporting Declaration and proposed Order; conference with Celeste A. Hartman. | 0.30 | 112.50 |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 03/03/06 | E-mail from Rick Wyron with enclosure; e-mail from U.S. Trustee re: Swidler's 6th Quarterly Fee Application; e-mail to Celeste A. Hartman re: not filing a Certificate of No Objection re: same | 0.20 | 75.00 |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 03/06/06 | Review of and revise February prebill. | 0.20 | 75.00 |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 03/09/06 | Review of, revise and execute Certificate of No Objection re: Towers Perrin's 7th Monthly Fee Application; review of, revise and execute FCR's Motion to Employ Orrick Herrington; review of and execute Swidler Berlin's Motion to Withdraw as counsel for FCR; conference with Celeste A. Hartman. | 0.40 | 150.00 |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 03/10/06 | E-mail from Rick Wyron (2x) with enclosure re: Certificate of No Objection; review of, revise and execute Certificate of No Objection re: Swidler Berlin's 6th Quarterly Fee Application. | 0.30 | 112.50 |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 03/21/06 | Review of, revise and execute 2 Certificates of No Objection re: Phillips, Goldman & Spence 6th and 7th Quarterly Fee Applications; conference with Celeste A. Hartman; review of Certification of Counsel re: Quarterly Fee Applications. | 0.50 | 187.50 |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 03/21/06 | Review of, revise and execute Phillips, Goldman & Spence 21st Monthly Fee Application; conference with Celeste A. Hartman. | 0.30 | 112.50 |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 03/23/06 | Review of, revise and execute Certificate of No Objection re: FCR's employment of Piper Jaffray. | 0.10 | 37.50 |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 03/30/06 | Review of and execute CIBC's 19th Monthly Fee Application (.2); review of and execute Swidler Berlin's 21st Fee Application (thru 2/5/06) (.2); review of and execute Tillinghast's 1st, 2nd and 3rd Quarterly Fee Application (.2); review of, revise and execute Tillinghast's Fee | 0.90 | 337.50 |
|  |  |  |  | 8.00 | 1,120.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

04/25/06 Page 6

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| | | | Application (.2); conference with Celeste A. Hartman (.1). | 3.20 | 1,200.00 | |
| | | | | 11.20 | 2,320.00 | |
| | | | | 21.20 | 5,694.00 | |

47 records printed.