# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# MARCH 1, 2006
# THROUGH MARCH 31, 2006

Phillips, Goldman & Spence, P.A.

April     2006

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number   61995

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 03/01/06 | Federal Express | 243.61 |
| 03/01/06 | Postage | 25.11 |
| 03/01/06 | Photocopies | 148.50 |
| 03/31/06 | Check No.: 30606 - John C. Phillips, Jr. - Court parking. | 3.00 |
| 03/31/06 | Check No.: 30606 - John C. Phillips, Jr. - expense reimbursement - Court Call, LLC. | 160.00 |
| | Subtotal for COSTS only: 03/31/06 | $580.22 |