## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Date: May 19, 2006 at 4:00 p.m.**
**Hearing Date: To be determined.**

**FIFTY-FIRST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MARCH 1, 2006 THROUGH MARCH 31, 2006**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2006 through March 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$15,309.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$424.79** |

This is an: ☒ monthly  ☐ interim  ☐ final application

This is the fifty-first monthly fee application of Duane Morris LLP.

DM3\355168.1

## PRIOR APPLICATIONS FILED

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

DM3\355168.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | Pending | Pending |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,162.50 | $517.90 | Pending | Pending |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | 615.00 | 11.50 | $7,072.50 |
| Michael R. Lastowski | Partner/26 years | 550.00 | 12.70 | 6,985.00 |
| Michael F. Hahn | Associate/8 years | 355.00 | 1.70 | 603.50 |
| Beth A. Gruppo | Paralegal | 215.00 | .40 | 86.00 |
| Stephanie Lenkiewicz | Legal Assistant | 125.00 | 2.60 | 562.50 |

Total Fees:      $15,309.50
Total Hours:     $424.79

5

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.10 | 55.00 |
| Case Administration (04) | 0.80 | 127.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 3.30 | 1,815.00 |
| Claim Analysis Objections and Resolution (Non-Asbestos (06) | 0.70 | 248.50 |
| Employment Applications, Applicant (09) | 0.30 | 37.50 |
| Fee Applications, Applicant (12) | 1.90 | 407.50 |
| Fee Applications, Others (13) | 3.20 | 952.50 |
| Hearings (15) | 6.20 | 3,410.00 |
| Plan and Disclosure Statement (17) | 0.60 | 202.50 |
| Relief from Stay Proceedings (18) | 1.10 | 605.00 |
| Other (25) | 12.60 | 7,449.00 |
| **TOTAL** | **30.80** | **$15,309.50** |

6

DM3\355168.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period March 1, 2006 through March 31, 2006, an interim allowance be made to Duane Morris LLP for compensation in the amount of $12,247.60 (80% of allowed fees) and $424.79 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated:  March 13, 2006

_Michael R Lastowski_

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:      (302) 657-4900
Facsimile:       (302) 657-4901
E-mail:           mlastowski@duanemorris.com
E-mail:           rwriley@duanemorris.com
*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

7

# EXHIBIT A

$$\underline{\text{Duane Morris}}$$

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

April 11, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1166755                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 12.70 | hrs. at | $550.00 | /hr. = | $6,985.00 |
| WS KATCHEN | PARTNER | 11.50 | hrs. at | $615.00 | /hr. = | $7,072.50 |
| MF HAHN | ASSOCIATE | 1.70 | hrs. at | $355.00 | /hr. = | $603.50 |
| BA GRUPPO | PARALEGAL | 0.40 | hrs. at | $215.00 | /hr. = | $86.00 |
| S LENKIEWICZ | LEGAL ASSISTAN | 4.50 | hrs. at | $125.00 | /hr. = | $562.50 |

$15,309.50

DISBURSEMENTS
MEETING EXPENSE                                   16.06
OVERNIGHT MAIL                                    67.32
TELEPHONE                                        300.00
TRAVEL - LOCAL                                    12.25
WESTLAW LEGAL RESEARCH                            29.16
TOTAL DISBURSEMENTS                                             $424.79

BALANCE DUE THIS INVOICE                                        $15,734.29

PREVIOUS BALANCE                                               $62,493.95

TOTAL BALANCE DUE                                              $78,228.24

Duane Morris
April 11, 2006
Page 2

File # K0248-00001                                    INVOICE #  1166755
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/7/2006 | 003 | MR LASTOWSKI | REVIEW JANUARY MOR | 0.10 | $55.00 |
| | | | Code Total | 0.10 | $55.00 |

Duane Morris
April 11, 2006
Page 3

File # K0248-00001                                          INVOICE #  1166755
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/24/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $21.50 |
| 3/24/2006 | 004 | S LENKIEWICZ | REVIEW DOCKET RE: OBJECTIONS AND RECENT FILINGS | 0.20 | $25.00 |
| 3/24/2006 | 004 | S LENKIEWICZ | PLEADINGS FILE MAINTENANCE AND ORGANIZATION; CALENDAR DEADLINES | 0.30 | $37.50 |
| 3/28/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $21.50 |
| 3/31/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $21.50 |
| | | | Code Total | 0.80 | $127.00 |

