# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 20, 2006
                                            MATTER :  W9600-002
                                            INVOICE :  208193
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/24/06 | TC | REVIEWED ORDER AUTHORIZING AMENDMENT OF CREDIT AGREEMENT WITH ADVANCED TECHNOLGIES | .50 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------

  T CURRIER             475.00    .50        237.50
                TOTALS            .50        237.50

                TOTAL FEES :                237.50

                TOTAL DUE  :                237.50
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 20, 2006
                                              MATTER :  W9600-003
                                              INVOICE : 208194


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

    RE:  BUSINESS OPERATIONS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/27/06 | TC | REVIEWED EXHIBIT TO DIP FINANCING EXTENSION MOTION | .80 |
| 03/24/06 | TC | REVIEWED ORDER AUTHORIZING EXTENDING AND AMENDING DIP FINANCING | .70 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 475.00 | 1.50 | 712.50 |
| TOTALS | | 1.50 | 712.50 |

    TOTAL FEES :          712.50

    TOTAL DUE  :          712.50

---

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    APRIL 20, 2006
MATTER :  W9600-004
INVOICE : 208195
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/28/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/02/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/02/06 | TC | REVIEWED UPDATED DOCKET | .70 |
| 03/03/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/06/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/06/06 | TC | REVIEWED CERTIFICATION OF COUNSEL REGARDING SECOND AMENDED CASE MANAGEMENT ORDER | .80 |
| 03/07/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    APRIL 20, 2006
                                            MATTER : W9600-004
                                            INVOICE :  208195


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

      RE:  CASE ADMINISTRATION


| 03/08/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
|---|---|---|
| 03/10/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/13/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/15/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/17/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/17/06 TC | REVIEWED UPDATED DOCKET | .50 |
| 03/20/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS              DATE :    APRIL 20, 2006
                                                   MATTER :  W9600-004
                                                   INVOICE : 208195

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

    RE:  CASE ADMINISTRATION


| 03/21/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
|---|---|---|
| 03/24/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/27/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/28/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 03/31/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE    :   APRIL 20, 2006
MATTER  :   W9600-004
INVOICE :   208195
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

RE:  CASE ADMINISTRATION

```
              T I M E   S U M M A R Y
              -----------------------

                   RATE    HOURS        TOTALS
                   ----    -----        ------

M N FLORES        140.00   16.00        2240.00
T CURRIER         475.00    2.00         950.00
           TOTALS          18.00        3190.00


           TOTAL FEES :              3,190.00


           TOTAL DUE  :              3,190.00
```

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 20, 2006
                                              MATTER :  W9600-005
                                              INVOICE : 208204
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/15/06 | TC | RESPONSE OF ASBESTOS PERSONAL INJURY COMMITTEE TO MOTION OF LIBBY CLAIMANTS FOR FEES | .60 |
| 03/15/06 | TC | REVIEWED LIMITED OBJECTION OF ASBESTOS PERSONAL INJURY COMMITTEE TO MOTION TO CONDUCT DISCOVERY OF DR. ALAN WHITEHOUSE | .60 |
| 03/21/06 | TC | REVIEWED WRGRACE'S STATUS REPORT ABOUT COMPLETION OF THE ASBESTOS PERSONAL INJURY QUESTIONAIRE AND PROCESS | 1.70 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|-----------|--------|-------|---------|
| T CURRIER | 475.00 | 2.90 | 1377.50 |
| TOTALS | | 2.90 | 1377.50 |

```
                    TOTAL FEES :               1,377.50

                    TOTAL DUE  :               1,377.50
```

