aip_l32rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 04/12/06 11:04:07
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

Worked : 12/31/99 thru 04/12/06

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 0.60 | 324.00 | 0.00 | 324.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00002 | CREDITOR COMMITTEE | 11.60 | 6,264.00 | 37.20 | 6,301.20 | BENTLEY PHILIP - 02495 | M | | B |
| 00003 | FINANCING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00005 | BANKR. MOTIONS | 1.90 | 1,026.00 | 0.00 | 1,026.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00007 | REORGANIZATION PLAN | 19.80 | 10,692.00 | 7.00 | 10,699.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00008 | FEE APPLICATIONS, APPLIC | 16.50 | 3,886.00 | 18.61 | 3,904.61 | BENTLEY PHILIP - 02495 | M | | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 34.50 | 15,633.00 | 2,399.25 | 18,032.25 | BENTLEY PHILIP - 02495 | M | | B |
| 00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00019 | HEARINGS | 5.20 | 2,808.00 | 34.00 | 2,842.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00028 | TRAVEL\NON-WORKING | 15.60 | 2,988.00 | 0.00 | 2,988.00 | BENTLEY PHILIP - 02495 | M | | B |
| | Client Total | 105.70 | 43,621.00 | 2,496.06 | 46,117.06 | | | | |

alp_132c: Client Summary

Run Date & Time: 04/12/2006 11:03:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

---

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: 03/01/2006 | TO: 03/30/2006 | |
| UNBILLED DISB FROM: 02/21/2006 | TO: 03/27/2006 | |
| GROSS BILLABLE AMOUNT: | 43,621.00 | 2,496.06 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| DISB RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 03/30/2006 | 03/27/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

---

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: | |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 03/22/06 | LAST PAYMENT DATE: 04/03/06 |
| LAST BILL NUMBER: | 432271 | ACTUAL FEES BILLED TO DATE: 1,642,235.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: 0.00 |
| LAST BILL THRU DATE: | 02/28/06 | TOTAL FEES BILLED TO DATE: 1,642,235.50 |
| | | FEES WRITTEN OFF TO DATE: 164,668.18 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development        (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 04/12/2006 11:04:06

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest Latest | ------ Total Unbilled ------ | |
|--------|---------------|-------|---------------|------|---|
| | | | Oldest | Latest | Total Unbilled Hours | Amount |
| | ------ | ------ | ------ | ------ | ------ | ------ |
| 02495 | BENTLEY, PHILIP | PARTNER | 03/02/06 | 03/30/06 | 6.10 | 3,843.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 03/27/06 | 03/27/06 | 2.00 | 540.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 03/01/06 | 03/29/06 | 48.60 | 26,244.00 |
| 06228 | KOEVARY, JONATHAN T | ASSOCIATE | 03/08/06 | 03/09/06 | 13.60 | 2,448.00 |
| 06228 | KOEVARY, JONATHAN T | ASSOCIATE | 03/03/06 | 03/15/06 | 19.70 | 7,092.00 |
| | PARAPROFESSIONALS | | | | | |
| 06651 | GAVIGAN, JAMES C | PARALEGAL | 03/02/06 | 03/27/06 | 15.70 | 3,454.00 |
| | | Total: | | | 105.70 | 43,621.00 |

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| ---- | ----------- | ------ | ------ | ------ |
| 0820 | PHOTOCOPYING | 03/13/06 | 03/23/06 | 42.90 |
| 0885 | LONG-DISTANCE TEL. | 03/09/06 | 03/14/06 | 0.48 |
| 0930 | MESSENGER/COURIER | 03/15/06 | 03/20/06 | 16.66 |
| 0940 | CAB FARES | 02/21/06 | 03/27/06 | 175.40 |
| 0942 | MEALS/IN-HOUSE | 03/08/06 | 03/09/06 | 46.40 |
| 0950 | OUT-OF-TOWN TRAVEL | 03/08/06 | 03/08/06 | 1,540.62 |
| 0980 | TRANSCRIPT FEES | 03/14/06 | 03/14/06 | 673.60 |
| | Total | | | 2,496.06 |
| | Grand Total | | | 46,117.06 |

alp_132r: Matter Detail

Run Date & Time: 04/12/2006 11:03:13

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number: 2124048
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                               Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

