```
alp_132r: Matter Detail                                                                                      PAGE  20
Run Date & Time: 04/12/2006 11:03:14

                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr  : CRED. RGTS    - 06975   Proforma Number:    2124053
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status        : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------
                                       PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   03/01/2006                    TO:   03/30/2006
UNBILLED DISB FROM:   03/08/2006                    TO:   03/14/2006

                              FEES                              COSTS
                              ----                              -----
GROSS BILLABLE AMOUNT:        15,633.00                         2,399.25
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                    03/30/2006                        03/14/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS             UNAPPLIED CASH
                                         --------------------------             --------------

       FEES:                                   0.00              UNIDENTIFIED RECEIPTS:    0.00
       DISBURSEMENTS:                          0.00              PAID FEE RETAINER:        0.00
       FEE RETAINER:                           0.00              PAID DISB RETAINER:       0.00
       DISB RETAINER:                          0.00              TOTAL AVAILABLE FUNDS:    0.00
       TOTAL OUTSTANDING:                      0.00              TRUST BALANCE:
                                                                 BILLING HISTORY
                                                                 ---------------
       DATE OF LAST BILL:             03/22/06                   LAST PAYMENT DATE:             04/03/06
       LAST BILL NUMBER:              432271                     ACTUAL FEES BILLED TO DATE:   518,298.00
                                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
       LAST BILL THRU DATE:           02/28/06                   TOTAL FEES BILLED TO DATE:    518,298.00
                                                                 FEES WRITTEN OFF TO DATE:       4,417.50

FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         ---------------------------
   (1) Exceeded Fixed Fee               (4) Excessive Legal Time     (7) Fixed Fee
   (2) Late Time & Costs Posted         (5) Business Development     (8) Premium
   (3) Pre-arranged Discount            (6) Summer Associate         (9) Rounding                (10) Client Arrangement


BILL NUMBER:_____  DATE OF BILL:_____ Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    21
Run Date & Time: 04/12/2006 11:03:14                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2124053
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
                                                                                                        Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y   ---------------- Total Unbilled ----------------
Emp Id Employee Name                Group        Oldest        Latest          Total         Total
                                                 Entry         Entry           Hours         Amount
-----  -------------                -----        ------        ------          ------        ------
02495  BENTLEY, PHILIP              CRED         03/02/06      03/30/06         6.10         3,843.00
05292  BECKER, GARY M.              CRED         03/01/06      03/29/06         8.70         4,698.00
06228  KOEVARY, JONATHAN T          CRED         03/03/06      03/15/06        19.70         7,092.00

                       Total:                                                  34.50        15,633.00

Sub-Total Hours  :     6.10 Partners       8.70 Counsels      19.70 Associates     0.00 Legal Assts      0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ------ Total Unbilled ------
Code Description                             Oldest        Latest          Total
                                             Entry         Entry           Amount
----   -----------                            ------        ------        ------
0820   PHOTOCOPYING                           03/13/06      03/14/06           3.75
0885   LONG-DISTANCE TEL.                     03/09/06      03/14/06           0.48
0940   CAB FARES                              03/08/06      03/08/06         134.40
0942   MEALS/IN-HOUSE                         03/08/06      03/09/06          46.40
0950   OUT-OF-TOWN TRAVEL                     03/08/06      03/08/06       1,540.62
0980   TRANSCRIPT FEES                        03/14/06      03/14/06         673.60

                       Total                                               2,399.25
