IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 11867** |

## CERTIFICATION OF COUNSEL

I, Kerri K. Mumford, Esquire, hereby certify the following facts:

1. I am counsel to the Claimants injured by exposure to tremolite asbestos from the Debtors' operations in and near Libby, Montana[1] (the "Libby Claimants") in the above-captioned cases.

2. On February 20, 2006, the Libby Claimants filed its Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process [D.I. 11867] (the "Motion").

3. On April 17, 2006, a hearing (the "Hearing") was held to consider the Motion and the objections filed thereto. At the Hearing, the Court denied the Motion.

4. The Libby Claimants have circulated the attached proposed form of order (the "Order") denying the Motion without prejudice, to the United States Trustee, counsel for the Debtors, counsel for the Official Committee of Personal Injury Claimants, counsel for the Official Committee of Property Damage Claimants, counsel for the Future Claimants' Representative, counsel for the Official Committee of Unsecured Creditors, and counsel for the

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 11624], as it may be amended and restated from time to time.

393.001-12190.DOC

Official Committee of Equity Holders, whom consent to the entry of the Order. Accordingly, the Libby Claimants hereby request entry of the Order at the Court's earliest convenience.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 1, 2006 | LANDIS RATH & COBB LLP<br><br>*/s/ Kerri Mumford*<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>919 Market Street, Suite 600<br>P.O. Box 2087<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>Daniel C. Cohn, Esq.<br>Christopher M. Candon, Esq.<br>COHN WHITESELL & GOLDBERG LLP<br>101 Arch Street<br>Boston, MA 02110<br>Telephone: (617) 951-2505<br>Facsimile: (617) 951-0679<br><br>Counsel for the Libby Claimants |