**CERTIFICATE OF SERVICE**

    I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Certificate of No Objection Regarding Docket No. 12210* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

    I certify the foregoing to be true and correct under the penalty of perjury

Dated: May 1, 2006                        */s/ William D. Sullivan*
                                                        William D. Sullivan

## **SERVICE LIST**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801
dcarickhoff@pszyj.com

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_sprayregen@chicago.kirkland.com
james_kapp@chicago.kirkland.com

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
wkatchen@duanemorris.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
syoder@bayardfirm.com

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
jsakalo@bilzin.com

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
hrafatjoo@pszyj.com

David B. Seigel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
william.sparks@grace.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
elawler@stroock.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

| | |
|---|---|
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 36th Floor<br>New York, NY  10022<br>pvnl@capdale.com | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005 |
| Teresa K.D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801<br>currier@klettrooney.com | Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022<br>pbentley@kramerlevin.com |
| David M. Klauder, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2311<br>Wilmington, DE  19801 | Mark D. Collins, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801<br>collins@rlf.com |
| James J. Restivo, Jr., Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA  15219-1886<br>jrestivo@reedsmith.com | William J.A. Sparks, Esquire<br>W.R. Grace & Company<br>919 N. Market, Suite 460<br>Wilmington, DE  19899 |
| Warren H. Smith<br>Warren H. Smith and Associates<br>Republic Center<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201<br>whsmith@whsmithlaw.com | John C. Phillips, Jr., Esquire<br>Phillips Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>phillips@pglaw.com |