# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 12, 2006

Bill Number 91753
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2006

| | | |
|---|---|---|
| EXCESS POSTAGE | | $4.05 |

BOSTON CAB ASSOCIATION

| | | | |
|---|---|---|---|
| 02/09/06 | ARA - To 62 Whittemore Avenue, Cambridge from Casner and Edwards on 12/14/05 | 31.25 | |
| | | | $31.25 |

FEDERAL EXPRESS

| | | |
|---|---|---|
| 02/07/06 | To Bilzin Sumberg Dunn-Matthew Kramer from Casner and Edwards on 01/25/06 by MTM | 15.75 |
| 02/07/06 | To Bilzin Sumberg Dunn, Matthew Kramer (5 packages) from Casner and Edwards on 01/23/06 by MTM | 390.28 |
| 02/07/06 | To Caplin & Drysdale, Nathan Finch from Casner and Edwards on 01/17/06 by MTM | 34.63 |
| 02/07/06 | To Kirkland & Ellis attorney from Casner and Edwards on 01/17/06 by MTM | 34.63 |
| 02/17/06 | To Kirkland & Ellis attorney from Casner and Edwards on 02/01/06 by MTM | 10.00 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2006

FEDERAL EXPRESS

| | | | |
|---|---|---:|---:|
| 02/17/06 | To Kirkland and Ellis attorney (41 packages) from Merrill Corporation on 2/06/06 | 1,101.16 | |
| 02/17/06 | To W R Grace & Co. paralegal (40 Packages) from Casner and Edwards on 2/01/06 by MTM | 3,103.12 | |
| 02/17/06 | To W R Grace in-house counsel from Casner and Edwards on 02/01/06 by MTM | 15.50 | |
| 02/17/06 | To Kirkland and Ellis paralegal from Casner and Edwards on 2/03/06 by MTM | 28.55 | |
| | | | $4,733.62 |

TRAVEL

| | | | |
|---|---|---:|---:|
| 02/21/06 | MATTHEW T. MURPHY-Travel to Toronto 2/8 + 2/9/06 for meeting with local counsel; meals $35.72; taxis $90.00; Hotel $247.33; Airfare $567.32 | 940.37 | |
| | | | $940.37 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 02/06/06 | MERRILL COMM - Copies of work product indices provided to property damage committee's counsel (1/18/06) | 1,848.55 | |
| 02/06/06 | MERRILL COMM - Libby personnel files requested by in-house counsel (1/30/06) | 157.85 | |
| 02/06/06 | MERRILL COMM -Copy (2) of former Grace employee's June and July 1992 Chron files sent to Pitney Hardin attorney. | 63.06 | |
| 02/22/06 | MERRILL COMM - Copies of chronologies and ore shipment info and binders for Canadian counsel (2/6/06) for meeting on 2/9/06 | 671.23 | |
| 02/22/06 | MERRILL COMM - Expert Transcripts for K + E (2/2/06) | 440.45 | |
| 02/22/06 | MERRILL COMM - Copying for Chron project (2/10/06) | 11.09 | |
| 02/22/06 | MERRILL COMM - Copies of employee/expert transcripts for K + E (2/14/06) | 137.39 | |
| 02/22/06 | MERRILL COMM - Libby common exhibits for K + E (2/10/06) | 1,166.64 | |
| | | | $4,496.26 |

PHOTOCOPYING

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2006

PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 02/01/06 | 48 copies at .12 per copy | 5.76 |
| 02/01/06 | 144 copies at .12 per copy | 17.28 |
| 02/02/06 | 27 copies at .12 per copy | 3.24 |
| 02/06/06 | 14 copies at .12 per copy | 1.68 |
| 02/08/06 | 23 copies at .12 per copy | 2.76 |
| 02/16/06 | 2 copies at .12 per copy | 0.24 |
| 02/17/06 | 5 copies at .12 per copy | 0.60 |
| 02/22/06 | 337 copies at .12 per copy | 40.44 |
| 02/24/06 | 5 copies at .12 per copy | 0.60 |
| 02/28/06 | 5 copies at .12 per copy | 0.60 |
| 02/28/06 | 2 copies at .12 per copy | 0.24 |
| | | $73.44 |

TELEPHONE

| Date | Code | Number | Amount |
|---|---|---|---|
| 02/01/06 | 329 | 2028795167 | 0.44 |
| 02/01/06 | 329 | 6046319211 | 6.27 |
| 02/07/06 | 329 | 2395143631 | 3.52 |
| 02/07/06 | 329 | 2028795167 | 0.44 |
| 02/17/06 | 329 | 2395143631 | 3.74 |
| 02/17/06 | 329 | 2395143631 | 2.75 |
| 02/23/06 | 329 | 2395143631 | 0.44 |
| 02/23/06 | 329 | 2395143631 | 2.09 |
| 02/24/06 | 329 | 5613621526 | 0.55 |
| 02/24/06 | 329 | 8643492613 | 6.60 |
| | | | $26.84 |

RENT REIMBURSEMENT

| Date | Description | Amount |
|---|---|---|
| 02/01/06 | RREEF AMERICA REIT III CORP-Rent and utilities for document repository at One Winthrop Square - February 2006. | 11,673.28 |
| | | $11,673.28 |

MISCELLANEOUS

| Date | Description | Amount |
|---|---|---|
| 02/06/06 | RECORDKEEPER ARCHIVE-Storage from 1/1/2006-1/31/2006 | 410.30 |


Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2006

MISCELLANEOUS

| | | |
|---|---|---|
| 02/21/06 | RECORDKEEPER ARCHIVE-January 2006 Delivery Charges | 108.00 |
| | | $518.30 |
| | TOTAL DISBURSEMENTS | $22,497.41 |
| | TOTAL THIS BILL | $22,497.41 |


CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 12, 2006

Bill Number 91754
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through February 28, 2006

FEDERAL EXPRESS

| | | |
|---|---|---|
| 02/07/06 | To Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 01/18/06 by RAM | 13.76 |
| 02/17/06 | To Pachulski Stang Ziehl Young-Scotta McFarland from Casner and Edwards on 02/02/06 by RAM | 13.76 |
| | | $27.52 |

PHOTOCOPYING

| | | |
|---|---|---|
| 02/13/06 | 89 copies at .12 per copy | 10.68 |
| | | $10.68 |

TOTAL DISBURSEMENTS    $38.20

Page 1

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $38.20 |