# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et. al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection deadline: 3/18/06 at 4:00 p.m. |

## TWENTY SEVENTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 2006

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003,<br>*nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | January 1, 2006 through January 31, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary | $75,375.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $2,466.58 |

This is a(n):       X  interim              ___ Final application

The total time expended for preparation of applications for the month of January 2006 is approximately 13 hours by all professionals for a total of $3,120.00.

Prior applications:     None.

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Petito, Matthew | Manager<br>7 years | $240 | 72.0 | $17,280.00 |
| McDowell, Michele | Senior Consultant,<br>5 years | $200 | 130.5 | $26,100.00 |
| Lawler, Michael | Staff Consultant,<br>1 year | $175 | 165.0 | $28,875.00 |
| | | Totals | 367.5 | $72,255.00 |

1

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 13.0 | $3,120.00 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 367.5 | $72,255.00 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **380.5** | **$75,375.00** |

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $595.78 |
| Lodging | N/A | $1,794.10 |
| Sundry | N/A | $0 |
| Business Meals / Entertainment | N/A | $76.70 |
| **Total Expenses** | | **$2,466.58** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | Objection deadline: 3/18/06 at 4:00 p.m. |

## **CERTIFICATION OF MARIE HENDRIXSON**

I, Marie Hendrixson, hereby certify that:

1. I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for January 2006* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2. I have read the Application and I certify as follows:

   (a) The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

   (b) To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c) To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d) The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e) Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f) In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g) In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

_____
Marie Hendrixson

Dated: February 11, 2006
       Philadelphia, PA

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: January 2006**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Petito, Matt | Manager | 7 | $ 240.00 | 72.0 | $ 17,280.00 |
| McDowell, Michele | Senior Consultant | 5 | $ 200.00 | 130.5 | $ 26,100.00 |
| Lawler, Michael | Staff Consultant | 1 | $ 175.00 | 165.0 | $ 28,875.00 |
| | | | Totals | 367.5 | $ 72,255.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended January 31, 2006**

