# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | Objection deadline: 4/18/06 at 4:00 p.m. |

**TWENTY EIGHTH MONTHLY FEE APPLICATION OF
PROTIVITI INC. AS DEBTORS' SARBANES OXLEY
COMPLIANCE ADVISORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
FEBRUARY 2006**

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003,<br>*nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | February 1, 2006 through February 28, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary | $10,160.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $457.89 |
| This is a(n):    X interim | ___ Final application |

The total time expended for preparation of applications for the month of February 2006 is approximately 4.5 hours by all professionals for a total of $1,080.00.

Prior applications:    None.

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Petito, Matthew | Manager<br>7 years | $240 | 4.5 | $1,080.00 |
| McDowell, Michele | Senior Consultant,<br>5 years | $200 | 19.0 | $3,800.00 |
| Lawler, Michael | Staff Consultant,<br>1 year | $175 | 24.0 | $4,200.00 |
| | | Totals | 47.5 | $9,080.00 |

1

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 4.5 | $1,080.00 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 47.5 | $9,080.00 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **52.0** | **$10,160.00** |

2

Fee Application Narrative

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $73.98 |
| Lodging | N/A | $371.80 |
| Sundry | N/A | $0 |
| Business Meals / Entertainment | N/A | $12.11 |
| **Total Expenses** | | **$457.89** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | Objection deadline: 4/18/06 at 4:00 p.m. |

## CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1. I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for February 2006* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2. I have read the Application and I certify as follows:

   (a) The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

   (b) To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)     The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)     Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)     In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)     In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

_____
Marie Hendrixson

Dated:  March 8, 2006
        Philadelphia, PA

**EXHIBIT "A"**

**Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: February 2006**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Petito, Matt | Manager | 7 | $ 240.00 | 4.5 | $ 1,080.00 |
| McDowell, Michele | Senior Consultant | 5 | $ 200.00 | 19.0 | $ 3,800.00 |
| Lawler, Michael | Staff Consultant | 1 | $ 175.00 | 24.0 | $ 4,200.00 |
|  |  |  | **Totals** | **47.5** | **$ 9,080.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended February 28, 2006**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Feb-06 | Discuss project status with Greg Demory | $ 240 | 1 | $ 240.00 |
| 7-Feb-06 | Discuss current status of project with Michele McDowell, Mike Lawler and Greg Demory | $ 240 | 2 | $ 480.00 |
| 8-Feb-06 | Discuss current status of testing with Mike Lawler | $ 240 | 0.5 | $ 120.00 |
| 22-Feb-06 | Discuss project status with Christine Saxon | $ 240 | 1 | $ 240.00 |
|  | **Totals** |  | **4.5** | **$ 1,080.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended February 28, 2006**

**Name:** Michele McDowell
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2/1/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 2 | $ 400.00 |
| 2/1/2006 | Communications to both Internal Audit and Columbia Davison employees about transition and current status of testing | $ 200.00 | 1.5 | $ 300.00 |
| 2/1/2006 | Review of Curtis Bay and Columbia testing to date and update in Portal | $ 200.00 | 2 | $ 400.00 |
| 2/1/2006 | Update to Columbia Test plans - updated for work done by both Internal Audit and by Protiviti in Q3 and Q4 - as this had not yet been done for Poly, FCC/Hydro and OCC. | $ 200.00 | 2.5 | $ 500.00 |
| 2/2/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 4 | $ 800.00 |
| 2/3/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 3 | $ 600.00 |
| 2/6/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 2 | $ 400.00 |
| 2/7/2006 | Discussed transition of project documentation and testing with Internal Audit team and Greg Demory | $ 200.00 | 2 | $ 400.00 |
| | **Totals** | | **19.0** | **$ 3,800.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended February 28, 2006**

**Name:** Michael Lawler
**Level:** Staff Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Feb-06 | Waiting on Linda- Sales order Testing | $ 175.00 | 4 | $ 700.00 |
| 1-Feb-06 | Rebate testing uploading Portal | $ 175.00 | 4 | $ 700.00 |
| 2-Feb-06 | Waiting on Linda for testing items and testing received sales order testing items and updating testing sheets accordingly | $ 175.00 | 8 | $ 1,400.00 |
| 3-Feb-06 | Waiting on Linda for testing items and testing received sales order testing items and updating testing sheets accordingly | $ 175.00 | 8 | $ 1,400.00 |
| | **Totals** | | **24.0** | **$ 4,200.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended February 28, 2006**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 9-Feb-06 | Prepare monthly fee application for January 2006 | $ 240 | 1 | $ 240.00 |
| 10-Feb-06 | Prepare monthly fee application for January 2006 | $ 240 | 1 | $ 240.00 |
| 20-Feb-06 | Prepare monthly fee application for January 2006 | $ 240 | 0.5 | $ 120.00 |
| 22-Feb-06 | Finalize monthly fee application for January 2006 and submit to Brian Kenny and Marie Hendrixson for review | $ 240 | 1 | $ 240.00 |
| 24-Feb-06 | Finalize monthly fee application for January 2006 and submit to Brian Kenny and Marie Hendrixson for review | $ 240 | 1 | $ 240.00 |
| | **Totals** | | **4.5** | **$1,080.00** |

**EXHIBIT "C"**

**Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: February 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 73.98 |
| Lodging | N/A | $ 371.80 |
| Sundry | N/A | $ - |
| Business Meals | N/A | $ 12.11 |
| **Total** | | **$ 457.89** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: February 2006

Name: Michele McDowell
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 2/1/2006 | Dinner for myself at Quiznos in Columbia MD | $ 12.11 | | | | $ 12.11 | $ 12.11 |
| 2/2/2006 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 55.63 | $ 55.63 | | | | $ 55.63 |
| 2/2/2006 | Lodging at Hampton Inn in Columbia MD for myself for 3 nights - checking in on 1/30/06 and checking out on 2/2/06 | $ 371.80 | | $ 371.80 | | | $ 371.80 |
| 2/2/2006 | Tolls - - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 5.00 | $ 5.00 | | | | $ 5.00 |
| | Totals | $ 444.54 | $ 60.63 | $ 371.80 | $ - | $ 12.11 | $ 444.54 |

Name: Michael Lawler
Level: Staff Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Feb-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 2-Feb-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| 3-Feb-06 | Mileage in excess of normal commute from Pasadena MD to Columbia MD--round trip (10 miles) | $ 4.45 | $ 4.45 | | | | $ 4.45 |
| | Totals | $ 13.35 | $ 13.35 | $ - | $ - | $ - | $ 13.35 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 457.89 | $ 73.98 | $ 371.80 | $ - | $ 12.11 | $ 457.89 |