# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 22, 2006 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1159989 v1

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Other Expense | $ 1,439.37 |
| Lexis | $ - |
| Westlaw | $ - |
| Consulting Fee | $ 1,379.52 |
| Document Production | $ - |
| Velo Binding | $ - |
| **Total** | **$ 2,818.89** |

Holme Roberts & Owen LLP

March 20, 2006

W.R. Grace

Page              4
Invoice No.:      729101
Client  No.:      04339
Matter  No.:      00000

**Regarding: GENERAL**
**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---:|
| 12/30/05 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 286559; DATE: 12/30/2005 - HRO Fees and Costs in WR Grace Case | $ 778.69 |
| 01/20/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 287434; DATE: 1/20/2006 - HRO fees and costs in WR Grace Bankruptcy Case December 2005 Services | 600.83 |
| 02/17/06 | | Other Expense: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 288424; DATE: 2/17/2006 - For Professional Services through January 31, 2006. | 1,439.37 |

**Total Disbursements:**    $  2,818.89

**Disbursement Summary**

| | | |
|---|---:|---:|
| Consulting Fee | $ | 1,379.52 |
| Other Expense | | 1,439.37 |
| **Total Disbursements:** | **$** | **2,818.89** |

**Accounts Receivable Detail**

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ 63.45 |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ - |
| Color Copies | $ - |
| **Total** | **$ 63.45** |

Holme Roberts & Owen LLP

March 20, 2006

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 729101 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**
**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/20/06 | | Federal Express: VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE #: 3-300-27031; From Megan Kinsman to Tyler Mace on January 11 2006 | $ 27.21 |
| 01/20/06 | | Federal Express: VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE #: 3-300-27031; From Cheryl Graham to Dori Anne Kuchinsky on January 17 2006 | 36.24 |
| | | **Total Disbursements:** | **$ 63.45** |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 63.45 |
| **Total Disbursements:** | **$** | **63.45** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 219.96* |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | February | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 340.00 | 0.7 | $ 238.00 |
| Neitzel, Charlotte | Partner | $ 385.00 | 0.8 | $ 308.00 |
| | | | | |
| Total | | | 1.50 | $ 546.00 |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 57.51 |
| Outside Courier | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 57.51** |

Holme Roberts & Owen LLP

March 20, 2006

| | |
|---|---|
| W.R. Grace | Page 11 |
| | Invoice No.: 729101 |
| | Client No.: 04339 |
| | Matter No.: 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/13/06 | EKF | Review January 2006 prebills/invoices (.70). | 0.70 | $ 238.00 |
| 02/21/06 | CLN | Obtain documents re mesotheliomas for Jay Hughes (.50); respond to Jay Hughes e-mail (.30). | 0.80 | 308.00 |
| | | Total Fees Through February 28, 2006: | 1.50 | $ 546.00 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 385.00 | 0.80 | $ 308.00 |
| EKF | Elizabeth Flaagan | Partner | 340.00 | 0.70 | 238.00 |
| | | Total Fees: | | 1.50 | $ 546.00 |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/27/06 | | Federal Express: VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE #: 3-312-38694; From Megan Kinsman to Matt Murphy on January 23 2006 | $ 38.24 |
| 02/03/06 | | Federal Express: VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE #: 3-324-41434; From Mary Pierce to William Weller on January 25 2006 | 19.27 |

Holme Roberts & Owen LLP

March 20, 2006

W.R. Grace

Page 12
Invoice No.: 729101
Client No.: 04339
Matter No.: 00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$ 57.51** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| | Federal Express | $ | 57.51 |
| | **Total Disbursements:** | **$** | **57.51** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$ 16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$ 2.66* |