IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Notice of Submission of Claim Numbers 602 and 604 to Mediation**

Please take notice that pursuant to an order of this Court dated March 29, 2006 (Docket No. 12149), the Debtors' response in further support of their objection to the claims of David and Michelle Archer, identified as claim numbers 602 and 604 (the "Archer Claims"), is due to be filed today, May 1, 2006. However, the Debtors and counsel for the Archers have agreed to submit the Archer Claims to mediation pursuant to the Alternative Dispute Resolution Program established by this Court's *Order Pursuant to Sections 105(a), 362, 363, 502 and 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 Establishing an Alternative Dispute Resolution Program and to Permit the Debtors to Liquidate Certain Prepetition Claims* (Docket No. 6853), entered on November 8, 2004. The Debtors will shortly prepare and serve an ADR Notice as contemplated by the Order.

91100-001\DOCS_DE:117729.1

Accordingly, the Debtors will not file a response in support of their objections to the Archer Claims at this time and the hearing set for May 15, 2006 on the Archer Claims will not proceed.

Dated: May \_\_1\_\_, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

2