# EXHIBIT A

SSL-DOCS1 1683972v1

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2006 - MARCH 31, 2006**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 36.0 | 17,876.50 |
| 0013 | Business Operations | 7.7 | 4,652.50 |
| 0014 | Case Administration | 44.3 | 12,090.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 83.0 | 43,527.00 |
| 0018 | Fee Application, Applicant | 16.7 | 4,055.00 |
| 0019 | Creditor Inquiries | 3.6 | 2,190.00 |
| 0020 | Fee Application, Others | 4.6 | 1,072.50 |
| 0021 | Employee Benefits, Pension | 4.5 | 2,587.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 9.9 | 5,728.50 |
| 0028 | Insurance | 33.5 | 19,495.00 |
| 0031 | Investigations | 0.4 | 260 |
| 0036 | Plan and Disclosure Statement | 35.7 | 24,800.00 |
| 0037 | Hearings | 4.8 | 3,135.00 |
| 0040 | Employment Applications - Others | 5.8 | 3,720.00 |
| | | | |
| | **TOTAL** | **290.5** | **145,189.50** |

# STROOCK

## INVOICE

| DATE | April 27, 2006 |
|---|---|
| INVOICE NO. | 378427 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2006 | Attend to memoranda re: conference call to discuss the CMS database and office conferences KP re: same (.3). | Krieger, A. | 0.3 |
| 03/01/2006 | Attention to emails re: database issues (.3). | Pasquale, K. | 0.3 |
| 03/02/2006 | Talk with K. Pasquale re: Grace matter; reviewed papers in anticipation of deposition; attention to planning for and travel to deposition. | Balk, H. | 0.9 |
| 03/02/2006 | Office conference KP re: conversation with B. Harding and PI estimation discovery-related issues (.2); conference call representatives of all parties re: database queries (1.4); memorandum to KP re: CMS Database call (.2); telephone call Robin Cantor re: database conference call (.2). | Krieger, A. | 2.0 |
| 03/03/2006 | Telephone call J. Baer re: Libby Claimants' motion and Debtors' motion to compel use of Dr. Whitehouse material (.1); memorandum to LK, KP re: same (.2); attend to motion to compel (.6); telephone call R. Cantor re: | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | database question (.2). | | |
| 03/03/2006 | Attention to estimation discovery issues (.3); telephone conference G. Becker re: same (.1). | Pasquale, K. | 0.4 |
| 03/06/2006 | Communicated with counsel re: deposition. | Balk, H. | 0.2 |
| 03/06/2006 | Exchanged memorandum with J. Baer re: discussions with Libby Claimants' counsel re: motion for payment of claims (.1). | Krieger, A. | 0.1 |
| 03/07/2006 | Exchanged memoranda with KP re: conference call to discuss CMS data base and issues outstanding from prior call (.3); attend to amended PI CMO (.1); exchanged memoranda with J. Baer re: extension of time to respond to Libby Claimants' motion and status of discussions (.2); memorandum to D. Cohn re: confirming extension for Committee to response to Libby claimants' motion (.1); attend to K&E memorandum re: CMS materials (.2). | Krieger, A. | 0.9 |
| 03/07/2006 | Attention to estimation discovery issues (.3). | Pasquale, K. | 0.3 |
| 03/08/2006 | Attention to preparation for deposition. | Balk, H. | 0.1 |
| 03/08/2006 | Attention to Whitehouse/Libby motion and related issues (.8). | Pasquale, K. | 0.8 |
| 03/09/2006 | Oaks deposition; reviewed Silica decision; memo re: deposition. | Balk, H. | 7.9 |
| 03/09/2006 | Confer H. Balk re: Oaks deposition and related issues (.3). | Pasquale, K. | 0.3 |
| 03/10/2006 | Attend to call with B. Harding re: discovery issues (.3). | Krieger, A. | 0.3 |
| 03/10/2006 | Attention to discovery issues and conference call with B. Harding, G. Becker re: same (1.4); attention to U.S. objection to Whitehouse motion (.3). | Pasquale, K. | 1.7 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/13/2006 | Review objection to Libby claimants' motion for expense payment (.3). | Kruger, L. | 0.3 |
| 03/13/2006 | Reviewed various filings re: property damage claims (.8); reviewed expert reports re: dust sampling (1.3). | Papir, R. | 2.1 |
| 03/14/2006 | Review response to Libby claimants' motion to have counsel paid by Debtors. | Kruger, L. | 0.3 |
| 03/16/2006 | Attend to 13 CDs with images and OCR and created new IPRO database and loaded images on the CDs. | Lollie, T. | 3.0 |
| 03/16/2006 | Attention to oppositions filed to Debtors' Whitehouse discovery  motion (.8); telephone conference B. Harding re: same (.2). | Pasquale, K. | 1.0 |
| 03/17/2006 | Attend to CD images. | Lollie, T. | 2.0 |
| 03/17/2006 | Imported images (107,349 images) into the new WR Grace Estimation IPRO database. | Lollie, T. | 1.0 |
| 03/17/2006 | Attention to Libby PI pleadings and discovery issues (1.0). | Pasquale, K. | 1.0 |
| 03/19/2006 | Attend to responses filed to Debtors' motion to compel discovery from Dr. Alan Whitehouse (.8). | Krieger, A. | 0.8 |
| 03/20/2006 | Attend to proposed orders modifying PI estimation and PD estimation dates and deadlines (.2); attend to article regarding federal agency examination of vermiculite processing plants (.1). | Krieger, A. | 0.3 |
| 03/20/2006 | Attention to debtors' questionnaire status report (.3); attention to estimation documents produced to ACC/FCR by debtors (1.0). | Pasquale, K. | 1.3 |
| 03/21/2006 | Attend to Grace's status report regarding completion of questionnaire (.5); attend to Debtors' motions for leave to reply to parties' responses to discovery motion (.6); attend to | Krieger, A. | 2.9 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | briefs in another case for application to Grace (1.8). | | |
| 03/22/2006 | Attention to Libby, Whitehouse motion status (.1); attention to documents produced by debtors to ACC/FCR (1.5). | Pasquale, K. | 1.6 |
| 03/24/2006 | Attend to pleading re: Debtors' motion to dismiss appeal and Libby Claimants response (.3); conference call KP, B. Harding re: PI discovery status (.1). | Krieger, A. | 0.4 |
| 03/29/2006 | Attention to amended PI estimation CMO (.2); telephone conference and email to Navigant re: same (.2). | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | . HOURS | RATE | TOTAL |
|------------------|---------|------|-------|
| Balk, Heidi | 9.1 | $ 495 | $ 4,504.50 |
| Krieger, Arlene G. | 9.1 | 575 | 5,232.50 |
| Kruger, Lewis | 0.6 | 825 | 495.00 |
| Lollie, Toya | 6.0 | 150 | 900.00 |
| Papir, Ryan M. | 2.1 | 395 | 829.50 |
| Pasquale, Kenneth | 9.1 | 650 | 5,915.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,876.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,876.50 |
|-----------------------|-------------|

