

**NAVIGANT**
CONSULTING

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

April 25, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - March 2006*

**Professional Fees:**

| | | |
|---|---|---|
| RC | 3.50 hrs. @ $450 | $1,575.00 |
| PM | 13.50 hrs. @ $400 | 5,400.00 |
| RL | 1.70 hrs. @ $325 | 552.50 |
| KE | 2.90 hrs. @ $175 | 507.50 |
| EL | 28.70 hrs. @ $155 | 4,448.50 |
| AM | 31.80 hrs. @ $150 | 4,770.00 |
| MO | 50.20 hrs. @ $150 | 7,530.00 |

**Total Professional Fees**..........$24,783.50

**Expenses:**

| | | |
|---|---|---|
| Meals | $ | 54.87 |
| Manville Data Extract License Fee | | 1,000.00 |

**Total Expenses** ..........$1,054.87

**Total Amount Due for March Services and Expenses** ..........$25,838.37

**Outstanding Invoices:**

| Inv No. | 169779 | March 6, 2006 | $25,971.70 |

**Total Outstanding Invoices**..........$25,971.70

**Total Amount Due For March Services, Expenses and Outstanding Invoices** ..........$51,810.07

Navigant Consulting, Inc. Project No.: 113758        Invoice No.: 172744



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 3/2/2006 | 1.10 | Teleconference with clients on data issues. |
| CANTOR, ROBIN | 3/3/2006 | 0.40 | Analyzed liability estimation issues. Analyzed databases received. |
| CANTOR, ROBIN | 3/27/2006 | 1.30 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 3/31/2006 | 0.70 | Analyzed liability estimation issues. |
| ERTUG, KERIM CAN | 3/7/2006 | 1.20 | Meeting with staff to review the SAS programs. |
| ERTUG, KERIM CAN | 3/13/2006 | 1.70 | Meeting with staff to review the status of the data analysis. |
| LAMB, RUSSELL | 3/2/2006 | 1.70 | Conference call to discuss data issues; discussion of data issues with consultants |
| LANDERS, ERIC | 3/14/2006 | 0.40 | Researched and collected industry data |
| LANDERS, ERIC | 3/15/2006 | 3.90 | Researched and collected industry data |
| LANDERS, ERIC | 3/16/2006 | 1.60 | Researched and collected industry data |
| LANDERS, ERIC | 3/17/2006 | 1.60 | Researched and collected industry data |
| LANDERS, ERIC | 3/20/2006 | 3.70 | Researched and collected industry data |
| LANDERS, ERIC | 3/21/2006 | 3.80 | Researched and collected industry data |
| LANDERS, ERIC | 3/22/2006 | 2.90 | Researched and collected industry data |
| LANDERS, ERIC | 3/23/2006 | 4.10 | Researched and collected industry data |
| LANDERS, ERIC | 3/24/2006 | 0.90 | Researched and collected industry data |
| LANDERS, ERIC | 3/27/2006 | 2.10 | Researched and collected industry data |
| LANDERS, ERIC | 3/28/2006 | 1.70 | Researched and collected industry data |
| LANDERS, ERIC | 3/29/2006 | 1.60 | Researched and collected industry data |
| LANDERS, ERIC | 3/30/2006 | 0.40 | Researched and collected industry data |
| MASS, AARON | 3/14/2006 | 1.60 | Researched and collected industry data |
| MASS, AARON | 3/15/2006 | 4.30 | Researched and collected industry data |
| MASS, AARON | 3/16/2006 | 4.10 | Researched and collected industry data |
| MASS, AARON | 3/17/2006 | 2.70 | Researched and collected industry data |
| MASS, AARON | 3/20/2006 | 4.30 | Researched and collected industry data |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 172744



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MASS, AARON | 3/21/2006 | 2.10 | Researched and collected industry data |
| MASS, AARON | 3/27/2006 | 2.40 | Researched and collected industry data |
| MASS, AARON | 3/28/2006 | 4.30 | Researched and collected industry data |
| MASS, AARON | 3/29/2006 | 4.10 | Researched and collected industry data |
| MASS, AARON | 3/30/2006 | 1.90 | Researched and collected industry data |
| MCGRATH, PATRICK J. | 3/27/2006 | 4.75 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 3/28/2006 | 3.00 | Analysis of proposal Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 3/29/2006 | 0.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 3/30/2006 | 3.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 3/31/2006 | 1.75 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| OSBORN, MATTHEW | 3/2/2006 | 3.10 | Attended call regarding database and analyzed data issues. |
| OSBORN, MATTHEW | 3/3/2006 | 4.30 | Analyzed database. |
| OSBORN, MATTHEW | 3/6/2006 | 1.40 | Analyzed data regarding disease and date fields. |
| OSBORN, MATTHEW | 3/7/2006 | 5.60 | Analyzed date fields on database. |
| OSBORN, MATTHEW | 3/8/2006 | 5.90 | Analyzed data regarding dates and disease information. |
| OSBORN, MATTHEW | 3/9/2006 | 8.30 | Analyzed data and prepared Manville match. |
| OSBORN, MATTHEW | 3/10/2006 | 6.40 | Prepared data for analysis. |
| OSBORN, MATTHEW | 3/13/2006 | 3.00 | Analyzed settlement amounts by disease and status. |
| OSBORN, MATTHEW | 3/16/2006 | 3.80 | Analyzed unknown disease transitions. |
| OSBORN, MATTHEW | 3/17/2006 | 3.10 | Analyzed disease and settlement value data. |
| OSBORN, MATTHEW | 3/20/2006 | 0.60 | Analyzed settlement values and disease reallocation. |
| OSBORN, MATTHEW | 3/21/2006 | 1.60 | Prepared analysis spreadsheets. |

Navigant Consulting, Inc. Project No.: 113758                               Invoice No.: 172744



**Navigant Consulting**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| OSBORN, MATTHEW | 3/22/2006 | 1.40 | Prepared analysis spreadsheets. |
| OSBORN, MATTHEW | 3/23/2006 | 0.40 | Prepared analysis spreadsheets. |
| OSBORN, MATTHEW | 3/24/2006 | 1.30 | Prepared analysis spreadsheets. |

Navigant Consulting, Inc. Project No.: 113758                Invoice No.: 172744