**EXHIBIT 2**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_060131**

| Period Ending | 1/31/2006 | Expense Type | | Amount |
|---|---|---|---|---|
| | | B-Linx/Data Storage | | $850.00 |
| | | Document Storage | | $556.80 |
| | | Postage/Shipping | | $132.47 |
| | | | **Total** | **$1,539.27** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| **BANK:** | *Citibank* |
| | *15233 Ventura Blvd. 1st Floor* |
| | *Sherman Oaks, CA 91403* |
| **ABA/Routing#:** | *322271724* |
| **Account #:** | *201381993 - BMC Group* |
| **Tax ID #:** | *52-2083477* |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20060103-1 | 1/3/2006 | $27.67 |
| Invoice # | 021-20060110-1 | 1/10/2006 | $755.81 |
| | | Total | $783.48 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 1/3/2006
Invoice #: 021-20060103-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Suppl - Ltr to Counsel & Ord re Personal Injury | 3 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Collate, Fold and Stuff | 3 Pieces @ $.08 each | $0.24 |
| | | | | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $27.67

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 1/10/2006
Invoice #: 021-20060110-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 11515 - Rev Ord Modifying CMO re Asbestos | 2 / 961 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 960 Pieces @ $.39 each | $374.40 |
| | | | | USPS - International | 1 Piece @ $.84 each | $0.84 |
| | | | Production | Copy | 1922 Pieces @ $.12 each | $230.64 |
| | | | | Fold and Stuff | 961 Pieces @ $.05 each | $48.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 961 Pieces @ $.08 each | $76.88 |

Total Due: $755.81

EXHIBIT 2
*Invoice Due Upon Receipt*