## **EXHIBIT A**

### **Case Administration (41.70 Hours; $ 13,186.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.40 | $760 | 5,624.00 |
| Bernard Bailor | 2.20 | $570 | 1,254.00 |
| Rita C. Tobin | .40 | $435 | 174.00 |
| David B. Smith | 8.00 | $220 | 1,760.00 |
| Kirsten Burmester | 6.90 | $205 | 1,414.50 |
| Andrew D. Katznelson | 2.00 | $185 | 370.00 |
| Velma Wright | 14.80 | $175 | 2,590.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/06 | PVL | 760.00 | 0.10 | Review 6 miscellaneous filings. |
| 03/01/06 | DBS | 220.00 | 1.00 | Compile documents for attorney review and case files. |
| 03/02/06 | DBS | 220.00 | 0.80 | Compile and organize documents for attorney review and case files. |
| 03/03/06 | DBS | 220.00 | 1.10 | Compile and organize documents for attorney review and case files. |
| 03/06/06 | DBS | 220.00 | 1.50 | Compile and organize documents for attorney review and case files. |
| 03/07/06 | PVL | 760.00 | 0.60 | Review 9 miscellaneous filings (.1); teleconference Hurford (.4); review Hurford e-mail and reply (.1). |
| 03/07/06 | DBS | 220.00 | 1.00 | Compile and organize documents for case files. |
| 03/08/06 | RCT | 435.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 03/08/06 | ADK | 185.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 03/09/06 | PVL | 760.00 | 0.40 | Review docs for filing. |
| 03/09/06 | DBS | 220.00 | 0.50 | Compile production documents for attorney review. |

{D0059676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/10/06 | PVL | 760.00 | 0.60 | Review 5 miscellaneous filings (.1); review Berkin e-mail (.1); review e-mail (.1); review Klauder e-mail and Cohn letter and e-mail EI et al (.3). |
| 03/10/06 | DBS | 220.00 | 0.50 | Compile production documents for attorney review. |
| 03/10/06 | VW | 175.00 | 5.70 | Organize case file documents |
| 03/13/06 | PVL | 760.00 | 0.20 | Review 8 miscellaneous filings (.1); review e-mail and reply (.1). |
| 03/14/06 | RCT | 435.00 | 0.20 | Review docket and local counsel rec. re EI update. |
| 03/15/06 | PVL | 760.00 | 0.60 | Review 15 miscellaneous filings (.1); review e-mail (.1); review UST objection re Libby fees (.1); review draft ACC response re same (.2); review draft ACC response re Whitehouse docs (.1). |
| 03/15/06 | DBS | 220.00 | 0.40 | Compile deposition transcript for attorney review and case files. |
| 03/16/06 | PVL | 760.00 | 0.10 | Review WRG opposition re Libby fees. |
| 03/17/06 | PVL | 760.00 | 0.50 | Review 4 miscellaneous filings (.1); review UCC objection re Libby fees (.1); review Libby claims objections re Whitehouse docs (.3). |
| 03/17/06 | VW | 175.00 | 0.70 | Process case file documents |
| 03/20/06 | KB | 205.00 | 6.90 | Researched restitution under federal criminal statutes. |
| 03/21/06 | BSB | 570.00 | 1.00 | Review restitution memo; read case - write e-mail |
| 03/21/06 | PVL | 760.00 | 1.10 | Review e-mail and reply (.4); review WRG status report (.4); review Manville data (.2); review UST letter and e-mail (.1). |
| 03/22/06 | PVL | 760.00 | 0.40 | Review proposed Equitas agreement and e-mail EI re same (.2); review 7/05 and 12/05 tr. (.1); review 9 miscellaneous filings (.1). |
| 03/22/06 | DBS | 220.00 | 0.50 | Compile information re invoices from Boston document production. |
| 03/22/06 | VW | 175.00 | 7.50 | Process case file documents |
| 03/23/06 | BSB | 570.00 | 1.20 | Read indictment re restitution issue |

