**EXHIBIT B**

**Case Administration (41.7 Hours; $ 13,186.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        41.7

**Claim Analysis Objection & Resolution (Asbestos) (.5 Hours; $ 380.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**        .5

**Claim Analysis Objection & Resolution (Asbestos) (4.4 Hours; $ 2,606.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**        4.4

**Employment Applications, Others (2.9 Hours; $ 594.50)**

      Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**        2.9

**Fee Applications, Applicant (2.1 Hours; $ 853.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**        2.1

**Financing (3.5 Hours; $ 2,922.50)**

Services rendered in this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14        3.5**


**Litigation and Litigation Consulting (376.0 Hours; $ 126,145.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        376.0**


**Plan & Disclosure Statement (9.2 Hours; $ 7,029.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        9.2**


**Relief from Stay Proceedings (1.8 Hours; $ 1,090.50)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18        1.8**


**Tax Issues (1.3 Hours; $ 754.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19        1.3**


**Travel Non-Working (56.7 Hours; $ 10,107.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        56.7**
**Fee Auditor Matters (5.0 Hours; $ 2,175.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

{D0059677:1 }

**Total Task Code .32          5.0**

{D0059677:1 }