## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 7,029.80 |
| Air Freight & Express Mail | 821.40 |
| Charge of Cell and/or Home Phone Useage | 19.35 |
| Court Reporting/Transcript Service | 456.30 |
| Database Research | 2,431.37 |
| Long Distance-Equitrac In-House | 20.55 |
| Meals Related to Travel | 942.05 |
| Miscellaneous: Client Advances | 581.55 |
| NYO Long Distance Telephone | 69.58 |
| Outside Photocopying/Duplication Service | 3,034.42 |
| Professional Fees & Expert Witness Fees | 16,190.00 |
| Research Material | 1,109.16 |
| Telecopier/Equitrac | 61.50 |
| Travel Expenses - Ground Transportation | 1,393.58 |
| Travel Expenses - Hotel Charges | 3,169.85 |
| Xeroxing | 375.00 |
| Total: | $37,705.46 |