```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                              Page:   1
Matter     000                     Disbursements                                                                          4/24/2006
                                                                                                                  Print Date/Time:
                                                                                                                        04/24/2006
                                                                                                                         5:11:58PM
Attn:                                                                                                                    Invoice #

                                              PREBILL / CONTROL REPORT
                                                                       Trans Date Range:  1/1/1950 to: 3/31/2006
Matter     000
Disbursements
Bill Cycle:         Monthly         Style:         i1         Start:    4/16/2001
                                                                  Last Billed : 3/24/2006                            13,655




  Trust Amount Available

                                    Total Expenses Billed To Date      $366,576.14

                                                                   Billing Empl:         0120      Elihu  Inselbuch
                                                                   Responsible Empl:     0120      Elihu  Inselbuch
                                                                   Alternate Empl:       0120      Elihu  Inselbuch
                                                                   Originating Empl:     0120      Elihu  Inselbuch




Summary   by Employee
                                              ---------- A C T U A L ----------       ---------- B I L L I N G---------
 Empl     Initials    Name                       Hours              Amount               Hours              Amount

 0020     PVL         Peter Van N Lockwood        0.00              684.43                0.00              608.43
 0120     EI          Elihu  Inselbuch            0.00              418.80                0.00              334.80
 0122     SME         Stacie M Evans              0.00            2,339.97                0.00            2,339.97
 0187     NDF         Nathan D Finch              0.00           16,200.33                0.00           16,200.33
 0199     ADK         Andrew D Katznelson         0.00                1.05                0.00                1.05
 0208     MP          Mitzie  Patrick             0.00                0.60                0.00                0.60
 0213     DAR         Deborah A Russell           0.00               10.20                0.00               10.20
 0220     SKL         Suzanne K Lurie             0.00                2.10                0.00                2.10
 0232     LK          Lauren  Karastergiou        0.00               15.75                0.00               15.75
 0237     SRB         Sidney R Barnes             0.00                8.40                0.00                8.40
 0245     PT          Paula  Taylor-Brooks        0.00                6.75                0.00                6.75
 0246     NO          Nickie  Ochoa               0.00                1.50                0.00                1.50
 0251     JO          Joan  O'Brien               0.00                1.20                0.00                1.20
 0308     DBS         David B Smith               0.00            4,870.72                0.00            4,870.72
 0310     DKG         Danielle K Graham           0.00            1,934.21                0.00            1,934.21
 0317     JAL         Jeffrey A Liesemer          0.00            2,112.53                0.00            2,112.53
 0327     ALV         Adam L VanGrack             0.00            2,415.96                0.00            2,415.96
 0334     JPW         James P Wehner              0.00            3,113.53                0.00            3,113.53
 0999     C&D         Caplin &. Drysdale          0.00            3,727.43                0.00            3,727.43
                                                  0.00           37,865.46                0.00           37,705.46
Total Fees




Summary   by Employee
                                              ---------- A C T U A L ----------       ---------- B I L L I N G---------
 Empl     Initials    Name                    Rate      Hours          Amount         Rate       Hours          Amount

Total Fees
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                               Page:   1

Matter     000                     Disbursements                                                                                          4/24/2006
