```
Date: 04/04/06              Legal Analysis Systems, Inc.
Time: 9:00am                                                                Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                        HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 03/27/06  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3      210.00
 #4005     Telephone Rabinovitz re: liability estimate for BI    700.00
           claims
```

{D0059624:1 }

```
Date: 04/04/06              Legal Analysis Systems, Inc.
Time: 9:00am                                                                Page 2

                     W. R. Grace


Date/Slip# Description                                        HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------
 03/17/06  Peterson  / (07) Committee, Creditors'                    0.2    140.00
 #4004     Review Inselbuch memo re: mediation                     700.00

 03/24/06  Relles    / (07) Committee, Creditors'                    0.3    127.50
 #4204     Review letter from Liesemer re: Rust database           425.00
```

{D0059624:1 }

```
Date: 04/04/06              Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 3

                    W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/01/06  Peterson   / (28) Data Analysis                    2.5    1750.00
 #4001     Review emails and data for conference call on data 700.00
           issues

 03/02/06  Relles     / (28) Data Analysis                    1.3     552.50
 #4201     Prepare for conference call re: review old        425.00
           computations and files

 03/02/06  Relles     / (28) Data Analysis                    1.0     425.00
 #4202     Conference call re: WRG database                  425.00

 03/03/06  Peterson   / (28) Data Analysis                    4.4    3080.00
 #4002     Review documents on Grace's consideration of it   700.00
           asbestos liabilities

 03/07/06  Relles     / (28) Data Analysis                    0.4     170.00
 #4203     Check on new database issues                      425.00

 03/11/06  Peterson   / (28) Data Analysis                    3.4    2380.00
 #4003     Review prior forecasts and debtor's liability     700.00
           analyses
-------------------------------------------------------------------------------
```

{D0059624:1 }

```
Date: 04/04/06              Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 4

                             W. R. Grace

               Summary Of Time Charges, By Month and Activity
                        March 2006 - March 2006

   MONTH       ACTIVITY                                    HOURS    AMOUNT
   ---------------------------------------------------------------------
   March    - (05) Claims Anal Objectn/Resolutn (Asbest)    0.3     210.00
   March    - (07) Committee, Creditors'                    0.5     267.50
   March    - (28) Data Analysis                           13.0    8357.50
   March    - (99) Total                                   13.8    8835.00

   Total    - (05) Claims Anal Objectn/Resolutn (Asbest)    0.3     210.00
   Total    - (07) Committee, Creditors'                    0.5     267.50
   Total    - (28) Data Analysis                           13.0    8357.50
   Total    - (99) Total                                   13.8    8835.00

   ---------------------------------------------------------------------
```

{D0059624:1 }

```
Date: 04/04/06            Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 5

                          W. R. Grace

                 Summary Of Time Charges, By Month and Person
                         March 2006 - March 2006

    MONTH      PERSON                                          HOURS      AMOUNT
    ---------------------------------------------------------------------------
    March     - Relles                                           3.0     1275.00
    March     - Peterson                                        10.8     7560.00
    March     - Total                                           13.8     8835.00

    Total     - Relles                                           3.0     1275.00
    Total     - Peterson                                        10.8     7560.00
    Total     - Total                                           13.8     8835.00

    -------------------------------------------------------------------------------
```

{D0059624:1 }

```
Date: 04/04/06            Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 6

                  W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                       March 2006 - March 2006

 MONTH      PERSON                                  HOURS    RATE     AMOUNT
 ---------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 March     - Peterson                                 0.3    700.     210.00

 (07) Committee, Creditors'

 March     - Relles                                   0.3    425.     127.50
 March     - Peterson                                 0.2    700.     140.00

 (28) Data Analysis

 March     - Relles                                   2.7    425.    1147.50
 March     - Peterson                                10.3    700.    7210.00

 ---------------------------------------------------------------------------
```

{D0059624:1 }