# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

February 23, 2006                              INVOICE:              206639

c/o Peter Vanlockwood, Esq.                    DATE:      February 23, 2006
Caplin & Drysdale                              MATTER:       100055.WRG01
One Thomas Circle                              INVOICE:             206639
Washington, DC 20005

### PROFESSIONAL SERVICES through 01/31/06

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/04/06 | Researched the file to sent materials to client | W015 | NJB | 1.00 |
| 01/11/06 | Prepared documents related to preparation of the WR Grace fee applications and sent same to A. Suffern who will prepare the applications | W011 | KSF | 0.50 |
| 01/19/06 | Reviewed and revised time entries | W011 | ACS | 0.20 |
| 01/25/06 | Finalized and forwarded bill to local counsel. | W011 | ACS | 0.20 |
| 01/25/06 | Review and comment upon fee application. | W015 | RYC | 0.10 |

**TOTAL FEES:**                                                  **$352.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE            MATTER:        100055.WRG01

February 23, 2006                                         INVOICE:            206639

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 0.40 | 80.00 |
| Karen S Frankel | 185.00 | 0.50 | 92.50 |
| Nicholas J Balsdon | 140.00 | 1.00 | 140.00 |
| Robert Y Chung | 400.00 | 0.10 | 40.00 |
| **TOTAL FEES:** | | | **$352.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE            MATTER:        100055.WRG01

February 23, 2006                                 INVOICE:           206639

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Anne C Suffern | 0.40 | 80.00 |
| Karen S Frankel | 0.50 | 92.50 |
| **TOTAL:** | **0.90** | **172.50** |

ACTIVITY CODE: W015        Litigation

|  | HOURS | TOTALS |
|---|---|---|
| Nicholas J Balsdon | 1.00 | 140.00 |
| Robert Y Chung | 0.10 | 40.00 |
| **TOTAL:** | **1.10** | **180.00** |

**TOTAL LEGAL FEES**                                          **$352.50**