# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| April 19, 2006 | INVOICE: | 207735 |

MATTER:  CLAIMANTS COMMITTEE

| | | |
|---|---|---|
| c/o Peter Vanlockwood, Esq. | DATE: | April 19, 2006 |
| Caplin & Drysdale | MATTER: | 100055.WRG01 |
| One Thomas Circle | INVOICE: | 207735 |
| Washington, DC 20005 | | |

MATTER:  CLAIMANTS COMMITTEE                                              Robert M Horkovich

### PROFESSIONAL SERVICES through 03/31/06

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/06/06 | Review of time entries. | W011 | ACS | 0.10 |
| 03/08/06 | Review and comment upon fee application. | W011 | RYC | 0.10 |
| 03/20/06 | Forwarded time entries to local counsel. | W011 | ACS | 0.10 |
| 03/21/06 | Digest recent documents, evaluate recent correspondence and analysis and update of case status. | W001 | RYC | 3.50 |
| 03/22/06 | Telephone conversation with E. Insulbuch re insurance questions (.10); research answers to questions with H. Gershman (.50); telephone conversation with J. Posner re same (.10); conference call with E. Insulbuch and team at meeting re same (.20); draft e-mail to Insulbuch and Lockwood re same (.20) | W001 | AVK | 1.10 |
| 03/22/06 | Confer with Mr. Lockwood regarding potential Grace settlement with Lloyd's. | W001 | RMH | 0.10 |
| 03/23/06 | E-mail exchange with R. Horkovich and N. Finch re remaining limits questions. | W001 | AVK | 0.20 |
| 03/23/06 | Gather information regarding insurance program. | W001 | RMH | 1.00 |
| 03/24/06 | Confer with PD claimants committee. (1.20). Assemble and review all available information regarding Grace insurance program. (5.00). | W004 | RMH | 6.20 |
| 03/27/06 | Policy, settlement and coverage-in-place agreement document research requests for R. Horkovich | W001 | HEG | 3.00 |

NYDOCS1-820102.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

April 19, 2006                                    INVOICE:   207735

MATTER: CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/27/06 | Review for information and material re: insurance per Atty's request | W001 | RES | 0.90 |
| 03/27/06 | Analyze proposed settlement agreement between Grace and Lloyd's. | W001 | RMH | 2.00 |
| 03/27/06 | Review and analysis of Lloyd's/Equitas settlement agreement. | W001 | RYC | 1.00 |
| 03/28/06 | Confer with Mr. Posner regarding potential Lloyd's settlement. (1.00). Confer with committee. (.50). | W001 | RMH | 1.50 |
| 03/28/06 | Review and analysis of Lloyd's/Equitas settlement agreement. | W001 | RYC | 0.70 |
| 03/29/06 | Confer with Grace regarding London settlement. (.80). E-mail to client. (1.00). | W001 | RMH | 1.80 |
| 03/29/06 | Research settlement issues in connection with Lloyd's/Equitas. | W001 | RYC | 2.00 |
| 03/30/06 | Conference with W.R. Grace regarding London settlement. (1.00). Follow-up with client. (1.50). | W001 | RMH | 2.50 |
| 03/30/06 | Research re. objections to settlement. | W001 | RYC | 2.60 |

**TOTAL FEES:**                                                                        $16,142.00

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Ann V Kramer | 600.00 | 1.30 | 780.00 |
| Anne C Suffern | 200.00 | 0.20 | 40.00 |
| Harris E Gershman | 210.00 | 3.00 | 630.00 |
| Robert M Horkovich | 700.00 | 15.10 | 10,570.00 |
| Robert Y Chung | 400.00 | 9.90 | 3,960.00 |
| Rowena E Silvera | 180.00 | 0.90 | 162.00 |
| **TOTAL FEES:** | | | **$16,142.00** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE         MATTER:   100055.WRG01

April 19, 2006                          INVOICE:  207735

MATTER: CLAIMANTS COMMITTEE

### SUMMARY OF SERVICES BY ACTIVITY

**THIS BILLING PERIOD**

ACTIVITY CODE: W001     Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Ann V Kramer | 1.30 | 780.00 |
| Harris E Gershman | 3.00 | 630.00 |
| Rowena E Silvera | 0.90 | 162.00 |
| Robert M Horkovich | 8.90 | 6,230.00 |
| Robert Y Chung | 9.80 | 3,920.00 |
| **TOTAL:** | **23.90** | **$11,722.00** |

ACTIVITY CODE: W004     Case Administration

|  | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 6.20 | 4,340.00 |
| **TOTAL:** | **6.20** | **$4,340.00** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Anne C Suffern | 0.20 | 40.00 |
| Robert Y Chung | 0.10 | 40.00 |
| **TOTAL:** | **0.30** | **$80.00** |

**TOTAL LEGAL FEES**                                   **$16,142.00**

NYDOCS1-820102.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | | |
|---|---|---:|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| April 19, 2006 | INVOICE: | 207735 |

### COSTS through 03/31/06

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 03/27/06 | DI - PHOTOCOPYING - | E101 | 9.00 |
| 03/28/06 | DI - PHOTOCOPYING - | E101 | 9.00 |
| **TOTAL COSTS:** | | | **$18.00** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| XE | DI - PHOTOCOPYING - | 18.00 |
| | **TOTAL COSTS:** | **$18.00** |

NYDOCS1-820102.1