IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: May 15, 2006 at 2:00 p.m. (ET)<br>Objection Deadline: April 28, 2006 at 4:00 p.m. (ET) |
| | Ref. No. 12222 |

## CERTIFICATE OF NO OBJECTION RE: LIBBY CLAIMANTS' MOTION TO DESIGNATE A SUBSTITUTE EXPERT TO TESTIFY IN CONNECTION WITH THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Libby Claimants' Motion to Designate a Substitute Expert to Testify in Connection With the Estimation of Asbestos Personal Injury Liabilities [Docket No. 12222] (the "Motion") filed on April 10, 2006. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleading to the Motion. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than April 28, 2006 at 4:00 p.m. (ET). It is hereby respectfully requested that the attached Order be entered at the Court's earliest convenience.

Dated: May 4, 2006

LANDIS RATH & COBB LLP

/s/ Kerri Mumford

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

393.001-12234.DOC

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for the Libby Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref No. 12222 |

**ORDER AUTHORIZING LIBBY CLAIMANTS' MOTION TO DESIGNATE A SUBSTITUTE EXPERT TO TESTIFY IN CONNECTION WITH THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

Upon consideration of the Libby Claimants' Motion to Designate a Substitute Expert to Testify in Connection With the Estimation of Asbestos Personal Injury Liabilities (the "Motion"); and after due deliberation and sufficient cause appearing therefor, it is hereby so

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Libby Claimants are authorized to substitute Dr. Bruce W. Case for Dr. David Egilman as their expert in the estimation proceedings.

Dated: Wilmington, Delaware
      May ____, 2006

                                              The Honorable Judith K. Fitzgerald
                                              United States Bankruptcy Judge