## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| W. R. GRACE & CO., et al., | ) | |
| | ) | |
| Debtors. | ) | |

## BILLING STATEMENT OF PLAN MEDIATOR

Attached is the billing statement of Sam C. Pointer, Jr., the Plan Mediator,
covering his services and expenses (and those of Robin Graves) for the month of March
2006. This statement is being served by email on the persons specified in paragraph 4(d)
of the Order dated March 9, 2006, appointing the Mediator. Payment should be made to
Lightfoot, Franklin & White, LLC, EIN#63-1015138.

Dated:  April 24, 2006

Sam C. Pointer, Jr.
Lightfoot, Franklin & White
Clark Building
400 North 20th Street
Birmingham, AL 35203
205-581-0778
spointer@lfwlaw.com

# LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
**The Clark Building**
**400 20th Street North**
**Birmingham, AL  35203-3200**
**Telephone (205) 581-0700**
**Facsimile (205) 581-0799**
**FEIN – 63-1015138**

April 24, 2006

SCP Mediation/Arbitration

Re:  W.R. Grace & Co. Bankruptcy  -  Mediation

I.D.   MN016-00064 – SCP                    Invoice #89735


For Services Rendered and Expenses Incurred During March 2006

Current Fees                    43,410.00

Current Disbursements           4,338.63


Total Current Charges for this Bill              $47,748.63


**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**

## LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

April 24, 2006
Invoice # 89735

SCP Mediation/Arbitration                                                     Page 2

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP


FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-02-06 | SCP | Telephone calls with David Burnick and Jan Baer; Further conflict search and report. | 5.00 hrs | 600.00 /hr | 3,000.00 |
| 03-06-06 | SCP | Conflicts search; Revised affidavit; Telephone conference with attorneys. | 6.50 hrs | 600.00 /hr | 3,900.00 |
| 03-06-06 | RHH | Initial teleconference with S. Pointer re: facts of case. | 0.50 hrs | 240.00 /hr | 120.00 |
| 03-07-06 | SCP | E-mails; Telephone call with Janet Baer; Contacts and distribution list. | 6.00 hrs | 600.00 /hr | 3,600.00 |
| 03-08-06 | SCP | E-mails re: telephone calls; Submit affidavit. | 2.00 hrs | 600.00 /hr | 1,200.00 |
| 03-09-06 | SCP | Consult with Francis McGovern re: other plans of reorganization; Telephone conferences with Montana, Canada, U.S. Trustee, unsecured creditors, D & J Superfund, and future claimants. | 7.50 hrs | 600.00 /hr | 4,500.00 |
| 03-10-06 | SCP | Arranging for telephone calls for 3/13 and 3/14. | 2.00 hrs | 600.00 /hr | 1,200.00 |
| 03-13-06 | SCP | Telephone conferences with insurers ZAI, Libby, Debtor's Equity holders and property damage. | 5.50 hrs | 600.00 /hr | 3,300.00 |
| 03-14-06 | SCP | Telephone conference with personal injury; E-mails. | 1.50 hrs | 600.00 /hr | 900.00 |
| 03-15-06 | SCP | Travel to New York for mediation. | 3.00 hrs | 600.00 /hr | 1,800.00 |
| 03-15-06 | RHH | Travel to New York for Mediation. | 3.00 hrs | 240.00 /hr | 720.00 |
| 03-16-06 | SCP | Mediation in New York. | 8.50 hrs | 600.00 /hr | 5,100.00 |
| 03-16-06 | RHH | Attendance at and participation in mediation. | 8.50 hrs | 240.00 /hr | 2,040.00 |
| 03-17-06 | SCP | Attend mediation in New York and return. | 7.00 hrs | 600.00 /hr | 4,200.00 |
| 03-17-06 | RHH | Attendance at and participation in mediation; return travel to Birmingham. | | | |

## LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

April 24, 2006
Invoice # 89735

SCP Mediation/Arbitration                                          Page 3

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP

|  |  |  |  | 7.00 hrs | 240.00 /hr | 1,680.00 |
|---|---|---|---|---|---|---|
| 03-20-06 | SCP | E-mails re: scheduling of next mediation session; Corrected contact list. | | | | |
|  |  |  |  | 1.25 hrs | 600.00 /hr | 750.00 |
| 03-22-06 | SCP | Meeting with PI, Futures, and PD in Washington (travel from Birmingham and return). | | | | |
|  |  |  |  | 8.00 hrs | 600.00 /hr | 4,800.00 |
| 03-23-06 | SCP | Telephone call to P.I. for report. | | | | |
|  |  |  |  | 0.25 hrs | 600.00 /hr | 150.00 |
| 03-27-06 | SCP | Telephone calls with P.D. rep. and Grace rep. | | | | |
|  |  |  |  | 0.50 hrs | 600.00 /hr | 300.00 |
| 03-28-06 | SCP | Telephone call with P.D. rep. | | | | |
|  |  |  |  | 0.25 hrs | 600.00 /hr | 150.00 |

