**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**February 2006**

**Professional Profiles**
**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended February 28, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 20.7 | $ 12,813.30 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $815.00 | 6.0 | $ 4,890.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 20.5 | $ 9,225.00 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $425.00 | 2.7 | $ 1,147.50 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $520.00 | 0.8 | $ 416.00 |
| Bonnie Shub-Gayer | Tax Director | 10+ | Integrated Audit | $302.00 | 8.1 | $ 2,446.20 |
| Jennifer James | Tax Director | 14 | Integrated Audit | $505.00 | 1.0 | $ 505.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 42.3 | $ 15,016.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 31.5 | $ 11,182.50 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $245.00 | 93.3 | $ 22,858.50 |
| Francois C Barnard | Audit Manager | 7 | Integrated Audit | $257.00 | 20.5 | $ 5,268.50 |
| Joseph Rocco | Advisory Manager | 7 | Integrated Audit | $277.00 | 3.0 | $ 831.00 |
| Maria Lopez | Tax Manager | 5 | Integrated Audit | $295.00 | 3.0 | $ 885.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $204.00 | 2.5 | $ 510.00 |
| Analia Castelo | Tax Manager | 5 | Integrated Audit | $204.00 | 12.5 | $ 2,550.00 |
| Matthew G. Bosseler | Audit Senior Associate | 9 | Integrated Audit | $203.00 | 37.3 | $ 7,571.90 |

| Name | Title | Years | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 171.0 | $ 31,635.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 166.5 | $ 30,802.50 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $191.00 | 6.7 | $ 1,279.70 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 5.0 | $ 860.00 |
| Denise C Baumann | Tax Senior Associate | 3 | Integrated Audit | $145.00 | 15.5 | $ 2,247.50 |
| Randi Lynne Woodard | Tax Senior Associate | 2.5 | Integrated Audit | $149.00 | 2.2 | $ 327.80 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 116.6 | $ 14,575.00 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 148.0 | $ 15,688.00 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $138.00 | 25.4 | $ 3,505.20 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | 49.6 | $ 8,531.20 |
| Lyndsay B Signori | Audit Associate | 1 | Integrated Audit | $125.00 | 1.5 | $ 187.50 |
| Nicholas P Barrett | Audit Associate | 1 | Integrated Audit | $125.00 | 6.0 | $ 750.00 |
| Lori Beth Hildreth | Audit Associate | 2 | Integrated Audit | $133.00 | 8.0 | $ 1,064.00 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $133.00 | 5.0 | $ 665.00 |
| | | | **TOTAL** | | **1,032.7** | **$ 210,235.30** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | | | | |
|---|---|---|---|---|
| **Totals** | | 18.5 | | **$ 1,813.00** |

## Summary of PwC's Fees By Project Category:
## February 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection** | | |

| | | |
|---|---:|---:|
| & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | **18.5** | **$1,813.00** |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | **1,032.7** | **$210,235.30** |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | **1,051.2** | **$212,048.3** |

**Expense Summary**
**February 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| **Transportation** | **N/A** | **$905.22** |

| | | |
|---|---|---|
| **Lodging** | **N/A** | **$0** |
| **Sundry** | **N/A** | **$25.16** |
| **Business Meals** | **N/A** | **$431.63** |
| **TOTAL:** | | **$1,362.01** |