# EXHIBIT - A

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended February 28, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 20.7 | $ 12,813.30 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $815.00 | 6.0 | $ 4,890.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 20.5 | $ 9,225.00 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $425.00 | 2.7 | $ 1,147.50 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $520.00 | 0.8 | $ 416.00 |
| Bonnie Shub-Gayer | Tax Director | 10+ | Integrated Audit | $302.00 | 8.1 | $ 2,446.20 |
| Jennifer James | Tax Director | 14 | Integrated Audit | $505.00 | 1.0 | $ 505.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 42.3 | $ 15,016.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 31.5 | $ 11,182.50 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $245.00 | 93.3 | $ 22,858.50 |
| Francois C Barnard | Audit Manager | 7 | Integrated Audit | $257.00 | 20.5 | $ 5,268.50 |
| Joseph Rocco | Advisory Manager | 7 | Integrated Audit | $277.00 | 3.0 | $ 831.00 |
| Maria Lopez | Tax Manager | 5 | Integrated Audit | $295.00 | 3.0 | $ 885.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $204.00 | 2.5 | $ 510.00 |
| Analia Castelo | Tax Manager | 5 | Integrated Audit | $204.00 | 12.5 | $ 2,550.00 |
| Matthew G. Bosseler | Audit Senior Associate | 9 | Integrated Audit | $203.00 | 37.3 | $ 7,571.90 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 171.0 | $ 31,635.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 166.5 | $ 30,802.50 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $191.00 | 6.7 | $ 1,279.70 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 5.0 | $ 860.00 |
| Denise C Baumann | Tax Senior Associate | 3 | Integrated Audit | $145.00 | 15.5 | $ 2,247.50 |
| Randi Lynne Woodard | Tax Senior Associate | 2.5 | Integrated Audit | $149.00 | 2.2 | $ 327.80 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 116.6 | $ 14,575.00 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 148.0 | $ 15,688.00 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $138.00 | 25.4 | $ 3,505.20 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | 49.6 | $ 8,531.20 |
| Lyndsay B Signori | Audit Associate | 1 | Integrated Audit | $125.00 | 1.5 | $ 187.50 |
| Nicholas P Barrett | Audit Associate | 1 | Integrated Audit | $125.00 | 6.0 | $ 750.00 |
| Lori Beth Hildreth | Audit Associate | 2 | Integrated Audit | $133.00 | 8.0 | $ 1,064.00 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $133.00 | 5.0 | $ 665.00 |
| TOTAL | | | | | 1,032.7 | $ 210,235.30 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/2/2006 | 0.7 | Discuss LIFO memo and calculation with D Lloyd, R Grady and P Reinhardt (PwC) |
| 2/3/2006 | 0.8 | Discuss status of open items with P Reinhardt (PwC) |
| | 0.2 | Discuss allowance for doubtful accounts with P Reinhardt and L Misler (PwC) |
| 2/13/2006 | 0.6 | Read company memo on segments |
| | 0.7 | Read Internal Audit memo on LIFO process |
| | 0.7 | Read and comment on draft of audit committee minutes |
| 2/15/2006 | 0.5 | Review draft audit committee presentation |
| | 0.5 | Discuss internal control audit status with J Newstead, D Lloyd, R Grady and P Reinhardt |
| | | Discuss Summary of Aggregated Deficiencies, management rep letter and open items with R |
| 2/21/2006 | 1.0 | Grady and P Reinhardt (PwC) |
| | 2.0 | Read board of directors meeting advance materials |
| | 5.5 | Review draft Form 10-K |
| | 0.5 | Discuss Form 10-K comments with P Reinhardt (PwC) |
| 2/22/2006 | 0.5 | Discuss audit committee presentation with D Lloyd, R Grady and P Reinhardt (PwC) |
| | 0.5 | Review draft audit committee presentation |
| 2/23/2006 | 0.5 | Prepare for audit committee presentation |
| | | Attend pre audit committee meeting with B Tarola, B Kenny, B Dockman (Grace), D Lloyd and R |
| | 1.6 | Grady (PwC) |
| | 1.9 | Attend audit committee meeting |
| | 2.0 | Review audit file |
| | **20.7** | **Total Grace Integrated Audit Charged Hours** |
| | **20.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Robert Eydt**

| 2/28/2006 | 6.0 | Review Grace 10-K and give comments to audit. |
|-----------|-----|-----------------------------------------------|
| | 6.0 | **Total Grace Integrated Audit Charged Hours** |
| | 6.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Peter Woolf**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/9/2006 | 0.5 | Discussion regarding accrual and updated issues. |
| 2/10/2006 | 2.0 | Accrual issues, start memo review. |
| 2/13/2006 | 2.5 | Meeting regarding accrual and transition. Overview of foreign issues and Virginia issue. |
| 2/14/2006 | 1.0 | Accrual issues/time analysis. |
| 2/16/2006 | 2.0 | Accrual memorandum. |
| 2/17/2006 | 1.0 | Accrual memo, and disc with senior re issues. |
| 2/20/2006 | 0.5 | WR Grace accrual. Follow up with client. |
| 2/21/2006 | 1.0 | WR Grace accrual issues regarding footnote and emails. |
| 2/22/2006 | 1.0 | Footnote review. |
| 2/24/2006 | 2.0 | Further work on memo and emails to various staff. |
| 2/27/2006 | 5.0 | Accrual memorandum, in addition to overview of files, discussion with manager regarding issues to overview reconciliation. |
| | 1.0 | Regarding review of final steps regarding footnote. |
| 2/28/2006 | 1.0 | Memorandum preparation. |
| | **20.5** | **Total Grace Integrated Audit Charged Hours** |
| | **20.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  George Baccash**

| | | |
|------|-------|--------------------------------|
| 2/13/2006 | 2.7 | Conference call to discuss 2005 audit tax accrual and to discuss tax partner transition. Further discussion of foreign operations and planning for accrual review. Discussions regarding the need for a consultation with National office regarding the valuation allownace and whether or not it has been properly reviewed and discussed with management. |
| | **2.7** | **Total Grace Integrated Audit Charged Hours** |
| | **2.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Lisa Slotznick**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2/15/2006 | 0.3 | Actuarial review of WC accruals. |
| 2/19/2006 | 0.5 | Actuarial review of WC accruals. |
| | **0.8** | **Total Grace Integrated Audit Charged Hours** |
| | **0.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Bonnie Shub-Gayer**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/3/2006 | 0.5 | Draft international provision review memo for file. |
| 2/10/2006 | 1.0 | Draft international provision review memo for file. |
| | 1.0 | Draft international provision review memo for file. |
| | 1.0 | Draft international provision review memo for file. |
| | 0.8 | Draft international provision review memo for file. |
| 2/13/2006 | 1.0 | 2005 Tax provision team meeting to bring new partner and new manager up to date with provision issues, follow up items for 2005 workpapers and additional proceedures to be implemented for 2006 interim work. |
| | 1.0 | 2006 Tax provision team meeting to bring new partner and new manager up to date with provision issues, follow up items for 2005 workpapers and additional proceedures to be implemented for 2006 interim work. |
| | 1.0 | 2007 Tax provision team meeting to bring new partner and new manager up to date with provision issues, follow up items for 2005 workpapers and additional proceedures to be implemented for 2006 interim work. |
| | 0.5 | 2008 Tax provision team meeting to bring new partner and new manager up to date with provision issues, follow up items for 2005 workpapers and additional proceedures to be implemented for 2006 interim work. |
| 2/15/2006 | 0.3 | Begin to draft additional information for 2005 workpaper file. |
| | **8.1** | **Total Grace Integrated Audit Charged Hours** |
| | **8.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jennifer James**

