# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended February 28, 2006

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T. Bishop | Integrated Audit | 2/3/06 | | | | $ 134.92 | Audit team lunch - Clyde's, Columbia, MD - D Lloyd, R Grady, P Reinhardt, J Afuang, L Misler, E Margolius, L Keorlet (PwC) |
| | Integrated Audit | 2/23/06 | | | | $ 113.62 | Audit team lunch - Clyde's, Columbia, MD - D Lloyd, P Reinhardt, J Afuang, L Misler, E Margolius, C Park and L Keorlet (PwC) |
| Pam Reinhardt | Integrated Audit | 2/1/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/2/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/3/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/6/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/7/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/8/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/9/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/10/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/13/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/14/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/15/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/16/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/17/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/20/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/21/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/22/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/23/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | Integrated Audit | 2/24/06 | $ 5.95 | | | | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| Lynda Keorlet | Integrated Audit | 2/1/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/2/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/3/2006 | $ 8.01 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/6/2006 | $ 8.01 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/7/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/8/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/9/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/10/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/13/2006 | $ 8.01 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/14/2006 | $ 8.01 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/15/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/16/2006 | $ 8.01 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/17/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/20/2006 | $ 8.01 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/21/2006 | $ 8.01 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/22/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/23/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/24/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/27/2006 | $ 8.01 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/28/2006 | $ 8.01 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Integrated Audit | 2/16/2006 | | | | $ 89.84 | Dinner - Overtime Meal (PwC team at Grace) |
| Michael McDonnell | Integrated Audit | 2/21/06 | $ 21.00 | | | | Returning files to office. |
| David Lloyd | Integrated Audit | 2/2/06 | | | $ 25.16 | | Calling card charges from visit to Worms in December 2005. |
| | Integrated Audit | 2/13/06 | | | | $ 67.25 | Lunch at Chicken Out with R Grady, P Reinhardt, L Misler, L Keorlet, C Park and J Afuang (PwC) to discuss audit status |
| Peter Woolf | Integrated Audit | 1/27/06 | | | | $ 26.00 | Lunch with manager (M Lopez) at client to discuss 404 work review |
| Lauren Misler | Integrated Audit | 2/1/06 | $ 11.14 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | Integrated Audit | 2/2/06 | $ 11.14 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | Integrated Audit | 2/3/06 | $ 11.14 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | Integrated Audit | 2/20/06 | $ 11.14 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | Integrated Audit | 2/21/06 | $ 11.14 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | Integrated Audit | 2/22/06 | $ 11.14 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | Integrated Audit | 2/23/06 | $ 11.14 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | Integrated Audit | 2/24/06 | $ 11.14 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| Pavel Katsiak | Integrated Audit | 2/8/06 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/9/06 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/10/06 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/13/06 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/14/06 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/17/06 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/20/06 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/21/06 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/22/06 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/23/2006 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| | Integrated Audit | 2/24/2006 | $ 10.94 | | | | Excess mileage to the client site (27 miles * .405 = $5.34) |
| Maria J. Afuang | Integrated Audit | 2/1/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/2/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/3/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/6/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/7/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/8/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/9/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/10/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/13/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/14/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/15/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/16/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/17/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/20/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/21/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/22/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/23/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/24/06 | $ 8.10 | | | | Mileage in exces of normal commute ((52-32)*.405) |
| | Integrated Audit | 2/27/06 | $ 18.23 | | | | Mileage in exces of normal commute ((61-16)*.405) |
| | Integrated Audit | 2/28/06 | $ 18.23 | | | | Mileage in exces of normal commute ((61-16)*.405) |
| Summary | | | Total $ 1,362.01 | Transportation $ 905.22 | Lodging $ - | Sundry $ 25.16 | Business Meals $ 431.63 |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended February 28, 2006

