IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket No. 12248** |

### NOTICE OF LODGING EXHIBIT A TO THE STIPULATION CONSOLIDATING CLAIMS OF THE CNA COMPANIES

**PLEASE TAKE NOTICE** that on April 17, 2006, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Stipulation Consolidating Claims of the CNA Companies* (Docket No. 12248) (the "Stipulation").

**PLEASE TAKE FURTHER NOTICE** that Exhibit A to the Stipulation was inadvertently omitted from the April 17, 2006 filing.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:117900.1

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby lodge the attached Exhibit A referenced in the Stipulation.

Dated: May 5, 2006

KIRKLAND & ELLIS LLP
David M Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

—and—

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

# Exhibit A

# WR Grace
## Bankruptcy Form 10
### Index Sheet

SR00000926

Claim Number: 00015720

Receive Date: 01/06/2005

## Multiple Claim Reference

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number: 00351         Firm Name: Wildman Harrold Allen & Dixon
Attorney Number: 00319     Attorney Name: Jeffrey L Gansberg
Zip Code: 60606-1229
Cover Letter Location Number: SR00000926

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [ ] Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [x] Amended  14388
- [ ] Post-Deadline Postmark Date
- [ ] Amended per Objection   Original Claim #: _____

Box/Batch: WRBF0053/WRBF0209                    Document Number: WRBF010428

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | GRACE NON-ASBESTOS PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: W.R. Grace & Co. f/k/a Grace Specialty Chemicals, Inc. (1) | Case Number 01-1139 | |

NOTE: Do not use this form to assert an Asbestos Personal Injury Claim or an Asbestos Claim based on Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): CNA Companies (2) | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: Jonathan W. Young Jeffrey L. Gansberg Wildman, Harrold, Allen & Dixon LLP 225 West Wacker Drive, Suite 3000 Chicago, IL 60606 Telephone number: (312) 201-2000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated: 3/28/03 | |

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:
W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.)

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury / wrongful death
- ☐ Taxes
- ☒ Other ___(3)___

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Your SS #: _____ _____ _____
Unpaid compensation for services performed
from _____ to _____
       (date)              (date)

**2. Date debt was Incurred: (4)**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ __18,568,706 (5)__
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Classification of Claim.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☒ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☒ Other (Describe briefly) ___(6)___

Amount of arrearage and other charges at time case filed included in secured claim, in any: $_____

☒ UNSECURED NONPRIORITY CLAIM (7)

A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM – Specify the priority of the claim
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(7).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. (6)

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Acknowledgment:** Upon receipt and processing of this Proof of Claim, you will receive an acknowledgment card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self addressed envelope and copy of this proof of claim form.

| Date January 5, 2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): CNA Companies, by their attorneys, Jeffrey L. Gansberg, Wildman Harrold, Allen & Dixon, LLP | WR Grace    BF.53.209.10428 **00015720** SR=926 |

REC'D JAN 06 2005

---

[1] See General Instructions and Claims Bar Date Notice and its exhibits for names of all Debtors and "other names" used by the Debtors



Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildmanharrold.com

Jeffrey L. Gansberg
312-201-2677
gansberg@wildmanharrold.com

Wildman Harrold
*Attorneys and Counselors*

January 5, 2005

**VIA OVERNIGHT DELIVERY**

Rust Consulting, Inc.
Claims Processing Agent
re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Avenue
Faribault, MN 55021

    Re:  *In re W.R. Grace & Co. f/k/a Grace Specialty Chemicals, Inc.*
           Case No. 01-1139 and related cases
           U.S. Bankruptcy Court for the District of Delaware

To Whom It May Concern:

    Enclosed are an original and two copies of an Amended Proof of Claim on behalf of CNA Companies. This Amended Proof of Claim applies to the 62 debtors listed on Exhibit H to the Amended Proof of Claim and amends the claims filed in each of those debtors' cases. Please file the original Amended Proof of Claim and return a file-stamped copy to me. A self-addressed, postage-prepaid envelope is enclosed for your convenience.

    Thank you for your attention to this matter

                            Very truly yours,

                            Jeffrey L. Gansberg

Enclosures

RECEIVED JAN 0 6 2005

1472362_1.DOC
Wildman, Harrold, Allen & Dixon LLP