IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Reference Docket No. 12021 |
| ) | |

### ORDER AUTHORIZING MOTION OF SWIDLER BERLIN LLP TO WITHDRAW AS BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Upon consideration of the Motion of Swidler Berlin LLP for Leave to Withdraw as Bankruptcy Counsel to David T. Austern, Future Claimants' Representative ("FCR"), and it appearing that the FCR has filed an Application to Employ Orrick, Herrington & Sutcliffe, LLP as the FCR's Bankruptcy Counsel, and notice having been given to all interested parties and no objections having been filed, it is hereby

ORDERED, that the Motion is granted and Swidler Berlin LLP is authorized to withdraw its appearance as counsel to the FCR in these cases.

*Judith K. Fitzgerald*

Judith K. Fitzgerald
United States Bankruptcy Judge

Dated: May 8, 2006