**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


April 30, 2006

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10533

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 4/3/2006 | SLB | begin draft of 19th Interim initial report - K&E (6.3) | 6.30 | 850.50 |
|  | JAW | detailed review of Reed Smith December 2005 monthly invoice (1.2); draft summary of same (0.1) | 1.30 | 175.50 |
|  | JAW | detailed review of Pitney December 2005 monthly invoice (2.2); draft summary of same (0.1) | 2.30 | 310.50 |
|  | SLB | draft e-mail to J. Baer @ K&E re 19th Interim app. (.3) ; e-mail to A. Krieger @ Stroock re 19th Interim app. (.3) | 0.60 | 81.00 |
| 4/4/2006 | SLB | continue draft of 19th Interim initial report - K&E (7.2) | 7.20 | 972.00 |
|  | JAW | detailed review of Caplin December 2005 monthly invoice (2.6); draft summary of same (0.5) | 3.10 | 418.50 |
|  | CCO | Update database with 01.06 Monthly Invoice of Ferry (.10); 02.06 Monthly Invoice of Reed (.10); 10.05 Monthly Invoice of Steptoe (.10) | 0.30 | 12.00 |
| 4/5/2006 | PGS | Preparation of the CNO for February 2006 of WHS | 0.10 | 8.00 |
|  | SLB | review of 19th Interim applications - Protiviti (4.3) Kramer (1.9) | 6.20 | 837.00 |

W.R. Grace & Co.           Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/5/2006 | JAW | detailed review of Bilzin December 2005 monthly invoice (4.5); draft summary of same (1.5) | 6.00 | 810.00 |
|  | PGS | Preparation of the March 2006 Monthly Invoice of WHS | 0.50 | 40.00 |
| 4/6/2006 | JBA | Update database with Towers 1.06 and 2.06 e-detail pdf | 0.10 | 4.00 |
|  | SLB | complete draft of 19th Interim final report - Kramer (3.4) and Protiviti (3.1) | 6.50 | 877.50 |
|  | JBA | Update database with Tersigni 2.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Scott Law 1.06 e-detail | 0.10 | 4.00 |
|  | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of Woodcock (.10); 02.06 Monthly Invoice of Ferry (.10); 01.01.06 through 03.31.06 Interim Fee Application of Official Committee (.10); 10.01.05 through 12.31.05 Interim Fee Application of Swidler (.10) | 0.40 | 16.00 |
|  | PGS | Electronic filing with court of the February 2006 CNO of WHS | 0.10 | 8.00 |
|  | PGS | Electronic filing with court of March 2006 Monthly Invoice of WHS | 0.10 | 8.00 |
| 4/7/2006 | SLB | review of 19th Interim applications - RPWB (4.2) and Scott Law (2.9) | 7.10 | 958.50 |
|  | CCO | Update database with 02.06 and 01.06 Monthly Invoices of Towers (.10) | 0.10 | 4.00 |
| 4/10/2006 | SLB | draft 19th Interim final reports - RPWB (3.8) and Scott (2.6) | 6.40 | 864.00 |
|  | JBA | Update database with Bilzin 2.06 e-detail | 0.10 | 4.00 |
|  | JBA | draft 19th Interim Project Category Spreadsheet | 2.00 | 80.00 |

