IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 15, 2006, AT
2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

## CONTINUED MATTERS

1.      Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum
Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed:
4/10/06] (Docket No. 12225)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.    [Proposed] Order Authorizing the Debtors to make Legally Required Minimum
      Contributions to Defined Benefit Pension Plans Covering the Debtors' Employees
      [Filed: 4/10/06] (Docket No. 12225)

Response Deadline: April 28, 2006, at 4:00 p.m. Extended for all parties by agreement
to June 2, 2006 at 4:00 p.m. consistent with the hearing being continued to June 19, 2006

Responses Received: None as of the date of this Notice of Agenda.

Status: By agreement of the parties, this matter is being continued for hearing on June 19,
2006.

2.    Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code
      [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

      Related Documents:

      a.    [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket
            No. 3)

      b.    [Signed] Fourth Order Regarding Debtors' Motion for an Injunction Under
            Sections 105 and 362 of the Bankruptcy Code [Filed: 3/27/06] (Adv. Pro. No. 05-
            52724, Docket No. 13)

      Response Deadline: October 7, 2005, at 4:00 p.m.

      Responses Received:

      a.    Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and
            Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed:
            10/7/05] (Docket No. 6)

      Related Document

      a.    Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for
            Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an
            Injunction [Filed: 10/7/05] (Docket No. 7)

      Replies Received:

      a.    Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket
            No. 8)

      Status: By agreement of the parties, this matter is being continued for hearing on June 19,
      2006.

3.    Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell,
      Commissioner of the New Jersey Department of Environmental Protection [Filed:
      9/19/05] (Adv. Pro. No. 05-52724)

91100-001\DOCS_DE:117609.4

Related Documents:

a.    Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

b.    Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a.    Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a.    Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a.    Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

Status: By agreement of the parties, this matter is being continued for hearing on June 19, 2006.

## UNCONTESTED MATTERS

4.    Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative [Filed: 3/1/06] (Docket No. 11919)

Related Documents:

a.    [Proposed] Order Authorizing the Retention and Employment of Piper Jaffray & Co. as Financial Advisor to David T. Austern, Future Claimants' Representative [Filed: 3/1/06] (Docket No. 11919)

b.    Certification of No Objection Regarding Docket No. 11919 [Filed: 3/23/06] (Docket No. 12110)

Response Deadline: March 20, 2006, at 4:00 p.m.

Responses Received: None.

91100-001\DOCS_DE:117609.4

**Status: The Court has entered an order approving this Motion. This matter will not go forward.**

5.    Motion of Swidler Berlin LLP for Leave to Withdraw as Bankruptcy Counsel to David T. Austern, Future Claimants' Representative [Filed: 3/9/06] (Docket No. 12021)

Related Documents:

a.    [Proposed] Order Authorizing Motion of Swidler Berlin LLP to Withdraw as Bankruptcy Counsel to David T. Austern, Future Claimants' Representative [Filed: 3/9/06] (Docket No. 12021)

b.    Certification of No Objection Regarding Docket No. 12021 [Filed: 3/23/06] (Docket No. 12193)

Response Deadline: March 20, 2006, at 4:00 p.m.

Responses Received: None.

**Status: The Court has entered an order approving this Motion. This matter will not go forward.**

6.    Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel to the Future Claimants' Representative [Filed: 3/9/06] (Docket No. 12022)

Related Documents:

a.    [Proposed] Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel to the Future Claimants' Representative [Filed: 3/9/06] (Docket No. 12022)

b.    Certification of No Objection Regarding Docket No. 12021 [Filed: 4/4/06] (Docket No. 12200)

Response Deadline: March 20, 2006, at 4:00 p.m.

Responses Received: None.

**Status: The Court has entered an order approving this Motion. This matter will not go forward.**

7.    Motion of Debtors for Entry of an Order Authorizing Settlement of Claim No. 851 of CHL Administration, Inc. Pursuant to Fed. R. Bankr. P. 9019 [Filed: 4/10/06] (Docket No. 12220)

4

Related Documents:

a.    [Proposed] Order Authorizing Settlement of Claim No. 851 of CHL
      Administration, Inc. 9019 [Filed: 4/10/06] (Docket No. 12220)

**b.    Certification of No Objection Regarding Docket No. 12220 [Filed: 5/3/06]
      (Docket No. 12367)**

Response Deadline: April 28, 2006, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly,
the Debtors have filed a certificate of no objection and respectfully request the entry
of the order attached to the Motion.**

