# EXHIBIT A

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Weatherford International Inc | 6028 | 1694 | $351,758.00 | A | No Liability | Expunge | Continue to the June 19, 2006 Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1695 | $351,758.00 | A | No Liability | Expunge | Continue to the June 19, 2006 Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1719 | $351,758.00 | U | No Liability | Expunge | Continue to the June 19, 2006 Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1720 | $351,758.00 | U | No Liability | Expunge | Continue to the June 19, 2006 Omnibus Hearing. |