<u>**EXHIBIT A**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**MARCH 2006**

**FEE SUMMARY**

| <u>Date</u> | <u>Services</u> | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|---|
| **<u>Employment of the FCR</u>** | | | | |
| 3/9/06 | Review of Frankel exhibits and my Application re employment | .30 | $500 | $ 150.00 |
| | SUBTOTAL | .30 | $500 | $ 150.00 |
| **<u>Litigation</u>** | | | | |
| 3/6/06 | Conference call re mediation with Judge Pointer and others (.6); telephone conference with Wyron and Frankel re same (.2) | .8 | $500 | $ 400.00 |
| 3/9/06 | Meeting with Frankel, Wyron, and Radecki re Grace finances (1.1); Telephone conference with Judge Pointer, Frankel, and Wyron re mediation (.5) | 1.6 | $500 | $ 800.00 |
| 3/11/06 | Preparation of memorandum in opposition to Libby claimants' allegations | 3.2 | $500 | $ 1,600.00 |
| 3/16/06 | Travel to New York (two hours—billed for one hour); mediation with Judge Pointer and others (2.5) | 3.5 | $500 | $ 1,750.00 |
| 3/17/06 | Continuation of mediation (3.1); travel home (two hours—billed for one hour) | 4.1 | $500 | $ 2,050.00 |
| 3/21/06 | Review of debtors pleadings in opposition to government protection Order for Dr. Whitehouse—review of Whitehouse position in Libby | 1.8 | $500 | $ 900.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/22/06 | Continuation of mediation with Judge Pointer and others | 2.1 | $500 | $ 1,050.00 |
| | SUBTOTAL | 17.1 | $500 | $ 8,550.00 |
| | **TOTAL** | **17.4** | | **$ 8,700.00** |