**EXHIBIT B**

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**MARCH 2006**

**EXPENSE SUMMARY**

| Date | Expense | Description of Expense |
|---|---|---|
| 3/9/06 | $ 14.00 | Parking |
| 3/17/06 | $ 577.10 | Airfare |
| 3/17/06 | $ 390.34 | Hotel |
| 3/17/06 | $ 30.00 | Airport Parking |
| 3/17/06 | $ 54.00 | Taxis |
| 3/22/06 | $ 12.00 | Parking |
| **TOTAL** | **$1,077.44** | |