IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Objection Deadline: June 2, 2006 at 4:00 p.m. |
| ) | Hearing: June 19, 2006 at 12:00 p.m. |

**COVER SHEET TO EIGHTH QUARTERLY INTERIM FEE APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JANUARY 1, 2006 THROUGH MARCH 31, 2006**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services: | As the FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | January 1, 2006-March 31, 2006 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $12,100.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 1,377.45 |

This is a   ___ monthly        _x_ interim        ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Eighth Quarterly time period. The FCR filed his Eighteenth Monthly Fee Application for the period of February 2006 on April 18, 2006, in the amount of $2,720.00.00 in fees (80% of $3,400.00) and expenses in the amount of $300.01; and his Nineteenth Monthly Fee Application for the period of March 2006 simultaneously with this Quarterly, in the amount of $6,960.00 (80% of $8,700.00) in fees and expenses in the amount of $1,077.44. No other fee applications were filed by the FCR during this Eighth Quarterly time period.

## COMPENSATION DURING THE TIME PERIOD
## JANUARY 1, 2006-MARCH 31, 2006

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 24.20 | $12,100.00 |
| Total | | | 24.20 | $12,100.00 |

Total Fees:       $12,100.00
Total Hours:         24.20
Blended Rate:      $500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Employment of Counsel | .30 | $150.00 |
| Insurance | 4.10 | $2,050.00 |
| Litigation | 17.70 | $8,850.00 |
| Plan | 2.10 | $1,050.00 |
| TOTAL | 24.20 | $12,100.00 |

-2-

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---:|
| Parking | $71.00 |
| Airfare | $710.28 |
| Hotel | $542.17 |
| Taxi | $54.00 |
| **TOTAL** | **$1,377.45** |

Respectfully submitted,

*[signature]*

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: May 4, 2006