IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

**ORDER GRANTING EIGHTH QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD JANUARY 1, 2006 THROUGH MARCH 31, 2006**

David T. Austern, the Future Claimants Representative (the "FCR"), in the above captioned debtors and debtors-in-possession (the "Debtors"), filed his Eighth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period January 1, 2006 through March 31, 2006 (the "Eighth Quarterly Application"). The Court has reviewed the Eighth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Eighth Quarterly Application, and any hearing on the Eighth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Eighth Quarterly Application. Accordingly, it is hereby

ORDERED that the Eighth Quarterly Application of the FCR is GRANTED on an interim basis. The Debtors shall pay to the FCR the sum of $12,100.00 as compensation and expenses in the amount of $1,377.45 for a total of $13,477.45 for services rendered and disbursements incurred by the FCR for the period January 1, 2006 through March 31, 2006, less any amounts which may have been previously paid in connection with the FCR's monthly fee applications for this period.

Dated: _____, 2006

                                                                         _____
                                                                         United States Bankruptcy Judge