**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | **Rel. D.I. 12240** |

## NOTICE OF DOCUMENT FILED IN ERROR [DOCKET NO. 12240]

**PLEASE TAKE NOTICE** that the **Certificate of No Objection Regarding Docket No. 12103** (the "CNO") filed at Docket No. 12240 on April 13, 2006 in connection with the Twenty-Fourth Interim Application of Capstone Advisory Group, LLC [D.I. 12103] contained errors. Accordingly, the CNO is hereby withdrawn and a corrected CNO will be filed.

Dated: May 10, 2006                         DUANE MORRIS LLP

/s/ Michael R. Lastowski
Michael R. Lastowski (DE I.D. No. 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:  mlastowski@duanemorris.com
             rwriley@duanemorris.com

-and-

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Arlene Krieger
180 Maiden Lane
New York, NY 10038-4982
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006

*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

DM3\361634.1