
IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: May 31, 2006 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Timely Objections Are Filed

**THIRTY-SECOND APPLICATION OF THE BLACKSTONE GROUP L.P.
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF JULY 1, 2005 THROUGH JULY 31, 2005**

| | |
|---|---|
| Name of Applicant: | The Blackstone Group L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2005 through July 31, 2005 |

| Amount of Compensation | Total | Holdback (@ 20%) |
|---|---|---|
| sought as actual, reasonable and necessary: | $75,000.00 | $15,000.00 |

Amount of Expense Reimbursement
sought as actual, reasonable and necessary: $2,289.24

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | $525,000.00 | $2,833.02 |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | $525,000.00 | $22,009.84 |

2552325

|                    |                 | Requested    |            | Approved     |            |
| ------------------ | --------------- | ------------ | ---------- | ------------ | ---------- |
| Date Filed         | Period Covered  | Fees         | Expenses   | Fees         | Expenses   |
| November 24, 2004  | October 2004    | $175,000.00  | $3,635.27  | $175,000.00  | $3,635.27  |
| January 24, 2005   | November 2004   | $175,000.00  | $4,369.47  | $175,000.00  | $4,369.47  |
| January 24, 2005   | December 2004   | $175,000.00  | $1,129.94  | $175,000.00  | $1,129.94  |
| March 4, 2005      | January 2005    | $175,000.00  | $2,347.64  | $175,000.00  | $2,347.64  |
| May 19, 2005       | February 2005   | $175,000.00  | $742.42    | $175,000.00  | $742.42    |
| May 19, 2005       | March 2005      | $175,000.00  | $1,106.33  | $175,000.00  | $1,106.33  |
| August 19, 2005    | April 2005      | $100,000.00  | $3,082.08  | $100,000.00  | $3,082.08  |
| August 19, 2005    | May 2005        | $50,000.00   | $1,709.38  | $50,000.00   | $1,709.38  |
| August 19, 2005    | June 2005       | $50,000.00   | $2,917.10  | $50,000.00   | $2,917.10  |
| May 8, 2006        | July 2005       | $75,000.00   | $2,289.24  | --           | --         |

# The Blackstone Group®

May 4, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of July 1, 2005 through July 31, 2005: | $ | 75,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | (15,000.00) |

Out-of-pocket expenses processed for the period through July 31, 2005:[1]

| | | | |
|---|---|---|---|
| Airfare | $ 726.30 | | |
| Ground Transportation | 902.02 | | |
| Communications | 123.61 | | |
| Meals | 80.70 | | |
| Lodging | 413.41 | | |
| Document Production | 43.20 | | 2,289.24 |
| **Total Amount Due** | | $ | **62,289.24** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8656

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 8656**

|  | GL Detail Jul-05 | Total Expenses |
|---|---:|---:|
| Airfare | $ 726.30 | $ 726.30 |
| Ground Transportation - Car Service - Concord | 307.02 | 307.02 |
| Ground Transportation - Local Travel | 79.00 | 79.00 |
| Ground Transportation - Out of Town Travel | 252.00 | 252.00 |
| Ground Transportation - Railroad | 264.00 | 264.00 |
| Communications - Teleconferencing | 123.61 | 123.61 |
| Employee Meals | 80.70 | 80.70 |
| Lodging | 413.41 | 413.41 |
| Document Production | 43.20 | 43.20 |
| **Total Expenses** | $ 2,289.24 | $ 2,289.24 |

| | |
|---|---:|
| Airfare | $ 726.30 |
| **Ground Transportation** | 902.02 |
| **Communications** | 123.61 |
| **Meals** | 80.70 |
| **Lodging** | 413.41 |
| **Document Production** | 43.20 |
| **Total Expenses** | $ 2,289.24 |

W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2005
Invoice No. 8656

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (travel agency booking fee for round trip flight dated 06/13/05 & 06/14/05) | 06/10/05 | 40.00 | |
| O'Connell (round trip coach class flight to/from Boston, MA from/to Queens, NY) | 06/13/05 & 06/14/05 | 275.40 | |
| Zilly (travel agency booking fee for flight dated 06/20/05) | 06/20/05 | 20.00 | |
| Zilly (one-way coach class flight to/from Washington, DC from/to Queens, NY) | 06/20/05 | 137.70 | |
| Zilly (one-way coach class flight to Queens, NY from Washington, DC) | 06/21/05 | 253.20 | |
| Subtotal - Airfare | | | $ 726.30 |

