IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Objection Deadline: May 31, 2006 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: To Be Determined, Only If Timely Objections Are Filed**

**THIRTY-THIRD APPLICATION OF THE BLACKSTONE GROUP L.P.**
**AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

Name of Applicant:                               The Blackstone Group L.P.

Authorized to Provide
Professional Services to:                        Debtors

Date of Retention Order:                         June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                         August 1, 2005 through August 31, 2005

| Amount of Compensation sought as actual, reasonable and necessary: | Total $50,000.00 | Holdback (@ 20%) $10,000.00 |
|---|---|---|

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:      $1,759.46

This is a __x__ monthly __ interim ____ final application

Summary of Monthly Applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | $525,000.00 | $2,833.02 |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | $525,000.00 | $22,009.84 |

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 24, 2004 | October 2004 | $175,000.00 | $3,635.27 | $175,000.00 | $3,635.27 |
| January 24, 2005 | November 2004 | $175,000.00 | $4,369.47 | $175,000.00 | $4,369.47 |
| January 24, 2005 | December 2004 | $175,000.00 | $1,129.94 | $175,000.00 | $1,129.94 |
| March 4, 2005 | January 2005 | $175,000.00 | $2,347.64 | $175,000.00 | $2,347.64 |
| May 19, 2005 | February 2005 | $175,000.00 | $742.42 | $175,000.00 | $742.42 |
| May 19, 2005 | March 2005 | $175,000.00 | $1,106.33 | $175,000.00 | $1,106.33 |
| August 19, 2005 | April 2005 | $100,000.00 | $3,082.08 | $100,000.00 | $3,082.08 |
| August 19, 2005 | May 2005 | $50,000.00 | $1,709.38 | $50,000.00 | $1,709.38 |
| August 19, 2005 | June 2005 | $50,000.00 | $2,917.10 | $50,000.00 | $2,917.10 |
| May 8, 2006 | July 2005 | $75,000.00 | $2,289.24 | -- | -- |
| May 8, 2006 | August 2005 | $50,000.00 | $1,759.46 | -- | -- |

# The Blackstone Group®

May 4, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of August 1, 2005 through August 31, 2005: | $ | 50,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | (10,000.00) |

Out-of-pocket expenses processed for the period through August 31, 2005:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | 259.41 | | |
| Communications | 55.43 | | |
| Meals | 25.00 | | |
| Document Production | 31.20 | | |
| Research | 1,388.42 | | 1,759.46 |
| **Total Amount Due** | | $ | 41,759.46 |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8707

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 8707**

| | GL Detail Aug-05 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Car Service - Concord | $ | 64.35 | $ | 64.35 |
| Ground Transportation - Car Service - Elite | | 195.06 | | 195.06 |
| Communications - Teleconferencing | | 55.43 | | 55.43 |
| Employee Meals | | 25.00 | | 25.00 |
| Document Production | | 31.20 | | 31.20 |
| Internal Research | | 760.86 | | 760.86 |
| External Research - Multex | | 81.68 | | 81.68 |
| External Research - Dow Jones | | 507.16 | | 507.16 |
| External Research - Online Database | | 38.72 | | 38.72 |
| **Total Expenses** | $ | **1,759.46** | $ | **1,759.46** |
| | | | | |
| **Ground Transportation** | | | $ | **259.41** |
| **Communications** | | | | **55.43** |
| **Meals** | | | | **25.00** |
| **Document Production** | | | | **31.20** |
| **Research** | | | | **1,388.42** |
| | | | | |
| **Total Expenses** | | | $ | **1,759.46** |

W.R. Grace & Co.
Detail of Expenses Processed
Through August 31, 2005
Invoice No. 8707

**Ground Transportation – Car Service – Concord**

| | | | |
|---|---|---|---|
| Shinder (car to LaGuardia Airport in Queens, NY from home) | 06/20/05 | 64.35 | |
| | Subtotal – Ground Transportation – Car Service – Concord | | $ 64.35 |

