IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: May 31, 2006 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Timely Objections Are Filed

### THIRTY-FOURTH APPLICATION OF THE BLACKSTONE GROUP L.P. AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

Name of Applicant: The Blackstone Group L.P.

Authorized to Provide
Professional Services to: Debtors

Date of Retention Order: June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought: September 1 through September 30, 2005

| | | |
|---|---|---|
| Amount of Compensation | Total | Holdback (@ 20%) |
| sought as actual, reasonable and necessary: | $25,000.00 | $5,000.00 |

Amount of Expense Reimbursement
sought as actual, reasonable and necessary: $654.00

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | $525,000.00 | $2,833.02 |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | $525,000.00 | $22,009.84 |

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 24, 2004 | October 2004 | $175,000.00 | $3,635.27 | $175,000.00 | $3,635.27 |
| January 24, 2005 | November 2004 | $175,000.00 | $4,369.47 | $175,000.00 | $4,369.47 |
| January 24, 2005 | December 2004 | $175,000.00 | $1,129.94 | $175,000.00 | $1,129.94 |
| March 4, 2005 | January 2005 | $175,000.00 | $2,347.64 | $175,000.00 | $2,347.64 |
| May 19, 2005 | February 2005 | $175,000.00 | $742.42 | $175,000.00 | $742.42 |
| May 19, 2005 | March 2005 | $175,000.00 | $1,106.33 | $175,000.00 | $1,106.33 |
| August 19, 2005 | April 2005 | $100,000.00 | $3,082.08 | $100,000.00 | $3,082.08 |
| August 19, 2005 | May 2005 | $50,000.00 | $1,709.38 | $50,000.00 | $1,709.38 |
| August 19, 2005 | June 2005 | $50,000.00 | $2,917.10 | $50,000.00 | $2,917.10 |
| May 8, 2006 | July 2005 | $75,000.00 | $2,289.24 | -- | -- |
| May 8, 2006 | August 2005 | $50,000.00 | $1,759.46 | -- | -- |
| May 8, 2006 | September 2005 | $25,000.00 | $654.00 | -- | -- |

# The Blackstone Group®

May 4, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly advisory fee for the period of September 1, 2005 through September 30, 2005: | $ | 25,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | (5,000.00) |

Out-of-pocket expenses processed for the period through September 30, 2005:[1]

| | | | |
|---|---:|---|---:|
| Ground Transportation | $ 34.00 | | |
| Communications | 440.00 | | |
| Research | 180.00 | | 654.00 |
| **Total Amount Due** | | $ | 20,654.00 |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8785

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 8785

|  | GL Detail Sep-05 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 34.00 | $ 34.00 |
| Communications - Teleconferencing | 440.00 | 440.00 |
| Internal Research | 180.00 | 180.00 |
| **Total Expenses** | $ 654.00 | $ 654.00 |
| **Ground Transportation** | | $ 34.00 |
| **Communications** | | 440.00 |
| **Research** | | 180.00 |
| **Total Expenses** | | $ 654.00 |

W.R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2005
Invoice No. 8785

**Ground Transportation - Local Travel**

| | | | |
|---|---|---:|---:|
| O'Connell (taxi home from Blackstone after working late) | 08/03/05 | 18.00 | |
| O'Connell (taxi home from Blackstone after working late) | 08/17/05 | 16.00 | |
| Subtotal - Ground Transportation - Local Travel | | $ | 34.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---:|---:|
| O'Connell (fee for telephonic participation @ Court hearing) | 07/19/05 | 240.00 | |
| O'Connell (fee for telephonic participation @ Court hearing) | 09/01/05 | 200.00 | |
| Subtotal - Communications - Teleconferencing | | | 440.00 |

