**EXHIBIT A**

# The Blackstone Group®

May 4, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of July 1, 2005 through July 31, 2005:     $     75,000.00

Out-of-pocket expenses processed for the period through July 31, 2005:[1]

| | | |
|---|---|---|
| Airfare | $ 726.30 | |
| Ground Transportation | 902.02 | |
| Communications | 123.61 | |
| Meals | 80.70 | |
| Lodging | 413.41 | |
| Document Production | 43.20 | 2,289.24 |
| **Total Amount Due** | | $     77,289.24 |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8656

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 8656

|  | GL Detail Jul-05 | | Total Expenses | |
|---|---|---|---|---|
| Airfare | $ | 726.30 | $ | 726.30 |
| Ground Transportation - Car Service - Concord | | 307.02 | | 307.02 |
| Ground Transportation - Local Travel | | 79.00 | | 79.00 |
| Ground Transportation - Out of Town Travel | | 252.00 | | 252.00 |
| Ground Transportation - Railroad | | 264.00 | | 264.00 |
| Communications - Teleconferencing | | 123.61 | | 123.61 |
| Employee Meals | | 80.70 | | 80.70 |
| Lodging | | 413.41 | | 413.41 |
| Document Production | | 43.20 | | 43.20 |
| **Total Expenses** | $ | **2,289.24** | $ | **2,289.24** |

| | |
|---|---|
| **Airfare** | $ 726.30 |
| **Ground Transportation** | 902.02 |
| **Communications** | 123.61 |
| **Meals** | 80.70 |
| **Lodging** | 413.41 |
| **Document Production** | 43.20 |
| **Total Expenses** | $ 2,289.24 |

W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2005
Invoice No. 8656

**Airfare**

| | | | |
|---|---|---|---|
| O'Connell (travel agency booking fee for round trip flight dated 06/13/05 & 06/14/05) | 06/10/05 | 40.00 | |
| O'Connell (round trip coach class flight to/from Boston, MA from/to Queens, NY) | 06/13/05 & 06/14/05 | 275.40 | |
| Zilly (travel agency booking fee for flight dated 06/20/05) | 06/20/05 | 20.00 | |
| Zilly (one-way coach class flight to/from Washington, DC from/to Queens, NY) | 06/20/05 | 137.70 | |
| Zilly (one-way coach class flight to Queens, NY from Washington, DC) | 06/21/05 | 253.20 | |
| | Subtotal - Airfare | | $ 726.30 |

**Ground Transportation - Car Service - Concord**

| | | | |
|---|---|---|---|
| Blechman (car to LaGuardia Airport in Queens, NY from home) | 03/30/05 | 168.81 | |
| Blechman (car home from Blackstone after working late) | 04/12/05 | 138.21 | |
| | Subtotal - Ground Transportation - Car Service - Concord | | 307.02 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi home from LaGuardia Airport) | 06/14/05 | 34.00 | |
| O'Connell (taxi home from Pennsylvania Railroad Station in New York, NY) | 06/16/05 | 15.00 | |
| Zilly (taxi to Blackstone from LaGuardia Airport in Queens, NY) | 06/21/05 | 30.00 | |
| | Subtotal - Ground Transportation - Local Travel | | 79.00 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi to client's offices from airport in Cambridge, MA) | 06/13/05 | 40.00 | |
| O'Connell (taxi to airport from client's offices in Cambridge, MA) | 06/13/05 | 53.00 | |
| O'Connell (taxi to client's offices from hotel in Cambridge, MA) | 06/14/05 | 28.00 | |
| O'Connell (taxi to client's offices in Columbia, MD from train station in Baltimore, MD) | 06/15/05 | 40.00 | |
| O'Connell (taxi to client's offices from hotel in Columbia, MD) | 06/16/05 | 25.00 | |
| O'Connell (taxi to train station in Baltimore, MD from client's offices in Columbia, MD) | 06/16/05 | 45.00 | |
| Zilly (taxi from airport to client meeting in Washington, DC) | 06/20/05 | 21.00 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 252.00 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| O'Connell (travel agency booking fee for round trip travel dated 06/15/05 & 06/16/05) | 06/13/05 | 40.00 | |
| O'Connell (round trip to/from Baltimore, MD from/to New York, NY) | 06/15/05 & 06/16/05 | 224.00 | |
| | Subtotal - Ground Transportation - Railroad | | 264.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| Blechman | 05/05/05 | 47.11 | |
| Blechman | 05/06/05 | 36.56 | |
| Blechman | 05/06/05 | 19.80 | |
| Blechman | 05/09/05 | 8.61 | |
| Blechman | 05/17/05 | 11.53 | |
| | Subtotal - Communications - Teleconferencing | | 123.61 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Blechman (working dinner meal @ Blackstone after working late) | 06/02/05 | 25.00 | |
| O'Connell (in-room dinner meal @ hotel in Cambridge, MA) | 06/13/05 | 24.06 | |
| O'Connell (in-room meal @ hotel in Cambridge, MA) | 06/14/05 | 4.95 | |
| O'Connell (working dinner meal @ Blackstone after working late) | 06/15/05 | 10.99 | |
| O'Connell (in-room breakfast meal @ hotel in Columbia, MD) | 06/16/05 | 15.70 | |
| | Subtotal - Employee Meals | | 80.70 |

