# Exhibit A

## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2005, THROUGH DECEMBER 31, 2005 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 3/31/05 | 10/01/05-10/31/05 | $ 1,306.50 | $ 4.02 | $1,045.20 | $ 4.02 | $ 261.30 |
| 3/31/05 | 11/01/05-11/30/05 | $ 3,378.00 | $24.45 | $2,702.00 | $24.45 | $ 675.60 |
| 3/31/05 | 12/01/05-12/31/05 | $ 8,456.50 | $73.62 | $6,765.20 | $73.62 | $1,691.30 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 9 | $ 4,275.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 21.40 | $ 8,866.00 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | Total | 30.40 | $13,141.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 8.82 |
| Copies – Matter 32 (Fee Applications) | $ 0 |
| Copies – Matter 46 (Tax Litigation) | $ 25.80 |
| Computer Database Research | $ 0 |
| Local Messenger | $ 21.47 |
| Federal Express/Overnight Messenger | $ 0 |
| Facsimile | $ 46.00 |
| Postage | $ 0 |
| Meals | $ 0 |
| Hotel | $ 0 |
| Parking | $ 0 |
| Airfare | $ 0 |
| Total | $ 102.09 |