# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE MONTHLY INTERIM PERIOD
FROM NOVEMBER 1, 2005 To NOVEMBER 30, 2005
THE QUARTER OF OCTOBER-DECEMBER 2005**

---

Name of Applicant: **Steptoe & Johnson LLP**

Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession**

Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001**

Period for Which Compensation and Reimbursement is Sought: **November 1, 2005 -November 30, 2005**

Objection Deadline: **April 25**

Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$3,378.00**

Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$24.45**

80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$2,702.40**

Total Amount of Holdback Fees Sought for Applicable Period: **$675.60**

---

This is a X monthly X interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 2 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,000.00.

This application is the 45th application for interim compensation of services filed by S&J. Note that for the first four applications, approved expenses are slightly less than requested expenses because S&J mistakenly requested more than .15 a page for copying costs and $1.00 a page for facsimile costs in its March 29, 2002 applications. The amounts requested for reimbursement from Debtors were reduced by this excess. Prior to the entry of the order of this Court dated January 28, 2002 S&J was compensated by the Debtor pursuant to the Court's Order of May 3, 2001 authorizing Debtors to pay professionals in the ordinary course of business, and S&J was paid $50,000 for each of the periods July 1, 2001 through July 31, 2001 and for September 1, 2001 through September 30, 2001. As a result, S&J requested reimbursement for the excess of those amounts over the $50,000 previously paid with respect to those months.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $ 9.77 | $ 2,620.00 | $ 8.72 | $ 655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2.634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 - 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 - 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 - 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 - 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 - 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 - 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 - 01/31/03 | $ 3,566.50 | $ 78.40 | $ 2,853.20 | $ 78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 - 02/28/03 | $25,685.00 | $ 62.59 | $20,548.00 | $ 62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 - 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 - 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 - 05/31/03 | $ 6,046.50 | $ 120.80 | $ 4,837.20 | $ 120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 - 06/31/03 | $ 4,619.50 | $ 15.14 | $ 3,695.60 | $ 15.14 | $ 923.90 |
| 1/23/04 | 07/01/03 - 07/07/03 | $ 2,781.50 | $ 66.32 | $ 2,225.20 | $ 66.32 | $ 556.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/23/04 | 08/01/03 - 08/31/03 | $ 2,773.50 | $ 11.58 | $ 2,218.80 | $ 11.58 | $ 554.70 |
| 1/23/04 | 09/01/03 - 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 - 10/31/03 | $ 1,827.50 | $ 32.28 | $ 1,462.00 | $ 32.28 | $ 365.50 |
| 2/25/04 | 11/01/03 - 11/30/03 | $ 3,002.00 | $ 28.33 | $ 2,401.60 | $ 28.33 | $ 600.40 |
| 2/25/04 | 12/01/03 - 12/31/03 | $11,850.00 | $ 32.70 | $ 9,480.00 | $ 32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 - 01/31/04 | $ 1,827.00 | $ 29.33 | $ 1,461.60 | $ 29.33 | $ 365.40 |
| 6/14/04 | 02/01/04 - 02/29/04 | $ 5,774.50 | $ 70.80 | $ 4,619.60 | $ 70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 - 03/31/04 | $ 3,697.58 | $ 35.08 | $ 2,938.06 | $ 35.08 | $ 739.52 |
| 9/17/04 | 04/01/04 - 04/30/04 | $ 2,433.50 | $ 9.59 | $ 1,946.80 | $ 9.59 | $ 486.70 |
| 9/17/04 | 05/01/04 - 05/31/04 | $ 8,038.00 | $ 23.30 | $ 6,430.40 | $ 23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 - 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 - 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 - 09/30/04 | $ 2,973.50 | $ 81.64 | $ 2,378.80 | $ 81.64 | $ 594.70 |
| 2/25/05 | 10/01/04 - 10/31/04 | $ 5,498.00 | $ 67.21 | $ 4,398.40 | $ 67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 - 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 - 12/31/04 | $ 798.00 | $1,420.25 | $ 638.40 | $1,420.25 | $ 159.60 |
| 6/07/05 | 02/01/05 - 02/28/05 | $ 3,277.50 | $ 46.91 | $ 2,622.00 | $ 46.91 | $ 655.50 |
| 11/05/05 | 05/01/05 - 05/31/05 | $ 1,472.50 | $ 17.85 | $ 1,178.50 | $ 17.85 | $ 294.50 |
| 11/14/05 | 08/01/05 - 08/31/05 | $ 4,567.00 | $ 38.27 | $ 3,653.60 | $ 38.27 | $ 913.40 |
| 11/14/05 | 09/01/05 - 09/31/05 | $18,503.00 | $ 175.04 | $14,802.40 | $ 175.04 | $ 3,700.60 |
| Current | 10/01/05 - 10/31/05 | $ 1,306.50 | $ 4.02 | $ 1,045.20 | $ 4.02 | $ 261.30 |
| Current | 11/01/05 - 11/30/05 | $ 3,378.00 | $ 24.45 | $ 2,702.40 | $ 24.45 | $ 675.60 |
| Current | 12/01/05 - 12/31/05 | $ 8,456.50 | $ 73.62 | $ 6,765.20 | $ 73.62 | $ 1,691.30 |

