# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE MONTHLY INTERIM PERIOD
FROM DECEMBER 1, 2005 to DECEMBER 31, 2005
THE QUARTER OF OCTOBER-DECEMBER 2005**

---

Name of Applicant: **Steptoe & Johnson LLP**

Authorized to Provide Professional Services to:  **W.R. Grace & Co. et al. Debtors and Debtors in Possession**

Date of Retention:  **Order entered January 28, 2002 effective as of July 1, 2001**

Period for Which Compensation and Reimbursement is Sought: **December 1, 2005 -December 31, 2005**

Objection Deadline:  **April 25**

Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$8,456.50**

Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$73.62**

80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$6,765.20**

Total Amount of Holdback Fees Sought for Applicable Period: **$1,691.30**

---

This is a **X** monthly **X** interim __ final application.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 2 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,000.00.

This application is the 46th application for interim compensation of services filed by S&J. Note that for the first four applications, approved expenses are slightly less than requested expenses because S&J mistakenly requested more than .15 a page for copying costs and $1.00 a page for facsimile costs in its March 29, 2002 applications. The amounts requested for reimbursement from Debtors were reduced by this excess. Prior to the entry of the order of this Court dated January 28, 2002 S&J was compensated by the Debtor pursuant to the Court's Order of May 3, 2001 authorizing Debtors to pay professionals in the ordinary course of business, and S&J was paid $50,000 for each of the periods July 1, 2001 through July 31, 2001 and for September 1, 2001 through September 30, 2001. As a result, S&J requested reimbursement for the excess of those amounts over the $50,000 previously paid with respect to those months.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $ 9.77 | $ 2,620.00 | $ 8.72 | $ 655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2,634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 - 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 - 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 – 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 - 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 - 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 - 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 - 01/31/03 | $ 3,566.50 | $ 78.40 | $ 2,853.20 | $ 78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 - 02/28/03 | $25,685.00 | $ 62.59 | $20,548.00 | $ 62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 - 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 - 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 - 05/31/03 | $ 6,046.50 | $ 120.80 | $ 4,837.20 | $ 120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 - 06/31/03 | $ 4,619.50 | $ 15.14 | $ 3,695.60 | $ 15.14 | $ 923.90 |
| 1/23/04 | 07/01/03 - 07/07/03 | $ 2,781.50 | $ 66.32 | $ 2,225.20 | $ 66.32 | $ 556.30 |

| 1/23/04 | 08/01/03 - 08/31/03 | $ 2,773.50 | $ 11.58 | $ 2,218.80 | $ 11.58 | $ 554.70 |
|---|---|---|---|---|---|---|
| 1/23/04 | 09/01/03 - 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 - 10/31/03 | $ 1,827.50 | $ 32.28 | $ 1,462.00 | $ 32.28 | $ 365.50 |
| 2/25/04 | 11/01/03 - 11/30/03 | $ 3,002.00 | $ 28.33 | $ 2,401.60 | $ 28.33 | $ 600.40 |
| 2/25/04 | 12/01/03 - 12/31/03 | $11,850.00 | $ 32.70 | $ 9,480.00 | $ 32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 - 01/31/04 | $ 1,827.00 | $ 29.33 | $ 1,461.60 | $ 29.33 | $ 365.40 |
| 6/14/04 | 02/01/04 - 02/29/04 | $ 5,774.50 | $ 70.80 | $ 4,619.60 | $ 70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 - 03/31/04 | $ 3,697.58 | $ 35.08 | $ 2,938.06 | $ 35.08 | $ 739.52 |
| 9/17/04 | 04/01/04 - 04/30/04 | $ 2,433.50 | $ 9.59 | $ 1,946.80 | $ 9.59 | $ 486.70 |
| 9/17/04 | 05/01/04 - 05/31/04 | $ 8,038.00 | $ 23.30 | $ 6,430.40 | $ 23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 - 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 - 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 - 09/30/04 | $ 2,973.50 | $ 81.64 | $ 2,378.80 | $ 81.64 | $ 594.70 |
| 2/25/05 | 10/01/04 - 10/31/04 | $ 5,498.00 | $ 67.21 | $ 4,398.40 | $ 67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 - 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 - 12/31/04 | $ 798.00 | $1,420.25 | $ 638.40 | $1,420.25 | $ 159.60 |
| 6/07/05 | 02/01/05 - 02/28/05 | $ 3,277.50 | $ 46.91 | $ 2,622.00 | $ 46.91 | $ 655.50 |
| 11/05/05 | 05/01/05 - 05/31/05 | $ 1,472.50 | $ 17.85 | $ 1,178.50 | $ 17.85 | $ 294.50 |
| 11/14/05 | 08/01/05 - 08/31/05 | $ 4,567.00 | $ 38.27 | $ 3,653.60 | $ 38.27 | $ 913.40 |
| 11/14/05 | 09/01/05 - 09/31/05 | $18,503.00 | $ 175.04 | $14,802.40 | $ 175.04 | $ 3,700.60 |
| Current | 10/01/05 - 10/31/05 | $ 1,306.50 | $ 4.02 | $ 1,045.20 | $ 4.02 | $ 261.30 |
| Current | 11/01/05 - 11/30/05 | $ 3,378.00 | $ 24.45 | $ 2,702.40 | $ 24.45 | $ 675.60 |
| Current | 12/01/05 - 12/31/05 | $ 8,456.50 | $ 73.62 | $ 6,765.20 | $ 73.62 | $ 1,691.30 |

