IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                              Chapter 11

W.R. GRACE & Co., et al.,                           Case No.  01-01139 (JKF)
                                                    (Jointly Administered)

                        Debtor                      Objection Deadline: To be Determined
                                                    Hearing Date: To be Determined

**NINTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH MARCH 31, 2006)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to  February 4, 2004) |
| Period for which compensation and reimbursement is sought: | January 1, 2006 through March 31, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary during the Quarter (100%): | $ 400,702.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary during the Quarter (100%): | $    4,008.69 |
| Total | $ 404,710.69 |

**Capstone Corporate Recovery, LLC changed its name to Capstone Advisory Group, LLC
("Capstone"), effective March 3, 2005.**

This is an: ___ X ___ interim _____ final application
This is the Ninth Quarterly application filed.  Disclosure for all periods is as follows:

NINTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH MARCH 31, 2006)

ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| July 2, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**EIGHTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 3, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174.00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |

3

**EIGHTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005)</u>**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1 through September 30, 2005 | $75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | $95,742.50 | $750.36 | $76,594.00 |
| January 3, 2006 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 16, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |
| May 9, 2006 | March 1, 2006 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |

**NINTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH MARCH 31,2006)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 1/1/2006 through 3/31/2006

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $555 | 46.20 | $25,641.00 |
| S. Cunningham | Member | $530 | 205.10 | $108,703.00 |
| R. Frezza | Consultant | $450 | 164.50 | $74,025.00 |
| C. Cummins | Consultant | $385 | 20.10 | $7,738.50 |
| L. Hamilton | Consultant | $365 | 497.70 | $181,660.50 |
| M. Desalvio | Research | $150 | 13.50 | $2,025.00 |
| J. Woods | Paraprofessional | $90 | 10.10 | $909.00 |
| **For the Period 1/1/2006 through 3/31/2006** | | | **957.20** | **$400,702.00** |

Capstone Advisory Group, LLC
Invoice for the Ninth Quarterly Fee

Page 1 of 1

## W.R. Grace & Co.
### Capstone Advisory Group, LLC
### Summary of Fees by Task Code
### For the Period 1/1/2006 through 1/31/2006

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information provided by Debtors and corresponded with counsel regarding pending acquisition. | 0.80 | $292.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed information regarding treatment of asbestos claims in other major asbestos cases and updated recovery analyses under various scenarios. | 32.50 | $16,860.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with counsel and Committee members. | 2.30 | $896.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for December. | 5.50 | $1,745.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared, reviewed and analyzed financial data provided by the Debtors regarding November results, Q4 margin, cash flow and FY 2005 results of operations. | 67.60 | $29,585.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information and prepared reports to the Committee regarding the Bayonne Settlement, Bear Stearn's retention, and other issues. | 52.50 | $20,151.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding the Owens-Corning plan and USG Plan, and compared terms and treatment of claims with the WRG plan. | 43.30 | $16,032.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant discussed various case issues with Blackstone, including Bear Stearns' retention and settlement issues. | 0.50 | $182.50 |
| **For the Period 1/1/2006 through 1/31/2006** | | **205.00** | **$85,745.00** |

Capstone Advisory Group, LLC                                    Page 1 of 1
Invoice for the January 2006 Fee Application

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 2/1/06 through 2/28/06

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information provided by Debtors and corresponded with counsel regarding a pending acquisition. | 16.50 | $7,684.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed revised claims information and prepared updated recovery analyses and interest rate scenarios. | 26.70 | $11,783.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues with counsel and Committee members, including interest rate calculations,2005 results of operations, FAIR Act impacts, Bear Stearns retention and potential acquisitions. | 15.10 | $6,407.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for December and January, as well as a quarterly fee application. | 15.40 | $3,727.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed various information provided by the Debtors as well as industry data regarding Q4 and FY2005 results of operations. Schedules were prepared including comparisons of results to prior year and plan, and analyses preformed including gross margin and peer group trends, for inclusion in a report to the Committee. | 109.60 | $47,784.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant read and analyzed information provided by the Debtors Regarding the 2006 business plan. Operational data was analyzed and summarized in preparation for a meeting with the Debtors and their advisors concerning the new plan. Numerous analyses were prepared for inclusion in a report to the Committee regarding the business plan. | 114.40 | $50,967.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read, analyzed and/or prepared reports regarding the PI estimation process, ZAI issues, a proposed insurance Settlement, legal services retention issues, ART JV funding, DIP renewal and Bear Stearns retention. | 46.30 | $17,669.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding the FAIR Act impacts, a proposed plan structure. We also updated a POR model, incorporating new claims information provided by Debtors' advisors. In addition, we analyzed information regarding plan co-proponency issues and Debtors' case status report. | 48.70 | $19,296.00 |

| 26. Meetings with Debtors | During the Fee Application Period, the Applicant discussed various case issues with the Debtors and their advisors. In addition, we attended the Debtors presentation of the 2006 business plan. | 19.60 | $8,597.00 |
|---|---|---|---|
| **For the Period 2/1/06 through 2/28/06** | | **412.30** | **$173,916.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 3/1/2006 through 3/31/2006

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with counsel and Committee members, such as ART JV, DIP motion Pension funding, settlements and operating performance. | 4.60 | $1,812.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the Eighth Quarterly Fee Application and the January and February Fee Statements. | 9.70 | $3,299.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed data provided by the Debtors and prepared numerous analyses of Q4 and FY 2005 results of operations, and prepared a report to the Committee thereon. | 92.40 | $38,919.00 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared numerous analyses of the Debtors' 2006 Business Plan and related peer company and Macroeconomic data, and prepared a report to the Committee thereon. | 167.30 | $70,685.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read, analyzed and prepared reports regarding professional retention, ART JV and DIP motions, pension funding, settlements and other issues. | 61.80 | $24,657.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding co-proponency and mediation issues. | 1.60 | $755.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant discussed case issues with Blackstone including the ART JV and professional retention. | 2.50 | $912.50 |
| **For the Period 3/1/2006 through 3/31/2006** | | **339.90** | **$141,040.50** |

