## Exhibit III

**Fee Application for the period**

**February 1, 2006 through February 28, 2006**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re                                          )     Chapter 11
                                               )
W. R. Grace & Co. et al.[1];                   )     Case No. 01-01139 (JKF)
                                               )     Jointly Administered
              Debtors.                         )

**Objection Deadline:**
**May 10, 2006 at 4:00 p.m.**
**Hearing date: To be scheduled only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Twenty-Fifth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from February 1, 2006 through February 28, 2006 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $139,133.20, representing 80% of $173,916.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $2,359.69.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 10, 2006 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

Dated: April 20, 2006
　　　Wilmington, DE

<strong>RESPECTFULLY SUBMITTED,</strong>

<strong>/s/Richard W. Riley</strong>
Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. 4052
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:　(302) 657-4900
Facsimile:　(302) 657-4901
E-mail:　　mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:　(973) 424-2000
Facsimile:　(973) 424-2001
E-mail:　　wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:　(212) 806-5400
Facsimile:　(212) 806-6006
E-mail:　　lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------x

In re:                                              Chapter 11

W.R. GRACE & Co., et al.,                  Case No.  01-01139 (JKF)
                                                    (Jointly Administered)

                    Debtors

TWENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc  to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | February 1, 2006 through February 28, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $173,916.50): | $ 139,133.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $  2,359.69 |
| Total Amount Due: | $ 141,492.89 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 15.40 hours and corresponding compensation requested is approximately $3,727.50.

This is the Twenty-fifth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

TWENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006)

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

TWENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

TWENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

TWENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 2/1/06 through 2/28/06**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $555 | 19.90 | $11,044.50 |
| S. Cunningham | Member | $530 | 61.70 | $32,701.00 |
| R. Frezza | Consultant | $450 | 141.30 | $63,585.00 |
| L. Hamilton | Consultant | $365 | 179.60 | $65,554.00 |
| M. Desalvio | Research | $150 | 2.50 | $375.00 |
| J. Woods | Paraprofessional | $90 | 7.30 | $657.00 |
| **For the Period 2/1/06 through 2/28/06** | | | **412.30** | **$173,916.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 2/1/06 through 2/28/06**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information provided by Debtors and corresponded with counsel regarding a pending acquisition. | 16.50 | $7,684.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed revised claims information and prepared updated recovery analyses and interest rate scenarios. | 26.70 | $11,783.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues with counsel and Committee members, including interest rate calculations, 2005 results of operations, FAIR Act impacts, Bear Stearns retention and potential acquisitions. | 15.10 | $6,407.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for December and January, as well as a quarterly fee application. | 15.40 | $3,727.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed various information provided by the Debtors as well as industry data regarding Q4 and FY2005 results of operations. Schedules were prepared including comparisons of results to prior year and plan, and analyses preformed including gross margin and peer group trends, for inclusion in a report to the Committee. | 109.60 | $47,784.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant read and analyzed information provided by the Debtors Regarding the 2006 business plan. Operational data was analyzed and summarized in preparation for a meeting with the Debtors and their advisors concerning the new plan. Numerous analyses were prepared for inclusion in a report to the Committee regarding the business plan. | 114.40 | $50,967.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read, analyzed and/or prepared reports regarding the PI estimation process, ZAI issues, a proposed insurance Settlement, legal services retention issues, ART JV funding, DIP renewal and Bear Stearns retention. | 46.30 | $17,669.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding the FAIR Act impacts, and a proposed plan structure. We also updated a POR model, incorporating new claims information provided by Debtors' advisors. In addition, we analyzed information regarding plan co-proponency issues and Debtors' case status report. | 48.70 | $19,296.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant discussed various case issues with the Debtors and their advisors. In addition, we attended the Debtors presentation of the 2006 business plan. | 19.60 | $8,597.00 |
| **For the Period 2/1/06 through 2/28/06** | | **412.30** | **$173,916.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Detailed Time Description by Task Code
### For the Period 2/1/2006 through 2/28/2006

