IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBBY CLAIMANTS, | : | CIVIL ACTION NO. 06-26 |
| Appellants, | : | |
| v. | : | BANKRUPTCY CASE NO. 01-1139 |
| W.R. GRACE, et al., | : | |
| Appellees. | : | |

### ORDER

AND NOW, this 10th day of May, 2006, upon consideration of Appellants' Brief (Docket No. 5), Debtors' Motion to Dismiss Appeal (Docket No. 9), Debtors' Reply in Support of Motion to Dismiss Appeal (Docket No. 13), Appellants' Reply to Debtors' Motion to Dismiss (Docket No. 15), Debtors' Supplemental Brief in Support of Motion to Dismiss (Docket No. 17), State of Montana's Reply to Appellants' Brief (Docket No. 21), Debtors' Reply to Appellants' Brief (Docket No. 22) and Appellants' Reply (Docket No. 23), it is hereby **ORDERED** that the Debtors' Motion is Dismiss is **GRANTED**. The matter is **REMANDED** to the Bankruptcy Court so that it can advise the parties of a specific date on or before which it expects to render its decision on Debtors' motion to expand the preliminary injunction.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.