IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | In proceedings for a |
| W. R. GRACE & COMPANY, ) | Reorganization under |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Case No. 01-1139-JKF |
| ) | Additional Docket No.: 7230 |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

N. Calhoun Anderson, Jr., being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with N. Calhoun Anderson, Jr., P.C., at the address of 340 Eisenhower Drive, Building 300, P. O. Box 13823, Savannah, GA 31416.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated June 17, 2005 (the "Revised Order").

3. The law firm of N. Calhoun Anderson, Jr., P.C. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto on two sets of compact discs.

4. The order signed certifies that each creditor named on the attached list has executed a power of attorney authorizing N. Calhoun Anderson, Jr. to represent the creditor in bankruptcy proceedings. A blank, exemplar copy of this power of attorney is included on the compact discs hereto submitted.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to the fact that each has been diagnosed with an asbestos related disease after working in trades that were daily exposed to asbestos containing products manufactured and/or distributed by the Debtor. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Offices of N. Calhoun Anderson, Jr. does not hold any claims against or interest in the Debtor.

8. The Law Offices of N. Calhoun Anderson, Jr. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: _May 10, 2006_

Respectfully submitted,

_/s/ N. C. Anderson_

N. Calhoun Anderson, Jr.
N. Calhoun Anderson, Jr., P.C.
340 Eisenhower Drive, Bldg 300
P. O. Box 13823
Savannah, GA 31416

Sworn to before me this _10_ day of _May_, 20_06_.

_Jennifer A. Sims_
Notary Public

JENNIFER ANN SIMS
NOTARY PUBLIC
CHATHAM COUNTY, GA
MY COMM. EXP. 4/15/08