## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 31, 2006

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10533

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/1/2006 | JAW | detailed review of Kirkland August 2005 monthly invoice (3.9) | 3.90 | 526.50 |
| 1/3/2006 | JAW | detailed review of Kirkland August 2005 monthly invoice (9.4) | 9.40 | 1,269.00 |
|  | JBA | Update database with Philips 18th Interim app/e-detail pdf | 0.10 | 4.00 |
| 1/4/2006 | JAW | detailed review of Kirkland August 2005 monthly invoice (8.6) | 8.60 | 1,161.00 |
|  | JBA | Update database with Capstone 11.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Holme Roberts 18th Interim app/e-detail pdf | 0.10 | 4.00 |
| 1/5/2006 | CCO | Update database with 11.05 Monthly Invoice of Latham (.10); 11.05 Monthly Invoice of Woodcock (.10); 11.05 Monthly Invoice of Pachulski (.10); 11.05 Monthly Invoice of Tersigni (.10) | 0.40 | 16.00 |
|  | CCO | Update database with11.05 Monthly Invoice of Reed (.10); 7.01.05 through 09.30.05 Interim Fee Application of Beveridge (.10); 09.05, 08.05, 07.05, 10.05, and 11.05 Monthly Invoices of Philips (.20); 11.05 Monthly Invoice of Kirkland (.10); 07.05, 11.05, and 08.05 Monthly Invoices of Holme (.10); 10.05 and 11.05 Monthly Invoices of Capstone (.10); 10.05 Monthly Invoice of Latham (.10); 11.05 Monthly Invoice of Foley (.10); 11.05 Monthly | 2.00 | 80.00 |

W.R. Grace & Co. Page 2

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | Invoice of Anderson (.10); 11.05 Monthly Invoice of LAS (.10); 11.05 Monthly Invoice of Caplin (.10); 11.05 Monthly Invoice of Campbell (.10); 09.05 and 10.05 Monthly Invoices of Buchanan (.10); 11.05 Monthly Invoice of Klett (.10); 11.05 Monthly Invoice of Kramer (.10); 10.01.05 through 11.30.05 Monthly Invoice of Hilscroft (.10); 11.05 Monthly Invoice of Bilzin (.10); 10.05 Monthly Invoice of Casner (.10); 11.05 Monthly Invoice of Duane (.10) | | |
| 1/5/2006 | PGS | Preparation of the December 2005 Monthly Invoice of WHS | 0.60 | 48.00 |
| | JBA | Update database with Towers 12.04-2.05 and 3.05 and 6.05 e-detail pdf | 0.10 | 4.00 |
| | JAW | detailed review of Tersigni September 2005 monthly invoice (1.9); draft summary of same (0.1) | 2.00 | 270.00 |
| 1/6/2006 | CCO | Update database with 07.01.05 through 09.30.05 Interim Fee Application of Baker (.10) | 0.10 | 4.00 |
| | JAW | detailed review of Pitney September 2005 monthly invoice (4.0) | 4.00 | 540.00 |
| | JBA | Update database with Tersigni 11.05 e-detail | 0.10 | 4.00 |
| 1/7/2006 | JAW | detailed review of Bilzin September 2005 monthly invoice (4.0) | 4.00 | 540.00 |
| | JAW | draft summary of Pitney September 2005 monthly invoice (0.1) | 0.10 | 13.50 |
| 1/8/2006 | JAW | detailed review of Bilzin September 2005 monthly invoice (2.1) | 2.10 | 283.50 |
| 1/9/2006 | JAW | draft summary of Bilzin September 2005 monthly invoice (1.4) | 1.40 | 189.00 |
| | PGS | Electronic filing with court of December 2005 Monthly Invoice of WHS | 0.10 | 8.00 |
| | JBA | Update database with Stroock 11.05 e-detail | 0.10 | 4.00 |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 1/10/2006 | JBA | Update database with K&E 18th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with PWC 11.05 e-detail | 0.10 | 4.00 |
| | SLB | draft e-mail to J. Baer @ K&E re 18th Interim application (.2) | 0.20 | 26.00 |
| | PGS | Electronic filing with court of November 2005 CNO of WHS | 0.10 | 8.00 |
| | PGS | Preparation of CNO for November 2005 of WHS | 0.10 | 8.00 |
| 1/11/2006 | JBA | Update database with Swidler 11.05 e-detail pdf, and Towers 11.05 e-detail pdf | 0.10 | 4.00 |
| 1/12/2006 | JBA | Update database with Buchanan 10.05 and 11.05 e-detail, and Richardson 18th Interim app/e-detail | 0.10 | 4.00 |
| 1/13/2006 | JAW | draft summary of Kirkland August 2005 monthly invoice (3.3) | 3.30 | 445.50 |
| 1/14/2006 | JBA | draft revised 18th Interim Project Category Spreadsheet | 3.00 | 120.00 |
| 1/15/2006 | CCO | Update database with 11.05 Monthly Invoice of Hamilon (.10); 11.05 Monthly Invoice of Towers (.10); 11.05 Monthly Invoice of Swidler (.10); 11.05 Monthly Invoice of Stroock (.10) | 0.40 | 16.00 |
| 1/18/2006 | WHS | receive and review agenda | 0.10 | 27.50 |
| 1/19/2006 | JBA | Update database with PWC 18th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with Foley 18th Interim app/e-detail | 0.10 | 4.00 |
| 1/20/2006 | BSR | research regarding hotel rates in Washington, DC (.5); telephone conference with Doreen Williams re same (.1) (1/6th = .10) | 0.10 | 22.50 |

