**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 31, 2006

In Reference To:          Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #          10533

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/1/2006 | SLB | complete draft of 18th Interim final reports - RPWB (2.3) ; Scott Law (1.8) ; Pachulski (3.2) | 7.30 | 985.50 |
| | LMH | research regarding different airfare availability for round trip airfare from Washington D.C. to Beijing, China for comparison purposes in final report, and draft e-mail to S. Bossay re: same. | 0.50 | 67.50 |
| | JBA | Electronic filing with court of Final Report re: Duane Morris 18th Interim | 0.10 | 4.00 |
| | JBA | Update database with Stroock 1.06 e-detail | 0.10 | 4.00 |
| | LMH | telephone conference with S. Bossay re: research on anticipated ranges for international round trip airfare to Beijing, China for use in final report. | 0.10 | 13.50 |
| | JBA | Update database with Kramer 1.06 e-detail and Klett 1.06 e-detail | 0.10 | 4.00 |
| 3/2/2006 | JBA | Update database with Duane Morris 1.06 e-detail pdf | 0.10 | 4.00 |
| | SLB | complete draft of 18th Interim final report - Baker Donelson (1.6) ; complete draft of 18th Interim final report - Capstone (1.7) ; complete drafts of 18th Interim final reports - Nelson Mullins (1.4) ; Reed Smith (2.5) | 7.20 | 972.00 |

W.R. Grace & Co.                                                                                          Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/2/2006 | CCO | Update database with 01.06 Monthly Invoice of Kirkland (.10); 01.06 Monthly Invoice of Stroock (.10); 12.26.05 through 01.31.06 Monthly Invoice of Klett (.10) | 0.30 | 12.00 |
|  | WHS | detailed review of Pitney 18th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Swidler 18th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Buchanan 18th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Conway 18th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Pachulski 18th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Scott Law 18th Int FR | 0.10 | 27.50 |
| 3/3/2006 | SLB | draft e-mail to J. Radecki re 18th Interim CIBC response (.3) | 0.30 | 40.50 |
|  | SLB | telephone conference with J. Radecki (.2) and S. Strom (.1) re CIBC 18th Interim response | 0.30 | 40.50 |
|  | SLB | begin draft of 18th Interim final report - PwC (2.8) | 2.80 | 378.00 |
|  | JBA | Electronic filing with court of 18th Interim Final Reports re: Buchanan (.1), Conway (.1), Pachulski (.1), Pitney (.1), Richardson (.1), Scott Law (.1), and Swidler (.1) | 0.70 | 28.00 |
|  | SLB | complete drafts of 18th Interim final reports - LAS (1.3) ; Latham (2.6) | 3.90 | 526.50 |
| 3/6/2006 | BSR | receive and review letter to Judge Fitzgerald regarding hotel rates, along with exhibits to same, and forward to Doreen Williams for review (.60) (1/6th = .10) | 0.10 | 23.00 |
|  | BSR | draft e-mail to Warren Smith re revisions to hotel rate letter and charts (.60) (1/6th = .10) | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                            Page     3

|  |  | Hours | Amount |
|---|---|---|---|
| 3/6/2006 SLB | complete draft of revised 18th Interim final report - K&E (4.9) | 4.90 | 661.50 |
| SLB | draft e-mail to R. Tobin @ Caplin (.2) and J. Sakalo @ Bilzin (.2) re 18th Interim responses | 0.40 | 54.00 |
| SLB | complete draft of 18th Interim final report - PwC (2.6) | 2.60 | 351.00 |
| 3/7/2006 WHS | detailed review of Capstone 18th Int FR | 0.10 | 27.50 |
| CCO | Update database with 01.01.06 through 02.05.06 Monthly Invoice of Swidler (.10); 01.06 Monthly Invoice of LAS (.10); 01.06 Monthly Invoice of Caplin (.10) | 0.30 | 12.00 |
| DTW | telephone call with B. Ruhlander regarding survey and letter to Court (.1); review and revise letter regarding survey (.2); several telephone calls with B. Ruhlander and e-mail to W. Smith regarding same (.3) (1/6th = .10). | 0.10 | 14.50 |
| BSR | telephone conference (2) with Doreen Williams re revisions to letter to Judge Fitzgerald re hotel rates (.2); telephone conference with Warren Smith re Revisions to letter to Judge Fitzgerald re hotel rates; revise same (.1);  receive and review final version of letter to Judge Fitzgerald re hotel rates (.2); draft email to Warren Smith re same (.1) (1/6th = .10) | 0.10 | 23.00 |
| WHS | detailed review of final report re Baker 18th | 0.10 | 27.50 |
| WHS | detailed review of PWC 18th Int FR | 0.10 | 27.50 |
| WHS | detailed review of final report re K&E 18th | 0.10 | 27.50 |
| PGS | Preparation of the CNO for January 2006 of WHS | 0.10 | 8.00 |
| SLB | complete draft of revised 18th interim final report - Baker (2.4) ; complete draft of 18th Interim final report - Caplin (4.8) | 7.20 | 972.00 |
| SLB | draft e-mails (2) to J. Sakalo @ Bilzin re 18th Interim response (.3) | 0.30 | 40.50 |

