# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>        Debtors, | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W. R. GRACE & CO., suing on behalf of the Chapter 11 Bankruptcy Estate of W. R. GRACE & CO., et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br><br>        Defendants. | Adv. No. 02-2210<br>[LEAD DOCKET] |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W. R. GRACE & CO., suing on behalf of the Chapter 11 Bankruptcy Estate of W. R. GRACE & CO., et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC.,<br><br>        Defendants. | Adv. No. 02-2211<br><br><br><br><br><br><br><br><br><br>Affects Dockets 02-2210 and 02-2211 |

**STIPULATION WITH RESPECT TO THE MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO APPROVE PROCEDURES BY WHICH COMMITTEE MEMBERS' COUNSEL MAY FILE INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

1. On June 3, 2002, the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") filed a Motion to Approve Procedures by which Committee Members' Counsel may File Interim Applications for Compensation and Reimbursement of Expenses (the "Motion") with respect to the trial of the Fraudulent Transfer Proceedings currently pending before this Court.

2. In the Motion, the PD Committee suggests that it will utilize the services of counsel to individual Committee Members, namely Speights & Runyan and Dies & Hile, L.L.P. (the "Committee Members' Counsel") with respect to the Fraudulent Transfer Proceedings and seeks a procedure for compensating the Committee Members' Counsel for such services.

3. The Debtors have discussed the Motion with the PD Committee and have noted certain concerns with respect to (i) the potential for duplication of effort and (ii) concern that the draft Order submitted by the PD Committee for compensation of Committee Members' Counsel is not completely consistent with the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professional and Official Committee Members, entered by Bankruptcy Judge Judith K. Fitzgerald in this matter on April 17, 2002 (the "Compensation Order")

4.  At the same time, the parties to the Fraudulent Transfer Proceedings have been discussing a protocol to deal with the prosecution of the pending Proceedings whereby the division of responsibilities with respect to the prosecution of the matter will be agreed to among the parties so as to avoid the duplication of efforts among the many counsel for the Plaintiffs. The protocol will provide that Committee Members' Counsel may be asked by PD Committee counsel to assist in preparing the property damage aspect of the case.

5.  The protocol has been agreed to in principal but has not yet been finalized and submitted to the Court.

6.  The Compensation Order does not currently provide for the filing of Interim Fee Requests for Committee Members' Counsel.

WHEREFORE, the parties hereby Stipulate and agree to resolve the Motion as follows:

a.  Committee Member's Counsel will be entitled to apply for interim compensation and reimbursement of expenses for their services rendered to the PD Committee in the Fraudulent Transfer Proceeding following the procedures set forth in the Compensation Order;

b.  Notwithstanding the forgoing and given the expected short duration of the services to be provided to the PD Committee by Committee Members' Counsel with respect to the Fraudulent Transfer Proceedings, Committee Members' Counsel will be permitted to file Final Fee Applications with the Court and request final payment of their fees and expenses at the

conclusion of the trial on the Fraudulent Transfer Proceedings or at any other time thereafter as they deem appropriate.

Dated: June 24, 2002

    KIRKLAND & ELLIS
    David Bernick
    Michelle Browdy
    James W. Kapp III
    Janet S. Baer
    200 East Randolph Drive
    Chicago, Illinois 60601
    (312) 861-2000

    and

    PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

    /s/ David W. Carickhoff
    Laura Davis Jones (Bar No. 2436)
    David W. Carickhoff, Jr. (Bar No. 3715)
    919 North Market Street, 16th Floor
    P.O. Box 8705
    Wilmington, Delaware 19899-8705 (Courier 19801)
    (302) 652-4100

    Co-Counsel for the Debtors and Debtors in Possession

    BLIZIN SUMBERG DUNN BAENA PRICE &
    AXELROD, LLP
    Scott Baena
    Robert Turken
    First Union Financial Center
    200 South Biscayne Boulevard
    Suite 2500
    Miami, Florida 33131
    (305) 374-7580

    and

FERRY, JOSEPH & PEARCE, P.A.

By: /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 575-1555

Co-Counsel for the Official Committee of
Asbestos Property Damage Claimants

SO ORDERED THIS ____ DAY
OF _____, 2002.

_____
The Honorable Alfred M. Wolin
United States District Judge