IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF MARTIN DIES, ESQ.

STATE OF TEXAS       :
                     :  ss.
TRAVIS COUNTY        :

Martin Dies, being duly sworn, deposes and says:

1. I am the senior partner with the law firm of Dies & Hile, L.L.P. ("D&H").

2. I have read the foregoing application and know the contents thereof. The contents are true and correct to the best of my knowledge. I have personally performed many of the services rendered by D&H and am familiar with the other work performed on behalf of the Plaintiffs[1] in the Adversary Actions by the professionals and staff in this firm. All of the services for which compensation is sought herein were rendered for an on behalf of the Plaintiffs solely in connection with the Adversary Actions.

3. In accordance with Bankruptcy Rule 2016(a) and section 504 of the Bankruptcy Code, no agreement or understanding exists between D&H and any other person, other than members of D&H, for the sharing of compensation to be received in connection with this case.

_____
Martin Dies, Esq.

SWORN TO AND SUBSCRIBED before me this 11th day of May, 2006.

_____
Notary Public

ELIZABETH L. BARCLAY
Notary Public, State of Texas
My Commission Expires
June 07, 2009

---

[1] Capitalized terms shall have the meanings ascribed to them in the related application unless otherwise defined herein.