Re:   Sealed Air (Grace Fraudulent Transfer Litigation)
      Attorney's Fee Request
      (Record of Time) Martin Dies, Esq., and Deb Tozer, Paralegal

| March 11, 2002 (Monday) | | |
|---|---|---|
| MD review PD valuation issue. | .5 hr @ $425.00/hr. | $212.50 |
| | | |

| April 16, 2002 (Tuesday) | | |
|---|---|---|
| Review expert data base for PD claim valuation. | 3.25 hrs @ $425/hr. | $1,381.25 |
| | | |

| April 17, 2002 (Wednesday) | | |
|---|---|---|
| Review EPA data regarding U.S. buildings with friable ACSTM. Review prior expert testimony referencing methodologies to determine universe of ACSTM. | 2.00 hrs. @ 425/hr. | $850.00 |
| | | |

| April 22, 2002 (Monday) | | |
|---|---|---|
| Review and preparation for meeting in Miami. Travel to Miami for meeting regarding PD claims valuation issues. Review D&H data base | 2.00 hr. @ $425.00/hr. | $850.00 |
| | | |

| April 23, 2002 (Tuesday) | | |
|---|---|---|
| Attend meeting regarding expert witnesses at Bilzin/Sumberg/Baena offices; discuss and review PD valuation issues in Grace Fraudulent Transfer case. Discuss issues that will require expert testimony; discuss various methodologies for determining value of existing Grace ACSTM claims; review use of EPA methodologies, extrapolation from prior settlements; review names and qualifications of various expert witnesses; MD to review and access data on states and political entities (i.e., public buildings). | 7.5 hrs. @ $425.00/hr. | $3,187.50 |
| | | |

| May 7, 2002 (Tuesday) | | |
|---|---|---|
| Meet with staff to discuss project to obtain "hard data" regarding Grace ACSTM in public buildings. Outline and discuss potential sources of information including historical records and data from prior litigation. Assign D. Tozer to project who will begin reviewing D&H data base of Grace's historical documents. | 2.25 hrs. @ $425.00/hr. | $956.25 |
| | | |

| May 8, 2002 (Wednesday) | | |
|---|---|---|

| | | |
|---|---|---|
| Legal Assistant. Locate and organize Grace historical documents at archives (410 Green Avenue) that are relevant to project. | 4.5 hrs. @ $85.00/hr. | $382.50 |
| | | |
| **May 9, 2002 (Thursday)** | | |
| Legal Assistant. Review W.R. Grace historical documents in data base. | 5 hrs. @ $85.00/hr. | $425.00 |
| | | |
| **May 15, 2002 (Wednesday)** | | |
| Legal Assistant. Review Grace historical documents: sales, shipment, advertisements for ACSTM installed in Western and Northwestern states. | 5.5 hrs. @ $85.00/hr. | $467.50 |
| | | |
| **May 16, 2002 (Thursday)** | | |
| Legal Assistant. Review Grace historical documents. | 8.0 hrs. @ $85.00/hr. | $680.00 |
| | | |
| **May 17, 2002 (Friday)** | | |
| Legal Assistant. Review Grace historical documents. | 3.0 hrs. @ $85.00/hr. | $255.00 |
| | | |
| **May 20, 2002 (Monday)** | | |
| Legal Assistant. Review Grace historical documents. | 2.5 hrs. @ $85.00/hr. | $212.50 |
| | | |
| **May 21, 2002 (Tuesday)** | | |
| Legal Assistant. Review Grace historical documents. | 2.0 hrs. @ $85.00/hr. | $170.00 |
| | | |
| **May 22, 2002 (Wednesday)** | | |
| Legal Assistant. Review historical documents. | 4.5 hrs. @ $85.00/hr. | $382.50 |
| | | |
| **May 23, 2002 (Thursday)** | | |
| Legal Assistant. Review Plastering magazines and other sources. | 4.5 hrs. @ $85.00/hr. | $382.50 |
| | | |
| **May 24, 2004 (Friday)** | | |

| Legal Assistant.  Review historical documents. | 4.5 hrs. @ $85.00/hr. | $382.50 |
|---|---|---|
| | | |

**May 28, 2002 (Tuesday)**

| Legal Assistant.  Review historical documents. | 4.5 hrs. @ $85.00/hr. | $382.50 |
|---|---|---|
| | | |

**May 29, 2002 (Wednesday)**

| Legal Assistant.  Review historical documents. | 4.5 hrs. @ $85.00/hr. | $382.50 |
|---|---|---|
| | | |

**May 30, 2002 (Thursday)**

| MD attend meeting with Grace representatives and Dan Speights in Washington, DC.  Discuss several issues including Fraudulent Transfer litigation.  Prepare and discuss before and after meeting. | 1.5 hrs. @ $425.00/hr. | $637.50 |
|---|---|---|
| Legal Assistant.   Review historical documents for Grace ACSTM in buildings. | 4.5 hrs. @ $85.00/hr. | $382.50 |
| | | |

**May 31, 2002 (Friday)**

| Legal Assistant.  Review historical documents. | 4.5 hrs. @ $85.00/hr. | $382.50 |
|---|---|---|
| | | |

**June 3, 2002 (Monday)**

| Legal Assistant.  Review data base of discovery responses in prior Grace litigation. | 4.0 hrs. @ $85.00/hr. | $340.00 |
|---|---|---|
| | | |

**June 4, 2002 (Tuesday)**

| Legal Assistant.  Review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ $85.00/hr. | $425.00 |
|---|---|---|
| | | |

**June 10, 2002 (Monday)**

| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.25 hrs. @ $85.00/hr. | $361.25 |
|---|---|---|
| | | |

**June 11, 2002 (Tuesday)**

| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 6.0 hrs. @ $85.00/hr. | $510.00 |
|---|---|---|
| | | |

**June 18, 2002 (Tuesday)**

| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.0 hrs. @ $85.00/hr. | $340.00 |
|---|---|---|
| | | |

**June 19, 2002 (Wednesday)**

| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.0 hrs. @ $85.00/hr. | $340.00 |
|---|---|---|
| | | |

**June 20, 2002 (Thursday)**

| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 3.0 hrs. @ $85.00/hr. | $255.00 |
|---|---|---|
| | | |

**June 28, 2002 (Friday)**

| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ $85.00/hr. | $425.00 |
|---|---|---|
| | | |

**July 1, 2002 (Monday)**

| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.0 hrs. @ $85.00/hr. | $340.00 |
|---|---|---|
| | | |

**July 2, 2002 (Tuesday)**

| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 3.25 hrs. @ $85.00/hr. | $276.25 |
|---|---|---|
| | | |

**July 3, 2002 (Wednesday)**

| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 2.5 hrs. @ $85.00/hr. | $212.50 |
|---|---|---|
| | | |

**July 9, 2002 (Tuesday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ $85.00/hr. | $425.00 |

**July 10, 2002 (Wednesday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.5 hrs. @ $85.00/hr. | $382.50 |

**July 12, 2002 (Friday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.0 hrs. @ $85.00/hr. | $340.00 |

**July 15, 2002 (Monday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 6.0 hrs. @ $85.00/hr. | $510.00 |

**July 16, 2002 (Tuesday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ $85.00/hr. | $425.00 |

**July 19, 2002 (Friday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.0 hrs. @ $85.00/hr. | $340.00 |

**July 23, 2002 (Tuesday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.5 hrs. @ $85.00/hr. | $382.50 |

**July 24, 2002 (Wednesday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ $85.00/hr. | $425.00 |

**July 25, 2002 (Thursday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ $85.00/hr. | $425.00 |

**July 30, 2002 (Tuesday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.0 hrs. @ $85.00/hr. | $340.00 |

**July 31, 2002 (Friday)**

| | | |
|---|---|---|
| MD t/c with Scott Baena, Brad Freidman, Dan Speights and other members Bilzin firm.  Discussed Judge Wolin's "standards" opinion. Discussed status of discovery; discovery of Grace's witnesses; discuss PD valuation; MD discussed Texas PD valuation. Discussion additional Grace witnesses. Discuss expert witnesses used in underlying litigation; review "standards" opinion and follow up on expert witness issues. | 6.5 hrs. @ $425.00/hr. | $2,762.50 |
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.25 hrs. @ $85.00/hr. | $361.25 |

