IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 11th day of May, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF FILING OF ASSET PURCHASE AGREEMENT.**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

**W.R. Grace – Catalyst Purchase Agreement E-Mail Service List**
Case No. 01-01139 (JKF)
Doc. No. 118108
08 – Via E-Mail


*Via E-Mail*
)
Arlene Krieger, Esquire
akrieger@stroock.com

*Via E-Mail*
)
Jay Sakalo, Esquire
jsakalo@bilzin.com

*Via E-Mail*
)
David Klauder, Esquire
David.Klauder@usdoj.com

*Via E-Mail*
)
Pamela Zilly, Esquire
Zilly@blackstone.com

*Via E-Mail*
)
Jamie O'Connell, Esquire
oconnell@blackstone.com

*Via E-Mail*
)
Mark Hurford, Esquire
mth@camlev.com

*Via E-Mail*
)
Gary M. Becker, Esquire
gbecker@kramerlevin.com

*Via E-Mail*
)
Richard Wyron, Esquire
rwyron@orrick.com


91100-001\DOCS_DE:118108.1