IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 9315 |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING ORDER WITHDRAWING OBJECTIONS TO CERTAIN CLAIMS

1.      On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection") in which the Debtors sought to disallow and expunge certain claims including the following:

| Claimant Name | Claim Number |
|---|---|
| Harrington Tools, Inc. | 15160 |
| Madison Complex, Inc | 6079 |
| C. Douglas Meyers | 11298 |

(Collectively the above claims are referred to as "the Claims").

2.      The Debtors thereafter discovered that although the Claims were filed on asbestos property damage claim forms or appeared to be claims for asbestos property damage, the Claims were not in fact traditional asbestos property damage claims, but instead were environmental claims. It was not the Debtors' intention to object to environmental claims as part of the 15th Omnibus Objection.

3.    As a result, the Debtors have prepared the attached Order withdrawing the objections to the Claims as set forth in the 15th Omnibus Objection. This withdrawal, however, is without prejudice and the Debtors reserve their right to object to the Claims on any grounds in the future upon proper notice and consistent with applicable law.

4.    The Debtors circulated the attached Order to the parties who filed the Claims. None of those parties have raised any objections with the Debtors to the Order.

5.    As a result, the Debtors request entry of the entry of the attached Order Withdrawing Objections to Certain Claims.

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

_Laura Davis Jones (Bar No. 2436)_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042 )
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession