IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 9315 |

**ORDER WITHDRAWING OBJECTIONS TO CERTAIN CLAIMS**

Upon consideration of the Debtors request for entry of an Order permitting them to withdraw their objections to certain claims, the Court hereby FINDS AS FOLLOWS:

1. On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection") in which the Debtors sought to disallow and expunge certain claims including the following:

| **Claimant Name** | **Claim Number** |
| --- | --- |
| Harrington Tools, Inc. | 15160 |
| Madison Complex, Inc | 6079 |
| C. Douglas Meyers | 11298 |

(Collectively the above claims are referred to as "the Claims").

2. The Debtors have discovered that although the Claims were filed on asbestos property damage claim forms or appeared to be claims for asbestos property damage, the Claims are not in fact traditional asbestos property damage claims but instead are environmental claims. It was not the Debtors' intention to object to environmental claims as part of the 15th Omnibus Objection.

3. As a result, the Debtors hereby seek to withdraw the objections to the Claims as set forth in the 15th Omnibus Objection. This withdrawal, however, is without prejudice and the

Debtors reserve their right to object to the Claims on any grounds in the future upon proper notice and consistent with applicable law.

WHEREFORE, IT HEREBY ORDERED:

(i)  The Debtors objections to the Claims outlined herein as set forth in the 15th Omnibus Objection are withdrawn.

(ii)  This withdrawal is without prejudice and the Debtors reserve their right to object to the Claims on any grounds in the future upon proper notice and consistent with applicable law.

May ____, 2006

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge