IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case no. 01-01139 (JKF) |
| ) | Jointly Administered |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Re: Docket No. 11067 **and 12150 and 12151** |
| Debtors ) | 4/17/06 Agenda Item 10 |
| ) | |

## ORDER EXTENDING (i) DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON (ii) TERM OF THE PLAN MEDIATOR AND (iii) MATTERS WITH RESPECT TO PI AND PD ESTIMATION

Upon consideration of the Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to file a Chapter 11 Plan and to Solicit Votes Thereon (the "Motion") and matters related to the estimation of Asbestos Personal Injury Claims and Asbestos Property Damage Claims,

IT IS HEREBY ORDERED THAT:

1. The Debtors' exclusive filing and solicitation periods for a chapter 11 plan are extended through and including the Court's Omnibus Hearing on July 24, 2006, at which time the Debtors may request and be heard with respect to a further extension of such periods and any other party may be heard with respect to any objections to the Debtors' request without the need for the Debtor to file a further application for such extensions or any party filing further pleadings in response or opposition.

2. The appointment of Sam C. Pointer, Jr. as plan mediator in these cases ("Mediator") pursuant to sections 327 and 105 of the Bankruptcy Code and Bankruptcy Rule 9019, is extended through and including the Court's Omnibus Hearing on July 24, 2006.

K&E 10997078.3

3. The deadlines for certain matters related to estimation as outlined in the current Amended PI CMO (Docket No. 12151) and for the PD Claims as set forth in the Order at Docket No. 12150 are continued. Revised scheduling orders regarding the same shall be submitted to the Court by the Debtors on or before July 24, 2006. Further, by separate Order, the time for holders of Asbestos PI Pre-Petition Litigation Claims to complete the Questionnaire is extended to July 12, 2006.

4. The parties and the Mediator shall report to the Court on the status of the plan mediation at the May, June and July monthly Omnibus Hearings. In the event the Mediator at any time determines that continued plan mediation will not be productive, this fact shall immediately be reported by the Mediator to the Court, at which point the Court will issue an Order setting a prompt hearing to discuss the impact of such situation and the posture of the case going forward.

5. The Court shall retain jurisdiction to hear and determine all mattes arising from or related to this Order.

**6. This Order is effective nunc pro tunc to April 17, 2006.**

Dated: ~~April ___, 2006~~

**Dated: 5/12/2006
10:49:02**

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

K&E 10997078.3