# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  March 29, 2006 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE FIFTY-FIFTH MONTHLY INTERIM
### PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

Name of Applicant:    Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:    July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:    January 1, 2006 through January 31, 2006

Amount of fees sought as actual, reasonable and necessary:    $179,492.75

Amount of expenses sought as actual, reasonable and necessary    $7,814.56

This is an: X  monthly    _ interim    _ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



11954

Date Filed  3/6/06

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |



| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the fifty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 11 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $3,600.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 35 Years | Litigation | $600.00 | 1.30 | $780.00 |
| Lawrence E. Flatley | Partner | 31 years | Litigation | $535.00 | 118.40 | $63,344.00 |
| Douglas E. Cameron | Partner | 22 Years | Litigation | $530.00 | 192.80 | $102,184.00 |
| Carol J. Gatewood | Of Counsel | 17 Years | Litigation | $380.00 | 4.50 | $1,710.00 |



| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Andrew J. Muha | Associate | 5 Years | Litigation | $295.00 | 3.30 | $973.50 |
| Rebecca E. Aten | Associate | 3 Years | Litigation | $270.00 | 19.30 | $5,211.00 |

The paraprofessionals who rendered professional service in these cases during the Fee

Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Aaron Thorp | Analyst | 6 Years | Knowledge Management | $200.00 | 1.70 | $340.00 |
| John B. Lord | Paralegal | 13 Years | Bankruptcy | $190.00 | 1.50 | $285.00 |
| Maureen Atkinson | Paralegal | 30 Years | Litigation | $180.00 | 8.50 | $1,530.00 |
| Maria E. DiChiera | Paralegal | 14 Years | Litigation | $180.00 | 13.0 | $2,340.00 |
| Leslie Lanphear | Librarian | 10 Years | Knowledge Management | $170.00 | .90 | $153.00 |
| Louise A. Beswick | Librarian | 21 Years | Knowledge Management | $165.00 | .25 | $41.25 |
| Sharon A. Ament | Paralegal | 2 Years | Litigation | $130.00 | 1.20 | $156.00 |
| Sarah Bruce | Specialist | 2 Years | Knowledge Management | $130.00 | 2.70 | $351.00 |
| John B. Worobij | Analyst | 14 Years | Knowledge Management | $120.00 | .40 | $48.00 |
| Christine H. Turkaly | Analyst | 2 Years | Knowledge Management | $115.00 | .40 | $46.00 |

Total Fees:  $179,492.75

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 56.20 | $27,359.50 |
| Travel | 19.00 | $10,136.00 |
| ZAI Science Trial | 2.50 | $1,353.00 |
| Fee Applications | 6.30 | $1,789.50 |
| Hearings | 13.30 | $6,969.00 |
| Montana Grand Jury Investigation | 272.85 | $131,885.75 |
| **Total:** | **370.15** | **$179,492.75** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Binding Charge | $3.00 | ---- |
| Telephone Expense | $19.75 | ---- |
| IKON Copy Services | $57.10 | ---- |
| PACER | $33.52 | ---- |
| Duplicating/Printing/Scanning | $3,046.05 | ---- |
| Courier Service – Outside | $30.46 | ---- |
| Telephone – Outside | $65.87 | ---- |
| Document Charge | $26.75 | ---- |
| Transportation | $106.00 | ---- |
| Air Travel Expense | $2,287.50 | ---- |
| Lodging | $1,273.69 | |
| Taxi Expense | $189.00 | ---- |
| Auto Rental | $94.01 | ---- |
| Mileage Expense | $162.87 | ---- |
| Meal Expense | $400.90 | ---- |
| General Expense (tabs) | $13.99 | ---- |
| Misc. Expense (drinks/snacks for Jan. 23-25 meetings) | $4.10 | |
| SUBTOTAL | $7,814.56 | $0.00 |
| **TOTAL** | **$7,814.56** | |

Dated:  March 6, 2006             REED SMITH LLP
        Wilmington, Delaware

By: /s/ Kurt F. Gwynne
       Kurt F. Gwynne (No. 3951)
       1201 Market Street, Suite 1500
       Wilmington, DE  19801
       Telephone:  (302) 778-7500
       Facsimile:  (302) 778-7575
       E-mail: kgwynne@reedsmith.com

       and

       James J. Restivo, Jr., Esquire
       Lawrence E. Flatley, Esquire
       Douglas E. Cameron, Esquire
       435 Sixth Avenue
       Pittsburgh, PA  15219
       Telephone:  (412) 288-3131
       Facsimile:  (412) 288-3063

       Special Asbestos Products Liability Defense
       Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                         Invoice Number      1374361
One Town Center Road                    Invoice Date      02/28/06
Boca Raton, FL   33486                  Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            27,359.50
    Expenses                             0.00

                TOTAL BALANCE DUE UPON RECEIPT      $27,359.50
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1374361
One Town Center Road                     Invoice Date       02/28/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 01/02/06 | Cameron | Review materials relating to dust methodology reports (1.40); e-mails from M. Browdy regarding same (.40). | 1.80 |
| 01/03/06 | Cameron | Prepare for and participate in conference call with K & E and R. Finke regarding expert reports for Phase I (.80); review materials relating to same (1.40); review materials regarding potential expert witness (.70). | 2.90 |
| 01/04/06 | Cameron | Telephone call with R. Finke regarding issues relating to dust methodology rebuttal report (.30); attend to e-mails regarding same (.20); review materials relating to hearing on 15th omnibus objections (1.50); review product identification objection data (.90). | 2.90 |
| 01/05/06 | Cameron | Review materials relating to dust methodology report issues (.80); review documents relating to product identification objections (.90). | 1.70 |
| 01/05/06 | Flatley | Review experts reports and outline issues to discuss with R. Senftleben for Phase I property damage estimation. | 1.40 |

172573  W. R. Grace & Co.                          Invoice Number   1374361
60026   Litigation and Litigation Consulting       Page    2
        February 28, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 01/05/06 | Thorp | Call with J. Worobij re database setup. | .20 |
| 01/06/06 | Cameron | Multiple e-mails and phone calls with counsel regarding dust methodology reports (.60); review materials relating to same (.90); review materials relating to 15th omnibus objections (.80). | 2.30 |
| 01/06/06 | Lord | Research docket and update 2002 Service List. | .40 |
| 01/08/06 | Cameron | Review claimants' experts' dust methodology reports and potential rebuttal issues. | 1.90 |
| 01/09/06 | Atkinson | Review Science Trial deposition, per request from counsel for copy. | .20 |
| 01/09/06 | Cameron | Continued review of materials for dust methodology reports (.90); review materials relating to 15th omnibus objections (.80). | 1.70 |
| 01/09/06 | Thorp | Review CD with proprietary SAS database received from client. | 1.10 |
| 01/10/06 | Cameron | Attention to dust methodology report issues. | .80 |
| 01/11/06 | Atkinson | E-mail attaching deposition from Grace Science Trial matter. | .20 |
| 01/12/06 | Atkinson | Review M. Murphy e-mail re: request to provide DVDs of ZAI attic material to PD Committee. | .70 |
| 01/12/06 | Cameron | Prepare for (.30) and participate in call with R. Finke and consultant regarding dust report issues (.80); review materials for discovery conference with PD Committee (.60). | 1.70 |
| 01/13/06 | Atkinson | E-mail to M. Murphy (Casner & Edwards) re:  DVD of ZAI documents. | .10 |

172573 W. R. Grace & Co.                        Invoice Number   1374361
60026  Litigation and Litigation Consulting     Page    3
       February 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|

01/13/06 Cameron      Participate in conference call      3.80
                      with PD Committee regarding
                      discovery confer and consult
                      (2.10); follow-up call with Grace
                      lawyers (.30); review materials
                      relating to dust methodology
                      issues (.80); e-mails regarding
                      same (.60).

01/13/06 Flatley      Messages and with R. Senftleben       .30
                      regarding supplemental report.

01/16/06 Cameron      E-mails regarding expert report       .70
                      issues (.40); review materials
                      relating to discovery issues (.30).

01/17/06 Atkinson     Arrange to have ZAI production        .60
                      discs copied to provide to M.
                      Murphy (Casner & Edwards) to
                      forward to PD Committee.

01/17/06 Cameron      Meet with R. Finke regarding         1.30
                      expert reports for PD estimation
                      (.40); e-mails re: same (.40);
                      revise e-mail re: discovery issues
                      (.50).

01/17/06 Flatley      E-mails and responses regarding       .60
                      revisions to witness statement

01/18/06 Atkinson     Review Grace files re:               1.10
                      settlements, per R. Finke request.

01/18/06 Cameron      Prepare for (.40) and participate    3.90
                      in conference call with Grace
                      lawyers regarding discovery issues
                      (1.10); follow-up e-mails and
                      calls regarding same (.60); attend
                      to issue relating to rebuttal
                      reports (.90); multiple e-mails
                      and telephone calls with R. Finke
                      regarding same (.90).

