# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: April 20, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE FIFTY-SIXTH MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

Name of Applicant:      Reed Smith LLP

Authorized to Provide Professional Services to:      W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:      July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:      February 1, 2006 through February 28, 2006

Amount of fees sought as actual, reasonable and necessary:      $121,127.50

Amount of expenses sought as actual, reasonable and necessary      $2,113.02

This is an: <u>X</u> monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Docket No. 12132
Date Filed 3/28/06

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |

| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/05 through 1/31/05 | $179,492.75 | $7,814.56 | Pending | Pending |

As indicated above, this is the fifty-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 35 Years | Litigation | $600.00 | 1.50 | $900.00 |
| Lawrence E. Flatley | Partner | 31 years | Litigation | $535.00 | 44.50 | $23,807.50 |
| Douglas E. Cameron | Partner | 22 Years | Litigation | $530.00 | 148.60 | $78,758.00 |
| Andrew J. Muha | Associate | 5 Years | Litigation | $295.00 | 4.20 | $1,239.00 |
| Rebecca E. Aten | Associate | 3 Years | Litigation | $270.00 | 33.10 | $8,937.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Aaron Thorp | Analyst | 6 Years | Knowledge Management | $200.00 | 1.40 | $280.00 |
| John B. Lord | Paralegal | 13 Years | Bankruptcy | $190.00 | 4.60 | $874.00 |
| Maureen Atkinson | Paralegal | 30 Years | Litigation | $180.00 | 16.10 | $2,898.00 |
| Maria E. DiChiera | Paralegal | 14 Years | Litigation | $180.00 | 2.20 | $396.00 |
| Sharon A. Ament | Paralegal | 2 Years | Litigation | $130.00 | 10.20 | $1,326.00 |
| John B. Worobij | Analyst | 14 Years | Knowledge Management | $120.00 | 11.80 | $1,416.00 |
| Christine H. Turkaly | Analyst | 2 Years | Knowledge Management | $115.00 | 1.40 | $161.00 |
| Janice E. Luksik | Senior Document Delivery Specialist | 17 Years | Knowledge Management | $90.00 | 1.50 | $135.00 |

Total Fees:  $121,127.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 49.80 | $22,470.00 |
| Travel | 1.30 | $695.50 |
| ZAI Science Trial | .60 | $318.00 |
| Fee Applications | 20.00 | $4,191.00 |
| Montana Grand Jury Investigation | 209.40 | $93,453.00 |
| **Total:** | **281.10** | **$121,127.50** |

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Binding Charge | 3.00 | ---- |
| Telephone Expense | 22.75 | ---- |
| IKON Copy Services | 63.40 | ---- |
| Duplicating/Printing/Scanning | 1,221.60 | ---- |
| Courier Service – Outside | 250.56 | ---- |
| Outside Duplicating | 334.36 | ---- |
| Postage Expense | 3.51 | |
| Documentation Charge | 107.00 | ---- |
| Transportation | 17.00 | ---- |
| Taxi Expense | 34.00 | ---- |
| Mileage Expense | 26.70 | ---- |
| Meal Expense | 8.16 | ---- |
| General Expense (tabs) | 20.98 | ---- |
| SUBTOTAL | $2,113.02 | $0.00 |
| **TOTAL** | **$2,113.02** | |

Dated:  March 28, 2006                          REED SMITH LLP
        Wilmington, Delaware

                                    By: /s/ Kurt F. Gwynne
                                        Kurt F. Gwynne (No. 3951)
                                        1201 Market Street, Suite 1500
                                        Wilmington, DE  19801
                                        Telephone:  (302) 778-7500
                                        Facsimile:  (302) 778-7575
                                        E-mail: kgwynne@reedsmith.com

                                             and

                                        James J. Restivo, Jr., Esquire
                                        Lawrence E. Flatley, Esquire
                                        Douglas E. Cameron, Esquire
                                        435 Sixth Avenue
                                        Pittsburgh, PA  15219
                                        Telephone:  412.288.3131
                                        Facsimile:  412.288.3063

                                        Special Asbestos Products Liability Defense
                                        Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1382159
One Town Center Road                     Invoice Date       03/21/06
Boca Raton, FL    33486                  Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          22,470.00
        Expenses                           0.00

                   TOTAL BALANCE DUE UPON RECEIPT       $22,470.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1382159 |
| One Town Center Road | Invoice Date | 03/21/06 |
| Boca Raton, FL  33486 | Client Number | 172573 |
| | Matter Number | 60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 02/02/06 | Cameron | Attend to issues relating to dust methodology reports and scheduling issues. | .70 |
| 02/03/06 | Atkinson | Meet with J. Worobij and e-mail T. Stansbury (Kirkland) re: testing DVDs per K&E requests. | .20 |
| 02/03/06 | Cameron | Review materials from M. Browdy regarding Phase II reports for experts (1.20) review materials for Phase I issues and potential expert discovery (.70). | 1.90 |
| 02/05/06 | Cameron | Continued review of materials from M. Browdy and outline of issues for calls. | 1.40 |
| 02/06/06 | Cameron | Review materials relating to property damage estimation and Phase II issues (1.80); review product ID materials for discussions with consultant (.80). | 2.60 |
| 02/07/06 | Cameron | Additional review of Phase II materials from K&E (1.40); e-mails from R. Finke and K&E regarding product ID objections (.60); review materials for Phase I reports (.70). | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number  1382159
60026  Litigation and Litigation Consulting        Page    2
       March 21, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 02/08/06 | Cameron | Review materials from M. Browdy (.80); prepare for conference call regarding: same (.90); review additional materials relating to product identification objections and consultant work (.90). | 2.60 |
| 02/09/06 | Cameron | Attend to issues relating to Phase I and Phase II experts and related reports (.90); review discovery related materials (.80). | 1.70 |
| 02/09/06 | Lord | Research docket and update 2002 service list. | .30 |
| 02/10/06 | Atkinson | Review W.R. Grace historical testing documents (0.7);  draft letter and review materials to Canadian counsel (1.1). | 1.10 |
| 02/10/06 | Cameron | Prepare for conference call with Grace and K&E lawyers re:  Phase I and Phase II witnesses (.70); participate in conference call re:  same (1.10); review materials relating to expert reports and discovery (.60); review materials and backup for product ID objections and potential expert affidavit/report (1.90); review testing data for Canadian counsel (.40); telephone call with R. Finke re:  same (.20). | 4.90 |
| 02/12/06 | Cameron | Additional review of historical testing data. | 1.10 |
| 02/13/06 | Cameron | Review materials for preparation of Product ID summaries (1.10); e-mails regarding discovery issues for Phase I (.50). | 1.60 |
| 02/14/06 | Cameron | Review e-mails regarding Phase I and Phase II witnesses (.60); review dust reports and organize materials for discovery (.90); review claimants' witness lists (.50); continued review of product identification support and expert materials (1.40). | 3.40 |

