IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., <u>et al</u>. ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **NO ORDER REQUIRED** |
| ) | |
| ) | **Rel. D.I. 12269** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 12269**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twenty-Fifth Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the Period February 1, 2006 through February 28, 2006 (the "Application") [Docket No. 12269] filed on April 20, 2006.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 10, 2006 at 4:00 p.m.

DM3\362471.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation ($139,133.20) and one hundred percent (100%) of expenses ($2,359.69) without further order from the court.

Dated: May 12, 2006
      Wilmington, DE

/s/Michael R. Lastowski
Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302)-657-4900
Facsimile:   (302)-657-4901
Email:   mlastowski@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

DM3\362471.1