# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:    100055.WRG01

February 23, 2006                                      INVOICE:         206639

c/o Peter Vanlockwood, Esq.                            DATE:      February 23, 2006
Caplin & Drysdale                                      MATTER:    100055.WRG01
One Thomas Circle
Washington, DC 20005                                   INVOICE:         206639

### PROFESSIONAL SERVICES through 01/31/06

| DATE     | DESCRIPTION OF SERVICES                                                                                                              | ACTIVITY | INIT | HOURS |
|----------|--------------------------------------------------------------------------------------------------------------------------------------|----------|------|-------|
| 01/04/06 | Researched the file to sent materials to client                                                                                      | W015     | NJB  | 1.00  |
| 01/11/06 | Prepared documents related to preparation of the WR Grace fee applications and sent same to A. Suffern who will prepare the applications | W011     | KSF  | 0.50  |
| 01/19/06 | Reviewed and revised time entries                                                                                                    | W011     | ACS  | 0.20  |
| 01/25/06 | Finalized and forwarded bill to local counsel.                                                                                       | W011     | ACS  | 0.20  |
| 01/25/06 | Review and comment upon fee application.                                                                                             | W015     | RYC  | 0.10  |

**TOTAL FEES:**                                                                                                                               $352.50

NYDOCS1-813223.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

February 23, 2006                              INVOICE:        206639

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 0.40 | 80.00 |
| Karen S Frankel | 185.00 | 0.50 | 92.50 |
| Nicholas J Balsdon | 140.00 | 1.00 | 140.00 |
| Robert Y Chung | 400.00 | 0.10 | 40.00 |
| **TOTAL FEES:** | | | **$352.50** |

NYDOCS1-813223.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:    100055.WRG01

February 23, 2006      INVOICE:    206639

## SUMMARY OF SERVICES BY ACTIVITY

**THIS BILLING PERIOD**

**ACTIVITY CODE: W011**      Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Anne C Suffern | 0.40 | 80.00 |
| Karen S Frankel | 0.50 | 92.50 |
| **TOTAL:** | **0.90** | **172.50** |

**ACTIVITY CODE: W015**      Litigation

|  | HOURS | TOTALS |
|---|---|---|
| Nicholas J Balsdon | 1.00 | 140.00 |
| Robert Y Chung | 0.10 | 40.00 |
| **TOTAL:** | **1.10** | **180.00** |

| | |
|---|---|
| **TOTAL LEGAL FEES** | **$352.50** |

NYDOCS1-813223.1