| | |
|---|---|
| c/o Peter Vanlockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE: March 7, 2006<br>MATTER: 100055.WRG01<br>INVOICE: 206869 |

**MATTER:** CLAIMANTS COMMITTEE                                                                 Robert M Horkovich

### PROFESSIONAL SERVICES through 02/28/06

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/10/06 | Review of time entries. | W011 | ACS | 0.30 |
| 02/21/06 | Review and comment upon fee application. | W011 | RYC | 0.10 |
| 02/23/06 | Forwarded invoice to local counsel. | W011 | ACS | 0.20 |
| 02/27/06 | Lloyd's settlement policy review and analysis request per R. Horkovich | W001 | HEG | 3.00 |

**TOTAL FEES:** $770.00

### FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 0.50 | 100.00 |
| Harris E Gershman | 210.00 | 3.00 | 630.00 |
| Robert Y Chung | 400.00 | 0.10 | 40.00 |
| **TOTAL FEES:** | | | **$770.00** |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Harris E Gershman | 3.00 | 630.00 |
| **TOTAL:** | **3.00** | **630.00** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Anne C Suffern | 0.50 | 100.00 |
| Robert Y Chung | 0.10 | 40.00 |
| **TOTAL:** | **0.60** | **140.00** |

| | |
|---|---:|
| **TOTAL LEGAL FEES** | **$770.00** |

| COSTS through 02/28/06 | |
|---|---|

| DATE | DESCRIPTION OF COSTS | AMOUNT |
|---|---|---|
| 02/24/06 | CLIENT - ON-LINE COMP SVC - - VENDOR: PACER   E106 AK0345  - Pacer online charges | 28.48 |
| **TOTAL COSTS:** | | **$28.48** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| CM | CLIENT - ON-LINE COMP SVC | 28.48 |
| | **TOTAL COSTS:** | **$28.48** |