Date: 04/01/06          Legal Analysis Systems, Inc.
Time: 9:00am                                                      Page 1


          W. R. Grace, Inc. % Elihu Inselbuch
          Caplin & Drysdale
          399 Park Avenue, 27th Floor
          New York, New York 10022


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
02/01/06  Relles    / (07) Committee, Creditors'              1.2     510.00
#3701     review Rust protocols, send email to Finch        425.00

02/13/06  Peterson  / (07) Committee, Creditors'              0.5     350.00
#3509     Telephone Finch to discuss analyses of liabilities 700.00

02/13/06  Relles    / (07) Committee, Creditors'              1.4     595.00
#3706     memo to Liesemer and Finch re: data collection,    425.00
          interfacing with Rust

02/16/06  Peterson  / (07) Committee, Creditors'              0.3     210.00
#3511     Telephone Relles re: conference call  with Orrick  700.00
          and Liesemer

02/16/06  Relles    / (07) Committee, Creditors'              0.7     297.50
#3707     conference call with Orrick and Liesemer           425.00

02/16/06  Relles    / (07) Committee, Creditors'              0.3     127.50
#3708     telephone Peterson re: conference call  with Orrick 425.00
          and Liesemer

02/17/06  Relles    / (07) Committee, Creditors'              0.4     170.00
#3713     correspondence with Liesemer                       425.00

02/24/06  Relles    / (07) Committee, Creditors'              0.3     127.50
#3714     telephone Liesemer re: conference call with Grace  425.00
          and Grace's experts

{D0055693:1 }

Date: 04/01/06          Legal Analysis Systems, Inc.
Time: 9:00am                                                    Page 2

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 02/01/06 #3501 | Peterson  / (28) Data Analysis<br>Review Rust protocols | 1.1<br>700.00 | 770.00 |
| 02/01/06 #3502 | Peterson  / (28) Data Analysis<br>Review discovery materials re: liabilities | 1.4<br>700.00 | 980.00 |
| 02/02/06 #3503 | Peterson  / (28) Data Analysis<br>Review discovery materials re: liabilities | 2.8<br>700.00 | 1960.00 |
| 02/06/06 #3504 | Peterson  / (28) Data Analysis<br>Review discovery materials re: liabilities | 4.7<br>700.00 | 3290.00 |
| 02/06/06 #3505 | Peterson  / (28) Data Analysis<br>Review issues of protocols proposed for coding<br>claimant data | 3.4<br>700.00 | 2380.00 |
| 02/07/06 #3702 | Relles   / (28) Data Analysis<br>review emails re: Rust; review Rust proposals for<br>data access | 1.4<br>425.00 | 595.00 |
| 02/09/06 #3703 | Relles   / (28) Data Analysis<br>review Rust correspondence | 1.7<br>425.00 | 722.50 |
| 02/10/06 #3506 | Peterson  / (28) Data Analysis<br>Telephone Relles re: Rust protocols, Caplin-Drysdale<br>correspondence regarding same | 0.3<br>700.00 | 210.00 |
| 02/10/06 #3507 | Peterson  / (28) Data Analysis<br>Review Debtor's data collection process and Rust<br>materials | 3.1<br>700.00 | 2170.00 |
| 02/10/06 #3704 | Relles   / (28) Data Analysis<br>telephone Peterson re: Rust protocols,<br>Caplin-Drysdale correspondence regarding same | 0.3<br>425.00 | 127.50 |
| 02/13/06 #3508 | Peterson  / (28) Data Analysis<br>Telephone Relles to discuss interface with Rust and<br>implications of Debtor's data collection | 0.3<br>700.00 | 210.00 |
| 02/13/06 #3705 | Relles   / (28) Data Analysis<br>Telephone Peterson to discuss interface with Rust<br>and implications of Debtor's data collection | 0.3<br>425.00 | 127.50 |
| 02/16/06 #3510 | Peterson  / (28) Data Analysis<br>Review documents from Grace about its asbestos<br>liabilities | 2.1<br>700.00 | 1470.00 |

```
Date: 04/01/06          Legal Analysis Systems, Inc.
Time: 9:00am                                                    Page 3

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
02/16/06  Relles   / (28) Data Analysis                 1.4    595.00
#3709     review Grace data shipments                 425.00

02/16/06  Relles   / (28) Data Analysis                 1.5    637.50
#3710     compose bulk of letter regarding data requirements  425.00

02/17/06  Peterson  / (28) Data Analysis                0.6    420.00
#3512     Review and modify statement on debtor's data  700.00
          collection

02/17/06  Peterson  / (28) Data Analysis                0.3    210.00
#3513     Telephone Relles to discuss debtor's data collection  700.00

02/17/06  Peterson  / (28) Data Analysis                2.8   1960.00
#3514     Review company's documents on claims liabilities  700.00

02/17/06  Relles   / (28) Data Analysis                 1.5    637.50
#3711     finish letter regarding data requirements   425.00

02/17/06  Relles   / (28) Data Analysis                 0.3    127.50
#3712     telephone Peterson re: letter               425.00

02/24/06  Peterson  / (28) Data Analysis                2.3   1610.00
#3515     Review company's liability analyses         700.00
------------------------------------------------------------------------
```

```
Date: 04/01/06            Legal Analysis Systems, Inc.
Time: 9:00am                                                    Page 4

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                 February 2006 - February 2006

MONTH       ACTIVITY                               HOURS    AMOUNT
-----------------------------------------------------------------------
February  - (07) Committee, Creditors'              5.1   2387.50
February  - (28) Data Analysis                     33.6  21210.00
February  - (99) Total                             38.7  23597.50

Total     - (07) Committee, Creditors'              5.1   2387.50
Total     - (28) Data Analysis                     33.6  21210.00
Total     - (99) Total                             38.7  23597.50
```

--------------------------------------------------------------------------------

```
Date: 04/01/06            Legal Analysis Systems, Inc.
Time: 9:00am                                                       Page 5

            W. R. Grace

            Summary Of Time Charges, By Month and Person
                   February 2006 - February 2006

MONTH        PERSON                              HOURS    AMOUNT
-----------------------------------------------------------------------
February   - Relles                              12.7   5397.50
February   - Peterson                            26.0  18200.00
February   - Total                               38.7  23597.50

Total      - Relles                              12.7   5397.50
Total      - Peterson                            26.0  18200.00
Total      - Total                               38.7  23597.50

---------------------------------------------------------------------------------
```

{D0055693:1 }

```
Date: 04/01/06          Legal Analysis Systems, Inc.
Time: 9:00am                                                    Page 6

              W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                   February 2006 - February 2006

MONTH        PERSON                        HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(07) Committee, Creditors'

February  - Relles                          4.3    425.   1827.50
February  - Peterson                        0.8    700.    560.00

(28) Data Analysis

February  - Relles                          8.4    425.   3570.00
February  - Peterson                       25.2    700.  17640.00


-------------------------------------------------------------------------------
```