```
Date: 02/18/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 01/02/06  Peterson  / (28) Data Analysis                     3.2    2240.00
 #3101     Review documents on estimation                   700.00

 01/03/06  Peterson  / (28) Data Analysis                     2.8    1960.00
 #3102     Review documents on estimation                   700.00

 01/08/06  Peterson  / (28) Data Analysis                     4.1    2870.00
 #3103     Review materials on Grace's estimates of its     700.00
           asbestos liabilities

 01/09/06  Peterson  / (28) Data Analysis                     3.6    2520.00
 #3104     Review materials on Grace's estimates of its     700.00
           asbestos liabilities

 01/14/06  Peterson  / (28) Data Analysis                     3.4    2380.00
 #3105     Review forecasts and reports from Sealed Air     700.00
           litigation

 01/19/06  Peterson  / (28) Data Analysis                     3.3    2310.00
 #3106     Review debtor's documents re: claims values      700.00
-----------------------------------------------------------------------------
```

{D0054217:1 }

```
Date: 02/18/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 2

                         W. R. Grace

                Summary Of Time Charges, By Month and Activity
                        January 2006 - January 2006

    MONTH       ACTIVITY                                        HOURS    AMOUNT
    ---------------------------------------------------------------------------
    January    - (28) Data Analysis                              20.4  14280.00
    January    - (99) Total                                      20.4  14280.00

    Total      - (28) Data Analysis                              20.4  14280.00
    Total      - (99) Total                                      20.4  14280.00

-------------------------------------------------------------------------------
```

{D0054217:1 }

```
Date: 02/18/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 3

                    W. R. Grace

                Summary Of Time Charges, By Month and Person
                         January 2006 - January 2006

   MONTH       PERSON                                         HOURS      AMOUNT
   ----------------------------------------------------------------------------
   January  - Peterson                                         20.4   14280.00
   January  - Total                                            20.4   14280.00

   Total    - Peterson                                         20.4   14280.00
   Total    - Total                                            20.4   14280.00

 -------------------------------------------------------------------------------
```

```
   Date: 02/18/06              Legal Analysis Systems, Inc.
   Time: 8:00am                                                         Page 4

                      W. R. Grace

             Summary Of Time Charges, By Activity, Month, and Person
                         January 2006 - January 2006

   MONTH       PERSON                                  HOURS    RATE    AMOUNT
   ----------------------------------------------------------------------------
   (28) Data Analysis

   January  - Peterson                                  20.4    700.   14280.00

   ----------------------------------------------------------------------------
```

{D0054217:1 }