**EXHIBIT B**

**Case Administration (146.7 Hours; $ 39,473.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**	146.7

**Claim Analysis Objection & Resolution (Asbestos) (3.7 Hours; $ 2,796.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**	3.7

**Claim Analysis Objection & Resolution (Non-Asbestos) (5.2 Hours; $ 3,001.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .06**	5.2

**Committee, Creditors', Noteholders' or Equity Holders' (.1 Hours; $ 83.50)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**	.1

**Employment Applications, Others (2.9 Hours; $ 594.50)**

      Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**	2.9

**Fee Applications, Applicant (9.7 Hours; $ 2,909.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12           9.7**

**Fee Applications, Others (.2 Hours; $ 152.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13            .2**

**Financing (3.6 Hours; $ 2,998.50)**

Services rendered in this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14           3.6**

**Hearings (1.0 Hours; $ 835.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15         1.0**

**Litigation and Litigation Consulting (938.6 Hours; $ 318,913.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  938.6**

**Plan & Disclosure Statement (25.0 Hours; $ 19,517.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

{D0060123:1 }

**Total Task Code .17  25.0**

**Relief from Stay Proceedings (1.8 Hours; $ 1,090.50)**

      Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18                1.8**

**Tax Issues (1.3 Hours; $ 754.00)**

      Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19                1.3**

**Travel Non-working (105.0 Hours; $ 19,165.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  105.0**

**Fee Auditor Matters (5.0 Hours; $ 2,175.00)**

      Services rendered in this category pertain to the review of and response to reposts by the fee auditor.

**Total Task Code .32                5.0**