## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $2,045.60 |
| Outside Local Deliveries | $14.43 |
| Research Material | $1,363.29 |
| Professional Fees & Expert Witness Fees | $24,531.60 |
| Charge of Cell and/or Home Phone Useage | $37.26 |
| Air & Train Transportation | $13,573.06 |
| Meals Related to Travel | $2,820.33 |
| Conference Meals | $39.15 |
| Court Reporting/Transcript Service | $2,126.40 |
| Outside Photocopying/Duplication Service | $12,143.35 |
| Miscellaneous: Client Advances | $581.55 |
| Travel Expenses - Hotel Charges | $5,809.93 |
| Travel Expenses - Ground Transportation | $2,807.01 |
| Travel Expenses - Miscellaneous | $28.98 |
| Travel Expenses - LD Calls on Hotel Bill | $17.90 |
| Local Transportation - DC | $36.82 |
| Database Research | $14,716.14 |
| Xeroxing | $716.25 |
| Postage | $3.76 |
| Telecopier/Equitrac | $84.00 |
| Long Distance-Equitrac In-House | $33.70 |
| NYO Long Distance Telephone | $1,012.47 |
| **Total for Report** | **$84,542.98** |

{D0060124:1 }