IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTIETH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2006 THROUGH MARCH 31, 2006**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  January 1, 2006 through March 31, 2006

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $414,458.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $84,542.98

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $331,566.40

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $84,542.98

Total Amount of Holdback Fees Sought for applicable period:  $82,891.60

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2006 THROUGH MARCH 31, 2006**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 3/03/06; 11937 | 1/1/06-1/31/06 | $113,441.20 (80% of $141,801.50) | $26,645.91 | $113,441.20 (80% of $141,801.50) | $26,645.91 |
| 3/29/06; 12156 | 2/1/06-2/28/06 | $83,850.00 (80% of $104,812.50) | $20,191.61 | $83,850.00 (80% of $104,812.50) | $20,191.61 |
| 5/3/06; 12362 | 3/1/06-3/31/06 | $134,275.20 (80% of $167,844.00) | $37,705.46 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January to March, 2006 Hours | Cumulative January to March, 2006 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $         .00 | 2.1 | $     1,419.50 |
| Asset Disposition | .0 | .00 | 2.6 | 1,668.00 |
| Business Operations | .0 | .00 | 17.2 | 7,459.00 |
| Case Administration | 146.7 | 39,473.00 | 2,386.9 | 569,283.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 3.7 | 2,796.00 | 1,501.5 | 483,091.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 5.2 | 3,001.00 | 12.0 | 7,213.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .1 | 83.50 | 99.9 | 58,487.50 |
| Employee Benefits/Pension | .0 | .00 | 11.3 | 6,465.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |

| | | | | |
|---|---:|---:|---:|---:|
| Employment Applications, Others | 2.9 | 594.50 | 45.2 | 17,939.50 |
| Fee Applications, Applicant | 9.7 | 2,909.50 | 346.2 | 89,756.50 |
| Fee Applications, Others | .2 | 152.00 | 116.2 | 44,161.50 |
| Financing | 3.6 | 2,998.50 | 3.9 | 3,220.00 |
| Hearings | 1.0 | 835.00 | 89.0 | 53,293.00 |
| Litigation and Litigation Consulting | 938.6 | 318,913.00 | 4,023.3 | 1,410,739.50 |
| Plan & Disclosure Statement | 25.0 | 19,517.50 | 623.6 | 294,492.00 |
| Relief from Stay Proceedings | 1.8 | 1,090.50 | 2.5 | 1,572.00 |
| Tax Issues | 1.3 | 754.00 | 70.2 | 23,501.50 |
| Tax Litigation | .0 | .00 | 28.6 | 9,693.50 |
| Travel-Non-Working | 105.0 | 19,165.00 | 511.2 | 105,548.00 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 5.0 | 2,175.00 | 15.6 | 6,488.00 |
| **Totals** | **1,249.8** | **$414,458.00** | **9,966.0** | **$3,212,478.00** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 1/1/06 – 3/31/06 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 14,716.14 | $ 122,039.61 |
| Research Material | 1,363.29 | 4,389.24 |
| Air Freight & Express Mail | 2,045.60 | 10,870.89 |
| Outside Local Deliveries | 14.43 | 927.38 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 39.15 | 1,761.01 |
| Outside Photocopy Service | 12,143.35 | 40,741.49 |
| Professional Fees & Expert Witness Fees | 24,531.60 | 47,216.06 |
| Court Reporting/Transcript Service | 2,126.40 | 6,681.92 |
| Miscellaneous Client Advances | 581.55 | 1,328.32 |
| Air & Train Transportation | 13,573.06 | 66,051.73 |
| Meals Related to Travel | 2,820.33 | 6,980.45 |
| Travel Expenses – Hotel Charges | 5,809.93 | 21,475.75 |
| Travel Expenses – Ground Transportation | 2,807.01 | 11,121.29 |
| Travel Expenses – Miscellaneous | 28.98 | 142.75 |
| Travel Expenses – LD Calls on Hotel Bill | 17.90 | 1,121.91 |
| Local Transportation - DC | 36.82 | 403.45 |
| Local Transportation – NY | .00 | 267.09 |
| Xeroxing | 716.25 | 49,901.25 |
| Postage | 3.76 | 175.75 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 84.00 | 2,040.10 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 33.70 | 1,936.18 |
| NYO Long Distance Telephone | 1,012.47 | 4,876.27 |
| Use of Cell/Home Phone | 37.26 | 567.77 |
| **TOTAL** | **$ 84,542.98** | **$ 404,281.60** |