IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 6, 2006** |
| | ) | **Hearing Date: June 19, 2006 at 2:00 p.m.** |

## NOTICE OF APPLICATION

TO:   All Parties on the 2002 Service List

PLEASE TAKE NOTICE that on May 15, 2006, the attached **Application of Speights & Runyan for Final Approval and Allowance of Compensation Related Solely to Services Rendered in the Sealed Air and Fresenius Adversary Actions** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of $218,013.00.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before **JUNE 6, 2006** with the Bankruptcy Court and at the same time be served upon the undersigned counsel.

A HEARING ON THE APPLICATION WILL BE HELD ON **JUNE 19, 2006 at 2:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 15, 2006

                                              BILZIN SUMBERG BAENA PRICE
                                              & AXELROD LLP
                                              Jay M. Sakalo, Esq. (admitted pro hac vice)
                                              2500 First Union Financial Center
                                              200 South Biscayne Boulevard
                                              Miami, FL 33131-2336
                                              Tel: (305) 374-7580

                                              -and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Theodore J. Tacconelli, Esq. (No. 2678)
Lisa L. Coggins, Esq. (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: (302) 575-1555