**CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, hereby certify that on this 15th day of May, 2006, I caused one copy of the foregoing Application of Speights & Runyan for Final Approval and Allowance of Compensation Related Solely to Services Rendered in the Sealed Air and Fresenius Adversary Actions ("Application") to be served upon the parties listed in Exhibit A in the manner indicated and one copy of the Notice of the Application, to be served upon the parties listed in Exhibit B in the manner indicated.

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)