## **CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, hereby certify that on this 15th day of May, 2006, I caused one copy of the foregoing Amended Notice of Application to be served upon the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

 /s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)