# EXHIBIT A

**EXHIBIT A**

**W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139**

**Report on Settlements of Certain Claims and Causes of Action January 1, 2006 through March 31, 2006**

NONE