# EXHIBIT "B"

# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                  January 1, 2006 to January 31, 2006

Invoice No. 19775

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 18.70 | 3,860.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.40 | 594.00 |
| B18 | Fee Applications, Others - | 2.70 | 302.00 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 16.00 | 4,000.00 |
| B25 | Fee Applications, Applicant - | 1.70 | 245.00 |
| B32 | Litigation and Litigation Consulting - | 13.80 | 3,292.00 |
| B36 | Plan and Disclosure Statement - | 0.60 | 105.00 |
| B37 | Hearings - | 12.80 | 3,185.00 |
| B41 | Relief from Stay Litigation - | 0.80 | 200.00 |
|     | **Total** | **69.50** | **$15,783.50** |
|     | **Grand Total** | **69.50** | **$15,783.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Michael B. Joseph | 375.00 | 0.50 | 187.50 |
| Lisa L. Coggins | 185.00 | 1.80 | 333.00 |
| Rick S. Miller | 240.00 | 3.40 | 816.00 |
| Steven G. Weiler | 160.00 | 1.70 | 272.00 |
| Theodore J. Tacconelli | 250.00 | 53.10 | 13,275.00 |
| Legal Assistant - MH | 100.00 | 6.70 | 670.00 |
| Law Clerk | 100.00 | 2.30 | 230.00 |
| **Total** | | **69.50** | **$15,783.50** |

## DISBURSEMENT SUMMARY

*Expense -*                                                                         2,553.29

**Total Disbursements**                                                    **$2,553.29**

| Invoice No. 19775 | Page 2 of 13 | | March 29, 2006 |
|---|---|---|---|
| Date | Description | Hours | Lawyer |
| Jan-01-06 | *Case Administration* - Review Reed Smith Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Beverage and Diamond 1st quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Beverage and Diamond 2nd quarterly Fee Application | 0.10 | TJT |
| Jan-02-06 | *Litigation and Litigation Consulting* - Review debtors' motion to strike/compel designation of fact and expert witnesses by PD committee | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review 12/19/05 hearing transcript re PI/PD estimation issues | 0.60 | TJT |
| Jan-03-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review exhibit 4 to consolidated exhibits re Libby claimants' response to 15th omnibus objection to claims | 1.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review exhibit 5 to Libby claimants' consolidated exhibits re response to 15th omnibus objection to claims | 1.60 | TJT |
| | *Case Administration* - review memo from S. Weiler re critical dates re PD and PI estimation, prepare table form of calendar and input critical dates re PD and PI estimation | 1.70 | MH |
| | *Litigation and Litigation Consulting* - Review critical dates calendar re PD and PI estimation | 0.10 | TJT |
| Jan-04-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review exhibit no. 6 to Libby claimants consolidated exhibits to responses to 15th omnibus objection to claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review exhibit no. 7 to Libby claimants consolidated exhibits to responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review 3rd supplemental 2019 statement by Reaud Morgan | 0.10 | TJT |
| Jan-05-06 | *Case Administration* - Review PGS July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS 6th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Holme Roberts 18th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of J. Home | 0.10 | TJT |
| | *Case Administration* - Review affidavit of M. Croft | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re | 0.10 | TJT |

| Invoice No. 19775 | Page 3 of 13 | | March 29, 2006 |
|---|---|---|---|
| | teleconference with committee | | |
| | *Fee Applications, Others* - Review HRA Nov. 05 Fee Application prior to filing | 0.10 | TJT |
| Jan-06-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 8 to consolidated exhibits to Libby claimants' responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 9 to consolidated exhibits to Libby claimants' responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 10 to consolidated exhibits to Libby claimants' responses to 15th omnibus objection to claims | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 11 to consolidated exhibits to Libby claimants' responses to 15th omnibus objection to claims | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 12 to consolidated exhibits to Libby claimants' responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 13 to consolidated exhibits to Libby claimants' responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 14 to consolidated exhibits to Libby claimants' responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 15 to consolidated exhibits to Libby claimants' responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 16 to consolidated exhibits to Libby claimants' responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review PGS Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review Texas Comptrollers' request for administrative claim | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with A. Danzeisen re PI estimation witness disclosure | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re response to motion to strike/compel | 0.10 | TJT |
| Jan-07-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 17 to Libby claimants' consolidated exhibits re responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 18 to Libby claimants' consolidated exhibits re responses to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. 19 to Libby claimants' consolidated exhibits re responses to 15th omnibus objection to claims | 0.70 | TJT |
| | *Case Administration* - Prepare e-mail to S. Weiler re weekly case status memos | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler re PI | 0.10 | TJT |

