### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

WR Grace PD Committee                                    March 1, 2006 to March 31, 2006

Invoice No. 20056

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------|------|
| B14 | Case Administration - | 18.00 | 3,927.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.60 | 884.00 |
| B18 | Fee Applications, Others - | 13.10 | 1,591.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 5.10 | 1,275.00 |
| B25 | Fee Applications, Applicant - | 5.60 | 868.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.60 | 150.00 |
| B32 | Litigation and Litigation Consulting - | 9.10 | 2,214.50 |
| B36 | Plan and Disclosure Statement - | 6.90 | 1,725.00 |
| B37 | Hearings - | 2.70 | 675.00 |
| B40 | Employment Applications, Others - | 0.40 | 100.00 |
| | **Total** | **65.10** | **$13,410.00** |
| | **Grand Total** | **65.10** | **$13,410.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------|------|------|------|
| Lisa L. Coggins | 185.00 | 4.00 | 740.00 |
| Rick S. Miller | 240.00 | 1.60 | 384.00 |
| Steven G. Weiler | 160.00 | 0.10 | 16.00 |
| Theodore J. Tacconelli | 250.00 | 42.20 | 10,550.00 |
| Legal Assistant - MH | 100.00 | 17.20 | 1,720.00 |
| **Total** | | **65.10** | **$13,410.00** |

## DISBURSEMENT SUMMARY

| | |
|------|------|
| Expense - | 1,820.28 |
| **Total Disbursements** | **$1,820.28** |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Mar-01-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response of St. Louise Church to 15th omnibus objection to claims with attachment re claim no. 8364 | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Philip Nesi Catholic Church to 15th omnibus objection to claims with attachment re claim no. 8370 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response of St. Pias X Roman Catholic Church to 15th omnibus objection to claims with attachment re claim no. 8368 | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re selection of mediator | 0.40 | TJT |
| Mar-02-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Francis Xavier Cabrini Catholic Church to 15th omnibus objection to claim with attachment re claim no. 8366 | 0.30 | TJT |
| | *Case Administration* - Review notice of name change; forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - download (not served) and review notice of filing of exhibit B to motion to modify DIP financing and exhibit | 0.20 | TJT |
| | *Case Administration* - trade e-mails with J. Sakalo re DIP modification motion | 0.20 | TJT |
| | *Case Administration* - Review notice of firm name change for PSZY&J and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re claim payment issues | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| | Litigation and Litigation Consulting - e-mail from T. Tacconelli re: proposed order re: estimation mediation | 0.10 | LLC |
| | Litigation and Litigation Consulting - Confer with T. Tacconelli re: filing of proposed order re: estimation mediation | 0.10 | LLC |
| | Litigation and Litigation Consulting - e-mail from J. Sakalo re: proposed order re: estimation mediation | 0.10 | LLC |
| | *Plan and Disclosure Statement* - research impairment under § 1124 | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review transcript of 2/21/06 hearing re appointment of mediator for plan negotiations | 0.20 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re Certificate of Counsel for proposed order for appointment of plan mediator | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with L. Coggins re Certificate of No Objection for proposed order re plan mediator | 0.20 | TJT |
| Mar-03-06 | *Case Administration* - Review notice to substitute attorney; forward to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review notice of name change and address change for PSZY&J and forward to paralegal | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re status of plan mediator order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Dies re plan mediator order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from E. Westbrook re plan mediator order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from E. Cabrazer re plan mediator order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with L. Coggins r re plan mediator order status | 0.10 | TJT |
| | *Plan and Disclosure Statement* - download and review opinion from 3rd Cir. re equitable mootness doctrine (1/2 time with Federal Mogul) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' revised plan mediator proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re debtors' version of proposed plan mediator order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PD Committee's proposed plan mediator order | 0.20 | TJT |
| Mar-04-06 | *Case Administration* - Review W. S. Smith and Assoc. quarterly Fee Application for 19th interim period | 0.10 | TJT |
| Mar-05-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Mary's Academy to 15th omnibus objection to claims with attachment re claim no. 8360 | 0.30 | TJT |
| | *Case Administration* - Review LAS Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Jan. 06 Fee Application | 0.10 | TJT |
| | Litigation and Litigation Consulting - Review answering brief by State of Montana re appeal no. 06-26 | 0.40 | TJT |
| | Litigation and Litigation Consulting - Review notice of deposition and subpoena for Dr. L. Mitchell with attachments | 0.30 | TJT |
| | Litigation and Litigation Consulting - Review deposition notice and subpoena for Dr. P. Lucas with attachment | 0.30 | TJT |
| | Litigation and Litigation Consulting - Review Certificate of Counsel re 2nd amended CMO and review proposed order | 0.20 | TJT |
| | Litigation and Litigation Consulting - Review Certificate of Counsel re proposed order for plan mediator and review proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena to J. Baer re plan mediator order | 0.10 | TJT |
| Mar-06-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by St. Francis ASSI Church to 15th omnibus objection to claims with attachments re claim no. 8374 | 0.40 | TJT |
| | *Fee Applications, Others* - Review fee examiner report re: CDG's 18th quarterly application | 0.20 | LLC |
| | *Plan and Disclosure Statement* - research re PI voting procedure issues | 1.50 | TJT |
| Mar-07-06 | *Case Administration* - Review debtors' answering brief re appeal no. 0626 | 0.30 | TJT |

