IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 5, 2006 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if objections are timely filed.** |

## NOTICE OF APPLICATION

TO:    PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on March 15, 2006 the *Twenty-First Monthly Application Of Conway, Del Genio, Gries & Co., LLC For Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred As Financial Advisor For The Official Committee Of Asbestos Property Damage Claimants For The Period From January 1, 2006 through January 31, 2006* was filed with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before *June 5, 2006 at 4:00 p.m.* prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 15, 2006                         BILZIN SUMBERG BAENA PRICE
                                             & AXELROD LLP
                                            Scott L. Baena, Esquire
                                            Jay M. Sakalo, Esquire
                                            2500 Wachovia Financial Center
                                            200 South Biscayne Boulevard
                                            Miami, FL 33131-2336
                                            (305) 374-7580

                                            -and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Co-Counsel to the Official Committee of Asbestos Property Damage Claimants