Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2006 through January 31, 2006**

Summary of Services Rendered by Project Category

| Category Code | Category Description | Jan 2006 Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 0.5 | 468.1 | 0.0 | 468.1 |
| 11 | Fee Applications, Applicant | 0.0 | 773.6 | 249.0 | 1,022.6 |
| 14 | Hearings | 0.1 | 53.7 | 0.0 | 53.7 |
| 20 | Travel - Non-working | 0.0 | 200.8 | 0.0 | 200.8 |
| 24 | Other | 0.3 | 135.9 | 5,058.2 | 5,194.1 |
| 26 | Business Analysis (for financial advisors) | 9.0 | 969.1 | 0.0 | 969.1 |
| 27 | Corporate Finance (for financial advisors) | 0.0 | 2,091.4 | 0.0 | 2,091.4 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
| | **TOTAL** | 9.9 | 5,199.8 | 5,307.2 | 10,507.0 |

## Exhibit A

### WR Grace & Co., ET AL.,
### Time Detail- Conway, Del Genio, Gries & Co., LLC
### For the Period of January 1, 2006 through January 31, 2006

### Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 4.9 |
| Michael Healy, Associate | 5.0 |
| **TOTAL** | **9.9** |

Exhibit A

### Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace
Professional: All
Date: For the Period of January 1, 2006 through January 31, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 01/17/06 | 26 | 2.0 | review industry related research reports |
| WR Grace | M. Healy | 01/17/06 | 26 | 1.0 | Research for industry related analyst reports |
| WR Grace | G. Boyer | 01/18/06 | 26 | 2.0 | review industry related research reports |
| WR Grace | G. Boyer | 01/19/06 | 7 | 0.5 | Grace Committee Call |
| WR Grace | G. Boyer | 01/24/06 | 24 | 0.2 | Review email from counsel regarding asbestos legislation |
| WR Grace | G. Boyer | 01/25/06 | 14 | 0.1 | Review email from counsel regarding omnibus hearing |
| WR Grace | M. Healy | 01/21/06 | 26 | 2.0 | review industry related research reports |
| WR Grace | M. Healy | 01/22/06 | 26 | 2.0 | review industry related research reports |
| WR Grace | G. Boyer | 01/26/06 | 24 | 0.1 | Review email from counsel regarding asbestos legislation |

Exhibit B

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2006 through January 31, 2006**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|------|-------|---------|----------------------|---------|-----------|-------|-------|
| M. Healy | 15.71 | | | | | | 15.71 |
| M. Healy | 8.21 | | | | | | 8.21 |
| M. Healy Total | 23.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.92 |
| | | | | | | | |
| Grand Total | 23.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.92 |

LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |