Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of February 1, 2006 through Febraury 28, 2006**

Summary of Services Rendered by Project Category

| Category Code | Category Description | Feb 2006 Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 2.3 | 470.4 | 0.0 | 470.4 |
| 11 | Fee Applications, Applicant | 12.5 | 786.1 | 249.0 | 1,035.1 |
| 14 | Hearings | 2.0 | 55.7 | 0.0 | 55.7 |
| 20 | Travel - Non-working | 10.0 | 210.8 | 0.0 | 210.8 |
| 24 | Other | 1.9 | 137.8 | 5,058.2 | 5,196.0 |
| 26 | Business Analysis (for financial advisors) | 16.2 | 981.3 | 0.0 | 981.3 |
| 27 | Corporate Finance (for financial advisors) | 1.1 | 2,092.5 | 0.0 | 2,092.5 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
| | **TOTAL** | **46.0** | **5,241.8** | **5,307.2** | **10,549.0** |

<u>**Exhibit A**</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of February 1, 2006 through Febraury 28, 2006**

<u>**Summary of Services Rendered by Professional**</u>

| *Name* | *Hours* |
| --- | --- |
| Gregory Boyer, Managing Director | 32.8 |
| Michael Healy, Associate | 13.2 |
| **TOTAL** | **46.0** |

Exhibit A

### Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace
Professional: All
Date: For the Period of February 1, 2006 through Febraury 28, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 02/07/06 | 11 | 0.1 | review email regarding fee applications |
| WR Grace | G. Boyer | 02/07/06 | 11 | 0.2 | Review expense detail for Grace |
| WR Grace | G. Boyer | 02/07/06 | 26 | 0.2 | email from Blackstone re: potential acquisition |
| WR Grace | G. Boyer | 02/08/06 | 11 | 5.0 | Preparation of fee application |
| WR Grace | G. Boyer | 02/08/06 | 24 | 0.1 | Review email re: claims trading in Grace |
| WR Grace | G. Boyer | 02/09/06 | 7 | 1.3 | Committee conference call |
| WR Grace | G. Boyer | 02/09/06 | 11 | 0.2 | Review Spreadsheet on October expenses |
| WR Grace | G. Boyer | 02/09/06 | 11 | 4.0 | Preparation of fee application |
| WR Grace | G. Boyer | 02/10/06 | 11 | 3.0 | Preparation of fee application |
| WR Grace | G. Boyer | 02/10/06 | 24 | 0.1 | Investigation and response to JS request |
| WR Grace | G. Boyer | 02/10/06 | 26 | 1.5 | Meeting with management regarding potential acquisition |
| WR Grace | G. Boyer | 02/14/06 | 24 | 1.0 | Review status report |
| WR Grace | G. Boyer | 02/15/06 | 26 | 1.0 | Review email updates on an acquisition |
| WR Grace | G. Boyer | 02/16/06 | 7 | 1.0 | Committee Call |
| WR Grace | M. Healy | 02/20/06 | 26 | 4.0 | preparation for meeting with management re: year end results |
| WR Grace | G. Boyer | 02/21/06 | 14 | 2.0 | Grace hearing |
| WR Grace | G. Boyer | 02/23/06 | 24 | 0.7 | Conversation with M. Kramer regarding ESOP |
| WR Grace | G. Boyer | 02/23/06 | 26 | 1.0 | preparation for meeting with management re: year end results |
| WR Grace | G. Boyer | 02/23/06 | 26 | 0.2 | Conversation with MH re: year end review |
| WR Grace | M. Healy | 02/23/06 | 26 | 0.2 | Conversation with GB re: year end review |
| WR Grace | G. Boyer | 02/24/06 | 20 | 5.0 | Travel to and from Grace |
| WR Grace | G. Boyer | 02/24/06 | 26 | 0.1 | Conversation with JS i.e., meeting with management |
| WR Grace | G. Boyer | 02/24/06 | 26 | 4.0 | Meeting with management regarding year end review |
| WR Grace | M. Healy | 02/24/06 | 20 | 5.0 | Travel to and from Grace |
| WR Grace | M. Healy | 02/24/06 | 26 | 4.0 | Meeting with management regarding year end review |
| WR Grace | G. Boyer | 02/27/06 | 27 | 0.1 | Correspondence with JS i.e., claims and distributal value |
| WR Grace | G. Boyer | 02/27/06 | 27 | 1.0 | Review information from JOC regarding claims detail and distributal value |

46.0 Total Hours

Exhibit B

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of February 1, 2006 through Febraury 28, 2006**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer (trip to Baltimore) | | | 323.50 | | | | 323.50 |
| **G. Boyer Total** | 0.00 | 0.00 | 323.50 | 0.00 | 0.00 | 0.00 | **323.50** |
| | | | | | | | |
| M. Healy | 23.46 | | 12.20 | | | | 35.66 |
| M. Healy (trip to Wilmington, DE) | 27.78 | | 190.85 | | | | 218.63 |
| M. Healy (trip to Wilmington, DE) | | | 69.34 | | | | 69.34 |
| **M. Healy Total** | 51.24 | 0.00 | 272.39 | 0.00 | 0.00 | 0.00 | **323.63** |
| | | | | | | | |
| **Grand Total** | 51.24 | 0.00 | 595.89 | 0.00 | 0.00 | 0.00 | 647.13 |

LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |