Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of March 1, 2006 through March 31, 2006

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | March 2006 Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 2.0 | 472.4 | 0.0 | 472.4 |
| 11 | Fee Applications, Applicant | 0.0 | 786.1 | 249.0 | 1,035.1 |
| 14 | Hearings | 0.0 | 55.7 | 0.0 | 55.7 |
| 20 | Travel - Non-working | 0.0 | 210.8 | 0.0 | 210.8 |
| 24 | Other | 0.4 | 138.2 | 5,058.2 | 5,196.4 |
| 26 | Business Analysis (for financial advisors) | 8.7 | 986.0 | 0.0 | 986.0 |
| 27 | Corporate Finance (for financial advisors) | 89.7 | 2,182.2 | 0.0 | 2,182.2 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
|   | **TOTAL** | **100.8** | **5,338.6** | **5,307.2** | **10,645.8** |

<u>Exhibit A</u>

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of March 1, 2006 through March 31, 2006

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 41.2 |
| Michael Healy, Associate | 59.6 |
| **TOTAL** | 100.8 |

Exhibit A

## Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace
Professional: All
Date: **For the Period of March 1, 2006 through March 31, 2006**

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 03/01/06 | 26 | 1.0 | Review documents on DIP extension |
| WR Grace | G. Boyer | 03/01/06 | 27 | 1.0 | Conference call with JOC regarding claims and distributable value |
| WR Grace | G. Boyer | 03/02/06 | 7 | 1.0 | Committee call |
| WR Grace | G. Boyer | 03/03/06 | 26 | 0.2 | Correspondence with JS i.e: amendments to Grace's DIP |
| WR Grace | G. Boyer | 03/10/06 | 27 | 1.0 | Call with MK regarding 524 (g) trust and ESOP |
| WR Grace | G. Boyer | 03/16/06 | 27 | 10.0 | Grace Mediation meetings |
| WR Grace | M. Healy | 03/16/06 | 27 | 10.0 | WR Grace Mediation Session (K&E) |
| WR Grace | G. Boyer | 03/17/06 | 27 | 5.0 | Grace Mediation meetings |
| WR Grace | G. Boyer | 03/17/06 | 27 | 0.1 | Conversation with MH re: valuation |
| WR Grace | M. Healy | 03/17/06 | 27 | 3.0 | Updated Valuation Presentation |
| WR Grace | M. Healy | 03/17/06 | 27 | 5.0 | WR Grace Mediation Session (K&E) |
| WR Grace | M. Healy | 03/17/06 | 27 | 6.0 | Updated Valuation |
| WR Grace | M. Healy | 03/17/06 | 27 | 0.1 | Conversation with GB re: valuation |
| WR Grace | M. Healy | 03/18/06 | 27 | 6.0 | Updated Valuation Presentation |
| WR Grace | G. Boyer | 03/20/06 | 24 | 0.1 | Correspondence with JS regarding enviornment issues |
| WR Grace | G. Boyer | 03/20/06 | 24 | 0.3 | Correspondence with JS regarding CDG's Sealed Air report |
| WR Grace | G. Boyer | 03/20/06 | 27 | 0.5 | Correspondence with committee member |
| WR Grace | G. Boyer | 03/20/06 | 27 | 1.5 | Update valuation presentation and various correspondence with M Healy |
| WR Grace | M. Healy | 03/20/06 | 27 | 10.0 | Updated Valuation Presentation and various correspondence with G. Boyer |
| WR Grace | G. Boyer | 03/21/06 | 26 | 5.0 | Review Grace's financials |
| WR Grace | G. Boyer | 03/21/06 | 27 | 1.5 | Correspondence with MH regarding Chemical Industry Valuation multiples |
| WR Grace | M. Healy | 03/21/06 | 27 | 5.0 | Updated Valuation Presentation |
| WR Grace | G. Boyer | 03/22/06 | 27 | 12.0 | WR Grace Mediation Session (DC) including travel to/from DC |
| WR Grace | M. Healy | 03/22/06 | 27 | 12.0 | WR Grace Mediation Session (DC) including travel to/from DC |
| WR Grace | G. Boyer | 03/23/06 | 7 | 1.0 | Committee call |
| WR Grace | M. Healy | 03/27/06 | 26 | 2.5 | Review of funding motions |

**100.8 Total Hours**

Exhibit B

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of March 1, 2006 through March 31, 2006**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer | | | 14.00 | | | | 14.00 |
| G. Boyer | | | 24.48 | | | | 24.48 |
| G. Boyer | | | 33.66 | | | | 33.66 |
| G. Boyer | | | 26.52 | | | | 26.52 |
| G. Boyer (trip to Washington DC) | | | 550.00 | | | | 550.00 |
| G. Boyer (trip to Washington DC) | | | 25.00 | | | | 25.00 |
| **G. Boyer Total** | 0.00 | 0.00 | 673.66 | 0.00 | 0.00 | 0.00 | 673.66 |
| M. Healy | 20.00 | | | | | | 20.00 |
| M. Healy | | | 35.70 | | | | 35.70 |
| M. Healy | 31.38 | | 38.56 | | | | 69.94 |
| M. Healy | 18.98 | | 28.56 | | | | 47.54 |
| M. Healy | 21.51 | | | | | | 21.51 |
| M. Healy (trip to Washington DC) | | | 528.00 | | | | 528.00 |
| M. Healy | 17.45 | | | | | | 17.45 |
| **M. Healy Total** | 109.32 | 0.00 | 630.82 | 0.00 | 0.00 | 0.00 | 740.14 |
| **Grand Total** | 109.32 | 0.00 | 1,304.48 | 0.00 | 0.00 | 0.00 | 1,413.80 |

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |