# SIGN-IN SHEET

CASE NAME: WR Grace & Co.  COURTROOM NO.: 2

CASE NO.: 01-01139  DATE: 5/15/06

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Roger Rockwood | Caplin+Drysdale | ACC |
| Scott Baena | Bilzin Sumberg | PD Comm |
| Jay Sakalo | Bilzin Sumberg | PD Comm |
| David Klauder | UST | UST |
| Peter Lockwood | Caplin Drysdale | ACC |
| James E. O'Neill | Pachulski | WR Grace |
| Gary M. Becker | Kramer Levin Naftalis & Frankel | Equity Committee |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| Lori Sinanyan | Kirkland & Ellis LLP | Debtor Plaintiff |
| Mark T. Hurford | Campbell & Levine | ACC |
| Jack Phillips | Phillips Goldman Spence | FCR |
| Jeffrey Wisler | Connolly Bove | Maryland Casualty |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

# Court Conference

Calendar Date: 05/15/2006
Calendar Time: 02:00 PM

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Judith Fitzgerald (Visiting)
Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1357204 | Roger Frankel | 202-339-8513 | Orrick, Herrington & Sutcliffe (CC-2041 | Counsel for the Future Claimants Representatives / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1357229 | Stephen B. Vogel | 212-728-8961 ext. 00 | Willkie Farr & Gallagher LLP | DK Acquisition Partners / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1357687 | Stuart Kovensky | 201-541-2121 | GK Capital | GK Capital / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1358845 | Arlene Krieger | 212-806-5544 ext. 00 | Stroock & Stroock & Lavan, LLP (New Y | Official Committee of Unsecured Creditors / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1358869 | Ken Pasquale | 212-806-5562 | Stroock & Stroock & Lavan, LLP (90400 | Official Committee of Unsecured Creditors / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1358894 | Lewis Kruger | 212-806-5430 | Stroock & Stroock & Lavan, LLP (90400 | Official Committee of Unsecured Creditors / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1352276 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1352283 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1353359 | Martin Dies | 512-478-4394 | Dies & Hile LLP | Property Damage Committee / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1358847 | Alex Mueller | 212-261-8296 | Mendes & Mount | Certain Underwriters at Lloyds, London / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1358987 | Barbara Saniewski | 212-455-3835 | Simpson Thacher & Bartlett LLP (9040 | Travelers Casualty Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1356190 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Murray Capital Management, Inc. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1356304 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1356308 | David Siegel | 802-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1356326 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1356461 | Jay Baron | 212-301-8312 | Dune Capital Management | Investor / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1356517 | David Liebman | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1356531 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Federal Insurance Company |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1356649 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Co-Counsel to the Libby Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1356559 | Daniel C. Cohn | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Co-Counsel to the Libby Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1356575 | Matthew Kramer | 305-350-7245 | Bilzin, Sumberg, Baena, Price & Axelrod | Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1356614 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Allstate Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1356620 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & Perret | Asbestos Property Damage Committees / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1356692 | Sam Pointer | 205-581-0778 | Lightfoot Franklin & White | H Belator / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1356705 | Sal Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1356935 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Tocqueville Asset Management / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1371186 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Asbestos Property Damage Committee / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1342574 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1353080 | Elizabeth DeCristofaro | 212-269-4900 | Ford & Martin | Mary Casualty Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1353743 | John O'Connell | 212-583-5677 | The Blackstone Group | Financial Advisor to the Debtor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1354428 | Nicole Bortcheos | 212-756-1508 | Sigma Capital | Sigma Capital / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1354440 | Sarah Edwards | 212-490-3000 ext. 2133 | Wilson, Elser, Moskowitz, Edelman & D | Royal Insurance / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1354554 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Property Damage Committee / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1354568 | Sean Walsh | 202-973-9381 | LECG | Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1354591 | Darrell Scott | 509-455-3968 | Scott Law Group | Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1354829 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick, Herrington & Sutcliffe (CC-2041 | David T. Austern, Future Claimants Rep. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1354940 | Debra Felder | 202-339-8567 | Orrick, Herrington & Sutcliffe (CC-2041 | David T. Austern, Future Claimants Rep. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1354974 | Jonathan Browstein | 212-284-8575 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1350007 | Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Pro Se, Kenneth Thomas / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1351161 | Craig Gilbert | 646-840-3506 | Linden Advisors, LP | Linden Advisors, LP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1355226 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, P.C | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1355232 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |

| W. R. Grace & Co. | 01-01139 | Hearing | 1355241 | Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |