IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **NO ORDER REQUIRED** |
| | ) |
| | ) **Rel. D.I. 11486** |

**CORRECTED CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 11486**

This Certification of No Objection corrects and replaces the Certification of No Objection Regarding Docket No. 11486 filed on January 26, 2006 [D.I. 11630] (the "Prior CNO").

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twenty-Second Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the Period November 1, 2005 through November 30, 2005 (the "Application") [Docket No. 11486] filed on January 4, 2006.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 24, 2006 at 4:00 p.m.

DM3\362651.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001 (the "Compensation Procedures Order"), the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation ($94,449.60)[1] and one hundred percent (100%) of expenses ($1,119.74) without further order from the court.

Dated: May 16, 2006
      Wilmington, DE

/s/ Michael R. Lastowski

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302)-657-4900
Facsimile:  (302)-657-4901
Email:  mlastowski@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

---

[1] The Application seeks allowance of compensation in the amount of $118,062.00 and expenses in the amount of $1,119.74 for the period from November 1, 2005 through November 30, 2005. Pursuant to the Compensation Procedures Order, Capstone Advisory Group, LLC ("Capstone") is entitled to eighty percent (80%) of the requested fees, *i.e.*, $94,449.60 (80% of $118,062.00) and 100% of the requested expenses. The Prior CNO erroneously requested 80% of compensation in the amount of $75,559.68. The Prior CNO was subsequently withdrawn at D.I. 12413. Pursuant to the Prior CNO, Capstone has been paid for fees in the amount of $75,559.68 and expenses in the amount of $1,119.74 and is therefore entitled to receive an additional $18,889.92 for fees.

DM3\362651.1