IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref No. 12222 Agenda # 13 |

### ORDER AUTHORIZING LIBBY CLAIMANTS' MOTION TO DESIGNATE A SUBSTITUTE EXPERT TO TESTIFY IN CONNECTION WITH THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

Upon consideration of the Libby Claimants' Motion to Designate a Substitute Expert to Testify in Connection With the Estimation of Asbestos Personal Injury Liabilities (the "Motion"); and after due deliberation and sufficient cause appearing therefor, it is hereby so

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Libby Claimants are authorized to substitute Dr. Bruce W. Case for Dr. David Egilman as their expert in the estimation proceedings.

Dated: Wilmington, Delaware
       May 16, 2006

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

393.001-11921.doc