# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | Reference Docket No. 12256 |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 12256

The undersigned certifies the following to be true and correct to the best of his knowledge:

1. On April 18, 2006, the undersigned filed the *Eighteenth Interim Monthly Application of David T. Austern, future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2006 through February 28, 2006* [Docket No. 12256] (the "Application").

2. The Cover Sheet for the Application inadvertently contained the Cover Sheet for the quarterly fee application. Attached hereto as Exhibit "A" is the correct Cover Sheet. The time entries, fees and costs provided in the exhibits to the Application were the correct time entries, fees and costs.

3. Pursuant to the Application, objections to the Application were to be filed no later than May 8, 2006. No objections or responses, were filed.

4. Pursuant to the *Amended, Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, dated April 17, 2002 [Docket No. 1949], the Debtor is authorized to pay David T. Austern $2,720.00 which represents 80% of the

fees of $3,400.00 and $300.01 which represents 100% of the expenses requested in the Application for the Period, for a total due of $3,020.01 upon the filing of this Certification and without the need for the entry of an Order of this Court approving the Application, when no objections have been filed or received.

                                      PHILLIPS, GOLDMAN & SPENCE, P.A.

                                      _____
                                      JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                                      1200 North Broom Street
                                      Wilmington, DE 19806
                                      (302) 655-4200
                                      (302) 655-4210 (fax)
                                      Co-counsel to David T. Austern,
                                      Future Claimants' Representative

Date:  May 16, 2006