# Exhibit "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | Objection Date: May 8, 2006 at 4:00 p.m. |
| | ) | Hearing: Scheduled If Necessary (Negative Notice) |

## COVER SHEET TO EIGHTEENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

Name of Applicant:                          David T. Austern, Future Claimants' Representative ("FCR")

Authorized to Provide Professional
Services to:                                the Debtors

Date of Retention:                          May 25, 2004 (appeal pending in the United States District Court for the District of Delaware)

Period for which compensation is
sought:                                     February 1, 2006 through February 28, 2006

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:       $3,400.00

80% of fees to be paid:                     $2,720.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $   300.01

Total Fees @ 80% and
100% Expenses:                              $3,020.01

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:  ___  interim  _X_  monthly  ___  final application.

  The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00.  Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's proposed bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

  This is the FCR's eighteenth interim fee application for the period February 1-28, 2006; the FCR previously filed the following fee applications in this case:  seventeenth interim fee application for the period December 1-31, 2005 in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses; sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses; fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00) in fees and no expenses; twelfth interim fee application for the period June 1-30, 2005 in the amount of $1,680.00 (80% of $2,100.00)  in fees and no expenses; eleventh interim fee application for the period March 1-31, 2005 in the amount of $1,160.00 (80% of $1,450.00) in fees and no expenses; tenth interim fee application for the period February 1-28, 2005 in the amount of $520.00 (80% of $650.00) in fees and no expenses; ninth interim fee application for the period January 1-31, 2005, in the amount of $240.00 (80% of $300.00) and no expenses; eighth interim fee application for the period December 1-31, 2004 in the amount of $3,080.00 (80% of $3,850.00) in fees and $14.00 in expenses; seventh interim fee application for the period November 1-30, 2004, in the amount of $6,520.00 (80% of $8,150.00) in fees and no expenses; sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses; fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004; third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses; second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; and the first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY
### FEBRUARY 2006

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 6.80 | $3,400.00 |
| Grand Total: | | | 6.80 | $3,400.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:        $3,400.00
Total Hours:       6.80
Blended Rate:      $500.00

## COMPENSATION BY PROJECT CATEGORY
### FEBRUARY 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan | 2.10 | $1,050.00 |
| Litigation | .60 | $300.00 |
| Insurance | 4.10 | $2,050.00 |
| TOTAL | 6.80 | $3,400.00 |

## EXPENSE SUMMARY
### FEBRUARY 2006

| Expense Category | Total |
|---|---|
| Cost of attending FCR's meeting NY( $133.18 for Airfare, $151.83 for Hotel, and $15 for Airport Parking) | $300.01 |
| TOTAL | $300.01 |

## TOTAL
### FEBRUARY 2006

| Compensation Category | Total |
|---|---|
| Fees | $3,400.00 |
| Expenses | $300.01 |
| TOTAL | $3,700.01 |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: April 13, 2006

3