Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of January 1, 2006 through March 31, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 01/17/06 | 26 | 2.0 | review industry related research reports |
| WR Grace | M. Healy | 01/17/06 | 26 | 1.0 | Research for industry related analyst reports |
| WR Grace | G. Boyer | 01/18/06 | 26 | 2.0 | review industry related research reports |
| WR Grace | G. Boyer | 01/19/06 | 7 | 0.5 | Grace Committee Call |
| WR Grace | G. Boyer | 01/24/06 | 24 | 0.2 | Review email from counsel regarding asbestos legislation |
| WR Grace | G. Boyer | 01/25/06 | 14 | 0.1 | Review email from counsel regarding omnibus hearing |
| WR Grace | M. Healy | 01/21/06 | 26 | 2.0 | review industry related research reports |
| WR Grace | M. Healy | 01/22/06 | 26 | 2.0 | review industry related research reports |
| WR Grace | G. Boyer | 01/26/06 | 24 | 0.1 | Review email from counsel regarding asbestos legislation |
| WR Grace | G. Boyer | 02/07/06 | 11 | 0.1 | review email regarding fee applications |
| WR Grace | G. Boyer | 02/07/06 | 11 | 0.2 | Review expense detail for Grace |
| WR Grace | G. Boyer | 02/07/06 | 26 | 0.2 | email from Blackstone re: potential acquisition |
| WR Grace | G. Boyer | 02/08/06 | 11 | 5.0 | Preparation of fee application |
| WR Grace | G. Boyer | 02/08/06 | 24 | 0.1 | Review email re: claims trading in Grace |
| WR Grace | G. Boyer | 02/09/06 | 7 | 1.3 | Committee conference call |
| WR Grace | G. Boyer | 02/09/06 | 11 | 0.2 | Review Spreadsheet on October expenses |
| WR Grace | G. Boyer | 02/09/06 | 11 | 4.0 | Preparation of fee application |
| WR Grace | G. Boyer | 02/10/06 | 11 | 3.0 | Preparation of fee application |
| WR Grace | G. Boyer | 02/10/06 | 24 | 0.1 | Investigation and response to JS request |
| WR Grace | G. Boyer | 02/10/06 | 26 | 1.5 | Meeting with management regarding potential acquisition |
| WR Grace | G. Boyer | 02/14/06 | 24 | 1.0 | Review status report |
| WR Grace | G. Boyer | 02/15/06 | 26 | 1.0 | Review email updates on an acquisition |
| WR Grace | G. Boyer | 02/16/06 | 7 | 1.0 | Committee Call |
| WR Grace | M. Healy | 02/20/06 | 26 | 4.0 | preparation for meeting with management re: year end results |
| WR Grace | G. Boyer | 02/21/06 | 14 | 2.0 | Grace hearing |
| WR Grace | G. Boyer | 02/23/06 | 24 | 0.7 | Conversation with M. Kramer regarding ESOP |
| WR Grace | G. Boyer | 02/23/06 | 26 | 1.0 | preparation for meeting with management re: year end results |
| WR Grace | G. Boyer | 02/23/06 | 26 | 0.2 | Conversation with MH re: year end review |
| WR Grace | M. Healy | 02/23/06 | 26 | 0.2 | Conversation with GB re: year end review |
| WR Grace | G. Boyer | 02/24/06 | 20 | 5.0 | Travel to and from Grace |
| WR Grace | G. Boyer | 02/24/06 | 26 | 0.1 | Conversation with JS i.e., meeting with management |
| WR Grace | G. Boyer | 02/24/06 | 26 | 4.0 | Meeting with management regarding year end review |
| WR Grace | M. Healy | 02/24/06 | 20 | 5.0 | Travel to and from Grace |
| WR Grace | M. Healy | 02/24/06 | 26 | 4.0 | Meeting with management regarding year end review |
| WR Grace | G. Boyer | 02/27/06 | 27 | 0.1 | Correspondence with JS i.e., claims and distributal value |
| WR Grace | G. Boyer | 02/27/06 | 27 | 1.0 | Review information from JOC regarding claims detail and distributal value |
