Exhibit B

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of January 1, 2006 through March 31, 2006

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer (trip to Baltimore) | | | 323.50 | | | | 323.50 |
| G. Boyer | | | 14.00 | | | | 14.00 |
| G. Boyer | | | 24.48 | | | | 24.48 |
| G. Boyer | | | 33.66 | | | | 33.66 |
| G. Boyer | | | 26.52 | | | | 26.52 |
| G. Boyer (trip to Washington DC) | | | 550.00 | | | | 550.00 |
| G. Boyer (trip to Washington DC) | | | 25.00 | | | | 25.00 |
| **G. Boyer Total** | 0.00 | 0.00 | 997.16 | 0.00 | 0.00 | 0.00 | **997.16** |
| M. Healy | 15.71 | | | | | | 15.71 |
| M. Healy | 8.21 | | | | | | 8.21 |
| M. Healy | 23.46 | | 12.20 | | | | 35.66 |
| M. Healy (trip to Wilmington, DE) | 27.78 | | 190.85 | | | | 218.63 |
| M. Healy (trip to Wilmington, DE) | | | 69.34 | | | | 69.34 |
| M. Healy | 20.00 | | | | | | 20.00 |
| M. Healy | | | 35.70 | | | | 35.70 |
| M. Healy | 31.38 | | 38.56 | | | | 69.94 |
| M. Healy | 18.98 | | 28.56 | | | | 47.54 |
| M. Healy | 21.51 | | | | | | 21.51 |
| M. Healy (trip to Washington DC) | | | 528.00 | | | | 528.00 |
| M. Healy | 17.45 | | | | | | 17.45 |
| **M. Healy Total** | 184.48 | 0.00 | 903.21 | 0.00 | 0.00 | 0.00 | **1,087.69** |
| **Grand Total** | **184.48** | **0.00** | **1,900.37** | **0.00** | **0.00** | **0.00** | **2,084.85** |

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |