IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:
    WR Grace & Co., et al.,
                         Chapter 11, Case No. 01-1139 (JKF).
      Debtors,

## ITEMIZED STATEMENT OF SERVICES
## RENDERED BY COURT APPOINTED DISCOVERY MEDIATOR

| Date | Description of Services | Hours |
|---|---|---|
| 04/11/2006 | Review letters received from Debtors counsel, Kirkland & Ellis, regarding the discovery request concerning Dr. Alan Whitehouse. | 0.10 |
| 04/11/2006 | Begin substantive review of pleadings received from Grace's counsel dealing with motion for turnover of medical records dealing with patients of Dr. Whitehouse. | 1.40 |
| 04/12/2006 | Continued review of pleadings and exhibits regarding pending motion for discovery from Dr. A. Whitehouse; begin preparation of file notes concerning issues and possible solutions. | 0.80 |
| 04/13/2006 | Finalize review of exhibits including opposition to Debtors motion for discovery concerning Dr. A. Whitehouse; prepare work notes to file regarding same and crosscheck possible areas of agreement. | 2.60 |
| 04/13/2006 | Travel to and from Law Offices of Caplan & Drysdale for conference meeting. | 2.00 |
| 04/13/2006 | Billed time pursuant to Delaware local rules. | 1.0 |
| 04/13/2006 | Conference with all counsel meeting at Caplan & Drysdale's Law office to discuss Debtor's discovery motion concerning Dr. A. Whitehouse. | 2.40 |
| 04/13/06 | Prepare file notes regarding scope and terms of agreement. | .10 |
| 04/14/2006 | Review letter received from Jeffrey Varas, Esq., counsel for Baron & Budd, P.C., concerning objections to Grace's questionnaire. | .10 |

400322339v1

| Date | Description of Services | Hours |
|---|---|---|
| 04/15/2006 | Review proposed draft order regarding the agreement reached concerning the discovery of Dr. Alan Whitehouse and protective order regarding same. | .30 |
| 04/17/2006 | Review file notes and draft revisions submitted by counsel in connection with first scheduled conference call. | .50 |
| 04/17/2006 | Review revised draft order. | .20 |
| 04/17/2006 | Second conference call conducted with all counsel concerning changes to draft order. | .40 |
| 04/17/2006 | Review further revisions made to discovery order. | .30 |
| 04/17/2006 | Conduct final conference call at 12:30pm. | .70 |
| 04/20/2006 | Review letters received from Sander Esserman, Esq. as counsel for Baron & Budd, P.C., Silber Pearlman, LLP as counsel for other noted law firms setting forth for W.R. Grace's imposition of a 30-day objection period for noting objection to Grace's discovery questionnaire; prepare notes to file re basis of objection. | .20 |
| 04/21/2006 | Telephone conference call with Barbara Harding, Esq. to ascertain two remaining issues concerning draft order concerning discovery of Dr. Whitehouse. | .10 |
| 04/23/2006 | Review next draft order concerning issues in dispute. | .40 |
| 04/24/2006 | Review file notes and most recent draft proposals received from counsel for scheduled conference call concerning finalization of draft order to be submitted to Judge Fitzgerald. | .20 |
| 04/24/2006 | Conference call conducted with all counsel to discuss rescheduling for review of most recent draft order. | .10 |
| 04/27/2006 | Review and compare proposed draft orders dealing with discovery of Dr. Whitehouse, together with protective order. | .50 |
| 04/27/2006 | Conduct conference call with all counsel for Debtor, Asbestos Personal Injury Committee, Libby claimants, Property Damage Committee, and Future Claims Committee counsel. | .90 |
| 04/30/2006 | Review finalized submission of proposed orders for submission to Judge Fitzgerald concerning all agreed-upon matters dealing with the discovery of Dr. Alan Whitehouse and accompanying protective order. | .30 |

400322339v1

| Date | Description of Services | Hours |
|---|---|---|
| | Total ($400 hourly rate – agreed-upon hourly rate with all counsel) | 13.60 @ $400 = $5,440.00 |

### Itemized Expenses

| | |
|---|---|
| Total Mileage to/from District of Columbia for Kaplan and Drysdale Law Office District of Columbia meeting is 42 miles @ $0.485 (mileage rate) | $20.37 |
| Parking at Metropolitan Square (Receipt available upon request) | $13.00 |
| Total Expenses for April, 2006 | $33.37 |

**Fees and Expenses for April, 2006**     **$5,473.37**

**TAXPAYER I.D. # - 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**

**Roger M. Whelan**
Attorney at Law

Admitted In:  D.C.

17908 Ednor View Terrace
Ashton, MD  20861
Tel:  301-260-7707
Fax:  301-260-7804

May 12, 2006

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
United States Bankruptcy Court
Marine Midland Plaza
824 Market Street, 3rd Floor
Wilmington, DE  19801

    **RE:  W.R. Grace & Company, et. al., Debtors – Chapter 11, Case No. 01-1139**

Dear Judge Fitzgerald:

    Pursuant to the requirements set forth in your court order Governing Procedures for Compensating the Discovery Mediator dated in December, 2005, I am submitting my itemized statement for services rendered in the above captioned Chapter 11 case. This itemized statement covers all services rendered as the discovery mediator for the prior calendar month of April, 2006.

    If there are any questions concerning my statement, please feel free to contact me at my office number or at 301-774-6652.

    Thanking you in advance for your cooperation and assistance in these matters.

                      Respectfully yours,

                      Roger M. Whelan
                      Discovery Mediator

700451022v1

cc:     Debtors Counsel

Barbara Harding, Esq.
David Mendelson, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC  20005


Counsel for the Official Committee of Asbestos Personal Injury Claimants

Peter van N. Lockwood, Esq.
Caplan & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

Richard H. Wyron, Esq.
Orrick, Harrington & Sutcliffe LLP
Washington Harbour
3050 K Street, NW
Washington, DC  20007-5135

Mr. Frank J. Perch, III
Assistant U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE  19801


Counsel for the Libby Claimants

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE  19801

2

700451022v1