IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Related Docket No. 11867 |

APRIL 17, 2006 Agenda NO. 4

ORDER DENYING WITHOUT PREJUDICE LIBBY
CLAIMANTS' MOTION FOR PAYMENT OF CERTAIN EXPENSES
IN CONNECTION WITH CLAIMS ESTIMATION AND PLAN PROCESS

This matter having come before the Court upon consideration of the Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process (the "Motion"), oppositions to the Motion filed by the United States Trustee, Grace, and the Official Committee of Unsecured Creditors, and a response in support of the Motion filed by the Official Committee of Asbestos Personal Injury Claimants; a hearing on the Motion having been held on April 17, 2006 (the "Hearing"); and after due deliberation and sufficient cause appearing therefor,

**THE COURT FINDS AND CONCLUDES THAT:**

A. This Court has jurisdiction over these cases under 28 U.S.C. § 1334(b).

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

393.001-12189.doc

1.  The Motion is denied without prejudice, for the reasons stated on the record at the Hearing.

Dated: __5/15__, 2006
Wilmington, Delaware

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge