# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 7, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

## SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006

Name of Applicant:  Buchanan Ingersoll PC

Authorized to Provide Professional Services to:  Zonolite Attic Insulation Claimants

Date of Appointment:  July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:  April 1, 2006 through
April 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:  $ 2,232.00

Amount of Expenses Reimbursement:  $ 171.37

This is a:  X monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the designation of Edward Westbrook, who was appointed Lead Special counsel to the ZAI Claimants by Order dated August 26, 2002.  That Order made the appointment of counsel to the ZAI Claimants retroactive to July 22, 2002.

| Application | Period Covered | Date filed | CNO filed | Fees Sought | Expenses Sought | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|---|---|
| 1st Monthly | Sept. 24 through Oct. 31, 2004 | 11/29/04 (7044) | 2/9/05 (7731) | $13,472.00 | $74.40 | No objections served on counsel | No objections served on counsel |
| 2nd Monthly | November, 2004 | 1/12/05 (7528) | 2/14/05 (7768) | $5,765.00 | $2,317.07 | No objections served on counsel | No objections served on counsel |
| 3rd Monthly | December, 2004 | 5/4/05 (8366) | 6/28/05 (8692) | $5,815.50 | $1,542.81 | No objections served on counsel | No objections served on counsel |
| **First Quarterly** | **September 24, 2004 through December 31, 2004** | **8/12/05 (9187)** | | **$25,052.50** | **$3,934.28** | No objections served on counsel | No objections served on counsel |
| 4th Monthly | January, 2005 | 5/4/05 (8367) | 7/7/05 (8951) | $6,297.00 | $4,167.75 | No objections served on counsel | No objections served on counsel |
| 5th Monthly | February, 2005 | 5/4/05 (8368) | 7/7/05 (8952) | $6,066.50 | $698.29 | No objections served on counsel | No objections served on counsel |
| 6th Monthly | March, 2005 | 5/4/05 (8369) | 7/7/05 (8953) | $1,128.00 | $47.64 | No objections served on counsel | No objections served on counsel |
| **Second Quarterly** | **January - March 2005** | **8/12/05 (9188)** | | **$13,491.50** | **$4,913.68** | No objections served on counsel | No objections served on counsel |
| 7th Monthly | April, 2005 | No application filed | n/a | n/a | n/a | No objections served on counsel | No objections served on counsel |
| 8th Monthly | May, 2005 | 8/9/05 (9155) | 9/14/05 (9425) | $3,835.00 | $508.16 | No objections served on counsel | No objections served on counsel |
| 9th Monthly | June, 2005 | 8/9/05 (9157) | 9/14/05 (9427) | $2,737.00 | $1,102.30 | No objections served on counsel | No objections served on counsel |
| **Third Quarterly** | **April - June 2005** | **9/28/05 (9524)** | | **$6,332.00** | **$1,610.46** | No objections served on counsel | No objections served on counsel |
| 10th Monthly | July 2005 | 9/13/05 (9416) | 10/18/05 | $477.50 | $110.56 | No objection | No objection |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | served on counsel | served on counsel |
| 11th Monthly | August 2005 | 9/14/05 (9417) | 10/18/05 | $5,127.50 | $3,184.52 | No objection served on counsel | No objection served on counsel |
| 12th Monthly | September 2005 | 12/27/05 (11437) | 2/15/06 | $7,404.50 | $1,110.57 | No objection served on counsel | No objection served on counsel |
| **Fourth Quarterly** | **July-September 2005** | **2/20/06 (11861)** | | **$13,009.50** | **$4,385.83** | No objections served on counsel | No objections served on counsel |
| 13th Monthly | October 2005 | 12/27/05 (11441) | 2/15/06 | $2,729.00 | $0.00 | No objection served on counsel | No objection served on counsel |
| 14th Monthly | November 2005 | 1/20/06 (11598) | 2/16/06 | $1,948.00 | $754.67 | No objection served on counsel | No objection served on counsel |
| 15th Monthly | December 2005 | 1/20/06 (11599) | 2/16/06 | $4,906.00 | $313.37 | No objection served on counsel | No objection served on counsel |
| **Fifth Quarterly** | **October - December 2005** | **3/8/06 (11995)** | | **$9,583.00** | **$1,068.04** | No objection served on counsel | No objection served on counsel |
| 16th Monthly | January 2006 | 2/16/06 (11832) | 3/9/06 | $4,966.00 | $366.26 | No objection served on counsel | No objection served on counsel |
| 17th Monthly | February 2006 | 3/14/2006 (12050) | 4/17/06 | $5,248.00 | $417.58 | No objection served on counsel | No objection served on counsel |
| 18th Monthly | March 2006 | 4/17/2006 (12246) | 5/8/06 | $5,504.00 | $923.11 | No objection served on counsel | No objection served on counsel |

This is the nineteenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $400.00.

