## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 7, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

### VERIFICATION OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD <u>FROM APRIL 1, 2006 THROUGH APRIL 30, 2006</u>

I, William D. Sullivan, do hereby verify the following with respect to the Application Of Buchanan Ingersoll PC ("BIPC") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From April 1, 2006 Through April 30, 2006:

1.  I am an attorney with the applicant law firm, Buchanan Ingersoll PC, admitted to appear before this Court.

2.  I personally performed many of the legal services for which BIPC is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other BIPC attorneys for whose work compensation is being sought.

3.  I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the Order.

Dated: May 18, 2006

_____
William D. Sullivan