**EXHIBIT 2**

# for WR Grace PI
**Total number of parties: 65**

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19433 | EUGENE OSTROMOGILSKY, 1863 17TH AVENUE, SAN FRANCISCO, CA, 94122 | US Mail (1st Class) |
| 19434 | RE: ACEVEDO, ROBERTO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: ALICEA, ANTERO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: ANGLERO, ROBERTO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: ARROYO, PABLO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: AYALA, EFRAIN, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: BENITEZ, RAMON, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: BERRIOS, RUBEN, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CABALLERO, RAFAEL, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CALDERON, PEDRO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CANCEL, JORGE, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CANDELARIO, ANTONIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CASTRO, JUAN, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CHAPARRO, VALENTIN, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: COLON, FLORENTINO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CORDERO, ASTERIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CORDERO, ERNESTO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CRUZ, ANGEL, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: CRUZ, CARMELO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: DAVILA, ANDRES, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: DIAZ, RAMON, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: FERNANDEZ, FERNANDO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: FIGUEROA, HERMINIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: GARCIA, ANIBAL, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: GUZMAN, FELIPE, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: LAMBOY, JUAN, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: LATIMER, FELIX, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 19434 | RE: LEBRON, RAFAEL, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: MADERA, GERMAN, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: MARQUEZ, SANTOS, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: MELENDEZ, PEDRO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: MERCADO, JULIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: MOLINA, JESUS, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: MORALES, MARCELINO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: NAZARIO, ELADIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: ORTA, JAIME, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: ORTIZ, JOSE, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: PADILLA, JOSE, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: PEREZ, ANGEL, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: PEREZ, FELIX, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: PRITCHARD, ROBERT J, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: PUIG, LUIS, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: REYES, CARMELO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: REYES, EUGENIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: RIOS, CLODOMIRO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: RIOS, LUIS, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: RIVERA, CANDIDO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: RIVERA, JUAN, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: RIVERO, OVIDIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: ROBLES, JOSE, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: ROSARIO, FRANCISCO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: SALAZAR, SAMUEL, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: SANCHEZ, FRANCISCO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: SANTANA, ORLANDO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: SANTIAGO, DIONISIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: SANTOS, IGNACIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |

WR Grace PI

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19434 | RE: SEDA, ESMERALDO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: SERRANO, LUIS, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: SERRANO, RAFAEL, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: SOTO, JULIO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: TORRES, VICTOR, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: TRUJILLO, SAMUEL, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: VAZQUEZ, FRANCISCO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: VEGA, ROBERTO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 19434 | RE: VELEZ, GILBERTO, ROBERT J O'SHEA, JR ATTY AT LAW, 1818 MARKET ST STE 3520, PHILADELPHIA, PA, 19103 | DHL Overnight |

Subtotal for this group: 65