IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>, | ) ) ) | Case No. 01-01139 (JFK) (Jointly Administered) |
| Debtors. | ) ) | |

## NOTICE OF LODGING SETTLEMENT AGREEMENT

Plaintiff, the United States of America, hereby notifies the Court that it has lodged with the Court a Settlement Agreement that would resolve the United States' supplemental proof of claim that relates to the Wauconda Sand and Gravel Superfund Site.  Pursuant to Department of Justice policy and Section 122(d)(2) of the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9622(d)(2), the United States must provide persons who are not named as parties to this action the opportunity to comment on the proposed Settlement Agreement.  Accordingly, <u>the United States respectfully requests the Court to defer action on the attached Settlement Agreement while the United States provides an opportunity for public comment</u>.

The Department will publish in the Federal Register a notice that the Settlement Agreement has been lodged with the Court.  The notice will solicit public comment for a period of fifteen days.  During the comment period, no action is required of the Court.

After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that

the Settlement Agreement is inappropriate, inadequate or improper, and advise the Court whether the United States requests that an Order be entered.

                                      Respectfully submitted,

                                      SUE ELLEN WOOLDRIDGE
                                      Assistant Attorney General
                                      Environment and Natural Resources
                                       Division

                                      /s/ James D. Freeman
                                      JAMES D. FREEMAN
                                      Trial Attorney
                                      Environmental Enforcement Section
                                      United States Department of Justice
                                      1961 Stout Street, Eighth Floor
                                      Denver, CO 80294-1961
                                      (303) 844-1489


OF COUNSEL:

MARK KOELLER
Assistant Regional Counsel
U. S. Environmental Protection Agency
Mail Code: CA-29A
77 West Jackson Boulevard
Chicago, Illinois  60604