IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 18th day of May, 2006, the foregoing **NOTICE OF LODGING (and attached SETTLEMENT AGREEMENT)** was filed with the Court electronically and served upon the following in the manner indicated:

**Via U.S. Mail**
Janet S. Baer
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601

**Via U.S. Mail**
David W. Carickhoff, Jr.
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

            /s/ Corrine A. Christen
            Corrine A. Christen, CP
            Paralegal Specialist
            U.S. Department of Justice/ENRD/EES