IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 12255

The undersigned certifies the following to be true and correct to the best of his knowledge:

1. On April 18, 2006, the undersigned filed the *Seventeenth Interim Monthly Application of David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period December 1, 2005 through December 31, 2005* [Docket No. 12255] (the "Application").

2. The Cover Sheet for the Application inadvertently contained the Cover Sheet for the Seventh Quarterly fee application. Attached hereto as Exhibit "A" is the correct Cover Sheet. The time entries, fees and costs provided in the exhibits to the Application were the correct time entries, fees and costs.

3. Pursuant to the Application, objections to the Application were to be filed no later than May 8, 2006. No objections or responses were filed.

4. Pursuant to the *Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, dated April 17, 2002 [Docket No. 1949], the Debtor is authorized to pay David T. Austern $1,200.00 which represents 80% of the fees of $1,500.00 and no expenses, for a total due of $1,200.00 upon the filing of this

Certification and without the need for the entry of an Order of this Court approving the

Application when no objections have been filed or received.

                              PHILLIPS, GOLDMAN & SPENCE, P.A.

                              */s/ John C. Phillips, Jr.*
                              John C. Phillips, Jr. (#110)
                              1200 North Broom Street
                              Wilmington, DE 19806
                              302) 655-4200
                              (302) 655-4210 (fax)
                              Co-Counsel to David T. Austern, Future Claimants
                              Representative

Dated: May 19, 2006