IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u> | ) ) | Case No. 01-1139 (JKF) |
| Debtors. | ) ) ) | |

### NOTICE OF DOCUMENT ENTERED IN ERROR
### (DOCKET NO. 12436)

On May 16, 2006, the Certification of Counsel Regarding Docket No. 12256 was filed in the above-referenced proceedings (Docket No. 12436). This document inadvertently referenced the incorrect docket number and incorrect title of the pleading as the Eighteenth Monthly Interim Application of David T. Austern, Future Claimants' Representative for the Period February 1, 2006 through February 28, 2006, when it should have referenced the Seventeenth Monthly Interim Application of David T. Austern, Future Claimants' Representative for the Period December 1, 2005 through December 31, 2005.

The undersigned respectfully requests that Docket No. 12436 be marked as ENTERED IN ERROR.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: May 19, 2006