# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 11184 |
| | ) | May 15, 2006 Agenda Item No. 10 |
| | ) | |

**ORDER DENYING MOTION OF BDM CONSTRUCTION COMPANY, INC. FOR RELIEF FROM THE AUTOMATIC STAY**

This matter, having come before the Court on the Motion of BDM Construction Company, Inc. ("BDM") seeking an order modifying the automatic stay (the "Motion"), appropriate notice having been given, the Debtors having filed an objection, the Court having heard the arguments of BDM and the Debtors and being fully advised in the premises, HEREBY ORDERS AS FOLLOWS:

1. For the reasons stated in Court on May 15, 2006, BDM's Motion is denied; and

2. BDM is directed to dismiss its Cross Complaint against the Debtors as it is void, having been filed in violation of the automatic stay of section 362 of the Bankruptcy Code.

Dated: May ____, 2006

                                                             Honorable Judith K. Fitzgerald
                                                             United States Bankruptcy Judge