| Category | 20th Quarterly | Cumulative Through 20th Quarterly |
|---|---|---|
| 01 - Asset Analysis and Recovery | | |
| 02 - Asset Disposition | | |
| 03 - Business Operations | | |
| 04 - Case Administration | | |
| 05 - Claims Analysis Objection & Resolution (Asbestos) | | |
| 06 - Claims Analysis Objection & Resolution (Non-Asbestos) | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | |
| 08 - Employee Benefits / Pensions | | |
| 09 - Employment Applications, Applicant | | |
| 10 - Employment Applications, Others | | |
| 11 - Fee Applications - Applicant | $12,700.00 | $67,895.50 |
| 12 - Fee Applications - Others | | |
| 13 - Financing | | |
| 14 - Hearings | | |
| 15 - Litigation and Litigation Counselling | | |
| 16 - Plan and Disclousre Statement | | |
| 17 - Relief from Stay Proceedings | | |
| 18 - Tax Issues | | |
| 19 - Tax Litigation | | |
| 20 - Travel - Non-working | | |
| 21 - Valuation | | |
| 22 - ZAI Science Trial | $3,018.00 | $24,874.00 |
| 23 - ZAI Science Trial - Expenses | | |
| 24 - Other | | |
| 25 - Accounting/Auditing | | |
| 26 - Business Analysis | | |
| 27 - Corporate Finance | | |
| 28 - Data Analysis | | |
| FEE APPLICATIONS - TOTAL FEES | $15,718.00 | $92,769.50 |
| FEE APPLICATIONS - TOTAL EXPENSES | $1,706.95 | $17,619.24 |
| **FEE APPLICATIONS - TOTAL FEES AND EXPENSES** | **$17,424.95** | **$110,388.74** |