**<u>EXHIBIT "A"</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 9, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

### SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

Name of Applicant:                                Buchanan Ingersoll PC

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                              July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                          January 1, 2006 through
                                                  January 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                        $ 4,966.00

Amount of Expenses Reimbursement:                 $ 366.26

This is a:  X monthly    _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the designation of Edward Westbrook, who was appointed Lead Special counsel to the ZAI Claimants by Order dated August 26, 2002.  That Order made the appointment of counsel to the ZAI Claimants retroactive to July 22, 2002.

| Application | Period Covered | Date filed | CNO filed | Fees Sought | Expenses Sought | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|---|---|
| 1st Monthly | Sept. 24 through Oct. 31, 2004 | 11/29/04 (7044) | 2/9/05 (7731) | $13,472.00 | $74.40 | No objections served on counsel | No objections served on counsel |
| 2nd Monthly | November, 2004 | 1/12/05 (7528) | 2/14/05 (7768) | $5,765.00 | $2,317.07 | No objections served on counsel | No objections served on counsel |
| 3rd Monthly | December, 2004 | 5/4/05 (8366) | 6/28/05 (8692) | $5,815.50 | $1,542.81 | No objections served on counsel | No objections served on counsel |
| **First Quarterly** | **September 24, 2004 through December 31, 2004** | **8/12/05 (9187)** | | **$25,052.50** | **$3,934.28** | No objections served on counsel | No objections served on counsel |
| 4th Monthly | January, 2005 | 5/4/05 (8367) | 7/7/05 (8951) | $6,297.00 | $4,167.75 | No objections served on counsel | No objections served on counsel |
| 5th Monthly | February, 2005 | 5/4/05 (8368) | 7/7/05 (8952) | $6,066.50 | $698.29 | No objections served on counsel | No objections served on counsel |
| 6th Monthly | March, 2005 | 5/4/05 (8369) | 7/7/05 (8953) | $1,128.00 | $47.64 | No objections served on counsel | No objections served on counsel |
| **Second Quarterly** | **January - March 2005** | **8/12/05 (9188)** | | **$13,491.50** | **$4,913.68** | No objections served on counsel | No objections served on counsel |
| 7th Monthly | April, 2005 | No application filed | n/a | n/a | n/a | No objections served on counsel | No objections served on counsel |
| 8th Monthly | May, 2005 | 8/9/05 (9155) | 9/14/05 (9425) | $3,835.00 | $508.16 | No objections served on counsel | No objections served on counsel |
| 9th Monthly | June, 2005 | 8/9/05 (9157) | 9/14/05 (9427) | $2,737.00 | $1,102.30 | No objections served on counsel | No objections served on counsel |
| **Third Quarterly** | **April - June 2005** | **9/28/05 (9524)** | | **$6,332.00** | **$1,610.46** | No objections served on counsel | No objections served on counsel |
| 10th Monthly | July 2005 | 9/13/05 (9416) | 10/18/05 | $477.50 | $110.56 | No objection served on | No objection served on |

2

| | | | | | | counsel | counsel |
|---|---|---|---|---|---|---|---|
| 11th Monthly | August 2005 | 9/14/05 (9417) | 10/18/05 | $5,127.50 | $3,184.52 | No objection served on counsel | No objection served on counsel |
| 12th Monthly | September 2005 | 12/27/05 (11437) | 2/15/06 | $7,404.50 | $1,110.57 | No objection served on counsel | No objection served on counsel |
| 13th Monthly | October 2005 | 12/27/05 (11441) | 2/15/06 | $2,729.00 | $0.00 | No objection served on counsel | No objection served on counsel |
| 14th Monthly | November 2005 | 1/20/06 | 2/16/06 | $1,948.00 | $754.67 | No objection served on counsel | No objection served on counsel |
| 15th Monthly | December 2005 | 1/20/06 | 2/16/06 | $4,906.00 | $313.37 | No objection served on counsel | No objection served on counsel |

This is the sixteenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 4.1 | $1,066.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 19.50 | $3,900.00 |
| TOTALS | | | | | 23.60 | $4,966.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 22.7 | $4,732.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.9 | $234.00 |
| TOTALS | 0.0 | $4,966.00 |

3

11 - Fee Applications, Applicant

| Description | Amount |
| --- | --- |
| Copying - In-house ($0.07 per page) | $199.08 |
| Courier Service (copies and hand deliveries) | $137.50 |
| On-line Search Service (CM/ECF) | $29.68 |
| Total | $366.26 |

Dated: February 16, 2006
      Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 9, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM**
**<u>JANUARY 1, 2006 THROUGH JANUARY 31, 2006</u>**

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS                                          February 9, 2006
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN           Invoice No. 9885286
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464


**For Legal Services Rendered in Connection With:**


W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #0051677-000001

| | | | |
|---|---|---|---|
| 01/04/06 I. D. Lindley | 0.50 | 100.00 | Correspondence with W. Sullivan re: Scott law group time record request and call to S. Simatos at Scott Law Group re: same (0.1); correspondence to same collecting and enclosing Richardson Patrick firm's time records for recent fee applications. (0.2) Confer with W. Sullivan re: outstanding fee applications not received from co-counsel (0.1) ; correspondence to W. Sullivan summarizing same (0.1). |
| 01/05/06 I. D. Lindley | 3.00 | 600.00 | Complete BIPC's fourth quarterly fee application.  (3.0) |
| 01/06/06 W.D. Sullivan | 0.30 | 78.00 | Review chart; e-mail to co-counsel re: fee application |

