**<u>EXHIBIT "B"</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 4, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

Name of Applicant:                                      Buchanan Ingersoll PC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                   July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                              February 1, 2006 through
                                                       February 28, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 5,248.00

Amount of Expenses Reimbursement:                     $ 417.58

This is a: $\underline{X}$ monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the designation of Edward Westbrook, who was appointed Lead Special counsel to the ZAI Claimants by Order dated August 26, 2002.  That Order made the appointment of counsel to the ZAI Claimants retroactive to July 22, 2002.

| Application | Period Covered | Date filed | CNO filed | Fees Sought | Expenses Sought | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|---|---|
| 1st Monthly | Sept. 24 through Oct. 31, 2004 | 11/29/04 (7044) | 2/9/05 (7731) | $13,472.00 | $74.40 | No objections served on counsel | No objections served on counsel |
| 2nd Monthly | November, 2004 | 1/12/05 (7528) | 2/14/05 (7768) | $5,765.00 | $2,317.07 | No objections served on counsel | No objections served on counsel |
| 3rd Monthly | December, 2004 | 5/4/05 (8366) | 6/28/05 (8692) | $5,815.50 | $1,542.81 | No objections served on counsel | No objections served on counsel |
| **First Quarterly** | **September 24, 2004 through December 31, 2004** | **8/12/05 (9187)** | | **$25,052.50** | **$3,934.28** | No objections served on counsel | No objections served on counsel |
| 4th Monthly | January, 2005 | 5/4/05 (8367) | 7/7/05 (8951) | $6,297.00 | $4,167.75 | No objections served on counsel | No objections served on counsel |
| 5th Monthly | February, 2005 | 5/4/05 (8368) | 7/7/05 (8952) | $6,066.50 | $698.29 | No objections served on counsel | No objections served on counsel |
| 6th Monthly | March, 2005 | 5/4/05 (8369) | 7/7/05 (8953) | $1,128.00 | $47.64 | No objections served on counsel | No objections served on counsel |
| **Second Quarterly** | **January - March 2005** | **8/12/05 (9188)** | | **$13,491.50** | **$4,913.68** | No objections served on counsel | No objections served on counsel |
| 7th Monthly | April, 2005 | No application filed | n/a | n/a | n/a | No objections served on counsel | No objections served on counsel |
| 8th Monthly | May, 2005 | 8/9/05 (9155) | 9/14/05 (9425) | $3,835.00 | $508.16 | No objections served on counsel | No objections served on counsel |
| 9th Monthly | June, 2005 | 8/9/05 (9157) | 9/14/05 (9427) | $2,737.00 | $1,102.30 | No objections served on counsel | No objections served on counsel |
| **Third Quarterly** | **April - June 2005** | **9/28/05 (9524)** | | **$6,332.00** | **$1,610.46** | No objections served on counsel | No objections served on counsel |
| 10th Monthly | July 2005 | 9/13/05 (9416) | 10/18/05 | $477.50 | $110.56 | No objection | No objection |

2

| | | | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|---|---|
| 11th Monthly | August 2005 | 9/14/05 (9417) | 10/18/05 | $5,127.50 | $3,184.52 | No objection served on counsel | No objection served on counsel |
| 12th Monthly | September 2005 | 12/27/05 (11437) | 2/15/06 | $7,404.50 | $1,110.57 | No objection served on counsel | No objection served on counsel |
| **Fourth Quarterly** | **July– September 2005** | **2/20/06 (11861)** | | **$13,009.50** | **$4,385.83** | No objections served on counsel | No objections served on counsel |
| 13th Monthly | October 2005 | 12/27/05 (11441) | 2/15/06 | $2,729.00 | $0.00 | No objection served on counsel | No objection served on counsel |
| 14th Monthly | November 2005 | 1/20/06 (11598) | 2/16/06 | $1,948.00 | $754.67 | No objection served on counsel | No objection served on counsel |
| 15th Monthly | December 2005 | 1/20/06 (11599) | 2/16/06 | $4,906.00 | $313.37 | No objection served on counsel | No objection served on counsel |
| **Fifth Quarterly** | **October – December 2005** | **3/8/06 (11995)** | | **$9,583.00** | **$1,068.04** | Objection period still pending | Objection period still pending |
| 16th Monthly | January 2006 | 2/16/06 (11832) | 3/9/06 | $4,966.00 | $366.26 | No objection served on counsel | No objection served on counsel |

This is the seventeenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 5.4 | $1,728.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 17.60 | $3,520.00 |
| TOTALS | | | | | 23.00 | $5,248.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

3

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 18.8 | $3,904.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.2 | $1,344.00 |
| TOTALS | 23.0 | $5,248.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Copying - In-house ($0.07 per page) | $222.46 |
| Courier Service (copies and hand deliveries) | $170.00 |
| On-line Search Service (CM/ECF) | $25.12 |
| Total | $417.58 |

