**<u>EXHIBIT "C"</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 8, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
<u>FROM MARCH 1, 2006 THROUGH MARCH 31, 2006</u>**

Name of Applicant:                                        Buchanan Ingersoll PC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                   July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                               March 1, 2006 through
                                                        March 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                             $ 5,504.00

Amount of Expenses Reimbursement:                      $ 923.11

This is a:  <u>X</u> monthly    _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the
designation of Edward Westbrook, who was appointed Lead Special counsel to the ZAI Claimants by Order dated
August 26, 2002.  That Order made the appointment of counsel to the ZAI Claimants retroactive to July 22, 2002.

| Application | Period Covered | Date filed | CNO filed | Fees Sought | Expenses Sought | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|---|---|
| 1st Monthly | Sept. 24 through Oct. 31, 2004 | 11/29/04 (7044) | 2/9/05 (7731) | $13,472.00 | $74.40 | No objections served on counsel | No objections served on counsel |
| 2nd Monthly | November, 2004 | 1/12/05 (7528) | 2/14/05 (7768) | $5,765.00 | $2,317.07 | No objections served on counsel | No objections served on counsel |
| 3rd Monthly | December, 2004 | 5/4/05 (8366) | 6/28/05 (8692) | $5,815.50 | $1,542.81 | No objections served on counsel | No objections served on counsel |
| **First Quarterly** | **September 24, 2004 through December 31, 2004** | **8/12/05 (9187)** | | **$25,052.50** | **$3,934.28** | No objections served on counsel | No objections served on counsel |
| 4th Monthly | January, 2005 | 5/4/05 (8367) | 7/7/05 (8951) | $6,297.00 | $4,167.75 | No objections served on counsel | No objections served on counsel |
| 5th Monthly | February, 2005 | 5/4/05 (8368) | 7/7/05 (8952) | $6,066.50 | $698.29 | No objections served on counsel | No objections served on counsel |
| 6th Monthly | March, 2005 | 5/4/05 (8369) | 7/7/05 (8953) | $1,128.00 | $47.64 | No objections served on counsel | No objections served on counsel |
| **Second Quarterly** | **January - March 2005** | **8/12/05 (9188)** | | **$13,491.50** | **$4,913.68** | No objections served on counsel | No objections served on counsel |
| 7th Monthly | April, 2005 | No application filed | n/a | n/a | n/a | No objections served on counsel | No objections served on counsel |
| 8th Monthly | May, 2005 | 8/9/05 (9155) | 9/14/05 (9425) | $3,835.00 | $508.16 | No objections served on counsel | No objections served on counsel |
| 9th Monthly | June, 2005 | 8/9/05 (9157) | 9/14/05 (9427) | $2,737.00 | $1,102.30 | No objections served on counsel | No objections served on counsel |
| **Third Quarterly** | **April - June 2005** | **9/28/05 (9524)** | | **$6,332.00** | **$1,610.46** | No objections served on counsel | No objections served on counsel |
| 10th Monthly | July 2005 | 9/13/05 (9416) | 10/18/05 | $477.50 | $110.56 | No objection | No objection |

2

| | | | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|---|---|
| 11th Monthly | August 2005 | 9/14/05 (9417) | 10/18/05 | $5,127.50 | $3,184.52 | No objection served on counsel | No objection served on counsel |
| 12th Monthly | September 2005 | 12/27/05 (11437) | 2/15/06 | $7,404.50 | $1,110.57 | No objection served on counsel | No objection served on counsel |
| **Fourth Quarterly** | **July–September 2005** | **2/20/06 (11861)** | | **$13,009.50** | **$4,385.83** | No objections served on counsel | No objections served on counsel |
| 13th Monthly | October 2005 | 12/27/05 (11441) | 2/15/06 | $2,729.00 | $0.00 | No objection served on counsel | No objection served on counsel |
| 14th Monthly | November 2005 | 1/20/06 (11598) | 2/16/06 | $1,948.00 | $754.67 | No objection served on counsel | No objection served on counsel |
| 15th Monthly | December 2005 | 1/20/06 (11599) | 2/16/06 | $4,906.00 | $313.37 | No objection served on counsel | No objection served on counsel |
| **Fifth Quarterly** | **October – December 2005** | **3/8/06 (11995)** | | **$9,583.00** | **$1,068.04** | Objection period still pending | Objection period still pending |
| 16th Monthly | January 2006 | 2/16/06 (11832) | 3/9/06 | $4,966.00 | $366.26 | No objection served on counsel | No objection served on counsel |
| 17th Monthly | February 2006 | 3/14/2006 (12050) | 4/17/06 | $5,248.00 | $417.58 | No objection served on counsel | No objection served on counsel |

This is the eighteenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $320.00 | 6.7 | $2,144.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $200.00 | 16.8 | $3,360.00 |
| TOTALS | | | | | 23.50 | $5,504.00 |

3

No paraprofessional rendered professional services in these cases during the Fee Period.

