IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE CO., *et al* | ) | Case No. 01-01139 (JFK) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**FIRST AMENDED**
**VERIFIED STATEMENT IN CONNECTION WITH THE**
**REPRESENTATION OF CREDITORS AS REQUIRED BY**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Ronald J. Shingler, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Hobin, Shingler & Simon, LLP, ("HS&S") with offices at 1011 A Street, Antioch, California 94509-2323.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by Hobin, Shingler & Simon, LLP with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. Each of these Creditors has employed Hobin, Shingler & Simon, LLP under an employment contract with Hobin, Shingler & Simon, LLP. A blank but unredacted exemplar of Hobin, Shingler & Simon, LLP's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form

-2-

of agreement or instrument is used by Hobin, Shingler & Simon, LLP one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc.  For each Asbestos Creditor represented by Hobin, Shingler & Simon, LLP and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 11, 2006                            Respectfully submitted,

                                               /s/ Ronald J. Shingler

                                               Ronald J. Shingler
                                               Hobin, Shingler & Simon, LLP
                                               1011 A Street
                                               Antioch, California 94509-2323