**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: June 8, 2006 |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
MARCH 1, 2006 THROUGH MARCH 31, 2006**

| | |
|---|---|
| Name of Applicant: | The Scott Law Group, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | March 1, 2006 through March 31, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $    1,351.50 |
| Amount of Expenses Reimbursement: | $           0 |

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the thirty-ninth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 16 | Litigation | $425 | .5 | $212.50 |
| | | TOTALS | | | .5 | $212.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 2.5 | $425.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 2.8 | $294.00 |
| Elizabeth I. Rutherford | Legal Asst. | 9 | Litigation | $90 | 2.0 | $180.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 4.0 | $240.00 |
| | | TOTALS | | | 11.3 | $1,139.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 11.8 Hours | $1,351.50 |
| TOTALS | 11.8 Hours | $1,351.50 |

Dated: May 19, 2006
      Wilmington, Delaware       **BUCHANAN INGERSOLL PC**

/s/     *William D. Sullivan*
William D. Sullivan, Esq.
Buchanan Ingersoll, PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**THE SCOTT LAW GROUP, P.S.**

Darrell W. Scott, Esq.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: June 8, 2006 |
| | ) | Hearing Date:  TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>MARCH 1, 2006 THROUGH MARCH 31, 2006</u>**

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

Re:   1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 3/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/3/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Office conference regarding communications from ZAI homeowners (.2); prepare communications to homeowners with questions on Zonolite and updates to database regarding same (.7). | .9 | $170.00 | $153.00 |
| 3/10/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Begin compilation of materials for ZAI mediation (1.5);  email from and to ZAI homeowner re same (.1). | 1.6 | $170.00 | $272.00 |
| 3/13/2006 | SS<br>Samantha Simatos<br>Legal Assistant | Preparation of January and February fee applications. | .3 | $105.00 | $31.50 |
| 3/28/2006 | DWS<br>Darrell W. Scott<br>Principal | Phone conference re analysis and prioritizing of ZAI sales information. | .3 | $425.00 | $127.50 |
| 3/28/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review and prepare analysis of exhibit images thru CD 01_12. | 2.0 | $60.00 | $120.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:    1.5    Grace - Special Counsel                                                     FOR TIME PERIOD ENDED 3/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/29/2006 | DWS<br>Darrell W. Scott<br>Principal | Review and respond to email from ZAI counsel re insurance issues. | .2 | $425.00 | $85.00 |
| 3/30/2006 | BR<br>Bets Rutherford<br>Legal Assistant | Incorporate and summarize imaged ZAI exhibits in ZAI Exhibit database. | 2.0 | $90.00 | $180.00 |
| 3/30/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review and prepare analysis of exhibit images thru CD01_13_50. | 2.0 | $60.00 | $120.00 |
| 3/31/2006 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare January and February fee applications (2.4); send same to Sullivan's office for filing (.1). | 2.5 | $105.00 | $262.50 |

**TOTAL THIS STATEMENT:**     $1,351.50

## VERIFICATION

STATE OF WASHINGTON    )
                       )
COUNTY OF SPOKANE      )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.



Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 16th day of May, 2006.

Kristy L Bergland
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006

