**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**March 2006**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended March 31, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 19.9 | $ 12,318.10 |
| Robert R. Keehan | Audit Partner | 18 | Integrated Audit | $619.00 | 2.0 | $ 1,238.00 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $815.00 | 1.0 | $ 815.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 8.2 | $ 3,690.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 30.1 | $ 10,685.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 8.5 | $ 3,017.50 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $245.00 | 53.2 | $ 13,034.00 |
| Francois C Barnard | Audit Manager | 7 | Integrated Audit | $257.00 | 9.0 | $ 2,313.00 |
| Maria Lopez | Tax Manager | 5 | Integrated Audit | $295.00 | 3.0 | $ 885.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $204.00 | 10.0 | $ 2,040.00 |
| Matthew G. Bosseler | Audit Senior Associate | 9 | Integrated Audit | $203.00 | 5.0 | $ 1,015.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 135.5 | $ 25,067.50 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 88.2 | $ 16,317.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 11.5 | $ 1,978.00 |
| Denise C Baumann | Tax Senior Associate | 3 | Integrated Audit | $145.00 | 11.0 | $ 1,595.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 74.0 | $ 9,250.00 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 68.0 | $ 7,208.00 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $138.00 | 73.4 | $ 10,129.20 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | | $ 1,204.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 7.0 | |
| **Charles Hopper** | **Audit Associate** | 1 | **Integrated Audit** | $106.00 | 16.0 | $ 1,696.00 |
| **Nicole Heisler** | **Audit Associate** | 1 | **Integrated Audit** | $133.00 | 3.5 | $ 465.50 |
| **Peter Mahoney** | **Audit Intern** | 1 | **Integrated Audit** | $79.00 | 4.0 | $ 316.00 |
| | | | **TOTAL** | | 642.0 | $ 126,277.30 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | | | |
|---|---|---|---|
| **Totals** | 41.4 | | $ 5,214.30 |

## Summary of PwC's Fees By Project Category:
## March 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **41.4** | **$5,214.30** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |

| | | |
|---|---|---|
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **642.0** | **$126,277.30** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **683.5** | **$131,491.60** |

## Expense Summary
## March 2006

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $500.73 |
| **Lodging** | N/A | $0 |
| **Sundry** | N/A | $0 |
| **Business Meals** | N/A | $530.51 |
| **TOTAL:** | | $1,031.24 |