# EXHIBIT - A

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended March 31, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 19.9 | $ 12,318.10 |
| Robert R. Keehan | Audit Partner | 18 | Integrated Audit | $619.00 | 2.0 | $ 1,238.00 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $815.00 | 1.0 | $ 815.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 8.2 | $ 3,690.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 30.1 | $ 10,685.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 8.5 | $ 3,017.50 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $245.00 | 53.2 | $ 13,034.00 |
| Francois C Barnard | Audit Manager | 7 | Integrated Audit | $257.00 | 9.0 | $ 2,313.00 |
| Maria Lopez | Tax Manager | 5 | Integrated Audit | $295.00 | 3.0 | $ 885.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $204.00 | 10.0 | $ 2,040.00 |
| Matthew G. Bosseler | Audit Senior Associate | 9 | Integrated Audit | $203.00 | 5.0 | $ 1,015.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 135.5 | $ 25,067.50 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 88.2 | $ 16,317.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 11.5 | $ 1,978.00 |
| Denise C Baumann | Tax Senior Associate | 3 | Integrated Audit | $145.00 | 11.0 | $ 1,595.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 74.0 | $ 9,250.00 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 68.0 | $ 7,208.00 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $138.00 | 73.4 | $ 10,129.20 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | 7.0 | $ 1,204.00 |
| Charles Hopper | Audit Associate | 1 | Integrated Audit | $106.00 | 16.0 | $ 1,696.00 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $133.00 | 3.5 | $ 465.50 |
| Peter Mahoney | Audit Intern | 1 | Integrated Audit | $79.00 | 4.0 | $ 316.00 |
| | | TOTAL | | | 642.0 | $ 126,277.30 |

WR Grace & Co., Inc.
**Time Summary Report - Audit**
Month ended March 31, 2006

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/1/2006 | 0.5 | Discuss audit completion status with F Festa (Grace) |
| 3/1/2006 | 0.4 | Document discussion with F Festa (Grace) |
| 3/1/2006 | 0.6 | Discuss status of open items with P Reinhardt (PwC) |
| 3/2/2006 | 1.0 | Discuss SEC reviewer comments on Form 10-K with B Eydt and R Grady (PwC) |
| 3/2/2006 | 0.2 | Discuss audit report form with R Grady (PwC) |
| 3/2/2006 | 0.6 | Discuss legal update with M Shelnitz, R Finke (Grace), P Reinhardt, and J Afuang (PwC) |
| | | Discuss segment disclosure analysis and Form 10-K disclosures with B Tarola, B Dockman, M |
| 3/2/2006 | 0.7 | Brown (Grace) and R Grady (PwC) |
| 3/3/2006 | 2.0 | Discuss audit completion status with R Grady, P Reinhardt and J Afuang (PwC) |
| 3/3/2006 | 1.0 | Review critical matters in audit file |
| 3/5/2006 | 0.3 | Read Bankruptcy News |
| 3/5/2006 | 0.6 | Review Summary of Aggregated Differences |
| 3/5/2006 | 0.1 | Read internal counsel legal letter draft |
| 3/6/2006 | 1.2 | Read PwC tax memos documenting tax accrual review |
| 3/8/2006 | 0.5 | Attend audit committee meeting by phone |
| 3/8/2006 | 0.3 | Read management's segment disclosure analysis |
| 3/8/2006 | 0.2 | Review methodology for determination of search for unrecorded liabilities result |
| 3/9/2006 | 2.5 | Review and discuss form of management report on internal control over financial reporting |
| 3/9/2006 | 2.5 | Review and sign off of audit documentation |
| 3/10/2006 | 3.8 | Review and sign off audit completion documentation |
| 3/10/2006 | 0.9 | Review draft of Form 10-K |
| | **19.9** | **Total Grace Integrated Audit Charged Hours** |
| | **19.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Robert R. Keehan**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/4/2006 | 2.0 | Final review of 10-K and year end reporting (critical matters) |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Robert Eydt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2/28/2006 | 1.0 | Review Grace 10-K and give comments to audit. |
| | 1.0 | **Total Grace Integrated Audit Charged Hours** |
| | 1.0 | **Total Hours** |

