# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended March 31, 2006

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | | Description |
|---|---|---|---|---|---|---|---|---|
| David C. Lloyd | Integrated Audit | 3/24/06 | | | | $ | 62.31 | Lunch at Michael's Pub - D. Lloyd, P Reinhardt and C. Park - discussed first quarter planning |
| | Integrated Audit | 3/29/06 | | | | $ | 63.77 | Lunch at Michael's Pub - D. Lloyd, R Grady, L Misler and C Park - discussed first quarter review issues. |
| Lauren Misler | Integrated Audit | 3/6/06 | $ 11.13 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | Integrated Audit | 3/7/06 | $ 11.13 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | Integrated Audit | 3/8/06 | $ 11.13 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | Integrated Audit | 3/9/06 | $ 11.13 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | Integrated Audit | 3/10/06 | $ 11.13 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | Integrated Audit | 3/28/06 | $ 11.13 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | Integrated Audit | 3/29/06 | $ 11.13 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | Integrated Audit | 3/31/2006 | $ 11.13 | | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| Maria J. Afuang | Integrated Audit | 3/1/06 | $ 8.90 | | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 3/2/06 | $ 8.90 | | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 3/3/06 | $ 8.90 | | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 3/6/06 | $ 8.90 | | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 3/7/06 | $ 8.90 | | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 3/8/06 | $ 7.12 | | | | | Mileage in excess of normal commute ((58-42)*.445) |
| | Integrated Audit | 3/9/06 | $ 20.03 | | | | | Mileage in excess of normal commute ((61-16)*.445) |
| | Integrated Audit | 3/10/06 | $ 7.12 | | | | | Mileage in excess of normal commute ((58-42)*.445) |
| Lynda Keorlet | Integrated Audit | 3/1/2006 | $ 28.48 | | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 3/2/2006 | $ 28.48 | | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 3/6/2006 | $ 28.48 | | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 3/7/2006 | $ 8.01 | | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 3/8/2006 | $ 8.01 | | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 3/9/2006 | $ 8.01 | | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 3/10/2006 | $ 8.01 | | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 3/8/2006 | | | | $ | 138.15 | Dinner - Overtime Meal (PwC team at Grace) |
| | Integrated Audit | 3/7/2006 | | | | $ | 149.49 | Dinner - Overtime Meal (PwC team at Grace) |
| | Integrated Audit | 3/2/2006 | | | | $ | 99.82 | Dinner - Overtime Meal (PwC team at Grace) |
| Pam Reinhardt | Integrated Audit | 3/1/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/2/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/3/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/6/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/7/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/8/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/9/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/10/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/13/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/14/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/15/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/16/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/20/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/21/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/22/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/24/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/27/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/28/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/28/06 | | | | $ | 16.97 | Working lunch |
| | Integrated Audit | 3/29/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | Integrated Audit | 3/30/06 | $ 5.34 | | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| Ryan Grady | Integrated Audit | 3/1/06 | $ 14.24 | | | | | Mileage beyond normal (58 less 26 base x $.445) |
| | Integrated Audit | 3/2/06 | $ 14.24 | | | | | Mileage beyond normal (58 less 26 base x $.445) |
| | Integrated Audit | 3/3/06 | $ 14.24 | | | | | Mileage beyond normal (58 less 26 base x $.445) |
| | Integrated Audit | 3/7/06 | $ 14.24 | | | | | Mileage beyond normal (58 less 26 base x $.445) |
| | Integrated Audit | 3/8/06 | $ 14.24 | | | | | Mileage beyond normal (58 less 26 base x $.445) |
| | Integrated Audit | 3/10/06 | $ 14.24 | | | | | Mileage beyond normal (58 less 26 base x $.445) |
| | Integrated Audit | 3/16/06 | $ 14.24 | | | | | Mileage beyond normal (58 less 26 base x $.445) |
| Charlie Hopper | Integrated Audit | 2/5/06 | $ 9.00 | | | | | Parking for work performed on a Sunday in the office |
| **Summary** | | **Total** $ 1,031.24 | **Transportation** $ 500.73 | **Lodging** $ - | **Sundry** $ - | **Business Meals** $ 530.51 | | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended March 31, 2006

