FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 11- |
| W. R. GRACE & CO., et al, ) | |
| ) | Case No. 01-1139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Re: Docket 9301 |

## VERIFIED STATEMENT OF PAUL D. HENDERSON, P.C. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

I, Paul D. Henderson, under penalty of perjury pursuant to the laws of the United States of America, declare as follows:

1. I am an attorney with the law firm of Paul D. Henderson, P.C. (the "Firm"), formerly with the law firm of Dies, Dies & Henderson, 1009 W. Green Avenue, Orange, Texas 77630. I am a member in good standing of bar of the State of Texas. I am admitted to practice in the United States District Courts for the Southern district of Texas.

2. I make this Verified Statement (the "Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019 and the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 (the "Order"). I am involved in the Firm's representation of personal injury claimants and based upon a review of the business records of the Firm, I have personal knowledge of the facts set forth herein.

3. As of the date of this statement, the Firm represents a number of personal injury claimants (the "Creditors" or individually, a "Creditor") who have been injured by asbestos or asbestos-containing products mined, manufactured, marketed, distributed, sold, installed, and/or produced by the above-referenced debtors and debtors-in-possession (collectively, the "Debtors"). As a result of their injuries, the Creditors hold claims against, *inter alia*, one or more of the debtors or

1

debtor in possession. An amended list of the Creditors represented by the firm was filed in an Amended 2019 Statement on February 7, 2006, including the name and personal address of each Creditor, the type of disease giving rise to each Creditor's claim, a recitation of the pertinent facts and circumstances in connection with the employment of the Firm by the Creditor.

4. Each of the Creditors has employed the Firm by means of a contract between the Firm and the Creditor, or between the Creditor and referring counsel. Each of the Creditors has authorized the Firm to act on their behalf in this matter, among others, by executing a General Power of Attorney. Pursuant to the requirements of the Order, a blank, un-redacted exemplar of the General Power of Attorney is attached hereto as Exhibit "A".

5. At the time of employment of the Firm, the Firm retained a contingent fee interest in each Creditor's claim against the Debtors. The date when such interest was acquired depends upon the date each Creditor entered into his or her contract with the Firm or referring counsel. The Firm has not purchased any claims against the Debtor, nor has it sold or otherwise disposed of claims against the Debtor.

Dated:      May 23, 2006                    Respectfully submitted,

*(signature)*

Paul D. Henderson
Texas State Bar No. 09426300
**Paul D. Henderson, P.C.**
712 W. Division Avenue
Orange, Texas 77630-6320
(409) 886-0172 Telephone
(409) 886-3255 Telecopier

Attorney for Asbestos Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
_____
                               )
In re:                         )
                               )    Chapter 11-
W. R. GRACE & CO., et al,      )
                               )    Case No. 01-1139 (JKF)
                               )    (Jointly Administered)
         Debtors.              )    Re: Docket 9301
```

GENERAL POWER OF ATTORNEY

To:   Paul D. Henderson
      Paul D. Henderson, P.C.
      712 W. Division Avenue
      Orange, Texas 77630

The undersigned claimant hereby authorizes you, or any one as attorney in fact for the undersigned and with full po substitution to vote on any questions that may be lawfully submi creditors of **W. R. GRACE & CO.** (hereinafter "Debtor"), in any Cha proceeding filed on behalf of the Debtor; to vote, after review appropriate disclosure statements, for any Plan of Reorganization Debtor; and, in general, to perform any act not constituting the p of law for the undesigned in all matters arising n this ca understand that the Plan of Reorganization that the Debtor int propose will be consistent with the basic terms of the Term Sheet Treatment of Asbestos Claims Under the Proposed Plan of Reorgani I also understand that, should I wish, after review of an appr disclosure statement, I can vote to accept or reject any Reorganization proposed by the Debtor and that any vote I may ca override any ballot submitted pursuant to this power of attorney

Date: _____      Signed: _____

                           Printed Name: _____
                                         FIELD(1)

                           Address: _____
                                    _____
                                    _____

                           SS#: _____

Injured Party
FIELD(5)