IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: June 12, 2006 at 4:00 p.m. |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
MARCH 1, 2006 THROUGH MARCH 31, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

April 26, 2006
Client/Matter #  01246-011548
Invoice # 110044
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/01/06 | K. Bourdeau | 0.25 | Communications with P. Marks re negotiations and legal issues. |
| 03/01/06 | P. Marks | 1.25 | Communications with J. Freeman re status of setting up meeting, scope of negotiations and legal issues; communications with client re same; communications with K. Bourdeau re same. |
| 03/13/06 | P. Marks | 1.00 | Telephone conference with P. Bucens re developments; evaluate same. |
| 03/14/06 | K. Bourdeau | 0.50 | Email exchange with P. Marks re developments in case and possible response to same. |
| 03/14/06 | P. Marks | 5.00 | Telephone conferences with representatives of federal government; communications with client; evaluation of same and legal developments; email exchange with K. Bourdeau. |
| 03/22/06 | P. Marks | 1.50 | Evaluate issues and prepare for telephone conference with client. |
| 03/24/06 | A. Goldberg | 0.50 | Conference with K. Bourdeau re issues related to hazardous waste; research re same; telephone conference with L. Duff re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110044
April 26, 2006
PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/24/06 | P. Marks | 4.00 | Telephone conference with client re factual and legal developments; followup telephone conference with K. Bourdeau; evaluation of issues. |
| 03/27/06 | K. Bourdeau | 0.25 | Communicate with P. Marks re new developments, action items. |
| 03/27/06 | P. Marks | 4.75 | Telephone conference with client team re technical issues relative to remediation and status of discussions with the Corps; telephone conference with L. Duff re bankruptcy issues; prepare summary of issues for K. Bourdeau; direct E. Overton re research; review scheduling status and prepare email to J. Freeman re same. |
| 03/27/06 | E. Overton | 1.00 | Research pursuant to P. Marks' directions. |
| 03/28/06 | K. Bourdeau | 0.50 | Conference with P. Marks re strategic considerations. |
| 03/28/06 | P. Marks | 3.00 | Evaluate legal and technical and strategic issues; review results of E. Overton research; conference with K.Bourdeau re strategy. |
| 03/28/06 | E. Overton | 2.75 | Complete research per P. Marks' request; write summary memorandum with supporting documents. |
| 03/29/06 | E. Overton | 0.25 | Revise and assemble completed research summary. |
| 03/30/06 | P. Marks | 0.75 | Conference with L. Duff re legal issues at Columbia office. |
| 03/31/06 | K. Bourdeau | 1.50 | Email communications with P. Marks in preparation for strategy conference call with Grace; participate in conference call re same. |
| 03/31/06 | P. Marks | 3.25 | Email exchanges with client and K. Bourdeau; prepare for and conduct telephone conference with client re legal and technical issues; followup telephone conference with L. Duff to evaluate same. |

Total Hours :                    32.00

Total Fees :                 $11,202.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110044  
April 26, 2006  
PAGE   3

**Disbursements:**

| | |
|---|---|
| Postage | 2.23 |
| Long Distance Telephone | 13.90 |
| Duplicating | 11.80 |
| Express Delivery | 11.45 |

Total Disbursements :    $39.38

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 3.00 | $525.00 | $1,575.00 |
| A. Goldberg | 0.50 | $425.00 | $ 212.50 |
| P. Marks | 24.50 | $350.00 | $8,575.00 |
| E. Overton | 4.00 | $210.00 | $ 840.00 |

Total Fees :    $11,202.50

Total Disbursements :    $39.38

TOTAL DUE :    $11,241.88