# EXHIBIT B

## (Preparation of Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                          April 26, 2006
Attn: Lydia B. Duff, Esq.                         Client/Matter #   01246-012629
7500 Grace Drive                                  Invoice # 110045
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**    **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

03/22/06    P. Marks              0.50     Prepare fee application.


                          **Total Hours :**              **0.50**

                          **Total Fees :**           **$ 175.00**

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110045
April 26, 2006
PAGE  2

**Disbursements:**

| | |
|---|---|
| Duplicating | 19.40 |
| Express Delivery | 11.55 |

Total Disbursements :          $30.95

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $350.00 | $ 175.00 |

Total Fees :          $ 175.00

Total Disbursements :          $30.95

TOTAL DUE :          $ 205.95