IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: June 13, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
FIFTY-FOURTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM MARCH 1, 2006 THROUGH MARCH 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 10, 2006

Bill Number  92721
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through March 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/01/06 | DBM | Work on gathering documentary backup for vermiculite chronology. | 4.10 Hrs | $922.50 |
| 03/01/06 | MTM | Receipt and review of comments from K&E counsel re: document review proposal from Canadian counsel (.5); review document binder for information for document sweeps in the 1980s re: same (1.5); receipt and respond to email from criminal defense counsel re: upcoming return trip to Boston repository (.5); review file re: first trip to the repository re: same (.9); telephone call from K&E counsel re: expert deposition transcripts (.2); conference with ARA re: same (.2); telephone call from in-house paralegal re: Boca production project (.3); telephone call from criminal defense counsel re: documents from first trip to repository (.3); email from K&E counsel and from criminal defense counsel re: document review next week (.3); telephone call to ARA re: same (.3); telephone call from K&E counsel re: scope of production next week (.3); telephone call to Holme Roberts paralegal re: same (.3); telephone call from in-house Grace counsel re: transcripts for potential expert (.2); telephone call to ARA re: same (.2); email to K&E counsel re: production next week (.2); email from K&E counsel re: same (.2). | 6.40 Hrs | $1,408.00 |

Page 1

Mark A. Shelnitz

| 03/01/06 | ARA | Telephone calls from and to MTM and Merrill Corp. re: number of boxes of deposition transcripts sent to K&E (.9). Per MTM's call, inventory number of particular boxes produced to criminal defense attorney (.8). Per MTM's request, locate and review transcripts of testimony of potential expert (1.8); arrange for transcripts to be copied by Merrill Corp. (.2); oversee pick up and go over instructions (.6). Quality control originals from PI production (2.6). | 6.90 Hrs | $655.50 |
| 03/02/06 | RAM | Read selected documents filed in bankruptcy court (.5). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.70 Hrs | $175.00 |
| 03/02/06 | DBM | Work on gathering documentary backup for vermiculite chronology. | 7.30 Hrs | $1,642.50 |
| 03/02/06 | MTM | Receipt and review of email from in-house counsel to Canadian counsel re: Canadian document review (.2); telephone call from Holme Roberts paralegal re: criminal defense counsel's trip to repository next week (.2); receipt and review of spreadsheet from Holme Roberts paralegal re: boxes to be reviewed next week (.9); email to K&E attorney re: same (.2); review transcripts of potential expert (.2) letter to in-house counsel re: same (.2); conference with ARA re: chronological document project (.3); work on chronological document project (1.9); email to K&E counsel re: same (.2); conference call with personal injury creditors' committee re: status of discovery (.3); receipt and review of email from Canadian counsel re: document review (.2). | 4.80 Hrs | $1,056.00 |
| 03/02/06 | ARA | Quality control originals from PI production set (5.0). Per DBM's request, obtain documents re: chron project (1.7); conference with MTM re: project (.3). Oversee maintenance of the repository (.3). | 7.30 Hrs | $693.50 |
| 03/03/06 | RAM | Conference with MTM re: status of locating documents (.1). Read correspondence re: documents produced to various attorneys (.1). | 0.20 Hrs | $50.00 |
| 03/03/06 | DBM | Continue search for vermiculite chronology documents. | 8.70 Hrs | $1,957.50 |
| 03/03/06 | MTM | Work on chronological document project (3.1); conference with RAM re: same (.1). Conference with ARA and telephone call to Merrill re: copy bills (.2); review files and prepare Winthrop Square re: document production to criminal defense counsel next week (3.1); telephone call to in-house Grace paralegal re: production of Boca boxes (.2); receipt and review of new box spreadsheet from criminal defense counsel (.9); email to Reed Smith paralegal re: ZAI discs (.2). | 7.80 Hrs | $1,716.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/03/06 | ARA | Per DBM's request, obtain documents re: chronology project (3.3). Quality control originals re: PI production (2.5). Receipt of originals from Merrill re: production to criminal defense counsel (.5). Telephone call from MTM re: obtaining consolidated monthly reports; review reports and organize same for MTM (.9). Telephone call from MTM to discuss Merrill bills (.1). | 7.30 Hrs | $693.50 |
| 03/04/06 | RAM | Read PI questionnaire. | 0.10 Hrs | $25.00 |
| 03/06/06 | RAM | Read emails re: document issues. | 0.10 Hrs | $25.00 |
| 03/06/06 | DBM | Continue search for documents in support of chronologies. | 7.50 Hrs | $1,687.50 |
| 03/06/06 | MTM | Meeting with criminal defense counsel and team at Winthrop Square re: document review (1.0); review employee transcript binder re: same (.5); work on chronological document project (1.1); telephone call from in-house paralegal re: Boca box project (.2); email to K&E counsel re: same (.3); receipt and review of email from Reed Smith paralegal re: ZAI discs (.1); email to in-house counsel re: same (.2); meeting with ARA re: product bags in repository (.5); telephone calls to K&E counsel and meeting with PM re: same (1.2); email to Grace's Canadian counsel re: ZAI discs (.2). | 5.30 Hrs | $1,166.00 |
| 03/06/06 | ARA | Continue to obtain documents per DBM's request re: chronology project (5.0). Per MTM's telephone call, review deposition binder for test information (.7). Discussion with MTM re: storage of product bags in the repository (.5). | 6.20 Hrs | $589.00 |
| 03/07/06 | DBM | Continue search for documents for chronologies. | 6.00 Hrs | $1,350.00 |
| 03/07/06 | MTM | Email to in-house counsel re: production to criminal defense counsel (.2); telephone call to ARA re: same (.3); telephone call to K&E counsel re: same (.2); email to K&E counsel re: status of production of Boca boxes (.3); email from criminal defense counsel with questions re: document review (.3); review various inventories and respond to same (1.1); telephone call from in-house counsel re: CPD/Libby profit and loss issue (.2); email to Holme Roberts paralegal re: questions from criminal defense counsel (.5). | 3.10 Hrs | $682.00 |
| 03/07/06 | ARA | Continue to obtain documents per DBM's request re: chronology project (5.0). Answer questions and discuss location of certain Libby boxes with MTM and paralegals re: production to criminal defense attorney (1.0). Discuss and locate documents with second criminal defense attorney (.3). Conference with MTM re: production to criminal defense attorney (.3). | 6.60 Hrs | $627.00 |

