# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 10, 2006

Bill Number 92723
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2006

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $9.74 |
| **BOSTON CAB ASSOCIATION** | | | |
| 03/17/06 | To Logan Airport from Casner and Edwards on 2/8/06 by MTM | 15.50 | |
| 03/17/06 | To 27 Kinnaird St., Cambridge from Logan Airport on 2/9/06 by MTM | 36.00 | |
| | | | $51.50 |
| **FEDERAL EXPRESS** | | | |
| 03/17/06 | To Kirkland & Ellis, Barbara Mack Harding Esq. from Casner and Edwards on 2/24/06 by MTM | 48.90 | |
| 03/17/06 | To Kirkland & Ellis, Tyler Mace Esq. from Casner and Edwards on 2/24/06 by MTM | 235.36 | |
| 03/17/06 | To W R Grace, In-House Counsel from Casner & Edwards on 3/2/06 by MTM | 43.17 | |
| 03/17/06 | To Kirkland & Ellis, Terrell Stansbury from Casner and Edwards on 2/16/06 by MTM | 35.81 | |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2006

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/17/06 | To Kirkland & Ellis, Barbara Mack Harding from Casner and Edwards on 2/13/06 by MTM | 49.77 |
| 03/17/06 | To Roe, Cassidy, Coates & Prince, Linda Satcher from Casner and Edwards on 2/24/06 by MTM | 639.55 |
| 03/17/06 | To Kirkland & Ellis, Terrell Stansbury from Casner and Edwards on 2/28/06 by MTM | 108.79 |
| | | **$1,161.35** |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 03/08/06 | MERRILL COMM - Deposition transcripts for K & E (2/22/06). | 809.18 |
| 03/08/06 | MERRILL COMM - Chronology document project (2/14/06) | 100.15 |
| 03/08/06 | MERRILL COMM - Copies of backup for chronologies. | 132.07 |
| 03/20/06 | MERRILL COMM - Employee deposition for K & E (2/28/06). | 297.99 |
| 03/20/06 | MERRILL COMM - Employee transcripts for K & E (3/01/06) | 130.83 |
| | | **$1,470.22** |

PHOTOCOPYING

| | | |
|---|---|---|
| 03/01/06 | 9 copies at .12 per copy | 1.08 |
| 03/06/06 | 17 copies at .12 per copy | 2.04 |
| 03/06/06 | 3 copies at .12 per copy | 0.36 |
| 03/06/06 | 4 copies at .12 per copy | 0.48 |
| 03/06/06 | 3 copies at .12 per copy | 0.36 |
| 03/06/06 | 1 copies at .12 per copy | 0.12 |
| 03/06/06 | 2 copies at .12 per copy | 0.24 |
| 03/06/06 | 38 copies at .12 per copy | 4.56 |
| 03/06/06 | 66 copies at .12 per copy | 7.92 |
| 03/08/06 | 14 copies at .12 per copy | 1.68 |
| 03/10/06 | 21 copies at .12 per copy | 2.52 |
| 03/13/06 | 13 copies at .12 per copy | 1.56 |
| 03/14/06 | 92 copies at .12 per copy | 11.04 |
| 03/14/06 | 4 copies at .12 per copy | 0.48 |
| 03/14/06 | 131 copies at .12 per copy | 15.72 |
| 03/14/06 | 67 copies at .12 per copy | 8.04 |
| 03/16/06 | 5 copies at .12 per copy | 0.60 |
| 03/16/06 | 1o copies at .12 per copy | 1.20 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2006

PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 03/16/06 | 85 copies at .12 per copy | 10.20 |
| 03/17/06 | 148 copies at .12 per copy | 17.76 |
| 03/20/06 | 17 copies at .10 per copy | 2.04 |
| 03/20/06 | 231 copies at .12 per copy | 27.72 |
| 03/20/06 | 25 copies at .12 per copy | 3.00 |
| 03/20/06 | 1 copies at .12 per copy | 0.12 |
| 03/21/06 | 3 copies at .12 per copy | 0.36 |
| 03/24/06 | 1 copies at .12 per copy | 0.12 |
| 03/24/06 | 13 copies at .12 per copy | 1.56 |
| 03/27/06 | 5 copies at .12 per copy | 0.60 |
| 03/27/06 | 62 copies at .12 per copy | 7.44 |
| 03/27/06 | 5 copies at .12 per copy | 0.60 |
| 03/27/06 | 218 copies at .12 per copy | 26.16 |
| 03/28/06 | 29 copies at .12 per copy | 3.48 |
| 03/28/06 | 2 copies at .12 per copy | 0.24 |
| 03/28/06 | 77 copies at .12 per copy | 9.24 |
| 03/30/06 | 71 copies at .12 per copy | 8.52 |
| 03/30/06 | 351 copies at .12 per copy | 42.12 |
| 03/31/06 | 23 copies at .12 per copy | 2.76 |
| 03/31/06 | 46 copies at .12 per copy | 5.52 |
| 03/31/06 | 7 copies at .12 per copy | 0.84 |

$230.40

TELEPHONE

| Date | Description | Amount |
|---|---|---|
| 03/03/06 | 329   5613621542 | 0.99 |
| 03/13/06 | MATTHEW T. MURPHY-Cell phone charges re trip to Toronto (2/9) for Grace meeting. | 20.68 |
| 03/21/06 | 329   5613621542 | 0.44 |
| 03/21/06 | 329   3038660408 | 0.99 |
| 03/30/06 | 329   2395143631 | 0.99 |

$24.09

RENT REIMBURSEMENT

| Date | Description | Amount |
|---|---|---|
| 03/01/06 | RREEF AMERICA REIT III CORP-Rent and utilities for document repository at One Winthrop Square-March 2006. | 11,790.50 |

$11,790.50

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2006

MISCELLANEOUS

| | | |
|---|---|---|
| 03/08/06 | RECORDKEEPER ARCHIVE-Storage from 2/1/06 to 2/28/06 | 462.30 |
| 03/22/06 | Material to cover split bags at Winthrop Square | 62.91 |
| | | $525.21 |
| | TOTAL DISBURSEMENTS | $15,263.01 |
| | TOTAL THIS BILL | $15,263.01 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 10, 2006

Bill Number 92724
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through March 31, 2006

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/17/06 | To Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 2/13/06 by RAM | 20.27 |
| | | $20.27 |

### PHOTOCOPYING

| | | |
|---|---|---|
| 03/27/06 | 114 copies at .12 per copy | 13.68 |
| | | $13.68 |
| | TOTAL DISBURSEMENTS | $33.95 |

Page 1

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $33.95 |