IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 13, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: January 31, 2006

<u>MATTER 46</u>

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/03/06 | A.E. Moran | Review consolidated return issue under audit - treatment of party eligible for deduction under IRS consolidated returns "Lonely Parent Rule." | 0.90 |
| 01/03/06 | A.E. Moran | Office communication with S. Teplinsky re consolidated return issue. | 0.20 |
| 01/03/06 | M.D. Lerner | Review materials provided by Ms. Finke relating to ruling request. | 0.50 |
| 01/03/06 | M.J. Silverman | Review memos and IRS report on audit. | 2.20 |
| 01/03/06 | M.J. Silverman | Speak with Mr. Teplinsky re Lonely Parent Rule. | 0.30 |
| 01/03/06 | S.B. Teplinsky | Conference with Mr. Silverman re Lonely Parent Rule and litigation risks. | 0.30 |
| 01/03/06 | S.B. Teplinsky | Conference with Ms. Moran re Lonely Parent Rule issues. | 0.20 |
| 01/04/06 | S.B. Teplinsky | Analyze Lonely Parent issues by review of consolidated return regulations and guidance. | 1.50 |
| 01/05/06 | A.E. Moran | Followup from conference call on Lonely Parent issue. | 0.30 |
| 01/05/06 | A.E. Moran | Conference call with Grace on Lonely Parent issue. | 1.20 |
| 01/05/06 | A.E. Moran | Preparation with Messrs. Teplinsky and Lerner for call. | 0.30 |
| 01/05/06 | M.J. Silverman | Call with Messrs. Teplinsky and Lerner, and Ms. Moran re Lonely Parent issue. | 1.20 |
| 01/05/06 | M.J. Silverman | Call with client re consolidated returns issues and audit | 0.50 |
| 01/05/06 | M.J. Silverman | Prepare for call on Lonely Parent issue. | 0.30 |
| 01/05/06 | S.B. Teplinsky | Teleconference with Mr. Silverman re Lonely Parent Rule in 82-152 cases and in carryback cases. | 0.50 |
| 01/05/06 | S.B. Teplinsky | Prepare for teleconference with client re Lonely Parent issue; litigation procedures. | 0.40 |
| 01/05/06 | S.B. Teplinsky | Teleconference with Messrs. Silverman and Lerner, Ms. Finke, Ms. Moran re Lonely Parent Rule on 82-152 cases and carryback cases and litigation strategy. | 1.20 |
| 01/06/06 | A.E. Moran | Telephone conference with C. Finke re IRS treatment of consolidated returns activity. | 0.40 |
| 01/06/06 | M.J. Silverman | Review materials from Ms. Finke | 1.50 |
| 01/06/06 | S.B. Teplinsky | Review of emails and materials sent by Ms. Finke re prior discussions with IRS re Lonely Parent Rule. | 1.00 |
| 01/08/06 | M.D. Lerner | Read and consider communications with Deloitte on consolidated returns. | 0.90 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/09/06 | A.E. Moran | Office communication with S. Teplinsky re consolidated return issues and procedures for handling. | 0.20 |
| 01/09/06 | S.B. Teplinsky | Review of materials re prior discussions with IRS re Lonely Parent Rule. | 2.50 |
| 01/10/06 | M.J. Silverman | Review IRS issues with Mr. Teplinsky. | 1.00 |
| 01/11/06 | M.J. Silverman | Review documents and ruling request and prepare for meeting | 1.00 |
| 01/12/06 | M.D. Lerner | Read ruling request and annotate key areas. | 0.70 |
| 01/12/06 | M.J. Silverman | Review memos and legal analysis on Lonely Parent Rule. | 3.50 |
| 01/12/06 | S.B. Teplinsky | Communicate with Mr. Silverman re interstate case and Lonely Parent Rule. | 1.00 |
| 01/12/06 | S.B. Teplinsky | Review issues and draft agenda for meeting with Mr. Collins re prior submissions. | 1.00 |
| 01/13/06 | A.E. Moran | Review IRS writeup of deduction issue on pensions. | 2.00 |
| 01/13/06 | M.D. Lerner | Followup meeting with Mr. Silverman & Teplinsky after Deloitte call. | 0.80 |
| 01/13/06 | M.D. Lerner | Meet with Mr. Collins from Deloitte to discuss past history of issue and evaluate arguments and tactics going forward. | 2.50 |
| 01/13/06 | M.J. Silverman | Meeting with Ms. Finke and Mr. Collins. | 2.50 |
| 01/13/06 | M.J. Silverman | Followup internal meeting on procedures on next steps. | 1.00 |
| 01/13/06 | M.J. Silverman | Prepare for and meeting with client and Deloitte; review documents from Ms. Finke to prepare for meeting. | 2.50 |
| 01/13/06 | S.B. Teplinsky | Analyze lonely parent issues and background. | 2.00 |
| 01/13/06 | S.B. Teplinsky | Conference with Mr. Silverman re analyzing issues re lonely parent rule and submissions to IRS. | 1.00 |
| 01/13/06 | S.B. Teplinsky | Teleconference with Messrs. Silverman and Collins and Ms. Finke re Lonely Parent Rule; PLR process and IRS views; prior discussions with IRS, and procedural options. | 2.50 |
| 01/17/06 | M.D. Lerner | Call with Ms. Finke to discuss additional IRS documents. | 0.40 |
| 01/17/06 | M.J. Silverman | Review memos re reverse acquisitions. | 1.00 |
| 01/19/06 | M.J. Silverman | Speak with Ms. Finke and the IRS re reverse acquisitions. | 0.50 |
| 01/19/06 | S.B. Teplinsky | Conference with Mr. Silverman re call from IRS re reverse acquisition. | 0.30 |
| 01/31/06 | M.J. Silverman | Prepare for Deloitte meeting and review documents. | 2.50 |

