IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 13, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: February 28, 2006

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/01/06 | M.D. Lerner | Prepare for and participate in a call with Messrs. Collins and Garreau regarding appropriate scope for Protest. | 1.40 |
| 02/01/06 | M.J. Silverman | Review documents from Mr. Collins. | 2.60 |
| 02/01/06 | M.J. Silverman | Call with Deloitte re Protest and scope. | 1.40 |
| 02/01/06 | S.B. Teplinsky | Review draft ruling submission to IRS memo regarding 355. | 3.00 |
| 02/01/06 | S.B. Teplinsky | Telephone conference with Messrs. Silverman, Lerner and Collins regarding draft Protest. | 1.40 |
| 02/01/06 | S.B. Teplinsky | Conference with Mr. Silverman regarding Section 355, a draft ruling submission to IRS and carryback under the Lonely Parent Rule. | 0.80 |
| 02/03/06 | A.A. MacIvor | Review the Fourth Circuit's opinion in Black & Decker. | 1.50 |
| 02/03/06 | M.D. Lerner | Read and send email re Black & Decker decision. | 0.50 |
| 02/08/06 | A.E. Moran | Review pension materials from IRS and consider issues if part of Protest. | 0.50 |
| 02/08/06 | M.D. Lerner | Read materials relating to lonely parent rule and review examples. | 1.50 |
| 02/13/06 | M.D. Lerner | Review and edit draft Protest. | 1.40 |
| 02/13/06 | M.J. Silverman | Review draft Protest. | 4.00 |
| 02/13/06 | S.B. Teplinsky | Review draft Protest. | 2.50 |
| 02/14/06 | M.D. Lerner | Communicate comments to Mr. Teplinsky. | 0.10 |
| 02/14/06 | M.J. Silverman | Review and revise Protest. | 1.50 |
| 02/14/06 | M.J. Silverman | Meet with Mr. Teplinsky to review and revise Protest. | 2.00 |
| 02/14/06 | S.B. Teplinsky | Revise draft Protest. | 1.50 |
| 02/14/06 | S.B. Teplinsky | Conference with Mr. Silverman regarding draft Protest received from Mr. Collins. | 2.00 |
| 02/15/06 | A.A. MacIvor | Review Protest to determine what changes need to be made in light of the Circuit Court decision in Black & Decker; Review and analyze Black & Decker decision. | 4.30 |
| 02/15/06 | S.B. Teplinsky | Revise draft Protest. | 8.00 |
| 02/16/06 | S.B. Teplinsky | Revise draft Protest. | 1.50 |
| 02/17/06 | S.B. Teplinsky | Revise Draft Protest. | 8.00 |
| 02/21/06 | M.D. Lerner | Prepare for and participate in brief call with Ms. Finke re document and appeals. | 0.60 |
| 02/21/06 | M.J. Silverman | Call with client re Protest. | .50 |
| 02/21/06 | M.J. Silverman | Review and revise Protest. | 2.50 |

5

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/21/06 | S.B. Teplinsky | Revise draft Protest. | 9.00 |
| 02/21/06 | S.B. Teplinsky | Telephone conference with Messrs. Silverman, Lerner and Gibbs and Ms. Fiske regarding draft Protest. | 0.50 |
| 02/22/06 | M.J. Silverman | Prepare for and meeting with Mr. Collins re Protest. | 2.30 |
| 02/22/06 | S.B. Teplinsky | Draft summary of major changes to draft Protest. | 2.20 |
| 02/22/06 | S.B. Teplinsky | Revise draft Protest. | 3.00 |
| 02/22/06 | S.B. Teplinsky | Conference with Mr. Silverman regarding draft Protest. | 1.00 |
| 02/22/06 | S.B. Teplinsky | Conference with Messrs. Silverman, Collins, and Gareau regarding draft Protest. | 2.30 |
| 02/23/06 | M.J. Silverman | Review revise Protest. | 1.50 |
| 02/23/06 | S.B. Teplinsky | Revise draft Protest. | 2.00 |
| 02/24/06 | M.J. Silverman | Continue to review Protest. | 2.00 |
| 02/24/06 | S.B. Teplinsky | Revise draft Protest. | 2.50 |
| 02/27/06 | M.J. Silverman | Review Protest letter with Mr. Teplinsky; consider issues. | 1.00 |
| 02/27/06 | S.B. Teplinsky | Revise Draft Protest. | 4.00 |
| 02/27/06 | S.B. Teplinsky | Conference with Mr. Silverman regarding Draft Protest. | 1.00 |
| 02/28/06 | M.J. Silverman | Review revised Protest. | 2.00 |
| 02/28/06 | S.B. Teplinsky | Revise draft Protest. | 6.00 |
| 02/28/06 | S.B. Teplinsky | Conference with Mr. Silverman regarding draft Protest. | 1.00 |

