IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 13, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2006 THROUGH MARCH 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: March 31, 2006

| Date | Professional | Description | Hours |
|---|---|---|---|
| 03/01/06 | K. Sieverding | Researched the line of cases containing Gottesman to determine whether courts have sided for taxpayer when the principle of Gottesman has been invoked, for Mr. Teplinsky; briefly looked to similar authority under other lines of authority; read over some field service advice memorandums to see if above-mentioned principles cited. | 2.80 |
| 03/01/06 | S.B. Teplinsky | Revise draft Protest. | 4.00 |
| 03/02/06 | M.D. Lerner | Begin editing draft Protest. | 0.60 |
| 03/02/06 | M.J. Silverman | Review revised Protest and discuss with Mr. Teplinsky | 1.00 |
| 03/02/06 | S.B. Teplinsky | Revise Protest; send revised Protest to Messrs. Collins and Gareau. | 3.50 |
| 03/02/06 | S.B. Teplinsky | Conference with Mr. Silverman re Protest. | 1.00 |
| 03/03/06 | M.D. Lerner | Finish editing draft Protest. | 1.80 |
| 03/20/06 | A.A. MacIvor | Analyze and prepare outline of the Fourth Circuit decision in Black & Decker; Begin revising Protest | 2.20 |
| 03/21/06 | A.A. MacIvor | Continue preparing outline of the Fourth Circuit decision in Black & Decker; Review and analyze Coltec; Review and analyze the Internal Revenue Code and other authority to understand the legal arguments in the Protest; Revise legal argument in the Protest | 6.40 |
| 03/22/06 | A.A. MacIvor | Continue analyzing and revising the legal arguments in the Protest | 7.50 |
| 03/24/06 | A.A. MacIvor | Review and revise changes to the legal arguments in the Protest | 2.60 |
| 03/29/06 | M.J. Silverman | Speak to Ms. Finke re Protest; review e-mail re section 5701 and IDRs | 1.00 |
| 03/29/06 | S.B. Teplinsky | Review and analyze email from Ms. Finke re status of 30-day letter. | 0.50 |
| 03/31/06 | A.A. MacIvor | Review notices received from the IRS | 0.50 |
| 03/31/06 | M.D. Lerner | Call client Mr. Gibbs re statute of limitations letter. | 0.30 |
| 03/31/06 | M.J. Silverman | Review 30 day letter from IRS. | 2.00 |

5

MATTER 32

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/03/06 | A.E. Moran | Review billing issues and necessary information for bankruptcy court. | 0.40 |
| 03/13/06 | A.E. Moran | Work on waiver questions and communication with court. | 1.50 |
| 03/20/06 | A.E. Moran | Work on application for fees. | 1.00 |
| 03/22/06 | A.E. Moran | Revise draft of bills for 2005. | 0.50 |
| 03/24/06 | A.E. Moran | Work on bills for end of 2005. | 2.40 |
| 03/27/06 | A.E. Moran | Work on billing and send out. | 0.40 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 4.00 | 775.00 | 3,100.00 |
| M.D. Lerner | 2.70 | 610.00 | 1,647.00 |
| S.B. Teplinsky | 9.50 | 610.00 | 5,795.00 |
| A.E. Moran | 6.20 | 495.00 | 3,069.00 |
| A.A. MacIvor | 19.20 | 305.00 | 5,856.00 |
| K. Sieverding | 2.80 | 305.00 | 854.00 |
| Total | 44.40 | | 20,321.00 |

Total Fees     $20,321.00

**EXHIBIT B**

Disbursements:

| | |
|---|---:|
| Duplicating | 64.50 |
| On-Line Research/Information Retrieval | 20.89 |
| Long Distance Telephone | 0.56 |
| Total Disbursements | $85.95 |
| Total This Statement | $20,406.95 |

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  430350


                           TAX LITIGATION AUDIT ISSUE
                                 012046.00003


Cost
Code                                Timekeeper
Descrip.  Date        Number        Name                Quantity      Rate       Amount
========================================================================================
========================================================================================
DUPLDC    03/02/06    00212         Teplinsky, Steven B. 245.00       0.15        36.75
DUPLDC    03/02/06    00212         Teplinsky, Steven B. 245.00       0.20        49.00
245 PHOTOCOPIES MADE BY 00212

DUPLDC    03/13/06    00206         Moran, Anne E.         7.00       0.15         1.05
DUPLDC    03/13/06    00206         Moran, Anne E.         7.00       0.20         1.40
7 PHOTOCOPIES MADE BY 00206

DUPLDC    03/20/06    00206         Moran, Anne E.         4.00       0.15         0.60
DUPLDC    03/20/06    00206         Moran, Anne E.         4.00       0.20         0.80
4 PHOTOCOPIES MADE BY 00206

