IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 13, 2006** |
| | ) | **Hearing Date: September 25, 2006 at 2:00 P.M.** |

## NOTICE OF APPLICATION

TO:     PARTIES ON THE 2002 SERVICE LIST

    PLEASE TAKE NOTICE that on May 24, 2006, Bilzin Sumberg Baena Price & Axelrod LLP, Inc., has filed its Twentieth Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2006 through March 31, 2006.

    PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of $618,556.75 and reimbursement of expenses in the amount of $108,605.10.

    PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before *June 13, 2006 at 4:00 p.m.* prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

    A HEARING ON THE APPLICATION WILL BE HELD ON **SEPTEMBER 25, 2006 AT 2:00 P.M.**

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 24, 2006            BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                               Counsel to the Official Committee of Asbestos
                               Property Damage Claimants
                               2500 Wachovia Financial Center
                               200 South Biscayne Boulevard
                               Miami, Florida 33131-2385
                               Telephone: (305) 374-7580
                               Facsimile: (305) 374-7593

                               By:     /s/ Matthew I. Kramer
                                     Matthew I. Kramer (Admitted Pro Hac Vice)

-and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*