**EXHIBIT "B"**

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
## JANUARY 1, 2006 THROUGH MARCH 31, 2006

1. **Case Administration – 15537 – 107.2 hours ($24,033.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching of developments that implicate property damage claims specifically, and asbestos issues generally.

2. **DIP Financing – 15542 – 1.8 hours ($576.00)**

This matter covers the attention given to review and analysis of the Debtors' financing.

3. **Creditors Committee – 15539 – 45.1 hours ($20,591.50)**

This matter covers formation and membership issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the

Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee, counsel to the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4. **Retention of Professionals – 15540 – .4 hours ($128.00)**

The Applicant reviewed retention pleadings for other professionals. During the Application period, the Applicant summarized the Latham & Watkins application.

5. **Applicant's Fee Applications – 15543 – 33.8 hours ($7,760.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

6. **Hearings – 15544 – 96.9 hours ($28,274.50)**

This matter covers preparation for and attendance at hearings.

7. **Claims Analysis, Objection (asbestos) – 15545 – 1,845.65 hours ($438,772.75)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto and research thereto. The matter covers all aspects of the Applicant's involvement in the estimations of asbestos property damage, and personal injury claims.

During the Application Period, the Applicant continued to work on analysis of property damage and personal injury claims and objections. The Applicant also extensively reviewed and analyzed documents related to the estimations.

The Applicant conducted extensive research and review of the Debtors' insurance settlement documents, property damage discovery documents and personal injury discovery documents.

In addition, the Applicant attended meetings, conducted research and review of disclosures, objections, expert reports, scheduling issues, personal injury estimation issues, property damage liability issues, and drafted and responded to briefs regarding constructive notice, the bar date, authority and choice of law issues. The Applicant prepared a motion to compel production and attended to addressing issues raised by the Debtors in their motion to strike the PD Committee's fact witnesses.

8. **Travel – 15546 –29.85 hours ($12,860.00)**

The Applicant traveled to New York, Wilmington. DE, Pittsburgh, PA and Washington D.C. to attend omnibus hearings and meetings. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

9. **Plan and Disclosure Statement – 15554 – 155.9 hours ($72,521.00)**

During the Application Period, the Applicant reviewed and attended to issues regarding exclusivity. Further, the applicant reviewed and addressed various issues regarding the Amended Disclosure Statement and Amended Plan of Reorganization

In addition, the Applicant conducted research and conferred with Committee members and experts regarding mediation, participated in the selection of a mediator and prepared for and attended various mediation meetings.

10. **Litigation Consulting – 15563 – 39.1 hours ($8,844.00)**

The Applicant attended to issues regarding BDM's motion for relief from stay, including research and preparation of objection to the motion on behalf of the PD Committee.

14

The Applicant further prepared, sorted and indexed documents produced in preparation for expert review.

11.     **Fee Applications of Others – 17781 – 23.5 hours ($4,196.00)**

The Applicant attended to the preparation of monthly statements and quarterly applications for Hamilton Rabinovitz & Alschuler and Hilsoft Notifications. In addition, the Applicant reviewed various applications and reports from the fee auditor and assisted PD Committee experts and committee members in processing their fees.