# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W. R. GRACE & CO., et al., | Chapter 11 |
| | Case Nos. 01-1139 through 01-1200 |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF HEARING REGARDING FINAL FEE APPLICATION OF NORRIS, MCLAUGHLIN & MARCUS, PA FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF WILLIAM A. DREIER, AS COURT-APPOINTED ADVISOR FOR THE PERIOD FROM APRIL 1, 2003 THROUGH JANUARY 10, 2005

TO:   The Parties listed on Exhibit 1 hereto.

**PLEASE TAKE NOTICE** that Norris, McLaughlin & Marcus, PA, has filed this Notice of Hearing regarding Fourth and Final Fee Application on behalf of William A. Dreier as Court Appointed Advisor for Allowance of Compensation of Fees for Actual and Necessary services Rendered and for Reimbursement of Expenses Incurred for the Period from April 1, 2003 through January 10, 2005.

**PLEASE TAKE FURTER NOTICE** that a hearing to consider the Fourth and Final Fee Application and any responses thereto will be held on **June 19, 2006 at 2:00 p.m.** before The Honorable Judith K. Fitzgerald a the Bankruptcy Court.

Dated: May 18, 2006

Respectfully submitted,

*[signature]*

William A. Dreier
Court Appointed Advisor
Norris, McLaughlin & Marcus
P.O. Box 1018
Somerville, NJ  08876-1018
(908)722-0700

12107

## SERVICE LIST

| | |
|---|---|
| David B. Siegal, Esq.<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Frank J. Perch, Esq.<br>Office of the United States Trustee<br>844 N. King Street, Room 2313<br>Wilmington, Delaware 19801 |
| James H. M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Michael R. Lastowski, Esq.<br>Duane Morris & Heckscher LLP<br>1100 North Market Street Suite 1200<br>Wilmington, DE 19801-1246 |
| Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena<br>  Price & Axelrod, LLP<br>2500 First Union Financial Center<br>200 S. Biscayne Blvd., Suite 2500<br>Miami, FL 33131-2336 | Elihu Inselbuch, Esq.<br>Caplan & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 |
| Lewis Kruger, Esq.<br>Strook & Strook & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 | Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl Young & Jones<br>919 North Market Street, 16th Fl.<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | Teresa K. D. Currier, Esq.<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 |
| J. Douglas Bacon, Esq.<br>Latham & Watkins<br>233 South Wacker Drive<br>Sears Tower, Suite 5800<br>Chicago, Illinois 60606 | Philip Bentley, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, New York 10022-3852 |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | James E. O'Neill, Esq.<br>Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl<br>  Young & Jones<br>919 North Market Street, 16th Fl.<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |

| | |
|---|---|
| Warren H. Smith & Associates<br>325 N. Saint Paul Street #4080<br>Dallas, TX 75201-3857 | Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street<br>Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 |

# NORRIS MCLAUGHLIN & MARCUS, PA

ATTORNEYS AT LAW

P.O. BOX 1018
SOMERVILLE, NJ 08876-1018
(908) 722-0700
FAX: (908) 722-0755
WWW.NMMLAW.COM

HAND DELIVERY
721 ROUTE 202-206
BRIDGEWATER, NJ 08807

NEW YORK OFFICE
875 THIRD AVENUE
18th FLOOR
NEW YORK, NY 10022

MERITAS LAW FIRMS WORLDWIDE

May 19, 2006

David D. Bird, Clerk of Court
United States Bankruptcy
Court District of Delaware
824 Market Street 5th Floor
Wilmington, DE 19801

RE:   In re: W.R. Grace & Co.
      Case Nos. 01-1139 through 01-1200
      (Jointly Administered)

Dear Mr. Bird:

As you are aware, the Court Appointed Advisors are unable to electronically file their Fee Applications at this time. As such, and in lieu of electronic filing, please accept the following documents for filing:

1. Notice of Hearing regarding Fourth and Final Fee Application of William A. Dreier for the period from April 1, 2003 through January 10, 2005.

For your convenience, I have enclosed an original and three copies of the aforementioned document. Please return a copy marked as "filed" to this office in the enclosed self-addressed stamped envelope.

If you should have any questions, please do not hesitate to call me at (908) 722-0700. Thank you for your courtesies.

Very truly yours,

Alyssa A. Verderami

Enclosures
cc:   All counsel on annexed service list

NORRIS MCLAUGHLIN & MARCUS, PA

1139 5

## SERVICE LIST

| | |
|---|---|
| David B. Siegal, Esq.<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Frank J. Perch, Esq.<br>Office of the United States Trustee<br>844 N. King Street, Room 2313<br>Wilmington, Delaware 19801 |
| James H. M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Michael R. Lastowski, Esq.<br>Duane Morris & Heckscher LLP<br>1100 North Market Street Suite 1200<br>Wilmington, DE 19801-1246 |
| Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena<br>  Price & Axelrod, LLP<br>2500 First Union Financial Center<br>200 S. Biscayne Blvd., Suite 2500<br>Miami, FL 33131-2336 | Elihu Inselbuch, Esq.<br>Caplan & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 |
| Lewis Kruger, Esq.<br>Strook & Strook & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 | Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl Young & Jones<br>919 North Market Street, 16th Fl.<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | Teresa K. D. Currier, Esq.<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 |
| J. Douglas Bacon, Esq.<br>Latham & Watkins<br>233 South Wacker Drive<br>Sears Tower, Suite 5800<br>Chicago, Illinois 60606 | Philip Bentley, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, New York 10022-3852 |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | James E. O'Neill, Esq.<br>Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl<br>  Young & Jones<br>919 North Market Street, 16th Fl.<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |

NORRIS McLAUGHLIN & MARCUS, PA

| | |
|---|---|
| Warren H. Smith & Associates<br>325 N. Saint Paul Street #4080<br>Dallas, TX 75201-3857 | Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street<br>Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 |