IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO FIFTY-SIXTH MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2006 THROUGH MARCH 31, 2006 [RE: DOCKET NO. 12344]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Fifty-Sixth Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on May 1, 2006 [Docket No.12344]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on May 22, 2006.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

Krls/Wilm 57817v1

are authorized to pay Kramer Levin Naftalis & Frankel LLP $34,896.80 which represents 80% of the fees ($43,621.00) and $2,496.06 which represents 100% of the expenses, for an aggregate amount of $20,053.37, requested in the Application for the period March 1, 2006 through March 31, 2006, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

        KLETT ROONEY LIEBER & SCHORLING
        A Professional Corporation

By: _____
      Teresa K. D. Currier (No. 3080)
      1000 West Street, Suite 1410
      Wilmington, DE 19801
      (302) 552-4200

                -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100

Counsel to the Official Committee of Equity Holders

Dated: May 25, 2006

2
WLM #66336 V1 - WR GRACE-CNO RE: 56TH MONTHLY FEE APP OF KRAMER LEVIN