IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline June 13, 2006 at 4: 00 p.m. |

**SIXTEENTH QUARTERLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM JANUARY 1, 2006 THROUGH MARCH 31, 2006**

Name of Applicant:                     *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:              *Official Committee of Equity Holders*

Date of Retention:                     *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:           *January 1, 2006 through and including March 31, 2006*

Amount of Compensation sought as
actual, reasonable and necessary:      *$74,750.00*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:                             *$5,452.00*

This is a(n):    _    monthly        X    interim application

KL2:2448031.4

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – JANUARY 1, 2006 THROUGH MARCH 31, 2006

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 03/01/2006 11916 January 1, 2006 – January 31, 2006 | $8,287.00 | $1,176.17 | $9,463.17 | $6,629.60 | $1,176.17 | 3/23/2006 12112 |
| 03/30/2006 12171 February 1, 2006 – February 28, 2006 | $22,842.00 | $1,779.77 | $24,621.77 | $18,273.60 | $1,779.77 | 4/21/2006 12293 |
| 5/01/2006 12344 March 1, 2006 – March 31, 2006 | $43,621.00 | $2,496.06 | $46,117.06 | $0.00 | $0.00 | N/A |
| Total | $74,750.50 | $5,452.00 | $80,202.00 | $24,903.20 | $2,955.94 | |

| | | |
|---|---|---|
| Current Period Unpaid: | Fees | $ 49,846.80 |
| | Expenses | $  2,496.06 |
| | Total | $ 52,342.86 |
| Previous Period Unpaid | Fees | $ 15,108.90 |
| | **TOTAL** | **$ 67,451.76** |

KL2:2448031.4

## SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & FRANKEL THROUGH MARCH 31, 2006

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $-0- |
| July 1, 2002 - September 30, 2002 | $ 87,266.50<br>$ 10,070.69 | $ 86,576.50<br>$ 9,737.19 | $ 86,576.50<br>$ 9,737.19 | $-0- |
| October 1, 2002 - December 31, 2002 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $-0- |
| January 1, 2003 - March 31, 2003 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $-0- |
| July 1, 2003 - September 31, 2003 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $-0- |
| October 1, 2003 - December 31, 2003 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $-0- |
| January 1, 2004 - March 31, 2004 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $-0- |
| April 1, 2004 - June 30, 2004 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $-0- |
| July 1, 2004 - September 30, 2004 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00<br>$ 14,406.04 | $ 400,556.50<br>$ 14,265.04 | $ 400,556.50<br>$ 14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00<br>$12,593.68 | $ 183,897.00<br>$ 12,593.68 | $ 183,897.00<br>$ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50<br>$3,641.49 | $ 74,471.50<br>$ 3,641.49 | $ 74,471.50<br>$ 3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00<br>$5,348.72 | $ 79,556.00<br>$ 5,348.72 | $ 79,556.00<br>$ 5,348.72 | $-0- |

---

[1] July 1-September 30, 2002 Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 30, 2003 Order granted on April 26, 2004 (Docket No. 5482); October 1-December 31, 2003 Order Granted on June 16, 2004 (Docket 5822); January 1-March 31, 2004 Order Granted on September 27, 2004 (Docket 6465); April 1-June 30, 2004 Order granted on January 26, 2005 (Docket 7622); July 1- September 30, 2004 Order granted on March 22, 2005 (Docket 8081); October 1- December 31, 2004 Granted on June 29, 2005 (Docket 8728); January 1 – March 31, 2005 Order Granted on September 27, 2005 (Docket 9513); April 1 – June 30, 2005 Order Granted on December 21, 2005 (Docket 11402); July 1 – September 30, 2005 still pending.

- 3 -

KL2:2448031.4

| October 1, 2005<br>December 31, 2005 | $75,544.50<br>$2,953.30 | $ 0.00<br>$ 0.00 | $ 60,435.60<br>$ 2,953.30 | $ 15,108.90 |
|---|---|---|---|---|
| January 1, 2006<br>March 31, 2006 | $74,750.00<br>$5,452.00 | $ 0.00<br>$ 0.00 | $ 24,903.20<br>$ 2,955.94 | $ 49,846.80<br>$ 2,496.06 |
| TOTAL | $1,411,798.00<br>$ 73,688.83 | $1,254,853.00<br>$ 64,809.03 | $1,340,191.80<br>$ 70,718.27 | $ 64,955.70<br>$ 2,496.06 |

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 630.00 | 7.40 | $ 4,662.00 |
| Becker, Gary | 540.00 | 94.70 | $ 51,138.00 |
| Becker, Gary | 270.00 | 6.00 | $ 1,620.00 |
| Koevary, Jonathan T. | 360.00 | 20.50 | $ 7,380.00 |
| Koevary, Jonathan T. | 180.00 | 13.60 | $ 2,448.00 |
| Gavigan, James C. | 220.00 | 34.10 | $ 7,502.00 |
| **Total** | | **176.30** | **$ 74,750.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 1/1/06 through 3/31/06 | Total Fees for the Period 1/1/06 through 3/31/06 |
|---|---|---|
| Case Administration | 1.90 | $ 999.00 |
| Creditor Committee | 33.20 | $ 17,928.00 |
| Bankr. Motions | 3.80 | $ 2,052.00 |
| Reorganization Plan | 30.40 | $ 16,416.00 |
| Fee Applications, Applicant | 36.20 | $ 8,636.00 |
| Claims Analysis Objection | 39.30 | $ 18,225.00 |
| Hearings | 11.90 | $ 6,426.00 |
| Travel/Non-Working | 19.60 | $ 4,068.00 |
| **Total** | **176.30** | **$ 74,750.00** |

## EXPENSE SUMMARY (Schedule of Disbursments)

| Expense Category | Total Expenses For the Period 1/1/06 through 3/31/06 |
|---|---|
| Photocopying | $ 87.15 |
| Long-Distance Tel. | $ 368.00 |
| Messenger/Courier | $ 33.12 |
| Cab Fares | $ 175.40 |
| Meals/In-House | $ 46.40 |
| Out of Town Travel | $ 3,313.92 |
| Pacer Retrieval Fees | $ 139.36 |

KL2:2448031.4

| Transcript Fees | $ 1,288.65 |
|---|---|
| **Total** | **$ 5,452.00** |

## VOLUNTARY DISBURSEMENT REDUCTIONS

| Dispursements | Amount |
|---|---|
| Photocopying | $ 46.48 |
| Manuscript Services | $ 39.00 |
| **Total** | **$ 85.48** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period January 1, 2006 through March 31, 2006, it be allowed the total amount of fees of $74,750.00 and disbursements $5,452.00, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: May 25, 2006

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary M. Becker
1177 Avenue of the Americas
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of Equity Holders