# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF HOLME ROBERTS & OWEN, LLP
## <u>FOR THE NINETEENTH INTERIM PERIOD</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Holme Roberts & Owen, LLP for the Nineteenth Interim Period</u>.

## BACKGROUND

1.     Holme Roberts & Owen, LLP ("HRO") was retained as special environmental counsel to the Debtors.  In the Application, HRO seeks approval of fees totaling $196,324.50 and costs totaling $4,819.03 for its services from October 1, 2005, through December 31, 2005.

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.  We served on HRO an initial report

based on our review, and received a response from HRO, portions of which response are quoted

herein.

**DISCUSSION**

3.      In our initial report, we noted that on October 25 and 26, 2005 five firm members

(three partners, one special counsel and one paralegal) attended meetings in Washington, D.C. (See

Exhibit "A")  The total time spent including any preparation and non-working travel time was 492.30

hours for a total fee of $143,889.50.  We asked HRO to explain why these meetings required the

attendance of five firm members.  HRO responded as follows:

> On September 29, 2005, the United States (the "Government") filed its Expert
> Witness Disclosures for <u>United States v. W.R. Grace, Alan R. Stringer, et. al</u>
> litigation (the "Criminal Indictment").  The United States disclosed thirteen experts.
> W.R. Grace's own expert disclosure date was originally scheduled for January 16,
> 2006 (with trial set for September 11, 2006).  (The deadline for W.R. Grace's expert
> disclosure later was extended to April 30, 2006 by the court's December 5, 2005
> Order).  As such, W.R. Grace had to respond quickly both to evaluate the experts
> designated by the Government as well as to determine which experts were necessary
> for W.R. Grace to designate in the Criminal Indictment.
>
> HRO previously represented W.R. Grace as lead counsel in the Cost
> Recovery Case.  In that matter, the Government had designated many of the same
> experts as it did in the Criminal Indictment.  As such, in order to quickly bring the
> trial team for the Criminal Indictment up to speed on the arguments and
> substantive information that each of the Government's expert witnesses would
> provide, as well as offer information and suggestions about possible rebuttal
> experts, the HRO team immediately began preparing for a two day presentation to
> W.R. Grace's Criminal Indictment trial team.
>
> Each of the attorneys from HRO who participated in the preparation of
> such information, as well as the presentation, had been involved with the Cost
> Recovery Case and brought unique perspectives to the table.  The three primary
> presenters and preparers were Jay McCarthy, Lisa Decker and Katheryn Coggon.
> Joan Sherman, the paralegal, assisted each of these primary presenters, and had
> also been involved in the Cost Recovery Case.  Ken Lund, who attended the

presentation, had also been integrally involved in the Cost Recovery Case and attended to contribute his unique perspective and knowledge to the Criminal Indictment trial team.

With thirteen experts designated by the Government, in addition to presenting information about possible W.R. Grace rebuttal experts (including a detailed analysis of the rebuttal testimony and information), it was necessary to have three attorneys and a paralegal working together to prepare the materials and the presentation.  In addition, because of the short time frame to address and prepare the information (less than one month), it was necessary to have the three attorneys and one paralegal working on preparing information and summaries on the more than twenty experts.

Because of the detail of the information provided, it was necessary that each of the attorneys who had prepared the presentation materials be present to present the information gathered and summarized to the Criminal Indictment trial team.  Joan Sherman's presence was also necessary during the presentation to coordinate with the presenting attorneys so that the information was properly conveyed and to help facilitate the review of  additional information as needed during the course of the two-day meeting.

Ultimately, the ability of W.R. Grace to utilize the information already prepared by HRO in the cost recovery case decreased the preparation time, and the overall cost of responding to and evaluating the Government's expert designations in the Criminal Indictment case.

We appreciate the response; however, we believe it fails to sufficiently justify Mr. Lund's presence, since he appears to have had no role in the presentation.  We thus recommend a reduction of $6,308.00 in fees, representing the15.20 hours Mr. Lund billed to this matter.

## CONCLUSION

4.    Thus we recommend approval of fees totaling $190,016.50 ($196,324.50 minus $6,308.00) and costs totaling $4,819.03 for HRO's services from October 1, 2005, through December 31, 2005.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
            Warren H. Smith
            Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 25th day of May, 2006.


