**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF PITNEY HARDIN, LLP**
**FOR THE NINETEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Pitney Hardin LLP for the Nineteenth Interim Period (the "Application").

**BACKGROUND**

1.  Pitney Hardin LLP ("Pitney Hardin"), was retained as special counsel to the Debtors. In the Application, Pitney Hardin seeks approval of fees totaling $495,478.50 and costs totaling $36,861.26 for its services from October 1, 2005, through December 31, 2005 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Pitney Hardin an initial report based on our review, and received a response from Pitney Hardin, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted that on November 18, 2005, four firm members (three partners and one associate) participated in a conference call. The total time spent including any preparation time was 6.00 hours for a total fee of $2,422.50. The entry is provided below.

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 11/18/05 | JO | 1.50 | 675.00 | Meeting with A. Marchetta and M. Waller and telephone conference with W. Jacobson regarding strategy by federal prosecutors and tolling agreement. |
| 11/18/05 | AM | 1.80 | 945.00 | Follow up re: discussions with AUSA and proffer issues related to same; telephone call with K&E counsel and J. O'Reilly re: clean air claims. |
| 11/18/05 | MW | 1.50 | 562.50 | Meeting with A. Marchetta, R. O'Reilly, and M. Morgan regarding consideration of tolling agreement, federal prosecutor strategy, statute of limitations and factual issues and conference call with W. Jacobson regarding same. |
| 11/18/05 | MM | 1.20 | 240.00 | Prepare for and participate in a phone call with W. Jacobson, J. O'Reilly, A. Marchetta and M. Waller regarding merits of additional tolling agreement. |

We asked Pitney Hardin to explain why it was necessary for four firm members to participate in this call.
The firm responded as follows:

> This matter involves both a State civil complaint seeking in excess of half a billion dollars against W.R. Grace in environmental fines as well as a criminal grand jury investigation. There is also a New Jersey federal criminal investigation. The matter

also has certain common issues with the Montano federal prosecution of W.R. Grace arising out of the Libby mine. The conference call of November 18, 2005 was to coordinate the actions of both the criminal attorneys and the civil attorneys in New Jersey and Montana on all of the matters. Hence the number of attorneys involved.

We appreciate the response and offer no objection to these fees.

## CONCLUSION

4. Thus we recommend approval of fees totaling $495,478.50 and costs totaling $36,861.26 for Pitney Hardin's services from October 1, 2005, through December 31, 2005.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 25th day of May, 2006.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Anthony J. Marchetta, Esq.
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962-1945

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.

Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.

Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801