## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S COMBINED FINAL REPORT REGARDING
### THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES
### FOR THE NINETEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Nineteenth Interim Quarterly Period (collectively referred to hereafter as the "Applications").

### BACKGROUND

1.      Anderson Kill & Olick, P.C., ("AKO") was retained as special insurance counsel to the official committee of asbestos personal injury claimants.  In the Application, AKO seeks approval of fees totaling  $7,283.00 and costs totaling $129.06 for its services from October 1, 2005, through December 31, 2005.

2.      David T. Austern ("Austern") was retained as representative to the Future Claimants. In the Application, Austern seeks approval of fees totaling $3,900.00 and costs totaling $0.00 for his services from October 1, 2005, through December 31, 2005.

3.      Beveridge & Diamond, P.C. (Beveridge) was retained as special  counsel to the Debtors.  In the Application, Beveridge seeks approval of fees totaling $65,800.00 and costs totaling

$1,703.05 for its services from October 1, 2005, through December 31, 2005.

4.     Bankruptcy Management Corporation (BMC) was retained as Claims Reconciliation and Solicitation Consultant to the Debtors.  In the Application, BMC seeks approval of fees totaling $301,963.67 and costs totaling $8,781.14 for its services from October 1, 2005,  through December 31,  2005.

5.     Campbell & Levine LLC  ("Campbell") was retained as counsel to the official committee of asbestos personal injury claimants.  In the Application, Campbell seeks approval of fees totaling $108,413.50 and costs totaling $31,219.94 for its services from October 1, 2005, through December 31,  2005.

6.     Capstone Corporate Recovery, LLC ("Capstone") was retained as financial advisors to the Official Committee of Unsecured Creditors. In the Application, Capstone seeks approval of fees totaling $335,823.00 and costs totaling $2,808.92 for its services from October 1, 2005, through December 31, 2005.

7.     Casner & Edwards, LLP ("Casner") was retained as special litigation counsel to the Debtors.  In the Application, Casner & Edwards seeks approval of fees totaling $149,874.00 and expenses totaling $44,228.87 for its services from October 1, 2005, through December 31, 2005.

8.     CIBC World Markets Corp. ("CIBC") was retained as financial advisor to David T. Austern, Future Asbestos Claimants Representative.  In the Application, CIBC seeks approval of fees totaling $75,000.00 and costs totaling $477.63 for its services from October 1, 2005, through December 31,  2005 (the "Application Period").[1]

---

[1]We note that on September 27, 2004, the Court entered an order authorizing David T. Austern as Future Asbestos Claimants Representative to employ CIBC as financial advisor effective nunc pro tunc as of June 4, 2004.  As part of the Retention Order, CIBC sought monthly fees of $150,000.00.  We note that in accordance with a new

9.      Duane Morris LLP ("Duane Morris") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants.  In the Application, Duane Morris seeks approval of fees totaling $51,287.00 and costs totaling $2,277.70 for its services from October 1, 2005, through December 31, 2005.

10.     Ferry, Joseph & Pearce, P.A.("Ferry Joseph") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants.  In the Application, Ferry Joseph seeks approval of fees totaling $71,624.00 and costs totaling $8,222.53 for its services from October 1, 2005 through December 31, 2005.

11.     Foley Hoag LLP (Foley Hoag) was retained as special environmental counsel to the debtor.  In the Application, Foley Hoag seeks approval of fees totaling $82,934.50 and costs totaling $412.63 for its services from October 1, 2005 through December 31, 2005.

12.     Hamilton, Rabinovitz & Alschuler, Inc. ("HRA") was retained as consultants to the Official Committee of Asbestos Property Damage Claimants.  In the Application, HRA seeks approval of fees totaling $9,505.00 and costs totaling $0.00 for its services from October 1, 2005, through December 31, 2005.

13.     Hilsoft Notifications  ("Hilsoft") was retained as consultants to The Official Committee of Asbestos Property Damage Claimants.  In the Application, Hilsoft seeks approval of fees totaling $20,571.25 and costs totaling $269.06 for its services from October 1, 2005, through

---

Supplemental Application, effective December 1, 2004, CIBC has reduced its monthly fees to $100,000.00.  Terms of this engagement agreement were approved by the Court March 14, 2005.  On June 27, 2005, the Court authorized an extension to the terms of the engagement agreement.  We also note that CIBC is further reducing its fees during this Application Period.  CIBC is requesting fees in the amount of $25,000.00 per month.  Thus CIBC is requesting fees in the total amount of $75,000.00 for the Application Period.  Over the three months of this Application Period, CIBC submitted hours of service for an effective hourly rate of $318.47.

