# EXHIBIT B

SSL-DOCS1 168817v2

WR GRACE & CO
COMPENSATION BY PROJECT CATEGORY
JANUARY 1, 2006 - MARCH 31, 2006

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 98.2 | $ 52,882.00 |
| 0008 | Asset Analysis and Recovery | 0.8 | 460.00 |
| 0013 | Business Operations | 13.2 | 7,940.00 |
| 0014 | Case Administration | 103.5 | 28,554.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 5.6 | 3,220.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 145.6 | 83,564.50 |
| 0018 | Fee Application, Applicant | 79.2 | 24,897.50 |
| 0019 | Creditor Inquiries | 7.5 | 4,625.00 |
| 0020 | Fee Application, Others | 14.3 | 4,415.00 |
| 0021 | Employee Benefits, Pension | 4.5 | 2,587.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 22.2 | 12,937.00 |
| 0028 | Insurance | 46.6 | 27,452.50 |
| 0031 | Investigations | 1.9 | 1,152.50 |
| 0032 | Litigation (Non-Bankruptcy/General) | 0.6 | 345.00 |
| 0035 | Travel - Non Working | 1.5 | 1,237.50 |
| 0036 | Plan and Disclosure Statement | 63.9 | 42,030.00 |
| 0037 | Hearings | 27.2 | 16,794.50 |
| 0040 | Employment Applications - Others | 13.2 | 7,975.00 |
| 0041 | Relief from Stay Proceedings | 1.9 | 1,115.00 |
| | SUB TOTAL: | 651.4 | $ 324,185.00 |
| | LESS 50% TRAVEL | (0.7) | (618.75) |
| | TOTAL: | 650.7 | $ 323,566.25 |

SSL-DOCS1 1688177v2