## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
**April 17, 2006 at 4:00 p.m.**
**Hearing date:  To be scheduled only  if objections**
**are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

in the above-captioned chapter 11 cases, filed and served the Fifty-Ninth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period February 1, 2006 through February 28, 2006, seeking compensation in the amount of $105,083.75, and reimbursement for actual and necessary expenses in the amount of $27,406.32.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 17, 2006 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax

number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury

Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell &

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas

Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax

number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to

the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin

Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-

8000); and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N.

King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee

Auditor, to Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 1275, Dallas, TX 75201.


Dated: March 28, 2006
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com

SSL-DOCS1 1672064v1

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:       (973) 424-2000
Facsimile:       (973) 424-2001
E-mail:          wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:       (212) 806-5400
Facsimile:       (212) 806-6006
E-mail:          lkruger@stroock.com
                 kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co. et al.; | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

**Objection Deadline:**
**April 17, 2006 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
**if objections are timely filed and served.**

FIFTY-NINTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK &
LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006</u>

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2006 – February 28, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$105,083.75 (80% - $84,067.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,434.62 (Stroock)** |
| | **$25,971.70(Navigant)** |

This is an: ☒ interim  ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 –<br>4/30/03 | $60,269.00 | $814.02 (Stroock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 –<br>5/31/03 | $111,990.50 | $691.84 (Stroock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 –<br>6/30/03 | $43,824.00 | $1,220.42 (Stroock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003<br>D.I. 4381 | 7/1/03 –<br>7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 –<br>8/31/03 | $69,927.00 | $1,164.19 (Stroock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |

| | | | | | |
|---|---|---|---|---|---|
| October 29, 2003<br>D.I. 4625 | 9/1/03 –<br>9/30/03 | $69,409.50 | $1,076.94 (Stroock)<br>$10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002<br>D.I. 4843 | 10/1/03 –<br>10/31/03 | $96,980.50 | $3,800.45 (Stroock)<br>$42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003<br>D.I. 4976 | 11/1/03 –<br>11/30/03 | $66,428.50 | $1,225.38 (Stroock)<br>$30,463.00 (Navigant<br>f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004<br>D.I. 5056 | 12/1/03 –<br>12/31/03 | $52,321.50 | $924.99 (Stroock)<br>$27,005.00 (Navigant<br>f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004<br>D.I. 5309 | 1/1/04 –<br>1/31/04 | $65,980.50 | $1,917.93 (Stroock)<br>$47,654.57 (Navigant<br>f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004<br>D.I. 5406 | 2/1/04 –<br>2/29/04 | $90,421.50 | $3,636.48 (Stroock)<br>$35,492.50 (Navigant<br>f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004<br>D.I. 5498 | 3/1/04 –<br>3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004<br>D.I. 5803 | 4/1/04 –<br>4/30/04 | $99,136.00 | $3,518.96 (Stroock)<br>$1,515.00 (Navigant<br>February)<br>$49,667.00 (Navigant<br>March)<br>$80,307.11 (Navigant<br>April) | $79,308.80 | $135,008.07 |
| July 2, 2004<br>D.I. 5917 | 5/1/04 –<br>5/31/04 | $134,324.50 | $2,409.97 (Stroock)<br>$78,360.05 (Navigant<br>May) | $107,459.60 | $80,770.02 |
| August 2, 2004<br>D.I. 6105 | 6/1/04 –<br>6/30/04 | $120,501.00 | $1,831.49 (Stroock)<br>$62,625.00 (Navigant<br>June) | $96,400.80 | $64,456.49 |
| September 9, 2004<br>D.I. 6341 | 7/1/04 –<br>7/31/04 | $72,394.00 | $3,461.84 (Stroock)<br>$40,427.50 (Navigant<br>July) | $57,915.20 | $43,889.34 |
| September 23, 2004<br>D.I. 6444 | 8/1/04 –<br>8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |

