# STROOCK

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2006 | Attend to newly filed fee applications (0.1). | Krieger, A. | 0.1 |
| 02/14/2006 | Attend to newly filed fee applications (.2). | Krieger, A. | 0.2 |
| 02/17/2006 | Review Capstone Advisory Group's fee statement for December 2005 in preparation for filing (.4); prepare notice for same (.2); prepare affidavit of service for same and forward to local counsel for filing (.4); preparation of service re: fee statement (.7). | Mohamed, D. | 1.7 |
| 02/21/2006 | Prepare amended notice of Capstone's December 2005 fee statement (.2); prepare affidavit of service for same and forward both to local counsel for filing (.4); preparation of service re: fee statement (.6). | Mohamed, D. | 1.2 |
| 02/27/2006 | Office conference E. Holzberg re: January 2006 invoice from Navigant (.1); memorandum to R. Cantor re: same  (.1); exchanged multiple memoranda with accounting and Navigant re: Navigant's January 2006 invoice (.5). | Krieger, A. | 0.7 |
| 02/28/2006 | Attend to memorandum from accounting and exchange memoranda with Navigant re: January 2006 invoice (0.2); o/c E. Holzberg re: January 2006 invoice and fee statement (0.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.3 | $ 575 | $ 747.50 |
| Mohamed, David | 2.9 | 150 | 435.00 |

SSL-DOCS1 1672064v1

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,182.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,182.50 |

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2006 | Attend to J. Baer response to questions on revised Port Authority stipulation and exchanged memoranda w/M. Berg re: same (0.3); memorandum to J. Baer re: same(0.1). | Krieger, A. | 0.4 |
| 02/03/2006 | E-mail re: PANY NJ Stipulation. | Berg, M. | 0.2 |
| 02/03/2006 | Attend to memoranda from J. Baer re further Port Authority inquiry (.1); exchanged memoranda with M. Berg re same (.2). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 0.2 | $ 595 | $ 119.00 |
| Krieger, Arlene G. | 0.7 | 575 | 402.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 521.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 521.50 |
|---|---|

# STROOCK

PAGE: 26

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 103.99 |
|---------------------------|----------|
| Meals | 53.48 |
| Local Transportation | 19.00 |
| Long Distance Telephone | 18.46 |
| Duplicating Costs-in House | 10.50 |
| Filing Fees | 240.00 |
| O/S Information Services | 479.92 |
| In House Messenger Service | 28.70 |
| Travel Expenses - Transportation | 134.00 |
| Westlaw | 328.57 |
| Word Processing - Logit | 18.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,434.62 |
|----------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,434.62 |
|-----------------------|------------|

# STROOCK

| RE | Insurance 699843 0028 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/08/2006 | Attend to J. Baer memorandum re term sheet on global insurance settlement and memorandum to L. Hamilton, Pat McGrath re same (.3); exchanged memoranda with KP re same (.1); telephone call L. Hamilton re settlement (.1); memorandum to J. Baer re receipt of information necessary to evaluate settlement (.1); exchanged memoranda with B. Latza re proposed insurance settlement (.3); exchanged memo with Grace representatives re request for information to evaluate settlement, conference call to discuss (.2). | Krieger, A. | 1.1 |
| 02/08/2006 | Review term sheet re: settlement with insurers and e-mails thereon. | Latza, W. | 0.5 |
| 02/08/2006 | Attention to Grace/Underwriters settlement term sheet (.3). | Pasquale, K. | 0.3 |
| 02/09/2006 | Exchanged memoranda with R. Lewin re proposed insurance settlement (.3); memorandum to Grace representatives re conference call to discuss proposed settlement (.1). | Krieger, A. | 0.4 |
| 02/09/2006 | Review Grace settlement with various insurance companies (.3). | Kruger, L. | 0.3 |
| 02/13/2006 | Attend to selected related provisions of the plan and K&E memorandum on proposed insurance settlement (.9). | Krieger, A. | 0.9 |
| 02/13/2006 | Review K&E's memo regarding insurance settlement (.3). | Kruger, L. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/14/2006 | Office conference R. Lewin re: proposed insurance settlement (.5); exchanged memoranda with Grace representatives re conference call to discuss insurance matter (.2). | Krieger, A. | 0.7 |
| 02/14/2006 | Conv.w/ AK and review summary of settlement agreement. | Lewin, R. | 0.7 |
| 02/15/2006 | Attend to information request re: proposed Underwriter's Settlement (.6); memorandum to L. Hamilton re: conference call to provide overview of settlement (.1); conference call with J. Baer, J. Posner, J. Hughes, Fred Zaremby re: Underwriter's Settlement and follow-up office conference R. Lewin (.8); telephone call L. Hamilton re: substance of conversation re: Underwriter's Settlement (.3). | Krieger, A. | 1.8 |
| 02/15/2006 | Unofficial Committee of W.R. Grace Creditors/Insurance (Conf. w/ W.R. Grace re: proposed insurance settlement, e-mails w/ AK) (1.0). | Lewin, R. | 1.0 |
| 02/16/2006 | Office conference KP re: Lloyd's settlement (.1); attend to review of Kaiser Settlement Agreement (1.4). | Krieger, A. | 1.5 |
| 02/16/2006 | Confer A. Krieger re: proposed Underwriters settlement (.1); attention to Kaiser agreement re: same (.8). | Pasquale, K. | 0.9 |
| 02/21/2006 | Attend to UNR-related case law re: proposed insurance settlement (.6); memorandum to R. Lewin re: case law (.1). | Krieger, A. | 0.7 |
| 02/22/2006 | Attend to Fuller-Austin decision-related materials (1.8). | Krieger, A. | 1.8 |
| 02/23/2006 | Memorandum to J. Baer re: status of receiving CD containing material relating to Underwriter's' settlement (.1). | Krieger, A. | 0.1 |
| 02/23/2006 | E-mails w/ Arlene Krieger. | Lewin, R. | 0.1 |

