## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtor.** | ) | Objection Date: June 15, 2006 at 4 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### FIRST MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 13, 2006 THROUGH FEBRUARY 28, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | February 13, 2006 – February 28, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $45,714.29[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $1,572.96 |

This is a   x  monthly        __ interim        ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. Piper Jaffray & Co.'s total fee for this period is $57,142.86, which represents the monthly fee of $100,000 per its engagement agreement with the Future Claimants' Representative and approved by the Court, pro rated for the period February 13, 2006 (Piper Jaffray & Co.'s date of retention) through February 28, 2006.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### FEBRUARY 13-28, 2006

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 52.8 | NA |
| Financial Analysis/Review Related | 21.5 | NA |
| Meeting/Hearing Attendance | 56.5 | NA |
| TOTAL | 130.8 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Airfare | $1,184.40 |
| Travel Meals | 33.49 |
| Transportation (cabs, car rental, toll charges) | 355.07 |
| **TOTAL** | **$1,572.96** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: /s/ Jonathan L. Brownstein
Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 24, 2006

---

[2] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.