# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Ritwik Chatterjee | 2/16/2006 | 2.8 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 2/16/2006 | 4.0 | Financial analysis | Preparation of various financial analysis |
| Geoffrey Zbikowski | 2/17/2006 | 1.5 | Business operations | Preparation of various financial analysis |
| Ritwik Chatterjee | 2/20/2006 | 1.5 | Business operations | Review reports on chemicals industry |
| Geoffrey Zbikowski | 2/20/2006 | 1.3 | Business operations | Collect and review reports on chemicals industry |
| Jonathan Brownstein | 2/22/2006 | 2.3 | Business operations | Review reports on chemicals industry & financial results of competitors/comparable companies |
| Joseph Radecki | 2/23/2006 | 3.5 | Financial analysis | Review materials on financial results & Company presentation re financial results |
| Ritwik Chatterjee | 2/23/2006 | 3.8 | Financial analysis | Review materials re: 4th quarter results / presentation to financial advisors |
| Jonathan Brownstein | 2/23/2006 | 3.8 | Financial analysis | Receive and review Grace's financial results & accompanying slides for various financial advisors |
| Geoffrey Zbikowski | 2/23/2006 | 3.8 | Financial analysis | Financial results packet and presentation |
| Joseph Radecki | 2/24/2006 | 14.5 | Meeting | Meeting at Grace headquarter and travel time |
| Ritwik Chatterjee | 2/24/2006 | 14.0 | Meeting | Financial advisors meeting at Debtor's HQ (including travel time) |
| Jonathan Brownstein | 2/24/2006 | 14.0 | Meeting | Annual meeting at Debtor's HQ (including travel time) |
| Geoffrey Zbikowski | 2/24/2006 | 14.0 | Meeting | Advisors' gathering at WR Grace (including travel time) |
| Joseph Radecki | 2/27/2006 | 4.0 | Business operations | Review materials for meeting at Caplin & Drysdale firm / telephonic discussions with Tersigni Consulting firm |
| Ritwik Chatterjee | 2/27/2006 | 7.0 | Business operations | Discussions with Tersigni consulting / Review materials for claims / Prepare materials for Caplin & Drysdale meeting |
| Jonathan Brownstein | 2/27/2006 | 6.0 | Business operations | Phone discussion with Tersigni consulting / Prepare and review materials for upcoming meeting with several advisors |
| Geoffrey Zbikowski | 2/27/2006 | 6.0 | Business operations | Review claims data and Prepare materials for Caplin & Drysdale meeting with other professionals |
| Joseph Radecki | 2/28/2006 | 3.0 | Business operations | Review and edit materials for Caplin & Drysdale meeting |
| Ritwik Chatterjee | 2/28/2006 | 6.0 | Business operations | Review materials for claims / Prepare materials for Caplin & Drysdale meeting |
| Jonathan Brownstein | 2/28/2006 | 6.5 | Business operations | Review claims information/ preparation for meeting with advisors / preparation for mediation |
| Geoffrey Zbikowski | 2/28/2006 | 7.8 | Business operations | Review claims data and Prepare materials for Caplin & Drysdale meeting with other professionals |