## CERTIFICATE OF SERVICE

I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18, and that on May 26, 2006, I caused the *Notice, Cover Sheet to First Monthly Interim Application of Piper Jaffray & Co., Financial Advisor to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period February 13-28, 2006, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Rachael M. Barainca, Legal Assistant
Orrick, Herrington & Sutcliffe LLP