IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al., ) <br> ) <br> ) <br> Debtor. ) <br> ) | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br> Jointly Administered <br><br> Objection Date: June 15, 2006 at 4 p.m. <br> Hearing: Scheduled if Necessary (Negative Notice) |

**SECOND MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO.,
FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS'
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD
MARCH 1, 2006 THROUGH MARCH 31, 2006**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | March 1, 2006 – March 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $100,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a   x  monthly         __ interim             ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. Piper Jaffray & Co.'s total fee for this period is $100,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MARCH 1-31, 2006

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 104.3 | NA |
| Financial Analysis/Review Related | 68.3 | NA |
| Meeting/Hearing Attendance | 1.5 | NA |
| **TOTAL** | **174.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

NA

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____

Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 24, 2006

---

[2] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2