# EXHIBIT B

**W.R. Grace & Co.**
**Expense Detail Report (March 1, 2006 – March 31, 2006)**

NA