# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 4/3/2006 | 1.0 | Financial Analysis | Conference call re: pension |
| Jonathan Brownstein | 4/3/2006 | 3.0 | Financial Analysis | Review monthly operating report; conference call re: pension issues |
| Ritwik Chatterjee | 4/3/2006 | 1.0 | Financial Analysis | Call re: Grace pension |
| Joseph Radecki | 4/4/2006 | 2.0 | Business operations | Review and analysis of materials on acquisition |
| Jonathan Brownstein | 4/4/2006 | 2.5 | Business operations | Review Blackstone materials RE: potential acquisition |
| Ritwik Chatterjee | 4/4/2006 | 3.0 | Business operations | Review Grace financial operating report |
| Geoffrey Zbikowski | 4/4/2006 | 3.0 | Business operations | Review Grace financial operating report |
| Joseph Radecki | 4/5/2006 | 2.0 | Business operations | Review research and analysis of chemicals industry |
| Jonathan Brownstein | 4/5/2006 | 2.0 | Business operations | Review Blackstone materials RE: potential acquisition |
| Ritwik Chatterjee | 4/5/2006 | 3.0 | Business operations | Review materials relating to planned acquisition; various related financial analysis |
| Geoffrey Zbikowski | 4/5/2006 | 4.0 | Business operations | Various financial analysis of Company acquisition |
| Joseph Radecki | 4/6/2006 | 2.5 | Business operations | Conference call regarding an acquisition / Review pension motion |
| Jonathan Brownstein | 4/6/2006 | 3.8 | Business operations | Call regarding potential acquisition; review pension motions sent by Blackstone |
| Ritwik Chatterjee | 4/6/2006 | 4.0 | Business operations | Call regarding potential acquisition; Review pension motion; various related financial analysis |
| Geoffrey Zbikowski | 4/6/2006 | 1.0 | Business operations | Call regarding potential acquisition |
| Joseph Radecki | 4/7/2006 | 3.0 | Financial Analysis | Conference call regarding acquisition; review financial analysis regarding pension |
| Jonathan Brownstein | 4/7/2006 | 6.8 | Financial Analysis | Review Company's financial model for potential acquisition; Call regarding potential acquisition; review financial analysis from Company re: pension; draft acquisition memo for FCR |
| Ritwik Chatterjee | 4/7/2006 | 5.0 | Financial Analysis | Review financial analysis relating to Grace pension; Call regarding planned acquisition |
| Geoffrey Zbikowski | 4/7/2006 | 6.0 | Financial Analysis | Review financial analysis relating to Grace pension; assist in drafting memorandum to FCR |
| Ritwik Chatterjee | 4/8/2006 | 3.8 | Financial Analysis | Review Company's financial model for potential acquisition |
| Geoffrey Zbikowski | 4/8/2006 | 4.0 | Financial Analysis | Review acquisition financial model from Company |
| Joseph Radecki | 4/10/2006 | 3.0 | Business operations | Pension call / Memo to FCR regarding potential acquisition |
| Jonathan Brownstein | 4/10/2006 | 3.0 | Business operations | Draft memo to FCR regarding potential acquisition; conf. call re: pension issues |
| Ritwik Chatterjee | 4/10/2006 | 4.3 | Business operations | Analysis relating to planned acquisition (and memo re: same); Call re: Grace pension |
| Geoffrey Zbikowski | 4/10/2006 | 5.0 | Business operations | Draft memorandum to FCR re: acquisition; Call regarding Company pension plan |
| Joseph Radecki | 4/11/2006 | 1.0 | Business operations | Conference call with Orrick team |
| Jonathan Brownstein | 4/11/2006 | 2.8 | Business operations | Call with Orrick, Herrington, & Sutcliffe; review docket; review acquisition motion; review pension motion |
| Ritwik Chatterjee | 4/11/2006 | 3.0 | Business operations | Call with Orrick attorneys; Review various Company motions |
| Geoffrey Zbikowski | 4/11/2006 | 1.8 | Business operations | Review Company motion for pension plan |
| Joseph Radecki | 4/12/2006 | 2.3 | Business operations | Review of motions regarding pension as well as a contemplated acquisition |
| Geoffrey Zbikowski | 4/12/2006 | 2.0 | Financial Analysis | Financial analysis |
| Joseph Radecki | 4/13/2006 | 3.5 | Business operations | Review research and analysis of chemicals industry / Review of motions regarding pension as well as a contemplated acquisition |
| Jonathan Brownstein | 4/13/2006 | 2.0 | Business operations | Review industry research |
| Ritwik Chatterjee | 4/14/2006 | 5.3 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 4/17/2006 | 1.0 | Hearing attendance | Court Hearing via telephone |
| Ritwik Chatterjee | 4/17/2006 | 4.0 | Financial Analysis | Analysis in preparation for mediation |
| Joseph Radecki | 4/18/2006 | 2.0 | Business operations | Mediation preparation work |
| Jonathan Brownstein | 4/18/2006 | 3.3 | Business operations | Preparation for mediation |
| Ritwik Chatterjee | 4/18/2006 | 3.8 | Business operations | Analysis in preparation for mediation |
| Geoffrey Zbikowski | 4/18/2006 | 4.8 | Business operations | Financial analysis for mediation |
| Jonathan Brownstein | 4/19/2006 | 2.5 | Business operations | Attend mediation |
| Ritwik Chatterjee | 4/19/2006 | 1.0 | Business operations | Analysis in preparation for mediation |
| Geoffrey Zbikowski | 4/19/2006 | 3.0 | Business operations | Financial analysis |
| Jonathan Brownstein | 4/20/2006 | 1.8 | Business operations | Review industry research |
| Ritwik Chatterjee | 4/20/2006 | 3.0 | Financial Analysis | Review new results of chemicals companies |
| Geoffrey Zbikowski | 4/20/2006 | 4.3 | Financial Analysis | Review of financial results of comparable companies |
| Geoffrey Zbikowski | 4/21/2006 | 4.0 | Financial Analysis | Review of financial results of comparable companies |
| Joseph Radecki | 4/25/2006 | 2.0 | Business operations | Meeting at offices of Blackstone regarding acquisition plans |
| Jonathan Brownstein | 4/25/2006 | 3.5 | Business operations | Meeting at Blackstone Group re: potential acquisition & other case issues; follow-up analysis |
| Ritwik Chatterjee | 4/25/2006 | 2.0 | Business operations | Meeting at Blackstone Group re: new acquisition |
| Geoffrey Zbikowski | 4/25/2006 | 2.3 | Financial Analysis | Comparable company and industry analysis |
| Ritwik Chatterjee | 4/26/2006 | 4.0 | Financial Analysis | Analysis relating to planned acquisition |
| Geoffrey Zbikowski | 4/26/2006 | 2.3 | Financial Analysis | Comparable company and industry analysis |
| Jonathan Brownstein | 4/27/2006 | 1.0 | Financial Analysis | Review of Q1 results / Memo to FCR re: Q1 Company results |
| Ritwik Chatterjee | 4/27/2006 | 4.3 | Financial Analysis | Review of financial results of comparable companies |
| Joseph Radecki | 4/28/2006 | 1.0 | Business operations | Conf call with FCR regarding potential acquisition |
| Jonathan Brownstein | 4/28/2006 | 1.0 | Business operations | Conf call with FCR & counsel re: potential acquisition |
| Ritwik Chatterjee | 4/28/2006 | 1.0 | Business operations | Call re: planned acquisition with FCR and PJC team |
| Geoffrey Zbikowski | 4/28/2006 | 1.0 | Business operations | Call re: Company acquisition with FCR and others |