# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

<u>Telephone</u>
| | | |
|---|---|---|
| Ritwik Chatterjee | 4/13/06 | $ 57.99 |
| Jonathan Brownstein | 4/18/06 | 50.45 |
| Total Telephone: | | $108.44 |

<u>Airfare</u>
| | | |
|---|---|---|
| Jonathan Brownstein | 4/18/06 | $296.45 |
| Total Airfare: | | $296.45 |

<u>Meals</u>
| | | |
|---|---|---|
| Jonathan Brownstein | 4/18/06 | $7.06 |
| Total Meals: | | $7.06 |

<u>Transportation</u>
| | | |
|---|---|---|
| Geoffrey Zbikowski | 4/13/06 | 10.00 |
| Jonathan Brownstein | 4/18/06 | 40.00 |
| Joseph Radecki | 4/20/06 | 364.00 |
| Total Transportation: | | $414.00 |

**TOTAL EXPENSES:**                                                 **$825.95**