THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Date: September 8, 2006 |
| | ) | Hearing Date: September 25, 2006 |

**FIRST QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF FEBRUARY 13, 2006 THROUGH MARCH 31, 2006**

SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | February 13, 2006 – March 31, 2006[1] |
| Amount of Compensation sought as actual, reasonable and necessary: | $157,142.86 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,572.96 |

This is a    ___ monthly        _x_ interim        ___ final application

---

[1] PJC's retention by the Future Claimants' Representative was approved by the Court effective as of February 13, 2006. As such, PJC has only earned fees and incurred expenses since this date and thus, is only requesting payment of fees and reimbursement of expenses for a portion of the quarterly period January 1, 2006 through March 31, 2006.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

February 13, 2006 – March 31, 2006

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations / Business Results Related | 157.0 | NA |
| Financial Analysis / Financial Review | 89.8 | NA |
| Meeting/Hearing Attendance | 58.0 | NA |
| **TOTAL** | **304.8** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

February 13, 2006 – March 31, 2006

| Expense Category | Total |
|---|---|
| Airfare | $1,184.40 |
| Travel Meals | 33.49 |
| Transportation (taxi, car rental, toll charges) | 355.07 |
| **TOTAL** | **$1,572.96** |

---

[2] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2