# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Ritwik Chatterjee | 2/16/2006 | 2.75 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 2/16/2006 | 4.00 | Financial analysis | Preparation of various financial analysis |
| Geoffrey Zbikowski | 2/17/2006 | 1.50 | Business operations | Preparation of various financial analysis |
| Ritwik Chatterjee | 2/20/2006 | 1.50 | Business operations | Review reports on chemicals industry |
| Geoffrey Zbikowski | 2/20/2006 | 1.25 | Business operations | Collect and review reports on chemicals industry |
| Jonathan Brownstein | 2/22/2006 | 2.25 | Business operations | Review reports on chemicals industry & financial results of competitors/comparable companies |
| Jonathan Brownstein | 2/23/2006 | 3.75 | Financial analysis | Receive and review Grace's financial results & accompanying slides for various financial advisors |
| Joseph Radecki | 2/23/2006 | 3.50 | Financial analysis | Review materials on financial results & Company presentation re financial results |
| Ritwik Chatterjee | 2/23/2006 | 3.75 | Financial analysis | Review materials re: 4th quarter results / presentation to financial advisors |
| Geoffrey Zbikowski | 2/23/2006 | 3.75 | Financial analysis | Financial results packet and presentation |
| Jonathan Brownstein | 2/24/2006 | 14.00 | Meeting | Annual meeting at Debtor's HQ (including travel time) |
| Joseph Radecki | 2/24/2006 | 14.50 | Meeting | Meeting at Grace headquarter and travel time |
| Ritwik Chatterjee | 2/24/2006 | 14.00 | Meeting | Financial advisors meeting at Debtor's HQ (including travel time) |
| Geoffrey Zbikowski | 2/24/2006 | 14.00 | Meeting | Advisors' gathering at WR Grace (including travel time) |
| Jonathan Brownstein | 2/27/2006 | 6.00 | Business operations | Phone discussion with Tersigni consulting / Prepare and review materials for upcoming meeting with several advisors |
| Joseph Radecki | 2/27/2006 | 4.00 | Business operations | Review materials for meeting at Caplin & Drysdale firm / telephonic discussions with Tersigni Consulting firm |
| Ritwik Chatterjee | 2/27/2006 | 7.00 | Business operations | Discussions with Tersigni consulting / Review materials for claims / Prepare materials for Caplin & Drysdale meeting |
| Geoffrey Zbikowski | 2/27/2006 | 6.00 | Business operations | Review claims data and Prepare materials for Caplin & Drysdale meeting with other professionals |
| Jonathan Brownstein | 2/28/2006 | 6.50 | Business operations | Review claims information/ preparation for meeting with advisors / preparation for mediation |
| Joseph Radecki | 2/28/2006 | 3.00 | Business operations | Review and edit materials for Caplin & Drysdale meeting |
| Ritwik Chatterjee | 2/28/2006 | 6.00 | Business operations | Review materials for claims / Prepare materials for Caplin & Drysdale meeting |
| Geoffrey Zbikowski | 2/28/2006 | 7.75 | Business operations | Review claims data and Prepare materials for Caplin & Drysdale meeting with |
| Joseph Radecki | 3/1/2006 | 2.5 | Business operations | Meeting in New York with Tersigni Consulting and others |
| Jonathan Brownstein | 3/1/2006 | 2.5 | Business operations | Meeting with Tersigni Consulting and counsel |
| Ritwik Chatterjee | 3/1/2006 | 2.5 | Business operations | Meeting with Tersigni Consulting Group and various counsel |
| Geoffrey Zbikowski | 3/2/2006 | 4.0 | Business operations | Review bank research regarding industry |
| Ritwik Chatterjee | 3/3/2006 | 1.0 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 3/3/2006 | 1.0 | Financial analysis | Various financial analysis |
| Ritwik Chatterjee | 3/6/2006 | 1.3 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 3/6/2006 | 1.3 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 3/7/2006 | 4.8 | Business operations | Review industry research studies/financial analysis relating to such |
| Geoffrey Zbikowski | 3/8/2006 | 7.0 | Business operations | Review industry research studies/financial analysis relating to such |
| Joseph Radecki | 3/9/2006 | 2.8 | Financial analysis | Review financial analysis |
| Joseph Radecki | 3/10/2006 | 4.0 | Business operations | Conf. call with Blackstone re: environmental issues / Review Company's financial materials |
| Jonathan Brownstein | 3/10/2006 | 4.3 | Financial analysis | Review quarterly financial packet; Meeting re: claims; call with Blackstone Group re: environmental issues |
