# EXHIBIT B

## W.R. Grace & Co.
## PJC Expense Detail Report (February 13, 2006 – March 31, 2006)

Airfare
| | | |
|---|---|---|
| Ritwik Chatterjee | 2/24/06 | $394.80 |
| Jonathan Brownstein | 2/24/06 | 394.80 |
| Geoffrey Zbikowski | 2/24/06 | 394.80 |
| Total Airfare: | | $1,184.40 |

Travel Meals
| | | |
|---|---|---|
| Ritwik Chatterjee | 2/24/06 | $ 15.99 |
| Joseph Radecki | 2/21/06 | 17.50 |
| Total Meals: | | $33.49 |

Transportation (cabs, car rental, toll charges)
| | | |
|---|---|---|
| Joseph Radecki | 2/21/06 | $6.00 |
| Geoffrey Zbikowski | 2/24/06 | 18.00 |
| Geoffrey Zbikowski | 2/24/06 | 10.00 |
| Jonathan Brownstein | 2/24/06 | 204.18 |
| Jonathan Brownstein | 2/24/06 | 109.89 |
| Jonathan Brownstein | 2/24/06 | 7.00 |
| Total Transportation: | | $355.07 |

**TOTAL EXPENSES:**           **$1,572.96**