# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **W.R. GRACE & CO., et al.** | **Case No. 01-1139 (JKF)**<br>**Jointly Administered** |
| **Debtor.** | Objection Date: June 15, 2006 at 4 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

## FIRST MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 13, 2006 THROUGH FEBRUARY 28, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | February 13, 2006 – February 28, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $45,714.29[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $1,572.96 |

This is a   _x_ monthly                    __ interim                    ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. Piper Jaffray & Co.'s total fee for this period is $57,142.86, which represents the monthly fee of $100,000 per its engagement agreement with the Future Claimants' Representative and approved by the Court, pro rated for the period February 13, 2006 (Piper Jaffray & Co.'s date of retention) through February 28, 2006.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### FEBRUARY 13-28, 2006

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 52.8 | NA |
| Financial Analysis/Review Related | 21.5 | NA |
| Meeting/Hearing Attendance | 56.5 | NA |
| TOTAL | 130.8 | NA |

### EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Airfare | $1,184.40 |
| Travel Meals | 33.49 |
| Transportation (cabs, car rental, toll charges) | 355.07 |
| **TOTAL** | **$1,572.96** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By:_____

Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 24, 2006

---

2 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: June 15, 2006 at 4 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## FIRST MONTHLY INTERIM APPLICATION OF
## PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its First Monthly Application of Piper Jaffray & Co. for Compensation for Services

Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period

February 13, 2006 through February 28, 2006 seeking payment of fees in the amount of

$45,714.29 (80% of $57,142.86) and expenses in the amount of $1,572.96 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 1⁄2, 2006 at 4 p.m.**
**Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By:_____

Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: **May 25**, 2006

3

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
|  | ) |  |
|  | ) | **(Jointly Administered)** |
| **Debtors.** | ) |  |

## AFFIDAVIT

STATE OF NEW YORK     )
                              )   ss.:
COUNTY OF NEW YORK   )

Jonathan L. Brownstein being duly sworn, deposes and says:

1.      I am a principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.      No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the First Monthly Interim Application of Piper Jaffray & Co. for

the time period February 13, 2006 through February 28, 2006 and state that the information set

forth therein is true and correct to the best of my knowledge, information and belief.

_____

Jonathan L. Brownstein

Sworn to and subscribed before me
this ⅔↓ day of May , 2006

_____

My commission expires:

MICHAEL PALITZ
Notary Public, State of New York
No. 01PA6133474
Qualified in Westchester County
Commission Expires 9/19/2009

2

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Ritwik Chatterjee | 2/16/2006 | 2.8 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 2/16/2006 | 4.0 | Financial analysis | Preparation of various financial analysis |
| Geoffrey Zbikowski | 2/17/2006 | 1.5 | Business operations | Preparation of various financial analysis |
| Ritwik Chatterjee | 2/20/2006 | 1.5 | Business operations | Review reports on chemicals industry |
| Geoffrey Zbikowski | 2/20/2006 | 1.3 | Business operations | Collect and review reports on chemicals industry |
| Jonathan Brownstein | 2/22/2006 | 2.3 | Business operations | Review reports on chemicals industry & financial results of competitors/comparable companies |
| Joseph Radecki | 2/23/2006 | 3.5 | Financial analysis | Review materials on financial results & Company presentation re financial results |
| Ritwik Chatterjee | 2/23/2006 | 3.8 | Financial analysis | Review materials re: 4th quarter results / presentation to financial advisors |
| Jonathan Brownstein | 2/23/2006 | 3.8 | Financial analysis | Receive and review Grace's financial results & accompanying slides for various financial advisors |
| Geoffrey Zbikowski | 2/23/2006 | 3.8 | Financial analysis | Financial results packet and presentation |
| Joseph Radecki | 2/24/2006 | 14.5 | Meeting | Meeting at Grace headquarter and travel time |
| Ritwik Chatterjee | 2/24/2006 | 14.0 | Meeting | Financial advisors meeting at Debtor's HQ (including travel time) |
| Jonathan Brownstein | 2/24/2006 | 14.0 | Meeting | Annual meeting at Debtor's HQ (including travel time) |
| Geoffrey Zbikowski | 2/24/2006 | 14.0 | Meeting | Advisors' gathering at WR Grace (including travel time) |
| Joseph Radecki | 2/27/2006 | 4.0 | Business operations | Review materials at Caplin & Drysdale firm / telephonic discussions with Tersigni Consulting firm |
| Ritwik Chatterjee | 2/27/2006 | 7.0 | Business operations | Discussions with Tersigni consulting / Review materials for claims / Prepare materials for Caplin & Drysdale meeting |
| Jonathan Brownstein | 2/27/2006 | 6.0 | Business operations | Phone discussion with Tersigni consulting / Prepare and review materials for upcoming meeting with several advisors |
| Geoffrey Zbikowski | 2/27/2006 | 6.0 | Business operations | Review claims data and Prepare materials for Caplin & Drysdale meeting with other professionals |
| Joseph Radecki | 2/28/2006 | 3.0 | Business operations | Review and edit materials for Caplin & Drysdale meeting |
| Ritwik Chatterjee | 2/28/2006 | 6.0 | Business operations | Review materials for claims / Prepare materials for Caplin & Drysdale meeting |
| Jonathan Brownstein | 2/28/2006 | 6.5 | Business operations | Review claims information/ preparation for meeting with advisors / preparation for mediation |
| Geoffrey Zbikowski | 2/28/2006 | 7.8 | Business operations | Review claims data and Prepare materials for Caplin & Drysdale meeting with other professionals |

# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report

Airfare
| | | |
|---|---|---|
| Ritwik Chatterjee | 2/24/06 | $394.80 |
| Jonathan Brownstein | 2/24/06 | 394.80 |
| Geoffrey Zbikowski | 2/24/06 | 394.80 |
| Total Airfare: | | $1,184.40 |

Travel Meals
| | | |
|---|---|---|
| Ritwik Chatterjee | 2/24/06 | $ 15.99 |
| Joseph Radecki | 2/21/06 | 17.50 |
| Total Meals: | | $33.49 |

Transportation (cabs, car rental, toll charges)
| | | |
|---|---|---|
| Joseph Radecki | 2/21/06 | $6.00 |
| Geoffrey Zbikowski | 2/24/06 | 18.00 |
| Geoffrey Zbikowski | 2/24/06 | 10.00 |
| Jonathan Brownstein | 2/24/06 | 204.18 |
| Jonathan Brownstein | 2/24/06 | 109.89 |
| Jonathan Brownstein | 2/24/06 | 7.00 |
| Total Transportation: | | $355.07 |

**TOTAL EXPENSES:**                    **$1,572.96**