# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. GRACE & CO., et al. | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: June 15, 2006 at 4 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### SECOND MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2006 THROUGH MARCH 31, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | March 1, 2006 – March 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $100,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a   _x_ monthly          __ interim                    ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. Piper Jaffray & Co.'s total fee for this period is $100,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MARCH 1-31, 2006

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 104.3 | NA |
| Financial Analysis/Review Related | 68.3 | NA |
| Meeting/Hearing Attendance | 1.5 | NA |
| TOTAL | 174.0 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

NA

Respectfully submitted,

PIPER JAFFRAY & CO.

By:

Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 24, 2006

---

2 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: June 1 5, 2006 at 4 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### SECOND MONTHLY INTERIM APPLICATION OF
### PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Second Monthly Application of Piper Jaffray & Co. for Compensation for Services

Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period

March 1, 2006 through March 31, 2006 seeking payment of fees in the amount of $80,000.00

(80% of $100,000.00) (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 1 5, 2006 at 4 p.m.,
Eastern Time.**

      At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H.

Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007;

(ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East

Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl,

Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE

19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger,

Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and

Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200,

Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property

Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod,

First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and

Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury

Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan

Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to

the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800,

Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of

Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

2

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By:_____

Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: **5-25**, 2006

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## <u>AFFIDAVIT</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Jonathan L. Brownstein being duly sworn, deposes and says:

      1.     I am a principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

      2.     No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

      3.     I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.    I have reviewed the Second Monthly Interim Application of Piper Jaffray & Co.

for the time period March 1, 2006 through March 31, 2006 and state that the information set

forth therein is true and correct to the best of my knowledge, information and belief.

_____

Jonathan L. Brownstein

Sworn to and subscribed before me
this 24 day of May, 2006

_____

My commission expires:

> **MICHAEL PALITZ**
> Notary Public, State of New York
> No. 01PA6133474
> Qualified in Westchester County
> Commission Expires 9/19/2009

