## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | **Objection Date:** |
| | ) | **Hearing Date:** |

## ORDER GRANTING FIRST QUARTERLY INTERIM APPLICATION OF PIPER JAFFRAY & CO. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 13, 2006 THROUGH MARCH 31, 2006

Piper Jaffray & Co. ("PJC"), as financial advisor to the Future Claimants' Representative,

filed its First Quarterly Interim Application for allowance of compensation and reimbursement of

expenses for February 13, 2006 through March 31, 2006 (the "First Quarterly Application").

The Court has reviewed the First Quarterly Application and finds that: (a) the Court has

jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the

First Quarterly Application, and any hearing on the First Quarterly Application, was adequate

under the circumstances; and (c) all persons with standing have been afforded the opportunity to

be heard on the First Quarterly Application. Accordingly, it is hereby ORDERED that the First

Quarterly Application of PJC is GRANTED on an interim basis. The Debtors shall pay to PJC

the sum of $157,142.86 as compensation and $1,572.96 as reimbursement for expenses for a

total of $158,715.82 for services rendered and disbursements incurred by PJC for the period

February 13, 2006 through March 31, 2006, less any amounts which may have been previously

paid in connection with the monthly fee applications.

Dated: _____


_____
United States Bankruptcy Judge