# CERTIFICATE OF SERVICE

I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18 and on May 26, 2006 I caused a copy of the *Notice, Cover Sheet, First Quarterly Fee Application of Piper Jaffray & Co., Financial Advisors to David T. Austern, Future Claimants Representative for Compensation and Reimbursement of Expenses Incurred for the Period February 13, 2006 through March 31, 2006, Exhibits A and B, Verification and proposed Order* to be served upon those persons listed in the attached Service List in the manner so indicated and copies of the *Notice and Cover Sheet* were served on the attached 2002 Service List by first-class mail, postage prepaid.

_____
Rachael M. Barainca, Legal Assistant
Orrick, Herrington & Sutcliffe LLP