## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## APRIL 2006

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| **Litigation** | | | | |
| April 11 | Review of Radecki Grace acquisition material and pension funding (.3); telephone conference with Frankel re same (.2) | .5 | $500 | $ 250.00 |
| April 14 | Conference at Orrick with Frankel, Wyron re mediation strategy. | 1.2 | $500 | $ 600.00 |
| April 17 | Telephone conference/Court hearing | 1.9 | $500 | $ 950.00 |
| April 19 | Meeting with Asbestos Claimants Committee, Frankel and others re meeting with secured creditors (1); meeting with secured creditors (1.3); meeting with Frankel, Wyron re meeting (.2); travel to and from Washington, DC to New York for above referenced meeting (travel time billed at half) (1.6) | 4.1 | $500 | $ 2,050.00 |
| April 27 | Telephone conference with Wyron, Frankel re mediation | .4 | $500 | $ 200.00 |
| | SUBTOTAL | 8.1 | $500 | $ 4,050.00 |
| **Due Diligence** | | | | |
| April 28 | Telephone conference with Radecki Re Grace purchase of silica business | .5 | $500 | $ 250.00 |
| | **TOTAL** | 8.6 | | $ 4,300.00 |