<u>**EXHIBIT B**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**APRIL 2006**

**EXPENSE SUMMARY**

| <u>Date</u> | <u>Expense</u> | <u>Description of Expense</u> |
|---|---|---|
| April 14 | $ 14.00 | Parking at Orrick |
| April 19 | $ 618.60 | Airfare |
| April 19 | $ 15.00 | Airport Parking |
| April 19 | $ 62.00 | Taxi's in New York |
| **TOTAL** | **$709.60** | |