## CERTIFICATE OF SERVICE

I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18, and that on May 26, 2006, I caused the *Notice, Twentieth Monthly Interim Application of David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period April 1, 2006 through April 30, 2006, Verification and Exhibits A and B*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Rachael M. Barainca, Legal Assistant
Orrick, Herrington & Sutcliffe LLP