# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 18, 2006
                                            MATTER : W9600-003
                                            INVOICE :  209826


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

    RE:  BUSINESS OPERATIONS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                   -----

04/18/06 TC    REVIEWED MOTION TO ALLOW DEBTORS' TO MAKE           .80
               LEGALLY REQUIRED PENSION BENEFIT PLAN
               CONTRIBUTIONS

04/21/06 TC    REVIEWED MOTION FOR ENTRY OF AN ORDER              1.70
               AUTHORIZING DEBTORS' TO ACQUIRE CATALYST
               COMPONENTS BUSINESS AND MANUFACTURING ASSETS


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE   HOURS          TOTALS
                          ----   -----          ------

    T CURRIER           475.00    2.50          1187.50
                 TOTALS           2.50          1187.50


                 TOTAL FEES :                      1,187.50


                 TOTAL DUE  :                      1,187.50
```

---

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 18, 2006
MATTER :  W9600-004
INVOICE : 209827

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/03/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/04/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/05/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/06/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/10/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 18, 2006
                                            MATTER : W9600-004
                                            INVOICE : 209827
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/11/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/12/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/17/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/20/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/21/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/24/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 18, 2006
                                              MATTER :  W9600-004
                                              INVOICE : 209827
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/25/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/26/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/26/06 | TC | REVIEWED UPDATED DOCKET | .50 |
| 04/27/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/27/06 | TC | REVIEWED ORDER MODIFYING THE CASE MANAGEMENT ORDER | .70 |
| 04/28/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/28/06 | TC | REVIEWED UPDATED DOCKET | .50 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   MAY 18, 2006
                                            MATTER :  W9600-004
                                            INVOICE : 209827
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

RE:  CASE ADMINISTRATION

## T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| M N FLORES | 140.00 | 15.00 | 2100.00 |
| T CURRIER  | 475.00 | 1.70  | 807.50  |
| TOTALS     |        | 16.70 | 2907.50 |

TOTAL FEES :                    2,907.50

TOTAL DUE  :                    2,907.50

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   MAY 18, 2006
                                              MATTER :  W9600-005
                                              INVOICE : 209835
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/17/06 | TC | REVIEWED ORDER DISALLOWING AND EXPUNGING 45 CLAIMS OF ASBESTOS | .70 |
| 04/17/06 | TC | REVIEWED ORDER MODIFYING VARIOUS DEADLINES FOR ASBESTOS ESTIMATION PROCEEDING | .60 |
| 04/17/06 | TC | REVIEWED AMENDED AND MODIFIED CASE MANAGEMENT ORDER ON PERSONAL INJURY ASBESTOS CLAIMS | .90 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

     T CURRIER          475.00   2.20        1045.00
                 TOTALS          2.20        1045.00


                   TOTAL FEES :                1,045.00


                   TOTAL DUE  :                1,045.00
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 18, 2006
MATTER :  W9600-006
INVOICE :  209828

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/17/06 | TC | REVIEWED STIPULATION AND ORDER RECLASSIFYING CLAIMS FILED BY GI HOLDINGS AND AFFILIATES | .40 |
| 04/17/06 | TC | REVIEWED 19TH CONTINUATION ORDER ON 15TH OMNIBUS CLAIMS OBJECTION | .40 |
| 04/18/06 | TC | REVIEWED MOTION FOR AN ORDER APPROVING SETTLEMENT OF CHL CLAIMS | .60 |
| 04/19/06 | TC | REVIEWED 20TH CONTINUATION ORDER ON OMNIBUS CLAIMS OBJECTIONS | .50 |
| 04/21/06 | TC | REVIEWED STIPULATION REGARDING CNA CLAIMS | .50 |
| 04/27/06 | TC | REVIEWED ORDER RECLASSIFYING CLAIMS FILED BY GI HOLDINGS AND OTHERS | .50 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 475.00 | 2.90 | 1377.50 |
| TOTALS | | 2.90 | 1377.50 |

TOTAL FEES :          1,377.50

TOTAL DUE  :          1,377.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 18, 2006
                                              MATTER : W9600-008
                                              INVOICE : 209829
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

RE:  EMPLOYEE BENEFITS / PENSION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/19/06 | TC | REVIEWED MOTION TO AUTHORIZE DEBTOR TO MAKE CONTRIBUTION TO CHICAGO 51ST STREET PENSION PLAN | .80 |


### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 475.00 | .80 | 380.00 |
| TOTALS | | .80 | 380.00 |

TOTAL FEES :                    380.00

TOTAL DUE   :                    380.00


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 18, 2006
                                              MATTER :  W9600-010
                                              INVOICE : 209834

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

    RE:  EMPLOYMENT APPLICATIONS, OTHERS


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----
04/17/06 TC    REVIEWED ORDER AUTHORIZING EXPANDED RETENTION         .60
               OF LATHAM AND WATKINS IN CASE

04/19/06 TC    REVIEWED APPLICATION OF DAVID AUSTERN TO EMPLOY       .50
               PIPER JAFFRAY AS FINANCIAL CONSULTANT


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS         TOTALS
                          ----    -----         ------
   T CURRIER            475.00     1.10         522.50
                TOTALS             1.10         522.50


                 TOTAL FEES :                        522.50

                 TOTAL DUE   :                        522.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 18, 2006
                                              MATTER :  W9600-011
                                              INVOICE :  209830
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

     RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/18/06 | MNF | REVIEW/EDIT PRE-BILLS FOR MARCH 2006 TIME | .50 |
| 04/18/06 | TC | REVIEWED BILLS FOR OUR FEE APPLICATION | .80 |
| 04/20/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 52ND MONTHLY FEE APP OF KRLS (.1); DRAFT CNO RE: 52ND MONTHLY FEE APP OF KRLS (.4) | .50 |
| 04/20/06 | MNF | REVIEW FINAL BILLS FOR MARCH 2006 TIME (.5); DRAFT 53RD MONTHLY FEE APP OF KRLS FOR MARCH 2006 TIME PERIOD (1.0) | 1.50 |
| 04/21/06 | MNF | PREPARE SERVICE RE: CNO FOR 52ND MONTHLY FEE APP OF KRLS AND CNO FOR 55TH MONTHLY FEE APP OF KRAMER LEVIN | .40 |
| 04/21/06 | MNF | E-FILE AND SERVE CNO RE: 52ND MONTHLY FEE APP OF KRLS | .80 |
| 04/25/06 | TC | REVIEWED AND APPROVED OUR FEE APPLICATION | .80 |
| 04/27/06 | MNF | FINALIZE FINAL BILLS TO ACCOUNTING FOR MARCH 2006 TIME | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   MAY 18, 2006
MATTER :   W9600-011
INVOICE :   209830

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

RE:   FEE APPLICATIONS, APPLICANT

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 140.00 | 4.20 | 588.00 |
| T CURRIER | 475.00 | 1.60 | 760.00 |
| TOTALS | | 5.80 | 1348.00 |

TOTAL FEES :                          1,348.00

TOTAL DUE  :                          1,348.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   MAY 18, 2006
MATTER :  W9600-012
INVOICE : 209831

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/19/06 | TC | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS OF VARIOUS PROFESSIONALS | .60 |
| 04/20/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 55TH MONTHLY FEE APP OF KRAMER LEVIN (.1); DRAFT CNO RE: 55TH MONTHLY FEE APP OF KRAMER LEVIN(.4) | .50 |
| 04/21/06 | MNF | E-FILE AND SERVE CNO RE: 55TH MONTHLY FEE APP OF KRAMER LEVIN | .80 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| M N FLORES | 140.00 | 1.30 | 182.00 |
| T CURRIER | 475.00 | .60 | 285.00 |
| TOTALS | | 1.90 | 467.00 |

TOTAL FEES :                                      467.00

TOTAL DUE  :                                      467.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 18, 2006
                                              MATTER :  W9600-014
                                              INVOICE : 209832

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

      RE:  HEARINGS


   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
   ----  ----   -------------------------------                   -----

04/18/06 TC     REVIEWED NOTICE OF MATTERS SCHEDULED FOR            .50
                HEARING APRIL 17


                      T I M E   S U M M A R Y
                      -----------------------

                              RATE     HOURS         TOTALS
                              ----     -----         ------

     T CURRIER                475.00    .50          237.50
                       TOTALS          .50           237.50


                     TOTAL FEES :                       237.50

                     TOTAL DUE  :                       237.50
```

