alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 05/12/06 17:13:50
Worked : 12/31/99 thru 05/12/06
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 128.28 | 128.28 | BENTLEY PHILIP - | 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 7.30 | 3,942.00 | 4.50 | 3,946.50 | BENTLEY PHILIP - | 02495 | M | B |
| 00005 | BANKR. MOTIONS | 1.90 | 1,026.00 | 0.00 | 1,026.00 | BENTLEY PHILIP - | 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 7.60 | 1,928.00 | 58.42 | 1,986.42 | BENTLEY PHILIP - | 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 10.40 | 5,634.00 | 121.89 | 5,755.89 | BENTLEY PHILIP - | 02495 | M | B |
| 00019 | HEARINGS | 16.10 | 5,366.00 | 64.50 | 5,430.50 | BENTLEY PHILIP - | 02495 | M | B |
| 00026 | OTHER | 3.50 | 1,890.00 | 0.00 | 1,890.00 | BENTLEY PHILIP - | 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 374.80 | 374.80 | BENTLEY PHILIP - | 02495 | M | B |
| | Client Total | 46.80 | 19,786.00 | 752.39 | 20,538.39 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

Run Date & Time: 05/12/2006 17:13:45

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 04/03/2006 | TO: | 04/27/2006 |
| UNBILLED DISB FROM: | 02/27/2006 | TO: | 04/25/2006 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 19,786.00 | 752.39 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 04/27/2006 | 04/25/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: ____________ ____________

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

### BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 04/28/06 | LAST PAYMENT DATE: | 05/08/06 |
| LAST BILL NUMBER: | 434505 | ACTUAL FEES BILLED TO DATE: | 1,685,856.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 1,685,856.50 |
| LAST BILL THRU DATE: | 03/31/06 | | |
| | | FEES WRITTEN OFF TO DATE: | 164,668.18 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER: ____________ DATE OF BILL: ____________ Processed by: ____________ FRC: ____________ CRC: ____________

Run Date & Time: 05/12/2006 17:13:49

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Total Unbilled Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 04/18/06 | 04/18/06 | 0.20 | 126.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 04/03/06 | 04/27/06 | 29.40 | 15,876.00 |
| | PARAPROFESSIONALS | | | | | |
| 06451 | GAVIGAN, JAMES C | PARALEGAL | 04/10/06 | 04/21/06 | 17.20 | 3,784.00 |
| | Total: | | | | 46.80 | 19,786.00 |

UNBILLED COSTS SUMMARY

| Code | Description | Total Unbilled Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 04/11/06 | 04/21/06 | 18.60 |
| 0885 | LONG-DISTANCE TEL. | 04/24/06 | 04/25/06 | 16.28 |
| 0930 | MESSENGER/COURIER | 03/28/06 | 04/21/06 | 44.32 |
| 0940 | CAB FARES | 03/08/06 | 04/17/06 | 228.69 |
| 0950 | OUT-OF-TOWN TRAVEL | 02/27/06 | 04/12/06 | 332.50 |
| 0972 | DOCUMENT RETRIEVAL FEES | 03/31/06 | 03/31/06 | 112.00 |
| | Total | | | 752.39 |
| | Grand Total | | | 20,538.39 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:42

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134677
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 03/31/2006 TO: 04/25/2006

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 128.28 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 04/25/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

## ACCOUNTS RECEIVABLE TOTALS / UNAPPLIED CASH

| | | | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

## BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 04/28/06 | LAST PAYMENT DATE: | 05/08/06 |
| LAST BILL NUMBER: | 434505 | ACTUAL FEES BILLED TO DATE: | 252,184.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 252,184.50 |
| LAST BILL THRU DATE: | 03/31/06 | FEES WRITTEN OFF TO DATE: | 79,053.50 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:______ DATE OF BILL:______ Processed by:______ FRC:______ CRC:______

Run Date & Time: 05/12/2006 17:13:42

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134677
Bill Frequency: M
Status : ACTIVE

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0885 | LONG-DISTANCE TEL. | 04/24/06 | 04/25/06 | 16.28 |
| 0972 | DOCUMENT RETRIEVAL FEES | 03/31/06 | 03/31/06 | 112.00 |
| | Total | | | 128.28 |
| | Grand Total | | | 128.28 |

## UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| LONG-DISTANCE TEL. 0885 | | | | | | |
| PREMIERE CONFERENCING LONG DIST. TELE. - VENDOR- PREMIERE CONFERENCING | CATON, A | 04/24/06 | 8.56 | 7419851 | 376496 | 04/24/06 |
| PREMIERE CONFERENCING LONG DIST. TELE. - VENDOR- PREMIERE CONFERENCING | BECKER, G M | 04/25/06 | 7.72 | 7421287 | 376551 | 04/25/06 |
| | 0885 LONG-DISTANCE TEL. Total : | | 16.28 | | | |
| DOCUMENT RETRIEVAL F 0972 | | | | | | |
| DOCUMENT RETRIEVAL F PACER RETRIEVAL FEES | PIZZARELLO, C | 03/31/06 | 48.96 | 7434281 | 376936 | 05/02/06 |
| DOCUMENT RETRIEVAL F PACER RETRIEVAL FEES | PIZZARELLO, C | 03/31/06 | 63.04 | 7434282 | 376936 | 05/02/06 |
| | 0972 DOCUMENT RETRIEVAL F Total : | | 112.00 | | | |

