```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   14
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2134681
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours       Amount           Bill        W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.           0.80       432.00
GAVIGAN, JAMES C          6.80     1,496.00
    Total:                7.60     1,928.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                     Amount           Bill        W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                     14.10
0930 MESSENGER/COURIER                44.32
    Costs Total :                     58.42
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    15
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    2134682
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:   04/04/2006          TO:    04/24/2006
               UNBILLED DISB FROM:   03/09/2006          TO:    03/09/2006

                                        FEES                         COSTS
                                        ----                         -----
          GROSS BILLABLE AMOUNT:       5,634.00                      121.89
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:                     04/24/2006                     03/09/2006
   CLOSE MATTER/FINAL BILLING?     YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                              ----------------------------
          FEES:                          0.00
   DISBURSEMENTS:                        0.00             UNIDENTIFIED RECEIPTS:       0.00
   FEE RETAINER:                         0.00                  PAID FEE RETAINER:      0.00
  DISB RETAINER:                         0.00                 PAID DISB RETAINER:      0.00
 TOTAL OUTSTANDING:                      0.00              TOTAL AVAILABLE FUNDS:      0.00
                                                                   TRUST BALANCE:
                                                          BILLING HISTORY
                                                          ----------------
DATE OF LAST BILL:           04/28/06               LAST PAYMENT DATE:             05/08/06
LAST BILL NUMBER:            434505   ACTUAL FEES BILLED TO DATE:              533,931.00
                                      ON ACCOUNT FEES BILLED TO DATE:                0.00
                                             TOTAL FEES BILLED TO DATE:        533,931.00
LAST BILL THRU DATE:         03/31/06        FEES WRITTEN OFF TO DATE:           4,417.50

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:
          (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
          (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
          (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding         (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   16
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00012                                    Orig Ptnr : CRED. RGTS - 06975           Proforma Number:  2134682
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Ptnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Ptnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -------------
Emp Id Employee Name                   Group         Oldest    Latest     Hours       Amount
                                                     Entry     Entry
02495 BENTLEY, PHILIP                   CRED         04/18/06  04/18/06    0.20        126.00
05292 BECKER, GARY M.                   CRED         04/04/06  04/24/06   10.20      5,508.00
                          Total:                                          10.40      5,634.00

Sub-Total Hours :     0.20 Partners     10.20 Counsels    0.00 Associates   0.00 Legal Assts   0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ------------- Total Unbilled -------------
Code Description                                 Oldest    Latest        Total
                                                 Entry     Entry         Amount

0940 CAB FARES                                  03/09/06   03/09/06      121.89
                          Total                                          121.89

                          Grand Total                                  5,755.89
                                                                    ============

U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                            Hours   Amount    Index#   Batch Date Task Act

BENTLEY, PHILIP          04/18/06 Review memo re yesterday's hearing                         0.20   126.00   6262817  04/24/2006

          Total For BENTLEY P - 02495                                                               126.00

BECKER, GARY M.          04/04/06 Exchange emails with Harding and Pasquale re               0.30   162.00   6239880  04/05/2006
                                  discovery conference
BECKER, GARY M.          04/05/06 Attn. emails re: PI discovery.                             0.20   108.00   6240743  04/07/2006
BECKER, GARY M.          04/10/06 email Baer re mediation progress (2nd items for            0.40   216.00   6245766  04/11/2006
                                  hearing (0.2); exchange email re discovery conf
                                  (0.2)
BECKER, GARY M.          04/11/06 emails re discovery mediation                              0.20   108.00   6247224  04/12/2006
BECKER, GARY M.          04/12/06 exchange emails Harding and Pasquale re                    0.30   162.00   6248008  04/13/2006
                                  discovery dispute
BECKER, GARY M.          04/13/06 conf call among counsel and Judge Whelan re                3.40  1,836.00  6254310  04/19/2006
                                  Withouse discovery issues (2.3); review of
                                  pleadings in advance of mediation (1.1)
BECKER, GARY M.          04/17/06 prepare for and conf call re Whitehouse                    1.60   864.00   6254308  04/19/2006
                                  discovery order
BECKER, GARY M.          04/18/06 attention to Whitehouse order and conference               0.40   216.00   6254309  04/19/2006
                                  call
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    17
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2134682
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

U N B I L L E D    T I M E   D E T A I L
Employee Name          Work Date    Description                                 Hours     Amount      Index#    Batch Date   Task Act

BECKER, GARY M.        04/21/06     conf w/asquale re mediation issues (0.6); conf  1.70    918.00    6262086   04/24/2006
                                    call re Whitehouse depo issues (1.1)
BECKER, GARY M.        04/24/06     Review Whitehouse discovery documents, prepare  1.70    918.00    6265425   04/26/2006
                                    for and conf. call re same (1.3); various
                                    emails re discovery (0.4)

Total For BECKER G - 05292                                                         10.20   5,508.00

