REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1406947
One Town Center Road                     Invoice Date      05/25/06
Boca Raton, FL    33486                  Client Number      172573

========================================================================
Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                            3,757.50
        Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $3,757.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      1406947
One Town Center Road                         Invoice Date       05/25/06
Boca Raton, FL   33486                       Client Number       172573
                                             Matter Number        60026

========================================================================
Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 04/02/06 | Cameron | Attend to issues relating to product identification objections. | .90 |
| 04/03/06 | Cameron | Review materials for Phase II issues. | .90 |
| 04/04/06 | Cameron | Review work papers for expert reports due for Phase II issues (0.9); review Phase I reports (0.7). | 1.60 |
| 04/06/06 | Cameron | Review materials for product identification issues. | .80 |
| 04/11/06 | Lord | Research docket and update 2002 service list. | .30 |
| 04/18/06 | Cameron | Review materials relating to PD and PI estimation issues. | .60 |
| 04/19/06 | Cameron | Review materials from M. Browdy concerning asbestos PD estimation. | .90 |
| 04/20/06 | Cameron | Review materials from M. Browdy. | .60 |
| 04/21/06 | Egoul | Arranged for a meeting of K&E and Grace lawyers on April 24, 2006 per request of Doug Cameron. | .30 |
| 04/22/06 | Cameron | Review PD estimation materials. | .60 |

                                                            ------
                                         TOTAL HOURS         7.50

172573 W. R. Grace & Co.                          Invoice Number  1406947
60026  Litigation and Litigation Consulting       Page   2
May 25, 2006

```
        TIME SUMMARY              Hours         Rate          Value
        ------------------------  ----------------------      -------
        Douglas E. Cameron        6.90  at  $  530.00  =   3,657.00
        John B. Lord              0.30  at  $  190.00  =      57.00
        Katerina Egoul            0.30  at  $  145.00  =      43.50

                        CURRENT FEES                        3,757.50


                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $3,757.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1406948
5400 Broken Sound Blvd., N.W.         Invoice Date       05/25/06
Boca Raton, FL 33487                  Client Number       172573



=========================================================================
Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant
         Fees                        2,629.50
         Expenses                        0.00
               TOTAL BALANCE DUE UPON RECEIPT        $2,629.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1406948
5400 Broken Sound Blvd., N.W.        Invoice Date        05/25/06
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


========================================================================
Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2006


        Date    Name                                             Hours
        ------- -----------                                      -----


        04/03/06 Ament        Review e-mail from D. Cameron re:    .20
                              fee applications (.10); e-mails
                              with J. Lord re: CNO for Jan.
                              monthly fee application (.10).

        04/03/06 Cameron      Attend to fee applications.          .50

        04/03/06 Lord         Respond to e-mail from S. Ament      .10
                              re: January CNO.

        04/06/06 Muha         Address issue re: 18th Quarterly     .30
                              Application raised by D. Cameron.

        04/07/06 Cameron      Attend to fee application            .70
                              materials.

        04/10/06 Muha         Begin reviewing and revising fee    1.10
                              and expense detail for March 2006
                              monthly application, including
                              e-mails to various people seeking
                              additional explanation for time
                              and expense charges.

        04/11/06 Muha         E-mails to and from L. Flatley re:   .20
                              travel charges (0.1); obtain new
                              information from S. Vogel re: meal
                              charges (0.1).

        04/13/06 Muha         Additional revisions to            1.00
                              fee/expense details for March 2006
                              monthly application, including
                              drafting of expense details for
                              several meal entries.

```
172573 W. R. Grace & Co.                    Invoice Number  1406948
60029  Fee Applications-Applicant           Page    2
May 25, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|
| 04/20/06 | Lord | Research docket and draft CNO for Reed Smith February fee application. | .50 |
| 04/20/06 | Muha | Additional revisions to March 2006 monthly fee application. | .50 |
| 04/24/06 | Lord | E-file and perfect service of CNO for Reed Smith's February fee application (.2); draft correspondence to R. Finke at Grace re: payment for same (.1). | .30 |
| 04/25/06 | Ament | Review e-mail re: March invoices and e-mail to A. Muha re: same (.10); review invoices in preparation for March monthly fee application (.10). | .20 |
| 04/26/06 | Ament | E-mails with J. Lord re: monthly and quarterly fee applications (.10); review invoices, calculate fees and expenses and prepare spreadsheet in preparation for March monthly fee application (1.0); format invoices into Word documents (.50); draft 57th monthly fee application and provide to A. Muha (.50); revisions to same per A. Muha request (.10); e-mail 57th monthly fee application and fee and expense details to J. Lord for 4/28/06 DE filing (.10); follow-up e-mail to D. Cameron and A. Muha re: same (.10). | 2.40 |
| 04/26/06 | Lord | E-mails with S. Ament re: Reed Smith March fee application. | .20 |
| 04/26/06 | Muha | Final review of March 2006 monthly fee application. | .40 |
| 04/27/06 | Ament | Review invoices and begin preparing spreadsheet for 20th quarterly fee application. | .50 |
| 04/27/06 | Lord | Revise and prepare Reed Smith March monthly fee application for e-filing and service. | 1.20 |

