REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1406952
One Town Center Road                     Invoice Date      05/24/06
Boca Raton, FL   33486                   Client Number       172573

================================================================================
Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting
         Fees                            0.00
         Expenses                      288.92

                    TOTAL BALANCE DUE UPON RECEIPT        $288.92
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1406952
One Town Center Road                     Invoice Date          05/24/06
Boca Raton, FL    33486                  Client Number          172573
                                         Matter Number           60026

===========================================================================
Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        29.45
        IKON Copy Services                       63.40
        PACER                                    15.92
        Duplicating/Printing/Scanning           172.65
        Meal Expense                              7.50

                    CURRENT EXPENSES             288.92
                                          -------------

            TOTAL BALANCE DUE UPON RECEIPT     $288.92
                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1406952
One Town Center Road                     Invoice Date    05/24/06
Boca Raton, FL   33486                   Client Number     172573
                                         Matter Number      60026
==============================================================================
Re: (60026)  Litigation and Litigation Consulting


        FOR COSTS ADVANCED AND EXPENSES INCURRED:

    03/31/06    PACER--Electronic docket access charges.           15.92

    04/03/06    Duplicating/Printing/Scanning                       1.35
                ATTY # 0559: 9 COPIES

    04/03/06    Duplicating/Printing/Scanning                       1.35
                ATTY # 0559: 9 COPIES

    04/03/06    Duplicating/Printing/Scanning                       1.35
                ATTY # 0559: 9 COPIES

    04/03/06    Duplicating/Printing/Scanning                       4.05
                ATTY # 0559: 27 COPIES

    04/05/06    Telephone Expense                                   1.10
                408-678-2010/SAN JOSE N, CA/23

    04/05/06    Duplicating/Printing/Scanning                      33.60
                ATTY # 0887; 224 COPIES

    04/06/06    Telephone Expense                                    .60
                484-431-9962/BALACYNWYD, PA/12

    04/06/06    Telephone Expense                                   3.15
                408-678-2010/SAN JOSE N, CA/64

    04/06/06    Duplicating/Printing/Scanning                       1.35
                ATTY # 0559: 9 COPIES

    04/06/06    Duplicating/Printing/Scanning                       1.35
                ATTY # 0559: 9 COPIES

    04/06/06    Duplicating/Printing/Scanning                       2.70
                ATTY # 0559: 18 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1406952
60026  Litigation and Litigation Consulting       Page    2
May 24, 2006

| 04/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .75 |
| 04/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .60 |
| 04/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 2.10 |
| 04/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 22 COPIES | 3.30 |
| 04/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.50 |
| 04/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 04/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 04/10/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/15 | .75 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .45 |
| 04/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 27 COPIES | 4.05 |
| 04/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 04/17/06 | Telephone Expense<br>480-488-3615/PHOENIX, AZ/3 | .15 |
| 04/18/06 | IKON Copy Services - - Copying for service of<br>monthly fee application CNO. | 63.40 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 168 COPIES | 25.20 |
| 04/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 04/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 04/20/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/3 | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1406952
60026  Litigation and Litigation Consulting        Page   3
May 24, 2006

| 04/20/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/16 | .80 |
| 04/21/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .60 |
| 04/21/06 | Telephone Expense<br>402-935-2050/OMAHA, NE/3 | .15 |
| 04/21/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/15 | .75 |
| 04/21/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/4 | .20 |
| 04/21/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/26 | 1.25 |
| 04/21/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 04/21/06 | Telephone Expense<br>480-488-3615/PHOENIX, AZ/24 | 1.20 |
| 04/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 30 COPIES | 4.50 |
| 04/24/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/11 | .50 |
| 04/24/06 | Telephone Expense<br>770-499-7500/ATLANTA NW, GA/3 | .10 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 14 COPIES | 2.10 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 4 COPIES | .60 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 4 COPIES | .60 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 04/25/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/5 | .25 |
| 04/25/06 | Telephone Expense<br>208-885-6015/MOSCOW, ID/5 | .25 |

