## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Date:  June 19, 2006 at 4:00 p.m.**
**Hearing Date:  To be determined.**

### FIFTY-SECOND MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2006 through April 30, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$14,241.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,014.93** |

This is an: ☒ monthly  ☐ interim  ☐ final application

This is the fifty-second monthly fee application of Duane Morris LLP.

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| | Requested | | Approved for Payment | |
|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | Pending | Pending |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,162.50 | $517.90 | Pending | Pending |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | Pending | Pending |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | 615.00 | 13.20 | 8,118.00 |
| Michael R. Lastowski | Partner/26 years | 550.00 | 5.30 | 2,915.00 |
| Michael F. Hahn | Associate/8 years | 355.00 | 8.00 | 2,840.00 |
| Beth A. Gruppo | Paralegal | 215.00 | 0.90 | 193.50 |
| Stephanie Lenkiewicz | Legal Assistant | 125.00 | 1.40 | 175.00 |

**Total Fees:** $14,241.50
**Total Hours:** 28.80

5

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.60 | 330.00 |
| Case Administration (04) | 0.90 | 193.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 1.10 | 527.00 |
| Fee Applications, Applicant (12) | 1.00 | 252.50 |
| Fee Applications, Others (13) | 0.70 | 87.50 |
| Hearings (15) | 3.70 | 2,035.00 |
| Plan and Disclosure Statement (17) | 4.00 | 1,420.00 |
| Other (25) | 16.40 | 9,254.00 |
| Business Analysis (27) | 0.40 | 142.00 |
| **TOTAL** | **28.80** | **$14,241.50** |

6

DM3\362947.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period April 1,

2006 through April 30, 2006, an interim allowance be made to Duane Morris LLP for

compensation in the amount of $11,393.20 (80% of allowed fees) and $1,014.93 for

reimbursement of expenses be authorized, and for such other and further relief as this Court may

deem just and proper.

Dated:  May 30, 2006

_Michael R. Lastowski_ (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com
E-mail:         rwriley@duanemorris.com
*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

# EXHIBIT A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

May 9, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1174407                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.30 | hrs. at | $550.00 | /hr. = | $2,915.00 |
| WS KATCHEN | PARTNER | 13.20 | hrs. at | $615.00 | /hr. = | $8,118.00 |
| MF HAHN | ASSOCIATE | 8.00 | hrs. at | $355.00 | /hr. = | $2,840.00 |
| BA GRUPPO | PARALEGAL | 0.90 | hrs. at | $215.00 | /hr. = | $193.50 |
| S LENKIEWICZ | LEGAL ASSISTAN | 1.40 | hrs. at | $125.00 | /hr. = | $175.00 |
| | | | | | | $14,241.50 |

| | |
|---|---|
| DISBURSEMENTS | |
| DOCUMENT E-FILING | 453.37 |
| MESSENGER SERVICE | 447.00 |
| PACER FEDERAL DOCKET COSTS | 3.12 |
| TELEPHONE | 50.00 |
| WESTLAW LEGAL RESEARCH | 61.44 |
| TOTAL DISBURSEMENTS | $1,014.93 |

BALANCE DUE THIS INVOICE                                    $15,256.43

PREVIOUS BALANCE                                           $58,579.64

TOTAL BALANCE DUE                                          $73,836.07

Duane Morris
May 9, 2006
Page 2

File # K0248-00001                                             INVOICE #  1174407
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/10/2006 | 003 | MR LASTOWSKI | ANALYSIS OF DEBTORS' APPLICATION TO MAKE CONTRIBUTION TO PENSION PLAN TRUST. | 0.30 | $165.00 |
| 4/10/2006 | 003 | MR LASTOWSKI | REVIEW FEBRUARY MONTHLY OPERATING REPORTS. | 0.10 | $55.00 |
| 4/10/2006 | 003 | MR LASTOWSKI | REVIEW DEBTORS' APPLICATION TO RECOVER CATALYST BUSINESS. | 0.20 | $110.00 |
| | | | Code Total | 0.60 | $330.00 |

