# EXHIBIT A

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH MARCH 31, 2006

I. **BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports and a motions filed by the Debtors.

II. **CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant maintained case files, reviewed pleadings and monitored the docket. Further, Applicant responded to inquiries from interested parties as to the status of various matters.

III. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant reviewed numerous pleadings.

IV. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)**

Applicant performed research regarding allowance of interest issues.

V. **EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant reviewed retention applications filed by other parties.

VI. **FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

VII. **FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

VIII. **HEARINGS (TASK CODE NO. 015)**

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

## IX. PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant spent time reviewing plan issues and status of plan negotiations and issues.

## X. RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)

Applicant reviewed various Motions for Relief from the Automatic Stay.

## XI. OTHER

Applicant reviewed and retrieved miscellaneous pleadings and memos.