# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Date: April 3, 2006 at 4:00 p.m.**
**Hearing Date: To be determined.**

### FIFTIETH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2006 through February 28, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$11,268.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$0.00** |

This is an: ☒ monthly  ☐ interim  ☐ final application

This is the fiftieth monthly fee application of Duane Morris LLP.

3/13/06
12044

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03–1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| | Requested | | Approved for Payment | |
|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | Pending | Pending |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,162.50 | $517.90 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | 615.00 | 5.90 | $3,628.50 |
| Michael R. Lastowski | Partner/26 years | 550.00 | 13.30 | 7,315.00 |
| Stephanie Lenkiewicz | Legal Assistant | 125.00 | 2.60 | 325.00 |

**Total Fees:**       **$11,268.50**
**Total Hours:**       **21.80**

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.20 | 110.00 |
| Case Administration (04) | 2.90 | 1,757.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 1.6 | 880.00 |
| Employment Application, Others (10) | 1.80 | 990.00 |
| Fee Applications, Applicant (12) | 1.30 | 162.50 |
| Fee Applications, Others (13) | 3.10 | 1,152.50 |
| Hearings (15) | 6.70 | 3,685.00 |
| Relief from Stay Proceedings (18) | 0.80 | 440.00 |
| Other (25) | 3.4 | 2,091.00 |
| **TOTAL** | **21.80** | **$11,268.50** |

5

WHEREFORE, Duane Morris LLP respectfully requests that, for the period February 1, 2006 through February 28, 2006, an interim allowance be made to Duane Morris LLP for compensation in the amount of $11,268.50, and payment of $9,014.80 (80% of allowed fees) be authorized for a total payment of $9,014.80, and for such other and further relief as this Court may deem just and proper.

Dated:  March 13, 2006

_Michael R. Lastowski_ (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:      (302) 657-4900
Facsimile:       (302) 657-4901
E-mail:          mlastowski@duanemorris.com
E-mail:          rwriley@duanemorris.com
*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

6

# EXHIBIT A

DM3\347034.1

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

March 10, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1158975                                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 13.30 | hrs. at | $550.00 | /hr. = | $7,315.00 |
| WS KATCHEN | PARTNER | 5.90 | hrs. at | $615.00 | /hr. = | $3,628.50 |
| S LENKIEWICZ | LEGAL ASSISTAN | 2.60 | hrs. at | $125.00 | /hr. = | $325.00 |

|  |  |
|---|---|
|  | $11,268.50 |
| PREVIOUS BALANCE | $68,673.35 |
| TOTAL BALANCE DUE | $79,941.85 |

Duane Morris
March 10, 2006
Page 2

File # K0248-00001                                              INVOICE #  1158975
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/10/2006 | 003 | MR LASTOWSKI | REVIEW DECEMBER MONTHLY OPERATING REPORT | 0.20 | $110.00 |
| | | | Code Total | 0.20 | $110.00 |

Duane Morris

March 10, 2006

Page 3

File # K0248-00001                                                    INVOICE #  1158975
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/3/2006 | 004 | WS KATCHEN | W.R. GRACE CONFERENCE CALL COMMITTEE FROM M. HAHN, RE: 524(G) ISSUE. | 0.50 | $307.50 |
| 2/6/2006 | 004 | WS KATCHEN | REVIEW P.I. COMMITTEE DESIGNATION OF NON-EXPERT WITNESSES. | 0.10 | $61.50 |
| 2/6/2006 | 004 | WS KATCHEN | REVIEW STATE OF MONTANA'S COUNTER-DESIGNATION OF RECORD ON APPEAL. | 0.10 | $61.50 |
| 2/6/2006 | 004 | WS KATCHEN | REVIEW DEBTORS' DESIGNATION OF NON-EXPERT WITNESSES. | 0.20 | $123.00 |
| 2/6/2006 | 004 | WS KATCHEN | REVIEW LIBBY PLAINTIFFS APPEAL BRIEF AND COMPENDIUM. | 1.60 | $984.00 |
| 2/13/2006 | 004 | MR LASTOWSKI | REVIEW STATUS REPORT | 0.20 | $110.00 |
| 2/14/2006 | 004 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 0.20 | $110.00 |
| | | | Code Total | 2.90 | $1,757.50 |

File # K0248-00001                                        INVOICE #  1158975
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/7/2006 | 005 | MR LASTOWSKI | REVIEW RESPONSES TO THE DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 1.20 | $660.00 |
| 2/7/2006 | 005 | MR LASTOWSKI | REVIEW EXPERT WITNESS DESIGNATIONS FOR PERSONAL INJURY CLAIM ESTIMATION | 0.20 | $110.00 |
| 2/10/2006 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON WITHDRAWAL OF CLAIMS | 0.20 | $110.00 |
| | | | Code Total | 1.60 | $880.00 |

