IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FOURTH AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES
OF NORRIS, MCLAUGHLIN & MARCUS
ON BEHALF OF WILLIAM A. DREIER

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fourth and Final Application of Norris, McLaughlin & Marcus for Compensation for Services Rendered and Reimbursement of Expenses on Behalf of William A. Dreier as a Court Appointed Advisor for the Period from April 1, 2003 Through January 10, 2005.</u> (the "Application").

### BACKGROUND

1. William A. Dreier ("Dreier"), was appointed as Court Appointed Advisor and Special Master. In the Application, Dreier seeks final approval of fees totaling $11,627.20 and expenses totaling $792.19 for his services from April 1, 2003 through January 10, 2005, the Fourth Application Period.[1]

2. On December 28, 2001, the Court appointed Dreier as an Advisor to assist the

---

[1] We note that the Application states that this is Dreier's fourth application in the case. We were not served with, and we did not review, any of the three prior applications, and thus cannot comment on the requested fees and expenses in any of those three prior applications.

Court with the management of this case and four other bankruptcy cases, namely: *In re Armstrong World Industries, Inc., et al., In re W.R. Grace & Co. et al., In re Federal-Mogul Global, Inc., et al., In re USG Corporation et al.,* and *In re Owens Corning et al.* On July 26, 2005, the Court entered its <u>Order with Respect to Fee Applications of William A. Dreier and John E. Keefe, Sr.</u> (docket No. 8455) (the "Fee Order") instructing Dreier, "....to submit fee applications to the fee auditor in accordance with the administrative fee order in effect in this case....".

3.In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U. S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

4.We have no issues with, or objections to, any of the fees or expenses in the Application. Thus, we did not send an initial report to Dreier.

## CONCLUSION

5.Thus we recommend approval of fees totaling $11,627.20 and expenses totaling $792.19 for Dreier's services from April 1, 2003 through January 10, 2005.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Dreier 19int 10-12.05 4th and Final Application.wpd

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
     Warren H. Smith
     Texas State Bar No. 18757050

325 North St. Paul Street
Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 30th day of May, 2006.

_____
     Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
William A. Dreier
**NORRIS, MCLAUGHLIN & MARCUS**
P.O. Box 1018
Somerville, NJ 08876

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 141
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Dreier 19int 10-12.05 4th and Final Application.wpd