IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                        Chapter 11

W.R. GRACE & Co., et al.,              Case No. 01-01139 (JKF)
                                              (Jointly Administered)

                    Debtors

TWENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | April 1, 2006 through April 30, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $125,055.00): | $ 100,044.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $  1,929.46 |
| Total Amount Due: | $ 101,973.46 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 9.0 hours and corresponding compensation requested is approximately $3,020.50.

This is the Twenty-seventh Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

TWENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

TWENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

TWENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

TWENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006)

| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
|---|---|---|---|---|
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |

TWENTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006)


**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 4/1/06 through 4/30/06

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $555 | 27.70 | $15,373.50 |
| S. Cunningham | Member | $555 | 62.30 | $34,576.50 |
| R. Frezza | Consultant | $450 | 25.80 | $11,610.00 |
| K. Crail | Consultant | $415 | 2.10 | $871.50 |
| L. Hamilton | Consultant | $365 | 171.30 | $62,524.50 |
| J. Woods | Paraprofessional | $90 | 1.10 | $99.00 |
| **For the Period 4/1/06 through 4/30/06** | | | **290.30** | **$125,055.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 4/1/06 through 4/30/06

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information provided by Debtors and corresponded with counsel regarding two proposed acquisitions. | 85.70 | $34,680.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed information and prepared a report based on the PI/PD proposal. | 61.70 | $27,889.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed  case issues including PI/PD proposal, pension, and  acquisitions with counsel and Committee members. | 23.20 | $10,732.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the January, February and March Fee Statements. | 9.00 | $3,020.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared, reviewed and analyzed data regarding February results and Q1 earnings. | 9.90 | $3,707.00 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared an industry analysis as well as sensitivity analyses  for inclusion in the Business Plan Report to the Committee | 47.30 | $21,632.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant prepared various analyses regarding proposed settlements, Pension motion and other case issues. | 33.10 | $14,547.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant prepared analyses to illustrate alternative POR scenarios and analyzed debt capacity under various scenarios. | 5.00 | $2,502.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant prepared for and participated in a teleconference regarding pension funding and acquisition. | 13.30 | $5,577.00 |
| 28. Special Case Issues - Asbestos | During the Fee Application period, the Applicant read and analyzed asbestos liability information provided by counsel. | 2.10 | $766.50 |
| **For the Period 4/1/06 through 4/30/06** | | **290.30** | **$125,055.00** |

