***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

WR Grace P.D. Committee                                          April 1, 2006 through April 30, 2006

Invoice No. 20291

RE:    WR Grace P.D. Committee

SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 19.20 | 4,445.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.90 | 702.00 |
| B18 | Fee Applications, Others - | 3.90 | 550.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 0.70 | 175.00 |
| B25 | Fee Applications, Applicant - | 3.70 | 487.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.30 | 75.00 |
| B32 | Litigation and Litigation Consulting - | 3.30 | 812.00 |
| B35 | Travel/Non-working - | 3.00 | 375.00 |
| B36 | Plan and Disclosure Statement - | 2.30 | 575.00 |
| B37 | Hearings - | 4.70 | 1,175.00 |
|     | **Total** | **44.00** | **$9,372.00** |
|     | **Grand Total** | **44.00** | **$9,372.00** |

SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 185.00 | 1.80 | 333.00 |
| Rick S. Miller | 240.00 | 0.50 | 120.00 |
| Steven G. Weiler | 160.00 | 0.90 | 144.00 |
| Theodore J. Tacconelli | 125.00 | 3.00 | 375.00 |
| Theodore J. Tacconelli | 250.00 | 30.80 | 7,700.00 |
| Legal Assistant - MH | 100.00 | 7.00 | 700.00 |
| **Total** | | **44.00** | **$9,372.00** |

DISBURSEMENT SUMMARY

Expense -                                                                                         810.62

**Total Disbursements**                                                                  **$810.62**

| | | | |
|---|---|---|---|
| Invoice No. 20291 | Page 2 of 8 | | May 30, 2006 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-01-06 | *Case Administration* - Review Casner Edwards Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Protiviti Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock Feb. 06 Fee Application | 0.10 | TJT |
| Apr-02-06 | *Case Administration* - Review Foley Hoag Oct.-Dec. 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Oct.-Dec. 05 Fee Application | 0.10 | TJT |
| Apr-03-06 | *Case Administration* - Review case status memo | 0.10 | LLC |
| | *Case Administration* - Review Woodcock Washburn quarterly Fee Application for Oct.-Dec. 05 | 0.10 | TJT |
| | *Case Administration* - Review K&E Feb. 06 Fee Application | 0.30 | TJT |
| | *Case Administration* - Review Woodcock Washburn Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 3/31/06 | 0.10 | TJT |
| | *Case Administration* - Review docket and prepare weekly case status memo, confer with T. Tacconelli | 0.40 | MH |
| Apr-04-06 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin, Jan. 2006 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Review LAS Feb. 06 Fee Application | 0.10 | TJT |
| Apr-05-06 | *Case Administration* - Review debtors' monthly operating report for Feb. 06 | 0.30 | TJT |
| Apr-06-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review affidavit of K. Kinsella with attachment re property damage notice program | 0.70 | TJT |
| | *Case Administration* - Review affidavit of D. Lietz | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Jan. 06 Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re mediation and related issues | 0.20 | TJT |
| Apr-07-06 | *Case Administration* - Review notice of intent to trade equity by Ardsley | 0.10 | TJT |
| Apr-08-06 | *Case Administration* - Review Scott Law Group Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Feb. 06 Fee Application | 0.10 | TJT |
| Apr-09-06 | *Case Administration* - Review Swidler Berlin Oct.-Dec. 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Swidler quarterly Fee Application for Jan.-Feb. 06 | 0.10 | TJT |
| Apr-10-06 | *Case Administration* - Review weekly case status management memo | 0.10 | LLC |
| | *Case Administration* - Review Wall Street Journal article re asbestos | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | litigation and exposure of bogus PI claims (½ time with Federal Mogul) | | |
| | *Case Administration* - Review Wall Street Journal article re great asbestos scam by PI claimants (½ time with Federal Mogul) | 0.10 | TJT |
| | *Case Administration* - Review TPT Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Bilzin Sumberg Feb. 06 Fee Application prior to filing | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 4/7/06 | 0.10 | TJT |
| | *Case Administration* - Review TPT Feb. 06 Fee Application | 0.10 | TJT |
| | *Hearings* - Review agenda for 4/17/06 hearing | 0.10 | TJT |
| | *Case Administration* - Review docket and prepare weekly case status memorandum for week ending 4/7/06 | 0.20 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Feb. 06 Fee Application documents, draft Certificate of Service re same, attach current notice parties list | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Feb. 06 Fee Application | 0.50 | MH |
| Apr-11-06 | *Case Administration* - Download and review agenda for 4/17 hearing | 0.10 | LLC |
| | *Case Administration* - Download and review withdrawal from service list; forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review W. Smith & Assoc. Mar. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Libby claimants' supplement to objection to debtors' motion re discovery from Dr. Whitehorse with attachment | 0.20 | TJT |
| | *Case Administration* - Review withdrawal of counsel re Doffermyre and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to contribute to Chicago 51st Street Pension trust fund | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review Libby claimants' motion to designate substitute expert | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 4/17/06 hearing preparation | 0.10 | TJT |
| | *Case Administration* - Start reviewing fee application/cno files in order to condense same (redact ECF or older documents in preparation for scanning) | 0.80 | MH |
| Apr-12-06 | *Case Administration* - Review debtors' motion to authorize acquisition of catalyst company in New Jersey with attachment | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Review amended Certificate of No Objection for PI estimation and calendar dates and remove old deadlines | 0.80 | TJT |
| Apr-13-06 | *Case Administration* - Teleconference with B. McCarthy and E. Ryan at USBC re: 3/27/06 transcript request (.1); prepare and send same via fax to B. McCarthy (.1) | 0.30 | SGW |
| | *Case Administration* - Review order setting oral argument in Libby Claimants' appeal, no. 06-26 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.40 | TJT |
| | *Hearings* - Review e-mail from M. Hurford re 3/27/06 hearing transcript | 0.10 | TJT |
| | *Hearings* - Teleconference with M. Hurford re 3/27/06 hearing transcript | 0.10 | TJT |
| Apr-14-06 | *Hearings* - Review e-mail from court reporter re 3/27/06 hearing transcript | 0.10 | TJT |
| | *Hearings* - trade e-mails with M. Hurford re 3/27/06 hearing transcript (x2) | 0.20 | TJT |

