# EXHIBIT A

# January 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 11910 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# February 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 12109 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# March 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 12334 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.