# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

W.R. GRACE & Co.
a Delaware corporation et. al.,

Debtors

Chapter 11

Jointly Administered
Case No. 01-1139-JKF

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIERD BY F.R.B.P. RULE 2019

Cindy J. Kiplinger, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the Law Offices of James F. Humphreys and Associates.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. The law firm of James F. Humphreys and Associates has been retained as counsel or co-counsel for Ernest Walter Abbott and other creditors in the above referenced bankruptcy too numerous to list herein (hereinafter "Creditors").

4. The address for each Creditor for purposes hereof is c/o James F. Humphreys and Associates, 500 Virginia Street East, Suite 800, Charleston, WV 25301.

5. The Creditors hold claims in varying amounts for monetary damages due to personal injury incurred when the Debtor manufactured, sold distributed, and or specified the use of asbestos or asbestos containing products in the 1940's, 1950's and 1960's.

6. James F. Humphreys and Associates does not hold any claims against or interest in the Debtor.

7. James F. Humphreys and Associates will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: May 26, 2006

Respectfully submitted,

/s/ [signature]
Attorneys for Creditor