# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2006 - APRIL 30, 2006**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 31.9 | 17,035.50 |
| 0008 | Asset Analysis and Recovery | 4.8 | 2,760.00 |
| 0013 | Business Operations | 6.1 | 3,507.50 |
| 0014 | Case Administration | 28.2 | 6,995.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 37.5 | 23,920.00 |
| 0018 | Fee Application, Applicant | 10.3 | 3,052.50 |
| 0019 | Creditor Inquiries | 4.2 | 2,837.50 |
| 0020 | Fee Application, Others | 1.6 | 240.00 |
| 0021 | Employee Benefits, Pension | 25.0 | 13,787.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 18.5 | 10,747.50 |
| 0028 | Insurance | 6.5 | 3,760.00 |
| 0035 | Travel - Non Working | 8.6 | 4,767.00 |
| 0036 | Plan and Disclosure Statement | 25.7 | 17,265.00 |
| 0037 | Hearings | 13.0 | 8,526.00 |
| | | | |
| | **SUB TOTAL** | **221.9** | **119,200.50** |
| | **LESS 50% TRAVEL TIME** | **(4.3)** | **(2,383.50)** |
| | **TOTAL** | **217.6** | **116,817.00** |

# STROOCK

## INVOICE

| DATE | May 25, 2006 |
|---|---|
| INVOICE NO. | 383182 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/04/2006 | T/c B. Harding re: discovery issues (.2); attention to revised CMO schedules (.2). | Pasquale, K. | 0.4 |
| 04/05/2006 | Attend to D. Felder's e-mail re: discovery-related materials (.4). | Krieger, A. | 0.4 |
| 04/05/2006 | Attention to estimation issues and FCR e-mail re: database (.8). | Pasquale, K. | 0.8 |
| 04/06/2006 | Attend to case law re: future tort claims (.9). | Krieger, A. | 0.9 |
| 04/10/2006 | Attention to various recent filings re: property damage claims. | Papir, R. | 1.0 |
| 04/11/2006 | Review of Libby claimants supplement regarding Whitehouse (.2). | Kruger, L. | 0.2 |
| 04/11/2006 | Preparation for conference call with mediator re: Whitehouse discovery (.5); attention to Libby claimants' Whitehouse supplement and motion to substitute expert (.5). | Pasquale, K. | 1.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1693816v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/12/2006 | Attend to Judge Buckwalter's scheduling order and exchanged memoranda with KP re: appeal (.3). | Krieger, A. | 0.3 |
| 04/12/2006 | Review briefs on Libby appeal on preliminary injunction (.3). | Kruger, L. | 0.3 |
| 04/12/2006 | Attention to recently filed documents. | Papir, R. | 0.2 |
| 04/12/2006 | Attention to briefs on Libby preliminary injunction appeal (.8). | Pasquale, K. | 0.8 |
| 04/13/2006 | Participated in mediation re: Whitehouse records (2.2); attention to information provided by debtors re: database issues (.4). | Pasquale, K. | 2.6 |
| 04/14/2006 | Attention to appellate briefs in Libby matter. | Papir, R. | 1.2 |
| 04/16/2006 | Attention to drafts of discovery order and protective order re: Whitehouse records (1.0). | Pasquale, K. | 1.0 |
| 04/17/2006 | Conference calls with all parties regarding and attend to revised draft Whitehouse orders (2.0). | Pasquale, K. | 2.0 |
| 04/18/2006 | Attention to revised estimation schedule and confer Navigant re: same (.6). | Pasquale, K. | 0.6 |
| 04/20/2006 | Telephone call L. Hamilton re: asbestos liabilities and estimation proceedings (.1); attend to asbestos liabilities information for Capstone (.2). | Krieger, A. | 0.3 |
| 04/20/2006 | Telephone conference R. Cantor re: estimation issues and recent methodologies (.2); attention to same (2.0). | Pasquale, K. | 2.2 |
| 04/21/2006 | Attention to revised draft orders re: Whitehouse records (.5); conference call with all parties re: same (1.2). | Pasquale, K. | 1.7 |
| 04/24/2006 | Exchanged memoranda with KP re: conference call with Judge Whelan re: Whitehouse | Krieger, A. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | discovery orders (.2); review draft orders (.3); conference call B. Harding, R. Wynns, D. Cohn, G. Becker, others re: Whitehouse/Libby claimants discovery (.3); memo and then office conference KP re: conference call (.2). | | |
| 04/24/2006 | Attention to appellate briefs in Libby matter (.7); reviewed docket (.1). | Papir, R. | 0.8 |
| 04/25/2006 | Exchanged memoranda with KP re: discovery conference call and orders to be discussed. | Krieger, A. | 0.1 |
| 04/25/2006 | Attention to current draft orders re: Whitehouse issues (.4); review of discovery documents from debtors (1.5). | Pasquale, K. | 1.9 |
| 04/26/2006 | Attend to discovery related documents for 4/27/06 mediation with Judge Whelan (.6). | Krieger, A. | 0.6 |
| 04/26/2006 | Copies up volumes of information from CD/DVD materials up to the network. | Lollie, T. | 2.0 |
| 04/26/2006 | Converted load files into IPRO load files for all volumes of images copied up 4-26-06. | Lollie, T. | 2.0 |
| 04/26/2006 | O/c w/ K. Pasquale re: District Court hearing re: Libby plaintiffs' appeal. | Papir, R. | 0.2 |
| 04/26/2006 | Review of additional documents provided by debtors (2.2). | Pasquale, K. | 2.2 |
| 04/27/2006 | Review Judge Molloy's order (.5); conference with B. Harding, R. Wyron, D. Cohn re Whitehouse discovery issues (1.0); memo to KP re: same (.4). | Krieger, A. | 1.9 |
| 04/27/2006 | Imported all images into IPRO for load files of all volumes loaded up to the network 4-26-06. | Lollie, T. | 1.0 |
| 04/27/2006 | Attention to Whitehouse discovery issues. | Pasquale, K. | 0.2 |
| 04/28/2006 | Attend to S. Esserman letter to the Court (.1). | Krieger, A. | 0.1 |

