# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## APRIL 1, 2006 - APRIL 30, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 24.6 | $ 825 | $ 20,295.00 |
| Pasquale, Kenneth | 40.4 | 650 | 26,260.00 |
| Wintner, Mark | 2.8 | 745 | 2,086.00 |
| **Associates** | | | |
| Berg, Madelaine | 5.5 | 595 | 3,272.50 |
| Holob, Marissa | 7.6 | 435 | 3,306.00 |
| Krieger, Arlene G. | 93.9 | 575 | 53,992.50 |
| Papir, Ryan M. | 9.3 | 395 | 3,673.50 |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 8.4 | 225 | 1,890.00 |
| Lollie, Toya | 5.0 | 150 | 750.00 |
| Magzamen, Michael | 0.2 | 225 | 45.00 |
| Mohamed, David | 24.2 | 150 | 3,630.00 |
| **SUBTOTAL** | 221.9 | | $ 119,200.50 |
| **LESS 50% TRAVEL** | (4.3) | | (2,383.50) |
| **TOTAL** | 217.6 | | $ 116,817.00 |

SSL-DOCS1 1693816v1