# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2006 - APRIL 30, 2006**

| | |
|---|---:|
| Outside Messenger Service | $ 62.26 |
| Meals | 467.13 |
| Local Transportation | 73.00 |
| Long Distance Telephone | 87.56 |
| Duplicating Costs-in House | 10.10 |
| Filing Fees | 50.00 |
| Travel Expenses - Transportation | 1,306.20 |
| Westlaw | 85.17 |
| | |
| **Total** | **$ 2,141.42** |

SSL-DOCS1 1693816v1

# STROOCK

## DISBURSEMENT REGISTER

| DATE | May 25, 2006 |
|---|---|
| INVOICE NO. | 383182 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES RENDERED in the captioned matter for the period through April 30, 2006: including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Arnold A. Barnebei Assistant Counsel, Office of Chief Counsel, HARRISBURG, PA 17128 Tracking #:1Z10X8270190731972 on 03/28/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Mr. David Boyle Airgas Inc., 259 Radnor-Chester Road, RADNOR, PA 19087 Tracking #:1Z10X8270191192759 on 03/28/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192464730 on 03/28/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Mr. David Boyle Airgas Inc., 259 Radnor-Chester Road, RADNOR, PA 19087 Tracking #:1Z10X8270192554393 on 03/28/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270192869928 on | 6.38 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1693816v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | 03/28/2006 |  |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Epic Capital Claims Bankruptcy Services LLC, 757 Third Avenue, NEW YORK, NY 10017 Tracking #:1Z10X8270194290781 on 03/28/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194644345 on 03/28/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195151161 on 03/28/2006 | 8.80 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Epic Capital Claims Bankruptcy Services LLC, 757 Third Avenue, NEW YORK, NY 10017 Tracking #:1Z10X8270191802885 on 03/29/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Epic Capital Claims Bankruptcy Services LLC, 757 Third Avenue, NEW YORK, NY 10017 Tracking #:1Z10X8270193440852 on 03/29/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Harold S. Horwich E Bingham McCutcheon LLP, Renee M. Dailey Esq., HARTFORD, CT 06103 Tracking #:1Z10X8270198043826 on 03/29/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Epic Capital Claims Bankruptcy Services LLC, 757 Third Avenue, NEW YORK, NY 10017 Tracking #:1Z10X8270199230210 on 03/29/2006 | 6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Arnold A. Barnebei Assistant Counsel, Office of Chief Counsel, | -6.38 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | HARRISBURG, PA 17128 Tracking #:1Z10X8270190731972 on 03/28/2006 | |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Mr. David Boyle Airgas Inc., 259 Radnor-Chester Road, RADNOR, PA 19087 Tracking #:1Z10X8270191192759 on 03/28/2006 | -6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Mr. David Boyle Airgas Inc., 259 Radnor-Chester Road, RADNOR, PA 19087 Tracking #:1Z10X8270192554393 on 03/28/2006 | -6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Epic Capital Claims Bankruptcy Services LLC, 757 Third Avenue, NEW YORK, NY 10017 Tracking #:1Z10X8270194290781 on 03/28/2006 | -6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Epic Capital Claims Bankruptcy Services LLC, 757 Third Avenue, NEW YORK, NY 10017 Tracking #:1Z10X8270191802885 on 03/29/2006 | -6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Epic Capital Claims Bankruptcy Services LLC, 757 Third Avenue, NEW YORK, NY 10017 Tracking #:1Z10X8270193440852 on 03/29/2006 | -6.38 |
| 04/03/2006 | VENDOR: UPS; INVOICE#: 0000010X827136; DATE: 04/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Epic Capital Claims Bankruptcy Services LLC, 757 Third Avenue, NEW YORK, NY 10017 Tracking #:1Z10X8270199230210 on 03/29/2006 | -6.38 |
| 04/17/2006 | VENDOR: UPS; INVOICE#: 0000010X827156; DATE: 04/15/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197485084 on 04/10/2006 | 6.38 |
| 04/17/2006 | VENDOR: UPS; INVOICE#: 0000010X827156; DATE: 04/15/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197485084 | -6.38 |

# STROOCK

---

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | on 04/10/2006 | |
| 04/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827166; DATE: 04/22/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192202852 on 04/20/2006 | 6.38 |
| 04/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827166; DATE: 04/22/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192844883 on 04/20/2006 | 6.38 |
| 04/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827166; DATE: 04/22/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270192998075 on 04/20/2006 | 6.38 |
| 04/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827166; DATE: 04/22/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193432067 on 04/20/2006 | 8.80 |

**Outside Messenger Service Total**    **62.26**

**Meals**

| | | |
|------|-------------|--------|
| 04/26/2006 | VENDOR: Seamless Web; Invoice#: 116984; Date: 04/23/2006 - L.A. Cafe Catering; WR Grace/Mr.Kruger; Order Date: 04/18/06 13:57:00 | 467.13 |

