# Paul D. Henderson, P.C.
**Attorney At Law**
712 Division Avenue * Orange, Texas 77630
phenderson@paulhendersonlaw.com

(409) 886-0172 Telephone                                    (409) 886-3255 Facsimile

May 23, 2006

Bankruptcy Clerk
US Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Re:   CM/ECF Live Database
      Change of Firm and Change of Address

Dear Clerk:

   My firm represents claimants in several bankruptcies and would like to have the live database filing system reflect my name and new firm.

   My name is currently connected to the firm of Dies, Dies & Henderson which no longer exists. As of August 31, 2005, the Dies, Dies & Henderson firm was legally dissolved.

   If a change is not appropriate, please add my firm, **PAUL D. HENDERSON, P.C.** and my name, **Paul D. Henderson**, as a separate filing entity to the data base filing system. I have an established PACER account.

   I have filed Amended 2019 statements, with a change of address, in all bankruptcy that we are involved.

   Thank you for your assistance.

Sincerely,

Paul D. Henderson

PDH:bk

Enclosures