## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| W. R. GRACE & CO., et al., | ) | |
| | ) | |
| Debtors. | ) | |

## BILLING STATEMENT OF PLAN MEDIATOR

Attached is the billing statement of Sam C. Pointer, Jr., the Plan Mediator, covering his services and expenses (and those of Robin Graves) for the month of April 2006. This statement is being served by email on the persons specified in paragraph 4(d) of the Order dated March 9, 2006, appointing the Mediator. Payment should be made to Lightfoot, Franklin & White, LLC, EIN#63-1015138.

Dated: May 24, 2006

Sam C. Pointer, Jr.
Lightfoot, Franklin & White
Clark Building
400 North 20th Street
Birmingham, AL 35203
205-581-0778
spointer@lfwlaw.com

# LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

The Clark Building
400 20th Street North
BIRMINGHAM, ALABAMA 35203-3200
Telephone (205) 581-0700
Facsimile (205) 581-0799
FEIN - 63-1015138

May 23, 2006

SCP Mediation/Arbitration

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP                                  Invoice # 90102

For Services Rendered Through April 30, 2006

Previous Balance                                          $    47,748.63

Current Fees                               600.00

Current Disbursements                        7.33

Total Charges for this Bill                607.33

Total Due                                                 $    48,355.96

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**

## LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

May 23, 2006
Invoice # 90102

SCP Mediation/Arbitration                                           Page 2

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP

FOR PROFESSIONAL SERVICES RENDERED

04-19-06    SCP   Participate in mediation talks via telephone.
                           1.00 hrs  600.00 /hr      600.00
                                                  ----------
                Total Fees for this Matter      $    600.00

DISBURSEMENTS

        Internal Copies                                    5.25
        Long Distance Calls                                0.73
        Postage in Excess of $.37                          1.35
                                                       ----------
                Total Disbursements for this Matter   $    7.33

BILLING SUMMARY

        Sam C. Pointer Jr.         1.00  hrs  600.00  /hr      600.00
                                                          ------------
        TOTAL FEES                 1.00                $       600.00

        TOTAL DISBURSEMENTS                            $         7.33

        TOTAL CHARGES FOR THIS BILL                    $       607.33

        PREVIOUS BALANCE                      47,748.63

        TOTAL DUE                                      $    48,355.96