IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: June 20, 2006 @ 4:00 p.m.** |

**FIFTY-SIXTH MONTHLY FEE APPLICATION OF L TERSIGNI CONSULTING P.C., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE& CO., *ET AL.*
FOR THE PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006**

| | |
|---|---|
| Name of Applicant: | L Tersigni Consulting P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | April 1, 2006 through April 30, 2006 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 117,186.40 (80% of $146,483.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 210.70 |

This is a: ____**X**____monthly _____ interim _____ final application.

L Tersigni Consulting P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

{D0060673:1 }

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | 4/12/01 through 7/31/01 | $16,986.25 | $1,037.07 | $16,986.25 | $1,037.07 |
| 9/28/01 | 8/1/01 through 8/31/01 | $27,927.60 (80% of 34,909.50) | $2,551.74 | $34,909.50 | $2,551.74 |
| 10/30/01 | 9/1/01 through 9/30/01 | $767.00 (80% of $958.75) | $43.80 | $958.75 | $43.80 |
| 11/30/01 | 10/1/01 through 11/1/01 | $9,869.00 (80% of $12,336.25) | $2,036.35 | $12,336.25 | $2,036.35 |
| 12/31/01 | 11/2/01 through 11/30/01 | $22,567.00 (80% of $28,208.75) | $148.70 | $28,208.75 | $148.70 |
| 1/28/02 | 12/1/01 through 12/31/01 | $5,109.00 (80% of $6,386.25) | $133.70 | $6,362.86 ($23.39 deduction) | $133.70 |
| 3/5/02 | 1/1/02 through 1/31/02 | $8,360.20 (80% of $10,450.25) | $32.54 | $10,450.25 | $32.54 |
| 4/2/02 | 2/1/02 through 2/28/02 | $3,027.20 (80% of $3,784.00) | $22.81 | $3,784.00 | $22.81 |
| 4/30/02 | 3/1/02 through 3/31/02 | $32,085.00 (80% of $40,106.25) | $1,184.09 | $39,893.75 ($40,106.25-212.50) | $1,184.09 |
| 6/3/02 | 4/1/02 through 4/30/02 | $18,578.00 (80% of $23,222.50) | $163.81 | $23,222.50 | $163.81 |
| 7/16/02 | 5/1/02 through 5/31/02 | $38,345.40 (80% of $47,931.75) | $546.95 | $47,931.75 | $546.95 |
| 7/30/02 | 6/1/02 through 6/30/02 | $37,110.60 (80% of $46,388.25) | $244.43 | $46,388.25 | $244.43 |
| 9/10/02 | 7/1/02 through 7/31/02 | $158,711.40 (80% of $198,389.25) | $2,315.77 | $198,389.25 | $2,315.77 |
| 10/8/02 | 8/01/02 through 8/31/02 | $56,949.20 (80% of $71,186.50) | $550.89 | $71,186.50 | $550.89 |
| 11/7/02 | 9/01/02 through 9/30/02 | $96,580.40 (80% of $120,725.50) | $590.18 | $120,646.75 ($120,725.50-78.75) | $590.18 |
| 12/3/02 | 10/01/02 through 10/31/02 | $17,331.60 (80% Of $21,664.50) | $109.33 | $21,664.50 | $109.33 |
| 1/6/03 | 11/01/02 through 11/30/02 | $44,366.40 (80% of $55,458.00) | $267.18 | $55,458.00 | $267.18 |
| 1/28/03 | 12/01/02 through 12/31/02 | $7,100.60 (80% of $8,875.75) | $48.52 | $8,875.75 | $48.52 |
| 2/28/03 | 1/01/03 through 1/31/03 | $7,206.80 (80% of $9,008.50) | $51.46 | $9,008.50 | $51.46 |
| 3/31/03 | 2/01/03 through 2/28/03 | $29,952.00 (80% of $37,440.00) | $1,210.37 | $37,440.00 | $1,210.37 |