Duane Morris
April 11, 2006
Page 4

File # K0248-00001                                    INVOICE #  1166755
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 3/7/2006 | 005 | MR LASTOWSKI | REVIEW DISCOVERY REQUESTS ADDRESSED TO SCREENING PHYSICIANS | 0.30 | $165.00 |
| 3/14/2006 | 005 | MR LASTOWSKI | REVIEW ORRIICK HERRINGTON' RETENTION APPLICATION | 0.60 | $330.00 |
| 3/17/2006 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: WHITEHOUSE DEPOSITION | 0.90 | $495.00 |
| 3/22/2006 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY QUESTIONNAIRE STATUS REPORT | 0.70 | $385.00 |
| 3/23/2006 | 005 | MR LASTOWSKI | REVIEW STIPULATION RE: SPEIGHTS AND RUNYAN CLAIMS | 0.20 | $110.00 |
| 3/29/2006 | 005 | MR LASTOWSKI | REVIEW AMENDED CASE MANAGEMENT ORDER | 0.60 | $330.00 |
| | | | Code Total | 3.30 | $1,815.00 |

Duane Morris
April 11, 2006
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1166755

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/24/2006 | 006 | MF HAHN | RESEARCH REGARDING ALLOWANCE OF INTEREST ISSUES | 0.70 | $248.50 |
| | | | Code Total | 0.70 | $248.50 |

Duane Morris
April 11, 2006
Page 6

File # K0248-00001                                          INVOICE #  1166755
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/13/2006 | 009 | S LENKIEWICZ | FINALIZE, E-FILE AND ELECTRONICALLY SERVICE MONTHLY FEE APPLICATION OF DUANE MORRIS FOR PERIOD FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006 | 0.30 | $37.50 |
| | | | Code Total | 0.30 | $37.50 |

Duane Morris
April 11, 2006
Page 7

File # K0248-00001                                            INVOICE #  1166755
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/2/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS LLP'S NOTICE OF MONTHLY FEE AND EXPENSE STATEMENT FOR JANUARY, 2006 | 0.30 | $37.50 |
| 3/2/2006 | 012 | S LENKIEWICZ | FINALIZE FOR FILING AND E-FILE AND SERVE DUANE MORRIS LLP'S JANUARY, 2006 MONTHLY FEE AND EXPENSE INVOICE | 0.30 | $37.50 |
| 3/2/2006 | 012 | S LENKIEWICZ | CONVERT DUANE MORRIS LLP'S JANUARY 2006 INVOICE TO WORD FORMAT; FORWARD SAME TO FEE AUDITOR VIA EMAIL | 0.20 | $25.00 |
| 3/10/2006 | 012 | S LENKIEWICZ | PREPARE AND FINALIZE MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR FEBRUARY, 2006 | 0.30 | $37.50 |
| 3/13/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS FIFTIETH MONTHLY FEE APPLICATION | 0.30 | $165.00 |
| 3/13/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF CAPSTONE EIGHTH INTERIM FEE APPLICATION | 0.10 | $55.00 |
| 3/21/2006 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR 18TH INTERIM PERIOD | 0.20 | $25.00 |
| 3/24/2006 | 012 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS LLP'S JANUARY 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| | | | Code Total | 1.90 | $407.50 |

Duane Morris
April 11, 2006
Page 8

File # K0248-00001                                    INVOICE #  1166755
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 3/1/2006 | 013 | S LENKIEWICZ | FINALIZE FOR FILING AND E-FILE STROOCK & STROOCK & LAVAN'S MONTHLY FEE AND EXPENSE INVOICE FOR JANUARY, 2006 | 0.30 | $37.50 |
| 3/10/2006 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE QUARTERLY FEE APPLICATION; FINALIZE FOR FILING | 0.20 | $25.00 |
| 3/13/2006 | 013 | S LENKIEWICZ | PREPARE NOTICE OF QUARTERLY FEE APPLICATION | 0.10 | $12.50 |
| 3/13/2006 | 013 | S LENKIEWICZ | FINALIZE, E-FILE AND ARRANGE FOR SERVICE OF CAPSTONE ADVISORY GROUP LLC'S EIGHTH QUARTERLY FEE APPLICATION | 0.30 | $37.50 |
| 3/14/2006 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT | 0.10 | $55.00 |
| 3/15/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE CERTIFICATE OF NO OBJECTION RE: CAPSTONE DECEMBER 2005 MONTHLY FEE AND EXPENSE INVOICE | 0.20 | $25.00 |
| 3/15/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE: CAPSTONE DECEMBER 2005 MONTHLY FEE AND EXPENSE INVOICE | 0.10 | $12.50 |
| 3/22/2006 | 013 | S LENKIEWICZ | FINALIZE FOR FILING AND E-FILE MONTHLY FEE APPLICATION OF CAPSTONE ADVISORY GROUP, LLC FOR THE PERIOD JANUARY, 2006 | 0.20 | $25.00 |
| 3/23/2006 | 013 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' APPLICATION FOR COMPENSATION AND OBJECTIONS THERETO | 1.20 | $660.00 |
| 3/24/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN LLP'S JANUARY 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| 3/28/2006 | 013 | S LENKIEWICZ | FINALIZE FOR FILING AND E-FILE FEBRUARY, 2006 MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP | 0.30 | $37.50 |
| | | | Code Total | 3.20 | $952.50 |