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 20, 2006
                                              MATTER :  W9600-006
                                              INVOICE : 208196
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06     T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/07/06 | TC | REVIEWED OBJECTION OF HERSHELL JOHNSON TO REQUEST FOR FURTHER INFORMATION ON THE GROUNDS THAT IT WAS ALREADY PROVIDED | .40 |
| 03/07/06 | TC | REVIEWED OBJECTION OF WILLIAM PATTERSON TO REQUEST FOR FURTHER INFORMATION ON THE GROUNDS THAT IT WAS ALREADY PROVIDED | .30 |
| 03/07/06 | TC | REVIEWED OBJECTION OF ROBERT JOHNSON TO REQUEST FOR FURTHER INFORMATION ON THE GROUNDS THAT THE INFORMATION WAS ALREADY PROVIDED | .30 |
| 03/07/06 | TC | REVIEWED OBJECTION OF CHARLES DONAHUE TO REQUEST FOR FURTHER INFORMATION ON THE GROUNDS THAT IT WAS ALREADY PROVIDED | .40 |
| 03/08/06 | TC | REVIEWED OBJECTION TO PROVIDING INFORMATION ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED BY FRESHOUR | .50 |
| 03/08/06 | TC | REVIEWED OBJECTION TO PROVIDING INFORMATION ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED BY SAMUEL JACKSON | .50 |
| 03/08/06 | TC | REVIEWED OBJECTION TO PROVIDING INFORMATION ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED BY DONAHUE | .50 |
| 03/08/06 | TC | REVIEWED OBJECTION TO PROVIDING INFORMATION ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED BY EDWARD ALLEN | .40 |
| 03/13/06 | TC | REVIEWED STIPULATION WITH SOUTH CAROLINA DEPARTMENT OF HEALTH | .50 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 20, 2006
                                              MATTER :  W9600-006
                                              INVOICE : 208196


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


03/14/06 TC    REVIEWED DEBTORS' 16TH OMNIBUS OBJECTION TO          .80
               CLAIMS

03/15/06 TC    REVIEWED USTRUSTEE OBJECTION TO MOTION TO PAY        .60
               EXPENSES OF LIBBY CLAIMANTS

03/15/06 TC    REVIEWED OBJECTION OF OFFICIAL COMMITTEE OF          .70
               UNSECURED CREDITORS TO MOTION OF LIBBY
               CLAIMANTS FOR FEES

03/15/06 TC    REVIEWED STIPULATION BETWEEN DEBTOR AND              .70
               SPEIGHTS AND RYAN RE DISALLOWANCE AND
               EXPUNGEMENT OF 45 PROPERTY DAMAGE CLAIMS

03/17/06 TC    REVIEWED DEBTORS' OPPOSITION TO LIBBY CLAIMANTS     1.50
               FEE MOTION

03/24/06 TC    REVIEWED ORDER AUTHORIZING CLAIM SETTLEMENT          .40
```

## T I M E   S U M M A R Y

```
                    RATE      HOURS          TOTALS
                    ----      -----          ------

T CURRIER          475.00      8.50          4037.50
            TOTALS             8.50          4037.50


              TOTAL FEES :                 4,037.50


              TOTAL DUE  :                 4,037.50
```

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 20, 2006
                                              MATTER :  W9600-007
                                              INVOICE : 208197


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

     RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
          EQUITY HOLDERS'
```

```
                                                            HOURS
   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED            -----
   ----  ----   --------------------------------

03/21/06 TC    REVIEWED REQUEST OF LIBBY CLAIMANTS TO FORM AN     .60
               OFFICIAL COMMITTEE

03/21/06 TC    REVIEWED LETTER (FILED) FROM DAVID KLAUDER         .40
               DENYING FORMATION OF AN OFFICIAL COMMITTEE FOR
               LIBBY CLAIMANTS
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                       RATE    HOURS        TOTALS
                       ----    -----        ------

  T CURRIER           475.00   1.00         475.00
              TOTALS           1.00         475.00


              TOTAL FEES :                      475.00

              TOTAL DUE  :                      475.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 20, 2006
                                              MATTER :  W9600-010
                                              INVOICE : 208203
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/01/06 | TC | REVIEWED APPLICATION TO EMPLOY PIPER JAFFREY AS FINANCIAL CONSULTANT TO DAVID ASTERN, FUTURES REPRESENTATIVE | .60 |
| 03/07/06 | TC | REVIEWED FUTURES' CLAIMANTS' APPLICATION TO EMPLOY PIPER JAFFRAY AS FINANCIAL ADVISORS | .70 |
| 03/09/06 | TC | REVIEWED APPLICATION TO EMPLY ORRICK HERRINGTON | .50 |
| 03/15/06 | TC | REVIEWED REVISED PROPOSED ORDER AUTHORIZING EXPANSION OF LATHAM AND WATKINS AS SPECIAL COUNSEL TO THE DEBTOR | .80 |
| 03/24/06 | TC | REVIEWED ORDER AUTHORIZING RETENTION OF BOWE AND FERNICOLA | .50 |

### T I M E   S U M M A R Y

```
                       RATE    HOURS          TOTALS
                       ----    -----          ------

  T CURRIER          475.00     3.10         1472.50
              TOTALS            3.10         1472.50


              TOTAL FEES :                  1,472.50

              TOTAL DUE  :                  1,472.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 20, 2006
                                              MATTER : W9600-011
                                              INVOICE : 208198