-----------------------------------------------------------------------------------------------------------------------------
                                                        PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:    03/06/2006                                          TO:        03/20/2006
UNBILLED DISB FROM:                                                        TO:

                                 FEES                                            COSTS
                                 ------                                          --------

GROSS BILLABLE AMOUNT:            324.00                                          0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
DEDUCTED FROM PAID RETAINER:
    ON ACCOUNT BILLED:
    DISB RETAINER:
    AMOUNT BILLED:
    THRU DATE:                                03/20/2006
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                                                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:                BENTLEY PHILIP - 02495

-----------------------------------------------------------------------------------------------------------------------------
                                              ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
-----------------------------------------------------------------------------------------------------------------------------
                                              -----------------------------                    ---------------

FEES:                                                   0.00                UNIDENTIFIED RECEIPTS:           0.00
DISBURSEMENTS:                                          0.00                PAID FEE RETAINER:               0.00
FEE RETAINER:                                           0.00                PAID DISB RETAINER:              0.00
DISB RETAINER:                                          0.00                TOTAL AVAILABLE FUNDS:           0.00
TOTAL OUTSTANDING:                                      0.00                TRUST BALANCE:

                                                        BILLING HISTORY
                                                        ---------------

DATE OF LAST BILL:          03/22/06              LAST PAYMENT DATE:             04/03/06
LAST BILL NUMBER:           432271         ACTUAL FEES BILLED TO DATE:         251,860.50
                                              ON ACCOUNT FEES BILLED TO DATE:        0.00
LAST BILL THRU DATE:        02/28/06                 TOTAL FEES BILLED TO DATE:  251,860.50
                                                    FEES WRITTEN OFF TO DATE:     79,053.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
                             --------------------------
  (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
  (2) Late Time & Costs Posted     (5) Business Development         (8) Premium
  (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding           (10) Client Arrangement

BILL NUMBER: _____      DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Matter Detail                                                                                                          PAGE    2

Run Date & Time: 04/12/2006 11:03:13

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2124048
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status       : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y    -------------- Total Unbilled --------------
Emp Id Employee Name              Group          Oldest       Latest       Hours        Amount
------ -------------              -----          ------       ------       -----        ------
05292  BECKER, GARY M.            CRED           03/06/06     03/20/06      0.60         324.00

                  Total:                                                    0.60         324.00

Sub-Total Hours :     0.60 Partners     0.60 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name              Work Date         Description                                    Hours      Amount     Index#    Batch Date  Task Act
-------------              ---------         -----------                                    -----      ------     ------    ----------  --------
BECKER, GARY M.            03/06/06  coordination of availability for mediation with         0.30      162.00     6189450   03/07/2006
                                     Bentley & Weschler
BECKER, GARY M.            03/20/06  conf Bentley re mediation                                0.30      162.00     6209285   03/21/2006

     Total For BECKER G - 05292                                                              0.60      324.00

                                                              Fee Total                      0.60      324.00

alp_132r: Matter Detail                                                                                                                          PAGE    3

Run Date & Time: 04/12/2006 11:03:13

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:      2124048
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                  Status         : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---------------|-------|--------|------|-----------|-------------|----------|---------------|
| BECKER, GARY M. | 0.60 | 324.00 | | | | | |
| Total: | 0.60 | 324.00 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 04/12/2006 11:03:14

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2124049
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status      : ACTIVE

Special Billing Instructions:

------------------------------------------------------------------------------------------------------------------------
                                           PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:     03/02/2006                 TO:  03/29/2006
UNBILLED DISB FROM:     03/13/2006                 TO:  03/23/2006