                                                                          ---------
                       Grand Total                                        18,032.25
                                                                          =========

U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                                     Hours     Amount      Index#    Batch Date  Task Act
-------------          ---------    -----------                                                     -----     ------      ------    ----------  ---- ---

BENTLEY, PHILIP        03/02/06     Review voicemails re asbestos                                    0.10       63.00    6194234    03/13/2006
BENTLEY, PHILIP        03/03/06     Discs GB, and review emails re asbestos                          0.10       63.00    6194233    03/13/2006
BENTLEY, PHILIP        03/06/06     Review emails re asbestos                                        0.20      126.00    6194235    03/13/2006
BENTLEY, PHILIP        03/07/06     Review emails re asbestos                                        0.10       63.00    6194236    03/13/2006
BENTLEY, PHILIP        03/08/06     Review emails re asbestos                                        0.10       63.00    6196238    03/14/2006
BENTLEY, PHILIP        03/09/06     Review emails re asbestos                                        0.10       63.00    6196238    03/14/2006
BENTLEY, PHILIP        03/10/06     Review recent pleadings and other docs, prepare
                                    for mediation, and discs GB re same                              1.60    1,008.00    6196239    03/14/2006
BENTLEY, PHILIP        03/13/06     Conf call with S. Pointer, prepare for same,
                                    and discs TW and GB re prep. and followup                        3.50    2,205.00    6201299    03/17/2006
BENTLEY, PHILIP        03/20/06     Conf GB re mediation                                             0.20      126.00    6217382    03/28/2006
BENTLEY, PHILIP        03/22/06     Review emails re asbestos                                        0.10       63.00    6217383    03/28/2006
BENTLEY, PHILIP        03/30/06     Discs GB re mediation                                            0.10       63.00    6237757    04/04/2006

              Total For BENTLEY P - 02495                                                            6.10    3,843.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    22
Run Date & Time: 04/12/2006 11:03:14                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:   2124053
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP  - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE
```

```
U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date   Description                                              Hours       Amount    Index#   Batch Date  Task Act
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 03/01/06 | Emails re CMS database (0.2); attention to mediator emails (0.3); review proposed order (0.2) | 0.70 | 378.00 | 6188475 | 03/07/2006 |
| BECKER, GARY M. | 03/02/06 | prepare for and participate on call re CMS database (1.0); attn to mediation order (0.2); | 1.30 | 702.00 | 6188474 | 03/07/2006 |
| BECKER, GARY M. | 03/03/06 | Review deposition notices and subpoenas (0.5); conf. Pasquale re depositions and other asbestos related matters (0.4) | 1.00 | 540.00 | 6188473 | 03/07/2006 |
| BECKER, GARY M. | 03/04/06 | Exchange emails Koevary re depositions | 0.20 | 108.00 | 6188476 | 03/07/2006 |
| BECKER, GARY M. | 03/06/06 | conf Koevary re Oakes deposition | 0.30 | 162.00 | 6189453 | 03/07/2006 |
| BECKER, GARY M. | 03/07/06 | exchange emails Harding re CMS database and also exchange emails Neuman re same | 0.50 | 270.00 | 6190313 | 03/08/2006 |
| BECKER, GARY M. | 03/08/06 | Conf. Koevary re Oakes deposition | 0.20 | 108.00 | 6191518 | 03/09/2006 |
| BECKER, GARY M. | 03/09/06 | conf Koevary re Oakes deposition | 0.20 | 108.00 | 6193386 | 03/10/2006 |
| BECKER, GARY M. | 03/10/06 | Conf. Harding and Pasquale re PI estimation discovery (0.8); conf. Koevary re Oakes depo (0.3) | 1.10 | 594.00 | 6199956 | 03/16/2006 |
| BECKER, GARY M. | 03/21/06 | review all docs related to LIBBY claimants motion for fees and re Whitehouse discovery (1.8); review PI and PD CMO revisions (0.4) | 2.20 | 1,188.00 | 6214505 | 03/24/2006 |
| BECKER, GARY M. | 03/22/06 | attn email form Baer re Libby issues | 0.20 | 108.00 | 6214504 | 03/24/2006 |
| BECKER, GARY M. | 03/28/06 | Exchange email with Harding re asbestos issues | 0.30 | 162.00 | 6225290 | 03/31/2006 |
| BECKER, GARY M. | 03/29/06 | Review Mid-Valley transcript for potential application to Grace | 0.50 | 270.00 | 6222216 | 03/30/2006 |
| Total For BECKER G - 05292 | | | 8.70 | 4,698.00 | | |