**Name:**  Matthew Petito
**Level:**  Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Jan-06 | Discuss open items for testing with Michele McDowell and Mike Lawler | $ 240 | 1 | $ 240 |
| 3-Jan-06 | Meeting with Brian Kenny, Greg Demory and Barb Summerson for planning and staffing | $ 240 | 1 | $ 240 |
| 3-Jan-06 | Review Columbia order entry work performed by Michele McDowell and Michael Lawler | $ 240 | 1 | $ 240 |
| 6-Jan-06 | Discuss open issues with Greg Demory regarding Cambridge and Columbia order entry | $ 240 | 2 | $ 480 |
| 6-Jan-06 | Perform test of segregation of duties and access | $ 240 | 2 | $ 480 |
| 6-Jan-06 | Discuss Davison segregation of duties with Dena Nolte | $ 240 | 1 | $ 240 |
| 6-Jan-06 | Discussed Curtis Bay open items and test results with Michele McDowell and Mike Lawler | $ 240 | 1 | $ 240 |
| 7-Jan-06 | Perform test of segregation of duties and access | $ 240 | 1 | $ 240 |
| 9-Jan-06 | Perform test of segregation of duties and access | $ 240 | 3 | $ 720 |
| 10-Jan-06 | Discuss open items for Curtis Bay testing with Mike Lawler and Michele McDowell | $ 240 | 3 | $ 720 |
| 10-Jan-06 | Meeting update with Greg Demory, Brian Kenny and Barb Summerson | $ 240 | 1 | $ 240 |
| 12-Jan-06 | Discuss current status of testing with PwC and Grace Internal Audit team | $ 240 | 3 | $ 720 |
| 12-Jan-06 | Incentive Comp flowchart/meeting with Mike Lawler and Michelle Joy | $ 240 | 1 | $ 240 |
| 12-Jan-06 | Review Columbia order entry work performed by Michele McDowell and Michael Lawler | $ 240 | 2.5 | $ 600 |
| 16-Jan-06 | Perform test of Davison reconciliations | $ 240 | 4 | $ 960 |
| 16-Jan-06 | Perform test of segregation of duties and access | $ 240 | 1 | $ 240 |
| 16-Jan-06 | Discuss update on testing with Greg Demory | $ 240 | 0.5 | $ 120 |
| 16-Jan-06 | Discuss update on testing with Mike Lawler | $ 240 | 1 | $ 240 |
| 16-Jan-06 | Discuss rebates with Linda Anton | $ 240 | 0.5 | $ 120 |
| 16-Jan-06 | Discuss washcoats with Linda Anton | $ 240 | 0.5 | $ 120 |
| 17-Jan-06 | Discuss update with Mike Lawler | $ 240 | 1 | $ 240 |
| 18-Jan-06 | Perform test of Davison reconciliations | $ 240 | 2 | $ 480 |
| 18-Jan-06 | Update meeting with Brian Kenny, Barb Summerson and Greg Demory | $ 240 | 1 | $ 240 |
| 18-Jan-06 | Discuss incentive compensation flowchart with Mike Lawler | $ 240 | 0.5 | $ 120 |
| 18-Jan-06 | Meeting for order entry and rebates with Mike Lawler and Al Jordan | $ 240 | 1 | $ 240 |
| 18-Jan-06 | Discuss project update with Greg Demory | $ 240 | 1 | $ 240 |
| 18-Jan-06 | Discuss Worms and Duren testing with Greg Demory | $ 240 | 1 | $ 240 |
| 18-Jan-06 | Review testing performed by Michele McDowell and Mike Lawler to date | $ 240 | 2 | $ 480 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 19-Jan-06 | Review testing performed by Michele McDowell and Mike Lawler to date | $ 240 | 2 | $ 480 |
| 20-Jan-06 | Discuss project update with Greg Demory | $ 240 | 1 | $ 240 |
| 20-Jan-06 | Discuss project update with Mike Lawler and Michele McDowell | $ 240 | 2 | $ 480 |
| 20-Jan-06 | Review testing performed by Michele McDowell and Mike Lawler to date | $ 240 | 2 | $ 480 |
| 22-Jan-06 | Review testing performed by Michele McDowell and Mike Lawler to date | $ 240 | 2 | $ 480 |
| 23-Jan-06 | Review testing performed by Michele McDowell and Mike Lawler to date | $ 240 | 2 | $ 480 |
| 23-Jan-06 | Perform test of Corporate reconciliations with Michael Brown | $ 240 | 3 | $ 720 |
| 24-Jan-06 | Discuss project update with Mike Lawler and Michele McDowell | $ 240 | 1 | $ 240 |
| 24-Jan-06 | Discuss project update with Brian Kenny | $ 240 | 0.5 | $ 120 |
| 24-Jan-06 | Perform test of Corporate reconciliations with Michael Brown | $ 240 | 2 | $ 480 |
| 24-Jan-06 | Perform test of pensions with Karen Blood | $ 240 | 4 | $ 960 |
| 24-Jan-06 | Perform test of journal entries with Michael Brown | $ 240 | 1 | $ 240 |
| 24-Jan-06 | Perform test of financial confirmations | $ 240 | 1 | $ 240 |
| 27-Jan-06 | Perform test of Cambridge reconciliations | $ 240 | 2 | $ 480 |
| 27-Jan-06 | Perform test of Davison reconciliations | $ 240 | 2 | $ 480 |
| 27-Jan-06 | Perform test of quarterly checklists | $ 240 | 1 | $ 240 |
| 27-Jan-06 | Discuss project update with Brian Kenny | $ 240 | 1 | $ 240 |
| 27-Jan-06 | Discuss incentive compensation with Mike Lawler | $ 240 | 1 | $ 240 |
| 31-Jan-06 | Grace update meeting with Brian Kenny, Greg Demory and Barb Summerson | $ 240 | 1 | $ 240 |
| | **Totals** | | 72.0 | $ 17,280.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended January 31, 2006**