# STROOCK

| RE | Business Operations<br>699843  0013 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2006 | Attend to amended DIP fee letter (.1); telephone call L. Hamilton re: business plan review, DIP review and related matters, and forward materials re: same (.5). | Krieger, A. | 0.6 |
| 03/02/2006 | Telephone call S. Cunningham, L. Hamilton re: business plan and year end operation results, DIP and ART joint venture (.4); memo to LK, KP re: same (.3); further telephone call L. Hamilton re: ART joint venture (.1); memorandum re: tax related matters and E. Filon's new position (.1). | Krieger, A. | 0.9 |
| 03/02/2006 | Review year end report of operations (.4); review A. Krieger's email regarding same (.2); office conference with A. Krieger, K. Pasquale and telephone call with J. Baer regarding mediation and interest rate issues (.3). | Kruger, L. | 0.9 |
| 03/03/2006 | Telephone calls L. Hamilton re: DIP motion, mediation discussions with K&E (.3). | Krieger, A. | 0.3 |
| 03/13/2006 | Telephone call L. Hamilton re: Capstone's report on Grace's fourth quarter results (.1). | Krieger, A. | 0.1 |
| 03/14/2006 | Attend to Capstone report on 4th Quarter results (.8); telephone call L. Hamilton re: same (.2); memoranda to LK, KP re: Grace 10K (.1). | Krieger, A. | 1.1 |
| 03/16/2006 | Attend to Grace 10-K (2.6); memorandum re: Grace 10-K (.1). | Krieger, A. | 2.7 |
| 03/21/2006 | Telephone call L. Hamilton re: pension motion and status of acquisition (.1). | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/22/2006 | Attend to waivers re: equity transfers (.1); memorandum to L. Hamilton re: same (.1); telephone call L. Hamilton re: waivers, pension matters, business plan preparation (.2); memorandum to M. Shelnitz re: waivers inquiry (.1); telephone call T. Maynes re: explanation of waivers (.1). | Krieger, A. | 0.6 |
| 03/23/2006 | Memorandum from T. Mayer re: notice waiver inquiry (.1). | Krieger, A. | 0.1 |
| 03/27/2006 | Memorandum to L. Hamilton re: equity transfer waivers (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 6.8 | $ 575 | $ 3,910.00 |
| Kruger, Lewis | 0.9 | 825 | 742.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,652.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,652.50 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843  0014 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case for attorney review (.7). | Mohamed, D. | 1.1 |
| 03/02/2006 | Memorandum re: CMS database conference call (.1); attend to newly field pleading (.2). | Krieger, A. | 0.3 |
| 03/02/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case for attorney review (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.4). | Mohamed, D. | 1.4 |
| 03/03/2006 | Attend to newly filed pleadings including examiner's records, deposition notices, equity transfers, other (.3). | Krieger, A. | 0.3 |
| 03/03/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); attention to retrieval of pleadings for attorney review (.3). | Mohamed, D. | 1.4 |
| 03/06/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); attention to retrieval of certain pleadings for attorney review (.5). | Mohamed, D. | 1.4 |
| 03/07/2006 | Office conference D. Mohamed re: pd claim responses filed today (.1); attend to correspondence to D. Cohn re: confirmation extension of time to respond to Libby claimants' motion (.1); attend to newly field objections, affidavits (.2). | Krieger, A. | 0.4 |
| 03/07/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adversary | Mohamed, D. | 1.5 |

# STROOCK

PAGE: 8

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | proceeding case docket nos. 01-771 and 05-52724 (.4). | | |
| 03/08/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review case documents in preparation for file supplementation (.5). | Mohamed, D. | 1.4 |
| 03/09/2006 | Review legal docket to update status. | Holzberg, E. | 1.2 |
| 03/09/2006 | Memorandum to H. Crooks re: 10K being filed by Grace (.1). | Krieger, A. | 0.1 |
| 03/09/2006 | Office conference with A. Krieger regarding M. Chehi's attendance at mediation and review memo to J. Baer regarding same (.2). | Kruger, L. | 0.2 |
| 03/09/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case for attorney review (.8); review adversary proceeding case docket nos 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.7 |
| 03/10/2006 | Attend to memo re: fee auditor's report approving SSL's 18th quarterly compensation application (.1); attend to order issued by the court approving mediator and newly filed certifications, application, deposition notices (.4); memorandum to LK re: Fee Examiner's report of SSL's 18 quarterly (.1); attend to memorandum from D. Klauder re: Libby claimants' request to US Trustee for appointment of separate committee or subcommittee (.1). | Krieger, A. | 0.7 |
| 03/10/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.6); research main case docket no. 01-1139 and adversary proceeding case docket no. 01-771 with regards to pleadings filed by the Libby Claimants (.9). | Mohamed, D. | 1.8 |
| 03/10/2006 | Attention to Libby Claimants' request for | Pasquale, K. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | official committee (.4). | | |
| 03/13/2006 | Email from J. Baer regarding confidentiality documents (.2). | Kruger, L. | 0.2 |
| 03/13/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.5); retrieve pleadings pertaining to the Libby Claimants for attorney review (.4). | Mohamed, D. | 1.2 |
| 03/14/2006 | Memoranda with D. Elbarre re: plan mediation (.1); exchanged memoranda with LK re: Debtors' request for confidentiality documents (.1). | Krieger, A. | 0.2 |
| 03/14/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4). | Mohamed, D. | 0.7 |
| 03/15/2006 | Attend to recently filed pleadings (.4). | Krieger, A. | 0.4 |
| 03/15/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case for attorney review (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 03/16/2006 | Exchanged memoranda with J. Baer re: confidentiality agreements (.1). | Krieger, A. | 0.1 |
| 03/16/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.1); attention to retrieval and print pleadings pertaining to the Libby Claimants for attorney review (.6). | Mohamed, D. | 2.1 |
| 03/20/2006 | Memorandum to LK, KP re: Futures Representatives response to Libby claimants request for a separate Committee (.1); exchanged memoranda with R. Papir re: February 2006 hearings (.3); attend to PD Committee's memo to D. Klauden re: Libby claimants request to the US Trustee (.1); attend to D. Siegel's time records (.1). | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/20/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case for attorney review (.8); review adversary proceedings case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.7 |
| 03/21/2006 | Conference call with M. Shelnitz, J. Baer, other Grace representatives re: pending and upcoming motions, 3/27/06 hearing, other (.5); attend to 18th fee and expense schedule and office conference D. Mohamed re: same (.3); memoranda to S. Bossay (W. Smith) re: failure of schedule to break-out fees into component categories (.2). | Krieger, A. | 1.0 |
| 03/21/2006 | Conference call with A. Krieger, Shelnitz, Baer and the Grace team regarding pending and upcoming issues, mediation, exclusivity status (.5); review Grace status report regarding questionnaire (.3); review Debtor's motion for leave to reply (.2); review FR hearing Piper Jeffrey as FA (.1). | Kruger, L. | 1.1 |
| 03/21/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.8); research re: Stroock's eighteenth quarterly fee amounts (.3). | Mohamed, D. | 1.4 |
| 03/22/2006 | Arranged for call-in information for hearing on Monday for AGK and LK; discussion with AGK regarding same (.5); reviewed legal docket to update status (.8). | Holzberg, E. | 1.3 |
| 03/22/2006 | Telephone call S. Bossay re: COC regarding 18th Quarterly Fee (.1); exchanged memoranda with J. O'Neill re: same (.3); exchanged memoranda with LK, KP re: coverage for 3/27/06 hearing (.1); office conference E. Holzberg re: court call arrangements (.3). | Krieger, A. | 0.8 |
| 03/22/2006 | Review Debtors request regarding pension plan payments (.8); review email from A. Krieger regarding same (.3); office conference with A. | Kruger, L. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | Krieger regarding pension payment (.1); review documents produced by Debtor for ACC/FCR (.4). |  |  |
| 03/22/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.6). | Mohamed, D. | 0.9 |
| 03/23/2006 | Exchanged memoranda with S. Bossay and office conference D. Mohamed, E. Holzberg re: project category matters (.5). | Krieger, A. | 0.5 |
| 03/23/2006 | Emails with J. Baer regarding status with Judge Pointer. | Kruger, L. | 0.2 |
| 03/23/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); attention to retrieval of pleadings re: fees for attorney review (.3); review case documents in preparation for central file supplementation (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 2.6 |
| 03/24/2006 | Attend to order entered by the Court (.2). | Krieger, A. | 0.2 |
| 03/24/2006 | Email from J. Baer regarding Judge Pointer. | Kruger, L. | 0.1 |
| 03/24/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); attention to case documents review in preparation for central file supplementation (.5). | Mohamed, D. | 1.5 |
| 03/27/2006 | Attend to Court order approving 18th Quarterly fee applications (.1); attend to recently filed application, certifications (.3). | Krieger, A. | 0.4 |
| 03/27/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.6). | Mohamed, D. | 0.9 |
| 03/28/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). |  |  |
| 03/29/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); attention to retrieval of certain pleadings for attorney review (.5). | Mohamed, D. | 1.5 |
| 03/30/2006 | Exchanged memoranda with Debtors' counsel, Navigant re: conference call to discuss underwriters' settlement (.3); exchanged memoranda with P. McGrath re: 3/31/06 conference call (.2). | Krieger, A. | 0.5 |
| 03/30/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 03/31/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.6). | Mohamed, D. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 2.5 | $ 225 | $ 562.50 |
| Krieger, Arlene G. | 6.5 | 575 | 3,737.50 |
| Kruger, Lewis | 3.4 | 825 | 2,805.00 |
| Mohamed, David | 31.5 | 150 | 4,725.00 |
| Pasquale, Kenneth | 0.4 | 650 | 260.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,090.00 |
|------------------------------------------|-------------|