{D0059676:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/24/06 | PVL | 760.00 | 0.20 | Teleconference Toll (.1); review e-mail and reply (.1). |
| 03/26/06 | PVL | 760.00 | 0.30 | Prep for omni hearing on 3/27. |
| 03/27/06 | PVL | 760.00 | 1.60 | Attend omnibus hearing (1.3); teleconference EI (.2); confer NDF (.1). |
| 03/28/06 | PVL | 760.00 | 0.30 | Review 6 miscellaneous filings (.1); review Hurford memo (.1); review Horkovich e-mail (.1). |
| 03/29/06 | ADK | 185.00 | 1.00 | Review, classify and annotate fee data. |
| 03/30/06 | PVL | 760.00 | 0.30 | E-mail Horkovich et al. |
| 03/30/06 | VW | 175.00 | 0.90 | Process case file documents |
| 03/31/06 | PVL | 760.00 | 0.10 | Review e-mail re ins. issues. |
| 03/31/06 | DBS | 220.00 | 0.70 | Compile list of documents re Sealed Air litigation. |

**Total Task Code .04        41.70**

**Claim Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 380.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $760 | 380.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/19/06 | PVL | 760.00 | 0.20 | Review WRG 2 replies re Whitehouse records. |
| 03/30/06 | PVL | 760.00 | 0.30 | Review e-mail and revised CMO (.2); confer NDF (.1). |

**Total Task Code .05        .50**

**Claim Analysis Objection & Resolution (Non-Asbestos)(4.40 Hours; $ 2,606.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $760 | 228.00 |

{D0059676:1 }

| Ronald E. Reinsel | 4.10 | $580 | 2,378.00 |
|---|---|---|---|

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/08/06 | PVL | 760.00 | 0.10 | Review memo re CHL stip. |
| 03/14/06 | RER | 580.00 | 1.70 | Teleconf w/LTC and brief research re: environmental claims. |
| 03/17/06 | RER | 580.00 | 2.40 | Review environmental issues re: plan negotiation/claims status and follow up. |
| 03/23/06 | PVL | 760.00 | 0.20 | Review e-mail and revised CHL stip. |

**Total Task Code .06    4.40**

**Employment Applications, Others (2.90 Hours; $ 594.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Stacie M. Evans | 2.90 | $205 | 594.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/24/06 | SME | 205.00 | 0.20 | Meeting w/JAL re: production of document spreadsheet. |
| 03/24/06 | SME | 205.00 | 0.90 | Review recent developments in asbestos litigation. |
| 03/24/06 | SME | 205.00 | 1.80 | Prepare spreadsheet re: documents admitted in sealed air depositions. |

**Total Task Code .10    2.90**

**Fee Applications, Applicant (2.10 Hours; $ 853.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $760 | 152.00 |

{D0059676:1 }

| | | | | |
|---|---|---|---|---|
| Rita C. Tobin | | 1.40 | $435 | 609.00 |
| Andrew D. Katznelson | | .50 | $185 | 92.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/06 | RCT | 435.00 | 0.10 | Review fee app schedule for March. |
| 03/07/06 | PVL | 760.00 | 0.20 | Review draft letter Smith (.1); teleconference RCT (.1). |
| 03/09/06 | RCT | 435.00 | 0.20 | Review prebills. |
| 03/15/06 | RCT | 435.00 | 0.20 | Review local counsel recommendations re EI update. |
| 03/23/06 | RCT | 435.00 | 0.50 | Review monthly fee applications. |
| 03/27/06 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 03/28/06 | RCT | 435.00 | 0.20 | Review local counsel recommendations and/or docket re EI update |
| 03/31/06 | RCT | 435.00 | 0.20 | Review Fee application schedule for April. |

**Total Task Code .12**     **2.10**

**Financing (3.50 Hours; $ 2,922.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.50 | $835 | 2,922.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/06 | EI | 835.00 | 3.50 | Conf. Futures Rep's people and financial advisors with PVNL (2.7); report to Negotiating Subcommittee (.7); t/c Rice re: same. (.1). |