                                                                                                                                          Print Date/Time:
                                                                                                                                          04/24/2006
                                                                                                                                          5:11:58PM
Attn:                                                                                                                                     Invoice #
```

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ACTUAL |  |  | BILLING |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1921819 | Equitrac - Long Distance to 9082829198 | E | 03/01/2006 | 0999 | C&D | 0.00 | | $1.14 | 0.00 | | $1.14 | 1.14 |
| 1921896 | Photocopy | E | 03/01/2006 | 0999 | C&D | 0.00 | | $44.40 | 0.00 | | $44.40 | 45.54 |
| 1923665 | Equitrac - Long Distance to 3105819309 | E | 03/02/2006 | 0999 | C&D | 0.00 | | $0.16 | 0.00 | | $0.16 | 45.70 |
| 1923760 | Photocopy | E | 03/02/2006 | 0232 | LK | 0.00 | | $2.25 | 0.00 | | $2.25 | 47.95 |
| 1923769 | Photocopy | E | 03/02/2006 | 0232 | LK | 0.00 | | $1.50 | 0.00 | | $1.50 | 49.45 |
| 1923839 | Fax Transmission to 58432169290 | E | 03/02/2006 | 0232 | LK | 0.00 | | $0.90 | 0.00 | | $0.90 | 50.35 |
| 1923840 | Fax Transmission to 53125516759 | E | 03/02/2006 | 0232 | LK | 0.00 | | $0.90 | 0.00 | | $0.90 | 51.25 |
| 1923841 | Fax Transmission to 52123440994 | E | 03/02/2006 | 0232 | LK | 0.00 | | $0.90 | 0.00 | | $0.90 | 52.15 |
| 1923842 | Fax Transmission to 52145239157 | E | 03/02/2006 | 0232 | LK | 0.00 | | $0.90 | 0.00 | | $0.90 | 53.05 |
| 1923843 | Fax Transmission to 512032522562 | E | 03/02/2006 | 0232 | LK | 0.00 | | $0.90 | 0.00 | | $0.90 | 53.95 |
| 1923969 | PVNL; Travel expenses to NYC for meetings on 2/27-28 (split between 4642/5091) for dinner with EI | E | 03/03/2006 | 0020 | PVL | 0.00 | | $154.98 | 0.00 | | $154.98 | 208.93 |
| 1923971 | PVNL; Travel expenses to NYC for meetings on 2/27-28 (split between 4642/5091) for Double Tree hotel | E | 03/03/2006 | 0020 | PVL | 0.00 | | $240.45 | 0.00 | | $240.45 | 449.38 |
| 1924089 | Equitrac - Long Distance to 2123199240 | E | 03/03/2006 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 449.53 |
| 1924112 | Equitrac - Long Distance to 8054993572 | E | 03/03/2006 | 0999 | C&D | 0.00 | | $0.44 | 0.00 | | $0.44 | 449.97 |
| 1924113 | Equitrac - Long Distance to 8054993572 | E | 03/03/2006 | 0999 | C&D | 0.00 | | $0.44 | 0.00 | | $0.44 | 450.41 |
| 1924142 | Photocopy | E | 03/03/2006 | 0999 | C&D | 0.00 | | $130.50 | 0.00 | | $130.50 | 580.91 |
| 1924305 | Petty Cash PVNL cab expenses in NYC for meetings on 2/27-28 (split with 5091) | E | 03/06/2006 | 0020 | PVL | 0.00 | | $25.00 | 0.00 | | $25.00 | 605.91 |
| 1924404 | Photocopy | E | 03/06/2006 | 0232 | LK | 0.00 | | $1.65 | 0.00 | | $1.65 | 607.56 |
| 1924448 | Photocopy | E | 03/06/2006 | 0199 | ADK | 0.00 | | $1.05 | 0.00 | | $1.05 | 608.61 |
| 1924477 | Fax Transmission to 512145201181 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 609.36 |
| 1924478 | Fax Transmission to 512148248100 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 610.11 |
| 1924479 | Fax Transmission to 517136501400 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 610.86 |
| 1924480 | Fax Transmission to 513125516759 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 611.61 |
| 1924481 | Fax Transmission to 518432169290 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 612.36 |
| 1924482 | Fax Transmission to 514067527124 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 613.11 |
| 1924483 | Fax Transmission to 512148248100 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 613.86 |
| 1924484 | Fax Transmission to 513026565875 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 614.61 |
| 1924485 | Fax Transmission to 515108354913 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 615.36 |
| 1924486 | Fax Transmission to 512165750799 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 616.11 |
| 1924487 | Fax Transmission to 513053796222 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 617.01 |
| 1924488 | Fax Transmission to 514124718308 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 617.76 |
| 1924489 | Fax Transmission to 512123440994 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 618.51 |
| 1924490 | Fax Transmission to 513024269947 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 618.66 |
| 1924491 | Fax Transmission to 514122615066 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 619.41 |
| 1924493 | Fax Transmission to 516179510679 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 620.16 |
| 1924494 | Fax Transmission to 518432169450 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 620.91 |