Total Fees for this Matter        $   43,410.00

DISBURSEMENTS

| 03-17-06 | Airline Tickets; mn16-64  Mediation in NY, NY.; SAM C. POINTER, JR. | 958.60 |
|---|---|---|
| 03-17-06 | Hotel; mn16-64  Mediation in NY, NY.; SAM C. POINTER, JR. | 888.00 |
| 03-17-06 | Meals; mn16-64  Mediation in NY, NY.; SAM C. POINTER, JR. | 138.45 |
| 03-17-06 | Parking, Cab Fares, Etc.; mn16-64  Mediation in NY, NY.; SAM C. POINTER, JR. | 55.00 |
| 03-27-06 | Airline Tickets; mn16-64  Mediation in DC.; SAM C. POINTER, JR. | 243.10 |
| 03-27-06 | Parking, Cab Fares, Etc.; mn16-64  Mediation in DC.; SAM C. POINTER, JR. | 8.00 |
| 04-24-06 | Airline Tickets; ROBIN H. HINKLE | 958.60 |
| 04-24-06 | Hotel; ROBIN H. HINKLE | 890.00 |
| 04-24-06 | Meals; ROBIN H. HINKLE | 147.23 |
| 04-24-06 | Parking, Cab Fares, Etc.; ROBIN H. HINKLE | 50.00 |
|  | Internal Copies | 1.65 |

Total Disbursements for this Matter      $    4,338.63

BILLING SUMMARY

| Sam C. Pointer Jr. | 64.75 hrs | 600.00 /hr | 38,850.00 |
|---|---|---|---|
| Robin H. Hinkle | 19.00 hrs | 240.00 /hr | 4,560.00 |
| TOTAL FEES | 83.75 | $ | 43,410.00 |
| TOTAL DISBURSEMENTS | | $ | 4,338.63 |

# LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

April 24, 2006
Invoice # 89735

SCP Mediation/Arbitration                                    Page 4

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP

    TOTAL CHARGES FOR THIS BILL                     $    47,748.63

## REIMBURSEMENT REQUEST
### Travel, Meals and Entertainment

# № 27141

PAYABLE TO: _Jan C Pointer Jr_

CHARGE TO:

CLIENT _____    MATTER: _____

MATTER: _____

CLIENT NO: _MN 16 - 64_    MATTER NO. _____
_(W. R. Grace)_
MATTER NO. _____

PURPOSE: _mediation (cont'd)_

LOCATION: _Washington, DC_

| Date | Description of Expense | Transportation* | Room | Meals Entertainment | Other Expense |
|------|------------------------|-----------------|------|---------------------|---------------|
| 3.22.06 | airfare BHII - BWI + return | $ 243.10 | $ | $ | $ |
| 3.22.06 | parking | | | | 8.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(A) Sub-total meals and entertainment: $ •••••••••••••  •••••••••  •••••••••

(B) Sub-total other expenses: $ 243.10  •••••••••  8.00

TOTAL EXPENSES [(A)+(B)]  $ _251.00_

LESS ADVANCE  $ _____

TOTAL REIMBURSEMENT  $ _251.00_

Requested by:

_____
Signature

_3 - 23 - 06_
Date

*Show miles traveled if personal car, attach airline receipt, rental car receipt



| AIR | CAR | HOTEL | CRUISE | VACATION PACKAGES | TRAVEL SUMMARY | Help |
|-----|-----|-------|--------|-------------------|----------------|------|

**Go to Travel Center**

PLAN TRIP ▶ SELECT FLIGHT ▶ PRICE ▶ PURCHASE ▶ **BOOKED**



Beginning 24 hours prior to your scheduled departure, you may check in online for your flight and print a boarding pass at **southwest.com**. Boarding passes are also available at a Southwest Airlines Skycap Podium, Ticket Counter, or RAPID CHECK-IN Kiosk.

## Southwest Airlines Confirmation Number(s)

| Passenger Type | Confirmation Number | Passenger | Account Number |
|---|---|---|---|
| Senior | **B3WQLD** | Sam Pointer Jr | 00000223117996 |



Use the information you have already entered to create MySouthwest - your own personal travel web site! Store your travel preferences and purchase information and save time on future bookings. Set up MySouthwest now!