| 2/21/2006 | 1.0 | Follow up on our FAS 132 review for the Canadian pension plan. |
|-----------|-----|---------------------------------------------------------------|
|  | 1.0 | **Total Grace Integrated Audit Charged Hours** |
|  | 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2/1/2006 | 0.7 | Emails regarding IT documentation. |
| 2/2/2006 | 0.5 | Discussion with F Barnard PwC regarding IT testing. |
| 2/3/2006 | 0.7 | Planning project deliverables. |
| 2/6/2006 | 1.2 | Review of SAS 70 documentation. |
| 2/7/2006 | 1.6 | Preparation for meeting with B Kenny and review of project progress. |
| 2/8/2006 | 0.9 | Meeting with R Grady PwC regarding test results. |
| | 1.0 | Meeting with B Kenny on project deliverables. |
| | 1.4 | Analysis of international results. |
| | 0.6 | Emails regarding international work. |
| 2/9/2006 | 2.0 | Review of documentation related to control testing. |
| 2/10/2006 | 1.3 | Analysis of international results SAD documents. |
| 2/13/2006 | 0.6 | Discussion with R Grady and P Rheinhardt  PwC regarding project progress. |
| | 1.9 | Review and follow up of tax and environmental work. |
| | 0.6 | Preparation for meeting with B Kenny and review of project progress. |
| 2/14/2006 | 1.3 | Two meetings with R Grady and P Rheinhardt PwC regarding  404 testing. |
| | 0.8 | Meeting with B Kenny on project deliverables. |
| | 0.7 | Follow up with F Barnard PwC regarding IT data base. |
| | 0.7 | Notes and documentation completion. |
| 2.15/2006 | 0.8 | Preparation for meeting with B Kenny and review of project progress. |
| | 0.6 | Internal planning call  R Grady. |
| | 1.9 | Remediation analysis. |
| | 0.8 | Emails regarding remediation. |
| 2/16/2006 | 2.3 | Three meetings with B Kenny to discuss project progress, remediation and mitigation. |
| | 4.1 | Database review. |
| | 0.5 | Emails regarding project deliverables. |
| | 1.4 | PwC internal planning meetings with F Barnard, R Grady and P Rheinhardt. |
| | 0.4 | SAS 70 documentation follow up. |
| 2/17/2006 | 2.0 | Database review. |
| 2/20/2006 | 0.3 | Coaching notes regarding IT database. |
| | 0.7 | Database review of automated app controls. |
| 2/22/2006 | 1.0 | Review of Audit Committee package. |
| 2/24/2006 | 1.6 | Remediation analysis and follow up Germany. |
| 2/27/2006 | 0.4 | Phone call with R Grady PwC regarding project meeting with B Kenny. |
| 2/28/2006 | 1.3 | Review of documentation prior to meeting with  B Kenny. |
| | 1.0 | Meeting with B Kenny on project deliverables. |
| | 0.8 | Internal discussions with PwC Grady, Barnard and Rheinhardt. |
| | 0.3 | Emails prepared regarding WR Grace. |
| | 1.6 | IT scoping ( SAS 70 processes) and SAD documentation review. follow up with F Barnard PwC regarding IT data base. |
| | **42.3** | **Total Grace Integrated Audit Charged Hours** |
| | **42.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: David Lloyd** | | |
| **2/2/2006** | 0.7 | Call with R Grady, J Newstead and P Reinhardt (PwC) and B Kenny (Grace) on 404 status. |
| 2/3/2006 | 3.8 | Review MyClient file. |
| | 0.5 | Meet with R Grady (PwC), B Dockman and M Brown (Grace) to discuss audit status. |
| 2/9/2006 | 1.0 | Call with R Grady, J Newstead, P Reinhardt and F Barnard (PwC) and B Kenny, B Summerson and G Demory (Grace) on 404 status. |
| 2/13/2006 | 1.0 | Call with R Grady and P Woolfe (PwC) on status of tax provision work. |
| | 0.3 | Call with R Grady, P Reinhardt and M McDonnell (PwC) on status of Grace Performance Chemicals work. |
| | 2.8 | Review MyClient file. |
| 2/14/2006 | 2.0 | Review audit committee presentation, segment memo, Sandlewood memo and MyClient file. |
| 2/15/2006 | 1.0 | Call with B Bishop, R Grady and J Newstead (PwC) to discuss audit committee presentation. |
| | 0.3 | Review audit committee presentation. |
| 2/16/2006 | 4.0 | Call with R Grady, J Newstead and P Reinhardt (PwC) and B Kenny (Grace) to evaluate the Summary of Aggregated Deficiencies. |
| 2/17/2006 | 0.5 | Call with R Grady and J Newstead (PwC) to discuss the Summary of Aggregated Deficiencies. |
| | 0.8 | Call with R Grady (PwC) and M Brown (Grace) to discuss segment memo. |
| 2/20/2006 | 1.5 | Review management representation letter draft. |
| 2/21/2006 | 6.0 | Review draft of Form 10-K. |
| 2/22/2006 | 0.5 | Call with B Bishop and R Grady (PwC) to discuss audit committee presentation. |
| 2/23/2006 | 3.5 | Attend audit committee meeting including meeting before hand with R Tarola and B Dockman (WR Grace). |
| 2/24/2006 | 1.3 | Review inventory section of MyClient file. |
| | **31.5** | **Total Grace Integrated Audit Charged Hours** |
| | **31.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Ryan Grady**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2/1/2006 | 3.5 | Reviewing year end audit work - Davison chemicals accruals section. |
| | 2.0 | Reviewing year end audit work - Davison chemicals receivables section. |
| 2/2/2006 | 2.2 | Reading Grace bankruptcy news for audit-related issues. |
| | 0.7 | Discuss LIFO accounting with B Bishop, D Lloyd and P Reinhardt (PwC). |
| | 2.1 | Drafting presentation for Grace audit committee for meeting on 2/23. |
| | 2.3 | Reviewing year end audit work - Corporate accruals section. |
| 2/3/2006 | 2.5 | Reviewing year end audit work - Davison chemicals payables section. |
| | 1.1 | Reviewing year end audit work - Corporate payables section. |
| 2/4/2006 | 2.1 | Revising draft presentation to the Grace audit committee and reading current developments for audit committees for potential inclusion in draft document. |
| 2/6/2006 | 1.4 | Draft concurring partner clearance agenda and checklist. |
| | 2.9 | Reviewing year end audit work - Corporate environmental section. |
| | 2.5 | Read prior year memo on income taxes. |
| | 1.0 | Review prior year income tax review workpapers related to German organizational structure and related accounting. |
| | 1.1 | Review prior year income tax review workpapers related to German organizational structure and related accounting. |
| 2/7/2006 | 3.2 | Reading the current year disclosure checklist for disclosures applicable to Grace - including Pension disclosures and recent SEC disclosure requirements for Management's Discussion and Analysis (MD&A). |
| 2/8/2006 | 2.2 | Reviewing year end audit work - Information Technology General Controls (ITGC) section. |
| | 2.3 | Reviewing year end audit work - Corporate debt/equity sections. |
| 2/9/2006 | 1.5 | Reviewing year end audit work - Corporate mergers/acquisitions sections. |
| | 2.5 | Reviewing year end audit work - Corporate goodwill and intangibles sections. |
| 2/10/2006 | 2.2 | Documenting current year audit work over hedging/financial intruments. |
| | 1.8 | Reviewing financial close/reporting section of database. |
| | 1.2 | Read final memo for environmental review from Tom Kalinosky, environmental specialist. |
| 2/13/2006 | 2.6 | Updating audit progress plan and budget for presentation to audit committee. |
| | 2.8 | Reviewing work performed in ART section of the database. |
| 2/14/2006 | 1.9 | Reviewing work performed in ART section of the database. |
| | 2.5 | Reviewing work performed in ART section of the database. |
| | 1.4 | Reviewing Davison Chemicals section audit work - inventory. |
| 2/15/2006 | 2.7 | Review status documents to be used in meeting for 404 controls update. |
| | 0.5 | Review status documents to be used in meeting for 404 controls update. |
| | 2.0 | Review summary of aggregated deficiencies (SAD). |
| | 1.6 | Review summary of aggregated deficiencies (SAD). |
| | 2.5 | Review summary of aggregated deficiencies (SAD). |
| 2/16/2006 | 1.8 | Reviewing Corporate section audit work - payroll/benefits. |
| | 2.5 | Reviewing Corporate section audit work - payroll/benefits. |
| 2/17/2006 | 1.1 | Prepare for audit committee meeting on 2/23/06. |