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 2/3/06 | Audit Partner | $ 134.92 | Audit team lunch - Clyde's, Columbia, MD - D Lloyd, R Grady, P Reinhardt, J Afuang, L Misler, E Margolius, L Keorlet (PwC) |
| | 2/23/06 | Audit Partner | $ 113.62 | Audit team lunch - Clyde's, Columbia, MD - D Lloyd, P Reinhardt, J Afuang, L Misler, E Margolius, C Park and L Keorlet (PwC) |
| | | | $ 248.54 | |
| Lynda Keorlet | 2/1/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/2/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/3/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/6/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/7/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/8/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/9/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/10/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/13/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/14/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/15/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/16/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/17/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/20/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/21/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/22/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/23/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/24/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/27/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/28/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 2/16/2006 | Audit Associate | $ 89.84 | Dinner - Overtime Meal (PwC team at Grace) |
| | | | $ 475.21 | |
| Michael McDonnell | 2/21/06 | Audit Senior Associate | $ 21.00 | Returning files to office. |
| | | | $ 21.00 | |
| David Lloyd | 2/2/06 | Audit Senior Manager | $ 25.16 | Calling card charges from visit to Worms in December 2005. |
| | 2/13/06 | Audit Senior Manager | $ 67.25 | Lunch at Chicken Out with R Grady, P Reinhardt, L Misler, L Keorlet, C Park and J Afuang (PwC) to discuss audit status |
| | | | $ 92.41 | |
| Peter Woolf | 1/27/2006 | Tax Partner | $ 26.00 | Lunch with manager (M Lopez) at client to discuss 404 work review |
| | | | $ 26.00 | |
| Pam Reinhardt | 2/1/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/2/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/3/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/6/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/7/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/8/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/9/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/10/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/13/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/14/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/15/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/16/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/17/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/20/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/21/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/22/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/23/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | 2/24/06 | Audit Senior Associate | $ 5.95 | Excess mileage to the client site (14.7 miles * .405 = $5.34) |
| | | | $ 107.16 | |
| Lauren Misler | 2/1/06 | Audit Senior Associate | $ 11.14 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | 2/2/06 | Audit Senior Associate | $ 11.14 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | 2/3/06 | Audit Senior Associate | $ 11.14 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | 2/20/06 | Audit Senior Associate | $ 11.14 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | 2/21/06 | Audit Senior Associate | $ 11.14 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | 2/22/06 | Audit Senior Associate | $ 11.14 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | 2/23/06 | Audit Senior Associate | $ 11.14 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |
| | 2/24/06 | Audit Senior Associate | $ 11.14 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 27.5miles(office)) *.405 = $10.125 |

|  |  |  |  | $ | 89.10 |  |
|---|---|---|---|---|---|---|
| Pavel Katsiak |  |  |  |  |  |  |
|  | 2/8/06 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/9/06 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/10/06 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/13/06 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/14/06 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/17/06 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/20/06 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/21/06 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/22/06 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/23/2006 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  | 2/24/2006 | Audit Intern | $ | 10.94 | Excess mileage to the client site (27 miles * .405 = $5.34) |
|  |  |  | $ | 120.34 |  |

| Maria J. Afuang |  |  |  |  |  |
|---|---|---|---|---|---|
| 2/1/06 | 2/1/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/2/06 | 2/2/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/3/06 | 2/3/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/6/06 | 2/6/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/7/06 | 2/7/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/8/06 | 2/8/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/9/06 | 2/9/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/10/06 | 2/10/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/13/06 | 2/13/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/14/06 | 2/14/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/15/06 | 2/15/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/16/06 | 2/16/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/17/06 | 2/17/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/20/06 | 2/20/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/21/06 | 2/21/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/22/06 | 2/22/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/23/06 | 2/23/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/24/06 | 2/24/06 | $ | 8.10 | Mileage in exces of normal commute {(52-32)*.405} |
| 2/27/06 | 2/27/06 | $ | 18.23 | Mileage in exces of normal commute {(61-16)*.405} |
| 2/28/06 | 2/28/06 | $ | 18.23 | Mileage in exces of normal commute {(61-16)*.405} |
|  |  | $ | 182.25 |  |

|  | Grand Total | $ | 1,362.01 |
|---|---|---|---|

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Allison Reeder** | | | | |
| 2/2/2006 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 98.00 |
| 2/3/2006 | 0.5 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 49.00 |
| 2/14/2006 | 6.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 588.00 |
| 2/15/2006 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 196.00 |
| 2/16/2006 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 98.00 |
| 2/22/2006 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 98.00 |
| 2/23/2006 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 98.00 |
| 2/24/2006 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 98.00 |
| 2/27/2006 | 3.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 294.00 |
| 2/28/2006 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 196.00 |
| | **18.5** | Total Grace Time Tracking Charged Hours | | |
| **Totals** | **18.5** | | | **$ 1,813.00** |