W.R. Grace & Co.                                                                                                           Page    3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 4/10/2006 | JAW | detailed review of Casner Quarterly Fee Application (October 1, 2005 - December 30, 2005) (2.5); draft summary of same (0.1) | 2.60 | 351.00 |
| 4/11/2006 | SLB | complete review and draft of 19th Interim final report - Woodcock (5.8) | 5.80 | 783.00 |
|  | SLB | begin review of 19th Interim app. - Steptoe (1.2) | 1.20 | 162.00 |
|  | JBA | draft 19th Interim Project Category Spreadsheet | 1.00 | 40.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | CCO | Update database with 02.06 Monthly Invoice of LAS (.10) | 0.10 | 4.00 |
| 4/12/2006 | JBA | Update database with LAS 2.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with K&E 11.05 and 12.05 e-detail | 0.10 | 4.00 |
|  | SLB | complete review of 19th Interim app. and draft of final report - Steptoe (3.8) ; begin review of app. and draft of 19th Interim initial report - Tersigni (3.4) | 7.20 | 972.00 |
| 4/13/2006 | SLB | draft e-mail to D. Collins @ Tersigni re 19th Interim expenses (.3) ; e-mail to A. Krieger @ Stroock re 19th Interim app. (.2) ; e-mail (2) to/from D. Fullem @ Swidler re 19th Interim response (.3) | 0.80 | 108.00 |
|  | SLB | complete draft of 19th Interim initial report - Tersigni (5.5) | 5.50 | 742.50 |
|  | JAW | detailed review of Kirkland December 2005 monthly invoice (1.0) | 1.00 | 135.00 |
|  | JAW | detailed review of Swidler Seventh Quarterly Fee Application (October 1, 2005 - December 31, 2005) (3.2); draft summary of same (0.6) | 3.80 | 513.00 |
|  | JAW | draft summary of Kirkland November 2005 monthly invoice (4.6) | 4.60 | 621.00 |

W.R. Grace & Co.                                                                                                           Page     4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/14/2006 | JAW | detailed review of Kirkland December 2005 monthly invoice (8.8) | 8.80 | 1,188.00 |
|  | SLB | complete review of 19th Interim app. - Towers Perrin (2.2) | 2.20 | 297.00 |
| 4/17/2006 | JAW | detailed review of Kirkland December 2005 monthly invoice (8.9) | 8.90 | 1,201.50 |
|  | JBA | Update database with Buchanan 3.06 e-detail | 0.10 | 4.00 |
|  | DTW | review and revise initial reports for Holme, Stroock and Swidler (.3). | 0.30 | 43.50 |
|  | SLB | PACER research regarding 19th Interim apps (4.4) | 4.40 | 594.00 |
|  | SLB | complete draft of 19th Interim final report - Towers Perrin (2.7) | 2.70 | 364.50 |
| 4/18/2006 | SLB | begin draft of 19th Interim initial report - Bilzin (2.1) | 2.10 | 283.50 |
|  | SLB | review of 19th Interim app. - Bilzin (5.3) | 5.30 | 715.50 |
|  | CCO | Update database with 02.06 Monthly Invoice of Bilzin (.10); 03.06 Monthly Invoice of Proviti (.10); 02.06 Monthly Invoice of Pachulski (.10); 02.06 Monthly Invoice of Pitney (.10) | 0.40 | 16.00 |
|  | JAW | detailed review of Kirkland December 2005 monthly invoice (8.3) | 8.30 | 1,120.50 |
|  | JBA | Update database with Kramer 1.06 and 2.06 e-detail | 0.10 | 4.00 |
| 4/19/2006 | JAW | draft summary of Kirkland December 2005, monthly invoice (6.0) | 6.00 | 810.00 |
|  | DTW | Review and revise Bilzin initial report 19th inteirm (.1). | 0.10 | 14.50 |