8.    Motion for the Entry of an Order Authorizing the Debtors to Acquire Catalyst
      Components Business and Catalyst Manufacturing Assets [Filed: 4/10/06] (Docket No.
      12224)

      Related Documents:

      a.    [Proposed] Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code
            Authorizing the Debtors to Acquire Certain Assets [Filed: 4/10/06] (Docket No.
            12224)

      **b.    Certification of No Objection Regarding Docket No. 12224 [Filed: 5/3/06]
            (Docket No. 12368)**

      Response Deadline: April 28, 2006, at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

      **Status: No parties have objected to the relief requested in the Motion. Accordingly,
      the Debtors have filed a certificate of no objection and respectfully request the entry
      of the order attached to the Motion.**

9.    Motion for Entry of an Order Authorizing the Debtors to Contribute Funds Into the
      Chicago, 51st Street Pension Plan Trust [Filed: 4/10/06] (Docket No. 12226)

      Related Documents:

      a.    [Proposed] Order Authorizing the Debtors to Contribute Funds Into the Chicago,
            51st Street Pension Plan Trust [Filed: 4/10/06] (Docket No. 12226)

      **b.    Certification of No Objection Regarding Docket No. 12226 [Filed: 5/3/06]
            (Docket No. 12369)**

      Response Deadline: April 28, 2006, at 4:00 p.m.

5

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

## CONTESTED MATTERS

10.    Motion of BDM Construction Company, Inc. for Order Granting Modification of the Automatic Stay [Filed: 11/28/05] (Docket No. 11184)

Related Documents:

a.    [Proposed] Order Granting Motion of BDM Construction Company, Inc. for Modification of the Automatic Stay [Filed: 11/28/05] (Docket No. 11184)

b.    Declaration of David S. Henningsen in Support of Motion of BDM Construction Company, Inc. for Modification of Automatic Stay [Filed: 11/28/05] (Docket No. 11187)

Response Deadline: January 10, 2006, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to the Motion of BDM Construction Company, Inc. for Relief from the Automatic Stay [Filed: 1/10/05] (Docket No. 11523)

Replies Received:

a.    Reply of BDM Construction Company, Inc. to Debtors' Objection to Motion for Order Granting Modification of the Automatic Stay [Filed: 1/20/06] (Docket No. 11607)

**Status: This matter will go forward, although the parties continue to discuss a potential resolution.**

11.    Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.    Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay

6

[Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.  Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c.  Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

**Status:  A status conference will go forward on this matter.**

## MATTERS RELATING TO ASBESTOS PERSONAL INJURY CLAIMS

12.  Libby Claimants' Motion to Designate a Substitute Expert to Testify in Connection with the Estimation of Asbestos Personal Injury Liabilities [Filed: 4/10/06] (Docket No. 12222)

Related Documents:

a.  [Proposed] Order Authorizing Libby Claimants' Motion to Designate a Substitute Expert to Testify in Connection with the Estimation of Asbestos Personal Injury Liabilities [Filed: 4/10/06] (Docket No. 12222)

Response Deadline: April 28, 2006, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will be going forward.

## CLAIMS OBJECTIONS

13.  Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

Related Documents:

a.  [Signed] Twentieth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 4/18/06] (Docket No. 12259)

**b.  Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)**

Response Deadline: June 4, 2004, at 4:00 p.m.

7

Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

Debtors' Reply Deadline for Archer Claims: May 1, 2006, at 4:00 p.m.

Replies Received: None as of the date of this Notice of Agenda.

**Status: The Claimants and the Debtors have agreed to submit the claims of David and Michelle Archer to mediation. The hearing on the claims of Weatherford International, Inc. is continued to June 19, 2006, at 2:00 p.m. See attached Exhibit A.**

## STATUS REPORT ON PLAN MEDIATION

14.    Status Report on Plan Mediation

    Status: The parties will provide the Court with a status report on Plan Mediation.

## ADDITIONAL MATTERS

**15.    W. R. Grace & Company's Motion for Authorization to Seek Discovery From Dr. Alan Whitehouse and for a Protective Order Relating to Production of Documents from Dr. Alan C. Whitehouse [Filed: 2/17/06] (Docket No. 11850)**

    **Status: The parties will provide the Court with a status report on this matter.**

Dated: May ___, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

8