### Ground Transportation - Car Service - Concord

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Blechman (car to LaGuardia Airport in Queens, NY from home) | 03/30/05 | 168.81 | |
| Blechman (car home from Blackstone after working late) | 04/12/05 | 138.21 | |
| Subtotal - Ground Transportation - Car Service - Concord | | | 307.02 |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (taxi home from LaGuardia Airport) | 06/14/05 | 34.00 | |
| O'Connell (taxi home from Pennsylvania Railroad Station in New York, NY) | 06/16/05 | 15.00 | |
| Zilly (taxi to Blackstone from LaGuardia Airport in Queens, NY) | 06/21/05 | 30.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 79.00 |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (taxi to client's offices from airport in Cambridge, MA) | 06/13/05 | 40.00 | |
| O'Connell (taxi to airport from client's offices in Cambridge, MA) | 06/13/05 | 53.00 | |
| O'Connell (taxi to client's offices from hotel in Cambridge, MA) | 06/14/05 | 28.00 | |
| O'Connell (taxi to client's offices in Columbia, MD from train station in Baltimore, MD) | 06/15/05 | 40.00 | |
| O'Connell (taxi to client's offices from hotel in Columbia, MD) | 06/16/05 | 25.00 | |
| O'Connell (taxi to train station in Baltimore, MD from client's offices in Columbia, MD) | 06/16/05 | 45.00 | |
| Zilly (taxi from airport to client meeting in Washington, DC) | 06/20/05 | 21.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 252.00 |

### Ground Transportation - Railroad

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (travel agency booking fee for round trip travel dated 06/15/05 & 06/16/05) | 06/13/05 | 40.00 | |
| O'Connell (round trip to/from Baltimore, MD from/to New York, NY) | 06/15/05 & 06/16/05 | 224.00 | |
| Subtotal - Ground Transportation - Railroad | | | 264.00 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Blechman | 05/05/05 | 47.11 | |
| Blechman | 05/06/05 | 36.56 | |
| Blechman | 05/06/05 | 19.80 | |
| Blechman | 05/09/05 | 8.61 | |
| Blechman | 05/17/05 | 11.53 | |
| Subtotal - Communications - Teleconferencing | | | 123.61 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Blechman (working dinner meal @ Blackstone after working late) | 06/02/05 | 25.00 | |
| O'Connell (in-room dinner meal @ hotel in Cambridge, MA) | 06/13/05 | 24.06 | |
| O'Connell (in-room meal @ hotel in Cambridge, MA) | 06/14/05 | 4.95 | |
| O'Connell (working dinner meal @ Blackstone after working late) | 06/15/05 | 10.99 | |
| O'Connell (in-room breakfast meal @ hotel in Columbia, MD) | 06/16/05 | 15.70 | |
| Subtotal - Employee Meals | | | 80.70 |

### Lodging

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (1 day hotel stay in Cambridge, MA) | 06/13/05 - 06/14/05 | 231.91 | |
| O'Connell (1 day hotel stay in Columbia, MD) | 06/15/05 - 06/16/05 | 181.50 | |
| Subtotal - Lodging | | | 413.41 |

### Document Production

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Munfa | 06/27/05 - 07/03/05 | 17.40 | |
| O'Connell | 06/13/05 - 06/26/05 | 25.80 | |
| Subtotal - Document Production | | | 43.20 |