**Ground Transportation – Car Service – Elite**

| | | | |
|---|---|---|---|
| O'Connell (car to LaGuardia Airport in Queens, NY from Blackstone) | 06/13/05 | 45.54 | |
| Shinder (car to Blackstone from LaGuardia Airport in Queens, NY) | 06/21/05 | 42.48 | |
| Zilly for Client (car to client meeting from hotel in New York, NY) | 05/26/05 | 19.48 | |
| Zilly for Client (car to client meeting from hotel in New York, NY) | 05/26/05 | 19.48 | |
| Zilly for Client (car to client meeting from hotel in New York, NY) | 05/26/05 | 19.48 | |
| Zilly (car to LaGuardia Airport in Queens, NY from Blackstone) | 06/20/05 | 48.60 | |
| | Subtotal – Ground Transportation – Car Service – Elite | | 195.06 |

**Communications – Teleconferencing**

| | | | |
|---|---|---|---|
| Zilly | 06/06/05 | 19.41 | |
| Zilly | 06/30/05 | 23.49 | |
| Zilly | 07/07/05 | 12.53 | |
| | Subtotal – Communications – Teleconferencing | | 55.43 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Research – Ahmad (working dinner meal at Blackstone after working late) | 06/23/05 | 25.00 | |
| | Subtotal – Employee Meals | | 25.00 |

**Document Production**

| | | | |
|---|---|---|---|
| O'Connell | 08/08/05 - 08/14/05 | 16.80 | |
| O'Connell | 08/15/05 - 08/21/05 | 14.40 | |
| | Subtotal – Document Production | | 31.20 |

**Internal Research**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 06/30/05 | 329.50 | |
| Munfa (online data research) | 07/01/05 | 44.50 | |
| Munfa (retrieved documents from Court docket via PACER) | 07/05/05 | 63.03 | |
| Munfa (online data research) | 07/20/05 | 143.83 | |
| Munfa (retrieved documents from Court docket via PACER) | 07/20/05 | 180.00 | |
| | Subtotal – Internal Research | | 760.86 |

**External Research – Multex**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 06/30/05 | 51.84 | |
| Munfa (online data research) | 07/20/05 | 26.56 | |
| O'Connell (online data research) | 08/08/05 | 3.28 | |
| | Subtotal – External Research – Multex | | 81.68 |

**External Research – Dow Jones**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 06/30/05 | 302.33 | |
| Munfa (online data research) | 07/20/05 | 177.63 | |
| O'Connell (online data research) | 08/08/05 | 27.20 | |
| | Subtotal – External Research – Dow Jones | | 507.16 |