**Internal Research**

| | | | |
|---|---|---:|---:|
| O'Connell | 08/21/05 - 08/27/05 | 180.00 | |
| Subtotal - Internal Research | | | 180.00 |

| | | | |
|---|---|---:|---:|
| Total Expenses | | $ | 654.00 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 23.1 |
| Jamie O'Connell | Associate | 9.0 |
| | Total | 32.1 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/13/04 | 1.2 | Business Analysis | Review Debtors' monthly operating report |
| Pamela Zilly | 09/01/05 | 0.3 | Business Analysis | Review correspondence re: Ludox transaction |
| Pamela Zilly | 09/07/05 | 0.8 | Business Analysis | Call with K. Myers re: Project Omega |
| Pamela Zilly | 09/09/05 | 0.8 | Business Analysis | Discussion with J. O'Connell, S. Farnsworth re: Project Lycra |
| Pamela Zilly | 09/11/05 | 0.5 | Business Analysis | Discussions with Shelnitz re: settlement agreement |
| Pamela Zilly | 09/12/05 | 0.3 | Business Analysis | Review materials on Project Lycra, discussion with J. O'Connell |
| Pamela Zilly | 09/12/05 | 0.4 | Business Analysis | Discussions with J. O'Connell, S. Farnsworth re: Project Lycra |
| Pamela Zilly | 09/14/05 | 0.8 | Business Analysis | Review additional materials on Project Lycra |
| Pamela Zilly | 09/20/05 | 1.2 | Business Analysis | Project Lycra analysis |
| Pamela Zilly | 09/27/05 | 0.3 | Business Analysis | Discussion with K. Myers re: Project Sandalwood status |
| | | **6.6** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/12/05 | 1.5 | Committee | Review and circulate Project Lycra materials to committee advisors |
| Jamie O'Connell | 09/12/05 | 0.3 | Committee | Call with J. Brownstein of CIBC regarding Project Lycra |
| Jamie O'Connell | 09/12/05 | 0.3 | Committee | Call with L. Hamilton regarding retention of Foley Hoag in environmental matters |
| Pamela Zilly | 09/14/05 | 0.5 | Committee | Call with S. Farnsworth, J. Brownstein re: Project Lycra |
| Pamela Zilly | 09/14/05 | 0.5 | Committee | Discussion with K. Myers re: Bear Stearns motion |
| Jamie O'Connell | 09/15/05 | 0.8 | Committee | Review Capstone questions regarding Project Lycra and coordinate conference call |
| Pamela Zilly | 09/15/05 | 0.5 | Committee | Review Capstone questions on Project Lycra |
| Jamie O'Connell | 09/20/05 | 1.0 | Committee | Review and circulate Project Lycra analyses requested by Capstone |
| Jamie O'Connell | 09/24/05 | 0.5 | Committee | Coordinate response to Capstone regarding Project Sandalwood |
| Jamie O'Connell | 09/26/05 | 0.5 | Committee | Coordinate response to financial advisors regarding status of Lake Charles facility after hurricane |
| | | 6.3 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/26/05 | 2.5 | Hearings | Participate telephonically in the September 26, 2005 court hearing |
| Pamela Zilly | 09/26/05 | 2.5 | Hearings | Participate telephonically in Court hearing |
| | | **5.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/13/04 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: status of POR |
| Jamie O'Connell | 09/06/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/06/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR status and Court motions |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read CMO for adjudication of PD Claims Objections |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read historical memo re: plan settlement discussions |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read CMO for estimation of PD Liabilities |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read Orders granting relief sought in Debtors Objections to Claims (Substantive) |
| Pamela Zilly | 09/06/05 | 0.8 | Plan and Disclosure Statement | Read CMO for the Estimation of PI Liabilities |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read Debtors Omnibus Objections to PD Claims (Substantive) |
| Pamela Zilly | 09/08/05 | 0.5 | Plan and Disclosure Statement | Read Certain Insurers Motions for Access to Exhibits to 2019 Statements |
| Pamela Zilly | 09/11/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Emergency Motion for leave to take Discovery of Claimants Attorney |
| Pamela Zilly | 09/11/05 | 0.3 | Plan and Disclosure Statement | Read Joinder of the UCC in Motion to Expand Preliminary Injunction to include Actions against Montana |
| Pamela Zilly | 09/12/05 | 0.2 | Plan and Disclosure Statement | Read Application of the PD Committee to Retain Special Counsel |
| Jamie O'Connell | 09/13/05 | 0.3 | Plan and Disclosure Statement | Read Motion of the PD Committee to strike Debtors' Omnibus Objection to PD Claims |
| Pamela Zilly | 09/15/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/17/05 | 2.0 | Plan and Disclosure Statement | Research re: court filings, status of asbestos bankruptcies |
| Pamela Zilly | 09/17/05 | 0.3 | Plan and Disclosure Statement | Read Joinder by all PD Dies Claimants Motion of PD Claimants to Strike Debtors' Omnibus Objection to PD Claims |
| Pamela Zilly | 09/18/05 | 0.3 | Plan and Disclosure Statement | Read Emergency Motion of Debtors to Set the PD Committees Motion to Strike for hearing on 9/26/05 |
| Pamela Zilly | 09/19/05 | 2.0 | Plan and Disclosure Statement | Review and send POR material to D. Bernick |
| Pamela Zilly | 09/21/05 | 0.3 | Plan and Disclosure Statement | Read Motion of Reaud Morgan for Case Management Order for Estimation of PI Liabilities |
| Pamela Zilly | 09/21/05 | 0.3 | Plan and Disclosure Statement | Read Motion for an Injunction under 105 and 362 Against NJ DEP |
| Pamela Zilly | 09/21/05 | 0.4 | Plan and Disclosure Statement | Read Complaint for Declaratory Judgment and Relief against NJ DEP |
| Pamela Zilly | 09/23/05 | 0.3 | Plan and Disclosure Statement | Objection of PD Committee to Debtors Motion to set PD Committees Motion to Strike for 9/26/ hearing |
| Jamie O'Connell | 09/27/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| | | 14.3 | | |