**Lodging**

| | | | |
|---|---|---|---|
| O'Connell (1 day hotel stay in Cambridge, MA) | 06/13/05 - 06/14/05 | 231.91 | |
| O'Connell (1 day hotel stay in Columbia, MD) | 06/15/05 - 06/16/05 | 181.50 | |
| | Subtotal - Lodging | | 413.41 |

**Document Production**

| | | | |
|---|---|---|---|
| Munfa | 06/27/05 - 07/03/05 | 17.40 | |
| O'Connell | 06/13/05 - 06/26/05 | 25.80 | |
| | Subtotal - Document Production | | 43.20 |

| | | |
|---|---|---|
| Total Expenses | | $ 2,289.24 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2005 THROUGH JULY 31, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 60.5 |
| Jamie O'Connell | Associate | 18.6 |
| JP Munfa | Analyst | 5.0 |
| **Total** | | **84.1** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/15/04 | 2.0 | Business Analysis | Financial analysis re 2Q claims |
| Pamela Zilly | 07/01/05 | 1.0 | Business Analysis | Follow-up calls and discussion with K. Myers, J. Sinclair, L. Hamilton re: Project Gamma |
| Pamela Zilly | 07/05/05 | 2.0 | Business Analysis | Review business presentations for exclusivity comments |
| Pamela Zilly | 07/07/05 | 1.5 | Business Analysis | Provide comments on Festa affidavit re: exclusivity motion |
| Pamela Zilly | 07/11/05 | 2.0 | Business Analysis | Review Debtor's monthly operating report |
| Pamela Zilly | 07/11/05 | 1.0 | Business Analysis | Review and provide comments on Project Gamma motion; discussion with K. Myers re: same |
| Pamela Zilly | 07/11/05 | 1.5 | Business Analysis | Read and provide comments on Rising Sun and Interest motions |
| Pamela Zilly | 07/12/05 | 1.0 | Business Analysis | Read and provide comments on motion to acquire assets of Single Site Catalysts |
| Pamela Zilly | 07/14/05 | 1.0 | Business Analysis | Read Marsh Misc motion, discuss issues with J. Baer, J. McFarland |
| Pamela Zilly | 07/14/05 | 1.0 | Business Analysis | Read and provide comments on Rising Sun Motion |
| Pamela Zilly | 07/14/05 | 1.0 | Business Analysis | Research prior financial analysis, business plan and communications re: Owensboro |
| Pamela Zilly | 07/14/05 | 0.5 | Business Analysis | Read Negative Notice re: Owensboro |
| Pamela Zilly | 07/15/05 | 1.0 | Business Analysis | Read revised draft of Debtors' motions |
| Pamela Zilly | 07/15/05 | 0.5 | Business Analysis | Call with K. Myers re: possible acquisitions |
| Pamela Zilly | 07/15/05 | 1.0 | Business Analysis | Review Project Gamma Slides |
| Pamela Zilly | 07/18/05 | 0.8 | Business Analysis | Read revised drafts of Debtors' motions for distribution to Committees' advisors |
| Pamela Zilly | 07/18/05 | 1.0 | Business Analysis | Read and provide comments on March Misc settlement with NY State |
| Jamie O'Connell | 07/19/05 | 0.8 | Business Analysis | Discussion with P. Zilly, S. Farnsworth re: Owensboro filings |
| Pamela Zilly | 07/19/05 | 0.3 | Business Analysis | Read Response of PI Committee, FCR to Debtors' Report on Business Effects/Terminating Exclusivity |
| Pamela Zilly | 07/19/05 | 0.8 | Business Analysis | Discussion with S. Farnsworth, J. O'Connell re: timing of distribution of Negative Notice |
| Pamela Zilly | 07/19/05 | 1.0 | Business Analysis | Read and provide comments on Interest Motion |
| Pamela Zilly | 07/21/05 | 0.8 | Business Analysis | Read analysis re: Rising Sun Motion |
| Pamela Zilly | 07/21/05 | 0.5 | Business Analysis | Discussion with Committees' advisors, S. Farnsworth re: Owensboro negative notice |
| Pamela Zilly | 07/25/05 | 1.2 | Business Analysis | Review all filed motions with revisions |
| Pamela Zilly | 07/27/05 | 0.8 | Business Analysis | Financial analysis re: Catalyst business |
| Pamela Zilly | 07/27/05 | 1.0 | Business Analysis | Questions and responses re: Gamma acquisition |
| Pamela Zilly | 07/30/05 | 1.5 | Business Analysis | Read Gamma Purchase Agreement |
| Pamela Zilly | 07/30/05 | 1.5 | Business Analysis | Financial analysis re: financial results year to date vs. Plan |
| | | 30.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/07/05 | 0.5 | Committee | Call with K. Myers and L. Hamilton regarding Project Gamma acquisition |
| Jamie O'Connell | 07/12/05 | 1.0 | Committee | Review of Project Gamma motion and circulation of the motion to financial advisors |
| Pamela Zilly | 07/22/05 | 1.0 | Committee | Review questions from Committees' advisor, coordinate responses with management |
| Jamie O'Connell | 07/25/05 | 2.0 | Committee | Review motions (Gamma, Interest, Marsh, Rising Sun), Piney Hardin application; circulation of documents to financial advisors |
| Jamie O'Connell | 07/26/05 | 0.5 | Committee | Call with J. Sinclair, M. Berlin, S. Farnsworth, J. Hession and R. Wilson regarding Owensboro |
| Pamela Zilly | 07/26/05 | 1.0 | Committee | Call with S. Farnsworth, JP Committee advisors re: Owensboro sale |
| Jamie O'Connell | 07/26/05 | 0.5 | Committee | Call with L. Hamilton, C. Troyer, S. Farnsworth and R. Wilson regarding Owensboro |
| Jamie O'Connell | 07/27/05 | 0.5 | Committee | Review and circulate Project Gamma information to Capstone |
| Jamie O'Connell | 07/29/05 | 1.0 | Committee | Call with R. Maggio, L. Hamilton and Stroock regarding Interest motion |
| Jamie O'Connell | 07/29/05 | 0.5 | Committee | Respond to additional Project Gamma questions from Capstone |
| | | **8.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/05/05 | 1.0 | Employee Benefits/Pension | Review Plan documents for MIP description |
| | | 1.0 | | |