The S&J attorneys who rendered professional services in these cases during the November 2005 Fee Period are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2005 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| M. D. Lerner | Partner | Over 20 | Tax | $565.00 | 2.70 | $ 1,525.50 |
| A. E. Moran | Partner | Over 20 | Tax | $475.00 | 3.90 | $ 1,852.50 |

Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 3.90 | $ 1,852.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | | |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 2.70 | $ 1,525.50 |
| | Total | 6.60 | $3,378.00 |

Expense Summary – All attributable to subject matter 46 unless otherwise indicated.

| Description | Amount |
|---|---|
| Telephone | $ 0 |
| Copies – Matter 32 | $ 0 |
| Copies – Matter 46 | $24.45 |
| Online Research | $ 0 |
| Postage | $ 0 |
| Federal Express/Overnight Messenger | $ 0 |
| Facsimile | $ 0 |

| Hotel | $ | 0 |
| Working Meals | $ | 0 |
| Local Transportation/Parking | $ | 0 |
| Airfare | $ | 0 |
| **Total** | **$ 24.45** | |

A detailed description of fees and expenses can be found at Exhibits A and B.

March 27, 2006
_____
Date:

Respectfully submitted,

STEPTOE & JOHNSON LLP

*/s/ Anne E. Moran*
_____
Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC 20036 (202) 429-6449

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: April 25, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: November 30, 2005

Matter 32:

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/01/05 | A.E. Moran | Work on bills for prior periods. | 2.60 |
| 11/10/05 | A.E. Moran | Respond to billing questions. | 0.20 |
| 11/11/05 | A.E. Moran | Work on bills and send out. | 1.10 |

Matter 46:

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/22/05 | M.D. Lerner | Begin to edit final draft of protest. | 0.40 |
| 11/28/05 | M.D. Lerner | Extensive edits of draft protest. | 2.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 2.70 | 565.00 | 1,525.50 |
| A.E. Moran | 3.90 | 475.00 | 1,852.50 |
| Total | 6.60 | | 3,378.00 |

Total Fees    $3,378.00

**EXHIBIT B**

Disbursements:

| | |
|---|---:|
| Duplicating | 24.45 |
| Total Disbursements | $24.45 |
| Total This Statement | $3,402.45 |

```
STEPTOE & JOHNSON LLP
RUN DATE: 03/23/2006
Detail Cost Report
Proforma: 419776
PAGE:  1
```