The S&J attorneys who rendered professional services in these cases during the

December 2005 Fee Period are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2005 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| M. J. Silverman | Partner | Over 20 | Tax | $720.00 | 1.50 | $1,080.00 |
| A. E. Moran | Partner | Over 20 | Tax | $475.00 | 6.10 | $2,897.50 |
| M. D. Lerner | Partner | Over 20 | Tax | $565.00 | .50 | $ 282.50 |
| L. M. Zarlenga | Partner | Over 10 | Tax | $465.00 | 5.10 | $2,371.50 |
| A. A. MacIvor | Associate | 3 | Tax | $250.00 | 7.30 | $1,825.00 |

#### Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 3.80 | $1,805.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | | |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 16.70 | $6,651.50 |
| | **Total** | **20.50** | **$8,456.50** |

#### Expense Summary – All attributable to subject matter 46 unless otherwise indicated.

| Description | Amount |
|---|---|
| Telephone | $ 0 |
| Copies – Matter 32 | $ 6.15 |
| Copies – Matter 46 | $ 0 |
| Online Research | $ 0 |

| Postage | $ 0 |
|---|---|
| Federal Express/Overnight Messenger | $ 0 |
| Facsimile | $ 46.00 |
| Hotel | $ 0 |
| Working Meals | $ 0 |
| Local Transportation/Parking | $ 21.47 |
| Airfare | $ 0 |
| **Total** | **$ 73.62** |

A detailed description of fees and expenses can be found at Exhibits A and B.

March 27, 2006

Date:

Respectfully submitted,

STEPTOE & JOHNSON LLP

Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC  20036  (202) 429-6449

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 25, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: December 31, 2005

Matter 46:

| 12/07/05 | L.M. Zarlenga | Review revised protest and Mr. Lerner's comments thereto. | 1.00 |
|---|---|---|---|
| 12/08/05 | L.M. Zarlenga | Review protest and comment. | 1.30 |
| 12/09/05 | L.M. Zarlenga | Review protest and comment; send same to Ms. MacIvor. | 2.80 |
| 12/15/05 | A.A. MacIvor | Revise protest based on comments from Matt Lerner and Lisa Zarlenga; review documents to answer questions asked by Matt Lerner and Lisa Zarlenga | 5.70 |
| 12/16/05 | A.A. MacIvor | Finish revising protest | 1.40 |
| 12/16/05 | M.D. Lerner | Begin review of final draft of Protest. | 0.10 |
| 12/19/05 | A.A. MacIvor | Make minor revisions to the Grace protest based on comments from Matt Lerner | 0.20 |
| 12/19/05 | M.D. Lerner | Review and make final edits to draft protest before sending to client. | 0.40 |
| 12/23/05 | A.E. Moran | Followup and organize materials for litigation. | 0.60 |
| 12/27/05 | A.E. Moran | Review information sent re consolidated return issue. | 0.50 |
| 12/27/05 | M.J. Silverman | Review documents re consolidated return questions. | 1.00 |
| 12/29/05 | M.J. Silverman | Review documents on consolidated return question. | 0.50 |
| 12/30/05 | A.E. Moran | Review and send material to S. Teplinsky; read file. | 1.20 |

Matter 32:

| 12/28/05 | A.E. Moran | Work on billing matters. | 1.50 |
|---|---|---|---|
| 12/30/05 | A.E. Moran | Work on waiver materials for court filing. | 2.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 1.50 | 720.00 | 1,080.00 |
| M.D. Lerner | 0.50 | 565.00 | 282.50 |
| A.E. Moran | 6.10 | 475.00 | 2,897.50 |
| L.M. Zarlenga | 5.10 | 465.00 | 2,371.50 |
| A.A. MacIvor | 7.30 | 250.00 | 1,825.00 |
| Total | 20.50 | | 8,456.50 |

Total Fees       $8,456.50

**EXHIBIT B**

Disbursements:

| | |
|---|---|
| Local Messenger | 21.47 |
| Duplicating | 6.15 |
| Facsimile | 46.00 |