Capstone Advisory Group, LLC
Invoice for the March Fee Application

Page 1 of 1

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 1/1/2006 through 3/31/2006**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 01. Acquisitions | | | |
| 1/3/2006 | L. Hamilton | 0.80 | Analyzed information provided by Debtors and corresponded with counsel regarding pending acquisition. |
| 2/2/2006 | R. Frezza | 0.20 | Participated in discussion regarding the Omega acquisition. |
| 2/6/2006 | L. Hamilton | 0.90 | Read and analyzed materials distributed by Blackstone regarding Omega acquisition. |
| 2/6/2006 | E. Ordway | 0.90 | Read data regarding proposed acquisition and listed steps for staff to investigate. |
| 2/6/2006 | R. Frezza | 3.20 | Read and analyzed Omega materials provided by the Debtors. |
| 2/7/2006 | L. Hamilton | 1.20 | Prepared follow-up questions regarding Omega acquisition. |
| 2/7/2006 | S. Cunningham | 4.00 | Read and analyzed information related to Omega acquisition. |
| 2/7/2006 | R. Frezza | 2.10 | Read and analyzed Omega materials provided by the Debtors. |
| 2/7/2006 | L. Hamilton | 1.80 | Read and analyzed information from Blackstone regarding Omega acquisition. |
| 2/8/2006 | S. Cunningham | 2.20 | Read and analyzed acquisition information. |
| Subtotal | | 17.30 | |
| 03. Claims Analysis & Valuation | | | |
| 1/6/2006 | S. Cunningham | 4.00 | Read and analyzed other asbestos case plan and disclosure filings regarding treatment of classes of claims. |
| 1/9/2006 | S. Cunningham | 5.30 | Read and reviewed comparative analyses of other asbestos case plan and disclosure filings regarding treatment of classes of claims. |
| 1/18/2006 | S. Cunningham | 4.20 | Updated and reviewed recovery analysis based on varying PI & PD assumptions. |
| 1/19/2006 | S. Cunningham | 5.10 | Updated analysis regarding impact of interest rate change on unsecured recovery. |
| 1/20/2006 | S. Cunningham | 3.50 | Reviewed analysis of other asbestos case treatment of certain classes of claims and updated recovery analyses. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/23/2006 | E. Ordway | 1.90 | Prepared analysis to determine impact to recovery under various scenarios. |
| 1/23/2006 | S. Cunningham | 3.00 | Reviewed analysis of other asbestos case treatment of certain classes of claims and updated recovery analyses. |
| 1/24/2006 | L. Hamilton | 2.50 | Prepared schedules summarizing claim treatment comparisons. |
| 1/26/2006 | S. Cunningham | 3.00 | Read and reviewed comparative analyses of other asbestos case plan and disclosure filings regarding treatment of classes of claims. |
| 2/6/2006 | E. Ordway | 1.80 | Prepared/edited report regarding claims status and proposed process to value. |
| 2/13/2006 | L. Hamilton | 1.10 | Analyzed updated claims information from Blackstone. |
| 2/14/2006 | L. Hamilton | 1.00 | Read and analyzed updated claims information from Blackstone. |
| 2/14/2006 | L. Hamilton | 3.20 | Prepared/edited schedules analyzing recovery under various scenarios. |
| 2/15/2006 | R. Frezza | 2.10 | Prepared updated interest calculations. |
| 2/15/2006 | R. Frezza | 5.60 | Prepared revised asbestos claim scenarios based on K&E Letter proposal and other scenarios . |
| 2/15/2006 | L. Hamilton | 1.50 | Updated asbestos claims scenarios and recovery schedules. |
| 2/15/2006 | E. Ordway | 1.50 | Revised claims analysis based on updated information. |
| 2/16/2006 | R. Frezza | 3.80 | Updated asbestos claim scenarios analysis. |
| 2/17/2006 | R. Frezza | 2.80 | Updated asbestos scenarios based on counsel feedback. |
| 2/17/2006 | R. Frezza | 2.30 | Refined asbestos claim analysis. |
| Subtotal | | 59.20 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/4/2006 | L. Hamilton | 0.50 | Discussed status of case issues with counsel. |
| 1/17/2006 | L. Hamilton | 0.50 | Discussed status of case issues with counsel pertaining to upcoming court hearing. |
| 1/18/2006 | L. Hamilton | 0.50 | Discussed hearing agenda items with counsel. |
| 1/24/2006 | E. Ordway | 0.30 | Called Committee member to discuss case status. |
| 1/31/2006 | L. Hamilton | 0.50 | Discussed status of case issues with counsel. |
| 2/1/2006 | L. Hamilton | 0.10 | Discussed upcoming Committee conference call with counsel. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

**Page 2 of 20**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/2/2006 | L. Hamilton | 0.60 | Discussed topics pertaining to Committee call with counsel. |
| 2/2/2006 | L. Hamilton | 0.20 | Corresponded with counsel and case team members regarding upcoming Committee call. |
| 2/3/2006 | E. Ordway | 1.00 | Participated in Committee conference call to discuss POR proposal. |
| 2/3/2006 | R. Frezza | 2.40 | Prepared for and participated in Committee conference call regarding proposed Plan structure. |
| 2/3/2006 | L. Hamilton | 1.00 | Participated in conference call with the Committee. |
| 2/8/2006 | L. Hamilton | 0.40 | Discussed proposed insurance settlement and other case issues with counsel. |
| 2/16/2006 | L. Hamilton | 3.00 | Prepared materials for use in Committee conference call. |
| 2/16/2006 | R. Frezza | 3.10 | Prepared for and participated in Committee call. |
| 2/16/2006 | R. Frezza | 1.30 | Discussed preliminary analysis of Value Distribution with counsel in preparation for more detailed discussion with Committee members. |
| 2/17/2006 | L. Hamilton | 0.50 | Participated in call with counsel regarding recovery scenarios. |
| 2/17/2006 | R. Frezza | 1.50 | Prepared for and participated in detail discussion with counsel regarding asbestos claim scenarios. |
| 3/1/2006 | L. Hamilton | 0.40 | Discussed upcoming hearing agenda items with counsel. |
| 3/2/2006 | L. Hamilton | 1.00 | Participated in several discussions with counsel regarding case issues including settlements and DIP information requirements. |
| 3/3/2006 | L. Hamilton | 1.20 | Participated in several discussions with counsel regarding current settlement motions, Q4 results and various other case issues. |
| 3/6/2006 | L. Hamilton | 0.20 | Discussed Bowe & Fernicola retention with counsel. |
| 3/13/2006 | L. Hamilton | 0.20 | Discussed case issues with counsel, including proposed insurance settlement. |
| 3/14/2006 | L. Hamilton | 0.50 | Discussed Q4 report with counsel. |
| 3/21/2006 | E. Ordway | 0.40 | Called Committee member to discuss case status. |
| 3/22/2006 | L. Hamilton | 0.20 | Discussed case issues regarding settlements and upcoming hearing items with counsel. |
| 3/24/2006 | L. Hamilton | 0.20 | Discussed Lloyd's insurance settlement and other issues with counsel. |
| 3/27/2006 | E. Ordway | 0.30 | Read counsel's correspondence regarding mediation process. |
| Subtotal |  | 22.00 |  |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

**Page 3 of 20**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 07. Fee Applications & Invoices | | | |
| 1/3/2006 | L. Hamilton | 0.50 | Prepared fee application reconciliation. |
| 1/4/2006 | L. Hamilton | 1.10 | Prepared December fee application. |
| 1/9/2006 | J. Woods | 0.70 | Prepared fee statement. |
| 1/10/2006 | J. Woods | 0.60 | Prepared fee statement. |
| 1/11/2006 | L. Hamilton | 1.70 | Prepared December fee application. |
| 1/17/2006 | E. Ordway | 0.50 | Prepared fee application. |
| 1/30/2006 | L. Hamilton | 0.40 | Prepared December fee application. |
| 2/1/2006 | J. Woods | 0.80 | Prepared fee application. |
| 2/7/2006 | L. Hamilton | 1.30 | Prepared December fee application. |
| 2/7/2006 | E. Ordway | 0.30 | Prepared fee application. |
| 2/8/2006 | L. Hamilton | 1.20 | Prepared December fee application. |
| 2/9/2006 | L. Hamilton | 2.10 | Prepared December fee application. |
| 2/16/2006 | L. Hamilton | 0.60 | Prepared December fee application. |
| 2/17/2006 | L. Hamilton | 1.40 | Prepared January fee application. |
| 2/20/2006 | J. Woods | 0.60 | Prepared fourth quarter fee application. |
| 2/21/2006 | J. Woods | 0.60 | Prepared fee application. |
| 2/22/2006 | J. Woods | 1.70 | Prepared fee application. |
| 2/22/2006 | L. Hamilton | 0.90 | Prepared January fee application. |
| 2/23/2006 | J. Woods | 2.80 | Prepared fee application. |
| 2/24/2006 | J. Woods | 0.80 | Prepared fee application. |
| 2/28/2006 | E. Ordway | 0.30 | Prepared/edited response to fee auditor. |
| 3/1/2006 | J. Woods | 0.60 | Prepared quarterly fee application. |
| 3/1/2006 | E. Ordway | 0.70 | Prepared fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