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Acquisitions** | | | |
| 2/2/2006 | R. Frezza | 0.20 | Participated in discussion regarding the Omega acquisition. |
| 2/6/2006 | L. Hamilton | 0.90 | Read and analyzed materials distributed by Blackstone regarding Omega acquisition. |
| 2/6/2006 | E. Ordway | 0.90 | Read data regarding proposed acquisition and listed steps for staff to investigate. |
| 2/6/2006 | R. Frezza | 3.20 | Read and analyzed Omega materials provided by the Debtors. |
| 2/7/2006 | L. Hamilton | 1.20 | Prepared follow-up questions regarding Omega acquisition. |
| 2/7/2006 | S. Cunningham | 4.00 | Read and analyzed information related to Omega acquisition. |
| 2/7/2006 | R. Frezza | 2.10 | Read and analyzed Omega materials provided by the Debtors. |
| 2/7/2006 | L. Hamilton | 1.80 | Read and analyzed information from Blackstone regarding Omega |
| 2/8/2006 | S. Cunningham | 2.20 | Read and analyzed acquisition information. |
| Subtotal | | 16.50 | |
| **03. Claims Analysis & Valuation** | | | |
| 2/6/2006 | E. Ordway | 1.80 | Prepared/edited report regarding claims status and proposed process to |
| 2/13/2006 | L. Hamilton | 1.10 | Analyzed updated claims information from Blackstone. |
| 2/14/2006 | L. Hamilton | 3.20 | Prepared/edited schedules analyzing recovery under various scenarios. |
| 2/14/2006 | L. Hamilton | 1.00 | Read and analyzed updated claims information from Blackstone. |
| 2/15/2006 | R. Frezza | 2.10 | Prepared updated interest calculations. |
| 2/15/2006 | L. Hamilton | 1.50 | Updated asbestos claims scenarios and recovery schedules. |
| 2/15/2006 | E. Ordway | 1.50 | Revised claims analysis based on updated information. |
| 2/15/2006 | R. Frezza | 5.60 | Prepared revised asbestos claim scenarios based on K&E Letter proposal and other scenarios . |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/16/2006 | R. Frezza | 3.80 | Updated asbestos claim scenarios analysis. |
| 2/17/2006 | R. Frezza | 2.80 | Updated asbestos scenarios based on counsel feedback. |
| 2/17/2006 | R. Frezza | 2.30 | Refined asbestos claim analysis. |
| Subtotal | | 26.70 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/1/2006 | L. Hamilton | 0.10 | Discussed upcoming Committee conference call with counsel. |
| 2/2/2006 | L. Hamilton | 0.60 | Discussed topics pertaining to Committee call with counsel. |
| 2/2/2006 | L. Hamilton | 0.20 | Corresponded with counsel and case team members regarding upcoming Committee call. |
| 2/3/2006 | E. Ordway | 1.00 | Participated in Committee conference call to discuss POR proposal. |
| 2/3/2006 | L. Hamilton | 1.00 | Participated in conference call with the Committee. |
| 2/3/2006 | R. Frezza | 2.40 | Prepared for and participated in Committee conference call regarding proposed Plan structure. |
| 2/8/2006 | L. Hamilton | 0.40 | Discussed proposed insurance settlement and other case issues with |
| 2/16/2006 | L. Hamilton | 3.00 | Prepared materials for use in Committee conference call. |
| 2/16/2006 | R. Frezza | 1.30 | Discussed preliminary analysis of Value Distribution with counsel in preparation for more detailed discussion with Committee members. |
| 2/16/2006 | R. Frezza | 3.10 | Prepared for and participated in Committee call. |
| 2/17/2006 | L. Hamilton | 0.50 | Participated in call with counsel regarding recovery scenarios. |
| 2/17/2006 | R. Frezza | 1.50 | Prepared for and participated in detail discussion with counsel regarding asbestos claim scenarios. |
| Subtotal | | 15.10 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/1/2006 | J. Woods | 0.80 | Prepared fee application. |
| 2/7/2006 | E. Ordway | 0.30 | Prepared fee application. |
| 2/7/2006 | L. Hamilton | 1.30 | Prepared December fee application. |
| 2/8/2006 | L. Hamilton | 1.20 | Prepared December fee application. |