| W.R. Grace & Co. | | | Page | 4 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 1/20/2006 DTW | research Washington D.C. hotel rates (.4) several calls with B. Ruhlander regarding same (.2) (1/6th = .10) | | 0.10 | 14.50 |
| JAW | detailed review of Kirkland September 2005 monthly invoice (4.7) | | 4.70 | 634.50 |
| 1/23/2006 JAW | detailed review of Kirkland September 2005 monthly invoice (8.8) | | 8.80 | 1,188.00 |
| 1/24/2006 JAW | detailed review of Kirkland September 2005 monthly invoice (9.2) | | 9.20 | 1,242.00 |
| CCO | Update database with 07.01.05 through 09.30.05 Interim Fee Application of Foley (.10); 10.05, 11.05, 12.05 Monthly Invoices of Richardson (.10); 11.05 and 12.05 Monthly Invoices of Buchanan (.10) | | 0.30 | 12.00 |
| JBA | Update database with CIBC 11.05 e-detail pdf | | 0.10 | 4.00 |
| 1/25/2006 JAW | detailed review of Kirkland September 2005 monthly invoice (1.5); draft summary of same (4.8). | | 6.30 | 850.50 |
| JAW | detailed review of Campbell 18th interim fee application (July 1, 2005 - September 30, 2005) (1.8); draft summary of same (0.1). | | 1.90 | 256.50 |
| DTW | Review DC hotel information received from B. Ruhlander (.4) draft email to W. Smith regarding same (.2) (1/6th = .10) | | 0.10 | 14.50 |
| 1/26/2006 CCO | Update database with 09.05, 10.05, 11.05, 12.05 Monthly Invoices and 07.01.05 through 09.30.05 Interim Fee Application and 10.01.05 through 12.31.05 Interim Fee Application of Proviti (.20); 11.05 Monthly Invoice of CIBC (.10) | | 0.30 | 12.00 |
| JAW | detailed review of Caplin 18th interim fee application (July 1, 2005 - September 30, 2005) (4.1) | | 4.10 | 553.50 |
| JAW | detailed review of Reed Smith October 2005 monthly invoice (1.6). | | 1.60 | 216.00 |
| DTW | Several e-mails to and from W. Smith and B. Ruhlander regarding Washington Hotel rates (.2) Several emails and phone calls with B. Ruhlander regarding hotel survey (.4) (1/6th = .10) | | 0.10 | 14.50 |