W.R. Grace & Co.                                                                                     Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/7/2006 | SLB | telephone conference with J Radecki @ CIBC re 18th Interim app (.1) | 0.10 | 13.50 |
|  | PGS | Preparation of the February 2006 Monthly Invoice of WHS | 0.50 | 40.00 |
| 3/8/2006 | PGS | Electronic filing with court of February 2006 Monthly Invoice of WHS | 0.10 | 8.00 |
|  | JBA | draft corrections and additions re: 18th Interim Project Category Spreadsheet | 2.50 | 100.00 |
|  | WHS | detailed review of Bilzin 18th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Omnibus 18th Int FR | 0.10 | 27.50 |
|  | PGS | Electronic filing with court of the January 2006 CNO of WHS | 0.10 | 8.00 |
|  | BSR | research regarding number of hotels in London, New York City, and Washington, DC (6.60) (1/6th = 1.10) | 1.10 | 253.00 |
|  | DTW | telephone call with B. Ruhlander and research regarding hotel survey (.2) telephone conference with J. Allgood regarding letter to Judge Fitzgerald (.2); editing same (.2) (1/6th .10) | 0.10 | 14.50 |
|  | SLB | complete draft of 18th Interim final report - Bilzin (3.8) ; complete draft of 18th Interim final report - Applications with No Objections (3.6) | 7.40 | 999.00 |
| 3/9/2006 | JBA | Update database with 19th Interim app/e-detail for: Richardson, Scott Law, and Buchanan | 0.10 | 4.00 |
|  | CCO | Update database with 01.06 Monthly Invoice of Tersigni (.10); 01.06 Monthly Invoice of Campbell (.10); 01.06 Monthly Invoice of Reed (.10) | 0.30 | 12.00 |
|  | JBA | Update database with Hamilton 1.06 e-detail | 0.10 | 4.00 |
|  | BSR | research regarding number of hotels in New York City (.3); draft portion of letter to Judge Fitzgerald pertaining to number of hotels in N.Y, Washington and London (.3) (1/6th = .10) | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                       Page     5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/9/2006 | JBA | Update database with Reed Smith 1.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with 1.06 e-detail for: Caplin, Campbell, LAS, and Tersigni | 0.10 | 4.00 |
|  | BSR | review and revise final draft of Letter to Judge Fitzgerald re hotel rates (.60) (1/6th = .10) | 0.10 | 23.00 |
|  | JBA | Electronic filing with court of 18th Interim Final Reports re: Baker (.1), Bilzin (.2), Caplin (.1), Capstone (.2), K&E (.2), PWC (.1), and Omnibus No Objections (.1) | 1.00 | 40.00 |
|  | SLB | begin draft of 18th Interim fee & expense charts (5.9) | 5.90 | 796.50 |
| 3/10/2006 | JAW | detailed review of Stroock November 2005 monthly invoice (1.7) | 1.70 | 229.50 |
|  | SLB | continue draft of 18th Interim fee & expense charts (6.4) | 6.40 | 864.00 |
|  | JBA | Update database with Richardson 1.06 e-detail | 0.10 | 4.00 |
| 3/13/2006 | JBA | Update database with Bilzin 1.06 e-detail | 0.10 | 4.00 |
|  | JAW | detailed review of Caplin November 2005 monthly invoice (1.8); draft summary of same (0.7) | 2.50 | 337.50 |
|  | JAW | draft summary Stroock November 2005 monthly invoice (0.9) | 0.90 | 121.50 |
|  | JAW | detailed review of Tersigini November 2005 monthly invoice (2.0); draft summary of same (0.1) | 2.10 | 283.50 |
|  | JBA | draft, reformat, and re-entry of 18th Interim Project Category Spreadsheet | 7.00 | 280.00 |
|  | JAW | detailed review of Pitney November 2005 monthly invoice (2.8); draft summary of same (0.2) | 3.00 | 405.00 |