**August 1, 2002 (Thursday)**

| | | |
|---|---|---|
| Meeting in Charlotte, N.C., with representatives of W.R. Grace and Dan Speights.  Discuss Grace bankruptcy including Fraudulent Transfer case.  Review and preparation.  Follow up issues from meeting. | 1.75 hrs. @ $425.00/hr. | $743.75 |

**August 8, 2002 (Thursday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 3.5 hrs. @ $85.00/hr. | $297.50 |

**August 9, 2002 (Friday)**

| | | |
|---|---|---|
| Legal Assistant.  Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.5 hrs. @ $85.00/hr. | $382.50 |

**August 12, 2002 (Monday)**

| | | |
|---|---|---|
| t/c with Scott Baena, Dan Speights, others to review Grace Fraudulent Transfer case. Report of discussion between Mr. Friedman and Professor McGovern; discussed possible mediation and settlement strategies. Follow up review of data obtained by Ms. Tozer. | 5.5 hrs. @ $425.00/hr. | $2,337.50 |
| Legal Assistant. Continue review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ $85.00/hr. | $425.00 |

**August 13, 2002 (Tuesday)**

| | | |
|---|---|---|
| Legal Assistant. Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.0 hrs. @ $85.00/hr. | $340.00 |

**August 14, 2002 (Wednesday)**

| | | |
|---|---|---|
| Legal Assistant. Continue review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ $85.00/hr. | $425.00 |

**August 22, 2002 (Thursday)**

| | | |
|---|---|---|
| Legal Assistant. Continue review Grace historical documents and data base of discovery responses in prior litigation. | 4.5 hrs. @ $85.00/hr. | $382.50 |

**August 23, 2002 (Friday)**

| | | |
|---|---|---|
| Legal Assistant. Continue review Grace historical documents and data base of discovery responses in prior litigation. | 3.75 hrs. @ $85.00/hr. | $318.75 |

**August 28, 2002 (Wednesday)**

| | | |
|---|---|---|
| MD reviewed various discovery memorandum and financial information in preparation for mediation. Review PD valuation data. Review historical documents of significance from D. Tozer's project. | 5.25 hrs. @ $425.00/hr. | $2,231.25 |
| Legal Assistant. Continue review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ $85.00/hr. | $425.00 |

**August 29, 2002 (Thursday)**

| | | |
|---|---|---|
| MD attend meeting at Perry Weitz's office. Professor McGovern, Russell Budd, Mr. Weitz, Scott Baena, Mr. Inselbuch, representatives of Sealed Air and Grace. Discussed a "process" for mediation. Review and preparation. Working dinner following meeting. | 6.5 hrs. @ $425.00/hr. | $2,762.50 |
| Legal Assistant. Continue review Grace historical documents and data base of discovery responses in prior litigation. | 6.0 hrs. @ $85.00/hr. | $510.00 |

**August 30, 2002 (Friday)**

| | | |
|---|---|---|
| MD in Washington, DC discussion with representative of National Association of Attorney Generals ("NAAG") regarding NAAG "global" settlement discussions with W.R. Grace; review "Property Damage Expert Witness Report of Charles E. Bates, Ph.D." Begin Memorandum of comments. | 6.0 hrs. @ $425.00/hr. | $2,550.00 |
| Legal Assistant. Continue review Grace historical documents and data base of discovery responses in prior litigation. | 5.0 hrs. @ 85.00/hr. | $425.00 |

**September 2, 2002 (Monday)**

| | | |
|---|---|---|
| MD. Discuss with Karen Cordry (NAAG) Grace settlement discussions with several states; review expert reports and data regarding existing ACSTM; review of and correlation of data from building list. Continue working on comments regarding Seal Air's expert witness report. Monitor D. Tozer progress to identify historical documents. | 5.5 hrs. @ $425.00/hr. | $2,337.50 |

**September 3, 2002 (Tuesday)**

| | | |
|---|---|---|
| MD attend status conference on case management in Newark, Fraudulent Transfer case. Work on comments regarding Sealed Air Expert witness report. Preparation and review D. Tozer project of 9/1/02 Memorandum (PD outline). | 4.0 hrs. @ $425.00/hr. | $1,700.00 |

**September 4, 2002 (Wednesday)**

| | | |
|---|---|---|
| Continue working on comments to Sealed Air expert report. Review data from D. Tozer's review of Grace historical information and discovery responses. | 5.0 hrs. @ $425.00/hr. | $2,125.00 |

**September 13, 2002 (Friday)**

| | | |
|---|---|---|
| MD work on data from various states regarding ACSTM (FP). T/c with Scott Baena; conference with Legal Assistant regarding data for public buildings in various states. | 6.0 hrs. @ $425.00/hr. | $2,550.00 |
| | | |
| **September 17, 2002 (Tuesday)** | | |
| MD review information compiled by Legal Assistant. Preparation for t/c meeting; participate in t/c with Baena, Turken, Widom, Speights. | 4.0 hrs. @ $425.00/hr. | $1,700.00 |
| | | |
| **September 19, 2002 (Thursday)** | | |
| MD review from D. Tozer regarding Grace ACMSM in numerous. | 3.25 hrs. @ $425.00/hr. | $1,381.25 |
| | | |
| **September 25, 2002 (Wednesday)** | | |
| MD review data regarding public buildings in numerous states which contain Grace ACSTM. | 5.0 hrs. @ $425.00/hr. | $2,125.00 |
| | | |
| **September 26, 2002 (Thursday)** | | |
| Review data regarding public buildings which contain Grace ACSTM. | 4.0 hrs. @ $425.00/hr. | $1,700.00 |
| | | |
| **October 8, 2002 (Tuesday)** | | |
| MD continue review data regarding buildings that contain Grace ACSTM. | 3.5 hrs. @ $425.00/hr. | $1,487.50 |
| | | |
| **October 10, 2002 (Thursday)** | | |
| MD review ACSTM building data from numerous states. | 4.5 hrs. @ $425.00/hr. | $1,912.50 |
| | | |
| **October 21, 2002 (Monday)** | | |
| MD review Grace building data. | 1.5 hrs. @ $425.00/hr. | $637.50 |
| | | |
| **November 1, 2002 (Friday)** | | |

| | | |
|---|---|---|
| MD meeting with TM, KP, JM (Construction Inspectors, Inc.) Regarding public buildings with Grace ACSTM. | 3.5 hrs. @ $425.00/hr. | $1,487.50 |
| **November 4, 2002 (Monday)** | | |
| MD conference with Don Carona regarding Grace ACSTM in several states with "Nullum Tempus" protection from statutes of limitation/repose. | 2.5 hrs. @ $425.00/hr. | $1,062.50 |
| **November 8, 2002 (Friday)** | | |
| MD review data regarding quantities of ACSTM in various public colleges and university buildings. | 3.25 hrs. @ $425.00/hr. | $1,381.25 |
| **November 25, 2002 (Monday)** | | |
| MD correlate all data from nullum tempus states for Grace ACSTM. | 4.5 hrs. @ $425.00/hr. | $1,912.50 |
| **November 26, 2002 (Tuesday)** | | |
| MC review D. Tozer data and preparation for mediation. | 4.5 hrs. @ $425.00/hr. | $1,912.50 |
| **November 27, 2002 (Wednesday)** | | |
| Participate in Sealed Air mediation Judge Wolin's Courtroom, Newark, NJ. Discussions with property damage and bodily injury representatives. Represent property damage claimants in negotiations conducted by Professor McGovern, including Russell Budd and Perry Weitz representing bodily injury and Sealed Air representatives. | 12.0 hrs. @ $425.00/hr. | $5,100.00 |
| **January 21, 2003 (Tuesday)** | | |
| MD attend meeting in Perry Weitz's office in New York. | 2.0 hrs. @ $425.00/hr. | $850.00 |
| **Martin Dies**<br>**Legal Assistant** | 129.0 hrs. @ $425.00/hr.<br>204.5 hrs. @ $85.00/hr. | $54,825.00<br>$17,382.50 |
| **TOTAL:** | | **$72,207.50** |