01/19/06 Atkinson     Continue review of files re:          .80
                      settlements per R. Finke request.

01/19/06 Cameron      Mutliple e-mails and telephone       6.10
                      calls with K&E and R. Finke
                      regarding rebuttal expert reports
                      (1.90); review supporting
                      materials regarding same (2.30);

172573  W. R. Grace & Co.                          Invoice Number   1374361
60026   Litigation and Litigation Consulting       Page    4
        February 28, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| | | telephone call regarding experts (.90) review draft reply brief (.50); attend to audit issues (.50). | |
| 01/20/06 | Cameron | Work with K&E regarding filing expert rebuttal reports (.80); multiple calls with experts regarding same (1.60); review materials relating to 15th omnibus objections (.80); review materials regarding document reproduction issues (.80); review product ID materials (.40). | 4.40 |
| 01/23/06 | Cameron | Follow-up with issues relating to dust reports (.60); revise materials regarding request for documents relating to product ID objections (.90). | 1.50 |
| 01/24/06 | Atkinson | Telephone conference with Terrell Stansbury (Kirkland) re: testing database (.10); meet with C. Turkaly to confirm December 2005 and January 2006 productions of DVDs to plaintiffs of ZAI documents (.30); e-mail to D. Cameron re: settlements (.10). | .50 |
| 01/24/06 | Cameron | Review materials relating to dust methodology reports (.90); review product ID objection materials (.70). | 1.60 |
| 01/24/06 | Thorp | Conference call with M. Atkinson re: status of production of database and verification of data and files that were sent to plaintiffs. | .40 |
| 01/24/06 | Turkaly | Office conference with M. Atkinson re: status of production of databases and verification of data and files that were sent to plaintiffs | .40 |
| 01/25/06 | Atkinson | Per D. Cameron e-mail, review J. Bentz file for settlement agreement. | .20 |

172573 W. R. Grace & Co.                                    Invoice Number   1374361
60026  Litigation and Litigation Consulting                 Page    5
       February 28, 2006

| Date | Name | | Hours |
|------|------|------|-------|

01/26/06 Atkinson        Prepare collection of ZAI database          .20
                         materials originally produced in
                         Fall 2002, and requested by PI
                         Plaintiffs in December 2005 and by
                         PD Committee in January 2006.

01/26/06 Restivo         Meeting with R. Finke, et al. re:           .50
                         follow-up to hearing.

01/27/06 Cameron         Follow-up on issues relating to            2.60
                         product ID objections (.80);
                         review materials relating to same
                         (.90); review materials relating
                         to dust reports and Phase I issues
                         (.90).

01/28/06 Cameron         Review materials from R. Finke              .90
                         regarding ZAI claims.

01/30/06 Cameron         Attend to product identification          1.80
                         objection issues (.50); review
                         data regarding same (.40); review
                         expert files regarding dust
                         reports and Phase I issues (.90).

                                                              ------
                                        TOTAL HOURS            56.20

| TIME SUMMARY | Hours | | Rate | | Value |
|-------------|-------|----|------|----|-------|
| James J. Restivo Jr. | 0.50 | at $ | 600.00 | = | 300.00 |
| Lawrence E. Flatley | 2.30 | at $ | 535.00 | = | 1,230.50 |
| Douglas E. Cameron | 46.30 | at $ | 530.00 | = | 24,539.00 |
| John B. Lord | 0.40 | at $ | 190.00 | = | 76.00 |
| Maureen L. Atkinson | 4.60 | at $ | 180.00 | = | 828.00 |
| Christine H. Turkaly | 0.40 | at $ | 115.00 | = | 46.00 |
| Aaron Thorp | 1.70 | at $ | 200.00 | = | 340.00 |

                         CURRENT FEES                              27,359.50

                                                              ------------
                         TOTAL BALANCE DUE UPON RECEIPT            $27,359.50
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                     Invoice Number      1374362
5400 Broken Sound Blvd., N.W.                   Invoice Date       02/28/06
Boca Raton, FL 33487                            Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                              10,136.00
    Expenses                               0.00

                TOTAL BALANCE DUE UPON RECEIPT       $10,136.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1374362 |
| Invoice Date | 02/28/06 |
| Client Number | 172573 |
| Matter Number | 60027 |

==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 01/05/06 | Flatley | Travel to San Francisco and Palo Alto, CA (one-half time). | 2.00 |
| 01/07/06 | Flatley | Return travel from California (one-half time). | 3.50 |
| 01/11/06 | Cameron | Travel to Washington, D.C. for criminal defense team meeting (one-half time). | 1.20 |
| 01/12/06 | Cameron | Travel to D.C. airport and return to Pittsburgh (one-half time). | 1.30 |
| 01/12/06 | Flatley | Trip from Washington, D.C. to Boca Raton, FL (one-half time). | 2.00 |
| 01/16/06 | Cameron | Portion of travel (non-working) from Pittsburgh to Washington D.C. for meeting with experts (one-half time). | 1.60 |
| 01/16/06 | Flatley | Travel time to Washington, D.C. (one-half time). | 2.50 |
| 01/17/06 | Cameron | Travel from Washington D.C. to Pittsburgh (one-half time). | 1.70 |
| 01/20/06 | Flatley | To Washington, DC and return (one-half time). | 2.00 |
| 01/31/06 | Flatley | Driving to Morgantown, West Virginia and return from Pittsburgh airport (one-half time). | 1.20 |

```
172573  W. R. Grace & Co.                    Invoice Number   1374362
60027   Travel-Nonworking                    Page    2
        February 28, 2006
```

```
                                                  ------
                                  TOTAL HOURS       19.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Lawrence E. Flatley | 13.20 | at $ | 535.00 | = | 7,062.00 |
| Douglas E. Cameron | 5.80 | at $ | 530.00 | = | 3,074.00 |

```
                        CURRENT FEES                              10,136.00


                                                              ------------
                        TOTAL BALANCE DUE UPON RECEIPT          $10,136.00
                                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                             Invoice Number      1374363
5400 Broken Sound Blvd., N.W.           Invoice Date        02/28/06
Boca Raton, FL 33487                    Client Number        172573

========================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

        Fees                            1,353.00
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $1,353.00
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1374363
5400 Broken Sound Blvd., N.W.        Invoice Date       02/28/06
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

================================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 01/03/06 | Cameron | Attend to issues relating to ZAI. | .50 |
| 01/04/06 | Restivo | Telephone conference with Will Sparks relating to ZAI issues. | .40 |
| 01/09/06 | Cameron | Review material from R. Finke regarding cost issues related to ZAI Science Trial. | .80 |
| 01/31/06 | Cameron | Review materials relating to potential ZAI witness. | .80 |

TOTAL HOURS    2.50

| TIME SUMMARY | Hours | Rate | Value |
|------|------|------|------|
| James J. Restivo Jr. | 0.40 at | $ 600.00 = | 240.00 |
| Douglas E. Cameron | 2.10 at | $ 530.00 = | 1,113.00 |

CURRENT FEES                              1,353.00

TOTAL BALANCE DUE UPON RECEIPT            $1,353.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                           Invoice Number      1374364
5400 Broken Sound Blvd., N.W.         Invoice Date       02/28/06
Boca Raton, FL 33487                  Client Number       172573

==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          1,789.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $1,789.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1374364
5400 Broken Sound Blvd., N.W.        Invoice Date        02/28/06
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 01/04/06 | Ament | Review records for billing rates and prepare spreadsheet per D. Cameron request re: working timekeepers billing rates for fee application purposes and provide same to D. Cameron. | .90 |
| 01/18/06 | Muha | Review and revise DBR for preparation of December 2005 monthly fee application. | .90 |
| 01/19/06 | Muha | Additional revisions and corrections to DBR for December 2005 monthly application. | .50 |
| 01/23/06 | Lord | Research docket and draft CNO to Reed Smith November fee application. | .40 |
| 01/24/06 | Muha | Extensive revisions and provide additional descriptions for time and expense entries in December 2005 monthly application. | 1.30 |
| 01/25/06 | Lord | E-file and perfect service of CNO for Reed Smith November fee application (.4); correspondence to R. Finke re: same (.1). | .50 |
| 01/26/06 | Cameron | Attend to fee application issues. | .40 |
| 01/30/06 | Cameron | Final review of fee application materials. | .50 |

```
172573  W. R. Grace & Co.                    Invoice Number   1374364
60029   Fee Applications-Applicant           Page    2
        February 28, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/30/06 | Muha | Additional revisions to explanations used in fee and expense details for December 2005 monthly application. | .60 |
| 01/31/06 | Ament | E-mails with J. Lord re: Dec. monthly fee application. | .10 |
| 01/31/06 | Lord | E-mails with S. Ament re: monthly fee application issues. | .20 |