172573  W. R. Grace & Co.                          Invoice Number   1382159
60026  Litigation and Litigation Consulting        Page   3
        March 21, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 02/15/06 | Cameron | Review materials for Phase I and Phase II witness and discovery (.80); further review of product ID materials for expert work (.70). | 1.50 |
| 02/16/06 | Cameron | Attend to materials for expert discovery (.90); attend to product ID materials (.80). | 1.70 |
| 02/16/06 | Worobij | Generate file of select tagged documents from database per D. Hatcher's request (1.30); copy data to local drive in preparation to burn to DVD (1.00). | 2.30 |
| 02/17/06 | Cameron | Multiple e-mails regarding discovery issues (.30); review materials from M. Browdy (.40). | .70 |
| 02/17/06 | Worobij | Burn image files, load files, and database fields data files to DVD (2.20); office conference with M. Atkinson regarding DVD copies (.20). | 2.40 |
| 02/19/06 | Cameron | Review materials for call with K&E and Grace regarding PD estimations Phase I and Phase II discovery and expert issues. | .90 |
| 02/20/06 | Cameron | Review materials from M. Browdy relating to Phase I issues. | .80 |
| 02/21/06 | Atkinson | Review miscellaneous correspondence, pleadings received from D. Cameron. | .30 |
| 02/21/06 | Cameron | Telephone call with R. Finke regarding status of property damage estimation (.40); review materials for 2/22 call (.80). | 1.20 |
| 02/22/06 | Cameron | Prepare for (0.3) and participate in call with K&E and Grace regarding Property Damage Estimation strategy and scheduling issues (.70); multiple e-mails regarding same (.80); review product ID material regarding same (.70); review materials from M. Browdy (.80). | 3.30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1382159
60026  Litigation and Litigation Consulting     Page   4
       March 21, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 02/22/06 | Turkaly | Verification of images of testing documents per D. Hatcher's email (0.3) and perform linking of records in database (1.1). | 1.40 |
| 02/22/06 | Worobij | Generate new file containing selected fields to eventually perform an analysis with new file generated from CDC online review application. | .20 |
| 02/22/06 | Worobij | Verification of images of testing documents per D. Hatcher's email (0.2); analyze with C. Turkaly (0.2); perform linking of image files with records in database (0.3). | .70 |
| 02/23/06 | Atkinson | Have DVDs of ZAI productions from November and December 2002 copied to provide to M. Murphy (Casner & Edwards) for W. R. Grace Canadian counsel. | .40 |
| 02/24/06 | Atkinson | Correspondence to M. Murphy enclosing electronic production of ZAI documents, and supplemental production, for Mr. Murphy to provide to Grace Canadian counsel. | .70 |
| 02/24/06 | Cameron | Follow up on e-mails relating to PD estimation issues (.90); telephone call with R. Finke regarding same (.20); review M. Browdy schedule and deadlines (.50). | 1.60 |
| 02/26/06 | Cameron | E-mails regarding witness issues (.60);review materials relating to no hazard defense (.90); review product ID and constructive notice materials (.80). | 2.30 |
| 02/28/06 | Cameron | Attend to materials relating to Phase II experts and potential reports. | 1.20 |

```
                                       ------
                           TOTAL HOURS   49.80
```

172573 W. R. Grace & Co.                          Invoice Number   1382159
60026  Litigation and Litigation Consulting       Page    5
       March 21, 2006


| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 39.80 | at $ | 530.00 | = | 21,094.00 |
| John B. Lord | 0.30 | at $ | 190.00 | = | 57.00 |
| Maureen L. Atkinson | 2.70 | at $ | 180.00 | = | 486.00 |
| Christine H. Turkaly | 1.40 | at $ | 115.00 | = | 161.00 |
| John B. Worobij | 5.60 | at $ | 120.00 | = | 672.00 |

                         CURRENT FEES                          22,470.00


                                                             ------------
                         TOTAL BALANCE DUE UPON RECEIPT        $22,470.00
                                                             ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                           Invoice Number      1382160
5400 Broken Sound Blvd., N.W.         Invoice Date        03/21/06
Boca Raton, FL 33487                  Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                         695.50
    Expenses                       0.00

              TOTAL BALANCE DUE UPON RECEIPT        $695.50
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                Invoice Number      1382160
5400 Broken Sound Blvd., N.W.              Invoice Date        03/21/06
Boca Raton, FL 33487                       Client Number        172573
                                           Matter Number         60027


========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

    Date   Name                                              Hours
    ------ ----------                                        -----

    02/23/06 Flatley      Returning from Washington, D.C.     1.30
                          (one-half time).

                                                            ------
                                          TOTAL HOURS         1.30


TIME SUMMARY             Hours        Rate          Value
-----------------------  -------------------------  -------
Lawrence E. Flatley       1.30  at  $  535.00  =   695.50

                         CURRENT FEES                          695.50


                                                        ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $695.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1382161
5400 Broken Sound Blvd., N.W.        Invoice Date        03/21/06
Boca Raton, FL 33487                 Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          318.00
        Expenses                        0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $318.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                            Invoice Number      1382161
5400 Broken Sound Blvd., N.W.          Invoice Date       03/21/06
Boca Raton, FL 33487                   Client Number       172573
                                       Matter Number        60028


===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

   Date  Name                                              Hours
 -------- -----------                                      -----

02/19/06 Cameron        Review materials from R. Finke.      .60

                                                          ------
                                        TOTAL HOURS          .60


TIME SUMMARY            Hours          Rate         Value
-----------------------  ---------------------     -------
Douglas E. Cameron       0.60  at  $  530.00  =     318.00

                        CURRENT FEES                        318.00


                                                     ------------
                  TOTAL BALANCE DUE UPON RECEIPT          $318.00
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1382162
5400 Broken Sound Blvd., N.W.        Invoice Date        03/21/06
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                              4,191.00
    Expenses                              0.00

          TOTAL BALANCE DUE UPON RECEIPT      $4,191.00
                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1382162
5400 Broken Sound Blvd., N.W.        Invoice Date       03/21/06
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| 02/01/06 | Ament | Assist D. Cameron with fee application issues. | .30 |
| 02/02/06 | Ament | Review materials received from A. Muha in preparation for Dec. monthly fee application (.20); format invoices into fee and expense details Word documents in preparation for filing of Dec. monthly fee application (0.5); prepare spreadsheet and calculate fees for Dec. monthly fee application (1.1); draft 54th monthly fee application form and provide to A. Muha (1.0); review e-mail from J. Lord and respond re: Dec. monthly and quarterly fee applications (.10); gather information in preparation for quarterly fee application (.10). | 3.00 |
| 02/03/06 | Ament | Meet with A. Muha re: Dec. monthly fee application (.10); revisions to Dec. monthly fee application and invoices (.30); e-mail 54th monthly fee application, fee and expense details to J. Lord for DE filing (.10); review invoices and begin calculating total fees and expenses for 19th quarterly fee application (1.0). | 1.50 |