**Invoice No. 19775**  **Page 4 of 13**  **March 29, 2006**

| Date | Description | Hours | Atty |
|---|---|---|---|
| | fact witness disclosures | | |
| | *Fee Applications, Applicant* - Review Dec. 05 prebill and make revisions | 0.50 | TJT |
| Jan-08-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of modified hearing dates and scheduling of objections re 15th omnibus objection to claims with attachments | 0.50 | TJT |
| | *Case Administration* - Review Towers (Perrin) Dec. 04 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Towers (Perrin) Jan. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Towers (Perrin) Feb. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Towers (Perrin) March 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Towers (Perrin) June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of rescheduled deposition of Dr. W. Harron | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re PI estimation fact witness disclosures and response to motion to strike/compel | 0.20 | TJT |
| Jan-09-06 | *Case Administration* - Review question from committee member re question about local rules | 0.10 | MBJ |
| | *Case Administration* - Review local Bankruptcy Court rules and District Court rules re procedural question by committee member | 0.40 | MBJ |
| | *Case Administration* - Review case status memo | 0.10 | LLC |
| | *Case Administration* - Create subfiles and service re: (a) PD Comm. response to Defendant's Motion to Strike Phase I Experts and (b) PD Comm. PI Fact Designations | 0.10 | SGW |
| | *Case Administration* - Review L. Tersigni Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 1/1/06 | 0.10 | TJT |
| | *Case Administration* - prepare weekly case status memo | 0.90 | LC |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler re PI estimation fact witness disclosures | 0.10 | TJT |
| Jan-10-06 | *Case Administration* - Review notice of withdrawal of document entered by Unsecured Creditors Committee | 0.10 | TJT |
| | *Case Administration* - download and review motion of J. Cunningham to withdraw as counsel | 0.20 | TJT |
| | *Case Administration* - attention to miscellaneous adversary proceedings | 0.30 | TJT |
| | *Case Administration* - Confer with S. Weiler re miscellaneous adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re consultant time records and review same | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Download and review revised order modifing cmo and update calendar with revised deadlines | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re PI fact witness designations | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - download and review order re procedure for compensating mediator | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review revised PI CMO and calendar dates | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re PI estimation fact witness disclosures | 0.10 | TJT |
| Jan-11-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re 13th omnibus objection to claims and withdrawal of claims and proposed order with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply in opposition to P. Pearson's Motion for Summary Judgment with attachments | 0.50 | TJT |
| | *Case Administration* - Obtain docket sheets for adv. nos. 01-8810, 01-8839 and 02-1657; forward same to T. Tacconelli for review | 0.20 | SGW |
| | *Case Administration* - download and review Anderson Memorial Hospital's response to motion for protective order | 0.20 | TJT |
| | *Case Administration* - Review Stroock Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memo from S. Weiler re pending adversaries | 0.10 | TJT |
| | *Case Administration* - Review status of adversary no. 01-8810 | 0.10 | TJT |
| | *Case Administration* - Review status of adversary no. 01-8839 | 0.10 | TJT |
| | *Case Administration* - Review status of adversary no. 02-1657 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - discussion with T. Tacconelli re: Court discovery rules | 0.30 | RSM |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel and proposed scheduling order re amended PD Phase I estimation case management order | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re objection to debtors' motion to strike/compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft of objection to motion to strike/compel | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - conferences with RSM re application and enforcement of local district court rule 7.1.1 re objection to motion to strike/compel | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re research re application of local district court rule 7.1.1 | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Research re cases enforcing local district court rule 7.1.1 | 0.90 | TJT |
| | *Litigation and Litigation Consulting* - Prepare memo to co-counsel re cases enforcing local district court rule 7.1.1 | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from E. Westbrook re objection to motion to strike/compel | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Conduct brief legal research re: USDC LR 7.1.1 and discuss results of same with T. Tacconelli | 0.30 | SGW |
| | Relief from Stay Litigation - Review debtors' objection to Anderson | 0.30 | TJT |