| | | |
|---|---|---|
| *Case Administration* - Review motion by D. Austern to retain Jaffrey & Co. with attachments | 0.50 | TJT |
| *Committee, Creditors', Noteholders' or* - Review court orders assigning case to J. Fitzgerald | 0.10 | RSM |
| *Committee, Creditors', Noteholders' or* - E-mail orders to co-counsel | 0.10 | RSM |
| *Fee Applications, Others* - Review Certificate of No Objection re: CDG November and December Fee Application for filing | 0.10 | LLC |
| *Fee Applications, Others* - Review Certificate of No Objection re: CDG 19th quarterly Fee Application for filing | 0.10 | LLC |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's Nov.-Dec. 05 monthly Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's Nov.-Dec. 05 monthly Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's Oct.-Dec. quarterly Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's Oct.-Dec. quarterly Fee Application | 0.50 | MH |
| Litigation and Litigation Consulting - Review order modifying CMO re PI estimation | 0.10 | TJT |
| Litigation and Litigation Consulting - Review notice of deposition and subpoena of Dr. H. Coultier with attachments | 0.20 | TJT |
| Litigation and Litigation Consulting - Review notice of deposition and subpoena of Dr. A. Schonfeld with attachments | 0.20 | TJT |
| Litigation and Litigation Consulting - Review notice of deposition and subpoena of Dr. D. Gaziano with attachments | 0.20 | TJT |
| Litigation and Litigation Consulting - Review notice of deposition and subpoena of Dr. J. Segarrao with attachments | 0.20 | TJT |
| *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's 19th quarterly Fee Application for filing | 0.10 | LLC |
| *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Oct.-Dec. 05 quarterly Fee Application | 0.30 | MH |
| *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Oct.-Dec. 05 quarterly Fee Application | 0.50 | MH |

| | | | |
|---|---|---|---|
| Mar-08-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by E. Steed, Jr. to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by F. Tuten to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by W. Stebbins to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by D. Zoll to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by R. Platt to | 0.10 | TJT |