| WR Grace | G. Boyer | 03/01/06 | 26 | 1.0 | Review documents on DIP extension |
| WR Grace | G. Boyer | 03/01/06 | 27 | 1.0 | Conference call with JOC regarding claims and distributable value |
| WR Grace | G. Boyer | 03/02/06 | 7 | 1.0 | Committee call |
| WR Grace | G. Boyer | 03/03/06 | 26 | 0.2 | Correspondence with JS i.e: amendments to Grace's DIP |
| WR Grace | G. Boyer | 03/10/06 | 27 | 1.0 | Call with MK regarding 524 (g) trust and ESOP |
| WR Grace | G. Boyer | 03/16/06 | 27 | 10.0 | Grace Mediation meetings |
| WR Grace | M. Healy | 03/16/06 | 27 | 10.0 | WR Grace Mediation Session (K&E) |
| WR Grace | G. Boyer | 03/17/06 | 27 | 5.0 | Grace Mediation meetings |
| WR Grace | G. Boyer | 03/17/06 | 27 | 0.1 | Conversation with MH re: valuation |
| WR Grace | M. Healy | 03/17/06 | 27 | 3.0 | Updated Valuation Presentation |
| WR Grace | M. Healy | 03/17/06 | 27 | 5.0 | WR Grace Mediation Session (K&E) |
| WR Grace | M. Healy | 03/17/06 | 27 | 6.0 | Updated Valuation |
| WR Grace | M. Healy | 03/17/06 | 27 | 0.1 | Conversation with GB re: valuation |
| WR Grace | M. Healy | 03/18/06 | 27 | 6.0 | Updated Valuation Presentation |
| WR Grace | G. Boyer | 03/20/06 | 24 | 0.1 | Correspondence with JS regarding enviornment issues |
| WR Grace | G. Boyer | 03/20/06 | 24 | 0.3 | Correspondence with JS regarding CDG's Sealed Air report |
| WR Grace | G. Boyer | 03/20/06 | 27 | 0.5 | Correspondence with committee member |
| WR Grace | G. Boyer | 03/20/06 | 27 | 1.5 | Update valuation presentation and various correspondence with M Healy |
| WR Grace | M. Healy | 03/20/06 | 27 | 10.0 | Updated Valuation Presentation and various correspondence with G. Boyer |
| WR Grace | G. Boyer | 03/21/06 | 26 | 5.0 | Review Grace's financials |
| WR Grace | G. Boyer | 03/21/06 | 27 | 1.5 | Correspondence with MH regarding Chemical Industry Valuation multiples |
| WR Grace | M. Healy | 03/21/06 | 27 | 5.0 | Updated Valuation Presentation |
| WR Grace | G. Boyer | 03/22/06 | 27 | 12.0 | WR Grace Mediation Session (DC) including travel to/from DC |
| WR Grace | M. Healy | 03/22/06 | 27 | 12.0 | WR Grace Mediation Session (DC) including travel to/from DC |
| WR Grace | G. Boyer | 03/23/06 | 7 | 1.0 | Committee call |
| WR Grace | M. Healy | 03/27/06 | 26 | 2.5 | Review of funding motions |

156.7 Total Hours

Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of January 1, 2006 through March 31, 2006

Summary of Services Rendered by Project Category

| Category Code | Category Description | Jan-Mar 2006 Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 4.8 | 472.4 | 0.0 | 472.4 |
| 11 | Fee Applications, Applicant | 12.5 | 786.1 | 249.0 | 1,035.1 |
| 14 | Hearings | 2.1 | 55.7 | 0.0 | 55.7 |
| 20 | Travel - Non-working | 10.0 | 210.8 | 0.0 | 210.8 |
| 24 | Other | 2.6 | 138.2 | 5,058.2 | 5,196.4 |
| 26 | Business Analysis (for financial advisors) | 33.9 | 994.0 | 0.0 | 994.0 |
| 27 | Corporate Finance (for financial advisors) | 90.8 | 2,182.2 | 0.0 | 2,182.2 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
|  | TOTAL | 156.7 | 5,346.6 | 5,307.2 | 10,653.8 |

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2006 through March 31, 2006**

### Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 78.9 |
| Michael Healy, Associate | 77.8 |
| **TOTAL** | **156.7** |