3

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $320.00 | 3.6 | $1,152.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $200.00 | 5.4 | $1,080.00 |
| TOTALS | | | | | 9.0 | $2,232.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 5.7 | $1,176.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 3.3 | $1,056.00 |
| TOTALS | 9.0 | $2,232.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Copying - In-house ($0.07 per page) | $75.95 |
| Courier Service (copies and hand deliveries) | $67.50 |
| On-line Search Service (CM/ECF) | $27.92 |
| Total | $171.37 |

Dated: May 18, 2006
      Wilmington, Delaware          **BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 7, 2006, 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006**

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

May 10, 2006
Invoice No. 9906014

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #0051677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 04/06/06 | I. D. Lindley | 2.80 | 560.00 | Review and revise Scott Law Group fee applications for January, February 2006 and confer with W. Sullivan re: same (1.2) Attention to e-filing and service, e-service of same (0.6) Prepare Certificate of No Objection for Richardson Patrick firm's January 2006 fee application, attention to e-filing, service and e-service of same. (0.8) Update tracking chart re: filed pleadings (0.2) |
| 04/10/06 | W.D. Sullivan | 0.20 | 64.00 | Review agenda for April 17, 2006 hearing; exclusivity going forward |
| 04/12/06 | W.D. Sullivan | 0.30 | 96.00 | Review miscellaneous pleadings in case |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

```
ZAI PLAINTIFFS                                          May 10, 2006
W.R. GRACE                                              Invoice No. 9906014
Ref. No. 0051677-000001                                 Page    2
```

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/14/06 | I. D. Lindley | 0.20 | 40.00 | Review and update fee tracking chart and correspondence re: March, 2006 fee applications due. |
| 04/17/06 | I. D. Lindley | 2.30 | 460.00 | Draft March 2006 interim fee application of Buchanan Ingersoll PC (1.8). Review same with W. Sullivan and attention to e-filing and service of same. (0.5) |
| 04/17/06 | W.D. Sullivan | 0.30 | 96.00 | Review and execute interim monthly fee application for March, 2006 (BI) |
| 04/17/06 | W.D. Sullivan | 2.80 | 896.00 | Attend hearing on mediation status and miscellaneous matters |
| 04/27/06 | I. D. Lindley | 0.10 | 20.00 | Review and revise fee tracking chart. |

```
                    Total Hours              9.00

                    Total Legal Services     $2,232.00
```

**Disbursements**

| Date | Description | Qty | Amount |
|---|---|---|---|
| 03/09/06 | On-Line Search Service Pacer | 1.00 | 6.08 |
| 03/15/06 | On-Line Search Service Pacer | 1.00 | 5.52 |
| 03/20/06 | On-Line Search Service Pacer | 1.00 | 16.32 |
| 04/06/06 | Photocopies I. D. Lindley | 132.00 | 9.24 |
| 04/06/06 | Photocopies I. D. Lindley | 550.00 | 38.50 |
| 04/06/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 7.50 |
| 04/06/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 7.50 |
| 04/06/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 7.50 |
| 04/06/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 7.50 |
| 04/06/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 7.50 |
| 04/06/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 7.50 |
| 04/06/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 7.50 |
| 04/06/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 7.50 |
| 04/06/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 7.50 |
| 04/17/06 | Photocopies I. D. Lindley | 7.00 | 0.49 |

```
ZAI PLAINTIFFS                                    May 10, 2006
W.R. GRACE                                        Invoice No. 9906014
Ref. No. 0051677-000001                           Page    3

04/17/06   Photocopies I. D. Lindley                  396.00       27.72

                        Disbursements               $171.37

                 Total Due this Invoice           $2,403.37
```

ZAI PLAINTIFFS                                    May 10, 2006
W.R. GRACE                                        Invoice No. 9906014
Ref. No. 0051677-000001                           Page    3

```
ZAI PLAINTIFFS                                      May 10, 2006
W.R. GRACE                                          Invoice No. 9906014
Ref. No. 0051677-000001                             Page    4
```

\* \* \* \* \*  ATTORNEY SUMMARY  \* \* \* \* \*

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| William D. Sullivan | 3.60 | 320.00 | 1,152.00 |
| I. D. Lindley | 5.40 | 200.00 | 1,080.00 |
| Total All Attorneys | 9.00 | | 2,232.00 |