---

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

ZAI PLAINTIFFS                                          February 9, 2006
W.R. GRACE                                             Invoice No. 9885286
Ref. No. 0051677-000001                               Page    2

| | | | | |
|---|---|---|---|---|
| 01/10/06 | W.D. Sullivan | 0.20 | 52.00 | Correspondence with co-counsel regarding RPWB 18th Quarterly Fee Application. |
| 01/11/06 | W.D. Sullivan | 0.30 | 78.00 | Review misc. pleadings relating to administration of case. |
| 01/12/06 | I. D. Lindley | 4.50 | 900.00 | Review and revise Richardson Patrick firm's 18th quarterly fee application, including preparation of cert. of service, notice of motion and service lists.  (2.3) Review same with W. Sullivan and attention to preparation for e-filing, e-filing and service of same. (1.8) Correspondence to counsel, fee auditor enclosing electronic copies of same and update fee tracking charts re: same (0.4) |
| 01/12/06 | W.D. Sullivan | 0.30 | 78.00 | Review and approve for filing 18th Quarterly Fee Application for RPWB. |
| 01/17/06 | I. D. Lindley | 3.20 | 640.00 | Draft and revise Buchanan Ingersoll fee applications for November and December 2005. (3.2) |
| 01/17/06 | W.D. Sullivan | 0.40 | 104.00 | Review and revise BI applications for November and December, 2005 |
| 01/17/06 | W.D. Sullivan | 0.20 | 52.00 | Review order amending property damage estimation; e-mail to co-counsel |

ZAI PLAINTIFFS                                February 9, 2006
W.R. GRACE                                    Invoice No. 9885286
Ref. No. 0051677-000001                       Page    3

| | | | | |
|---|---|---|---|---|
| 01/17/06 | W.D. Sullivan | 0.30 | 78.00 | Correspond with co-counsel re: fee application for November and December for Scott Law Group |
| 01/18/06 | W.D. Sullivan | 0.30 | 78.00 | Review pleadings in case |
| 01/19/06 | W.D. Sullivan | 0.30 | 78.00 | Review order scheduling hearing and objection deadlines; calendar all dates |
| 01/19/06 | W.D. Sullivan | 0.20 | 52.00 | Correspondence re: RPWB monthly fee applications |
| 01/20/06 | I. D. Lindley | 5.30 | 1,060.00 | Revise and draft additional material for BIPC November, December 2005 fee applications, confer with W. Sullivan re: same and attention to filing and service of same.  (2.1) Review, revise Richardson, Patrick firm's October, November and December 2006 fee applications and confer with W. Sullivan re: same; attention to e-filing and service of same. (3.2) |
| 01/20/06 | W.D. Sullivan | 0.30 | 78.00 | Review and revise fee application; execute verification and approve for filing (B.I. November, 2005 Fee Application) |
| 01/20/06 | W.D. Sullivan | 0.20 | 52.00 | Review and execute verification, approve for filing (B.I. December, 2005 Fee Application) |
| 01/20/06 | W.D. Sullivan | 0.40 | 104.00 | Address issues relating to filing and service of RPWB October, November, and December, 2005 Fee Applications |

```
ZAI PLAINTIFFS                                    February 9, 2006
W.R. GRACE                                        Invoice No. 9885286
Ref. No. 0051677-000001                           Page    4

01/23/06 W.D. Sullivan          0.20      52.00   Review Debtor's
                                                  rebuttal expert
                                                  submission on PD
                                                  estimation issues
01/24/06 W.D. Sullivan          0.20      52.00   Review agenda for
                                                  January 30, 2006 hearing
01/31/06 I. D. Lindley          3.00     600.00   Review and revise
                                                  interim fee
                                                  applications for the
                                                  Scott Law Group.  (3.0)


                      Total Hours            23.60

                      Total Legal Services        $4,966.00


Disbursements

10/25/05   Messenger/Delivery Service PARCELS, INC.        1.00        7.50
10/25/05   Messenger/Delivery Service PARCELS, INC.        1.00        7.50
10/25/05   Messenger/Delivery Service PARCELS, INC.        1.00        7.50
10/25/05   Messenger/Delivery Service PARCELS, INC.        1.00        7.50
10/25/05   Messenger/Delivery Service PARCELS, INC.        1.00        7.50
10/25/05   Messenger/Delivery Service PARCELS, INC.        1.00        7.50
10/25/05   Messenger/Delivery Service PARCELS, INC.        1.00        7.50
12/15/05   On-Line Search Service Pacer                    1.00        2.64
12/29/05   On-Line Search Service Pacer                    1.00       27.04
01/12/06   Photocopies I. D. Lindley                    1258.00       88.06
01/12/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/12/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/12/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/12/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/12/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/12/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/12/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/20/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/20/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/20/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/20/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/20/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/20/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/20/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
01/20/06   Messenger/Delivery Service PARCELS, INC.        1.00        5.00
```

```
ZAI PLAINTIFFS                                February 9, 2006
W.R. GRACE                                    Invoice No. 9885286
Ref. No. 0051677-000001                       Page   5

01/20/06  Photocopies I. D. Lindley                   881.00       61.67
01/20/06  Photocopies I. D. Lindley                   352.00       24.64
01/20/06  Photocopies I. D. Lindley                   353.00       24.71

                              Disbursements            $366.26


                       Total Due this Invoice         $5,332.26
```

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 0051677-000001

February 9, 2006
Invoice No. 9885286
Page   6

\* \* \* \* \*   ATTORNEY SUMMARY   \* \* \* \* \*

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| William D. Sullivan | 4.10 | 260.00 | 1,066.00 |
| I. D. Lindley | 19.50 | 200.00 | 3,900.00 |
| Total All Attorneys | 23.60 |  | 4,966.00 |