Dated: March 14, 2006
      Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.,</u> | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 4, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006</u>**

# Buchanan Ingersoll PC

ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

March 9, 2006
Invoice No. 9891925


For Legal Services Rendered in Connection With:


W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #0051677-000001


| | | | | |
|---|---|---|---|---|
| 02/01/06 | I. D. Lindley | 0.30 | 60.00 | Begin preparation of Scott Law Group November, December 2005 interim fee applications. |
| 02/01/06 | W.D. Sullivan | 0.40 | 128.00 | Review and approve for filing the monthly fee applications for The Scott Law Group (October 2005, November 2005 and December 2005) |
| 02/02/06 | I. D. Lindley | 4.30 | 860.00 | Correspondence to notice parties re: electronic copies of fee applications for Buchanan Ingersoll, Richardson Patrick firms filed in January 2006. (0.3) Correspondence to Scott Law Group re: October 2005 fee application. (0.1) Revise and prepare for filing Scott Law Group interim fee applications for |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

```
ZAI PLAINTIFFS                                          March 9, 2006
W.R. GRACE                                              Invoice No. 9891925
Ref. No. 0051677-000001                                 Page    2

                                                        October, November and
                                                        December 2005;
                                                        attention to filing and
                                                        service of same.  (3.9)
02/02/06 W.D. Sullivan         0.20        64.00        Review status report of
                                                        property damage motions
02/03/06 I. D. Lindley         0.10        20.00        Correspondence with
                                                        Scott Law Group re:
                                                        quarterly fee
                                                        application due dates.
02/03/06 W.D. Sullivan         0.30        96.00        Review expert witness
                                                        designations
02/07/06 W.D. Sullivan         0.10        32.00        Receive transcript from
                                                        January 26, 2006 hearing
02/10/06 I. D. Lindley         0.30        60.00        Review fee application
                                                        records per request
                                                        from Richardson Patrick
                                                        firm (0.2) ;
                                                        correspondence to K.
                                                        Jones at Richardson,
                                                        Patrick listing fee
                                                        application filing
                                                        dates.   (0.1)
02/15/06 I. D. Lindley         2.50       500.00        Review docket for
                                                        objections to BIPC
                                                        September, October,
                                                        November, December fee
                                                        applications and update
                                                        tracking charts re:
                                                        same (0.3) Draft four
                                                        certificates of no
                                                        objection for BIPC fee
                                                        applications (1.8)
                                                        attention to filing and
                                                        service of certificates
                                                        for September, October
                                                        2005.  (0.4)
02/15/06 W.D. Sullivan         0.20        64.00        Review agenda for
                                                        February 21, 2006
                                                        hearing
02/15/06 W.D. Sullivan         0.30        96.00        Correspondence from
                                                        co-counsel; review
                                                        draft response to
                                                        Grace's status report
```

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 0051677-000001

March 9, 2006
Invoice No. 9891925
Page    3

| | | | |
|---|---|---|---|
| 02/16/06 I. D. Lindley | 7.40 | 1,480.00 | Revisions and preparation of additional material for 18th quarterly fee application of BIPC. (1.7) Draft, revise, prepare for e-filing, file and attention to service of Certificates of No Objection for Richardson, Patrick interim fee applications for October, November, December 2005.  (2.6) Draft, revise, review with W. Sullivan, prepare for e-filing and attention to filing and service of Buchanan Ingersoll's January 2006 interim fee application.  (2.7) Revisions to fee application tracking chart for all ZAI counsel re: filings on 2/16 and updated deadlines. (0.4) |
| 02/16/06 W.D. Sullivan | 0.50 | 160.00 | Review status report and proposal plan summaries filed by Grace |
| 02/16/06 W.D. Sullivan | 0.20 | 64.00 | Correspond with co-counsel re: handling of status report |
| 02/16/06 W.D. Sullivan | 0.20 | 64.00 | Review and revise BI January 2006 Fee Application |
| 02/17/06 I. D. Lindley | 1.80 | 360.00 | Complete BIPC's 18th quarterly fee application, prepare for review by W. Sullivan and e-filing. (1.8) |

```
ZAI PLAINTIFFS                                    March 9, 2006
W.R. GRACE                                        Invoice No. 9891925
Ref. No. 0051677-000001                           Page    4
```

| 02/17/06 | W.D. Sullivan | 0.30 | 96.00 | Review and approve BI's Eighteenth Quarterly Fee Application |
| 02/20/06 | I. D. Lindley | 0.90 | 180.00 | Revise BIPC's 18th quarterly fee application and attention to e-filing, service of same. |
| 02/21/06 | W.D. Sullivan | 2.40 | 768.00 | Attend hearing on case status, exclusivity, and mediation; follow-up call with co-counsel on mediation |
| 02/22/06 | W.D. Sullivan | 0.30 | 96.00 | Correspond with co-counsel re: fee and expense issues |

```
                         Total Hours        23.00

                     Total Legal Services    $5,248.00
```