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 19.0 | $4,064.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.5 | $1,440.00 |
| TOTALS | 23.5 | $5,504.00 |

### 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Copying - In-house ($0.07 per page) | $305.76 |
| Courier Service (copies and hand deliveries) | $583.91 |
| On-line Search Service (CM/ECF) | $33.44 |
| Total | $923.11 |

Dated: April 17, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 8, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

## FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM <u>MARCH 1, 2006 THROUGH MARCH 31, 2006</u>

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

April 11, 2006
Invoice No. 9899480

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #0051677-000001

| | | | |
|---|---|---|---|
| 02/28/06 I. D. Lindley | 2.40 | 480.00 | Revise and prepare 19th quarterly fee application of Richardson Patrick firm for e-filing and service. (1.2) Revise and prepare 19th quarterly fee application of Scott Law Group for e-filing and service (1.2) |
| 03/02/06 I. D. Lindley | 7.20 | 1,440.00 | Draft, revise, file and serve 3 certificates of no objection for Scott Law Group's October, November and December interim fee applications. (2.6) Update fee application tracking chart re: same. (0.4) Revise and update 19th quarterly fee applications of Richardson Patrick, Scott Law Group firms and prepare same for |

```
ZAI PLAINTIFFS                                    April 11, 2006
W.R. GRACE                                        Invoice No. 9899480
Ref. No. 0051677-000001                           Page    2
```

|            |               |      |        |                                                                                                                                                                                                                                               |
|------------|---------------|------|--------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |               |      |        | review by W. Sullivan, e-filing and service. (1.2) Draft Buchanan Ingersoll's 19th quarterly fee application and supporting documentation, prepare electronic copies of same for e-filing and service, review by W. Sullivan. (3.0) |
| 03/07/06   | W.D. Sullivan | 0.50 | 160.00 | Review and approve for filing fee application for 19th Quarterly Period from BI, RPWB and The Scott Law Group |
| 03/09/06   | I. D. Lindley | 2.00 | 400.00 | Revisions to three 19th quarterly fee applications for Buchanan Ingersoll, Scott Law Group and Richardson Patrick (0.4); prepare for e-filing and service and attention to same (1.2); correspondence to notice parties and fee auditor enclosing appropriate copies of fee applications per administrative order. (0.4) |
| 03/09/06   | W.D. Sullivan | 0.50 | 160.00 | Review 2004 status report and forward to co-counsel |
| 03/10/06   | I. D. Lindley | 1.30 | 260.00 | Correspondence with K. Jones at Richardson Patrick firm (0.1); revise January 2006 interim fee application of Richardson Patrick firm, review same with W. Sullivan and attention to e-filing, service of same. (1.2) |

ZAI PLAINTIFFS                                          April 11, 2006
W.R. GRACE                                              Invoice No. 9899480
Ref. No. 0051677-000001                                 Page    3

| | | | |
|---|---|---|---|
| 03/10/06 W.D. Sullivan | 0.20 | 64.00 | Review and approve for filing RPWP fee application |
| 03/13/06 I. D. Lindley | 1.10 | 220.00 | Prepare and file certificate of no objection for Buchanan Ingersoll's January 2006 fee application, attention to e-filing and service of same. (1.1) |
| 03/14/06 I. D. Lindley | 2.20 | 440.00 | Draft February 2006 monthly interim fee application of Buchanan Ingersoll, review same with W. Sullivan and attention to filing and service of same. |
| 03/14/06 W.D. Sullivan | 0.20 | 64.00 | Review and approve BI February fee application |
| 03/15/06 I. D. Lindley | 0.20 | 40.00 | Confer with W. Sullivan and review ZAI counsel fee status; correspondence to Richardson Patrick, Scott Law Group firms re: January and February fee applications. |
| 03/15/06 W.D. Sullivan | 0.30 | 96.00 | Review revised PD and PI schedules submitted to Court |
| 03/20/06 I. D. Lindley | 0.20 | 40.00 | Per W. Sullivan, review certification of counsel regarding 18th quarterly fee application hearing and fee tracking tables to confirm correct fee amounts listed for all ZAI counsel (0.2) |

```
ZAI PLAINTIFFS                                    April 11, 2006
W.R. GRACE                                        Invoice No. 9899480
Ref. No. 0051677-000001                           Page    4
```