WR Grace & Co., Inc.
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Peter Woolf**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2006 | 3.0 | Prepare tax accrual memo |
| 3/2/2006 | 1.5 | Prepare tax accrual-disc with mgr over issues and papers |
| 3/3/2006 | 0.5 | Prepare memo/Andree Clark's answers |
| 3/6/2006 | 0.2 | Follow up on clients responses |
| 3/7/2006 | 1.0 | Review disc and workpapers |
| 3/8/2006 | 1.0 | Sign off/discussion |
| 3/16/2006 | 1.0 | Finalize and follow up issues regarding accrual |
| | **8.2** | **Total Grace Integrated Audit Charged Hours** |
| | **8.2** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended March 31, 2006

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2006 | 1.3 | Emails and notes following meeting with B. Kenny on 2/28/2006 |
| 3/2/2006 | 1.1 | Review of IT change management testing |
| 3/3/2006 | 0.9 | Emails and review of related documentation |
|  | 1.2 | Review of security access documentation |
| 3/6/2006 | 1.0 | Preparation for update meeting with B. Kenny involving discussions with P. Rheihardt |
|  | 1.3 | Review of project plans and data base notes |
| 3/7/2006 | 1.9 | Preparation for update meeting with B. Kenny involving documentation review |
|  | 1.0 | Conference call with B. Kenny |
|  | 0.5 | Send emails |
| 3/8/2006 | 2.5 | Review of SAD exceptions with B. Kenny and B. Summerson, R. Grady PwC and P. Rheinhardt PwC |
|  | 1.4 | Various PwC internal discussions regarding outstanding items on the SAD |
|  | 4.6 | Review and sign off of IT issues and approach in PwC database |
| 3/9/2006 | 1.7 | Series of short meetings with B. Kenny, B. Summerson on outstanding items |
|  | 1.3 | Wrap up discussions with R. Grady and P. Reinhardt PwC |
|  | 3.3 | Review and sign off of IT and business issues and approach in PwC database |
| 3/10/2006 | 3.2 | Clearance of items in PwC database for review and wrap up |
| 3/14/2006 | 0.6 | Sign off of SAD in Database |
| 3/27/2006 | 0.3 | Review of slides for close out meeting |
| 3/29/2006 | 1.0 | Close out meeting and timing discussion for 2006 with B Kenny |
|  | **30.1** | **Total Grace Integrated Audit Charged Hours** |
|  | **30.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
Month ended March 31, 2006