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| David C. Lloyd | 3/24/06 | Audit Senior Manager | $ 62.31 | Lunch at Michael's Pub - D. Lloyd, P Reinhardt and C. Park - discussed first quarter planning |
| | 3/29/06 | Audit Senior Manager | $ 63.77 | Lunch at Michael's Pub - D. Lloyd, R Grady, L Misler and C Park - discussed first quarter review issues. |
| | | | $ 126.08 | |
| Lauren Misler | 3/6/06 | Audit Senior Associate | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | 3/7/06 | Audit Senior Associate | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | 3/8/06 | Audit Senior Associate | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | 3/9/06 | Audit Senior Associate | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | 3/10/06 | Audit Senior Associate | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | 3/28/06 | Audit Senior Associate | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | 3/29/06 | Audit Senior Associate | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | 3/31/2006 | Audit Senior Associate | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.13 |
| | | | $ 89.00 | |
| Maria J. Afuang | 3/1/06 | Audit Senior Associate | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 3/2/06 | Audit Senior Associate | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 3/3/06 | Audit Senior Associate | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 3/6/06 | Audit Senior Associate | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 3/7/06 | Audit Senior Associate | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 3/8/06 | Audit Senior Associate | $ 7.12 | Mileage in exces of normal commute {(58-42)*.445} |
| | 3/9/06 | Audit Senior Associate | $ 20.03 | Mileage in exces of normal commute {(61-16)*.445} |
| | 3/10/06 | Audit Senior Associate | $ 7.12 | Mileage in exces of normal commute {(58-42)*.445} |
| | | | $ 78.77 | |
| Lynda Keorlet | 3/1/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 3/2/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 3/6/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 3/7/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 3/8/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 3/9/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 3/10/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 3/8/2006 | Audit Associate | $ 138.15 | Dinner - Overtime Meal (PwC team at Grace) |
| | 3/7/2006 | Audit Associate | $ 149.49 | Dinner - Overtime Meal (PwC team at Grace) |
| | 3/2/2006 | Audit Associate | $ 99.82 | Dinner - Overtime Meal (PwC team at Grace) |
| | | | $ 504.94 | |
| Pam Reinhardt | 3/1/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/2/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/3/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/6/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/7/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/8/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/9/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/10/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/13/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/14/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/15/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/16/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/20/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/21/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/22/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/24/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/27/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/28/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/28/06 | Audit Senior Associate | $ 16.97 | Working lunch |
| | 3/29/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 3/30/06 | Audit Senior Associate | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | | | $ 123.77 | |
| Ryan Grady | 3/1/06 | Audit Manager | $ 14.24 | Mileage beyond normal (58 less 26 base x $.445) |
| | 3/2/06 | Audit Manager | $ 14.24 | Mileage beyond normal (58 less 26 base x $.445) |
| | 3/3/06 | Audit Manager | $ 14.24 | Mileage beyond normal (58 less 26 base x $.445) |
| | 3/7/06 | Audit Manager | $ 14.24 | Mileage beyond normal (58 less 26 base x $.445) |
| | 3/8/06 | Audit Manager | $ 14.24 | Mileage beyond normal (58 less 26 base x $.445) |
| | 3/10/06 | Audit Manager | $ 14.24 | Mileage beyond normal (58 less 26 base x $.445) |
| | 3/16/06 | Audit Manager | $ 14.24 | Mileage beyond normal (58 less 26 base x $.445) |
| | | | $ 99.68 | |
| Charlie Hopper | 2/5/06 | Audit Associate | $ 9.00 | Parking for work performed on a Sunday in the office |
| | | | $ 9.00 | |
| | | Grand Total | $ 1,031.24 | |

WR Grace and Co.
Fee Application Preparation
Month ended March 31, 2006

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Allison Reeder** | | | | |
| 3/1/2006 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 196.00 |
| 3/7/2006 | 5.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 490.00 |
| 3/8/2006 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 98.00 |
| 3/9/2006 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 196.00 |
| | **10.0** | | | |
| **Name: Ryan Neice** | | | | |
| 3/10/2006 | 2.1 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 205.80 |
| 3/13/2006 | 1.1 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 107.80 |
| 3/15/2006 | 0.8 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 78.40 |
| 3/16/2006 | 2.1 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 205.80 |
| 3/20/2006 | 0.5 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 49.00 |
| 3/21/2006 | 3.2 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 313.60 |
| 3/22/2006 | 1.6 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 156.80 |
| 3/27/2006 | 3.7 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 362.60 |
| 3/28/2006 | 5.2 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 509.60 |
| 3/29/2006 | 1.8 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 176.40 |
| | **22.1** | | | |
| **Name: Ryan Grady** | | | | |
| 3/28/2006 | 3.7 | Reviewing February fee application | $ 245.00 | $ 906.50 |
| 3/31/2006 | 2.1 | Reviewing February fee application | $ 245.00 | $ 514.50 |
| | **5.8** | | | |
| **Name: Pamela Reinhardt** | | | | |
| 3/27/2006 | 2.0 | Reviewing February fee application | $ 185.00 | $ 370.00 |
| 3/31/2006 | 1.5 | Reviewing February fee application | $ 185.00 | $ 277.50 |
| | **3.5** | | | |
| **Totals** | **41.4** | Total Grace Time Tracking Charged Hours | | **$ 5,214.30** |