Mark A. Shelnitz

| | | | | |
|---|---|---|---|---|
| 03/08/06 | RAM | Emails from/to MTM re: finding information re: profits at Libby and from Libby vermiculite. | 0.20 Hrs | $50.00 |
| 03/08/06 | DBM | Continue search for documents for chronologies. | 4.00 Hrs | $900.00 |
| 03/08/06 | MTM | Email to personal injury creditors' committee counsel re: Boca production boxes (.2); work on Libby/Zonolite accounting project for in-house counsel (.6); telephone call from ARA with questions from criminal defense counsel's team re: documents at repository (.2); review inventories re: same (.8); meeting with criminal defense counsel's team at repository re: review (.9); review files at repository re: Libby/Zonolite accounting project for in-house counsel (1.1); email to in-house counsel re: same (.3); email from/to RAM re: same (.2). | 4.30 Hrs | $946.00 |
| 03/08/06 | ARA | Produce documents obtained to date to DBM and continue to obtain documents re: chronology project (4.5). Telephone call to MTM re: box numbers criminal defense counsel was looking for (.2). | 4.70 Hrs | $446.50 |
| 03/09/06 | DBM | Continue search for documents for chronologies. | 3.10 Hrs | $697.50 |
| 03/09/06 | ARA | Continue to locate documents re: chronology project (6.1). Discussion with criminal defense attorney re: documents tagged for production (.6). | 6.70 Hrs | $636.50 |
| 03/10/06 | DBM | Continue search for documents for chronologies (8.3); conference with MTM re: same (.1). | 8.40 Hrs | $1,890.00 |
| 03/10/06 | MTM | Telephone call to ARA re: production to criminal defense counsel (.2); email to K&E counsel re: same (.1); prepare repository for production to personal injury creditors' committee on Monday (.3); conference with DBM re: chronology project (.1). | 0.70 Hrs | $154.00 |
| 03/10/06 | ARA | Continue to locate documents re: chronology project (5.2). Per telephone call from MTM, label documents produced to criminal defense counsel for copying (2.1). Prepare for creditors' committee PI production (.6). | 7.90 Hrs | $750.50 |
| 03/13/06 | RAM | Read selected documents filed in bankruptcy court (.4). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.50 Hrs | $125.00 |
| 03/13/06 | DBM | Continue search for documents for chronologies (6.3); conference with MTM re: same (.2). | 6.50 Hrs | $1,462.50 |
| 03/13/06 | MTM | Receipt and review of email from K&E counsel re: request for scanned repository documents (.2); telephone call to copy company and review file re: same (.3); telephone call to ARA re: production to personal injury creditors' committee today and chronological document project (.3); letter to K&E counsel re: chronology documents (.2); work on chronology document project and search for remaining memos (.9); conference with DBM and telephone call to ARA re: this project (.4). | 2.30 Hrs | $506.00 |