| | | | |
|---|---|---|---:|
| 01/31/06 | S.B. Teplinsky | Prepare for telephone conference with Mr. Collins re Protest; review agenda re same. | 0.80 |

MATTER 32

| | | | |
|---|---|---|---:|
| 01/03/06 | A.E. Moran | Work on presentation to court and on changes for new case. | 1.20 |
| 01/04/06 | A.E. Moran | Work on submission to court. | 2.50 |
| 01/05/06 | A.E. Moran | Work on bill for 18th Quarterly Application. | 0.80 |
| 01/06/06 | A.E. Moran | Review material to send to court for bills. | 0.60 |
| 01/13/06 | A.E. Moran | Followup on billing issues for tax cases. | 1.50 |
| 01/16/06 | A.E. Moran | Work on supplemental affidavits. | 2.80 |
| 01/17/06 | A.E. Moran | Review and finalize supplemental affidavit and fee request. | 2.40 |
| 01/18/06 | A.E. Moran | Followup on bankruptcy filing. | 0.30 |
| 01/24/06 | A.E. Moran | Telephone conference with M. Coleman re affidavits. | 0.20 |
| 01/30/06 | A.E. Moran | Work on waiver letter. | 0.30 |

| Name | Hours | Rate | Value |
|---|---:|---:|---:|
| M.J. Silverman | 21.50 | 775.00 | 16,662.50 |
| M.D. Lerner | 5.80 | 610.00 | 3,538.00 |
| S.B. Teplinsky | 16.20 | 610.00 | 9,882.00 |
| A.E. Moran | 18.10 | 495.00 | 8,959.50 |
| Total | 61.60 | | 39,042.00 |

Total Fees     $39,042.00

7

**EXHIBIT B**

Disbursements:

| | | | |
|---|---|---:|---:|
| | Overnight Messenger | 40.87 | |
| | Duplicating | 19.20 | |
| | Long Distance Telephone | 8.02 | |
| 01/13/06 | Guest Services Meals JON DAVID WILLINGHAM FOR CLIENT MEETING ON 01/13 (4 people) | 27.23 | |
| 01/20/06 | Consulting Fees - THE BTI CONSULTING GROUP, INC. - For services rendered -Invoice no. 1120-2937 dated 10/24/05 | 9,039.00 | |
| | Total Disbursements | | $9,134.32 |
| | Total This Statement | | $48,176.32 |

8

## Moran, Anne

| | |
|---|---|
| **From:** | MacIvor, Alexis |
| **Sent:** | Monday, April 24, 2006 2:08 PM |
| **To:** | Moran, Anne |
| **Cc:** | Lerner, Matthew |
| **Subject:** | FW: Wr Grace bill |

Anne,

*Backup for Consultant Fee*

Will this work? Attached is a PDF of the invoice.