Matter 32

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/21/06 | A.E. Moran | Work on billing questions re compliance with court procedures. | 0.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 23.30 | 775.00 | 18,057.50 |
| M.D. Lerner | 5.50 | 610.00 | 3,355.00 |
| S.B. Teplinsky | 63.20 | 610.00 | 38,552.00 |
| A.E. Moran | 1.30 | 495.00 | 643.50 |
| A.A. MacIvor | 5.80 | 305.00 | 1,769.00 |
| Total | 99.10 | | 62,377.00 |

Total Fees    $62,377.00

6

**EXHIBIT B**

Disbursements:

|  |  |  |
|---|---|---|
|  | Duplicating | 105.75 |
|  | On-Line Research/Information Retrieval | 14.28 |
|  | Long Distance Telephone | 4.06 |
| 02/28/06 | Local Transportation - WACHOVIA Petty Cash for Mark Silverman on Wednesday 02/22/06 for taxi from 1330 Conn., Ave., to D&T | 18.00 |

| Total Disbursements | $142.09 |
|---|---|
| Total This Statement | $62,519.09 |

7

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  430349


                        TAX LITIGATION AUDIT ISSUE
                               012046.00003


Cost
Code                        Timekeeper
Descrip.  Date      Number  Name                  Quantity    Rate     Amount
===============================================================================
===============================================================================
DUPLDC    02/22/06  00206   Moran, Anne E.          2.00      0.15      0.30
DUPLDC    02/22/06  00206   Moran, Anne E.          2.00      0.20      0.40
2 PHOTOCOPIES MADE BY 00206

DUPLDC    02/22/06  00212   Teplinsky, Steven B.  220.00      0.15     33.00
DUPLDC    02/22/06  00212   Teplinsky, Steven B.  220.00      0.20     44.00
220 PHOTOCOPIES MADE BY 00212
DUPLDC    02/22/06 Total:                                              33.30
DUPLDC Total:                                                          33.30

LASR      02/17/06  00206   Moran, Anne E.          4.00      0.15      0.60
LASR      02/17/06  00206   Moran, Anne E.          4.00      0.20      0.80
PC/Network Printing
PC LASER 4 Pages Moran, Anne

LASR      02/17/06  00206   Moran, Anne E.          7.00      0.15      1.05
LASR      02/17/06  00206   Moran, Anne E.          7.00      0.20      1.40
PC/Network Printing
PC LASER 7 Pages Moran, Anne

LASR      02/17/06  00206   Moran, Anne E.         22.00      0.15      3.30
LASR      02/17/06  00206   Moran, Anne E.         22.00      0.20      4.40
PC/Network Printing
PC LASER 22 Pages Teplinsky, Steven
LASR      02/17/06 Total:                                               4.95

LASR      02/21/06  00206   Moran, Anne E.         23.00      0.15      3.45
LASR      02/21/06  00206   Moran, Anne E.         23.00      0.20      4.60
PC/Network Printing
PC LASER 23 Pages Teplinsky, Steven

LASR      02/21/06  00206   Moran, Anne E.         23.00      0.15      3.45
LASR      02/21/06  00206   Moran, Anne E.         23.00      0.20      4.60
PC/Network Printing
PC LASER 23 Pages Teplinsky, Steven

LASR      02/21/06  00206   Moran, Anne E.         24.00      0.15      3.60
LASR      02/21/06  00206   Moran, Anne E.         24.00      0.20      4.80
PC/Network Printing
PC LASER 24 Pages Teplinsky, Steven
```

```
Cost
Code                            Timekeeper
Descrip. Date       Number      Name                Quantity    Rate       Amount
================================================================================
================================================================================
LASR       02/21/06    00206     Moran, Anne E.      23.00      0.15        3.45
LASR       02/21/06    00206     Moran, Anne E.      23.00      0.20        4.60
PC/Network Printing
PC LASER 23 Pages Teplinsky, Steven

LASR       02/21/06    00206     Moran, Anne E.      24.00      0.15        3.60
LASR       02/21/06    00206     Moran, Anne E.      24.00      0.20        4.80
PC/Network Printing
PC LASER 24 Pages Teplinsky, Steven

LASR       02/21/06    00206     Moran, Anne E.      24.00      0.15        3.60
LASR       02/21/06    00206     Moran, Anne E.      24.00      0.20        4.80
PC/Network Printing
PC LASER 24 Pages Teplinsky, Steven

LASR       02/21/06    00206     Moran, Anne E.      24.00      0.15        3.60
LASR       02/21/06    00206     Moran, Anne E.      24.00      0.20        4.80
PC/Network Printing
PC LASER 24 Pages Teplinsky, Steven

LASR       02/21/06    00206     Moran, Anne E.      23.00      0.15        3.45
LASR       02/21/06    00206     Moran, Anne E.      23.00      0.20        4.60
PC/Network Printing
PC LASER 23 Pages Teplinsky, Steven