DUPLDC    03/30/06    00206         Moran, Anne E.         5.00       0.15         0.75
DUPLDC    03/30/06    00206         Moran, Anne E.         5.00       0.20         1.00
5 PHOTOCOPIES MADE BY 00206

DUPLDC    03/31/06    00206         Moran, Anne E.         1.00       0.15         0.15
DUPLDC    03/31/06    00206         Moran, Anne E.         1.00       0.20         0.20
1 PHOTOCOPIES MADE BY 00206
DUPLDC Total:                                                                     39.30

LASR      03/01/06    00206         Moran, Anne E.        20.00       0.15         3.00
LASR      03/01/06    00206         Moran, Anne E.        20.00       0.20         4.00
PC/Network Printing
PC LASER 20 Pages Teplinsky, Steven

LASR      03/01/06    00206         Moran, Anne E.        22.00       0.15         3.30
LASR      03/01/06    00206         Moran, Anne E.        22.00       0.20         4.40
PC/Network Printing
PC LASER 22 Pages Teplinsky, Steven
LASR      03/01/06 Total:                                                          6.30

LASR      03/02/06    00206         Moran, Anne E.        22.00       0.15         3.30
LASR      03/02/06    00206         Moran, Anne E.        22.00       0.20         4.40
PC/Network Printing
PC LASER 22 Pages Teplinsky, Steven

LASR      03/02/06    00206         Moran, Anne E.        22.00       0.15         3.30
LASR      03/02/06    00206         Moran, Anne E.        22.00       0.20         4.40
PC/Network Printing
PC LASER 22 Pages Teplinsky, Steven
LASR      03/02/06 Total:                                                          6.60
```

```
Cost
Code                            Timekeeper
Descrip. Date        Number     Name                    Quantity      Rate        Amount
==========================================================================================
==========================================================================================
LASR     03/13/06    00206      Moran, Anne E.          4.00          0.15        0.60
LASR     03/13/06    00206      Moran, Anne E.          4.00          0.20        0.80
PC/Network Printing
PC LASER 4 Pages Moran, Anne

LASR     03/13/06    00206      Moran, Anne E.          4.00          0.15        0.60
LASR     03/13/06    00206      Moran, Anne E.          4.00          0.20        0.80
PC/Network Printing
PC LASER 4 Pages Ward, Brenda
LASR     03/13/06 Total:                                                          1.20

LASR     03/20/06    00206      Moran, Anne E.          3.00          0.15        0.45
LASR     03/20/06    00206      Moran, Anne E.          3.00          0.20        0.60
PC/Network Printing
PC LASER 3 Pages Ward, Brenda

LASR     03/20/06    00206      Moran, Anne E.          4.00          0.15        0.60
LASR     03/20/06    00206      Moran, Anne E.          4.00          0.20        0.80
PC/Network Printing
PC LASER 4 Pages Ward, Brenda

LASR     03/20/06    00206      Moran, Anne E.          4.00          0.15        0.60
LASR     03/20/06    00206      Moran, Anne E.          4.00          0.20        0.80
PC/Network Printing
PC LASER 4 Pages Ward, Brenda

LASR     03/20/06    00206      Moran, Anne E.          1.00          0.15        0.15
LASR     03/20/06    00206      Moran, Anne E.          1.00          0.20        0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda

LASR     03/20/06    00206      Moran, Anne E.          1.00          0.15        0.15
LASR     03/20/06    00206      Moran, Anne E.          1.00          0.20        0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda
LASR     03/20/06 Total:                                                          1.95

LASR     03/22/06    00206      Moran, Anne E.          1.00          0.15        0.15
LASR     03/22/06    00206      Moran, Anne E.          1.00          0.20        0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda

LASR     03/24/06    00206      Moran, Anne E.          7.00          0.15        1.05
LASR     03/24/06    00206      Moran, Anne E.          7.00          0.20        1.40
PC/Network Printing
PC LASER 7 Pages Moran, Anne

LASR     03/24/06    00206      Moran, Anne E.          7.00          0.15        1.05
LASR     03/24/06    00206      Moran, Anne E.          7.00          0.20        1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda
```

```
Cost
Code                           Timekeeper
Descrip. Date      Number      Name                   Quantity      Rate      Amount
=====================================================================================
=====================================================================================
LASR     03/24/06  00206       Moran, Anne E.         1.00          0.15      0.15
LASR     03/24/06  00206       Moran, Anne E.         1.00          0.20      0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda

LASR     03/24/06  00206       Moran, Anne E.         1.00          0.15      0.15
LASR     03/24/06  00206       Moran, Anne E.         1.00          0.20      0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda

LASR     03/24/06  00206       Moran, Anne E.         1.00          0.15      0.15
LASR     03/24/06  00206       Moran, Anne E.         1.00          0.20      0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda

LASR     03/24/06  00206       Moran, Anne E.         1.00          0.15      0.15
LASR     03/24/06  00206       Moran, Anne E.         1.00          0.20      0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda

LASR     03/24/06  00206       Moran, Anne E.         5.00          0.15      0.75
LASR     03/24/06  00206       Moran, Anne E.         5.00          0.20      1.00
PC/Network Printing
PC LASER 5 Pages Ward, Brenda

LASR     03/24/06  00206       Moran, Anne E.         5.00          0.15      0.75
LASR     03/24/06  00206       Moran, Anne E.         5.00          0.20      1.00
PC/Network Printing
PC LASER 5 Pages Ward, Brenda

LASR     03/24/06  00206       Moran, Anne E.         5.00          0.15      0.75
LASR     03/24/06  00206       Moran, Anne E.         5.00          0.20      1.00
PC/Network Printing
PC LASER 5 Pages Ward, Brenda

LASR     03/24/06  00206       Moran, Anne E.         3.00          0.15      0.45
LASR     03/24/06  00206       Moran, Anne E.         3.00          0.20      0.60
PC/Network Printing
PC LASER 3 Pages Ward, Brenda
LASR     03/24/06 Total:                                                      5.40

LASR     03/27/06  00206       Moran, Anne E.         2.00          0.15      0.30
LASR     03/27/06  00206       Moran, Anne E.         2.00          0.20      0.40
PC/Network Printing
PC LASER 2 Pages Moran, Anne

LASR     03/27/06  00206       Moran, Anne E.         3.00          0.15      0.45
LASR     03/27/06  00206       Moran, Anne E.         3.00          0.20      0.60
PC/Network Printing
PC LASER 3 Pages Moran, Anne
```

```
Cost
Code                              Timekeeper
Descrip.  Date       Number       Name               Quantity      Rate      Amount
====================================================================================
====================================================================================
LASR      03/27/06   00206        Moran, Anne E.      3.00         0.15      0.45
LASR      03/27/06   00206        Moran, Anne E.      3.00         0.20      0.60
PC/Network Printing
PC LASER 3 Pages Ward, Brenda

LASR      03/27/06   00206        Moran, Anne E.      3.00         0.15      0.45
LASR      03/27/06   00206        Moran, Anne E.      3.00         0.20      0.60
PC/Network Printing
PC LASER 3 Pages Ward, Brenda

LASR      03/27/06   00206        Moran, Anne E.      7.00         0.15      1.05
LASR      03/27/06   00206        Moran, Anne E.      7.00         0.20      1.40
PC/Network Printing
PC LASER 7 Pages Ward, Brenda

LASR      03/27/06   00206        Moran, Anne E.      2.00         0.15      0.30
LASR      03/27/06   00206        Moran, Anne E.      2.00         0.20      0.40
PC/Network Printing
PC LASER 2 Pages Ward, Brenda

LASR      03/27/06   00206        Moran, Anne E.      2.00         0.15      0.30
LASR      03/27/06   00206        Moran, Anne E.      2.00         0.20      0.40
PC/Network Printing
PC LASER 2 Pages Ward, Brenda

LASR      03/27/06   00206        Moran, Anne E.      1.00         0.15      0.15
LASR      03/27/06   00206        Moran, Anne E.      1.00         0.20      0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda

LASR      03/27/06   00206        Moran, Anne E.      1.00         0.15      0.15
LASR      03/27/06   00206        Moran, Anne E.      1.00         0.20      0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda
LASR      03/27/06 Total:                                                    3.60
LASR Total:                                                                  25.20

TELEDC    03/31/06   00206        Moran, Anne E.      1.00         0.26      0.26
TELEDC    03/31/06   00206        Moran, Anne E.      1.00         0.26
DC Telephone TELEDC 5613621662 FROM EXT. 108024

TELEPH    03/30/06   00206        Moran, Anne E.      1.00         0.30      0.30
TELEPH    03/30/06   00206        Moran, Anne E.      1.00         0.30
PH Telephone TELEPH 5613621662 FROM EXT. 201923

WESTLAW   03/24/06   00206        Moran, Anne E.      1.00         20.89     20.89
WESTLAW   03/24/06   00206        Moran, Anne E.      1.00         20.89
Westlaw On-Line Research /DC Westlaw Search by:   NET SOLUTIONS
Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                               85.95

Report Total:                                                                85.95
```