_____
            Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Elizabeth K. Flaagan, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of
Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of
Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of
Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Exhibit A

| 10/03/05 | KJC | 1.50 | 450.00 | Prepare for meeting with counsel |
| 10/04/05 | JDM | 2.60 | 897.00 | Prepare for meeting with counsel |
| 10/04/05 | KJC | 4.40 | 1320.00 | Prepare for meeting with counsel |
| 10/04/05 | JLS | 5.70 | 912.00 | .............; prepare for meeting with counsel (1.0) |
| 10/05/05 | LSD | 4.30 | 1440.50 | Prepare for meeting with counsel |
| 10/05/05 | KJC | 4.70 | 1410.00 | Prepare for meeting with counsel (4.00);............. |
| 10/05/05 | JLS | 8.20 | 1312.00 | Prepare for meeting with counsel (5.0);................ |
| 10/06/05 | LSD | 6.50 | 2177.50 | Prepare for meeting with counsel |
| 10/06/05 | KJC | 6.30 | 1890.00 | Prepare for meeting with counsel (5.50);............. |
| 10/06/05 | JLS | 7.80 | 1248.00 | Prepare for meeting with counsel |
| 10/07/05 | LSD | 5.30 | 1775.50 | Prepare for meeting with counsel |
| 10/07/05 | KJC | 6.20 | 1860.00 | Prepare for meeting with counsel |
| 10/07/05 | JLS | 6.20 | 992.00 | Prepare for meeting with counsel |
| 10/08/05 | LSD | 2.00 | 670.00 | Prepare for meeting with counsel |
| 10/09/05 | LSD | 4.80 | 1608.00 | Prepare for meeting with counsel |
| 10/10/05 | LSD | 8.80 | 2948.00 | Prepare for meeting with counsel |
| 10/10/05 | KJC | 6.00 | 1800.00 | Prepare for meeting with counsel |
| 10/10/05 | JLS | 7.70 | 1232.00 | Prepare for meeting with counsel (5.80);........... |
| 10/11/05 | LSD | 8.50 | 2847.50 | Prepare for meeting with counsel |
| 10/11/05 | JDM | 0.40 | 138.00 | Prepare for meeting with counsel |
| 10/11/05 | KJC | 6.80 | 2040.00 | Prepare for meeting with counsel |

| | | | | |
|---|---|---|---|---|
| 10/11/05 | JLS | 6.70 | 1072.00 | Prepare for meeting with counsel (4.6);.......... |
| 10/12/05 | LSD | 7.80 | 2613.00 | Prepare for meeting with counsel |
| 10/12/05 | KJC | 7.30 | 2190.00 | Prepare for meeting with counsel |
| 10/12/05 | JLS | 7.20 | 1152.00 | Prepare for meeting with counsel (3.5);.............. |
| 10/13/05 | LSD | 5.30 | 1775.50 | Prepare for meeting with counsel |
| 10/13/05 | JDM | 0.80 | 276.00 | Prepare for meeting with counsel |
| 10/13/05 | KJC | 6.10 | 1830.00 | Prepare for meeting with counsel |
| 10/13/05 | JLS | 6.90 | 1104.00 | Prepare for meeting with counsel (4.8);............. |
| 10/14/05 | LSD | 2.50 | 837.50 | Prepare for meeting with counsel |
| 10/14/05 | JDM | 1.00 | 345.00 | Prepare for meeting with counsel |
| 10/14/05 | KJC | 3.00 | 900.00 | Prepare for meeting with counsel |
| 10/14/05 | JLS | 5.50 | 880.00 | Prepare for meeting with counsel (3.6);............... |
| 10/15/05 | LSD | 2.00 | 670.00 | Prepare for meeting with counsel |
| 10/15/05 | JDM | 1.30 | 448.50 | Prepare for meeting with counsel |
| 10/16/05 | JDM | 3.30 | 1138.50 | Prepare for meeting with counsel |
| 10/17/05 | LSD | 2.50 | 837.50 | Prepare for meeting with counsel |
| 10/17/05 | KWL | 4.00 | 1660.00 | Prepare for meeting with counsel |
| 10/17/05 | JDM | 8.70 | 3001.50 | Prepare for meeting with counsel |
| 10/17/05 | KJC | 10.20 | 3060.00 | .............; preparing for meeting with counsel (3.70) |
| 10/17/05 | JLS | 8.30 | 1328.00 | Prepare for meeting with counsel |
| 10/18/05 | JDM | 1.80 | 621.00 | Prepare for meeting with counsel |
| 10/18/05 | KJC | 8.10 | 2430.00 | Prepare for meeting with counsel (7.10);.......... |