December 31, 2005.

14.    Klett Rooney Lieber & Schorling ("Klett Rooney") was retained as co-counsel to the Official Committee of Equity Holders.  In the Application, Klett Rooney seeks approval of fees totaling $62,973.50 and costs totaling $639.67 for its services from October 1, 2005, through December 31, 2005.

15.    Kramer, Levin, Naftalis & Frankel, L.L.P. ("Kramer Levin") was retained as counsel to the official committee of equity holders.  In the Application, Kramer Levin seeks approval of fees totaling  $75,544.50 and costs totaling $2,953.30 for its services from October 1, 2005, through December 31, 2005.

16.    Legal Analysis Systems, Inc. ("LAS") was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants.  In the Application, LAS seeks approval of fees totaling $39,142.50 and costs totaling $0.00 for its services from October 1, 2005, through December 31, 2005.

17.    Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as special litigation and environmental counsel for the Debtors.  In the Application, Nelson Mullins seeks approval of fees totaling $14,137.50 and costs totaling $77.81 for its services from October 1, 2005, through December 31, 2005.

18.    Darrell Scott of The Scott Law Group  is counsel to Marco Barbanti ("Barbanti"), a member of the Official Committee of Asbestos Property Damage Claimants (the "Committee"). In the Application, Scott seeks approval of costs totaling $1,479.12 for reimbursement of expenses incurred between October 1, 2005 and December 31, 2005.

19.    Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("Pachulski") was retained

as local counsel to the debtors.  In the Application, Pachulski seeks approval of fees totaling $124,109.00 and costs totaling $190,883.70 for its services from October 1, 2005, through December 31, 2005.

20.     Phillips, Goldman & Spence, P.A. ("PG&S") was retained as local counsel to David T. Austern, Future Claimants' Representative.  In the Application, PG&S seeks approval of fees totaling $23,140.50 and costs totaling $153.38 for its services from October 1, 2005, through December 31, 2005.

21.     Protiviti, Inc. (Protiviti) was retained as Sarbanes Oxley compliance advisors for the Debtors.  In the Application, Protiviti seeks approval of fees totaling $78,886.00 and expenses totaling $8,657.24 for its services from October 1, 2005,  through December 31, 2005.

22.     PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and auditors for the Debtors and Debtors in Possession.  In the Application, PwC seeks approval of fees totaling $825,069.35 and costs totaling $58,171.30 for its services from October 1, 2005, through December 31, 2005.

23.     Reed Smith LLP ("Reed Smith") was retained as special asbestos products liability defense counsel to the Debtors.  In the Application, Reed Smith seeks approval of fees totaling $306,678.00 and costs totaling $14,008.71 for its services from October 1, 2005, through December 31, 2005.

24.     Steptoe & Johnson, LLP ("Steptoe") was retained as special tax counsel to the Debtors.  In the Application, Steptoe seeks approval of fees totaling $13,141.00 and costs totaling $102.09 for its services from October 1, 2005, through December 31, 2005.

25.     L. Tersigni Consulting P.C. ("Tersigni") was retained as accountant and financial

advisor for the official committee of asbestos personal injury claimants.  In the Application, Tersigni seeks approval of fees totaling $274,706.00 and costs totaling $597.51 for its services from October 1, 2005, through December 31, 2005.

26.     Towers Perrin Tillinghast (Towers Perrin) was retained as actuarial consultants to David T. Austern, Future Claimants Representative.  In the Application, Towers Perrin seeks approval of fees totaling $12,740.50 and costs totaling $2,246.00 for its services from October 1, 2005 through December 31, 2005.

27.     Woodcock Washburn LLP ("Woodcock") was retained as special litigation counsel to the Debtor.  In the Application, Woodcock  seeks approval of fees totaling $66,606.50 and costs totaling $3,330.63 for its services from October 1, 2005, through December 31, 2005.