| October 14, 2004<br>D.I. 6625 | 9/1/04 –<br>9/30/04 | $83,903.50 | $1,535.61 (Stroock)<br>$27,142.00 (Navigant<br>August) | $67,122.80 | $28,677.61 |
|---|---|---|---|---|---|
| December 3, 2004<br>D.I. 7086 | 10/1/04 –<br>10/31/04 | $200,155.50 | $1,368.18 (Stroock)<br>$24,659.00 (Navigant<br>September) | $160,124.40 | $26,027.18 |
| January 7, 2005<br>D.I. 7481 | 11/1/04 –<br>11/30/04 | $218,608.50 | $14,019.09 (Stroock)<br>$25,102.80 (Navigant<br>October)<br>$27,972.34 (Navigant<br>November) | $174,886.80 | $67,094.23 |
| February 2, 2005<br>D.I. 7667 | 12/1/04 –<br>12/31/04 | $235,503.70 | $10,442.92 (Stroock)<br>$62,687.97 (Navigant<br>December) | $188,402.96 | $73,130.89 |
| March 15, 2005<br>D.I. 8026 | 1/1/05 –<br>1/31/05 | $187,168.00 | $4,411.55 (Stroock)<br>$15,686.00 (Navigant<br>January) | $149,734.40 | $20,097.55 |
| April 1, 2005<br>D.I. 8155 | 2/1/05 –<br>2/28/05 | $108,180.25 | $8,102.85 (Stroock)<br>$18,303.37 (Navigant<br>February) | $86,544.20 | $26,406.22 |
| April 25, 2005<br>D.I. 8331 | 3/1/05 –<br>3/31/05 | $56,941.25 | $287.23 (Stroock)<br>$6,114.86 (Navigant<br>March) | $45,553.00 | $6,402.09 |
| June 6, 2005<br>D.I. 8562 | 4/1/05 –<br>4/30/05 | $127,695.00 | $3,531.45 (Stroock)<br>$20,129.06 (Navigant<br>April) | $102,156.00 | $23,660.51 |
| June 28, 2005<br>D.I. 8704 | 5/1/05 –<br>5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005<br>D.I. 9135 | 6/1/05 –<br>6/30/05 | $114,903.75 | $4,871.74 (Stroock)<br>$34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005<br>D.I. 9356 | 7/1/05 –<br>7/31/05 | $117,780.75 | $2,088.44 (Stroock)<br>$2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005<br>D.I. 9565 | 8/1/05<br>8/31/05 | $106,796.25 | $5,046.99 (Stroock)<br>$18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005<br>D.I. 10951 | 9/1/05<br>9/31/05 | $67,697.50 | $1,399.68 (Stroock)<br>$11,197.50 (Navigant) | $54,158.00 | $12,597.18 |

| November 29, 2005<br>D.I. 11202 | 10/1/05 -<br>10/31/05 | $98,216.75 | $1,611.30 (Stroock)<br>$11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006<br>D.I. 11507 | 11/1/05<br>11/30/05 | $104,348.00 | $2,847.45 (Stroock)<br>$71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006<br>D.I. 11655 | 12/1/05 –<br>12/31/05 | $96,855.00 | $1,379.53 (Stroock)<br>$20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006<br>D.I. 11921 | 1/1/06 –<br>1/31/06 | $73,383.00 | $1,810.85 (Stroock)<br>$14,124.01 (Navigant) | $58,706.40 | $15,934.86 |