# STROOCK

PAGE: 29

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 9.0 | $ 575 | $ 5,175.00 |
| Kruger, Lewis | 0.6 | 825 | 495.00 |
| Latza, William D. | 0.5 | 675 | 337.50 |
| Lewin, Robert | 1.8 | 650 | 1,170.00 |
| Pasquale, Kenneth | 1.2 | 650 | 780.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,957.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,957.50 |
|---|---|

SSL-DOCS1 1672064v1

# STROOCK

PAGE: 30

| RE | Litigation (Non-Bankruptcy/General) 699843  0032 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2006 | Attend to Ninth Circuit decision on removal of governmental action for civil penalties (.6). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 575 | $ 345.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 345.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 345.00 |
|---|---|

# STROOCK

PAGE: 31

| RE | Travel - Non Working |
|---|---|
| | 699843  0035 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/21/2006 | Travel back to NY from hearing (1.5). | Kruger, L. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 1.5 | $ 825 | $ 1,237.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,237.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,237.50 |
|---|---|

# STROOCK

PAGE: 32

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2006 | Attend to review of TDP and other selected plan-related documents (1.4); conf/c Debtors' representatives re: plan-related issues and follow-up o/c LK, KP re same (0.6); t/c L. Hamilton re: plan discussions (0.2); memorandum to L. Hamilton re: plan structure document (0.1); attend to Debtors' plan structure outline (0.1). | Krieger, A. | 2.4 |
| 02/01/2006 | Conference call with Debtors, professionals re: plan issues (.6); attention to plan structure outline (.6). | Pasquale, K. | 1.2 |
| 02/02/2006 | Memorandum to MAS re plan structure outline (.1). | Krieger, A. | 0.1 |
| 02/07/2006 | Telephone call with A. Krieger, K. Pasquale, Debtors' professionals regarding status of plan negotiations and related matters (.5). | Kruger, L. | 0.5 |
| 02/08/2006 | Confer A. Krieger re: plan issues (.3). | Pasquale, K. | 0.3 |
| 02/09/2006 | Attend to plan treatment memorandum (.6). | Krieger, A. | 0.6 |
| 02/09/2006 | Review memo regarding POR treatment of unsecureds (.3). | Kruger, L. | 0.3 |
| 02/13/2006 | Memorandum to L. Hamilton re: Debtors' modified plan proposal (.2). | Krieger, A. | 0.2 |
| 02/14/2006 | Attend to plan-related status report filed by Grace (.5); memorandum to Capstone re: questions regarding modified plan proposal (.2). | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/14/2006 | Attention to Grace 2/13 status report issues (.5); attention to issues re: amended plan and PPI (.4). | Pasquale, K. | 0.9 |
| 02/15/2006 | Telephone call S. Cunningham, R. Frezze re: Debtors' PI plan settlement proposal (.5); memorandum to LK, KP re: plan points (.2). | Krieger, A. | 0.7 |
| 02/15/2006 | Memo form AGK re: plan, work on issues raised; telephone conference AGK re: plan related issues. | Speiser, M. | 0.5 |
| 02/16/2006 | Office conference KP re: updated value distribution analysis (.1); attend to Capstone analysis (.3); attend to letter to J. Baer re: Committee agreement as co-proponent (.8). | Krieger, A. | 1.2 |
| 02/16/2006 | Review memo to Committee regarding plan support letter (.3). | Kruger, L. | 0.3 |
| 02/17/2006 | Conference call R. Frezzi, KP re: valuation distribution analysis (.4); telephone call L. Hamilton re: analysis call (.2); attend to valuation analysis (.5). | Krieger, A. | 1.1 |
| 02/17/2006 | Review plan support letter and exchange emails with A. Krieger and K. Pasquale (.5); office conference with A. Krieger regarding plan support letter (.1). | Kruger, L. | 0.6 |