| Ritwik Chatterjee | 3/10/2006 | 6.3 | Financial analysis | Conference call with Blackstone re: environmental claims/various financial analysis |
| Geoffrey Zbikowski | 3/10/2006 | 1.0 | Business operations | Telephone meeting with Blackstone re: environmental issues/mediation |
| Joseph Radecki | 3/13/2006 | 2.8 | Financial analysis | Review year-end financial results |
| Jonathan Brownstein | 3/13/2006 | 2.8 | Financial analysis | Review annual financial results |
| Ritwik Chatterjee | 3/13/2006 | 4.5 | Financial analysis | Review financial results/various related analysis/mediation preparation |
| Geoffrey Zbikowski | 3/13/2006 | 5.0 | Business operations | Analysis re: environmental |
| Joseph Radecki | 3/14/2006 | 4.0 | Financial analysis | Review financial results and mediation preparation |
| Jonathan Brownstein | 3/14/2006 | 4.0 | Financial analysis | Review various financial analysis for mediation prep |
| Ritwik Chatterjee | 3/14/2006 | 5.3 | Financial analysis | Financial analysis in preparation of mediation |
| Joseph Radecki | 3/15/2006 | 2.0 | Business operations | Meeting at Blackstone Group re: case issues |
| Jonathan Brownstein | 3/15/2006 | 2.0 | Business operations | Meeting at Blackstone Group re: case issues |
| Ritwik Chatterjee | 3/15/2006 | 2.0 | Business operations | Meeting at Blackstone Group re: case issues |
| Geoffrey Zbikowski | 3/15/2006 | 2.0 | Business operations | Meeting at Blackstone's offices / Analysis re: environmental/analysis for mediation |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 3/16/2006 | 2.0 | Business operations | Review various financial analysis |
| Jonathan Brownstein | 3/16/2006 | 8.0 | Business operations | Mediation at Kirkland & Ellis (New York) |
| Geoffrey Zbikowski | 3/16/2006 | 3.5 | Financial analysis | Various financial analysis/Work in preparation of mediation |
| Joseph Radecki | 3/17/2006 | 3.8 | Business operations | Telephonic calls with PJC team re: case issues/review various financial analysis |
| Jonathan Brownstein | 3/17/2006 | 3.0 | Business operations | Mediation at Kirkland & Ellis (New York); call with team |
| Ritwik Chatterjee | 3/17/2006 | 2.0 | Business operations | Internal conf. call / Industry research |
| Geoffrey Zbikowski | 3/17/2006 | 6.5 | Financial analysis | Various financial analysis |
| Joseph Radecki | 3/20/2006 | 2.5 | Business operations | Review reports on chemicals industry |
| Jonathan Brownstein | 3/20/2006 | 4.3 | Business operations | Review reports on chemicals industry; Review various financial analysis |
| Ritwik Chatterjee | 3/20/2006 | 4.3 | Business operations | Industry research/related financial analysis |
| Ritwik Chatterjee | 3/21/2006 | 3.8 | Financial analysis | Financial analysis |
| Geoffrey Zbikowski | 3/21/2006 | 0.5 | Financial analysis | Review chemicals periodicals |
| Jonathan Brownstein | 3/22/2006 | 8.0 | Business operations | Mediation (including travel time)-Caplin & Drysdale (Washington, DC) |
| Ritwik Chatterjee | 3/22/2006 | 1.0 | Financial analysis | Financial analysis |
| Geoffrey Zbikowski | 3/22/2006 | 2.8 | Financial analysis | Review chemicals periodicals |
| Joseph Radecki | 3/23/2006 | 2.0 | Financial analysis | Review financial analysis |
| Jonathan Brownstein | 3/23/2006 | 3.0 | Financial analysis | Various financial analysis |
| Ritwik Chatterjee | 3/23/2006 | 3.0 | Financial analysis | Various financial analysis |
| Joseph Radecki | 3/24/2006 | 2.0 | Business operations | Team meeting (PJC) re: case issues |
| Jonathan Brownstein | 3/24/2006 | 2.0 | Business operations | Internal discussions |
| Ritwik Chatterjee | 3/24/2006 | 2.0 | Business operations | Internal meeting re: various case issues |
| Geoffrey Zbikowski | 3/24/2006 | 1.5 | Business operations | Internal meeting re: various case issues |
| Joseph Radecki | 3/27/2006 | 1.3 | Financial analysis | Review financial analysis |
| Jonathan Brownstein | 3/27/2006 | 1.5 | Hearing attendance | Hearing attendance via telephone |
| Geoffrey Zbikowski | 3/28/2006 | 3.0 | Business operations | Analysis re: environmental |
| Geoffrey Zbikowski | 3/29/2006 | 4.0 | Business operations | Various financial analysis |
| Ritwik Chatterjee | 3/30/2006 | 6.0 | Business operations | Industry research and comparables |
| Ritwik Chatterjee | 3/31/2006 | 4.8 | Business operations | Industry research and comparables |