2

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 3/1/2006 | 2.5 | Business operations | Meeting in New York with Tersigni Consulting and others |
| Jonathan Brownstein | 3/1/2006 | 2.5 | Business operations | Meeting with Tersigni Consulting and counsel |
| Ritwik Chatterjee | 3/1/2006 | 2.5 | Business operations | Meeting with Tersigni Consulting Group and various counsel |
| Geoffrey Zbikowski | 3/2/2006 | 4.0 | Business operations | Review bank research regarding industry |
| Ritwik Chatterjee | 3/3/2006 | 1.0 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 3/3/2006 | 1.0 | Financial analysis | Various financial analysis |
| Ritwik Chatterjee | 3/6/2006 | 1.3 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 3/6/2006 | 1.3 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 3/7/2006 | 4.8 | Business operations | Review industry research studies/financial analysis relating to such |
| Geoffrey Zbikowski | 3/8/2006 | 7.0 | Business operations | Review industry research studies/financial analysis relating to such |
| Joseph Radecki | 3/9/2006 | 2.8 | Financial analysis | Review financial analysis |
| Joseph Radecki | 3/10/2006 | 4.0 | Business operations | Conf. call with Blackstone re: environmental issues / Review Company's financial materials |
| Jonathan Brownstein | 3/10/2006 | 4.3 | Financial analysis | Review quarterly financial packet; Meeting re: claims; call with Blackstone Group re: environmental issues |
| Ritwik Chatterjee | 3/10/2006 | 6.3 | Financial analysis | Conference call with Blackstone re: environmental claims/various financial analysis |
| Geoffrey Zbikowski | 3/10/2006 | 1.0 | Business operations | Telephone meeting with Blackstone re: environmental issues/mediation preparation work |
| Joseph Radecki | 3/13/2006 | 2.8 | Financial analysis | Review year-end financial results |
| Jonathan Brownstein | 3/13/2006 | 2.8 | Financial analysis | Review annual financial results |
| Ritwik Chatterjee | 3/13/2006 | 4.5 | Financial analysis | Review financial results/various related analysis/mediation preparation |
| Geoffrey Zbikowski | 3/13/2006 | 5.0 | Business operations | Analysis re: environmental |
| Joseph Radecki | 3/14/2006 | 4.0 | Financial analysis | Review financial results and mediation preparation |
| Jonathan Brownstein | 3/14/2006 | 4.0 | Financial analysis | Review various financial analysis for mediation prep |
| Ritwik Chatterjee | 3/14/2006 | 5.3 | Financial analysis | Financial analysis in preparation of mediation |
| Joseph Radecki | 3/15/2006 | 2.0 | Business operations | Meeting at Blackstone Group re: case issues |
| Jonathan Brownstein | 3/15/2006 | 2.0 | Business operations | Meeting at Blackstone Group re: case issues |
| Ritwik Chatterjee | 3/15/2006 | 2.0 | Business operations | Meeting at Blackstone Group re: case issues |
| Geoffrey Zbikowski | 3/15/2006 | 2.0 | Business operations | Meeting at Blackstone's offices / Analysis re: environmental/analysis for mediation |
| Joseph Radecki | 3/16/2006 | 2.0 | Business operations | Review various financial analysis |
| Jonathan Brownstein | 3/16/2006 | 8.0 | Business operations | Mediation at Kirkland & Ellis (New York) |
| Geoffrey Zbikowski | 3/16/2006 | 3.5 | Financial analysis | Various financial analysis/Work in preparation of mediation |
| Joseph Radecki | 3/17/2006 | 3.8 | Business operations | Telephonic calls with PJC team re: case issues/review various financial analysis |
| Jonathan Brownstein | 3/17/2006 | 3.0 | Business operations | Mediation at Kirkland & Ellis (New York); call with team |
| Ritwik Chatterjee | 3/17/2006 | 2.0 | Business operations | Internal conf. call / Industry research |
| Geoffrey Zbikowski | 3/17/2006 | 6.5 | Financial analysis | Various financial analysis |
| Joseph Radecki | 3/20/2006 | 2.5 | Business operations | Review reports on chemicals industry |
| Jonathan Brownstein | 3/20/2006 | 4.3 | Business operations | Review reports on chemicals industry; Review various financial analysis |
| Ritwik Chatterjee | 3/20/2006 | 4.3 | Business operations | Industry research/related financial analysis |
| Ritwik Chatterjee | 3/21/2006 | 3.8 | Financial analysis | Financial analysis |
| Geoffrey Zbikowski | 3/21/2006 | 0.5 | Financial analysis | Review chemicals periodicals |
| Jonathan Brownstein | 3/22/2006 | 8.0 | Business operations | Mediation (including travel time)-Caplin & Drysdale (Washington, DC) |
| Ritwik Chatterjee | 3/22/2006 | 1.0 | Financial analysis | Financial analysis |
| Geoffrey Zbikowski | 3/22/2006 | 2.8 | Financial analysis | Review chemicals periodicals |
| Joseph Radecki | 3/23/2006 | 2.0 | Financial analysis | Review financial analysis |
| Jonathan Brownstein | 3/23/2006 | 3.0 | Financial analysis | Various financial analysis |
| Ritwik Chatterjee | 3/23/2006 | 3.0 | Financial analysis | Various financial analysis |
| Joseph Radecki | 3/24/2006 | 2.0 | Business operations | Team meeting (PJC) re: case issues |
| Jonathan Brownstein | 3/24/2006 | 2.0 | Business operations | Internal discussions |
| Ritwik Chatterjee | 3/24/2006 | 2.0 | Business operations | Internal meeting re: various case issues |
| Geoffrey Zbikowski | 3/24/2006 | 1.5 | Business operations | Internal meeting re: various case issues |
| Joseph Radecki | 3/27/2006 | 1.3 | Financial analysis | Review financial analysis |
| Jonathan Brownstein | 3/27/2006 | 1.5 | Hearing attendance | Hearing attendance via telephone |
| Geoffrey Zbikowski | 3/28/2006 | 3.0 | Business operations | Analysis re: environmental |
| Geoffrey Zbikowski | 3/29/2006 | 4.0 | Business operations | Various financial analysis |
| Ritwik Chatterjee | 3/30/2006 | 6.0 | Business operations | Industry research and comparables |
| Ritwik Chatterjee | 3/31/2006 | 4.8 | Business operations | Industry research and comparables |

# EXHIBIT B

## W.R. Grace & Co.
### Expense Detail Report (March 1, 2006 – March 31, 2006)

NA