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 18, 2006
                                              MATTER : W9600-015
                                              INVOICE : 209833


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

     RE:  LITIGATION AND LITIGATION CONSULTING



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----    -------------------------------                     -----

04/18/06 TC     REVIEWED SUPPLEMENTAL OBJECTION OF LIBBY             .70
                CLAIMANTS TO DISCOVERY OF DR. ALAN WHITEHOUSE

04/18/06 TC     REVIEWED MOTION TO ALLOW LIBBY CLAIMANTS TO          .70
                SUBSTITUTE ANOTHER EXPERT


                   T I M E   S U M M A R Y
                   ----------------------

                          RATE     HOURS          TOTALS
                          ----     -----          ------

  T CURRIER              475.00     1.40           665.00
               TOTALS               1.40           665.00


                   TOTAL FEES :                         665.00


                   TOTAL DUE  :                         665.00
```

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :    MAY 18, 2006
                                              MATTER :   W9600-000
                                              INVOICE :  209825

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/06    T C

     RE:  EXPENSES
```

```
          DESCRIPTION OF EXPENSE ADVANCES               AMOUNT
          ------------------------------                ------

03/28/06 REPRODUCTION OF DOCUMENTS                        5.70
03/28/06 REPRODUCTION OF DOCUMENTS                        6.15
03/30/06 REPRODUCTION OF DOCUMENTS                       20.40
04/04/06 FEDERAL EXPRESS -  FEDEX  - # 3-426-42591       25.34
04/12/06 MESSENGER SERVICES -  PARCELS, INC.  - # 36355   7.50

                    TOTAL EXPENSE ADVANCES  :                  65.09

                    TOTAL DUE   :                              65.09
```

**PENNSYLVANIA     ●     DELAWARE     ●     NEW JERSEY     ●     WASHINGTON D.C.**