Costs Total : 128.28

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134677
Bill Frequency: M
Status : ACTIVE

*BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY*

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0885 LONG-DISTANCE TEL. | 16.28 | | | | |
| 0972 DOCUMENT RETRIEVAL FEES | 112.00 | | | | |
| Costs Total : | 128.28 | | | | |

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134678
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 04/03/2006 | TO: | 04/21/2006 |
| UNBILLED DISB FROM: | 04/11/2006 | TO: | 04/11/2006 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 3,942.00 | 4.50 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 04/21/2006 | 04/11/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 04/28/06 | LAST PAYMENT DATE: | 05/08/06 |
| LAST BILL NUMBER: | 434505 | ACTUAL FEES BILLED TO DATE: | 213,334.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 213,334.50 |
| LAST BILL THRU DATE: | 03/31/06 | FEES WRITTEN OFF TO DATE: | 21,567.50 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134678
Bill Frequency: M
Status : ACTIVE

UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | Total Unbilled | | | |
| 05292 | BECKER, GARY M. | CRED | 04/03/06 | 04/21/06 | 7.30 | 3,942.00 |
| | Total: | | | | 7.30 | 3,942.00 |

Sub-Total Hours : 0.00 Partners 7.30 Counsels 0.00 Associates 0.00 Legal Assts 0.00 Others

UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| | | Total Unbilled | | |
| 0820 | PHOTOCOPYING | 04/11/06 | 04/11/06 | 4.50 |
| | Total | | | 4.50 |
| | Grand Total | | | 3,946.50 |

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/03/06 | Conf. Shreholder re case issues | 0.30 | 162.00 | 6239878 | 04/05/2006 | | |
| BECKER, GARY M. | 04/04/06 | Conf shareholder re case issues | 0.30 | 162.00 | 6239879 | 04/05/2006 | | |
| BECKER, GARY M. | 04/05/06 | Conf. shareholder re: case issues. | 0.50 | 270.00 | 6240742 | 04/07/2006 | | |
| BECKER, GARY M. | 04/06/06 | Conf. shareholder re case issues | 0.30 | 162.00 | 6243262 | 04/10/2006 | | |
| BECKER, GARY M. | 04/11/06 | Emails Weschler re negotiations | 0.20 | 108.00 | 6247223 | 04/12/2006 | | |
| BECKER, GARY M. | 04/12/06 | conf shareholder re case status | 0.40 | 216.00 | 6248007 | 04/13/2006 | | |
| BECKER, GARY M. | 04/18/06 | Prepare and circulate memo to committee re status of hearing and mediation | 1.40 | 756.00 | 6254307 | 04/19/2006 | | |
| BECKER, GARY M. | 04/19/06 | Conf. shareholder re case issues (0.5); conf. Committee chairman re case issues (0.5); conf. second shareholder re case issues (0.5); conf. third shareholder re case issues (0.5) | 2.00 | 1,080.00 | 6259913 | 04/21/2006 | | |
| BECKER, GARY M. | 04/20/06 | conf shareholder (0.5); conf 2nd shareholder (0.5) | 1.00 | 540.00 | 6259912 | 04/21/2006 | | |
| BECKER, GARY M. | 04/21/06 | conf Grace shareholder (0.3); email Weschler re various motions (0.4); call Weschler re mediation (0.2) | 0.90 | 486.00 | 6262083 | 04/24/2006 | | |
| Total For BECKER G - 05292 | | | 7.30 | 3,942.00 | | | | |
| | | Fee Total | 7.30 | 3,942.00 | | | | |

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134678
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 04/11/06 | 4.50 | 7405473 | 376056 | 04/12/06 |
| 0820 PHOTOCOPYING Total : | | | 4.50 | | | |
| Costs Total : | | | 4.50 | | | |

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134678
Bill Frequency: M
Status : ACTIVE

B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D T I M E S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 7.30 | 3,942.00 | | | | |
| Total: | 7.30 | 3,942.00 | | | | |

B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D C O S T S S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 4.50 | | | | |
| Costs Total : | 4.50 | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134679
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 04/07/2006 TO: 04/27/2006
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,026.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 04/27/2006 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 04/28/06 | LAST PAYMENT DATE: | 05/08/06 |
| LAST BILL NUMBER: | 434505 | ACTUAL FEES BILLED TO DATE: | 125,697.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 125,697.00 |
| LAST BILL THRU DATE: | 03/31/06 | FEES WRITTEN OFF TO DATE: | 444.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134679
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Total Unbilled Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 04/07/06 | 04/27/06 | 1.90 | 1,026.00 |
| | Total: | | | | 1.90 | 1,026.00 |