                                                         Fee Total                 10.40   5,634.00

U N B I L L E D    C O S T S   D E T A I L
Description/Code                         Employee                 Date         Amount       Index#    Batch No  Batch Date

CAB FARES              0940
   CAB FARES - ODYSSEY                   KOEVARY, J T             03/09/06     121.89       7425792   376737    04/27/06
                                         0940 CAB FARES Total :                121.89


                 Costs Total :                                                 121.89
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   18
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00012                                                   Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  2134682
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount           Bill          W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

BENTLEY, PHILIP             0.20       126.00
BECKER, GARY M.            10.20     5,508.00
      Total:               10.40     5,634.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount                        Bill          W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

0940 CAB FARES             121.89

         Costs Total :     121.89
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    19
                                                     *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00019                                         Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  2134683
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status     : ACTIVE

Special Billing Instructions:

========================================================================================================================
                                              PRE-BILLING SUMMARY REPORT
========================================================================================================================

          UNBILLED TIME FROM:        04/11/2006            TO:   04/17/2006
          UNBILLED DISB FROM:        03/28/2006            TO:   04/17/2006

                                          FEES                             COSTS
                                     -----------                       -----------
GROSS BILLABLE AMOUNT:                  5,366.00                             64.50
AMOUNT WRITTEN DOWN:
            PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
         THRU DATE:                    04/17/2006                       04/17/2006
CLOSE MATTER/FINAL BILLING?           YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


========================================================================================================================
                        ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
========================================================================================================================

          FEES:                  0.00
DISBURSEMENTS:                   0.00       UNIDENTIFIED RECEIPTS:       0.00
 FEE RETAINER:                   0.00             PAID FEE RETAINER:     0.00
DISB RETAINER:                   0.00            PAID DISB RETAINER:     0.00
TOTAL OUTSTANDING:               0.00          TOTAL AVAILABLE FUNDS:    0.00
                                                       TRUST BALANCE:
                                                   BILLING HISTORY
========================================================================================================================
DATE OF LAST BILL:           04/28/06         LAST PAYMENT DATE:            05/08/06
LAST BILL NUMBER:            434505   ACTUAL FEES BILLED TO DATE:       127,213.50
                                      ON ACCOUNT FEES BILLED TO DATE:         0.00
                                         TOTAL FEES BILLED TO DATE:     127,213.50
LAST BILL THRU DATE:         03/31/06    FEES WRITTEN OFF TO DATE:        5,087.68

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development     (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate         (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   20
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00019                                         Orig Prtnr : CRED. RGTS - 06975                Proforma Number:  2134683
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : HEARINGS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y   ------------- Total Unbilled -------------
Emp Id  Employee Name                   Group           Oldest      Latest         Hours            Amount

05292   BECKER, GARY M.                  CRED           04/11/06    04/17/06         5.70         3,078.00
        PARAPROFESSIONALS
06451   GAVIGAN, JAMES C.                CRED                       04/11/06    04/14/06        10.40         2,288.00

                    Total:                                                                      16.10         5,366.00

Sub-Total Hours :    0.00 Partners      5.70 Counsels        0.00 Associates      10.40 Legal Asts       0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y   ----------- Total Unbilled -------------
Code Description                                 Oldest        Latest            Total
                                                 Entry         Entry             Amount

0940 CAB FARES                                   04/17/06      04/17/06           15.00
0950 OUT-OF-TOWN TRAVEL                          03/28/06      04/12/06           49.50

        Total                                                                     64.50

        Grand Total                                                            5,430.50

U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date   Description                                                      Hours        Amount    Index#     Batch Date  Task Act

BECKER, GARY M.          04/11/06  Review docket and prepare for omnibus hearing                       0.50        270.00    6247225   04/12/2006
BECKER, GARY M.          04/13/06  preparation for omnibus hrg                                         0.20        108.00    6254311   04/19/2006
BECKER, GARY M.          04/17/06  attend omnibus hearing                                              3.00      1,620.00    6254312   04/19/2006
BECKER, GARY M.          04/17/06  prepare for omnibus hearing                                         2.00      1,080.00    6254313   04/19/2006

        Total For BECKER G - 05292                                                                     5.70      3,078.00

GAVIGAN, JAMES C         04/11/06  creating hearing binder for Becker (4/17                            2.00        440.00    6252111   04/18/2006
                                   hearing)
GAVIGAN, JAMES C         04/12/06  producing hearing binder for omnibus (4/17                          3.70        814.00    6252112   04/18/2006
                                   hearing).