172573 W. R. Grace & Co.                  Invoice Number  1406948
60029  Fee Applications-Applicant       Page   3
May 25, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 04/28/06 | Lord | E-file and perfect service of Reed Smith March monthly fee application. | .50 |

TOTAL HOURS   10.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|--------|---|--------|
| Douglas E. Cameron | 1.20 | at | $  530.00 | = | 636.00 |
| Andrew J. Muha | 3.50 | at | $  295.00 | = | 1,032.50 |
| John B. Lord | 2.80 | at | $  190.00 | = | 532.00 |
| Sharon A. Ament | 3.30 | at | $  130.00 | = | 429.00 |

CURRENT FEES                 2,629.50

TOTAL BALANCE DUE UPON RECEIPT    $2,629.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | Invoice Number | 1406949 |
|---|---|---|
| One Town Center Road | Invoice Date | 05/25/06 |
| Boca Raton, FL   33486 | Client Number | 172573 |

=========================================================================
Re: W. R. Grace & Co.


(60030)  Hearings

| | | |
|---|---|---|
| Fees | 583.00 | |
| Expenses | 0.00 | |
| TOTAL BALANCE DUE UPON RECEIPT | | $583.00 |

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1406949
One Town Center Road                     Invoice Date       05/25/06
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60030


==========================================================================
Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2006

        Date   Name                                              Hours
        ------ -----------                                       -----

        04/11/06 Cameron      Review materials for omnibus         .30
                              hearing.

        04/16/06 Cameron      Review agenda for omnibus hearing.   .50

        04/17/06 Cameron      Telephone calls with R. Finke        .30
                              regarding hearing issues.

                                                      ------
                                         TOTAL HOURS    1.10


    TIME SUMMARY              Hours        Rate        Value
    ------------------------  ---------------------    -------
    Douglas E. Cameron        1.10 at $  530.00  =    583.00

                    CURRENT FEES                              583.00


                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $583.00
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                      Invoice Number      1406950
One Town Center Road                                 Invoice Date       05/25/06
Boca Raton, FL    33486                              Client Number       172573

========================================================================
Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                          251,569.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $251,569.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1406950
One Town Center Road                     Invoice Date       05/25/06
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60035

========================================================================
Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 04/02/06 | Cameron | Review materials from R. Finke regarding London consultant (0.9); review materials for 4/3 call with K&E and HRO (1.1); attend to issues raised by B. Jacobson (0.7). | 2.70 |
| 04/03/06 | Aten | Conference with L. Flatley re: excluding testimony (.7); conference with C. Gatewood re: same (.3); research re: Daubert motions (1.6). | 2.60 |
| 04/03/06 | Cameron | Prepare for (0.5) and participate in conference call with K&E and HRO lawyers regarding Clean Air Act issues (0.8); follow-up e-mails and calls regarding same (0.3); review new materials from K&E regarding Clean Air Act issues (1.3); multiple e-mails regarding status of expert witness work (0.7); review expert witness outline (1.2); work with consultant regarding issues for expert reports (1.9); review materials relating to expert materials (0.5). | 7.20 |
| 04/03/06 | DiChiera | Meeting with L. Flatley, R. Aten and C. Gatewood regarding preparation of Daubert motion in limine (0.4); inquiries to K. Repack and N. Leete regarding general Daubert material per L. | 1.00 |

172573 W. R. Grace & Co.                    Invoice Number  1406950
60035  Grand Jury Investigation            Page   2
May 25, 2006

    Date   Name                                            Hours
    --------  -----------                                             -----

| Date | Name | | Hours |
|------|------|---|-------|
| | | Flatley's request (0.6). | |
| 04/03/06 | Flatley | Preparation for meeting regarding Daubert motion (0.2); meeting with R. Aten, M. DiChiera and C. Gatewood regarding plans for Daubert motion (0.7). | .90 |
| 04/03/06 | Gatewood | Examine/analyze materials produced by prosecution in connection with proposed expert witnesses (1.7); communicate with M. DiChiera concerning same (0.3); research publicly available materials in connection with Libby, Montana and alleged disease (1.0). | 3.00 |
| 04/04/06 | Aten | Continue to research, analyze materials re: Daubert motion. | 2.60 |
| 04/04/06 | Cameron | E-mails regarding expert witness issues (0.7); multiple telephone calls regarding status of work and expert report deadlines/issues (1.2); extensive review of historical testing documents and issues related thereto (2.2); review CAA outlines and prepare a witness outline to address issues relating to same (1.2); review materials from consultants (0.8); review materials relating to industrial hygiene and risk assessment issues (0.8). | 6.90 |
| 04/04/06 | Flatley | E-mails regarding expert witness issues (0.5); review Daubert materials (3.5); e-mails from/to B. Jacobson (0.1). | 4.10 |
| 04/05/06 | Aten | Continue to review and analyze materials re: Daubert motion. | 1.20 |
| 04/05/06 | Cameron | Prepare and revise summary of calls with consultants and defense counsel (1.8); participate in portion of web meeting with consultants (0.6) telephone call with consultant (0.8); multiple e-mails regarding testing and analysis issues (1.1); review | 7.30 |