172573  W. R. Grace & Co.                          Invoice Number  1406952
60026  Litigation and Litigation Consulting        Page    4
May 24, 2006

| 04/25/06 | Telephone Expense<br>770-499-7500/ATLANTA NW, GA/65 | 3.20 |
| 04/25/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/69 | 3.45 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 13 COPIES | 1.95 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 04/26/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 04/26/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/8 | .35 |
| 04/26/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 2.70 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 04/27/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/9 | .40 |
| 04/27/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/7 | .35 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 21 COPIES | 3.15 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .45 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 13 COPIES | 1.95 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 3.75 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 17 COPIES | 2.55 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |

172573 W. R. Grace & Co.                          Invoice Number  1406952
60026  Litigation and Litigation Consulting       Page   5
May 24, 2006

| Date | Description | Amount |
|---|---|---|
| 04/28/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/8 | .40 |
| 04/28/06 | Telephone Expense<br>208-885-6015/MOSCOW, ID/12 | .60 |
| 04/28/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/50 | 2.50 |
| 04/28/06 | Telephone Expense<br>281-443-2310/WESTFIELD, TX/2 | .10 |
| 04/28/06 | Telephone Expense<br>480-488-3615/PHOENIX, AZ/2 | .10 |
| 04/28/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/18 | .90 |
| 04/28/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/31 | 1.55 |
| 04/28/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/15 | .75 |
| 04/28/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/48 | 2.35 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 2.10 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 72 COPIES | 10.80 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 272 COPIES | 40.80 |
| 04/29/06 | Telephone Expense<br>561-482-2257/BOCA RATON, FL/5 | .20 |
| 04/30/06 | Meal Expense - - MEETING OF K & E ATTORNEYS IN<br>PHILADELPHIA OFFICE-- WATER AND DRINKS ON<br>04/25/06. | 7.50 |

                              CURRENT EXPENSES                288.92
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $288.92
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1406953
One Town Center Road                     Invoice Date        05/24/06
Boca Raton, FL    33486                  Client Number        172573

===========================================================================
Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                            0.00
        Expenses                    3,701.61

                    TOTAL BALANCE DUE UPON RECEIPT        $3,701.61
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1406953 |
| Invoice Date | 05/24/06 |
| Client Number | 172573 |
| Matter Number | 60035 |

===========================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 9.00 |
| Telephone Expense | 10.45 |
| Documentation Charge | 32.10 |
| Duplicating/Printing/Scanning | 3,004.90 |
| Westlaw | 292.78 |
| Dun & Bradstreet | 18.11 |
| Postage Expense | 29.39 |
| Courier Service - Outside | 116.46 |
| Transportation | 5.00 |
| Mileage Expense | 26.70 |
| Meal Expense | 13.75 |
| General Expense | 142.97 |

CURRENT EXPENSES                    3,701.61
                                 -------------

TOTAL BALANCE DUE UPON RECEIPT      $3,701.61
                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1406953
One Town Center Road                     Invoice Date     05/24/06
Boca Raton, FL   33486                   Client Number     172573
                                         Matter Number      60035

================================================================================
Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 03/09/06 | Dun & Bradstreet--online research. | 18.11 |
| 03/09/06 | Documentation charge--Purchased 2 research publications for preparation of materials in government investigation proceeding. | 78.00 |
| 03/30/06 | Binding Charge | 3.00 |
| 04/03/06 | Telephone Expense 202-879-5969/WASHINGTON, DC/2 | .10 |
| 04/03/06 | Duplicating/Printing/Scanning ATTY # 3928; 300 COPIES | 45.00 |
| 04/04/06 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPIES | .15 |
| 04/04/06 | Duplicating/Printing/Scanning ATTY # 3928; 112 COPIES | 16.80 |
| 04/05/06 | Duplicating/Printing/Scanning ATTY # 0559: 7 COPIES | 1.05 |
| 04/05/06 | Duplicating/Printing/Scanning ATTY # 0559: 18 COPIES | 2.70 |
| 04/05/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 04/05/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 04/05/06 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .90 |