Duane Morris
May 9, 2006
Page 3

File # K0248-00001                                     INVOICE #  1174407
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/3/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN. | 0.10 | $21.50 |
| 4/5/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN. | 0.10 | $21.50 |
| 4/7/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, M.HAHN. | 0.10 | $21.50 |
| 4/11/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN AND M.HAHN. | 0.10 | $21.50 |
| 4/13/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN. | 0.20 | $43.00 |
| 4/17/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN. | 0.10 | $21.50 |

Duane Morris
May 9, 2006
Page 4

File # K0248-00001                  INVOICE # 1174407
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/24/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN. | 0.10 | $21.50 |
| 4/26/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN. | 0.10 | $21.50 |
| | | | Code Total | 0.90 | $193.50 |

Duane Morris
May 9, 2006
Page 5

File # K0248-00001                                    INVOICE # 1174407
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/6/2006 | 005 | MR LASTOWSKI | REVIEW KINSELLA AFFIDAVIT. | 0.20 | $110.00 |
| 4/10/2006 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' APPLICATION TO RETAIN ALTERNATE EXPERT. | 0.20 | $110.00 |
| 4/19/2006 | 005 | MR LASTOWSKI | SETTLEMENT STIPULATION WITH SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL. | 0.20 | $110.00 |
| 4/19/2006 | 005 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS SUPPLEMENTAL RETENTION AFFIDAVIT. | 0.10 | $55.00 |
| 4/28/2006 | 005 | MF HAHN | REVIEW REBUTTAL EXPERT REPORT OF THOMAS FLORENCE @ 1/3. | 0.40 | $142.00 |
| | | | Code Total | 1.10 | $527.00 |

Duane Morris
May 9, 2006
Page 6

File # K0248-00001                                          INVOICE #  1174407
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/4/2006 | 012 | S LENKIEWICZ | PREPARE MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR PERIOD MARCH 2006. | 0.30 | $37.50 |
| 4/5/2006 | 012 | S LENKIEWICZ | E-FILE CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE AND EXPENSE INVOICE OF DUANE MORRIS LLP FOR PERIOD FEBRUARY, 2006. | 0.10 | $12.50 |
| 4/13/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS LLP'S MONTHLY FEE APPLICATION FOR MARCH, 2006. | 0.30 | $37.50 |
| 4/28/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN MARCH 2006 FEE APPLICATION OF DUANE MORRIS. | 0.30 | $165.00 |
| | | | Code Total | 1.00 | $252.50 |

Duane Morris
May 9, 2006
Page 7

File # K0248-00001                                    INVOICE # 1174407
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/4/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE APPLICATION OF CAPSTONE ADVISORY GROUP LLC FOR THE PERIOD JANUARY, 2006. | 0.20 | $25.00 |
| 4/4/2006 | 013 | S LENKIEWICZ | REVIEW DOCKET AND PREPARE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS MONTHLY FEE APPLICATION FOR FEBRUARY, 2006. | 0.20 | $25.00 |
| 4/18/2006 | 013 | S LENKIEWICZ | PREPARE, FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING FEBRUARY, 2005 MONTHLY APPLICATION OF STROOCK & STROOCK & LAVAN. | 0.30 | $37.50 |
| | | | Code Total | 0.70 | $87.50 |

Duane Morris
May 9, 2006
Page 8

File # K0248-00001                                    INVOICE #  1174407
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/17/2006 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING. | 3.70 | $2,035.00 |
| | | | Code Total | 3.70 | $2,035.00 |

Duane Morris
May 9, 2006
Page 9

File # K0248-00001                                    INVOICE #  1174407
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/21/2006 | 017 | MF HAHN | RESEARCH REGARDING TERMINATION OF EXCLUSIVITY. | 2.70 | $958.50 |
| 4/26/2006 | 017 | MF HAHN | REVIEW BUSINESS PLAN REVIEW PREPARED BY CAPSTONE. | 1.30 | $461.50 |
| | | | Code Total | 4.00 | $1,420.00 |