File # K0248-00001                                    INVOICE #  1158975
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 2/7/2006 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S CERTIFICATION RE: BEAR STEARNS RETENTION | 1.20 | $660.00 |
| 2/7/2006 | 010 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S RESPONSE TO 13TH OMNIBUS OBJECTION TO CLAIMS | 0.20 | $110.00 |
| 2/7/2006 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S BRIEF IN FURTHER SUPPORT OF DISALLOWANCE OF CLAIMS FILED BY SPEIGHT & RUNYON WITHOUT CLIENT AUTHOLRIZATION | 0.20 | $110.00 |
| 2/10/2006 | 010 | MR LASTOWSKI | MULTIPLE E-MAILS TO AND FROM A. KRIEGER AND J. MCNEIL DEBTOR'S COUNSEL) RE: STEPTOE RETENTION | 0.20 | $110.00 |
| | | | Code Total | 1.80 | $990.00 |

Duane Morris
March 10, 2006
Page 6

File # K0248-00001                                     INVOICE #  1158975
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 2/2/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS MONTHLY FEE AND EXPENSE INVOICE FOR DECEMBER 2005 | 0.30 | $37.50 |
| 2/15/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS LLP'S 19TH QUARTERLY FEE APPLICATION, NOTICE AND EXHIBITS | 0.50 | $62.50 |
| 2/15/2006 | 012 | S LENKIEWICZ | PREPARE CERTIFICATES OF SERVICE REGARDING DUANE MORRIS' 19TH INTERIM FEE APPLICATION | 0.20 | $25.00 |
| 2/17/2006 | 012 | S LENKIEWICZ | FINALIZE, E-FILE AND SERVE DUANE MORRIS LLP'S 19TH INTERIM FEE APPLICATION | 0.30 | $37.50 |
| | | | Code Total | 1.30 | $162.50 |

Duane Morris
March 10, 2006
Page 7

File # K0248-00001                                      INVOICE #  1158975
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 2/1/2006 | 013 | S LENKIEWICZ | PREPARE, E-FILE AND SERVE CERTIFICATION OF NO OBJECTION REGARDING NOVEMBER 2005 MONTHLY APPLICATION OF STROOCK & STROOCK & LAVAN | 0.30 | $37.50 |
| 2/15/2006 | 013 | S LENKIEWICZ | RECEIPT OF STROOCK & STROOCK & LAVAN'S NINETEENTH QUARTERLY FEE APPLICATION VIA EMAIL (.1); FINALIZE AND E-FILE SAME (.2) | 0.30 | $37.50 |
| 2/17/2006 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S TWENTY-THIRD MONTH FEE APPLICATION; REVISE AND CORRECT SAME | 0.30 | $37.50 |
| 2/17/2006 | 013 | S LENKIEWICZ | E-FILE AND SERVE CAPSTONE'S TWENTY-THIRD MONTHLY FEE APPLICATION FOR PERIOD DECEMBER 2005 | 0.20 | $25.00 |
| 2/21/2006 | 013 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' APPLICATION FOR REIMBURSEMENT OF CERTAIN FEES AND EXPENSES | 0.20 | $110.00 |
| 2/23/2006 | 013 | MR LASTOWSKI | REVIEW RESPONSES TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.80 | $440.00 |
| 2/23/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CNO REGARDING STROOCK & STROOCK & LAVAN'S DECEMBER 2005 MONTHLY FEE AND EXPENSE INVOICE | 0.20 | $25.00 |
| 2/27/2006 | 013 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO COMPEL DISCOVERY FROM DR. WHITEHOUSE | 0.80 | $440.00 |
| | | | Code Total | 3.10 | $1,152.50 |

Duane Morris
March 10, 2006
Page 8

File # K0248-00001
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/7/2006 | 015 | MR LASTOWSKI | REVIEW 12/26/06 HEARING TRANSCRIPT | 0.20 | $110.00 |
| 2/7/2006 | 015 | MR LASTOWSKI | REVIEW MOTION TO DISMISS CHAKARIAN APPEAL AND REPLY IN SUPPORT THEREOF | 0.20 | $110.00 |
| 2/10/2006 | 015 | MR LASTOWSKI | REVIEW 1/30/06 HEARING TRANSCRIPT | 0.20 | $110.00 |
| 2/19/2006 | 015 | MR LASTOWSKI | REVIEW MATTERS TO BE HEARD AT FEBRUARY OMNIBUS HEARING | 3.70 | $2,035.00 |
| 2/20/2006 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 2.30 | $1,265.00 |
| 2/23/2006 | 015 | MR LASTOWSKI | REVIEW ORDER MODIFYING ORDER SCHEDULING ESTIMATION HEARING | 0.10 | $55.00 |
| | | | Code Total | 6.70 | $3,685.00 |