**Capstone Advisory Group, LLC**
**Invoice for the April  Fee Application**

**Page 1 of 1**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 4/1/06 through 4/30/06

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 01. Acquisitions | | | |
| 4/4/2006 | L. Hamilton | 3.30 | Read and analyzed information provided by Debtors regarding proposed Beaches acquisition. |
| 4/4/2006 | L. Hamilton | 1.80 | Prepared preliminary questions for Debtors regarding proposed acquisition. |
| 4/4/2006 | S. Cunningham | 3.50 | Prepared and reviewed information pertaining to Beaches acquisition. |
| 4/5/2006 | K. Crail | 0.90 | Call with S. Cunningham to discuss acquisition due diligence requirements review of Project Beaches  presentation from WR Grace. |
| 4/5/2006 | L. Hamilton | 3.10 | Prepared analyses of information provided by Debtors regarding proposed acquisition. |
| 4/5/2006 | S. Cunningham | 3.50 | Prepared and reviewed information pertaining to Beaches acquisition. |
| 4/6/2006 | K. Crail | 1.20 | Reviewed Project Beaches documents and participated in conference call with Company on Project Beaches. |
| 4/6/2006 | L. Hamilton | 3.10 | Prepared analysis of information regarding proposed acquisition. |
| 4/6/2006 | L. Hamilton | 1.80 | Summarized issues in preparation for call with Debtors regarding acquisition. |
| 4/10/2006 | L. Hamilton | 5.30 | Read and analyzed information provided by Debtors regarding proposed acquisition. |
| 4/10/2006 | L. Hamilton | 3.70 | Prepared draft report to the Committee regarding Beaches acquisition. |
| 4/11/2006 | L. Hamilton | 0.60 | Read and analyzed Beaches purchase agreement included in motion. |
| 4/11/2006 | L. Hamilton | 0.80 | Reviewed and analyzed Beaches acquisition. |
| 4/11/2006 | L. Hamilton | 1.20 | Prepared followup questions regarding proposed acquisition motion. |
| 4/11/2006 | L. Hamilton | 2.00 | Prepared analyses of proposed acquisition. |
| 4/12/2006 | L. Hamilton | 3.70 | Prepared comparable company valuation analysis for Beaches acquisition. |
| 4/13/2006 | S. Cunningham | 2.10 | Reviewed information regarding Beaches acquisition. |
| 4/13/2006 | L. Hamilton | 2.20 | Prepared report to the Committee regarding Beaches acquisition. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/13/2006 | L. Hamilton | 3.80 | Prepared analysis of Beaches forecast model prepared by Debtors. |
| 4/14/2006 directed | E. Ordway | 2.60 | Analyzed data received from Debtor regarding proposed acquisition and staff in preparing report thereon. |
| 4/14/2006 | L. Hamilton | 3.90 | Prepared IRR analyses for Beaches acquisition. |
| 4/17/2006 | L. Hamilton | 0.90 | Prepared updated draft of acquisition report to the Committee. |
| 4/17/2006 | L. Hamilton | 3.10 | Updated IRR analyses for Beaches acquisition. |
| 4/19/2006 | L. Hamilton | 2.70 | Updated report to the Committee regarding Beaches acquisition. |
| 4/21/2006 | L. Hamilton | 1.10 | Updated Beaches acquisition report. |
| 4/22/2006 | L. Hamilton | 1.00 | Finalized Beaches report and distributed same to the Committee. |
| 4/25/2006 | L. Hamilton | 3.50 | Read materials provided by Debtors regarding proposed Spaghetti acquisition and prepared preliminary workplan. |
| 4/25/2006 | L. Hamilton | 1.10 | Read and analyzed ground lease with respect to Beaches acquisition. |
| 4/25/2006 | R. Frezza | 3.00 | Read and analyzed data provided by Debtors regarding Spaghetti acquisition and source of cash for purchase. |
| 4/26/2006 | R. Frezza | 2.10 | Reviewed the Spaghetti acquisition presentation provided by the Debtors and prepared preliminary request list based on such review. |
| 4/26/2006 | L. Hamilton | 0.30 | Discussed Spaghetti issues with counsel and case team member. |
| 4/26/2006 | L. Hamilton | 0.80 | Prepared Spaghetti workplan. |
| 4/26/2006 | L. Hamilton | 1.80 | Read and analyzed information regarding Spaghetti acquisition. |
| 4/26/2006 | L. Hamilton | 2.10 | Prepared preliminary questions for Debtors regarding proposed Spaghetti acquisition. |
| 4/27/2006 | L. Hamilton | 2.30 | Read and analyzed Beaches purchase agreement. |
| 4/27/2006 | L. Hamilton | 2.00 | Reviewed and analyzed files pertaining to prior acquisitions. |
| 4/27/2006 | R. Frezza | 0.80 | Continued to read and analyze Spaghetti presentation materials and prepared enhanced request list. |
| 4/28/2006 | S. Cunningham | 3.00 | Reviewed Debtors' presentation regarding proposed Spaghetti acquisition. |
| Subtotal | | 85.70 | |