| Invoice No. 20291 | Page 4 of 8 | | May 30, 2006 |
|---|---|---|---|

| Date | Description | Hours | Initials |
|---|---|---|---|
| Apr-16-06 | *Case Administration* - Review debtors' motion to make contribution to defined pension plans with attachments | 1.00 | TJT |
| | *Case Administration* - Review debtors' motion to settle claim with C.L. Administration with attachment | 0.60 | TJT |
| | *Case Administration* - Prepare memo to law clerk re 3/27/06 hearing transcript | 0.10 | TJT |
| | *Hearings* - Prepare for hearing by reviewing motions/matters set for hearing | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review 3/27/06 hearing transcript re mediation and PI questionnaire issues | 0.30 | TJT |
| Apr-17-06 | *Case Administration* - Review weekly case status memo | 0.10 | LLC |
| | *Case Administration* - Request 4/17/06 hearing transcript from USBC | 0.10 | SGW |
| | *Hearings* - Attend Bankruptcy Court and confer with committee members and co-counsel afterwards | 2.20 | TJT |
| | *Plan and Disclosure Statement* - lunch meeting with co-counsel and committee member | 1.00 | TJT |
| Apr-18-06 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 20th continuation order re 5th omnibus objection to claims with attachment | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 4/14/06 | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Protiviti Mar. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review stipulation concerning claims of CNA | 0.10 | TJT |
| | *Case Administration* - Review 17th supplemental affidavit of J. Sprayregen with attachment | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review order modifying P.D. estimation and claim objection discovery and calendar new deadlines with notes for deadline requirements | 1.20 | TJT |
| Apr-19-06 | *Fee Applications, Others* - Review Certificate of No Objection re: Hilsoft January 2006 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's January 2006 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order granting 16th omnibus objection to claims with attachments | 0.20 | TJT |
| | *Case Administration* - Review D. Austern Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern Oct.-Dec. 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern July-Sept. 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of 2019 statement by Scott Taylor | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from committee member re status of mediation | 0.10 | TJT |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Hilsoft's Jan. 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft's Jan. Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Jan. 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Jan. 06 Fee Application | 0.50 | MH |
| Apr-20-06 | *Case Administration* - Review request for service and forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review main case docket and related adversary dockets re: filing of final Fee Applications for Martin Dies, Dan Speights and advise T. Tacconelli of same | 0.30 | SGW |
| | *Case Administration* - Review entry of appearance for BNSF Railray Co. and forward to paralegal | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from J. Sakalo re special counsel Fee Applications in Sealed Air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Teleconference with J. Sakalo re special counsel Fee Applications in Sealed Air litigation | 0.20 | TJT |
| | *Fee Applications, Others* - Confer with S. Weiler re special counsel Fee Applications in Sealed Air litigation | 0.20 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re special counsel Fee Applications in Sealed Air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from S. Weiler re Sealed Air special counsel fee application | 0.20 | TJT |
| | *Fee Applications, Others* - Confer with T. Tacconelli re special counsel Fee Applications in Sealed Air litigation | 0.10 | MH |
| Apr-21-06 | *Fee Applications, Others* - Review Certificate of No Objection re: P.D. Committee 17th expense statement for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's 28th Fee Application for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed amended PI case management order and review proposed order | 0.20 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 4/17/06 hearing transcript | 0.10 | TJT |
| | *Fee Applications, Others* - Draft Certificate of No Objection and Certificate of Service re P.D. committee's Jan. - Mar. 06 Expense Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re P.D. committee's Jan. - Mar. 06 Expense Application | 0.50 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Feb. 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Feb. 06 Fee Application | 0.50 | MH |