# STROOCK

PAGE: 4

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.6 | $ 575 | $ 3,220.00 |
| Kruger, Lewis | 0.5 | 825 | 412.50 |
| Lollie, Toya | 5.0 | 150 | 750.00 |
| Papir, Ryan M. | 3.4 | 395 | 1,343.00 |
| Pasquale, Kenneth | 17.4 | 650 | 11,310.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,035.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 17,035.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

PAGE: 5

| RE | Asset Analysis and Recovery |
|---|---|
| | 699843  0008 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/04/2006 | Exchanged memoranda with Libby Hamilton re: acquisition of former AKZO plant and equipment (.2). | Krieger, A. | 0.2 |
| 04/06/2006 | Telephone call L. Hamilton re: $20.0 million acquisition of former AKZO facility (.1). | Krieger, A. | 0.1 |
| 04/19/2006 | Attend to Capstone memorandum re: Catalyst Components acquisition application and telephone calls L. Hamilton re: same (.8). | Krieger, A. | 0.8 |
| 04/21/2006 | Attend to revised Capstone report on Catalyst Components' acquisition (.3); telephone call L. Hamilton re: comments on memorandum (.2). | Krieger, A. | 0.5 |
| 04/26/2006 | Telephone call S. Cunningham re: Project Spaghetti (.6); telephone call R. Frezza, L. Hamilton re: Project Spaghetti (.5). | Krieger, A. | 1.1 |
| 04/27/2006 | Memorandum to LK, KP and MG re: major acquisition (.9). | Krieger, A. | 0.9 |
| 04/28/2006 | Telephone call L. Hamilton re: review of revised APA for Catalyst Components' acquisition (2.); attend to revised APA and exchanged memoranda with J. McFarland (.8); memoranda to M. Berg and L. Hamilton re: revised APA (.2). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.8 | $ 575 | $ 2,760.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,760.00 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| PAGE: 6 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,760.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Business Operations<br>699843  0013 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 04/11/2006 | Attend to Capstone information request (.1). | Krieger, A. | 0.1 |
| 04/12/2006 | Attend to Debtors' motion for approval for acquisition of Catalyst Components business and memoranda to L. Hamilton re: additional questions (3.6). | Krieger, A. | 3.6 |
| 04/14/2006 | Telephone call L. Hamilton re: acquisition and cash flow meetings (.2). | Krieger, A. | 0.2 |
| 04/18/2006 | Telephone call L. Hamilton re: acquisition and business plan report (.2); attend to review of Capstone report (.6). | Krieger, A. | 0.8 |
| 04/19/2006 | Attend to Capstone report on 2006 business plan (.8); telephone calls L. Hamilton re: business plan report, other (.6). | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 6.1 | $ 575 | $ 3,507.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,507.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| PAGE: 8 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 3,507.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/03/2006 | Office conference LK re: pending matters and 4/4/06 discussion with Grace (.1). | Krieger, A. | 0.1 |
| 04/03/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.5). | Mohamed, D. | 0.8 |
| 04/04/2006 | Conference with Debtors' representatives and follow-up office conference with LK, KP (.7); exchanged memoranda with Debtors' counsel, others re: 4/5/06 conference call (.1). | Krieger, A. | 0.8 |
| 04/04/2006 | Telephone call with M. Shelnitz and J. Baer regarding call with Judge Pointer (.2). | Kruger, L. | 0.2 |
| 04/04/2006 | Review CHL stipulation (.2). | Kruger, L. | 0.2 |
| 04/04/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.4); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.2 |
| 04/05/2006 | Exchanged memoranda re: conference call to discuss Underwriter's settlement (.2). | Krieger, A. | 0.2 |
| 04/05/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case for attorney review (.6). | Mohamed, D. | 1.0 |
| 04/06/2006 | Attend to newly filed applications (.2). | Krieger, A. | 0.2 |
| 04/06/2006 | Review memo regarding Equitas (.2). | Kruger, L. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/06/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.5); docket research re: main case docket no. 01-1139 (.4). | Mohamed, D. | 1.2 |
| 04/07/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.5). | Mohamed, D. | 0.8 |
| 04/10/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.4 |
| 04/11/2006 | Arranged for AGK call in for Monday's hearing (.2). | Holzberg, E. | 0.2 |
| 04/11/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 04/12/2006 | Exchanged memoranda with M. Hurford re: CHL stipulation (.1). | Krieger, A. | 0.1 |
| 04/12/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.6). | Mohamed, D. | 0.9 |
| 04/13/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.3 |
| 04/14/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case for attorney review (.5). | Mohamed, D. | 0.8 |