**Meals Total**    **467.13**

**Local Transportation**

| | | |
|------|-------------|--------|
| 04/26/2006 | VENDOR: Petty Cash; INVOICE#: PC042606; DATE: 4/26/2006  M Berg Late work Pkg 4/19 | 33.00 |
| 04/26/2006 | VENDOR: Petty Cash; INVOICE#: PC042106; DATE: 4/26/2006 A Krieger cab from mediation 4/19 | 15.00 |
| 04/27/2006 | VENDOR: Petty Cash; INVOICE#: PC042606A; DATE: 4/27/2006 R Papir taxi Phila 4/25 | 25.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Local Transportation Total** | **73.00** |
| **Long Distance Telephone** | | |
| 04/04/2006 | EXTN.5430, TEL.410-531-4212, S.T.11:06, DUR.00:02:06 | 1.29 |
| 04/04/2006 | EXTN.5431, TEL.410-531-4212, S.T.10:54, DUR.00:00:48 | 0.43 |
| 04/05/2006 | EXTN.5544, TEL.617-722-4024, S.T.11:02, DUR.00:05:30 | 2.57 |
| 04/07/2006 | EXTN.3544, TEL.617-722-4024, S.T.16:31, DUR.00:13:06 | 6.01 |
| 04/10/2006 | EXTN.5431, TEL.410-531-4212, S.T.17:47, DUR.00:00:54 | 0.43 |
| 04/18/2006 | EXTN.5431, TEL.201-587-7114, S.T.10:27, DUR.00:02:00 | 0.86 |
| 04/18/2006 | EXTN.5544, TEL.201-587-7111, S.T.10:50, DUR.00:07:36 | 3.43 |
| 04/18/2006 | EXTN.5544, TEL.201-960-1510, S.T.14:09, DUR.00:00:54 | 0.43 |
| 04/19/2006 | EXTN.5544, TEL.267-321-6663, S.T.16:00, DUR.00:01:42 | 0.86 |
| 04/19/2006 | EXTN.5544, TEL.267-321-6663, S.T.16:02, DUR.00:00:30 | 0.43 |
| 04/19/2006 | EXTN.5544, TEL.617-722-4024, S.T.16:14, DUR.00:23:36 | 10.30 |
| 04/19/2006 | EXTN.2005, TEL.410-531-4212, S.T.15:52, DUR.00:31:36 | 13.73 |
| 04/19/2006 | EXTN.5004, TEL.617-722-4024, S.T.11:41, DUR.00:13:18 | 6.01 |
| 04/19/2006 | EXTN.5006, TEL.202-973-7203, S.T.17:05, DUR.00:02:48 | 1.29 |
| 04/19/2006 | EXTN.5006, TEL.215-665-2147, S.T.17:33, DUR.00:17:24 | 7.72 |
| 04/19/2006 | EXTN.5011, TEL.205-581-0778, S.T.12:34, DUR.00:04:00 | 1.72 |
| 04/19/2006 | EXTN.5011, TEL.205-581-0778, S.T.12:39, DUR.00:30:06 | 13.30 |
| 04/19/2006 | EXTN.5011, TEL.205-581-0778, S.T.13:28, DUR.00:04:24 | 2.15 |
| 04/19/2006 | EXTN.5014, TEL.410-531-4212, S.T.14:08, DUR.00:01:00 | 0.43 |
| 04/19/2006 | EXTN.5014, TEL.312-861-2248, S.T.14:09, DUR.00:02:24 | 1.29 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/20/2006 | EXTN.5431, TEL.201-587-7114, S.T.15:50, DUR.00:01:42 | 0.86 |
| 04/21/2006 | EXTN.5544, TEL.617-722-4024, S.T.10:37, DUR.00:01:00 | 0.43 |
| 04/21/2006 | EXTN.5544, TEL.617-722-4024, S.T.12:17, DUR.00:22:36 | 9.87 |
| 04/21/2006 | EXTN.5544, TEL.617-722-4024, S.T.12:40, DUR.00:00:36 | 0.43 |
| 04/21/2006 | EXTN.5562, TEL.864-461-2823, S.T.16:47, DUR.00:02:36 | 1.29 |
| | **Long Distance Telephone Total** | **87.56** |
| **Duplicating Costs-in House** | | |
| 04/14/2006 | | 5.80 |
| 04/14/2006 | | 0.30 |
| 04/14/2006 | | 0.10 |
| 04/14/2006 | | 0.10 |
| 04/20/2006 | | 3.80 |
| | **Duplicating Costs-in House Total** | **10.10** |
| **Filing Fees** | | |
| 04/13/2006 | VENDOR: CHASE Business Credit Card; INVOICE#: 040206; DATE: 4/2/2006  -  visa charge 03/28/06 Court Call LLC | 50.00 |
| | **Filing Fees Total** | **50.00** |
| **Travel Expenses - Transportation** | | |
| 04/10/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; BALK/HEIDI EWR.CLT MOB on 03/03/2006 | 695.60 |
| 04/10/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; BALK/HEIDI on 03/03/2006 | 47.00 |
| 04/10/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; BALK/HEIDI MOB.MEM EWR on 03/03/2006 | 563.60 |
| | **Travel Expenses - Transportation Total** | **1,306.20** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Westlaw** | | |
| 04/06/2006 | Duration 0:00:00; by Krieger, Arlene G. | 21.49 |
| 04/25/2006 | Duration 0:00:00; by Krieger, Arlene G. | 10.75 |
| 04/27/2006 | Duration 0:00:00; by Krieger, Arlene G. | 31.44 |
| 04/28/2006 | Duration 0:00:00; by Krieger, Arlene G. | 21.49 |
| **Westlaw Total** | | **85.17** |

### BILL DISBURSEMENT SUMMARY

| | |
|------|------|
| Outside Messenger Service | $ 62.26 |
| Meals | 467.13 |
| Local Transportation | 73.00 |
| Long Distance Telephone | 87.56 |
| Duplicating Costs-in House | 10.10 |
| Filing Fees | 50.00 |
| Travel Expenses - Transportation | 1306.20 |
| Westlaw | 85.17 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,141.42 |
|------|------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1