| | | | | | |
|---|---|---|---|---|---|
| 5/1/03 | 3/01/03 through 3/31/03 | $ 1,800.40 (80% of $2,250.50) | $20.00 | $2,250.50 | $20.00 |
| 5/29/03 | 4/1/03 through 4/30/03 | $ 4,609.60 (80% of $5,762.00) | $26.20 | $5,762.00 | $26.20 |
| 7/1/03 | 5/1/03 through 5/31/03 | $12,521.60 (80% of $15,652.00) | $68.43 | $15,652.00 | $68.43 |
| 8/5/03 | 6/1/03 through 6/30/03 | $9,310.00 (80% of $11,637.50) | $59.60 | $11,637.50 | $59.60 |
| 9/3/03 | 7/1/03 through 7/31/03 | $25,630.80 (80% of $32,038.50) | $159.60 | $32,038.50 | $159.60 |
| 10/8/03 | 8/1/03 through 8/31/03 | $89,638.40 (80% of $112,048.00) | $869.91 | $112,048.00 | $869.91 |
| 11/12/03 | 9/1/03 through 9/30/03 | $105,480.40 (80% of $131,850.50) | $183.90 | $131,850.50 | $183.90 |
| 12/22/03 | 10/1/03 through 10/31/03 | $88,490.40 (80% of $110,613.00) | $183.50 | $110,613.00 | $183.50 |
| 1/6/04 | 11/1/03 through 11/30/03 | $51,924.40 (80% of $64,905.50) | $164.15 | $64,905.50 | $164.15 |
| 2/10/04 | 12/1/03 through 12/31/03 | $46,550.40 (80% of $58,188.00) | $122.23 | $58,188.00 | $122.23 |
| 3/9/04 | 1/1/04 through 1/31/04 | $63,494.80 (80% of $79,368.50) | $143.88 | $79,368.50 | $143.88 |
| 4/30/04 | 2/1/04 through 2/29/04 | $61,460.40 (80% of $76,825.50) | $2,530.27 | $76,825.50 | $2,530.27 |
| 4/30/04 | 3/1/04 through 3/31/04 | $ 25,511.20 (80% of $31,889.00) | $123.95 | $31,889.00 | $123.95 |
| 6/2/04 | 4/1/04 through 4/30/04 | $43,258.00 (80% of $54,072.50) | $92.25 | $54,072.50 | $92.25 |
| 7/1/04 | 5/1/04 through 5/31/04 | $40,138.00 (80% of $50,172.50) | $88.38 | $50,172.50 | $88.38 |
| 8/5/04 | 6/1/04 through 6/30/04 | $79,479.60 (80% of $99,349.50) | $970.99 | $99,349.50 | $970.99 |
| 9/1/04 | 7/1/04 through 7/31/04 | $54,896.40 (80% of $68,620.50) | $492.95 | $68,620.50 | $492.95 |
| 10/4/04 | 8/01/04 through 8/31/04 | $43,900.00 (80% of $54,875.00) | $86.17 | $54,875.00 | $ 86.17 |
| 11/4/04 | 9/01/04 through 9/30/04 | $87,277.60 (80% of $109,097.00) | $350.66 | $109,097.00 | $350.66 |
| 12/6/04 | 10/1/04 through 10/31/04 | $64,650.00 (80% of $80,812.50) | $112.52 | $80,812.50 | $112.52 |

| | | | | | |
|---|---|---|---|---|---|
| 1/10/05 | 11/1/04 through 11/30/04 | $84,305.60 (80% of $105,382.00) | $188.60 | $105,382.00 | $188.60 |
| 1/31/05 | 12/1/04 through 12/31/04 | $9,754.00 (80% of $12,192.50) | $24.39 | $12,192.50 | $24.39 |
| 3/2/05 | 1/1/05 through 1/31/05 | $29,465.60 (80% of $36,832.00) | $120.31 | $36,832.00 | $120.31 |
| 4/20/05 | 2/1/05 through 2/28/05 | $67,475.20 (80% of $84,344.00) | $1,651.36 | $84,344.00 | $1,651.36 |
| 5/2/05 | 3/1/05 through 3/31/05 | $120,189.60 (80% of $150,237.00) | $201.92 | $150,237.00 | $201.92 |
| 5/31/05 | 4/1/05 through 4/30/05 | $107,149.60 (80% of $133,937.00) | $190.54 | $133,937.00 | $190.54 |
| 7/5/05 | 5/1/05 through 5/31/05 | $121,584.00 (80% of $151,980.00) | $456.60 | $151,980.00 | $456.60 |
| 7/29/05 | 6/1/05 through 6/30/05 | $64,520.80 (80% of $80,651.00) | $160.70 | $80,651.00 | $160.70 |
| 9/8/05 | 7/1/05 through 7/31/05 | $157,796.40 (80% of $197,245.50) | $1,418.65 | $197,245.50 | $1,418.65 |
| 9/29/05 | 8/1/05 through 8/31/05 | $58,146.80 (80% of $72,683.50) | $125.95 | $72,683.50 | $125.95 |
| 11/7/05 | 9/1/05 through 9/30/05 | $90,325.20 (80% of $112,906.50) | $839.10 | $112,906.50 | $839.10 |
| 12/5/05 | 10/1/05 through 10/31/05 | $85,146.00 (80% of $106,432.50) | $141.28 | $85,146.00 | $141.28 |
| 1/6/06 | 11/1/05 through 11/30/05 | $94,671.60 (80% of $118,339.50) | $175.92 | $94,671.60 | $175.92 |
| 1/31/06 | 12/1/05 through 12/31/05 | $39,947.20 (80% of $49,934.00) | $280.31 | $39,947.20 | $280.31 |
| 3/3/06 | 1/1/06 through 1/31/06 | $55,948.40 (80% of $69,935.50) | $116.82 | $55,948.40 | $116.82 |
| 4/5/06 | 2/1/06 through 2/28/06 | $146,395.60 (80% of $182,994.50) | $2,106.22 | $146,395.60 | $2,106.22 |
| **5/3/06** | **3/1/06 through 3/31/06** | **$161,094.00 (80% of $201,367.50)** | **$1,103.44** | **Pending** | **Pending** |
| **5/31/06** | **4/1/06 through 4/30/06** | **$117,186.40 (80% of $146,483.00)** | **$210.70** | **Pending** | **Pending** |