Duane Morris
April 11, 2006
Page 9

File # K0248-00001                                    INVOICE #  1166755
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/22/2006 | 015 | MR LASTOWSKI | REVIEW 3/27/06 AGENDA AND ITEMS IDENTIFIED THEREON | 2.50 | $1,375.00 |
| 3/24/2006 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 3/24/06 | 0.20 | $110.00 |
| 3/27/2006 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTENDANCE AT 3/27/06 OMNIBUS HEARING | 3.50 | $1,925.00 |
| | | | Code Total | 6.20 | $3,410.00 |

Duane Morris
April 11, 2006
Page 10

File # K0248-00001                                    INVOICE #  1166755
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 3/9/2006 | 017 | MR LASTOWSKI | REVIEW EXCLUSIVITY EXTENSION | 0.30 | $165.00 |
| 3/15/2006 | 017 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE AND SERVICE LIST RE: OBJECTION TO LIBBY CLAIMANTS' MOTION FOR PAYMENT | 0.10 | $12.50 |
| 3/15/2006 | 017 | S LENKIEWICZ | FINALIZE, E-FILE AND SERVE COMMITTEE'S OBJECTION TO LIBBY CLAIMANTS' MOTION FOR PAYMENT OF CERTAIN EXPENSES IN CONNECTION WITH CLAIMS ESTIMATION AND PLAN PROCESS | 0.20 | $25.00 |
| | | | Code Total | 0.60 | $202.50 |

Duane Morris
April 11, 2006
Page 11

File # K0248-00001                                      INVOICE #  1166755
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/9/2006 | 018 | MR LASTOWSKI | REVIEW CHAKARIAN BRIEFING | 0.50 | $275.00 |
| 3/14/2006 | 018 | MR LASTOWSKI | REVIEW BRIEFING IN LIBBY APPEAL | 0.60 | $330.00 |
| | | | Code Total | 1.10 | $605.00 |