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

        RE:  FEE APPLICATIONS, APPLICANT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/27/06 | MNF | FINALIZE BILLS RE: 12/26/05-1/31/06 TIME | .40 |
| 03/01/06 | MNF | E-FILE AND SERVE 51ST MONTHLY FEE APP OF KRLS (1.0); CALENDAR DATES (.1); CONVERT & SCAN SAME TO FEE AUDITOR (.5) | 1.60 |
| 03/01/06 | TC | REVIEWED OUR FEE APPLICATION | 1.20 |
| 03/09/06 | MNF | EMAIL TO JACK BEAMON RE: SIGNED FEE ORDER | .30 |
| 03/14/06 | MNF | REVIEW PRE-BILLS FOR 2/1/06-2/28/06 | .60 |
| 03/14/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 19TH QUARTERLY FEE REQUEST (.1); DRAFT CNO RE: 19TH QUARTERLY FEE REQUEST OF KRLS (.4) | .50 |
| 03/14/06 | TC | REVIEWED PREBILLS AND TIME FOR OUR FEE APPLICATION | .60 |
| 03/16/06 | FAP | PREPARE FEBRUARY 2006 FEE AND EXPENSE SUMMARIES | .20 |
| 03/16/06 | MNF | DRAFT 52ND MONTHLY FEE APP OF KRLS FOR 2/1/06-2/28/06 | 1.00 |
| 03/16/06 | MNF | E-FILE AND SERVE CNO RE: 19TH QUARTERLY FEE APP OF KRLS | .80 |
| 03/17/06 | TC | REVIEWED QUARTERLY FEE ORDER | .60 |
| 03/22/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 51ST MONTHLY FEE APP OF KRLS (.2); DRAFT CNO RE: 51ST MONTHLY FEE APP OF KRLS(.5) | .70 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   APRIL 20, 2006
MATTER : W9600-011
INVOICE : 208198

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 03/22/06 TC | REVIEWED FEE APPLICATIONS AND CNOS FOR US AND KRAMER LEVIN | | .70 |
| 03/23/06 MNF | E-FILE AND SERVE CNO RE: 51ST MONTHLY FEE APP OF KRLS | | .80 |
| 03/27/06 TC | REVIEWED OUR FEE APPLICATION AND TIME ENTRIES FOR FILING | | 1.10 |
| 03/30/06 MNF | EMAIL TO J. BEAMON RE: ORDER FOR JULY-SEPTEMBER 2005 FEES | | .30 |
| 03/30/06 MNF | E-FILE AND SERVE 52ND MONTHLY FEE APP OF KRLS (1.0); CALENDAR DATES(.1); CONVERT AND EMAIL SAME TO FEE AUDITOR(.4) | | 1.50 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 150.00 | .20 | 30.00 |
| M N FLORES | 140.00 | 8.50 | 1190.00 |
| T CURRIER | 475.00 | 4.20 | 1995.00 |
| TOTALS | | 12.90 | 3215.00 |

TOTAL FEES :                3,215.00

TOTAL DUE  :                3,215.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 20, 2006
                                              MATTER :  W9600-012
                                              INVOICE : 208199
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/01/06 | MNF | E-FILE AND SERVE 54TH MONTHLY FEE APP OF KRAMER LEVIN (1.0); CALENDAR DATES (.1); CONVERT & SCAN SAME TO FEE AUDITOR(.5) | 1.60 |
| 03/14/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 15TH QUARTERLY FEE REQUEST (.1); DRAFT CNO RE: SAME (.4) | .50 |
| 03/16/06 | MNF | E-FILE AND SERVE CNO RE: 15TH QUARTERLY FEE APP OF KRAMER LEVIN | .80 |
| 03/22/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 54TH MONTHLY FEE APP (.2); DRAFT CNO RE: 54TH MONTHLY FEE APP OF KRAMER LEVIN (.5) | .70 |
| 03/23/06 | MNF | E-FILE AND SERVE CNO RE: 54TH MONTHLY FEE APP OF KRAMER LEVIN | .80 |
| 03/30/06 | MNF | E-FILE AND SERVE 55TH MONTHLY FEE APP OF KRAMER LEVIN (1.0); CALENDAR DATES(.1); CONVERT AND EMAIL SAME TO FEE AUDITOR(.4) | 1.50 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | | TOTALS |
|------|--------|------|-------|---|--------|
| M N FLORES | | 140.00 | 5.90 | | 826.00 |
| | TOTALS | | 5.90 | | 826.00 |