                              FEES                           COSTS
                      -----------------               -----------------
GROSS BILLABLE AMOUNT:         6,264.00                            37.20
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                   03/23/2006
CLOSE MATTER/FINAL BILLING?    YES      OR      NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:       BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

------------------------------------------------------------------------------------------------------------------------

                          FEES            UNIDENTIFIED RECEIPTS:          0.00          UNAPPLIED CASH
DISBURSEMENTS:            0.00            PAID FEE RETAINER:              0.00
FEE RETAINER:            0.00            PAID DISB RETAINER:             0.00
DISB RETAINER:           0.00            TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:       0.00            TRUST BALANCE:

                                         BILLING HISTORY

DATE OF LAST BILL:      03/22/06         LAST PAYMENT DATE:             04/03/06
LAST BILL NUMBER:       432271 ACTUAL FEES BILLED TO DATE:            207,070.50
                        ON ACCOUNT FEES BILLED TO DATE:              0.00
LAST BILL THRU DATE:    02/28/06         TOTAL FEES BILLED TO DATE:    207,070.50
                                         FEES WRITTEN OFF TO DATE:     21,567.50

ACCOUNTS RECEIVABLE TOTALS

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
       (1)  Exceeded Fixed Fee          (4)  Excessive Legal Time     (7)  Fixed Fee
       (2)  Late Time & Costs Posted    (5)  Business Development      (8)  Premium
       (3)  Pre-arranged Discount       (6)  Summer Associate         (9)  Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/12/2006 11:03:14

PAGE    5

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2124049
Bill Frequency: M

Status    : ACTIVE

| U N B I L L E D   T I M E   S U M M A R Y | | | ----- Total Unbilled ----- | | |
| Emp Id Employee Name | Group | Oldest | Latest | Total Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 05292 BECKER, GARY M. | CRED | 03/02/06 | 03/29/06 | 11.60 | 6,264.00 |
| Total: | | | | 11.60 | 6,264.00 |

| Sub-Total Hours : | 0.00 Partners | 11.60 Counsels | 0.00 Associates | 0.00 Legal Assts | 0.00 Others |
| --- | --- | --- | --- | --- | --- |

| U N B I L L E D   C O S T S   S U M M A R Y | | ------- Total Unbilled ------- | | |
| Code Description | Oldest Entry | Latest Entry | Total Amount | |
| --- | --- | --- | --- | --- |
| 0820 PHOTOCOPYING | 03/13/06 | 03/23/06 | 37.20 | |
| Total | | | 37.20 | |
| Grand Total | | | 6,301.20 | |

| U N B I L L E D   T I M E   D E T A I L | | | | | | | |
| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BECKER, GARY M. | 03/02/06 | conf shareholder re case issues (0.4); conf second shareholder re case issues (0.6); email shareholder re ZAI issue (0.1); conf different shareholder re mediation (0.1) | 1.20 | 648.00 | 6188471 | 03/07/2006 | | |
| BECKER, GARY M. | 03/03/06 | Conf shareholder re case issues (0.5); conf. second shareholder re case issues (0.5) | 1.00 | 540.00 | 6188470 | 03/07/2006 | | |
| BECKER, GARY M. | 03/06/06 | conf shareholder re case issues (0.5); conf secured shareholder re case issues (0.5); conf third shareholder re case issues (0.5) | 1.50 | 810.00 | 6189451 | 03/07/2006 | | |
| BECKER, GARY M. | 03/07/06 | email Cmtee re mediator (0.3); email Eacshler re mediation schedule (0.2); conf shareholder re case issues (0.4); conf second shareholder re case issues (0.3) | 1.20 | 648.00 | 6190312 | 03/08/2006 | | |
| BECKER, GARY M. | 03/08/06 | Exchange emails with Weschler and Bentley re mediation and conf. Weschler (0.7); conf. shareholder re case issues 90.3) | 1.00 | 540.00 | 6191515 | 03/09/2006 | | |
| BECKER, GARY M. | 03/09/06 | conf shareholder re case issues (0.3); conf second shareholder re case issues (0.4) | 0.70 | 378.00 | 6193384 | 03/10/2006 | | |
| BECKER, GARY M. | 03/13/06 | conf Bentley and Committee Chair re mediation (1.0); follow up call mediator (0.5); conf shareholder re case issues (0.3) | 1.80 | 972.00 | 6196580 | 03/14/2006 | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Run Date & Time: 04/12/2006 11:03:14