| KOEVARY, JONATHAN T | 03/03/06 | Email correspondence re: Oaks deposition with GB/Debtors' counsel, .5. Make travel preparations re: Oaks deposition, .5. Review docket & begin preparation for Oaks deposition, 1.0. | 2.00 | 720.00 | 6186684 | 03/07/2006 |
| KOEVARY, JONATHAN T | 03/06/06 | Preparation for Oaks deposition. | 3.60 | 1,296.00 | 6202407 | 03/17/2006 |
| KOEVARY, JONATHAN T | 03/07/06 | Oaks deposition preparation. | 2.80 | 1,008.00 | 6202408 | 03/17/2006 |
| KOEVARY, JONATHAN T | 03/08/06 | Prepare for Oaks Deposition. | 3.10 | 1,116.00 | 6202409 | 03/17/2006 |
| KOEVARY, JONATHAN T | 03/09/06 | Prepare for Oaks deposition, .8. Attend Oaks deposition, 6.6. Call with GB re: same, .2. | 7.60 | 2,736.00 | 6202410 | 03/17/2006 |
| KOEVARY, JONATHAN T | 03/10/06 | Discuss Oaks deposition with GB. | 0.30 | 108.00 | 6202411 | 03/17/2006 |
| KOEVARY, JONATHAN T | 03/15/06 | Review Oaks deposition transcript. | 0.30 | 108.00 | 6202412 | 03/17/2006 |
| Total For KOEVARY J - 06228 | | | 19.70 | 7,092.00 | | |
| | | Fee Total | 34.50 | 15,633.00 | | |

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    23
Run Date & Time: 04/12/2006 11:03:14                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                      Orig Prtnr : CRED. RGTS    - 06975                 Proforma Number:  2124053
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                   Supv Prtnr : MAYER THOMAS MOERS - 03976            Status    : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code                                  Employee              Date       Amount    Index#    Batch No    Batch Date
-----------------                                 --------              ----       ------    ------    --------    ----------

U N B I L L E D    C O S T S    D E T A I L
Description/Code                                  Employee              Date       Amount    Index#    Batch No    Batch Date
-----------------                                 --------              ----       ------    ------    --------    ----------

PHOTOCOPYING                       0820
    PHOTOCOPYING
    KOEVARY JONATHAN T                            KOEVARY, J T          03/13/06     0.15    7367971    373744     03/16/06
    PHOTOCOPYING
    KOEVARY JONATHAN T                            KOEVARY, J T          03/13/06     3.30    7367972    373744     03/16/06
    PHOTOCOPYING
    KOEVARY JONATHAN T                            KOEVARY, J T          03/14/06     0.30    7367973    373744     03/16/06
                                                                                     ----
                                                  0820 PHOTOCOPYING Total :          3.75

LONG-DISTANCE TEL.                 0885
    LONG-DISTANCE TEL.
    2514328                                       KELLERMAN, M          03/09/06     0.17    7365670    373631     03/14/06
    LONG-DISTANCE TEL.
    2516044                                       KELLERMAN, M          03/13/06     0.19    7369082    373746     03/16/06
    LONG-DISTANCE TEL.
    2516044                                       KELLERMAN, M          03/14/06     0.12    7369083    373746     03/16/06
                                                                                     ----
                                                  0885 LONG-DISTANCE TEL. Total :    0.48

CAB FARES                          0940
    JONATHAN T KOEVARY                            KOEVARY, J T          03/08/06   134.40    7382359    374179     03/28/06
                                                                                   ------
                                                  0940 CAB FARES Total :           134.40

MEALS/IN-HOUSE                     0942
    JULIET RAMDIN, CASHIER
    MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER   KOEVARY, J T      03/08/06    23.00    7366212    373656     03/14/06
    JULIET RAMDIN, CASHIER
    MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER   KOEVARY, J T      03/09/06    18.15    7366213    373656     03/14/06
    JULIET RAMDIN, CASHIER
    MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER   KOEVARY, J T      03/09/06     5.25    7366214    373656     03/14/06
                                                                                    -----
                                                  0942 MEALS/IN-HOUSE Total :       46.40

OUT-OF-TOWN TRAVEL                 0950
    JONATHAN T KOEVARY                            KOEVARY, J T          03/08/06   446.92    7382360    374179     03/28/06
    JONATHAN T KOEVARY                            KOEVARY, J T          03/08/06 1,093.70    7382358    374179     03/28/06
                                                                                 --------
                                                  0950 OUT-OF-TOWN TRAVEL Total : 1,540.62

TRANSCRIPT FEES                    0980
    LAURIE B. GREEN, INC.