**Name:** Michele McDowell
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1/3/2006 | Discuss remaining project and testing with Michael Lawler | $ 200.00 | 1.5 | $ 300.00 |
| 1/3/2006 | Perform test of WORMS consignment | $ 200.00 | 1.5 | $ 300.00 |
| 1/3/2006 | Curtis Bay testing of productions, goods receipts and goods issued | $ 200.00 | 6 | $ 1,200.00 |
| 1/4/2006 | Perform test of WORMS consignment | $ 200.00 | 0.5 | $ 100.00 |
| 1/4/2006 | Curtis Bay Payroll updates based on testing done at Corporate | $ 200.00 | 0.5 | $ 100.00 |
| 1/4/2006 | Curtis Bay testing of productions, goods receipts and goods issued | $ 200.00 | 10 | $ 2,000.00 |
| 1/5/2006 | Curtis Bay testing of productions, goods receipts and goods issued | $ 200.00 | 12.5 | $ 2,500.00 |
| 1/6/2006 | Curtis Bay testing of productions, goods receipts and goods issued | $ 200.00 | 7 | $ 1,400.00 |
| 1/9/2006 | Cambridge Reconciliations - review of selected accounts and formulating questions | $ 200.00 | 6 | $ 1,200.00 |
| 1/9/2006 | Curtis Bay Wrap up of Testing, communication to business area and to IA management. | $ 200.00 | 2.5 | $ 500.00 |
| 1/9/2006 | Update of Test spreadsheets for completed Curtis Bay testing of Productions, Good Receipts and Goods Issued | $ 200.00 | 2.5 | $ 500.00 |
| 1/10/2006 | Lake Charles - Mandate testing | $ 200.00 | 2 | $ 400.00 |
| 1/10/2006 | Sales Order - Creation of new PBS for Hydro/FCC, OCC, Poly and Silicas | $ 200.00 | 3 | $ 600.00 |
| 1/10/2006 | Perform test of Cambridge reconciliations | $ 200.00 | 2 | $ 400.00 |
| 1/13/2006 | Perform test of Cambridge reconciliations | $ 200.00 | 1 | $ 200.00 |
| 1/13/2006 | Perform test of Davison columbia order entry | $ 200.00 | 1.5 | $ 300.00 |
| 1/13/2006 | Document test results of sales order in the portal | $ 200.00 | 1 | $ 200.00 |
| 1/13/2006 | Cambridge - Fixed Assets Testing | $ 200.00 | 1 | $ 200.00 |
| 1/13/2006 | Lake Charles - Mandate testing - Communication with Bonita on missing requests | $ 200.00 | 0.5 | $ 100.00 |
| 1/19/2006 | Communication of Columbia Division Testing requests | $ 200.00 | 1.5 | $ 300.00 |
| 1/19/2006 | Curtis Bay pulling of retest information for good receipts (FCC, CTF, Silicas) and productions (Poly and Silicas) from SAP | $ 200.00 | 3.5 | $ 700.00 |
| 1/19/2006 | Random sample of Curtis bay for Retesting | $ 200.00 | 3 | $ 600.00 |
| 1/19/2006 | Columbia Davison Rebate testing/review | $ 200.00 | 3.5 | $ 700.00 |
| 1/20/2006 | Perform additional Curtis Bay testing | $ 200.00 | 5.5 | $ 1,100.00 |
| 1/23/2006 | Update to Curtis Bay Production spreadsheet/ testing of additional items fro FCC and CTF | $ 200.00 | 2 | $ 400.00 |
| 1/23/2006 | Update to Portal for Curtis Bay Productions testing due to additional support received. | $ 200.00 | 0.5 | $ 100.00 |