# STROOCK

| PAGE: 13 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 12,090.00 |

# STROOCK

PAGE: 14

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2006 | Attend to Committee memorandum re: 2/28 conference call on mediator (.6); exchanged memorandum with KP, LK re: Libby claimants motion and Committee's position thereon (.1); attend to memorandum to the Committee re: Port Authority settlement (1.0); memorandum to M. Berg re: Committee memorandum (.1); office conference LK re: Committee position on Libby claimants' motion (.1); office conference M. Berg re: Port Authority settlement memorandum (.1); memorandum from L. Hamilton re: comment to settlement memorandum (.1); attend to memorandum to the Committee re: DIP motion (1.0). | Krieger, A. | 3.1 |
| 03/01/2006 | Review email from T. Maher regarding Debtors' request on notice of interest rate change (.2); emails regarding same to K. Pasquale and A. Krieger (.2); emails from PD Committee, Lockwood, et al. regarding order appointing mediator (.4); review Debtors' position on Libby claims motion for payment of fees (.2); review of memo to Committee on telephone conference with parties to select mediator (.2); review emails regarding parties comments on prospective mediators (.3). | Kruger, L. | 1.5 |
| 03/02/2006 | Office conference KP re: mediation and interest rate issues (.1); telephone call J. Baer re: interest rate issues (.3); follow up office conference KP and LK re: same (.2); attend to memorandum to the Committee (2.8); attend to Capstone insert to Port Authority settlement discussion (.1); telephone call L. Hamilton re: substance of conversation with Jan Baer (.1). | Krieger, A. | 3.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/03/2006 | Attend to Capstone's comments to Committee memorandum and telephone call L. Hamilton re: same (.3); modify Committee memorandum (.2); telephone call LK re: DIP motion and Committee memorandum thereon (.1); finalize and attend to memorandum to the Committee (.2); conference call D. Bernick, J. Baer re: interest rate issue and mediation and follow-up office conference LK, KP re: same (.6). | Krieger, A. | 1.4 |
| 03/03/2006 | Telephone call with A. Krieger regarding DIP motion and memo to Committee regarding same (.1); office conference with K. Pasquale, A. Krieger and telephone call with Bernick and Baer regarding interest rate and mediation; and follow-up office conference with A. Krieger and K. Pasquale regarding same (.6); review emails regarding the Whitehouse material (.1); review Latham retention (.1); review memo regarding Judge Pointer retention (.2); telephone call with Inselbach regarding mediation (.2). | Kruger, L. | 1.3 |
| 03/06/2006 | Attend to memorandum to the Committee re: retention of Latham & Watkins, Bowe firms (.7); telephone call L. Hamilton re: Gloucester Committee's matter and relationship to Bowe retention (.2); attend to memorandum re: motion to assume Summit Ventures Option and Sale Agreement (.3). | Krieger, A. | 1.2 |
| 03/07/2006 | Attend to memorandum to the Committee re: special counsel retentions (.3); attend to memorandum to the Committee re: Libby claimants' motion for payment of expenses (1.3); conference call T. Maher re: interest rate issue and Libby claimants' motion (.5); telephone call L. Hamilton re: Committee memorandum re: DIP, ART Joint Venture (.1); attend to Capstone's Committee memorandum (.2); office conference R. Parra re: case law review for objection to Libby claimants' motion (.4); memorandum to the Committee re: | Krieger, A. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Libby claimants' motion for payment of fees (.2). | | |
| 03/07/2006 | Office conference with A. Krieger, K. Pasquale and by phone with T. Maher regarding interest rate and preparation for mediation (.5); telephone call with J. Baer regarding same (.2). | Kruger, L. | 0.7 |
| 03/07/2006 | O/c w. A. Krieger re: objection to Libby claimants' motion for payment of fees, review motion of Libby claimants. | Parra, R. | 1.5 |
| 03/07/2006 | Conference call with debtors and professionals re: status issues (.7); telephone conference T. Maher re: PPI issues (.5). | Pasquale, K. | 1.2 |
| 03/08/2006 | Exchanged memoranda with L. Hamilton, T. Maher re: DIP and ART motions (.1); memorandum to LK re: DIP and ART memorandum (.1); telephone call L. Hamilton re: DIP/ART memorandum and interest rate, mediation discussions (.2); telephone call J. Baer re: interest rate agreement (.2); memorandum re: interest rate agreement (.2); attend to Committee member's comment on Libby claimants' motion memorandum and attend to reply to the Committee (.6); attend to memorandum to the Committee re: 10K to be issued by the Company and mediation status (.5). | Krieger, A. | 1.9 |
| 03/08/2006 | Review DIP and ART Memorandum (.3); telephone call with J. Baer regarding interest rate (.2); review Committee member's comment on Libby expense issue and review reply to Committee (.3); review final order appointing Judge Pointer (.2); emails with A. Krieger, K. Pasquale and Judge Pointer regarding scheduling call (.3). | Kruger, L. | 1.3 |
| 03/09/2006 | Attend to Committee's objection to Libby claimants' motion for payments on certain expenses (.3); office conference R. Parra re: case law (.4). | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/09/2006 | Research re: adequate representation standard w/r/t need for separate committee for Libby Claimants. | Parra, R. | 6.9 |
| 03/10/2006 | Attend to case law and documentation filed by Libby claimants earlier in these cases for preparation of Committee's objection to Libby claimants' motion (4.4); office conferences D. Mohamed re: pleadings (.2); attend to memoranda to and from Committee members re: committee position on Libby claimants' motion (.1). | Krieger, A. | 4.7 |
| 03/10/2006 | Research re: response to Libby Claimants motion for payment of fees, o/c w. A. Krieger re: same. | Parra, R. | 5.8 |