**Total Task Code .14**     **3.50**

**Litigation and Litigation Consulting (376.00 Hours; $ 126,145.00)**

{D0059676:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 29.50 | $835 | 24,632.50 |
| Nathan D. Finch | 13.30 | $525 | 6,982.50 |
| Rita C. Tobin | .50 | $435 | 217.50 |
| Jeffrey A. Liesemer | 46.40 | $425 | 19,720.00 |
| James P. Wehner | 40.00 | $405 | 16,200.00 |
| Danielle K. Graham | 6.50 | $290 | 1,885.00 |
| Adam L. VanGrack | 163.30 | $250 | 40,825.00 |
| Kirsten Burmester | 56.70 | $205 | 11,623.50 |
| Stacie M. Evans | 19.80 | $205 | 4,059.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/06 | NDF | 525.00 | 1.30 | Participate in telephone conference with Welch regarding White House opinions and affidavit (0.5); review memo regarding RUST data protocols (0.8). |
| 03/01/06 | JAL | 425.00 | 1.80 | Drafted memo to DBS regarding upcoming Boston document review (.10); reviewed e-mail correspondence from D. Felder and D. Relles regarding claims database issues (.20); telephone call w/DKG regarding upcoming Oaks deposition (.10); reviewed materials in preparation for Oaks deposition (.80); drafted memo to JPW regarding discovery issues (.30); telephone call w/JPW regarding discovery issues (.30). |
| 03/01/06 | ALV | 250.00 | 1.00 | Review documents produced by debtors from Boston repository for relevance. |
| 03/01/06 | JPW | 405.00 | 1.70 | Telephone conference with JAL re discovery (0.2); review revised CMO (0.4); review conference call agenda (0.1); deposition preparation (1.0) |
| 03/02/06 | JAL | 425.00 | 2.40 | Office conference w/NDF re: latest draft of revised CMO (.10); review and analysis of latest draft of revised CMO (.70); office conference with JPW regarding Oaks deposition and other scheduling issues (.30); telephone conference w/D. Relles regarding Rust database and protocols (.20); telephone conference w/parties in estimation proceeding regarding questions on CMS database (1.10). |
| 03/02/06 | ALV | 250.00 | 4.90 | Review documents produced by debtors from Boston repository for relevance. |

{D0059676:1}

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 03/02/06 | JPW | 405.00 | 2.50 | Deposition preparation (1.5); telephone conference with experts re database (1.0) |
| 03/03/06 | EI | 835.00 | 0.30 | Mediation Order (.2); memo to PVNL re: Bernick (.1). |
| 03/03/06 | NDF | 525.00 | 0.70 | Participate in telephone conference with Welch regarding Libby issue (0.5); participate in telephone conference with EI regarding same (0.2). |
| 03/03/06 | JAL | 425.00 | 0.60 | Office conference w/NDF regarding draft of revised CMO and estimation litigation issues (.20); office conference w/JPW regarding Oaks deposition and related issues (.20); drafted e-mail to A. Basta regarding draft of revised CMO (.10); review of Grace's amended notices of deposition (.10); |
| 03/03/06 | ALV | 250.00 | 5.50 | Review documents produced by debtors from Boston repository for relevance. |
| 03/03/06 | JPW | 405.00 | 1.80 | Deposition preparation |
| 03/06/06 | EI | 835.00 | 1.90 | T/c Negotiation Subcommittee, PVNL and J. Sinclair to prepare (1.0); t/c S. Pointer, et al. (.6); t/c Cooney (.1); DIP finance (.2). |
| 03/06/06 | NDF | 525.00 | 0.50 | Review Silica doctor examination outline. |
| 03/06/06 | ALV | 250.00 | 9.10 | Review documents produced by debtors from Boston repository for relevance. |
| 03/06/06 | JPW | 405.00 | 1.20 | Meet with ALV re discovery (0.2); Oaks deposition preparation (1.0) |
| 03/07/06 | EI | 835.00 | 0.30 | Prep and memos re: mediation. |
| 03/07/06 | NDF | 525.00 | 0.60 | Review draft CMO (0.1); participate in conference with Wehner regarding Silica doctor outline (0.5). |
| 03/07/06 | JAL | 425.00 | 1.70 | Reviewed memo from D. Felder regarding her comments on the draft of the revised CMO (.10); office conference with JPW regarding deposition of Dr. Oaks (.20); review and analysis of materials and research relating to estimation litigation (1.40). |
| 03/07/06 | ALV | 250.00 | 8.70 | Review documents produced by debtors from Boston repository for relevance. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/07/06 | JPW | 405.00 | 1.90 | Meeting with NDF re Oaks deposition (0.3); telephone conference with A. Basta re deposition (0.1); telephone conference with D. Mendelson re deposition (0.1); meeting with JAL re Oaks deposition (0.2); deposition preparation (1.0); telephone conference with M. Hurford re deposition (0.2) |
| 03/08/06 | SME | 205.00 | 0.30 | Review developments in asbestos litigation. |
| 03/08/06 | JAL | 425.00 | 2.10 | Review and analysis of Grace's witness designation in estimation proceeding as well as its subpoenas and deposition notices to certain silica doctors (.60); telephone conference with JPW regarding Oaks deposition (.10); review and analysis of estimation-related documents produced in discovery (1.40). |
| 03/08/06 | ALV | 250.00 | 9.00 | Review documents produced by debtors from Boston repository for relevance. |
| 03/08/06 | JPW | 405.00 | 3.10 | Deposition preparation |
| 03/09/06 | EI | 835.00 | 0.20 | T/c PVNL re: Bernick call. |
| 03/09/06 | JAL | 425.00 | 2.80 | Commenced drafting of letter to Grace counsel re: Sealed Air documents. |
| 03/09/06 | ALV | 250.00 | 8.50 | Review documents produced by debtors from Boston repository for relevance. |
| 03/09/06 | JPW | 405.00 | 9.00 | Deposition of W. Oaks, Daphne, Alabama (7.0); deposition preparation (2.0) |
| 03/10/06 | EI | 835.00 | 0.30 | Memo to Frankel re: meeting (.1); memo re: Berkin materials (.2). |
| 03/10/06 | NDF | 525.00 | 1.10 | Review materials regarding Libby asbestos issue. |
| 03/10/06 | JAL | 425.00 | 1.80 | Office conference w/JPW regarding Oaks deposition (.70); further drafting and revisions to letter to Grace counsel regarding Sealed Air documents (.90); review of debtors' deposition notices and subpoenas to silica doctors (.20). |
| 03/10/06 | ALV | 250.00 | 8.20 | Review documents produced by debtors from Boston repository for relevance. |
| 03/10/06 | JPW | 405.00 | 0.50 | Meeting with JAL re Oaks deposition |