| 1924495 | Fax Transmission to 513024269947 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 621.51 |
| 1924498 | Fax Transmission to 512148248100 | E | 03/06/2006 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 622.11 |
| 1924546 | Equitrac - Long Distance to 3024261900 | E | 03/07/2006 | 0999 | C&D | 0.00 | | $0.28 | 0.00 | | $0.28 | 622.39 |
| 1924670 | Photocopy | E | 03/07/2006 | 0213 | DAR | 0.00 | | $0.45 | 0.00 | | $0.45 | 622.84 |
| 1924671 | Photocopy | E | 03/07/2006 | 0213 | DAR | 0.00 | | $0.45 | 0.00 | | $0.45 | 623.29 |
| 1924698 | Photocopy | E | 03/07/2006 | 0232 | LK | 0.00 | | $0.90 | 0.00 | | $0.90 | 624.19 |
| 1924735 | Fax Transmission to 518432169290 | E | 03/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 624.64 |
| 1924736 | Fax Transmission to 513125516759 | E | 03/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 625.09 |
| 1924737 | Fax Transmission to 512145239157 | E | 03/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 625.54 |
| 1924738 | Fax Transmission to 512123440994 | E | 03/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 625.99 |
| 1924739 | Fax Transmission to 512032522562 | E | 03/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 626.44 |
| 1924918 | Photocopy | E | 03/08/2006 | 0220 | SKL | 0.00 | | $1.20 | 0.00 | | $1.20 | 627.64 |
| 1924924 | Photocopy | E | 03/08/2006 | 0246 | NO | 0.00 | | $1.50 | 0.00 | | $1.50 | 629.14 |
| 1924974 | Photocopy | E | 03/08/2006 | 0237 | SRB | 0.00 | | $8.40 | 0.00 | | $8.40 | 637.54 |
| 1925414 | SME; Travel exepses to Boston for document review on 1/25-26 for means | E | 03/09/2006 | 0122 | SME | 0.00 | | $120.59 | 0.00 | | $120.59 | 758.13 |
| 1925415 | SME; Travel exepses to Boston for document review on 1/25-26 for Nine Zero hotel | E | 03/09/2006 | 0122 | SME | 0.00 | | $492.52 | 0.00 | | $492.52 | 1,250.65 |
| 1925416 | SME; Travel exepses to Boston for document review on 1/25-26 for cabs | E | 03/09/2006 | 0122 | SME | 0.00 | | $37.00 | 0.00 | | $37.00 | 1,287.65 |
| 1925417 | SME; Travel expenses to Boston for document review on 12/19-22 for meals | E | 03/09/2006 | 0122 | SME | 0.00 | | $109.83 | 0.00 | | $109.83 | 1,397.48 |
| 1925418 | SME; Travel expenses to Boston for document review on 12/19-22 for Omni hotel | E | 03/09/2006 | 0122 | SME | 0.00 | | $401.43 | 0.00 | | $401.43 | 1,798.91 |
| 1925419 | SME; Travel expenses to Boston for document | E | 03/09/2006 | 0122 | SME | 0.00 | | $60.00 | 0.00 | | $60.00 | 1,858.91 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/24/2006 |

Print Date/Time:
04/24/2006
5:11:58PM

Attn:                                                                                                                                              Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Billed | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| | review on 12/19-22 for cabs | | | | | | | | | |
| 1925517 | Equitrac - Long Distance to 8054993572 | E | 03/09/2006 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 1,859.22 |
| 1926320 | BostonCoach service for DKG in Boston on 1/25-27 | E | 03/09/2006 | 0310 | DKG | 0.00 | $329.25 | 0.00 | $329.25 | 2,188.47 |
| 1926321 | BostonCoach service for DBS in Boston on 1/25 | E | 03/09/2006 | 0308 | DBS | 0.00 | $84.25 | 0.00 | $84.25 | 2,272.72 |
| 1927172 | Photocopy | E | 03/13/2006 | 0251 | JO | 0.00 | $0.15 | 0.00 | $0.15 | 2,272.87 |
| 1927260 | Photocopy | E | 03/14/2006 | 0208 | MP | 0.00 | $0.15 | 0.00 | $0.15 | 2,273.02 |
| 1927261 | Photocopy | E | 03/14/2006 | 0208 | MP | 0.00 | $0.45 | 0.00 | $0.45 | 2,273.47 |
| 1927291 | Photocopy | E | 03/14/2006 | 0213 | DAR | 0.00 | $5.40 | 0.00 | $5.40 | 2,278.87 |
| 1926353 | ADA Travel for PVNL to NYC on 2/27 (coach fare 336.00) (split w/5091) | E | 03/14/2006 | 0020 | PVL | 0.00 | $244.00 | 0.00 | $168.00 | 2,446.87 |
| 1926355 | ADA Travel Agency fee on PVNL 2/27 travel to NYC (split with 5091) | E | 03/14/2006 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 2,466.87 |
| 1926368 | Federal Express to Jon Herberling from DBS on 2/23 | E | 03/14/2006 | 0308 | DBS | 0.00 | $41.84 | 0.00 | $41.84 | 2,508.71 |
| 1926389 | Laurie B. Green, Inc; Certified copy of deposition of Dr. Walter A. Oaks taken 3/9 | E | 03/14/2006 | 0334 | JPW | 0.00 | $674.60 | 0.00 | $674.60 | 3,183.31 |
| 1926390 | JPW; Travel expenses to Mobile to take deposition of Dr. Walter L. Oaks on 3/8-9 for meals | E | 03/14/2006 | 0334 | JPW | 0.00 | $47.28 | 0.00 | $47.28 | 3,230.59 |
| 1926391 | JPW; Travel expenses to Mobile to take deposition of Dr. Walter L. Oaks on 3/8-9 for Radisson admiral Semmes hotel | E | 03/14/2006 | 0334 | JPW | 0.00 | $185.65 | 0.00 | $185.65 | 3,416.24 |
| 1926392 | JPW; Travel expenses to Mobile to take deposition of Dr. Walter L. Oaks on 3/8-9 for airport and hotel parking and Hertz car rental | E | 03/14/2006 | 0334 | JPW | 0.00 | $134.13 | 0.00 | $134.13 | 3,550.37 |