 Receive Exclusive Offers directly to your desktop.

 Subscribe to Click 'n Save® E-mail Updates.

 Enroll in our frequent flyer program, Rapid Rewards.

## Air Itinerary

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| Depart | Mar 22 | Wed | N/S | BHM-BWI | 1333 | Depart Birmingham (BHM) at 10:35 AM<br>Arrive in Baltimore (BWI) at 1:25 PM |
| Return | Mar 22 | Wed | N/S | BWI-BHM | 1286 | Depart Baltimore (BWI) at 7:30 PM<br>Arrive in Birmingham (BHM) at 8:40 PM |

## Pricing

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee1 | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Senior | Depart | BHM-BWI | Senior Fare | $104.19 | $11.11 | $3.00 | $2.50 | 1 | $120.80 |
| | Return | BWI-BHM | Senior Fare | $104.19 | $11.11 | $4.50 | $2.50 | 1 | $122.30 |
| | | | Total | $208.38 | $22.22 | $7.50 | $5.00 | | $243.10 |

1 Security Fee is the government-imposed September 11th Security Fee.

## Billing Information

**Company Name:** Lightfoot, Franklin & White
**Credit Card Holder Name:** Sam Pointer
**Billing Address:** 2522 Mountain Brook Circle
Birmingham, AL 35223
**Confirmation Number:** B3WQLD
**Passenger Type:** Senior
**Passenger Name(s):** Sam Pointer Jr
**Form of Payment:** American Express: XXXXXXXXXXX2003

*Boston Coach*

$243.10

| Total Air | Base Fare | U.S. Taxes | PFC | Security Fee1 | Passenger(s) | Total |
|---|---|---|---|---|---|---|
| BHM - BWI<br>BWI - BHM | $208.38 | $22.22 | $7.50 | $5.00 | 1 | $243.10 |

¹ Security Fee is the government-imposed September 11th Security Fee.

**For questions or changes concerning your flight reservation, call Southwest Airlines at 1-800-IFLYSWA (1-800-435-9792).**

## Air purchase complete...

    Go To Next Step - Reserve Car >>

**Book Another Flight**                    **Return to southwest.com Home**

### Thank you for using southwest.com to purchase your Ticketless Travel

**For internal use only:**

Confirmation Number: B3WQLD

| SOUTHWEST AIRLINES® | | | | |
|---|---|---|---|---|
| southwest.com | 1 PASSENGER(S) | BHM-BWI | QCD | $120.80 |
| | 1 PASSENGER(S) | BWI-BHM | QCD | $122.30 |

VALID ON SOUTHWEST AIRLINES ONLY

---

### Snack Service
If your total flight itinerary includes a series of flights that each are less than two hours in duration, you will be served peanuts/pretzels on each flight segment. If your flight itinerary includes any nonstop flight longer than two hours, you will be served a packaged snack on that flight segment. Southwest Airlines does not serve sandwiches or meals; however, you may bring something to eat on board.

---

 Apply for the new Southwest Airlines Rapid Rewards Visa Signature card and receive a roundtrip Award even faster. Receive four bonus credits after your first purchase. Plus, receive Double Reward Dollars on all Southwest Airlines purchases.

---

## CHECKIN REQUIREMENTS AND REFUND INFORMATION

- Southwest Airlines Ticketless Travel is nontransferable. Government-issued photo identification is required at time of checkin.
- **Customer Checkin Requirement:**
  Flights Operated by Southwest Airlines - Customers who do not claim their reservations at the departure gate desk at least ten (10) minutes before scheduled departure time for flights operated by Southwest Airlines will have their reserved space cancelled and will not be eligible for denied boarding compensation.
- **Refunds** - Any change to this itinerary may result in a fare increase. To make application for a refund of any unused air fare, please write Southwest Airlines Refunds Department - 6RF, P.O. Box 36611, Dallas, TX 75235-1611. Refund requests must include a copy of this document and/or your confirmation number, date of travel and flight number, and all credit card billing information including the amount and purchase reference numbers.