|  | 1.8 | Review database - completion section documentation. |
|  | 1.6 | Read first draft 10-K. |
| 2/20/2006 | 3.8 | Draft audit completion checklist and compile related steps/workpapers/critical matters. |
| 2/21/2006 | 2.5 | Continue reading draft 10-K. |
|  | 1.0 | Discuss current summary of aggregated deficiencies (SAD) with B Bishop and P Reinhardt (PwC). |
| 2/22/2006 | 3.5 | Read revised draft 10-K. |
|  | 0.5 | Discuss audit committee presentation for meeting on 2/23 with P Reinhardt and B Bishop (PwC). |
| 2/23/2006 | 1.6 | Pre-audit-committee meeting with B Bishop, D Lloyd (PwC) and R Tarola, B Dockman (Grace). |
|  | 2.0 | Attend Grace audit committee meeting. |
|  | 2.0 | Document minutes for Pwc attendance at Grace audit committee meeting. |
|  | 1.7 | Review revised draft 10-K. |
| 2/24/2006 | 1.1 | Review internal PwC guidance related to requirements for management's report on internal controls. |
|  | __93.3__ | **Total Grace Integrated Audit Charged Hours** |
|  | __93.3__ | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended February 28, 2006

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Francois Barnard**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2/6/2006 | 2.0 | Reviewing database with Jean. Status call with Audit team. |
| 2/9/2006 | 1.0 | Reviewing database with Jean. Status call with Audit team. |
| 2/13/2006 | 4.0 | Reviewing database with Jean. Status call with Audit team. |
| 2/14/2006 | 2.0 | Reviewing database with Jean. Status call with Audit team. |
| 2/15/2006 | 1.0 | Discussing database with Project Lead. Discussing issues with IA. |
| 2/16/2006 | 3.0 | Evaluation SAD and SAS 70's. |
| 2/17/2006 | 0.5 | Evaluation SAD and SAS 70's. |
| 2/21/2006 | 3.0 | Evaluation SAD and SAS 70's. |
| 2/22/2006 | 2.0 | Evaluation SAD and SAS 70's. |
| 2/24/2006 | 2.0 | Evaluation SAD and SAS 70's. |
| | 20.5 | **Total Grace Integrated Audit Charged Hours** |
| | 20.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

Name:  Joseph Rocco

| 2/20/2006 | 3.0 | Review journal entry deliverables prepared by the Data Management Group to address Statement on Audit Standards No. 99. |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Maria Lopez**

| 2/8/2006 | 3.0 | Documentation for SOX 404 internal controls. |
| | 3.0 | **Total Grace Integrated Audit Charged Hours** |
| | 3.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Daniel Spratt**

| 2/13/2006 | 2.5 | WR Grace 2005 tax provision review. |
|-----------|-----|-------------------------------------|
|           | 2.5 | **Total Grace Integrated Audit Charged Hours** |
|           | 2.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Analia Castelo**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/10/2006 | 6.0 | Writing of Foreign tax memo. |
| 2/11/2006 | 1.0 | Phone call with with Bonnie Shub-Gayer (PWC) on foreign tax memo. |
| 2/13/2006 | 1.0 | Meeting with Peter Woolf and staff (PWC) to discuss foreign tax memo. |
| | 4.0 | Completion of workpapers. |
| 2/24/2006 | 0.5 | Reading and signing of Grace Independence form. |
| | **12.5** | **Total Grace Integrated Audit Charged Hours** |
| | **12.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Matt Bosseler**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/7/2006 | 0.3 | SAS 99 Testing via Computerized Assisted Auditing Techniques. |
| 2/12/2006 | 3.0 | SAS 99 Testing via Computerized Assisted Auditing Techniques. |
| 2/13/2006 | 3.7 | SAS 99 Testing via Computerized Assisted Auditing Techniques. |
| 2/14/2006 | 5.0 | SAS 99 Testing via Computerized Assisted Auditing Techniques. |
| 2/15/2006 | 5.8 | SAS 99 Testing via Computerized Assisted Auditing Techniques. |
| 2/16/2006 | 6.3 | SAS 99 Testing via Computerized Assisted Auditing Techniques. |
| 2/18/2006 | 4.0 | SAS 99 Testing via Computerized Assisted Auditing Techniques. |
| 2/20/2006 | 8.3 | SAS 99 Testing via Computerized Assisted Auditing Techniques. |
| 2/21/2006 | 0.9 | SAS 99 Testing via Computerized Assisted Auditing Techniques. |
| | 37.3 | Total Grace Integrated Audit Charged Hours |
| | 37.3 | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 2/1/2006 | 5.0 | Tying out SAP to SOAR from the foreign trial balances. |
| | 1.0 | Open items and going through status. |
| | 1.0 | Reviewing the Gamma memo. |
| | 1.0 | Reviewing and tying out the LIFO memo. |
| 2/2/2006 | 1.0 | Reviewing the revenue fluctuations. |
| | 1.0 | Documenting the follow up items for 404 and reviewing PwC's follow ups. |
| | 2.0 | Reading and reviewing the SAS 70's for Hartford and C N A. |
| | 0.5 | Review Tax 404 documentation. |
| | 1.0 | Prepare open items list and discuss status. |
| | 1.0 | Review other company fluctuations. |
| | 1.5 | Review database. |
| 2/3/2006 | 0.5 | Meeting with R.Grady (PwC) to discuss status. |
| | 1.0 | Update meeting with B.Dockman and M.Brown (Grace). |
| | 3.0 | Reviewing the database. |
| | 2.0 | Tying out the SAP to SOAR trial balances. |
| | 1.0 | Reviewing international deliverables. |
| | 0.5 | Reviewing the SAD. |
| 2/6/2006 | 1.0 | Update the SAD. |
| | 4.0 | Review the database. |
| | 2.0 | Tying out the SAP to SOAR trial balances. |
| | 0.5 | Selecting items for reperformance testing. |
| | 0.5 | Meeting with M.McDonnell (PwC) to discuss status on 404. |
| 2/7/2006 | 0.5 | Update meeting with R.Grady (PwC). |
| | 0.5 | Update meeting with C.Chen (PwC) . |
| | 3.0 | Reviewing the database. |
| | 2.0 | Documenting completion steps. |
| | 1.0 | Update testing for environmental 404. |
| | 1.0 | Update status and open items list. |
| | 1.0 | Prepare agenda and follow up list for 404 internal meeting. |
| 2/8/2006 | 1.0 | Meeting P.Katsiak (PwC). |
| | 2.0 | Reviewing the SAS 70 mappings for Hartford and C N A. |
| | 1.0 | Scheduling staff for the remainder of the audit. |
| | 2.0 | Reviewing the database. |
| | 2.0 | Completing documentation in the database. |
| 2/9/2006 | 0.8 | Reviewing the GPC SAD and understanding the findings. |
| | 1.0 | Following up with the Sales Process Order 404 testing. |
| | 0.5 | Update meeting with R.Grady (PwC). |
| | 0.5 | Meeting with M.McDonnell (PwC) to review the GPC Sad. |
| | 1.0 | Reviewing the SAP to SOAR tie out. |
| | 0.5 | Review support for the Del Taco issue. |
| | 0.5 | Update meeting with M.Bosseler (PwC) on the status of the JE testing. |
| | 3.0 | Review the database. |
| | 1.2 | Documenting the steps in the database. |
| 2/10/2006 | 1.0 | Create an open items list and document the status. |
| | 3.0 | Document in the database. |
| | 1.0 | Meeting with J.Newstead, D.Lloyd, R.Grady (all PwC) for internal 404 meeting. |
| | 1.0 | Document memos in the database. |
| | 2.0 | Create critical matters in the database. |
| 2/13/2006 | 3.0 | Reviewing the SAD and cleaning up the documentation in the SAD. |
| | 1.0 | Documenting memos in the database. |
| | 2.0 | Review steps in the database. |