| W.R. Grace & Co. | | | | Page | 5 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 4/19/2006 | SLB | complete draft of 19th Interim initial report - Bilzin (7.4) | | 7.40 | 999.00 |
| 4/20/2006 | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application and 07.01.05 through 09.30.05 Interim Fee Application and 08.05 Monthly Invoice of Austern (.20) | | 0.20 | 8.00 |
| | CCO | Update database with new spreadsheet information and corrections (.30) | | 0.30 | 12.00 |
| | SLB | complete draft of 19th Interim final report - Swidler (4.6) ; begin review of app and draft of 19th Interim initial report - Caplin (2.9) | | 7.50 | 1,012.50 |
| 4/21/2006 | SLB | continue draft of 19th Interim initial report - Caplin (6.8) | | 6.80 | 918.00 |
| | CCO | Update database with 02.06 Monthly Invoice of Capstone (.10) | | 0.10 | 4.00 |
| | JBA | Update database with Capstone 2.06 e-detail, and e-response re: Stroock 19th Interim IR | | 0.10 | 4.00 |
| 4/24/2006 | SLB | complete draft of 19th Interim initial report - Caplin (4.4) ; continue draft of 19th Interim initial report K&E (3.0) | | 7.40 | 999.00 |
| | SLB | draft e-mail to R. Tobin @ Caplin re 19th Interim response (.20) | | 0.20 | 27.00 |
| 4/25/2006 | CCO | Update database with 02.06 and 01.06 Monthly Invoices of Nelson (.10); 12.05, 10.05, 11.05 Monthly Invoices and 10.01.05 through 12.31.05 Interim Fee Application of BMC (.20); 10.01.05 through 12.31.05 Interim Fee Application of Nelson (.10) | | 0.40 | 16.00 |
| | SLB | continue draft of 19th Interim K&E initial report (7.2) | | 7.20 | 972.00 |
| 4/26/2006 | JBA | Update database with e-response re: Holme 19th Interim IR | | 0.10 | 4.00 |
| | SLB | complete draft of 19th Interim initial report - K&E (4.4) ; begin review and draft of 19th Interim initial report - Pitney Hardin (2.6) | | 7.00 | 945.00 |
| 4/27/2006 | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of CIBC (.10) | | 0.10 | 4.00 |

W.R. Grace & Co.           Page 6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/27/2006 | SLB | complete draft of 19th Interim final reports - Pitney Hardin (2.4) and HRO (4.9) | 7.30 | 985.50 |
|  | DTW | Review and revise 19th interim initial reports for Caplin, K&E, and Pitney Hardin; (.4). | 0.40 | 58.00 |
| 4/28/2006 | JBA | draft 19th Interim Project Category Spreadsheet | 1.50 | 60.00 |
|  | JBA | Update database with Reed Smith 3.06 e-detail, and Dunae Mooris 3.06 e-detail | 0.10 | 4.00 |
|  | CCO | Update database with 03.06 Monthly Invoice of Nelson (.10); 12.05, 11.05, 10.05 Monthly Invoices of Baker (.10) | 0.20 | 8.00 |
|  | SLB | begin review of 19th Interim app and draft of initial report - PwC (5.3) | 5.30 | 715.50 |
| 4/29/2006 | SLB | complete review of 19th Interim app and continue draft of initial report - PwC (2.0) | 2.00 | 270.00 |

**For professional services rendered**      **202.20 $26,496.00**

Additional Charges :

| | Price | Amount |
|---|---:|---:|
| Court Call | 50.00 | 50.00 |
| Third party copies & document prep/setup of February 2006 Monthly Invoice of WHS | 36.10 | 36.10 |
| Third party copies & document prep/setup of Final Report of Blizin, PwC, Capstone, Caplin, Baker, the Combined and Kirkland for the 18th interim period | 302.13 | 302.13 |
| Pacer Charges 01/01/06 - 03/31/06 | 401.60 | 401.60 |

**Total costs**      **$789.83**

W.R. Grace & Co.                                                Page    7

**Amount**

**Total amount of this bill**                    **$27,285.83**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney C. Orent | 2.60 | 40.00 | $104.00 |
| Doreen T Williams | 0.80 | 145.00 | $116.00 |
| James A. Wehrmann | 56.70 | 135.00 | $7,654.50 |
| Jeff B. Allgood | 5.60 | 40.00 | $224.00 |
| Priscilla G Stidham | 0.80 | 80.00 | $64.00 |
| Stephen L. Bossay | 135.60 | 135.00 | $18,306.00 |
| Warren H Smith | 0.10 | 275.00 | $27.50 |