| | | | |
|---|---|---|---:|
| **Total Expenses** | | | **$ 2,289.24** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 60.5 |
| Jamie O'Connell | Associate | 18.6 |
| JP Munfa | Analyst | 5.0 |
| | Total | 84.1 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/15/04 | 2.0 | Business Analysis | Financial analysis re 2Q claims |
| Pamela Zilly | 07/01/05 | 1.0 | Business Analysis | Follow-up calls and discussion with K. Myers, J. Sinclair, L. Hamilton re: Project Gamma |
| Pamela Zilly | 07/05/05 | 2.0 | Business Analysis | Review business presentations for exclusivity comments |
| Pamela Zilly | 07/07/05 | 1.5 | Business Analysis | Provide comments on Festa affidavit re: exclusivity motion |
| Pamela Zilly | 07/11/05 | 2.0 | Business Analysis | Review Debtor's monthly operating report |
| Pamela Zilly | 07/11/05 | 1.0 | Business Analysis | Review and provide comments on Project Gamma motion; discussion with K. Myers re: same |
| Pamela Zilly | 07/11/05 | 1.5 | Business Analysis | Read and provide comments on Rising Sun and Intercat motions |
| Pamela Zilly | 07/12/05 | 1.0 | Business Analysis | Read and provide comments on motion to acquire assets of Single Site Catalysts |
| Pamela Zilly | 07/14/05 | 1.0 | Business Analysis | Read Marsh Mac motion, discuss issues with J. Baer, J. McFarland |
| Pamela Zilly | 07/14/05 | 1.0 | Business Analysis | Read and provide comments on Rising Sun Motion |
| Pamela Zilly | 07/14/05 | 1.0 | Business Analysis | Research prior financial analysis, business plan and communications re: Owensboro |
| Pamela Zilly | 07/14/05 | 0.5 | Business Analysis | Read Negative Notice re: Owensboro |
| Pamela Zilly | 07/15/05 | 1.0 | Business Analysis | Read revised draft of Debtors' motions |
| Pamela Zilly | 07/15/05 | 0.5 | Business Analysis | Call with K. Myers re: possible acquisitions |
| Pamela Zilly | 07/15/05 | 1.0 | Business Analysis | Review Project Gamma Slides |
| Pamela Zilly | 07/18/05 | 0.8 | Business Analysis | Read revised drafts of Debtors' motions for distribution to Committees' advisors |
| Pamela Zilly | 07/18/05 | 1.0 | Business Analysis | Read and provide comments on March Mac settlement with NY State |
| Jamie O'Connell | 07/19/05 | 0.8 | Business Analysis | Discussion with P. Zilly, S. Farnsworth re: Owensboro filings |
| Pamela Zilly | 07/19/05 | 0.3 | Business Analysis | Read Response of PI Committee, FCR to Debtors' Report on Business Effects/Terminating Exclusivity |
| Pamela Zilly | 07/19/05 | 0.8 | Business Analysis | Discussion with S. Farnsworth, J. O'Connell re: timing of distribution of Negative Notice |
| Pamela Zilly | 07/19/05 | 1.0 | Business Analysis | Read and provide comments on Intercat Motion |
| Pamela Zilly | 07/21/05 | 0.8 | Business Analysis | Read analysis re: Rising Sun Motion |
| Pamela Zilly | 07/21/05 | 0.5 | Business Analysis | Discussion with Committees' advisors, S. Farnsworth re: Owensboro negative notice |
| Pamela Zilly | 07/25/05 | 1.2 | Business Analysis | Review all filed motions with revisions |
| Pamela Zilly | 07/27/05 | 0.8 | Business Analysis | Financial analysis re: Catalyst business |
| Pamela Zilly | 07/27/05 | 1.0 | Business Analysis | Questions and responses re: Gamma acquisition |
| Pamela Zilly | 07/30/05 | 1.5 | Business Analysis | Read Gamma Purchases Agreement |
| Pamela Zilly | 07/30/05 | 1.5 | Business Analysis | Financial analysis re: financial results year to date vs. Plan |
| | | 30.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/07/05 | 0.5 | Committee | Call with K. Myers and L. Hamilton regarding Project Gamma acquisition |
| Jamie O'Connell | 07/12/05 | 1.0 | Committee | Review of Project Gamma motion and circulation of the motion to financial advisors |
| Pamela Zilly | 07/22/05 | 1.0 | Committee | Review questions from Committees' advisor, coordinate responses with management |
| Jamie O'Connell | 07/25/05 | 2.0 | Committee | Review motions (Gamma, Intercat, Marsh, Rising Sun), Pitney Hardin application; circulation of documents to financial advisors |
| Jamie O'Connell | 07/26/05 | 0.5 | Committee | Call with J. Sinclair, M. Berkin, S. Farnsworth, J. Hession and R. Wilson regarding Owensboro |
| Pamela Zilly | 07/26/05 | 1.0 | Committee | Call with S. Farnsworth, PI Committee advisors re: Owensboro sale |
| Jamie O'Connell | 07/27/05 | 0.5 | Committee | Call with L. Hamilton, C. Troyer, S. Farnsworth and R. Wilson regarding Owensboro |
| Jamie O'Connell | 07/27/05 | 0.5 | Committee | Review and circulate Project Gamma information to Capstone |
| Jamie O'Connell | 07/29/05 | 1.0 | Committee | Call with R. Maggio, L. Hamilton and Stroock regarding Intercat motion |
| Jamie O'Connell | 07/29/05 | 0.5 | Committee | Respond to additional Project Gamma questions from Capstone |
| | | **8.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/05/05 | 1.0 | Employee Benefits/Pension | Review Plan documents for MIP description |
| | | 1.0 | | |