**External Research – Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via PACER) | 04/19/05 | 21.20 | |
| de Almeida (retrieved documents from Court docket via PACER) | 04/21/05 | 3.04 | |
| de Almeida (retrieved document from Court docket via PACER) | 05/15/05 | 2.40 | |
| de Almeida (retrieved document from Court docket via PACER) | 05/16/05 | 2.40 | |
| de Almeida (retrieved document from Court docket via PACER) | 05/23/05 | 2.40 | |
| de Almeida (retrieved document from Court docket via PACER) | 05/26/05 | 2.40 | |
| de Almeida (retrieved documents from Court docket via PACER) | 06/01/05 | 0.08 | |
| de Almeida (retrieved documents from Court docket via PACER) | 06/01/05 | 4.80 | |
| | Subtotal – External Research – Online Database | | 38.72 |
| | **Total Expenses** | | $ 1,759.46 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 34.0 |
| Jamie O'Connell | Associate | 30.5 |
| | **Total** | **64.5** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/05/05 | 0.3 | Asset Disposition | Call with S. Farnsworth regarding Owensboro |
| Pamela Zilly | 08/05/05 | 1.0 | Asset Disposition | Correspondence with J. O'Connell, S. Farnsworth re: Owensboro bid |
| Pamela Zilly | 08/08/05 | 1.0 | Asset Disposition | Discussion with S. Farnsworth, J. Baer re: Owensboro bidder and process |
| Pamela Zilly | 08/08/05 | 0.5 | Asset Disposition | Call with S. Farnsworth re: Owensboro sale |
| Pamela Zilly | 08/09/05 | 1.0 | Asset Disposition | Review bid and response letter on Owensboro |
| Jamie O'Connell | 08/17/05 | 0.3 | Asset Disposition | Update call with S. Farnsworth |
| | | 4.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/01/05 | 1.0 | Business Analysis | Read information materials re: Rising Sun Motion, State Tax Motion |
| Jamie O'Connell | 08/04/05 | 2.5 | Business Analysis | Review of amounts in draft pro forma balance sheet in 10-Q for the three months ended 6/30/05 |
| Jamie O'Connell | 08/05/05 | 0.3 | Business Analysis | Call with K. Myers regarding potential acquisitions |
| Pamela Zilly | 08/09/05 | 1.0 | Business Analysis | Review 2ndQ financial briefing; various financial analysis |
| Pamela Zilly | 08/10/05 | 1.0 | Business Analysis | Call with K. Myers re: possible acquisitions |
| Pamela Zilly | 08/12/05 | 1.0 | Business Analysis | Review Bear Stearns engagement letter, call with K. Myers |
| Pamela Zilly | 08/13/05 | 0.5 | Business Analysis | Review comparable fee schedules for M&A transactions |
| Jamie O'Connell | 08/16/05 | 1.0 | Business Analysis | Research market M&A fee structures |
| Pamela Zilly | 08/16/05 | 0.5 | Business Analysis | Call with K. Myers re: possible acquisitions |
| Pamela Zilly | 08/17/05 | 0.4 | Business Analysis | Call with K. Myers re: Project Omega |
| Pamela Zilly | 08/18/05 | 1.5 | Business Analysis | Review materials re: Chicago expansion; discussion with J. McFarland, J. Baer |
| Jamie O'Connell | 08/19/05 | 1.0 | Business Analysis | Review Chicago capacity expansion materials |
| Pamela Zilly | 08/19/05 | 2.5 | Business Analysis | Review 2ndQ financial briefing; various financial analysis re: claims |
| Pamela Zilly | 08/19/05 | 1.5 | Business Analysis | Calls, discussions with K. Myers re: Bear Stearns retention |
| Jamie O'Connell | 08/21/05 | 1.5 | Business Analysis | Review of W. R. Grace & Co. 10-Q for the three months ended June 30, 2005 |
| Jamie O'Connell | 08/22/05 | 1.5 | Business Analysis | Analysis of comparable transactions |
| Pamela Zilly | 08/22/05 | 0.5 | Business Analysis | Calls with F. Festa re: Project Omega |
| Pamela Zilly | 08/22/05 | 2.0 | Business Analysis | Review 10Q for period ending June 30, 2005 |
| Pamela Zilly | 08/24/05 | 2.0 | Business Analysis | Review materials on Ludox transaction |
| Pamela Zilly | 08/25/05 | 0.8 | Business Analysis | Call with G. Poling, E. Edmond re: Ludox transaction |
| Pamela Zilly | 08/25/05 | 1.0 | Business Analysis | Review revised material on Ludox transaction |
| Pamela Zilly | 08/29/05 | 1.0 | Business Analysis | Correspondence/call with K. Myers re: Project Omega |
| Pamela Zilly | 08/31/05 | 1.0 | Business Analysis | Review status of small acquisitions |
| | | **27.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/25/05 | 1.0 | Case Administration | Read various motions re: Montana Stay, Amended Complaint |
| | | 1.0 | | |