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**FOURTEENTH QUARTERLY INTERIM FEE APPLICATION OF
THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO
W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
JULY 1, 2005 THROUGH SEPTEMBER 30, 2005**

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | The Blackstone Group L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2005 through September 30, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary: | $150,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $4,702.70 |

This is a ___ monthly    _x_ interim    ___ final application

CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO
W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD OF JULY 1, 2005 THROUGH SEPTEMBER 30, 2005

| Fee Application, Filing Date, Docket No. (if available) | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|
| 07/01/05 – 07/31/05 | $75,000.00 | $2,289.24 | NA | $0.00 | $0.00 | $0.00 |
| 08/01/05 – 08/31/05 | 50,000.00 | 1,759.46 | NA | 0.00 | 0.00 | 0.00 |
| 09/01/05 – 09/30/05 | 25,000.00 | 654.00 | NA | 0.00 | 0.00 | 0.00 |
| Total | $150,000.00 | $4,702.70 | | $0.00 | $0.00 | $0.00 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Interim Period | Total Fees for the Interim Periods[1] | Total Fees from the Petition Date[2] |
|---|---|---|---|
| Accounting/Auditing | 0.0 | NA | NA |
| Asset Dispositions | 4.0 | NA | NA |
| Business Analysis | 63.6 | NA | NA |
| Case Administration | 1.0 | NA | NA |
| Claims Analysis/Resolution | 0.0 | NA | NA |
| Committee | 25.6 | NA | NA |
| Corporate Finance | 0.0 | NA | NA |
| Employment Applications | 0.0 | NA | NA |
| Employee Benefits | 1.0 | NA | NA |
| Fee Applications | 3.0 | NA | NA |
| Financing | 0.0 | NA | NA |
| Hearings | 22.5 | NA | NA |
| Non-Working Travel Time | 0.0 | NA | NA |
| Other | 0.0 | NA | NA |
| Plan & Disclosure Statement | 56.7 | NA | NA |
| Tax Issues | 3.5 | NA | NA |
| Valuation | 0.0 | NA | NA |

---

[1] Blackstone does not bill by the hour; therefore, a calculation of total fees by hour, by category is not applicable.

2

3

## CUMULATIVE EXPENSE SUMMARY ($)

| Expense Categories | Total Expenses for the Interim Period | Total Expenses from the Petition date |
|---|---:|---:|
| Airfare/Railroad/Ground Transportation | $1,921.73 | $53,486.47 |
| Meals and Lodging | 519.11 | 18,534.43 |
| Research | 1,568.42 | 28,484.73 |
| Communications | 619.04 | 8,197.43 |
| Word Processing | 0.00 | 15,374.94 |
| Photocopying | 74.40 | 9,210.50 |
| Other | 0.00 | 4,209.64 |

3