Page 4 of 7

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/19/05 | 6.5 | Hearings | Participate telephonically in the July 19, 2005 court hearing |
| Pamela Zilly | 07/19/05 | 6.5 | Hearings | Attend Court Hearing via phone |
| | | 13.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2005 THROUGH JULY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/02/05 | 2.0 | Plan and Disclosure Statement | Financial analysis re: Project Gamma, review of slides, analysis |
| Jamie O'Connell | 07/05/05 | 0.8 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 07/05/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: court status and motions |
| Pamela Zilly | 07/07/05 | 1.0 | Plan and Disclosure Statement | Read PI Claimants Opposition of Debtors' PI CMO and Questionnaire |
| Pamela Zilly | 07/07/05 | 1.0 | Plan and Disclosure Statement | Read various motions: Montana Stay, Equity and UCC Committees Responses to Debtors' PI CMO,Questionnaire |
| Pamela Zilly | 07/09/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Report of effects of Terminating Exclusivity |
| Pamela Zilly | 07/09/05 | 1.5 | Plan and Disclosure Statement | Read Libby Objections to Debtors' Motion to Approve PI Questionnaire |
| Pamela Zilly | 07/15/05 | 0.4 | Plan and Disclosure Statement | Read Position Paper of PI Committee re: CMO |
| Pamela Zilly | 07/15/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' status report on Motion to Approve PI Estimation CMO |
| Pamela Zilly | 07/15/05 | 0.4 | Plan and Disclosure Statement | Read Brief in Support of FCR's Questionnaire and CMO |
| Pamela Zilly | 07/19/05 | 2.0 | Plan and Disclosure Statement | Financial analysis re: changes to claims estimates |
| Pamela Zilly | 07/19/05 | 0.3 | Plan and Disclosure Statement | Read Debtors' Brief re: CMO for Property Damage Claims |
| Jamie O'Connell | 07/20/05 | 1.0 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| JP Munfa | 07/20/05 | 2.0 | Plan and Disclosure Statement | Research regarding USG / Armstrong asbestos claims estimation |
| Pamela Zilly | 07/20/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: statue of POR and court hearings |
| Jamie O'Connell | 07/21/05 | 1.5 | Plan and Disclosure Statement | Research on the claims estimation process in other asbestos bankruptcies |
| Pamela Zilly | 07/21/05 | 2.0 | Plan and Disclosure Statement | Review transcript of Owens Corning Expert Witnesses |
| Pamela Zilly | 07/21/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Motions to Permit Objection to Speight's and Runyan Claims |
| Jamie O'Connell | 07/26/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| JP Munfa | 07/26/05 | 3.0 | Plan and Disclosure Statement | Research regarding USG / Armstrong asbestos claims estimation |
| Pamela Zilly | 07/26/05 | 2.0 | Plan and Disclosure Statement | Research re: estimation process in USG, Owens Corning |
| Jamie O'Connell | 07/28/05 | 1.0 | Plan and Disclosure Statement | Call with M. Brown regarding updated pro forma amounts in draft 10-Q for the three months ended June 30, 2005 |
| Pamela Zilly | 07/30/05 | 2.5 | Plan and Disclosure Statement | Financial analysis re: Claims in 2Q 10Q |
| | | **28.1** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JULY 1, 2005 THROUGH JULY 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/13/05 | 2.0 | Tax Issues | Read and provided comments on State Tax motion |
| Pamela Zilly | 07/13/05 | 1.5 | Tax Issues | Financial analysis re: tax motions and tax claims |
| | | 3.5 | | |