                    PROTEST OF REMEDIUM LOSS DISALLOWANCE
                              012046.00002

```
Cost
Code                          Timekeeper
Descrip.   Date      Number   Name              Quantity   Rate   Amount
=========================================================================
=========================================================================
LASR       11/01/05  00206    Moran, Anne E.      7.00     0.15    1.05
LASR       11/01/05  00206    Moran, Anne E.      7.00     0.20    1.40
PC/Network Printing
PC LASER   7 Pages Moran, Anne

LASR       11/01/05  00206    Moran, Anne E.      7.00     0.15    1.05
LASR       11/01/05  00206    Moran, Anne E.      7.00     0.20    1.40
PC/Network Printing
PC LASER   7 Pages Moran, Anne

LASR       11/01/05  00206    Moran, Anne E.      7.00     0.15    1.05
LASR       11/01/05  00206    Moran, Anne E.      7.00     0.20    1.40
PC/Network Printing
PC LASER   7 Pages Moran, Anne

LASR       11/01/05  00206    Moran, Anne E.      7.00     0.15    1.05
LASR       11/01/05  00206    Moran, Anne E.      7.00     0.20    1.40
PC/Network Printing
PC LASER   7 Pages Moran, Anne

LASR       11/01/05  00206    Moran, Anne E.      1.00     0.15    0.15
LASR       11/01/05  00206    Moran, Anne E.      1.00     0.20    0.20
PC/Network Printing
PC LASER   1 Pages Moran, Anne

LASR       11/01/05  00206    Moran, Anne E.      2.00     0.15    0.30
LASR       11/01/05  00206    Moran, Anne E.      2.00     0.20    0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda

LASR       11/01/05  00206    Moran, Anne E.      6.00     0.15    0.90
LASR       11/01/05  00206    Moran, Anne E.      6.00     0.20    1.20
PC/Network Printing
PC LASER   6 Pages Ward, Brenda

LASR       11/01/05  00206    Moran, Anne E.      6.00     0.15    0.90
LASR       11/01/05  00206    Moran, Anne E.      6.00     0.20    1.20
PC/Network Printing
PC LASER   6 Pages Ward, Brenda
```

```
Cost
Code                                 Timekeeper
Descrip.   Date         Number       Name                  Quantity    Rate    Amount
=========================================================================================
=========================================================================================
LASR       11/01/05     00206        Moran, Anne E.         1.00       0.15     0.15
LASR       11/01/05     00206        Moran, Anne E.         1.00       0.20     0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/01/05     00206        Moran, Anne E.         4.00       0.15     0.60
LASR       11/01/05     00206        Moran, Anne E.         4.00       0.20     0.80
PC/Network Printing
PC LASER   4 Pages Ward, Brenda

LASR       11/01/05     00206        Moran, Anne E.         2.00       0.15     0.30
LASR       11/01/05     00206        Moran, Anne E.         2.00       0.20     0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda

LASR       11/01/05     00206        Moran, Anne E.         3.00       0.15     0.45
LASR       11/01/05     00206        Moran, Anne E.         3.00       0.20     0.60
PC/Network Printing
PC LASER   3 Pages Ward, Brenda

LASR       11/01/05     00206        Moran, Anne E.         1.00       0.15     0.15
LASR       11/01/05     00206        Moran, Anne E.         1.00       0.20     0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/01/05     00206        Moran, Anne E.         1.00       0.15     0.15
LASR       11/01/05     00206        Moran, Anne E.         1.00       0.20     0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/01/05     00206        Moran, Anne E.         1.00       0.15     0.15
LASR       11/01/05     00206        Moran, Anne E.         1.00       0.20     0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/01/05 Total:                                                      8.40

LASR       11/02/05     00206        Moran, Anne E.         6.00       0.15     0.90
LASR       11/02/05     00206        Moran, Anne E.         6.00       0.20     1.20
PC/Network Printing
PC LASER   6 Pages Ward, Brenda

LASR       11/02/05     00206        Moran, Anne E.         7.00       0.15     1.05
LASR       11/02/05     00206        Moran, Anne E.         7.00       0.20     1.40
PC/Network Printing
PC LASER   7 Pages Ward, Brenda

LASR       11/02/05     00206        Moran, Anne E.         1.00       0.15     0.15
LASR       11/02/05     00206        Moran, Anne E.         1.00       0.20     0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda
```

```
 Cost
 Code                              Timekeeper
 Descrip.   Date        Number     Name                   Quantity   Rate    Amount
 ==================================================================================
 ==================================================================================
 LASR       11/02/05    00206      Moran, Anne E.         7.00       0.15    1.05
 LASR       11/02/05    00206      Moran, Anne E.         7.00       0.20    1.40
 PC/Network Printing
 PC LASER   7 Pages Ward, Brenda

 LASR       11/02/05    00206      Moran, Anne E.         7.00       0.15    1.05
 LASR       11/02/05    00206      Moran, Anne E.         7.00       0.20    1.40
 PC/Network Printing
 PC LASER   7 Pages Ward, Brenda
 LASR       11/02/05 Total:                                                  4.20

 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.15    1.05
 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.20    1.40
 PC/Network Printing