|  |  |
|---|---|
| Total Disbursements | $73.62 |
| Total This Statement | $8,530.12 |

```
STEPTOE & JOHNSON LLP
RUN DATE: 03/23/2006
Detail Cost Report
Proforma:  419777
PAGE:  1
```

```
                    PROTEST OF REMEDIUM LOSS DISALLOWANCE
                               012046.00002
```

```
Cost
Code                              Timekeeper
Descrip.   Date        Number     Name              Quantity   Rate    Amount
==============================================================================
==============================================================================
DELMES     12/30/05    08174      DEFAULT ATTORNEY,  1.00      21.47    21.47
DELMES     12/30/05    08174      DEFAULT ATTORNEY,  1.00      21.47
Local Messenger

Caller: MITCHELL GENE
Pick up company: STEPTOE JOHNSON
Pick up address: 1330 CONN. AVE NW LOBBY

Drop off company: STEVEN TEPLINSKY
Drop off address: 7001 ENDICOTT COURT BETHESDA

FAXDC      12/15/05    09066      Merrill,           27.00      1.00    27.00
FAXDC      12/15/05    09066      Merrill,           27.00      1.15    31.05
DC FAX 27 pages sent to 15613621323

FAXDC      12/15/05    09066      Merrill,           19.00      1.00    19.00
FAXDC      12/15/05    09066      Merrill,           19.00      1.15    21.85
DC FAX 19 pages sent to 15613621323
FAXDC      12/15/05 Total:                                             46.00
FAXDC Total:                                                           46.00

LASR       12/15/05    00206      Moran, Anne E.     1.00       0.15    0.15
LASR       12/15/05    00206      Moran, Anne E.     1.00       0.20    0.20
PC/Network Printing
PC LASER  1 Pages Moran, Anne

LASR       12/15/05    00206      Moran, Anne E.     1.00       0.15    0.15
LASR       12/15/05    00206      Moran, Anne E.     1.00       0.20    0.20
PC/Network Printing
PC LASER  1 Pages Moran, Anne

LASR       12/15/05    00206      Moran, Anne E.     1.00       0.15    0.15
LASR       12/15/05    00206      Moran, Anne E.     1.00       0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR       12/15/05    00206      Moran, Anne E.     1.00       0.15    0.15
LASR       12/15/05    00206      Moran, Anne E.     1.00       0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda
```

```
Cost
Code                             Timekeeper
Descrip.   Date        Number    Name            Quantity   Rate   Amount
=============================================================================
=============================================================================


LASR       12/15/05    00206     Moran, Anne E.   8.00      0.15   1.20
LASR       12/15/05    00206     Moran, Anne E.   8.00      0.20   1.60
PC/Network Printing
PC LASER  8 Pages Moran, Anne

LASR       12/15/05    00206     Moran, Anne E.   1.00      0.15   0.15
LASR       12/15/05    00206     Moran, Anne E.   1.00      0.20   0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR       12/15/05    00206     Moran, Anne E.   1.00      0.15   0.15
LASR       12/15/05    00206     Moran, Anne E.   1.00      0.20   0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR       12/15/05    00206     Moran, Anne E.   1.00      0.15   0.15
LASR       12/15/05    00206     Moran, Anne E.   1.00      0.20   0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR       12/15/05    00206     Moran, Anne E.   1.00      0.15   0.15
LASR       12/15/05    00206     Moran, Anne E.   1.00      0.20   0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR       12/15/05    00206     Moran, Anne E.   4.00      0.15   0.60
LASR       12/15/05    00206     Moran, Anne E.   4.00      0.20   0.80
PC/Network Printing
PC LASER  4 Pages MacIvor, Alexis
LASR       12/15/05 Total:                                         3.00

LASR       12/30/05    00206     Moran, Anne E.   3.00      0.15   0.45
LASR       12/30/05    00206     Moran, Anne E.   3.00      0.20   0.60
PC/Network Printing
PC LASER  3 Pages Moran, Anne

LASR       12/30/05    00206     Moran, Anne E.   3.00      0.15   0.45
LASR       12/30/05    00206     Moran, Anne E.   3.00      0.20   0.60
PC/Network Printing
PC LASER  3 Pages Moran, Anne

LASR       12/30/05    00206     Moran, Anne E.   3.00      0.15   0.45
LASR       12/30/05    00206     Moran, Anne E.   3.00      0.20   0.60
PC/Network Printing
PC LASER  3 Pages Moran, Anne

LASR       12/30/05    00206     Moran, Anne E.   3.00      0.15   0.45
LASR       12/30/05    00206     Moran, Anne E.   3.00      0.20   0.60
PC/Network Printing
PC LASER  3 Pages Moran, Anne
```

Doc. #1643226 v.1-3/24/06 12:22 PM

```
Cost
Code                           Timekeeper
Descrip.   Date       Number   Name              Quantity  Rate    Amount
=============================================================================
=============================================================================
LASR       12/30/05   00206    Moran, Anne E.      3.00    0.15    0.45
LASR       12/30/05   00206    Moran, Anne E.      3.00    0.20    0.60
PC/Network Printing
PC LASER  3 Pages Ward, Brenda

LASR       12/30/05   00206    Moran, Anne E.      3.00    0.15    0.45
LASR       12/30/05   00206    Moran, Anne E.      3.00    0.20    0.60
PC/Network Printing
PC LASER  3 Pages Ward, Brenda

LASR       12/30/05   00206    Moran, Anne E.      3.00    0.15    0.45
LASR       12/30/05   00206    Moran, Anne E.      3.00    0.20    0.60
PC/Network Printing
PC LASER  3 Pages Ward, Brenda
LASR       12/30/05 Total:                                         3.15
LASR Total:                                                        6.15

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE           73.62
Report Total:                                                      73.62
```

Doc. #1643226 v.1-3/24/06 12:22 PM