Page 4 of 20

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/2/2006 | L. Hamilton | 1.10 | Prepared quarterly fee application. |
| 3/5/2006 | L. Hamilton | 0.80 | Prepared quarterly fee application. |
| 3/8/2006 | L. Hamilton | 0.90 | Prepared quarterly fee application. |
| 3/13/2006 | J. Woods | 0.40 | Prepared monthly fee application. |
| 3/14/2006 | J. Woods | 0.50 | Prepared quarterly fee application. |
| 3/20/2006 | L. Hamilton | 1.20 | Prepared January fee application. |
| 3/21/2006 | L. Hamilton | 1.50 | Prepared January fee application. |
| 3/27/2006 | L. Hamilton | 1.80 | Prepared February fee application. |
| 3/27/2006 | E. Ordway | 0.20 | Prepared fee application. |
| Subtotal | | 30.60 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/3/2006 | L. Hamilton | 3.20 | Prepared/updated pro forma quarterly P&L analyses. |
| 1/3/2006 | S. Cunningham | 2.50 | Read and analyzed November results and Q4 margin trends. |
| 1/3/2006 | L. Hamilton | 2.00 | Read and analyzed industry news releases. |
| 1/4/2006 | E. Ordway | 2.10 | Analyzed quarterly P&L schedules for each operating unit prepared by staff to identify variances from budget. |
| 1/4/2006 | S. Cunningham | 3.30 | Prepared and reviewed analysis of Q4 margin trends versus prior and plan. |
| 1/4/2006 | L. Hamilton | 3.80 | Prepared/updated pro forma quarterly P&L analyses. |
| 1/5/2006 | L. Hamilton | 7.20 | Prepared analysis of November results of operations. |
| 1/5/2006 | S. Cunningham | 4.50 | Read and analyzed information regarding YTD financial performance and prepared analysis of results of operation. |
| 1/6/2006 | L. Hamilton | 7.20 | Prepared analysis of November results of operations. |
| 1/8/2006 | E. Ordway | 0.60 | Analyzed November P&L schedules for each operating unit prepared by staff to identify variances from budget. |
| 1/9/2006 | R. Frezza | 1.40 | Read and analyzed November YTD financial information provided by the Debtors. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

**Page 5 of 20**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/9/2006 | L. Hamilton | 3.90 | Prepared report summarizing conclusions regarding year-to-date results of operations. |
| 1/9/2006 | L. Hamilton | 4.60 | Prepared analysis of quarter-to-date and year-to-date gross margin. |
| 1/9/2006 | E. Ordway | 0.90 | Continued analyses of November results. |
| 1/10/2006 | S. Cunningham | 4.70 | Reviewed analysis of Q4 margin trends versus peer group companies. |
| 1/16/2006 | L. Hamilton | 2.30 | Prepared/updated pro forma quarterly P&L analyses. |
| 1/17/2006 | L. Hamilton | 1.00 | Prepared/updated pro forma quarterly P&L analyses. |
| 1/23/2006 | L. Hamilton | 2.50 | Read and analyzed Q4 industry reports. |
| 1/24/2006 | S. Cunningham | 4.00 | Read Q4 press release and prepared financial analysis of results versus plan and prior year. |
| 1/25/2006 | S. Cunningham | 2.50 | Read and analyzed information regarding full year FY 2005 results versus plan and prior year. |
| 1/27/2006 | S. Cunningham | 3.40 | Read and analyzed information regarding full year FY 2005 results versus plan and prior year. |
| 2/2/2006 | L. Hamilton | 2.20 | Prepared summary of Q4 results reported in Debtors' press release. |
| 2/3/2006 | L. Hamilton | 1.10 | Prepared summary of Q4 results reported in Debtors' press release. |
| 2/6/2006 | S. Cunningham | 4.50 | Read and analyzed year end financial package and schedules. |
| 2/6/2006 | R. Frezza | 1.50 | Read and analyzed Q4 05 financial data. |
| 2/7/2006 | R. Frezza | 3.80 | Read and analyzed Q4 05 financial data. |
| 2/8/2006 | S. Cunningham | 2.30 | Read and analyzed information regarding year end results. |
| 2/9/2006 | S. Cunningham | 4.30 | Read and analyzed year end financial package and schedules. |
| 2/9/2006 | R. Frezza | 4.10 | Prepared summary analyses of Q4 05 financial data. |
| 2/10/2006 | R. Frezza | 3.20 | Analyzed Q4 05 peer company financial data. |
| 2/11/2006 | L. Hamilton | 3.40 | Prepared summary P&L schedules for use in Q4 report to the Committee. |
| 2/13/2006 | S. Cunningham | 4.20 | Prepared analysis for year 2005 results vs. plan and prior year. |
| 2/13/2006 | R. Frezza | 4.10 | Read and analyzed Q4 05 financial data. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/13/2006 | E. Ordway | 1.50 | Read and analyzed December financial results and listed issues for staff to investigate. |
| 2/13/2006 | L. Hamilton | 1.80 | Prepared summary balance sheet schedules for use in Q4 report to the Committee. |
| 2/14/2006 | R. Frezza | 3.10 | Continued review and analysis of Q4 05 financial data. |
| 2/14/2006 | S. Cunningham | 4.30 | Prepared analysis for year 2005 results vs. plan and prior year. |
| 2/15/2006 | L. Hamilton | 3.40 | Prepared Q4 report outline. |
| 2/15/2006 | L. Hamilton | 4.30 | Prepared summary cash flow schedules for use in Q4 report to the Committee. |
| 2/15/2006 | S. Cunningham | 4.40 | Prepared analysis for year 2005 results vs. plan and prior year. |
| 2/15/2006 | E. Ordway | 0.80 | Directed staff in preparing 4th Quarter performance report. |
| 2/17/2006 | L. Hamilton | 3.70 | Updated Q4 P&L and balance sheet analyses. |
| 2/20/2006 | L. Hamilton | 3.60 | Prepared foreign currency analysis for Q4 report. |
| 2/20/2006 | L. Hamilton | 2.60 | Prepared analysis of Q4 energy prices and impacts on Q4 gross margin. |
| 2/20/2006 | L. Hamilton | 1.10 | Prepared analysis of cash flow items for Q4 report. |
| 2/20/2006 | L. Hamilton | 2.70 | Prepared gross margin analysis for Q4 report. |
| 2/20/2006 | R. Frezza | 5.50 | Read analysts' quarterly earnings reports and updated Q4 and YTD Peer data. |
| 2/21/2006 | L. Hamilton | 3.20 | Read and analyzed information prepared by the Debtors regarding 2005 results of operations. |
| 2/21/2006 | R. Frezza | 6.60 | Prepared peer analysis based on analysis of competitor analysts' reports and earnings announcements. |
| 2/22/2006 | R. Frezza | 1.90 | Continued industry research and review of analyst reports on peer earnings reports. |
| 2/27/2006 | L. Hamilton | 3.90 | Prepared comparative analyses for Q4 and full year versus prior year. |
| 2/27/2006 | L. Hamilton | 3.70 | Prepared 5 year CAGR analysis for Q4 report. |
| 2/27/2006 | L. Hamilton | 4.40 | Prepared comparative analyses for Q4 and full year versus Plan. |
| 2/27/2006 | R. Frezza | 3.10 | Prepared summary of industry research analyst reports on peer earnings. |
| 2/28/2006 | E. Ordway | 1.30 | Analyzed major variances to plan regarding 4th Quarter cash flow. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/1/2006 | L. Hamilton | 4.70 | Prepared commentary for Q4 report to the Committee. |
| 3/1/2006 | L. Hamilton | 4.80 | Prepared divisional P&L analyses for Q4 report. |
| 3/2/2006 | L. Hamilton | 1.00 | Prepared commentary for Q4 report to the Committee. |
| 3/2/2006 | L. Hamilton | 3.60 | Prepared commentary for Q4 report to the Committee. |
| 3/3/2006 | L. Hamilton | 4.60 | Prepared additional P&L analyses for inclusion in Q4 report. |
| 3/3/2006 | L. Hamilton | 3.20 | Continued to prepare commentary for Q4 report. |
| 3/3/2006 | R. Frezza | 2.20 | Summarized follow-up comments for Q4 and Full Year report. |
| 3/5/2006 | L. Hamilton | 3.20 | Updated schedules and commentary for Q4 report. |
| 3/6/2006 | R. Frezza | 2.80 | Read and edited draft of Q4 05 Report. |
| 3/6/2006 | L. Hamilton | 2.70 | Updated sales and EBIT bridge analyses for Q4 report. |
| 3/6/2006 | L. Hamilton | 3.10 | Updated productivity and other analyses for Q4 report. |
| 3/7/2006 | L. Hamilton | 5.60 | Updated Sales and EBIT bridge analyses for Q4 report. |
| 3/8/2006 | L. Hamilton | 5.10 | Continued to prepared schedules for Q4 report. |
| 3/9/2006 | L. Hamilton | 5.00 | Continued to prepare schedules for inclusion in Q4 report. |
| 3/9/2006 | E. Ordway | 1.20 | Analyzed sources and uses of cash in 4th Quarter. |
| 3/9/2006 | E. Ordway | 1.30 | Directed staff in preparation of 4th Quarter report. |
| 3/9/2006 | S. Cunningham | 4.60 | Read and edited draft report to the Committee regarding Q4 and full year FY 2005 results versus plan and prior year. |
| 3/10/2006 | L. Hamilton | 0.50 | Prepared distribution of financial statements to the Committee. |
| 3/10/2006 | L. Hamilton | 5.50 | Updated Q4 analyses and report. |
| 3/10/2006 | E. Ordway | 1.80 | Edited/prepared EBIT bridge analysis for inclusion in report to Committee regarding 4th Quarter. |
| 3/10/2006 | R. Frezza | 1.30 | Continued to review and edit  Q4 05 report. |
| 3/10/2006 | S. Cunningham | 3.90 | Finalized analysis and review of results for Q4 and full year. |
| 3/10/2006 | S. Cunningham | 3.80 | Read and analyzed FY 2005 data provided by the Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/13/2006 | L. Hamilton | 3.00 | Read and analyzed 10K filing. |
| 3/13/2006 | S. Cunningham | 3.30 | Read and edited draft report to the Committee regarding Q4 and full year FY 2005 results versus plan and prior year. |
| 3/13/2006 | E. Ordway | 1.40 | Edited/finalized 4th Quarter report for Committee. |
| 3/14/2006 | L. Hamilton | 1.20 | Finalized Q4 report and distributed same to the Committee. |
| 3/14/2006 | S. Cunningham | 3.30 | Reviewed Final draft report to Committee and provided final commentary. |
| 3/15/2006 | L. Hamilton | 2.30 | Read and analyzed 10k report. |
| 3/20/2006 | E. Ordway | 0.60 | Read and analyzed 10-k and summarized items for staff to investigate. |
| 3/21/2006 | E. Ordway | 1.80 | Continued to analyze 10-k. |
| Subtotal | | 269.60 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/2/2006 | R. Frezza | 1.40 | Prepared for Business Plan presentation meeting with Debtors. |
| 2/6/2006 | R. Frezza | 3.40 | Prepared format for Plan 2006 report to the Committee. |
| 2/7/2006 | R. Frezza | 3.10 | Prepared format for Plan 2006 report to the Committee. |
| 2/8/2006 | R. Frezza | 5.80 | Read and analyzed information regarding current trends in specialty chemicals industry as well as natural gas cost projections. |
| 2/8/2006 | R. Frezza | 2.30 | Read and analyzed information regarding trends in USD/Euro currency; world GDP data and other market factors. |
| 2/13/2006 | R. Frezza | 5.20 | Continued review of analyst reports including Specialty Chemicals Monthly, Trends in Natural Gas and Chemical Industry Outlook. |
| 2/14/2006 | R. Frezza | 6.60 | Continued review of analyst reports including Specialty Chemicals Monthly, Chemical Industry Outlook, US Chem Margin Alert. |
| 2/20/2006 | R. Frezza | 1.40 | Prepared question list in anticipation of meeting with Debtors. |
| 2/20/2006 | R. Frezza | 2.40 | Prepared analysis of Debtors' Q4 briefing memo and Plan presentation document. |
| 2/21/2006 | L. Hamilton | 4.80 | Read and analyzed information prepared by the Debtors regarding 2006 business Plan. |
| 2/21/2006 | R. Frezza | 3.10 | Read 2006 Plan presentation materials and commenced limited analyses and prepared preliminary question list. |