Capstone Advisory Group, LLC
Invoice for the February Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/9/2006 | L. Hamilton | 2.10 | Prepared December fee application. |
| 2/16/2006 | L. Hamilton | 0.60 | Prepared December fee application. |
| 2/17/2006 | L. Hamilton | 1.40 | Prepared January fee application. |
| 2/20/2006 | J. Woods | 0.60 | Prepared fourth quarter fee application. |
| 2/21/2006 | J. Woods | 0.60 | Prepared fee application. |
| 2/22/2006 | J. Woods | 1.70 | Prepared fee application. |
| 2/22/2006 | L. Hamilton | 0.90 | Prepared January fee application. |
| 2/23/2006 | J. Woods | 2.80 | Prepared fee application. |
| 2/24/2006 | J. Woods | 0.80 | Prepared fee application. |
| 2/28/2006 | E. Ordway | 0.30 | Prepared/edited response to fee auditor. |
| Subtotal | | 15.40 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/2/2006 | L. Hamilton | 2.20 | Prepared summary of Q4 results reported in Debtors' press release. |
| 2/3/2006 | L. Hamilton | 1.10 | Prepared summary of Q4 results reported in Debtors' press release. |
| 2/6/2006 | R. Frezza | 1.50 | Read and analyzed Q4 05 financial data. |
| 2/6/2006 | S. Cunningham | 4.50 | Read and analyzed year end financial package and schedules. |
| 2/7/2006 | R. Frezza | 3.80 | Read and analyzed Q4 05 financial data. |
| 2/8/2006 | S. Cunningham | 2.30 | Read and analyzed information regarding year end results. |
| 2/9/2006 | S. Cunningham | 4.30 | Read and analyzed year end financial package and schedules. |
| 2/9/2006 | R. Frezza | 4.10 | Prepared summary analyses of Q4 05 financial data. |
| 2/10/2006 | R. Frezza | 3.20 | Analyzed Q4 05 peer company financial data. |
| 2/11/2006 | L. Hamilton | 3.40 | Prepared summary P&L schedules for use in Q4 report to the Committee. |
| 2/13/2006 | E. Ordway | 1.50 | Read and analyzed December financial results and listed issues for staff to investigate. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/13/2006 | L. Hamilton | 1.80 | Prepared summary balance sheet schedules for use in Q4 report to the Committee. |
| 2/13/2006 | R. Frezza | 4.10 | Read and analyzed Q4 05 financial data. |
| 2/13/2006 | S. Cunningham | 4.20 | Prepared analysis for year 2005 results vs. plan and prior year. |
| 2/14/2006 | R. Frezza | 3.10 | Continued review and analysis of Q4 05 financial data. |
| 2/14/2006 | S. Cunningham | 4.30 | Prepared analysis for year 2005 results vs. plan and prior year. |
| 2/15/2006 | E. Ordway | 0.80 | Directed staff in preparing 4th Quarter performance report. |
| 2/15/2006 | S. Cunningham | 4.40 | Prepared analysis for year 2005 results vs. plan and prior year. |
| 2/15/2006 | L. Hamilton | 4.30 | Prepared summary cash flow schedules for use in Q4 report to the |
| 2/15/2006 | L. Hamilton | 3.40 | Prepared Q4 report outline. |
| 2/17/2006 | L. Hamilton | 3.70 | Updated Q4 P&L and balance sheet analyses. |
| 2/20/2006 | R. Frezza | 5.50 | Read analysts' quarterly earnings reports and updated Q4 and YTD Peer |
| 2/20/2006 | L. Hamilton | 3.60 | Prepared foreign currency analysis for Q4 report. |
| 2/20/2006 | L. Hamilton | 2.60 | Prepared analysis of Q4 energy prices and impacts on Q4 gross margin. |
| 2/20/2006 | L. Hamilton | 1.10 | Prepared analysis of cash flow items for Q4 report. |
| 2/20/2006 | L. Hamilton | 2.70 | Prepared gross margin analysis for Q4 report. |
| 2/21/2006 | L. Hamilton | 3.20 | Read and analyzed information prepared by the Debtors regarding 2005 results of operations. |
| 2/21/2006 | R. Frezza | 6.60 | Prepared peer analysis based on analysis of competitor analysts' reports and earnings announcements. |
| 2/22/2006 | R. Frezza | 1.90 | Continued industry research and review of analyst reports on peer earnings reports. |
| 2/27/2006 | L. Hamilton | 3.90 | Prepared comparative analyses for Q4 and full year versus prior year. |
| 2/27/2006 | L. Hamilton | 4.40 | Prepared comparative analyses for Q4 and full year versus Plan. |
| 2/27/2006 | L. Hamilton | 3.70 | Prepared 5 year CAGR analysis for Q4 report. |
| 2/27/2006 | R. Frezza | 3.10 | Prepared summary of industry research analyst reports on peer earnings. |
| 2/28/2006 | E. Ordway | 1.30 | Analyzed major variances to plan regarding 4th Quarter cash flow. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 109.60 | |