W.R. Grace & Co. Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/27/2006 | JAW | draft summary of Caplin 18th interim fee application (July 1, 2005 - September 30, 2005) (0.7) | 0.70 | 94.50 |
| | JAW | detailed review of Holmes October 2005 monthly inovice (1.5); draft summary of same (1.1) | 2.60 | 351.00 |
| | JAW | draft summary of Reed Smith October 2005 monthly invoice (0.1) | 0.10 | 13.50 |
| 1/30/2006 | JBA | Update database with Klett 12.05 e-detail pdf, and Kramer 12.05 e-detail pdf | 0.10 | 4.00 |
| | JBA | Update database with Revised Swidler 18th Interim app/e-detail pdf | 0.10 | 4.00 |
| | JBA | Update database with Holme Roberts 12.05 e-detail | 0.10 | 4.00 |
| | JAW | detailed review of Bilzin October 2005 monthly inovice (4.0) | 4.00 | 540.00 |
| | BSR | draft e-mail to Warren Smith re Washington DC hotel rates (.30) telephone conference with Doreen Williams re hotel rate survey for Washington DC and London (.30)  (1/6th = .10) | 0.10 | 22.50 |
| 1/31/2006 | JAW | detailed review of Bilzin October 2005 monthly inovice (3.2); draft summary of same (1.0). | 4.20 | 567.00 |
| | JBA | Update database with Stroock 12.05 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Ferry Joseph 12.05 e-detail | 0.10 | 4.00 |
| | CCO | Update database with 12.05 Monthly Invoice of Kirkland (.10); 07.01.05 through 09.30.05 Interim Fee Application of Swidler (.10); 12.05 Monthly Invoice of Holme (.10); 12.05 Monthly Invoice of Klett (.10); 12.05 Monthly Invoice of Kramer (.10) | 0.50 | 20.00 |
| | BSR | research regarding hotel rates in London (.5); telephone conference with Warren Smith re same (.1) (1/6th .10) | 0.10 | 22.50 |
| | BSR | research regarding hotel rates in London and Washington, DC (1/6th .30) | 0.30 | 67.50 |

W.R. Grace & Co. Page 6

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | 97.90 | $12,401.00 |

Additional Charges :

| | Price | |
|---|---|---|
| Third party copies & document prep/setup of Final Report of Caplin for the period 04/01/05-06/30/05 | 14.94 | 14.94 |
| Court Call | 80.00 | 80.00 |
| Pacer Charges 10/01/05 - 12/31/05 | 200.16 | 200.16 |
| Third party copies & document prep/setup of November 2005 Monthly Invoice of WHS | 35.68 | 35.68 |
| Third party copies & document prep/setup of Final Report of the Combined for the period 04/01/05-06/30/05 | 84.19 | 84.19 |
| Third party copies & document prep/setup of Amended Final Report of Bilzin for the period 04/01/05-06/30/05; Final Report of Conway for the period 04/01/05-06/30/05 | 47.69 | 47.69 |
| Third party copies & document prep/setup of Final Report of PwC for the period 04/01/05-06/30/05 | 17.24 | 17.24 |
| Third party copies & document prep/setup of Final Report of Bilzin and Kirkland for the period 04/01/05-06/30/05 | 41.19 | 41.19 |
| Third party copies & document prep/setup of Final Report of Scott, Duane, Kirkland, Stroock for the period 04/01/05-06/30/05 | 84.79 | 84.79 |
| Third party copies & document prep/setup of September 2005 Monthly Invoice of WHS | 29.75 | 29.75 |
| Third party copies & document prep/setup of Final Report of Richardson for the period 04/01/05-06/30/05 | 36.38 | 36.38 |
| Third party copies & document prep/setup of 18th Interim Fee Application of WHS | 78.40 | 78.40 |
| Third party copies & document prep/setup of October 2005 Monthly Invoice of WHS | 33.86 | 33.86 |

W.R. Grace & Co. Page 7

| | Price | Amount |
|---|---:|---:|
| Third party copies & document prep/setup of Final Report of Buchanan and Capstone for the period 04/01/05-06/30/05 | 34.82 | 34.82 |
| Third party copies & document prep/setup of Initial Report of Capstone for the period 04/01/05-06/30/05 | 1.02 | 1.02 |
| Third party copies & document prep/setup of Initial Report of Caplin for the period 04/01/05-06/30/05 | 0.89 | 0.89 |
| Third party copies & document prep/setup of Initial Report of Bilzin and PwC for the period 04/01/05-06/30/05 | 4.67 | 4.67 |
| Third party copies & document prep/setup of Initial Report of Kirkland for the period 04/01/05-06/30/05 | 1.77 | 1.77 |

**Total costs** $827.44

**Total amount of this bill** $13,228.44

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 0.60 | 225.00 | $135.00 |
| Courtney C. Orent | 4.00 | 40.00 | $160.00 |
| Doreen T Williams | 0.30 | 145.00 | $43.50 |
| James A. Wehrmann | 87.00 | 135.00 | $11,745.00 |
| Jeff B. Allgood | 4.80 | 40.00 | $192.00 |
| Priscilla G Stidham | 0.90 | 80.00 | $72.00 |
| Stephen L. Bossay | 0.20 | 130.00 | $26.00 |
| Warren H Smith | 0.10 | 275.00 | $27.50 |