W.R. Grace & Co.                                                                                                                    Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/13/2006 | JBA | Update database with Duane Morris 2.06 e-detail | 0.10 | 4.00 |
|  | SLB | continue draft of 18th Interim fee & expense charts (7.3) | 7.30 | 985.50 |
| 3/14/2006 | JBA | draft and completion of re-entry of 18th Interim Project Category Spreadsheet | 3.00 | 120.00 |
|  | SLB | complete draft of 18th Interim fee & expense charts (4.3) | 4.30 | 580.50 |
|  | SLB | draft e-mail to all Grace applicants for review of 18th Interim fee & expense charts/project category spreadsheet (.3) | 0.30 | 40.50 |
|  | SLB | review and edit 18th Interim Project Category Spreadsheet (2.8) | 2.80 | 378.00 |
|  | JAW | detailed review of Bilzin November 2005 monthly invoice (3.1) | 3.10 | 418.50 |
| 3/15/2006 | SLB | draft e-mail to all 18th Interim applicants re fee & expense charts and project category spreadsheet (.4) ; e-mails to Protiviti (.2) ; Swidler (two) for (.4) ; K&E (.2) ; Pachulski (.3) | 1.50 | 202.50 |
|  | SLB | begin review of 19th Interim application and draft of initial report - HRO (6.2) | 6.20 | 837.00 |
|  | JAW | detailed review of Bilzin November 2005 monthly invoice (3.4); draft summary of same (2.3) | 5.70 | 769.50 |
| 3/16/2006 | SLB | complete draft of 19th Interim initial report - HRO (5.7) ; complete set up of 19th Interim applicant chart (1.4) | 7.10 | 958.50 |
|  | SLB | draft e-mails (2) to J. Oneil @ Pachulski re 18th Interim charts (.4) | 0.40 | 54.00 |
|  | SLB | telephone conference with J. ONeil re 18th Interim charts (.2) | 0.20 | 27.00 |
| 3/17/2006 | SLB | complete review of application and draft of 19th Interim final report - Hilsoft (6.9) | 6.90 | 931.50 |

W.R. Grace & Co.                                                                                           Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/20/2006 | SLB | complete review of 19th Interim app. and draft of final report - Klett (3.7) ; complete review of app. and draft of 19th Interim final report - Kramer (4.5) | 8.20 | 1,107.00 |
| 3/21/2006 | JBA | Update database with PWC 1.06 e-detail | 0.10 | 4.00 |
|  | SLB | complete review of app. and draft of 19th Interim final report - LAS (2.8); begin review of 19th Interim appication - Reed Smith (5.1) | 7.90 | 1,066.50 |
|  | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of Scott (.10); 10.01.05 through 12.31.05 Interim Fee Application of Richardson (.10) | 0.20 | 8.00 |
| 3/22/2006 | SLB | complete review of app. and begin draft of 19th Interim initial report - Reed Smith (6.6) | 6.60 | 891.00 |
|  | JBA | Update database with Capstone 1.06 e-detail | 0.10 | 4.00 |
| 3/23/2006 | SLB | draft e-mail (3) to A. Krieger @ Stroock re 18th Interim project category spreadsheet (.8) | 0.80 | 108.00 |
|  | SLB | complete draft of 19th Interim initial report - Reed Smith (3.9) | 3.90 | 526.50 |
|  | JBA | Update database with Phillips 2.06 e-detail | 0.10 | 4.00 |
| 3/24/2006 | JAW | detailed review of Kirkland November 2005 monthly invoice (7.8) | 7.80 | 1,053.00 |
|  | CCO | Update database with 02.06 Monthly Invoice of Philips (.10) | 0.10 | 4.00 |
|  | SLB | begin review of 19th Interim app. and draft of initial report - Swidler (7.6) | 7.60 | 1,026.00 |
| 3/27/2006 | JAW | detailed review of Kirkland November 2005 monthly invoice (9.2) | 9.20 | 1,242.00 |
|  | SLB | continue draft of 19th Interim initial report - Swidler (7.3) | 7.30 | 985.50 |

W.R. Grace & Co.                                                                                                     Page      8