WRGFraudulentTransfer/Billing

### W. R. GRACE FRAUDULENT TRANSFER LITIGATION
### SEALED AIR
### TRAVEL EXPENSES

Washington, DC - May 30, 2002 Meeting with Robert Beber, David Siegel and Daniel Speights. Note: These costs were Prorated with Sealed Air as being equal to one-third (1/3).

| | | |
|---|---|---|
| 37394 | Airfare<br>Houston to Philadelphia; Chicago to Houston<br>(1/3 of $1,218.50) | $406.17 |
| 37406 | Taxi<br>Office to Union Station<br>(1/3 of $25.00) | $8.33 |
| | Total | $414.50 |

Charlotte, NC - July 31 - August 1, 2002 - Meeting with Robert Beber, David Siegel and Daniel Speights. Note: These costs have been prorated with Sealed Air as being equal to one-fourth (1/4).

| | | |
|---|---|---|
| 37467 | Mileage<br>Round trip from Orange, TX to Houston Airport<br>200 miles @ 31¢<br>(1/4 of $62.00) | $15.50 |
| 37467 | Airfare<br>Round trip Houston to Charlotte, NC<br>(1/4 of $1,396.00) | $349.00 |
| 7/31 -<br>8/1/02 | Lodging<br>Sheraton Airport Hotel, Charlotte, NC<br>(1/4 of $134.47) | $33.62 |
| 7/31 -<br>8/2/02 | Phone<br>Sheraton Airport Hotel, Charlotte, NC<br>(1/4 of $5.10) | $1.28 |
| 37468 | Meal<br>Pappas Seafood, Humble, TX<br>(1/4 of $30.37) | $7.59 |
| 7/31 -<br>8/1/02 | Parking<br>Bush Intercontinental Airport<br>(1/4 of $17.00) | $4.25 |
| | Total | $411.24 |

1

# W. R. GRACE FRAUDULENT TRANSFER LITIGATION
## SEALED AIR
### TRAVEL EXPENSES

New York, NY - August 28 - 30, 2002 - Attend First Mediation Meeting (Sealed Air)

| 37495 | Airfare<br>Houston to Newark | $1,019.25 |
|---|---|---|
| 37496 | Taxi<br>Newark Airport to Hotel | $55.00 |
| 8/28-30/02 | Lodging<br>Omni Berkshire Hotel, New York | $454.74 |
| 37496 | Fax Services<br>Omni Berkshire Hotel, New York | $79.00 |
| 37496 | Taxi<br>Hotel to Mediation | $10.70 |
| 37496 | Taxi<br>Mediation to Hotel | $13.10 |
| 37496 | Meals<br>Typhoon Brewery, NY (working dinner with<br>Daniel Speights) | $81.77 |
| 33843 | Train<br>Amtrak New York to Washington, DC | $223.00 |
| 37497 | Meal<br>Centre Café, Washington, DC | $11.35 |
| 37497 | Train<br>Amtrak Washington, DC to BWI | $55.00 |
| 37497 | Airfare<br>Baltimore to Houston (1/2 of round trip ticket) | $582.75 |
| 37497 | Parking<br>Houston Airport | $29.24 |
| 37497 | Meal<br>Pappas Seafood, Humble (1/3 of $62.28) | $20.76 |
| | Total | $2,635.66 |

2

## W. R. GRACE FRAUDULENT TRANSFER LITIGATION
### SEALED AIR
### TRAVEL EXPENSES

Newark, NJ - September 2-4, 2002 - Status Conference

| | | |
|---|---|---|
| 37500 | Airfare<br>Houston to Baltimore (Remainder of round trip ticket) | $582.75 |
| 37500 | Parking<br>BWI Airport | $16.00 |
| 37501 | Train<br>Amtrak from Washington, DC to Newark | $203.00 |
| 37501 | Taxi<br>Newark Penn Station to Court | $5.50 |
| 37501 | Taxi<br>Court to Newark Penn Station | $5.00 |
| 37501 | Train<br>Amtrak from Newark to Washington, DC | $102.00 |
| 37501 | Taxi<br>Union Station to Washington Office | $23.00 |
| 37502 | Airfare<br>Washington to Houston (Cost of the Washington to Houston segment) | $956.75 |
| 9/2-5/02 | Parking<br>Houston Airport (1/2 of $29.24) | $14.62 |
| | Total | $1,908.62 |

Washington, D.C. - November 26-27, 2002 - Mediation

| | | |
|---|---|---|
| 37585 | Airfare<br>Round trip Houston to Washington, DC | $1,178.50 |
| 37586 | Train<br>Amtrak from Washington DC to Newark NJ | $223.00 |
| | Total | $1,401.50 |

3

## W. R. GRACE FRAUDULENT TRANSFER LITIGATION
## SEALED AIR
## TRAVEL EXPENSES

New York, NY - January 20-22, 2003 - Meeting in Mr. Weitz' Office

| | | |
|---|---|---|
| 37640 | Airfare<br>Round trip Houston to Washington DC | $1,913.50 |
| 37641 | Taxi<br>Washington Office to Amtrak station | $25.00 |
| 37641 | Train<br>Amtrak Round trip Washington, DC to New York | $426.00 |
| 37641 | Taxi<br>Amtrak station to Mr. Weitz' office | $20.00 |
| 37641 | Taxi<br>Mr. Weitz' office to Amtrak station | $20.00 |
| 37641 | Taxi<br>Amtrak station to Washington office | $25.00 |
| | Total | $2,429.50 |

TOTAL TRAVEL EXPENSES                                                    $9,201.02

DATA\WP\128COM\SEALEDAIR\TRAVEL EXPENSES

4

## EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Continental Airlines |
| Date Incurred: | May 29, 2002 |
| Amount: | $406.17 (1/3 of airfare from Houston to Philadelphia; Chicago to Houston $1,218.50 ÷ 3 = $406.17) |
| By Whom: | Martin Dies |
| Business Purpose: | Meeting with Robert Beber, David Siegel and Daniel Speights |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

Note:  Per Mr. Dies' instructions these charges were prorated with Grace v Sealed Air billed one-third (1/3) of the total which equaled $406.17.

## //// eTICKET

# Continental Airlines ®

Issue Date: May 28, 2002

### eTicket Itinerary and Receipt

## Attention: MR MARTIN DIES

## Confirmation: V7LJDX

| Day | Date | Flight/ Class | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|------|--------|------|--------|------|-------|------|
| Wed | 29MAY02 | CO 1276 Y | HOUSTON TX | 7:50AM | PHILADELPHIA | 12:03PM | 737-500 | Snack |
| | | | CUSTOMER'S OWN ARRANGEMENTS | | | | | |
| Tue | 04JUN02 | CO 1647 F | CHICAGO OHARE | 6:25PM | HOUSTON TX | 9:08PM | 737-500 | Dinner |

| Traveler (1) | Frequent Flyer | eTicket Number | Seat(s) in flight order and subject to change |
|---|---|---|---|
| DIES / MARTINWMR | CO-AH048819 Platinum | 0052163708718 | 8C/ 2B |

Fare: $1,119.06    Combined Tax: $99.44    Per Person Total: $1,218.50    eTicket Total: $1,218.50
Combined Tax / Fee Detail:    Tax: $83.94, Flight Segment Tax: $6.00, Security Service Fee: $5.00, Passenger Facility Charge: $4.50
Method of Payment: N/A
Fare Rules:    Additional charges may apply for changes in addition to any fare rules listed.