```
                                             ------
                              TOTAL HOURS      6.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 0.90 | at $ | 530.00 | = | 477.00 |
| Andrew J. Muha | 3.30 | at $ | 295.00 | = | 973.50 |
| John B. Lord | 1.10 | at $ | 190.00 | = | 209.00 |
| Sharon A. Ament | 1.00 | at $ | 130.00 | = | 130.00 |

```
                    CURRENT FEES                      1,789.50


                                                  ------------
          TOTAL BALANCE DUE UPON RECEIPT            $1,789.50
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number      1374365
One Town Center Road                   Invoice Date      02/28/06
Boca Raton, FL    33486                Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                        6,969.00
    Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $6,969.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1374365
One Town Center Road                     Invoice Date       02/28/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60030

=======================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 01/04/06 | Ament | Review e-mail received from M. Rosenberg of K&E re: Jan. hearings and meet with T. Martin re: coordinating same. | .10 |
| 01/05/06 | Cameron | Review materials for January 24 hearing. | .90 |
| 01/06/06 | Ament | Meet with J. Trice re: assisting K&E with Jan. hearings in Pittsburgh and e-mail to T. Martin re: same. | .10 |
| 01/06/06 | Cameron | Review material for January 24 hearing in Pittsburgh. | .80 |
| 01/20/06 | Cameron | Review materials for hearing on objections. | .90 |
| 01/22/06 | Cameron | Review materials for 1/24-1/26 hearings. | .90 |
| 01/23/06 | Cameron | Review materials for 1/24-1/26 hearings (.70); meet with K&E lawyers regarding same (.40). | 1.10 |
| 01/24/06 | Cameron | Meet with R. Finke and K&E lawyers re: hearing issues (.80); attend portions of hearing with respect to objections to PD claims (1.50); follow up meetings with R. Finke and K&E lawyers (.50). | 2.80 |

```
172573  W. R. Grace & Co.                        Invoice Number  1374365
60030   Hearings                                 Page    2
        February 28, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/25/06 | Cameron | Attend portion of hearing relating to objections to PD claims (1.70); meet with Grace counsel regarding same (.90). | 2.60 |
| 01/26/06 | Cameron | Meet with R. Finke concerning hearing issues (.30); attend portions of hearing (2.40); meet with R. Finke and M. Browdy regarding hearing issues (.40). | 3.10 |

```
                                                            ------
                                         TOTAL HOURS        13.30
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 13.10 at $ 530.00 = | | 6,943.00 |
| Sharon A. Ament | 0.20 at $ 130.00 = | | 26.00 |

```
                        CURRENT FEES                         6,969.00


                                                          ------------
              TOTAL BALANCE DUE UPON RECEIPT                $6,969.00
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1374366
One Town Center Road                     Invoice Date        02/28/06
Boca Raton, FL   33486                   Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                        131,885.75
    Expenses                         0.00

              TOTAL BALANCE DUE UPON RECEIPT      $131,885.75
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1374366
One Town Center Road                     Invoice Date      02/28/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60035

================================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|---|------|
| 01/01/06 | Flatley | Reviewing materials on potential expert witness and outlining (1.9); preparation for 1/3/06 meeting (0.3). | 2.20 |
| 01/02/06 | Cameron | Review literature and materials relating to several expert witnesses (1.90); e-mails regarding same (.40); begin preparation for meetings in Washington, D.C. regarding expert witness outlines (1.30). | 3.60 |
| 01/03/06 | Aten | Conference with L. Flatley, C. Gatewood and M. DiChiera re: background information and status of litigation and "health" team assignment. | 1.60 |
| 01/03/06 | Cameron | Multiple e-mails regarding scheduling issues and strategy meeting (.60); telephone call with several potential expert witnesses (.70); review materials for strategy meeting in D.C. (.90); review consultants' literature and prior testimony (1.80); review government's expert witness disclosures (.90). | 4.90 |

172573  W. R. Grace & Co.                                  Invoice Number   1374366
60035  Grand Jury Investigation                            Page    2
         February 28, 2006


| Date | Name | | Hours |
|------|------|--|-------|
| 01/03/06 | DiChiera | Meeting with L. Flately, C. Gatewood and R. Aten regarding case status, key players and discussion regarding potential experts as well as a strategy regarding new assignments of review of Whitehouse medical records received. | 1.50 |
| 01/03/06 | Flatley | Preparation for health expert interviews (1.2); meet with C. Gatewood, R. Aten and M. DiChiera regarding organizing document reviews (1.5). | 2.70 |
| 01/03/06 | Gatewood | Prepare for meeting with L. Flatley including review of summary materials in connection with litigation (0.9); meet with L. Flatley, M. DiChiera and R. Aten concerning strategy and outstanding issues (1.5); review materials provided by L. Flatley (2.5). | 4.50 |
| 01/04/06 | Atkinson | Review Grace files re: medical experts. | .40 |
| 01/04/06 | Cameron | Multiple e-mails regarding meetings with potential experts (.70); prepare for telephone call with K & E and HRO regarding expert witness issues (.90); review materials relating to several potential experts (2.3); telephone call with R. Finke regarding same (.30); telephone call with potential expert (.40). | 4.60 |
| 01/04/06 | DiChiera | Confer with M. Atkinson regarding location of expert file (0.2); forward material to L. Flatley per request in connection with the preparation of meeting with Dr. Fiengold (0.2). | .40 |
| 01/04/06 | Flatley | E-mails regarding expert witness preparation and preparation for California trip (1.3); call with R. Senftleben regarding Florida and California meetings (0.3). | 1.60 |

172573  W. R. Grace & Co.                                    Invoice Number    1374366
60035   Grand Jury Investigation                             Page    3
        February 28, 2006


| Date | Name | | Hours |
|------|------|---|------|

01/05/06 Cameron        Prepare for (.80) and participate        5.90
                        in conference call with K & E, HRO
                        and L. Flatley regarding expert
                        witness issues (.60); review
                        summaries of meetings with various
                        expert witnesses (1.80); prepare
                        for (.20) and participate in
                        conference call with K. Coggon
                        regarding revisions to summary
                        outline and planning issues (1.0);
                        review multiple e-mails from B.
                        Jacobson regarding expert witness
                        issues (.70); prepare summary of
                        calls with potential experts (.80).

01/05/06 Flatley        Review B. Jacobson outline and           6.20
                        other preparation for conference
                        call (1.6); call with R.
                        Senftleben (0.2); conference call
                        with B. Jacobson, K. Coggon and D.
                        Cameron (0.5); follow-up on
                        conference call (0.9); preparation
                        for expert witness meetings in
                        California (3.0).

01/05/06 Worobij        Per K & E request, copy over              .40
                        document image and load data files
                        from CDs to network litigation
                        server.

01/06/06 Cameron        Prepare for meetings and calls           4.40
                        with potential expert witnesses
                        (2.90); e-mails regarding summary
                        outlines for same (.30); review
                        government's expert disclosures
                        and proposed testimony (1.20).

01/06/06 DiChiera       Telephone call to the systems            .60
                        department re: ATSDR material CD
                        database issues.

01/06/06 Flatley        Meet with R. Senftleben to prepare       7.00
                        for meeting (2.5); meeting with R.
                        Senftleben et al. in California
                        (2.5); follow-up work after
                        meeting with R. Senftleben (2.0).

172573  W. R. Grace & Co.                                  Invoice Number   1374366
60035  Grand Jury Investigation                            Page    4
       February 28, 2006


|      Date     | Name       |                                                       | Hours |
| ------------- | ---------- | ----------------------------------------------------- | ----- |
| 01/08/06 | Aten | Read expert disclosure of Spear and began reading Whitehouse materials. | .60 |
| 01/08/06 | Cameron | Extensive review and revisions to attorney work product strategy outline of expert witness issues (1.10); telephone call with K. Coggon regarding same (.50); review of additional materials in preparation for strategy meetings in D.C. (2.40); various e-mails regarding same (.40). | 4.40 |
| 01/08/06 | Flatley | Preparation for expert conference call to be held on 1/9/06 (3.4); reorganizing after California (0.4). | 3.80 |
| 01/09/06 | Aten | Continue to read and analyze Whitehouse materials. | .40 |
| 01/09/06 | Cameron | Review and comment on outline for meeting with criminal defense team (.80); conference call regarding same (.30); preparation for meeting with criminal defense team (3.60); communications with potential experts regarding defense issues (.90). | 5.60 |
| 01/09/06 | DiChiera | Draft email to L. Flatley regarding ATSDR Study (0.20); research regarding Dr. Whitehouse's paper in the American Journal of Industrial Medicine (1.0). | 1.20 |
| 01/09/06 | Flatley | Review and revise Kirkland & Ellis outline for 1/11 and 1/12 meetings (2.0); conference call regarding Kirkland & Ellis outline revisions (0.4); reviewing and revising outline for 1/13 expert witness meeting (2.0); preparation for 1/11 and 1/12 meetings in Washington, D.C. (3.4); conference call with potential expert witness, Grace lawyers and Kirkland & Ellis (1.0); follow-up with R. Senftleben regarding | 9.10 |