172573  W. R. Grace & Co.                              Invoice Number   1382162
60029   Fee Applications-Applicant                     Page    2
        March 21, 2006


| Date     | Name    |                                            | Hours |
| -------- | ------- | ------------------------------------------ | ----- |
| 02/03/06 | Lord    | Review, revise, e-file and perfect service of Reed Smith December monthly fee application. | 1.00 |
| 02/03/06 | Muha    | Make final review and revisions to December 2005 monthly fee application. | .50 |
| 02/06/06 | Ament   | Begin drafting spreadsheet for 19th quarterly fee application. | .40 |
| 02/07/06 | Ament   | Continue drafting spreadsheet and calculating fees and expenses for 19th quarterly fee application (0.9); draft summary and narrative re: same (1.50). | 2.40 |
| 02/07/06 | Lord    | E-mails with S. Ament re: quarterly fee application. | .20 |
| 02/09/06 | Lord    | Prepare notice and COS for 19th quarterly fee application (.3); research docket for hearing date (.2); review and revise application (.2). | .70 |
| 02/10/06 | Ament   | Prepare expense totals for 19th quarterly fee application (.80); create spreadsheet re: expenses for same (.80); revisions to narrative and summary re: 19th quarterly fee application and provide final draft to A. Muha (.60). | 2.20 |
| 02/10/06 | Lord    | Prepare exhibits for quarterly fee application (.3) | .30 |
| 02/11/06 | Cameron | Preliminary review of materials for January fee application. | .90 |
| 02/11/06 | Muha    | Review and revise quarterly fee application materials. | .90 |
| 02/13/06 | Lord    | Review, revise and prepare Reed Smith quarterly fee application for e-filing and service. | 1.20 |