| Invoice No. 19775 | Page 6 of 13 | | March 29, 2006 |
|---|---|---|---|
| | Memorial Hospital's motion for relief from stay | | |
| | Relief from Stay Litigation - Review debtors' objection to BDM Construction's motion for relief from stay | 0.50 | TJT |
| Jan-12-06 | *Case Administration* - Review Certificate of Counsel re Gibson Law Firm motion re PI questionnaire is now moot | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re motion to expand preliminary injunction | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re objection to motion to compel/strike | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler re objection to motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re Certificate of Service for objection to motion to compel and service issues | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Confer with paralegal re revision to service list for objection to motion to compel and review revised service list | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with M. Kramer re objection to motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Kramer re objection to motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review and finalize objection to motion to compel/strike | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - prepare objection to motion to compel/strike for e-filng and e-file and oversee service | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to M. Kramer re objection to motion to compel/strike | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler re core service labels, confer with S. Weiler re discrepancy in addresses in core list from service folder and service list for motion to strike | 0.20 | MH |
| | *Litigation and Litigation Consulting* - edit service list to motion to strike | 0.10 | MH |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re specific change to service list re answer to motion to strike, edit Certificate of Service, create fax sheet to Kirkland & Ellis, reprint list and labels | 0.20 | MH |
| | *Plan and Disclosure Statement* - Verify docket no. re: debtors' motion to strike/compel PD Comm. Exp. Witnesses (.1); revise Certificate of Service and forward with labels to T. Tacconelli for filing of PD Comm. objection to same (.1) | 0.20 | SGW |
| Jan-13-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re 1st order re 15th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Obtain, scan and send signed (first) order re: relief sought in Debtor's 15th Omnibus Objection to J. Sakalo via pdf | 0.60 | SGW |

**Invoice No. 19775**　　　　　　　　**Page 7 of 13**　　　　　　　　**March 29, 2006**

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review order scheduling oral argument in Pacific Corp. appeal | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick 18th interim period quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with M. Kramer re objection to motion to strike/compel | 0.10 | TJT |
| Jan-14-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Weiler re first order re 15th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance for Sempra Energy and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review four pro hac vice motions filed by Prudential | 0.10 | TJT |
| Jan-15-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' brief re publication notice with attachment | 0.50 | TJT |
| | *Case Administration* - Review order approving Intercat settlement | 0.10 | TJT |
| Jan-16-06 | *Case Administration* - Review weekly case management memo | 0.10 | LLC |
| | *Case Administration* - Review Woodcock Washburn Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Latham Watkins Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Prepare weekly case management memo | 0.50 | LC |
| Jan-17-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re procedural question re local rules | 0.30 | TJT |
| | *Case Administration* - Review amended 2019 statement by The David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 1/14/06 | 0.10 | TJT |
| | *Case Administration* - Review notice of appearance of counsel for Sempra Energy, San diego Gas & Electric, and Enova, revise 2002 lists and labels re same | 0.20 | MH |
| | *Litigation and Litigation Consulting* - Download and review modified PD Estimation CMO; update and revise calendar re: same | 0.60 | LLC |
| Jan-18-06 | *Case Administration* - Download and review amended order setting 2006 omnibus hearing dates and update calendar | 0.20 | LLC |
| | *Case Administration* - Download and revew agenda re: 1/24/06 hearing | 0.10 | LLC |
| | *Case Administration* - Review debtors' 18th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review debtors' 18th quarterly report of asset sales | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to expand scope of retention of Steptoe and Johnson with attachment | 0.20 | TJT |
| | *Case Administration* - Review debtors' motion to expand scope of retention of Baker Donaldson with attachments | 0.30 | TJT |
| | *Case Administration* - input Certificate of No Objection filing information in Fee Application/Certificate of No Objection chart re Bilzin Nov. 05 and | 0.10 | MH |