|  | PI questionnaire |  |  |
|---|---|---|---|
|  | *Case Administration* - Review case management memo | 0.10 | LLC |
|  | *Fee Applications, Others* - Review HRA's 40th Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re HRA quarterly Fee Application for 19th interim period | 0.10 | TJT |
|  | *Fee Applications, Others* - Review Certificate of No Objection re PD committee' s 16th interim statement for reimbursement of expenses | 0.10 | TJT |
|  | *Fee Applications, Others* - Review Certificate of No Objection re Hilsoft Notifications 19th interim period quarterly Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - download, review and revise HRA's Jan. 06 Fee Application, attach updated notice parties list, draft Certificate of Service re same | 0.50 | MH |
|  | *Fee Applications, Others* - prepare for e-filing, e-file and serve HRA's Jan. 06 Fee Application | 0.50 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re PD Committee's 16th interim statement of expenses | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve PD Committee's 16th interim statement of expenses | 0.50 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's 19th quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's 19th quarterly Fee Application | 0.50 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Hilsoft's 19th quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft's 19th quarterly Fee Application | 0.50 | MH |
|  | *Plan and Disclosure Statement* - Review e-mail from committee member re mediation | 0.10 | TJT |
| Mar-09-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by W. Patterson to PI questionnaire | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by W. Pearson to PI questionnaire | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by L. Peterson to PI questionnaire | 0.10 | TJT |
|  | *Case Administration* - Review notice of appearance and forward same to legal assistant | 0.10 | LLC |
|  | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
|  | *Case Administration* - Review Stroock Jan. 06 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Duane Morris Jan. 06 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review substitution of counsel for CNA Insurance Co. and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Teleconference with J. Sakalo re pending motions | 0.10 | TJT |
|  | *Case Administration* - update 2002 list/labels and Fee Application and Certificate of No Objection service lists | 0.30 | MH |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | teleconference with committee |  |  |
|  | *Fee Applications, Others* - Review e-mail from J. Sakalo re Bilzin Sumberg 19th interim quarterly Fee Application and confer with paralegal re same | 0.20 | TJT |
|  | *Fee Applications, Others* - Confer with T. Tacconelli re Bilzin's 19th quarterly Fee Application | 0.10 | MH |
| Mar-10-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by R. P. Lang to PI questionnaire | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by F. White to PI questionnaire | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by J. Thompson to PI questionnaire | 0.10 | TJT |
|  | *Case Administration* - Review the notes to combined financial statements for debtors' monthly operating report dated January 06 | 0.30 | TJT |
|  | *Case Administration* - Review affidavit of M. Theodore | 0.10 | TJT |
|  | *Case Administration* - Review Buchanan Ingersoll 19th interim period quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Richardson Patrick 19th interim period quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Scott Law Group 19th interim period quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review objection to transfer of claim re Safeco Insurance Co. with attachment | 0.20 | TJT |
|  | Litigation and Litigation Consulting - Review e-mail from U.S. Trustee re Libby Claimants' motion for payment of expenses | 0.10 | TJT |
|  | Litigation and Litigation Consulting - Review letter from D. Cohn to U.S. Trustee re Libby Claimants' motion for payment of expenses | 0.50 | TJT |
|  | Litigation and Litigation Consulting - Review DOJ's objection to motion to take discovery from Dr. Whitehead with attachments | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review proposed order re plan mediator | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review revised Certificate of Counsel re order extending exclusivity and proposed plan mediator with affidavit | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from S. Baena re plan mediator order | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of deposition and subpoena of Dr. R. Kubler | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from E. Lombardo re mediation | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review letter from J. Baer to mediator | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Prepare e-mail to committee members re attendance at mediation | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from S. Baena re letter from D. Cohn to U.S. Trustee | 0.10 | TJT |
| Mar-11-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by S. Johnson to PI questionnaire | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by C. Roberts PI questionnaire | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by R. Johnson to PI questionnaire | 0.10 | TJT |
| | *Case Administration* - Review K&E Jan. 06 Fee Application | 0.30 | TJT |
| | *Case Administration* - Review Richardson Patrick Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 3/3/06 | 0.10 | TJT |
| | *Case Administration* - Review Swidler Berlin Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Dec. 05 Fee Application | 0.10 | TJT |
| Mar-12-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by H. Johnson to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by C. Hunnicutt to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by C. Donahue to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by D. Dodge to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by W. Hall to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by I. Collins to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by J. B. Frehour to PI questionnaire | 0.10 | TJT |
| | Litigation and Litigation Consulting - Review Libby claimants' reply brief in appeal no. 06-26 | 0.30 | TJT |
| | Litigation and Litigation Consulting - Review request for oral argument in appeal no. 06-26 | 0.10 | TJT |
| Mar-13-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection to H. Dalton to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection to J. Humphrey to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection to E. Brown to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by W. Clemons to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by A. Bouton to PI questionnaire | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 3/10/06 | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond amended Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket and prepare weekly case status memo | 0.50 | MH |
| | *Fee Applications, Others* - Review Bilzin's 55th Interim Fee Application covering 1/1/06 - 1/31/06 for filing | 0.10 | SGW |