Disbursements

| 01/12/06 | On-Line Search Service Pacer | 1.00 | 16.72 |
| 01/20/06 | On-Line Search Service Pacer | 1.00 | 8.40 |
| 02/02/06 | Photocopies I. D. Lindley | 286.00 | 20.02 |
| 02/02/06 | Photocopies I. D. Lindley | 616.00 | 43.12 |
| 02/15/06 | Photocopies I. D. Lindley | 264.00 | 18.48 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |

```
ZAI PLAINTIFFS                              March 9, 2006
W.R. GRACE                                  Invoice No. 9891925
Ref. No. 0051677-000001                     Page   5

02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/16/06  Photocopies I. D. Lindley                     264.00      18.48
02/16/06  Photocopies I. D. Lindley                     396.00      27.72
02/16/06  Photocopies I. D. Lindley                       8.00       0.56
02/16/06  Photocopies I. D. Lindley                     374.00      26.18
02/17/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/17/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/17/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/17/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/17/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/17/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/17/06  Messenger/Delivery Service PARCELS, INC.        1.00       5.00
02/20/06  Photocopies I. D. Lindley                       1.00       0.07
02/20/06  Photocopies I. D. Lindley                     969.00      67.83

                    Disbursements              $417.58


                    Total Due this Invoice   $5,665.58
```

ZAI PLAINTIFFS                                    March 9, 2006
W.R. GRACE                                        Invoice No. 9891925
Ref. No. 0051677-000001                           Page   6


                  * * * * *   ATTORNEY SUMMARY   * * * * *

|                              | Hours Worked | Billed Per Hour | Bill Amount |
|------------------------------|--------------|-----------------|-------------|
| William D. Sullivan          | 5.40         | 320.00          | 1,728.00    |
| I. D. Lindley                | 17.60        | 200.00          | 3,520.00    |
| Total All Attorneys          | 23.00        |                 | 5,248.00    |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 4, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

**VERIFICATION OF THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
<u>**FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**</u>

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

Buchanan Ingersoll PC ("BIPC") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From February 1, 2006 Through

February 28, 2006:

1.      I am an attorney with the applicant law firm, Buchanan Ingersoll PC, admitted to

appear before this Court.

2.      I personally performed many of the legal services for which BIPC is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other BIPC attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: March 13, 2006

_____
William D. Sullivan

2

**File a Motion:**
01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 3/14/2006 at 9:47 AM EST and filed on 3/14/2006
**Case Name:**　W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**　01-01139-JKF
**Document Number:** 12050

**Docket Text:**
Monthly Application for Compensation *for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from February 1, 2006 Through February 28, 2006.* Filed by Buchanan Ingersoll PC Objections due by 4/4/2006.. (Attachments: # (1) Certificate of Service) (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**I:\ZAI Plaintiffs - Grace\BIPC\February 2006 Fee Application\Fee Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/14/2006] [FileNumber=4745764-0]
[81558578612b3d1a085b4cab98fc94fd9f28638356dbb09d1403f5352de9ede57083
b0938705ae82d5d344db0b42faf71b340ec3b4ed295e60fe93cbb86f25bf]]
**Document description:**Certificate of Service
**Original filename:**I:\ZAI Plaintiffs - Grace\BIPC\February 2006 Fee Application\CoS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/14/2006] [FileNumber=4745764-1]
[570a0bfefea0b51a5b35ba3819ccc1d4a21ec8deb88f3211c9229bc3d73d2f29144e
d76f5e052d4f0296ac5ad121c060274bd4477cf8f41153a076cc01fdb340]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson　eabramson@serlinglaw.com,

Peter M. Acton　pacton@nutter.com,

David G. Aelvoet　davida@publicans.com,

Julie A. Ardoin　dlawless@murray-lawfirm.com,

Elio Battista　battista@blankrome.com

Jonathan David Berger　jdberger@bm.net

Neil Matthew Berger　neilberger@teamtogut.com,
gdiconza@teamtogut.com;msmith@teamtogut.com;dperson@teamtogut.com;jhartman@teamtogut.com;vkarasz@teamtogut.com

Scott R. Bickford　usbc@mbfirm.com,

Ian Connor Bifferato　icb@bgbde.com, jjh@bgbde.com;jmr@bgbde.com

William Pierce Bowden　wbowden@ashby-geddes.com

Kay Diebel Brock　bk-kbrock.oagpo4.ocs@oag.state.tx.us

Charles J. Brown　bankruptcyemail@elzufon.com