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 03/20/06 | W.D. Sullivan | 0.40 | 128.00 | Review certification of counsel re: eighteenth interim fee applications; correspond with co-counsel re: same |
| 03/20/06 | W.D. Sullivan | 0.50 | 160.00 | Review pleadings regarding treatment of Libby claimants |
| 03/20/06 | W.D. Sullivan | 0.30 | 96.00 | Correspond with co-counsel re: handling of fee application order and verification of fees owed |
| 03/20/06 | W.D. Sullivan | 0.20 | 64.00 | Review order extending exclusivity and appointing mediator |
| 03/20/06 | W.D. Sullivan | 0.30 | 96.00 | Review pleadings re: amended Case Management Order and Estimation proceedings |
| 03/21/06 | W.D. Sullivan | 0.20 | 64.00 | Review agenda for March 27th hearing |
| 03/21/06 | W.D. Sullivan | 0.30 | 96.00 | Review proposed Order re: fee applications; Order appropriate for entry |
| 03/21/06 | W.D. Sullivan | 0.30 | 96.00 | Review W.R. Grace's status report |
| 03/23/06 | I. D. Lindley | 0.10 | 20.00 | Correspondence with Scott Law Group re: ZAI fee applications. |
| 03/23/06 | W.D. Sullivan | 0.10 | 32.00 | Review revised agenda for hearing |
| 03/23/06 | W.D. Sullivan | 0.10 | 32.00 | Review miscellaneous pleadings |
| 03/27/06 | W.D. Sullivan | 1.70 | 544.00 | Attend W.R. Grace omnibus hearing and status report |
| 03/28/06 | W.D. Sullivan | 0.30 | 96.00 | Review Order approving 18th Interim Fee Applications and forward to co-counsel |

```
ZAI PLAINTIFFS                              April 11, 2006
W.R. GRACE                                  Invoice No. 9899480
Ref. No. 0051677-000001                     Page    5
```

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 03/29/06 | I. D. Lindley | 0.10 | 20.00 | Correspondence with Scott Law Group re: ZAI fee applications not yet received from counsel. |
| 03/30/06 | W.D. Sullivan | 0.30 | 96.00 | Review revised Case Management Order for PD estimation |

```
                    Total Hours          23.50

               Total Legal Services      $5,504.00
```

## Disbursements

| Date | Description | Qty | Amount |
|---|---|---|---|
| 02/01/06 | On-Line Search Service Pacer | 1.00 | 2.40 |
| 02/16/06 | On-Line Search Service Pacer | 1.00 | 25.44 |
| 02/16/06 | On-Line Search Service Pacer | 1.00 | 5.60 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 398.91 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/02/06 | Photocopies I. D. Lindley | 396.00 | 27.72 |
| 03/08/06 | Photocopies I. D. Lindley | 1012.00 | 70.84 |
| 03/08/06 | Photocopies I. D. Lindley | 1078.00 | 75.46 |
| 03/08/06 | Photocopies I. D. Lindley | 262.00 | 18.34 |
| 03/08/06 | Photocopies I. D. Lindley | 828.00 | 57.96 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |

Case 01-01139-AMC   Doc 12458-5   Filed 05/19/06   Page 12 of 18

ZAI PLAINTIFFS                                        April 11, 2006
W.R. GRACE                                            Invoice No. 9899480
Ref. No. 0051677-000001                               Page    6

| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/08/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/10/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/10/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/10/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/10/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/10/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/10/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/10/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/10/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 03/10/06 | Photocopies I. D. Lindley | 286.00 | 20.02 |
| 03/13/06 | Photocopies I. D. Lindley | 132.00 | 9.24 |
| 03/14/06 | Photocopies I. D. Lindley | 374.00 | 26.18 |

                    Disbursements              $923.11


              Total Due this Invoice        $6,427.11

ZAI PLAINTIFFS                                    April 11, 2006
W.R. GRACE                                        Invoice No. 9899480
Ref. No. 0051677-000001                           Page   7


                  * * * * *   ATTORNEY SUMMARY   * * * * *

|                              | Hours Worked | Billed Per Hour | Bill Amount |
|------------------------------|--------------|-----------------|-------------|
| William D. Sullivan          | 6.70         | 320.00          | 2,144.00    |
| I. D. Lindley                | 16.80        | 200.00          | 3,360.00    |
| Total All Attorneys          | 23.50        |                 | 5,504.00    |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 8, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

**VERIFICATION OF THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM MARCH 1, 2006 THROUGH MARCH 31, 2006**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of Buchanan Ingersoll PC ("BIPC") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From March 1, 2006 Through March 31, 2006:

1.      I am an attorney with the applicant law firm, Buchanan Ingersoll PC, admitted to appear before this Court.

2.      I personally performed many of the legal services for which BIPC is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other BIPC attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: April 17, 2006

_____

William D. Sullivan

2

## CERTIFICATE OF SERVICE

I, Ian D. Lindley, hereby certify that I caused a copy of the foregoing *Application of Buchanan Ingersoll PC for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from March 1, 2006 through March 31, 2006* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: April 17, 2006                              /s/    *Ian D. Lindley*
                                                           Ian D. Lindley

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801
dcarickhoff@pszyj.com

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_sprayregen@chicago.kirkland.com
james_kapp@chicago.kirkland.com

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
wkatchen@duanemorris.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
syoder@bayardfirm.com

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
jsakalo@bilzin.com

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
hrafatjoo@pszyj.com

David B. Seigel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
william.sparks@grace.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
elawler@stroock.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

2

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
pvnl@capdale.com

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
currier@klettrooney.com

David M. Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
jrestivo@reedsmith.com

Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
pbentley@kramerlevin.com

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
collins@rlf.com

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
phillips@pglaw.com

3