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name:  David Lloyd

| | | |
|------|-------|----------------------------------|
| 3/8/2006 | 0.5 | Audit committee call to review 10-K draft. |
| 3/20/2006 | 0.5 | Call with P Reinhardt (PwC) to discuss planning for first quarter review. |
| 3/23/2006 | 2.0 | Prepare client acceptance documentation for 2006 audit |
| | 1.0 | Prepare independence documentation for 2006 audit |
| 3/24/2006 | 3.0 | Planning for first quarter review. |
| | 1.0 | Discussions with P Reinhardt (PwC) on engagement team roles for the first quarter review. |
| 3/29/2006 | 0.5 | Meeting with R Grady and P Reinhardt (PwC) on preparation for April 3, 2006 debrief meeting |
| | **8.5** | **Total Grace Integrated Audit Charged Hours** |
| | **8.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name: Ryan Grady** | | |
| 3/1/2006 | 3.5 | Reviewing audit file - corporate accruals section |
| 3/2/2006 | 2.9 | Reviewing audit file - completion section |
| | 1.9 | Reviewing audit file - completion section |
| | 3.5 | Documenting audit quality completion checklist |
| 3/3/2006 | 2.0 | Reviewing updated summary of deficiencies |
| | 3.3 | Reading legal replies received from Grace attorneys |
| 3/6/2006 | 2.0 | Reading legal replies received from Grace attorneys and related summarization |
| 3/7/2006 | 3.6 | Reviewing required disclosures - new accounting standards |
| | 1.0 | Reading latest draft 10-K |
| | 1.3 | Revising audit committee presentation for May 9 meeting |
| 3/8/2006 | 1.7 | Reading latest draft of management discussion and analysis |
| | 2.5 | Reviewing SEC manual for required disclosures under Item 10 |
| | 2.0 | Reviewing audit file - completion section |
| 3/9/2006 | 1.2 | Attending Grace audit committee with B Bishop, D Lloyd (PwC) |
| | 2.0 | Reviewing audit file - other auditing procedures (independence, fraud) |
| 3/10/2006 | 1.5 | Reviewing final draft 10-K |
| | 1.8 | Wrapping up audit file review for filing |
| | 1.5 | Reviewing final version of audit opinion for inclusion in 10-K |
| | 2.7 | Wrapping up audit file review for filing |
| 3/16/2006 | 2.5 | Summaring prior year audit results for debrief meeting with management |
| | 2.0 | Summaring prior year audit results for debrief meeting with management |
| 3/17/2006 | 2.3 | Summaring prior year audit results for debrief meeting with management |
| 3/29/2006 | 2.8 | Preparing for audit debrief meeting with management |
| | 1.7 | Preparing for audit debrief meeting with management |
| | **53.2** | **Total Grace Integrated Audit Charged Hours** |
| | **53.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Francois Barnard**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **3/4/2006** | 5.00 | Final review of database |
| **3/6/2006** | 2.00 | Final review of database |
| **3/8/2006** | 2.0 | Final review of database |
| | **9.0** | **Total Grace Integrated Audit Charged Hours** |
| | **9.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Maria Lopez**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 3/8/2006 | 2.4 | Key Control No. 7 - Review Financial Statements and Footnotes |
| | 0.6 | Document update |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Daniel Spratt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **3/3/2006** | 1.0 | WR Grace 2005 tax provision review. |
| **3/5/2006** | 2.0 | WR Grace 2005 tax provision review. |
| **3/6/2006** | 2.0 | WR Grace 2005 tax provision review. |
| **3/7/2006** | 2.0 | WR Grace 2005 tax provision review. |
| **3/8/2006** | 2.0 | WR Grace 2005 tax provision review. |
| **3/9/2006** | 1.0 | WR Grace 2005 tax provision review. |
| | **10.0** | **Total Grace Integrated Audit Charged Hours** |
| | **10.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Matt Bosseler** | | |
| **3/6/2006** | 3.0 | SAS 99 Testing via Computerized Assisted Auditing Techniques |
| **3/7/2006** | 2.0 | SAS 99 Testing via Computerized Assisted Auditing Techniques |
| | **5.0** | **Total Grace Integrated Audit Charged Hours** |
| | **5.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/1/2006 | 2.0 | Reviewing the database |
| | 0.5 | Meeting with the PwC tax team |
| | 1.0 | Preparing the Quality Partner review checklist |
| | 1.0 | Working on the Journal entry documentation |
| | 0.5 | Reviewing the comments on the 10-K from B.Edyt |
| | 3.0 | Working on the disclosure checklist |
| | 0.5 | Putting together the open items list |
| | 1.0 | Reviewing R.Keehan's (pwc) comments on the 10-K |
| | 0.5 | Reviewing the representation letter |
| 3/2/2006 | 5.0 | Working on the disclosure checklist |
| | 0.5 | Preparing the open items list |
| | 1.0 | Meeting with J.Afuang, B.Bishop (all pwc) M.Shelnitz and R.Finke (Grace) for a legal update |
| | 0.4 | Journal entry testing |
| | 1.0 | Reviewing the issues on 404 with Germany |
| | 0.5 | Reviewing the final analytics |
| | 1.0 | Documenting the spreadsheet testing for 404 |
| | 0.3 | Reviewing the foreign deliverables |
| | 0.3 | Working on the unrecorded liabilities issue |
| 3/3/2006 | 1.0 | Reviewing the payroll 404 testing |
| | 1.0 | Meeting with B.Bishop, R.Grady and D.Lloyd (all pwc) |
| | 0.3 | Reviewing the legal letter |
| | 1.0 | Working on the France SAD issues |
| | 2.0 | Reading through the 10-K |
| | 2.7 | Reviewing the database |
| 3/5/2006 | 5.0 | Documenting and reviewing in the MyClient database |
| 3/6/2006 | 1.0 | Working on the issues with the independence database |
| | 1.0 | Documenting the contract testing |
| | 1.0 | Reading through the Janauary financials for subsequent events |
| | 3.0 | Documenting the completion steps |
| | 0.5 | Finishing the documentation for the tax team |
| | 1.0 | Working on the audit committee presentation |
| | 0.5 | Working on completing the database and having all the sign offs |
| 3/7/2006 | 1.0 | Meeting with B.Kenny, G.Demory, B.Summerson (all Grace), R.Grady, D.Lloyd, J.Newstead (all pwc) |
| | 1.0 | Preparing the audit quality checklist |
| | 0.8 | Reading through the bankruptcy reporting news |
| | 1.2 | Reviewing the SAS 70 mapping for C N A and Hartford |
| | 2.0 | Tying out the 10-K |
| | 0.9 | Reviewing the ART package for the month of February for subsequent events |
| | 3.1 | Reviewing the database |
| 3/8/2006 | 1.0 | Reviewing the opinions for the 10-K |
| | 0.3 | Reviewing the sign offs in the database |
| | 0.4 | Preparing for Audit Committee Meeting |
| | 1.0 | Reading through the new draft of the 10-K for changes |
| | 1.0 | Working on the Germany and France SAD |
| | 1.0 | Updating the Grace SAD |