Mark A. Shelnitz

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 03/13/06 | ARA | Monitor production re: PI creditors' committee (7.0). Discussion with MTM re: chronology project (.2); obtain documents re: same (1.4). Telephone calls to MTM and Merrill re: originals returned for the PI production (.5). Discussion with MTM re: productions to criminal defense attorney; note to file re: same (.3). | 9.40 Hrs | $893.00 |
| 03/14/06 | RAM | Read correspondence re: collecting documents requested by K&E. Conference with MTM re: chronological document project. | 0.10 Hrs | $25.00 |
| 03/14/06 | DBM | Continue search for documents for chronologies (6.6); conference with MTM re: same (.3). | 6.90 Hrs | $1,552.50 |
| 03/14/06 | MTM | Email from K&E counsel re: Winthrop Square documents and job site lists (.2); telephone call to in-house counsel re: same (.2); letter to K&E counsel re: documents on disc from January production to personal injury creditors' committee (.2); letter to counsel for creditors' committee for discs from December and January trips (.1); telephone call to ARA re: chronological document project and production to criminal defendant's counsel (.3); telephone call from in-house counsel and K&E counsel re: chronological document project and request for such documents from the Monokote paper and the Grace memorandum (.2); conference with DBM re: same (.3); email from in-house counsel re: product samples (.1); telephone call to ARA re: same (.2); email response to in-house counsel re: same (.1); work on chronological document project (3.5); conference with MEV re: identifying documents in these two memos (.1); conference with RAM re: chronological document project (.1); receipt and review of property damage committee's motion to compel production of Grace's litigation files (.2); email to in-house Grace counsel re: Libby personnel file (.1). | 5.90 Hrs | $1,298.00 |
| 03/14/06 | ARA | Monitor production re: PI creditors' committee (7.0). Retrieve product information for MTM (.3). Receive criminal defendant's documents from MTM (.2). | 7.50 Hrs | $712.50 |
| 03/14/06 | MEV | Review memorandum and highlight documents referenced in same (1.5); cross-reference documents with those referenced in the two chronologies (1.5). | 3.00 Hrs | $285.00 |
| 03/15/06 | RAM | Read and respond to DBM memo re: documents mentioned in vermiculite chronology (.2). Read selected documents filed in bankruptcy court (.5). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.80 Hrs | $200.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/15/06 | DBM | Continue search for documents for chronologies. | 6.50 Hrs | $1,462.50 |
| 03/15/06 | MTM | Email to K&E counsel re: job site lists and documents on disc to committee's counsel (.2); email to copy company re: same (.1); telephone call to ARA re: Libby personnel file (.1); work on chronological document project (3.3). | 3.70 Hrs | $814.00 |
| 03/15/06 | ARA | Monitor production re: PI creditors' committee (4.8). Per MTM's request, search for and locate personnel file (.5); prepare to have copied (.5). Continue to obtain documents for chronology project (2.8). | 8.60 Hrs | $817.00 |
| 03/15/06 | MEV | Review Grace memo and highlight documents referenced in same (1.4); cross reference documents with two chronologies (1.4). | 2.80 Hrs | $266.00 |
| 03/16/06 | DBM | Continue search for documents for chronologies. | 5.70 Hrs | $1,282.50 |
| 03/16/06 | MTM | Receipt and review of Libby personnel file (.1); letter to in-house counsel re: same (.1); work on chronological document project (5.0). | 5.20 Hrs | $1,144.00 |
| 03/16/06 | ARA | Obtain documents and produce to DBM re: chronology project (6.0). Oversee pick-up of Grace standard exhibits for copying (.4). | 6.40 Hrs | $608.00 |
| 03/17/06 | DBM | Continue search for documents for chronologies. | 3.40 Hrs | $765.00 |
| 03/17/06 | MTM | Work on chronological document project (1.5); telephone call from Holme Roberts paralegal re: box of photos (.1); telephone call to in-house counsel re: same (.1). | 1.70 Hrs | $374.00 |
| 03/17/06 | ARA | Continue to obtain documents for chronology project (7.2); telephone calls to MTM and DBM re: same (.3). Per MTM's request, locate box of photos (.3). Per MTM's request, arrange to have another Grace standard exhibit copied (.2). Oversee maintenance of the repository (.7). | 8.70 Hrs | $826.50 |