Alexis

In the protest, we refer to two BTI Consulting Group reports as evidence of analyses available in the mid- to late- 1990s that forming a separate remediation company (e.g., Remedium) was one of the most efficient ways of reducing remediation costs. The reports are helpful in illustrating that an independent third party found that special remedial organizations yielded better results than centralizing without special remedial organization.

In order to use the reports, we paid a licensing fee to BTI Consulting Group (the licensing fee includes telephone and consultation support). The fee for the 1997 report (*Benchmarking Remediation Management, Winning the Remediation Game*) is $2,500 [This report does not specifically refer to special remedial organizations, but it identifies the problems with current approaches to remediation and major approaches remediation managers were using to cut costs]. The fee for the 2000 report (*The Business Value in Special Remedial Organizations*) includes the right to use a 2001 Benchmarking Remediation Report and is $6,500.



1120-2937.pdf
(13 KB)


Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any plan or arrangement addressed herein.


| | |
|---|---|
| **From:** | Lerner, Matthew |
| **Sent:** | Monday, April 24, 2006 1:56 PM |
| **To:** | Moran, Anne; Silverman, Mark; Teplinsky, Steven |
| **Cc:** | MacIvor, Alexis |
| **Subject:** | RE: Wr Grace bill |

Sure -- I am forwarding this to Alexis for her to describe what BTI did, or what we purchased from them -- Carol approved it.

Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any plan or arrangement addressed herein.

*Matthew D. Lerner*
*Steptoe & Johnson LLP*

1



**B T I**

396 Washington Street
Suite 314
Wellesley, MA 02481-6209
Tel (617) 439-0333
Fax (617) 439-9174

October 24, 2005

Ms. Alexis A. MacIvor
Associate
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

Our Invoice Number:   1120-2937
Terms:                Net 30 days

*For Services Rendered*

Special License for BTI's Benchmarking Remediation Performance 2001 and 1997. These reports may be introduced on a confidential basis in court proceedings for this case. These licenses exclude any consulting or advisory services and are limited solely to the contents of these reports.

BTI License Fees

| | |
|---|---|
| *Benchmarking Remediation Performance 2001* | $ 6,500.00 |
| *Benchmarking Remediation Management: Winning the Remediation Game 1997* | $ 2,500.00 |
| *The Business Value in Special Remedial Organizations 2000* (cost included in fees above) | $ 0.00 |
| Shipping | $    39.00 |
| Total due this invoice | $ 9,039.00 |

Please make checks payable to The BTI Consulting Group, Inc.
396 Washington Street, Suite 314, Wellesley, MA 02481-6209
Federal ID Number 04-3128972