LASR       02/21/06    00206     Moran, Anne E.      23.00      0.15        3.45
LASR       02/21/06    00206     Moran, Anne E.      23.00      0.20        4.60
PC/Network Printing
PC LASER 23 Pages Teplinsky, Steven

LASR       02/21/06    00206     Moran, Anne E.      22.00      0.15        3.30
LASR       02/21/06    00206     Moran, Anne E.      22.00      0.20        4.40
PC/Network Printing
PC LASER 22 Pages Teplinsky, Steven

LASR       02/21/06    00206     Moran, Anne E.      22.00      0.15        3.30
LASR       02/21/06    00206     Moran, Anne E.      22.00      0.20        4.40
PC/Network Printing   PC LASER   22 Pages Teplinsky, Steven

LASR       02/21/06    00206     Moran, Anne E.      22.00      0.15        3.30
LASR       02/21/06    00206     Moran, Anne E.      22.00      0.20        4.40
PC/Network Printing
PC LASER 22 Pages Teplinsky, Steven

LASR       02/21/06    00206     Moran, Anne E.      22.00      0.15        3.30
LASR       02/21/06    00206     Moran, Anne E.      22.00      0.20        4.40
PC/Network Printing
PC LASER 22 Pages Teplinsky, Steven
LASR       02/21/06 Total:                                                 44.85
```

Doc. #1655201 v.1-4/26/06 02:40 PM

```
Cost
Code                              Timekeeper
Descrip. Date       Number        Name                 Quantity    Rate       Amount
================================================================================
================================================================================
LASR      02/22/06   00206        Moran, Anne E.        21.00      0.15        3.15
LASR      02/22/06   00206        Moran, Anne E.        21.00      0.20        4.20
PC/Network Printing
PC LASER 21 Pages Teplinsky, Steven

LASR      02/22/06   00206        Moran, Anne E.        21.00      0.15        3.15
LASR      02/22/06   00206        Moran, Anne E.        21.00      0.20        4.20
PC/Network Printing
PC LASER 21 Pages Teplinsky, Steven

LASR      02/22/06   00206        Moran, Anne E.        21.00      0.15        3.15
LASR      02/22/06   00206        Moran, Anne E.        21.00      0.20        4.20
PC/Network Printing
PC LASER 21 Pages Teplinsky, Steven

LASR      02/22/06   00206        Moran, Anne E.        21.00      0.15        3.15
LASR      02/22/06   00206        Moran, Anne E.        21.00      0.20        4.20
PC/Network Printing
PC LASER 21 Pages Teplinsky, Steven

LASR      02/22/06   00206        Moran, Anne E.         2.00      0.15        0.30
LASR      02/22/06   00206        Moran, Anne E.         2.00      0.20        0.40
PC/Network Printing
PC LASER 2 Pages Teplinsky, Steven

LASR      02/22/06   00206        Moran, Anne E.        21.00      0.15        3.15
LASR      02/22/06   00206        Moran, Anne E.        21.00      0.20        4.20
PC/Network Printing
PC LASER 21 Pages Teplinsky, Steven

LASR      02/22/06 Total:                                                     16.05

LASR      02/28/06   00206        Moran, Anne E.        20.00      0.15        3.00
LASR      02/28/06   00206        Moran, Anne E.        20.00      0.20        4.00
PC/Network Printing
PC LASER 20 Pages Teplinsky, Steven

LASR      02/28/06   00206        Moran, Anne E.        24.00      0.15        3.60
LASR      02/28/06   00206        Moran, Anne E.        24.00      0.20        4.80
PC/Network Printing
PC LASER 24 Pages Teplinsky, Steven
LASR      02/28/06 Total:                                                      6.60
LASR Total:                                                                   72.45

LOCALTR   02/28/06   00051        Silverman, Mark J.    1.00      18.00       18.00
Local Transportation - WACHOVIA Petty Cash for Mark Silverman on Wednesday
02/22/06 for taxi from 1330 Conn., Ave., to D&T

TELEDC    02/21/06   00206        Moran, Anne E.        1.00       4.06        4.06
TELEDC    02/21/06   00206        Moran, Anne E.        1.00       4.06
DC Telephone TELEDC 5613621300 FROM EXT. 106450
```

```
Cost
Code                            Timekeeper
Descrip.  Date       Number     Name                Quantity    Rate      Amount
================================================================================
================================================================================
WESTLAW   02/17/06   00206      Moran, Anne E.      1.00        14.28     14.28
WESTLAW   02/17/06   00206      Moran, Anne E.      1.00        14.28
Westlaw On-Line Research

DC Westlaw Search by:  NETSOLUTIONS
Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                            142.09

Report Total:                                                             142.09
```