| 10/18/05 | JLS | 5.80 | 928.00 | Prepare for meeting with counsel |
| 10/19/05 | LSD | 6.00 | 2010.00 | Prepare for meeting with counsel |
| 10/19/05 | JDM | 1.30 | 448.50 | Prepare for meeting with counsel |
| 10/19/05 | KJC | 6.30 | 1890.00 | Prepare for meeting with counsel (6.00);............ |
| 10/19/05 | JLS | 5.90 | 944.00 | Prepare for meeting with counsel |
| 10/20/05 | LSD | 11.50 | 3852.50 | Prepare for meeting with counsel |
| 10/20/05 | JDM | 9.90 | 3415.50 | Prepare for meeting with counsel |
| 10/20/05 | KJC | 5.00 | 1500.00 | Prepare for meeting with counsel |
| 10/20/05 | JLS | 4.90 | 784.00 | Prepare for meeting with counsel |
| 10/21/05 | LSD | 13.50 | 4522.50 | Prepare for meeting with counsel |
| 10/21/05 | KWL | 1.00 | 415.00 | Prepare for meeting with counsel |
| 10/21/05 | JDM | 8.30 | 2863.50 | Prepare for meeting with counsel |
| 10/21/05 | KJC | 6.50 | 1950.00 | Prepare for meeting with counsel |
| 10/21/05 | JLS | 8.20 | 1312.00 | Prepare for meeting with counsel |
| 10/22/05 | LSD | 9.30 | 3115.50 | Prepare for meeting with counsel |
| 10/22/05 | JDM | 6.10 | 2104.50 | Prepare for meeting with counsel |
| 10/23/05 | LSD | 9.80 | 3283.00 | Prepare for meeting with counsel |
| 10/23/05 | JDM | 12.30 | 4243.50 | Prepare for meeting with counsel |
| 10/23/05 | KJC | 9.00 | 2700.00 | Prepare for meeting with counsel |
| 10/23/05 | JLS | 4.50 | 720.00 | Prepare for meeting with counsel (3.20);............ |
| 10/24/05 | LSD | 11.70 | 3919.50 | Prepare for meeting with counsel (10.50); travel to Washington D.C. for meeting with counsel (1.20); 1.20 N/C) (NWT 50%) |

| | | | | |
|---|---|---|---|---|
| 10/24/05 | JDM | 7.80 | 2691.00 | Prepare for meeting with counsel (6.50); travel to Washington D.C. for meeting with counsel (1.30); 1.30 N/C) (NWT 50%) |
| 10/24/05 | KJC | 11.80 | 3540.00 | Prepare for meeting with counsel (10.60); travel to Washington D.C. for meeting with counsel (1.20); 1.20 N/C) (NWT 50%) |
| 10/24/05 | JLS | 10.40 | 1664.00 | ................; prepare for meeting with counsel (6.4); travel to Washington D.C. for meeting with counsel (1.50); 1.50 N/C) (NWT 50%) |
| 10/25/05 | LSD | 15.00 | 5025.00 | Prepare for meeting with counsel (4.50); meeting with counsel (10.50) |
| 10/25/05 | KWL | 1.20 | 498.00 | Travel from New York, NY to Washington DC for meetings with counsel (1.20); 1.20 N/C) (NWT 50%) |
| 10/25/05 | JDM | 10.20 | 3519.00 | Prepare for meeting with counsel (0.7); meeting with counsel (9.50) |
| 10/25/05 | KJC | 12.50 | 3750.00 | Prepare for meeting with counsel (2.00); meeting with counsel (10.50) |
| 10/25/05 | JLS | 9.80 | 1568.00 | Meeting with counsel (9.20);.................... |
| 10/26/05 | LSD | 10.50 | 3517.50 | Prepare for meeting with counsel (.70); meeting with counsel (9.8) |
| 10/26/05 | KWL | 9.00 | 3735.00 | Prepare for meeting with counsel. |
| 10/26/05 | JDM | 10.60 | 3657.00 | Prepare for meeting with counsel (0.8); meeting with counsel (9.8) |
| 10/26/05 | KJC | 11.30 | 3390.00 | Prepare for meeting with counsel (1.50); meeting with counsel (9.80). |
| 10/26/05 | JLS | 9.80 | 1568.00 | Prepare for meeting with counsel. |
| 10/27/05 | LSD | 6.80 | 2278.00 | Follow up from meeting with counsel (4.80); travel from Washington D.C. for meeting with counsel (2.0) (2.0 N/C) (NWT 50%) |

| 10/27/05 | JDM | 3.10 | 1069.50 | Return to Denver from meeting with counsel in Washington, D.C. (3.10)(3.10 N/C) (NWT 50%) |
| 10/27/05 | KJC | 7.00 | 2100.00 | .................; return travel from Washington DC (2.50)(2.50 N/C) (50% NWT);............... |
| 10/27/05 | JLS | 7.30 | 1168.00 | .............; travel to Denver from meeting with counsel (1.50)(1.50 N/C) (NWT 50%) |