28.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

29.     We have no objections to, or issues with any of  the Applications.

## CONCLUSION

30.    Thus for the period of July 1, 2005, through September 30, 2005 we recommend approval of all fees and expenses for the following applicants:

a.    AKO - fees totaling $7,283.00 and costs totaling $129.06.

b.    Austern - fees totaling $3,900.00 and costs totaling $0.00.

c.    Beveridge - fees totaling  $65,800.00 and costs totaling $1,703.05.

d.    BMC - fees totaling $301,963.67 and costs totaling $8,781.14.

e.    Campbell - fees totaling $108,413.50 and costs totaling $31,219.94.

f.    Capstone - fees totaling $335,823.00 and costs totaling $2,808.92.

g.    Casner - fees totaling $149,874.00 and expenses totaling $44,228.87.

h.    CIBC - fees totaling $75,000.00 and costs totaling $477.63.

i.    Duane Morris - fees totaling $51,287.00 and costs totaling $2,277.70.

j.    Ferry Joseph - fees totaling $71,624.00 and costs totaling $8,222.53.

k.    Foley Hoag - fees totaling  $82,934.50 and costs totaling $412.63.

l.    HRA - fees totaling $9,505.00 and costs totaling $0.00.

m.    Hilsoft - fees totaling $20,571.25 and costs totaling $269.06.

n.    Klett Rooney -  fees totaling $62,973.50 and costs totaling $639.67.

o.    Kramer Levin -  fees totaling $75,544.50 and costs totaling $2,953.30.

p.    LAS - fees totaling $39,142.50 and costs totaling $0.00.

q.    Nelson Mullins -  fees totaling $14,137.50 and costs totaling $77.81.

r.    Official Comm. of Asbestos Prop. Damage - costs totaling $1,479.12.

s.    Pachulski - fees totaling $124,109.00 and costs totaling $190,883.70.

t.      PG&S - fees totaling $23,140.50 and costs totaling $153.38.

u.      Protiviti - fees totaling $78,886.00 and costs totaling $8,657.24.

v.      PwC - fees totaling $825,069.35 and costs totaling $58,171.30.

w.      Reed Smith - fees totaling $306,678.00 and costs totaling $14,008.71.

x.      Steptoe - fees totaling $13,141.00 and costs totaling $102.09.

y.      Tersigni - fees totaling $274,706.00 and costs totaling $597.51.

z.      Towers Perrin -  fees totaling $12,740.50 and costs totaling $2,246.00.

aa.     Woodcock - fees totaling  $66,606.50 and costs totaling $3,330.63.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com


**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 25th day of May, 2006.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicants**
Robert Y. Chung
Robert M. Horkovich
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Pamela D. Marks
Beveridge & Diamond
201 N. Charles Street
Suite 2210
Baltimore, MD 21201

Sean A. Allen, President
BMC Group
720 Third Avenue, 23rd Floor
Seattle, Washington 98104

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

Libby Hamilton
Capstone Corporate Recovery, LLC
Park 80 West, Plaza One
Saddle Brook, N.J. 07663

Robert A. Murphy
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

Stephen Strom
CIBC World Markets Corp.
425 Lexington Avenue
New York, New York 10017

Michael R. Lastowski, Esq.
DUANE MORRIS LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph
Theodore J. Tacconelli
Rick S. Miller
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899

Adam P. Kahn
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd., Suite 890
Los Angeles, California 90045

Todd B. Hilsee
Hilsoft Notifications
123 East Broad Street
Souderton, PA 18964

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esq.
Kramer, Levin, Naftalis & Frankel, L.L.P.
919 Third Avenue
New York, NY 10022

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

John E. Keefe, Sr.
Lynch Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702

Joseph Melchers, Esq.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street 17th Floor
Columbia, South Carolina 29201

William A. Dreier
Norris, McLaughlin & Marcus
P.O. Box 1018
Somerville, NJ 08876-1018

Laura Davis Jones
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG &
JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Marie Hendrixson
Protiviti, Inc.
The Wanamaker Building
100 Penn Square East
4th Floor
Philadelphia, PA 19107

David Lloyd
PricewaterhouseCoopers LLP
1751 Pinnacle Drive
11th Floor
McLean, VA 22102-3811

Douglas Cameron
Reed Smith LLP
P. O. Box 2009
Pittsburgh, PA 15230-2009

Anne E. Moran
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036

Loreto T. Tersigni
Dottie Jo Collins
L. Tersigni Consulting P.C.
1010 Summer Street, suite 201
Stamford, CT 06905

Jennifer L. Biggs
Towers Perrin Tillinghast
101 S. Hanley Rd.
St. Louis, MO 63105

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of**
**Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of**
**Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of**
**Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801