**WR GRACE & CO**
**ATTACHMENT B**
**FEBRUARY 1, 2006 - FEBRUARY 28, 2006**

| | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Kruger, Lewis | 25.3 | $ 825 | $ 20,872.50 | 35 |
| Latza, William D. | 0.5 | 675 | 337.50 | 15 |
| Lewin, Robert | 1.8 | 650 | 1,170.00 | 20 |
| Pasquale, Kenneth | 23.9 | 650 | 15,535.00 | 7 |
| Speise, Mark A. | 0.5 | 775 | 387.50 | 19 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 0.2 | 595 | 119.00 | 26 |
| Krieger, Arlene G. | 95.4 | 575 | 54,855.00 | 2 |
| Papir, Ryan M. | 2.7 | 395 | 1,066.50 | 1 |
| | | | | |
| **Paraprofessionals** | | | | |
| Holzberg, Ethel H. | 31.0 | 225 | 6,975.00 | 34 |
| Kollendar, Adam E. | 3.3 | 215 | 709.50 | 1 |
| Magzamen, Michael S. | 0.4 | 225 | 90.00 | 4 |
| Mohamed, David | 23.9 | 150 | 3,585.00 | 17 |
| | | | | |
| **SUB TOTAL:** | 208.9 | | $105,702.50 | |
| **LESS 50% TRAVEL:** | (0.7) | | (618.75) | |
| **TOTAL:** | 208.2 | | $105,083.75 | |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2006 - FEBRUARY 28, 2006**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 24.7 | $ 14,714.00 |
| 0008 | Asset Analysis and Recovery | 0.8 | 460.00 |
| 0013 | Business Operations | 3.6 | 2,070.00 |
| 0014 | Case Administration | 30.2 | 8,612.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 50.0 | 32,592.50 |
| 0018 | Fee Application, Applicant | 49.4 | 16,827.50 |
| 0019 | Creditor Inquiries | 2.4 | 1,505.00 |
| 0020 | Fee Application, Others | 4.2 | 1,182.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.9 | 521.50 |
| 0028 | Insurance | 13.1 | 7,957.50 |
| 0032 | Litigation (Non-Bankruptcy/General) | 0.6 | 345.00 |
| 0035 | Travel - Non Working | 1.5 | 1,237.50 |
| 0036 | Plan and Disclosure Statement | 19.5 | 12,052.50 |
| 0037 | Hearings | 5.7 | 4,302.50 |
| 0040 | Employment Applications - Others | 2.3 | 1,322.50 |
| | | | |
| | **SUB TOTAL:** | **208.9** | **105,702.50** |
| | **LESS 50% TRAVEL** | **(0.7)** | **(618.75)** |
| | **TOTAL:** | **208.2** | **$ 105,083.75** |

SSL-DOCS1 1672064v1

# STROOCK

## INVOICE

| DATE | March 22, 2006 |
|---|---|
| INVOICE NO. | 377985 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2006 | Attend to estimation material for meeting with Navigant (0.4). | Krieger, A. | 0.4 |
| 02/01/2006 | Reviewed and revised draft of memo re: property damage claims hearing (.5); t/c w/ S. Bianca re: certain claims (.1); t/c's w/ A. Krieger re: memo (.2). | Papir, R. | 0.8 |
| 02/01/2006 | Preparation for meeting with Navigant re: estimation issues (2.5). | Pasquale, K. | 2.5 |
| 02/02/2006 | Attend to meeting with Navigant Consulting re estimation issues (2.2); attend to follow-up memorandum to Navigant re plan related documents (.2). | Krieger, A. | 2.4 |
| 02/02/2006 | Preparation for and meeting with Navigant, L. Kruger, A. Krieger re: estimation issues (2.5); attention to estimation issues (1.5). | Pasquale, K. | 4.0 |
| 02/03/2006 | Attend to Federal Mogul estimation order (.6). | Krieger, A. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1672064v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2006 | Attention to recently filed documents relating to fifteenth omnibus objection (.6) and other matters (.3). | Papir, R. | 0.9 |
| 02/03/2006 | Attention to estimation-related issues (2.2). | Pasquale, K. | 2.2 |
| 02/06/2006 | Attention to recently filed documents re: property damage claims (.6) and docket (.2). | Papir, R. | 0.8 |
| 02/08/2006 | Attend to Sealed Air settlement agreement's conditions precedent and office conference KP re same (.7): attend to terms of USG's settlement with asbestos claimants and plan funding for application to Grace (1.5). | Krieger, A. | 2.2 |
| 02/08/2006 | Telephone conference L. Chambers re: estimation and scheduling issues (.3). | Pasquale, K. | 0.3 |
| 02/10/2006 | Attention to estimation database issues and emails re: same (.6). | Pasquale, K. | 0.6 |
| 02/15/2006 | Attention to discovery status and estimation issues (1.4). | Pasquale, K. | 1.4 |
| 02/16/2006 | Attend to Court order denying PD motion to shorten time on motion to compel and memo to LK, KP re: same (.1). | Krieger, A. | 0.1 |
| 02/16/2006 | Attention to PD Committee's motion to compel discovery from Debtors. | Pasquale, K. | 0.3 |
| 02/23/2006 | Attend to Libby claimants motion for payment of certain estimation and plan related expenses and related documentation (2.8). | Krieger, A. | 2.8 |
| 02/23/2006 | T/c w/ A. Krieger re: property damage matters addressed at most recent omnibus hearing. | Papir, R. | 0.2 |
| 02/24/2006 | Office conference LK re: Libby claimants' motion for fees and expenses (.1). | Krieger, A. | 0.1 |
| 02/27/2006 | Attend to memorandum to B. Harding re: Navigant database inquiries (.1). | Krieger, A. | 0.1 |