| 02/17/2006 | Attention to draft letter to Debtors re: POR co-propent status. | Pasquale, K. | 0.3 |
| 02/22/2006 | Office conference DW re: David Geronemus as mediator/facilitator (.1); attend to e-mails re: conference call to identify mediator (.1). | Krieger, A. | 0.2 |
| 02/23/2006 | Attend to information on Robert Mnookin, proposed plan mediator (.6). | Krieger, A. | 0.6 |
| 02/24/2006 | Attend to e-mail re: mediator/facilitator and search for information on potential candidates (.9); office conference LK re: above and separate telephone calls J. Baer, D. Bernick and | Krieger, A. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | P. Lockwood re: candidates (.2); attend to various e-mails and biographical information on candidates (.8); attend conference call with representative for all parties re: mediator (.5); attend to additional memoranda from parties re: biographical information on mediator candidates (.2). | | |
| 02/27/2006 | Attend to transcript from 2/21/06 hearing on exclusivity (1.1). | Krieger, A. | 1.1 |
| 02/27/2006 | Attend to additional information on E. Green and R. Mnookin and office conference LK, KP re: same (.3); further exchange of memoranda with LK, KP re: candidates for facilitator role (.2). | Krieger, A. | 0.5 |
| 02/27/2006 | Attention to transcript of 2/21 hearing re: exclusivity (.5). | Pasquale, K. | 0.5 |
| 02/28/2006 | Conference call with representatives for all parties re: mediator and follow-up o/c(s) LK, KP (0.6); attend to Judge Parker resume and attorney comments on candidates (0.1). | Krieger, A. | 0.7 |
| 02/28/2006 | Complete 2/21/06 hearing transcript (0.4). | Krieger, A. | 0.4 |
| 02/28/2006 | Preparation for and conference call with parties re: mediator selection (.8); telephone coference WSK re: same (.2); | Pasquale, K. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 13.1 | $ 575 | $ 7,532.50 |
| Kruger, Lewis | 1.7 | 825 | 1,402.50 |
| Pasquale, Kenneth | 4.2 | 650 | 2,730.00 |
| Speiser, Mark A. | 0.5 | 775 | 387.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,052.50 |
|------------------------------------------|-------------|

# STROOCK

PAGE: 35

| TOTAL FOR THIS MATTER | $ 12,052.50 |
|---|---|

# STROOCK

RE     Hearings
            699843  0037

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2006 | Attend to transcript from 1/30/06 omnibus hearing (.5). | Krieger, A. | 0.5 |
| 02/10/2006 | Attend to D. Bernick correspondence re settlement proposal to PI/Futures Representative and exchanged memoranda with LP re same. | Krieger, A. | 0.2 |
| 02/15/2006 | Attend to agenda notice for 2/21/06 hearings (.1); attend to pleadings for 2/21/06 hearings (.4). | Krieger, A. | 0.5 |
| 02/17/2006 | Attend to amended agenda notice (.1). | Krieger, A. | 0.1 |
| 02/17/2006 | Review amended agenda for 2/21 hearing (.2). | Kruger, L. | 0.2 |
| 02/21/2006 | Exchanged memoranda with LK re: hearing before the Court (.1). | Krieger, A. | 0.1 |
| 02/21/2006 | Preparation for court hearing (.6); attend court hearing regarding exclusivity and other agenda items (2.6). | Kruger, L. | 3.2 |
| 02/22/2006 | Office conference LK re: 2/21/06 hearing (.2). | Krieger, A. | 0.2 |
| 02/22/2006 | Office conference with A. Krieger regarding 2/21 court hearing (.2); review memo regarding 2/21 hearing to Committee (.3); office conference with A. Krieger regarding letter regarding co-proponent status (.2). | Kruger, L. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 575 | $ 920.00 |
| Kruger, Lewis | 4.1 | 825 | 3,382.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,302.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,302.50 |
|---|---|