Sub-Total Hours : 0.00 Partners 1.90 Counsels 0.00 Associates 0.00 Legal Assts 0.00 Others

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/07/06 | Review several new pleadings | 0.50 | 270.00 | 6243261 | 04/10/2006 | | |
| BECKER, GARY M. | 04/20/06 | review various new motions | 0.30 | 162.00 | 6259914 | 04/21/2006 | | |
| BECKER, GARY M. | 04/21/06 | review motion to purchase catalyst business and motion to make pension contributions | 0.80 | 432.00 | 6262084 | 04/24/2006 | | |
| BECKER, GARY M. | 04/27/06 | review various new pleadings | 0.30 | 162.00 | 6272690 | 04/28/2006 | | |
| Total For BECKER G - 05292 | | | 1.90 | 1,026.00 | | | | |
| | | Fee Total | 1.90 | 1,026.00 | | | | |

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134679
Bill Frequency: M
Status : ACTIVE

*BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY*

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.90 | 1,026.00 | | | | |
| Total: | 1.90 | 1,026.00 | | | | |

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00008 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 2134681
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT | Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 | Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 04/10/2006 TO: 04/21/2006
UNBILLED DISB FROM: 03/28/2006 TO: 04/21/2006

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,928.00 | 58.42 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 04/21/2006 | 04/21/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 04/28/06 | LAST PAYMENT DATE: | 05/08/06 |
| LAST BILL NUMBER: | 434505 | ACTUAL FEES BILLED TO DATE: | 106,078.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 106,078.00 |
| LAST BILL THRU DATE: | 03/31/06 | FEES WRITTEN OFF TO DATE: | 4,424.50 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee
(2) Late Time & Costs Posted | (5) Business Development | (8) Premium
(3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding | (10) Client Arrangement

BILL NUMBER:______ DATE OF BILL:______ Processed by:______ FRC:______ CRC:______

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134681
Bill Frequency: M
Status : ACTIVE

**UNBILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 04/10/06 | 04/21/06 | 0.80 | 432.00 |
| | PARAPROFESSIONALS | | | | | |
| 06451 | GAVIGAN, JAMES C | CRED | 04/10/06 | 04/21/06 | 6.80 | 1,496.00 |
| | Total: | | | | 7.60 | 1,928.00 |

Sub-Total Hours : 0.00 Partners 0.80 Counsels 0.00 Associates 6.80 Legal Assts 0.00 Others

**UNBILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 04/21/06 | 04/21/06 | 14.10 |
| 0930 | MESSENGER/COURIER | 03/28/06 | 04/21/06 | 44.32 |
| | Total | | | 58.42 |
| | Grand Total | | | 1,986.42 |

**UNBILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/10/06 | review and revise monthly invoice | 0.40 | 216.00 | 6245765 | 04/11/2006 | | |
| BECKER, GARY M. | 04/21/06 | conf Gavigan re monthly fee application; review and execute | 0.40 | 216.00 | 6262085 | 04/24/2006 | | |
| Total For BECKER G - 05292 | | | 0.80 | 432.00 | | | | |
| GAVIGAN, JAMES C | 04/10/06 | providing Angela with filed version of February fee app. | 0.50 | 110.00 | 6252114 | 04/18/2006 | | |
| GAVIGAN, JAMES C | 04/17/06 | producing monthly fee app for march | 2.00 | 440.00 | 6282174 | 05/02/2006 | | |
| GAVIGAN, JAMES C | 04/18/06 | producing W.R. Grace fee app. | 3.00 | 660.00 | 6282175 | 05/02/2006 | | |
| GAVIGAN, JAMES C | 04/21/06 | sending out march monthly fee app to local counsel | 1.30 | 286.00 | 6282176 | 05/02/2006 | | |
| Total For GAVIGAN J - 06451 | | | 6.80 | 1,496.00 | | | | |
| | | Fee Total | 7.60 | 1,928.00 | | | | |

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2134681
Bill Frequency: M
Status : ACTIVE

U N B I L L E D C O S T S D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

U N B I L L E D C O S T S D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING<br>GAVIGAN JAMES C | GAVIGAN, J C | 04/21/06 | 14.10 | 7418465 | 376479 | 04/24/06 |
| | 0820 PHOTOCOPYING Total : | | 14.10 | | | |
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT<br>Klett Rooney Lieber & Shorling | GAVIGAN, J C | 03/28/06 | 8.33 | 7403803 | 376006 | 04/11/06 |
| FEDERAL EXPRESS CORPORAT<br>Gary Becker | GAVIGAN, J C | 04/14/06 | 27.70 | 7421772 | 376588 | 04/25/06 |
| FEDERAL EXPRESS CORPORAT<br>Klett Rooney Lieber & Shorling | GAVIGAN, J C | 04/21/06 | 8.29 | 7432687 | 376867 | 05/02/06 |
| | 0930 MESSENGER/COURIER Total : | | 44.32 | | | |
| Costs Total : | | | 58.42 | | | |