GAVIGAN, JAMES C         04/13/06  producing hearing binder for Becker (4/17                           4.20        924.00    6252113   04/18/2006
                                   hearing)
GAVIGAN, JAMES C         04/14/06  sending out hearing binder to Becker at home                        0.50        110.00    6252115   04/18/2006

        Total For GAVIGAN J - 06451                                                                   10.40      2,288.00

                                                        Fee Total                                     16.10      5,366.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   21
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS   - 06975       Proforma Number: 2134683
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code          Employee          Date          Amount         Index#   Batch No   Batch Date

U N B I L L E D   C O S T S   D E T A I L
Description/Code          Employee          Date          Amount         Index#   Batch No   Batch Date

CAB FARES             0940
  JULIET RAMDIN, CASHIER                BECKER, G M       04/17/06        15.00   7424147    376680      04/27/06
  CAB FARES - VENDOR- JULIET RAMDIN, CASHIER

                                         0940 CAB FARES Total :          15.00

OUT-OF-TOWN TRAVEL    0950
  CITICORP DINERS CLUB                  BECKER, G M       03/28/06       193.50   7430782    376851      05/01/06
  CITICORP DINERS CLUB                  BECKER, G M       04/12/06        68.00   7430783    376851      05/01/06
  CITICORP DINERS CLUB                  BECKER, G M       04/12/06       175.00   7430784    376851      05/01/06
                                         0950 OUT-OF-TOWN TRAVEL Total :  49.50

                    Costs Total :                                         64.50
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   22
                                                       *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00019                                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2134683
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                         Status  : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours      Amount         Bill         W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.           5.70    3,078.00
GAVIGAN, JAMES C.        10.40    2,288.00
         Total:          16.10    5,366.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                   Amount         Bill         W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

0940 CAB FARES                      15.00
0950 OUT-OF-TOWN TRAVEL             49.50
         Costs Total :              64.50
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE    23
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00026                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2134684
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : OTHER                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                    PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:   04/17/2006                  TO:   04/17/2006
             UNBILLED DISB. FROM:                              TO:

                                           FEES                          COSTS
                                         --------                      --------
     GROSS BILLABLE AMOUNT:              1,890.00                         0.00
     AMOUNT WRITTEN DOWN:
               PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
              THRU DATE:                                04/17/2006
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                              --------------------------
     FEES:                                 0.00
     DISBURSEMENTS:                        0.00        UNIDENTIFIED RECEIPTS:            0.00
     FEE RETAINER:                         0.00            PAID FEE RETAINER:            0.00
     DISB RETAINER:                        0.00           PAID DISB RETAINER:            0.00
     TOTAL OUTSTANDING:                    0.00         TOTAL AVAILABLE FUNDS:           0.00
                                                              TRUST BALANCE:
                                                            BILLING HISTORY
     DATE OF LAST BILL:            08/30/05               LAST PAYMENT DATE:         08/19/03
     LAST BILL NUMBER:                                 ACTUAL FEES BILLED TO DATE:    890.00
                                                     ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                           TOTAL FEES BILLED TO DATE: 890.00
     LAST BILL THRU DATE:          07/31/05        FEES WRITTEN OFF TO DATE:            0.00

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development    (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate        (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   24
                                                     *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00026                                 Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   2134684
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : OTHER                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status      : ACTIVE

U N B I L L E D    T I M E     S U M M A R Y     -------------- Total Unbilled --------------
Emp Id Employee Name                 Group        Oldest       Latest       Hours        Amount
-------------------------------------------------------------------------------------------------
05292  BECKER, GARY M.               CRED         04/17/06     04/17/06      3.50      1,890.00

                           Total:                                            3.50      1,890.00

Sub-Total Hours :     0.00 Partners     3.50 Counsels       0.00 Associates      0.00 Legal Assts      0.00 Others

U N B I L L E D    T I M E     D E T A I L
Employee Name          Work Date            Description                              Hours       Amount     Index#    Batch Date  Task Act