172573  W. R. Grace & Co.                          Invoice Number  1406950
60035   Grand Jury Investigation                   Page    3
May 25, 2006

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| | | historical testing data (1.7); review government exhibits (1.3). | |
| 04/05/06 | Gatewood | Research/analyze Daubert analysis and relevant product/case lines (2.0); prepare for meeting with R. Aten concerning same (1.0) ; meet/confer with R. Aten concerning drafting motion in limine (.50); communicate with M. Dichiera concerning retrieval of certain publications regarding same (.50). | 4.00 |
| 04/06/06 | Aten | Call with B. Stansbury re: Daubert issues (0.4). conference with C. Gatewood re: same (0.3); read and analyze materials re: Daubert motion (1.2). | 1.90 |
| 04/06/06 | Cameron | Prepare for (0.6) and participate in web meeting with consultant and defense counsel (1.3); multiple telephone calls with consultant regarding testimony data and status of analysis (1.4); review materials from B. Jacobson (1.8); review materials from K. Coggon (1.4); review materials from M. Grummer (2.1). | 8.60 |
| 04/06/06 | Flatley | Reviewing motion and correspondence (1.0); e-mails regarding status of expert work (0.5). | 1.50 |
| 04/06/06 | Gatewood | Examine/analyze materials submitted by government (2.0); examine/review pertinent case law addressing methodologies (epidemiological) and outline general outline for motions to exclude/strike (3.0); outline issues to address with B. Stansbury in conference concerning various motions in limine (2.7) and participate in conference with R. Aten and B. Stansbury (0.3). | 8.00 |

172573 W. R. Grace & Co.                        Invoice Number  1406950
60035  Grand Jury Investigation                 Page    4
May 25, 2006


    Date    Name                                                Hours
    ------- -----------                                         -----

    04/07/06 Aten              Conference with L. Flatley and C.    1.50
                               Gatewood re: Daubert motion.

    04/07/06 Cameron           Multiple emails and telephone        7.20
                               calls with consultants relating to
                               work for expert reports (2.60);
                               summary memo re: same (.90);
                               review government's expert
                               disclosure and supporting
                               documents (1.80); review testing
                               data from consultant (1.90).

    04/07/06 Flatley           Review Daubert issues and prepare    3.20
                               for meeting (0.9); meeting with C.
                               Gatewood and R. Aten and follow up
                               on meeting (1.7); additional
                               Daubert research and analysis,
                               including email about conclusions
                               (0.6).

    04/07/06 Stickman IV       Access and print cases re:           1.30
                               scientific evidence

    04/08/06 Cameron           Compile and analyze materials        5.90
                               relating to testing to provide to
                               K. Coggon (1.8); extensive review
                               of government's disclosure
                               materials (1.9) review materials
                               to prepare for calls with
                               consultants (1.1); review
                               industrial hygiene materials
                               (0.8); telephone call with R.
                               Finke regarding various issues
                               (0.3).

    04/09/06 Cameron           Prepare for (.7) and participate     5.70
                               in meetings/calls with consultants
                               regarding expert issues (1.3);
                               attend to questions and issues
                               raised by K&E (2.4); attention to
                               issues relating to government
                               samples and requests for same
                               (1.3).

    04/10/06 Ament             Meet with D. Cameron re:              .70
                               government exhibits (.10); review
                               government exhibits (.30); scan
                               and e-mail exhibit to D. Cameron
                               and client per request (.10);
                               telephone call to Systems Dept.
                               re: setting up internal records

172573  W. R. Grace & Co.                          Invoice Number  1406950
60035  Grand Jury Investigation                    Page    5
May 25, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| | | re: government exhibits and follow-up e-mails re: same (.20). | |
| 04/10/06 | Aten | Read and analyze materials re: Daubert motion and motion in limine. | 1.20 |
| 04/10/06 | Cameron | Prepare for (0.4) and participate in calls with R. Finke and consultant concerning expert report issues (0.7); e-mails with R. Finke regarding same (0.3); telephone conference with B. Jacobson and R. Finke regarding expert witness issues (0.4); multiple e-mails concerning expert issues (0.7); review data and materials from experts (0.9); review materials for preparation of expert disclosures (1.4); review testing materials to provide to experts (1.7); telephone calls with several experts concerning status of work on expert reports (0.9). | 7.40 |
| 04/10/06 | Flatley | E-mails re: scheduling issues (0.2); review materials re experts (1.3); conference with R. Senftleben (0.4). | 1.90 |
| 04/10/06 | Stickman IV | Retrieve cite-check references for selected cases and law reviews | 1.40 |
| 04/11/06 | Aten | Conference call with B. Stansbury re: draft of Weill's report and Daubert motion (1.4); conference with C. Gatewood re: same (.9); continue to review and analyze materials re: Daubert motion (1.0). | 3.30 |
| 04/11/06 | Cameron | Review motions in limine summary materials (0.3); multiple e-mails with defense counsel regarding expert witness (0.8); review materials from expert witness (1.6); telephone call with R. Finke regarding same (0.5); e-mails regarding Clean Air Act issues (0.4). | 3.60 |