172573  W. R. Grace & Co.                    Invoice Number  1406953
60035   Grand Jury Investigation            Page    2
May 24, 2006

| | | |
|---|---|---:|
| 04/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 04/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 04/06/06 | Telephone Expense<br>703-749-1311/FLS CHURCH, VA/10 | .50 |
| 04/06/06 | Telephone Expense<br>202-879-5969/WASHINGTON, DC/29 | 1.40 |
| 04/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 121 COPIES | 18.15 |
| 04/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 32 COPIES | 4.80 |
| 04/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 121 COPIES | 18.15 |
| 04/10/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/23 | 1.10 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 4769; 240 COPIES | 36.00 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 28 COPIES | 4.20 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.50 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 381 COPIES | 57.15 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 4769; 1122 COPIES | 168.30 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 123 COPIES | 18.45 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.50 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.50 |
| 04/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.50 |
| 04/10/06 | Binding Charge | 3.00 |

172573 W. R. Grace & Co.                              Invoice Number  1406953
60035  Grand Jury Investigation                       Page    3
May 24, 2006


04/11/06     Mileage Expense - - TERESA A.                    26.70
             MARTIN--SECRETARIAL OVERTIME-- REVISIONS TO
             DOCUMENTS; COPYING, PDFING (4/8/06).

04/11/06     Transportation - - TERESA A.                      5.00
             MARTIN--SECRETARIAL OVERTIME--  REVISIONS TO
             DOCUMENTS; COPYING, PDFING (4/8/06)--Parking
             expense.

04/11/06     Telephone Expense                                  .20
             202-879-5969/WASHINGTON, DC/4

04/11/06     Telephone Expense                                  .10
             304-293-4661/MORGANTOWN, WV/2

04/11/06     Telephone Expense                                 3.45
             202-879-5969/WASHINGTON, DC/69

04/11/06     Duplicating/Printing/Scanning                      .60
             ATTY # 0559: 4 COPIES

04/11/06     Duplicating/Printing/Scanning                      .60
             ATTY # 0559: 4 COPIES

04/11/06     Duplicating/Printing/Scanning                      .60
             ATTY # 0559: 4 COPIES

04/11/06     Duplicating/Printing/Scanning                      .60
             ATTY # 0559: 4 COPIES

04/11/06     Duplicating/Printing/Scanning                      .60
             ATTY # 0559: 4 COPIES

04/11/06     Duplicating/Printing/Scanning                      .60
             ATTY # 0559: 4 COPIES

04/11/06     Duplicating/Printing/Scanning                      .15
             ATTY # 0559: 1 COPIES

04/12/06     Telephone Expense                                  .20
             561-362-1551/BOCA RATON, FL/4

04/12/06     Telephone Expense                                 1.05
             202-879-5969/WASHINGTON, DC/21

04/12/06     Courier Service - Outside Courier Service -       19.75
             Outside --Delivery of expert materials to Santa
             Monica, CA.

04/13/06     Telephone Expense                                  .50
             561-362-1551/BOCA RATON, FL/10

172573  W. R. Grace & Co.                          Invoice Number   1406953
60035  Grand Jury Investigation                    Page    4
May 24, 2006


| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1406953
60035  Grand Jury Investigation                   Page    5
May 24, 2006

| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 14 COPIES | 2.10 |
|---|---|---|
| 04/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 1 COPIES | .15 |
| 04/17/06 | Telephone Expense<br>202-879-5000/WASHINGTON, DC/5 | .25 |
| 04/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 04/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 04/17/06 | Westlaw Westlaw---R.E. Aten-research re: motion<br>in limine issues. | 233.41 |
| 04/17/06 | Westlaw-R.E. Aten-research re: motion in limine<br>issues. | 59.37 |
| 04/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 04/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 45 COPIES | 6.75 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 244 COPIES | 36.60 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 63 COPIES | 9.45 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 580 COPIES | 87.00 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 224 COPIES | 33.60 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 621 COPIES | 93.15 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 288 COPIES | 43.20 |