Duane Morris
May 9, 2006
Page 10

File # K0248-00001                                          INVOICE #  1174407
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/4/2006 | 025 | WS KATCHEN | REVIEW ORDER TO EXTEND AND MODIFY DIP. | 0.10 | $61.50 |
| 4/4/2006 | 025 | WS KATCHEN | REVIEW ORDER REGARDING ADVANCED REFINANCING TECH. | 0.10 | $61.50 |
| 4/4/2006 | 025 | WS KATCHEN | REVIEW ORDER FOR RETENTION SPECIAL NJ REAL ESTATE COUNSEL. | 0.10 | $61.50 |
| 4/4/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO REGARDING ADMINISTRATIVE CLAIM. | 0.10 | $61.50 |
| 4/10/2006 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $61.50 |
| 4/12/2006 | 025 | MF HAHN | RESEARCH SOLVENCY ISSUES; REVIEW DECISION ON SOLVENCY; PROVIDE W. KATCHEN WITH COPY OF SAME. | 0.70 | $248.50 |
| 4/19/2006 | 025 | WS KATCHEN | REVIEW MOTION FOR ACQUISITION CATALYST MFG ASSETS. | 0.30 | $184.50 |
| 4/19/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO/PLAN NEGOTIATION. | 0.20 | $123.00 |
| 4/19/2006 | 025 | WS KATCHEN | E-MAIL STROOCK. | 0.10 | $61.50 |
| 4/19/2006 | 025 | WS KATCHEN | PHONE CALL REGARDING MEDIATION. | 0.20 | $123.00 |
| 4/19/2006 | 025 | WS KATCHEN | REVIEW MOTION FOR CONTRIBUTION CHICAGO. | 0.20 | $123.00 |
| 4/19/2006 | 025 | WS KATCHEN | EXPERT FOR LIBBY CLAIMANTS. | 0.10 | $61.50 |
| 4/19/2006 | 025 | WS KATCHEN | REVIEW MOTION FOR SETTLEMENT OF CHC ADMIN INC. | 0.20 | $123.00 |
| 4/19/2006 | 025 | WS KATCHEN | REVIEW ADMIN ORDERS - 4. | 0.30 | $184.50 |
| 4/19/2006 | 025 | WS KATCHEN | REVIEW MOTION REGARDING MINIMUM. | 0.50 | $307.50 |
| 4/19/2006 | 025 | WS KATCHEN | REVIEW CONTRIBUTIONS. | 0.20 | $123.00 |
| 4/20/2006 | 025 | MF HAHN | RESEARCH ISSUES RELATED TO EXCLUSIVITY. | 1.20 | $426.00 |
| 4/20/2006 | 025 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE STROOCK. | 1.20 | $738.00 |
| 4/20/2006 | 025 | WS KATCHEN | CONFERENCE PREP. COMMITTEE CONFERENCE CALL. | 0.60 | $369.00 |
| 4/21/2006 | 025 | WS KATCHEN | CONFERENCE WITH R. RILEY REGARDING (SECTION 1121 (D). | 0.20 | $123.00 |
| 4/21/2006 | 025 | WS KATCHEN | CONFERENCE WITH M. HAHN REGARDING SECTION 1121 (D). | 0.20 | $123.00 |
| 4/21/2006 | 025 | WS KATCHEN | PHONE CALL REGARDING SECTION 1121 (D). | 0.20 | $123.00 |
| 4/21/2006 | 025 | WS KATCHEN | SECTION 1121 (D) ISSUE. | 0.70 | $430.50 |
| 4/21/2006 | 025 | WS KATCHEN | PHONE CALL TO COMMITTEE MEMBER. | 0.10 | $61.50 |
| 4/21/2006 | 025 | WS KATCHEN | PHONE CALL TO K.PASQUALE. | 0.10 | $61.50 |
| 4/21/2006 | 025 | WS KATCHEN | REVIEW/ANALYSIS CAPSTONE FINANCIAL REPORT 2001 LAW BUSINESS. | 1.00 | $615.00 |
| 4/22/2006 | 025 | WS KATCHEN | REVIEW LIBBY STATEMENT. | 0.60 | $369.00 |