File # K0248-00001                                           INVOICE #  1158975
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 2/10/2006 | 018 | MR LASTOWSKI | REVIEW MOTION TO DISMISS LIBBY APPEAL AND RESPONSE THERETO | 0.70 | $385.00 |
| 2/10/2006 | 018 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS | 0.10 | $55.00 |
| | | | Code Total | 0.80 | $440.00 |

File # K0248-00001                                                    INVOICE #  1158975
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/2/2006 | 025 | WS KATCHEN | REVIEW SETTLEMENT PROPOSAL. | 0.20 | $123.00 |
| 2/2/2006 | 025 | WS KATCHEN | SCHEDULING COMMITTEE CALL. | 0.20 | $123.00 |
| 2/9/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL BRIEF REGARDING PRUDENTIAL (P.D. CLAIMS) | 0.30 | $184.50 |
| 2/16/2006 | 025 | WS KATCHEN | REVIEW CONFIDENTIAL PLAN MATERIALS/PREP COMMITTEE CONFERENCE CALL. | 1.20 | $738.00 |
| 2/16/2006 | 025 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.70 | $430.50 |
| 2/17/2006 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $61.50 |
| 2/21/2006 | 025 | WS KATCHEN | REVIEW RESEARCH CONTINGENT OFFER TO P1 AND FUTURE REP. WITH ECONOMIC RISK TO EQUITY. | 0.10 | $61.50 |
| 2/21/2006 | 025 | WS KATCHEN | REVIEW SETTLEMENT OUTLINE. | 0.20 | $123.00 |
| 2/23/2006 | 025 | WS KATCHEN | REVIEW DRAFT LETTER TO KIRKLAND AND ELLIS. | 0.20 | $123.00 |
| 2/23/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO - STATUS SECTION 1121(D) AND MEDIATOR. | 0.20 | $123.00 |
| | | | Code Total | 3.40 | $2,091.00 |

Duane Morris
March 10, 2006
Page 11

File # K0248-00001                                    INVOICE #  1158975
    W.R. GRACE & CO.

|  | | |
|---|---:|---:|
| TOTAL SERVICES | 21.80 | $11,268.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re                                                    )          Chapter 11
                                                         )
W. R. Grace & Co. et al.,                                )          Case No. 01-01139 (JKF)
                                                         )          Jointly Administered
                        Debtors.                         )

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on March 13, 2006, I caused a copy of the

foregoing Fiftieth Monthly Application of Duane Morris LLP for Compensation for Services

Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured

Creditors for the Period February 1, 2006 through February 28, 2006 to be served upon the

Notices Parties as indicated on the attached service list.

Dated:  March 13, 2006                                   _____
                                                         Michael R. Lastowski

## W. R. GRACE FEE APPLICATION SERVICE LIST

### *Hand Delivery*

David Klauder, Esquire
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801

### *Via Overnight Mail*

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

### *Via E-Mail*

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
feeaudit@whsmithlaw.com

DM3\347034.1

## File a Motion:
01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 3/13/2006 at 3:15 PM EST and filed on 3/13/2006
**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**    01-01139-JKF
**Document Number:** 12044

**Docket Text:**
Monthly Application for Compensation *(Fiftieth) of Duane Morris LLP for the Period February 1, 2006 through February 28, 2006* Filed by Official Committee of Unsecured Creditors Objections due by 4/3/2006.. (Attachments: # (1) Exhibit A# (2) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\WRGrace\Fee Apps\DM 2006\February 2006.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/13/2006] [FileNumber=4744585-0]
[984c03c9f248decabc31faa4362a07d444f44131e5f6e7524851f887ec082efe0763
a1b04c8aaa3d0274d9fbc1ef25214609e21a90f7304c59169e9e9eeb2732]]
**Document description:** Exhibit A
**Original filename:** I:\WRGrace\Fee Apps\DM 2006\February 2006 Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/13/2006] [FileNumber=4744585-1]
[54448fb864561737d0c4ee404f31932108e1ed64a04b1e68cff3609f890b15792268
f420ab8909d76518fe010b7f5da8154570c5c27adb173c927b0b699d27dd]]
**Document description:** Certificate of Service
**Original filename:** I:\WRGrace\Fee Apps\DM 2006\COS February 06.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/13/2006] [FileNumber=4744585-2]
[8aba82628e6adf271f5d8ce7e8c640aa42770232f19b7faca494236c961753a1ad1f
b41996154fb5ea44dfc1764c258fc374f007847f5155071932be22af94d7]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com,

Peter M. Acton    pacton@nutter.com,

David G. Aelvoet    davida@publicans.com,