03. Claims Analysis & Valuation

**Capstone Advisory Group, LLC**
**Invoice for the April  Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/13/2006 | E. Ordway | 2.10 | Read and analyzed updated claims information. |
| 4/18/2006 | E. Ordway | 2.30 | Read and analyzed updated valuation and claim data in anticipation of mediation meeting. |
| 4/18/2006 | L. Hamilton | 6.80 | Prepared updated analyses of asbestos claims scenarios based on PI/PD proposal. |
| 4/19/2006 | S. Cunningham | 2.00 | Updated claims information and reviewed hypothetical recovery analysis. |
| 4/19/2006 | L. Hamilton | 5.90 | Prepared hypothetical recovery analyses updates based on PI/PD information. |
| 4/20/2006 | L. Hamilton | 5.20 | Prepared updated claims analysis. |
| 4/20/2006 | S. Cunningham | 2.50 | Reviewed and prepared recovery analysis at various PI and PD claims levels. |
| 4/21/2006 | S. Cunningham | 1.90 | Reviewed and prepared analysis of PI/PD plan proposal. |
| 4/21/2006 | S. Cunningham | 2.10 | Reviewed and prepared analysis of PI/PD claims. |
| 4/21/2006 | L. Hamilton | 2.30 | Prepared asbestos claims comparative. |
| 4/21/2006 | L. Hamilton | 3.20 | Prepared report to the Committee regarding hypothetical recoveries. |
| 4/21/2006 | L. Hamilton | 1.00 | Prepared for and participated in call with representatives of other committees. |
| 4/21/2006 | L. Hamilton | 3.60 | Prepared hypothetical recovery analyses based on PI/PD information. |
| 4/21/2006 | S. Cunningham | 0.50 | Participated in call with PI & PD financial advisors. |
| 4/22/2006 | L. Hamilton | 2.50 | Updated report to the Committee regarding hypothetical recoveries. |
| 4/22/2006 | L. Hamilton | 2.50 | Prepared updates to asbestos claims comparative. |
| 4/22/2006 | S. Cunningham | 5.00 | Prepared report to the  Committee regarding PI and PD recovery proposal. |
| 4/23/2006 | E. Ordway | 2.90 | Prepared/edited report to the Committee to compare/analyze PD/PI plan proposal. |
| 4/24/2006 | R. Frezza | 0.80 | Reviewed and prepared update to PI/PD proposal analysis. |
| 4/24/2006 | S. Cunningham | 2.50 | Reviewed reconciliation of PI/PD claims and recovery proposal. |
| 4/24/2006 | E. Ordway | 1.60 | Continued to prepare report to the Committee regarding PI/PD proposed plan. |
| 4/26/2006 | S. Cunningham | 2.50 | Reviewed final report to Committee regarding PI/PD recovery analysis. |
| Subtotal | | 61.70 | |