| | | | |
|---|---|---|---|
| Invoice No. 20291 | Page 6 of 8 | | May 30, 2006 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Apr-22-06 | *Case Administration* - Review Nelson Mullins quarterly (Oct.-Dec. 05) | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel with proposed order resolving South Carolina Dept. of Health claims with attachment | 0.20 | TJT |
| | *Case Administration* - Review Woodcock Washburn Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Group Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Group Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Group Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Group quarterly Fee Application (Oct.-Dec. 05) | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Feb. 06 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare e-mail to J. Sakalo re Sealed Air special counsel Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 2/17/06 hearing transcript re exclusivity and mediation and P.D. claim issues | 0.70 | TJT |
| Apr-23-06 | *Case Administration* - Review notice of hearing on applications to retain Jeffrey and Orrick by Futures Rep | 0.10 | TJT |
| Apr-24-06 | *Case Administration* - Download and review notices of address change; forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review notice of address change by U.S. Dept. of Justice and forward to paralegal | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re hearing coverage for 4/25/06 hearing in Philadelphia | 0.10 | TJT |
| Apr-25-06 | *Case Administration* - Review weekly case status memo | 0.10 | LLC |
| | *Case Administration* - Review e-mail from S. Pointer re mediator fees | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 4/14/06 | 0.10 | TJT |
| | *Case Administration* - Review mediator's fee details | 0.10 | TJT |
| | *Case Administration* - Review notice of D. Austern's July-Sep. 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of D. Austern's Oct.-Dec. 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memo from J. Sakalo to committee re debtors' motion to make contributions to defined pension plans | 0.20 | TJT |
| | *Case Administration* - Review e-mail from committee member re debtors' motion to make contributions to defined pension plans | 0.10 | TJT |
| | *Travel/Non-working* - Travel to Philadelphia for hearing | 1.50 | TJT |
| | *Travel/Non-working* - Travel from Philadelphia | 1.50 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re 4/25/06 hearing coverage (x2) | 0.20 | TJT |
| | *Hearings* - Attend oral argument in Libby Claimants' appeal, no. 06-26 | 0.50 | TJT |
| Apr-26-06 | *Committee, Creditors', Noteholders' or* - Create subfile and prepare service re: Response to Defendant's Motion auth. legally req. min. contrib. (.1) obtain docket number re: same (.1) | 0.20 | SGW |
| | *Case Administration* - Prepare memo to co-counsel re oral argument in Libby Claimants' appeal and related issues re 06-26 | 0.50 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re oral argument in Libby Claimants' appeal | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Prepare memo to committee members and professionals re status of Libby Claimants' appeal and oral argument before District Court | 2.80 | TJT |
| | *Case Administration* - Review e-mail from E. Westbrook re response to debtors' motion to make contributions to defined pension plan | 0.10 | TJT |
| | *Case Administration* - Review e-mail from D. Scott re response to debtors' motion to make contributions to defined pension plan | 0.10 | TJT |
| | *Case Administration* - Review e-mail from E. Kabraser re response to debtors' motion to make contributions to defined pension plan | 0.10 | TJT |
| | *Case Administration* - Review order re GI Holdings' stipulation re claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re objection to debtors' motion to make contributions to defined pension plan | 0.10 | TJT |
| Apr-27-06 | *Litigation and Litigation Consulting* - Download and review order modifying PI Estimation CMO | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review time entries for March 2006 for accuracy | 0.20 | LLC |
| | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | RSM |
| | *Case Administration* - Review Baker Donaldson Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins March 05 Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review email from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review order modifying PI estimation CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re opposition to debtors' motion to make contributions to pension plans | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - memo to paralegal re revising PI estimation calendar | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's March 06 prebill and make revisions | 0.50 | TJT |
| | *Case Administration* - review fee app and cno chart and verify in file re overdue fee apps for Hilsoft and HRA, e-mail to L. Flores | 0.20 | MH |
| | *Fee Applications, Applicant* - convert and modify Ferry, Joseph & Pearce's Mar. 06 invoice, draft summary, notice and Certificate of Service for same | 0.60 | MH |
| Apr-28-06 | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's March 2006 Fee Application for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re debtors' motion to make contributions to pension funds | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from S. Esserman to B. Harding re PI questionnaire | 0.10 | TJT |
| | *Fee Applications, Applicant* - prepare for filing, e-file, and serve Ferry, Joseph & Pearce's Mar. 06 Fee Application | 0.50 | MH |
| Apr-29-06 | *Case Administration* - Review Baker Donaldson quarterly Fee Application (Oct.-Dec. 05) | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond Oct.-Dec. 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris March 06 Fee Application | 0.10 | TJT |