# STROOCK

PAGE: 11

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/17/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 04/18/2006 | Attend to Fee Examiner's initial report on SSL's 19th Quarterly and preparation of response to report (.5). | Krieger, A. | 0.5 |
| 04/18/2006 | Office conference with K. Pasquale and A. Krieger and telephone call with J. Baer and M. Shelnitz regarding bi-monthly call regarding status, upcoming hearings and mediation (.4). | Kruger, L. | 0.4 |
| 04/18/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 04/19/2006 | Memorandum to LK re: Fee Examiner's initial report on SSL's nineteenth quarterly and reply (.2). | Krieger, A. | 0.2 |
| 04/19/2006 | Review proposed order regarding exclusivity, construction of mediation and timetable (.2). | Kruger, L. | 0.2 |
| 04/19/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); attention to retrieval of pleadings for attorney review (.3). | Mohamed, D. | 1.2 |
| 04/20/2006 | Attend to proposed order on extending exclusivity, appointment of Judge Pointer and memorandum to J. Baer re: same (.1); attend to newly filed applications (.3). | Krieger, A. | 0.4 |
| 04/20/2006 | Finalize SSL's response to Fee Auditor's initial report on nineteenth quarterly and forward to S. Bossary (.2). | Krieger, A. | 0.2 |
| 04/20/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/21/2006 | Research and obtain contact info for David Klauder for A. Krieger. | Magzamen, M. | 0.2 |
| 04/21/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.2 |
| 04/24/2006 | Telephone call with bank debt holder regarding status; review Capstone report regarding "Beaches" acquisition. | Kruger, L. | 0.9 |
| 04/24/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); review case file documents in preparation for central file supplementation (.6). | Mohamed, D. | 1.9 |
| 04/25/2006 | Attend to newly filed applications, certifications (.4). | Krieger, A. | 0.4 |
| 04/25/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.8 |
| 04/26/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); attention to retrieval of certain pleadings for attorney review (.5). | Mohamed, D. | 1.2 |
| 04/27/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.2 |
| 04/28/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed | Mohamed, D. | 1.0 |