{D0060673:1}                                   4

## SUMMARY OF COMPENSABLE TIME OF ACCOUNTANTS AND FINANCIAL ADVISORS FOR BILLING PERIOD
## APRIL 1, 2006 THROUGH APRIL 30, 2006

| Name, Position, Years of Experience | Hours Billed | 2006 Hourly Rate | Amount of Fee |
|---|---|---|---|
| Loreto T. Tersigni, President, 33+ years | 3.40 | $560.00 | $1,904.00 |
| James Sinclair, Senior Managing Director, 36+ years | 117.40 | $530.00 | $62,222.00 |
| Robert Mathews, Managing Director, 22+ years | 8.00 | $515.00 | $4,120.00 |
| Michael Berkin, Managing Director, 13+ years | 42.60 | $515.00 | $21,939.00 |
| Peter Rubsam, Managing Director, 13+ years | 22.80 | $515.00 | $11,742.00 |
| Aaron Prills, Senior Manager, 7+ years | 75.30 | $360.00 | $27,108.00 |
| Cheryl Wright, Senior Manager, 5+ years | 34.30 | $360.00 | $12,348.00 |
| Dottie-Jo Collins, Manager, 21+ years | 17.00 | $300.00 | $5,100.00 |
| **Total/Average** | **320.80** | **$456.62** | **$146,483.00** |

{D0060673:1}    5

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 4/1/06 through 4/30/06 | Total Fees for the Period 4/1/06 through 4/30/06 |
|---|---:|---:|
| Asset Disposition/Acquisition #01 | | |
| Asset Disposition #02 | | |
| Committee Matters #07 | 0.50 | $    257.50 |
| Employee Benefits/Pension #08 | 54.20 | $26,367.00 |
| Fee Application-Applicant #11 | 17.60 | $5,436.00 |
| Plan of Reorganization #16 | 67.00 | $35,354.00 |
| Tax Issues #18 | | |
| Travel- Non Working #20 | 5.00 | $ 2,317.00 |
| Valuation #21 | 105.80 | $49,604.00 |
| Business Analysis #26 | 37.20 | $15,087.50 |
| Data Analysis #28 | 33.50 | $12,060.00 |
| **Grand totals** | **320.80** | **$146,483.00** |
| | | |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period April 1-30, 2006 |
|---|---|---:|
| Facsimile ($0.50 per page-Outbound Only) | | |
| Long Distance Telephone | | $79.10 |
| In-house reproduction ($0.10 per page) | | $73.60 |
| Overnight courier-FedX | | |
| Research/PACER | | |
| Postage | | |
| Travel | | $58.00 |
| **Total:** | | **$ 210.70** |

                    L TERSIGNI CONSULTING P.C.

*/s/ Loreto T. Tersigni*
Loreto T. Tersigni
1010 Summer Street – Suite 201
Stamford, CT  06905
(203) 252-2564

Accountant and Financial Advisor for the
Official Committee of Asbestos Personal Injury
Claimants

Dated: May 31, 2006

{D0060673:1 }                              7