Duane Morris
April 11, 2006
Page 12

File # K0248-00001                                    INVOICE #  1166755
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/28/2006 | 025 | WS KATCHEN | PHONE CALL WITH K. PASQUALE REGARDING MEDIATOR SELECTION. | 0.20 | $123.00 |
| 2/28/2006 | 025 | WS KATCHEN | INQUIRY ON MEDIATOR SELECTION. | 0.40 | $246.00 |
| 3/1/2006 | 025 | WS KATCHEN | PHONE CALL WITH K. PASQUALE REGARDING MEDIATOR. | 0.20 | $123.00 |
| 3/1/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE E-MAIL ON MEDIATOR. | 0.10 | $61.50 |
| 3/6/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF SUBPOENA. | 0.10 | $61.50 |
| 3/6/2006 | 025 | WS KATCHEN | REVIEW APPELLEE'S BRIEF - MONTANA LIBBY MINE ESDC - D. DEL. | 0.40 | $246.00 |
| 3/6/2006 | 025 | WS KATCHEN | REVIEW STATE OF MONTANA'S BRIEF. | 0.30 | $184.50 |
| 3/6/2006 | 025 | WS KATCHEN | REVIEW FUTURE REP'S APPLICATION TO EMPLOY PIPER JAYTRAY CO. | 0.10 | $61.50 |
| 3/7/2006 | 025 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $21.50 |
| 3/7/2006 | 025 | MF HAHN | LEGAL RESEARCH FOR W. KATCHEN; REVIEW THIRD CIRCUIT'S OPINION IN GERARD | 1.00 | $355.00 |
| 3/8/2006 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO FINANCING. | 0.20 | $123.00 |
| 3/8/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE E-MAILS ON LIBBY CLAIMANTS. | 0.20 | $123.00 |
| 3/8/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $61.50 |
| 3/14/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF DEPOSITION. | 0.50 | $307.50 |
| 3/14/2006 | 025 | WS KATCHEN | REVIEW SUBPOENA TO R. KUEBLER. | 0.10 | $61.50 |
| 3/14/2006 | 025 | WS KATCHEN | REVIEW REVISED CERTIFICATION REGARDING SECTION 1121(D). | 0.10 | $61.50 |
| 3/14/2006 | 025 | WS KATCHEN | PROPOSED ORDER RETENTION OF MEDIATOR/AFFIDAVIT. | 0.20 | $123.00 |
| 3/14/2006 | 025 | WS KATCHEN | REVIEW ORDER MODIFYING CASE MANAGEMENT ORDER FOR ESTIMATION PI CLAIMS. | 0.10 | $61.50 |
| 3/14/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF DEPOSITION AND SUBPOENA TO D. GAZIANO, ET AL. | 0.30 | $184.50 |
| 3/14/2006 | 025 | WS KATCHEN | REVIEW REPLY BRIEF LIBBY DEFENDANTS. | 0.10 | $61.50 |
| 3/14/2006 | 025 | WS KATCHEN | REVIEW CAPSTONE FINANCIALS 3/14/06. | 0.40 | $246.00 |
| 3/20/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE CONFIDENTIAL E-MAIL. | 0.20 | $123.00 |
| 3/20/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S OPPOSITION TO LIBBY CLAIMANTS. | 0.60 | $369.00 |
| 3/20/2006 | 025 | WS KATCHEN | REVIEW COHN WHITESELL 3/10/06 LETTER TO UST. | 0.20 | $123.00 |

Duane Morris
April 11, 2006
Page 13

File # K0248-00001                                      INVOICE #  1166755
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/20/2006 | 025 | WS KATCHEN | REVIEW MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF DEBTOR'S MOTION. | 1.10 | $676.50 |
| 3/20/2006 | 025 | WS KATCHEN | REVIEW OPPOSITION OF LIBBY CLAIMANTS. | 0.60 | $369.00 |
| 3/22/2006 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO. | 0.20 | $123.00 |
| 3/22/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION AND SUPPORTING EXHIBITS/AFFIDAVITS AND REPLY REGARDING DR. WHITEHOUSE. | 2.00 | $1,230.00 |
| 3/23/2006 | 025 | WS KATCHEN | REVIEW AGENDA (3/27/06). | 0.10 | $61.50 |
| 3/23/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S STATUS REPORT. | 0.10 | $61.50 |
| 3/28/2006 | 025 | WS KATCHEN | | 2.00 | $1,230.00 |
| 3/28/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOCK. | 0.20 | $123.00 |
| 3/28/2006 | 025 | WS KATCHEN | PHONE CALL WITH K. PASQUALE. | 0.10 | $61.50 |
| | | | Code Total | 12.60 | $7,449.00 |

Duane Morris
April 11, 2006
Page 14

File # K0248-00001                                    INVOICE #  1166755
    W.R. GRACE & CO.

                                  TOTAL SERVICES          30.80    $15,309.50

Duane Morris
April 11, 2006
Page 15

File # K0248-00001                                              INVOICE #  1166755
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 3/31/2006 | TELEPHONE | | 300.00 |
| | | Total: | $300.00 |
| 3/31/2006 | TRAVEL - LOCAL | | 12.25 |
| | | Total: | $12.25 |
| 3/31/2006 | MEETING EXPENSE | | 16.06 |
| | | Total: | $16.06 |
| 2/17/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790818901263) | | 9.67 |
| 2/17/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790818906438) | | 17.55 |
| 3/2/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790833485479) | | 8.29 |
| 3/2/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790833482686) | | 11.66 |
| 3/13/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791404777700) | | 11.78 |
| 3/13/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791404773369) | | 8.37 |
| | | Total: | $67.32 |
| 3/7/2006 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 29.16 |
| | | Total: | $29.16 |
| | | TOTAL DISBURSEMENTS | $424.79 |