TOTAL FEES :                                              826.00

---

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    APRIL 20, 2006
                                            MATTER :  W9600-012
                                            INVOICE :  208199


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06   T C

    RE:  FEE APPLICATIONS, OTHERS


                    TOTAL DUE  :                    826.00


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 20, 2006
                                            MATTER : W9600-014
                                            INVOICE : 208200


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

   RE:  HEARINGS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 03/21/06 | TC | REVIEWED AGENDA FOR HEARING NEXT WEEK | .70 |
| 03/21/06 | TC | COMMUNICATION WITH PARALEGALS AND KRAMER LEVIN ABOUT HEARING NEXT WEEK | .20 |
| 03/22/06 | TC | REVIEWED AMENDED AGENDA FOR HEARING | .60 |

```
                   T I M E   S U M M A R Y
                   ----------------------

                       RATE    HOURS        TOTALS
                       ----    -----        ------
   T CURRIER          475.00   1.50         712.50
              TOTALS           1.50         712.50


              TOTAL FEES :                       712.50

              TOTAL DUE  :                       712.50
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 20, 2006
                                              MATTER :  W9600-015
                                              INVOICE : 208201
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/27/06 | TC | REVIEWED AMENDED SUBPOENA | .50 |
| 02/27/06 | TC | REVIEWED DEPOSITION NOTICE AND SUBPOENA | .60 |
| 03/03/06 | TC | REVIEWED NOTICE OF DEPOSITION OF PHILLIP LUCAS AND DOCUMENT REQUEST | .70 |
| 03/03/06 | TC | REVIEWED NOTICE OF DEPOSITION OF LARRY MITCHELL AND DOCUMENT REQUEST | .60 |
| 03/06/06 | TC | REVIEWED APPELLEE'S BRIEF FILED BY THE STATE OF MONTANA | 1.10 |
| 03/06/06 | TC | REVIEWED ANSWERING BRIEF BY STATE OF MONTANA | 1.00 |
| 03/06/06 | TC | REVIEWED NOTICE OF DEPOSITION OF JAY SEGARRA | .60 |
| 03/06/06 | TC | REVIEWED NOTICE OF DEPOSITION OF DR. TODD COULTER | .50 |
| 03/06/06 | TC | REVIEWED NOTICE OF DEPOSITION FOR ALVIN SCHONFELD | .50 |
| 03/06/06 | TC | REVIEWED NOTICE OF DEPOSITION FOR DOMINIC GAZIANO | .50 |
| 03/07/06 | TC | REVIEWED OBJECTION OF FRED WHITE TO PROVIDING INFORMATION REQUESTED ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .40 |
| 03/07/06 | TC | REVIEWED OBJECTION OF FRED TUTEN TO PROVIDING INFORMATION REQUESTED ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .40 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   APRIL 20, 2006
                                              MATTER : W9600-015
                                              INVOICE : 208201


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

      RE:  LITIGATION AND LITIGATION CONSULTING
```

| | | |
|---|---|---|
| 03/07/06 TC | REVIEWED OBJECTION OF EARL STEED JR. TO PROVIDING INFORMATION REQUESTED ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .40 |
| 03/07/06 TC | REVIEWED OBJECTION OF CHARLES ROBERTS TO PROVIDING INFORMATION REQUESTED ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .40 |
| 03/07/06 TC | REVIEWED OBJECTION OF ROBERT PLATT TO PROVIDING INFORMATION REQUESTED ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .40 |
| 03/07/06 TC | REVIEWED OBJECTION OF LAWRENCE PETERSON TO PROVIDING INFORMATION REQUESTED ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .40 |
| 03/07/06 TC | REVIEWED OBJECTION OF ROBERT LANG TO REQUEST FOR FURTHER INFORMATION ON THE GROUNDS THAT IT WAS ALREADY PROVIDED. | .40 |
| 03/07/06 TC | REVIEWED OBJECTION OF JACK THOMPSON TO PROVIDING INFORMATION ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .40 |
| 03/07/06 TC | REVIEWED OBJECTION OF DONALD ZOLL TO PROVIDING INFORMATION ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .40 |
| 03/07/06 TC | REVIEWED OBJECTION OF WILLIAM STEBBINS TO PROVIDING INFORMATION ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .40 |
| 03/07/06 TC | REVIEWED OBJECTION OF WILLIE PEARSON TO PROVIDING INFORMATION ON THE GROUNDS THAT IT HAS ALREADY BEEN PROVIDED | .30 |
| 03/08/06 TC | REVIEWED NOTICE OF DEPOSITION AND DOCUMENT REQUEST FOR RICHARD KUEBLER | .60 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :   APRIL 20, 2006
                                               MATTER :  W9600-015
                                               INVOICE :  208201