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2124049
Bill Frequency: M

Status    : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 03/15/06 | conf shareholder re case issues | 0.20 | 108.00 | 6206640 | 03/16/2006 | | |
| BECKER, GARY M. | 03/16/06 | meeting with Equity Committee Chairman | 2.00 | 1,080.00 | 6206641 | 03/21/2006 | | |
| BECKER, GARY M. | 03/20/06 | conf shareholder re case issue (0.2); conf 2nd shareholder re case issues (0.3) | 0.50 | 270.00 | 6209286 | 03/21/2006 | | |
| BECKER, GARY M. | 03/29/06 | Conf. Grace shareholder re case issues (0.5) | 0.50 | 270.00 | 6222215 | 03/30/2006 | | |

Total For BECKER G - 05292    11.60    6,264.00

Fee Total    11.60    6,264.00

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING    0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 03/13/06 | 23.40 | 7367969 | 373744 | 03/16/06 |
| PHOTOCOPYING | BENTLEY, P | 03/13/06 | 5.70 | 7367970 | 373744 | 03/16/06 |
| PHOTOCOPYING | BENTLEY, P | 03/21/06 | 4.50 | 7376555 | 374028 | 03/23/06 |
| PHOTOCOPYING | BENTLEY, P | 03/23/06 | 3.60 | 7379981 | 374111 | 03/27/06 |

0820 PHOTOCOPYING Total :    37.20

Costs Total :    37.20

alp_132r: Matter Detail

Run Date & Time: 04/12/2006 11:03:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:      2124049
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---------------|-------|--------|------|-----------|-------------|----------|---------------|
| BECKER, GARY M. | 11.60 | 6,264.00 | | | | | |
| Total: | 11.60 | 6,264.00 | | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0820 | PHOTOCOPYING | 37.20 | | | | | |
| | Costs Total : | 37.20 | | | | | |

alp_l32r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 04/12/2006 11:03:14

Matter No: 056772-00003                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:        20735559
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FINANCING                                    Supv Prtnr : MAYER THOMAS MOERS - 03976    Status      : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------

                              PRE-BILLING SUMMARY REPORT

                      FEES                                              COSTS

UNBILLED TIME FROM:                                      TO:
UNBILLED DISB FROM:                                      TO:

GROSS BILLABLE AMOUNT:                  0.00                                     0.00
AMOUNT WRITTEN DOWN:
          PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
      THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------
ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH
-------------------------------------------------------------------------------------------------------------

                     FEES:               0.00        UNIDENTIFIED RECEIPTS:          0.00
          DISBURSEMENTS:                 0.00            PAID FEE RETAINER:          0.00
          FEE RETAINER:                  0.00            PAID DISB RETAINER:         0.00
          DISB RETAINER:                 0.00        TOTAL AVAILABLE FUNDS:          0.00
   TOTAL OUTSTANDING:                    0.00            TRUST BALANCE:

                                       BILLING HISTORY

DATE OF LAST BILL:       03/30/05              LAST PAYMENT DATE:       03/30/05
LAST BILL NUMBER:         408613  ACTUAL FEES BILLED TO DATE:           179.00
                              ON ACCOUNT FEES BILLED TO DATE:             0.00
                                 TOTAL FEES BILLED TO DATE:             179.00
LAST BILL THRU DATE:     12/31/04       FEES WRITTEN OFF TO DATE:       592.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
                        ------------------------------------
    (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