    TRANSCRIPT FEES - VENDOR- LAURIE B. GREEN, INC.   KOEVARY, J T      03/14/06   673.60    7366575    373666     03/14/06
                                                                                   ------
                                                  0980 TRANSCRIPT FEES Total :     673.60
```

```
alp_132r: Matter Detail                                                                                                    PAGE    24
Run Date & Time: 04/12/2006 11:03:15

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2124053
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                       Supv Prtnr : MAYER THOMAS MOERS - 03976
                                                                                         Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code               Employee        Date          Amount       Index#   Batch No   Batch Date
--------------------           --------        ----          ------       ------   --------   ----------

             Costs Total :                                 2,399.25
```

```
alp_132xr: Matter Detail                                                                                                           PAGE    25
Run Date & Time: 04/12/2006 11:03:15

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                  Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    2124053
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status         : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name               Hours        Amount              Bill       W/o / W/u           Transfer To   Clnt/Mtr    Carry Forward
-------------               -----        ------              ----       ---------           -----------   --------    -------------

BENTLEY, PHILIP              6.10      3,843.00
BECKER, GARY M.              8.70      4,698.00
KOEVARY, JONATHAN T         19.70      7,092.00

         Total:             34.50     15,633.00


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                         Amount                         Bill       W/o / W/u           Transfer To   Clnt/Mtr    Carry Forward
----------------                         ------                         ----       ---------           -----------   --------    -------------

0820 PHOTOCOPYING                           3.75
0885 LONG-DISTANCE TEL.                     0.48
0940 CAB FARES                            134.40
0942 MEALS/IN-HOUSE                        46.40
0950 OUT-OF-TOWN TRAVEL                 1,540.62
0980 TRANSCRIPT FEES                      673.60

         Costs Total :                  2,399.25
```

```
alp_132r: Matter Detail                                                                                               PAGE   26
Run Date & Time: 04/12/2006 11:03:15

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                     Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:    2073564
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                              Status      : ACTIVE

Special Billing Instructions:
=============================================================================================================

                                        PRE-BILLING SUMMARY REPORT

                     UNBILLED TIME FROM:                        TO:
                     UNBILLED DISB FROM:                        TO:

                                    FEES                    COSTS
                                    ----                    -----
         GROSS BILLABLE AMOUNT:     0.00                    0.00
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
              THRU DATE:
CLOSE MATTER/FINAL BILLING?         YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:            BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                    ---------------------------                  --------------
                  FEES:             0.00                     UNIDENTIFIED RECEIPTS:     0.00
         DISBURSEMENTS:             0.00                     PAID FEE RETAINER:         0.00
         FEE RETAINER:              0.00                     PAID DISB RETAINER:        0.00
         DISB RETAINER:             0.00                     TOTAL AVAILABLE FUNDS:     0.00
      TOTAL OUTSTANDING:            0.00                     TRUST BALANCE:

                                        BILLING HISTORY
                                        ---------------
         DATE OF LAST BILL:    01/31/06       LAST PAYMENT DATE:           03/28/06
         LAST BILL NUMBER:     429349 ACTUAL FEES BILLED TO DATE:         8,881.00
                                       ON ACCOUNT FEES BILLED TO DATE:        0.00
                                          PAID DISB RETAINER:                  0.00
         LAST BILL THRU DATE:  12/31/05       TOTAL FEES BILLED TO DATE:  8,881.00
                                              FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee          (4) Excessive Legal Time         (7) Fixed Fee
     (2) Late Time & Costs Posted    (5) Business Development         (8) Premium
     (3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding      (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                              PAGE   27
Run Date & Time: 04/12/2006 11:03:15

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                           Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:    2124054
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status       : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------

                                           PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:       03/24/2006    TO:     03/27/2006
         UNBILLED DISB FROM:       02/21/2006    TO:     03/27/2006

                                 FEES                              COSTS