| 1/23/2006 | Duren Payroll Testing | $ 200.00 | 2 | $ 400.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 1/23/2006 | Update Curtis Bay PBS for retesting and send communication to business areas | $ 200.00 | 1 | $ 200.00 |
| 1/23/2006 | Update to Portal for Corporate Pension testing | $ 200.00 | 0.75 | $ 150.00 |
| 1/23/2006 | Meeting with Linda Anton for Columbia Davison Sales Order Testing. Go over requests to date as well as questions for pulling SAP sample for additional sales order testing | $ 200.00 | 1 | $ 200.00 |
| 1/23/2006 | Columbia Davison - Sales Order Testing SAP sample | $ 200.00 | 0.75 | $ 150.00 |
| 1/24/2006 | Discuss open sales order testing with PwC | $ 200.00 | 0.5 | $ 100.00 |
| 1/24/2006 | Sales Order Analysis for Columbia Davison - to ensure an adequate sample size was tested for OCC, Hydro/FCC, Poly and Silicas. | $ 200.00 | 1 | $ 200.00 |
| 1/24/2006 | Additional samples pulled for Sales order Testing based on inadequate sample tested in November 2005 for Columbia Davison - all product lines | $ 200.00 | 1 | $ 200.00 |
| 1/24/2006 | Updated Columbia Davison PBS and sent to Linda Anton | $ 200.00 | 0.75 | $ 150.00 |
| 1/24/2006 | Price List Testing for Columbia Davison - OCC and updates to Portal | $ 200.00 | 1 | $ 200.00 |
| 1/24/2006 | Price List Testing for Columbia Davison - Poly and updates to Portal | $ 200.00 | 1 | $ 200.00 |
| 1/24/2006 | Update to Portal for Corporate JE testing as well as in Corporate Pension and Columbia Davison financial reporting testing based on review perform at Corporate | $ 200.00 | 0.5 | $ 100.00 |
| 1/24/2006 | Update Portal for Corporate Financial Reporting - Confirmation testing in Q4. | $ 200.00 | 0.25 | $ 50.00 |
| 1/24/2006 | Curtis Bay testing of productions and goods receipts (retesting) | $ 200.00 | 2 | $ 400.00 |
| 1/25/2006 | Curtis Bay testing of productions and goods receipts (retesting) | $ 200.00 | 8 | $ 1,600.00 |
| 1/26/2006 | Updates to Portal for testing performed by Matt Petito | $ 200.00 | 1 | $ 200.00 |
| 1/26/2006 | Perform test of Columbia price exception review | $ 200.00 | 2 | $ 400.00 |
| 1/26/2006 | Perform test of WORMS consignment | $ 200.00 | 2 | $ 400.00 |
| 1/26/2006 | Discussions with Linda and PWC regarding outstanding support requested | $ 200.00 | 1 | $ 200.00 |
| 1/27/2006 | Finalize testing of Columbia sales order entry | $ 200.00 | 5 | $ 1,000.00 |
| 1/30/2006 | Follow up/finalize Curtis Bay Testing | $ 200.00 | 3 | $ 600.00 |
| 1/30/2006 | Sales Order testing for Columbia Davison | $ 200.00 | 3 | $ 600.00 |
| 1/30/2006 | Update meeting with Linda Anton on progress and update to PBS for Columbia | $ 200.00 | 2 | $ 400.00 |
| 1/31/2006 | Finalize testing of Curtis Bay and Columbia order entry | $ 200.00 | 6 | $ 1,200.00 |
| 1/31/2006 | Document test results of sales order in the portal | $ 200.00 | 2 | $ 400.00 |
| | **Totals** | | **130.5** | **$ 26,100.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended January 31, 2006**