| 03/11/2006 | Attend to draft objection to Libby Claimants' motion (3.3). | Krieger, A. | 3.3 |
| 03/11/2006 | Additional research re: response to Libby Claimants' motion for payment of expenses, draft portions of objection. | Parra, R. | 5.6 |
| 03/12/2006 | Draft portions of objection to Libby Claimants' motion. | Parra, R. | 3.3 |
| 03/13/2006 | Attend to objection to Libby Claimants' motion for payment of expenses, standards for separate appointment and exchange memoranda with R. Parra re: case law regarding same (7.9). | Krieger, A. | 7.9 |
| 03/13/2006 | Draft riders for objection to Libby Claimants' motion. | Parra, R. | 2.3 |
| 03/14/2006 | Attend to objection to Libby Claimant's motion (6.9); exchanged memoranda with M. Lastowski re: filing of same (.1). | Krieger, A. | 7.0 |
| 03/15/2006 | Office conference KP re: objection and finalize same for filing (.8); attend to objections; responses filed to Libby claimants' motion (.9); exchanged memorandum with J. Freeman (.3). | Krieger, A. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/16/2006 | Attend to memorandum to D. Klauder re: Committee's position on Libby Claimants' request for a separate Committee (.6). | Krieger, A. | 0.6 |
| 03/17/2006 | Attend to pleading filed in response to Libby Claimants' motion for payment of fees (.6). | Krieger, A. | 0.6 |
| 03/19/2006 | Memorandum to the Committee re: mediation sessions (2.2). | Krieger, A. | 2.2 |
| 03/20/2006 | Attend to memorandum to the Committee re: mediation (2.4); office conference LK re: mediation (.1); memorandum to the Committee re: 10-K filed by the Company (.2); exchange memoranda with Committee member re: Court hearing (.1). | Krieger, A. | 2.8 |
| 03/20/2006 | Review memo to Committee regarding mediation. | Kruger, L. | 0.4 |
| 03/24/2006 | Attend to memorandum to the Committee re: CHL Stipulation (1.7). | Krieger, A. | 1.7 |
| 03/27/2006 | Attend to Committee memorandum re: CHL stipulation (.8). | Krieger, A. | 0.8 |
| 03/28/2006 | Attend to Committee memorandum re: CHL stipulation and exchanged memoranda with M. Berg re: comments (.8); attend to memorandum to the Committee re: draft pension contribution motion (1.3). | Krieger, A. | 2.1 |
| 03/30/2006 | Attend to draft memorandum to the Committee re: pension motion (.5); exchange memoranda with R. Frezza re: information request (.1). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 51.2 | $ 575 | $ 29,440.00 |
| Kruger, Lewis | 5.2 | 825 | 4,290.00 |
| Parra, Rebecca | 25.4 | 355 | 9,017.00 |

# STROOCK

PAGE: 19

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.2 | 650 | 780.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 43,527.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 43,527.00 |
|---|---|

| RE | Fee Application, Applicant<br>699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2006 | Review Stroock's January 2006 monthly fee statement in preparation for filing (.6); prepare affidavit of service for same and forward both to local counsel for filing (.4); preparation of service re: monthly fee statement (.7). | Mohamed, D. | 1.7 |
| 03/15/2006 | Reviewed and made revisions to time for monthly fee application. | Holzberg, E. | 2.6 |
| 03/20/2006 | Disc. w/ AGK re: 18th Fee application that Debtors and counsel requested; disc. w/ D. Mohammed. | Holzberg, E. | 0.5 |
| 03/20/2006 | Attend to February 2006 fee statement (1.0). | Krieger, A. | 1.0 |
| 03/22/2006 | Reviewed revisions and made additional revisions (2.4). | Holzberg, E. | 2.4 |
| 03/22/2006 | Attend to February fee statement. | Krieger, A. | 0.6 |
| 03/23/2006 | Meeting with AGK and D. Mohamed; telephone call to S. Bossay regarding 18th Fee Application (.7); worked on monthly bill (1.6). | Holzberg, E. | 2.3 |
| 03/27/2006 | Completed 59th Monthly Fee Application and | Holzberg, E. | 3.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | prepare for filing (3.8). | | |
| 03/28/2006 | Review Stroock's monthly fee statement for February 2006 in preparation for filing (.6); prepare affidavit of service for same and forward both to local counsel for filing (.4); preparation of service re: monthly fee statement (.8). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 11.6 | $ 225 | $ 2,610.00 |
| Krieger, Arlene G. | 1.6 | 575 | 920.00 |
| Mohamed, David | 3.5 | 150 | 525.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,055.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,055.00 |
|-----------------------|-----------|

# STROOCK

| RE | Creditor Inquiries |
|----|-------------------|
|    | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2006 | Telephone call bank debt holder re: plan and legislation issues (.5). | Krieger, A. | 0.5 |
| 03/06/2006 | Telephone conferences bank debt holder re: case status; ZAI issues (.6). | Pasquale, K. | 0.6 |
| 03/07/2006 | Telephone conference bank debt holder re: status issues (.3). | Pasquale, K. | 0.3 |
| 03/15/2006 | Telephone conference bank debt holder re: plan issues (.3). | Pasquale, K. | 0.3 |
| 03/20/2006 | Telephone call bank debt holder re: plan status, interest rate (.2); telephone call creditor re: status, plan treatment for unsecured creditors (.2); exchanged memoranda with KP re: interest rate inquiry raised by creditor (.1). | Krieger, A. | 0.5 |
| 03/22/2006 | Telephone call bank debt holder re: status (.5). | Krieger, A. | 0.5 |
| 03/28/2006 | Telephone call creditors re: March 27, 2006 hearing (.2). | Krieger, A. | 0.2 |
| 03/30/2006 | Telephone calls bank debt holder re: plan and estimation status, outstanding claims (.3). | Krieger, A. | 0.3 |
| 03/30/2006 | Telephone conferences creditors re: status of case (.4). | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.0 | $ 575 | $ 1,150.00 |
| Pasquale, Kenneth | 1.6 | 650 | 1,040.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,190.00 |
|------------------------------------------|------------|