{D0059676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/12/06 | SME | 205.00 | 0.30 | Review notes for trip to Boston for document review. |
| 03/13/06 | RCT | 435.00 | 0.50 | Review exhibits |
| 03/13/06 | EI | 835.00 | 1.70 | Prepare for Pointer call (1.0); t/c NDF re: same (.2); t/c Budd re: Libby inquiry (.1); read Libby motion/application (.2); letter to Pointer (.2). |
| 03/13/06 | SME | 205.00 | 6.90 | Review documents in Boston repository. |
| 03/13/06 | DKG | 290.00 | 0.50 | Preparation for document review in Boston. |
| 03/13/06 | JAL | 425.00 | 6.00 | Document review with JPW, ALV and SME at Grace document repository in Boston. |
| 03/13/06 | JAL | 425.00 | 0.60 | Conference with JPW, ALV and SME re: Grace's silica doctor depositions, including recent Oaks deposition. |
| 03/13/06 | ALV | 250.00 | 7.50 | Review documents produced by debtors at Boston repository for relevance. |
| 03/13/06 | JPW | 405.00 | 7.50 | Review production of documents at Winthrop Square Repository |
| 03/14/06 | EI | 835.00 | 2.20 | T/c Pointer re: mediation issues (.6); memo re: same (.2); t/c Mort Taylor re: doctor deposition (.2); t/c Sinclair to prepare for mediation (.2); prepare for mediation (1.0). |
| 03/14/06 | SME | 205.00 | 8.10 | Review documents in Boston repository. |
| 03/14/06 | DKG | 290.00 | 6.00 | Review documents at Repository in Boston. |
| 03/14/06 | JAL | 425.00 | 7.50 | Document review with JPW, ALV, SME and DKG at Grace document repository in Boston. |
| 03/14/06 | JAL | 425.00 | 0.40 | Drafted and revised memo to PVNL and NDF regarding Grace's confidentiality request and related discovery issues in estimation proceeding. |
| 03/14/06 | ALV | 250.00 | 9.00 | Review documents produced by debtors at Boston repository for relevance (8.0); review documents previously produced by debtors from Boston repository for relevance (1.0). |
| 03/14/06 | JPW | 405.00 | 6.00 | Review documents at Winthrop Square Repository |