| 1926871 | Equitrac - Long Distance to 2032522551 | E | 03/14/2006 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 3,550.93 |
| 1927402 | Air Freight & Express Mail - COD - Fed Express | E | 03/15/2006 | 0999 | C&D | 0.00 | $674.60 | 0.00 | $674.60 | 4,225.53 |
| 1927866 | Equitrac - Long Distance to 2052515900 | E | 03/15/2006 | 0999 | C&D | 0.00 | $0.64 | 0.00 | $0.64 | 4,226.17 |
| 1927884 | Equitrac - Long Distance to 3024261900 | E | 03/15/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 4,226.24 |
| 1927889 | Equitrac - Long Distance to 3024269910 | E | 03/15/2006 | 0999 | C&D | 0.00 | $0.89 | 0.00 | $0.89 | 4,227.13 |
| 1927953 | Photocopy | E | 03/15/2006 | 0213 | DAR | 0.00 | $1.50 | 0.00 | $1.50 | 4,228.63 |
| 1927968 | Photocopy | E | 03/15/2006 | 0999 | C&D | 0.00 | $20.10 | 0.00 | $20.10 | 4,248.73 |
| 1928085 | LexisNexis Courtlink research through 2/28 | E | 03/15/2006 | 0308 | DBS | 0.00 | $1,109.16 | 0.00 | $1,109.16 | 5,357.89 |
| 1928092 | Landmark Document Services; Imaging: BB slipsheets | E | 03/15/2006 | 0308 | DBS | 0.00 | $3,034.42 | 0.00 | $3,034.42 | 8,392.31 |
| 1928110 | Federal Express to David Smith from Merrill Corporation on 2/27 | E | 03/16/2006 | 0999 | C&D | 0.00 | $55.96 | 0.00 | $55.96 | 8,448.27 |
| 1928061 | VOID and DELETED Check from CheckRec - Laurie B. Green, Inc; Certified copy of deposition of Dr. Walter A. Oaks taken 3/9 | E | 03/16/2006 | 0334 | JPW | 0.00 | -$674.60 | 0.00 | -$674.60 | 7,773.67 |
| 1928226 | Photocopy | E | 03/16/2006 | 0251 | JO | 0.00 | $0.45 | 0.00 | $0.45 | 7,774.12 |
| 1928788 | VOID and DELETED Check from CheckRec - Landmark Document Services; Imaging: BB slipsheets | E | 03/17/2006 | 0308 | DBS | 0.00 | -$3,034.42 | 0.00 | -$3,034.42 | 4,739.70 |
| 1928793 | Landmark Document Service; Imaging: BB slipsheets | E | 03/17/2006 | 0308 | DBS | 0.00 | $3,034.42 | 0.00 | $3,034.42 | 7,774.12 |
| 1928799 | Snyder Miller & Orton; Services rendered thru 2/28 | E | 03/17/2006 | 0187 | NDF | 0.00 | $15,990.00 | 0.00 | $15,990.00 | 23,764.12 |
| 1928800 | JAL; Travel expenses in Boston for document review on 3/13-15 for meals | E | 03/17/2006 | 0317 | JAL | 0.00 | $211.01 | 0.00 | $211.01 | 23,975.13 |
| 1928801 | JAL; Travel expenses in Boston for document review on 3/13-15 for Nine Zero hotel | E | 03/17/2006 | 0317 | JAL | 0.00 | $739.92 | 0.00 | $739.92 | 24,715.05 |
| 1928802 | JAL; Travel expenses in Boston for document review on 3/13-15 for cabs | E | 03/17/2006 | 0317 | JAL | 0.00 | $43.00 | 0.00 | $43.00 | 24,758.05 |
| 1929418 | Equitrac - Long Distance to 2123199240 | E | 03/17/2006 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 24,758.14 |
| 1929432 | Equitrac - Long Distance to 2123199240 | E | 03/17/2006 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 24,758.35 |
| 1929438 | Equitrac - Long Distance to 2123199240 | E | 03/17/2006 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 24,758.57 |
| 1929529 | Photocopy | E | 03/17/2006 | 0999 | C&D | 0.00 | $35.85 | 0.00 | $35.85 | 24,794.42 |
| 1929545 | Photocopy | E | 03/17/2006 | 0999 | C&D | 0.00 | $89.70 | 0.00 | $89.70 | 24,884.12 |
| 1929546 | Photocopy | E | 03/17/2006 | 0232 | LK | 0.00 | $3.45 | 0.00 | $3.45 | 24,887.57 |
| 1929576 | Fax Transmission to 512145201181 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,888.92 |
| 1929577 | Fax Transmission to 512148248100 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,890.27 |
| 1929578 | Fax Transmission to 517136501400 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,891.62 |
| 1929579 | Fax Transmission to 513125516759 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,892.97 |
| 1929580 | Fax Transmission to 513026565875 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,894.32 |
| 1929581 | Fax Transmission to 512165750799 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,895.67 |
| 1929582 | Fax Transmission to 513053796222 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,897.02 |
| 1929583 | Fax Transmission to 514124718308 | E | 03/17/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 24,897.17 |
| 1929584 | Fax Transmission to 512123440994 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,898.52 |
| 1929585 | Fax Transmission to 514122615066 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,899.87 |
| 1929586 | Fax Transmission to 518432169450 | E | 03/17/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 24,900.02 |
| 1929587 | Fax Transmission to 518432169290 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,901.37 |
| 1929588 | Fax Transmission to 514067527124 | E | 03/17/2006 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24,902.72 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                                               Page:    1