## CONDITIONS OF CONTRACT

**Southwest Airlines Co. - Notice of Incorporated Terms** - Air transportation operated by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference. Incorporated terms include but are not limited to: (1) Limits on liability for loss, damage to, or delayed delivery of passenger baggage, including fragile, perishable, and certain other irreplaceable and/or high-value goods or contents, as specified in Article 75 of the Contract of Carriage. Baggage liability for covered items (except disability assistive devices) is limited to $2,800 per fare-paying Customer unless excess valuation coverage is purchased. (2) Claims restrictions, including timeperiods in which Customers must file a claim or bring an action against Southwest. (3) Our rights to change terms of the Contract. (4) Rules on reservations, checkin times, refusal to carry, and smoking. (5) Our rights and limits of liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (6) Overbooking: If we deny you boarding due to an oversale and you have obtained your boarding pass and are present and available for boarding in the departure gate area at least ten minutes before scheduled departure, with few exceptions, we compensate you

You may inspect Southwest's Contract of Carriage and Customer Service Commitment at any Southwest ticket counter or online at

# BIRMINGHAM
## INTERNATIONAL AIRPORT

Parking Operation Office
5900 Messer - Airport Highway
Birmingham, AL
Phone (205) 591-7330

Receipt 0145/12 on 94 03/22/06 21:04:53

010100 P/u Parking Ticket          8.00 $
  Entry: 03/22/06 19:44
  Exit : 03/22/06 21:04

Total Amount            8.00 $

Accepted Total         20.00 $
Change                 12.00 $
Tax      16.00 %        0.00 $

*****************************************
**              Thank you             **
**            Open 24 hours           **
*****************************************

## REIMBURSEMENT REQUEST
### Travel, Meals and Entertainment

Nº 32469

PAYABLE TO: _Sam Pointer_

CHARGE TO:

CLIENT: _Mediation_          MATTER: _W.R.Grace_

MATTER: _____

CLIENT NO.: _MN16_          MATTER NO. _00064_

MATTER NO. _____

PURPOSE: _Attend Mediation_

LOCATION: _New York, NY_

| Date | Description of Expense | Transportation* | Room | Meals Entertainment | Other Expense |
|------|------------------------|-----------------|------|---------------------|---------------|
| 3/15/06 | Delta-B'ham to NY | $ 310.80 | $ | $ | $ |
| 3/17/06 | Delta- NY to B'ham | 647.80 | | | |
| 3/15/06 | Taxi + hotel + dinner | 34.00 | 444.00 | 79.75 | |
| 3/16/06 | breakfast | | | 10.00 | |
| 3/16/06 | hotel + dinner | | 444.00 | 37.70 | |
| 3/17/06 | breakfast + parking | | | 11.00 | 21.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| (A) Sub-total meals and entertainment: $ | | •••••••••••• | •••••••• | 138.45 | •••••••• |
| (B) Sub-total other expenses: $ | | 992.60 | 888.00 | •••••••• | 21.00 |

TOTAL EXPENSES [(A)+(B)] $ __2040.05__

LESS ADVANCE $ _____

TOTAL REIMBURSEMENT $ __2040.05__

Requested by:

_____
Signature

__3-20-06__
Date

*Show miles traveled if personal car, attach airline receipt, rental car receipt

# BIRMINGHAM
# NTERNATIONAL AIRPORT

rking Operation Office
00 Messer - Airport Highway
rmingham, AL
ione (205) 599-0730

ceipt 0011/1296/805 03/17/06 14:50:38

)10100 Pay Parking Ticket      21.00 $
 Entry: 03/15/06 10:20
 Exit : 03/17/06 14:50

Total Amount          21.00 $

 Accepted Total       21.00 $
 Tax      10.00 %      0.00 $

```
*******************************************
**              Thank you               **
**            Open 24 hours             **
*******************************************
```

---

LA MEDITERRANEE
NEW YORK, NY
6311157432000000 01
MAR 15, 06 APPROVAL
                  517013

SC POINTER
***********2003
AMEX            *****

          SALE
ROC #         TERMINAL #
 074325       22025177

  FOOD AND BEVERAGE

BASE AMOUNT    $67.75

TIP AMOUNT      12.00

TOTAL           679.75

X _____

   I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)
 TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

---

LA MAGANETTE
825 THIRD AVENUE
NEW YORK, NY 10022

TERMINAL I.D.:              44968103

MERCHANT #:         310971449681003

AMEX
XXXXXXXXXXX2003
SALE
BATCH: 000653        INV: 19
DATE: MAR 16, 06     TIME: 21:28:06
AUTH NO: 543B50

BASE              $31.70

TIP                6.00

TOTAL             37.70

GENERAL MERCHANDISE %%

SC POINTER

X _____

 I AGREE TO PAY ABOVE TOTAL AMOUNT
 ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

**Sam Pointer**

| | |
|---|---|
| **From:** | travel@expedia.com |
| **Sent:** | Wednesday, March 08, 2006 9:50 AM |
| **To:** | Sam Pointer |
| **Subject:** | Expedia travel confirmation - New York, NY - Mar 15, 2006 - (Itin# 115646007070) |