|  |  |  |
|---|---|---|
|  | 1.0 | Call with M.McDonnell (PwC) to discuss 404 . |
|  | 1.0 | Meeting with G.DeMory (Grace) to review the update testing and issues with the SAD. |
|  | 2.5 | Documenting the completion steps. |
|  | 0.5 | Meeting with M.Bosseler (PwC) to correct issues with JE testing. |
| 2/14/2006 | 0.5 | Call with J.Newstead, F.Barnard, R.Grady (all pwc) to discuss the SAS 70. |
|  | 2.0 | Document the completion steps. |
|  | 1.0 | Prepare the Grace AC presentation . |
|  | 1.0 | Document the Owensboro memo. |
|  | 1.0 | Reviewing the changed Gamma Memo. |
|  |  |  |
|  | 1.0 | Reviewing the spreadsheet documentation and testing. |
|  | 1.0 | Document the Sandalwood memo. |
|  | 0.5 | Update meeting with R.Grady (PwC) . |
| 2/15/2006 | 1.0 | Journal Entry testing. |
|  | 1.0 | Meeting with B.Bishop, R.Grady, D.Lloyd, and J.Newstead (all PwC) to go over Audit committee presentation. |
|  | 0.5 | Meeting with B.Kenny(Grace), R.Grady, J.Newstead (pwc) to discuss 404 . |
|  | 1.5 | Update the SAD for changes. |
|  | 1.0 | Working on the Data Manger Group reconciliation from the rollforward. |
|  | 1.0 | Creating the 404 agenda for meeting with Grace and PwC. |
|  | 2.0 | Review the database. |
|  | 0.5 | Call with M.Bosseler (PwC) to go over the reconcilation. |
|  | 3.5 | Documenting the steps in the database. |
| 2/16/2006 | 3.0 | Evaluating the SAD with J.Newstead and R.Grady (PwC) . |
|  | 9.0 | Evaluating the SAD with B.Kenny, B.Summerson , G.Demory (all Grace) and J.Newstead and R.Grady (all PwC). |
| 2/17/2006 | 2.0 | Documenting memos in the database. |
|  | 2.0 | Clean up documentation on the SAD. |
|  | 2.0 | Documenting steps in the database. |
| 2/20/2006 | 1.0 | Documenting resumes to evaluate Internal audit. |
|  | 2.5 | Review the database. |
|  | 2.0 | Documenting in the database. |
| 2/21/2006 | 0.5 | Call with R.Worster (PwC) to review the Germany SAD. |
|  | 1.0 | Meeting with B.Bishop (PwC). |
|  | 1.0 | Compile all the 10-K comments. |
|  | 0.5 | Discuss with M.Bosseler (pwC) testing for journal entries. |
|  | 1.0 | Select Journal entries for testing. |
|  | 2.0 | Review the database. |
|  | 1.0 | discuss with M.Bosseler (pwC) testing for journal entries. |
|  | 1.0 | Document completion steps. |
|  | 1.0 | Read through the 10-K . |
| 2/22/2006 | 1.0 | Call with B.Bishop, D.Lloyd, and R.Grady (all PwC) to prepare for the Audit committee meeting. |
|  | 0.5 | Prepare and print independence letter . |
|  | 0.5 | Prepare the slides for the audit committee meeting. |
|  | 1.0 | Meeting with K.Blood (Grace) to go over the 10-K . |
|  | 2.0 | Document Company Level control evidence. |
|  | 0.5 | Review the Audit Committee presentation. |
|  | 2.0 | Review the database. |
|  | 1.0 | Review summaries of comfort. |
|  | 0.5 | Meeting with R.Grady (PWC) to update . |
| 2/23/2006 | 1.0 | Review the representation letter. |
|  | 1.0 | Create open items list and discuss status. |
|  | 1.0 | Reviewing the unrecorded liabilities testing with L.Keorlet (PwC). |
|  | 1.0 | Review France SAD. |
|  | 1.0 | Review the audit reports and letters. |
|  | 2.0 | Document company level controls . |
|  | 0.5 | Update meeting with R.Grady (PwC) . |
|  | 1.0 | Document unpredictibility testing. |
| 2/24/2006 | 1.0 | Review new draft of the 10-K . |
|  | 1.0 | Call with C.Chen (pwC) to discuss computer controls. |
|  | 1.5 | Reviewing Tax documentation . |
|  | 3.0 | Review the database. |
|  | 0.5 | Update meeting with R.Grady (PwC) . |
| 2/27/2006 | 1.0 | Review international deliverables. |
|  | 7.0 | Documenting the automated disclosure checklist. |
| 2/28/2006 | 3.0 | Documenting the audit completion checklist. |

| | |
|---|---|
| 3.0 | Documenting the automated disclosure checklist. |
| 2.0 | Review the database. |
| 1.0 | Update the SAD. |

| **171.0** | **Total Grace Integrated Audit Charged Hours** |
|---|---|

| **171.0** | **Total Hours** |
|---|---|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Maria Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 2/1/2006 | 0.8 | Discussion with Ren Lapidario (Grace) regarding discount rates |
| | 0.7 | Documenting in the database |
| | 1.8 | Tie up of DV Reserve to trial balance and SOAR |
| | 0.7 | Documenting of flux analysis of DV Reserve |
| | 1.2 | Updating lawyers confirmation summary |
| | 2.8 | Finishing goodwill steps in the database |
| 2/2/2006 | 1.0 | Organizing lawyers replies and updating summary |
| | 3.0 | Preparing the 4Q flux analysis |
| | 3.0 | Preparation of the pension analysis |
| | 1.0 | Reviewing things to do in the database |
| 2/3/2006 | 1.0 | Updating list of open items |
| | 2.0 | Footing and crossfooting pension schedules, doing procedures with the schedules |
| | 1.3 | Doing procedures for Oxy receivable, contacting Susan Farnsworth and Will McDaniel (both Grace) |
| | 3.2 | Documentation of pension steps in the database, trustee report |
| 2/6/2006 | 4.0 | Following up items for Oxy Receivable, documenting Oxy Receivable in the database |
| | 4.0 | Pension documentation in the database |
| 2/7/2006 | 3.5 | Documenting fourth quarter review procedures, analytical procedures, review of interim financial info |
| | 0.5 | Reviewing summary of comfort |
| 2/8/2006 | 1.0 | Following up of legal confirms, updating legal confirm summary |
| | 2.0 | Documentation of Oxy reserves |
| | 0.5 | Discussing core and non core with Rebecca Del Bianco (Grace) |
| | 1.3 | Reviewing previous quarters |
| | 1.0 | Documenting flux of other liabilities, reviewing previous quarters flux |
| | 1.2 | Documenting of items needed with Allison Mackenzie (Grace) for pension items |
| 2/9/2006 | 1.5 | Updating lead schedules and flux analysis |
| | 2.0 | Reviewing database, listing of pending items |
| | 1.0 | Documentation of flux analysis for expenses |
| | 0.5 | Updating Goodwill and intangibles step in the database |
| | 0.5 | Updating substantive audit evidence step in the database |
| | 1.0 | Pension Form 5500 step in the database, preparing questions for discussion with client re: pension |
| | 0.5 | Discussion with Salena Anderson (Grace) regarding different plans for pension |
| | 1.0 | Tieing up net periodic pension expense schedule, ascertain data from the plans |
| 2/10/2006 | 0.7 | Reviewing environmental step in the database |
| | 0.8 | Discussion with Karen (Grace) regarding actuarial report and Ren (Grace) for the trustee report |
| | 0.7 | Reviewing coaching note for environmental risk |
| | 0.8 | Follow up with Pam Estes (Grace) regarding payroll testing |
| | 0.8 | Documentation of pension items from the interview |
| | 0.6 | Review of OPEB analysis |
| | 2.0 | Documentation of substantive procedures |
| | 0.7 | Summary of Comfort Goodwill and Intangibles |
| | 0.9 | Summary of Comfort Investment Process, Financing Process |
| 2/13/2006 | 1.0 | Trustees report step in the database |
| | 3.0 | Pension steps in the database: ascertain data from the plans; documentation for external working paper |