Page 4 of 7

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Jamie O'Connell | 07/19/05 | 6.5 | Hearings | Participate telephonically in the July 19, 2005 court hearing |
| Pamela Zilly | 07/19/05 | 6.5 | Hearings | Attend Court Hearing via phone |
| | | 13.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/02/05 | 2.0 | Plan and Disclosure Statement | Financial analysis re: Project Gamma, review of slides, analysis |
| Jamie O'Connell | 07/05/05 | 0.8 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 07/05/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: court status and motions |
| Pamela Zilly | 07/07/05 | 1.0 | Plan and Disclosure Statement | Read PI Claimants Opposition of Debtors' PI CMO and Questionnaire |
| Pamela Zilly | 07/07/05 | 1.0 | Plan and Disclosure Statement | Read various motions: Montana Slay, Equity and UCC Committees Responses to Debtors' PI CMO,Questionnaire |
| Pamela Zilly | 07/09/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Report of effects of Terminating Exclusivity |
| Pamela Zilly | 07/09/05 | 1.5 | Plan and Disclosure Statement | Read Libby Objections to Debtors' Motion to Approve PI Questionnaire |
| Pamela Zilly | 07/15/05 | 0.4 | Plan and Disclosure Statement | Read Position Paper of PI Committee re: CMO |
| Pamela Zilly | 07/15/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' status report on Motion to Approve PI Estimation CMO |
| Pamela Zilly | 07/15/05 | 0.4 | Plan and Disclosure Statement | Read Brief in Support of FCR's Questionnaire and CMO |
| Pamela Zilly | 07/19/05 | 2.0 | Plan and Disclosure Statement | Financial analysis re: changes to claims estimates |
| Pamela Zilly | 07/19/05 | 0.3 | Plan and Disclosure Statement | Read Debtors' Brief re: CMO for Property Damage Claims |
| Jamie O'Connell | 07/20/05 | 1.0 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| JP Munfa | 07/20/05 | 2.0 | Plan and Disclosure Statement | Research regarding USG / Armstrong asbestos claims estimation |
| Pamela Zilly | 07/20/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: status of POR and court hearings |
| Jamie O'Connell | 07/21/05 | 1.5 | Plan and Disclosure Statement | Research on the claims estimation process in other asbestos bankruptcies |
| Pamela Zilly | 07/21/05 | 2.0 | Plan and Disclosure Statement | Review transcript of Owens Corning Expert Witnesses |
| Pamela Zilly | 07/21/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Motions to Permit Objection to Speight's and Runyan Claims |
| Jamie O'Connell | 07/26/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| JP Munfa | 07/26/05 | 3.0 | Plan and Disclosure Statement | Research regarding USG / Armstrong asbestos claims estimation |
| Pamela Zilly | 07/26/05 | 2.0 | Plan and Disclosure Statement | Research re: estimation process in USG, Owens Corning |
| Jamie O'Connell | 07/28/05 | 1.0 | Plan and Disclosure Statement | Call with M. Brown regarding updated pro forma amounts in draft 10-Q for the three months ended June 30, 2005 |
| Pamela Zilly | 07/30/05 | 2.5 | Plan and Disclosure Statement | Financial analysis re: Claims in 2Q 10Q |
| | | 28.1 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/13/05 | 2.0 | Tax Issues | Read and provided comments on State Tax motion |
| Pamela Zilly | 07/13/05 | 1.5 | Tax Issues | Financial analysis re: tax motions and tax claims |
| | | 3.5 | | |