Page 4 of 8

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/01/05 | 0.5 | Committee | Coordinating call with Capstone and Grace management regarding Marsh motion |
| Jamie O'Connell | 08/02/05 | 1.0 | Committee | Review and coordinate correspondence relating to Rising Sun motion |
| Jamie O'Connell | 08/03/05 | 0.5 | Committee | Call with V. Finkelstein, Capstone and Stroock regarding the Rising Sun lease motion |
| Jamie O'Connell | 08/04/05 | 0.5 | Committee | Call with J. Posner, F. Zaremby, L. Hamilton and C. Troyer regarding Marsh motion |
| Jamie O'Connell | 08/04/05 | 0.5 | Committee | Coordinating responses to Tersigni Consulting on the Rising Sun and Owensboro matters |
| Pamela Zilly | 08/04/05 | 0.5 | Committee | Review financial advisor's questions re: filed motions |
| Jamie O'Connell | 08/05/05 | 1.0 | Committee | Call with E. Filon, T. Cremin, J. Gibbs, L. Hamilton, C. Troyer and Stroock regarding slate tax motion |
| Jamie O'Connell | 08/05/05 | 0.5 | Committee | Coordinating responses to Tersigni Consulting on the Marsh motion |
| Jamie O'Connell | 08/08/05 | 0.5 | Committee | Call with P. Zilly, J. Baer, J. McFarland and GPC personnel regarding Owensboro |
| Jamie O'Connell | 08/08/05 | 0.5 | Committee | Call with committee advisors and GPC personnel regarding Owensboro |
| Jamie O'Connell | 08/09/05 | 0.8 | Committee | Second quarter financial review conference call with Grace management and financial advisors |
| Jamie O'Connell | 08/09/05 | 0.5 | Committee | Coordinating responses to Tersigni Consulting on the Intercat matter |
| Pamela Zilly | 08/09/05 | 0.5 | Committee | Call with Financial advisors re: Owensboro sale |
| Pamela Zilly | 08/09/05 | 1.0 | Committee | Call with Financial advisors re: 2nd Q results |
| Jamie O'Connell | 08/10/05 | 0.3 | Committee | Call with B. Maggio and L. Hamilton regarding Intercat |
| Jamie O'Connell | 08/11/05 | 0.5 | Committee | Call with B. Maggio and M. Berkin regarding Intercat |
| Jamie O'Connell | 08/15/05 | 0.3 | Committee | Coordinating responses to additional Capstone questions on membrane plant expansion |
| Pamela Zilly | 08/22/05 | 1.0 | Committee | Prepare briefing to Committees' advisors re: Bear Stearns retention on Project Omega; respond to questions re: same |
| | | 10.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/17/05 | 3.0 | Fee Applications | Prepare fee application |
| | | 3.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/29/05 | 4.5 | Hearings | Participate telephonically in the August 29, 2005 court hearing |
| | | 4.5 | | |

Page 7 of 8

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/02/05 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/02/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and counsel re: Court motions and POR status |
| Jamie O'Connell | 08/03/05 | 1.0 | Plan and Disclosure Statement | Review of claims estimates in pro forma balance sheet in 10-Q for the three months ended 6/30/05 |
| Jamie O'Connell | 08/08/05 | 2.5 | Plan and Disclosure Statement | Research of the claims estimation process in other asbestos bankruptcies |
| Pamela Zilly | 08/08/05 | 0.5 | Plan and Disclosure Statement | Read Debtors Opposition to Speights and Runyan motion to quash subpoenas |
| Jamie O'Connell | 08/09/05 | 1.5 | Plan and Disclosure Statement | Research of the claims estimation process in other asbestos bankruptcies |
| Pamela Zilly | 08/11/05 | 1.5 | Plan and Disclosure Statement | Research of claims estimation procedures in asbestos bankruptcies |
| Jamie O'Connell | 08/16/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/16/05 | 1.0 | Plan and Disclosure Statement | Call with Grace management and counsel re: POR status and Court motions |
| Jamie O'Connell | 08/23/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/23/05 | 1.0 | Plan and Disclosure Statement | Call with Grace management and counsel re: Court motions, POR status |
| Pamela Zilly | 08/26/05 | 0.8 | Plan and Disclosure Statement | Read Opposition of PI Committee to Revised PI CMO and Questionnaire |
| Jamie O'Connell | 08/30/05 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/30/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR status and pending motions |
| Pamela Zilly | 08/30/05 | 1.0 | Plan and Disclosure Statement | Call with Festa, Norris, Shelnitz Tarola re: status of other asbestos bankruptcies |
| | | 14.3 | | |

Page 8 of 8