The **Blackstone** Group®

May 4, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of August 1, 2005 through August 31, 2005:  $       50,000.00

Out-of-pocket expenses processed for the period through August 31, 2005:[1]

| | | |
|---|---:|---:|
| Ground Transportation | 259.41 | |
| Communications | 55.43 | |
| Meals | 25.00 | |
| Document Production | 31.20 | |
| Research | 1,388.42 | 1,759.46 |
| **Total Amount Due** | $ | **51,759.46** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8707

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 8707**

|  | GL Detail Aug-05 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Concord | $      64.35 | $      64.35 |
| Ground Transportation - Car Service - Elite | 195.06 | 195.06 |
| Communications - Teleconferencing | 55.43 | 55.43 |
| Employee Meals | 25.00 | 25.00 |
| Document Production | 31.20 | 31.20 |
| Internal Research | 760.86 | 760.86 |
| External Research - Multex | 81.68 | 81.68 |
| External Research - Dow Jones | 507.16 | 507.16 |
| External Research - Online Database | 38.72 | 38.72 |
| **Total Expenses** | **$   1,759.46** | **$   1,759.46** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | **259.41** |
| **Communications** | | **55.43** |
| **Meals** | | **25.00** |
| **Document Production** | | **31.20** |
| **Research** | | **1,388.42** |
| **Total Expenses** | $ | **1,759.46** |

W.R. Grace & Co.
Detail of Expenses Processed
Through August 31, 2005
Invoice No. 8707

**Ground Transportation - Car Service - Concord**

| | | | |
|---|---|---|---|
| Shinder (car to LaGuardia Airport in Queens, NY from home) | 06/20/05 | 64.35 | |
| | Subtotal - Ground Transportation - Car Service - Concord | | $ 64.35 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| O'Connell (car to LaGuardia Airport in Queens, NY from Blackstone) | 06/13/05 | 45.54 | |
| Shinder (car to Blackstone from LaGuardia Airport in Queens, NY) | 06/21/05 | 42.48 | |
| Zilly for Client (car to client meeting from hotel in New York, NY) | 05/26/05 | 19.48 | |
| Zilly for Client (car to client meeting from hotel in New York, NY) | 05/26/05 | 19.48 | |
| Zilly for Client (car to client meeting from hotel in New York, NY) | 05/26/05 | 19.48 | |
| Zilly (car to LaGuardia Airport in Queens, NY from Blackstone) | 06/20/05 | 48.60 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 195.06 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| Zilly | 06/06/05 | 19.41 | |
| Zilly | 06/30/05 | 23.49 | |
| Zilly | 07/07/05 | 12.53 | |
| | Subtotal - Communications - Teleconferencing | | 55.43 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Research - Ahmad (working dinner meal at Blackstone after working late) | 06/23/05 | 25.00 | |
| | Subtotal - Employee Meals | | 25.00 |

**Document Production**

| | | | |
|---|---|---|---|
| O'Connell | 08/08/05 - 08/14/05 | 16.80 | |
| O'Connell | 08/15/05 - 08/21/05 | 14.40 | |
| | Subtotal - Document Production | | 31.20 |

**Internal Research**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 06/30/05 | 329.50 | |
| Munfa (online data research) | 07/01/05 | 44.50 | |
| Munfa (retrieved documents from Court docket via PACER) | 07/05/05 | 63.03 | |
| Munfa (online data research) | 07/20/05 | 143.83 | |
| Munfa (retrieved documents from Court docket via PACER) | 07/20/05 | 180.00 | |
| | Subtotal - Internal Research | | 760.86 |

**External Research - Multex**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 06/30/05 | 51.84 | |
| Munfa (online data research) | 07/20/05 | 26.56 | |
| O'Connell (online data research) | 08/08/05 | 3.28 | |
| | Subtotal - External Research - Multex | | 81.68 |