 PC LASER   7 Pages Ward, Brenda

 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.15    1.05
 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.20    1.40
 PC/Network Printing
 PC LASER   7 Pages Ward, Brenda

 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.15    1.05
 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.20    1.40
 PC/Network Printing
 PC LASER   7 Pages Ward, Brenda

 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.15    1.05
 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.20    1.40
 PC/Network Printing
 PC LASER   7 Pages Ward, Brenda

 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.15    1.05
 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.20    1.40
 PC/Network Printing
 PC LASER   7 Pages Ward, Brenda

 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.15    1.05
 LASR       11/11/05    00206      Moran, Anne E.         7.00       0.20    1.40
 PC/Network Printing
 PC LASER   7 Pages Ward, Brenda

 LASR       11/11/05    00206      Moran, Anne E.         1.00       0.15    0.15
 LASR       11/11/05    00206      Moran, Anne E.         1.00       0.20    0.20
 PC/Network Printing
 PC LASER   1 Pages Ward, Brenda

 LASR       11/11/05    00206      Moran, Anne E.         1.00       0.15    0.15
 LASR       11/11/05    00206      Moran, Anne E.         1.00       0.20    0.20
 PC/Network Printing
 PC LASER   1 Pages Ward, Brenda
```

```
Cost
Code                              Timekeeper
Descrip.    Date        Number    Name                     Quantity    Rate    Amount
=======================================================================================
=======================================================================================

LASR        11/11/05    00206     Moran, Anne E.           1.00        0.15    0.15
LASR        11/11/05    00206     Moran, Anne E.           1.00        0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR        11/11/05    00206     Moran, Anne E.           1.00        0.15    0.15
LASR        11/11/05    00206     Moran, Anne E.           1.00        0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR        11/11/05    00206     Moran, Anne E.           1.00        0.15    0.15
LASR        11/11/05    00206     Moran, Anne E.           1.00        0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR        11/11/05    00206     Moran, Anne E.           2.00        0.15    0.30
LASR        11/11/05    00206     Moran, Anne E.           2.00        0.20    0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda

LASR        11/11/05    00206     Moran, Anne E.           1.00        0.15    0.15
LASR        11/11/05    00206     Moran, Anne E.           1.00        0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR        11/11/05    00206     Moran, Anne E.           1.00        0.15    0.15
LASR        11/11/05    00206     Moran, Anne E.           1.00        0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda
LASR        11/11/05 Total:                                                    7.65

LASR        11/14/05    00206     Moran, Anne E.           2.00        0.15    0.30
LASR        11/14/05    00206     Moran, Anne E.           2.00        0.20    0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda

LASR        11/14/05    00206     Moran, Anne E.           2.00        0.15    0.30
LASR        11/14/05    00206     Moran, Anne E.           2.00        0.20    0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda
LASR        11/14/05 Total:                                                    0.60

LASR        11/28/05    00206     Moran, Anne E.          11.00        0.15    1.65
LASR        11/28/05    00206     Moran, Anne E.          11.00        0.20    2.20
PC/Network Printing
PC LASER   11 Pages Moran, Anne
```

```
Cost
Code                                Timekeeper
Descrip.   Date         Number      Name                   Quantity   Rate    Amount
===================================================================================
===================================================================================L
LASR       11/29/05     00206       Moran, Anne E.         1.00       0.15    0.15
LASR       11/29/05     00206       Moran, Anne E.         1.00       0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/29/05     00206       Moran, Anne E.         1.00       0.15    0.15
LASR       11/29/05     00206       Moran, Anne E.         1.00       0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/29/05     00206       Moran, Anne E.         1.00       0.15    0.15
LASR       11/29/05     00206       Moran, Anne E.         1.00       0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       11/29/05     00206       Moran, Anne E.         5.00       0.15    0.75
LASR       11/29/05     00206       Moran, Anne E.         5.00       0.20    1.00
PC/Network Printing
PC LASER   5 Pages Ward, Brenda

LASR       11/29/05     00206       Moran, Anne E.         5.00       0.15    0.75
LASR       11/29/05     00206       Moran, Anne E.         5.00       0.20    1.00
PC/Network Printing
PC LASER   5 Pages Ward, Brenda
LASR       11/29/05 Total:                                                    1.95

LASR Total:                                                                   24.45

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE                     24.45
Report Total:                                                                 24.45
```