Capstone Advisory Group, LLC
Invoice for the Ninth Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/22/2006 | L. Hamilton | 5.80 | Read and analyzed information from Debtors regarding 2006 business Plan. |
| 2/22/2006 | R. Frezza | 1.00 | Read 2006 Plan presentation materials and commenced limited analyses and prepared preliminary question list. |
| 2/22/2006 | S. Cunningham | 6.00 | Read and analyzed information supplied by Debtors regarding FY 2006 plan. |
| 2/22/2006 | R. Frezza | 6.60 | Read 2006 Plan presentation materials and commenced limited analyses and prepared preliminary question list. |
| 2/23/2006 | L. Hamilton | 2.90 | Read and analyzed 2006 business Plan information provided by Debtors. |
| 2/23/2006 | S. Cunningham | 4.30 | Prepared questions regarding business plan for meeting with Debtors. |
| 2/23/2006 | S. Cunningham | 3.70 | Read and analyzed information supplied by Debtors regarding FY 2006 plan. |
| 2/23/2006 | R. Frezza | 3.90 | Continued review of 2006 Plan presentation materials. |
| 2/24/2006 | L. Hamilton | 1.40 | Prepared summary of issues with respect to the business Plan. |
| 2/24/2006 | R. Frezza | 0.40 | Participated in post-presentation discussions with management and advisors. |
| 2/24/2006 | R. Frezza | 1.10 | Participated in internal post-presentation discussions regarding next steps and Plan review work allocation. |
| 2/27/2006 | R. Frezza | 6.40 | Prepared analysis on 2005 and 2006 operating results as part of the 2006 Plan review report. |
| 2/27/2006 | S. Cunningham | 2.70 | Read and analyzed information regarding 2006 Plan. |
| 2/27/2006 | R. Frezza | 2.20 | Prepared analyses and followup questions regarding 2006 business plan. |
| 2/27/2006 | E. Ordway | 1.20 | Analyzed gross profit margin trends from 2004 through 2005. |
| 2/28/2006 | L. Hamilton | 5.80 | Prepared draft executive summary section of Q4 report to the Committee. |
| 2/28/2006 | R. Frezza | 2.60 | Prepared outline of commentary section of Plan report. |
| 2/28/2006 | L. Hamilton | 3.00 | Prepared comparative analyses for Q4 and full year versus Plan. |
| 2/28/2006 | L. Hamilton | 3.20 | Prepared comparative analyses for Q4 and full year versus prior year. |
| 2/28/2006 | S. Cunningham | 3.90 | Read and analyzed information regarding 2006 Plan. |
| 2/28/2006 | R. Frezza | 6.80 | Prepared P&L analyses for 2006 Plan review and further developed information request list. |
| 3/1/2006 | S. Cunningham | 2.90 | Read and analyzed FY 2006 business plan and compared to prior year. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

**Page 10 of 20**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/1/2006 | R. Frezza | 2.20 | Prepared summary P&L analyses regarding 2006 Plan and developed information request list. |
| 3/2/2006 | S. Cunningham | 4.10 | Read and prepared analysis of results of operation for full year and versus Plan. |
| 3/2/2006 | R. Frezza | 6.10 | Prepared detailed analysis of latest Peer Group data, including review of analyst reports on earnings releases. |
| 3/3/2006 | R. Frezza | 3.10 | Prepared P&L analyses for 2006 Plan and developed information request list. |
| 3/6/2006 | R. Frezza | 2.50 | Prepared additional analyses of peer group trends for 2006 Plan report. |
| 3/10/2006 | R. Frezza | 0.80 | Participated in discussions regarding next steps on 2006 Plan. |
| 3/13/2006 | L. Hamilton | 5.50 | Prepared analyses for 2006 business plan report to the Committee. |
| 3/14/2006 | C. Cummins | 2.00 | Prepared summary of Grace financial information and peers/competitors for use in 2006 business plan report. |
| 3/14/2006 | L. Hamilton | 3.20 | Prepared gross margin schedules and related analyses for inclusion in business plan report. |
| 3/14/2006 | C. Cummins | 2.70 | Prepared summary of financial information for Grace peers/competitors for use in 2006 business plan report. |
| 3/14/2006 | L. Hamilton | 4.30 | Prepared summary P&L schedules and related analyses for inclusion in business plan report. |
| 3/14/2006 | L. Hamilton | 2.00 | Prepared corporate expense analyses for business plan report. |
| 3/15/2006 | C. Cummins | 2.80 | Prepared summary of Grace financial information and peers/competitors for use in 2006 business plan report. |
| 3/15/2006 | C. Cummins | 2.10 | Prepared summary of industry and competitor analyst reports for use in preparation of report on 2006 business plan. |
| 3/15/2006 | C. Cummins | 2.60 | Prepared summary of financial information for Grace peers/competitors for use in 2006 business plan report. |
| 3/15/2006 | L. Hamilton | 4.00 | Prepared sales bridge analyses for 2006 business plan report. |
| 3/15/2006 | L. Hamilton | 3.70 | Read and analyzed presentation materials prepared by Debtors regarding 2006 business plan. |
| 3/15/2006 | S. Cunningham | 2.40 | Reviewed and analyzed FY 2006 Business plan. |
| 3/16/2006 | L. Hamilton | 5.30 | Prepared EBITDA bridge schedules for business plan report. |
| 3/16/2006 | L. Hamilton | 1.80 | Read and analyzed materials provided by the Debtors regarding 2006 business plan. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