**09. Financial Analysis - Business Plan**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/2/2006 | R. Frezza | 1.40 | Prepared for Business Plan presentation meeting with Debtors. |
| 2/6/2006 | R. Frezza | 3.40 | Prepared format for Plan 2006 report to the Committee. |
| 2/7/2006 | R. Frezza | 3.10 | Prepared format for Plan 2006 report to the Committee. |
| 2/8/2006 | R. Frezza | 2.30 | Read and analyzed information regarding trends in USD/Euro currency; world GDP data and other market factors. |
| 2/8/2006 | R. Frezza | 5.80 | Read and analyzed information regarding current trends in specialty chemicals industry as well as natural gas cost projections. |
| 2/13/2006 | R. Frezza | 5.20 | Continued review of analyst reports including Specialty Chemicals Monthly, Trends in Natural Gas and Chemical Industry Outlook. |
| 2/14/2006 | R. Frezza | 6.60 | Continued review of analyst reports including Specialty Chemicals Monthly,  Chemical Industry Outlook, US Chem Margin Alert. |
| 2/20/2006 | R. Frezza | 1.40 | Prepared question list in anticipation of meeting with Debtors. |
| 2/20/2006 | R. Frezza | 2.40 | Prepared analysis of Debtors' Q4 briefing memo and Plan presentation document. |
| 2/21/2006 | L. Hamilton | 4.80 | Read and analyzed information prepared by the Debtors regarding 2006 business Plan. |
| 2/21/2006 | R. Frezza | 3.10 | Read  2006 Plan presentation materials and commenced limited analyses and prepared preliminary question list. |
| 2/22/2006 | R. Frezza | 1.00 | Read  2006 Plan presentation materials and commenced limited analyses and prepared preliminary question list. |
| 2/22/2006 | L. Hamilton | 5.80 | Read and analyzed information from Debtors regarding 2006 business Plan. |
| 2/22/2006 | S. Cunningham | 6.00 | Read and analyzed information supplied by Debtors regarding FY 2006 |
| 2/22/2006 | R. Frezza | 6.60 | Read  2006 Plan presentation materials and commenced limited analyses and prepared preliminary question list. |
| 2/23/2006 | L. Hamilton | 2.90 | Read and analyzed 2006 business Plan information provided by Debtors. |
| 2/23/2006 | R. Frezza | 3.90 | Continued review of 2006 Plan presentation materials. |
| 2/23/2006 | S. Cunningham | 3.70 | Read and analyzed information supplied by Debtors regarding FY 2006 |
| 2/23/2006 | S. Cunningham | 4.30 | Prepared questions regarding business plan for meeting with Debtors. |