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/28/2006 | CCO | Update database with 01.06 Monthly Invoice of Holme (.10); 12.05 Monthly Invoice of Nelson (.10); 01.06 Monthly Invoice of Foley (.10); 02.06 Monthly Invoice of Proviti (.10) | 0.40 | 16.00 |
| | SLB | complete draft of 19th Interim initial report - Swidler (6.5) | 6.50 | 877.50 |
| | SLB | draft e-mail to D. Fullem @ Swidler re 19th Interim app. (.2) ; e-mail to R.Tobin @ Caplin re 19th Interim app. (.3) | 0.50 | 67.50 |
| | JAW | detailed review of Kirkland November 2005 monthly invoice (8.8) | 8.80 | 1,188.00 |
| 3/29/2006 | JAW | detailed review of Kirkland November 2005 monthly invoice (2.9) | 2.90 | 391.50 |
| | JAW | detailed review of Tersigni October 2005 monthly invoice (1.7); draft summary of same (0.1). | 1.80 | 243.00 |
| | JAW | detailed review of Tersigni November 2005 monthly invoice (0.8); draft summary of same (0.1). | 0.90 | 121.50 |
| | SLB | begin review of app. and draft of 19th Interim initial report - Stroock (8.1) | 8.10 | 1,093.50 |
| 3/30/2006 | JBA | Update database with Reed Smith 2.06 e-detail | 0.10 | 4.00 |
| | SLB | draft e-mail to D. Fullem @ Orrick re 19th interim initial report (.4) | 0.40 | 54.00 |
| | CCO | Update database with 02.06 Monthly Invoice of Stroock (.10); 01.06 Monthly Invoice of Woodcock (.10); 02.06 Monthly Invoice of Foley (.10); 10.01.05 through 12.31.05 Interim Fee Application of Home (.10); 02.06 Monthly Invoice of Kirkland (.10); 10.01.05 through 12.31.05 Interim Fee Application of Casner (.10) | 0.60 | 24.00 |
| | JAW | detailed review of Stroock December 2005 monthly invoice (1.5); draft summary of same (0.4). | 1.90 | 256.50 |
| | JBA | Update database with PWC Amended 11.05 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                    Page      9

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/30/2006 | JBA | Update database with Holme Roberts 1.06 pdf e-detail | 0.10 | 4.00 |
| | SLB | continue draft of 19th Interim initial report - Stroock (6.7) | 6.70 | 904.50 |
| | JAW | detailed review of Stroock October 2005 monthly invoice (1.6); draft summary of same (0.7). | 2.30 | 310.50 |
| | JAW | detailed review of Capstone Eighth Quarterly Fee Application (October 1, 2005 - December 31, 2005) (5.5); draft summary of same (0.1). | 5.60 | 756.00 |
| 3/31/2006 | SLB | begin review of app. and draft of 19th Interim initial report - Tersigni (6.6) | 6.60 | 891.00 |
| | CCO | Update database with 02.06 Monthly Invoice of Caplin (.10); 02.06 Monthly Invoice of Campbell (.10); 02.06 Monthly Invoice of Klett (.10); 02.06 Monthly Invoice of Kramer (.10) | 0.40 | 16.00 |
| | JAW | detailed review of Reed Smith December 2005 monthly invoice (1.0) | 1.00 | 135.00 |
| | JAW | detailed review of Campbell Nineteenth Interim Fee Application (October 1, 2005 - December 31, 2005) (1.8); draft summary of same (0.1). | 1.90 | 256.50 |

**For professional services rendered**                                                       **251.10 $32,419.00**

Additional Charges :

| | Price | |
|---|---|---|
| Third party copies & document prep/setup of December 2005 Monthly Invoice of WHS | 32.60 | 32.60 |
| Third party copies & document prep/setup of Initial Report of Caplin, Pitney and Kirkland for the 18th interim period | 8.66 | 8.66 |
| Third party copies & document prep/setup of January 2006 Monthly Invoice of WHS | 32.46 | 32.46 |
| Third party copies & document prep/setup of Initial Report of PwC, CIBC, Duane, Baker, Capstone and Packulski for the 18th interim period | 0.98 | 0.98 |

W.R. Grace & Co.                                                                                  Page    10

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup of 19th Interim Fee Application of WHS | 90.69 | 90.69 |
| Third party copies & document prep/setup of Final Report of Swidler, Buchanan, Richardson, Conway, Pachulski, Scott Law and Pitney for the 18th interim period | 96.28 | 96.28 |
| Third party copies & document prep/setup of Initial Report of Swidler and Bilzin for the 18th interim period | 2.47 | 2.47 |
| **Total costs** | | **$264.14** |
| **Total amount of this bill** | | **$32,683.14** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 1.60 | 230.00 | $368.00 |
| Courtney C. Orent | 2.60 | 40.00 | $104.00 |
| Doreen T Williams | 0.20 | 145.00 | $29.00 |
| James A. Wehrmann | 63.10 | 135.00 | $8,518.50 |
| Jeff B. Allgood | 15.90 | 40.00 | $636.00 |
| Lisa M Hamm | 0.60 | 135.00 | $81.00 |
| Priscilla G Stidham | 0.80 | 80.00 | $64.00 |
| Stephen L. Bossay | 165.10 | 135.00 | $22,288.50 |
| Warren H Smith | 1.20 | 275.00 | $330.00 |