American Express tickets attached:

| | |
|---|---|
| May 24, 2002 | $1,614.50 |
| May 28, 2002 | $   84.00 |
| May 30, 2002 | ($  480.00) |

Cost of Ticket    $1,218.50 ÷ 3 = $406.17



Small Business
Services

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

## The Executive Corporate Card for Small Business

**Prepared For**
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Card Transactions for MARTIN W DIES                                    Amount $

| | | | |
|---|---|---|---|
| **May 24, 2002** | | | 1,614.50 |
| CONTINENTAL AIRLINES HOUSTON    TX | | | |
| From: | To: | Carrier: | Class: |
| HOUSTON TX IAH | WASHINGTON NAT'L D | CO | YA |
| | O HARE FIELD IL | | |
| | HOUSTON TX IAH | CO | YA |

Ticket Number: 00521636409976        Date of Departure: 05/28
Passenger Name: DIES/MARTINWMR
Document Type: PASSENGER TICKET

Small Business
Services

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

## The Executive Corporate Card for Small Business

**Prepared For**
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Card Transactions for MARTIN W DIES                                    Amount $

| | | | |
|---|---|---|---|
| **May 28, 2002** | | | 84.00 |
| CONTINENTAL ELEC TICKETNG HOUSTON TX149 | | | |
| From: | To: | Carrier: | Class: |
| HOUSTON TX IAH | BALTIMORE MD | CO | Y8 |
| | O HARE FIELD IL | | |
| | HOUSTON TX IAH | CO | YA |

Ticket Number: 00521636955313        Date of Departure: 05/28
Passenger Name: DIES/MARTINWMR
Document Type: PASSENGER TICKET

May 30, 2002                                                          480.00
CONTINENTAL AIRLINES HOUSTON TX 150
TKT# 00521636955531

## EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | Cash |
| Vendor: | Taxi Cab |
| Date Incurred: | May 30, 2002 |
| Amount: | $8.33 (1/3 of $25.00) |
| By Whom: | Martin Dies |
| Business Purpose: | Meeting with Robert Beber, David Siegel and Daniel Speights |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

5/30/02  Wash Council

**Taxi Cab Receipts**

DATE: _____  TIME: _____

TRIP ORIGIN: _____25.00_____

DESTINATION: _____

FARE: $_____ SIGNATURE _____

## EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Continental Airlines |
| Date Incurred: | July 31, 2002 |
| Amount: | $349.00 (1/4 of $1,396.00) Round trip Houston, TX to Charlotte, NC |
| By Whom: | Martin Dies |
| Business Purpose: | Meeting with Robert Beber, David Siegel and Daniel Speights |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

# ⫸⫸⫸ℓ𝐞𝐓𝐈𝐂𝐊𝐄𝐓

# Continental Airlines

Issue Date: July 29, 2002

## eTicket Itinerary and Receipt

Attention: **MARTIN W DIES**                     Confirmation: **U2BBE2**

| Day | Date | Flight/ Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Wed | 31JUL02 | CO 1680 Y | HOUSTON TX | 6:47PM | CHARLOTTE | 10:14PM | 737-500 | Snack |
| Thu | 01AUG02 | CO*3754 Y | CHARLOTTE | 6:18PM | HOUSTON TX | 7:55PM | ERJ-145 | |

*Operated by EXPRESSJET AIRLINES doing business as CONTINENTAL EXPRESS

| Traveler (1) | Frequent Flyer | eTicket Number | Seat(s) *In flight order and subject to change* |
|---|---|---|---|
| **DIES** / MARTINWMR | CO-AH048819 Platinum | 0052165178279 | —/ 7B |

Fare: $1,288.38          Combined Tax: $107.62      Per Person Total: $1,396.00      eTicket Total: $1,396.00

Combined Tax / Fee Detail: Tax $96.62, Flight Segment Tax $6.00, Security Service Fee: $5.00

Method of Payment: AMERICAN EXPRESS 37820474XXXXXXXX

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.



**Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

# The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

| Card Transactions for MARTIN W DIES | | | | Amount $ |
|---|---|---|---|---|

| July 29, 2002 | | | | 1,396.00 |
|---|---|---|---|---|
| CONTINENTAL AIRLINES HOUSTON    TX | | | | |
| From: | To: | | Carrier: | Class: |
| HOUSTON TX IAH | CHARLOTTE NC | | CO | Y8 |
| | HOUSTON TX IAH | | CO | YA |

Ticket Number: 00521651782794                Date of Departure: 07/31
Passenger Name: DIES/MARTINWMR
Document Type: PASSENGER TICKET

EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Sheraton Airport Plaza Charlotte, NC |
| Date Incurred: | July 31, 2002 |
| Amount: | $33.62 (1/4 of $134.47) Lodging: $1.28 (1/4 of $5.10) Phone |
| By Whom: | Martin Dies |
| Business Purpose: | Meeting with Robert Beber, David Siegel and Daniel Speights |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

Mr Martin Dies
1009 West Green
Orange, TX 77630

| | | | | |
|---|---|---|---|---|
| | | | Room | 426 |
| Arrival | 07/31/02 | | Cashier | 1 |
| Departure | 08/01/02 | | Page | 1 |

INVOICE 243584    Sheraton Airport Plaza Charlotte, 08/01/02

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 07/31 | Best Available Rate | 426 | 119.00 | |
| 07/31 | Occupancy Tax | | 15.47 | |
| 07/31 | Local Phone #7426 : 704-945-0600 | | 0.85 | |
| 08/01 | Local Phone #7426 : 704-945-0600 | | 0.85 | |
| 08/01 | Local Phone #7426 : 704-945-0600 | | 0.85 | |
| 08/01 | Local Phone #7426 : 704-945-0600 | | 0.85 | |
| 08/01 | Local Phone #7426 : 704-943-4278 | | 0.85 | |
| 08/01 | Local Phone #7426 : 704-945-0600 | | 0.85 | |
| 08/01 | American Express | | | 139.57 |
| | 3005    06/03 | | | |
| | Total | | 139.57 | 139.57 |
| | Balance | | | 0.00 USD |

AMERICAN EXPRESS **Small Business Services**

Customer Service
800-553-6464
(24 hours / 7 days)
www.americanexpress.com

# The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

| Card Transactions for MARTIN W DIES | Amount $ |
|---|---|
| **August 1, 2002** | 139.57 |
| SHERATON HOTELS ARPR704-3921200    NC | |

| Arrival Date | Departure Date |
|---|---|
| 07/31/02 | 08/01/02 |

HOTEL/LODGING
LODGING
Reference: 793080200

<u>EXPENSE ITEM</u>

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Pappas Seafood, Humble, TX |
| Date Incurred: | August 1, 2002 |
| Amount: | $7.59 (1/4 of $30.37) Meal |
| By Whom: | Martin Dies |
| Business Purpose: | Meeting with Robert Beber, David Siegel and Daniel Speights |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |



**Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

# The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Card Transactions for MARTIN W DIES

Amount $

**August 1, 2002**                                                                                         30.37
PAPPAS SEAFD HSE#11 HUMBLE TX
FOOD AND BEVERAGE
TIP 00000450
Reference: 000036916

<u>EXPENSE ITEM</u>

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | IAH Parking Area, Humble, TX |
| Date Incurred: | August 1, 2002 |
| Amount: | $4.25 (1/4 of $17.00) Parking |
| By Whom: | Martin Dies |
| Business Purpose: | Meeting with Robert Beber, David Siegel and Daniel Speights |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

Fee Computer Number:                    7
Cashier:                Bridgette ID #304
Transaction Number:                    53
Entered:                07/31/02  16:44
Exited:                 08/01/02  19:58
Ticket #13151           Dispenser #35
Rate:                      C East Daily
Total Fee:                        $17.00
American Express                  $17.00
37820474000xXXX