172573  W. R. Grace & Co.                          Invoice Number   1374366
60035   Grand Jury Investigation                   Page    5
        February 28, 2006

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| | | conference call (0.3). | |
| 01/10/06 | Aten | Conference with L. Flatley re: document review issues (0.6); conference with M. DiChiera re: Concordance database and documents (1.2); reviewed Protective Order (0.8). | 2.60 |
| 01/10/06 | Atkinson | Review Grace expert files per L. Flatley request. | .30 |
| 01/10/06 | Cameron | Prepare for meeting with criminal defense team. | 2.60 |
| 01/10/06 | DiChiera | Prepare for and attend meeting with L. Flatley and R. Aten regarding  document review issues (0.8); teleconference with the Falls Church office regarding the Concordance database (0.4); review material received and prepare report for meeting (2.9). | 4.10 |
| 01/10/06 | Flatley | Preparation for 1/11 and 1/12 D.C. meetings, including drafting and revising detailed outline (6.1); meet with D. Cameron regarding strategy meetings (0.2). | 6.30 |
| 01/11/06 | Cameron | Prepare for (.90) and attend meeting with criminal defense team (8.40); prepare for second day of meetings (.60). | 9.90 |
| 01/11/06 | Flatley | Preparation for 1/11 and 1/12 meetings at office and on trip to Washington (3.5); attend meeting at Kirkland & Ellis in Washington (6.5). | 10.00 |
| 01/12/06 | Cameron | Prepare for (.80) and participate in meeting (2nd day) with defense team (5.0). | 5.80 |
| 01/12/06 | Flatley | Preparation for 1/12 meeting (2.5); meeting at Kirkland & Ellis and follow-up (4.0); follow-up on Kirkland & Ellis meeting (1.5). | 8.00 |

172573  W. R. Grace & Co.                          Invoice Number   1374366
60035   Grand Jury Investigation                   Page    6
        February 28, 2006


| Date | Name | | Hours |
|------|------|---|-------|

01/13/06 Cameron          Review of literature and prior       4.20
                          reports relating to Libby
                          amphibole (1.60); prepare for 1/17
                          meeting with experts (2.20);
                          multiple e-mails regarding same
                          (.40).

01/13/06 Flatley          Preparation for meeting (1.5);       7.00
                          meet with R. Senftleben and B.
                          Jacobson regarding meeting with
                          potential consultant (2.5);
                          meeting with R. Senftleben and B.
                          Jacobson, et al. (3.0).

01/14/06 Cameron          Review materials for meetings in     2.60
                          Washington, DC with defense team
                          members (1.70); review materials
                          from 1/11-12/06 meetings and
                          action items (.90).

01/15/06 Cameron          Review of government supplemental    3.50
                          disclosures (1.90); continued
                          preparation for 1/17 meeting in
                          Washington, DC (1.60).

01/16/06 Cameron          Prepare for meeting in Washington    4.80
                          D.C. with potential expert
                          witnesses and Grace counsel
                          (3.20); meet with R. Finke and
                          potential report witness (.80);
                          working dinner (part) with
                          potential experts and Grace
                          Counsel (.80).

01/16/06 Flatley          E-mails and responses re: meetings    .50
                          with co-counsel.

01/17/06 Aten             Continue to review and analyze       1.90
                          expert disclosures.

01/17/06 Cameron          Prepare for (.90) and meet with      7.70
                          potential expert witnesses,
                          in-house counsel for Grace, K&E
                          and HRO regarding defense issues
                          (5.70); meet with R. Finke and
                          expert witnesses (.50); meet with
                          two expert witnesses following
                          general meeting (.60).

172573  W. R. Grace & Co.                          Invoice Number   1374366
60035   Grand Jury Investigation                   Page    7
        February 28, 2006

| Date | Name | | Hours |
| -------- | ----------- | | ----- |

| 01/17/06 | DiChiera | Meeting with R. Aten regarding re: Study (0.1); prepare memo attached to binder to be fowarded to L. Flatley, C. Gatewood and R. Aten for reference and information (0.3). | .40 |
| 01/17/06 | Flatley | Reorganizing after meetings regarding medical issues and responding to e-mails (1.0); preparation for 1/19 conference call (0.7). | 1.70 |
| 01/18/06 | Aten | Reviewed expert reports re: missing exhibits and e-mail to D. Kuchinsky re: same. | .30 |
| 01/18/06 | Cameron | E-mails and phone calls regarding follow-up to 1/17 meeting (.90); review Government supplemental expert materials (1.60); begin preparation of summary memo of meetings and action plan (1.20). | 3.70 |
| 01/19/06 | Aten | Reviewed supplemental expert reports and memo by D. Kuchinsky re: her review of medical records. | .90 |
| 01/19/06 | Cameron | Review e-mails relating to potential expert issues (.80); attend to follow up issues and memo relating to 1/17 meeting with experts (.90); review scientific literature relating to expert issues (.90). | 2.60 |
| 01/19/06 | DiChiera | Review and respond to emails from L. Flatley (0.1); prepare and arrange for expert reports and exhibits to be copied in preparation with request (0.1); meeting with R. Aten re: exhibits and supplemental expert reports (0.1); review and respond to emails from R. Aten regarding arrangements for copying of supplemental expert reports (0.1). | .40 |

172573  W. R. Grace & Co.                          Invoice Number   1374366
60035  Grand Jury Investigation                    Page    8
       February 28, 2006


    Date    Name                                              Hours
  --------  -----------                                       -----

  01/19/06 Flatley         Outline in preparation for status    5.10
                           call on expert issues (2.1);
                           conference call to discuss expert
                           issues (2.0); preparation for
                           1/20/06 expert meeting in
                           Washington (1.0).

  01/20/06 Aten            Reviewed news articles re: wood       .40
                           smoke issues.

  01/20/06 Cameron         Multiple e-mails relating to         2.90
                           potential experts (.90); review
                           materials from B. Jacobson (.70);
                           review and revise memo re:
                           strategy from expert meeting
                           (1.30).

  01/20/06 Flatley         Calls and e-mails regarding          8.30
                           scheduling 1/31 expert witness
                           meeting (1.0); drafting outline
                           regarding 1/19/06 conference call
                           decisions on experts, reviewing
                           notes and evaluating plans (2.3);
                           attend meeting with potential
                           expert witness and follow-up on
                           meeting (5.0).

  01/21/06 Cameron         Work on materials relating to        1.20
                           experts for constituent analysis.

  01/22/06 Cameron         Review literature and other          2.70
                           materials received from potential
                           expert witness (1.50); revise
                           summary memo regarding strategy
                           meetings (1.20).

  01/23/06 Aten            Reviewed slides from consultant,      1.60
                           expert disclosures, and binders.

  01/23/06 Cameron         Multiple e-mails regarding expert    3.70
                           witness issues (1.10); review and
                           revise summary and planning memo
                           regarding experts (1.70); review
                           materials regarding government
                           disclosure (.60); meet with R.
                           Finke regarding expert issues
                           (.30).

172573  W. R. Grace & Co.                        Invoice Number   1374366
60035  Grand Jury Investigation                  Page    9
       February 28, 2006

| Date | Name | | Hours |
|------|------|------|-------|

| 01/23/06 | DiChiera | Prepare binders relating to the Government's Supplemental Expert Witness Disclosures (2.6); review and respond to emails from R. Aten regarding status of binders (0.5). | 3.10 |
| 01/23/06 | Flatley | Reviewing and responding to e-mails/correspondence and reorganization after Washington trip (0.7); calls re: same (0.2). | .90 |
| 01/23/06 | Restivo | Receipt and review of new pleadings. | .40 |
| 01/24/06 | Aten | Conference with L. Flatley re: information re: air quality in Libby (0.1); reviewed news reports re: same (0.5). | .60 |
| 01/24/06 | Cameron | Review and revise memo relating to potential expert witness meetings (.90); multiple e-mails re: same (.70); e-mails re: various scheduling issues (.40); meet with R. Finke re: expert witness issues (2.10); telephone call with potential consultants (.60). | 4.70 |
| 01/24/06 | Flatley | Review overview of health experts issues (0.7); e-mails to/from B. Jacobson, D. Kuchinsky et al. (0.2); meet with R. Aten regarding documents review and other issues (0.4). | 1.30 |
| 01/25/06 | Atkinson | Searches re:  testing documents, per T. Mace request. | .40 |
| 01/25/06 | Cameron | Review and revise memo regarding potential expert witness meetings (1.10); meeting with R. Finke regarding multiple expert witness and related issues (1.80); telephone call with B. Jacobson regarding same (.80); telephone call with consultants regarding same (.60); prepare and revise draft request for information to government (.90); e-mails regarding potential witness meeting (.40). | 5.60 |

172573 W. R. Grace & Co.                              Invoice Number  1374366
60035  Grand Jury Investigation                       Page   10
       February 28, 2006


       Date   Name                                                Hours
       -------- -----------                                       -----


01/25/06 Flatley          Revisions to outline regarding      3.90
                          1/19 conference call and review B.
                          Jacobson outline (3.5); e-mail and
                          analysis of O.M. Scott issue (0.4).