172573  W. R. Grace & Co.                        Invoice Number  1382162
60029   Fee Applications-Applicant               Page    3
        March 21, 2006

```
    Date   Name                                                    Hours
  -------- -----------                                             -----

  02/14/06 Lord          E-file and perfect service of Reed          .80
                         Smith Quarterly fee application
                         (.8).

  02/19/06 Muha          Extensive review and revisions to          2.10
                         fee and expense detail for January
                         2006 monthly fee application.

  02/24/06 Muha          Additional revisions to fee and             .70
                         expense details for January fee
                         application.

  02/27/06 Cameron       Finalize fee application materials.         .70

  02/28/06 Ament         Review e-mail from D. Cameron re:           .10
                         fees and e-mails with A. Muha and
                         J. Lord re: monthly fee
                         application (.10).

  02/28/06 Lord          Respond to e-mail from S. Ament             .10
                         re: monthly fee application.
                                                                  ------
                                            TOTAL HOURS            20.00
```

```
TIME SUMMARY              Hours       Rate           Value
-----------------------   ----------------------    -------
Douglas E. Cameron        1.60  at $  530.00   =      848.00
Andrew J. Muha            4.20  at $  295.00   =    1,239.00
John B. Lord              4.30  at $  190.00   =      817.00
Sharon A. Ament           9.90  at $  130.00   =    1,287.00

                          CURRENT FEES                           4,191.00

                                                              ------------
                          TOTAL BALANCE DUE UPON RECEIPT         $4,191.00
                                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1382163
One Town Center Road                     Invoice Date     03/21/06
Boca Raton, FL    33486                  Client Number     172573

===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                              93,453.00
    Expenses                               0.00

                TOTAL BALANCE DUE UPON RECEIPT      $93,453.00
                                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL    33486 | Invoice Number      1382163<br>Invoice Date      03/21/06<br>Client Number      172573<br>Matter Number      60035 |

==========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/06 | Aten | Call with C. Neitzel re: questions re: source of documents for binders (.8); e-mail to L. Flatley re: call (.2); reviewed and compiled index regarding additional depositions of experts (1.2). | 2.20 |
| 02/01/06 | Atkinson | Review Library research and Internet information on potential experts (1.4);  review e-mail from T. Mace (Kirkland) and D. Cameron re: historical testing documents, and e-mails/telephone calls to S. Haines (Reed Smith), C. Latuda (HRO) regarding same (0.8); update information regarding potential experts (1.6);  e-mail request from D. Cameron for historical files (0.1). | 3.90 |
| 02/01/06 | Cameron | Multiple e-mails with R. Finke, K&E and RS lawyers regarding expert witness issues (1.10); review materials from potential expert witness (.90) attend to strategy memo issues (.80). | 2.80 |
| 02/01/06 | Flatley | Reorganizing after trip to West Virginia (0.4); working on preparation for experts, including numerous e-mails, outlining issues and calls with R. Senftleben, D. Cameron, et al. (5.3). | 5.70 |

172573  W. R. Grace & Co.                          Invoice Number   1382163
60035   Grand Jury Investigation                   Page    2
        March 21, 2006


    Date    Name                                                    Hours
    ------- -----------                                             -----


02/02/06 Cameron          Prepare for (.40) and participate      7.20
                          in conference call with HRO and
                          K&E lawyers and potential expert
                          witness (3.70); follow-up call
                          with K&E and HRO lawyers regarding
                          same (.40); multiple calls with R.
                          Finke regarding open issues with
                          expert witnesses (.70); meet with
                          L. Flatley regarding same (.30);
                          review materials from R. Finke
                          regarding expert witness strategy
                          outline (.40);  telephone call
                          with consultant regarding testing
                          issues (.40); review additional
                          background materials for potential
                          experts (.90).

02/02/06 Flatley          E-mails re: scheduling calls with      1.10
                          experts (.50); voicemail from R.
                          Finke and reply (.10); with D.
                          Cameron re: expert issues (.50).

02/03/06 Cameron          Prepare for (.90) and participate      5.60
                          in multiple calls with prospective
                          experts regarding outline of
                          issues, scheduling, etc. (1.10);
                          e-mails regarding same (.60);
                          telephone calls with R. Finke
                          regarding the same (.30); meet
                          with L. Flatley regarding expert
                          issues (.20); review B. Jacobson
                          strategy outline and revisions
                          thereof (.90); review materials
                          from 2/2 call with potential
                          expert (.80); review testing
                          documents per K&E request (.80).

02/03/06 DiChiera         Review and respond to emails from       .60
                          L. Flatley regarding request to
                          compile information to be sent to
                          potential consultant (.30);
                          prepare supplemental Government
                          expert material to be sent to
                          potential consultant for review
                          and reference (.30).

172573  W. R. Grace & Co.                          Invoice Number  1382163
60035  Grand Jury Investigation                    Page    3
       March 21, 2006


    Date    Name                                                   Hours
    --------  -----------                                          -----


02/03/06 Flatley              E-mails to/from B. Jacobson            2.50
                              regarding medical documents issue
                              (0.2); call with B. Jacobson
                              (0.3); call with R. Senftleben and
                              R. Finke regarding health experts
                              issues and follow-up (0.9);
                              additional calls regarding health
                              experts issues (0.8); e-mails from
                              and to D. Kuchinsky (0.1); call
                              with R. Senftleben (0.2).


02/03/06 Worobij              Generate file of select tagged        2.30
                              documents from database per M.
                              Atkinson's request (1.30); copy
                              data to local drive in preparation
                              to burn to DVD (1.00).


02/04/06 Cameron              Begin preparation of summary for      1.70
                              meeting and expert witness calls
                              (.80); review CVs and literature
                              with respect to prospective
                              experts and potential meetings
                              (.90).


02/05/06 Cameron              Extensive review of prospective       3.30
                              expert materials for meeting and
                              conference calls (1.70);
                              additional review of government
                              expert witnesses disclosure and
                              summaries (1.60).


02/06/06 Aten                 Conference call with L. Flatley       1.50
                              and team re: experts and process
                              for review (.9); conference re:
                              sending records to experts (.3);
                              reviewed new materials re:
                              purchaser of vermiculite (.3).


02/06/06 Atkinson             Letter to Tyler Mace (Kirkland &       .70
                              Ellis) enclosing 3 DVDs of testing
                              documents.


02/06/06 Cameron              Multiple telephone calls with         3.10
                              potential expert witness (.90);
                              e-mails re: same (.60); review
                              materials regarding potential
                              expert witness (1.40); telephone
                              call with B. Jacobson and
                              potential expert (.20)

172573 W. R. Grace & Co.                        Invoice Number  1382163
60035  Grand Jury Investigation                 Page   4
       March 21, 2006


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 02/06/06 | Flatley | Call with R. Senftleben and follow-up re: expert witness meetings (0.3); scheduling conference (0.3); preparation for conference call (0.4); conference call with R. Senftleben, R. Finke, B. Jacobson, D. Kuckinsky et al. and follow-up (1.2). | 2.20 |
| 02/06/06 | Worobij | Burn image files, load files, and database fields data files to DVD (3.10); office conference with M. Atkinson regarding DVD copies (.30). | 3.40 |
| 02/07/06 | Aten | Conference call with L. Flatley, potential consultant and others (.6); prepare materials to send to potential consultants (1.3); briefly review newly received exhibits (.4). | 2.30 |
| 02/07/06 | Atkinson | Review testing documents per D. Cameron and K. Coogan (HRO) emails relating to production to EPA. | .60 |
| 02/07/06 | Cameron | Review materials received from potential expert witness (1.80); telephone call with R. Finke regarding same (.20);  e-mails from K&E regarding strategy for experts (.50); telephone call to multiple experts regarding potential retention (.80). | 3.30 |
| 02/07/06 | DiChiera | Telephone conference with R. Aten regarding material needed for additional experts review (.20); prepare material for additional experts per request of R. Aten (.30). | .50 |
| 02/07/06 | Flatley | E-mails and calls re: scheduling (.90); preparation for health expert conference call (1.00); conference call with R. Senftleben, D. Kuchinsky, et al. re: health expert issues and follow-up (.80). | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number  1382163
60035  Grand Jury Investigation                   Page    5
       March 21, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| 02/08/06 | Aten | Review additional exhibits to expert reports. | .30 |
| 02/08/06 | Atkinson | Review library research and Internet searches to update information on possible experts (2.0); update summary document on potential experts (0.7). | 2.70 |
| 02/08/06 | Cameron | Telephone call with R. Finke regarding issues relating to potential expert witnesses (.40); telephone call with potential expert witnesses (.90); e-mails to K&E lawyers (Jacobson and Harding) regarding same (.70); review literature and studies performed by prospective witnesses (1.90). | 3.90 |
| 02/08/06 | Flatley | E-mails to/from R. Aten (.20); other e-mails and replies, including from R. Senftleben (.20). | .40 |
| 02/09/06 | Aten | Draft and finalize letters to potential consultants (.2); organized exhibits (.2). | .40 |
| 02/09/06 | Atkinson | Update compilation of Internet searches (2.0); review Library research re: potential experts per B. Stansbury (Kirkland & Ellis) e-mail (0.8);  meet with J. Worobij (Litigation Support) to review DVDs of historical testing (0.2). | 3.00 |
| 02/09/06 | Cameron | Telephone call with K&E re: potential expert witnesses (.30); follow-up review of materials and telephone call to experts re: same (.90); multiple telephone calls and emails with potential consultant (1.30); review of testing data (1.80); review of historical documents per K&E inquiries (.50). | 4.80 |
| 02/09/06 | Flatley | E-mails and replies (.20); call with R. Senftleben (.20). | .40 |

172573 W. R. Grace & Co.                          Invoice Number   1382163
60035  Grand Jury Investigation                   Page    6
       March 21, 2006


   Date   Name                                              Hours
   ------- -----------                                      -----

02/10/06 Aten              Conference call with L. Flatley      3.10
                           and potential consultants (2.9);
                           reviewed documents (.2).

02/10/06 Cameron           Emails re: potential expert's        3.60
                           discussions with counsel (.30);
                           telephone call with expert re:
                           same (.20); telephone call with R.
                           Finke re: miscellaneous issues
                           relating to experts (.50); review
                           expert witness materials for
                           possible retention (1.10);
                           telephone call with potential
                           experts re:  same (.40); review
                           material from R. Smith and B.
                           Harding re:  expert witnesses and
                           strategy (.90); meeting with J.
                           Restivo re: historical document
                           review (.20).

02/10/06 Flatley           E-mails and replies (.30);           4.90
                           preparation for health expert
                           meeting (.40); participating in
                           health expert meeting by telephone
                           with R. Aten and short follow-up
                           (3.30); reorganizing after
                           conference call in preparation for
                           January 13 call (.90).

02/10/06 Restivo           Review historical documents per      1.50
                           K&E request.

02/10/06 Worobij           Office conference D. Hatcher of        .50
                           Kirkland & Ellis firm regarding
                           loading document images onto
                           database.

02/11/06 Aten              Review binders received from HRO       .70
                           (.4); update memo re: documents on
                           hand (.3).

02/12/06 Cameron           Begin summaries re:  expert calls    2.60
                           and document reviews (1.70);
                           additional review of materials
                           from potential consultant (.90).

02/13/06 Atkinson          Arrange to have historical files      .60
                           copied and draft enclosure letter
                           to W. Jacobson (Kirkland & Ellis),
                           per D. Cameron request.

| Date | Name | | Hours |
|------|------|---|-------|

| 02/13/06 | Cameron | Review of historical documents per K&E request (.80); telephone call with prospective experts (.60); e-mail regarding testing documents (.80); e-mails regarding up coming meetings (.20); review K&E strategy memos and outlines for experts (.90). | 3.30 |
| 02/13/06 | Flatley | E-mails and calls to set up conference call (.20); logistics re: trip to visit health expert (.20); preparation for conference call (.60); conference call with B. Harding, et al. re: health expert (2.80). | 3.80 |
| 02/14/06 | Aten | Review materials received from HRO (.3); read and analyze articles re: exposures in Montana (.6). | .90 |
| 02/14/06 | Atkinson | Revise letter to W. Jacobson per D. Cameron request, and send attorney working files to Mr. Jacobson. | .70 |
| 02/14/06 | Cameron | E-mails regarding ASTDR (.40); e-mails regarding historical testing (.40); review materials from R. Smith (.70) review materials from potential consultant (.90). | 2.40 |
| 02/15/06 | Aten | Review research articles re: exposures in Montana (2.5); review expert's General Affidavit and Questionnaire Affidavit (1.0); read memo re: Environmental Series (.7). | 4.20 |
| 02/15/06 | Cameron | E-mails to R. Finke regarding consultants (.40); review materials relating to experts (1.40); e-mails regarding motion in bankruptcy court (.90); attend to materials from potential consultants (.90). | 3.60 |
| 02/15/06 | Flatley | E-mails and replies. | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1382163
60035  Grand Jury Investigation                   Page   8
       March 21, 2006


   Date   Name                                              Hours
 --------  -----------                                      -----

02/15/06 Luksik         Attend to ASAP request for EPA       1.50
                        citations and article citations.

02/15/06 Thorp          Load 2 additional CDs into           1.40
                        database.

02/16/06 Cameron        Follow up on information requested    4.90
                        from K&E (.40); telephone call
                        with K. Coggon and e-mails with
                        expert regarding potential meeting
                        and review of related data (.90);
                        review of materials from
                        consultant meetings (.90); prepare
                        outline for discussion with
                        consultants (1.30); review
                        government expert reports and
                        testing materials (1.40).

02/16/06 Flatley        E-mails and replies (0.2); call      1.30
                        with R. Senftleben re: Missoula
                        hearings and follow-up (0.5);
                        review motion and comment on it
                        (0.6).

02/17/06 Atkinson       Prepare copies of folders re:         .20
                        experts for D. Cameron.

02/17/06 Cameron        Multiple calls and e-mails with R.   7.50
                        Finke regarding issues relating to
                        expert work (1.20); review
                        government reliance materials and
                        prepare for calls/meetings with
                        potential consultants (3.90);
                        telephone with potential
                        consultants (.80); draft letter
                        regarding same (.90); review
                        outline for experts (.70).

02/18/06 Cameron        Additional review of government's    2.30
                        materials provided to potential
                        consultant.

02/19/06 Cameron        Follow-up review of materials per    1.10
                        R. Finke request.

02/20/06 Atkinson       Letter to T. Mace (Kirkland &         .80
                        Ellis) enclosing 3 DVDs of
                        additional testing documents.