| | | | |
|---|---|---:|---|
| **Invoice No. 19775** | **Page 8 of 13** | | **March 29, 2006** |
| | Hilsoft Oct.-Nov. 05 | | |
| | *Committee, Creditors', Noteholders' or* - Review agenda for 1/24, 1/25, and 1/26/06 *Hearings* | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re 1/24/06 hearing | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Hilsoft Notifications, Oct/Nov 2005 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Nov. 2005 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Nov. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Nov. 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Hilsoft Oct.-Nov. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft's Oct.-Nov. 05 Fee Application | 0.50 | MH |
| Jan-19-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re notice issues regarding PI bar date | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review notice of withdrawal of proof of claim numbers 6934, 6935, and 4075 | 0.10 | TJT |
| | *Case Administration* - Review designation of record on appeal filed by Libby claimants in case 01-771 | 0.10 | TJT |
| | *Case Administration* - Review W. Smith & Assoc. Dec. 05 Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.60 | RSM |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.70 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 1/24/06 hearing | 0.10 | TJT |
| Jan-20-06 | *Case Administration* - Review amended notice of appeal by Libby Claimants | 0.10 | TJT |
| | *Case Administration* - Review Speights and Runyan motion to extend time to file brief re bar date notice | 0.30 | TJT |
| | *Case Administration* - Review Speights and Runyan withdrawal of motion to extend time to file brief re bar date notification | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for leave to file reply to opposition to motion to strike/compel re Phase I expert disclosures | 0.30 | TJT |
| Jan-21-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R Sur reply re 13th and 15th omnibus objection to claims | 0.50 | TJT |
| | *Case Administration* - Review Richardson Patrick Oct. 05 Fee | 0.10 | TJT |

**Invoice No. 19775**              Page 9 of 13                                March 29, 2006

|  |  |  |  |
|---|---|---|---|
|  | Application |  |  |
|  | *Case Administration* - Review Richardson Patrick Nov. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Richardson Patrick Dec. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Buchanan Ingersoll Nov. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Buchanan Ingersoll Dec. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review affidavit of T. Babr | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for 1/24/06 hearing | 0.10 | TJT |
|  | *Hearings* - Prepare memo to committee members re 1/24/06 hearing | 0.20 | TJT |
| Jan-22-06 | *Case Administration* - Review Anderson Memorial's notice of corrected motion to extend time to file brief, re bar date notification | 0.10 | TJT |
|  | *Case Administration* - Review corrected Anderson Memorial Hospital motion to extend time to file brief re bar date notification | 0.20 | TJT |
|  | *Case Administration* - Review motion to shorten notice re Anderson Memorial Hospital motion to extend time to file brief re bar date notification | 0.10 | TJT |
|  | *Case Administration* - Review PWC Nov. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Towers Perrin Nov. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Swidler Berlin Nov. 05 Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review rebuttal report by W. Hugson | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review supplemental report by M. Corn | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - Review rebuttal report by R. Morse | 0.60 | TJT |
| Jan-23-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Prudential's Sur Reply to 15th omnibus objection to claims with attachments | 1.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' opposition to Anderson Memorial Hospital's request for extension | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re Anderson Memorial Hospital's motion for extension | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting Anderson Memorial Hospital's motion to shorten notice | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Northern Minnesota Residents' Sur reply re 15th omnibus objection to claims | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review first order granting 15th omnibus objection to claims with attachments | 0.60 | TJT |
|  | *Case Administration* - confer with T. Tacconelli re: Anderson Memorial motions | 0.20 | RSM |
|  | *Case Administration* - Review PWC 18th quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review reply by BDM Construction Company in support of motion to lift stay with attachment | 0.50 | TJT |
|  | *Case Administration* - Review amended order re 2006 omnibus hearing | 0.20 | TJT |