| | | | |
|---|---|---|---|
| | *Fee Applications, Others* - download, review and revise Bilzin's Jan. 06 Fee Application documentation, attach updated notice parties list, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - prepare for e-filng, e-file and serve Bilzin's Jan. 06 Fee Application | 0.50 | MH |
| | *Plan and Disclosure Statement* - Review  e-mail from E. Inselbuch re mediation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from E. Inselbuch to mediator re mediation | 0.10 | TJT |
| Mar-14-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by S. Blong to PI questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by E. Allen to PI questionnaire | 0.10 | TJT |
| | *Case Administration* - e-mail from S. Bossay re: 18th interim fee/expense chart; forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review fee auditor's final report re no objections for 18th interim period | 0.10 | TJT |
| | *Case Administration* - Review motion of Swidler to withdraw as counsel for D. Austern | 0.10 | TJT |
| | *Case Administration* - Review notice of appearance of Orrick and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review amended Beverage and Diamond Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond Jan. 06 Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review motion by D. Austern to retain Orrick as counsel with attachments | 0.40 | TJT |
| | *Fee Applications, Applicant* - Review e-mail from S. Bossay re 18th interim period quarterly fees | 0.10 | TJT |
| Mar-15-06 | *Claims Analysis Obj. & Res. (Non-Asb)* - download (not served) and review debtors' 16th omnibus objection to claims with attachments | 0.50 | TJT |
| | *Case Administration* - e-mail from legal assistant re: 18th interim fee and expense chart sent from S. Bossay | 0.10 | LLC |
| | *Case Administration* - Review e-mail from U.S. Trustee re objection to Libby Claimants' pending motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re mediation and related issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re mediation and review attached lists of attendees | 0.20 | TJT |
| Mar-16-06 | *Case Administration* - Review affidavit of W. Cox | 0.10 | TJT |
| | *Case Administration* - Review stipulation between debtors and South Carolina Dept. of Health and Environmental Control | 0.10 | TJT |
| | *Case Administration* - Review debtors' objection to Libby Claimants' motion for payment of expenses with attachments | 1.30 | TJT |
| | *Case Administration* - Review 6th amended 2019 statement by Silber Pearlman | 0.10 | TJT |

|  | | | |
|---|---|---|---|
| | *Case Administration* - Review 2019 statement by Edward Moody | 0.10 | TJT |
| Mar-17-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Review 6th amended 2019 statement by LaBlanc and Wydell | 0.10 | TJT |
| | *Case Administration* - Review Unsecured Creditor Committee's objection to Libby Claimants' motion for payment of expenses | 0.30 | TJT |
| | *Case Administration* - Review limited objection by PI committee to debtors' motion to obtain discovery from Dr. Whitehouse | 0.20 | TJT |
| | *Case Administration* - Review U.S. Trustee's objection to Libby Claimants' motion for payment of expenses | 0.30 | TJT |
| | *Case Administration* - Review response by PI Committee in support of Libby Claimants' motion for payment of expenses | 0.30 | TJT |
| | *Fee Applications, Others* - trade e-mails with J. Sakalo re Bilzin Sumberg 19th quarterly Fee Application | 0.20 | TJT |
| | Litigation and Litigation Consulting - Review Libby Claimants' objection to debtors' motion to obtain discovery from Dr. Whitehouse with attachments | 1.40 | TJT |
| Mar-18-06 | *Case Administration* - Review e-mail from D. Potts re motion for leave | 0.10 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re GI Holdings claim order and review proposed order | 0.20 | TJT |
| | *Case Administration* - Review fee auditor's final report re Baker Donaldson 18th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Capstone 18th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re PWC 18th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Caplin Drysdale 18th interim period | 0.10 | TJT |
| | *Fee Applications, Others* - Review fee auditor's final report re Bilzin Sumberg 18th interim period | 0.20 | TJT |
| | Litigation and Litigation Consulting - Review Certificate of Counsel re PI estimation and review proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re PD claim objections and estimation and review proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to committee member re proposed order for PD claim objections and estimation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re status of case and mediation | 0.20 | TJT |
| Mar-19-06 | *Case Administration* - Review fee auditor's final report re K&E 18th interim period with attachments | 0.30 | TJT |
| | *Case Administration* - Review Capstone 8th quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re status of mediation on plan issues | 0.10 | TJT |
| Mar-20-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Review debtors' motion for leave to file reply to | 0.60 | TJT |