|  |  |  |
|---|---|---|
|  | 6.3 | Reviewing and documenting the database |
| 3/9/2006 | 1.2 | Finishing the documentation for Journal entry testing |
|  | 2.8 | Reviewing the database |
|  | 3.0 | Tying out the 10-K |
|  | 1.0 | Working on the independence confirmations |
|  | 2.0 | Reviewing the summary of comforts |
| 3/10/2006 | 3.0 | Wrapping up documentation in the database and files |
|  | 1.0 | Finalizing the signoffs in the database |
|  | 3.6 | Tying out the 10-K |
|  | 0.4 | Reviewing the independence confirmations for completeness |
| 3/13/2006 | 6.0 | Finalizing the external files for Grace |
|  | 2.0 | Archiving the Grace Database |
| 3/14/2006 | 2.0 | Scoping for the first quarter for Grace |
|  | 2.0 | Drafting issues faced in the 2005 audit |
|  | 2.0 | Working on the 2006 budget |
|  | 2.0 | Reviewing the wrap around for the 10-K |
| 3/15/2006 | 2.0 | Setting up the 1st Quarter Database |
|  | 1.0 | Putting together the responsibility matrix |
|  | 1.0 | Reviewing the binders for completeness |
|  | 1.0 | Reviewing the binders for the completeness and making a table of contents |
|  | 1.0 | Scheduling team members for the 2006 audit |
| 3/22/2006 | 2.0 | Setting up the independence database for 2006 |
|  | 2.0 | Working on the budget for 2006 |
| 3/23/2006 | 2.0 | Working on the budget |
| 3/24/2006 | 1.5 | Reviewing the process for Chapter 11 bankruptcy time reporting to the courts |
|  | 1.0 | Tayloring the database for the first quartet |
|  | 0.5 | Meeting with M.Bosseler (pwc) about Journal Entry testing for the first quarter |
|  | 1.5 | Working the PBC lists for the first quarter |
|  | 0.6 | Reviewing the davison PBC list |
|  | 1.0 | Discussing roles for each member of the team |
|  | 1.9 | Reviewing the budget and fee estimates |
| 3/27/2006 | 1.0 | Getting up to date on the Darex financials |
|  | 1.0 | Researching a billing question for J.Day (Grace) |
|  | 3.0 | Preparing the audit plan for the 2006 audit |
| 3/28/2006 | 2.0 | Preparing the audit plan for the 2006 audit |
|  | 1.0 | Workingo on the planning section of the 1st quarter database |
| 3/29/2006 | 3.0 | Meeting with R.Grady and D.Lloyd (PwC) |
|  | 2.0 | Working on the Presentation for the debrief meeting |
| 3/31/2006 | 3.0 | Working on the presentation for the debrief meeting |
|  | 2.0 | Finishing up the budget |
|  | 1.5 | Working on the planning section of the 1st quarter database |