| 03/20/06 | MTM | Work on chronological document project (2.5); telephone call from Holme Roberts paralegal requesting boxes of maps and plans for review by Grace experts (.2); review various inventories to locate same (2.2); telephone call to ARA re: same (.2); telephone call from in-house counsel re: locating documents indicating Zonolite/Libby profits (.2); telephone call to Holme Roberts paralegal re: same (.2); telephone call to Grace employee in Cambridge re: boxes of Libby maps and plans (.2); email to Holme Roberts paralegal re: same (.3); email from K&E counsel requesting memo on all materials produced to committee from Boston (.2); telephone call to ARA re: same (.3). | 6.50 Hrs | $1,430.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/20/06 | ARA | Per MTM's request, search for documents re: Libby (2.0). Per telephone call from MTM, search for boxes of maps from paralegal at Holme Roberts (1.5). Organize documents to mail to criminal defense attorneys (1.5). Inventory additional documents tagged by criminal defense attorney for copying (1.0); telephone call to Merrill re: copying same (.2); oversee pick up of same and review instructions for copying with Merrill representative (.6). | 6.80 Hrs | $646.00 |
| 03/21/06 | MTM | Work on chronological document project (1.3); review files re: memo re: all materials produced to committee from Boston (1.2); draft memo re: same (.7);  Telephone call to in-house paralegal re: production of Boca settlement boxes (.2); email to K&E counsel re: same (.2); telephone call from in-house counsel re: attempts to locate several boxes of maps and plans (.2); email to in-house counsel re: same (.2); review boxes at Winthrop Square re: memo re: materials produced from Boston (.8); review copies of documents identified by counsel for criminal defendant during second trip to Boston repository (.9); letter to counsel re: same (.2); telephone call from in-house counsel re: documents requested by Grace expert (.2); telephone call to different in-house counsel re: same (.2); telephone call from Grace expert to discuss documents he needs to review (.5); telephone call to Holme Roberts counsel re: same (.3); email from criminal defendant's counsel re: deposition transcripts (.1); reply to same (.2). | 7.40 Hrs | $1,628.00 |
| 03/21/06 | ARA | Review Ness Motley exhibits for chronology project (1.7). Per telephone call from MTM, determine number of boxes produced during PI creditors committee production (1.4). Produce chronology documents to MTM (.6). Discuss with MTM documents requested by criminal defense attorney; organize documents and have same copied by copy service (.6). Receipt from copy service of documents copied for K&E attorney that were tagged by criminal defense counsel and quality control same (2.2). | 6.50 Hrs | $617.50 |
| 03/22/06 | ARA | Continue to obtain documents for the chronology project (6.8). Telephone call to copy service re: documents copied for production to criminal defense attorneys (.2). | 7.00 Hrs | $665.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/23/06 | DBM | Further work on locating documents for chronology (3.5); revise memo of missing and misidentified documents (.8). | 4.30 Hrs | $967.50 |
| 03/23/06 | ARA | Produce Ness Motley documents to DBM re: chronology project (.5). Inventory documents and prepare them for scanning by copy service re: creditors' committee PI production (6.2). | 6.70 Hrs | $636.50 |
| 03/24/06 | RAM | Emails to/from MTM re: locating CPD Business Plans for in-house counsel. | 0.10 Hrs | $25.00 |
| 03/24/06 | MTM | Receipt and review of email from in-house counsel with questions re: Egan and Cintani documents (.2); search for same (1.1); telephone call from personal injury creditors' committee counsel re: return to Winthrop Square next week (.2); telephone call to ARA re: same (.2); email to K&E re: same (.1); telephone call from in-house counsel re: batch sampling records (.2); review inventories re: mix records re: same (1.2); telephone call from in-house counsel re: same (.2); receipt and review of draft discovery letter from K&E counsel to Nate Finch (.3); revise same (.5); review my file re: jobsite lists re: same (.4); telephone call from in-house paralegal re: Cintani documents (.2); email from in-house counsel re: same (.1); respond to same (.2); telephone call from K&E counsel re: searches for property damage estimation matter (.2); letter to K&E counsel re: transcripts and document requested (.3); email to RAM re: business plan request from in-house counsel (.2); letter to K&E counsel re: chronology documents (.3); work on gathering chronological documents for monokote paper. (1.0). | 7.10 Hrs | $1,562.00 |
| 03/24/06 | ARA | Inventory boxes of documents re: creditors' committee PI production (4.7); discussion with MTM re: production next week (.5). Telephone conference with Caplin Drysdale re: whether to have all documents in particular box copied (.3). Telephone call with MTM re: Baltimore City trial testimony of Grace employee; locate and produce transcript to MTM and discuss same re: in-house counsel's request (1.1). | 6.60 Hrs | $627.00 |