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  430348

## TAX LITIGATION AUDIT ISSUE
## 012046.00003

```
Cost
Code                          Timekeeper
Descrip. Date       Number    Name               Quantity    Rate      Amount
================================================================================
================================================================================
DLFD     12/10/05   09998     Nonbill. Coord.    1.00        32.66     32.66
DLFD     12/10/05   09998     Nonbill. Coord.    1.00        32.66
Federal Express from Lisa Zaringa to Alexis MacIvor C/o Lorraine Le on
December 10, 2005.

DLFD     01/16/06   00206     Moran, Anne E.     1.00        8.21      8.21
DLFD     01/16/06   00206     Moran, Anne E.     1.00        8.21
Federal Express from Anne Moran to James E. O'Neill on January 16, 2006.
DLFD Total:                                                            40.87


GSMEAL   01/13/06   08174     DEFAULT ATTORNEY   27.23       1.00      27.23
GSMEAL   01/13/06   08174     DEFAULT ATTORNEY   27.23       27.23
Guest Services Meals

JON DAVID WILLINGHAM FOR CLIENT MEETING ON 01/13
HRCONX   01/20/06   00206     Moran, Anne E.     1.00                  9,039.00

Consulting Fees - THE BTI CONSULTING GROUP,INC. - For services rendered -
Invoice no. 1120-2937 dated 10/24/05

LASR     01/03/06   00206     Moran, Anne E.     9.00        0.15      1.35
LASR     01/03/06   00206     Moran, Anne E.     9.00        0.20      1.80
PC/Network Printing
PC LASER   9 Pages Moran, Anne

LASR     01/04/06   00206     Moran, Anne E.     9.00        0.15      1.35
LASR     01/04/06   00206     Moran, Anne E.     9.00        0.20      1.80
PC/Network Printing
PC LASER   9 Pages Ward, Brenda

LASR     01/04/06   00206     Moran, Anne E.     9.00        0.15      1.35
LASR     01/04/06   00206     Moran, Anne E.     9.00        0.20      1.80
PC/Network Printing
PC LASER   9 Pages Ward, Brenda

LASR     01/04/06   00206     Moran, Anne E.     7.00        0.15      1.05
LASR     01/04/06   00206     Moran, Anne E.     7.00        0.20      1.40
PC/Network Printing
PC LASER   7 Pages Moran, Anne
```

```
Cost
Code                            Timekeeper
Descrip. Date        Number     Name              Quantity      Rate      Amount
================================================================================
================================================================================
LASR      01/04/06   00206      Moran, Anne E.    7.00          0.15      1.05
LASR      01/04/06   00206      Moran, Anne E.    7.00          0.20      1.40
PC/Network Printing
PC LASER  7 Pages Moran, Anne

LASR      01/04/06   00206      Moran, Anne E.    5.00          0.15      0.75
LASR      01/04/06   00206      Moran, Anne E.    5.00          0.20      1.00
PC/Network Printing
PC LASER  5 Pages Ward, Brenda

LASR      01/04/06   00206      Moran, Anne E.    5.00          0.15      0.75
LASR      01/04/06   00206      Moran, Anne E.    5.00          0.20      1.00
PC/Network Printing
PC LASER  5 Pages Ward, Brenda

LASR      01/04/06   00206      Moran, Anne E.    10.00         0.15      1.50
LASR      01/04/06   00206      Moran, Anne E.    10.00         0.20      2.00
PC/Network Printing
PC LASER  10 Pages Ward, Brenda

LASR      01/04/06   00206      Moran, Anne E.    10.00         0.15      1.50
LASR      01/04/06   00206      Moran, Anne E.    10.00         0.20      2.00
PC/Network Printing
PC LASER  10 Pages Ward, Brenda
LASR      01/04/06 Total:                                                 9.30

LASR      01/05/06   00206      Moran, Anne E.    5.00          0.15      0.75
LASR      01/05/06   00206      Moran, Anne E.    5.00          0.20      1.00
PC/Network Printing
PC LASER  5 Pages Ward, Brenda

LASR      01/05/06   00206      Moran, Anne E.    10.00         0.15      1.50
LASR      01/05/06   00206      Moran, Anne E.    10.00         0.20      2.00
PC/Network Printing
PC LASER  10 Pages Ward, Brenda

LASR      01/05/06   00206      Moran, Anne E.    1.00          0.15      0.15
LASR      01/05/06   00206      Moran, Anne E.    1.00          0.20      0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR      01/05/06   00206      Moran, Anne E.    1.00          0.15      0.15
LASR      01/05/06   00206      Moran, Anne E.    1.00          0.20      0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR      01/05/06   00206      Moran, Anne E.    1.00          0.15      0.15
LASR      01/05/06   00206      Moran, Anne E.    1.00          0.20      0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda
```

```
Cost
Code                             Timekeeper
Descrip. Date        Number      Name              Quantity      Rate        Amount
===================================================================================
===================================================================================