SSL-DOCS1 1672064v1

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/27/2006 | Attention to Navigant memo re: database issues (.6); attention to estimation issues (1.4). | Pasquale, K. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.7 | $ 575 | $ 5,002.50 |
| Papir, Ryan M. | 2.7 | 395 | 1,066.50 |
| Pasquale, Kenneth | 13.3 | 650 | 8,645.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,714.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 14,714.00 |
|-----------------------|-------------|

# STROOCK

---
PAGE: 4
---

| RE | Asset Analysis and Recovery<br>699843  0008 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2006 | Telephone call L. Hamilton re meeting to discuss Project Omega and renegotiation of the DIP and office conference LK re same (.2). | Krieger, A. | 0.2 |
| 02/07/2006 | Exchanged memoranda with L. Hamilton re status of Project Omega and other matters (.4); telephone call L. Hamilton re same (2). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 575 | $ 460.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 460.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 460.00 |
|---|---|

# STROOCK

RE      Business Operations
            699843  0013

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2006 | Attend to correspondence to Judge Fitzgerald re: Debtors' financial reporting (0.2). | Krieger, A. | 0.2 |
| 02/08/2006 | Exchanged memoranda with J. Baer re proposed change of account for unrestricted funds (.1). | Krieger, A. | 0.1 |
| 02/14/2006 | Exchanged memoranda with J. Baer re: Debtors' change in their unrestructured cash account (.2); memorandum to LK, KP re: same (.1). | Krieger, A. | 0.3 |
| 02/16/2006 | Exchanged memoranda with L. Hamilton re: ART Joint Venture renewal (.3). | Krieger, A. | 0.3 |
| 02/21/2006 | Attend to motion to further extend and modify DIP (1.8); attend to motion to amend ART Credit Agreement (.4). | Krieger, A. | 2.2 |
| 02/22/2006 | Telephone call L. Hamilton re: DIP and ART financing extension motions, Weatherby Project, other (.5). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.6 | $ 575 | $ 2,070.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,070.00 |
|---|---|

# STROOCK

PAGE: 6

| TOTAL FOR THIS MATTER | $ 2,070.00 |
| --- | --- |

# STROOCK

RE        Case Administration
          699843  0014

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); retrieval of fee application for attorney review (.2). | Mohamed, D. | 1.3 |
| 02/02/2006 | Attend to newly filed pleadings including Debtors' motion to dismiss Libby claimant's appeal (.6). | Krieger, A. | 0.6 |
| 02/02/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 01-771 (.3); review adversary proceeding case docket no. 05-52724 (.2). | Mohamed, D. | 1.4 |
| 02/03/2006 | Download and distribute substantive pleadings in main case and adversary proceedings; update docket. | Kollender, A. | 0.5 |
| 02/03/2006 | Attend to newly filed notices, certifications (.3). | Krieger, A. | 0.3 |
| 02/03/2006 | Review W.R. Grace main case and adv. pro. dockets for filings of substantive pleadings and update working group. | Magzamen, M. | 0.4 |
| 02/06/2006 | Download and distribute substantive pleadings; update docket. | Kollender, A. | 0.5 |
| 02/07/2006 | Download and distribute substantive pleadings; update docket. | Kollender, A. | 0.7 |
| 02/07/2006 | Conference call with Grace representatives re | Krieger, A. | 0.6 |