# STROOCK

PAGE: 38

| RE | Employment Applications - Others |
|----|----------------------------------|
|    | 699843 0040 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2006 | Attend to proposed final form of Bear Stearns retention order and Certificate of Counsel, and exchanged memoranda with the US Trustee, Debtors' counsel re: revisions to paragraph 4 (0.7). | Krieger, A. | 0.7 |
| 02/10/2006 | Attend to CNO re Steptoe Johnson retention and memoranda with S. Bianca, J. Baer, J. O'Neill re failure of submitted order to reflect change agreed to with the Committee (.3); memorandum to M. Lastowski re revised order on Steptoe (.1). | Krieger, A. | 0.4 |
| 02/14/2006 | Exchanged memoranda with J. O'Neill re: revised order for the retention of Steptoe & Johnson (.1). | Krieger, A. | 0.1 |
| 02/21/2006 | Attend to Debtors application to retain Bowe & Fernicola (.3); memorandum to S. Bianca re: questions regarding retention (.2). | Krieger, A. | 0.5 |
| 02/23/2006 | Memoranda to S. Bianca re: Latham & Watkins retention questions (.2). | Krieger, A. | 0.2 |
| 02/28/2006 | Follow-up memorandum to S. Bianca re: concern regarding conflicts provision in Latham engagement letter (0.3); exchanged memo with J. Baer re; Libby Claimants' motion (0.1). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.3 | $ 575 | $ 1,322.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,322.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,322.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 105,702.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,434.62 |
| TOTAL BILL | $ 107,137.12 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

SSL-DOCS1 1672064v1

# EXHIBIT B

SSL-DOCS1 1672064v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**FEBRUARY 1, 2006 - FEBRUARY 28, 2006**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 25.3 | $ 825 | $  20,872.50 |
| Latza, William D. | 0.5 | 675 | 337.50 |
| Lewin, Robert | 1.8 | 650 | 1,170.00 |
| Pasquale, Kenneth | 23.9 | 650 | 15,535.00 |
| Speise, Mark A. | 0.5 | 775 | 387.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 0.2 | 595 | 119.00 |
| Krieger, Arlene G. | 95.4 | 575 | 54,855.00 |
| Papir, Ryan M. | 2.7 | 395 | 1,066.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 31.0 | 225 | 6,975.00 |
| Kollendar, Adam E. | 3.3 | 215 | 709.50 |
| Magzamen, Michael S. | 0.4 | 225 | 90.00 |
| Mohamed, David | 23.9 | 150 | 3,585.00 |
| | | | |
| **SUB TOTAL:** | **208.9** | | 105,702.50 |
| **LESS 50% TRAVEL** | **(0.7)** | | (618.75) |
| | | | |
| **TOTAL** | **208.2** | | **$ 105,083.75** |

**EXHIBIT C**

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2006 - FEBRUARY 28, 2006**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 103.99 |
| Meals | | 53.48 |
| Local Transportation | | 19.00 |
| Long Distance Telephone | | 18.46 |
| Duplicating Costs-in House | | 10.50 |
| Filing Fees | | 240.00 |
| O/S Information Services | | 479.92 |
| In House Messenger Service | | 28.70 |
| Travel Expenses - Transportation | | 134.00 |
| Westlaw | | 328.57 |
| Word Processing - Logit | | 18.00 |
| | | |
| **TOTAL** | $ | **1,434.62** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | March 23, 2006 |
|---|---|
| INVOICE NO. | 377985 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES RENDERED in the captioned matter for the period through February 28, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827046; DATE: 01/28/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Barbara Harding Esq Kirkland & Ellis LLP, 655 Fifteenth Street N.W., WASHINGTON, DC 20005 Tracking #:1Z10X8270192386093 on 01/26/2006 | 6.66 |
| 02/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827056; DATE: 02/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195099666 on 01/30/2006 | 8.46 |
| 02/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827056; DATE: 02/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195897482 on 01/30/2006 | 6.38 |
| 02/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827056; DATE: 02/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196080272 on 01/30/2006 | 6.38 |
| 02/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827056; DATE: 02/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David | 6.38 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1672064v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199919656 on 01/30/2006 | |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270190166511 on 02/15/2006 | 8.80 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270192571338 on 02/15/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270193488525 on 02/15/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194261302 on 02/15/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270190822874 on 02/17/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191653680 on 02/17/2006 | 6.38 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193949296 on 02/17/2006 | 6.38 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194392868 on 02/17/2006 | 8.80 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Steve Bossay Esq. Warren H. Smith and Associa, , DALLAS, TX 75201 Tracking #:1Z10X8270190166511 on 02/15/2006 | 5.18 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Stephanie Lenkiewicz Duane Morris LLP, , WILMINGTON, DE 19801 Tracking #:1Z10X8270192571338 on 02/15/2006 | 2.89 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO David Klauder Esq. Office of the United States, , Wilmington, DE 19801 Tracking #:1Z10X8270193488525 on 02/15/2006 | 2.89 |
| 02/22/2006 | VENDOR: UPS; INVOICE#: 0000010X827076; DATE: 02/18/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO David B. Siegal W.R. Grace & Co., , COLUMBIA, MD 21044 Tracking #:1Z10X8270194261302 on 02/15/2006 | 2.89 |