-------------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.        04/17/06  Non-working travel for hearing (bill 1/2 normal     3.50      1,890.00    6254314   04/19/2006
                                 rate)

                                                       Fee Total                     3.50      1,890.00

Total For BECKER G - 05292                                                           3.50      1,890.00
```

```
alp_132r: Matter Detail                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    25
                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00026                                       Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2134684
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : OTHER                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name             Hours        Amount             Bill        W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.            3.50       1,890.00

        Total:             3.50       1,890.00
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   26
                                                *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00028                                        Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2134685
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                               Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                        PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                          TO:
         UNBILLED DISB FROM: 02/27/2006               TO: 03/08/2006

                                     FEES                              COSTS

         GROSS BILLABLE AMOUNT:       0.00                             374.80
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
              ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                   THRU DATE:                                          03/08/2006
  CLOSE MATTER/FINAL BILLING?   YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                                ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

              FEES:                              0.00
      DISBURSEMENTS:                             0.00     UNIDENTIFIED RECEIPTS:          0.00
       FEE RETAINER:                             0.00     PAID FEE RETAINER:              0.00
      DISB RETAINER:                             0.00     PAID DISB RETAINER:             0.00
   TOTAL OUTSTANDING:                            0.00     TOTAL AVAILABLE FUNDS:          0.00
                                                          TRUST BALANCE:
                                                          BILLING HISTORY
   DATE OF LAST BILL:           04/28/06                   LAST PAYMENT DATE:          04/03/06
   LAST BILL NUMBER:              434505                   ACTUAL FEES BILLED TO DATE: 57,904.00
                                                           ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                           TOTAL FEES BILLED TO DATE:  57,904.00
   LAST BILL THRU DATE:         03/31/06                   FEES WRITTEN OFF TO DATE:   25,258.50

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
     (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
     (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding              (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   27
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00028                                     Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:  2134685
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                            Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled -------------
Code  Description                              Oldest      Latest        Total
                                               Entry       Entry         Amount
                                               ---------   ---------    ---------
0940  CAB FARES                                03/08/06    03/08/06         91.80
0950  OUT-OF-TOWN TRAVEL                       02/27/06    02/27/06        283.00
                                                                        ---------
            Total                                                          374.80

            Grand Total                                                    374.80
                                                                        =========

U N B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee              Date          Amount   Index#   Batch No   Batch Date
                                                                                   ------   --------   ----------
CAB FARES                    0940
  CAB FARES                         KOEVARY, J T          03/08/06          91.80  7425793   376737    04/27/06
                                            0940 CAB FARES Total :          91.80

OUT-OF-TOWN TRAVEL           0950
  CITICORP DINERS CLUB              BECKER, G M           02/27/06          68.00  7411638   376277    04/18/06
  CITICORP DINERS CLUB              BECKER, G M           02/27/06         215.00  7411639   376277    04/18/06
                                    0950 OUT-OF-TOWN TRAVEL Total :        283.00

                                                                        ---------
                   Costs Total :                                           374.80
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    28
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/12/2006 17:13:43

Matter No: 056772-00028                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2134685
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount           Bill       W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward

0940 CAB FARES                    91.80

0950 OUT-OF-TOWN TRAVEL          283.00

         Costs Total :           374.80
```