172573  W. R. Grace & Co.                                    Invoice Number  1406950
60035   Grand Jury Investigation                             Page    6
May 25, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 04/11/06 | Flatley | Review expert issues and follow-up with calls and e-mails. | 1.60 |
| 04/11/06 | Gatewood | Examine/review various articles cited by Dr. Whitehouse and outline of issues addressing methodology and epidemiological protocols (6.0); prepare for and meet with R. Aten concerning study conducted by Whitehouse and selection of patient data base (1.0); communicate with B. Sutherland concerning expert report (1.0); research/analyze relevant case law in connection with proposed strategy for Daubert motions (1.20). | 9.20 |
| 04/12/06 | Ament | Review and respond to e-mail from L. Biglow re: government exhibits. | .20 |
| 04/12/06 | Aten | Continue to review and analyze materials re: government experts and Daubert motion. | 2.10 |
| 04/12/06 | Cameron | Review materials from B. Jacobson regarding expert report requirements (0.6); e-mails from B. Jacobson regarding witness meetings (0.3); review materials from M. Grummer and R. Finke regarding expert witness reports (1.4); e-mails with R. Senftleben and R. Finke regarding expert witness issues (0.3); e-mails regarding government regulations (0.2); review expert materials and telephone call with R. Finke re: same (0.7). | 3.50 |
| 04/12/06 | Flatley | E-mails and replies re: status of expert work (0.9); conference with B. Stansbury and follow-up e-mails to and from him and others (0.5); conference with R. Senftleben and follow-up e-mails (0.5); analysis and review of substantive expert issues (4.9). | 6.80 |

172573 W. R. Grace & Co.                    Invoice Number   1406950
60035  Grand Jury Investigation             Page    7
May 25, 2006

| Date | Name | | Hours |
|------|------|------|------|

04/12/06 Gatewood      Examine Dr. Whitehouse expert        4.00
                       disclosure/report concerning
                       various issues.

04/13/06 Ament         Review e-mails from D. Cameron and    .40
                       R. Finke (.20); e-mails with M.
                       Atkinson re: government exhibits
                       (.10); meet with S. Vogel re: D.
                       Cameron e-mail (.10).

04/13/06 Aten          Call with C. Gatewood and B.         4.60
                       Stansbury re: motions in limine
                       (.4); conference call with L.
                       Flatley, K&E re:  expert reports
                       (.5); call with expert re: report
                       (1.1); continue to research, read
                       and analyze materials re: motion
                       in limine/Daubert motion (2.6).

04/13/06 Cameron       Telephone call with consultants      4.10
                       regarding status of work for
                       expert reports (0.8); e-mails and
                       telephone call with R. Finke
                       regarding expert witness meetings
                       (0.6); review materials from R.
                       Finke regarding consultant work
                       (0.4); prepare for (0.2) and
                       participate in telephone call with
                       M. Grummer regarding expert
                       witness work and reports (0.6);
                       e-mails regarding expert reports
                       (0.8); e-mails to S. Ament and M.
                       Atkinson regarding expert reliance
                       materials (0.7).

04/13/06 Flatley       E-mails re: scheduling (0.1);        4.60
                       preparation for conference call
                       (1.0); outline of experts'
                       disclosure requirements (0.5);
                       conference calls re: experts'
                       reports and follow-up (1.5);
                       e-mails re: experts' reports (1.5).

04/13/06 Gatewood      Prepare for and meet with L.         7.50
                       Flatley and R. Aten concerning
                       government's expert reports and
                       other discovery related issues
                       (2.0); examine/analyze scientific
                       studies and expert reports
                       submitted by government experts in
                       preparation for drafting motion to

172573 W. R. Grace & Co.                    Invoice Number  1406950
60035  Grand Jury Investigation            Page    8
May 25, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| | | limit and/or exclude expert testimony (5.5). | |
| 04/13/06 | Restivo | Telephone call with R. Finke. | .30 |
| 04/14/06 | Ament | Provide government exhibits to D. Cameron per request and e-mails to D. Cameron and M. Atkinson re: same. | .20 |
| 04/14/06 | Aten | Call re: expert reports (.6); continue to read and analyze materials for Daubert motion (2.2). | 2.80 |
| 04/14/06 | Cameron | Prepare for (0.4) and participate in conference call with defense counsel (1.2); follow up e-mails regarding same (0.3); multiple e-mails with R. Finke and defense counsel regarding expert witness report issues (0.6); review draft expert witness disclosures (0.7); review materials from B. Jacobson (0.7). | 3.90 |
| 04/14/06 | Flatley | Preparation for group conference call (1.3); conference call with group re: experts issues and follow-up on call (1.8); e-mails from and to expert (0.2). | 3.30 |
| 04/14/06 | Gatewood | Examine/analyze scientific studies in preparation for drafting motion to strike on Daubert basis. | 4.00 |
| 04/15/06 | Aten | Read and analyze case law re: Daubert motions. | 2.60 |
| 04/15/06 | Atkinson | Review and collect historical testing documents and e-mail to D. Cameron summarizing same. | 1.20 |
| 04/15/06 | Cameron | E-mails regarding expert reliance materials (0.4); review materials from consultant (0.8). | 1.20 |
| 04/16/06 | Cameron | Review multiple e-mails and materials from consultant (1.1); follow-up e-mails regarding expert reports (0.4); review materials from B. Jacobson (0.6). | 2.10 |

172573  W. R. Grace & Co.                          Invoice Number  1406950
60035  Grand Jury Investigation                    Page    9
May 25, 2006


        Date    Name                                               Hours
        ------- -----------                                        -----


    04/17/06 Aten            Continue to research case law on        4.50
                             Daubert motions.