172573 W. R. Grace & Co.                              Invoice Number  1406953
60035  Grand Jury Investigation                       Page    6
May 24, 2006


| | | |
|---|---|---|
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 332 COPIES | 49.80 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 2.25 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 167 COPIES | 25.05 |
| 04/18/06 | Binding Charge | 3.00 |
| 04/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 04/18/06 | Courier Service - 00843 UPS - Shipped from<br>Maureen Atkinson, Reed Smith LLP - Pittsburgh<br>to Charles L. Blake (KENNESAW GA 30144). | 31.88 |
| 04/18/06 | Courier Service - 00843 UPS - Shipped from<br>Maureen Atkinson, Reed Smith LLP - Pittsburgh<br>to Charles L. Blake (KENNESAW GA 30144). | 31.88 |
| 04/18/06 | Courier Service - 00843 UPS - Shipped from<br>Maureen Atkinson, Reed Smith LLP - Pittsburgh<br>to Richad C. Finke, Esq., W.R. Grace & Co.<br>(COLUMBIA MD 21044). | 10.63 |
| 04/18/06 | Courier Service - 00843 UPS - Shipped from<br>REED SMITH LLP to Richad C. Finke, Esq., W.R.<br>Grace & Co. (COLUMBIA MD 21044). | 1.95 |
| 04/19/06 | Transportation Expense - - VENDOR: DOUGLAS E.<br>CAMERON - TRAVEL FOR W.R. GRACE EXPERT WITNESS<br>MEETINGS--airplane ticket charge fees. | 50.00 |
| 04/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 134 COPIES | 20.10 |
| 04/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 64 COPIES | 9.60 |
| 04/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 04/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 04/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 58 COPIES | 8.70 |
| 04/20/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 88 COPIES | 13.20 |

172573  W. R. Grace & Co.                          Invoice Number   1406953
60035  Grand Jury Investigation                    Page    7
May 24, 2006

| | | |
|---|---|---|
| 04/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0887; 129 COPIES | 19.35 |
| 04/20/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 507 COPIES | 76.05 |
| 04/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0887; 2 COPIES | .30 |
| 04/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 04/21/06 | Telephone Expense<br>703-434-2695/HERNDON, VA/12 | .55 |
| 04/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 100 COPIES | 15.00 |
| 04/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 112 COPIES | 16.80 |
| 04/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 34 COPIES | 5.10 |
| 04/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0887; 46 COPIES | 6.90 |
| 04/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/23/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 15 COPIES | 2.25 |
| 04/24/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/9 | .45 |
| 04/24/06 | Telephone Expense<br>480-488-3615/PHOENIX, AZ/9 | .45 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 320 COPIES | 48.00 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 12 COPIES | 1.80 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 136 COPIES | 20.40 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 58 COPIES | 8.70 |
| 04/24/06 | Postage Expense Postage Expense: ATTY # 0856 | .39 |

172573 W. R. Grace & Co.                           Invoice Number  1406953
60035  Grand Jury Investigation                    Page    8
May 24, 2006

| | | |
|---|---|---|
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 17 COPIES | 2.55 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 34 COPIES | 5.10 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 17 COPIES | 2.55 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 19 COPIES | 2.85 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 19 COPIES | 2.85 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 14 COPIES | 2.10 |

172573  W. R. Grace & Co.                          Invoice Number  1406953
60035  Grand Jury Investigation                    Page   9
May 24, 2006

| | | |
|---|---|---|
| 04/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 13 COPIES | 1.95 |
| 04/24/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to Tyler D. Mace, Esq.,<br>Kirkland & Ellis (WASHINGTON DC 20005)3 | 11.39 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 21 COPIES | 3.15 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 36 COPIES | 5.40 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 29 COPIES | 4.35 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 28 COPIES | 4.20 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | 1.05 |
| 04/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | 1.05 |

172573 W. R. Grace & Co.                          Invoice Number  1406953
60035  Grand Jury Investigation                   Page  10
May 24, 2006


04/25/06    Duplicating/Printing/Scanning                      2.10
            ATTY # 3928: 14 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.20
            ATTY # 0559: 8 COPIES

04/26/06    Duplicating/Printing/Scanning                       .15
            ATTY # 0559: 1 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.35
            ATTY # 0559: 9 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.20
            ATTY # 0559: 8 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                       .15
            ATTY # 0559: 1 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