Duane Morris
May 9, 2006
Page 11

File # K0248-00001                                          INVOICE # 1174407
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/22/2006 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS SUPPLEMENT REGARDING DISCOVERY (WHITEHOUSE); REVIEW ORDER JUDGE D. MOLLOY (4/6/06). | 0.20 | $123.00 |
| 4/24/2006 | 025 | MF HAHN | REVIEW ORDER FROM DISTRICT COURT OF MONTANA REGARDING DISCOVERY OF LIBBY MEDICAL RECORDS. | 0.80 | $284.00 |
| 4/24/2006 | 025 | WS KATCHEN | REVIEW PROPOSED ORDER - CMO REGARDING QUESTIONNAIRE DEADLINE EXTENSION. | 0.10 | $61.50 |
| 4/24/2006 | 025 | WS KATCHEN | REVIEW 401 F.SUPP. 2D 1097 (LIBBY CLAIMANTS). | 0.40 | $246.00 |
| 4/25/2006 | 025 | WS KATCHEN | REVIEW CAPSTONE CONFIDENTIAL MEMO. | 0.70 | $430.50 |
| 4/25/2006 | 025 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.80 | $492.00 |
| 4/26/2006 | 025 | MF HAHN | REVIEW NEW OPINION; PULL CASES CITED THEREIN. | 0.30 | $106.50 |
| 4/26/2006 | 025 | WS KATCHEN | REVIEW DECISION ON DERIVATIVE TORT OF ASBESTOS V. LANDOWNER. | 0.70 | $430.50 |
| 4/27/2006 | 025 | MF HAHN | OBTAIN LEGAL REP'S EXPERT REPORT. | 0.20 | $71.00 |
| 4/27/2006 | 025 | WS KATCHEN | REVIEW FLORENCE REBUTTAL ON ESTIMATION @ 1/3. | 0.50 | $307.50 |
| 4/27/2006 | 025 | WS KATCHEN | ADDITIONAL RESEARCH ON LIBBY LIABILITY. | 2.10 | $1,291.50 |
| | | | Code Total | 16.40 | $9,254.00 |

Duane Morris
May 9, 2006
Page 12

File # K0248-00001                                    INVOICE #  1174407
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/24/2006 | 027 | MF HAHN | PRELIMINARY REVIEW OF BUSINESS PLAN. | 0.40 | $142.00 |
| | | | Code Total | 0.40 | $142.00 |

Duane Morris
May 9, 2006
Page 13

File # K0248-00001                                    INVOICE #  1174407
    W.R. GRACE & CO.

TOTAL SERVICES                                    28.80      $14,241.50

Duane Morris
May 9, 2006
Page 14

File # K0248-00001                                                    INVOICE #  1174407
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 4/30/2006 | TELEPHONE | | 50.00 |
| | | Total: | $50.00 |
| | | | |
| 4/12/2006 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 61.44 |
| | | Total: | $61.44 |
| | | | |
| 3/29/2006 | PACER FEDERAL DOCKET COSTS | | 2.40 |
| 4/12/2006 | PACER FEDERAL DOCKET COSTS | | 0.16 |
| 4/12/2006 | PACER FEDERAL DOCKET COSTS | | 0.08 |
| 4/12/2006 | PACER FEDERAL DOCKET COSTS | | 0.08 |
| 4/12/2006 | PACER FEDERAL DOCKET COSTS | | 0.16 |
| 4/12/2006 | PACER FEDERAL DOCKET COSTS | | 0.16 |
| 4/12/2006 | PACER FEDERAL DOCKET COSTS | | 0.08 |
| | | Total: | $3.12 |
| | | | |
| 4/30/2006 | MESSENGER SERVICE | | 447.00 |
| | | Total: | $447.00 |
| | | | |
| 4/30/2006 | DOCUMENT E-FILING | | 453.37 |
| | | Total: | $453.37 |
| | | | |
| | | TOTAL DISBURSEMENTS | $1,014.93 |