**Capstone Advisory Group, LLC**
**Invoice for the April  Fee Application**

**Page 3 of 8**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 04. Creditor Committee Matters | | | |
| 4/4/2006 | L. Hamilton | 0.60 | Discussed pension motion and other issues with counsel. |
| 4/5/2006 | L. Hamilton | 0.20 | Discussed pension motion and other issues with counsel. |
| 4/6/2006 | L. Hamilton | 0.20 | Discussed timing/status of information requests with counsel. |
| 4/11/2006 | L. Hamilton | 0.30 | Discussed pension motion and other issues with counsel. |
| 4/11/2006 | L. Hamilton | 0.90 | Read and analyzed latest version of pension motion and actuarial information. |
| 4/12/2006 | L. Hamilton | 0.30 | Discussed updated pension information and other issues with counsel. |
| 4/18/2006 | L. Hamilton | 0.20 | Discussed business plan report and status of other case issues with counsel. |
| 4/19/2006 | E. Ordway | 2.30 | Prepared for meeting with other Committees by reviewing valuation data, claim data and disclosure statement. |
| 4/19/2006 | E. Ordway | 0.40 | Met with counsel to discuss mediation meeting and next steps. |
| 4/19/2006 | E. Ordway | 1.60 | Participated in mediation meeting with counsel and representatives from other Committees. |
| 4/20/2006 | L. Hamilton | 1.10 | Summarized case issues information and discussed same with team members in preparation for call with the Committee. |
| 4/20/2006 | L. Hamilton | 0.30 | Discussed Beaches acquisition and other case issues with counsel. |
| 4/20/2006 | E. Ordway | 1.20 | Prepared for Committee call by reviewing proposal provided by PI/PD Committees. |
| 4/20/2006 | E. Ordway | 0.40 | Call with Committee chair to discuss next steps and proposal. |
| 4/20/2006 | L. Hamilton | 1.00 | Participated in Committee conference call. |
| 4/20/2006 | E. Ordway | 0.20 | Communication with counsel to discuss next steps. |
| 4/20/2006 | E. Ordway | 0.50 | Call with Committee member to discuss proposal. |
| 4/20/2006 | E. Ordway | 1.10 | Participated in Committee conference call. |
| 4/21/2006 | L. Hamilton | 0.80 | Discussed Beaches acquisition with counsel. |
| 4/21/2006 | E. Ordway | 0.60 | Conference call with financial advisors of PI/PD Committees to discuss data sources for their POR proposal. |
| 4/24/2006 | L. Hamilton | 2.80 | Prepared/participated in numerous calls and email communications in preparation for Committee call scheduled for 5/25. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/25/2006 | R. Frezza | 2.20 | Prepared for and participated in call with the Committee regarding the PI/PD proposal and discussion of Capstone analysis thereon. |
| 4/25/2006 | E. Ordway | 2.30 | Prepared for and participated in conference call with Committee to discuss PI/PD proposal. |
| 4/25/2006 | L. Hamilton | 1.00 | Prepared for and participated in call with the Committee. |
| 4/26/2006 | R. Frezza | 0.30 | Discussed highlights of Spaghetti acquisition presentation with counsel. |
| 4/27/2006 | L. Hamilton | 0.20 | Discussed Beaches purchase agreement and ground lease with counsel. |
| 4/28/2006 | E. Ordway | 0.20 | Call with counsel regarding POR considerations. |
| Subtotal | | 23.20 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/3/2006 | L. Hamilton | 0.50 | Prepared February fee application. |
| 4/10/2006 | E. Ordway | 0.20 | Prepared fee application. |
| 4/14/2006 | L. Hamilton | 2.10 | Prepared January fee application. |
| 4/16/2006 | L. Hamilton | 2.10 | Prepared February fee application. |
| 4/17/2006 | J. Woods | 0.90 | Prepared fee statement. |
| 4/18/2006 | L. Hamilton | 1.40 | Prepared February fee application. |
| 4/19/2006 | L. Hamilton | 1.30 | Prepared March fee application. |
| 4/27/2006 | L. Hamilton | 0.30 | Prepared March fee application. |
| 4/27/2006 | J. Woods | 0.20 | Prepared fee statement. |
| Subtotal | | 9.00 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/7/2006 | L. Hamilton | 3.50 | Read and analyzed Debtors' February financial statements. |
| 4/26/2006 | L. Hamilton | 2.10 | Read and analyzed Q1 earnings release. |
| 4/27/2006 | L. Hamilton | 3.20 | Read and analyzed earnings information for Q1 and compared same to Plan and prior year. |
| 4/27/2006 | R. Frezza | 1.10 | Reviewed Q1 06 earnings report. |