| Invoice No. 20291 | Page 8 of 8 | | May 30, 2006 |
|---|---|---|---|
| | *Case Administration* - Review Reed Smith March 06 Fee Application | 0.10 | TJT |
| Apr-30-06 | *Case Administration* - Review Nelson Mullins March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoeg March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review K&E March 06 Fee Application | <u>0.10</u> | TJT |
| | **Totals** | **44.00** | |

### DISBURSEMENTS

| | | |
|---|---|---|
| Apr-10-06 | *Cost Advance* - Copying cost | 11.70 |
| | *Cost Advance* - Postage | 3.66 |
| Apr-12-06 | *Cost Advance* - West Law - Legal Research - Dec 05 | 16.21 |
| | *Cost Advance* - Tri-State Courier - delivery | 19.50 |
| Apr-18-06 | *Cost Advance* - PACER Service Center - Period of 1/1/06-3/31/06 (RSM) | 26.08 |
| Apr-19-06 | *Cost Advance* - PACER Service Center - Period of 1/1/06-3/31/06 (TJT) | 56.00 |
| | *Cost Advance* - Copying cost | 12.00 |
| | *Cost Advance* - Postage | 5.67 |
| Apr-20-06 | *Cost Advance* - West Group- West Law Legal Research - Jan 2006 | 15.24 |
| Apr-21-06 | *Cost Advance* - Elaine M. Ryan - Transcript | 251.04 |
| | *Cost Advance* - Copying cost | 12.00 |
| | *Cost Advance* - Postage | 5.67 |
| Apr-28-06 | *Cost Advance* - Elaine M. Ryan - Transcript | 341.25 |
| | *Cost Advance* - Theodore J. Tacconelli - Reimbursement of parking 4/25/06 | 9.00 |
| | *Cost Advance* - Theodore J. Tacconelli - Mileage -Phila 4/25/06 | <u>25.60</u> |
| | **Totals** | **$810.62** |

| | |
|---|---|
| **Total Fees & Disbursements** | <u>$10,182.62</u> |
| **Balance Due Now** | <u>$10,182.62</u> |