# STROOCK

PAGE: 13

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.6). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 0.2 | $ 225 | $ 45.00 |
| Krieger, Arlene G. | 3.1 | 575 | 1,782.50 |
| Kruger, Lewis | 2.1 | 825 | 1,732.50 |
| Magzamen, Michael S. | 0.2 | 225 | 45.00 |
| Mohamed, David | 22.6 | 150 | 3,390.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,995.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,995.00 |
|-----------------------|------------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/03/2006 | Attended to memorandum re: CHL stipulation (.7); attend to memorandum to the committee re: pension plan and authorization (1.9); attend to Committee memorandum re: underwriter's settlement (2.1); memorandum to T. Maher re: CHL stipulation (.1). | Krieger, A. | 4.8 |
| 04/04/2006 | Attend to Committee memorandum re: Lloyd's settlement (3.2); exchanged memoranda with Pat McGrath re: preparation of insert for memorandum (.2); memorandum to the Committee re: CHL stipulation (.2); exchanged memoranda with Committee member re: DIP Agreement (.1); attend to memorandum to the Committee re: CHL stipulation (.2). | Krieger, A. | 3.9 |
| 04/04/2006 | Preparation for and conference call w/debtors and professionals re: case status (.8). | Pasquale, K. | 0.8 |
| 04/05/2006 | Attend to Pat McGrath comments to draft memorandum and prepare additional revisions to the memorandum (1.8); telephone calls P. McGrath re: insert analysis (.6). | Krieger, A. | 2.4 |
| 04/06/2006 | Attend to finalizing Committee memorandum re: Lloyd's settlement (.9); memorandum to T. Maher re: memorandum (.1); memorandum to the Committee re: Lloyd's settlement (.1). | Krieger, A. | 1.1 |
| 04/07/2006 | Attend to revisions to pension plan motions memo (.6); telephone call L. Hamilton re preparation of inserts for same and amount at issue (.3); exchanged memoranda with KP re: | Krieger, A. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | PD Committee inquiry (.1). | | |
| 04/10/2006 | Telephone call with Judge Pointer regarding PD/PI agreement and desire to meet with official committee (.3); telephone conference with K. Pasquale and A. Krieger regarding same (.3); telephone call with J. Baer regarding call with Judge Pointer (.2); telephone call with Judge Pointer confirming willingness to meet (.2); telephone call with D. Bernick regarding same (.2); office conference with K. Pasquale and A. Krieger regarding D. Bernick and J. Baer's calls (.3); email S. Baena and E. Inselbach regarding meeting (.2); telephone call with M. Shelnitz regarding same (.2). | Kruger, L. | 1.9 |
| 04/11/2006 | Attend to revised Committee memo re: pension motions (1.9). | Krieger, A. | 1.9 |
| 04/12/2006 | Further review Committee memo re: pension plan motion and telephone call L. Hamilton re: same (2.6). | Krieger, A. | 2.6 |
| 04/14/2006 | Office conference LK re: meeting of Debtors' representatives with the Committee (.1). | Krieger, A. | 0.1 |
| 04/14/2006 | Office conference with A. Krieger regarding 4/19 mediation (.2); office conference with A. Krieger regarding Debtors' meeting with Committee (.1); review email regarding Debtors' pension motions (.1). | Kruger, L. | 0.4 |
| 04/17/2006 | Memorandum to LK re: Capstone conversation with Blackstone re: Committee meeting with the Debtors and acquisition (.1); memorandum to T. Maher re: pension motions memorandum (.1). | Krieger, A. | 0.2 |
| 04/18/2006 | Attend to memorandum to the Committee re: pension motions (.2); attend to memorandum to the Committee re: 4/17/06 hearing (.2); telephone call M. Chehi re: Sealed Air position on pension motions (.1); telephone call T. | Krieger, A. | 1.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Maher re: mediation session (.1); conference call T. Maher, M. Chehi, LK re: attendance by Committee members (.5); attend to memorandum to the Committee re: Committee members participation at mediation and telephone call T. Maher (.2). | | |
| 04/18/2006 | Office conference with K. Pasquale and A. Krieger regarding Committee members desire to attend mediation (.2); telephone call with K. Pasquale, M. Chehi and T. Maher regarding attendance at mediation (.4); emails to Committee regarding attendance at mediation (.2). | Kruger, L. | 0.8 |
| 04/19/2006 | Attend to memorandum to the Committee re: conference call to discuss mediation (.5); exchanged memoranda with members re: conference call (.2). | Krieger, A. | 0.7 |
| 04/19/2006 | Office conference with K. Pasquale, A. Krieger and E. Ordway and telephone conference with T. Maher regarding proposal (.5); telephone call with J. Baer regarding proposal (.3); office conference with K. Pasquale and telephone call with M. Shelnitz regarding proposal (.5). | Kruger, L. | 1.3 |
| 04/20/2006 | Telephone call L. Hamilton re: Committee conference call (.1); conference call meeting of the Committee re: mediation session and follow-up office conference LK, KP (1.0); telephone call T. Maher, K. Kelly re: Committee conference (.1); telephone call Olivia Braun re: Committee discussion (.2); office conference KP, LK re: conversation with Olivia Braun (.3); memorandum to O. Braun (.1). | Krieger, A. | 1.8 |
| 04/20/2006 | Preparation for and telephone conference with Grace Committee reviewing ACC, PD and FR proposal, responses, strategy and financial analysis (1.6); telephone call with E. Ordway regarding financial matters (.2); office | Kruger, L. | 2.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| | conference with K. Pasquale and telephone call with T. Maher and K. Kelly (.3); review asbestos analysis (.3). | | |
| 04/20/2006 | Preparation for and meeting of Committee re: mediation (1.6). | Pasquale, K. | 1.6 |
| 04/21/2006 | Office conference KP re: conference with Committee member (.1); exchanged memorandum with Committee member (.3); memorandum to LK, KP re: proposed annual meeting with the Company (.1); follow up conference call and memoranda to Committee member (.8). | Krieger, A. | 1.3 |
| 04/21/2006 | O/c K. Pasquale and A. Krieger regarding possible Bank of Nova Scotia resignation from Committee; telephone call with Braun regarding same (.2). | Kruger, L. | 0.2 |
| 04/24/2006 | Attend to Capstone's revised POR analyses (.4); attend to Capstone's memo to Committee re: acquisition (.1); exchanged memoranda with Capstone re: correspondence from Scotia Bank (.1); memorandum to the Committee re: 4/25/06 conference call (.1). | Krieger, A. | 0.7 |
| 04/25/2006 | Memorandum to the Committee re: PI/PD POR proposal (.1); conference call with Committee re: PI/PD POR proposal, other (.9); office conference KP re: By-Laws inquiry and review of same (3.); memo to L. Hamilton re: meeting with the Company (.1). | Krieger, A. | 1.4 |
| 04/25/2006 | Office conference with K. Pasquale, A. Krieger and by phone with Committee regarding E. Ordway's presentation and agreeing to a response to Judge Pointer; review of M. Chehi's memo (.8); office conference with K. Pasquale, A. Krieger and by phone with Judge Pointer (.4). | Kruger, L. | 1.2 |
| 04/25/2006 | Preparation for and conference call with | Pasquale, K. | 1.7 |