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06   T C

     RE:  LITIGATION AND LITIGATION CONSULTING


03/09/06 TC   REVIEWED GOVERNMENT'S OBJECTION TO MOTION TO          .60
              SEEK DISCOVERY FROM ALAN WHITEHOUSE

03/15/06 TC   REVIEWED OBJECTION OF LIBBY CLAIMANTS TO MOTION       .80
              TO CONDUCT DISCOVERY OF DR. ALAN WHITEHOUSE

03/17/06 TC   REQUEST FOR ORAL ARGUMENT ON LIBBY CLAIMANTS'         .40
              MATTER

03/17/06 TC   REVIEWED LIBBY CLAIMANTS REPLY BRIEF ON              1.20
              DISTRICT COURT APPEAL

03/20/06 TC   REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE A          .70
              REPLY TO THE GOVERNMENT'S OPPOSITION TO
              DEBTORS' MOTION FOR AUTHORIZATION TO SEEK
              DISCOVERY FROM DR. WHITEHOUSE

03/20/06 TC   REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE A         1.40
              REPLY TO THE LIBBY CLAIMANT'S OPPOSITION TO
              DEBTORS' MOTION FOR AUTHORIZATION TO SEEK
              DISCOVERY FROM DR. WHITEHOUSE



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

   T CURRIER                     475.00   16.60      7885.00
                         TOTALS          16.60      7885.00


                    TOTAL FEES :                  7,885.00

                    TOTAL DUE  :                  7,885.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 20, 2006
                                            MATTER : W9600-016
                                            INVOICE : 208202

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

    RE:  PLAN AND DISCLOSURE STATEMENT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/06/06 | TC | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS | .50 |
| 03/08/06 | TC | REVISED CERTIFICATION OF COUNSEL REGARDING EXCLUSIVITY ORDER | .60 |
| 03/09/06 | TC | REVIEWED ORDER EXTENDING EXCLUSIVITY | .50 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 475.00 | 1.60 | 760.00 |
| TOTALS | | 1.60 | 760.00 |

```
              TOTAL FEES :                    760.00

              TOTAL DUE  :                    760.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 20, 2006
MATTER :  W9600-000
INVOICE : 208192

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/06    T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 02/20/06 REPRODUCTION OF DOCUMENTS | 4.20 |
| 02/20/06 REPRODUCTION OF DOCUMENTS | 4.95 |
| 02/21/06 REPRODUCTION OF DOCUMENTS | 2.40 |
| 02/23/06 REPRODUCTION OF DOCUMENTS | 0.90 |
| 02/24/06 REPRODUCTION OF DOCUMENTS | 3.00 |
| 03/01/06 REPRODUCTION OF DOCUMENTS | 19.50 |
| 03/08/06 FEDERAL EXPRESS - FEDEX - # 3-364-34269 | 15.06 |
| 03/08/06 FEDERAL EXPRESS - FEDEX - # 3-364-34269 | 15.06 |
| 03/08/06 FEDERAL EXPRESS - FEDEX - # 3-375-82901 | 25.11 |
| 03/16/06 REPRODUCTION OF DOCUMENTS | 1.20 |
| 03/16/06 REPRODUCTION OF DOCUMENTS | 0.30 |
| 03/21/06 FEDERAL EXPRESS - FEDEX - # 3-401-27026 | 15.20 |
| 03/21/06 FEDERAL EXPRESS - FEDEX - # 3-401-27026 | 13.96 |
| 03/25/06 MESSENGER SERVICES - PARCELS, INC. - # 35836 | 15.00 |
| 03/25/06 MESSENGER SERVICES - PARCELS, INC. - # 36022 | 5.00 |
| 03/25/06 MESSENGER SERVICES - PARCELS, INC. - # 36199 | 7.50 |
| 03/25/06 FEDERAL EXPRESS - FEDEX - # 3-413-73641 | 15.20 |

TOTAL EXPENSE ADVANCES :          163.54

TOTAL DUE  :                      163.54

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**