Run Date & Time: 04/12/2006 11:03:14

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        21241050
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

-----------------------------------------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

-----------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:      03/08/2006                              TO:    03/28/2006
UNBILLED DISB FROM:                                              TO:

                         FEES              COSTS

GROSS BILLABLE AMOUNT:              1,026.00                        0.00
AMOUNT WRITTEN DOWN:
                PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
            THRU DATE:              03/28/2006
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------

                                            ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                                            ------------------------------          ------------------------
                    FEES:                              0.00
            DISBURSEMENTS:                             0.00          UNIDENTIFIED RECEIPTS:        0.00
            FEE RETAINER:                              0.00          PAID FEE RETAINER:            0.00
            DISB RETAINER:                             0.00          PAID DISB RETAINER:           0.00
         TOTAL OUTSTANDING:                           0.00          TOTAL AVAILABLE FUNDS:        0.00
                                                                    TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
          DATE OF LAST BILL:    03/22/06          LAST PAYMENT DATE:         04/03/06
          LAST BILL NUMBER:     432271    ACTUAL FEES BILLED TO DATE:     124,671.00
                                          ON ACCOUNT FEES BILLED TO DATE:        0.00
                                          TOTAL FEES BILLED TO DATE:      124,671.00
          LAST BILL THRU DATE:  02/28/06          FEES WRITTEN OFF TO DATE:      444.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
                           ----------------------------
  (1)  Exceeded Fixed Fee              (4)  Excessive Legal Time        (7)  Fixed Fee
  (2)  Late Time & Costs Posted        (5)  Business Development         (8)  Premium
  (3)  Pre-arranged Discount           (6)  Summer Associate            (9)  Rounding        (10)  Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

Run Date & Time: 04/12/2006 11:03:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2124050
Bill Frequency: M

Status    : ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y** ------------- Total Unbilled -------------

| Emp Id Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|
| 05292  BECKER, GARY M. | CRED | 03/08/06 | 03/28/06 | 1.90 | 1,026.00 |
| Total: | | | | 1.90 | 1,026.00 |

Sub-Total Hours :      0.00 Partners      1.90 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 03/08/06 | Review CHL stipulation and email to Weschler re same | 0.40 | 216.00 | 6191516 | 03/09/2006 | | |
| BECKER, GARY M. | 03/27/06 | Review Lloyds Settlement stipulation and CHL stipulation | 0.90 | 486.00 | 6218413 | 03/28/2006 | | |
| BECKER, GARY M. | 03/28/06 | Review CHL and Lloyds revisions | 0.60 | 324.00 | 6255289 | 03/31/2006 | | |
| Total For BECKER G - 05292 | | | 1.90 | 1,026.00 | | | | |

Fee Total      1.90    1,026.00

aip_132r: Matter Detail

Run Date & Time: 04/12/2006 11:03:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR.  MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2124050
Bill Frequency: M

Status      : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.90 | 1,026.00 | | | | | |
| Total: | 1.90 | 1,026.00 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Run Date & Time: 04/12/2006 11:03:14

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2124051
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status       : ACTIVE

Special Billing Instructions:

---------------------------------------------------------------------------------------------------------

                                                    PRE-BILLING SUMMARY REPORT

                        UNBILLED TIME FROM:    03/03/2006                    TO:    03/17/2006
                        UNBILLED DISB FROM:    03/16/2006                    TO:    03/16/2006

                                          FEES                                    COSTS
                                     ------------                            ------------

        GROSS BILLABLE AMOUNT:              10,692.00                                   7.00
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
              ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                03/17/2006
        CLOSE MATTER/FINAL BILLING?    YES    OR    NO
        EXPECTED DATE OF COLLECTION:                                             03/16/2006

        BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:

---------------------------------------------------------------------------------------------------------

                ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH
                -------------------------                                    -------------