                                 ----                              -----
GROSS BILLABLE AMOUNT:          2,808.00                           34.00
AMOUNT WRITTEN DOWN:
           PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
      THRU DATE:              03/27/2006                        03/27/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BILLING COMMENTS:   BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                          ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                     FEES:                  0.00        UNIDENTIFIED RECEIPTS:        0.00
          DISBURSEMENTS:                    0.00        PAID FEE RETAINER:            0.00
          FEE RETAINER:                     0.00        PAID DISB RETAINER:           0.00
          DISB RETAINER:                    0.00        TOTAL AVAILABLE FUNDS:        0.00
      TOTAL OUTSTANDING:                    0.00        TRUST BALANCE:

                                           BILLING HISTORY

                     DATE OF LAST BILL:  03/22/06       LAST PAYMENT DATE:          04/03/06
                     LAST BILL NUMBER:   432271         ACTUAL FEES BILLED TO DATE: 124,405.50
                                                        ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                        TOTAL FEES BILLED TO DATE:  124,405.50
              LAST BILL THRU DATE:       02/28/06       FEES WRITTEN OFF TO DATE:     5,087.68

FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                             PAGE      28
Run Date & Time: 04/12/2006 11:03:15                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                   Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:   2124054
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : HEARINGS                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                               Status        : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ----------------------------------- Total Unbilled -----------------------
Emp Id Employee Name               Group                   Oldest        Latest            Total           Total
                                                           Entry         Entry             Hours          Amount
-----  ----------------            --------                ------        ------            ------        --------

05292  BECKER, GARY M.             CRED                    03/24/06      03/27/06           5.20         2,808.00

           Total:                                                                           5.20         2,808.00

Sub-Total Hours  :    0.00 Partners    5.20 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y  -------------- Total Unbilled --------------
Code Description                                           Oldest        Latest           Total
                                                           Entry         Entry           Amount
----  -----------                                          -------       ------          ------

0940  CAB FARES                                            02/21/06      03/27/06          34.00

           Total                                                                           34.00

           Grand Total                                                                  ==========
                                                                                         2,842.00
                                                                                        ==========

U N B I L L E D    T I M E    D E T A I L
Employee Name          Work Date     Description                                            Hours      Amount      Index#    Batch No  Batch Date  Task Act
-------------          ---------     -----------                                            -----      ------      ------    --------  ----------  ---- ---

BECKER, GARY M.        03/24/06      Prepare for Monday omnibus hearing, including           0.90       486.00     6216643   373987    03/22/06
                                     review of pleadings and agenda
BECKER, GARY M.        03/27/06      Prepare for and attend omnibus hearing                  4.30     2,322.00     6218414   374256    03/28/2006

           Total For BECKER G - 05292                                                        5.20     2,808.00

                                                                      Fee Total              5.20     2,808.00

U N B I L L E D    C O S T S    D E T A I L
Description/Code                              Employee                Date           Amount             Index#     Batch No  Batch Date
----------------                              --------                ----           ------             ------     --------  ----------
CAB FARES                    0940
  JULIET RAMDIN, CASHIER                      BECKER, G M             02/21/06       14.00             7376206     373987    03/22/06
  CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
  JULIET RAMDIN, CASHIER                      BECKER, G M             03/27/06       20.00             7384637     374256    03/29/06
  CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
                                              0940 CAB FARES Total :                 34.00
```

```
alp_132r: Matter Detail                                                                                        PAGE    29
Run Date & Time: 04/12/2006 11:03:15

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2124054
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code         Employee         Date         Amount         Index#    Batch No    Batch Date
------------------------------------------------------------------------------------------------------

         Costs Total :                                  34.00