**Name:** Michael Lawler
**Level:** Staff Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Jan-06 | Performed consignments testing for Worms and discussions with Greg Demory and Michele McDowell | $ 175.00 | 5.0 | $ 875.00 |
| 4-Jan-06 | Performed Columbia-Sales order testing and documented test results in the portal | $ 175.00 | 2.0 | $ 350.00 |
| 4-Jan-06 | Performed Good Receipts testing for Curtis Bay and documented test results in the portal | $ 175.00 | 2.0 | $ 350.00 |
| 4-Jan-06 | Performed Curtis Bay- Productions Testing for Curtis Bay and documented test results in the portal | $ 175.00 | 3.5 | $ 612.50 |
| 4-Jan-06 | Curtis Bay- generated and provided Productions Testing samples to PWC for sample analysis | $ 175.00 | 0.5 | $ 87.50 |
| 5-Jan-06 | Performed Columbia, MD- Sales order testing work and documented test results in the portal | $ 175.00 | 1 | $ 175.00 |
| 5-Jan-06 | Performed Columbia, MD- Rebate and incentives testing and documented test results in the portal | $ 175.00 | 1 | $ 175.00 |
| 5-Jan-06 | Columbia-Meeting with Linda Anton regarding sales order questions, and rebates etc | $ 175.00 | 1 | $ 175.00 |
| 5-Jan-06 | Curtis Bay- Goods Receipts/issue - meeting with Anton Jordan to discuss testing | $ 175.00 | 2 | $ 350.00 |
| 5-Jan-06 | Curtis Bay-Good Receipts testing of new documents received from Anton Jordan and documented test results in the portal | $ 175.00 | 2 | $ 350.00 |
| 5-Jan-06 | Curtis Bay- Good Issue testing work and documented test results in the portal | $ 175.00 | 1 | $ 175.00 |
| 6-Jan-06 | Consignments testing for Worms-reviewing new documentation received from Holger Fristche and documented test results in the portal | $ 175.00 | 1.5 | $ 262.50 |
| 6-Jan-06 | Curtis Bay- Poly uploading testing documents and updating portal for test results for Curtis Bay | $ 175.00 | 1 | $ 175.00 |
| 6-Jan-06 | Worms consignment- Complete testing and complete testing sheets for testing and communicated results to the process owners | $ 175.00 | 2 | $ 350.00 |
| 6-Jan-06 | Updating Worms/ uploading testing doc. Into portal and discussed testing results with Internal Audit | $ 175.00 | 0.5 | $ 87.50 |
| 6-Jan-06 | Complete Issue testing sheet and uploading shipment docs and update portal; ongoing discussions with Michele McDowell | $ 175.00 | 1 | $ 175.00 |
| 6-Jan-06 | Good issue and received testing work organization for PWC for weekly meetings to discuss status of SOA testing | $ 175.00 | 1 | $ 175.00 |
| 6-Jan-06 | Work on updating PBC list for Davison and discuss with Michele McDowell | $ 175.00 | 1 | $ 175.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 9-Jan-06 | Work on updating PBC list for Davison Poly, Other, Silicas and communicated to process owners for testing | $ 175.00 | 3 | $ 525.00 |
| 9-Jan-06 | Meeting with Greg Demory to discuss Incentive Compensation documentation and testing | $ 175.00 | 1 | $ 175.00 |
| 9-Jan-06 | Documented Incentive compensation processes; meetings with Michelle Joy | $ 175.00 | 1.5 | $ 262.50 |
| 9-Jan-06 | Discuss Incentive compensation with Paula Stuard | $ 175.00 | 0.5 | $ 87.50 |
| 9-Jan-06 | Documentation work (Narrative) for incentive compensation | $ 175.00 | 2 | $ 350.00 |
| 10-Jan-06 | Documentation work (narrative flow) for incentive compensation | $ 175.00 | 3 | $ 525.00 |
| 10-Jan-06 | Meeting with Greg Demory concerning Incentive Compensation | $ 175.00 | 0.5 | $ 87.50 |
| 10-Jan-06 | Gathering testing documents for Sales Order testing- From Oscar E. | $ 175.00 | 1 | $ 175.00 |
| 10-Jan-06 | Continued testing for Sales Order testing and documented test results in the portal | $ 175.00 | 1 | $ 175.00 |
| 10-Jan-06 | Meeting with Linda Anton regarding outstanding Sales order docs. and rebate testing doc. request | $ 175.00 | 1 | $ 175.00 |
| 10-Jan-06 | Rebate testing and organizing the documents for PWC for weekly meeting | $ 175.00 | 1.5 | $ 262.50 |