# STROOCK

PAGE: 22

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,190.00 |

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/07/2006 | Exchanged memoranda with A. McIntosh re Navigant's invoice for February 2006 fees (.2). | Krieger, A. | 0.2 |
| 03/09/2006 | Review Capstone Advisory Group's eighth quarterly fee application in preparation for filing (.7); prepare notice and affidavit of service for same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 03/13/2006 | Preparation of service re: Capstone Advisory Group's eighth quarterly fee application (.8). | Mohamed, D. | 0.8 |
| 03/22/2006 | Review Capstone Advisory Group's January 2006 fee statement in preparation for filing (.4); prepare affidavit of service and notice for same and forward to local counsel for filing (.6); preparation of service re: January 2006 fee statement (.6). | Mohamed, D. | 1.6 |
| 03/27/2006 | Attend to fee application filed by W. Drier, J. O'Keefe (.7). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 575 | $ 517.50 |
| Mohamed, David | 3.7 | 150 | 555.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,072.50 |
|---|---|

# STROOCK

| PAGE: 24 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,072.50 |

# STROOCK

RE       Employee Benefits, Pension
                  699843  0021

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/22/2006 | Attend to review of 2005 issues re: Debtors' requests to make pension plan payments and memorandum to LK re: same (1.6); office conference LK re: same (.1). | Krieger, A. | 1.7 |
| 03/27/2006 | Attend to draft motion seeking authority for pension payments (.8). | Krieger, A. | 0.8 |
| 03/28/2006 | Attend to Debtors' draft motion for authority to make payment of minimum contributions and information request (1.2); telephone call L. Hamilton re: pension motion and outstanding questions (.3); telephone call S. Bianca re: draft motion for authority on Chicago union pension plan (.1); memoranda to L. Hamilton, R. Frezza re: pension contribution motions (.3). | Krieger, A. | 1.9 |
| 03/31/2006 | Telephone call S. Bianca re: proposed Chicago union pension matter (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.5 | $ 575 | $ 2,587.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,587.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,587.50 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|----|----------------------------------------------|
|    | 699843 0022                                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2006 | Review draft memo to clients re: debtors' motion re: Port Authority motion; t/c A. Krieger re: memo. | Berg, M. | 0.4 |
| 03/07/2006 | Attend to selected portion of Judge Molloy's decision on Grace defendants' motions to dismiss (1.2). | Krieger, A. | 1.2 |
| 03/08/2006 | Review fact sheet and proposed stipulation resolving claims of CHL Administration, Inc.; t/c A. Krieger. | Berg, M. | 0.8 |
| 03/08/2006 | Attend to CHL stipulation and exchange memoranda with M. Berg re: same and prepare memorandum of comments and questions for Grace (2.9); attend to CHL's proof claim and Debtors' objection thereto (.5); further office conference M. Berg re: additional documentation (.2); memorandum to J. Baer re: information request (.1). | Krieger, A. | 3.7 |
| 03/13/2006 | Attend to Jan Baer memorandum on CHL and forward same to M. Berg (.1). | Krieger, A. | 0.1 |
| 03/21/2006 | Memo to M. Berg re: status of CHL stipulation (.1); attend to memo from J. Nuckles (K&E) responding to SSL's prior memorandum of comments/questions (.1). | Krieger, A. | 0.2 |
| 03/23/2006 | Review CHL stipulation. | Berg, M. | 0.3 |
| 03/23/2006 | Attend to revised CHL Stipulation and prepare memorandum of open points, comments (1.2); exchange memoranda with M. Berg re: same (.2). | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/24/2006 | Attend to M. Berg memo re: CHL stipulation comments and attend to memorandum to K&E, Grace re: additional comments to stipulation (.7); telephone call Libby Hamilton, revised CHL Stipulation follow up memoranda re: same (.2). | Krieger, A. | 0.9 |
| 03/28/2006 | Review draft memo to Committee re: CHL settlement. | Berg, M. | 0.3 |
| 03/28/2006 | Telephone call S. Bianca re: CHL stipulation and open point on indemnification (.1); exchanged memoranda with MB re: outstanding issues (.3); memorandum to S. Bianca re: additional language modification to stipulation (.1). | Krieger, A. | 0.5 |
| 03/31/2006 | Telephone call S. Bianca are CHL settlement (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 1.8 | $ 595 | $ 1,071.00 |
| Krieger, Arlene G. | 8.1 | 575 | 4,657.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,728.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,728.50 |
|-----------------------|-----------|