{D0059676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/15/06 | EI | 835.00 | 2.90 | Prep for mediation (1.0); t/c J. Sinclair re: same (.2); conf. Frankel/Wyron to prepare (1.5); memo (.2). |
| 03/15/06 | SME | 205.00 | 3.20 | Review documents in Boston repository. |
| 03/15/06 | NDF | 525.00 | 2.80 | Review and edit response to Libby claimants' motion (0.9); telephone conferences with Hurford regarding same (0.3); review UST response to Libby claimants' motion (0.2); telephone conference with Dan Cohn regarding case issue (0.2); review Oaks deposition (0.5); telephone conference with lawyer regarding subpoena (0.5); telephone conference with Liesemer regarding document review (0.2). |
| 03/15/06 | JAL | 425.00 | 3.10 | Document review with ALV and SME at Grace document repository in Boston. |
| 03/15/06 | JAL | 425.00 | 0.30 | Brief review and analysis of Oaks deposition transcript. |
| 03/15/06 | JAL | 425.00 | 0.10 | Review e-mail from NDF regarding Oaks deposition transcript. |
| 03/15/06 | JAL | 425.00 | 0.10 | Reviewed letter from J. Baer, Grace's counsel re: debtors' confidentiality request. |
| 03/15/06 | ALV | 250.00 | 3.00 | Review documents produced by debtors at Boston repository for relevance. |
| 03/15/06 | JPW | 405.00 | 0.50 | Review Oaks transcript (0.2); review Castleman document request (0.3) |
| 03/16/06 | EI | 835.00 | 9.00 | Mediation at Kirkland & Ellis office in NY. |
| 03/16/06 | NDF | 525.00 | 0.20 | Review EI memo regarding mediation. |
| 03/16/06 | JAL | 425.00 | 0.20 | E-mail exchanges with ALV regarding Boston document review. |
| 03/16/06 | JAL | 425.00 | 0.30 | Conference with PVNL, NDF and JPW regarding developments and status of Grace mediation. |
| 03/16/06 | ALV | 250.00 | 5.00 | Review documents produced by debtors from their Boston repository for relevance (4.0); report on results from review of Boston repository documents (1.0). |
| 03/16/06 | JPW | 405.00 | 1.00 | Collect documents for experts |

{D0059676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/17/06 | EI | 835.00 | 4.30 | Mediation at Kirkland & Ellis in NY (3.0); prep (.2); report (.7); note to Budd (.1); T/c J. Sinclair re: figures (.1); t/c NDF re: estimation issues (.2). |
| 03/17/06 | SME | 205.00 | 0.10 | Prepare notes re: document review. |
| 03/17/06 | NDF | 525.00 | 0.80 | Consider Manville trust information regarding diagnosing doctors (re asbestos estimation matters). |
| 03/17/06 | JAL | 425.00 | 0.80 | Review of Libby claimants' reply brief filed in district court to overturn injunction in favor of the State of Montana (.20); review and analysis of Libby claimants' objection to Grace's proposed discovery (.40); reviewed memo from EI regarding mediation issues (.20). |
| 03/17/06 | JPW | 405.00 | 2.00 | Communicate with experts (1.0); review Oaks transcript (0.2); document review for expert materials (0.8) |
| 03/17/06 | KB | 205.00 | 0.50 | Discussed case with NDF and EI. |
| 03/20/06 | EI | 835.00 | 0.80 | Meeting rescheduling (.5); t/c Cooney re: status (.1); t/c Budd re: status (.1); read memo from Pointer (.1). |
| 03/20/06 | ALV | 250.00 | 2.20 | Review documents produced by debtors from their Boston repository for relevance. |
| 03/21/06 | EI | 835.00 | 0.20 | Meeting matters. |
| 03/21/06 | SME | 205.00 | 0.60 | Review developments in asbestos litigation. |
| 03/21/06 | NDF | 525.00 | 2.20 | Memo to PVNL regarding Grace "status report" and possible response to same (1.0); telephone conference with Austern regarding Grace issue (0.3); review Grace documents for use in estimation proceeding (0.9). |
| 03/21/06 | JAL | 425.00 | 0.20 | Reviewed e-mail exchanges between PVNL and NDF regarding upcoming omnibus hearing. |
| 03/21/06 | ALV | 250.00 | 8.90 | Review documents produced by debtors from their Boston repository for relevance (1.0); review documents related to past asbestos settlements from debtor's Boca Raton repository for relevance (7.9). |
| 03/21/06 | KB | 205.00 | 8.50 | Researched restitution under federal criminal statutes and drafted memo. |