Matter    000                     Disbursements                                                                                                         4/24/2006
                                                                                                                                                   Print Date/Time:
                                                                                                                                                        04/24/2006
                                                                                                                                                        5:11:58PM
Attn:                                                                                                                                                   Invoice #
1929589   Fax Transmission to 515108354913                E   03/17/2006   0999   C&D     0.00      $1.35        0.00       $1.35     24,904.07
1929590   Fax Transmission to 514124718308                E   03/17/2006   0999   C&D     0.00      $0.90        0.00       $0.90     24,904.97
1929592   Fax Transmission to 513024269947                E   03/17/2006   0999   C&D     0.00      $1.35        0.00       $1.35     24,906.32
1929593   Fax Transmission to 518432169450                E   03/17/2006   0999   C&D     0.00      $0.90        0.00       $0.90     24,907.22
1929594   Fax Transmission to 514124718308                E   03/17/2006   0999   C&D     0.00      $0.30        0.00       $0.30     24,907.52
1929595   Fax Transmission to 518432169450                E   03/17/2006   0999   C&D     0.00      $0.30        0.00       $0.30     24,907.82
1929635   JPW;  Travel expenses to Boston for document    E   03/20/2006   0334   JPW     0.00     $45.61        0.00      $45.61     24,953.43
          review on 3/13-14 for meals
1929636   JPW;  Travel expenses to Boston for document    E   03/20/2006   0334   JPW     0.00    $369.96        0.00     $369.96     25,323.39
          review on 3/13-14 for Hotel Nine Zero
1929637   JPW;  Travel expenses to Boston for document    E   03/20/2006   0334   JPW     0.00     $30.00        0.00      $30.00     25,353.39
          review on 3/13-14 for airport parking
1929645   Federal Express to Warren Smith from EI on 3/7  E   03/20/2006   0120   EI      0.00     $29.50        0.00      $29.50     25,382.89
1929916   Photocopy                                       E   03/20/2006   0245   PT      0.00      $6.75        0.00       $6.75     25,389.64
1930265   ADA Travel   DKG coach fare to Boston on 12/19/05 E 03/21/2006   0310   DKG     0.00    $840.40        0.00     $840.40     26,230.04
1930266   ADA Travel   Agency fee on DKG coach fare to    E   03/21/2006   0310   DKG     0.00     $40.00        0.00      $40.00     26,270.04
          Boston on 12/19/05
1930268   ADA Travel   coach fare for JPW to Atlanta and  E   03/21/2006   0334   JPW     0.00   $1,141.70       0.00    $1,141.70    27,411.74
          Mobile on 3/8
1930269   ADA Travel   Agency fee on coach fare for JPW to E  03/21/2006   0334   JPW     0.00     $40.00        0.00      $40.00     27,451.74
          Atlanta and Mobile on 3/8
1930272   ADA Travel   coach fare for ALV to Boston on 3/13 E 03/21/2006   0327   ALV     0.00   $1,078.60       0.00    $1,078.60    28,530.34
1930273   ADA Travel   Agency fee oncoach fare for ALV to E   03/21/2006   0327   ALV     0.00     $40.00        0.00      $40.00     28,570.34
          Boston on 3/13
1930274   ADA Travel   SME coach fare to Boston on 3/13   E   03/21/2006   0122   SME     0.00   $1,078.60       0.00    $1,078.60    29,648.94
1930275   ADA Travel   Agency fee on SME coach fare to    E   03/21/2006   0122   SME     0.00     $40.00        0.00      $40.00     29,688.94
          Boston on 3/13
1930276   ADA Travel   JPW coach fare to Boston on 3/13   E   03/21/2006   0334   JPW     0.00   $1,078.60       0.00    $1,078.60    30,767.54
1930277   ADA Travel Agency fee on  JPW coach fare to     E   03/21/2006   0334   JPW     0.00     $40.00        0.00      $40.00     30,807.54
          Boston on 3/13
1930278   ADA Travel   JAL coach fare to Boston on 3/13   E   03/21/2006   0317   JAL     0.00   $1,078.60       0.00    $1,078.60    31,886.14
1930279   ADA Travel   Agency fee on  JAL coach fare to   E   03/21/2006   0317   JAL     0.00     $40.00        0.00      $40.00     31,926.14
          Boston on 3/13
1930922   Equitrac - Long Distance to 2122849588          E   03/22/2006   0999   C&D     0.00      $0.24        0.00       $0.24     31,926.38
1930923   Equitrac - Long Distance to 6175420300          E   03/22/2006   0999   C&D     0.00      $0.06        0.00       $0.06     31,926.44
1930944   Equitrac - Long Distance to 3043453330          E   03/22/2006   0999   C&D     0.00      $0.74        0.00       $0.74     31,927.18
1930952   Equitrac - Long Distance to 3053502403          E   03/22/2006   0999   C&D     0.00      $2.75        0.00       $2.75     31,929.93