Thank you for booking your trip with Expedia.com.
You can view your itinerary online at

  http://www.expedia.com/pub/agent.dll?qscr=open&itid=156460070&updt=1

*Chanelle*

```
------------------------------------------------------------------------
TRAVELING WITH YOUR E-TICKET
------------------------------------------------------------------------
```
Airline check-in locations require a government-issued photo ID and may request proof of
current date travel (such as a printed copy of this itinerary or a printed receipt) to
issue a boarding pass. Airport security checkpoints may require you to display both your
boarding pass and photo ID before proceeding to the gate, so we recommend that you obtain
your boarding pass before proceeding to the security checkpoint.

```
------------------------------------------------------------------------
FLIGHT SUMMARY
------------------------------------------------------------------------
```
E-Ticket Confirmed
Expedia.com itinerary name: New York, NY Expedia.com itinerary number: 115646007070
Expedia booking ID: 44E5QB (1) The tracking number will be available by the end of the
next business day.

Round Trip
Traveler: Sam Pointer


Flight: from Birmingham, AL (BHM-Birmingham Intl.) to New York, NY (LGA-LaGuardia)
Depart: Wed 15-Mar-06 at 11:10 AM
Arrive: Wed 15-Mar-06 at  2:30 PM

     Depart: Birmingham (BHM), 15-Mar-06 at 11:10 AM
     Arrive: New York (LGA), 15-Mar-06 at  2:30 PM Terminal: DL
     Flight: Delta 5694, operated by Comair
            Please check in for this flight with Comair. If checking in at a kiosk, use
your name rather than confirmation number.
     Aircraft:  Canadair RJ
     Meal Service: n/a
     Duration: 2hr 20mn
     Distance: 860 mi (1,384 km)
     Economy/Coach Class


Flight: from New York, NY (LGA-LaGuardia) to Birmingham, AL (BHM-Birmingham Intl.)
Depart: Fri 17-Mar-06 at  8:40 PM
Arrive: Fri 17-Mar-06 at 10:24 PM

     Depart: New York (LGA), 17-Mar-06 at  8:40 PM Terminal: DL
     Arrive: Birmingham (BHM), 17-Mar-06 at 10:24 PM
     Flight: Delta 5830, operated by Comair
            Please check in for this flight with Comair. If checking in at a kiosk, use
your name rather than confirmation number.

                                    1

Aircraft:  Canadair RJ
Meal Service: n/a
Duration: 2hr 44mn
Distance: 860 mi (1,384 km)
Economy/Coach Class

---------------------------------------------------------------------
COST SUMMARY
---------------------------------------------------------------------
1 senior: $557.21
Taxes & Fees: $59.39
Booking Fee: $5.00
Total Cost: $621.60

(-42) B'ham to New York

To verify flight information, you can check your flight status and departure gate online
at http://www.expedia.com/pub/agent.dll?qscr=flin or contact your airline directly at
http://www.expedia.com/pub/agent.dll?qscr=alni.

Seat assignments, meal preferences and special requests must be confirmed with the
airline; we cannot guarantee that they will be honored.

---------------------------------------------------------------------
ADDITIONAL INFORMATION ABOUT YOUR FLIGHT
---------------------------------------------------------------------

Airlines require government-issued photo identification upon check in, such
as a drivers license or passport. For questions concerning this requirement
please contact the airline.

Questions about your E-Ticket?  Read our frequently asked questions:
http://www.expedia.com/pub/agent.dll?qscr=hgen&hfnm=h_FW_etix.htx

---------------------------------------------------------------------
AIRLINE RULES & REGULATIONS
---------------------------------------------------------------------

- Ticket is nonrefundable.
- In addition to any penalties imposed by the airline, a processing fee of up
  to $30.00 per ticket will be charged by Expedia for any changes you
  make to the flights in this itinerary. This fee is waived for changes made online.
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.

Please read important information regarding airline liability limitations:
http://www.expedia.com/pub/agent.dll?qscr=hgen&hfnm=warsaw.htx

Other penalties may apply.