|  |  |  |
|---|---|---|
|  | 2.0 | Reviewing steps in the database |
| 2/14/2006 | 3.0 | Review of FAS 142 Memo and testing |
|  | 5.0 | Documentation of FAS 144 memo in the database |
| 2/15/2006 | 2.0 | Testing of Life Insurance information |
|  | 3.0 | Finalize documentation of Divestment Reserves |
|  | 6.0 | Documentation of FAS 142 Analysis |
| 2/16/2006 | 3.0 | Testing of Health and Welfare Clearing |
|  | 0.5 | Discussion with Jason Day (Grace) regarding payments for Libby Indictment |
|  | 5.0 | Documentation of substantive analytical procedures - environmental reserves |
|  | 2.5 | Documentation of Life Insurance (COLI) |
| 2/17/2006 | 3.0 | Testing of Subsequent Payment of Libby Indictment |
|  | 5.0 | Documentation of Health and Welfare Clearing |
| 2/20/2006 | 1.5 | Document completion steps in the database |
|  | 0.5 | Follow up of lawyers |
|  | 4.0 | Documentation of legal confirmation replies |
|  | 1.0 | Follow up supporting documents for the pension payment |
| 2/21/2006 | 4.0 | Document completion steps in the database |
|  | 5.0 | Review steps in the database |
| 2/22/2006 | 2.0 | Answering review points/coaching notes in various accounts |
|  | 5.0 | Reviewing SAP to SOAR tie out |
|  | 3.0 | Documentation of subsequent events procedure |
| 2/23/2006 | 4.0 | Documentation of corporate reconciliation |
|  | 3.0 | Documentation of journal entries |
|  | 2.0 | Prepare QRP Checklist |
| 2/24/2006 | 4.0 | Review of draft of 10K |
|  | 4.0 | Document Payroll procedures |
| 2/27/2006 | 5.0 | Review of Significant contracts |
|  | 5.0 | Prepare management representation letter |
| 2/28/2006 | 1.0 | Summarizing minutes of committee meeting |
|  | 1.5 | Tieup of pension schedules |
|  | 3.5 | Completion steps in the database |
|  | 5.0 | Review of Hedge Gain or Loss Transaction |

|  |  |  |
|---|---|---|
|  | **166.5** | **Total Grace Integrated Audit Charged Hours** |
|  | **166.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Cindy Y Chen**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **2/8/2006** | 0.4 | Document IT issue to SAD document. |
| **2/13/2006** | 2.0 | Review WR Grace IT control work with F. Barnard (PwC). |
| **2/14/2006** | 2.0 | Review WR Grace IT control work with F. Barnard (PwC). |
| **2/24/2006** | 1.3 | Document spreadsheet testing. |
| **2/28/2006** | 1.0 | Adding steps - overview of the work in My Client database. |
| | **6.7** | **Total Grace Integrated Audit Charged Hours** |
| | **6.7** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Michael McDonnell**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/3/2006 | 1.0 | Conversation with Columbia regarding SAD. |
| 2/13/2006 | 0.5 | Conversation with Columbia regarding the SAD. |
| 2/21/2006 | 3.5 | Reviewing the AR and Accruals section of the database.. |
| | **5.0** | **Total Grace Integrated Audit Charged Hours** |
| | **5.0** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Denise C Baumann**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2/2/2006 | 10.0 | Received new schedules for provision, analysing new info received. |
| 2/5/2006 | 2.5 | Asking for supporting documentation, analysing docementation received. |
| 2/8/2006 | 0.5 | Phone call with client. |
| 2/13/2006 | 1.5 | Tying in updated workpapers. |
| 2/16/2006 | 1.0 | Correspondence with client. |
| | **15.5** | **Total Grace Integrated Audit Charged Hours** |
| | **15.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Randi Woodard**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2/1/2006 | 0.9 | Working from PwC office in West Palm Beach.  Receiving and sending emails to Andree (Grace).  Updating my review per the new documentation received via email.  Updating my review per the updated version of the provision received from Andree (Grace).  Forwarding all emails to Denise (PwC) so she can update the consolidated provision and the domestic memo. |
| 2/4/2006 | 0.1 | Working from PwC office in West Palm Beach.  Receiving and sending emails to Andree (Grace).  Updating my review per the new documentation received via email.  Updating my review per the updated version of the provision received from Andree (Grace).  Forwarding all emails to Denise (PwC) so she can update the consolidated provision and the domestic memo. |
| 2/6/2006 | 0.6 | Working from PwC office in West Palm Beach.  Receiving and sending emails to Andree (Grace).  Updating my review per the new documentation received via email.  Updating my review per the updated version of the provision received from Andree (Grace).  Forwarding all emails to Denise (PwC) so she can update the consolidated provision and the domestic memo. |
| 2/7/2006 | 0.3 | Working from PwC office in West Palm Beach.  Receiving and sending emails to Andree (Grace).  Updating my review per the new documentation received via email.  Updating my review per the updated version of the provision received from Andree (Grace).  Forwarding all emails to Denise (PwC) so she can update the consolidated provision and the domestic memo.  Mailing all files to Denise (PwC) in Miami. |
| 2/13/2006 | 0.3 | PwC conference call. |

|  | 2.2 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|------------------------------------------------|

|  | 2.2 | **Total Hours** |
|--|-----|-----------------|

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended February 28, 2006

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/1/2006 | 0.7 | Meet with L. Marchman, Grace, to discuss Delphi bad debt write-off and Kvaerner reserve in allowance for doubtful accounts. |
| | 1.7 | Document in Davison Accounts receivable step "review bad debt write-offs" and mark as complete. |
| | 1.5 | Review fluctuation in accruals leadsheet for need to perform further substantive testing of other reserves. Document in Davison accrued other reserves step and mark as complete. |
| | 1.0 | Review fluctuation in accruals leadsheet for need to perform further substantive testing of other current liabilities. Document in step "Other Current Liabilities" for Davison database. Mark step as complete. |
| | 2.3 | Review Davison accrued commissions by profit center schedules. Review revenue steps for sales by profit center for Davison US for testing of sales incentives and fluctuations. |
| | 0.5 | Meet with D. Nolte, Grace, to discuss the possibility of obtaining a listing of Davison US sales by profit center. |
| | 0.5 | Review work performed in Davison prepaid expenses for testing related to personal and real property tax accrual. |
| | 0.3 | Document in Davison step "Real and personal property tax accrual." Link step to prepaid section and mark step as complete. |
| | 0.5 | Grace update meeting. |
| 2/2/2006 | 1.2 | Update intangibles rollforward & amortization expense testing excel document. Prepare follow-up questions for M. Brown, Grace. |
| | 0.6 | Update documentation in step "Recompute amortization expense" for Davison intangibles per discussion with M. Brown, Grace, and mark step as complete. |
| | 0.2 | Review master list of profit centers received from D. Nolte, Grace, for completeness. |
| | 2.0 | Tie out spreadsheet of Davison US sales to profit centers. Update sales incentives analytics using sales figures by profit center. Take notes on any follow-up questions. |
| | 0.5 | Update open items list and email to C. Park, PwC. |
| | 1.0 | Review approval for Incentive Compensation 2005 plan received by M. Joy, Grace. Update documentation in Grace Database for Incentive Compensation. |
| | 0.9 | Review detail supporting Davison Account 1616, Other Miscellaneous Deferred Charges, obtained from D. Nolte, Grace. Develop methodology on means of testing. |
| | 1.5 | Right-fax copy of Alltech purchasing memo to email and insert in database, testing of subsidiaries and affiliates. Complete testing over Davison investment in subsidiaries & affiliates. Update documentation in step and mark as complete. |
| | 0.5 | Grace update meeting |
| | 0.3 | Meet with D. Nolte, Grace, to discuss amortization of Davison intangible asset. Update documentation and address coaching note. |
| 2/3/2006 | 1.0 | Review financial policies over Allowance for Doubtful Accounts. Meet with L. Marchman, Grace, to discuss variance from policy in reserving for receivable write-offs. |
| | 1.9 | Update documentation in Davison/Separations Group "Assess adequacy of allowance for doubtful accounts." |
| | 0.5 | Update documentation in Davison Deferred Charges step "Obtain and test detailed analysis of deferred charges" and mark step as complete. |
| | 0.5 | Document in Davison step "Evaluate carrying basis and possible write-offs" for Davison deferred charges and mark step as complete. |
| | 1.0 | Document in step "Evaluate carrying basis and possible write-offs" of Davison and Separations Group deferred charges. Mark step as complete. |
| | 0.5 | Grace update meeting |
| | 1.2 | Per discussion with D. Nolte, Grace, answering fluctuation questions, update documentation of step "Deferred Revenue - Agree comparative Summary" and mark step as complete. |
| 2/6/2006 | 0.5 | Update Teamfind for 2005 Integrated Database for correct Grace archive date. |
| | 0.8 | Grace update meeting |