**External Research - Dow Jones**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 06/30/05 | 302.33 | |
| Munfa (online data research) | 07/20/05 | 177.63 | |
| O'Connell (online data research) | 08/08/05 | 27.20 | |
| | Subtotal - External Research - Dow Jones | | 507.16 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via PACER) | 04/19/05 | 21.20 | |
| de Almeida (retrieved documents from Court docket via PACER) | 04/21/05 | 3.04 | |
| de Almeida (retrieved document from Court docket via PACER) | 05/15/05 | 2.40 | |
| de Almeida (retrieved document from Court docket via PACER) | 05/16/05 | 2.40 | |
| de Almeida (retrieved document from Court docket via PACER) | 05/23/05 | 2.40 | |
| de Almeida (retrieved document from Court docket via PACER) | 05/26/05 | 2.40 | |
| de Almeida (retrieved documents from Court docket via PACER) | 06/01/05 | 0.08 | |
| de Almeida (retrieved documents from Court docket via PACER) | 06/01/05 | 4.80 | |
| | Subtotal - External Research - Online Database | | 38.72 |

| | | | |
|---|---|---|---|
| | Total Expenses | | $ 1,759.46 |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS OF HOURS FOR THE PERIOD OF
### AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 34.0 |
| Jamie O'Connell | Associate | 30.5 |
| Total | | 64.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/05/05 | 0.3 | Asset Disposition | Call with S. Farnsworth regarding Owensboro |
| Pamela Zilly | 08/05/05 | 1.0 | Asset Disposition | Correspondence with J. O'Connell, S. Farnsworth re: Owensboro bid |
| Pamela Zilly | 08/08/05 | 1.0 | Asset Disposition | Discussion with S. Farnsworth, J. Baer re: Owensboro bidder and process |
| Pamela Zilly | 08/08/05 | 0.5 | Asset Disposition | Call with S. Farnsworth re: Owensboro sale |
| Pamela Zilly | 08/09/05 | 1.0 | Asset Disposition | Review bid and response letter on Owensboro |
| Jamie O'Connell | 08/17/05 | 0.3 | Asset Disposition | Update call with S. Farnsworth |
| | | 4.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/01/05 | 1.0 | Business Analysis | Read information materials re: Rising Sun Motion, State Tax Motion |
| Jamie O'Connell | 08/04/05 | 2.5 | Business Analysis | Review of amounts in draft pro forma balance sheet in 10-Q for the three months ended 6/30/05 |
| Jamie O'Connell | 08/05/05 | 0.3 | Business Analysis | Call with K. Myers regarding potential acquisitions |
| Pamela Zilly | 08/09/05 | 1.0 | Business Analysis | Review 2ndQ financial briefing; various financial analysis |
| Pamela Zilly | 08/10/05 | 1.0 | Business Analysis | Call with K. Myers re: possible acquisitions |
| Pamela Zilly | 08/12/05 | 1.0 | Business Analysis | Review Bear Stearns engagement letter, call with K. Myers |
| Pamela Zilly | 08/13/05 | 0.5 | Business Analysis | Review comparable fee schedules for M&A transactions |
| Jamie O'Connell | 08/16/05 | 1.0 | Business Analysis | Research market M&A fee structures |
| Pamela Zilly | 08/16/05 | 0.5 | Business Analysis | Call with K. Myers re: possible acquisitions |
| Pamela Zilly | 08/17/05 | 0.4 | Business Analysis | Call with K. Myers re: Project Omega |
| Pamela Zilly | 08/18/05 | 1.5 | Business Analysis | Review materials re: Chicago expansion; discussion with J. McFarland, J. Baer |
| Jamie O'Connell | 08/19/05 | 1.0 | Business Analysis | Review Chicago capacity expansion materials |
| Pamela Zilly | 08/19/05 | 2.5 | Business Analysis | Review 2ndQ financial briefing; various financial analysis re: claims |
| Pamela Zilly | 08/19/05 | 1.5 | Business Analysis | Calls, discussions with K. Myers re: Bear Stearns retention |
| Jamie O'Connell | 08/21/05 | 1.5 | Business Analysis | Review of W. R. Grace & Co. 10-Q for the three months ended June 30, 2005 |
| Jamie O'Connell | 08/22/05 | 1.5 | Business Analysis | Analysis of comparable transactions |
| Pamela Zilly | 08/22/05 | 0.5 | Business Analysis | Calls with F. Festa re: Project Omega |
| Pamela Zilly | 08/22/05 | 2.0 | Business Analysis | Review 10Q for period ending June 30, 2005 |
| Pamela Zilly | 08/24/05 | 2.0 | Business Analysis | Review materials on Ludox transaction |
| Pamela Zilly | 08/25/05 | 0.8 | Business Analysis | Call with G. Poling, E. Edmond re: Ludox transaction |
| Pamela Zilly | 08/25/05 | 1.0 | Business Analysis | Review revised material on Ludox transaction |
| Pamela Zilly | 08/29/05 | 1.0 | Business Analysis | Correspondence/call with K. Myers re: Project Omega |
| Pamela Zilly | 08/31/05 | 1.0 | Business Analysis | Review status of small acquisitions |
| | | 27.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/25/05 | 1.0 | Case Administration | Read various motions re: Montana Stay, Amended Complaint |
| | | 1.0 | | |