Page 11 of 20

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 3/16/2006 | L. Hamilton | 2.90 | Prepared comparative of 2006 P&L to 2005. |
| 3/16/2006 | C. Cummins | 2.80 | Prepared summary of industry-related macroeconomic indicators for use in report on 2006 business plan. |
| 3/16/2006 | C. Cummins | 2.70 | Prepared summary of industry-related macroeconomic indicator summary for use in report on 2006 business plan. |
| 3/16/2006 | C. Cummins | 2.40 | Prepare summary of Grace financial information and peers/competitors for use in 2006 business plan report. |
| 3/16/2006 | S. Cunningham | 3.00 | Reviewed and prepared analysis of FY 2006 business plan. |
| 3/16/2006 | L. Hamilton | 2.00 | Prepared base business growth analysis for business plan report. |
| 3/17/2006 | S. Cunningham | 4.30 | Reviewed comparative analysis of FY 05 results to FY 06 plan projections. |
| 3/17/2006 | L. Hamilton | 2.90 | Prepared commentary for business plan report. |
| 3/17/2006 | L. Hamilton | 6.60 | Prepared cash flow analyses for business plan report and prepared follow-up questions for Blackstone. |
| 3/20/2006 | L. Hamilton | 2.80 | Prepared schedules for business plan report. |
| 3/20/2006 | S. Cunningham | 4.50 | Reviewed Macroeconomic data and analysis included in FY 2006 plan. |
| 3/21/2006 | L. Hamilton | 3.10 | Prepared gross margin analysis for 2006 business plan report. |
| 3/21/2006 | L. Hamilton | 3.90 | Prepared analysis of impact of inflation assumptions for 2006 business plan report. |
| 3/21/2006 | S. Cunningham | 4.50 | Reviewed and analyzed FY 2006 Business plan. |
| 3/22/2006 | L. Hamilton | 3.30 | Prepared EBITDA analyses for business plan report. |
| 3/22/2006 | L. Hamilton | 2.20 | Prepared foreign currency analysis for business plan report. |
| 3/22/2006 | S. Cunningham | 3.50 | Reviewed and prepared analysis of FY 2006 business plan. |
| 3/23/2006 | L. Hamilton | 1.60 | Prepared sales analyses for business plan report. |
| 3/23/2006 | L. Hamilton | 2.40 | Prepared cash flow analyses for business plan report. |
| 3/23/2006 | S. Cunningham | 4.50 | Reviewed and prepared analysis of FY 2006 business plan. |
| 3/24/2006 | S. Cunningham | 4.30 | Reviewed comparable performance of peer group Companies versus FY 2006 business plan. |
| 3/24/2006 | L. Hamilton | 4.50 | Prepared foreign currency rate analysis for business plan report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/24/2006 | L. Hamilton | 0.90 | Read and analyzed tax information for business plan report. |
| 3/24/2006 | L. Hamilton | 3.90 | Prepared analysis of sales and EBITDA by division for business plan |
| 3/27/2006 | L. Hamilton | 3.80 | Read and analyzed information regarding sales and EBIT trends for business plan report. |
| 3/27/2006 | S. Cunningham | 5.30 | Reviewed and prepared analysis of FY 2006 business plan. |
| 3/29/2006 | S. Cunningham | 5.00 | Reviewed and prepared analysis of FY 2006 business plan. |
| 3/29/2006 | L. Hamilton | 2.70 | Prepared/updated peer section of business plan report. |
| 3/29/2006 | L. Hamilton | 4.90 | Edited and prepared updates to business plan report. |
| Subtotal | | 281.70 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/3/2006 | M. Desalvio | 0.50 | Retrieved documents from court system for case team member. |
| 1/4/2006 | L. Hamilton | 2.60 | Prepared work plan. |
| 1/4/2006 | E. Ordway | 0.30 | Read counsel's memo regarding BDM Co. relief from stay and responded with my opinions. |
| 1/4/2006 | S. Cunningham | 1.50 | Read and analyzed various pending motions and open case issues. |
| 1/11/2006 | E. Ordway | 1.10 | Prepared outline of key points to address in report to the Committee regarding Bayonne Settlement. |
| 1/11/2006 | L. Hamilton | 6.20 | Read and analyzed information from counsel regarding proposed Bayonne settlement. |
| 1/12/2006 | L. Hamilton | 2.90 | Drafted report regarding Bayonne settlement. |
| 1/13/2006 | E. Ordway | 0.80 | Prepared and edited outline of key points to address in report to the Committee regarding Bayonne Settlement. |
| 1/13/2006 | R. Frezza | 0.80 | Read/edited report regarding the Bayonne Settlement. |
| 1/13/2006 | L. Hamilton | 3.30 | Read and analyzed additional information regarding Bayonne settlement. |
| 1/16/2006 | S. Cunningham | 3.00 | Read and edited analysis of Bayonne settlement. |
| 1/17/2006 | L. Hamilton | 2.60 | Read and analyzed recent court docket items. |
| 1/17/2006 | L. Hamilton | 2.60 | Prepared/updated report regarding Bayonne settlement. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

**Page 13 of 20**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/18/2006 | L. Hamilton | 1.40 | Read and analyzed recent court docket items. |
| 1/18/2006 | L. Hamilton | 4.10 | Prepared summary of January hearing agenda items. |
| 1/19/2006 | L. Hamilton | 1.90 | Read and analyzed court docket items including ZAI filings. |
| 1/19/2006 | M. Desalvio | 1.50 | Obtained 4Q reports on Chemical industry and individual companies for peer group comparisons. |
| 1/20/2006 | E. Ordway | 0.50 | Reviewed summary of January hearing agenda items and directed staff to follow up on certain items. |
| 1/20/2006 | L. Hamilton | 2.20 | Read and analyzed recent court docket items. |
| 1/26/2006 | L. Hamilton | 1.60 | Prepared work plan. |
| 1/27/2006 | E. Ordway | 0.20 | Read counsel's memo regarding motion to retain special counsel. |
| 1/27/2006 | E. Ordway | 0.30 | Read counsel's memo regarding BDM objection. |
| 1/30/2006 | L. Hamilton | 6.30 | Read and summarized information regarding asbestos legislative efforts and Debtors' estimation process. |
| 1/30/2006 | L. Hamilton | 2.30 | Read and analyzed correspondence from counsel regarding hearing agenda issues including BDM claim, Bayonne settlement and Bear Stearns' retention. |
| 1/31/2006 | L. Hamilton | 2.00 | Read and summarized information regarding Debtors' asbestos estimation process. |
| 2/1/2006 | L. Hamilton | 3.20 | Read and summarized information regarding ZAI issues. |
| 2/1/2006 | L. Hamilton | 6.10 | Read and summarized information regarding PI Estimation issues. |
| 2/2/2006 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding property damage claims. |
| 2/2/2006 | E. Ordway | 0.20 | Read and analyzed counsel's memo regarding post-petition personal injury lawsuits. |
| 2/3/2006 | L. Hamilton | 2.70 | Read and summarized information regarding PI estimation issues. |
| 2/3/2006 | L. Hamilton | 2.10 | Prepared work plan. |
| 2/3/2006 | E. Ordway | 0.40 | Read and analyzed information regarding personal injury claims. |
| 2/6/2006 | L. Hamilton | 0.80 | Prepared/distributed updated report regarding PI/PD estimation process. |
| 2/8/2006 | L. Hamilton | 2.80 | Read and analyzed information from Debtors regarding proposed insurance settlement. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 2/9/2006 | L. Hamilton | 2.10 | Analyzed information in disclosure statement regarding insurance settlements and compared to proposed Lloyd's settlement. |
| 2/13/2006 | M. Desalvio | 1.00 | Retrieved most recent Plan & Disclosure Statement exhibits from court system. |
| 2/14/2006 | M. Desalvio | 1.50 | Retrieved latest Chemical Industry reports. |
| 2/15/2006 | L. Hamilton | 0.40 | Read and analyzed information regarding interest rates from counsel. |
| 2/15/2006 | L. Hamilton | 1.40 | Prepared work Plan. |
| 2/16/2006 | L. Hamilton | 1.10 | Prepared questions regarding various case issues for Blackstone. |
| 2/16/2006 | L. Hamilton | 1.20 | Prepared updated workplan. |
| 2/16/2006 | L. Hamilton | 3.10 | Read and analyzed various documents from counsel regarding Lloyd's settlement. |
| 2/17/2006 | L. Hamilton | 2.40 | Prepared updated information request for Blackstone regarding various case issues. |
| 2/21/2006 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding proposed revisions to Debtor's cash management. |
| 2/23/2006 | L. Hamilton | 1.40 | Analyzed and prepared follow-up questions regarding Bowe & Fernicola retention motion. |
| 2/23/2006 | L. Hamilton | 1.50 | Analyzed and prepared follow-up questions regarding Latham & Watkins retention motion. |
| 2/23/2006 | L. Hamilton | 2.20 | Read and analyzed ART JV motion. |
| 2/24/2006 | L. Hamilton | 1.10 | Read and analyzed correspondence from counsel and recently filed motions. |
| 2/24/2006 | R. Frezza | 1.10 | Read/edited ART JV and Bear Stearn reports to the Committee. |
| 2/24/2006 | E. Ordway | 0.30 | Read counsel's correspondence regarding court findings regarding calendar, exclusivity and case management issues. |
| 2/27/2006 | S. Cunningham | 3.30 | Read and analyzed information regarding DIP and ART JV motions. |
| 2/28/2006 | S. Cunningham | 2.10 | Read and analyzed information regarding DIP and ART JV motions. |
| 3/1/2006 | M. Desalvio | 0.50 | Distributed exhibits to Disclosure Statements to case team members. |
| 3/1/2006 | S. Cunningham | 2.50 | Read and analyzed DIP and ART motions and provided guidance to staff for followup. |
| 3/2/2006 | L. Hamilton | 0.30 | Prepared commentary regarding Bayonne settlement. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