**Capstone Advisory Group, LLC**
**Invoice for the February Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/24/2006 | R. Frezza | 0.40 | Participated in post-presentation discussions with management and |
| 2/24/2006 | R. Frezza | 1.10 | Participated in internal post-presentation discussions regarding next steps and Plan review work allocation. |
| 2/24/2006 | L. Hamilton | 1.40 | Prepared summary of issues with respect to the business Plan. |
| 2/27/2006 | E. Ordway | 1.20 | Analyzed gross profit margin trends from 2004 through 2005. |
| 2/27/2006 | R. Frezza | 2.20 | Prepared analyses and followup questions regarding 2006 business plan. |
| 2/27/2006 | R. Frezza | 6.40 | Prepared analysis on 2005 and 2006 operating results as part of the 2006 Plan review report. |
| 2/27/2006 | S. Cunningham | 2.70 | Read and analyzed information regarding 2006 Plan. |
| 2/28/2006 | L. Hamilton | 3.20 | Prepared comparative analyses for Q4 and full year versus prior year. |
| 2/28/2006 | L. Hamilton | 5.80 | Prepared draft executive summary section of Q4 report to the Committee. |
| 2/28/2006 | R. Frezza | 2.60 | Prepared outline of commentary section of Plan report. |
| 2/28/2006 | L. Hamilton | 3.00 | Prepared comparative analyses for Q4 and full year versus Plan. |
| 2/28/2006 | R. Frezza | 6.80 | Prepared P&L analyses for 2006 Plan review and further developed information request list. |
| 2/28/2006 | S. Cunningham | 3.90 | Read and analyzed information regarding 2006 Plan. |
| Subtotal | | 114.40 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/1/2006 | L. Hamilton | 3.20 | Read and summarized information regarding ZAI issues. |
| 2/1/2006 | L. Hamilton | 6.10 | Read and summarized information regarding PI Estimation issues. |
| 2/2/2006 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding property damage claims. |
| 2/2/2006 | E. Ordway | 0.20 | Read and analyzed counsel's memo regarding post-petition personal injury lawsuits. |
| 2/3/2006 | L. Hamilton | 2.70 | Read and summarized information regarding PI estimation issues. |
| 2/3/2006 | E. Ordway | 0.40 | Read and analyzed information regarding personal injury claims. |
| 2/3/2006 | L. Hamilton | 2.10 | Prepared work plan. |
| 2/6/2006 | L. Hamilton | 0.80 | Prepared/distributed updated report regarding PI/PD estimation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/8/2006 | L. Hamilton | 2.80 | Read and analyzed information from Debtors regarding proposed insurance settlement. |
| 2/9/2006 | L. Hamilton | 2.10 | Analyzed information in disclosure statement regarding insurance settlements and compared to proposed Lloyd's settlement. |
| 2/13/2006 | M. Desalvio | 1.00 | Retrieved most recent Plan & Disclosure Statement exhibits from court system. |
| 2/14/2006 | M. Desalvio | 1.50 | Retrieved latest Chemical Industry reports. |
| 2/15/2006 | L. Hamilton | 0.40 | Read and analyzed information regarding interest rates from counsel. |
| 2/15/2006 | L. Hamilton | 1.40 | Prepared work Plan. |
| 2/16/2006 | L. Hamilton | 1.10 | Prepared questions regarding various case issues for Blackstone. |
| 2/16/2006 | L. Hamilton | 1.20 | Prepared updated workplan. |
| 2/16/2006 | L. Hamilton | 3.10 | Read and analyzed various documents from counsel regarding Lloyd's settlement. |
| 2/17/2006 | L. Hamilton | 2.40 | Prepared updated information request for Blackstone regarding various case issues. |
| 2/21/2006 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding proposed revisions to Debtor's cash management. |
| 2/23/2006 | L. Hamilton | 1.40 | Analyzed and prepared follow-up questions regarding Bowe & Fernicola retention motion. |
| 2/23/2006 | L. Hamilton | 2.20 | Read and analyzed ART JV motion. |
| 2/23/2006 | L. Hamilton | 1.50 | Analyzed and prepared follow-up questions regarding Latham & Watkins retention motion. |