For questions call
281 233 1730
Thank you for parking Terminal C



Small Business
Services

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

## The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.                    Amount $

Card Transactions for MARTIN W DIES

|  | | 17.00 |
|---|---|---|
| **August 1, 2002** | | |
| I.A.H. PARKING AREA HUMBLE | TX | |
| PARKING GARAGE | | |
| Reference: 021418867 | | |

### EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Continental Airlines |
| Date Incurred: | August 28, 2002 |
| Amount: | $1,019.25 (One-way airfare from Houston to New York) |
| By Whom: | Martin Dies |
| Business Purpose: | Flight from Houston to New York |
| | Trip to Newark to attend first mediation meeting |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

Note:   Mr. Dies was in Phoenix on a matter not pertaining to W. R. Grace Fraudulent Transfer
Litigation. He flew from Phoenix to Newark. The fare charged to this billing is the one-way
fare from Houston to New York. Attached hereto is the documentation for a round trip fare
from Houston to New York on 8/15/01 in the amount of $2,038.50. One-half of this amount
is billed as one-way fare.

 **Continental Airlines** 

Issue Date: August 10, 2001

## eTicket Itinerary and Receipt

## Attention: MARTIN W DIES                    Confirmation: UBR4QS

| Day | Date | Flight/ Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Mon | 13AUG01 | CO 1740 Y | HOUSTON TX | 6:50PM | NEW YORK/LGA | 11:25PM | 737-800 | Snack |
| Wed | 15AUG01 | CO 1973 AU | NEW YORK/LGA | 4:30PM | HOUSTON TX | 7:31PM | 737-800 | Dinner |

| Traveler (1) | Frequent Flyer | eTicket Number | Seat(s) *In flight order and subject to change* |
|---|---|---|---|
| DIES / MARTINWMR | CO-AH048819 Platinum | 0052157683683 | 7D/--- |

Fare: $1,888.36        Combined Tax: $150.14        Per Person Total: $2,038.50        eTicket Total: $2,038.50
Combined Tax / Fee Detail:   Tax: $141.64, Flight Segment Tax: $5.50, Passenger Facility Charge: $3.00

 **Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

## The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Card Transactions for MARTIN W DIES                    Amount $

                                                        2,038.50

August 10, 2001
CONTINENTAL AIRLINES HOUSTON    TX

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| HOUSTON TX IAH | LAGUARDIA INTL A/P | CO | Y8 |
| | HOUSTON TX IAH | CO | Y8 |

Ticket Number: 00521576836830        Date of Departure: 08/13
Passenger Name: DIES/MARTINWMR
Document Type: PASSENGER TICKET

EXPENSE ITEM

Credit Card or Cash:   Cash
Vendor:   Green Dispatch Service, Inc.
Date Incurred:   August 29, 2002
Amount:   $55.00 - Taxi fare
By Whom:   Martin Dies
Business Purpose:   Attend First Mediation Meeting - Sealed Air
Client:   W. R. Grace Fraudulent Transfer Litigation - Sealed Air

*Newark Airport*

## Green Dispatch Service, Inc.

153 BADGER AVE.   643-4100   NEWARK, N. J.

Date _8/29/02_ 20 _____

M _____

_____ *Sealed Air* _____

Pick Up Point _____

Time _____

Destination _____ *mediator*

Drop Off Time _____

Tolls $ _____   Total Fare $ *55.00*

Driver _____ *cash*

Cab No. _____

## EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Omni Hotels, New York City, NY |
| Date Incurred: | August 28-30, 2002 |
| Amount: | $454.74 lodging; $79.00 fax |
| By Whom: | Martin Dies |
| Business Purpose: | Attend First Mediation Meeting - Sealed Air |
| Client: | W. R. Grace Fraudulent Transfer Litigation |

# OMNI ❀ HOTELS°

OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY    NY    10022
Tele- 212-753-5800    Fax- 212-754-5020

DIES, MARTIN

PO BOX 685
HAMPTON        SC    29924

| Room Number: | 1029 |
|---|---|
| Daily Rate: | 199 |
| Room Type: | KN |
| No. of Guests: | 1 / 0 |

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|---|
| 8/28/02 | 8/30/02 | | | PHENOM | LEIS | 117033035 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 8/28/02 | 1029 | ROOM CHARGE | #1029 DIES, MARTIN (PR) | $199.00 |
| 8/28/02 | 1029 | SALES TAX 8.25% | SALES TAX 8.25% | $16.42 |
| 8/28/02 | 1029 | CITY TAX 5% | CITY TAX 5% | $9.95 |
| 8/28/02 | 1029 | OCCUPANCY TAX $2.00 | OCCUPANCY TAX $2.00 | $2.00 |
| 8/29/02 | 1029 | FAX SERVICES | FAX SERVICES | $79.00 |
| 8/29/02 | 1029 | ROOM CHARGE | #1029 DIES, MARTIN | $199.00 |
| 8/29/02 | 1029 | SALES TAX 8.25% | SALES TAX 8.25% | $16.42 |
| 8/29/02 | 1029 | CITY TAX 5% | CITY TAX 5% | $9.95 |
| 8/29/02 | 1029 | OCCUPANCY TAX $2.00 | OCCUPANCY TAX $2.00 | $2.00 |

<u>EXPENSE ITEM</u>

Credit Card or Cash:     Cash
Vendor:                  Taxi
Date Incurred:           August 29, 2002
Amount:                  $10.70 - Taxi fare
By Whom:                 Martin Dies
Business Purpose:        Attend First Mediation Meeting - Sealed Air
Client:                  W. R. Grace Fraudulent Transfer Litigation - Sealed Air

```
MED. #      7865
08/29/02 TR 7682
 START  END  MLES
 19:03 19:16 05.5
 FARE:    $  10.70
 EXTRA:   $   0.00
 TOTAL:   $  10.70
 CONSUMER HOTLINE
 1 212 NYC-TAXI
```

Cab fare
hotel to
mediation
Grace F/T

## EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | Cash |
| Vendor: | Taxi |
| Date Incurred: | August 29, 2002 |
| Amount: | $13.10 - Taxi fare |
| By Whom: | Martin Dies |
| Business Purpose: | Attend First Mediation Meeting - Sealed Air |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

Group 5/5

I ♡ NEW YORK

MEDALLION# 3N50
DATE: 08/29/2002
START TIME 15:09
END TIME 15:32
TRIP # 15358
RATE No. 1
MILES 6.50
FARE $ 13.10

Consumer HotLine
(212)-NYC-TAXI

med to hotel

EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Typhoon Brewery, New York, NY |
| Date Incurred: | August 29, 2002 |
| Amount: | $81.77 – Working Dinner with Daniel Speights |
| By Whom: | Martin Dies |
| Business Purpose: | Attend First Mediation Meeting - Sealed Air |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 **Cards**

## Platinum Card® Statement of Account

Prepared For
MARTIN W DIES

| **Card Transactions for MARTIN W DIES** | | | | Amount $ |
|---|---|---|---|---|
| Card 3719-831448-94004 | | | | |

| **August 29, 2002** | | | 81.77 |
|---|---|---|---|
| TYPHOON BREWERY | NEW YORK | NY | |
| FOOD/BEVERAGE | | | |
| FOOD-BEV | 71.77 | | |
| WAITER | 10.00 | | |
| Reference: 97932746 | | | |

EXPENSE ITEM

Credit Card or Cash:     American Express
Vendor:                  Amtrak
Date Incurred:           August 30, 2002
Amount:                  $223.00 - New York City to Washington, D.C.
By Whom:                 Martin Dies
Business Purpose:        Attend First Mediation Meeting - Sealed Air
Client:                  W. R. Grace Fraudulent Transfer Litigation - Sealed Air