01/26/06 Cameron          Finalize draft language for         3.90
                          samples request to government
                          (.80); telephone call with
                          potential consultants re same
                          (.40) attend to issues relating to
                          potential experts on industrial
                          hygiene issues (1.60);  revise
                          materials form K. Coggan (.60);
                          meet with R. Finke re expert
                          issues (.50).

01/27/06 Cameron          Extensive discussion with and       4.20
                          follow-up material review for
                          potential expert witness (1.60);
                          review materials to supplement
                          criminal defense outline (1.30);
                          telephone call with R. Finke
                          regarding same (.20); review
                          material from potential expert
                          (1.10).

01/27/06 Flatley          Preparation for witness meeting on  2.70
                          1/31 (2.5); e-mails and replies
                          (0.2).

01/28/06 Cameron          Review materials for defense        1.70
                          strategy outline (.80); review
                          literature and other materials for
                          potential experts (.90).

01/29/06 Aten             Reviewed documents and binders on   2.40
                          hand (0.6); prepared document
                          summarizing same (0.8); began
                          conducting Internet research re:
                          health issues (1.0).

01/29/06 Atkinson         E-mails from/to research             .70
                          librarians re: research on
                          prospective experts (.40);
                          Internet searches re: prospective
                          experts (.30).

172573  W. R. Grace & Co.                          Invoice Number    1374366
60035   Grand Jury Investigation                   Page   11
        February 28, 2006


| Date | Name | | Hours |
|--------|------|------|-------|
| 01/29/06 | Cameron | Review and organize materials for communications with potential experts (1.30); review materials relating to testing data (.90); follow-up with respect to information request from K&E (.70); emails regarding potential witness issues (.40). | 3.30 |
| 01/29/06 | DiChiera | Review and respond to emails from R. Aten regarding status memorandum of material received and needed in preparation for meeting on Monday with L. Flatley. | .20 |
| 01/29/06 | Flatley | E-mails regarding meeting scheduling and other issues (0.3); reviewing and outlining various memoranda, especially summaries of documents that are being reviewed (3.6). | 3.90 |
| 01/30/06 | Aten | Conference with L. Flatley re: documents and binders reviewed time for and highlighted areas to follow-up on. | 2.10 |
| 01/30/06 | Atkinson | E-mail and telephone call L. Lamphear re: research on potential experts (.20); Internet searches on potential experts (.30); meet with D. Cameron (.10). | .60 |
| 01/30/06 | Beswick | Background research on potential expert witnesses. | .25 |
| 01/30/06 | Bruce | Checked expert witness directories for entries, Internet searches and PubMed searches for certain experts. | 2.70 |
| 01/30/06 | Cameron | Follow up discussions with potential expert witness (.70); review materials relating to testing issues (1.70); review prior testimony and reports of potential expert witnesses (1.20); review summary outline regarding strategy (.60); memo regarding discussion with potential experts (.90). | 5.10 |

172573 W. R. Grace & Co.                          Invoice Number   1374366
60035  Grand Jury Investigation                   Page   12
       February 28, 2006

| Date | Name | | Hours |
|------|------|------|-------|

| 01/30/06 | DiChiera | Attend part of meeting with L. Flatley and R. Aten regarding preparation of government expert witness binder (0.9); prepare binder and transmittal letter in connection with service of binder to potential expert witness (0.2). | 1.10 |
| 01/30/06 | Flatley | Review various documents in preparation for meeting (1.2); meet with R. Aten regarding follow-up on documents (1.8); review and revise M. DiChiera letter and information to potential expert (0.3); preparation for 1/31/06 meeting (0.3). | 3.60 |
| 01/30/06 | Lanphear | Searched for background information on various potential expert witnesses, as requested by D. Cameron/M. Atkinson. | .90 |
| 01/31/06 | Aten | Prepared "to do" list based on meeting with L. Flatley (0.4); e-mails to K & E attorneys re: medical records (1.1); deposition transcripts, binders; compared materials received re: A. Frank and list of his depositions (0.7); continue to research wood smoke issue (1.7). | 3.90 |
| 01/31/06 | Atkinson | Performed Internet searches re: prospective experts, and prepare summary document/file on each potential expert. | 1.50 |
| 01/31/06 | Cameron | Multiple e-mails and calls relating to issues raised by potential experts (.90); review testing data received from K&E (1.40); review materials for upcoming meetings with potential experts (1.70); review government supplemental reports (.80). | 4.80 |

```
172573  W. R. Grace & Co.                    Invoice Number   1374366
60035   Grand Jury Investigation            Page   13
        February 28, 2006
```

| Date | Name | | Hours |
|------|------|---|------|
| 01/31/06 | Flatley | Preparation for meeting with potential expert witness (3.1); attending meeting with D. Kuchinsky, B. Jacobson et al. (2.5); follow-up meeting with D. Kuchinsky upon return to Pittsburgh (1.5). | 7.10 |

```
                                        TOTAL HOURS    272.85
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|--------|---|--------|
| James J. Restivo Jr. | 0.40 | at $ | 600.00 | = | 240.00 |
| Lawrence E. Flatley | 102.90 | at $ | 535.00 | = | 55,051.50 |
| Douglas E. Cameron | 124.60 | at $ | 530.00 | = | 66,038.00 |
| Carol J. Gatewood | 4.50 | at $ | 380.00 | = | 1,710.00 |
| Rebecca E. Aten | 19.30 | at $ | 270.00 | = | 5,211.00 |
| Maureen L. Atkinson | 3.90 | at $ | 180.00 | = | 702.00 |
| Maria E. DiChiera | 13.00 | at $ | 180.00 | = | 2,340.00 |
| Louise A. Beswick | 0.25 | at $ | 165.00 | = | 41.25 |
| Leslie Lanphear | 0.90 | at $ | 170.00 | = | 153.00 |
| Sarah Bruce | 2.70 | at $ | 130.00 | = | 351.00 |
| John B. Worobij | 0.40 | at $ | 120.00 | = | 48.00 |

```
                CURRENT FEES                        131,885.75


                TOTAL BALANCE DUE UPON RECEIPT      $131,885.75
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                    Invoice Number      1374376
One Town Center Road                               Invoice Date        02/28/06
Boca Raton, FL    33486                            Client Number         172573

================================================================================
Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                      2,515.37

                    TOTAL BALANCE DUE UPON RECEIPT          $2,515.37
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1374376
One Town Center Road                     Invoice Date      02/28/06
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Miscellaneous                            4.10
    Binding Charge                           3.00
    Telephone Expense                       17.45
    IKON Copy Services                      57.10
    PACER                                   33.52
    Duplicating/Printing/Scanning        2,246.40
    Courier Service - Outside               19.79
    Meal Expense                            68.14
    Telephone - Outside                     65.87

                    CURRENT EXPENSES                      2,515.37
                                                       --------------
                    TOTAL BALANCE DUE UPON RECEIPT       $2,515.37
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1374376
One Town Center Road                     Invoice Date          02/28/06
Boca Raton, FL    33486                  Client Number          172573
                                         Matter Number           60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 12/06/05 | PACER--Electronic docket access charges. | 33.52 |
| 12/16/05 | Telephone - Outside Chorus Call - DOUGLAS CAMERON - CONFERENCE CALL. | 41.60 |
| 12/21/05 | Telephone - Outside Chorus Call - DOUGLAS CAMERON - CONFERENCE CALL. | 24.27 |
| 01/04/06 | Duplicating/Printing/Scanning | 24.15 |
| 01/04/06 | Binding Charge | 3.00 |
| 01/04/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/32 | 1.60 |
| 01/04/06 | Duplicating/Printing/Scanning ATTY # 0559; 246 COPIES | 36.90 |
| 01/04/06 | Duplicating/Printing/Scanning ATTY # 0559; 35 COPIES | 5.25 |
| 01/05/06 | Telephone Expense 303-866-0408/DENVER, CO/69 | 3.40 |
| 01/06/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/26 | 1.25 |
| 01/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 36 COPIES | 5.40 |
| 01/10/06 | Meal Expense Kirkland/Ellis | 68.14 |
| 01/11/06 | Duplicating/Printing/Scanning ATTY # 0856; 107 COPIES | 16.05 |

172573  W. R. Grace & Co.                          Invoice Number  1374376
60026  Litigation and Litigation Consulting        Page    2
       February 28, 2006


01/13/06    Duplicating/Printing/Scanning                        2.40
            ATTY # 0559; 16 COPIES

01/13/06    Duplicating/Printing/Scanning                        9.75
            ATTY # 0559; 65 COPIES

01/13/06    Duplicating/Printing/Scanning                         .30
            ATTY # 0349: 2 COPIES

01/13/06    Duplicating/Printing/Scanning                         .15
            ATTY # 0349: 1 COPIES

01/13/06    Duplicating/Printing/Scanning                         .15
            ATTY # 0349: 1 COPIES

01/16/06    Duplicating/Printing/Scanning                        1.20
            ATTY # 0559; 8 COPIES

01/16/06    Duplicating/Printing/Scanning                         .30
            ATTY # 0559; 2 COPIES

01/17/06    Duplicating/Printing/Scanning                       37.50
            ATTY # 0856; 250 COPIES

01/17/06    Duplicating/Printing/Scanning                        6.15
            ATTY # 0856; 41 COPIES

01/17/06    Duplicating/Printing/Scanning                         .60
            ATTY # 0559: 4 COPIES

01/17/06    Courier Service - Outside Courier Service -         12.52
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to Matthew T. Murphy,
            Esq.,  Casner & Edwards (BOSTON MA 02210).