```
172573 W. R. Grace & Co.                          Invoice Number  1382163
60035  Grand Jury Investigation                   Page   9
       March 21, 2006
```

| Date | Name | | Hours |
|------|------|------|-------|
| 02/20/06 | Cameron | Review K&E outline relating to experts and criminal defense (.90); additional review of documents to send to potential consultants (1.90); review publications from potential consultant (1.90). | 4.70 |
| 02/20/06 | DiChiera | Review and organize all transcripts of expert (.90); confer with R. Aten re: status (.20). | 1.10 |
| 02/21/06 | Aten | Review and analyze Whitehouse deposition (2.6); e-mail to L. Flatley re: results of research regarding health effects (.2). | 2.80 |
| 02/21/06 | Cameron | Participate in portions of conference call with potential consultants (3.90); multiple e-mails with R. Finke regarding expert issues (.60); telephone call with R. Finke regarding same (.50); review materials from B. Jacobson (1.60). | 6.60 |
| 02/21/06 | Flatley | E-mails and replies re: 2/23 meeting (0.2); reviewing and following-up on accumulated correspondence and reorganizing (3.1); call with R. Senftleben re: health expert meeting (0.2). | 3.50 |
| 02/22/06 | Cameron | E-mails and phone calls with consultant regarding database (.40); review materials from R. Finke regarding potential consultants (1.30); e-mails regarding consultant issues (.50) | 2.20 |
| 02/22/06 | Flatley | E-mails and responses (0.2); preparation for 2/23/06 trip to Washington (0.4). | .60 |
| 02/23/06 | Aten | Review research articles re: health effects and began drafting outline re: same. | 3.80 |

172573 W. R. Grace & Co.                          Invoice Number  1382163
60035  Grand Jury Investigation                   Page  10
       March 21, 2006


     Date   Name                                          Hours
     -------- -----------                                 -----

02/23/06 Cameron        Review historical documents and     4.60
                        materials from B. Jacobson (1.50);
                        attend to issues raised by
                        consultants (1.10); attend to CVs
                        and background material for
                        potential consultants (.80);
                        e-mails regarding consultants
                        meetings (.40); telephone calls
                        with potential consultants and
                        review of background materials to
                        provide to same (.80).

02/23/06 Flatley        Reviewing background materials and  9.80
                        other preparation for Kirkland &
                        Ellis meeting (3.8); attending
                        meeting at Kirkland & Ellis in
                        Washington with D. Kuchinsky, B.
                        Jacobson, et al. (5.5); follow-up
                        on meeting, including e-mails to
                        and from R. Senftleben and R. Aten
                        (0.5).

02/24/06 Aten           Continue to read articles re:       3.10
                        health effects of agents and draft
                        outline re: same (2.3); conference
                        with L. Flatley re: medical
                        procedures and meeting with
                        potential consultant (.2); call
                        with C. Nietzel re: medical
                        procedures (.1); review medical
                        testing binder for information re:
                        medical procedures (.3);
                        conference with L. Flatley re:
                        outline re: health effects
                        research  (.2).

02/24/06 Cameron        Multiple e-mails and calls with B.  5.40
                        Jacobson re: expert witness issues
                        (.90); review materials relating
                        to EPA samples and testing (1.60);
                        telephone call with consultants
                        regarding same (.90); telephone
                        call with R. Finke regarding open
                        expert issues (.90); e-mails
                        regarding 2/27 conference call and
                        strategy session (.80); telephone
                        call with K. Coggan regarding
                        testing data (.30).

172573  W. R. Grace & Co.                              Invoice Number  1382163
60035  Grand Jury Investigation                        Page  11
       March 21, 2006


| Date | Name | | Hours |
|------|------|---|-------|

| 02/24/06 | Flatley | Follow-up on 2/23 trip to Washington (0.4); meet with R. Aten regarding ATSDR issues and related matters and follow-up (0.5); call with D. Cameron (2 calls) (0.4); R. Senftleben e-mail, replies and forwarding (0.3); meet with R. Aten regarding gathering data (0.1); conference call with R. Senftleben, D. Kuchinsky and B. Jacobson (0.3). | 2.00 |
| 02/25/06 | Aten | Review and analyze documents re: ATSDR's medical testing program. | 3.10 |
| 02/25/06 | Cameron | Follow up e-mails with consultant regarding planning meeting and call (.60); review materials from industrial hygiene consultants (.80); prepare for call with consultants (.90); continued review of testing documents (.80). | 3.10 |
| 02/26/06 | Aten | Finished reviewing and analyzing documents re: medical screening program (2.3); reviewed documents re: Dr. Whitehouse (.3); finished reading and analyzing Dr. Whitehouse's deposition. | 2.80 |
| 02/26/06 | Cameron | Prepare materials for 2/27 call with consultants (1.10); review literature and studies conducted by potential consultants (1.80); review materials from R. Finke re potential consultants (.90). | 3.80 |
| 02/27/06 | Ament | Meet with D. Cameron re: organization of expert witness materials. | .10 |
| 02/27/06 | Aten | Conference with L. Flatley re: memo on health effects research (.6); revised memo (.1); conducted search for documents by EPA and forwarded to L. Flatley (1.2). | 1.90 |

172573 W. R. Grace & Co.                          Invoice Number  1382163
60035  Grand Jury Investigation                   Page   12
       March 21, 2006


     Date   Name                                              Hours
     ------ -----------                                       -----

  02/27/06 Cameron         Prepare for call with consultants    6.70
                           and R. Finke (.80); participate in
                           call with consultants and R. Finke
                           (1.40); follow-up call with
                           consultants (.30); follow-up calls
                           with R. Finke (.60); telephone
                           calls with other consultants re:
                           options (.50); emails with K&E re:
                           consultant project (.30); review
                           literature and reports of
                           consultants from prior litigation
                           (2.20); emails re:  request to
                           government for samples (.60).

  02/27/06 Flatley         Review R. Aten memo (0.5); meet      2.10
                           with R. Aten regarding revisions
                           to memo (0.6); preparation for
                           health expert meetings on 3/3 and
                           3/7 (1.0).

  02/28/06 Ament           Organization of expert witness        .20
                           materials for D. Cameron.

  02/28/06 Atkinson        Review expert witness binder          .20
                           materials collected to-date.

  02/28/06 Cameron         Review materials from consultants    2.50
                           (.80); review materials relating
                           to historical testing (.90);
                           review materials for meeting with
                           consultants (.80).

  02/28/06 Flatley         Review e-mails and reply.             .10

                                                               ------
                                           TOTAL HOURS         209.40