| | | | |
|---|---|---|---|
| Invoice No. 19775 | Page 10 of 13 | | March 29, 2006 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | dates and confer with paralegal re same | | |
| | *Case Administration* - Prepare weekly case management memo | 0.50 | LC |
| | *Litigation and Litigation Consulting* - Review rebuttal report by R. J. Lee | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' rebuttal expert witnesses disclosures re PD estimation Phase I | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review modified order re PD CMO estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order re Gibson Law Firm motion to clarify PI estimation CMO | 0.10 | TJT |
| Jan-24-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of California's sur reply to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re results of 1/24/06 hearing | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' sur reply re disallowance of 71 S&R claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Supreme Court case cited by debtors in sur reply seeking disallowance of 71 S&R claims | 0.40 | TJT |
| | *Case Administration* - Review case management memo from law clerk | 0.10 | LLC |
| | *Case Administration* - Review amended 2019 statement by P. Weykamp | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re plan issues | 0.20 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 1/20/06 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - memo to paralegal and confer with paralegal re revised deadlines for PD estimation | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re revised deadlines for PD estimation | 0.10 | MH |
| | *Hearings* - Review agenda for 1/30/06 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for hearing | 0.30 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 2.00 | TJT |
| Jan-25-06 | *Litigation and Litigation Consulting* - Review Certificate of Counsel and proposed order re motion by BNSF to clarify PI CMO | 0.20 | TJT |
| | *Hearings* - attend portion of teleconference hearing re: PD claims | 1.50 | RSM |
| | *Hearings* - Attend Bankruptcy Court | 2.70 | TJT |
| Jan-26-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's reply memorandum re notice of bar date with attachments | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - multiple conferences with RSM re results of 1/26/06 hearing and PD bar date issues and appellate issues | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to J. Sakalo re PD bar date and related issues | 0.20 | TJT |
| | *Case Administration* - Discussion with T. Tacconelli results of Anderson class hearing | 0.80 | RSM |
| | *Case Administration* - Confer with T. Tacconelli re order amending case management order re PD estimation, start to update calendar per order | 0.30 | MH |

Invoice No. 19775                    Page 11 of 13                              March 29, 2006

|  |  | | |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Download and review signed order re: motion for clarification of PI Estimation CMO | 0.10 | LLC |
| | *Hearings* - Review e-mail from J. Sakalo re 1/30/06 hearing | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 2.60 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re confirmation issues | 0.10 | TJT |
| Jan-27-06 | *Case Administration* - update Fee Application/Certificate of No Objection status chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Nov. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Nov. 05 Fee Application | 0.50 | MH |
| | *Hearings* - Review e-mail from J. Sakalo re 1/30/06 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Baena re 1/30/06 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Behr re 1/30/06 hearing | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 1/30/06 hearing | 0.10 | TJT |
| Jan-29-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by A. Robson to all litigation counsel | 0.10 | TJT |
| | *Case Administration* - Review K&E Dec. 05 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review letter to Judge Fitzgerald from Columbian Consulate | 0.10 | TJT |
| | *Hearings* - Prepare for 1/30/06 hearing | 0.50 | TJT |
| Jan-30-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Arcadia Parish School Board to 15th omnibus objection to claims with attachments - claim numbers 8029, 8030 | 0.60 | TJT |
| | *Case Administration* - Request transcript from 1/30/06 hearing (.1); follow-up with J&J re: 1/24 - 1/25/06 transcripts (.1) | 0.20 | SGW |
| | *Case Administration* - Review CIBC Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review second amended 2019 statement by Cohn Whitesell | 0.10 | TJT |
| | *Case Administration* - Prepare weekly case management memo | 0.40 | LC |
| | *Litigation and Litigation Consulting* - Review e-mail from J. O'Neill re Certificate of Counsel re revised PI estimation CMO | 0.10 | TJT |
| | *Hearings* - Prepare for hearing with co-counsel | 0.30 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 1/30/06 hearing | 0.10 | TJT |
| | *Hearings* - Confer with counsel prior to hearing and attend Bankruptcy Court | 1.30 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re follow up to 1/24-1/25 hearing | 0.10 | TJT |
| Jan-31-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Lafayette Parish School Board to 15th omnibus objection to claims with attachment | 0.50 | TJT |