| | | |
|---|---:|---|
| USDOJ's objection to debtors' motion seeking discovery from Dr. Whitehouse, review proposed reply with attachments | | |
| *Case Administration* - Review e-mail from S. Baena re request by Libby Claimants for a separate committee | 0.10 | TJT |
| *Case Administration* - Review docket and prepare weekly case status memo | 0.50 | MH |
| Litigation and Litigation Consulting - Review debtors' motion for leave to file reply to Libby Claimants' to motion to obtain discovery from Dr. Whitehouse, review proposed reply with attachments | 1.20 | TJT |
| *Hearings* - Review agenda for 3/27/06 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mails from S. Pointer re mediation in D.C. (x2) | 0.20 | TJT |
| *Fee Applications, Applicant* - Review Certificate of Counsel re 18th interim period quarterly Fee Application chart | 0.10 | TJT |
| Mar-21-06    *Case Administration* - Review weekly case status memo for week ending 3/17/06 | 0.10 | TJT |
| *Case Administration* - Review 16th supplemental affidavit of J. Sprayregen | 0.10 | TJT |
| *Case Administration* - Review amended 2019 statement by Barron and Budd | 0.10 | TJT |
| *Case Administration* - Review e-mail from D. Clauder re Libby claimants' request for appointment of a separate committee | 0.10 | TJT |
| *Case Administration* - Review letter from A. Vera to counsel for Libby Claimants rejecting request for appointment of separate committee | 0.10 | TJT |
| *Case Administration* - Review e-mail from S. Baena re response by UST to Libby claimants' request for a separate committee | 0.10 | TJT |
| Litigation and Litigation Consulting - Review debtors' status report re responses to PI questionnaires with attachments | 1.20 | TJT |
| *Hearings* - Review e-mail from J. Sakalo re 3/27/06 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Pointer re continuation of mediation on 3/22/06 | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from counsel for PI Committee regarding continuation of mediation on 3/22/06 | 0.10 | TJT |
| *Fee Applications, Applicant* - Review Certificate of Counsel re proposed order approving 18th interim period quarterly Fee Applications | 0.10 | TJT |
| Mar-22-06    *Case Administration* - Review acknowledgement and waiver by R. Terola re equity transfers by Plainfield | 0.10 | TJT |
| *Case Administration* - Review acknowledgement and waiver by R. Terola re equity transfers by Dune | 0.10 | TJT |
| *Case Administration* - Review 3rd amended 2019 statement by Peter Angelos | 0.10 | TJT |
| *Case Administration* - Review e-mail from S. Baena re debtors' consultant | 0.10 | TJT |
| *Case Administration* - Review time records of debtors' consultant | 0.10 | TJT |
| *Case Administration* - review docket between 4/05 and 8/05 re PI and PD estimation scheduling orders and review most recent PI and PD estimation scheduling orders, finalize critical dates calendar per scheduling orders (including input of reminders) | 1.40 | MH |