|  |  |
|---|---|
| **135.5** | **Total Grace Integrated Audit Charged Hours** |

|  |  |
|---|---|
| **135.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Maria Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2006 | 0.4 | Discussion with Ren Lapidario (Grace) regarding Pension footnote |
| | 2.4 | Prepare pension tie out |
| | 0.7 | Discussion with Salena Anderson (Grace) regarding pension |
| | 0.2 | Discussion with Diane Armstrong (Grace) regarding agenda for meeting with Mark Shelnitz (Grace) |
| | 3.0 | Prepare disclosure checklist |
| | 0.5 | Update open items list |
| | 2.8 | Finishing goodwill steps in the database |
| | 1.0 | Review representation letter and update changes |
| 3/2/2006 | 3.2 | Preparation of final analytic procedures |
| | 0.9 | Meeting with M. Shelnitz and R. Finke (both Grace) |
| | 0.5 | Discussion with Karen Blood (Grace) regarding foreign exchange rates |
| | 0.8 | Documentation of completion procedures in the database |
| | 1.9 | Work on flux questions from Ryan |
| | 0.5 | Discuss with Michael Brown (Grace) regarding journal entries |
| | 2.4 | Documentation of pension in the database |
| | 1.8 | Documentation of final analytics |
| | 1.0 | Finalize documentation pertaining to Hedge Gain/Loss |
| 3/3/2006 | 1.9 | Finalize foreign exchange rates documentation |
| | 1.5 | Meeting with Bill Bishop, Ryan Grady & Pam Reinhardt (all PwC) for the completion |
| | 1.2 | Payroll 404 Testing |
| | 0.6 | Discussusion with Ren Lapidario and Mina Averza (both Grace) regarding financial assurances |
| | 1.8 | Documentation of financial assurances and tie out |
| | 1.0 | Documentation of FAS 87 Supports |
| 3/6/2006 | 1.1 | Review company procedures checklist questionnaire answered by client and document in the database |
| | 1.3 | Finalize pension steps in the database |
| | 1.2 | Documentation of final analytics |
| | 1.1 | Work on the Independence database |
| | 5.0 | Review and summarize significant contracts |
| | 1.3 | Review steps in the database |
| 3/7/2006 | 2.8 | Documentation of options expense analysis |
| | 0.4 | Discussion with Mark Shelnitz (Grace) regarding legal letter |
| | 3.1 | Review of January Financial Statements |
| | 3.2 | Documentation of post opinion subsequent events |
| | 1.2 | Review steps in the database |
| | 0.5 | Review of subsequent events |
| 3/8/2006 | 0.6 | Review wording of opinions |
| | 3.9 | Documentation of consolidation procedures in the database |
| | 2.3 | Pension tie out and documentation in the database |
| | 1.8 | Review steps in the database |
| | 1.3 | Documentation of completion steps in the database |
| | 0.9 | Documentation of Completion of Engagement leader sign offs |
| | 1.2 | Documentation of fourth quarter analytics |
| 3/9/2006 | 1.5 | Review of Summaries of Comfort |
| | 0.9 | Discussion with Karen Russell (Grace) regarding confirmations received |
| | 3.2 | Documentation and testing of journal entries |
| | 1.5 | Review steps in the database |
| | 1.6 | Finalize fourth quarter analytics |

|            |      |                                                    |
|------------|------|----------------------------------------------------|
|            | 2.0  | Documentation of subsequent events                 |
|            | 0.5  | Document and finalize confirmation received        |
|            | 1.8  | Summarization and consolidation of contract listing |
| 3/10/2006  | 5.5  | Summarization of contracts reviewed                |
|            | 1.0  | Review steps in the database                       |
|            | 2.5  | Organize external working papers                   |

|          |                                             |
|----------|---------------------------------------------|
| **88.2** | **Total Grace Integrated Audit Charged Hours** |