| 03/27/06 | DBM | Per MTM, search for Vermiculite Products address (.2); search for documents for MK-3 paper (2.5); search for documents for Grace memorandum (1.0). | 3.70 Hrs | $832.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/27/06 | MTM | Work on chronological document project for Monokote paper (4.9); telephone call to ARA re: same (.3); telephone call from in-house counsel with questions re: Vermiculite Products, Inc. (.1); telephone call to ARA re: same (.3); conference with DBM re: same (.1); email to in-house counsel re: same (.1); telephone call from in-house counsel re: batch records issue (.2); telephone call to ARA re: obtaining chronological documents (.3). | 6.30 Hrs | $1,386.00 |
| 03/27/06 | ARA | Quality control originals pulled for copying by plaintiffs and prepare for production to PI creditors' committee (4.2). Per telephone call from MTM, search for Grace standard exhibit and produce to MTM (1.1). Search for and locate Vermiculite Products binder; discussion with MTM re: address for Vermiculite Products, Inc. (1.1). Per MTM's request, obtain documents re: Monokote paper (1.0). | 7.40 Hrs | $703.00 |
| 03/28/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 03/28/06 | MTM | Work on chronological document project (1.5); review inventory for batch sampling records, per request from in-house counsel (1.5); review files re: materials used and produced registers re: same (.7); conference with ARA re: obtaining chronological documents and review of trade secret boxes for batch sampling documents (.4); receipt and review of email from Holme Roberts paralegal re: Libby maps and plans (.2); respond to same (.3); draft memo re: Monokote paper chronological collection (.4); telephone call from in-house counsel re: stop work on batch sampling records project (.1); telephone call to Holme Roberts counsel re: Libby plans and maps (.2); email to in-house counsel re: same (.2). | 5.50 Hrs | $1,210.00 |
| 03/28/06 | ARA | Per MTM's request and instructions, search for and obtain documents re: Grace memorandum and Monokote paper (5.0); produce same to MTM (.3). Discussion re: documents with MTM re: Merrill Corp bills (.3) | 5.60 Hrs | $532.00 |
| 03/29/06 | DBM | Search for financial documents re: Libby and CPD, per MTM. | 3.60 Hrs | $810.00 |
| 03/29/06 | MTM | Prepare for document production to personal injury creditors' committee today (.9); conference with DBM re: profit and loss project (.2); telephone call to in-house counsel re: same and re: Libby plans and maps issue (.2); telephone call from Holme Roberts paralegal re: Libby plans and maps issue (.3); review lists for profit and loss documents (1.3); meeting with ARA re: | 4.30 Hrs | $946.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | obtaining chronological documents and production to committee (.7); search for and obtain profit and loss documents at Winthrop Square (.7). | | |
| 03/29/06 | ARA | Monitor production of documents to PI creditors' committee and conference with MTM re: same (6.0). Locate and produce original documents to MTM re: Grace memorandum and conference with him re: same (.7). | 6.70 Hrs | $636.50 |
| 03/30/06 | RAM | Telephone conferences with in-house counsel and MTM re: search for documents re: profits at Libby and re: vermiculite (.3). Telephone conference with MTM re: documents requested by possible expert (.2). | 0.50 Hrs | $125.00 |
| 03/30/06 | DBM | Complete search for documents for the Grace memorandum (5.1). Search for all CPD business plans (2.2). | 7.30 Hrs | $1,642.50 |
| 03/30/06 | MTM | Email from K&E paralegal requesting transcripts (.1); obtain transcripts from Winthrop Square (.7); search for and obtain profit documents at Winthrop Square (1.8); work on chronological document project (1.4); email to K&E paralegal re: requested depositions (.2); telephone call from K&E counsel re: authentication of government exhibits in criminal matter (.1); review lists re: same (1.5); conference with DBM re: same (.1); telephone call to Holme Roberts paralegal re: same (.2); telephone call from records custodian at Grace Cambridge re: boxes of Libby plans, etc. (.2); email to Holme Roberts paralegal re: same (.2); telephone call from RAM re: profit issue and re: documents requested by possible expert (.2); telephone call to K&E counsel re: government exhibit authentication issue (.2); email to in-house counsel re: profit documents (.2). | 7.10 Hrs | $1,562.00 |
| 03/31/06 | MTM | Search for and obtain final chronological documents at Winthrop Square (2.3); telephone call from employee at Grace Cambridge re: identifying particular boxes (.2); email from in-house counsel re: profit and loss project (.1); draft memo re: missing documents from the final chronological project (.3); letter to K&E counsel re: same (.3); email from K&E counsel re: draft discovery letter to Nate Finch (.2); telephone call to him re: same (.2); work on profit and loss project (1.9); review lists re: missing CPD business plans re: profit and loss project (.5); review notes of meet and confer calls with personal injury creditors' committee re: revisions to K&E counsel's discovery letter (1.0). | 7.00 Hrs | $1,540.00 |