LASR        01/05/06    00206    Moran, Anne E.    1.00          0.15        0.15
LASR        01/05/06    00206    Moran, Anne E.    1.00          0.20        0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda
LASR        01/05/06 Total:                                                  2.85

LASR        01/12/06    00206    Moran, Anne E.    2.00          0.15        0.30
LASR        01/12/06    00206    Moran, Anne E.    2.00          0.20        0.40
PC/Network Printing
PC LASER   2 Pages Teplinsky, Steven

LASR        01/13/06    00206    Moran, Anne E.    3.00          0.15        0.45
LASR        01/13/06    00206    Moran, Anne E.    3.00          0.20        0.60
PC/Network Printing
PC LASER   3 Pages Moran, Anne

LASR        01/13/06    00206    Moran, Anne E.    3.00          0.15        0.45
LASR        01/13/06    00206    Moran, Anne E.    3.00          0.20        0.60
PC/Network Printing
PC LASER   3 Pages Moran, Anne

LASR        01/13/06    00206    Moran, Anne E.    2.00          0.15        0.30
LASR        01/13/06    00206    Moran, Anne E.    2.00          0.20        0.40
PC/Network Printing
PC LASER   2 Pages Teplinsky, Steven

LASR        01/13/06    00206    Moran, Anne E.    2.00          0.15        0.30
LASR        01/13/06    00206    Moran, Anne E.    2.00          0.20        0.40
PC/Network Printing
PC LASER   2 Pages Teplinsky, Steven

LASR        01/13/06    00206    Moran, Anne E.    2.00          0.15        0.30
LASR        01/13/06    00206    Moran, Anne E.    2.00          0.20        0.40
PC/Network Printing
PC LASER   2 Pages Teplinsky, Steven
LASR        01/13/06 Total:                                                  1.80

LASR        01/16/06    00206    Moran, Anne E.    2.00          0.15        0.30
LASR        01/16/06    00206    Moran, Anne E.    2.00          0.20        0.40
PC/Network Printing
PC LASER   2 Pages Moran, Anne

LASR        01/16/06    00206    Moran, Anne E.    2.00          0.15        0.30
LASR        01/16/06    00206    Moran, Anne E.    2.00          0.20        0.40
PC/Network Printing
PC LASER   2 Pages Moran, Anne
```

```
Cost
Code                            Timekeeper
Descrip. Date        Number     Name                 Quantity     Rate      Amount
====================================================================================
====================================================================================
LASR      01/16/06   00206      Moran, Anne E.        3.00        0.15      0.45
LASR      01/16/06   00206      Moran, Anne E.        3.00        0.20      0.60
PC/Network Printing
PC LASER  3 Pages Moran, Anne

LASR      01/16/06   00206      Moran, Anne E.        3.00        0.15      0.45
LASR      01/16/06   00206      Moran, Anne E.        3.00        0.20      0.60
PC/Network Printing
PC LASER  3 Pages Moran, Anne
LASR      01/16/06 Total:                                                   1.50

LASR      01/17/06   00206      Moran, Anne E.        3.00        0.15      0.45
LASR      01/17/06   00206      Moran, Anne E.        3.00        0.20      0.60
PC/Network Printing
PC LASER  3 Pages Moran, Anne

LASR      01/17/06   00206      Moran, Anne E.        3.00        0.15      0.45
LASR      01/17/06   00206      Moran, Anne E.        3.00        0.20      0.60
PC/Network Printing
PC LASER  3 Pages Moran, Anne
LASR      01/17/06 Total:                                                   0.90

LASR      01/30/06   00206      Moran, Anne E.        3.00        0.15      0.45
LASR      01/30/06   00206      Moran, Anne E.        3.00        0.20      0.60
PC/Network Printing
PC LASER  3 Pages Ward, Brenda

LASR      01/30/06   00206      Moran, Anne E.        1.00        0.15      0.15
LASR      01/30/06   00206      Moran, Anne E.        1.00        0.20      0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR      01/30/06   00206      Moran, Anne E.        3.00        0.15      0.45
LASR      01/30/06   00206      Moran, Anne E.        3.00        0.20      0.60
PC/Network Printing
PC LASER  3 Pages Ward, Brenda

LASR      01/30/06   00206      Moran, Anne E.        1.00        0.15      0.15
LASR      01/30/06   00206      Moran, Anne E.        1.00        0.20      0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda
LASR      01/30/06 Total:                                                   1.20
LASR Total:                                                                19.20

TELEDC    01/17/06   00206      Moran, Anne E.        1.00        8.02      8.02
TELEDC    01/17/06   00206      Moran, Anne E.        1.00        8.02

DC Telephone TELEDC 5613621300 FROM EXT. 106450
Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                              9,134.32

Report Total:                                                               9,134.32
```

Doc. #1654866 v.1-4/26/06 11:48 AM