# STROOCK

PAGE: 8

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pending and upcoming matters (.6). | | |
| 02/08/2006 | Download and distribute substantive filings; update docket. | Kollender, A. | 0.4 |
| 02/09/2006 | Download and distribute substantial pleadings; update docket. | Kollender, A. | 0.4 |
| 02/10/2006 | Download and distribute substantive filings; update docket. | Kollender, A. | 0.4 |
| 02/10/2006 | Review CNO regarding Steptoe and Johnson and order which doesn't incorporate agreed to changes (.2). | Kruger, L. | 0.2 |
| 02/13/2006 | Download and distribute substantive pleadings; update docket. | Kollender, A. | 0.4 |
| 02/14/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case for attorney review (.8); review adversary proceeding case docket nos. 01-771 and 05-52724 (.3). | Mohamed, D. | 1.6 |
| 02/15/2006 | Memorandum to D. Mohamed re: documents for agenda (.1); office conference D. Mohamed re: pleading to be heard during 2/21/06 hearing (.1). | Krieger, A. | 0.2 |
| 02/15/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case for attorney review (.8); attention to retrieval of certain pleadings relating to upcoming hearing for attorney review (.6). | Mohamed, D. | 1.9 |
| 02/16/2006 | Status conference with Grace representatives re: plan discussions, 2/21/06 hearings, motions to be filed (.5). | Krieger, A. | 0.5 |
| 02/16/2006 | Review and distribute case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case for attorney review (.9). | Mohamed, D. | 1.4 |

# STROOCK

PAGE: 9

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/17/2006 | Attend to newly filed fee applications, responses (.3). | Krieger, A. | 0.3 |
| 02/17/2006 | Review and update case docket docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.7). | Mohamed, D. | 1.0 |
| 02/21/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 05-52724 and 04-55083 (.5). | Mohamed, D. | 1.8 |
| 02/22/2006 | Attend to newly filed pleadings (.6); exchange memoranda with LK re: 2/24/06 conference call regarding mediator (.1). | Krieger, A. | 0.7 |
| 02/22/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); prepare sub-folders with regards to case documents (.4). | Mohamed, D. | 1.7 |
| 02/23/2006 | Office conference R. Papir re: billing inquiry (.1); exchanged memoranda with LK re: 2/24/06 conference call on mediator (.1); attend to newly filed pleadings (.4). | Krieger, A. | 0.6 |
| 02/23/2006 | Review emails regarding mediator/facilitator regarding recommendations and scheduling (.4); office conference with K. Pasquale and A. Krieger regarding proposed mediators (.3). | Kruger, L. | 0.7 |
| 02/23/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3); retrieve hearing transcript of 5/20/2002 for attorney review (.2); review case documents in preparation for central file supplementation (.8); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.3); review adversary proceeding case docket nos. 01-771 and 04-55083 (.4). | Mohamed, D. | 3.5 |
| 02/24/2006 | Review resumes of proposed | Kruger, L. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | mediators/facilitators in preparation for conference call with all parties (1.1); telephone conference with A. Krieger, Bernick, Baer, Inselbuch, Lockwood, Baena, et al. regarding selection of mediator, facilitator (.5); office conference with A. Krieger and telephone call with J. Baer and Lockwood regarding mediator/facilitator (.2). | | |
| 02/24/2006 | Review and update case docket no. 01-1139 (.3), retrieve and distribute recently filed pleadings in main case for attorney review (.7). | Mohamed, D. | 1.0 |
| 02/24/2006 | Attention to proposed mediators (.8). | Pasquale, K. | 0.8 |
| 02/27/2006 | Review and update case docket no. 01-1139 (.3), retrieve and distribute recently filed pleadings in main case (.8). | Mohamed, D. | 1.1 |
| 02/28/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.7), attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kollender, Adam E. | 3.3 | $ 215 | $ 709.50 |
| Krieger, Arlene G. | 3.8 | 575 | 2,185.00 |
| Kruger, Lewis | 2.7 | 825 | 2,227.50 |
| Magzamen, Michael S. | 0.4 | 225 | 90.00 |
| Mohamed, David | 19.2 | 150 | 2,880.00 |
| Pasquale, Kenneth | 0.8 | 650 | 520.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,612.00 |
|-------------------------------------------|------------|