**Outside Messenger Service Total**                                    **103.99**

**Meals**

| 02/23/2006 | VENDOR: Seamless Web; Invoice#: 106305; Date: 02/08/2006 - Food Merchants Catering by Peter Krasnov; Ken Pasquale; Order Date: 02/01/06 16:24:00 | 53.48 |

**Meals Total**                                                        **53.48**

**Local Transportation**

| 02/09/2006 | VENDOR: Petty Cash; INVOICE#: PC02/8/06; DATE: 2/9/2006 - 02/02/06  NY PETTY CASH - L.Kruger | 19.00 |

**Local Transportation Total**                                         **19.00**

**Long Distance Telephone**

| 02/02/2006 | EXTN.5007, TEL.202-879-5081, S.T.14:02, DUR.00:01:18 | 0.86 |

# STROOCK

| PAGE: 4 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 02/15/2006 | EXTN.5544, TEL.201-587-7111, S.T.17:00, DUR.00:00:24 | 0.43 |
| 02/15/2006 | EXTN.5544, TEL.617-722-4024, S.T.17:18, DUR.00:09:18 | 4.29 |
| 02/17/2006 | EXTN.5544, TEL.617-722-4024, S.T.11:57, DUR.00:03:00 | 1.29 |
| 02/21/2006 | EXTN.3544, TEL.617-722-4024, S.T.16:23, DUR.00:01:00 | 0.43 |
| 02/22/2006 | EXTN.5544, TEL.617-722-4024, S.T.09:30, DUR.00:12:30 | 5.58 |
| 02/28/2006 | EXTN.5562, TEL.215-665-2147, S.T.14:57, DUR.00:12:48 | 5.58 |
| | **Long Distance Telephone Total** | **18.46** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 02/01/2006 | | 0.20 |
| 02/09/2006 | | 1.00 |
| 02/10/2006 | | 0.50 |
| 02/14/2006 | | 7.80 |
| 02/15/2006 | | 0.20 |
| 02/17/2006 | | 0.20 |
| 02/22/2006 | | 0.60 |
| | **Duplicating Costs-in House Total** | **10.50** |

**Filing Fees**

| | | |
|---|---|---|
| 02/14/2006 | VENDOR: Chase Card Services; INVOICE#: 020206; DATE: 2/2/2006  -  visa charge 01/26/06 Court Call LLC | 80.00 |
| 02/14/2006 | VENDOR: Chase Card Services; INVOICE#: 020206; DATE: 2/2/2006  -  visa charge 01/27/06 Court Call LLC | 80.00 |
| 02/14/2006 | VENDOR: Chase Card Services; INVOICE#: 020206; DATE: 2/2/2006  -  visa charge 01/31/06 Court Call LLC | 80.00 |
| | **Filing Fees Total** | **240.00** |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **PAGE: 5** | | |
| **O/S Information Services** | | |
| 02/06/2006 | Pacer Search Service on 12/21/2005 | 0.16 |
| 02/06/2006 | Pacer Search Service on 12/22/2005 | 0.32 |
| 02/06/2006 | Pacer Search Service on 12/22/2005 | 6.16 |
| 02/06/2006 | Pacer Search Service on 12/27/2005 | 4.80 |
| 02/06/2006 | Pacer Search Service on 12/29/2005 | 1.12 |
| 02/06/2006 | Pacer Search Service on 12/30/2005 | 11.28 |
| 02/06/2006 | Pacer Search Service on 12/14/2005 | 1.04 |
| 02/06/2006 | Pacer Search Service on 12/15/2005 | 1.04 |
| 02/06/2006 | Pacer Search Service on 12/27/2005 | 0.72 |
| 02/06/2006 | Pacer Search Service on 10/7/2005 | 3.36 |
| 02/06/2006 | Pacer Search Service on 11/7/2005 | 0.24 |
| 02/06/2006 | Pacer Search Service on 11/1/2005 | 2.40 |
| 02/06/2006 | Pacer Search Service on 11/1/2005 | 6.08 |
| 02/06/2006 | Pacer Search Service on 10/18/2005 | 1.28 |
| 02/06/2006 | Pacer Search Service on 10/3/2005 | 0.16 |
| 02/06/2006 | Pacer Search Service on 10/4/2005 | 33.92 |
| 02/06/2006 | Pacer Search Service on 10/5/2005 | 0.80 |
| 02/06/2006 | Pacer Search Service on 10/6/2005 | 1.44 |
| 02/06/2006 | Pacer Search Service on 10/7/2005 | 19.28 |
| 02/06/2006 | Pacer Search Service on 10/10/2005 | 0.32 |
| 02/06/2006 | Pacer Search Service on 10/11/2005 | 43.92 |