    04/17/06 Atkinson        Prepare binders of testing             1.90
                             documents.

    04/17/06 Atkinson        Have CD copied (0.3) and prepare       1.80
                             binders of government exhibits for
                             expert meetings (1.5).

    04/17/06 Atkinson        Telephone calls/e-mails to              .80
                             Kirkland & Ellis re: reliance
                             material compiled for government
                             experts and e-mail to D. Cameron
                             re:  same.

    04/17/06 Cameron         Prepare for (0.2) and participate      8.40
                             in conference call with defense
                             counsel regarding expert witness
                             and motion in limine issues (1.1);
                             review of materials from B.
                             Jacobson regarding testing issues
                             (0.8); review of materials from T.
                             Mace regarding same (1.4);
                             telephone calls with R. Finke
                             regarding witness meetings (0.3);
                             review testing materials in
                             preparation for 4/18 meeting with
                             consultants (2.9); telephone call
                             with consultant regarding expert
                             report issues (0.2); e-mails
                             regarding witness meetings (0.4);
                             meet with J. Restivo regarding
                             same (0.2); review regulations for
                             expert witness meetings (0.9).

    04/17/06 Klapper         Work on TSCA expert issues (2.5);      6.00
                             work on state of the art expert
                             issues (3.5).

    04/17/06 Restivo         Meeting with D. Cameron re:  grand      .40
                             jury investigation.

    04/18/06 Aten            Conference with L. Flatley re:         5.10
                             logistics of serving expert report
                             (.5); review and edit latest
                             version of expert report (1.2);
                             continue to research case law and
                             secondary sources re: Daubert
                             motions (3.4).

172573 W. R. Grace & Co.                        Invoice Number   1406950
60035  Grand Jury Investigation                 Page   10
May 25, 2006


        Date    Name                                                    Hours
        ------- -----------                                             -----


    04/18/06 Atkinson        E-mail to Kirkland & Ellis re:             6.80
                             exhibits to expert report (.20);
                             review, locate in files, arrange
                             to have copies made of historical
                             documents for expert (5.1);
                             prepare mailing of materials to
                             expert (.70); search database for
                             journal articles requested by
                             expert (.80).

    04/18/06 Cameron         Prepare for (0.9) and meet with           11.70
                             expert witness and R. Finke (4.8);
                             meet with R. Finke and several
                             expert witnesses regarding expert
                             report issues (5.1); e-mails
                             regarding expert issues (0.9).

    04/18/06 Flatley         Reviewing expert materials and            4.30
                             e-mails to team members about them
                             (3.9); conference with R. Aten re:
                             follow-up on expert reports'
                             logistics (0.4).

    04/18/06 Klapper         Continue work on state of the art         3.30
                             expert issues.

    04/18/06 Restivo         Correspondence re:  witnesses             1.00
                             (.6); meeting with D. Cameron, R.
                             Finke and expert (.4).

    04/19/06 Aten            Review draft expert report (.8);          3.00
                             conference with C. Gatewood re:
                             same (.2); review expert
                             disclosures (.4); continue to
                             research case law (1.6).

    04/19/06 Atkinson        Review experts' reference articles         .70
                             received from Kirkland & Ellis.

    04/19/06 Atkinson        Draft listing of materials                 .60
                             provided to expert.

    04/19/06 Cameron         Prepare for (1.2) and meet with           8.10
                             consultant regarding expert report
                             (3.8); review testing data from
                             government (1.1); e-mails
                             regarding same (0.2); telephone
                             call with R. Senftleben and B.
                             Jacobson regarding expert reports
                             (0.3); telephone call with R.

172573 W. R. Grace & Co.                          Invoice Number  1406950
60035  Grand Jury Investigation                   Page  11
May 25, 2006