04/26/06    Duplicating/Printing/Scanning                      1.05
            ATTY # 0559: 7 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1406953
60035  Grand Jury Investigation                   Page  11
May 24, 2006


| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
|---|---|---|
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 15 COPIES | 2.25 |
| 04/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 15 COPIES | 2.25 |

172573 W. R. Grace & Co.                          Invoice Number  1406953
60035  Grand Jury Investigation                   Page   12
May 24, 2006


| 04/26/06 | Telephone Expense | .15 |
|          | 202-879-5962/WASHINGTON, DC/3 | |

04/26/06    Telephone Expense                              .15
            202-879-5962/WASHINGTON, DC/3

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 2.40
            ATTY # 0559: 16 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.20
            ATTY # 0559: 8 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.20
            ATTY # 0559: 8 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

04/27/06    Duplicating/Printing/Scanning                 1.05
            ATTY # 0559: 7 COPIES

```
172573 W. R. Grace & Co.                    Invoice Number  1406953
60035  Grand Jury Investigation             Page   13
May 24, 2006
```

| | | |
|---|---|---|
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 15 COPIES | 2.25 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 20 COPIES | 3.00 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 108 COPIES | 16.20 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 40 COPIES | 6.00 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 2.40 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 40 COPIES | 6.00 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 24 COPIES | 3.60 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 56 COPIES | 8.40 |
| 04/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .75 |
| 04/27/06 | Courier Service - 00843 UPS - Shipped from<br>Maureen Atkinson, Reed Smith LLP - Pittsburgh<br>to  Reed Smith LLP (WASHINGTON DC 2005). | 4.49 |
| 04/27/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to Reed Smith LLP<br>(WASHINGTON DC 20005). | 4.49 |

172573 W. R. Grace & Co.                          Invoice Number  1406953
60035  Grand Jury Investigation                   Page  14
May 24, 2006

| | | | |
|---|---|---|---|
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 17 COPIES | | 2.55 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .15 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |

172573  W. R. Grace & Co.                          Invoice Number  1406953
60035  Grand Jury Investigation                    Page  15
May 24, 2006


| | | |
|---|---|---|
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # : 4 COPIES | .60 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # : 7 COPIES | 1.05 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # : 1 COPIES | .15 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .60 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .75 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 2.55 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .45 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 3.00 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 3001 COPIES | 450.15 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 66 COPIES | 9.90 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 2680 COPIES | 402.00 |

172573 W. R. Grace & Co.                      Invoice Number  1406953
60035  Grand Jury Investigation               Page  16
May 24, 2006


| | | |
|---|---|---:|
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | 1.20 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 78 COPIES | 11.70 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 148 COPIES | 148.00 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .15 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 5 COPIES | .75 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 228 COPIES | 34.20 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 417 COPIES | 62.55 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 83 COPIES | 12.45 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 68 COPIES | 10.20 |
| 04/28/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1673 COPIES | 250.95 |
| 04/28/06 | Postage Expense Postage Expense: ATTY # 7015 | 4.80 |
| 04/28/06 | Postage Expense Postage Expense: ATTY # 7015 | 24.20 |
| 04/29/06 | Meal Expense - - JANET A. WILSON--SECRETARIAL<br>OVERTIME ASSISTANCE FOR DOUGLAS CAMERON<br>(4/25/06)--one dinner. | 13.75 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |

172573 W. R. Grace & Co.                          Invoice Number  1406953
60035  Grand Jury Investigation                   Page  17
May 24, 2006

| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | 1.05 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 61 COPIES | 9.15 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1834 COPIES | 275.10 |
| 04/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 153 COPIES | 22.95 |
| 04/30/06 | General Expense - - VENDOR: ALL-STATE<br>INTERNATIONAL, INC.<br>TABS | 4.49 |
| 04/30/06 | General Expense - - VENDOR: ALL-STATE<br>INTERNATIONAL, INC.<br>TABS | 4.49 |
| 04/30/06 | General Expense - - VENDOR: ALL-STATE<br>INTERNATIONAL, INC.<br>TABS | 5.99 |
| 04/30/06 | Documentation Charge - - Order for research<br>materials in academic journal. | 32.10 |

                              CURRENT EXPENSES                 3,701.61
                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $3,701.61
                                                          ============