**Capstone Advisory Group, LLC**
**Invoice for the April Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 9.90 | |

**09. Financial Analysis - Business Plan**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/3/2006 | L. Hamilton | 0.90 | Prepared/updated commentary for business plan report. |
| 4/3/2006 | L. Hamilton | 3.60 | Prepared industry performance section of business plan report. |
| 4/3/2006 | S. Cunningham | 2.50 | Prepared and reviewed analysis related to FY 2006 business plan. |
| 4/3/2006 | L. Hamilton | 2.40 | Prepared sensitivity analyses for business plan report. |
| 4/4/2006 | L. Hamilton | 2.50 | Updated business plan report draft. |
| 4/11/2006 | S. Cunningham | 3.50 | Prepared analysis of FY 2006 plan. |
| 4/11/2006 | L. Hamilton | 3.10 | Updated sensitivities section of business plan report. |
| 4/12/2006 | R. Frezza | 2.20 | Prepared summary of sensitivity issues for use in business plan report. |
| 4/12/2006 | S. Cunningham | 3.20 | Prepared analysis of FY 2006 plan. |
| 4/12/2006 | R. Frezza | 1.80 | Prepared summary of sensitivity issues for use in business plan report. |
| 4/14/2006 | S. Cunningham | 4.50 | Reviewed and analyzed and draft report to Committee regarding FY 2006 business plan. |
| 4/17/2006 | S. Cunningham | 3.50 | Reviewed draft of FY 2006 Business plan and prepared sensitivity analysis. |
| 4/17/2006 | L. Hamilton | 4.40 | Updated sensitivity sections of business plan report. |
| 4/18/2006 | L. Hamilton | 2.60 | Updated draft report regarding 2006 Business Plan. |
| 4/18/2006 | S. Cunningham | 4.00 | Final review and comments regarding FY 2006 business plan report. |
| 4/19/2006 | L. Hamilton | 2.10 | Updated business plan report draft to reflect comments of counsel. |
| 4/20/2006 | L. Hamilton | 0.50 | Finalized and distributed Business Plan report to the Committee. |
| Subtotal | | 47.30 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/4/2006 | L. Hamilton | 1.80 | Prepared summary of pension information provided by Debtors. |
| 4/4/2006 | E. Ordway | 0.60 | Read and analyzed counsel's memo regarding CHL settlement. |
| 4/5/2006 | L. Hamilton | 1.60 | Updated pension report to the Committee. |

**Capstone Advisory Group, LLC**
**Invoice for the April Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/5/2006 | L. Hamilton | 2.30 | Read and analyzed additional information provided by Debtors regarding pension motions. |
| 4/6/2006 | L. Hamilton | 1.60 | Updated pension report to the Committee. |
| 4/6/2006 | E. Ordway | 0.50 | Analyzed proposed settlement information with certain insurers. |
| 4/6/2006 | L. Hamilton | 2.30 | Read and analyzed additional information provided by the Debtors regarding pension motions. |
| 4/6/2006 | S. Cunningham | 4.00 | Reviewed analysis and information regarding pension funding. |
| 4/7/2006 | L. Hamilton | 3.20 | Read and analyzed latest version of pension motions and actuarial information provided by Debtors. |
| 4/7/2006 | S. Cunningham | 4.00 | Reviewed analysis and draft report to Committee regarding pension funding. |
| 4/7/2006 | L. Hamilton | 1.30 | Updated pension report to the Committee. |
| 4/11/2006 | L. Hamilton | 1.00 | Prepared updated workplan. |
| 4/11/2006 | L. Hamilton | 1.90 | Updated pension report to the Committee to reflect filed motion. |
| 4/12/2006 | E. Ordway | 1.10 | Read and analyzed data and related motion regarding pension plan payments. |
| 4/13/2006 | L. Hamilton | 0.50 | Analyzed information regarding PBGC payments. |
| 4/13/2006 | S. Cunningham | 2.00 | Reviewed and analyzed pension funding information. |
| 4/13/2006 | L. Hamilton | 1.50 | Prepared analysis of pension PFEA payment scenario. |
| 4/18/2006 | E. Ordway | 0.30 | Read counsel's report regarding omnibus hearing update. |
| 4/25/2006 | R. Frezza | 0.40 | Internal coordination regarding next steps (Beaches/Spaghetti/Q1 06 report). |
| 4/26/2006 | L. Hamilton | 0.90 | Prepared general workplan. |
| 4/27/2006 | E. Ordway | 0.30 | Reviewed/edited work plan outlining staff projects for next month. |
| Subtotal | | 33.10 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/27/2006 | E. Ordway | 1.00 | Analyzed Debtor's debt capacity under various scenarios. |
| 4/28/2006 | R. Frezza | 2.60 | Began research on debt analysis based on S&P ratings per request of counsel. |
| 4/28/2006 | E. Ordway | 1.40 | Prepared analysis of alternative POR proposal. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 5.00 | |
| **26. Meetings with Debtors** | | | |
| 4/3/2006 | L. Hamilton | 1.60 | Prepared for and participated in call with Debtors regarding pension motion. |
| 4/5/2006 | L. Hamilton | 1.80 | Prepared for and participated in call with Debtors regarding proposed Beaches acquisition. |
| 4/24/2006 | R. Frezza | 2.40 | Coordinated call and discussed Beaches acquisition with Debtors' advisors. |
| 4/24/2006 | R. Frezza | 3.60 | Prepared for and participated in conference call on environmental issues in connection with the Beaches acquisition. |
| 4/25/2006 | R. Frezza | 2.20 | Prepared for and participated in meeting with Company and its advisors regarding Spaghetti Acquisition. |
| 4/25/2006 | L. Hamilton | 1.40 | Prepared for and participated in meeting with the Debtors and their advisors regarding proposed acquisition, Project Spaghetti. |
| 4/27/2006 | R. Frezza | 0.30 | Called Grace advisors to discuss receipt of underlying financial model and other priority data. |
| Subtotal | | 13.30 | |
| **28. Special Case Issues - Asbestos** | | | |
| 4/20/2006 | L. Hamilton | 2.10 | Read and analyzed asbestos liability information provided by counsel. |
| Subtotal | | 2.10 | |
| **Total Hours** | | **290.30** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 4/1/06 through 4/30/06