# STROOCK

PAGE: 18

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee re: mediation (.8); attention to related issues (.6); telephone conference mediator (J. Pointer) re: same (.3). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 25.2 | $ 575 | $ 14,490.00 |
| Kruger, Lewis | 8.2 | 825 | 6,765.00 |
| Pasquale, Kenneth | 4.1 | 650 | 2,665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 23,920.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 23,920.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/12/2006 | Started to review time for Monthly Bill. | Holzberg, E. | 1.8 |
| 04/18/2006 | Reviewed and revised time in preparation of working on Monthly Application (2.6). | Holzberg, E. | 2.6 |
| 04/26/2006 | Attend to March 2006 fee statement (1.1). | Krieger, A. | 1.1 |
| 04/27/2006 | Made additional revisions to bill and gave to accounting to make adjustments. | Holzberg, E. | 1.0 |
| 04/28/2006 | Reviewed revisions and made additional revisions to time and gave to A.G. Krieger. | Holzberg, E. | 2.8 |
| 04/28/2006 | Office conference re: EH regarding March 2006 fee statement and preparation of quarterly January-March 2006 period (.1); attend to March 2006 fee statement (.8); memorandum to E. Holzberg re: Navigant's March 2006 invoice (.1). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 8.2 | $ 225 | $ 1,845.00 |
| Krieger, Arlene G. | 2.1 | 575 | 1,207.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,052.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,052.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 | | |
|----|----|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/06/2006 | T/c  bank debt holder re: case status (.5). | Pasquale, K. | 0.5 |
| 04/17/2006 | Memorandum to bank debt holder re: court hearing (.1). | Krieger, A. | 0.1 |
| 04/18/2006 | Telephone call bank debt holder re: 4/17/06 hearing (.3). | Krieger, A. | 0.3 |
| 04/18/2006 | Telephone conference bank debt holders re: results of court hearing (.6). | Pasquale, K. | 0.6 |
| 04/19/2006 | Telephone call with creditors regarding status (.3). | Kruger, L. | 0.3 |
| 04/19/2006 | Telephone conferences various bank debt holders re: status (.8). | Pasquale, K. | 0.8 |
| 04/20/2006 | Emails with bank debt holders regarding POR and Disclosure Statement (.2). | Kruger, L. | 0.2 |
| 04/21/2006 | Telephone call with bank debt holders regarding POR (.2). | Kruger, L. | 0.2 |
| 04/25/2006 | Telephone conference bank debt holders re: status (.4). | Pasquale, K. | 0.4 |
| 04/26/2006 | Telephone call R. Douglas re: bank debt holder inquiries (.5). | Krieger, A. | 0.5 |
| 04/26/2006 | Telephone call with bank debt holder regarding timetable and interest rate issues (.3). | Kruger, L. | 0.3 |

# STROOCK

---
PAGE: 21
---

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

PAGE: 22

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 575 | $ 517.50 |
| Kruger, Lewis | 1.0 | 825 | 825.00 |
| Pasquale, Kenneth | 2.3 | 650 | 1,495.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,837.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,837.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

---

PAGE: 23

---

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

---

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/20/2006 | Review Capstone Advisory Group's February 2006 fee statement in preparation for filing (.4); Preparation of notice and affidavit of service for same and forward to local counsel for filing (.6); preparation of service re: monthly fee statement (.6). | Mohamed, D. | 1.6 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 1.6 | $ 150 | $ 240.00 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 240.00 |
|---|---|

---

| TOTAL FOR THIS MATTER | $ 240.00 |
|---|---|

# STROOCK

---

PAGE: 24

---

| RE | Employee Benefits, Pension<br>699843  0021 | |
|----|-----|--|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/02/2006 | Memorandum to M. Wintner re: information request for pension motion (.1). | Krieger, A. | 0.1 |
| 04/03/2006 | Review pension funding motions and background information. | Holob, M. | 1.0 |
| 04/03/2006 | Telephone call L. Hamilton re: Blackstone conference call to discuss information requested (.1). | Krieger, A. | 0.1 |
| 04/04/2006 | Exchanged memoranda with L. Hamilton re: pension motion information (.1); exchanged memo with M. Wintner re: same (.1). | Krieger, A. | 0.2 |
| 04/05/2006 | Exchanged memoranda with L. Hamilton re: pension motion questions (.1); telephone call L. Hamilton re: conference call to discuss pension motion (.2); attend to Capstone memorandum re: response to information request (.1); conference call Sean Cunnignham and L. Hamilton re: pension motion, other employee-related matters (.6). | Krieger, A. | 1.0 |
| 04/06/2006 | Exchanged memoranda with L. Hamilton re: draft motion for enhanced benefits to Chicago facility (.1); attend to motion and changed exhibits for pension contribution motion and prepare revised Committee memorandum (3.4); memorandum to M. Wintner re: updated pension motions and exhibits (.2). | Krieger, A. | 3.7 |
| 04/07/2006 | Exchanged memoranda with L. Hamilton re: Committee memorandum and attend to revised | Krieger, A. | 1.6 |