            FEES:                     0.00        UNIDENTIFIED RECEIPTS:          0.00
        DISBURSEMENTS:                0.00            PAID FEE RETAINER:          0.00
        FEE RETAINER:                 0.00            PAID DISB RETAINER:         0.00
        DISB RETAINER:                0.00        TOTAL AVAILABLE FUNDS:          0.00
        TOTAL OUTSTANDING:            0.00            TRUST BALANCE:

                                                        BILLING HISTORY

                                                    -----------------

        DATE OF LAST BILL:        03/22/06          LAST PAYMENT DATE:         04/03/06
        LAST BILL NUMBER:         432271 ACTUAL FEES BILLED TO DATE:       111,119.50
                                              ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                  TOTAL FEES BILLED TO DATE:   111,119.50
        LAST BILL THRU DATE:      02/28/06          TOTAL DISB BILLED TO DATE:       0.00
                                                  FEES WRITTEN OFF TO DATE:         0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

        (1)  Exceeded Fixed Fee              (4)  Excessive Legal Time      (7)  Fixed Fee
        (2)  Late Time & Costs Posted        (5)  Business Development       (8)  Premium
        (3)  Pre-arranged Discount           (6)  Summer Associate           (9)  Rounding          (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

Run Date & Time: 04/12/2006 11:03:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2124051
Bill Frequency: M

Status   : ACTIVE

### UNBILLED TIME SUMMARY

| Emp Id Employee Name | Group | Oldest | Latest | ----- Total Unbilled ----- | |
|---|---|---|---|---|---|
| | | | | Hours | Amount |
| 05292  BECKER, GARY M. | CRED | 03/03/06 | 03/17/06 | 19.80 | 10,692.00 |
| Total: | | | | 19.80 | 10,692.00 |

Sub-Total Hours :    0.00 Partners    19.80 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

### UNBILLED COSTS SUMMARY

| Code Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|
| ---- ------------ | | | |
| 0940  CAB FARES | 03/16/06 | 03/16/06 | 7.00 |
| Total | | | 7.00 |
| Grand Total | | | 10,699.00 |

### UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 03/03/06 | Attention to mediation issues, including PACER search conf. Bentley and email Weschler (1.0) | 0.90 | 486.00 | 6188472 | 03/07/2006 | | |
| BECKER, GARY M. | 03/06/06 | email exchanges (0.4); review affidavit and participate in conference call with mediator (0.8) | 1.20 | 648.00 | 6189452 | 03/07/2006 | | |
| BECKER, GARY M. | 03/08/06 | exchange email with mediator | 0.20 | 108.00 | 6191517 | 03/09/2006 | | |
| BECKER, GARY M. | 03/10/06 | Prepare exchange email for mediation presentation and send to Weschler (1.0); conf. Bentley re mediation (0.4); emails mediator and set up conf. call (0.2) | 1.60 | 864.00 | 6199955 | 03/16/2006 | | |
| BECKER, GARY M. | 03/13/06 | prepare for and conf call with mediator | 0.80 | 432.00 | 6196981 | 03/14/2006 | | |
| BECKER, GARY M. | 03/16/06 | prepare for and participate in plan mediation | 9.50 | 5,130.00 | 6206642 | 03/21/2006 | | |
| BECKER, GARY M. | 03/17/06 | prepare for and participate in plan mediation | 5.60 | 3,024.00 | 6206643 | 03/21/2006 | | |
| Total For BECKER G - 05292 | | | 19.80 | 10,692.00 | | | | |
| Fee Total | | | 19.80 | 10,692.00 | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Run Date & Time: 04/12/2006 11:03:14

*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2124051
Bill Frequency: M

Status        : ACTIVE

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

CAB FARES
JULIET RAMDIN, CASHIER        0940
CAB FARES - VENDOR- JULIET RAMDIN, CASHIER

| | BECKER, G M | 03/16/06 | 7.00 | 7376205 | 373987 | 03/22/06 |

0940 CAB FARES Total :        7.00

Costs Total :        7.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Run Date & Time: 04/12/2006 11:03:14