```

```
alp_132r: Matter Detail                                                                                                        PAGE   30
Run Date & Time: 04/12/2006 11:03:15

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2124054
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                   Hours       Amount           Bill        W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward

BECKER, GARY M.                  5.20      2,808.00
       Total:                    5.20      2,808.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                           Amount           Bill        W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward

0940 CAB FARES                              34.00

          Costs Total :                     34.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    31
Run Date & Time: 04/12/2006 11:03:15                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:   2124055
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency:  M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

-------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:   03/08/2006                TO:    03/27/2006
UNBILLED DISB FROM:                             TO:

                             FEES                          COSTS
                             ----                          -----

GROSS BILLABLE AMOUNT:       2,988.00                      0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                   03/27/2006
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------------------

               ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH
               -------------------------                                --------------

FEES:                            0.00
DISBURSEMENTS:                   0.00            UNIDENTIFIED RECEIPTS:     0.00
FEE RETAINER:                    0.00            PAID FEE RETAINER:         0.00
DISB RETAINER:                   0.00            PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:               0.00            TOTAL AVAILABLE FUNDS:     0.00
                                                 TRUST BALANCE:
                                     BILLING HISTORY
                                     ---------------
DATE OF LAST BILL:          03/22/06            LAST PAYMENT DATE:            04/03/06
LAST BILL NUMBER:           432271              ACTUAL FEES BILLED TO DATE:   54,916.00
                                                ON ACCOUNT FEES BILLED TO DATE: 0.00
                                                TOTAL FEES BILLED TO DATE:    54,916.00
LAST BILL THRU DATE:        02/28/06            FEES WRITTEN OFF TO DATE:     25,258.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted      (5) Business Development        (8) Premium
    (3) Pre-arranged Discount         (6) Summer Associate            (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____      DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   32
                                                           *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/12/2006 11:03:15

Matter No: 056772-00028                                     Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:  2124055
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                 ---------- Total Unbilled ----------
Emp Id  Employee Name                    Group           Oldest      Latest       Hours        Amount
------  -------------                    -----           ------      ------       -----        ------
05292   BECKER, GARY M.                  CRED           03/27/06    03/27/06       2.00        540.00
06228   KOEVARY, JONATHAN T              CRED           03/08/06    03/09/06      13.60      2,448.00

                                   Total:                                         15.60      2,988.00

Sub-Total Hours  :   0.00 Partners   2.00 Counsels   13.60 Associates   0.00 Legal Assts   0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name                 Work Date   Description                                        Hours      Amount    Index#    Batch Date  Task Act
-------------                 ---------   -----------                                        -----      ------    ------    ----------  --------

BECKER, GARY M.               03/27/06    Non-working travel re omnibus hearing (bill at      2.00      540.00   6218415    03/28/2006
                                          one half rate)

                                  Total For BECKER G - 05292                                  2.00      540.00

KOEVARY, JONATHAN T           03/08/06    Travel to Mobile, Alabama for Oaks deposition.      5.60    1,008.00   6202414    03/17/2006
KOEVARY, JONATHAN T           03/09/06    Travel to Oaks deposition, .5.  Travel from         8.00    1,440.00   6202413    03/17/2006
                                          Mobile, Alabama to New York, 7.5.

                                  Total For KOEVARY J - 06228                                13.60    2,448.00

                                                             Fee Total                       15.60    2,988.00
```

```
alp_132r: Matter Detail                                                                                                PAGE   33
Run Date & Time: 04/12/2006 11:03:15

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    2124055
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name             Hours         Amount         Bill      W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward
---------------------     -----         ------         ----      ---------    -----------    --------    -------------

BECKER, GARY M.            2.00          540.00
KOEVARY, JONATHAN T       13.60        2,448.00
            Total:        15.60        2,988.00
```