| 11-Jan-06 | Discuss with Linda Anton regarding sales order/rebate document request | $ 175.00 | 1 | $ 175.00 |
| 11-Jan-06 | Document Incentive Compensation; ongoing discussions with Internal Audit | $ 175.00 | 2 | $ 350.00 |
| 11-Jan-06 | Incentive compensation requesting documentation for upcoming testing | $ 175.00 | 0.5 | $ 87.50 |
| 11-Jan-06 | Meeting with Paula Stuard about incentive compensation process. | $ 175.00 | 1 | $ 175.00 |
| 11-Jan-06 | Document Incentive Compensation; ongoing discussions with Internal Audit | $ 175.00 | 3 | $ 525.00 |
| 11-Jan-06 | Updating the portal for rebate and sales order testing; communicate results to process owners | $ 175.00 | 0.5 | $ 87.50 |
| 12-Jan-06 | Meeting with Matt Petito to discuss Incentive Compensation and other open items for testing | $ 175.00 | 1 | $ 175.00 |
| 12-Jan-06 | Meeting with Michelle Joy to discuss incentive compensation process; document in flowchart | $ 175.00 | 1 | $ 175.00 |
| 12-Jan-06 | Completing Sales Order testing, complete test sheet, update portal, and binder all test work | $ 175.00 | 3.0 | $ 525.00 |
| 12-Jan-06 | Finish rough draft of flow chart for incentive comp. And send out follow up meeting with Paula Stuard and Michelle Joy | $ 175.00 | 3.0 | $ 525.00 |
| 13-Jan-06 | Discuss incentive compensation with Michelle Joy and make revisions to process flowcharts | $ 175.00 | 2.0 | $ 350.00 |
| 13-Jan-00 | Meeting with Michelle Joy to discuss incentive compensation (LTIP) | $ 175.00 | 1.0 | $ 175.00 |
| 13-Jan-06 | Update necessary changes to LTIP flowchart based on discussions with Michelle Joy | $ 175.00 | 3.5 | $ 612.50 |
| 13-Jan-06 | Set up testing sheet and test plan for incentive compensation | $ 175.00 | 1 | $ 175.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 13-Jan-06 | Formal PBS sent out for testing documentation for incentive compensation. | $ 175.00 | 0.5 | $ 87.50 |
| 16-Jan-06 | Perform SOD testing and documented test results in the portal | $ 175.00 | 8 | $ 1,400.00 |
| 17-Jan-06 | Discuss General Ledger close outstanding items with Dena Nolte | $ 175.00 | 1 | $ 175.00 |
| 17-Jan-06 | General Ledger testing and documentation per discussion with Dena Nolte | $ 175.00 | 3 | $ 525.00 |
| 17-Jan-06 | Discuss incentive compensation with Michelle Joy and make necessary updates to Flow. | $ 175.00 | 2 | $ 350.00 |
| 17-Jan-06 | Portal updates for various items and contact Michelle McDowell regard status of testing. | $ 175.00 | 1 | $ 175.00 |
| 17-Jan-06 | Obtained Washcoat testing documents from Linda Anton and made copies for our testing | $ 175.00 | 0.5 | $ 87.50 |
| 17-Jan-06 | Organized General Ledger testing document for PWC weekly meeting. | $ 175.00 | 0.5 | $ 87.50 |
| 18-Jan-06 | Meeting updates with Michelle McDowell and Matt Petito | $ 175.00 | 1 | $ 175.00 |
| 18-Jan-06 | Meeting with Dena regarding Davison Recs/ requested docs. | $ 175.00 | 1 | $ 175.00 |
| 18-Jan-06 | Perform test of Davison reconciliations | $ 175.00 | 4 | $ 700.00 |
| 18-Jan-06 | Meeting with Michele Joy and update flow | $ 175.00 | 2 | $ 350.00 |
| 19-Jan-06 | Meeting with Paula Stuard about incentive compensation process/ document request | $ 175.00 | 1 | $ 175.00 |
| 19-Jan-06 | Update flow with information from meeting with Paula Stuard | $ 175.00 | 1 | $ 175.00 |
| 19-Jan-06 | Meeting with Alfred Jordan regarding rebate testing | $ 175.00 | 3 | $ 525.00 |
| 19-Jan-06 | Perform test of Columbia rebates | $ 175.00 | 2 | $ 350.00 |
| 19-Jan-06 | Meeting with Alfred Jordan to request additional rebate samples | $ 175.00 | 1 | $ 175.00 |
| 20-Jan-06 | Creating test sheets for additional Curtis Bay testing and updating portal | $ 175.00 | 3 | $ 525.00 |
| 20-Jan-06 | Meeting with Greg Demory to discuss Incentive Compensation documentation and testing progress. | $ 175.00 | 1 | $ 175.00 |