# STROOCK

| RE | Insurance |
|----|-----------|
|    | 699843  0028 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/03/2006 | Telephone call J. Baer re: Underwriters' settlement information (.1); memorandum to RL re: information (.2); attend to memorandum on relevant case law (3.2). | Krieger, A. | 3.5 |
| 03/04/2006 | Attend to memorandum to R. Lewin re: Underwriters' Settlement related matters (2.0). | Krieger, A. | 2.0 |
| 03/05/2006 | Attend to memorandum to R. Lewin re: Underwriters' settlement (3.8). | Krieger, A. | 3.8 |
| 03/06/2006 | Attend to memorandum re: Underwriters' settlement related matters (3.2); memorandum to R. Lewin re: same (.1); attend to  CD-Rom from Debtors' counsel (.2). | Krieger, A. | 3.5 |
| 03/13/2006 | Exchanged memoranda with R. Lewin re: Underwriters' Settlement documentation (.2). | Krieger, A. | 0.2 |
| 03/13/2006 | E-mails w/ AK re: issues. | Lewin, R. | 0.2 |
| 03/15/2006 | Attend to insurance allocation spreadsheet (.2); attend to 1995 agreement (2.7). | Krieger, A. | 2.9 |
| 03/21/2006 | Memorandum to R. Lewin re: status of Equitas' settlement (.1). | Krieger, A. | 0.1 |
| 03/22/2006 | Attend to memoranda to R. Lewin re: Equitas matter (.2); attend to draft settlement agreement (2.7). | Krieger, A. | 2.9 |
| 03/23/2006 | Complete review of draft Settlement Agreement, including applicable plan provisions, and preparation of memorandum | Krieger, A. | 4.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | thereon of open points, comments (3.3); exchanged memoranda with R. Lewin re: same (.2); office conference KP re: Navigant review of spreadsheet (.1); telephone call R. Cantor re: proposed settlement and review of same (.3); memo to R. Cantor re: settlement materials (.2). | | |
| 03/23/2006 | Attend to settlement of insurance claims. | Lewin, R. | 0.2 |
| 03/24/2006 | Telephone call L. Hamilton, R. Frezza re: discussed proposed insurance settlement (.3); comments to revised stipulation (.5); prepared memorandum of additional comments, reviewed stipulation (.5). | Krieger, A. | 1.3 |
| 03/24/2006 | Conversation with Ken Pasquale re: settlement. | Lewin, R. | 0.1 |
| 03/27/2006 | Exchanged memorandum with R. Lewin re: Equitas' agreement and discussion with Navigant (.2); extended conference call P. McGrath, R. Cantor re: settlement analyses (1.2); prepare information request for Debtors' representatives (.8); exchanged memoranda with R. Cantor, P. McGrath re: information request (.4); memoranda to S. Bianca re: information request (.1). | Krieger, A. | 2.7 |
| 03/28/2006 | Memorandum to L. Hamilton re: information request (.1). | Krieger, A. | 0.1 |
| 03/29/2006 | Exchanged memoranda with Debtors' counsel and with Navigant re: conference call to discuss settlement (.3). | Krieger, A. | 0.3 |
| 03/30/2006 | Preparation for conference call with Debtors' representatives and conference call with R. Lewin, P. McGrath re: outstanding questions (.4); conference call with Debtors' representatives re: settlement with Lloyds (1.0); and follow-up telephone call R. Lewin re: proposed settlement (.2); telephone call P. McGrath re: discussion with Debtors' representatives and follow-up call with R. | Krieger, A. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Cantor (.2). | | |
| 03/30/2006 | Review proposed settlement agreement and related documents and conference call with Navigant and Debtor. | Lewin, R. | 2.6 |
| 03/31/2006 | Conference call with Pat McGrath and R. Cantor re: proposed insurance settlement (1.0); telephone call S. Bianca re: discussions with other parties in interest (.2). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 30.4 | $ 575 | $ 17,480.00 |
| Lewin, Robert | 3.1 | 650 | 2,015.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,495.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 19,495.00 |
|-----------------------|-------------|

# STROOCK

PAGE: 31

| RE | Investigations<br>699843  0031 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/07/2006 | Attention to order on motions to dismiss criminal proceedings. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Pasquale, Kenneth | 0.4 | $ 650 | $ 260.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 260.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 260.00 |
| --- | --- |

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|----|----------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2006 | Attend to proposed order retaining mediator (.1); attend to various counsel's comments re: same (.1); attend to memoranda re: mediator (.1). | Krieger, A. | 0.3 |
| 03/02/2006 | Attend to J. Baer memoranda re: Judge Pointer communication and revised order for plan facilitator (.2); attend to various e-mails re: comments to proposed order (.2). | Krieger, A. | 0.4 |
| 03/03/2006 | Attend to revised proposed order appointing Judge Pointer mediator and exchange memoranda with LP and memorandum to all parties re: same (.3). | Krieger, A. | 0.3 |
| 03/03/2006 | Confer L. Kruger, A. Krieger re: mediation issues (.2); conference call with K&E re: same (.3). | Pasquale, K. | 0.5 |
| 03/06/2006 | Office conference LK re: conference with Judge Pointer (.1); attend to contact information for Judge Pointer (.1); conference call with Judge Pointer and representatives of all parties (.6); attend to memoranda from parties re: contact information requested by Judge Pointer (.2); attend to revised affidavit and order re: appointment of Judge Pointer (.2). | Krieger, A. | 1.2 |
| 03/06/2006 | Office conference with K. Pasquale and A. Krieger and telephone call with Debtor's professionals, Judge Pointer, E. Inselbach, S. Baena, et al. regarding preparation for and timetable for mediator (.7). | Kruger, L. | 0.7 |
| 03/06/2006 | Conference call with all parties re: mediation | Pasquale, K. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.6); attention to draft order and mediator's conflicts affidavit (.3). | | |
| 03/07/2006 | Conference call Debtors' representatives re: mediation, pending motions and follow-up office conference LK (.8). | Krieger, A. | 0.8 |
| 03/08/2006 | Exchanged memoranda with KP, LK re: Judge Pointer correspondence on mediation (.1); office conference LK re: schedule of conferences with Judge Pointer (.1); memorandum to Judge Pointer re: scheduling issues (.1); exchanged memoranda with KP re: mediation issues (.3); attend to final form of order and COC regarding appointment of Judge Pointer (.1); attend to further memoranda re: mediation participants' list (.1). | Krieger, A. | 0.8 |
| 03/08/2006 | Attention to revised mediation order and related issues (.3). | Pasquale, K. | 0.3 |
| 03/09/2006 | Office conference re: Sealed Air's attendance at mediation (.1); memoranda to M. Chehi, M. Coventry and J. Baer re: M. Chehi's attendance at mediation on behalf of Sealed Air (.2); attended to review of plan-related materials in preparation for call with mediator (1.6); office conference LK, KP and extended conference call with Judge Pointer (1.2). | Krieger, A. | 3.1 |
| 03/09/2006 | Preparation for telephone call with Judge Pointer regarding status and issues for mediation (1.8). | Kruger, L. | 1.8 |
| 03/09/2006 | Preparation for and conference call with mediator (J. Pointer) (1.3). | Pasquale, K. | 1.3 |
| 03/10/2006 | Attend to J. Baer letter re: mediation (.1). | Krieger, A. | 0.1 |
| 03/13/2006 | Attend to emails re: mediation process (.1). | Krieger, A. | 0.1 |
| 03/13/2006 | Email from Inselbach regarding Grace mediation (.2). | Kruger, L. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/15/2006 | Review materials in preparation for mediation and office conference LK re: same (1.6). | Krieger, A. | 1.6 |
| 03/15/2006 | Office conference with A. Krieger regarding preparation for mediation (.2); review POR and Disclosure Statement (.6); review responses and objection to Libby claimant motion (.6). | Kruger, L. | 1.4 |
| 03/16/2006 | Attend mediation session (3.8); attend to memoranda re: mediation session (.9). | Krieger, A. | 4.7 |
| 03/16/2006 | Attend mediation meeting with Judge Pointer and various participants. | Kruger, L. | 8.0 |
| 03/17/2006 | Attend to memorandum to L. Hamilton re: mediation (.2); attend mediation session (2.1); meeting with representatives of Grace and Equity Committee (.5). | Krieger, A. | 2.8 |
| 03/17/2006 | Attend mediation with A. Krieger and various participants. | Kruger, L. | 4.0 |
| 03/17/2006 | Confer L. Kruger re: mediation issues (.3). | Pasquale, K. | 0.3 |
| 03/24/2006 | Office conference LK re: mediation (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 16.3 | $ 575 | $ 9,372.50 |
| Kruger, Lewis | 16.1 | 825 | 13,282.50 |
| Pasquale, Kenneth | 3.3 | 650 | 2,145.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,800.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 24,800.00 |
|-----------------------|-------------|