{D0059676:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 03/22/06 | EI | 835.00 | 4.20 | Prepare for conf. (.5); mediation session with PD Committee and Judge Pointer (3.0); conf. Cooney (.2); reading material (on train)(.5). |
| 03/22/06 | JAL | 425.00 | 2.80 | Review and analysis of memo from NDF regarding next week's omnibus hearing and related estimation issues (.20); office conference with ALV regarding document review issues in estimation proceeding (.10); drafted and revised e-mail to ALV regarding document review issues in estimation proceeding (.10); review and analysis of Grace's "status report" re: questionnaire responses (.30); drafted and revised memo to EI, PVNL, NDF and M. Hurford re: Grace's latest "status report" regarding estimation-related discovery and next week's omnibus hearing (.90); telephone call with an individual asbestos claimant regarding Grace questionnaire (.40); drafted memo to the file regarding telephone conversation with individual asbestos claimant re: Grace questionnaire (.30); further drafting and revisions to letter to B. Harding regarding Sealed Air documents (.50). |
| 03/22/06 | ALV | 250.00 | 9.00 | Review documents related to past asbestos settlements from debtor's Boca Raton repository for relevance. |
| 03/22/06 | KB | 205.00 | 3.90 | Researched who is a "victim" for purposes of 18 U.S.C. 3663. |
| 03/23/06 | EI | 835.00 | 0.90 | Memo of meeting (.5); t/c Pointer (.2); t/c Horkovich (.2). |
| 03/23/06 | NDF | 525.00 | 1.60 | Emails to Horkovich regarding insurance question (0.5); review JAL letter to Harding (0.5); review Grace 10-ks (0.6). |
| 03/23/06 | JAL | 425.00 | 4.20 | Further drafting and revisions to letter to B. Harding regarding Sealed Air documents (3.50); reviewed e-mail from NDF on draft letter to debtors' counsel regarding Sealed Air documents (10); drafted e-mail to JPW re: expert reports in estimation case (.10); reviewed memo from EI re: Grace mediation (.10); telephone call with JPW re: estimation-related expert reports (.10); drafted and revised memo to NDF and JPW regarding estimation-related expert reports (.30). |
| 03/23/06 | ALV | 250.00 | 9.60 | Review documents produced by debtors from their Boston repository for relevance (2.0); review |

{D0059676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | documents related to past asbestos settlements from debtor's Boca Raton repository for relevance (7.6). |
| 03/23/06 | JPW | 405.00 | 0.30 | Coordinate expert reports |
| 03/23/06 | KB | 205.00 | 5.90 | Researched who is a "victim" for purposes of 18 U.S.C. 3663. |
| 03/24/06 | NDF | 525.00 | 0.50 | Review draft letter to Harding regarding database issues. |
| 03/24/06 | JAL | 425.00 | 4.50 | Further editing of draft letter to Harding re: Sealed Air documents and preparation of list of Sealed Air documents to accompany letter (.80); drafted revised letter to debtors' counsel regarding Rust's navigable database (2.90); office conference with SME regarding Sealed Air documents (.20); review and analysis of materials relating to estimation discovery issue (.20); office conference with ALV regarding document review (.20); telephone calls to proposed experts re: their respective expert reports to be filed in estimation proceeding (.20). |
| 03/24/06 | ALV | 250.00 | 9.30 | Review documents produced by debtors from their Boston repository for relevance (1.1); review documents related to past asbestos settlements from debtor's Boca Raton repository for relevance (8.2). |
| 03/24/06 | JPW | 405.00 | 1.00 | Coordinate expert reports (0.8); telephone conference with B. Castleman (0.2) |
| 03/24/06 | KB | 205.00 | 5.50 | Researched who is a "victim" for purposes of 18 U.S.C. 3663. |
| 03/26/06 | ALV | 250.00 | 2.50 | Review documents produced by debtors from their Boston repository for relevance. |
| 03/27/06 | ALV | 250.00 | 10.00 | Review documents produced by debtors from their Boston repository for relevance (3.5); review documents related to past asbestos settlements from debtor's Boca Raton repository for relevance (6.5). |
| 03/27/06 | KB | 205.00 | 5.40 | Researched who is a "victim" for purposes of 18 U.S.C. 3663. |
| 03/28/06 | ALV | 250.00 | 9.50 | Review documents produced by debtors from their Boston repository for relevance (6.0); review documents related to past asbestos settlements from debtor's Boca Raton repository for relevance (3.2); |