1930954   Equitrac - Long Distance to 3053502403          E   03/22/2006   0999   C&D     0.00      $0.24        0.00       $0.24     31,930.17
1930965   Equitrac - Long Distance to 3053502403          E   03/22/2006   0999   C&D     0.00      $3.57        0.00       $3.57     31,933.74
1930966   Equitrac - Long Distance to 3053502403          E   03/22/2006   0999   C&D     0.00      $0.07        0.00       $0.07     31,933.81
1930969   Equitrac - Long Distance to 2122781322          E   03/22/2006   0999   C&D     0.00      $0.11        0.00       $0.11     31,933.92
1930972   Equitrac - Long Distance to 2032471834          E   03/22/2006   0999   C&D     0.00      $0.08        0.00       $0.08     31,934.00
1930977   Equitrac - Long Distance to 3053502403          E   03/22/2006   0999   C&D     0.00      $2.25        0.00       $2.25     31,936.25
1930979   Equitrac - Long Distance to 3053502403          E   03/22/2006   0999   C&D     0.00      $0.26        0.00       $0.26     31,936.51
1930980   Equitrac - Long Distance to 3053502403          E   03/22/2006   0999   C&D     0.00      $0.20        0.00       $0.20     31,936.71
1931105   Fax Transmission to 52024293301                 E   03/22/2006   0232   LK      0.00      $0.60        0.00       $0.60     31,937.31
1931115   Fax Transmission to 3398500                     E   03/22/2006   0999   C&D     0.00      $0.15        0.00       $0.15     31,937.46
1931249   Equitrac - Long Distance to 6174265900          E   03/23/2006   0999   C&D     0.00      $0.07        0.00       $0.07     31,937.53
1931387   Photocopy                                       E   03/23/2006   0251   JO      0.00      $0.45        0.00       $0.45     31,937.98
1931401   Photocopy                                       E   03/23/2006   0251   JO      0.00      $0.15        0.00       $0.15     31,938.13
1931468   Photocopy                                       E   03/23/2006   0999   C&D     0.00     $10.80        0.00      $10.80     31,948.93
1931481   Photocopy                                       E   03/23/2006   0232   LK      0.00      $0.90        0.00       $0.90     31,949.83
1931531   Fax Transmission to 512145201181                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,950.43
1931534   Fax Transmission to 512148248100                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,951.03
1931535   Fax Transmission to 517136501400                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,951.63
1931536   Fax Transmission to 513125516759                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,952.23
1931537   Fax Transmission to 518432169290                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,952.83
1931539   Fax Transmission to 514067527124                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,953.43
1931540   Fax Transmission to 515108354913                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,954.03
1931541   Fax Transmission to 512165750799                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,954.63
1931542   Fax Transmission to 513053796222                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,955.23
1931543   Fax Transmission to 514124718308                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,955.83
1931544   Fax Transmission to 512123440994                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,956.43
1931545   Fax Transmission to 513024269947                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,957.03
1931546   Fax Transmission to 513026565875                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,957.63
1931547   Fax Transmission to 518432169450                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,958.23
1931551   Fax Transmission to 514122615066                E   03/23/2006   0999   C&D     0.00      $0.60        0.00       $0.60     31,958.83
1931702   Photocopy                                       E   03/24/2006   0334   JPW     0.00      $0.60        0.00       $0.60     31,959.43
1931314   Equitrac - Long Distance to 7708663200          E   03/24/2006   0999   C&D     0.00      $0.08        0.00       $0.08     31,959.51
1931315   Equitrac - Long Distance to 6784931736          E   03/24/2006   0999   C&D     0.00      $0.05        0.00       $0.05     31,959.56
1931316   Equitrac - Long Distance to 2032522564          E   03/24/2006   0999   C&D     0.00      $0.05        0.00       $0.05     31,959.61
1931332   Equitrac - Long Distance to 2483582460          E   03/24/2006   0999   C&D     0.00      $0.15        0.00       $0.15     31,959.76
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                         Page:     1