See an overview of all the rules and restrictions applicable for this fare:
http://www.expedia.com/pub/agent.dll?qscr=ffrs&itid=156460070&tovr=-1294737294

View the complete penalty rules for changes and cancellations associated with this fare:
http://www.expedia.com/pub/agent.dll?qscr=ffrs&itid=156460070&rtyp=1&tovr=-1294737294

---------------------------------------------------------------------
HOW ELSE CAN WE HELP YOU?
---------------------------------------------------------------------
Search for lodging.

```
http://www.expedia.com/pub/agent.dll?qscr=htwv&itid=156460070
&flag=b&hwrq=EX011975B7D3JGDCy$E0$D3$B2s$E0$D3$B22$0B!60v$B82!Q01000$80$DD$B3$0C$C0$E8$B3
$0C0000!6$FF80Opz.Agst!G$FF!R010003!90100010001011!A0&ploc=New+York&rfrr=-2697
Search for cars.
http://www.expedia.com/pub/agent.dll?qscr=cars&itid=156460070&lcmd=19&locn=LGA&subm=0
&rfrr=-2698


Search for Activities & Services.
http://www.expedia.com/pub/agent.dll?qscr=open&itid=156460070&itdx=0&vwtp=11&rfrr=-34014



------------------------------------------------------------------------------
CUSTOMER SUPPORT
------------------------------------------------------------------------------
If you have questions about your reservation, fill out our itinerary
assistance form. We'll respond within 24 hours:
http://www.expedia.com/pub/agent.dll?qscr=itin&itid=156460070

Select or change your airline seats with Seat Pinpointer:
http://www.expedia.com/pub/agent.dll?qscr=fsms&itid=156460070&bkmd=2&acpp=1

To change or cancel your flight online go to:
http://www.expedia.com/pub/agent.dll?qscr=ewvs&itid=156460070

To print a receipt go to:
http://www.expedia.com/pub/agent.dll?qscr=open&itid=156460070&vwtp=5

ITINERARY NUMBER: 115646007070
For immediate assistance, call our customer support center at 1-800-EXPEDIA or
1-404-728-8787.



Thank you for choosing Expedia.com
Don't Just Travel. Travel Right. http://www.expedia.com
```

## Sam Pointer

**From:**      TRAVEL INCORPORATED [TRAVEL_INCORPORATED@tmr3.com]
**Sent:**      Friday, March 17, 2006 10:58 AM
**To:**        Sam Pointer
**Subject:**   Travel Itinerary

*Ellen @ Travel Inc*
*819-0603*

Travel Itinerary

                                    608092 ITINERARY RECEIPT
                                           PAGE NO.


        LIGHTFOOT FRANKLIN WHITE
        THE CLARK BLDG.
        400 20TH STREET NORTH
        BIRMINGHAM AL 35203


        POINTER/SAM

ELON                                    135              17MAR06

CO   DATE    CITY-AI 1ORT     TIME    FLIGHT NBR/CLASS    ST SERV/AMNT
--   ----    ------------     ----    ----------------    -- ---------
* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN **REQUEST
TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
  TRAVEL AGENCY OR THE TRANSPORTING CARRIER.** ISSUED BY-TRAVEL INC BIRMINGHAM AL

A FR 17MAR LV NYC/LAGUARDIA   1245P    DELTA         5420Y OK
           AR BIRMINGHAM-BHM   223P    BAGS ALLOWED- 2PIECE   0STOP CRJ
           OPERATED BY COMAIR

               TICKET NUMBER(S):      E0061292154800
               SERVICE FEE MCO:       8908117913836

                                 AIR FARE            557.21
                                 TAX                  50.59
                                 TOTAL AIR FARE      607.80
                                 SERVICE FEE          40.00
                                 AMOUNT CHARGED      647.80

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX XXXX XXXXXX X2003

                    THANK YOU FOR YOUR BUSINESS

  (CO)DE: A-AIR  H-HOTEL   C-CAR   T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS  (ST)ATUS:OK-
CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT   SA-STANDBY

K-4-852192-28704219-2-1-US2-0E8E5660



### A BOUTIQUE SUITE HOTEL

145 East 50th Street
New York. NY 10022

Tel: (212) 755-0400  Fax: (212) 486-6915
Toll Free Reservations: 1-800-683-0400
www.Kimberlyhotel.com

## GUEST FOLIO

| Arrival | Folio Number |
|---------|--------------|
| MAR15, 06 | 005060 |
| Departure | Balance |
| MAR17, 06 | .00 |