| | | |
|---|---|---|
| 2/7/2006 | 1.0 | Complete analytics over Davison/Separations Group Sales incentives using Davison US sales support. Insert spreadsheet into database. |
| | 1.3 | Document in step "Sales incentive accrual" and mark step as complete. |
| | 2.0 | Review Incentive Compensation supporting detail for 12/31 accrual obtained from M. Joy, Grace. Tie out support to accrual. Email M. Joy about differences between AICP compensation and PFP compensation. |
| 2/8/2006 | 0.4 | Update documentation in Accounts Receivable Davison/Separations Group leadsheets for tied out trial balance to SOAR and mark as complete. |
| | 0.3 | Update documentation in Deferred Revenue Davison/Separations Group leadsheets for tied out trial balance to SOAR and mark as complete. |
| | 2.2 | Complete testing over accrued commissions for Davison. Update documentation in step "Accrued Commissions" for Davison and mark step as complete. |
| | 0.2 | Perform recalculation of ART minority interest. Update step "ART minority interest" in Davison database and mark as complete. |
| | 0.6 | Grace update meeting |
| 2/9/2006 | 1.1 | Document in step "Scan a detailed listing of AR and agree to summary" in Davison database and mark as complete. |
| | 1.8 | Review PFP detailed support for US and foreign entities for WR Grace obtained from M. Joy, Grace. Tie out to 2005 estimate obtained from Human Resources compensation group. Determine methodology for detailed testing. |
| | 0.4 | Meet with D. Nolte, Grace, to discuss obtaining December payroll registers for certain Grace plants for payroll accrual testing for Davison. Email D. Nolte specific purpose for obtaining support. |
| | 2.3 | Make selections for incentive compensation testing. Using the 2001 estimated chart, performing testing over selections. Email M. Joy, Grace, with variances and questions found. |
| | 1.0 | Per discussion with L. Marchman, Grace, document in step "Review unfulfilled sales commitments" and mark as complete. |
| 2/10/2006 | 2.0 | Document in Davison step "Examine supporting documentation for accruals" and mark as complete. |
| | 0.6 | Update documentation of Separations Group investment in subsidiaries for explanation of Grom investment provided by M. Brown, Grace. Mark step as complete. |
| | 1.7 | Begin documenting in step "Scan a detailed listing of AR and agree to Summary" for preliminary work performed. |
| | 0.7 | Continue to perform testing and analytics over allowance for doubtful accounts for Davison and Separations Group. Update documentation in database. |
| | 2.1 | Review Davison and Separations Group accruals leadsheet for material accounts. Document in step "Examine supporting documentation for accruals provisions & other liabilities;" mark step as complete. |
| 2/13/2006 | 0.5 | Address accrued other reserves coaching note. Update documentation in step. |
| | 0.3 | Address other current liabilities coaching note. Update documentation in step. |
| | 0.6 | Review the ART reporting package. Recalculate ART minority interest. Compare to work already performed in database. Update documentation. Re-mark step as complete. |
| | 0.8 | Review spreadsheet testing schedule from P. Reinhardt, PwC, to see whether I have any of the chosen items for testing. |
| | 0.9 | Continue to perform testing over incentive compensation. Update documentation. |
| | 2.8 | Complete testing of incentive compensation accrual. Update testing and mark step as complete. |
| 2/14/2006 | 1.5 | Perform testing over long term incentive compensation accounts. |
| | 1.7 | Update documentation for testing performed over long term incentive compensation accounts. Mark step as complete. |
| | 1.7 | Review support for Worker's Holidays, Vacation, and Wages for Davison. Begin to perform testing over selected accrual accounts using payroll support obtained from J. Yale, Grace. |
| | 1.3 | Complete testing over accrued Worker's Holiday's Vacation, and Wages for Davison. Update documentation and mark step as complete. |
| | 1.0 | Create Davison step "Test goodwill for impairment." Link step to corporate database and mark as complete. |
| | 2.0 | Complete documentation for Davison step "Accounts Receivable- Agree comparative summary totals to the general ledger." Mark step as complete. |