Page 4 of 8

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/01/05 | 0.5 | Committee | Coordinating call with Capstone and Grace management regarding Marsh motion |
| Jamie O'Connell | 08/02/05 | 1.0 | Committee | Review and coordinate correspondence relating to Rising Sun motion |
| Jamie O'Connell | 08/03/05 | 0.5 | Committee | Call with V. Finkelstein, Capstone and Stroock regarding the Rising Sun lease motion |
| Jamie O'Connell | 08/04/05 | 0.5 | Committee | Call with J. Posner, F. Zaremby, L. Hamilton and C. Troyer regarding Marsh motion |
| Jamie O'Connell | 08/04/05 | 0.5 | Committee | Coordinating responses to Tersigni Consulting on the Rising Sun and Owensboro matters |
| Pamela Zilly | 08/04/05 | 0.5 | Committee | Review financial advisor's questions re: filed motions |
| Jamie O'Connell | 08/05/05 | 1.0 | Committee | Call with E. Filon, T. Cremin, J. Gibbs, L. Hamilton, C. Troyer and Stroock regarding state tax motion |
| Jamie O'Connell | 08/05/05 | 0.5 | Committee | Coordinating responses to Tersigni Consulting on the Marsh motion |
| Jamie O'Connell | 08/08/05 | 0.5 | Committee | Call with P. Zilly, J. Baer, J. McFarland and GPC personnel regarding Owensboro |
| Jamie O'Connell | 08/08/05 | 0.5 | Committee | Call with committee advisors and GPC personnel regarding Owensboro |
| Jamie O'Connell | 08/09/05 | 0.8 | Committee | Second quarter financial review conference call with Grace management and financial advisors |
| Jamie O'Connell | 08/09/05 | 0.5 | Committee | Coordinating responses to Tersigni Consulting on the Intercat matter |
| Pamela Zilly | 08/09/05 | 0.5 | Committee | Call with Financial advisors re: Owensboro sale |
| Pamela Zilly | 08/09/05 | 1.0 | Committee | Call with Financial advisors re: 2nd Q results |
| Jamie O'Connell | 08/10/05 | 0.3 | Committee | Call with B. Maggio and L. Hamilton regarding Intercat |
| Jamie O'Connell | 08/11/05 | 0.5 | Committee | Call with B. Maggio and M. Berkin regarding Intercat |
| Jamie O'Connell | 08/15/05 | 0.3 | Committee | Coordinating responses to additional Capstone questions on membrane plant expansion |
| Pamela Zilly | 08/22/05 | 1.0 | Committee | Prepare briefing to Committees' advisors re: Bear Stearns retention on Project Omega; respond to questions re: same |
|  |  | 10.8 |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/17/05 | 3.0 | Fee Applications | Prepare fee application |
| | | 3.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/29/05 | 4.5 | Hearings | Participate telephonically in the August 29, 2005 court hearing |
| | | 4.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/02/05 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/02/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and counsel re: Court motions and POR status |
| Jamie O'Connell | 08/03/05 | 1.0 | Plan and Disclosure Statement | Review of claims estimates in pro forma balance sheet in 10-Q for the three months ended 6/30/05 |
| Jamie O'Connell | 08/08/05 | 2.5 | Plan and Disclosure Statement | Research of the claims estimation process in other asbestos bankruptcies |
| Pamela Zilly | 08/08/05 | 0.5 | Plan and Disclosure Statement | Read Debtors Opposition to Speights and Runyan motion to quash subpoenas |
| Jamie O'Connell | 08/09/05 | 1.5 | Plan and Disclosure Statement | Research of the claims estimation process in other asbestos bankruptcies |
| Pamela Zilly | 08/11/05 | 1.5 | Plan and Disclosure Statement | Research of claims estimation procedures in asbestos bankruptcies |
| Jamie O'Connell | 08/16/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/16/05 | 1.0 | Plan and Disclosure Statement | Call with Grace management and counsel re: POR status and Court motions |
| Jamie O'Connell | 08/23/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/23/05 | 1.0 | Plan and Disclosure Statement | Call with Grace management and counsel re: Court motions, POR status |
| Pamela Zilly | 08/26/05 | 0.8 | Plan and Disclosure Statement | Read Opposition of PI Committee to Revised PI CMO and Questionnaire |
| Jamie O'Connell | 08/30/05 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/30/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR status and pending motions |
| Pamela Zilly | 08/30/05 | 1.0 | Plan and Disclosure Statement | Call with Festa, Norris, Shelnitz Tarola re: status of other asbestos bankruptcies |
| | | **14.3** | | |