**Page 15 of 20**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/2/2006 | L. Hamilton | 2.40 | Read and analyzed DIP fee information. |
| 3/2/2006 | L. Hamilton | 1.10 | Updated information requests to Blackstone. |
| 3/2/2006 | M. Desalvio | 1.00 | Located and distributed Chemical industry 10K's for 2005 for case team members. |
| 3/3/2006 | E. Ordway | 1.10 | Analyzed motion to extend DIP financing. |
| 3/3/2006 | S. Cunningham | 4.00 | Read and reviewed historical performance of ART JV and reviewed recent DIP comparable transaction data. |
| 3/5/2006 | L. Hamilton | 1.80 | Read and analyzed DIP fee information. |
| 3/6/2006 | S. Cunningham | 4.20 | Read DIP motion and reviewed comparable DIP fees in recent bankruptcies. |
| 3/6/2006 | L. Hamilton | 2.90 | Prepared DIP and ART JV report to the Committee. |
| 3/6/2006 | L. Hamilton | 3.10 | Analyzed DIP materials prepared by Debtors' advisors and DIP motion filed by Debtors. |
| 3/7/2006 | L. Hamilton | 3.70 | Prepared additional analyses and updated report to the Committee regarding DIP and ART JV. |
| 3/7/2006 | S. Cunningham | 3.00 | Read and edited DIP and Art JV recommendation report to the Committee. |
| 3/8/2006 | E. Ordway | 0.20 | Read counsel's memo regarding retention of professionals. |
| 3/8/2006 | E. Ordway | 0.80 | Read and analyzed memo from counsel regarding Libby claimants issue. |
| 3/8/2006 | E. Ordway | 2.90 | Prepared/edited report to the Committee regarding DIP extension. |
| 3/13/2006 | L. Hamilton | 1.10 | Analyzed 2005 insurance settlements and prepared follow-up questions for Blackstone. |
| 3/15/2006 | M. Desalvio | 2.50 | Obtained and distributed economic forecast data for case team members. |
| 3/16/2006 | M. Desalvio | 1.50 | Obtained and distributed monthly reports on Specialty Chemicals industry for case team members. |
| 3/17/2006 | M. Desalvio | 0.50 | Obtained and distributed 10K and recent 8K's and analysts reports for case team members. |
| 3/20/2006 | M. Desalvio | 1.50 | Obtained and distributed 10K and recent 8K's and analysts reports for case team members. |
| 3/22/2006 | M. Desalvio | 1.50 | Obtained and distributed updates to Foreign Exchange reports from Wachovia & Citicorp for case team members. |
| 3/22/2006 | L. Hamilton | 0.90 | Read and analyzed various court docket items. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

**Page 16 of 20**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/24/2006 | L. Hamilton | 1.00 | Read and analyzed information regarding Lloyd's insurance settlement. |
| 3/27/2006 | L. Hamilton | 2.40 | Read and analyzed information regarding 2006-2007 pension funding. |
| 3/28/2006 | L. Hamilton | 4.60 | Prepared report to the Committee regarding pension funding. |
| 3/28/2006 | S. Cunningham | 5.00 | Reviewed pension issues and funding request. |
| 3/28/2006 | L. Hamilton | 2.40 | Read and analyzed information regarding pension motion. |
| 3/28/2006 | L. Hamilton | 1.00 | Prepared follow-up questions regarding pension motion. |
| 3/29/2006 | L. Hamilton | 0.40 | Read and analyzed correspondence from counsel. |
| Subtotal | | 160.60 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/11/2006 | L. Hamilton | 1.10 | Read and analyzed Owens-Corning plan and disclosure statement and compared terms to WRG POR. |
| 1/13/2006 | L. Hamilton | 1.20 | Continued to compare terms and asbestos claims treatment information in O-C POR. |
| 1/19/2006 | L. Hamilton | 5.60 | Prepared schedules summarizing key aspects of OC Plan, including treatment of asbestos claims, in comparison to WRG POR. |
| 1/20/2006 | L. Hamilton | 5.80 | Prepared schedules summarizing key aspects of OC, USG and WRG plans, including treatment of asbestos claims. |
| 1/20/2006 | E. Ordway | 1.20 | Read, analyzed and edited summary of the key aspects of other POR's. |
| 1/23/2006 | L. Hamilton | 2.00 | Prepared schedules summarizing key aspects of OC, USG and WRG plans, including treatment of asbestos claims. |
| 1/24/2006 | L. Hamilton | 5.50 | Prepared schedules summarizing key aspects of OC, USG and WRG plans, including treatment of asbestos claims. |
| 1/25/2006 | L. Hamilton | 5.50 | Prepared schedules summarizing asbestos trust operations under various plans. |
| 1/25/2006 | L. Hamilton | 2.50 | Prepared schedules summarizing asbestos trust operations under various plans. |
| 1/26/2006 | L. Hamilton | 6.40 | Prepared schedules summarizing key aspects of OC, USG and WRG plans, including treatment of asbestos claims. |
| 1/31/2006 | L. Hamilton | 6.50 | Read and analyzed information regarding impact of latest proposed legislation on Debtors' POR. |
| 2/2/2006 | R. Frezza | 0.40 | Read and analyzed Consensual Plan Restructure memo prepared by |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/2/2006 | L. Hamilton | 3.30 | Read and analyzed proposed Plan structure document. |
| 2/2/2006 | L. Hamilton | 2.70 | Prepared/updated information regarding impact of recent proposed legislation on Debtors' Plan. |
| 2/2/2006 | R. Frezza | 0.50 | Read and analyzed information regarding FAIR Act impacts. |
| 2/3/2006 | E. Ordway | 1.10 | Prepared analysis of proposed consensual plan based on Debtors' outline. |
| 2/3/2006 | L. Hamilton | 2.10 | Read and analyzed proposed Plan structure document and compared to previous version of Plan. |
| 2/3/2006 | E. Ordway | 0.80 | Read and analyzed outline from Debtors' regarding consensual plan. |
| 2/6/2006 | L. Hamilton | 1.10 | Prepared/distributed updated report regarding legislative actions and effects on Debtors' proposed Plan structure. |
| 2/6/2006 | L. Hamilton | 6.20 | Prepared analysis of OC Plan and compared to POR structure proposed by the Committee. |
| 2/7/2006 | L. Hamilton | 1.80 | Read and analyzed disclosure statement and compared to new Plan structure. |
| 2/7/2006 | E. Ordway | 1.60 | Read and analyzed revised Disclosure Statement and noted items for staff to investigate. |
| 2/7/2006 | L. Hamilton | 0.90 | Prepared analysis of OC Plan and compared to POR structure proposed by the Committee. |
| 2/8/2006 | L. Hamilton | 3.60 | Read and analyzed disclosure statement and updated POR model. |
| 2/8/2006 | E. Ordway | 0.90 | Directed staff in updating POR model based on revised Disclosure Statement claim data. |
| 2/9/2006 | L. Hamilton | 1.60 | Read and analyzed disclosure statement and updated POR model. |
| 2/11/2006 | L. Hamilton | 2.60 | Read and analyzed POR claims data and prepared update request to Blackstone. |
| 2/12/2006 | L. Hamilton | 2.00 | Continued to prepare update request to Blackstone. |
| 2/13/2006 | E. Ordway | 0.80 | Read and analyzed D. Bernick's letter to PI Committee regarding settlement issues. |
| 2/13/2006 | L. Hamilton | 5.10 | Prepared summary of USG asbestos agreement and analyzed in context of Debtors' POR. |
| 2/14/2006 | L. Hamilton | 2.80 | Read and analyzed Debtors' case status report. |
| 2/14/2006 | L. Hamilton | 1.10 | Read and analyzed K&E correspondence regarding proposed Plan structure. |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Fee Application**