| 2/24/2006 | L. Hamilton | 1.10 | Read and analyzed correspondence from counsel and recently filed |
| 2/24/2006 | E. Ordway | 0.30 | Read counsel's correspondence regarding court findings regarding calendar, exclusivity and case management issues. |
| 2/24/2006 | R. Frezza | 1.10 | Read/edited ART JV and Bear Stearn reports to the Committee. |
| 2/27/2006 | S. Cunningham | 3.30 | Read and analyzed information regarding DIP and ART JV motions. |
| 2/28/2006 | S. Cunningham | 2.10 | Read and analyzed information regarding DIP and ART JV motions. |
| Subtotal | | 46.30 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/2/2006 | R. Frezza | 0.50 | Read and analyzed information regarding FAIR Act impacts. |
| 2/2/2006 | L. Hamilton | 3.30 | Read and analyzed proposed Plan structure document. |
| 2/2/2006 | L. Hamilton | 2.70 | Prepared/updated information regarding impact of recent proposed legislation on Debtors' Plan. |
| 2/2/2006 | R. Frezza | 0.40 | Read and analyzed Consensual Plan Restructure memo prepared by |
| 2/3/2006 | E. Ordway | 0.80 | Read and analyzed outline from Debtors' regarding consensual plan. |
| 2/3/2006 | E. Ordway | 1.10 | Prepared analysis of proposed consensual plan based on Debtors' outline. |
| 2/3/2006 | L. Hamilton | 2.10 | Read and analyzed proposed Plan structure document and compared to previous version of Plan. |
| 2/6/2006 | L. Hamilton | 6.20 | Prepared analysis of OC Plan and compared to POR structure proposed by the Committee. |
| 2/6/2006 | L. Hamilton | 1.10 | Prepared/distributed updated report regarding legislative actions and effects on Debtors' proposed Plan structure. |
| 2/7/2006 | L. Hamilton | 0.90 | Prepared analysis of OC Plan and compared to POR structure proposed by the Committee. |
| 2/7/2006 | E. Ordway | 1.60 | Read and analyzed revised Disclosure Statement and noted items for staff to investigate. |
| 2/7/2006 | L. Hamilton | 1.80 | Read and analyzed disclosure statement and compared to new Plan |
| 2/8/2006 | L. Hamilton | 3.60 | Read and analyzed disclosure statement and updated POR model. |
| 2/8/2006 | E. Ordway | 0.90 | Directed staff in updating POR model based on revised Disclosure Statement claim data. |
| 2/9/2006 | L. Hamilton | 1.60 | Read and analyzed disclosure statement and updated POR model. |
| 2/11/2006 | L. Hamilton | 2.60 | Read and analyzed POR claims data and prepared update request to Blackstone. |
| 2/12/2006 | L. Hamilton | 2.00 | Continued to prepare update request to Blackstone. |
| 2/13/2006 | L. Hamilton | 5.10 | Prepared summary of USG asbestos agreement and analyzed in context of Debtors' POR. |
| 2/13/2006 | E. Ordway | 0.80 | Read and analyzed D. Bernick's letter to PI Committee regarding settlement issues. |
| 2/14/2006 | L. Hamilton | 2.80 | Read and analyzed Debtors' case status report. |
| 2/14/2006 | L. Hamilton | 1.10 | Read and analyzed K&E correspondence regarding proposed Plan |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/14/2006 | L. Hamilton | 1.90 | Prepared summary of USG asbestos agreement and contrasted terms to Debtors' plan. |
| 2/15/2006 | E. Ordway | 0.60 | Read counsel's correspondence regarding co-proponent issues. |
| 2/17/2006 | L. Hamilton | 1.00 | Read counsel's letter regarding coproponency and discussed comments with counsel. |
| 2/21/2006 | E. Ordway | 0.70 | Read and analyzed proposed letter to Debtors' regarding plan proponent. |
| 2/23/2006 | L. Hamilton | 0.40 | Read and analyzed coproponency document prepared by counsel. |
| 2/24/2006 | E. Ordway | 0.70 | Reviewed resumes for mediator appointment and summarized thoughts on same. |
| 2/24/2006 | E. Ordway | 0.40 | Read and analyzed revised co-proponent memorandum. |
| Subtotal | | 48.70 | |