 **Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

# The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

| Card Transactions for MARTIN W DIES | Amount $ |
|---|---|
| **August 29, 2002** | 223.00 |
| AMTRAK RESERVATION SALES WASHINGTON DC | |
| From:          ADV | |
| To:            PMT | |
| Ticket Number: 2411506207163 | |
| Reference: 242014050 | |

### EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Centre Cafe, Washington, DC |
| Date Incurred: | August 30, 2002 |
| Amount: | $11.35 - meal |
| By Whom: | Martin Dies |
| Business Purpose: | Attend First Mediation Meeting - Sealed Air |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 **Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

## The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

| Card Transactions for MARTIN W DIES | Amount $ |
|---|---|
| **August 30, 2002**<br>CENTRE CAFE WASHINGTON DC<br>FOOD AND BEVERAGE<br>TIP 00000150<br>Reference: 000085204 | 11.35 |

*Sealed Air*

11915

EXPENSE ITEM

Credit Card or Cash:   American Express
Vendor:                AMTRAK
Date Incurred:         August 30, 2002
Amount:                $55.00 (1/2 of $110.00)
By Whom:               Martin Dies
Business Purpose:      Attend First Mediation Meeting - Sealed Air
Client:                W. R. Grace Fraudulent Transfer Litigation - Sealed Air

 **Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

# The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Card Transactions for MARTIN W DIES                                      Amount $

**August 30, 2002**                                                      110.00
AMTRAK RESERVATION SALES WASHINGTON DC
From:          ADV
To:            PMT
Ticket Number: 2422012050732
Reference: 245017500

```
          Rider        AMTRAK          Baggage
            1
        DIES/MARTIN

     WASHINGTON,DC
     BWI AIRPORT STA,MD
        118      30AUG02

        METRO FIRST
     2422012050732    AX
   Rail Fare $38.00    $17.00
   Fare Plans          $55.00
   1OFM
   4244651205064    01  01
   0AUG02          15CDOT
            GUEST RECEIPT
```

<u>EXPENSE ITEM</u>

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Continental Airlines |
| Date Incurred | August 30, 2002 - Baltimore, MD to Houston, TX    $582.75 |
| and Amount: | September 2, 2002 - Houston, TX to Baltimore, MD    $582.75 |
| By Whom: | Martin Dies |
| Business Purpose: | Return from attending first mediation meeting in New York |
| | Trip to Newark, NJ to attend status conference |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 **Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

# The Executive Corporate Card for Small Business

Prepared For:
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Card Transactions for MARTIN W DIES                                          Amount $

**August 29, 2002**                                                          1,165.50
CONTINENTAL AIRLINES HOUSTON     TX

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| BALTIMORE MD | HOUSTON TX IAH | CO | H8 |
| | BALTIMORE MD | CO | H8 |

Ticket Number: 00521659187243          Date of Departure: 08/30
Passenger Name: DIES/MARTINWMR
Document Type: PASSENGER TICKET

<u>EXPENSE ITEM</u>

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | The Parking Spot, Humble, TX |
| Date Incurred: | August 30, 2002 |
| Amount: | $29.24 Parking |
| By Whom: | Martin Dies |
| Business Purpose: | Attend First Mediation |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |



**Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

# The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Amount $

Card Transactions for MARTIN W DIES

**September 3, 2002**                                                                                29.24
PRG PARKING HOUSTON Humble          TX
PARKING FEES
AIRPORT PARKING
Reference: 300001001     Floca Number: 490001001

```
        The Parking Spot
5727  Will Clayton Parkway
        281-540-7944
      Humble, TX 77338
Fee Comp 2   Cashier   14
08/30/02 20:23

    Receipt 018123

Short-term Parking
Standard Ticket
Houston Intercontinental
08/27/02 07:28
08/30/02 20:23
Period 3d12h55'
(V.A.T.)            $29.24

Gross Total         $29.24

Payment
AMEX               $29.24
378204740063005    06/03

Net Total          $27.00
V.A.T. (8.3%)        2.24

   All amounts in USD.
Deliv. Date=Receipt Date

Thank you for parking at
The Parking Spot.
```

<u>EXPENSE ITEM</u>

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Pappas Seafood House, Humble, TX |
| Date Incurred: | August 30, 2002 |
| Amount: | $20.76 meal (1/3 of $62.28) |
| By Whom: | Martin Dies |
| Business Purpose: | Attend First Mediation Meeting - Sealed Air |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 **Cards**

# Platinum Card® Statement of Account

Prepared For
MARTIN W DIES

| Card Transactions for MARTIN W DIES | Amount $ |
|---|---|
| Card 3713-831448-94004 | |

| | |
|---|---|
| **August 30, 2002** | 62.28 |
| PAPPAS SEAFD HSE#11 HUMBLE TX | |
| FOOD AND BEVERAGE | |
| TIP 00001000 | |
| Reference: 000213990 | |

<u>EXPENSE ITEM</u>

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | BWI Airport Parking |
| Date Incurred: | September 2, 2002 |
| Amount: | $16.00 Parking |
| By Whom: | Martin Dies |
| Business Purpose: | Status Conference |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 **Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

# The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement

Card Transactions for MARTIN W DIES                    Amount $

| September 2, 2002 | 16.00 |
|---|---|
| BWI GARAGE LOT    WASHINGTON    DC | |
| PARKING LOT/GARAGE | |
| Reference: 024502069      Roc Number: 24502069 | |

```
B W I AIRPORT PARKING
MAIN TERMINAL GARAGE
MARYLAND PARKING

Rcpt# 23569
09/02/02 20:38   LANE A# 2   Txn#122947
09/02/02 16:18 In   09/02/02 20:38 Out
Tkt# 268399
Fee ......1     $   15.40
Total Tax      $    0.60
Total Fee      $   16.00
AMERICAN EXP   $   16.00
XXXXXXXXXX3005 06/03
Approval No.: 545922
Reference No.: 24502069
Change Due     $    0.00
THANK YOU
HAVE A SAFE TRIP
```

EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | AMTRAK |
| Date Incurred: | September 3, 2002 |
| Amount: | $203.00 Washington, DC to Newark NJ |
| By Whom: | Martin Dies |
| Business Purpose: | Status Conference |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 **Cards**

# Platinum Card® Statement of Account

Prepared For
MARTIN W DIES

---

**Card Transactions for MARTIN W DIES**
Card 3713-831448-94004                                                                 Amount $

---

**September 3, 2002**                                                                    203.00
AMTRAK COUNTER SALES WASHINGTON DC
From:              WASHINGTON
To:                NEWARK
Ticket Number: 2463544016148
Reference: 247018150

<u>EXPENSE ITEM</u>

Credit Card or Cash:  Cash
Vendor:  Taxi
Date Incurred:  September 3, 2002
Amount:  $5.50 - Taxi fare - Newark Penn Station to Court
By Whom:  Martin Dies
Business Purpose:  Status Conference
Client:  W. R. Grace Fraudulent Transfer Litigation - Sealed Air

## TAXI CASH RECEIPT
### Newark, N.J.

Cab. No._____ Date _____

Pick-up from Newark Penn Station

To_____

Amount $ _5.50_____

☐ Inc. Tolls    ☐ Luggage    ☐ Several Stops

☐ Tips    ☐ $1.00 for luggage 24" size

## EXPENSE ITEM

Credit Card or Cash:   Cash
Vendor:   Taxi
Date Incurred:   September 3, 2002
Amount:   $5.00 - Taxi fare - Court to Newark Penn Station
By Whom:   Martin Dies
Business Purpose:   Status Conference
Client:   W. R. Grace Fraudulent Transfer Litigation - Sealed Air