01/18/06    Telephone Expense                                    1.55
            410-531-4355/COLUMBIA, MD/31

01/18/06    Duplicating/Printing/Scanning                        5.10
            ATTY # 0559; 34 COPIES

01/18/06    Duplicating/Printing/Scanning                         .60
            ATTY # 0559: 4 COPIES

01/18/06    Duplicating/Printing/Scanning                         .60
            ATTY # 0559: 4 COPIES

01/18/06    Duplicating/Printing/Scanning                        1.20
            ATTY # 0559: 8 COPIES

01/18/06    Duplicating/Printing/Scanning                        1.50
            ATTY # 0559: 10 COPIES

172573  W. R. Grace & Co.                              Invoice Number   1374376
60026  Litigation and Litigation Consulting            Page    3
        February 28, 2006


01/19/06    IKON Copy Services - - Copying for hard-copy        57.10
            service of monthly fee application CNO.

01/19/06    Telephone Expense                                    1.00
            410-531-4355/COLUMBIA, MD/20

01/19/06    Telephone Expense                                     .70
            312-861-2353/CHICAGO, IL/14

01/19/06    Telephone Expense                                     .70
            410-531-4355/COLUMBIA, MD/14

01/19/06    Telephone Expense                                    1.05
            410-531-4355/COLUMBIA, MD/21

01/19/06    Telephone Expense                                     .10
            410-531-4355/COLUMBIA, MD/2

01/19/06    Telephone Expense                                    1.35
            312-861-2353/CHICAGO, IL/28

01/19/06    Telephone Expense                                    1.10
            410-531-4355/COLUMBIA, MD/22

01/19/06    Duplicating/Printing/Scanning                       10.20
            ATTY # 0856; 68 COPIES

01/19/06    Duplicating/Printing/Scanning                        2.40
            ATTY # 0559; 16 COPIES

01/19/06    Duplicating/Printing/Scanning                         .75
            ATTY # 0559: 5 COPIES

01/20/06    Telephone Expense                                     .60
            518-283-7672/TROY, NY/12

01/20/06    Telephone Expense                                     .35
            202-772-2200/WASHINGTON, DC/8

01/20/06    Duplicating/Printing/Scanning                         .15
            ATTY # 0559: 1 COPIES

01/23/06    Duplicating/Printing/Scanning                        7.50
            ATTY # 0559; 50 COPIES

01/23/06    Duplicating/Printing/Scanning                        3.75
            ATTY # 0559; 25 COPIES

01/23/06    Duplicating/Printing/Scanning                        1.65
            ATTY # 0559; 11 COPIES

172573  W. R. Grace & Co.                        Invoice Number   1374376
60026   Litigation and Litigation Consulting     Page    4
        February 28, 2006


01/23/06    Duplicating/Printing/Scanning                    68.85
            ATTY # 0559; 459 COPIES

01/23/06    Duplicating/Printing/Scanning                    19.50
            ATTY # 0559; 130 COPIES

01/23/06    Duplicating/Printing/Scanning                    12.90
            ATTY # 0559; 86 COPIES

01/23/06    Duplicating/Printing/Scanning                    65.10
            ATTY # 0559; 434 COPIES

01/23/06    Duplicating/Printing/Scanning                   288.30
            ATTY # 0559; 1922 COPIES

01/23/06    Duplicating/Printing/Scanning                     4.65
            ATTY # 0559; 31 COPIES

01/23/06    Duplicating/Printing/Scanning                   126.00
            ATTY # 0559; 840 COPIES

01/23/06    Duplicating/Printing/Scanning                      .30
            ATTY # 0559; 2 COPIES

01/23/06    Duplicating/Printing/Scanning                   134.70
            ATTY # 0559; 898 COPIES

01/23/06    Duplicating/Printing/Scanning                   144.15
            ATTY # 0559; 961 COPIES

01/23/06    Duplicating/Printing/Scanning                    87.45
            ATTY # 0559; 583 COPIES

01/23/06    Duplicating/Printing/Scanning                   114.60
            ATTY # 0559; 764 COPIES

01/23/06    Duplicating/Printing/Scanning                   183.15
            ATTY # 0559; 1221 COPIES

01/23/06    Duplicating/Printing/Scanning                      .90
            ATTY # 0559; 6 COPIES

01/23/06    Duplicating/Printing/Scanning                     1.50
            ATTY # 0559: 10 COPIES

01/24/06    Duplicating/Printing/Scanning                     2.25
            ATTY # 0559; 15 COPIES

01/24/06    Duplicating/Printing/Scanning                     3.60
            ATTY # 0559; 24 COPIES

172573  W. R. Grace & Co.                         Invoice Number   1374376
60026   Litigation and Litigation Consulting      Page    5
        February 28, 2006


| | | |
|---|---|---:|
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 24 COPIES | 3.60 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 27 COPIES | 4.05 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .60 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 52 COPIES | 7.80 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 24 COPIES | 3.60 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 44 COPIES | 6.60 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | 1.05 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 33 COPIES | 4.95 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 18 COPIES | 2.70 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 107 COPIES | 16.05 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 436 COPIES | 65.40 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 59 COPIES | 8.85 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 150 COPIES | 22.50 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 890 COPIES | 133.50 |
| 01/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 256 COPIES | 38.40 |
| 01/25/06 | Telephone Expense<br>303-866-0408/DENVER, CO/4 | .20 |

172573  W. R. Grace & Co.                              Invoice Number   1374376
60026   Litigation and Litigation Consulting           Page   6
        February 28, 2006


01/25/06   Duplicating/Printing/Scanning                            1.50
           ATTY # 0559: 10 COPIES

01/25/06   Duplicating/Printing/Scanning                            1.50
           ATTY # 0559: 10 COPIES

01/25/06   Duplicating/Printing/Scanning                           13.20
           ATTY # 0559; 88 COPIES

01/25/06   Duplicating/Printing/Scanning                            4.50
           ATTY # 0559; 30 COPIES

01/25/06   Duplicating/Printing/Scanning                          232.65
           ATTY # 0559; 1551 COPIES

01/25/06   Duplicating/Printing/Scanning                          212.85
           ATTY # 0559; 1419 COPIES

01/25/06   Duplicating/Printing/Scanning                             .75
           ATTY # 0559; 5 COPIES

01/25/06   Duplicating/Printing/Scanning                            4.80
           ATTY # 0559; 32 COPIES

01/25/06   Duplicating/Printing/Scanning                           10.65
           ATTY # 0718; 71 COPIES

01/26/06   Courier Service - Outside Courier Service -              7.27
           00843 UPS - Shipped from Douglas Cameron Reed
           Smith LLP - Pittsburgh to Richard C. Finke,
           Esq. W.R. Grace & Co. (COLUMBIA MD 21044).