```
172573  W. R. Grace & Co.                    Invoice Number   1382163
60035   Grand Jury Investigation             Page   13
        March 21, 2006
```

```
TIME SUMMARY                  Hours          Rate           Value
------------------------      --------------------          -------
James J. Restivo Jr.           1.50   at  $   600.00  =        900.00
Lawrence E. Flatley           43.20   at  $   535.00  =     23,112.00
Douglas E. Cameron           106.60   at  $   530.00  =     56,498.00
Rebecca E. Aten               33.10   at  $   270.00  =      8,937.00
Maureen L. Atkinson           13.40   at  $   180.00  =      2,412.00
Maria E. DiChiera              2.20   at  $   180.00  =        396.00
Sharon A. Ament                0.30   at  $   130.00  =         39.00
Janice E Luksik                1.50   at  $    90.00  =        135.00
John B. Worobij                6.20   at  $   120.00  =        744.00
Aaron Thorp                    1.40   at  $   200.00  =        280.00


                        CURRENT FEES                       93,453.00


                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $93,453.00
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1382164
One Town Center Road                     Invoice Date       03/21/06
Boca Raton, FL    33486                  Client Number        172573



============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                        975.84

                TOTAL BALANCE DUE UPON RECEIPT        $975.84
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1382164 |
| One Town Center Road | Invoice Date     03/21/06 |
| Boca Raton, FL    33486 | Client Number     172573 |
| | Matter Number      60026 |

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Binding Charge | 3.00 |
| Telephone Expense | 17.10 |
| IKON Copy Services | 63.40 |
| Duplicating/Printing/Scanning | 634.35 |
| Postage Expense | 3.51 |
| Courier Service - Outside | 111.82 |
| Outside Duplicating | 142.66 |

CURRENT EXPENSES                    975.84

                                   --------------
TOTAL BALANCE DUE UPON RECEIPT          $975.84
                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number      1382164 |
| One Town Center Road | Invoice Date      03/21/06 |
| Boca Raton, FL    33486 | Client Number      172573 |
| | Matter Number       60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 02/01/06 | Telephone Expense<br>202-386-0812/WASHINGTON, DC/3 | .15 |
| 02/02/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/15 | .75 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .15 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 2.10 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .15 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 02/03/06 | Telephone Expense<br>801-746-5453/SALT LAKE, UT/12 | .60 |
| 02/03/06 | Telephone Expense<br>484-431-9962/BALACYNWYD, PA/2 | .10 |
| 02/03/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/10 | .50 |
| 02/03/06 | Telephone Expense<br>801-466-2223/SALT LK SO, UT/3 | .10 |
| 02/03/06 | Telephone Expense<br>650-369-3955/REDWOOD CY, CA/16 | .80 |
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 772 COPIES | 115.80 |

```
172573  W. R. Grace & Co.                          Invoice Number   1382164
60026  Litigation and Litigation Consulting        Page   2
       March 21, 2006
```

| Date | Description | Amount |
|---|---|---|
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 212 COPIES | 31.80 |
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 16 COPIES | 2.40 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 3.00 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 02/06/06 | Postage Expense Postage Expense: ATTY # 0559 | .39 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 3 COPIES | .45 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 02/09/06 | Telephone Expense<br>650-369-3955/REDWOOD CY, CA/2 | .10 |
| 02/09/06 | Telephone Expense<br>202-879-5081/WASHINGTON, DC/8 | .40 |
| 02/10/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/22 | 1.10 |
| 02/10/06 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/65 | 3.25 |
| 02/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0349; 19 COPIES | 2.85 |

172573  W. R. Grace & Co.                           Invoice Number  1382164
60026  Litigation and Litigation Consulting          Page   3
       March 21, 2006

| | | |
|---|---|---|
| 02/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0349; 19 COPIES | 2.85 |
| 02/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 02/10/06 | Postage Expense<br>Postage Expense: ATTY # 0559 User: MILLER, JASON | .39 |
| 02/10/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from MAUREEN L. ATKINSON,<br>REED SMITH LLP to OGILVEY RENAULT (TORONTO ON<br>M5J2Z4). | 111.82 |
| 02/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 02/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 46 COPIES | 6.90 |
| 02/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 02/14/06 | IKON Copy Services - - Copying for hard copy<br>service of monthly application CNO. | 63.40 |
| 02/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 191 COPIES | 28.65 |
| 02/14/06 | Postage Expense Postage Expense: ATTY # 0559 | .39 |
| 02/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 02/15/06 | Binding Charge | 3.00 |
| 02/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 3.00 |
| 02/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 02/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 02/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 02/17/06 | Telephone Expense<br>608-983-2888/CAZENOVIA, WI/11 | .50 |

172573 W. R. Grace & Co.                              Invoice Number   1382164
  60026  Litigation and Litigation Consulting          Page    4
         March 21, 2006


02/17/06    Telephone Expense                                         .40
            453-374-1414/Denmark/2

02/17/06    Telephone Expense                                         .60
            561-362-1552/BOCA RATON, FL/12

02/17/06    Duplicating/Printing/Scanning                           30.00

02/17/06    Duplicating/Printing/Scanning                             .30
            ATTY # 0856; 2 COPIES

02/17/06    Duplicating/Printing/Scanning                           23.70
            ATTY # 0559; 158 COPIES

02/17/06    Duplicating/Printing/Scanning                            1.20
            ATTY # 0559; 8 COPIES

02/17/06    Duplicating/Printing/Scanning                           13.95
            ATTY # 0559; 93 COPIES

02/17/06    Duplicating/Printing/Scanning                           20.40
            ATTY # 0559; 136 COPIES

02/17/06    Duplicating/Printing/Scanning                           55.50
            ATTY # 0856; 370 COPIES

02/17/06    Duplicating/Printing/Scanning                           10.80
            ATTY # 0559; 72 COPIES

02/17/06    Duplicating/Printing/Scanning                            7.50
            ATTY # 0559; 50 COPIES

02/17/06    Duplicating/Printing/Scanning                           11.10
            ATTY # 0559; 74 COPIES

02/17/06    Duplicating/Printing/Scanning                           75.45
            ATTY # 0856; 503 COPIES

02/17/06    Duplicating/Printing/Scanning                             .60
            ATTY # 0559; 4 COPIES

02/17/06    Duplicating/Printing/Scanning                             .30
            ATTY # 0559; 2 COPIES

02/17/06    Duplicating/Printing/Scanning                             .30
            ATTY # 0559: 2 COPIES

02/17/06    Duplicating/Printing/Scanning                             .30
            ATTY # 0559: 2 COPIES

02/17/06    Duplicating/Printing/Scanning                             .30
            ATTY # 0559: 2 COPIES