**Invoice No. 19775**          Page 12 of 13          **March 29, 2006**

| Description | Hours | Atty |
|---|---:|---|
| re multiple claims | | |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by LaSalle Parish School Board to 15th omnibus objection to claims with attachment re claim numbers 8027, 8028 | 0.40 | TJT |
| *Case Administration* - Forward 1/24/06 transcript to committee member for review | 0.10 | SGW |
| *Case Administration* - Review weekly case status memo for week ending 1/27/06 | 0.10 | TJT |
| *Case Administration* - Review Holme Roberts Dec. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - update Fee Application/Certificate of No Objection status chart | 0.10 | MH |
| *Litigation and Litigation Consulting* - Review Certificate of Counsel re amended CMO for PI estimation and review proposed order | 0.20 | TJT |
| *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re PI estimation issues | 0.20 | TJT |
| *Hearings* - Review e-mail from J. Sakalo re follow up to 1/25/06 - 1/26/06 Hearings | 0.10 | TJT |
| *Hearings* - Teleconference with J. Sakalo re follow up to 1/25/06 - 1/26/06 Hearings | 0.10 | TJT |
| *Hearings* - Review e-mail from S. Weiler re 1/24/06 hearing follow up | 0.10 | TJT |
| *Hearings* - Review e-mail from S. Baena re 1/24/06 hearing follow up | 0.10 | TJT |
| *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Dec. 05 invoice for filing with Dec. 05 Fee Application; draft summary, notice and Certificate of Service | 0.70 | MH |
| *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Dec. 05 Fee Application | 0.50 | MH |
| Totals | 69.50 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Jan-03-06 | *Expense* - Tri-State Courier - delivery | 39.00 |
| | *Expense* - Parcel's, Inc. | 59.25 |
| | *Expense* - Parcel's, Inc. | 145.00 |
| Jan-04-06 | *Expense* - Parcel's, Inc. - delivery charge | 50.00 |
| | *Expense* - Copying cost  30 @ 0.15 | 4.50 |
| | *Expense* - Postage | 1.66 |
| Jan-05-06 | *Expense* - Parcel's, Inc. - delivery charge | 497.42 |
| Jan-06-06 | *Expense* - Tri-State Courier - delivery | 39.00 |
| | *Expense* - Airline Ticket | 216.40 |
| | *Expense* - Courtroom equipment rental | 394.61 |
| | *Expense* - West Law - Legal Research - September 2005 | 34.34 |

| Invoice No. 19775 | Page 13 of 13 | March 29, 2006 |
|---|---|---|

| | | |
|---|---|---|
| Jan-10-06 | *Expense* - Blue Marble Logistics | 235.47 |
| | *Expense* - J&J Court Transcribers | 170.15 |
| Jan-11-06 | *Expense* - Blue Marble Logistics | 181.25 |
| Jan-12-06 | *Expense* - Tri-State Courier - delivery | 6.50 |
| Jan-13-06 | *Expense* - T. Tacconelli - Reimbursement - 12/19/05 cab fare | 83.75 |
| | *Expense* - T. Tacconelli - Reimbursement - 12/19/05 Parking | 17.00 |
| Jan-18-06 | *Expense* - Copying cost  120 @ 0.15 | 18.00 |
| | *Expense* - Postage  9 @ 0.63 | 5.67 |
| Jan-19-06 | *Expense* - PACER Service Center - Period of 10/1/05 - 12/31/05 (RSM) | 142.88 |
| Jan-25-06 | *Expense* - PACER Service Center - Period of 10/1/05 - 12/31/05 (TJT) | 45.04 |
| Jan-27-06 | *Expense* - Copying cost | 11.25 |
| | *Expense* - Postage | 5.67 |
| Jan-30-06 | *Expense* - Lettuce Feed You - Working lunch (2 people) | 23.85 |
| | *Expense* - Parcel's, Inc. - delivery charge | 34.73 |
| | *Expense* - Parcel's, Inc. - delivery charge | 25.00 |
| Jan-31-06 | *Expense* - Copying cost | 13.20 |
| | *Expense* - Postage | 2.70 |
| | *Expense* - Clerk, U.S. District Court (Actual date of 11/10/05) | 50.00 |
| | Totals | **$2,553.29** |
| | **Total Fees & Disbursements** | **$18,336.79** |
| | **Balance Due Now** | **$18,336.79** |