| | | | |
|---|---|---|---|
| Mar-23-06 | *Case Administration* - Review critical dates calendar | 0.20 | LLC |
| | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 1.20 | RSM |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.20 | TJT |
| | *Hearings* - Review amended agenda for 3/27/06 hearing | 0.10 | TJT |
| Mar-24-06 | *Case Administration* - Review Capstone Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC Jan. 06 Fee Application | 0.10 | TJT |
| Mar-25-06 | *Case Administration* - Review Holme Roberts Jan. 06 Fee Application | 0.10 | TJT |
| | *Hearings* - Prepare for 3/27/06 hearing and review documents | 0.60 | TJT |
| Mar-26-06 | *Case Administration* - Review recent opinion related to pending New Jersey environmental litigation | 0.40 | TJT |
| | *Case Administration* - Review PG&S Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order re settling claim no. 9563 | 0.10 | TJT |
| | *Case Administration* - Review order on debtors' motion to retain Bowe and Fernicola | 0.10 | TJT |
| | *Case Administration* - Review order granting debtors motion to amend credit agreement with ART | 0.10 | TJT |
| | *Case Administration* - Review order amending current DIP financing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo, telephone call to J. Sakalo re 3/27/06 hearing preparation | 0.20 | TJT |
| Mar-27-06 | *Case Administration* - Review order re: 18th quarterly applications and forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* -  Review case management memo | 0.10 | LLC |
| | *Case Administration* - Review amended 2019 statement by Loizides and Associates | 0.10 | TJT |
| | *Case Administration* -  Review docket and prepare weekly case status memo | 0.50 | MH |
| | *Case Administration* - Confer with L. Coggins re order re 18th quarterly Fee Applications | 0.10 | MH |
| | *Committee, Creditors', Noteholders' or* -confer with TJT re: 3/27/06 hearing | 0.20 | RSM |
| | *Hearings* - Review e-mail from J. Sakalo re 3/27/06 hearing coverage | 0.10 | TJT |
| | *Hearings* - Confer with co-counsel prior to and after hearing, attend Bankruptcy Court | 1.50 | TJT |
| Mar-28-06 | *Case Administration* - Review weekly case management memo for week ending 3/24/06 | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re Certificate of No Objection signature blocks | 0.10 | MH |
| Mar-29-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order disallowing 45 S&R claims with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 9th continuation order re 5th omnibus objection to claims with attachment | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re claim trading information | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts 19th quarterly Fee | 0.10 | TJT |

Application

| Description | | |
|---|---|---|
| *Case Administration* - Review PWC amended Nov. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review order re GI Holdings claim | 0.10 | TJT |
| *Case Administration* - Review order expanding scope of retention of Latham and Watkins | 0.10 | TJT |
| *Case Administration* - Review letter from M. Shelnitz to Judge Fitzgerald re current financial information | 0.10 | TJT |
| *Case Administration* - Review Foley Hogue Feb. 06 Fee Application | 0.10 | TJT |
| *Fee Applications, Others* - Review Hilsoft Jan. 2006 Fee Application for filing | 0.10 | LLC |
| *Fee Applications, Others* - Review Certificate of No Objection re HRA Jan. 06 Fee Application | 0.10 | TJT |
| *Fee Applications, Others* - download, review and revise WGM's 17th quarterly Fee Application documents | 0.40 | MH |
| *Fee Applications, Others* - download and review updated Fee Application document re WGM's 17th quarter Fee Application | 0.10 | MH |
| *Fee Applications, Others* - draft Certificate of Service re WGM's 17th quarterly Fee Application | 0.10 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve WGM's 17th quarterly Fee Application | 0.70 | MH |
| *Fee Applications, Others* - download, review and revise Hilsoft's Jan. 06 Fee Application documentation, attach current parties list, draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft's Jan. 06 Fee Application | 0.40 | MH |
| *Fee Applications, Others* - download, review and revise HRA's Jan. 06 Fee Application documentation, attach current parties list, draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Jan. 06 Fee Application | 0.40 | MH |
| Litigation and Litigation Consulting - Download and review order extending PD Estimation deadlines and confer with legal assistant re: same | 0.30 | LLC |
| Litigation and Litigation Consulting - Download and review order extending PI estimation deadlines; confer with legal assistant re: same | 0.10 | LLC |
| Litigation and Litigation Consulting - Confer with L. Coggins re order extending PD estimation deadlines | 0.10 | MH |
| *Fee Applications, Applicant* - Review time entries re: Jan. 2006 for accuracy and confer with T. Tacconelli re: same | 0.20 | LLC |
| *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's Jan. 06 pre-bill and revise same and confer with paralegal | 0.50 | TJT |
| *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's Feb. 06 prebill and revise | 0.60 | TJT |
| *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's Jan. 06 Fee Application prior to filing and confer with paralegal | 0.20 | TJT |
| *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Jan. 06 invoice, draft summary, notice and Certificate of Service re same | 0.60 | MH |