|          |                 |
|----------|-----------------|
| **88.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Michael McDonnell**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/3/2006 | 3.0 | Financial Statement Close Testing and review of the documentation in the db |
| 3/5/2006 | 4.5 | Completing the GPC sections of the database |
| 3/6/2006 | 2.0 | Completing the GPC sections of the database |
| 3/24/2006 | 1.0 | Completing the PBC and sceduling for Q1 |
| 3/27/2006 | 1.0 | Planning for the Q1, communicating to PwC Team and WR Grace expectations for the Q1 review. |
|  | **11.5** | **Total Grace Integrated Audit Charged Hours** |
|  | **11.5** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Denise C Baumann**

| Date | Hours | Description |
|------|-------|-------------|
| 3/2/2006 | 5.0 | Received new schedules for provision, analysing new info received. |
| 3/3/2006 | 2.0 | Asking for supporting documentation, analysing docementation received. |
| 3/6/2006 | 3.0 | Phone call with client. |
| 3/9/2006 | 1.0 | Tying in updated workpapers. |
| | 11.0 | **Total Grace Integrated Audit Charged Hours** |
| | 11.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name:  Erica Margolius** | | |
| 3/1/2006 | 3.0 | Use the doclink analyzer to find faulty doclinks in the Grace 2005 database. Fix all bad doc links. |
| | 0.5 | Update open items list. |
| | 0.7 | Meet with K. Blood, Grace, to discuss opinion changes sent by R. Grady, PwC. |
| | 4.8 | 10k tie out |
| 3/2/2006 | 0.2 | Read email from C. Park, PwC, to review PwC partner change for Grace operations in Singapore for completeness testing of independence. |
| | 8.8 | 10k tie out |
| 3/3/2006 | 2.0 | Review Draft 8 of Grace's 10k. |
| | 1.0 | Email incentive compensation matrices to PwC computer from Grace computer for design evaluation for Sarbanes Oxley. Update step in database and mark as complete. |
| | 6.0 | 10k tie out |
| 3/6/2006 | 10.0 | 10k tie out |
| 3/7/2006 | 10.0 | 10k tie out |
| 3/8/2006 | 0.4 | Meeting with R. Grady, PwC, and K. Blood, Grace, to discuss new changes to 10k and opinion. |
| | 9.1 | 10k tie out |
| 3/9/2006 | 0.5 | Complete documentation for Curtis Bay procurement process walkthrough with external supporting documents. Mark step as complete. |
| | 1.0 | Review Alltech Purchase Accounting Memo dated 3/7 sent from M. Brown, Grace. Update Davison investment in subsidiaries step and mark as complete. |
| | 8.0 | 10k tie out |
| 3/10/2006 | 8.0 | 10k tie out |
| | **74.0** | **Total Grace Integrated Audit Charged Hours** |
| | **74.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3/1/2006 | 1.0 | Fixing deleted / broken database document links |
| | 2.5 | Reviewing deferred charges GPC & discussing with M. McDonnell (PwC) |
| 3/2/2006 | 5.0 | Formatting Accounts Payable data for search for unrecorded liabilities through 2/24 & making testing selections |
| | 1.5 | Preparing non-statistical sampling templates for unrecorded liabilities |
| | 2.0 | Complete spreadsheet testing documentation |
| | 2.0 | Documenting Accounts Payable population data through 2/24 |
| 3/4/2006 | 1.0 | Reviewing testing plans & coverage over year end accounts payable balance |
| 3/6/2006 | 3.5 | Testing & documenting selections for search for unrecorded liabilities through 2/24 |
| | 3.5 | Formatting Accounts Payable data for search for unrecorded liabilities through 3/3 & making testing selections |
| | 2.0 | Document results of confirmations in Corporate Confirm control log |
| | 1.0 | Document unfulfilled purchase commitments inquiry of D. Nolte, WR Grace |
| 3/7/2006 | 3.5 | Testing & documenting selections for search for unrecorded liabilities through 3/3 |
| | 1.0 | Documenting database for unrecorded liabilities testing |
| | 7.5 | Tie-out of year end 10K shell / forepart |
| 3/8/2006 | 7.0 | Tie-out of year end 10K shell / forepart |
| | 5.0 | Review of 10K for spelling / grammar / formatting errors |