Mark A. Shelnitz

TOTAL LEGAL SERVICES          $59,766.50

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.40 Hrs | 250/hr | $850.00 |
| DONNA B. MACKENNA | 97.00 Hrs | 225/hr | $21,825.00 |
| MATTHEW T. MURPHY | 102.40 Hrs | 220/hr | $22,528.00 |
| ANGELA R. ANDERSON | 147.50 Hrs | 95/hr | $14,012.50 |
| MARCI E. VANDERHEIDE | 5.80 Hrs | 95/hr | $551.00 |
| | 356.10 Hrs | | $59,766.50 |

TOTAL THIS BILL          $59,766.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 10, 2006

Bill Number  92722
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through March 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/05/06 | RAM | Work on January fee application. | 2.20 Hrs | $550.00 |
| 03/06/06 | RAM | Work on January fee application. | 0.70 Hrs | $175.00 |
| 03/06/06 | MTM | Work on January fee application. | 0.20 Hrs | $44.00 |
| 03/08/06 | RAM | Work on January fee application. | 0.40 Hrs | $100.00 |
| 03/13/06 | RAM | Work on January fee application. | 0.40 Hrs | $100.00 |
| 03/14/06 | RAM | Finalize January fee application and send it to in-house counsels to review (.1). Read fee auditor's final report re: 18th interim period and respond to his questions (.2). | 0.30 Hrs | $75.00 |
| 03/27/06 | RAM | Finalize January fee application and have it sent to Delaware counsel to file. | 0.30 Hrs | $75.00 |
| | | TOTAL LEGAL SERVICES | | $1,119.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.30 Hrs | 250/hr | $1,075.00 |
| MATTHEW T. MURPHY | 0.20 Hrs | 220/hr | $44.00 |
| | 4.50 Hrs | | $1,119.00 |

TOTAL THIS BILL     $1,119.00