# STROOCK

| PAGE: 11 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 8,612.00 |

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|---|---|
| | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2006 | Attend to memorandum to the Committee re: Drake et al settlement (0.2); Attend to memorandum to the Committee re: property damage claim hearings (0.8); o/c(s) R. Papir re: Committee memorandum (0.2); Attend to memoranda to the Committee re: conference call to discuss plan-related issues (0.7); Attend to LK inquiry on plan issues (0.6); attend to J. Freeman memorandum and exchange memoranda w/LK, KP  re: same (0.4). | Krieger, A. | 2.9 |
| 02/01/2006 | Office conference with K. Pasquale, A. Krieger and telephone call with D. Bernick and J. Baer regarding modification to POR, status and strategy in POR negotiations (.6); review of structure term sheet (.3); preparation for Navigant meeting (.8). | Kruger, L. | 1.7 |
| 02/02/2006 | Exchanged memoranda with Committee members re 2/3/06 Committee conference (.4); office conference LK re agenda for Committee call (.2); telephone call Jim Freeman re Committee call (.2); telephone call L. Hamilton re plan structure outline (.2). | Krieger, A. | 1.0 |
| 02/02/2006 | Office conference with A. Krieger, K. Pasquale, R. Cantor and L. Chambers of Navigant regarding preparation for estimation reports and hearing (2.5); telephone conference with clients regarding Court hearing (.6); review estimation issues (1.0). | Kruger, L. | 4.1 |
| 02/03/2006 | Attend to preparation of an agenda and related document for today's call and office conference LK re same (.6); Committee conference call re | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | February 2006 hearing on exclusivity, plan discussions (.5). | | |
| 02/03/2006 | Telephone call with A. Krieger, K. Pasquale and Committee regarding plan related matters and interest rate (.6); review structure issues (.6). | Kruger, L. | 1.2 |
| 02/03/2006 | Conference call with Committee re: case status (.6). | Pasquale, K. | 0.6 |
| 02/07/2006 | Conference call with Debtors, professionals re: status (.3). | Pasquale, K. | 0.3 |
| 02/10/2006 | Attend to articles on FAIR Act for the Committee (.3). | Krieger, A. | 0.3 |
| 02/13/2006 | Memorandum to the Committee re: plan-related matters (.2). | Krieger, A. | 0.2 |
| 02/14/2006 | Memorandum to the Committee re: Debtors' status report (.2); office conference LK, KP re: Tom Maher's discussion with R. Tarola and Committee conference call to discuss matters (.1); attend to memorandum to the Committee re: conference call re: exclusivity, FAIR Act, plan-related matters (.6); exchanged memoranda with Committee members re: conference call (.2); attend to R. Tarola's memorandum re: modified interest rate, related plan matters (.1); attend to memorandum confirming 2/16/06 conference call (.1). | Krieger, A. | 1.3 |
| 02/14/2006 | Telephone call with T. Maher regarding his telephone call with Tarola regarding interest rate, co-proponent status and need for Committee meeting (.3); review Tarola's emails regarding interest rate (.2); office conference with A. Krieger regarding Committee meeting and issues (.2). | Kruger, L. | 0.7 |
| 02/15/2006 | Attend to materials for 2/16/06 Committee conference call (1.9); attend to memoranda to the Committee re: 2/16/06 conference call (.6); | Krieger, A. | 3.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | attend to memoranda to MAS re: plan support agreement (.6); telephone call MAS re: plan support agreement (.4); attend to agenda for conference call (.3). | | |
| 02/15/2006 | Review of memo to Committee regarding interest rate and conditions to co-proponent position (.4); review agenda for Committee call (.2). | Kruger, L. | 0.6 |
| 02/15/2006 | Review materials for 2/16 Committee Call (.6). | Kruger, L. | 0.6 |
| 02/16/2006 | Attend to materials for Committee conference call (.4); conference call with the Committee re: exclusivity, plan-related matters, FAIR Act and follow-up office conference LK, KP (.7); attend to memorandum to the Committee re: revised plan support letter (.8); attend to memorandum to the Committee re: proposed unrestricted cash account transfer (.7); office conference LK re: memoranda (.2); exchanged memoranda with T. Maher re: same (.1). | Krieger, A. | 2.9 |
| 02/16/2006 | Preparation for and telephone conference with Creditors Committee regarding interest rates, exclusivity, co-proponent of POR and related matters (1.1); review email to Committee regarding Grace's transfer of funds (.2); office conference with K. Pasquale, Arlene Krieger and by phone with J. Baer regarding status of negotiations and preparation for Court hearing on 2/21/06 (.5); review letter to J. Baer regarding co-proponent position (.2); office conference with A. Krieger regarding memorandum (.2); telephone call with T. Maher regarding co-proponent issues (.3). | Kruger, L. | 2.5 |
| 02/16/2006 | Review Capstone's analysis of enterprise and distributable value, and related interest analysis (.4). | Kruger, L. | 0.4 |
| 02/16/2006 | Preparation for and Committee conf. call re: proposed POR support and interest rate issues (1.1); conf. call with Debtors, professionals re: | Pasquale, K. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | status (.6). | | |
| 02/17/2006 | Exchanged memoranda with LK, KP re: plan support letter, other plan changes (.6); telephone call L. Hamilton re: plan support letter (.1); office conference LK re: plan support letter (.1); memorandum to the Committee re: letter (.2). | Krieger, A. | 1.0 |
| 02/17/2006 | Conference call with Capstone, A. Krieger re: POR scenarios. | Pasquale, K. | 0.3 |
| 02/21/2006 | Attend to Committee member comments to plan support letter (.1); memo to LK, KP re: comments (.2); attend to FAIR Act information to address Committee inquiries (.2); memorandum to the Committee re: proposed retention of Bowe & Fernicola (.4). | Krieger, A. | 0.9 |
| 02/22/2006 | Attend to memorandum to the Committee re: results of 2/21/06 hearings (1.3); office conference LK re: comments on plan co-proponent letter (.1); telephone call R. Douglas re: discussed comments (.2); memorandum to LK, KP re: modifications to letter (.2). | Krieger, A. | 1.8 |
| 02/23/2006 | Prepare revised letter to J. Baer re: the Committee's co-proponent status (.5); attend to Committee memoranda re: Latham & Watkins retention motion (.8); exchanged memoranda with Committee member re: exclusivity (.1); attend to memoranda to the Committee re: 2/21/06 hearing (.6). | Krieger, A. | 2.0 |
| 02/24/2006 | Attend to memorandum to the Committee re: Libby claimants' motion for payment of counsel and expert fees (2.6): prepare memorandum for the Committee re: mediator candidates and information thereon (1.4); exchanged memoranda with R. Douglas re: proposed correspondence to J. Baer (.1). | Krieger, A. | 4.1 |
| 02/27/2006 | Attend to Committee memorandum re: Libby claimants motion for payment of fees and | Krieger, A. | 5.3 |

# STROOCK

PAGE: 16

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | related prior hearings (2.8); attend to finalizing letter to J. Baer re: Committee's position on continuing as a co-proponent (.1); memorandum to Jan Baer re: plan letter (.2); exchanged memorandum with T. Maher re: potential mediator (.1); attend to Committee memorandum re: proposed settlement with the Port Authority (2.1). | | |
| 02/27/2006 | Review memo to Committee regarding Libby claimants seeking payment of fees (.3); office conference with K. Pasquale and A. Krieger regarding Eric Green and Robert Mnookin as prospective mediators (.3); further emails with A. Krieger and K. Pasquale regarding candidates for facilitator (.2); emails with T. Maher regarding mediators (.1); review estimation issues (.3). | Kruger, L. | 1.2 |
| 02/28/2006 | Attend to memorandum to the Committee re: settlement with the Port Authority (1.8). Attend to memorandum re: Libby Claimants motion (2.2). | Krieger, A. | 4.0 |
| 02/28/2006 | Review of mediator resume in preparation for all parties call (.6); telephone conference with Bernick, Inselbuch, Baena, et al. considering mediator candidates (.6); review memo to Committee regarding Port Authority (.3). | Kruger, L. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 32.6 | $ 575 | $ 18,745.00 |
| Kruger, Lewis | 14.5 | 825 | 11,962.50 |
| Pasquale, Kenneth | 2.9 | 650 | 1,885.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 32,592.50 |
|------------------------------------------|-------------|

# STROOCK

PAGE: 17

| TOTAL FOR THIS MATTER | $ 32,592.50 |
|---|---|

# STROOCK

PAGE: 18

RE     Fee Application, Applicant
699843 0018

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2006 | Started to review time in prep of working on monthly fee application. | Holzberg, E. | 1.1 |
| 02/07/2006 | Attend to preparation of Nineteenth Quarterly fee application (1.9) | Krieger, A. | 1.9 |
| 02/08/2006 | Reviewed documents and started to retrieve prior monthly bills in preparation to work on quarterly interim application. | Holzberg, E. | 2.8 |
| 02/08/2006 | Attend to preparation of fee application (1.9). | Krieger, A. | 1.9 |
| 02/09/2006 | Worked on interim fee application. | Holzberg, E. | 4.8 |
| 02/09/2006 | Attend to preparation of SSL's Nineteenth Quarterly Fee Application (4.0). | Krieger, A. | 4.0 |
| 02/10/2006 | Worked on interim fee application. | Holzberg, E. | 6.1 |
| 02/10/2006 | Attend to fee application - SSL's Nineteenth Quarterly (1.5). | Krieger, A. | 1.5 |
| 02/12/2006 | Attend to insert for fee application (1.1). | Krieger, A. | 1.1 |
| 02/13/2006 | Review/revise fee application (2.7). | Krieger, A. | 2.7 |
| 02/14/2006 | Worked on 19th quarterly fee application. | Holzberg, E. | 4.5 |
| 02/14/2006 | Office conference with E. Holzberg re: charts for fee application (.2); finalizing fee application (.9); memorandum to KP re: fee application (.1). | Krieger, A. | 1.2 |
| 02/14/2006 | Assist in preparation of Stroock's nineteenth quarterly fee application in preparation for | Mohamed, D. | 0.8 |

SSL-DOCS1 1672064v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | filing (.8). | | |
| 02/14/2006 | Attention to draft fee application for October-December 2005 (.5). | Pasquale, K. | 0.5 |
| 02/15/2006 | Completed quarterly fee application, and prepared it for service and filing; gave to David Mohamed to serve & file (1.0); started to review time for monthly application (1.8) | Holzberg, E. | 2.8 |
| 02/15/2006 | Preparation of service re: Stroock's nineteenth quarterly fee application (.8); prepare affidavit of service for same (.2). | Mohamed, D. | 1.0 |
| 02/17/2006 | Cont. to review time for monthly application. | Holzberg, E. | 0.6 |
| 02/17/2006 | Office conference E. Holzberg re: January 2006 fee statement (.1). | Krieger, A. | 0.1 |
| 02/21/2006 | Review and revised time for monthly bill & gave to A. Krieger. | Holzberg, E. | 1.9 |
| 02/23/2006 | Attend to SSL's January 2006 fee statement (.8). | Krieger, A. | 0.8 |
| 02/24/2006 | Worked on monthly bill and exhibits. | Holzberg, E. | 2.3 |
| 02/24/2006 | Attend to January 2006 fee statement (.5). | Krieger, A. | 0.5 |
| 02/27/2006 | Worked on monthly bill. | Holzberg, E. | 2.6 |
| 02/28/2006 | Completed monthly application and exhibits. | Holzberg, E. | 1.5 |
| 02/28/2006 | Attend to January 2006 fee statement and o/c D. Mohammed re: final changes (0.4). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 31.0 | $ 225 | $ 6,975.00 |
| Krieger, Arlene G. | 16.1 | 575 | 9,257.50 |
| Mohamed, David | 1.8 | 150 | 270.00 |

SSL-DOCS1 1672064v1

# STROOCK

PAGE: 20

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.5 | 650 | 325.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,827.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,827.50 |
|---|---|

SSL-DOCS1 1672064v1

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2006 | Telephone call creditor re FAIR Act enactment and attend to background information thereon (.8). | Krieger, A. | 0.8 |
| 02/14/2006 | Telephone conferences with debt holders re: Grace 2/12 status report (.6). | Pasquale, K. | 0.6 |
| 02/15/2006 | Telephone conferences with debt holders re: implications on possible consensual POR (.4). | Pasquale, K. | 0.4 |
| 02/17/2006 | Attend to correspondence to counsel re: environmental claims (.1). | Krieger, A. | 0.1 |
| 02/21/2006 | Attend to correspondence to counsel (.1). | Krieger, A. | 0.1 |
| 02/22/2006 | Telephone call with creditors regarding 2/21 hearing (.2). | Kruger, L. | 0.2 |
| 02/23/2006 | Telephone call bank debt holder re: status of estimation, ZAI ruling, exclusivity (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.2 | $ 575 | $ 690.00 |
| Kruger, Lewis | 0.2 | 825 | 165.00 |
| Pasquale, Kenneth | 1.0 | 650 | 650.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,505.00 |
|------------------------------------------|------------|

# STROOCK

PAGE: 22

| TOTAL FOR THIS MATTER | $ 1,505.00 |
|---|---|

SSL-DOCS1 1672064v1