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/06/2006 | Pacer Search Service on 10/11/2005 | 2.56 |
| 02/06/2006 | Pacer Search Service on 10/12/2005 | 28.56 |
| 02/06/2006 | Pacer Search Service on 10/13/2005 | 1.20 |
| 02/06/2006 | Pacer Search Service on 10/14/2005 | 0.24 |
| 02/06/2006 | Pacer Search Service on 10/17/2005 | 4.16 |
| 02/06/2006 | Pacer Search Service on 10/18/2005 | 2.40 |
| 02/06/2006 | Pacer Search Service on 10/18/2005 | 17.68 |
| 02/06/2006 | Pacer Search Service on 10/19/2005 | 2.40 |
| 02/06/2006 | Pacer Search Service on 10/20/2005 | 9.84 |
| 02/06/2006 | Pacer Search Service on 10/21/2005 | 2.72 |
| 02/06/2006 | Pacer Search Service on 10/21/2005 | 10.08 |
| 02/06/2006 | Pacer Search Service on 10/24/2005 | 26.56 |
| 02/06/2006 | Pacer Search Service on 10/25/2005 | 0.24 |
| 02/06/2006 | Pacer Search Service on 10/25/2005 | 2.16 |
| 02/06/2006 | Pacer Search Service on 10/26/2005 | 5.04 |
| 02/06/2006 | Pacer Search Service on 10/26/2005 | 1.20 |
| 02/06/2006 | Pacer Search Service on 10/27/2005 | 8.56 |
| 02/06/2006 | Pacer Search Service on 10/28/2005 | 3.60 |
| 02/06/2006 | Pacer Search Service on 10/31/2005 | 11.44 |
| 02/06/2006 | Pacer Search Service on 11/1/2005 | 6.00 |
| 02/06/2006 | Pacer Search Service on 11/3/2005 | 17.44 |

# STROOCK

PAGE: 7

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/06/2006 | Pacer Search Service on 11/3/2005 | 0.40 |
| 02/06/2006 | Pacer Search Service on 11/4/2005 | 7.60 |
| 02/06/2006 | Pacer Search Service on 11/7/2005 | 9.44 |
| 02/06/2006 | Pacer Search Service on 11/7/2005 | 22.48 |
| 02/06/2006 | Pacer Search Service on 11/8/2005 | 21.92 |
| 02/06/2006 | Pacer Search Service on 11/10/2005 | 5.20 |
| 02/06/2006 | Pacer Search Service on 11/11/2005 | 5.68 |
| 02/06/2006 | Pacer Search Service on 11/11/2005 | 0.40 |
| 02/06/2006 | Pacer Search Service on 11/14/2005 | 3.04 |
| 02/06/2006 | Pacer Search Service on 11/14/2005 | 0.16 |
| 02/06/2006 | Pacer Search Service on 11/15/2005 | 0.88 |
| 02/06/2006 | Pacer Search Service on 11/16/2005 | 10.72 |
| 02/06/2006 | Pacer Search Service on 11/17/2005 | 4.64 |
| 02/06/2006 | Pacer Search Service on 11/18/2005 | 1.60 |
| 02/06/2006 | Pacer Search Service on 11/21/2005 | 1.12 |
| 02/06/2006 | Pacer Search Service on 11/21/2005 | 3.20 |
| 02/06/2006 | Pacer Search Service on 11/22/2005 | 1.04 |
| 02/06/2006 | Pacer Search Service on 11/23/2005 | 0.40 |
| 02/06/2006 | Pacer Search Service on 11/28/2005 | 23.36 |
| 02/06/2006 | Pacer Search Service on 11/28/2005 | 1.84 |
| 02/06/2006 | Pacer Search Service on 11/29/2005 | 12.32 |
| 02/06/2006 | Pacer Search Service on 11/29/2005 | 0.64 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/06/2006 | Pacer Search Service on 11/30/2005 | 3.92 |
| 02/06/2006 | Pacer Search Service on 11/30/2005 | 1.36 |
| 02/06/2006 | Pacer Search Service on 12/1/2005 | 0.96 |
| 02/06/2006 | Pacer Search Service on 12/2/2005 | 1.04 |
| 02/06/2006 | Pacer Search Service on 12/2/2005 | 7.60 |
| 02/06/2006 | Pacer Search Service on 12/5/2005 | 0.32 |
| 02/06/2006 | Pacer Search Service on 12/8/2005 | 11.84 |
| 02/06/2006 | Pacer Search Service on 12/8/2005 | 1.36 |
| 02/06/2006 | Pacer Search Service on 12/9/2005 | 0.48 |
| 02/06/2006 | Pacer Search Service on 12/12/2005 | 2.48 |
| 02/06/2006 | Pacer Search Service on 12/14/2005 | 3.28 |
| 02/06/2006 | Pacer Search Service on 12/14/2005 | 0.24 |
| 02/06/2006 | Pacer Search Service on 12/15/2005 | 0.16 |
| 02/06/2006 | Pacer Search Service on 12/19/2005 | 2.40 |
| 02/06/2006 | Pacer Search Service on 12/21/2005 | 0.48 |
| | **O/S Information Services Total** | **479.92** |

**In House Messenger Service**

| | | |
|------|-------------|--------|
| 02/22/2006 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 2/10/2006 Vehicle Rush from Krieger, Arlene G. to RES-ARLENE KRIEGER, 10 EAST END AVE | 28.70 |
| | **In House Messenger Service Total** | **28.70** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|--------|
| 02/14/2006 | VENDOR: Chase Card Services; INVOICE#: 020206; DATE: 2/2/2006 - visa charge 01/30/06 L Kruger Amtrak Penn Sta to | 130.50 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Wilmington, DE re: W Grace- attended court hearing in DE on Pearson claim | |
| 02/28/2006 | VENDOR: Petty Cash; INVOICE#: PC022306; DATE: 2/28/2006 - 02/21/06   NY PETTY CASH - L.Kruger | 3.50 |
| | **Travel Expenses - Transportation Total** | **134.00** |
| **Westlaw** | | |
| 02/02/2006 | Search By Krieger, Arlene G. | 40.50 |
| 02/03/2006 | Search By Krieger, Arlene G. | 8.50 |
| 02/17/2006 | Duration 0:15:43; By Krieger, Arlene G. | 169.07 |
| 02/21/2006 | Search By Krieger, Arlene G. | 40.50 |
| 02/24/2006 | Search By Krieger, Arlene G. | 70.00 |
| | **Westlaw Total** | **328.57** |
| **Word Processing - Logit** | | |
| 02/01/2006 | | 18.00 |
| | **Word Processing - Logit Total** | **18.00** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 103.99 |
| Meals | 53.48 |
| Local Transportation | 19.00 |
| Long Distance Telephone | 18.46 |
| Duplicating Costs-in House | 10.50 |
| Filing Fees | 240.00 |
| O/S Information Services | 479.92 |
| In House Messenger Service | 28.70 |
| Travel Expenses - Transportation | 134.00 |
| Westlaw | 328.57 |
| Word Processing - Logit | 18.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,434.62 |
|------|------|

# STROOCK

PAGE: 10

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

March 7, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

---

### *For Services Rendered For*
### *WR Grace Creditor's Committee - February 2006*

**Professional Fees:**

| | | | |
|---|---|---|---|
| LC | 11.30 hrs. @ | $510 | $5,763.00 |
| RC | 23.80 hrs. @ | $450 | 10,710.00 |
| PM | 0.60 hrs. @ | $400 | 240.00 |
| JS | 6.50 hrs. @ | $270 | 1,755.00 |
| JM | 3.70 hrs. @ | $260 | 962.00 |
| KE | 10.40 hrs. @ | $175 | 1,820.00 |
| MO | 27.30 hrs. @ | $150 | 4,095.00 |
| MP | 3.50 hrs. @ | $75 | 262.50 |

**Total Professional Fees**.........................................................................................**$25,607.50**

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 177.10 |
| Ground Transportation / Auto Expense | | 174.00 |
| Meals | | 13.10 |

**Total Expenses** ....................................................................................................**$364.20**

**Total Amount Due for February Services and Expenses**..........................................**$25,971.70**

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 167432 | January 19, 2006 | 20,317.49 |
| Inv No. | 169084 | February 21, 2006 | 14,124.01 |

**Total Outstanding Invoices** .................................................................................**$34,441.50**

**Total Amount Due For February Services, Expenses and Outstanding Invoices** .......**$60,413.20**

Navigant Consulting, Inc. Project No.: 113758

Invoice No.: 169779



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 2/1/2006 | 4.20 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/2/2006 | 9.20 | Travel to and from NYC. Met with clients. Reviewed liability estimation issues. |
| CANTOR, ROBIN | 2/7/2006 | 0.60 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/10/2006 | 1.20 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/14/2006 | 0.60 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/15/2006 | 1.10 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/16/2006 | 0.80 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/17/2006 | 2.80 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 2/21/2006 | 1.20 | Analyzed liability estimation issues. Analyzed databases received. |
| CANTOR, ROBIN | 2/22/2006 | 2.10 | Analyzed liability estimation issues. Analyzed databases received. |
| CHAMBERS, LETITIA | 2/1/2006 | 2.00 | Estimation. |
| CHAMBERS, LETITIA | 2/2/2006 | 5.00 | Meet with client and follow up re: estimation. |
| CHAMBERS, LETITIA | 2/6/2006 | 0.80 | Estimation |
| CHAMBERS, LETITIA | 2/7/2006 | 2.50 | Estimation |
| CHAMBERS, LETITIA | 2/8/2006 | 1.00 | Estimation |
| ERTUG, KERIM CAN | 2/6/2006 | 2.70 | Claims data analysis. |
| ERTUG, KERIM CAN | 2/7/2006 | 2.20 | Review of case materials. |
| ERTUG, KERIM CAN | 2/21/2006 | 1.30 | Review of data questions. |
| ERTUG, KERIM CAN | 2/22/2006 | 2.80 | Meeting with staff and review of data questions. |
| ERTUG, KERIM CAN | 2/23/2006 | 1.40 | Meeting with staff review of SAS programs. |
| MCGRATH, PATRICK J. | 2/9/2006 | 0.60 | Review various asbestos PD claim materials provided by counsel |
| MCINTIRE, JAMES | 2/11/2006 | 1.10 | Review literature and model assumptions regarding nonmalignant asbestos disease. |

Navigant Consulting, Inc. Project No.: 113758

Invoice No.: 169779



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 2/12/2006 | 1.30 | Review literature and model assumptions regarding nonmalignant asbestosis disease. |
| MCINTIRE, JAMES | 2/14/2006 | 0.70 | Review model and literature regarding nonmalignant asbestos disease. |
| MCINTIRE, JAMES | 2/15/2006 | 0.60 | Review the model and literature regarding nonmalignant disease. |
| OSBORN, MATTHEW | 2/16/2006 | 3.40 | Imported and combined data sources. |
| OSBORN, MATTHEW | 2/17/2006 | 8.30 | Analyzed data and prepared memo regarding data questions. |
| OSBORN, MATTHEW | 2/21/2006 | 3.10 | Analyzed data and discussed issues regarding data. |
| OSBORN, MATTHEW | 2/22/2006 | 4.80 | Analyzed data and helped prepare memo regarding data questions. |
| OSBORN, MATTHEW | 2/23/2006 | 6.20 | Prepared data for analysis and reviewed case information. |
| OSBORN, MATTHEW | 2/24/2006 | 1.50 | Reviewed case materials. |
| POGAR, MATTHEW | 2/1/2006 | 1.00 | Reviewed case material. |
| POGAR, MATTHEW | 2/2/2006 | 1.00 | Reviewed case material. |
| POGAR, MATTHEW | 2/3/2006 | 0.50 | Reviewed case material. |
| POGAR, MATTHEW | 2/6/2006 | 1.00 | Reviewed case material. |
| SIRGO, JORGE | 2/6/2006 | 1.60 | Assist with data analysis. |
| SIRGO, JORGE | 2/13/2006 | 1.60 | Assist with liability estimation methodology. |
| SIRGO, JORGE | 2/14/2006 | 3.30 | Assist with disease incidence analysis. |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, David Mohamed, certify that I am not less than 18 years of age, and that service of a copy of the attached **Fifty-Ninth Monthly Fee Application of Stroock & Stroock & Lavan LLP, for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2006 Through February 28, 2006** was made March 28, 2006, upon:

All of the parties on the attached Service Lists as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: March 28, 2006

_David Mohamed_

David Mohamed, Legal Aide
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:      (212) 806-5400
Facsimile:      (212) 806-6006
Email:          dmohamed@stroock.com

**W. R. GRACE & CO.,** *et al.*

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**e-mails in PDF format**

To:

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com

**e-mails in Microsoft Word /Excel/ Word Perfect format**

To:

feeaudit@whsmithlaw.com
slbossay@ehsmithlaw.com

SSL-DOCS1 1672635v1

**W. R. GRACE & CO.,** *et al.*

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**HARD COPIES**
**Via Overnight Mail**

David B. Siegal
Senior Vice President and
General Counsel
W.R.Grace & Co.
7500 Grace Drive,
Columbia, MD 21044

Steve Bossay, Esq.
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Office of the United States Trustee
Dave Klauder, Esq.
844 King Street, Suite 2311
Wilmington DE 19801

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE. 19801
Attn: Stephanie Lenkiewicz

SSL-DOCS1 1672635v1