| Date | Name | | Hours |
|------|------|------|-------|

|  |  | Finke regarding same (0.2);<br>e-mails regarding same (0.4);<br>multiple e-mails and telephone<br>calls concerning expert witness<br>reports and disclosures (0.9). |  |
| 04/19/06 | Flatley | E-mails, calls and scheduling of<br>conference call re: expert issues. | .90 |
| 04/19/06 | Gatewood | Meet/confer with L. Flatley<br>concerning draft documents from<br>government experts (.20); examine,<br>comment concerning methodologies,<br>scientific studies cited and<br>submit suggestions/comments to B.<br>Stansbury, L. Flatley, R.<br>Senftleben and D. Kuchinsky (2.0). | 2.20 |
| 04/19/06 | Klapper | Meet with TSCA expert regarding<br>expert report (3.0); meet with<br>state of the art expert regarding<br>his expert report (6.2). | 8.20 |
| 04/19/06 | Restivo | Telephone conference with witness<br>(0.3); begin file review (0.7). | 1.00 |
| 04/20/06 | Aten | Call with L. Flatley, B.<br>Stansbury, R. Senftlaben re:<br>expert report (2.0); review<br>materials sent to expert and send<br>e-mail to B. Stansbury re: same<br>(.3); e-mail to L. Flatley re:<br>expert disclosure (.2). | 2.50 |
| 04/20/06 | Atkinson | Revise and forward to D. Cameron<br>list of materials sent to expert<br>(.40); copies of historical<br>testing documents per D. Cameron<br>request (.30); review article<br>requested by expert, and forward<br>same (.20). | .90 |
| 04/20/06 | Cameron | Extensive review of new<br>report/exhibit from government<br>(2.7); multiple telephone calls<br>and e-mails with defense counsel<br>regarding same (1.1); multiple<br>telephone calls with consultants<br>regarding same (0.9); review<br>materials from consultant for<br>discussions regarding mine | 8.10 |

172573 W. R. Grace & Co.                          Invoice Number  1406950
60035  Grand Jury Investigation                   Page  12
May 25, 2006


        Date    Name                                              Hours
        -------- -----------                                      -----

                              processing issues (0.8); telephone
                              call and e-mails with R. Finke
                              regarding same (0.5); review
                              testing data summaries and
                              executive summaries for expert
                              (0.9); work with multiple experts
                              regarding report issues (1.2).

    04/20/06 Flatley          E-mails and replies (0.2); prepare        4.10
                              for conference call (0.2);
                              conference call re: experts with
                              B. Stansbury, D. Kuchinsky, R.
                              Senftleben, R. Aten and C.
                              Gatewood and follow-up on call
                              with R. Aten and C. Gatewood
                              (2.5); e-mail to B. Jacobson re:
                              form of expert disclosures, reply
                              and follow-up (0.5); conference
                              with D. Cameron (0.3); review
                              expert e-mails and conference with
                              R. Senftleben (0.4).

    04/20/06 Gatewood         Prepare for and participate in           3.30
                              joint conference with L. Flatley,
                              R. Aten, B. Stansbury, R.
                              Senftleben and D. Kuchinsky
                              concerning expert report and
                              strategies (2.0); meet with R.
                              Aten concerning Daubert motion and
                              discussion concerning same (.30);
                              outline issues to address with L.
                              Flatley concerning Daubert motion
                              (1.0).

    04/20/06 Klapper          Meet with state of the art expert       5.50
                              regarding his expert report (1.8);
                              continue work on state of the art
                              theme development (3.70).

    04/20/06 Restivo          Continue file review re: witness          .50
                              meetings.

    04/21/06 Aten             Conference with C. Gatewood re:          4.20
                              Daubert motion (1.7); continue to
                              research case law (2.5).

    04/21/06 Atkinson         Review files re:  expert                 1.20
                              disclosures in prior litigation
                              (.70); review materials re:
                              testing in case room (.30); review
                              e-mail re:  expert reliance

172573  W. R. Grace & Co.                        Invoice Number  1406950
60035  Grand Jury Investigation                  Page  13
May 25, 2006


    Date    Name                                          Hours
  --------  -----------                                   -----

|        |       |                                                    |        |
|--------|-------|----------------------------------------------------|--------|
|        |          | documents (.20).                                |        |
| 04/21/06 | Cameron | Telephone call with R. Finke regarding expert witness issues (0.3); telephone call with R. Finke and expert regarding processing issues (0.6); telephone call with R. Finke and expert regarding testing issues (0.4); review historical testing materials (1.9); review testimony relating to historical testing (0.9); review materials received from expert witnesses (1.7); begin preparation of several expert disclosures (1.3). | 7.10 |
| 04/21/06 | Flatley | E-mails (0.2); prepare for conference calls (0.9); conference call with R. Senftleben and B. Stansbury about experts' issues (2.6); conference with D. Cameron re: follow-up (0.4); conference with D. Kuchinsky and e-mails re: follow-up issue (1.3). | 5.40 |
| 04/21/06 | Gatewood | Examination/analysis of report and outline of issues to address with group (2.0); communicate with L. Flatley and R. Aten concerning same (.30); evaluation/analysis of studies cited in expert report (3.0); outline issues to address with B. Stansbury in connection with Daubert issues (.50); examine/analyze legislative documents/statutes to include as authoritative sources in Daubert Motion (3.5). | 9.30 |
| 04/21/06 | Klapper | Review historical narratives (3.2); meet with Kirkland counsel regarding trial themes (5.0). | 8.20 |
| 04/21/06 | Restivo | Continue review of file documents. | 3.50 |
| 04/22/06 | Cameron | E-mails regarding expert report issues (0.6); review materials from expert reports and prepare summaries (2.2); review testing data (0.9). | 3.70 |

172573 W. R. Grace & Co.                          Invoice Number  1406950
60035  Grand Jury Investigation                   Page   14
May 25, 2006


|       Date   Name                                                                              | Hours |
| --------  ----------- | ----- |
| 04/22/06 Klapper | Continue review of historical narratives, incorporating, during review key points into state of the art outline. | 5.80 |
| 04/23/06 Aten | Begin drafting motion in limine. | 5.10 |
| 04/23/06 Cameron | Telephone call and work with experts and related materials for expert reports (5.3); e-mails relating to expert report issues (0.3); review materials relating to historical testing (1.6). | 7.20 |
| 04/23/06 Klapper | Continue review of historical narratives, incorporating during review, key points into state of the art outline. | 10.20 |
| 04/24/06 Aten | Conduct research re: Daubert motions (1.8); draft motion in limine re: pleural plaque (4.2). | 6.00 |
| 04/24/06 Atkinson | Draft and revise letter to T. Mace to provide expert reports from prior litigation per Kirkland & Ellis's request. | 1.20 |
| 04/24/06 Atkinson | Forward articles to expert, per his request (.20); review additional expert reliance materials forwarded by Kirkland & Ellis (.20). | .40 |
| 04/24/06 Cameron | Extensive work with outside defense counsel, Grace in-house counsel and experts with respect to expert reports. | 11.70 |
| 04/24/06 Flatley | E-mails and replies about experts reports' logistics (0.7); review article (0.1); review experts' materials and e-mails commenting on them (2.1). | 2.90 |
| 04/24/06 Gatewood | Examine/analyze articles cited in expert report (2.5); examine expert's disclosure in connection with items to address in Daubert motion (1.0); draft/outline issues | 9.50 |

172573  W. R. Grace & Co.                    Invoice Number  1406950
60035  Grand Jury Investigation             Page   15
May 25, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| | | to address under Daubert (1.0); examine cases in 9th Circuit in connection with Daubert (2.0); draft/outline motion in connection with disease issues (3.0). | |
| 04/24/06 | Klapper | Continue work with experts regarding their expert reports (3.8); review additional EPA materials for discussion with state of the art expert (6.0). | 9.80 |
| 04/24/06 | Restivo | Complete document review for witness meeting. | 1.40 |
| 04/25/06 | Ament | E-mails with D. Cameron re: expert witness disclosures. | .10 |
| 04/25/06 | Aten | Review latest draft of expert report and conference with C. Gatewood and L. Flatley re: same (2.7); review draft of experts' reports, conference with C. Gatewood re: same and e-mail to L. Flatley re: same (1.3); conference and strategizing with C. Gatewood re: motion in limine (3.2). | 7.20 |
| 04/25/06 | Atkinson | Review case files re: affidavits/declarations by experts, per Kirkland & Ellis request. | 1.10 |
| 04/25/06 | Cameron | Continued work with defense counsel, Grace in-house counsel and experts with respect to expert reports (9.2); prepare for telephone call with Government lawyers regarding sampling issues (0.4); participate in telephone call with government lawyers regarding same (0.7); follow-up calls and e-mails regarding same (0.4). | 10.70 |
| 04/25/06 | Flatley | Reviewing expert report materials and e-mails regarding them (4.3); conference with R. Aten and C. Gatewood re: filing and circulation of expert materials | 8.50 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
May 25, 2006

Invoice Number  1406950
Page  16

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | (0.8); follow-up on Aten/Gatewood meeting (0.2); review expert materials and e-mails about them (different experts) (2.3); e-mail and order and calls about them (0.9). |  |
| 04/25/06 | Gatewood | Examine/analyze draft reports prepared by government experts (1.5); communicate with R. Aten and L. Flatley concerning same (.20); incorporate issues/findings in government's expert reports into draft Daubert motion and continued research/analysis concerning Daubert standards and application of same to draft motion (6.0). | 7.70 |
| 04/25/06 | Klapper | Continue work with experts regarding their expert reports. | 10.50 |
| 04/25/06 | Restivo | Review documents for witness meetings and dictate notes. | .60 |
| 04/26/06 | Aten | Review court order dated 4/25 re: granting additional time (.2); review expert report and e-mail re: same (.4); call with C. Gatewood re: same (.2); draft and revise motion in limine (2.4). | 3.20 |
| 04/26/06 | Atkinson | Searches on W.R. Grace database and review files for witness meetings (1.1); review files re: expert declarations/affidavits from prior litigation, including telephone call to T. Stansbury (0.7). | 1.80 |
| 04/26/06 | Cameron | Continued work with defense counsel, Grace in-house counsel and multiple expert witnesses regarding expert reports (10.60); meet with J. Restivo regarding witness interview issues (.50); review documents relating to same (.60); review materials for document production (.70); attend to expert disclosure pleading issues (.90). | 13.30 |

172573 W. R. Grace & Co.                    Invoice Number  1406950
60035  Grand Jury Investigation             Page   17
May 25, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 04/26/06 | Flatley | E-mails and replies on a variety of experts' issues (1.5); review expert papers (0.2). | 1.70 |
| 04/26/06 | Gatewood | Evaluation/analysis of caselaw in connection with motion in limine and evaluation/analysis of expert reports and disclosures submitted by experts (2.2); review/analyze materials prepared and provided by government expert (0.8); confer/communicate with R. Aten and L. Flatley concerning same (2.0); continued drafting/revising motion in limine (2.5). | 7.50 |
| 04/26/06 | Klapper | Continue work with experts regarding their expert reports. | 9.20 |
| 04/26/06 | Restivo | Draft and review memos and analysis re: historic Grace documents. | 3.00 |
| 04/27/06 | Ament | Meet with D. Cameron re: expert reports (.10); review exhibits to expert reports (.90). | 1.00 |
| 04/27/06 | Aten | Review expert reports. | .80 |
| 04/27/06 | Atkinson | Review materials re:  attorney files, and organize copy of selected documents for J. Restivo, and return original file (.80); meet with D. Cameron re:  expert reports (.10); review exhibits to expert reports (.30); review post-litigation files re: affidavits and declarations (.70). | 1.90 |
| 04/27/06 | Cameron | Multiple e-mails and telephone calls with defense counsel regarding expert witness issues (2.4); continued work with defense counsel, Grace in-house counsel and experts regarding expert report issues (11.8); conference call with D. Bernick, et al. regarding expert report issues (1.3). | 15.50 |

172573 W. R. Grace & Co.                    Invoice Number  1406950
60035  Grand Jury Investigation            Page  18
May 25, 2006

| Date | Name | | Hours |
|------|------|--|-------|

04/27/06 Flatley        E-mails re: experts' reports        .90
                        (0.6); meet with D. Cameron re:
                        experts' issues (0.3).

04/27/06 Klapper        Participate in conference call        9.50
                        with client and outside counsel
                        regarding expert reports (1.0);
                        continue work with experts
                        regarding their expert reports
                        (8.5).

04/28/06 Ament          Produce exhibits for expert report    2.50
                        and provide to D. Cameron per
                        request (1.1); e-mails and
                        telephone calls with M. Atkinson
                        re: same (.20); review expert
                        report for D. Cameron (.20);
                        prepare additional comments to
                        expert report per D. Cameron
                        request (.90); meet with D.
                        Cameron re: same (.10).

04/28/06 Atkinson       Review attachments to expert         3.30
                        report, and telephone call with
                        expert (.60); review T. Mace
                        e-mails and pleadings re:
                        certificate of service for expert
                        disclosures and expert reports
                        (.90); review for completeness and
                        arrange to have expert reports
                        copied (1.80)

04/28/06 Cameron        Extensive work with defense         13.60
                        counsel, Reed Smith staff, Grace
                        in-house counsel and multiple
                        experts regarding finalization
                        work on expert witness disclosures
                        and reports (11.8); conference
                        call regarding issues relating to
                        expert and health issues (0.8);
                        follow-up calls with industrial
                        hygiene expert (0.5); e-mails and
                        telephone call with R. Finke
                        regarding open issues and reports
                        (0.5).

04/28/06 Klapper        Finalize expert reports.             8.80

04/29/06 Ament          Review expert report and provide     1.50
                        to D. Cameron per request.

172573 W. R. Grace & Co.                          Invoice Number   1406950
60035  Grand Jury Investigation                   Page   19
May 25, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/29/06 | Atkinson | Finalize copies of Defendants' expert reports to send to Messrs. McLean and Cassidy, and to all counsel (3.7); assist with sending disclosures and defendants' expert reports to Messrs. McLean and Cassidy, and to other counsel (2.1); review and revise enclosure letter to accompany expert disclosures and expert reports (.40) | 6.20 |
| 04/29/06 | Cameron | Participate in multiple telephone calls with Grace counsel and experts regarding report issues (3.3); continued work with experts on expert issues (4.5). | 7.80 |
| 04/29/06 | Flatley | E-mails to and from D. Cameron et al. (0.2); review expert materials (2.0); telephone call with D. Cameron (0.3). | 2.50 |
| 04/30/06 | Cameron | Telephone call with expert regarding report issues (0.3); e-mails regarding same (0.5); follow-up from expert disclosure filings (0.9); review materials relating to motions in limine (0.8). | 2.50 |

                                        ------
                        TOTAL HOURS      561.80


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 11.70 | at $ | 600.00 | = | 7,020.00 |
| Lawrence E. Flatley | 59.10 | at $ | 535.00 | = | 31,618.50 |
| Douglas E. Cameron | 206.70 | at $ | 530.00 | = | 109,551.00 |
| Antony B. Klapper | 95.00 | at $ | 500.00 | = | 47,500.00 |
| Carol J. Gatewood | 79.20 | at $ | 380.00 | = | 30,096.00 |
| Rebecca E. Aten | 68.00 | at $ | 270.00 | = | 18,360.00 |
| William S. Stickman IV | 2.70 | at $ | 245.00 | = | 661.50 |
| Maureen L. Atkinson | 31.80 | at $ | 180.00 | = | 5,724.00 |
| Maria E. DiChiera | 1.00 | at $ | 180.00 | = | 180.00 |
| Sharon A. Ament | 6.60 | at $ | 130.00 | = | 858.00 |

                        CURRENT FEES                     251,569.00

```
172573 W. R. Grace & Co.                    Invoice Number  1406950
60035  Grand Jury Investigation             Page  20
May 25, 2006
```

```
                                                 ------------
          TOTAL BALANCE DUE UPON RECEIPT           $251,569.00
                                                 ============
```