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Airfare/Train** | | | |
| 4/24/2006 | Hamilton, L | Roundtrip Boston/NY - Blackstone meeting | $308.00 |
| Subtotal - Airfare/Train | | | $308.00 |
| **Copies** | | | |
| 4/28/2006 | Capstone Expenses | 788 @$.15 each | $118.20 |
| Subtotal - Copies | | | $118.20 |
| **Faxes** | | | |
| 4/28/2006 | Capstone Expenses | 23 @ $1.25 each | $28.75 |
| Subtotal - Faxes | | | $28.75 |
| **Hotel** | | | |
| 4/12/2006 | Hamilton, L | Hotel stay April 9 - April 11 meetings | $300.00 |
| 4/24/2006 | Hamilton, L | Hotel - Blackstone meeting April 25 | $167.90 |
| Subtotal - Hotel | | | $467.90 |
| **Meals - Billable** | | | |
| 4/24/2006 | Hamilton, L | Blackstone meeting ($3.37 + $9.72) | $13.09 |
| Subtotal - Meals - Billable | | | $13.09 |
| **Mileage** | | | |
| 4/9/2006 | Hamilton, L | Boston/NJ April 9 - April 12 | $244.75 |
| Subtotal - Mileage | | | $244.75 |
| **Parking/Tolls** | | | |
| 4/12/2006 | Hamilton, L | Roundtrip Boston/NJ March 8 - March 10 | $10.00 |
| 4/12/2006 | Hamilton, L | Roundtrip Boston/NJ April 9 - April 11 | $10.00 |
| 4/19/2006 | Ordway, E | Parking $41.00, Tolls $6.00 | $47.00 |

**Capstone Advisory Group, LLC**
**Invoice for the April Fee Application**

Page 1 of 2

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Subtotal - Parking/Tolls | | | $67.00 |
| Scans | | | |
| 4/28/2006  Capstone Expenses | | 317 @ $1.00 each | $317.00 |
| Subtotal - Scans | | | $317.00 |
| Telecom Charges- Billable | | | |
| 4/30/2006  Capstone Expenses | | April Telephone | $364.77 |
| Subtotal - Telecom Charges- Billable | | | $364.77 |
| **For the Period 4/1/06 through 4/30/06** | | | $1,929.46 |