# STROOCK

PAGE: 25

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | motions and exhibits, actuarial information (1.6). | | |
| 04/10/2006 | Telephone call L. Hamilton re: comments to draft pension memorandum to the Committee (.2). | Krieger, A. | 0.2 |
| 04/11/2006 | Exchanged memoranda with L. Hamilton re: pension motions (.3); memoranda with M. Wintner re: same (.2); attend to Capstone memorandum (.4); telephone call L. Hamilton re: comments on motions (.5). | Krieger, A. | 1.4 |
| 04/13/2006 | Review pension funding motions; discuss with M. Wintner. | Holob, M. | 1.6 |
| 04/13/2006 | Review debtors motion for authority to make pension plan contributions and supporting materials. | Wintner, M. | 1.0 |
| 04/14/2006 | Review actuarial background information on pension funding motions. | Holob, M. | 0.7 |
| 04/14/2006 | Exchanged memoranda with L. Hamilton re: pension matters (.1); memorandum to LK, KP re: Committee memorandum on pension motions (.1). | Krieger, A. | 0.2 |
| 04/17/2006 | Preparation for and meet with M. Wintner and Arlene Krieger to discuss pension funding motions; draft language for memo. | Holob, M. | 4.3 |
| 04/17/2006 | Exchanged memoranda with MW and office conference MW re Debtors' motions for pension authorization (.5); input modifications to pension memoranda (.3). | Krieger, A. | 0.8 |
| 04/17/2006 | Review debtors motion for authority to make pension plan contributions, supporting actuarial information, etc. (1.0); o/c Arlene Krieger and M. Holob re same (0.6), review M. Holob draft rider to explanatory memo for Creditors' Committee consideration (0.2). | Wintner, M. | 1.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/26/2006 | Attend to pension-related and other retiree benefit-related issues (1.6). | Krieger, A. | 1.6 |
| 04/27/2006 | Attend to pension and other retiree-benefit related issues (1.8); exchanged memoranda with J. Baer re: adjournment of pension motion hearing and discussion re: same (.1). | Krieger, A. | 1.9 |
| 04/28/2006 | Memorandum to J. Sakalo re: PD Committee position on Pension Motion (.1). | Krieger, A. | 0.1 |
| 04/28/2006 | Attend to pension case law re: pension issues (1.7). | Krieger, A. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holob, Marissa J. | 7.6 | $ 435 | $ 3,306.00 |
| Krieger, Arlene G. | 14.6 | 575 | 8,395.00 |
| Wintner, Mark | 2.8 | 745 | 2,086.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,787.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,787.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

---

PAGE: 27

---

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
| --- | --- |

---

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 04/03/2006 | Review revised memo to clients. | Berg, M. | 0.2 |
| 04/03/2006 | Exchanged memoranda with M. Berg re: CHL stipulation (.2); attend to revised stipulation from S. Bianca (.2). | Krieger, A. | 0.4 |
| 04/10/2006 | Exchanged memoranda with J. Baer re: CHL stipulation (.2). | Krieger, A. | 0.2 |
| 04/12/2006 | Attend to Debtors' motion for approval of CHL stipulation and memo to Debtors' counsel regarding stipulation and order (.6). | Krieger, A. | 0.6 |
| 04/19/2006 | Review draft Purchase Agreement re NJ asset acquisition; Capstone memo; comments on agreement. | Berg, M. | 2.5 |
| 04/19/2006 | Office conference M. Berg re: environmental issues raised by Catalyst Components acquisition and exchanged memoranda re: same (.6). | Krieger, A. | 0.6 |
| 04/20/2006 | Attend to draft Catalyst Components' Asset Purchase Agreement and MB comments and questions for the Debtors (1.0); prepare memorandum to the Debtors re: comments and questions on APA (.8); telephone call L. Hamilton re: same (.1). | Krieger, A. | 1.9 |
| 04/21/2006 | Conference call M. Berg, L. Hamilton re: Catalyst Components acquisition and follow-up (.8); exchanged memoranda with J. Baer re: conference call to address outstanding points (.2). | Krieger, A. | 1.0 |
| 04/24/2006 | Conference call with Grace, Capstone & Blackstone re: acquisition of Basell assets | Berg, M. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (1.2); o/c A. Krieger re: ground lease issues (0.2). | | |
| 04/24/2006 | Office conference L. Hamilton re: conference call with Grace, Blackstone to discuss outstanding environmental issues, Catalyst Components' acquisition (.1); follow-up memoranda re: conference call (.2); preparation for conference call (.6); conference call with representatives for Grace, Blackstone, Capstone re: Catalyst Components' acquisition and environmental-related issues and follow-up office conference M. Berg re: same (1.2). | Krieger, A. | 2.1 |
| 04/25/2006 | Review and comment on ground lease. | Berg, M. | 1.4 |
| 04/25/2006 | Exchanged memoranda with L. Hamilton re: Catalyst Components acquisition (.4); attend to review of draft ground lease (1.6); exchanged memoranda with M. Berg re: ground lease provisions (.7); attend to preparation of response to motion (.8); exchange of memoranda with Jack McFarland re: preparation of ancillary agreements and comments to draft ground lease (.5). | Krieger, A. | 4.0 |
| 04/27/2006 | Attend to revised APA and memorandum to J. McFarland re: same (2.1); telephone call L. Hamilton re: same (.1). | Krieger, A. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 5.5 | $ 595 | $ 3,272.50 |
| Krieger, Arlene G. | 13.0 | 575 | 7,475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,747.50 |
|-------------------------------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| PAGE: 29 | |
| --- | --- |
| TOTAL FOR THIS MATTER | $ 10,747.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 62.26 |
| Meals | 467.13 |
| Local Transportation | 73.00 |
| Long Distance Telephone | 87.56 |
| Duplicating Costs-in House | 10.10 |
| Filing Fees | 50.00 |
| Travel Expenses - Transportation | 1306.20 |
| Westlaw | 85.17 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,141.42 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,141.42 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

---

PAGE: 31

---

| RE | Insurance 699843  0028 |
|----|------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/02/2006 | Memorandum to R. Lewin, K. Pasquale re: Underwriters' settlement agreement and discussion with Debtors' counsel regarding same (.7). | Krieger, A. | 0.7 |
| 04/03/2006 | Prepare comment memorandum to Debtors' representatives re: settlement agreement (1.0); exchange memorandum with P. McGrath re: same (.2); memoranda to S. Bianca re: information request (.1); attend to memorandum from S. Bianca re: schedule of policies (.1). | Krieger, A. | 1.4 |
| 04/04/2006 | Attend to P. McGrath analyses on insurance coverage (.2). | Krieger, A. | 0.2 |
| 04/05/2006 | Telephone call S. Bianca re: conference call to discuss additional questions to the settlement agreement (.1); review settlement agreement (.6); conference call with Debtors representatives (.6). | Krieger, A. | 1.3 |
| 04/06/2006 | Attend to Escrow Agreement and memorandum to Debtor's counsel re: questions on same (.9); memorandum to P. McGrath re: settlement (.1); telephone call P. McGrath re: settlement memorandum (.3). | Krieger, A. | 1.3 |
| 04/06/2006 | Attention to memo re: Equitas settlement (.3). | Pasquale, K. | 0.3 |
| 04/07/2006 | Attend to insurance-related settlement material (1.1). | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/12/2006 | Memoranda to S. Bianca status of discussion on plan definition modification (.1). | Krieger, A. | 0.1 |
| 04/26/2006 | Memorandum to J. Baer re: Underwriters' settlement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 6.2 | $ 575 | $ 3,565.00 |
| Pasquale, Kenneth | 0.3 | 650 | 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,760.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,760.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/17/2006 | Travel time to and from Delaware (2.0). | Kruger, L. | 2.0 |
| 04/17/2006 | Travel to Wilmington, DE for omnibus hearing (2.0). | Pasquale, K. | 2.0 |
| 04/25/2006 | Travel in connection with attending District Court hearing re: Libby plaintiffs' appeal. | Papir, R. | 4.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 2.0 | $ 825 | $ 1,650.00 |
| Papir, Ryan M. | 4.6 | 395 | 1,817.00 |
| Pasquale, Kenneth | 2.0 | 650 | 1,300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,767.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,767.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843 0036                   |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/03/2006 | Office conference LK re: mediation (.1). | Krieger, A. | 0.1 |
| 04/04/2006 | Telephone call Judge Pointer re: status of mediation (.1); telephone call Jan Baer re: mediation status (.1). | Krieger, A. | 0.2 |
| 04/04/2006 | Telephone call with K. Pasquale, A. Krieger and Company regarding presentation regarding upcoming motions, Court hearing and mediation (.6); telephone call with Judge Pointer regarding mediation status (.2). | Kruger, L. | 0.8 |
| 04/10/2006 | Office conference LK, KP re: conversation with Judge Pointer regarding asbestos committees' agreement and then with T. Maher re: same and mediation session (.6). | Krieger, A. | 0.6 |
| 04/10/2006 | Telephone conference J. Baer re: status (.1); confer with Kruger, Krieger re: mediation issues (.8). | Pasquale, K. | 0.9 |
| 04/11/2006 | Office conference with K. Pasquale regarding POR issues (.3); review of same (.2); email from J. Baer regarding Pointer appointment time frame (.2). | Kruger, L. | 0.7 |
| 04/11/2006 | Confer L. Kruger re: mediation issues (.3); attention to same (.4). | Pasquale, K. | 0.7 |
| 04/13/2006 | Telephone call with M. Shelnitz regarding mediation. | Kruger, L. | 0.4 |
| 04/14/2006 | Office conferences LK re: mediation and 4/19/056 meeting (.2); attend to memoranda re: mediation (.1). | Krieger, A. | 0.3 |
| 04/14/2006 | Emails regarding mediation arrangements (.3). | Kruger, L. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/18/2006 | Telephone conference M. Shelnitz, J. Baer, R. Fink re: mediation, upcoming matters (.4); exchanged memoranda with L. Hamilton, S. Cunningham re: 4/19/06 mediation session (.1); telephone call S. Cunningham re: same, Committee meeting (.2); telephone call Judge Pointer re: mediation session (.2); telephone conference E. Ordway re: mediation (.1); attend to financial information (.4). | Krieger, A. | 1.4 |
| 04/18/2006 | Attend to preparation for 4/19/06 mediation session (1.2). | Krieger, A. | 1.2 |
| 04/18/2006 | Telephone call with K. Pasquale and Judge Pointer regarding his attendance at the mediation by phone (.3); preparation for mediation (.6); prepare for and meeting with E. Ordway regarding financial review prior to mediation (.2). | Kruger, L. | 1.1 |
| 04/18/2006 | Conference call with debtors, counsel re: plan mediation (.4); preparation for mediation and related issues (.8). | Pasquale, K. | 1.2 |
| 04/19/2006 | Office conference E. Ordway re: mediation (.2); meeting with LK, KP and Ed Ordway re: mediation and review of financial information (.2); mediation with Judge Pointer and representatives for the asbestos committee and futures representatives (2.0). | Krieger, A. | 2.4 |
| 04/19/2006 | Office conference with K. Pasquale, A. Krieger and E. Ordway preparing for mediation with ACC, PD, PI and FR (1.2) and with ACC, PD, PI, FR, Financial Advisors and Judge Pointer at which proposal presented (1.5). | Kruger, L. | 2.7 |
| 04/19/2006 | Preparation for and mediation session with PD, PI, FCR (3.5); conference call with T. Maher re: same(.3); reviewed Sealed Air PI claims estimation expert reports re: claims issues (2.0). | Pasquale, K. | 5.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/21/2006 | Office conference KP and conference call re: mediation (.5); attend to proposed revision on order re: extending exclusivity, mediation appointment (.1). | Krieger, A. | 0.6 |
| 04/21/2006 | Office conference with K. Pasquale, A. Krieger and by phone with J. Baer regarding mediation (.6). | Kruger, L. | 0.6 |
| 04/21/2006 | Office conference with K. Pasquale and A. Krieger regarding ACC proposal, possible responses (.2). | Kruger, L. | 0.2 |
| 04/21/2006 | Telephone conference J. Baer, A. Krieger re: mediation issues (.6); telephone conference G. Becker re: mediation (.3); attention to issues re: proposal (.5). | Pasquale, K. | 1.4 |
| 04/24/2006 | Attend to Capstone analyses of PI/PD proposal and telephone call R. Frezza and L. Hamilton re: same (.6); memorandum to LK, KP re: analysis (.1). | Krieger, A. | 0.7 |
| 04/24/2006 | Attention to Capstone's recovery analysis (.5). | Pasquale, K. | 0.5 |
| 04/25/2006 | Attend to revised Captone analysis re: PI/PD POR Proposal (.2); telephone call Judge Pointer re: Committee's position on PI/PD POR proposal and follow up office conference LK, KP re: same (.6). | Krieger, A. | 0.8 |
| 04/26/2006 | Telephone call Jan Baer re: mediation status, Libby trial (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.4 | $ 575 | $ 4,830.00 |
| Kruger, Lewis | 6.8 | 825 | 5,610.00 |
| Pasquale, Kenneth | 10.5 | 650 | 6,825.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,265.00 |
|------------------------------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1693816v1

# STROOCK

| PAGE: 37 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 17,265.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/11/2006 | Review of agenda for 41/7 hearing (.2). | Kruger, L. | 0.2 |
| 04/14/2006 | Attend to 4/17/06 hearing notice (.1); office conference LK re: hearing (.1); conference call D. Bernick re: hearing (.1). | Krieger, A. | 0.3 |
| 04/14/2006 | Office conference with A. Krieger regarding agenda for Court hearing (.2); telephone call with D. Bernick regarding agenda for Court hearing, presentations and mediation effort (.2); preparation for hearing on 4/17 (.2). | Kruger, L. | 0.6 |
| 04/14/2006 | Preparation for April 17 omnibus hearing (.8). | Pasquale, K. | 0.8 |
| 04/17/2006 | Attend (telephonically) court hearing (1.9) and prepare memorandum to the Committee re: same (1.0). | Krieger, A. | 2.9 |
| 04/17/2006 | Preparation for and attend court hearing regarding mediation, exclusivity, estimation, questionnaire issues and Libby claimants (3.2). | Kruger, L. | 3.2 |
| 04/17/2006 | Preparation for and participated in omnibus court hearing (3.0). | Pasquale, K. | 3.0 |
| 04/25/2006 | Prepared for (.5); attended (.5) and reviewed notes and drafted email summarizing (.3); District Court hearing re: Libby plaintiffs' appeal. | Papir, R. | 1.3 |
| 04/26/2006 | Attend to transcript of 3/27/06 hearing (.7). | Krieger, A. | 0.7 |

# STROOCK

---
PAGE: 39
---

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.9 | $ 575 | $ 2,242.50 |
| Kruger, Lewis | 4.0 | 825 | 3,300.00 |
| Papir, Ryan M. | 1.3 | 395 | 513.50 |
| Pasquale, Kenneth | 3.8 | 650 | 2,470.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,526.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,526.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 119,200.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 2,141.42 |
| TOTAL BILL | $ 121,341.92 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1