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2124051
Bill Frequency: M

Status        : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer    To | Clnt/Mtr    Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 19.80 | 10,692.00 | | | | |
| Total: | 19.80 | 10,692.00 | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer    To | Clnt/Mtr    Carry Forward |
|---|---|---|---|---|---|---|
| 0940 | CAB FARES | 7.00 | | | | |
| | Costs Total : | 7.00 | | | | |

alp_132r: Matter Detail

Run Date & Time: 04/12/2006 11:03:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   16

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2124052
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------

                                    PRE-BILLING SUMMARY REPORT

    UNBILLED TIME   FROM:   03/02/2006      TO:   03/27/2006
    UNBILLED DISB   FROM:   03/15/2006      TO:   03/20/2006

                            FEES                                COSTS
                         ----------                          ----------

GROSS BILLABLE AMOUNT:        3,886.00                            18.61
AMOUNT WRITTEN DOWN:
           PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES    OR    NO        03/27/2006       03/20/2006
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BILLING COMMENTS:       BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

-------------------------------------------------------------------------------------------------

ACCOUNTS RECEIVABLE TOTALS                                      UNAPPLIED CASH
--------------------------                                      --------------

           FEES:                    0.00        UNIDENTIFIED RECEIPTS:        0.00
    DISBURSEMENTS:                  0.00             PAID FEE RETAINER:        0.00
    FEE RETAINER:                   0.00            PAID DISB RETAINER:        0.00
    DISB RETAINER:                  0.00          TOTAL AVAILABLE FUNDS:       0.00
    TOTAL OUTSTANDING:              0.00               TRUST BALANCE:
                                                    BILLING HISTORY

                                                --------------------------------

DATE OF LAST BILL:        03/22/06              LAST PAYMENT DATE:       04/03/06
LAST BILL NUMBER:         432271 ACTUAL    FEES BILLED TO DATE:      102,192.00
                                  ON ACCOUNT FEES BILLED TO DATE:          0.00
                                      TOTAL FEES BILLED TO DATE:     102,192.00
LAST BILL THRU DATE:      02/28/06     FEES WRITTEN OFF TO DATE:       4,424.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
                        ------------------------------
                        (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
                        (2) Late Time & Costs Posted     (5) Business Development     (8) Premium
                        (3) Pre-arranged Discount        (6) Summer Associate         (9) Rounding            (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Run Date & Time: 04/12/2006 11:03:14

Matter No: 056772-00008                                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2124052
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                  Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                          Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y ----------- Total Unbilled ----------
Emp Id Employee Name                  Group           Oldest      Latest      Hours      Amount
------ -------------------            --------        --------    --------    -------    --------

05292  BECKER, GARY M.                CRED            03/09/06    03/15/06      0.80      432.00
       PARAPROFESSIONALS
06451  GAVIGAN, JAMES C               CRED            03/02/06    03/27/06     15.70    3,454.00

       Total:                                                                 16.50    3,886.00

Sub-Total Hours  :    0.00 Partners      0.80 Counsels      0.00 Associates     15.70 Legal Assts     0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ---------- Total Unbilled ----------
Code Description                      Oldest      Latest      Total
                                     Entry       Entry       Amount
----                                 --------    --------    ------

0820 PHOTOCOPYING                    03/15/06    03/15/06     1.95
0930 MESSENGER/COURIER               03/15/06    03/20/06    16.66

       Total                                                 18.61

       Grand Total                                        3,904.61
                                                         ==========

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date       Description                                                Hours    Amount.    Index#     Batch Date  Task Act
------------- ------- ----------- ------------                                                   ------   -------    ------     ----------  ---- ---

BECKER, GARY M.       03/09/06    review and revise February invoice                             0.40     216.00     6193385    03/10/2006
BECKER, GARY M.       03/15/06    review and execute monthly fee app and conf                    0.40     216.00     6206644    03/21/2006
                                  Gavigan re same

       Total For BECKER G - 05292                                                                0.80     432.00

GAVIGAN, JAMES C      03/02/06    providing Angela with filed copy of Quarterly                  0.80     176.00     6187018    03/07/2006
                                  and Jan. fee app
GAVIGAN, JAMES C      03/06/06    searching for Harron Deposition, contacting                    1.00     220.00     6193716    03/10/2006
                                  Reporting company to obtain additional copy
GAVIGAN, JAMES C      03/13/06    producing 55th monthly fee app                                 1.80     396.00     6201717    03/17/2006
GAVIGAN, JAMES C      03/14/06    producing 55th monthly fee app, confirming that                2.30     506.00     6201716    03/17/2006
                                  our fee app numbers are correct.
GAVIGAN, JAMES C      03/15/06    producing 55th monthly fee app (2.5); snedling                 2.80     616.00     6201718    03/17/2006
                                  Koevary hearing transcript via email (.3)
GAVIGAN, JAMES C      03/20/06    producing fee app and mailing it to melissa                    1.20     264.00     6223003    03/30/2006
                                  flores

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Run Date & Time: 04/12/2006 11:03:14

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2124052
Bill Frequency: M

Status    : ACTIVE

| U N B I L L E D    T I M E    D E T A I L | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
| ------------- | --------- | ----------- | ----- | ------ | ------ | ---------- | -------- |
| GAVIGAN, JAMES C | 03/21/06 | recreating monthly fee app because charts from accounting were incorrect | 1.50 | 330.00 | 6223007 | 03/30/2006 | |
| GAVIGAN, JAMES C | 03/22/06 | producing fee app | 2.30 | 506.00 | 6223006 | 03/30/2006 | |
| GAVIGAN, JAMES C | 03/24/06 | finishing revised monthly fee app and sending to Melissa Flores via FedEx | 1.00 | 220.00 | 6223004 | 03/30/2006 | |
| GAVIGAN, JAMES C | 03/27/06 | obtaining and providing Melissa Flores with revised pro forma. | 1.00 | 220.00 | 6223005 | 03/30/2006 | |

Total For GAVIGAN J - 06451                 15.70    3,454.00

Fee Total                 16.50    3,886.00

| U N B I L L E D    C O S T S    D E T A I L | | | | | | |
|---|---|---|---|---|---|---|
| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
| ---------------- | | -------- | ---- | ------ | ------ | -------- | ---------- |
| PHOTOCOPYING | | | | | | | |
| PHOTOCOPYING | 0820 | GAVIGAN, J C | 03/15/06 | 1.95 | 7369891 | 373789 | 03/17/06 |
| GAVIGAN JAMES C | | | | | | | |

0820 PHOTOCOPYING Total :                 1.95

| MESSENGER/COURIER | | | | | | | |
|---|---|---|---|---|---|---|---|
| MESSENGER/COURIER | 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | | GAVIGAN, J C | 03/15/06 | 8.33 | 7381952 | 374157 | 03/28/06 |
| Klett Rooney Lieber & Shorling | | | | | | | |
| FEDERAL EXPRESS CORPORAT | | GAVIGAN, J C | 03/20/06 | 8.33 | 7381953 | 374157 | 03/28/06 |
| Klett Rooney Lieber & Schorlin | | | | | | | |

0930 MESSENGER/COURIER Total :                 16.66

Costs Total :                 18.61

alp_132r: Matter Detail

Run Date & Time: 04/12/2006 11:03:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   19

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2124052
Bill Frequency: M

Status       : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.80 | 432.00 | | | | | |
| GAVIGAN, JAMES C | 15.70 | 3,454.00 | | | | | |
| Total: | 16.50 | 3,886.00 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 1.95 | | | | | |
| 0930 | MESSENGER/COURIER | 16.66 | | | | | |
| | Costs Total : | 18.61 | | | | | |