| 20-Jan-06 | Create PBC list for Davison Poly, Silicas, FFC, OCC goods issue and goods received testing | $ 175.00 | 4 | $ 700.00 |
| 23-Jan-06 | Pulling SAP information for Davison reconciliations and testing/documenting. | $ 175.00 | 2 | $ 350.00 |
| 23-Jan-06 | Performed test of incentive compensation. | $ 175.00 | 1 | $ 175.00 |
| 23-Jan-06 | Meeting with Al Jordan to obtain testing materials | $ 175.00 | 1 | $ 175.00 |
| 23-Jan-06 | Received Karen Blood comments regarding the incentive compensation documentation process and updated flow per discussion | $ 175.00 | 2 | $ 350.00 |
| 23-Jan-06 | Curtis Bay- Poly production testing and documentation | $ 175.00 | 2 | $ 350.00 |
| 24-Jan-06 | Curtis Bay- Poly production testing | $ 175.00 | 1.5 | $ 262.50 |
| 24-Jan-06 | Curtis Bay- Silicas Good receipts testing | $ 175.00 | 1.5 | $ 262.50 |
| 24-Jan-06 | Curtis Bay- Silicas Production testing | $ 175.00 | 1.5 | $ 262.50 |
| 24-Jan-06 | Meeting with Greg Demory and Paula Stuard to discuss incentive comp. Document request and process documentation | $ 175.00 | 1.5 | $ 262.50 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 24-Jan-06 | Finalizing flow- meeting with Michelle Joy and Karen Blood to obtain signature for flow. | $ 175.00 | 2 | $ 350.00 |
| 25-Jan-06 | Incentive Compensation- meetings with Michelle Joy and obtaining required December documentation | $ 175.00 | 1 | $ 175.00 |
| 25-Jan-06 | Meet with Paula Stuard to go over flow and obtain signature in order to begin testing. | $ 175.00 | 1 | $ 175.00 |
| 25-Jan-06 | CB poly production testing | $ 175.00 | 2 | $ 350.00 |
| 25-Jan-06 | CB silicas production testing | $ 175.00 | 2 | $ 350.00 |
| 25-Jan-06 | CB Silicas Goods Receipts testing | $ 175.00 | 2 | $ 350.00 |
| 26-Jan-06 | Curtis Bay on site- obtaining open testing documentation for Poly production, silicas prod, and silicas goods receipts testing contacting the following people to discuss open items Tom Obenrader, Norm Perry, W. Yeager, Richard Clay. | $ 175.00 | 8 | $ 1,400.00 |
| 27-Jan-06 | Incentive Comp. Testing | $ 175.00 | 6 | $ 1,050.00 |
| 27-Jan-06 | Davison Recs testing | $ 175.00 | 2 | $ 350.00 |
| 30-Jan-06 | Rebate testing--Columbia | $ 175.00 | 2 | $ 350.00 |
| 30-Jan-06 | Davison Recs testing and documented results in the portal | $ 175.00 | 2 | $ 350.00 |
| 30-Jan-06 | Sales Order testing--Columbia | $ 175.00 | 4 | $ 700.00 |
| 31-Jan-06 | CB on site to obtain last documentation from Chad Sietz, and test documents | $ 175.00 | 4 | $ 700.00 |
| 31-Jan-06 | Performed test of Columbia sales order entry | $ 175.00 | 4 | $ 700.00 |
| | **Totals** | | **165.0** | **$ 28,875.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended January 31, 2006**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Jan-06 | Prepare the December monthly fee application | $ 240 | 1 | $ 240 |
| 5-Jan-06 | Finalize the December monthly fee application | $ 240 | 2 | $ 480 |
| 6-Jan-06 | Discuss and submit the December fee application to Marie Hendrixson | $ 240 | 2 | $ 480 |
| 7-Jan-06 | Prepare the quarterly fee application for September through December 2005 | $ 240 | 2 | $ 480 |
| 21-Jan-06 | Prepare the quarterly fee application for September through December 2005 | $ 240 | 2 | $ 480 |
| 22-Jan-06 | Finalize the quarterly fee application for September through December 2005 | $ 240 | 2 | $ 480 |
| 23-Jan-06 | Discuss and submit the quarterly fee application for September through December 2005 with Marie Hendrixson | $ 240 | 2 | $ 480 |
| | **Totals** | | **13.0** | **$ 3,120.00** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: January 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 595.78 |
| Lodging | N/A | $ 1,794.10 |
| Sundry | N/A | $ - |
| Business Meals | N/A | $ 76.70 |
| Total | | $ 2,466.58 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: January 2006

Name: Michele McDowell
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1/3/2006 | Mileage in excess of normal commute - one way from Philadelphia PA to Columbia Maryland (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 1/3/2006 | Dinner for myself from Giant Food | $ 5.84 | | | | $ 5.84 | $ 5.84 |
| 1/4/2006 | Dinner for myself from Quiznos | $ 8.76 | | | | $ 8.76 | $ 8.76 |
| 1/6/2005 | Lodging at Hilton Hotel in Columbia MD for myself for 3 nights - checking in on 1/3/06 and checking out on 1/6/05 | $ 590.70 | | $ 590.70 | | | $ 590.70 |
| 1/6/2005 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 1/9/2006 | Mileage in excess of normal commute - one way from Philadelphia PA to Columbia Maryland (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 1/9/2006 | Dinner at Subway for myself | $ 6.55 | | | | $ 6.55 | $ 6.55 |
| 1/10/2006 | Lodging at Hilton Hotel in Columbia MD for myself for 1 nights - checking in on 1/9/06 and checking out on 1/10/05 | $ 229.90 | | $ 229.90 | | | $ 229.90 |
| 1/10/2006 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 1/19/2006 | Mileage in excess of normal commute - one way from Vienna VA to Philadelphia PA (approx 40 miles) | $ 17.80 | $ 17.80 | | | | $ 17.80 |
| 1/19/2006 | Dinner at Panera Bread for myself | $ 12.89 | | | | $ 12.89 | $ 12.89 |
| 1/20/2006 | Lodging at Hampton Inn in Columbia MD for myself for 2 nights - checking in on 1/18/06 and checking out on 1/20/05 | $ 382.80 | | $ 382.80 | | | $ 382.80 |
| 1/20/2006 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 1/23/2006 | Mileage in excess of normal commute - one way from Philadelphia PA to Columbia Maryland (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 1/23/2006 | Tolls - one way from Philadelphia PA to Columbia Maryland (approx 125 miles | $ 5.00 | $ 5.00 | | | | $ 5.00 |
| 1/23/2006 | Dinner at Giant for myself | $ 12.35 | | | | $ 12.35 | $ 12.35 |
| 1/24/2006 | Dinner at Quiznos for myself | $ 8.37 | | | | $ 8.37 | $ 8.37 |
| 1/25/2006 | Dinner at Chipotle for myself | $ 9.66 | | | | $ 9.66 | $ 9.66 |
| 1/26/2006 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 1/26/2006 | Tolls - - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 5.00 | $ 5.00 | | | | $ 5.00 |
| 1/26/2006 | Lodging at Hampton Inn in Columbia MD for myself for 3 nights - checking in on 1/23/06 and checking out on 1/26/06 | $ 590.70 | | $ 590.70 | | | $ 590.70 |
| 1/30/2006 | Tolls - one way from Philadelphia PA to Columbia Maryland (approx 125 miles | $ 5.00 | $ 5.00 | | | | $ 5.00 |
| 1/30/2006 | Mileage in excess of normal commute - one way from Philadelphia PA to Columbia Maryland (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 1/31/2006 | Dinner for myself at quiznos | $ 12.28 | | | | $ 12.28 | $ 12.28 |
| | Totals | $ 2,348.64 | $ 477.84 | $ 1,794.10 | $ - | $ 76.70 | $ 2,348.64 |

Name: Michael Lawler
Level: Staff Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 3-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 4-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 5-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 6-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Curtis Bay MD--round trip (25 miles) | $ 11.13 | $ 11.13 | | | | $ 11.13 |
| 7-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Curtis Bay MD--round trip (25 miles) | $ 11.13 | $ 11.13 | | | | $ 11.13 |
| 9-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 10-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 11-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 12-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 13-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 16-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 17-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 18-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 19-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 20-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 23-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 24-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 25-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 25-Jan-06 | Mileage from Columbia to Curtis Bay-roundtrip (25 miles) | $ 11.13 | $ 11.13 | | | | $ 11.13 |
| 26-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 27-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 30-Jan-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| | Totals | $ 117.94 | $ 117.94 | | | | $ 117.94 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 2,466.58 | $ 595.78 | $ 1,794.10 | - | $ 76.70 | $ 2,466.58 |