# STROOCK

PAGE: 35

# STROOCK

| RE | Hearings 699843  0037 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/07/2006 | Office conference with K. Pasquale and A. Krieger and then telephone conference with J. Baer, M. Shelnitz and R. Tarola regarding agenda for next hearings, mediation and related matters (.8). | Kruger, L. | 0.8 |
| 03/21/2006 | Attend to agenda notice for 3/27/06 hearing (.1); attend to KP memorandum re: pending matters (.2). | Krieger, A. | 0.3 |
| 03/21/2006 | Review agenda for 3/27 court hearing (.2). | Kruger, L. | 0.2 |
| 03/22/2006 | Preparation for 3/27 hearing (.2). | Kruger, L. | 0.2 |
| 03/24/2006 | Office conference LK re: March 27, 2006 hearing (.1); attend to amended agenda notice (.1). | Krieger, A. | 0.2 |
| 03/27/2006 | Attend Court hearing (1.5). | Krieger, A. | 1.5 |
| 03/28/2006 | Attend to memorandum re: 3/27/06 hearings (1.3). | Krieger, A. | 1.3 |
| 03/28/2006 | Review A. Krieger's email regarding results of 3/27 court hearing (.3). | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.3 | $ 575 | $ 1,897.50 |
| Kruger, Lewis | 1.5 | 825 | 1,237.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 3,135.00 | |

# STROOCK

PAGE: 37

| TOTAL FOR THIS MATTER | $ 3,135.00 |
|---|---|

| RE | Employment Applications - Others<br>699843  0040 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2006 | Exchanged memoranda with S. Bianca re: conflicts provision of Latham engagement letter and reason for retention (.3); telephone call L. Hamilton re: rationale for Latham retention, discussion with in-house real property counsel with respect to services to be rendered by Bowe (.2). | Krieger, A. | 0.5 |
| 03/02/2006 | Review Latham's engagement (.2); review service to be provided by Bowe (.2). | Kruger, L. | 0.4 |
| 03/03/2006 | Telephone call L. Hamilton re: information re: Latham & Watkins retention (.1); attend to memorandum addressing same (.2); attend to memorandum from W. Bowe and telephone call L. Hamilton re: Debtors' retention of Bowe & Fernicola (.3). | Krieger, A. | 0.6 |
| 03/14/2006 | Attention to draft objection to Libby claimants' motion to be paid from estate (2.0). | Pasquale, K. | 2.0 |
| 03/15/2006 | Revised objection to Libby claimants' committee motion (1.8). | Pasquale, K. | 1.8 |
| 03/21/2006 | Attend to Future Reps motion to employ Piper Jaffray as financial advisor (.3). | Krieger, A. | 0.3 |
| 03/24/2006 | Attend to revised order re: retention of Latham & Watkins (.2). | Krieger, A. | 0.2 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 575 | $ 920.00 |
| Kruger, Lewis | 0.4 | 825 | 330.00 |
| Pasquale, Kenneth | 3.8 | 650 | 2,470.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,720.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,720.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 145,189.50 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# EXHIBIT B

SSL-DOCS1 1683972v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**MARCH 1, 2006 - MARCH 31, 2006**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 28.1 | $ 825 | $    23,182.50 |
| Lewin, Robert | 3.1 | 675 | 2,015.00 |
| Pasquale, Kenneth | 19.8 | 650 | 12,870.00 |
|  |  |  |  |
| Associates |  |  |  |
| Balk, Heidi | 9.1 | 495 | 4,504.50 |
| **Berg, Madelaine** | 1.8 | 595 | 1,071.00 |
| Krieger, Arlene G. | 142.3 | 575 | 81,822.50 |
| Papir, Ryan M. | 2.1 | 395 | 829.50 |
| Parra, Rebecca | 25.4 | 355 | 9,017.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 14.1 | 225 | 3,172.50 |
| Lollie, Toya | 6.0 | 150 | 900.00 |
| Mohamed, David | 38.7 | 150 | 5,805.00 |
|  |  |  |  |
| **TOTAL** | **290.5** |  | **145,189.50** |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2006 - MARCH 31, 2006**

| | |
|---|---:|
| Outside Messenger Service | $   111.76 |
| Meals | 36.03 |
| Local Transportation | 63.12 |
| Long Distance Telephone | 31.76 |
| Duplicating Costs-in House | 10.40 |
| Postage | 0.39 |
| Court Reporting Services | 455.95 |
| Word Processing | 150.00 |
| In House Messenger Service | 52.60 |
| Facsimile Charges | 54.00 |
| Travel Expenses - Transportation | 130.50 |
| Westlaw | 1,404.30 |
| Word Processing - Logit | 12.00 |
| | |
| **Total** | **$ 2,512.81** |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | April 27, 2006 |
| INVOICE NO. | 378427 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through March 31, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 03/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827086; DATE: 02/25/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190029491 on 02/21/2006 | 6.38 |
| 03/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827086; DATE: 02/25/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192389901 on 02/21/2006 | 6.38 |
| 03/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827086; DATE: 02/25/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193583118 on 02/21/2006 | 8.80 |
| 03/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827086; DATE: 02/25/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270193883937 on 02/21/2006 | 6.38 |
| 03/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827096; DATE: 03/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195146186 on 03/01/2006 | 8.80 |
| 03/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827096; DATE: 03/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198526975 on 03/01/2006 | 6.38 |
| 03/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827096; DATE: 03/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, | 6.38 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1683972v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | WILMINGTON, DE 19801 Tracking #:1Z10X8270198664361 on 03/01/2006 | |
| 03/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827096; DATE: 03/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198917990 on 03/01/2006 | 6.38 |
| 03/13/2006 | VENDOR: UPS; INVOICE#: 0000010X827106; DATE: 03/11/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191456189 on 03/10/2006 | 6.38 |
| 03/13/2006 | VENDOR: UPS; INVOICE#: 0000010X827106; DATE: 03/11/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191793412 on 03/10/2006 | 6.38 |
| 03/13/2006 | VENDOR: UPS; INVOICE#: 0000010X827106; DATE: 03/11/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192951794 on 03/10/2006 | 6.38 |
| 03/13/2006 | VENDOR: UPS; INVOICE#: 0000010X827106; DATE: 03/11/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194096205 on 03/10/2006 | 8.80 |
| 03/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827116; DATE: 03/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190592408 on 03/13/2006 | 6.38 |
| 03/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827116; DATE: 03/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191835626 on 03/13/2006 | 6.38 |
| 03/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827116; DATE: 03/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193602043 on 03/13/2006 | 6.38 |
| 03/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827116; DATE: 03/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193686436 on | 8.80 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 03/13/2006 | |
| 03/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827116; DATE: 03/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191456189 on 03/10/2006 | -6.38 |
| 03/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827116; DATE: 03/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191793412 on 03/10/2006 | -6.38 |
| 03/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827116; DATE: 03/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192951794 on 03/10/2006 | -6.38 |
| 03/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827116; DATE: 03/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194096205 on 03/10/2006 | -8.80 |
| 03/27/2006 | VENDOR: UPS; INVOICE#: 0000010X827126; DATE: 03/25/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195358386 on 03/22/2006 | 6.38 |
| 03/27/2006 | VENDOR: UPS; INVOICE#: 0000010X827126; DATE: 03/25/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196727172 on 03/22/2006 | 6.38 |
| 03/27/2006 | VENDOR: UPS; INVOICE#: 0000010X827126; DATE: 03/25/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196862196 on 03/22/2006 | 8.80 |
| 03/27/2006 | VENDOR: UPS; INVOICE#: 0000010X827126; DATE: 03/25/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198594606 on 03/22/2006 | 6.38 |
| **Outside Messenger Service Total** | | **111.76** |

**Meals**

| 03/24/2006 | VENDOR: Seamless Web; Invoice#: 111174; Date: 03/12/2006 - Essex;; Order Date: 03/08/06 18:18:00 | 9.04 |
|------|-------------|--------|

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/24/2006 | VENDOR: Seamless Web; Invoice#: 111174; Date: 03/12/2006 - SouthWest NY;; Order Date: 03/09/06 20:43:00 | 12.93 |
| 03/24/2006 | VENDOR: Seamless Web; Invoice#: 111174; Date: 03/12/2006 - Alfanoose Middle Eastern Cuisine;; Order Date: 03/11/06 15:45:00 | 14.06 |
| **Meals Total** | | **36.03** |

**Local Transportation**

| | | |
|---|---|---|
| 03/21/2006 | VENDOR: NYC Two Ways Inc.;  Invoice#: N/A; Date: N/A; PARRA 03/09/06 21:00 from 180   MAIDEN to VAN BRUNT | 33.03 |
| 03/31/2006 | VENDOR: NYC Two Ways Inc.;  Invoice#: N/A; Date: N/A; KRIEGER 03/14/06 01:00 from 180   MAIDEN to E 80 ST | 30.09 |
| **Local Transportation Total** | | **63.12** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 03/01/2006 | EXTN.5544, TEL.617-722-4024, S.T.12:01, DUR.00:13:30 | 6.01 |
| 03/03/2006 | EXTN.5544, TEL.617-722-4024, S.T.10:06, DUR.00:13:30 | 6.01 |
| 03/03/2006 | EXTN.5544, TEL.617-722-4024, S.T.12:57, DUR.00:08:54 | 3.86 |
| 03/06/2006 | EXTN.5544, TEL.617-722-4024, S.T.16:49, DUR.00:05:06 | 2.57 |
| 03/14/2006 | EXTN.5544, TEL.617-722-4024, S.T.16:49, DUR.00:09:36 | 4.29 |
| 03/16/2006 | EXTN.5562, TEL.201-968-0001, S.T.10:56, DUR.00:02:12 | 1.29 |
| 03/20/2006 | EXTN.3544, TEL.978-589-3432, S.T.16:20, DUR.00:09:48 | 4.29 |
| 03/21/2006 | EXTN.5544, TEL.617-722-4024, S.T.10:29, DUR.00:01:42 | 0.86 |
| 03/22/2006 | EXTN.5544, TEL.214-698-3868, S.T.10:03, DUR.00:02:18 | 1.29 |
| 03/23/2006 | EXTN.5544, TEL.214-698-3868, S.T.10:57, DUR.00:01:30 | 0.86 |
| 03/29/2006 | EXTN.5562, TEL.215-665-2147, S.T.18:22, DUR.00:00:18 | 0.43 |
| **Long Distance Telephone Total** | | **31.76** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 03/07/2006 | | 0.50 |
| 03/13/2006 | | 1.40 |
| 03/13/2006 | | 2.00 |
| 03/14/2006 | | 0.20 |
| 03/14/2006 | | 0.20 |
| 03/16/2006 | | 6.10 |
| **Duplicating Costs-in House Total** | | **10.40** |

**Postage**

| | | |
|---|---|---|
| 03/01/2006 | Postage Charged on 02/27/06 | 0.39 |
| **Postage Total** | | **0.39** |

**Court Reporting Services**

| | | |
|---|---|---|
| 03/14/2006 | VENDOR: Lisa Greenbaum; INVOICE#: 14391; DATE: 3/14/2006 - Deposition transcript | 455.95 |
| **Court Reporting Services Total** | | **455.95** |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Word Processing** | | |
| 03/31/2006 | 3.13.06 | 150.00 |
| | **Word Processing Total** | **150.00** |
| | | |
| **In House Messenger Service** | | |
| 03/22/2006 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 3/16/2006 Vehicle Rush from Kruger, Lewis to RES-LEWIS KRUGER, 257 W 86TH ST | 28.99 |
| 03/22/2006 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 3/16/2006 Vehicle Standard from Krieger, Arlene G. to RES-ARLENE KRIEGER, 10 EAST END AVE | 23.61 |
| | **In House Messenger Service Total** | **52.60** |
| | | |
| **Facsimile Charges** | | |
| 03/23/2006 | Fax # 212-712-2272 | 52.00 |
| 03/27/2006 | Fax # 312-583-6888 | 2.00 |
| | **Facsimile Charges Total** | **54.00** |
| | | |
| **Travel Expenses - Transportation** | | |
| 03/15/2006 | VENDOR: Chase Card Services; INVOICE#: 030206; DATE: 3/2/2006  -  visa charge 02/21/06 L Kruger Penn NY to Wilmington, DE re- to attend hearingr regarding exclusivity etc. on WR Grace | 130.50 |
| | **Travel Expenses - Transportation Total** | **130.50** |
| | | |
| **Westlaw** | | |
| 03/09/2006 | Duration 1:13:20; By Parra, Rebecca | 1,035.46 |
| 03/11/2006 | Duration 0:35:36; By Parra, Rebecca | 301.34 |
| 03/13/2006 | Research By Krieger, Arlene G. | 27.00 |
| 03/14/2006 | Research By Krieger, Arlene G. | 27.00 |
| 03/15/2006 | Research By Krieger, Arlene G. | 13.50 |
| | **Westlaw Total** | **1,404.30** |
| | | |
| **Word Processing - Logit** | | |
| 03/05/2006 | | 12.00 |
| | **Word Processing - Logit Total** | **12.00** |

# STROOCK

PAGE: 6

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 111.76 |
| Meals | 36.03 |
| Local Transportation | 63.12 |
| Long Distance Telephone | 31.76 |
| Duplicating Costs-in House | 10.40 |
| Postage | 0.39 |
| Court Reporting Services | 455.95 |
| Word Processing | 150.00 |
| In House Messenger Service | 52.60 |
| Facsimile Charges | 54.00 |
| Travel Expenses - Transportation | 130.50 |
| Westlaw | 1404.30 |
| Word Processing - Logit | 12.00 |
| **TOTAL DISBURSEMENTS/CHARGES** | **$ 2,512.81** |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.