{D0059676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | report on status of review of documents from Boca Raton repository (0.3). |
| 03/28/06 | KB | 205.00 | 7.10 | Researched who is a "victim" for purposes of 18 U.S.C. 3663. |
| 03/29/06 | NDF | 525.00 | 1.00 | Review insurance issues (0.5); memo to Horkovich et al. regarding asbestos liability and insurance issues (0.5). |
| 03/29/06 | JAL | 425.00 | 0.90 | Drafted email to SME re: Sealed Air documents (.10); review and analysis of materials filed by Libby claimants (.40); review and analysis of draft expert reports relating to estimation issues (.40). |
| 03/29/06 | ALV | 250.00 | 6.50 | Review documents at Grace document repository in Boston for relevance. |
| 03/29/06 | KB | 205.00 | 5.70 | Researched who is a "victim" for purposes of 18 U.S.C. 3663. |
| 03/30/06 | EI | 835.00 | 0.30 | Insurance issues. |
| 03/30/06 | JAL | 425.00 | 0.40 | Office conference with ALV re: estimation-related document review (.20) reviewed hearing memo from local counsel (.10); reviewed memo from NDF re: estimation issues (.10) |
| 03/30/06 | ALV | 250.00 | 8.80 | Review documents produced by debtors from their Boston repository for relevance (8.3); report on results from review of Grace documents at Boston repository (0.5). |
| 03/30/06 | KB | 205.00 | 7.40 | Researched who is a "victim" for purposes of 18 U.S.C. 3663. |
| 03/31/06 | SME | 205.00 | 0.30 | Meet w/JAL re: list of documents turned over to the government during Sealed Air litigation. |
| 03/31/06 | JAL | 425.00 | 0.80 | Telephone call and messages to SME and DBS re: Sealed Air documents (.10); office conference with SME and DBS re: Sealed Air documents (.20); office conference w/ALV regarding document review (.10); drafted and revised memo to ALV re: document review issues (.40). |
| 03/31/06 | ALV | 250.00 | 7.60 | Review documents produced by debtors from their Boston repository for relevance. |

{D0059676:1 }

| 03/31/06 | KB | 205.00 | 6.80 | Researched who is a "victim" for purposes of 18 U.S.C. 3663 and drafted memo. |

**Total Task Code .16        376.00**


**Plan & Disclosure Statement (9.20 Hours; $ 7,029.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $835 | 417.50 |
| Peter Van N. Lockwood | 8.70 | $760 | 6,612.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/06 | PVL | 760.00 | 2.50 | Confer Frankel, Wyron, Radecki, Tersigni, Berkin, Sinclair, EI et al (2.3); review draft mediator order and e-mail Baer et al (.2). |
| 03/02/06 | PVL | 760.00 | 0.40 | Review e-mail (.1); review EI memo and Budd et al (.1); review revised mediator order and e-mail and reply to EI (.2). |
| 03/02/06 | EI | 835.00 | 0.20 | Finalized report (.1); memo to Cloud (.1). |
| 03/03/06 | PVL | 760.00 | 0.20 | Review e-mail and reply (.1); review LTC memo (.1). |
| 03/06/06 | PVL | 760.00 | 1.40 | Review e-mail (.1); teleconference Budd, Cooney, Weitz, Sinclair, EI (1.1); teleconference EI (.1); review Pointer affidavit (.1). |
| 03/07/06 | PVL | 760.00 | 0.30 | Confer NDF (.1); review NDF memo (.1); review EI memo (.1). |
| 03/08/06 | PVL | 760.00 | 0.70 | Teleconferences Bernick (.6) and EI (.1). |
| 03/08/06 | EI | 835.00 | 0.30 | T/c PVNL re: Bernick inquiry (.2); memo to Frankel (.1). |
| 03/09/06 | PVL | 760.00 | 0.30 | Teleconference EI (.2); review e-mail (.1). |
| 03/14/06 | PVL | 760.00 | 0.10 | Review e-mail and reply. |

{D0059676:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/17/06 | PVL | 760.00 | 1.20 | Review e-mail (.1); confer NDF (.9); review EI memo (.1); teleconference EI (.1). |
| 03/20/06 | PVL | 760.00 | 0.20 | Review Austern memo (.1); review e-mail and reply (.1). |
| 03/22/06 | PVL | 760.00 | 1.20 | Confer EI (.3); review e-mail (.2); confer Cooney, Budd, Austern, Frankel, EI et al (.7). |
| 03/29/06 | PVL | 760.00 | 0.20 | E-mail Horkovich. |

**Total Task Code .17     9.20**

**Relief from Stay Proceedings (1.80 Hours; $ 1,090.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $760 | 228.00 |
| Scott D. Michel | 1.50 | $575 | 862.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/07/06 | PVL | 760.00 | 0.30 | Review WRG and Montana briefs re injunction appeal. |
| 03/21/06 | SDM | 575.00 | 1.50 | Review memo regarding restitution issues; conferences; email KB regarding same. |

**Total Task Code .18     1.80**

**Tax Issues (1.30 Hours; $ 754.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 1.30 | $580 | 754.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0059676:1 }

| 03/16/06 | RER | 580.00 | 1.30 | Review circuit court decision and follow up w/LTC re: plan issues |
|---|---|---|---|---|

**Total Task Code .19     1.30**


**Travel – Non Working (56.70 Hours; $ 10,107.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.00 | $417.50 | 835.00 |
| Peter Van N. Lockwood | 2.70 | $380.00 | 1,026.00 |
| Jeffrey A. Liesemer | 7.30 | $212.50 | 1,551.25 |
| James P. Wehner | 14.60 | $202.50 | 2,956.50 |
| Danielle K. Graham | 7.00 | $145.00 | 1,015.00 |
| Adam L. VanGrack | 15.80 | $125.00 | 1,975.00 |
| Stacie M. Evans | 7.30 | $102.50 | 748.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/06 | PVL | 380.00 | 0.90 | Return travel to DC (half). |
| 03/08/06 | JPW | 202.50 | 3.90 | Travel to Oaks deposition - Alabama |
| 03/09/06 | JPW | 202.50 | 5.50 | Travel from Oaks deposition to DC |
| 03/13/06 | JAL | 212.50 | 3.80 | Travel from DC to Boston for estimation-related document review at Grace document repository. |
| 03/13/06 | ALV | 125.00 | 4.00 | Travel from Washington DC to Boston for review of documents in repository. |
| 03/13/06 | JPW | 202.50 | 2.50 | Travel to Boston |
| 03/13/06 | SME | 102.50 | 3.80 | Travel to Boston for document review. |
| 03/14/06 | DKG | 145.00 | 7.00 | Travel to/from Boston for document review. |
| 03/14/06 | JPW | 202.50 | 2.70 | Travel to D.C. |
| 03/15/06 | JAL | 212.50 | 3.50 | Return travel to DC following estimation-related document review in Boston. |

{D0059676:1 }

| 03/15/06 | ALV | 125.00 | 4.00 | Travel from Boston back to Washington DC following document review at repository. |
| 03/15/06 | SME | 102.50 | 3.50 | Return travel after document review. |
| 03/22/06 | EI  | 417.50 | 2.00 | Non-working travel to DC and return to NY. |
| 03/27/06 | PVL | 380.00 | 1.80 | Travel to Wilmington for hearing (1/3). |
| 03/29/06 | ALV | 125.00 | 7.80 | Travel from Washington, D.C. to Boston, MA (4.0); travel from Boston, MA to Washington, D.C. (3.8). |

**Total Task Code .21**     **56.70**


**Fee Auditor Matters (5.00 Hours; $ 2,175.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.00 | $435 | 2,175.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/06/06 | RCT | 435.00 | 2.50 | Draft reply to fee auditor. |
| 03/07/06 | RCT | 435.00 | 2.50 | Revise and edit response to fee auditor |

**Total Task Code .32**     **5.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 7,029.80 |
| Air Freight & Express Mail | 821.40 |
| Charge of Cell and/or Home Phone Useage | 19.35 |
| Court Reporting/Transcript Service | 456.30 |
| Database Research | 2,431.37 |
| Long Distance-Equitrac In-House | 20.55 |
| Meals Related to Travel | 942.05 |
| Miscellaneous: Client Advances | 581.55 |
| NYO Long Distance Telephone | 69.58 |
| Outside Photocopying/Duplication Service | 3,034.42 |
| Professional Fees & Expert Witness Fees | 16,190.00 |
| Research Material | 1,109.16 |
| Telecopier/Equitrac | 61.50 |
| Travel Expenses - Ground Transportation | 1,393.58 |
| Travel Expenses - Hotel Charges | 3,169.85 |
| Xeroxing | 375.00 |
| Total: | $37,705.46 |

{D0059676:1 }