Matter     000                    Disbursements                                                                                   4/24/2006
                                                                                                                              Print Date/Time:
                                                                                                                                  04/24/2006
                                                                                                                                   5:11:58PM
Attn:                                                                                                                             Invoice #
1931333    Equitrac - Long Distance to 9195131345        E   03/24/2006  0999  C&D      0.00      $0.05      0.00      $0.05      31,959.81
1931334    Equitrac - Long Distance to 3604797707        E   03/24/2006  0999  C&D      0.00      $0.08      0.00      $0.08      31,959.89
1931335    Equitrac - Long Distance to 4159624402        E   03/24/2006  0999  C&D      0.00      $0.05      0.00      $0.05      31,959.94
1931151    Premiere Global Service  for conference calls E   03/24/2006  0999  C&D      0.00      $9.02      0.00      $9.02      31,968.96
           service during February by Sidney Barnes
1931157    Premiere Global Service for conference call   E   03/24/2006  0187  NDF      0.00     $10.33      0.00     $10.33      31,979.29
           service for NDF in February
1931181    National Depo;  Andrew Harron deposition on 1/12 E 03/24/2006 0310  DKG      0.00    $456.30      0.00    $456.30      32,435.59
1931192    EI;  Travel expenses to DC re Mediation &     E   03/24/2006  0120  EI       0.00    $153.30      0.00    $153.30      32,588.89
           Discussion w/Property Damage Comm on 3/22 for
           o/w Shuttle NY to DC
1931193    EI;  Travel expenses to DC re Mediation &     E   03/24/2006  0120  EI       0.00    $236.00      0.00    $152.00      32,740.89
           Discussion w/Property Damage Comm on 3/22 for
           Acela train fare DC to NY   (coach fare 152.00)
1931783    Petty Cash  Meal expenses for DKG in Boston on E   03/27/2006  0310  DKG     0.00     $26.76      0.00     $26.76      32,767.65
           3/14
1932255    Photocopy                                     E   03/27/2006  0220  SKL      0.00      $0.90      0.00      $0.90      32,768.55
1932334    Photocopy                                     E   03/27/2006  0999  C&D      0.00      $0.60      0.00      $0.60      32,769.15
1932402    Federal Express to David Smith from Dan Tibor on E 03/28/2006 0308  DBS      0.00     $19.50      0.00     $19.50      32,788.65
           3/15
1932411    ALV;  Travel expenses to Boston for document  E   03/28/2006  0327  ALV      0.00    $225.99      0.00    $225.99      33,014.64
           review at debtor's repository on 3/13-15  for
           meals
1932412    ALV;  Travel expenses to Boston for document  E   03/28/2006  0327  ALV      0.00    $739.92      0.00    $739.92      33,754.56
           review at debtor's repository on 3/13-15  for
           Hotel Nine-Zero
1932413    ALV;  Travel expenses to Boston for document  E   03/28/2006  0327  ALV      0.00     $50.00      0.00     $50.00      33,804.56
           review at debtor's repository on 3/13-15 for cabs
1933088    Equitrac - Long Distance to 2123199240        E   03/29/2006  0999  C&D      0.00      $0.10      0.00      $0.10      33,804.66
1933308    BostonCoach service for ALV  t/f Logan airport E   03/29/2006  0327  ALV      0.00    $236.25      0.00    $236.25      34,040.91
           in Boston on 3/13-15
1933312    BostonCoach  service for DKG t/f Logan airport E   03/29/2006  0310  DKG      0.00    $241.50      0.00    $241.50      34,282.41
           in Boston on 3/14
1933324    Blue Star Group cab for ALV to National airport E  03/29/2006  0327  ALV      0.00     $45.20      0.00     $45.20      34,327.61
           on 3/13
1935986    Claims Resolution Mgmt; Certificate of reports E   03/29/2006  0187  NDF      0.00    $200.00      0.00    $200.00      34,527.61
           regarding high volume doctors & Manbille Trust
           claim filings
1933336    Research Associates;  Articles                E   03/30/2006  0308  DBS      0.00    $581.55      0.00    $581.55      35,109.16
1934577    Equitrac - Long Distance to 8054993572        E   03/30/2006  0999  C&D      0.00      $0.13      0.00      $0.13      35,109.29
1934579    Equitrac - Long Distance to 2123199240        E   03/30/2006  0999  C&D      0.00      $0.09      0.00      $0.09      35,109.38
1934625    Equitrac - Long Distance to 2122781322        E   03/30/2006  0999  C&D      0.00      $1.75      0.00      $1.75      35,111.13
1934626    Equitrac - Long Distance to 3024261900        E   03/30/2006  0999  C&D      0.00      $1.73      0.00      $1.73      35,112.86
1934879    Fax Transmission to 512145201181              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,113.61
1934880    Fax Transmission to 512148248100              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,114.36
1934881    Fax Transmission to 517136501400              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,115.11
1934882    Fax Transmission to 513125516759              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,115.86
1934883    Fax Transmission to 518432169290              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,116.61
1934884    Fax Transmission to 514067527124              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,117.36
1934885    Fax Transmission to 513026565875              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,118.11
1934886    Fax Transmission to 515108354913              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,118.86
1934887    Fax Transmission to 512165750799              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,119.61
1934888    Fax Transmission to 513053796222              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,120.36
1934889    Fax Transmission to 514124718308              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,121.11
1934890    Fax Transmission to 512123440994              E   03/30/2006  0999  C&D      0.00      $0.75      0.00      $0.75      35,121.86
1934891    Fax Transmission to 513024269947              E   03/30/2006  0999  C&D      0.00      $0.15      0.00      $0.15      35,122.01
1934892    Fax Transmission to 514122615066              E   03/30/2006  0999  C&D      0.00      $0.15      0.00      $0.15      35,122.16
1934893    Fax Transmission to 518432169450              E   03/30/2006  0999  C&D      0.00      $0.30      0.00      $0.30      35,122.46
1934894    Fax Transmission to 513024269947              E   03/30/2006  0999  C&D      0.00      $0.15      0.00      $0.15      35,122.61
1934895    Fax Transmission to 514122615066              E   03/30/2006  0999  C&D      0.00      $0.60      0.00      $0.60      35,123.21
1934896    Fax Transmission to 513024269947              E   03/30/2006  0999  C&D      0.00      $0.45      0.00      $0.45      35,123.66
1934897    Fax Transmission to 518432169450              E   03/30/2006  0999  C&D      0.00      $0.45      0.00      $0.45      35,124.11
1934937    Photocopy                                     E   03/31/2006  0213  DAR      0.00      $2.40      0.00      $2.40      35,126.51
1935221    Database Research/Lexis Charges for           E   03/31/2006  0999  C&D      0.00     $84.62      0.00     $84.62      35,211.13
           3/1/06-3/31/06 By NDF
1935248    Database Research - WESTLAW - KB on 3/20-31   E   03/31/2006  0999  C&D      0.00   $2,223.02     0.00   $2,223.02      37,434.15
1935249    Database Research - WESTLAW - NDF on 3/1 & 17 E   03/31/2006  0999  C&D      0.00    $123.73      0.00    $123.73      37,557.88
1934266    Travel Expenses - Ground Transportation - EI  E   03/31/2006  0999  C&D      0.00     $78.00      0.00     $78.00      37,635.88
           trip to DC cabs re mediation on 3/22/06
1936273    NYO Long Distance Telephone for 2006/ Meeting E   03/31/2006  0999  C&D      0.00     $69.58      0.00     $69.58      37,705.46
           with EI, NDF, Tersigni, Berkin & Prills 2/13/06
Total Expenses                                                                           0.00  $37,865.46    0.00  $37,705.46
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                        Page:  1
Matter     000                    Disbursements                                                             4/24/2006
                                                                                                          Print Date/Time:
                                                                                                             04/24/2006
                                                                                                              5:11:58PM
Attn:                                                                                                         Invoice #
```

|  |  |  |  |  |
|---|---|---|---|---|
| Matter Total Fees |  | 0.00 |  | 0.00 |
| Matter Total Expenses |  | 37,865.46 |  | 37,705.46 |
| Matter Total | 0.00 | 37,865.46 | 0.00 | 37,705.46 |
| Prebill Total Fees |  |  |  |  |
| Prebill Total Expenses |  | $37,865.46 |  | $37,705.46 |
| Prebill Total | 0.00 | $37,865.46 | 0.00 | $37,705.46 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 51,900 | 11/28/2005 | 128,956.00 | 25,791.20 |
| 52,377 | 12/24/2005 | 110,238.75 | 22,047.75 |
| 52,667 | 01/30/2006 | 160,926.00 | 32,185.20 |
| 52,957 | 02/27/2006 | 141,801.50 | 28,360.30 |
| 53,271 | 03/24/2006 | 125,004.11 | 125,004.11 |
|  |  | 1,094,962.36 | 242,336.85 |