Sam Pointer
Lightfoot, Franklin, White
h/ 2522 Mountain Brook

BIRMINGHAM, AL          35223

| Nights | Date | Time |
|--------|------|------|
| 2 | MAR17, 06 | 7:23a |

Guaranteed by

AX  372527457292003      04/07

Adults  1      Children

| Date | Room | Description | Reference | Amount | |
|------|------|-------------|-----------|--------|---|
| MAR15 | 1 /21B | ROOM RENTAL | Rm 21B | 385.00+ | PP |
| MAR15 | 1 /21B | NYS SALES TAX | Rm 21B | 32.25+ | PP |
| MAR15 | 1 /21B | NYC USE TAX | Rm 21B | 19.25+ | PP |
| MAR15 | 1 /21B | NYC OCC TAX SFEE | Rm 21B | 1.50+ | PP |
| MAR15 | 1 /21B | NYC OCCUPANCY TX | Rm 21B | 6.00+ | PP |
| MAR16 | 1 /21B | MOVIE RENTAL | 07- 2103 | 13.99+ | |
| MAR16 | 1 /21B | NYC SALES/MOVIES | 07- 2103 | 1.21+ | |
| MAR16 | 1 /21B | ROOM RENTAL | Rm 21B | 385.00+ | PP |
| MAR16 | 1 /21B | NYS SALES TAX | Rm 21B | 32.25+ | PP |
| MAR16 | 1 /21B | NYC USE TAX | Rm 21B | 19.25+ | PP |
| MAR16 | 1 /21B | NYC OCC TAX SFEE | Rm 21B | 1.50+ | PP |
| MAR16 | 1 /21B | NYC OCCUPANCY TX | Rm 21B | 6.00+ | PP |
| MAR17 | 1 /21B | AMERICAN EXPRESS | 579053 | 903.20- | PJ |

444.00 (handwritten)

444.00 (handwritten)

Guest Signature _____

I agree that my liability for this bill is not waived and agree to be held personally liable in the event
that the indicated person company or association fails to pay for any or the full amount of these charges

WORLD
HOTELS

# REIMBURSEMENT REQUEST
## Travel, Meals and Entertainment

### № 26628

PAYABLE TO: Robin Hinkle

CHARGE TO:

CLIENT: MN6l6              MATTER: 64

MATTER:

CLIENT NO:              MATTER NO.

MATTER NO.

PURPOSE: mediation

LOCATION: New York

| Date 2006 | Description of Expense | Transportation* | Room | Meals Entertainment | Other Expense |
|---|---|---|---|---|---|
| 3-15-3-17 | The Kimberly Hotel | $ 310.80 | $ 890.00 | $ | $ |
| 3-15-06 | Epedia / Delta -B'ham -NY | | | | |
| 3-17-06 | Delta -NY- B'ham | 647.80 | | | |
| 3-15+3-16 | La Maganette (No Receipt) | | | 37.70 | |
| 3-17-06 | Airvalet, Birmingham | 25.00 | | | |
| 3-15-06 | Cab to Airport ( No Receipt) | 25.00 | | | |
| 3-15+3-16 | Breakfast Twice ( No Receipt) | | | 20.00 | |
| 3/15/06 | La Mediterranee | | | 29.75 | |
| 3/15/06 | Wall Street Deli | | | 9.78 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| (A) Sub-total meals and entertainment: | | $ •••••••••• | •••••••• | 147.23 | •••••••• |
| (B) Sub-total other expenses: | | $ 1,008.60 | 890.00 | •••••••• | |

TOTAL EXPENSES [(A)+(B)] $ 2,045.83

LESS ADVANCE $

TOTAL REIMBURSEMENT $ 2,045.83

Requested by:

Signature

4/24/06

Date

*Show miles traveled if personal car, attach airline receipt, rental car receipt



HMS HOST-WALL STREET DELI
BIRMINGHAM INT'L AIRPORT
BIRMINGHAM, ALABAMA

4067 Latasha

CHK 9523 MAR15'06 12:09PM

| | | |
|---|---|---|
| 1 | CHICKE SALAD | 5.39 |
| 1 | BTL WATER-LARGE | 2.49 |
| 1 | FRESH FRUIT | 1.09 |
| | Subtotal | 8.97 |
| | 9%SlsTx 207001 | 0.81 |
| | Amt Paid | 9.78 |
| | Cash | 20.00 |
| | Change Due | 10.22 |

LA MAGANETTE
825 THIRD AVENUE
NEW YORK, NY 10022

TERMINAL I.D.: 44968103

MERCHANT #: 310971449681003

AMEX
XXXXXXXXXXX1003
SALE
BATCH: 000653 INV: 18
DATE: MAR 16, 06 TIME: 21:27:43
AUTH NO: 546390

BASE: 25.70

TIP: 06.00

SAM C POINTER JR

TOTAL 31.70

LA MAGANETTE INC.
NEW YORK NY

RH GRAVES

X [signature]

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

LA MEDITERRANEE
NEW YORK, NY
63111574320000 01
MAR 15, 06 APPROVAL
544389

RH GRAVES
***********1003
AMEX

SALE
DOC # TERMINAL #
074526 22625127

FOOD AND BEVERAGE

BASE AMOUNT 62.75

TIP AMOUNT 12.00

TOTAL 74.75

X [signature]

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
1st COPY-MERCHANT 2nd COPY-CUSTOMER

**A BOUTIQUE SUITE HOTEL**

145 East 50th Street
New York, NY 10022

Tel: (212) 755-0400  Fax: (212) 486-6915
Toll Free Reservations: 1-800-683-0400
www.Kimberlyhotel.com

# GUEST FOLIO

| Arrival | Folio Number |
|---|---|
| MAR15,06 | 005063 |
| Departure | Balance |
| MAR17,06 | .00 |

Robin Hinkle
Lightfoot,Franklin,White
400 20th St. North

BIRMINGHAM, AL        35203

| Nights | Date | Time |
|---|---|---|
| ·2 | MAR17,06 | 7:35a |

Guaranteed by

AX  378358537861003      03/07

| Adults | Children |
|---|---|
| 1 | |

| Date | Room | Description | Reference | Amount | |
|---|---|---|---|---|---|
| MAR15 | 1 /22E | ROOM RENTAL | Rm 22E | 385.00+ | PP |
| MAR15 | 1 /22E | NYS SALES TAX | Rm 22E | 32.25+ | PP |
| MAR15 | 1 /22E | NYC USE TAX | Rm 22E | 19.25+ | PP |
| MAR15 | 1 /22E | NYC OCC TAX SFEE | Rm 22E | 1.50+ | PP |
| MAR15 | 1 /22E | NYC OCCUPANCY TX | Rm 22E | 6.00+ | PP |
| MAR16 | 1 /22E | ROOM RENTAL | Rm 22E | 385.00+ | PP |
| MAR16 | 1 /22E | NYS SALES TAX | Rm 22E | 32.25+ | PP |
| MAR16 | 1 /22E | NYC USE TAX | Rm 22E | 19.25+ | PP |
| MAR16 | 1 /22E | NYC OCC TAX SFEE | Rm 22E | 1.50+ | PP |
| MAR16 | 1 /22E | NYC OCCUPANCY TX | Rm 22E | 6.00+ | PP |
| MAR17 | 1 /22E | MINI BAR | 1 item | 2.00+ | PJ |
| MAR17 | 1 /22E | AMERICAN EXPRESS | 520420 | 890.00- | PJ |

Guest Signature _____

I agree that my liability for this bill is not waived and agree to be held personally liable in the event
that the indicated person, company or association fails to pay for any or the full amount of these charges.



# Ticket receipt for New York, NY

 **Expedia.com**

Purchase and billing history

## Booked items

**1 Ticket / Round Trip**
Birmingham, AL (BHM-Birmingham Intl.) to New York, NY (LGA-LaGuardia)
Departure Date: Wed 15-Mar-06    Return Date: Fri 17-Mar-06

**Expedia.com Itinerary #:**          **Purchase Date:** 8-Mar-06          ⊙ Back to itinerary page
115647100167

### Traveler and cost summary

| Robin Hinkle | Adult | Delta #2137998114 | | $557.21 |
|---|---|---|---|---|
| | | | Taxes & Fees | $59.39 |
| | | | Booking Fee | $5.00 |
| | | | Total | $621.60 |
| | | [American Express] Payment | | $621.60 |
| | | | Balance Due | $0.00 |

½-



**TRAVEL. INC.**
2102-C CAHABA RD.
BIRMINGHAM, ALABAMA, 35223
(205) 879-0000

608090 ITINERARY RECEIPT
PAGE NO.   1

LIGHTFOOT FRANKLIN WHITE
THE CLARK BLDG.
400 20TH STREET NORTH
BIRMINGHAM AL 35203

HINKLE/ROBIN

ELON                                    135                    17MAR06

* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
   TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
ISSUED BY-TRAVEL INC BIRMINGHAM AL

A FR 17MAR LV NYC/LAGUARDIA      1245P    DELTA         5420Y OK
           AR BIRMINGHAM-BHM     223P     BAGS ALLOWED- 2PIECE    OSTOP CRJ
           OPERATED BY COMAIR

              TICKET NUMBER(S):       E0061292154798
              SERVICE FEE MCO:        8908117913835

                              AIR FARE              557.21
                              TAX                    50.59
                              TOTAL AIR FARE        607.80
                              SERVICE FEE            40.00
                              AMOUNT CHARGED        647.80

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX XXXX XXXXXX X1003

                    THANK YOU FOR YOUR BUSINESS