| Date | Hours | Description |
|---|---|---|
| 2/15/2006 | 1.5 | Tie out freight accrual support to trial balance. Review support received and document for significant items. Fluctuate the rest of the balance and look for anything unusual. |
| | 0.6 | Complete Davison Freight accruals analytical procedures. Document in Davison Accrued freight step and mark step as complete. |
| | 1.4 | Review list of Grace subsidiaries obtained from Grace legal department for update to GEMS. |
| 2/16/2006 | 2.0 | Perform substantive analytics over year end Davison Accounts Receivable balance. Document in Davison accounts receivable substantive analytics step and mark as complete. |
| | 1.8 | Perform walkthrough of incentive compensation with M. Joy, Grace. |
| | 1.0 | Review Grace incentive compensation financial policies, controls, and control testing obtained from the Grace portal. Email these items to my computer. |
| | 0.4 | Review Completion responsibility matrix obtained from J. Afuang, Grace, for steps needed to be completed in database. |
| | 0.3 | Update open items list. |
| 2/17/2006 | 1.5 | Set up meeting with P. Stuard, Grace, for incentive compensation walkthrough. Prepare and email internal control document request list to P. Stuard. |
| | 0.7 | Download the Grace hierarchy view of subsidiaries in the GEMS database. Email to P. Katsiak, PwC, for tie out to Legal department subsidiary list. |
| | 0.5 | Update open items list. |
| | 1.0 | Update Lake Charles physical inventory checklist. |
| | 1.5 | Document in step "Observe Physical Inventory - Lake Charles, LA." Mark step as complete. |
| 2/20/2006 | 0.6 | Email C. Koch, PwC, concerning Grace entity Colowyo Coal Company and whether associated with a current entity listed in GEMS. Review follow up, update GEMS accordingly. |
| | 0.5 | Deactivate WR GRACE (THAILAND) LIMITED in GEMS. |
| | 1.2 | Address coaching note left by R. Grady, PwC, for incentive compensation testing. |
| 2/21/2006 | 1.6 | Perform substantive analytics over Alltech Accounts receivable accounts fluctuating year end and November trade balances. Also perform ratio analysis and aging analysis over accounts. |
| | 6.4 | Begin tie-out of 10k, draft 4. |
| 2/23/2006 | 0.7 | Update GEMS for Advanced Refining Technologies K.K as requested by PwC Japan group. |
| | 6.8 | Continue tie-out of 10k, draft 4. |
| 2/24/2006 | 1.3 | Perform walkthrough of incentive compensation with P. Stuard, Grace. |
| | 7.0 | Continue 10k tie out. |
| 2/27/2006 | 8.0 | Continue 10k tie out. |
| 2/28/2006 | 1.3 | Complete testing over supporting detail for Davison and Alltech Accounts Receivable accounts. Update documentation and mark step as complete. |
| | 4.6 | Continue 10k tie out. |
| | **116.6** | **Total Grace Integrated Audit Charged Hours** |
| | **116.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Lynda Keorlet** | | |
| | | |
| **2/1/2006** | 2.5 | Testing Bank Reconciliations - all accounts - Davison. |
| | 2.5 | Testing Bank Reconciliations - all accounts - Corporate. |
| | 0.6 | Documenting restricted cash - Corporate. |
| | 1.4 | Discussing Wachovia overdraft entries with S.Anderson (Grace) & documenting findings. |
| **2/2/2006** | 3.5 | Documenting various cash testing - Davison & Corporate. |
| | 4.0 | Testing Davison Depreciation of Property, Plant, Equipment. |
| | 0.5 | Documenting Property, Plant, and Equipment depreciation testing results. |
| | 1.5 | Meeting with B.Kelly (Grace) to discuss depreciation policy / specific asset's depreciation. |
| **2/3/2006** | 3.0 | Review and documentation of letters of credit with Bank of America. |
| | 2.5 | Updating lead sheets to reflect numbers in latest trial balance. |
| | 1.7 | Testing - Davison prepaid account Cash Advance Payments. |
| | 0.8 | Obtaining contact information for Northwestern Mutual and Pacific Life agents from K.Russell (Grace). |
| **2/6/2006** | 3.0 | Testing debt covenants - Bank of America debt confirm and documenting. |
| | 1.0 | Testing & documenting long term debt. |
| | 3.0 | Responding to coaching notes / clarifying documentation - Prepaid Insurance Corporate. |
| | 2.0 | Updating testing of Davison account reconciliations for Oct-Dec 2005. |
| **2/7/2006** | 2.5 | Testing prepaid insurance budget detail / tieing out to amounts expensed. |
| | 0.7 | Contacting / discussing with PwC assistant instructions for obtaining Grace Bank Reconciliations from 3rd parties at office. |
| | 0.8 | Documenting borrowing base certificate prepared by Grace for Bank of America. |
| | 5.0 | Testing & documentation of transfers between client's bank accounts. |
| **2/8/2006** | 4.0 | Review of Core / Non-core Operating expenses and analytics . |
| | 6.0 | Completing testing of GL Close Davison - all sections / steps. |
| **2/9/2006** | 3.0 | Update prepaid insurance documentation for foreign information received & tie-out foreign information received. |
| | 3.6 | Perform update testing with documents rec from Lake Charles, LA. |
| | 2.4 | Perform update testing on period end financial reporting - Corporate and document. |
| **2/10/2006** | 2.0 | Follow up with Linda Anton on open items, document exceptions. |
| | 3.5 | Making selections and reviewing detailed list for payroll testing. |
| | | |
| **2/13/2006** | 2.0 | Reviewing core / non-core expenses and discussing movements with R.Delbianco, Grace. |
| | 2.0 | Reperformance testing of sales order process controls. |
| | 2.0 | Inserting references from SAD to risk control matrices. |
| | | |
| **2/14/2006** | 2.0 | Documenting core / non-core expectations based on quarterly review work. |
| | 2.0 | Documenting confirmation received on corporate owned life insurance from Pacific Life. |
| | 3.0 | Reconciling differences between general ledger rollforwards and year end balances. |
| | | |
| | 0.5 | Formatting / selecting samples - search for unrecorded liabilities - round 2, Corporate / Davison. |
| | 1.0 | Discussing rebates / documenting response from L. Anton (Grace). |
| **2/15/2006** | 3.0 | Testing / Documentation of Property Tax Payable - Davison. |
| | 5.5 | Review wire payments through 2/10 and make selections for testing. |
| **2/16/2006** | 4.0 | Documenting Mergers & Acquisitions walkthrough. |
| | 3.0 | Respond to coaching note & update FAS 34 testing. |
| | 2.0 | Planning testing of Mergers & Acquisitions process. |
| | 1.0 | Review of Internal Audit information / testing of Mergers & Acquisitions process. |

| | | |
|---|---|---|
| 2/17/2006 | 2.5 | Respond to coaching note & update testing of repairs & maintenance. |
| | 4.5 | Perform Spreadsheet testing & document in conjunction with SPA team. |
| | 1.5 | Testing of manual controls - mergers & acquisitions process. |
| 2/20/2006 | 2.5 | Follow up on Sheplers note receivable with Karen Russell (Grace) and third party. |
| | 4.0 | Perform update testing of internal audit reperformance, Lake Charles, Chicago, and Corporate. |
| 2/21/2006 | 1.5 | Update all Summaries of Comfort (Corporate,  Davison) to update links and reflect actual testing performed. |
| | 1.0 | Document operating expense analytics. |
| | 2.0 | Testing - A/P selections for unrecorded liabilities round 2. |
| | 3.0 | Finish reperformance of internal audit & document step in database. |
| | 2.0 | Meeting with Greg Demory (Grace, Internal Audit) to go over reperformance testing questions. |
| 2/22/2006 | 6.0 | Discuss spreadsheet testing with SPA team (Cindy Chen, PwC). |
| | 3.0 | Performing remediation testing on account reconciliations. |
| 2/23/2006 | 2.5 | Discuss payroll testing plan with Pam Estes (Grace). |
| | 4.5 | Perform target testing for unrecorded liabilities search round 3. |
| | 1.5 | Testing of Revenue Deferral Reports. |
| 2/24/2006 | 1.0 | Testing - A/P selections for unrecorded liabilities round 3. |
| 2/27/2006 | 3.0 | Documenting automated controls steps (finalizing). |
| | 2.0 | Testing of access removal for terminations (update) & receiving the related reports from R.Lewis (Grace) . |

|  |  |
|---|---|
| **148.0** | **Total Grace Financial Statement Audit Charged Hours** |

|  |  |
|---|---|
| **148.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Christopher W Park**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/1/2006 | 0.5 | Email PwC France regarding Outstanding Deliverables. |
| | 1.0 | Print and organize Scope Level 1 & 2 Trial Balances. |
| | 0.5 | Email P. Woolf (PwC) regarding PwC Australia Transfer Pricing Request. |
| | 1.2 | Review Transfer Pricing Responses from P. Woolf & B. Shub-Gayer (PwC) regarding Transfer Pricing. |
| | 0.4 | Email J. Afuang (PwC) with contract review summary. |
| | 2.5 | Document CLC Steps in Database. |
| | 1.0 | Tie out Equity Rollforward with Updated Information from S. Andersen (Grace) . |
| 2/2/2006 | 1.0 | Update Open Items. |
| | 2.0 | Document Sales Order Process Walkthrough. |
| | 1.5 | Document Sales Order Process Testing. |
| | 2.7 | Review Lead Schedules in Database. |
| 2/3/2006 | 0.5 | Discuss Australia Transfer Pricing Request with P. Reinhardt (PwC) . |
| | 0.6 | Email PwC Australia with Transfer Pricing Request. |
| | 1.5 | Prepare external files. |
| | 2.0 | Sort Desk File and retain appropriate files for external file. |
| | 1.0 | Document International Deliverables Received in Database. |
| | 1.0 | Update International Deliverable Status. |
| 2/7/2006 | 1.0 | Document Other Company Code Fluxes. |
| 2/8/2006 | 0.5 | Email P. Reinhardt (PwC) regarding Other Company Code Fluxes. |
| 2/13/2006 | 0.5 | Document Other Company Code Fluxes. |
| 2/16/2006 | 0.5 | Email R. Grady (PwC) regarding international deliverables. |
| | 0.5 | Review International Deliverables Received. |
| 2/19/2006 | 0.4 | Email Scope Level 1 & 2 Countries regarding outstanding Deliverables. |
| | 0.4 | Email Scope Level 3 Countries regarding outstanding Deliverables. |
| | 0.3 | Email R. Grady (PwC) regarding International Deliverables. |
| | 0.4 | Email PwC Malaysia regarding outstanding Deliverables. |
| | **25.4** | **Total Grace Integrated Audit Charged Hours** |
| | **25.4** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Lauren Misler**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/1/2006 | 1.5 | Review of Davison open audit areas and documentation in conjunction with review of treasury |
|  | 3.2 | Creation of updated leaded resulting from receipt of updated SAP Balances |
|  | 2.7 | Tie out of final numbers from SAP to Summary of Comforts |
|  | 1.6 | Receipt and review of the Final Q4 Revenue Analytics |
| 2/2/2006 | 2.1 | Receipt of updated fluctuation analysis from Dena Nolte for company codes 32 and 259 |
|  | 3.4 | Review of the fluctuations and documentation of analysis |
|  | 3.5 | Review of the updated LIFO memo and documentation of changes |
| 2/3/2006 | 0.8 | Review of LIFO and tie-out of numbers for company code 32 and 10 and 40 |
|  | 1.0 | Review of the Davison area of the database for final documentation and reviews |
|  | 1.2 | Completion area steps |
|  | 2.1 | Final Revenue analytics for Davison |
|  | 1.8 | Final P&L analytics for company code 259 and 32 |
| 2/20/2006 |  |  |
|  | 1.0 | Update to coaching notes left in inventory areas |
|  | 0.9 | Review of the past support received by client |
|  | 0.8 | Documentaton of all open Lake Charles inventory cutoff questions |
|  | 0.5 | Documentations of Review of the updated LIFO support from Michael Brown |
|  | 0.7 | Review of the Lake Charles Inventory Physical documentations |
|  | 0.9 | completion of final analytics documentation for Davison and Vydac |
|  | 1.2 | Creation of the Revenue Lead Sheets |
| 2/21/2006 | 0.8 | Creation of the Cost of Sales lead sheets for company codes 32, 259 and 268 |
|  | 0.7 | Tie out of Revenue and Cost of Sales lead sheets to SOAR |
|  | 0.8 | Review of the Lake Charles phsyical inventory coaching notes |
|  | 2.1 | Review of Davison audit areas |
|  | 0.5 | Review of Accruals and property plant and equipment |
|  | 1.1 | Review of the LIFO Memo and Internal Audit Lifo Memo on Controls |
| 2/22/2006 | 0.2 | Review of the Davison areas of the database |
| 2/23/2006 | 3.2 | Completion areas of the database for the integrated audit |
|  | 1.4 | LIFO Critical matter documentation |
|  | 1.3 | Tie out of the GPC LIFO |
| 2/24/2006 | 2.1 | Completion of the final revenue and inventory steps |
|  | 0.4 | Clear remaining coaching notes |
|  | 1.3 | Tie out of Footnote 6 - Other Expenses |
|  | 1.4 | Balance Sheet tie out |
|  | 1.4 | Footnote 12 - Debt tie out |
|  | **49.6** | **Total Grace Integrated Audit Charged Hours** |
|  | **49.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:   Lyndsay B Signori**

| | | |
|------|-------|--------------------------------|
| **2/12/2006** | 1.0 | Preparation of working papers. |
| | 0.5 | Other accounts payable lead schedule. |
| | **1.5** | **Total Grace Integrated Audit Charged Hours** |
| | **1.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Nick Barrett**

| 2/23/2006 | 4.0 | Clear coaching notes and complete final steps in inventory section of the database. |
| 2/27/2006 | 2.0 | Clear coaching notes and update word documents with respect to physical inventory observations. |
| | 6.0 | **Total Grace Integrated Audit Charged Hours** |
| | 6.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Lori Beth Hildreth**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/24/2006 | 5.0 | SAS 70 review of Specialty Risk Services & C N A Financial Corporation. |
| 2/27/2006 | 3.0 | SAS 70 review of Specialty Risk Services & C N A Financial Corporation. |
| | 8.0 | **Total Grace Integrated Audit Charged Hours** |
| | 8.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Nicole Heisler**

| | | |
|------|-------|--------------------------------|
| **2/7/2006** | 4.0 | Grace SAD 70 mapping. |
| **2/8/2006** | 1.0 | Grace SAD 70 mapping. |
| | 5.0 | **Total Grace Integrated Audit Charged Hours** |
| | 5.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 2/8/2006 | 0.6 | Gaining an understanding of the client and business. |
| | 0.6 | Meeting with Pamela Reinardt to get the guidance on reconciliation of the SOAR/SAP reports with the site auditors' reports from various locations. |
| | 9.3 | Reconciliation of the SOAR/SAP reports to site auditors' reports for United States and France affiliates. |
| 2/9/2006 | 10.5 | Reconciliation of the SOAR/SAP report to site auditors' reports for Germany and Japan locations. |
| 2/10/2006 | 9.0 | Reconciliation of the SOAR/SAP report to site auditor's report for Corporate report and United Kingdom. |
| | 0.3 | Meeting with Pamela Reinhardt to communicate that additional information needed to reconcile SOAR/SAP reports. |
| | 0.2 | Reading Pamela Reinhardt's e-mail and getting acquainted with the new task. |
| | 1.0 | Review of the press release draft. |
| 2/13/2006 | 4.5 | Reconciliation of the SOAR/SAP report to site auditors' reports for for Germany and Singapore locations. |
| | 0.5 | Meeting with Pamela Reinhardt to get acquainted with the new task on the recalculation of the press release. |
| | 4.5 | Recalculation of the tables in the press release. |
| 2/14/2006 | 1.0 | Recalculation of the tables in the press release. |
| | 0.2 | Phone conversation with Ryan on the guidance on how to update the budget. |
| | 3.0 | Updating the budget. |
| | 4.0 | Tying the numbers in the text of the press release to the tables and supporting documentation. |
| | 1.3 | Following up on the legal letters with lawyers offices over the phone. |
| 2/17/2006 | 2.0 | Review of the Audit Committee Minutes and writing a summary. |
| | 3.0 | Reviewing independence compliance for W.R. Grace. |
| | 2.5 | Updating the GEMS. |
| | 1.0 | Wrap up of tying up SOAR/SAP reports. |
| | 2.0 | Review of the Board of Directors Minutes and writing a summary. |
| 2/20/2006 | 2.0 | Organizing and updating the binder with legal letters. |
| | 1.0 | Board of Directors Minutes update. |
| | 0.5 | Copying contracts for Pamela Reinhardt. |
| | 0.3 | Meeting with Pamela Reinhardt to get guidance on the assignment with 10K. |
| | 3.5 | Recalculating the tables in 10K. |
| | 3.7 | Reviewed and created a comparison list of the end of the month and average exchange rates. |
| 2/21/2006 | 1.0 | Made necessary adjustments and changes to the summaries of the board of director's meeting and audit committee meeting. |
| | 2.0 | Test the exchange rates used by W.R Grace. |
| | 1.5 | Investigation of the difference between the SAP report and site auditor's report for depreciation account for Singapore. |
| | 1.5 | Documented the results of the exchange rates testing in the database. |
| | 2.5 | Recalculated average exchange rates and compared them to the ones used by W.R. Grace. |
| | 2.5 | Continued recalculation of the tables in the 10K draft. |
| 2/22/2006 | 2.0 | Finished recalculation of the tables in the 10K draft. |
| | 2.0 | Finished the recalculation of the exchange rates and updated the database with the results. |
| | 4.0 | Making colored copies from Kinko's. |
| | 1.0 | Meeting with Pamela Reinhardt and Jo Afuang to discuss the process of reporting time at W.R. Grace. |
| | 1.5 | Updating and uploading the auditors report and consent in the database. |
| 2/23/2006 | 3.0 | Following up on the legal letters with lawyers offices over the phone. |
| | 6.0 | Tracing the numbers from various tables in the 10K to the supporting documentation. |
| | 0.5 | Printing out  a document for Jo Afuang. |
| 2/24/2006 | 5.0 | Tracing the numbers from various tables in the 10K to the supporting documentation. |
| | 1.5 | Organizing the external folders and creating a reference log to the working papers in the database. |
| | 2.0 | Recalculation of the tables for the 10K ART. |
| | **111.5** | **Total Grace Integrated Audit Charged Hours** |
| | **111.5** | **Total Hours** |