# The Blackstone Group®

May 4, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of September 1, 2005 through September 30, 2005: | | $ | 25,000.00 |

Out-of-pocket expenses processed for the period through September 30, 2005:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ 34.00 | | |
| Communications | 440.00 | | |
| Research | 180.00 | | 654.00 |
| **Total Amount Due** | | $ | **25,654.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8785

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 8785**

|  | GL Detail Sep-05 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Local Travel | $ | 34.00 | $ | 34.00 |
| Communications - Teleconferencing | | 440.00 | | 440.00 |
| Internal Research | | 180.00 | | 180.00 |
| **Total Expenses** | **$** | **654.00** | **$** | **654.00** |
| | | | | |
| **Ground Transportation** | | | **$** | **34.00** |
| **Communications** | | | | **440.00** |
| **Research** | | | | **180.00** |
| | | | | |
| **Total Expenses** | | | **$** | **654.00** |

W.R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2005
Invoice No. 8785

**Ground Transportation - Local Travel**

| | | | | |
|---|---|---|---|---|
| O'Connell (taxi home from Blackstone after working late) | 08/03/05 | 18.00 | | |
| O'Connell (taxi home from Blackstone after working late) | 08/17/05 | 16.00 | | |
| Subtotal - Ground Transportation - Local Travel | | | $ | 34.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell (fee for telephonic participation @ Court hearing) | 07/19/05 | 240.00 | |
| O'Connell (fee for telephonic participation @ Court hearing) | 09/01/05 | 200.00 | |
| Subtotal - Communications - Teleconferencing | | | 440.00 |

**Internal Research**

| | | | |
|---|---|---|---|
| O'Connell | 08/21/05 - 08/27/05 | 180.00 | |
| Subtotal - Internal Research | | | 180.00 |
| Total Expenses | | $ | 654.00 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 23.1 |
| Jamie O'Connell | Associate | 9.0 |
| | Total | 32.1 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/13/04 | 1.2 | Business Analysis | Review Debtors' monthly operating report |
| Pamela Zilly | 09/01/05 | 0.3 | Business Analysis | Review correspondence re: Ludox transaction |
| Pamela Zilly | 09/07/05 | 0.8 | Business Analysis | Call with K. Myers re: Project Omega |
| Pamela Zilly | 09/09/05 | 0.8 | Business Analysis | Discussion with J. O'Connell, S. Farnsworth re: Project Lycra |
| Pamela Zilly | 09/11/05 | 0.5 | Business Analysis | Discussions with Shelnitz re: settlement agreement |
| Pamela Zilly | 09/12/05 | 0.3 | Business Analysis | Review materials on Project Lycra, discussion with J. O'Connell |
| Pamela Zilly | 09/12/05 | 0.4 | Business Analysis | Discussions with J. O'Connell, S. Farnsworth re: Project Lycra |
| Pamela Zilly | 09/14/05 | 0.8 | Business Analysis | Review additional materials on Project Lycra |
| Pamela Zilly | 09/20/05 | 1.2 | Business Analysis | Project Lycra analysis |
| Pamela Zilly | 09/27/05 | 0.3 | Business Analysis | Discussion with K. Myers re: Project Sandalwood status |
| | | 6.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/12/05 | 1.5 | Committee | Review and circulate Project Lycra materials to committee advisors |
| Jamie O'Connell | 09/12/05 | 0.3 | Committee | Call with J. Brownstein of CIBC regarding Project Lycra |
| Jamie O'Connell | 09/12/05 | 0.3 | Committee | Call with L. Hamilton regarding retention of Foley Hoag in environmental matters |
| Pamela Zilly | 09/14/05 | 0.5 | Committee | Call with S. Farnsworth, J. Brownstein re: Project Lycra |
| Pamela Zilly | 09/14/05 | 0.5 | Committee | Discussion with K. Myers re: Bear Stearns motion |
| Jamie O'Connell | 09/15/05 | 0.8 | Committee | Review Capstone questions regarding Project Lycra and coordinate conference call |
| Pamela Zilly | 09/15/05 | 0.5 | Committee | Review Capstone questions on Project Lycra |
| Jamie O'Connell | 09/20/05 | 1.0 | Committee | Review and circulate Project Lycra analyses requested by Capstone |
| Jamie O'Connell | 09/24/05 | 0.5 | Committee | Coordinate response to Capstone regarding Project Sandalwood |
| Jamie O'Connell | 09/26/05 | 0.5 | Committee | Coordinate response to financial advisors regarding status of Lake Charles facility after hurricane |
| | | 6.3 | | |

Page 3 of 5

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/26/05 | 2.5 | Hearings | Participate telephonically in the September 26, 2005 court hearing |
| Pamela Zilly | 09/26/05 | 2.5 | Hearings | Participate telephonically in Court hearing |
| | | 5.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/13/04 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: status of POR |
| Jamie O'Connell | 09/06/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/06/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR status and Court motions |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read CMO for adjudication of PD Claims Objections |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read historical memo re: plan settlement discussions |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read CMO for estimation of PD Liabilities |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read Orders granting relief sought in Debtors Objections to Claims (Substantive) |
| Pamela Zilly | 09/06/05 | 0.8 | Plan and Disclosure Statement | Read CMO for the Estimation of PI Liabilities |
| Pamela Zilly | 09/06/05 | 0.5 | Plan and Disclosure Statement | Read Debtors Omnibus Objections to PD Claims (Substantive) |
| Pamela Zilly | 09/08/05 | 0.5 | Plan and Disclosure Statement | Read Certain Insurers Motions for Access to Exhibits to 2019 Statements |
| Pamela Zilly | 09/11/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Emergency Motion for leave to take Discovery of Claimants Attorneys |
| Pamela Zilly | 09/11/05 | 0.3 | Plan and Disclosure Statement | Read Joinder of the UCC in Motion to Expand Preliminary Injunction to include Actions against  Montana |
| Pamela Zilly | 09/12/05 | 0.2 | Plan and Disclosure Statement | Read Application of the PD Committee to Retain Special Counsel |
| Jamie O'Connell | 09/13/05 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/15/05 | 0.5 | Plan and Disclosure Statement | Read Motion of the PD Committee to strike Debtors' Omnibus Objection to PD Claims |
| Pamela Zilly | 09/17/05 | 2.0 | Plan and Disclosure Statement | Research re: court filings, status of asbestos bankruptcies |
| Pamela Zilly | 09/17/05 | 0.3 | Plan and Disclosure Statement | Read Joinder by all PD Dies Claimants Motion of PD Claimants to Strike Debtors' Omnibus Objection to PD Claims |
| Pamela Zilly | 09/18/05 | 0.3 | Plan and Disclosure Statement | Read Emergency Motion of Debtors to Set the PD Committees Motion to Strike for hearing on 9/26/05 |
| Pamela Zilly | 09/19/05 | 2.0 | Plan and Disclosure Statement | Review and send POR material to D. Bernick |
| Pamela Zilly | 09/21/05 | 0.3 | Plan and Disclosure Statement | Read Motion of Kraud Morgan for Case Management Order for Estimation of PI Liabilities |
| Pamela Zilly | 09/21/05 | 0.3 | Plan and Disclosure Statement | Read Motion for an Injunction under 105 and 362 Against NJ DEP |
| Pamela Zilly | 09/21/05 | 0.4 | Plan and Disclosure Statement | Read Complaint for Declaratory Judgment and Relief against NJ DEP |
| Pamela Zilly | 09/23/05 | 0.3 | Plan and Disclosure Statement | Objection of PD Committee to Debtors Motion to set PD Committees Motion to Strike for 9/26/ hearing |
| Jamie O'Connell | 09/27/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| | | **14.3** | | |

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Pamela D. Zilly being duly sworn, deposes and says:

1. I am a Senior Managing Director of the firm of The Blackstone Group L.P. ("Blackstone"), which firm maintains offices for providing financial advisory services at 345 Park Avenue, New York, New York 10154.    Blackstone is acting as financial advisor for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the captioned case.

2. This affidavit is submitted pursuant to Delaware Bankruptcy Local Rule 2016-2 in connection with Blackstone's Fourteenth Quarterly Interim Application for allowance of (i) compensation for services rendered to the Debtors for the period of July 1, 2005 through September 30, 2005 (the "Fourteenth Interim Period") in the amount of $150,000.00; and (ii) the reimbursement of expenses recorded during the Fourteenth Interim Period in the amount of $4,702.70.

3. All of the services for which Blackstone seeks compensation were performed for and on behalf of the Debtors and not on behalf of any other person or stakeholder.

4. No agreement or understanding exists between Blackstone and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

5. I have reviewed and I understand the requirements of Delaware Bankruptcy Local Rule 2016-2 and I believe that this Fourteenth Quarterly Interim Application fully complies with all provisions contained in said Order.

By: *Pamela D Zilly*
Pamela D. Zilly
Senior Managing Director

Sworn to before me this
___ day of May 2006

Notary Public

SONIA S. BOOKER
Notary Public, State of New York
No. 01BO6034988
Qualified in Queens County
Commission Expires  December 20  2009

2