**Page 18 of 20**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 2/14/2006 | L. Hamilton | 1.90 | Prepared summary of USG asbestos agreement and contrasted terms to Debtors' plan. |
| 2/15/2006 | E. Ordway | 0.60 | Read counsel's correspondence regarding co-proponent issues. |
| 2/17/2006 | L. Hamilton | 1.00 | Read counsel's letter regarding coproponency and discussed comments with counsel. |
| 2/21/2006 | E. Ordway | 0.70 | Read and analyzed proposed letter to Debtors' regarding plan proponent. |
| 2/23/2006 | L. Hamilton | 0.40 | Read and analyzed coproponency document prepared by counsel. |
| 2/24/2006 | E. Ordway | 0.70 | Reviewed resumes for mediator appointment and summarized thoughts on same. |
| 2/24/2006 | E. Ordway | 0.40 | Read and analyzed revised co-proponent memorandum. |
| 3/1/2006 | E. Ordway | 0.20 | Read counsel's memo regarding mediator. |
| 3/3/2006 | L. Hamilton | 0.70 | Summarized co-proponency issues. |
| 3/21/2006 | E. Ordway | 0.70 | Read counsel's memo on mediation matters. |
| Subtotal | | 93.60 | |

26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 1/9/2006 | L. Hamilton | 0.50 | Discussed status of case issues with Blackstone. |
| 2/15/2006 | R. Frezza | 0.80 | Participated in call with Blackstone regarding status of Omega, reaction to K&E letter proposal, Plan meeting and other matters. |
| 2/22/2006 | L. Hamilton | 1.70 | Prepared for conference call with Debtors and their advisors. |
| 2/22/2006 | L. Hamilton | 0.60 | Discussed claims balances with Blackstone and Debtors. |
| 2/24/2006 | R. Frezza | 5.50 | Prepared for and attended Debtors' 2005 Performance and 2006 Plan presentation. |
| 2/24/2006 | L. Hamilton | 5.50 | Prepared for and participated in meeting with Debtors and advisors regarding 2006 business Plan. |
| 2/24/2006 | S. Cunningham | 5.50 | Prepared for and participated in review of FY 2006 Plan with Debtors' management. |
| 3/2/2006 | L. Hamilton | 0.50 | Discussed retention motions and other case issues with Blackstone. |
| 3/3/2006 | L. Hamilton | 0.30 | Participated in conference call with Blackstone and Debtors regarding professional retention motion. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/7/2006 | L. Hamilton | 1.30 | Prepared for call with Debtors regarding ART JV. |
| 3/7/2006 | L. Hamilton | 0.40 | Participated in call with Debtors regarding ART JV. |
| Subtotal | | 22.60 | |
| **Total Hours** | | **957.20** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Expense Detail
### For the Period 1/1/2006 through 3/31/2006

| Date | Professional | Detail | Amount |
|------|------|------|------|
| Airfare/Train | | | |
| 2/23/2006 | Hamilton, L | Airfare - business plan meeting | $201.60 |
| Subtotal - Airfare/Train | | | $201.60 |
| Auto Rental/Taxi | | | |
| 2/23/2006 | Hamilton, L | taxi to/from Logan  - business plan meeting | $40.00 |
| 2/24/2006 | Hamilton, L | taxi to/from BWI  - business plan meeting | $73.00 |
| Subtotal - Auto Rental/Taxi | | | $113.00 |
| Copies | | | |
| 1/31/2006 | Capstone Expenses | Copies for month of January | $61.05 |
| Subtotal - Copies | | | $61.05 |
| Faxes | | | |
| 1/31/2006 | Capstone Expenses | Faxes for month of January | $26.25 |
| 2/28/2006 | Capstone Expenses | February faxes | $21.25 |
| Subtotal - Faxes | | | $47.50 |
| Hotel | | | |
| 2/23/2006 | Cunningham, S | Attend management meeting in Columbia | $338.03 |
| 2/23/2006 | Frezza, R | Site Visit | $306.83 |
| 2/23/2006 | Hamilton, L | Hotel - business plan meeting | $207.35 |
| Subtotal - Hotel | | | $852.21 |
| March copies -  786 @ .15 each | | | |
| 3/31/2006 | Capstone Expenses | Copies | $117.90 |
| Subtotal - March copies -  786 @ .15 each | | | $117.90 |
| March faxes -  7 @ 1.00 each | | | |

**Capstone Advisory Group, LLC**
**Invoice for the Ninth Quarterly Fee**

Page 1 of 3

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| 3/31/2006 | Capstone Expenses | Faxes | $7.00 |
| Subtotal - March faxes -  7 @ 1.00 each | | | $7.00 |
| March phone - Saddle Brook Office | | | |
| 3/31/2006 | Capstone Expenses | Telecom Charges | $576.09 |
| Subtotal - March phone - Saddle Brook Office | | | $576.09 |
| March scans -  317 @ 1.00 each | | | |
| 3/31/2006 | Capstone Expenses | Scans | $317.00 |
| Subtotal - March scans -  317 @ 1.00 each | | | $317.00 |
| Meals - Billable | | | |
| 2/23/2006 | Cunningham, S | Team Dinner | $290.77 |
| 2/23/2006 | Hamilton, L | meals  - business plan meeting | $24.21 |
| 2/24/2006 | Hamilton, L | meals  - business plan meeting | $8.78 |
| Subtotal - Meals - Billable | | | $323.76 |
| Mileage | | | |
| 2/24/2006 | Cunningham, S | Travel to Company | $160.20 |
| Subtotal - Mileage | | | $160.20 |
| Postage/FedEx | | | |
| 1/9/2006 | Capstone Expenses | FedEx Inv#3-280-90794 | $10.92 |
| 2/13/2006 | Capstone Expenses | Fed Ex Invoice # 3-342-04276 | $17.04 |
| Subtotal - Postage/FedEx | | | $27.96 |
| Research | | | |
| 1/31/2006 | Capstone Expenses | Pacer Quarterly bill | $111.44 |
| Subtotal - Research | | | $111.44 |
| Scans | | | |
| 1/31/2006 | Capstone Expenses | Scans for month of January | $154.00 |
| 2/28/2006 | Capstone Expenses | February scans | $154.00 |

**Capstone Advisory Group, LLC**            **Page 2 of 3**
**Invoice for the Ninth Quarterly Fee**

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| Subtotal - Scans | | | $308.00 |
| Telecom | | | |
| 2/28/2006 | Capstone Expenses | February Phone | $516.63 |
| Subtotal - Telecom | | | $516.63 |
| Telecom Charges | | | |
| 1/31/2006 | Capstone Expenses | January Telecom | $267.35 |
| Subtotal - Telecom Charges | | | $267.35 |
| **For the Period 1/1/2006 through 3/31/2006** | | | $4,008.69 |

Capstone Advisory Group, LLC                                Page 3 of 3
Invoice for the Ninth Quarterly Fee

**NINTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH MARCH 31, 2006)**

## APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amendment to the Administrative Order effective April 17, 2002 (the "Amendment") and Del.Bankr.LR 2016-2, Capstone Advisory Group, LLC ("Capstone"), Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the "Debtors"), hereby applies for an order allowing it (i) compensation in the amount of $400,702.00 for professional services rendered by Capstone as financial advisors for the Committee, less $0.00 previously paid, and (ii) reimbursement for the actual and necessary expenses incurred by Capstone in rendering such services in the amount of $4,008.69 less $0.00 previously paid, (the "Ninth Quarterly Fee Application"), in each case for the interim quarterly period from January 1, 2006 through March 31, 2006 (the "Fee Period"). In support of this Application, Capstone respectfully states as follows:

**Monthly Interim Fee Applications Covered Herein**

1. Pursuant to the procedures set forth in the Administrative Fee Order and Amendment, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application"), and the notice parties listed in the Administrative Fee Order and Amendment may object to such request. If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2. Furthermore, and also pursuant to the Administrative Fee Order and Amendment, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

3. Pursuant to an Application submitted to the Court on or about February 20, 2004, and by a Court order dated June 8, 2004 (the "Retention Order"), Capstone was retained as financial advisors for the Committee, nunc pro tunc to February 4, 2004.

4. Capstone, which was formed by former employees of FTI, was retained by the Committee instead and in place of FTI Consulting Inc. ("FTI").   FTI continues to be retained by the Committee in a limited advisory capacity.

5. Since its retention, Capstone has continuously and vigorously pursued the Committee's interests in these cases.

6. Capstone is a firm of financial advisors specializing in insolvency restructuring and related matters.  Since being retained by the Committee, Capstone has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates.   Capstone respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

7. This is the Ninth Quarterly Fee Application for compensation for services rendered that Capstone has filed with the Bankruptcy Court in connection with the representation of the Committee in these chapter 11 cases.

8. Capstone has filed the following Monthly Fee Applications for interim compensation during the Fee Period:

      a. Twenty-fourth application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from January 1, 2006 through January 31, 2006, filed on or about March 21, 2006 (the "Twenty-fourth Fee Application") attached hereto as Exhibit II.

      b. Twenty-fifth application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from February 1, 2006 through February 28, 2006, filed on or about April 21, 2006 (the "Twenty-fifth Fee Application") attached hereto as Exhibit III.

     c.  Twenty-sixth application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from March 1, 2006 through March 31, 2006, filed on or about May 9, 2006, (the "Twenty-sixth Fee Application") attached hereto as <u>Exhibit IV</u>.

Capstone has not filed any other Quarterly Fee Applications or Monthly Fee Applications for the Fee Period.

<b><u>Description of Services, Fees and Expenses</u></b>

9.  During the Ninth Quarterly Interim Period, the Applicant rendered professional services aggregating a total of 957.20 hours in the discharge of its duties as financial advisor and bankruptcy consultant to the Committee. The Applicant is seeking an interim allowance for compensation of professional services rendered to the Debtors of $400,702.00, representing 100% of fees incurred, and reimbursement of expenses in connection therewith of $4,008.69. The Applicant, respectfully, submits the following:

     a)  The Applicant believes that the interim fees applied for herein for professional services rendered in performing accounting and advisory services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained.

     b)  All expenses were billed at actual cost, exclusive of amortization of the cost of investment, equipment or capital outlay. Internal charges for outgoing out-of-town facsimile transmissions were billed at $1.00 per page for domestic transmissions. Photocopy charges were billed at actual cost for external copying and $.15 per page for internal copying. Capstone believes that these charges reflect its actual out-of-pocket costs.

     c)  The disbursements and expenses have been incurred in accordance with Capstone's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses were often incurred to enable Capstone to devote time beyond normal office hours to matters that imposed

extraordinary time demands.   Capstone has endeavored to minimize these expenses to the fullest extent possible.

d) Capstone expended an aggregate of 957.20 hours, substantially all of which was expended by the professional staff of Capstone.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The staff of the Debtors or their advisors has been utilized where practical and prudent.

e) Capstone's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost. In addition, Capstone's per diem rates for professionals of comparable experience are 10% to 20% lower than its competitors, the "Big-Four" accounting firms and certain other nationally-recognized specialty firms.

f) Because Capstone's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum.  Additionally, because of the experience of Capstone's professionals, in many instances only one or two Capstone representatives attended meetings or conference calls or performed specific functions.

g) Edwin N. Ordway, Jr., a senior member of the firm in charge of this case, directed the activities of the Capstone team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h) To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i) Capstone's travel time policy is for professional personnel to travel outside of business hours when possible.   Such time is not charged to a client unless productive work is performed during the travel period.  In this engagement, non-productive travel time is not being charged to the Debtors.

j) In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service.  In charging for a particular service, Capstone does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.   In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, Capstone requests reimbursement only for the amount billed to Capstone by such third party vendor and paid by Capstone to that vendor.

k) Annexed hereto as Attachment B are summaries of fees and hours by professional and by task during the Ninth Quarterly Interim Period, as well as a summary of expenses for the Ninth Quarterly Period.

l) Annexed hereto as Exhibit II, Exhibit III and Exhibit IV are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

m) Pursuant to Rule 2016, Capstone states that no compensation to be received in this proceeding will be shared with any person or entity outside of Capstone and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by Capstone on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

n) As stated in the Affidavit of Edwin N. Ordway, Jr., annexed hereto as Exhibit I, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

10. The detail of services provided by Capstone during the Fee Period is included in the monthly fee applications attached as Exhibit II, Exhibit III and Exhibit IV.  A summary of the services provided by Capstone during the Fee Period is provided in Attachment B.

**Relief Requested**

11. By this Ninth Quarterly Fee Application, Capstone requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Capstone for the Fee Period, and as detailed in the January to March Monthly Applications, less the amounts previously paid to Capstone pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1]  As stated above, the full

---

[1]    Capstone reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the January through March 2006 period that are not otherwise included in the relevant January through March Monthly Applications.

scope of services provided and the related expenses incurred are fully described in the January through March Monthly Applications, which are attached hereto as Exhibits II, III and IV.

### Disinterestedness

12. As disclosed in the affidavit of Edwin N. Ordway, Jr., (the "Affidavit") Capstone does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

13. Capstone may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases. Capstone disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. Capstone will provide supplemental Affidavits when necessary and when Capstone becomes aware of material new information.

WHEREFORE, Capstone respectfully requests that the Court enter an order, substantially in the form attached hereto,

a) granting Capstone an allowance of (i) $400,702.00 as compensation for reasonable and necessary professional services rendered to the Committee, less $0.00 previously paid, and (ii) of $4,008.69 for reimbursement of actual and necessary costs and expenses incurred, less $0.00 previously paid, for a net total of $404,710.69 owing and unpaid, or the Fee Period from January 1, 2006 through March 31, 2006;

b) authorizing and directing the Debtors to pay to Capstone the outstanding amount of such sums; and

c) granting such other and further relief as this Court may deem just and proper.

Date: <u>May 10, 2006</u>                     Capstone Advisory Group, LLC

                                          By

                                             Edwin N. Ordway, Jr.

                                          Capstone Advisory Group, LLC
                                          Park 80 West, Plaza I
                                          Saddle Brook, NJ  07663
                                          (201) 587-7100

41

## Index to Exhibits

**Exhibit I**    **Affidavit**

**Exhibit II**    **Fee Application for the Period January 1, 2006 – January 31, 2006**

**Exhibit III**    **Fee Application for the Period February 1, 2006 – February 28, 2006**

**Exhibit IV**    **Fee Application for the Period March 1, 2006 – March 31, 2006**