26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/15/2006 | R. Frezza | 0.80 | Participated in call with Blackstone regarding status of Omega, reaction to K&E letter proposal, Plan meeting and other matters. |
| 2/22/2006 | L. Hamilton | 0.60 | Discussed claims balances with Blackstone and Debtors. |
| 2/22/2006 | L. Hamilton | 1.70 | Prepared for conference call with Debtors and their advisors. |
| 2/24/2006 | L. Hamilton | 5.50 | Prepared for and participated in meeting with Debtors and advisors regarding 2006 business Plan. |
| 2/24/2006 | S. Cunningham | 5.50 | Prepared for and participated in review of FY 2006 Plan with Debtors' management. |
| 2/24/2006 | R. Frezza | 5.50 | Prepared for and attended Debtors' 2005 Performance and 2006 Plan presentation. |
| Subtotal | | 19.60 | |
| **Total Hours** | | **412.30** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 2/1/06 through 2/28/06

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Airfare/Train** | | | |
| 2/23/2006 | Hamilton, L | Airfare - business plan meeting | $201.60 |
| Subtotal - Airfare/Train | | | $201.60 |
| **Auto Rental/Taxi** | | | |
| 2/23/2006 | Hamilton, L | taxi to/from Logan  - business plan meeting | $40.00 |
| 2/24/2006 | Hamilton, L | taxi to/from BWI  - business plan meeting | $73.00 |
| Subtotal - Auto Rental/Taxi | | | $113.00 |
| **Faxes** | | | |
| 2/28/2006 | Capstone Expenses | February faxes | $21.25 |
| Subtotal - Faxes | | | $21.25 |
| **Hotel** | | | |
| 2/23/2006 | Cunningham, S | Attend management meeting in Columbia | $338.03 |
| 2/23/2006 | Frezza, R | Site Visit | $306.83 |
| 2/23/2006 | Hamilton, L | Hotel - business plan meeting | $207.35 |
| Subtotal - Hotel | | | $852.21 |
| **Meals - Billable** | | | |
| 2/23/2006 | Cunningham, S | Team Dinner | $290.77 |
| 2/23/2006 | Hamilton, L | meals  - business plan meeting | $24.21 |
| 2/24/2006 | Hamilton, L | meals  - business plan meeting | $8.78 |
| Subtotal - Meals - Billable | | | $323.76 |
| **Mileage** | | | |
| 2/24/2006 | Cunningham, S | Travel to Company | $160.20 |
| Subtotal - Mileage | | | $160.20 |

Capstone Advisory Group, LLC
Invoice for the February Fee Application

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Postage/FedEx** | | | |
| 2/13/2006 | Capstone Expenses | Fed Ex Invoice # 3-342-04276 | $17.04 |
| Subtotal - Postage/FedEx | | | $17.04 |
| **Scans** | | | |
| 2/28/2006 | Capstone Expenses | February scans | $154.00 |
| Subtotal - Scans | | | $154.00 |
| **Telecom** | | | |
| 2/28/2006 | Capstone Expenses | February Phone | $516.63 |
| Subtotal - Telecom | | | $516.63 |
| **For the Period 2/1/06 through 2/28/06** | | | $2,359.69 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, David Mohamed, certify that I am not less than 18 years of age, and that service of a copy of the attached **Notice of Filing of Twenty-Fifth Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2006 Through February 28, 2006** was made April 20, 2006, upon:

All of the parties on the attached Service Lists as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: April 20, 2006

David Mohamed, Legal Aide
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
Email:        dmohamed@stroock.com

**W. R. GRACE & CO.,** *et al.*

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**e-mails in PDF format**

To:

william.sparks@grace.com
james_kapp@chicago.kirkland.com
jo'neill@pszyj.com
syoder@bayardfirm.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com

**e-mails in Microsoft Word /Excel/ Word Perfect format**

To:

feeaudit@whsmithlaw.com
slbossay@ehsmithlaw.com

**W. R. GRACE & CO.**, *et al.*

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**HARD COPIES**
**Via Overnight Mail**

David B. Siegal
Senior Vice President and
General Counsel
W.R.Grace & Co.
7500 Grace Drive,
Columbia, MD 21044

Steve Bossay, Esq.
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Office of the United States Trustee
Dave Klauder, Esq.
844 King Street, Suite 2311
Wilmington DE 19801

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Attn: Stephanie Lenkiewicz