### TAXI CASH RECEIPT
Newark, N.J.   *9 |3 |02*

Cab. No. _____   Date _____ *Status Conf*

Pick-up from Newark Penn Station   *Return*

To _____

Amount $ *5.00* _____

☐ Inc. Tolls    ☐ Luggage    ☐ Several Stops

☐ Tips    ☐ $1.00 for luggage 24" size

### EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | AMTRAK |
| Date Incurred: | September 3, 2002 |
| Amount: | $102.00 Newark, NJ to Washington, DC |
| By Whom: | Martin Dies |
| Business Purpose: | Status Conference |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 **Small Business Services**

Customer Service
800-553-6464
(24 hours / 7 days)
www.americanexpress.com

## The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Amount $

Card Transactions for MARTIN W DIES

**September 3, 2002**                                                    102.00
AMTRAK RESERVATION SALES WASHINGTON DC
From:          ADV
To:            PMT
Ticket Number: 2464583205311
Reference:



Riders          AMTRAK          Baggage
Name of Guest
1
DIES/MARTIN

From
NEWARK PENN STA, NJ
To
WASHINGTON, DC
Carrier    Train    Date
2V  93        03SEP02
Accom    Space/Car
JD    BUSINESS CL
Form of Payment
AP  2465981122933    AX
Rail Fare    $72.00    Accom Charge  $30.00
Fare Plans    Total  $102.00
YOTC
Ticket Number            No.
2465592166758    01  01
Date of Issue            Reservation #
03SEP02            1DBB6
GUEST RECEIPT

<u>EXPENSE ITEM</u>

Credit Card or Cash:     Cash
Vendor:                  Taxi
Date Incurred:           September 3, 2002
Amount:                  $23.00 - Taxi fare - Union Station to Office
By Whom:                 Martin Dies
Business Purpose:        Status Conference
Client:                  W. R. Grace Fraudulent Transfer Litigation - Sealed Air



<u>EXPENSE ITEM</u>

Credit Card or Cash:     American Express
Vendor:                          Continental Airlines
Date Incurred              September 4, 2002 - Washington Nat'l to Houston, TX
    and Amount:            $956.75 - Portion of fare charged
By Whom:                     Martin Dies
Business Purpose:       Status Conference
Client:                          W. R. Grace Fraudulent Transfer Litigation - Sealed Air

---

**September 3, 2002**                                                                           1,080.50
CONTINENTAL AIRLINES HOUSTON    TX

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| BALTIMORE MD | HOUSTON TX IAH | CO | H8 |
| | TUCSON AZ | CO | KR |
| | HOUSTON TX IAH | CO | KR |

Ticket Number: 00521660056672          Date of Departure: 09/04
Passenger Name: DIES/MARTINWMR
Document Type: PASSENGER TICKET

---

**September 4, 2002**                                                                           374.00
CONTINENTAL ELEC TICKETNG HOUSTON TX248

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| WASHINGTON NAT'L D | HOUSTON TX IAH | CO | Y8 |
| | TUCSON AZ | CO | KR |
| | HOUSTON TX IAH | CO | KR |

Ticket Number: 00521660179272          Date of Departure: 09/04
Passenger Name: DIES/MARTINWMR
Document Type: PASSENGER TICKET

---

////E@TICKEl               **Continental Airlines**

Name:        **DIES/MARTINWMR**
Date:         **WED 04 SEP 2002**
OnePass:   **AH048719PLATINUM**

Flight:        **CO 1859AU**

Gate:          **11**                    Seat:     **3B**

Depart:      Washington-Reagan Natl          3:50 PM
Arrive:       Houston-Bush Intl                     5:52 PM
Board Time: 3:15 PM

**BOARDING PASS**

### EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | PRG Parking, Humble, TX |
| Date Incurred: | September 5, 2002 |
| Amount: | $14.62 Parking (1/2 of $29.24) |
| By Whom: | Martin Dies |
| Business Purpose: | Status Conference |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 **Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

## The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Card Transactions for MARTIN W DIES                                    Amount $

September 6, 2002                                                          29.24
PRG PARKING HOUSTON Humble        TX
PARKING FEES
AIRPORT PARKING
Reference: 300001001    Roc Number: 4300001001

```
        The Parking Spot
5727  Will Clayton Parkway
        281-540-7844
      Humble, TX 77338
Fee Comp 2   Cashier   19
09/05/02 22:48

      Receipt 019858

Short-term Parking
Standard Ticket
Houston Intercontinental
09/02/02 13:54
09/05/02 22:48
Period 3d08h54
(V.A.T.)              $29.24
Gross Total          $29.24
Payment
AMEX
372804743063005      $29.24
                     06/03
Net Total            $27.00
V.A.T. (3.3%)         2.24

   All amounts in USD
Deliv. Date=Receipt Date

Thank you for parking at
The Parking Spot
```

<u>EXPENSE ITEM</u>

Credit Card or Cash:    American Express
Vendor:    Continental Airlines
Date Incurred:    November 26, 2002
Amount:    $1,178.50 - Round Trip Houston, TX to Washington National
By Whom:    Martin Dies
Business Purpose:    Mediation
Client:    W. R. Grace Fraudulent Transfer Litigation - Sealed Air

 **Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

# The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Amount $

Card Transactions for MARTIN W DIES

1,028.50

**November 21, 2002**
CONTINENTAL AIRLINES HOUSTON    TX

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| HOUSTON TX IAH | WASHINGTON NAT'L D | CO | QE |
|  | HOUSTON TX IAH | CO | YA |

Ticket Number: 00521678248195    Date of Departure: 11/26
Passenger Name: DIES/MARTINWMR
Document Type: PASSENGER TICKET

50.00

**November 25, 2002**
CONTINENTAL ELEC TICKETNG HOUSTON TX 330

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| HOUSTON TX IAH | WASHINGTON NAT'L D | CO | QE |
|  | HOUSTON TX IAH | CO | Y8 |

Ticket Number: 00521678964833    Date of Departure: 11/26
Passenger Name: DIES/MARTINWMR
Document Type: PASSENGER TICKET

100.00

**November 26, 2002**
CONTINENTAL AIRLINES HOUSTON    TX

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| HOUSTON TX IAH | WASHINGTON NAT'L D | CO |  |
|  |  | CO | VO |

Ticket Number: 00503218606134    Date of Departure: 11/26
Passenger Name: DIES/MARTINWMR
Document Type: TICKET BY MAIL

Continental Airlines eTicket

Page 1 of 2





Issue Date: November 25, 2002

## eTicket Itinerary and Receipt

**Attention: MARTIN W DIES**                    Confirmation: **VFS9WS**

| Day | Date | Flight/ Class | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|------|--------|------|--------|------|-------|------|
| Tue | 26NOV02 | CO 1558 Q | HOUSTON TX | 5:38PM | WASHINGTON/NATL | 9:30PM | 737-700 | SNACK |
| Thu | 28NOV02 | CO 1559 AU | WASHINGTON/NATL | 7:55AM | HOUSTON TX | 10:05AM | 737-700 | BREAKFAST |

| **Traveler (1)** | **Frequent Flyer** | **eTicket Number** | **Seat(s)** ✈ |
|------------------|--------------------|--------------------|---------------|
| DIES / MARTINWMR | CO-AH048819 Platinum | 0052167896483 | 14D/ 2B |

**Fare:** $988.84    **Combined Tax:** $89.66    **Per Person Total:** $1,078.50    **eTicket Total:** $1,078.50

**Combined Tax/Fee Detail:** Passenger Facility Charge: $4.50, Flight Segment Tax: $6.00, Tax: $74.16, Security Service Fee: $5.00

**Method of Payment:** AMERICAN EXPRESS 37820474XXXXXXXX/C AX3

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
NON-REFUNDABLE/FEE FOR CHANGE
All changes must be made prior to the departure date or the ticket has no value.

**Add Collect:** An additional amount for the difference in fare was charged to AMERICAN EXPRESS 37820474XXXXXXXX on November 25, 2002. $50.00 per ticket for an additional total of $50.00 was collected.

**Change Fee:** An additional fee for changing the above referenced ticket(s) was charged to AMERICAN EXPRESS 37820474XXXXXXXX on November 25, 2002. $100.00 per ticket for an additional total of $100.00 was collected.

✈ Seats listed in flight order and subject to change

## eTicket Reminders

✈ Bring this eTicket Receipt along with photo identification to the ticket lobby for check-in

✈ The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger

✈ For up to the minute flight information call 1-800-784-4444 or try our free Flight Paging service at continental.com

✈ If flight segments are not flown in order, your reservation may be cancelled

✈ There is no need to call to reconfirm this reservation, if your travel plans change call Continental at 1-800-525-0280

✈ Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above

✈ Flight boarding begins 35 to 50 minutes prior to departure, you must be at the boarding gate no later than 15 minutes prior to scheduled departure to retain your reservation

## Check Out the Best Way to Check-in

Continental's eService Center kiosks are the most convenient way to check-in at the airport. Interactive seat maps, OnePass Elite upgrades, and much more are right at your fingertips. To use an eService Center, all you need is a credit card or OnePass Elite card to identify yourself.

## Make Sure It's In The Bag

Always include identification with your name, address, and telephone number on the inside of your bag, as well as on the outside.

## Check the Weather Before You Fly

Be prepared for your trip. Check continental.com for the Weather Channel forecast for your destination.

EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | AMTRAK |
| Date Incurred: | November 27, 2002 |
| Amount: | $223.00 Washington, DC to Newark, NJ |
| By Whom: | Martin Dies |
| Business Purpose: | Status Conference |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 **Small Business Services**

Customer Service
800-553-6464

(24 hours / 7 days)
www.americanexpress.com

## The Executive Corporate Card for Small Business

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

Terms - Payable in full on receipt of Statement.

Amount $

Card Transactions for MARTIN W DIES

**November 25, 2002**                                                                 446.00
AMTRAK RESERVATION SALES WASHINGTON DC
From:            ADV
To:              PMT
Ticket Number: 3295347284807
Reference: 330034550

## EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | Continental Airlines |
| Date Incurred: | January 20-22, 2003 |
| Amount: | $1,913.50 - Round Trip Houston, TX to Washington National |
| By Whom: | Martin Dies |
| Business Purpose: | Meeting in Mr. Weitz' Office in New York |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 

Issue Date: January 13, 2003

### eTicket Itinerary and Receipt

**Attention: MARTIN W DIES**　　　　　　　　**Confirmation: UZEJY5**

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Mon | 20JAN03 | CO 458 Y | HOUSTON TX | 1:25PM | WASHINGTON/NATL | 5:13PM | 737-700 | |
| Wed | 22JAN03 | CO 1659 AU | WASHINGTON/NATL | 10:00AM | HOUSTON TX | 12:23PM | 737-500 | Lunch |

| Traveler (1) | Frequent Flyer | eTicket Number | Seat(s) In flight order and subject to change |
|---|---|---|---|
| DIES / MARTINWMR | CO-AH048819 Platinum | 0052168855052 | 5E/ 3B |

Fare: $1,765.58　　　Combined Tax: $147.92　　Per Person Total: $1,913.50　　eTicket Total: $1,913.50
Combined Tax / Fee Detail: Tax: $132.42, Flight Segment Tax: $6.00, Security Service Fee: $5.00, Passenger Facility Charge: $4.50
Method of Payment: AMERICAN EXPRESS 37820474XXXXXXXX
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.



| | | | |
|---|---|---|---|
| Name: | **DIES/MARTINWMR** | Name: | **DIES/MARTINWMR** |
| Date: | **MON 20 JAN 2003** | Date: | **WED 22 JAN 2003** |
| OnePass: | AH048819PLATINUM | OnePass: | AH048819PLATINUM |
| Flight: | **CO 458Y** | Flight: | **CO 1059AU** |

| Gate: **C-23** | Seat: **5E** | Gate: **11** | Seat: **1A** |
|---|---|---|---|
| Depart: Houston-Bush Intl | 1:25 PM | Depart: Washington-Reagan Natl | 2:20 PM |
| Arrive: Washington-Reagan Natl | 5:13 PM | Arrive: Houston-Bush Intl | 4:38 PM |
| Board Time: 12:50 PM | | Board Time: 1:45 PM | |

**BOARDING PASS**　　　　　　**BOARDING PASS**

## EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | Cash |
| Vendor: | Taxi |
| Date Incurred: | January 21, 2003 |
| Amount: | $25.00 |
| By Whom: | Martin Dies |
| Business Purpose: | Transportation from Washington Office to Amtrak Station |
| | Meeting in Mr. Weitz's Office in New York |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |


## CASH TICKET

Date: _____ January 21, 2003 _____

Amount: _____ $25.00 _____

For: _____ Taxi from Washington Office to Amtrak Station _____

Charge to: _____ W. R. Grace Fraudulent Transfer Litigation – Sealed Air ___


_____ Martin Dies _____

Received by

<u>EXPENSE ITEM</u>

| | |
|---|---|
| Credit Card or Cash: | American Express |
| Vendor: | AMTRAK |
| Date Incurred: | January 21, 2003 |
| Amount: | $426.00 Round trip Washington, DC to New York |
| By Whom: | Martin Dies |
| Business Purpose: | Meeting in Mr. Weitz' Office in New York |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |

 

SMALL BUSINESS NETWORK℠

## Executive Business Card

Prepared For
MARTIN W DIES
MARTIN W DIES ATTY

| Card Transactions for MARTIN W DIES | Amount $ |
|---|---|
| **January 20, 2003** | 426.00 |
| AMTRAK RESERVATION SALES WASHINGTON DC | |
| From:          ADV | |
| To:             PMT | |
| Ticket Number: 0209790153230 | |
| Reference: 021045980 | |

<u>EXPENSE ITEM</u>

Credit Card or Cash:    Cash
Vendor:                 Taxi
Date Incurred:          January 21, 2003
Amount:                 $20.00
By Whom:                Martin Dies
Business Purpose:       Transportation from New York Amtrak Station to Mr. Weitz' Office
                        Meeting in Mr. Weitz's Office in New York
Client:                 W. R. Grace Fraudulent Transfer Litigation - Sealed Air

CASH TICKET

Date:           January 21, 2003

Amount:         $20.00

For:            Taxi from New York Amtrak Station to Mr. Weitz' Office

Charge to:      W. R. Grace Fraudulent Transfer Litigation - Sealed Air


                Martin Dies
                        Received by

## EXPENSE ITEM

| | |
|---|---|
| Credit Card or Cash: | Cash |
| Vendor: | Taxi |
| Date Incurred: | January 21, 2003 |
| Amount: | $20.00 |
| By Whom: | Martin Dies |
| Business Purpose: | Transportation from Mr. Weitz' Office to New York Amtrak Station |
| | Meeting in Mr. Weitz's Office in New York |
| Client: | W. R. Grace Fraudulent Transfer Litigation - Sealed Air |


## CASH TICKET

Date: _____January 21, 2003_____

Amount: _____$20.00_____

For: _____Taxi from Mr. Weitz' Office to New York Amtrak Station___

Charge to: _____W. R. Grace Fraudulent Transfer Litigation - Sealed Air__

_____

_____Martin Dies_____
                    Received by

## EXPENSE ITEM

Credit Card or Cash:    Cash
Vendor:                 Taxi
Date Incurred:          January 21, 2003
Amount:                 $25.00
By Whom:                Martin Dies
Business Purpose:       Transportation from Amtrak Station to Washington Office
                        Meeting in Mr. Weitz's Office in New York
Client:                 W. R. Grace Fraudulent Transfer Litigation - Sealed Air


## CASH TICKET

Date:          January 21, 2003

Amount:        $25.00

For:           Taxi from Amtrak Station to Washington Office

Charge to:     W. R. Grace Fraudulent Transfer Litigation - Sealed Air


               Martin Dies
                              Received by