01/27/06   Telephone Expense                                         .20
           561-362-1533/BOCA RATON, FL/5

01/27/06   Telephone Expense                                         .35
           561-362-1533/BOCA RATON, FL/7

01/27/06   Telephone Expense                                        1.95
           610-525-5960/BRYN MAWR, PA/39

01/27/06   Duplicating/Printing/Scanning                             .15
           ATTY # 0559: 1 COPIES

01/27/06   Duplicating/Printing/Scanning                             .30
           ATTY # 0396: 2 COPIES

01/31/06   Miscellaneous -Drinks and snacks for 1/23-25             4.10
           meeting

01/31/06   Duplicating/Printing/Scanning                            4.05
           ATTY # 4810; 27 COPIES

172573 W. R. Grace & Co.                           Invoice Number   1374376
60026  Litigation and Litigation Consulting        Page    7
       February 28, 2006

                          CURRENT EXPENSES                    2,515.37
                                                           ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $2,515.37
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1374377 |
| Invoice Date | 02/28/06 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

Fees                                        0.00
Expenses                                5,299.19

                    TOTAL BALANCE DUE UPON RECEIPT        $5,299.19
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1374377 |
| Invoice Date | 02/28/06 |
| Client Number | 172573 |
| Matter Number | 60035 |

========================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 2.30 |
| Documentation Charge | 26.75 |
| Duplicating/Printing/Scanning | 799.65 |
| Courier Service - Outside | 10.67 |
| Lodging | 1,273.69 |
| Transportation | 106.00 |
| Air Travel Expense | 2,287.50 |
| Automobile Rental | 94.01 |
| Taxi Expense | 189.00 |
| Mileage Expense | 162.87 |
| Meal Expense | 332.76 |
| General Expense | 13.99 |

| | |
|---|---:|
| CURRENT EXPENSES | 5,299.19 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $5,299.19 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1374377
One Town Center Road                     Invoice Date      02/28/06
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number         60035


==============================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 12/27/05 | Air Travel Expense--L FLATLEY AIRFARE TO CALIFORNIA FOR MEETING IN GRAND JURY CASE (PIT-SFO-PIT). | 1068.40 |
| 12/28/05 | Air Travel Expense--CREDIT FOR L. FLATLEY CANCELLED TICKETS TO CALIFORNIA (PIT-SFO-PIT). | -1048.60 |
| 01/03/06 | Duplicating/Printing/Scanning ATTY # 0396; 492 COPIES | 73.80 |
| 01/03/06 | Duplicating/Printing/Scanning ATTY # 0396: 13 COPIES | 1.95 |
| 01/04/06 | Telephone Expense 561-362-1551/BOCA RATON, FL/10 | .50 |
| 01/04/06 | Duplicating/Printing/Scanning ATTY # 0887: 1 COPIES | .15 |
| 01/04/06 | Duplicating/Printing/Scanning ATTY # 0887: 1 COPIES | .15 |
| 01/05/06 | Telephone Expense 561-362-1551/BOCA RATON, FL/10 | .50 |
| 01/06/06 | Duplicating/Printing/Scanning ATTY # 0396: 8 COPIES | 1.20 |
| 01/06/06 | Duplicating/Printing/Scanning ATTY # 0396: 3 COPIES | .45 |
| 01/09/06 | Telephone Expense 561-362-1551/BOCA RATON, FL/10 | .50 |

```
172573 W. R. Grace & Co.                        Invoice Number   1374377
60035  Grand Jury Investigation                 Page    2
       February 28, 2006
```

| Date | Description | Amount |
|---|---|---|
| 01/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 140 COPIES | 21.00 |
| 01/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 17 COPIES | 2.55 |
| 01/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .60 |
| 01/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .60 |
| 01/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 44 COPIES | 6.60 |
| 01/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 41 COPIES | 6.15 |
| 01/10/06 | Meal Expense - -Lunch for 8 during 12/19<br>omnibus hearing lunch break meeting with<br>client. | 84.89 |
| 01/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 126 COPIES | 18.90 |
| 01/10/06 | Meal Expense<br>Kirkland Ellis | 104.20 |
| 01/10/06 | Telephone Expense<br>561-483-3600/BOCA RATON, FL/3 | .15 |
| 01/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .75 |
| 01/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .75 |
| 01/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 01/11/06 | Duplicating/Printing/Scanning<br>ATTY # 4722; 980 COPIES | 147.00 |
| 01/11/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 01/17/06 | Meal Expense - - DOUGLAS E. CAMERON<br>REIMBURSEMENT FOR GRACE TRIP TO WASH DC ON<br>(1/11-1/12/06) FOR DEFENSE TEAM MEETING--ONE<br>DINNER. | 23.00 |

172573  W. R. Grace & Co.                          Invoice Number   1374377
60035  Grand Jury Investigation                    Page    3
       February 28, 2006


01/17/06   Lodging - -DOUGLAS E. CAMERON REIMBURSEMENT FOR        358.81
           HOTEL STAY DURING GRACE TRIP TO WASH DC
           (1/11-1/12/06) FOR DEFENSE TEAM MEETING.

01/17/06   Air Travel Expense - - DOUGLAS E. CAMERON            1068.50
           REIMBURSEMENT FOR GRACE TRIP TO WASH DC ON
           1/11-1/12/06 FOR DEFENSE TEAM MEETING
           (PIT-DCA-PIT).

01/17/06   Taxi Expense - - DOUGLAS E. CAMERON                    37.00
           REIMBURSEMENT FOR GRACE TRIP TO WASH DC ON
           (1/11-1/12/06) FOR DEFENSE TEAM MEETING.

01/17/06   Mileage Expense - -  DOUGLAS E. CAMERON               21.36
           REIMBURSEMENT FOR GRACE TRIP TO WASH DC ON
           (1/11-1/12/06) FOR DEFENSE TEAM MEETING.

01/17/06   Transportation - -  DOUGLAS E. CAMERON AIRPORT        34.00
           PARKING - REIMBURSEMENT FOR GRACE TRIP TO WASH
           DC (1/11-1/12/06) FOR DEFENSE TEAM MEETING.

01/17/06   Duplicating/Printing/Scanning                          1.35
           ATTY # 0396: 9 COPIES

01/18/06   Meal Expense - -  LAWRENCE E. FLATLEY EXPERT          12.00
           WITNESS MEETINGS IN CALIFORNIA
           (1/5-1/6/06)--ONE LUNCH.

01/18/06   Meal Expense - -  LAWRENCE E. FLATLEY-- LUNCH         90.35
           AND DINNER W/R. SENFTLEBEN - EXPERT WITNESS
           MEETINGS IN CALIFORNIA (1/5-1/6/06) (TWO
           LUNCHES, TWO DINNERS.

01/18/06   Lodging - - LAWRENCE E. FLATLEY--HOTEL STAY          155.96
           RELATING TO EXPERT WITNESS MEETINGS IN
           CALIFORNIA (1/5-1/6/06).

01/18/06   Automobile  Rental - -LAWRENCE E. FLATLEY             94.01
           TRAVEL IN CALIFORNIA FOR  EXPERT WITNESS
           MEETINGS(1/5-1/6/06).

01/18/06   Taxi Expense - - LAWRENCE E. FLATLEY EXPERT           73.00
           WITNESS MEETINGS IN CALIFORNIA (1/5-1/6/06).

01/19/06   Telephone Expense                                      .65
           561-362-1551/BOCA RATON, FL/13

01/19/06   Duplicating/Printing/Scanning                          .60
           ATTY # 0396: 4 COPIES

172573 W. R. Grace & Co.                          Invoice Number   1374377
60035  Grand Jury Investigation                   Page   4
       February 28, 2006


01/20/06    Meal Expense - -  DOUGLAS E. CAMERON              13.00
            REIMURSEMENT FOR GRACE TRIP TO WASH DC
            (1/16-1/17/06).

01/20/06    Lodging - - DOUGLAS E. CAMERON REIMURSEMENT FOR   216.41
            GRACE TRIP TO WASH DC (1/16-1/17/06).

01/20/06    Air Travel Expense - -  DOUGLAS E. CAMERON        248.59
            REIMURSEMENT FOR AIR FARE FOR GRACE TRIP TO
            WASH DC (1/16-1/17/06).

01/20/06    Taxi Expense - - DOUGLAS E. CAMERON               17.00
            REIMURSEMENT FOR GRACE TRIP TO WASH DC
            (1/16-1/17/06).

01/20/06    Mileage Expense - -  DOUGLAS E. CAMERON           21.36
            REIMURSEMENT FOR GRACE TRIP TO WASH DC
            (1/16-1/17/06).

01/20/06    Transportation - - DOUGLAS E. CAMERON PARKING -   21.00
            REIMURSEMENT FOR GRACE TRIP TO WASH DC
            (1/16-1/17/06).

01/20/06    Transportation Expense - - DOUGLAS E. CAMERON     5.00
            REIMURSEMENT FOR GRACE TRIP TO WASH DC
            (1/16-1/17/06)-- TIPS.

01/20/06    Documentation Charge - -RESEARCH SOLUTIONS -      26.75
            ORDER # 54643--ELECTRONIC DATABASE CHARGE FOR
            ACCESS TO EXPERT PUBLICATIONS.

01/23/06    Duplicating/Printing/Scanning                     210.00
            ATTY # 4722; 1400 COPIES

01/23/06    Duplicating/Printing/Scanning                      .90
            ATTY # 4722: 6 COPIES

01/25/06    General Expense - -  ALL-STATE INTERNATIONAL,     8.99
            INC. TABS

01/27/06    Lodging - - LAWRENCE E. FLATLEY--HOTEL STAY FOR   542.51
            MEETINGS IN WASH DC AND IN MIAMI FL
            (1/11-1/16/06).

01/27/06    Taxi Expense- LAWRENCE E. FLATLEY MEETINGS IN     15.00
            WASH DC AND IN MIAMI FL (1/11-1/16/06).

01/27/06    Mileage Expense- LAWRENCE E. FLATLEY-- MEETINGS   26.70
            IN WASH DC AND IN MIAMI FL (1/11-1/16/06).

172573  W. R. Grace & Co.                          Invoice Number   1374377
60035  Grand Jury Investigation                    Page    5
       February 28, 2006


01/27/06    Transportation-  LAWRENCE E. FLATLEY AIRPORT          34.00
            PARKING - MEETINGS IN WASH DC AND IN MIAMI FL
            (1/11-1/16/06).

01/27/06    Meal Expense - -  LAWRENCE E. FLATLEY MEETING          5.32
            IN WASH DC (1/20/06)--ONE BREAKFAST

01/27/06    Air Travel Expense- AIRFARE FOR LAWRENCE E.          950.61
            FLATLEY MEETING IN WASH DC (1/20/06).

01/27/06    Taxi Expense-  LAWRENCE E. FLATLEY-- MEETING IN        47.00
            WASH DC (1/20/06).

01/27/06    Mileage Expense-  LAWRENCE E. FLATLEY-- MEETING        26.70
            IN WASH DC (1/20/06).

01/27/06    Transportation-  LAWRENCE E. FLATLEY AIRPORT           17.00
            PARKING - MEETING IN WASH DC (1/20/06).

01/27/06    Duplicating/Printing/Scanning                           .60
            ATTY # 0396: 4 COPIES

01/27/06    Duplicating/Printing/Scanning                           .45
            ATTY # 0396: 3 COPIES

01/30/06    Duplicating/Printing/Scanning                         74.85
            ATTY # 4722; 499 COPIES

01/30/06    Duplicating/Printing/Scanning                           .15
            ATTY # 4856; 1 COPIES

01/30/06    Duplicating/Printing/Scanning                          1.20
            ATTY # 4722: 8 COPIES

01/30/06    Duplicating/Printing/Scanning                           .60
            ATTY # 3928: 4 COPIES

01/30/06    Duplicating/Printing/Scanning                           .30
            ATTY # 3928: 2 COPIES

01/30/06    Duplicating/Printing/Scanning                           .60
            ATTY # 4722: 4 COPIES

01/30/06    Duplicating/Printing/Scanning                           .45
            ATTY # 4722: 3 COPIES

01/30/06    Courier Service - Outside Courier Service -           10.90
            00843 UPS - Shipped from Maria Dichiera, Reed
            Smith LLP - Pittsburgh to John E. Parker, MD,
            WVU, School of Medicine (MORGANTOWN WV 26506).

172573  W. R. Grace & Co.                                    Invoice Number   1374377
60035   Grand Jury Investigation                             Page    6
         February 28, 2006


01/30/06    Courier Service - Outside Courier Service -              10.90
            00843 UPS - Shipped from Maria Dichiera Reed
            Smith LLP - Pittsburgh to John E. Parker, MD,
            WVU School of Medicine (MORGANTOWN WV 26506).

01/30/06    Courier Service - Outside Courier                      -11.13
            Service(Credit) - 00843 UPS - Shipped from
            Maria Dichiera Reed Smith LLP - Pittsburgh to
            John E. Parker, MD, WVU, School of Medicine
            (MORGANTOWN WV 26506).

01/31/06    Duplicating/Printing/Scanning                             3.30
            ATTY # 3928; 22 COPIES

01/31/06    Duplicating/Printing/Scanning                            57.90
            ATTY # 4722; 386 COPIES

01/31/06    Duplicating/Printing/Scanning                            92.55
            ATTY # 4722; 617 COPIES

01/31/06    Duplicating/Printing/Scanning                            63.00
            ATTY # 4722; 420 COPIES

01/31/06    Mileage Expense - - LAWRENCE E. FLATLEY MILEAGE          66.75
            FOR TRIP FROM PGH TO MORGANTOWN, WV FOR
            POTENTIAL EXPERT WITNESS MEETING AND RETURN
            (1/31/06).

01/31/06    Duplicating/Printing/Scanning                              .45
            ATTY # 0396: 3 COPIES

01/31/06    Duplicating/Printing/Scanning                              .90
            ATTY # 0396: 6 COPIES

01/31/06    Duplicating/Printing/Scanning                              .45
            ATTY # 0396: 3 COPIES

01/31/06    Duplicating/Printing/Scanning                              .75
            ATTY # 0856: 5 COPIES

01/31/06    Duplicating/Printing/Scanning                             2.85
            ATTY # 0856: 19 COPIES

01/31/06    Duplicating/Printing/Scanning                              .30
            ATTY # 3928: 2 COPIES

01/31/06    Duplicating/Printing/Scanning                              .45
            ATTY # 3928: 3 COPIES

01/31/06    Duplicating/Printing/Scanning                              .45
            ATTY # 3928: 3 COPIES

172573 W. R. Grace & Co.                      Invoice Number  1374377
60035  Grand Jury Investigation              Page    7
       February 28, 2006


01/31/06    Duplicating/Printing/Scanning                    .45
            ATTY # 3928: 3 COPIES

01/31/06    Duplicating/Printing/Scanning                    .30
            ATTY # 3928: 2 COPIES

01/31/06    Duplicating/Printing/Scanning                    .30
            ATTY # 3928: 2 COPIES

                        CURRENT EXPENSES                 5,299.19
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT  $5,299.19
                                                      ============

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          )    Chapter 11
                                                )
W. R. GRACE & CO., et al.,[1]                   )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
                                                )
                        Debtors                 )

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 6th day

of March 2006, I caused a true and correct copy of the Summary of Application of Reed Smith

LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos

Products Liability Defense Counsel to Debtors for the Fifty-Fifth Monthly Interim Period from

January 1, 2006 Through January 3,1 2006 (with attached Fee and Expense Detail) to be served

upon the parties on the attached service list in the manner indicated.

By:  /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)

     Special Asbestos Products Liability Defense
     Counsel

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

### VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

W.R. Grace & Co.
Attn: David B. Siegel, Esq.
Senior V.P. and General Counsel
7500 Grace Drive
Columbia, MD  21044
E-mail:  william.sparks@grace.com

Warren H. Smith
Warren H. Smith and Associates
325 N. St. Paul
Suite 4080
Dallas, TX  75201
E-mail:  feeaudit@whsmithlaw.com

### VIA HAND DELIVERY

Frank J. Perch III, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

### VIA ELECTRONIC MAIL

James H.M. Sprayegen, Esq.
Kirkland & Ellis
E-mail:  james_kapp@chicago.kirkland.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
E-mail:  joneill@pszyjw.com

J. Douglas Bacon, Esq.
Latham & Watkins
E-mail:  david.heller@lw.com
         carol.hennessey@lw.com

Steven M. Yoder, Esq.
The Bayard Firm
E-mail:  syoder@bayardfirm.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail:  rserrette@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email:  mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Price
  & Axelrod
E-mail:  jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
E-mail:  ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail:  pvnl@capdale.com

Marla Eskin, Esq.
Campbell & Levine, LLC
E-mail: meskin@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail: pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schorling
E-mail:  currier@klettrooney

2

**File a Motion:**

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Gwynne, Kurt F. entered on 3/6/2006 at 1:49 PM EST and filed on 3/6/2006

**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**   01-01139-JKF
**Document Number:** 11954

**Docket Text:**
Monthly Application for Compensation *of Reed Smith LLP, Special Asbestos Products Liability Defense Counsel, for the Period January 1, 2006 through January 31, 2006 (FIFTY-FIFTH)* Filed by Special Asbestos Products Liability Defense Counsel Objections due by 3/29/2006.. (Attachments: # (1) Attachment - Fee Detail# (2) Attachment - Expense Detail# (3) Certificate of Service) (Gwynne, Kurt)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\DOWNLOAD\summary.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/6/2006] [FileNumber=4722877-0]
[0c49ce8b0ef53971f27b3529a8ddd6cfc97fba0c3a7fe643b590bf142d9aa300e17ec
f714618d831d22a8d1c86ab14c3fd4ff6a98b2beda7c3cef25294986a02]]
**Document description:** Attachment - Fee Detail
**Original filename:** H:\DOWNLOAD\fees.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/6/2006] [FileNumber=4722877-1]
[7186379b8dec4f67b90bf2a8ed638beb78af5a822a0a14ce44feba917f6683200ca69
c3eb5a2839377baa0f9b4194cdba5cce96f935ea648a7d30b466662ee2d]]
**Document description:** Attachment - Expense Detail
**Original filename:** H:\DOWNLOAD\expenses.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/6/2006] [FileNumber=4722877-2]
[96f279288b79baf690bfdc28f74bd92588dd2162930f21abd917c9dc62ae5964ddc60
522f6d91e4c10883696923e51bd64b43f46227f80ff3560b51a316edf8f]]
**Document description:** Certificate of Service
**Original filename:** H:\DOWNLOAD\cos.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/6/2006] [FileNumber=4722877-3]
[068b5bb1f4146ab1ff1d9131cd93ac553be39f11ebfd0827c5765c19dd569e0563d96
8bff0f0b4ad51b9537e581e757cdae70e6ae102b4f8728245a7d99c7392]]

**01-01139-JKF Notice will be electronically mailed to:**