172573 W. R. Grace & Co.                          Invoice Number   1382164
60026  Litigation and Litigation Consulting        Page    5
       March 21, 2006

| Date | Description | Amount |
|---|---|---|
| 02/17/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .45 |
| 02/17/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .60 |
| 02/17/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 02/17/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 02/17/06 | Postage Expense Postage Expense: ATTY # 0559 | .78 |
| 02/17/06 | Postage Expense Postage Expense: ATTY # 0559 | .78 |
| 02/20/06 | Duplicating/Printing/Scanning ATTY # 0856; 6 COPIES | .90 |
| 02/20/06 | Postage Expense Postage Expense: ATTY # 0559 | .39 |
| 02/20/06 | Duplicating/Printing/Scanning ATTY # 0856: 3 COPIES | .45 |
| 02/20/06 | Duplicating/Printing/Scanning ATTY # 0856: 1 COPIES | .15 |
| 02/20/06 | Postage Expense Postage Expense: ATTY # 0559 | .39 |
| 02/21/06 | Duplicating/Printing/Scanning ATTY # 0559; 43 COPIES | 6.45 |
| 02/22/06 | Telephone Expense 443-535-8439/COLUMBIA, MD/60 | 2.95 |
| 02/23/06 | Telephone Expense 619-574-0620/SAN DIEGO, CA/10 | .45 |

172573 W. R. Grace & Co.                          Invoice Number  1382164
60026  Litigation and Litigation Consulting       Page   6
       March 21, 2006


| 02/23/06 | Duplicating/Printing/Scanning ATTY # 0559; 227 COPIES | 34.05 |
| 02/23/06 | Duplicating/Printing/Scanning ATTY # 0559; 162 COPIES | 24.30 |
| 02/24/06 | Outside Duplicating - - VENDOR: CLICKS - DEPT. DUPLICATION OF DVDS CONTAINING DOCUMENT IMAGES. | 142.66 |
| 02/24/06 | Duplicating/Printing/Scanning ATTY # 0856: 3 COPIES | .45 |
| 02/24/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 02/24/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/34 | 1.70 |
| 02/24/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/6 | .30 |
| 02/24/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/9 | .45 |
| 02/24/06 | Telephone Expense 303-866-0408/DENVER, CO/17 | .80 |
| 02/24/06 | Duplicating/Printing/Scanning ATTY # 0856; 163 COPIES | 24.45 |
| 02/24/06 | Duplicating/Printing/Scanning ATTY # 0559; 454 COPIES | 68.10 |
| 02/27/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/11 | .55 |
| 02/27/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/12 | .55 |
| 02/28/06 | Duplicating/Printing/Scanning ATTY # 0559; 63 COPIES | 9.45 |

                        CURRENT EXPENSES                    975.84
                                                       ------------
                  TOTAL BALANCE DUE UPON RECEIPT          $975.84
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1382165
One Town Center Road                     Invoice Date        03/21/06
Boca Raton, FL    33486                  Client Number        172573

===============================================================================
Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                                   0.00
        Expenses                           1,137.18

                        TOTAL BALANCE DUE UPON RECEIPT        $1,137.18
                                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1382165
One Town Center Road                     Invoice Date      03/21/06
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60035
================================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 5.65 |
| Documentation Charge | 107.00 |
| Duplicating/Printing/Scanning | 587.25 |
| Courier Service - Outside | 138.74 |
| Outside Duplicating | 191.70 |
| Transportation | 17.00 |
| Taxi Expense | 34.00 |
| Mileage Expense | 26.70 |
| Meal Expense | 8.16 |
| General Expense | 20.98 |
| | |
| CURRENT EXPENSES | 1,137.18 |
| | -------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $1,137.18 |
| | ============== |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1382165<br>Invoice Date    03/21/06<br>Client Number    172573<br>Matter Number    60035 |

===============================================================================
Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 02/01/06 | Telephone Expense<br>202-879-5969/WASHINGTON, DC/2 | .10 |
| 02/01/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/18 | .90 |
| 02/01/06 | Telephone Expense<br>202-879-5969/WASHINGTON, DC/12 | .60 |
| 02/01/06 | Telephone Expense<br>303-861-7000/DENVER, CO/21 | 1.05 |
| 02/01/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 02/01/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .15 |
| 02/02/06 | Telephone Expense<br>303-861-7000/DENVER, CO/7 | .35 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 19 COPIES | 2.85 |
| 02/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 19 COPIES | 2.85 |
| 02/03/06 | Telephone Expense<br>202-879-5032/WASHINGTON, DC/9 | .45 |
| 02/03/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/16 | .80 |
| 02/03/06 | Telephone Expense<br>786-662-5229/MIAMI, FL/2 | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1382165
60035  Grand Jury Investigation                   Page    2
       March 21, 2006

| | | |
|---|---|---:|
| 02/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 500 COPIES | 75.00 |
| 02/03/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Reed<br>Smith LLP - Pittsburgh to SALT LAKE CITY UT<br>84106. | 9.28 |
| 02/03/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from LAWRENCE E FLATLEY  to<br>PALO ALTO CA 943052. | 32.75 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .45 |
| 02/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 02/07/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/8 | .40 |
| 02/07/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/3 | .15 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4722; 6 COPIES | .90 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4722; 1474 COPIES | 221.10 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .45 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 5 COPIES | .75 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4722: 2 COPIES | .30 |
| 02/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4722: 3 COPIES | .45 |
| 02/07/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Rebecca Aten Reed<br>Smith LLP - Pittsburgh to WVU  (MORGANTOWN WV<br>26506). | 7.37 |

172573  W. R. Grace & Co.                          Invoice Number  1382165
60035   Grand Jury Investigation                   Page   3
        March 21, 2006


02/07/06    Courier Service - Outside Courier Service -          20.50
            00843 UPS - Shipped from Rebecca Aten, Reed
            Smith LLP - Pittsburgh to MIAMI FL 33143.

02/07/06    Courier Service - Outside Courier Service -          10.00
            00843 UPS - Shipped from PULMONARY AND CRIT.
            CARE MED to Palo Alto 94305.

02/07/06    Courier Service - Outside Courier Service -          10.89
            00843 UPS - Shipped from LAWRENCE E FLATLEY  to
            PALO ALTO CA 943041.

02/08/06    Telephone Expense                                      .40
            303-866-0691/DENVER, CO/8

02/08/06    Duplicating/Printing/Scanning                       154.80
            ATTY # 3928; 1032 COPIES

02/08/06    Duplicating/Printing/Scanning                         4.80
            ATTY # 3928; 32 COPIES

02/08/06    Duplicating/Printing/Scanning                          .30
            ATTY # 3928: 2 COPIES

02/08/06    Duplicating/Printing/Scanning                         2.85
            ATTY # 0856: 19 COPIES

02/09/06    Duplicating/Printing/Scanning                         3.30
            ATTY # 3928; 22 COPIES

02/09/06    Duplicating/Printing/Scanning                         1.65
            ATTY # 3928; 11 COPIES

02/09/06    Duplicating/Printing/Scanning                          .30
            ATTY # 4722: 2 COPIES

02/09/06    Duplicating/Printing/Scanning                          .30
            ATTY # 3928: 2 COPIES

02/09/06    Duplicating/Printing/Scanning                          .30
            ATTY # 3928: 2 COPIES

02/09/06    Duplicating/Printing/Scanning                          .30
            ATTY # 4722: 2 COPIES

02/09/06    Duplicating/Printing/Scanning                         2.85
            ATTY # 0856: 19 COPIES

02/09/06    Duplicating/Printing/Scanning                          .15
            ATTY # 0856: 1 COPIES

172573  W. R. Grace & Co.                          Invoice Number   1382165
60035   Grand Jury Investigation                   Page    4
        March 21, 2006

| | | |
|---|---|---|
| 02/09/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Rebecca Aten, Reed Smith LLP - Pittsburgh to MIAMI FL 33143. | 9.69 |
| 02/09/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Rebecca Aten Reed Smith LLP - Pittsburgh to WVU  (MORGANTOWN WV 26506). | 7.37 |
| 02/09/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  to (PALO ALTO CA 94304). | 10.00 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 376 COPIES | 56.40 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 83 COPIES | 12.45 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 9 COPIES | 1.35 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 19 COPIES | 2.85 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 1 COPIES | .15 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856; 1 COPIES | .15 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0856: 2 COPIES | .30 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0349: 16 COPIES | 2.40 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0349: 4 COPIES | .60 |
| 02/10/06 | Duplicating/Printing/Scanning ATTY # 0349: 3 COPIES | .45 |
| 02/10/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from LAWRENCE FLATLEY  to (PALO ALTO CA 943041). | 10.89 |
| 02/11/06 | Duplicating/Printing/Scanning ATTY # 4722: 2 COPIES | .30 |
| 02/13/06 | Duplicating/Printing/Scanning ATTY # 0856: 1 COPIES | .15 |

172573 W. R. Grace & Co.                         Invoice Number  1382165
60035  Grand Jury Investigation                  Page   5
       March 21, 2006


02/14/06    Courier Service - Outside Courier Service -          10.00
            00843 UPS - Shipped from Palo Alto,CA  94305.

02/17/06    Duplicating/Printing/Scanning                         2.85
            ATTY # 0856: 19 COPIES

02/21/06    General Expense- VENDOR: ALL-STATE                   20.98
            INTERNATIONAL, INC.
            TABS

02/21/06    Outside Duplicating - - VENDOR: IKON OFFICE         191.70
            SOLUTIONS, INC. - COPYING OF EXHIBIT BINDERS.

02/23/06    Documentation Charge - - VENDOR: RESEARCH            80.25
            SOLUTIONS 4 INC. - ORDER
            #54778-57780--Electronic database charge.

02/23/06    Documentation Charge - - VENDOR: RESEARCH            26.75
            SOLUTIONS 4 INC. - ORDER #57781--Electronic
            database charge.

02/23/06    Duplicating/Printing/Scanning                         .45
            ATTY # 3928: 3 COPIES

02/24/06    Duplicating/Printing/Scanning                         2.25
            ATTY # 3928: 15 COPIES

02/24/06    Telephone Expense                                     .35
            303-861-7000/DENVER, CO/7

02/24/06    Duplicating/Printing/Scanning                        10.20
            ATTY # 3928: 68 COPIES

02/28/06    Meal Expense - - VENDOR: LAWRENCE E. FLATLEY          8.16
            TRIP TO WASH DC (2/23/06)--One Breakfast.

02/28/06    Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY         34.00
            TRIP TO WASH DC (2/23/06).

02/28/06    Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY      26.70
            TRIP TO WASH DC (2/23/06)--MILEAGE TO AND FROM
            PIT AIRPORT.

02/28/06    Transportation - - VENDOR: LAWRENCE E. FLATLEY       17.00
            PARKING - TRIP TO WASH DC (2/23/06).

02/28/06    Duplicating/Printing/Scanning                         4.50
            ATTY # 0396; 30 COPIES

02/28/06    Duplicating/Printing/Scanning                        11.40
            ATTY # 3928; 76 COPIES

172573  W. R. Grace & Co.                          Invoice Number   1382165
60035   Grand Jury Investigation                   Page    6
        March 21, 2006


                        CURRENT EXPENSES                        1,137.18
                                                             ------------
                        TOTAL BALANCE DUE UPON RECEIPT          $1,137.18
                                                             =============

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 28th day of March 2006, I caused a true and correct copy of the Summary of Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to Debtors for the Fifty-Sixth Monthly Interim Period from February 1, 2006 Through February 28, 2006 (with attached Fee and Expense Detail) to be served upon the parties on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

Special Asbestos Products Liability Defense Counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

### VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

W.R. Grace & Co.
Attn: David B. Siegel, Esq.
Senior V.P. and General Counsel
7500 Grace Drive
Columbia, MD  21044
E-mail:  william.sparks@grace.com

Warren H. Smith
Warren H. Smith and Associates
325 N. St. Paul
Suite 4080
Dallas, TX  75201
E-mail:  feeaudit@whsmithlaw.com

### VIA HAND DELIVERY

Frank J. Perch III, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

### VIA ELECTRONIC MAIL

James H.M. Sprayegen, Esq.
Kirkland & Ellis
E-mail:  james_kapp@chicago.kirkland.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
E-mail:  joneill@pszyjw.com

J. Douglas Bacon, Esq.
Latham & Watkins
E-mail:  david.heller@lw.com
         carol.hennessey@lw.com

Steven M. Yoder, Esq.
The Bayard Firm
E-mail:  syoder@bayardfirm.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail: rserrette@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email: mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Price
   & Axelrod
E-mail: jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
E-mail: ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail: pvnl@capdale.com

Marla Eskin, Esq.
Campbell & Levine, LLC
E-mail: meskin@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail: pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schorling
E-mail: currier@klettrooney

## File a Motion:

### 01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Gwynne, Kurt F. entered on 3/28/2006 at 9:44 AM EST and filed on 3/28/2006

**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**     01-01139-JKF
**Document Number:** 12132

**Docket Text:**
Monthly Application for Compensation *of Reed Smith LLP, Special Asbestos Products Liability Defense Counsel, for the Period February 1, 2006 through February 28, 2006 (FIFTY-SIXTH)* Filed by Special Asbestos Products Liability Defense Counsel Objections due by 4/20/2006.. (Attachments: # (1) Attachment - Fee Detail# (2) Attachment - Expense Detail# (3) Certificate of Service) (Gwynne, Kurt)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**H:\DOWNLOAD\summary.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/28/2006] [FileNumber=4787637-0]
[870c5a4a49c109221ea08682091143257bd791a25347324fd36e1d6873676d5e10ec
958f459b15e8c037923722f337becd9d77270e71280c30427f7f2a3879ca]]
**Document description:**Attachment - Fee Detail
**Original filename:**H:\DOWNLOAD\fees.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/28/2006] [FileNumber=4787637-1]
[95b58ca0855875b75b64c9a9c4879b8ad64e2008eb672fc9a3f5c29a56d83240fc83
2e0fe0e835fe09331da840358f27bdabe1ade098358638ed1dd18f14911d]]
**Document description:**Attachment - Expense Detail
**Original filename:**H:\DOWNLOAD\expenses.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/28/2006] [FileNumber=4787637-2]
[3a15142de07f5b9f98f1266326781c56c6a451133a2d6aabe8abfb3ee2ca535f1065
1ba902708c49320ba8508349909c7a73d76670bf00bd287ea1ff89a69058]]
**Document description:**Certificate of Service
**Original filename:**H:\DOWNLOAD\cos.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/28/2006] [FileNumber=4787637-3]
[56e6d0a2295686bf9ae306dc7aba15c30f9788e1e2130408136c971a2bbd78857c56
700bab52b34b8a602c2817dd7bb4a8250902f81dc873d0b6d65450a91b18]]

**01-01139-JKF Notice will be electronically mailed to:**