**Invoice No. 20056**                    **Page 13 of 14**                    April 28, 2006

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Jan. 06 Fee Application | 0.50 | MH |
|  | *Fee Applications, Applicant* - Confer with T. Tacconelli re Ferry, Joseph & Pearce's Jan. 06 pre-bill, edit same | 0.20 | MH |
|  | *Fee Applications, Applicant* - Confer with T. Tacconelli re Ferry, Joseph & Pearce's Jan. 06 Fee Application prior to filing | 0.10 | MH |
| Mar-30-06 | *Fee Applications, Applicant* - Confer with T. Tacconelli re Ferry, Joseph & Pearce's Feb. 06 pre-bill, edit same | 0.20 | MH |
| Mar-31-06 | *Case Administration* - Review supplemental affidavit of A. Moran | 0.10 | TJT |
|  | *Case Administration* - Review Campbell Levine Feb. 06 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Caplin Drysdale Feb. 06 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with legal assistant re: Bilzin quarterly Certificate of No Objection; e-mail to R. Bello re: same | 0.20 | LLC |
|  | *Fee Applications, Others* - Review, finalize, e-file and coordinate service of PD Committee expense statement | 0.50 | LLC |
|  | *Fee Applications, Others* - Teleconference with paralegal re Bilzin Sumberg quarterly application Certificate of No Objection | 0.10 | TJT |
|  | *Fee Applications, Others* - Teleconference with T. Tacconelli re Bilzin Sumberg quarterly application Certificate of No Objection | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise PD Committee's 17th interim Fee Application | 0.40 | MH |
|  | *Fee Applications, Others* - Confer with L. Coggins re PD Committee's 17th Fee Application | 0.10 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's 19th quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 19th quarterly Fee Application | 0.50 | MH |
|  | *Fee Applications, Others* - Confer with L. Coggins re Certificate of No Objection to Bilzin's 19th quarterly Fee Application | 0.10 | MH |
|  | *Fee Applications, Applicant* - Review, finalize, e-file and coordinate service of Feb. 2006 Fee Application | 0.50 | LLC |
|  | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Feb. 06 invoice, draft summary, notice and Certificate of Service re same | 0.70 | MH |
|  | *Fee Applications, Applicant* - Confer with L. Coggins re Ferry, Joseph & Pearce's Feb. 06 Fee Application | 0.10 | MH |

Totals                    65.10

## DISBURSEMENTS

| Mar-06-06 | *Expense* - Parcel's, Inc. - delivery | 435.00 |
|---|---|---|
| Mar-07-06 | *Expense* - Copying cost  165 @ 0.10 | 16.50 |
|  | *Expense* - Postage  9 @ 0.87 | 7.83 |
| Mar-08-06 | *Expense* - Elaine M. Ryan - Transcript | 360.87 |
|  | *Expense* - Blue Marble Logistics | 65.25 |

**Invoice No. 20056**　　　　　　　　**Page 14 of 14**　　　　　　　　　**April 28, 2006**

|  |  |  |
|---|---|---|
|  | *Expense* - Court Call | 240.00 |
|  | *Expense* - Copying cost  180 @ 0.10 | 18.00 |
|  | *Expense* - Postage  9 @ 0.87 | 7.83 |
| Mar-10-06 | *Expense* - Blue Marble Logistics | 89.74 |
|  | *Expense* - Copying cost  224 @ 0.10 | 22.40 |
|  | *Expense* - Postage  2 @ 2.55 | 5.10 |
| Mar-16-06 | *Expense* - Parcel's, Inc. | 30.00 |
| Mar-21-06 | *Expense* - Parcel's, Inc. | 359.85 |
| Mar-22-06 | *Expense* -  Tri-State Courier - delivery | 39.00 |
| Mar-30-06 | *Expense* - West Group- West Law Legal Research | 46.11 |
| Mar-31-06 | *Expense* - Lunch (National Grille) (5 persons) | 76.80 |

Totals　　　　　　　　　　　　　　　　　　　　　$1,820.28

**Total Fees & Disbursements**　　　　　　　　　　**$15,230.28**

**Balance Due Now**

$15,230.28