| 3/9/2006 | 8.0 | Tie-out of year end 10K shell / forepart |
| | 2.5 | Review / wrap up of database steps |
| 3/10/2006 | 8.5 | Tie-out of year end 10K shell / forepart |
| | **68.0** | **Total Grace Financial Statement Audit Charged Hours** |
| | **68.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Christopher W Park**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/2/2006 | 1.6 | Send International Deliverable Reminders |
| | 2.0 | Update International Deliverable Tracking |
| | 3.0 | Document Scope Level 1 & 2 Deliverables in the Database |
| | 3.0 | Document Scope Level 3 Deliverables in the Database |
| 3/3/2006 | 1.0 | Send International Deliverable Reminders |
| | 1.0 | Document International Deliverables in Database |
| 3/5/2006 | 1.0 | Document multi-location completion steps |
| | 1.0 | Respond to coaching notes in the database |
| 3/6/2006 | 1.5 | Respond to coaching notes in the database |
| | 1.0 | Discuss COSO documentation with P. Reinhardt |
| | 4.0 | Document International Summary Documents |
| | 1.0 | Update International Deliverables in Database |
| 3/7/2006 | 0.5 | Email PwC Spain with Ch. 11 Update |
| | 3.5 | Re-create independence database |
| | 0.5 | Contact GTS regarding loss of independence database |
| | 3.0 | Document COSO Section of Database |
| | 2.0 | Update Equity Documentation in Database |
| 3/8/2006 | 0.5 | Scan Management Representation Letter |
| | 0.5 | Email Management Representation Letter to W. Bishop and D. Lloyd (PwC) |
| | 2.0 | Re-create independence database |
| | 1.5 | Send Reminder for Independence Confirmation |
| | 3.0 | Document International Summary Documents |
| | 3.0 | Tie out 10K |
| 3/9/2006 | 2.0 | Document SAD |
| | 2.5 | Update Independence Database |
| | 1.0 | Send Independence Reminders |
| | 4.0 | Tie out 10k |
| 3/10/2006 | 1.0 | Document Independence Steps in Database |
| | 2.0 | Finalize International Deliverables Documentation |
| | 2.5 | Tie out 10k |
| | 1.2 | Prepare External Files for my sections |
| 3/13/2006 | 4.7 | Transfer of tickmarks to Final 10k for Files |
| | 2.0 | Transfer of tickmarks to Final 10k for Files |
| 3/14/2006 | 4.0 | Transfer of tickmarks to Final 10k for Files |
| | 1.5 | Archive of Database |
| | 1.2 | Review of Database to ensure it is ready for archive |
| 3/15/2006 | 1.0 | Prepare External Workpapers for Archive |
| | 1.7 | Clean PwC Workspaces |
| | **73.4** | **Total Grace Integrated Audit Charged Hours** |
| | **73.4** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lauren Misler**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/1/2006 | 0.5 | Review of steps and removal of all faulty document linking issues within the davison areas |
| 3/10/2006 | 5.0 | Assist on the 10-K Tie out including the footnotes for bankruptcy reporting - FN 2, Other income and expense, and Debt |
| 3/31/2006 | 1.5 | Davison PBC List |
| | **7.0** | **Total Grace Integrated Audit Charged Hours** |
| | **7.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Charles Hooper**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/2/2006 | 4.0 | Finalize documentation on Prepaid testing results and Fixed Asset Testing results |
| | 4.0 | Clean up database |
| 3/3/2006 | 4.0 | Prepare work papers |
| | 2.0 | Match work papers to database |
| | 2.0 | Finalize documentation in database |
| | **16.0** | **Total Grace Integrated Audit Charged Hours** |
| | **16.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Nicole Heisler**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 3/2/2006 | 1.5 | Grace SA7 70 |
| 3/9/2006 | 2.0 | Grace SA7 70 |
| | 3.5 | **Total Grace Integrated Audit Charged Hours** |
| | 3.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended March 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| | | |

**Name: P. Mahoney**

| 3/4/2006 | 4.00 | Prepare external workpaper binders for year-end audit. |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |