## EXHIBIT A

### Case Administration (30.10 Hours; $ 9,123.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.80 | $760 | 3,648.00 |
| Rita C. Tobin | 1.10 | $435 | 478.50 |
| Kirsten Burmester | 20.30 | $205 | 4,161.50 |
| David B. Smith | 3.40 | $220 | 748.00 |
| Velma Wright | .50 | $175 | 87.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/03/06 | RCT | 435.00 | 0.20 | Review local counsel recommendations re EI update. |
| 04/03/06 | KB | 205.00 | 7.00 | Drafted memo on which victims are entitled to restitution. |
| 04/04/06 | PVL | 760.00 | 0.60 | Confer Horkovich (.3); confer EI (.2); review 8 miscellaneous filings (.1). |
| 04/04/06 | DBS | 220.00 | 0.30 | Compile transcript for attorney review. |
| 04/04/06 | KB | 205.00 | 7.00 | Drafted memo on which victims are entitled to restitution. |
| 04/05/06 | DBS | 220.00 | 0.80 | Compile deposition exhibits for attorney review. |
| 04/05/06 | KB | 205.00 | 6.30 | Drafted memo on which victims are entitled to restitution. |
| 04/06/06 | PVL | 760.00 | 0.10 | Review e-mail. |
| 04/07/06 | DBS | 220.00 | 0.30 | Compile documents for attorney review. |
| 04/07/06 | VW | 175.00 | 0.50 | Organize case file documents |
| 04/10/06 | PVL | 760.00 | 0.10 | Review 8 misc. filings. |
| 04/12/06 | PVL | 760.00 | 0.20 | Review e-mail (.1); review 2 misc. filings (.1). |
| 04/12/06 | RCT | 435.00 | 0.50 | Review prebills. |
| 04/13/06 | DBS | 220.00 | 0.50 | Compile deposition exhibits for attorney review. |

{D0060676:1 }

| 04/14/06 | PVL | 760.00 | 0.10 | Review 6 miscellaneous filings. |
|---|---|---|---|---|
| 04/14/06 | DBS | 220.00 | 1.10 | Compile deposition exhibits for attorney review. |
| 04/17/06 | PVL | 760.00 | 1.30 | Confer Bernick (.7); confer Hurford (.1); confer Frankel (.1); confer Baena and Dies (.2); teleconference EI (.1); review 4 miscellaneous filings and e-mail (.1). |
| 04/17/06 | DBS | 220.00 | 0.40 | Compile correspondence for attorney review. |
| 04/18/06 | PVL | 760.00 | 0.30 | Review e-mail (.2); review Hurford memo (.1). |
| 04/19/06 | PVL | 760.00 | 0.80 | Review e-mail and reply (.3); teleconference Rega (.4); review EI memo (.1). |
| 04/20/06 | PVL | 760.00 | 0.90 | Teleconference Pitkow (.3); review 4/17/06 transcript (.6). |
| 04/21/06 | RCT | 435.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 04/24/06 | PVL | 760.00 | 0.30 | Review LTC memo re prop acquisition (.1); review SCDHEC stip and COC (.1); review e-mail and reply (.1). |
| 04/25/06 | PVL | 760.00 | 0.10 | Review 5 miscellaneous filings. |
| 04/28/06 | RCT | 435.00 | 0.20 | Review local counsel recommendations and docket re EI update. |

**Total Task Code .04        30.10**


**Claim Analysis Objection & Resolution (Asbestos) (8.50 Hours; $ 5,020.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $760 | 380.00 |
| Ronald E. Reinsel | 8.00 | $580 | 4,640.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/10/06 | PVL | 760.00 | 0.20 | Review Kinsella aff. (.1); review e-mail (.1). |

{D0060676:1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 04/19/06 | RER | 580.00 | 2.70 | Teleconf re: environmental claims and review judgment and brief research re: same. |
| 04/20/06 | RER | 580.00 | 2.40 | Research re: environmental claim status and teleconfs re: same. |
| 04/21/06 | PVL | 760.00 | 0.30 | Review 3 Anderson Memorial filings re class cert. |
| 04/21/06 | RER | 580.00 | 2.50 | Review re: Grace environ. claim status and conference call re: same. |
| 04/21/06 | RER | 580.00 | 0.40 | Teleconf. w/FCR counsel re: environ. claims. |

**Total Task Code .05    8.50**


**Employee Benefits/Pension (.40 Hours; $ 304.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $760 | 304.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/27/06 | PVL | 760.00 | 0.30 | Teleconference Hurford (.2); review e-mail (.1). |
| 04/28/06 | PVL | 760.00 | 0.10 | Review e-mail. |

**Total Task Code .08    .40**


**Fee Applications, Applicant (3.70 Hours; $ 859.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .70 | $435 | 304.50 |
| Andrew D. Katznelson | 3.00 | $185 | 555.00 |

{D0060676:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/03/06 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 04/06/06 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 04/18/06 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 04/19/06 | RCT | 435.00 | 0.50 | Second looks |
| 04/24/06 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 04/25/06 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 04/28/06 | RCT | 435.00 | 0.20 | Review fee app schedule for May |

**Total Task Code .12    3.70**


**Financing (.20 Hours; $ 167.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $835 | 167.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/24/06 | EI | 835.00 | 0.20 | Proposed acquisitions. |

**Total Task Code .14    .20**
**Hearings (3.70 Hours; $ 2,864.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $835 | 584.50 |
| Peter Van N. Lockwood | 3.00 | $760 | 2,280.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0060676:1 }

| 04/11/06 | EI | 835.00 | 0.70 | Conf. PVNL/NDF/M. Hurford re: plans for hearing (.7). |
| 04/15/06 | PVL | 760.00 | 0.40 | Prep for 4/17 hearing. |
| 04/16/06 | PVL | 760.00 | 0.60 | Review JAL e-mail and draft order (.1); prep for 4/17 hearing (.5). |
| 04/17/06 | PVL | 760.00 | 2.00 | Attend omnibus hearing. |

**Total Task Code .15     3.70**


**Litigation and Litigation Consulting (218.20 Hours; $ 70,387.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 13.80 | $835 | 11,523.00 |
| Nathan D. Finch | 6.60 | $525 | 3,465.00 |
| Jeffrey A. Liesemer | 36.90 | $425 | 15,682.50 |
| James P. Wehner | 2.50 | $405 | 1,012.50 |
| Adam L. VanGrack | 138.50 | $250 | 34,625.00 |
| Stacie M. Evans | 19.90 | $205 | 4,079.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/06 | SME | 205.00 | 1.00 | Create index re: response to document requests. |
| 04/03/06 | SME | 205.00 | 1.00 | Prepare chart re: response to discovery requests. |
| 04/03/06 | JAL | 425.00 | 1.30 | Office conference w/NDF re: proposed stipulation relating to estimation discovery (.10); reviewed and revised draft stipulation pertaining to estimation discovery (1.0); telephone call w/D. Felder re: draft stipulation relating to estimation discovery (.10); drafted and revised e-mail to D. Felder regarding same (.10). |
| 04/03/06 | ALV | 250.00 | 2.20 | Review documents produced by debtors from Boston repository for relevance. |
| 04/04/06 | SME | 205.00 | 4.80 | Prepare chart re: response to discovery requests. |
| 04/04/06 | JAL | 425.00 | 1.10 | Estimation discovery planning (.40); review and analysis of materials relating to Libby claimants' estimation (.70). |

{D0060676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/04/06 | ALV | 250.00 | 9.60 | Review documents produced by debtors from Boston repository for relevance (5.0); review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance (4.6). |
| 04/04/06 | JPW | 405.00 | 1.50 | Draft significant documents memo (1.2); communicate with experts re reports (0.3) |
| 04/05/06 | SME | 205.00 | 0.70 | Prepare chart re: response to discovery requests. |
| 04/05/06 | NDF | 525.00 | 1.50 | Analyze insurance issues for (1.0) objection to settlement with Equitas and (2) further uses in case (.3). |
| 04/05/06 | ALV | 250.00 | 6.00 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/06/06 | EI | 835.00 | 0.30 | Memos re: Property Damage. |
| 04/06/06 | NDF | 525.00 | 3.80 | Work on asbestos estimation issues (experts and prior reports for same). |
| 04/06/06 | ALV | 250.00 | 7.10 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/07/06 | EI | 835.00 | 1.20 | Memos re: PD issues (.5); attempt to reach Pointer (.2); KB memo (.3); t/c Budd re: same (.2). |
| 04/07/06 | SME | 205.00 | 1.90 | Prepare chart re: response to discovery requests. |
| 04/07/06 | JAL | 425.00 | 0.30 | E-mail correspondence exchange with SME re: Sealed Air documents (.20); telephone call and message to D. Felder re: draft expert witness stipulation(.10). |
| 04/07/06 | ALV | 250.00 | 4.20 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/10/06 | EI | 835.00 | 1.00 | T/c NDF and read Hurford memo re: status (.3); t/c's Pointer re: status (.3); t/c's M. Dies re: status (.3); memos (.1). |
| 04/10/06 | JAL | 425.00 | 1.80 | Office conference w/NDF re: Grace estimation of claims and discovery issues (.40); drafted and revised e-mail to B. Harding re: requested mediation session |

{D0060676:1 }

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | on Whitehouse discovery issues (.30); drafted and revised memo to M. Hurford re: estimation of claims and discovery issues (.30); reviewed memo from M. Hurford re: issues relating to next week's omnibus hearing (.20); review and analysis of papers filed by the PI Committee re: Libby claimant issues (.60). |
| 04/10/06 | ALV | 250.00 | 3.00 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/11/06 | EI | 835.00 | 0.40 | Memo re: status (.3); t/c Budd (.1). |
| 04/11/06 | JAL | 425.00 | 2.00 | Review of Grace agenda letter and related materials (.40); conference call w/EI, PVNL, NDF, and M. Hurford re: strategy issues (.70); review and editing of spreadsheet prepared by SME re: Sealed Air documents (.30); telephone call and message to B. Harding re: upcoming discovery mediation (.10); reviewed and edited draft letter to B. Harding re: claims data base issues (.40); drafted e-mail to D. Relles re: same (.10). |
| 04/11/06 | ALV | 250.00 | 4.00 | Review documents produced by debtors from Boston repository for relevance. |
| 04/12/06 | JAL | 425.00 | 4.00 | Review spreadsheet re: Sealed Air documents and the documents themselves listed therein (3.7); office conference w/NDF re: estimation and related discovery issues (.30). |
| 04/12/06 | ALV | 250.00 | 4.10 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/13/06 | JAL | 425.00 | 4.10 | Reviewed e-mail exchanges between NDF and M. Hurford re: upcoming omnibus hearing (.10); telephone call w/DBS re: Sealed Air documents (.10); office conference w/DBS re: Sealed Air documents (.10); reviewed memo from M. Hurford re: scheduling and planning issues in estimation proceeding, and drafted and revised e-mail to M. Hurford re: same (.40); review and analysis of materials in preparation for mediation session on discovery issues (.80); participated in discovery mediation session with regard to the Libby claimant issues (2.50); drafted e-mail to NDF re: mediation session dealing with Libby claimant discovery issues (.10). |

{D0060676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/13/06 | ALV | 250.00 | 5.90 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/13/06 | JPW | 405.00 | 0.60 | Telephone conference with B. Longo re report (.2); expert report issues (.4) |
| 04/14/06 | EI | 835.00 | 0.20 | Memo to M. Dies. |
| 04/14/06 | JAL | 425.00 | 4.30 | Drafted and revised memo to EI, PVNL and NDF re: yesterday's mediation session (1.8); review and analysis of materials relating to estimation issues and next week's omnibus hearing (.50); drafted and revised proposed language for inclusion in stipulation or proposed order regarding Libby claimant discovery (1.2); telephone call with PVNL re: issues relating to upcoming omnibus hearing (.10); drafted and revised memo to B. Harding and B. Stansbury, debtors' counsel, attaching proposed language relating to Libby claimant discovery issues (.70). |
| 04/14/06 | ALV | 250.00 | 4.50 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/15/06 | JAL | 425.00 | 1.30 | Review and analysis of drafts of Libby discovery orders (.60); drafted and revised memo to EI, PVNL and NDF re: draft Libby claimant discovery orders (.70). |
| 04/16/06 | SME | 205.00 | 0.40 | Review materials re: recent developments in asbestos litigation. |
| 04/16/06 | JAL | 425.00 | 1.30 | Review and analysis of draft Libby discovery order and protective order (.90); telephone conference w/B. Harding re: draft Libby discovery order and protective order (.20); telephone conference w/B. Stansbury re: draft discovery order and protective order (.20). |
| 04/16/06 | ALV | 250.00 | 2.60 | Review documents produced by debtors from Boston repository for relevance. |
| 04/17/06 | EI | 835.00 | 2.40 | Prep for mediation (2.0); t/c Frankel re: same (.1); t/c PVNL re: same and court hearing (.3). |

{D0060676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/17/06 | SME | 205.00 | 0.40 | Create chart re: deposition exhibits from Sealed Air case. |
| 04/17/06 | NDF | 525.00 | 1.00 | Correspond with clients and respond to Harding letter regarding objections to questionnaire. |
| 04/17/06 | JAL | 425.00 | 4.70 | Review and analysis of revised drafts of Libby discovery order and protective order (.30); telephone conference among the parties re: the re-drafts of the Libby discovery order and protective order (1.10); drafted and revised memo to EI, PVNL, and NDF re: the re-drafts of the Libby discovery and protective orders (.50); second telephone conference re: the re-drafts of the Libby discovery and protective orders (.60); telephone conference w/M. Hurford re: the re-drafts of the Libby discovery and protective orders (.40); third telephone conference re: re-drafts of the Libby discovery and protective orders (.80); second telephone conference w/M. Hurford re: the re-drafts of the Libby discovery and protective orders (.40); review and analysis of letter from debtors' counsel addressing questionnaire issues (.10); telephone call w/D. Felder re: issues pertaining to estimation discovery and extension of exclusivity (.20); reviewed letter from NDF to B. Harding re: objections to questionnaires (.10); reviewed weekly recommendation memo from M. Hurford (.20). |
| 04/17/06 | ALV | 250.00 | 10.10 | Review documents produced by debtors from Boston repository for relevance (5.0); review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance (5.1). |
| 04/18/06 | EI | 835.00 | 1.90 | Prep for meeting (.7); memo re: same (.2); t/c Pointer (.2); t/cs Kruger (.2); t/c Sinclair to prep (.1); t/c Wyron re: status (.5). |
| 04/18/06 | SME | 205.00 | 0.40 | Create chart re: jury verdicts for asbestos-related injuries. |
| 04/18/06 | SME | 205.00 | 4.60 | Create chart re: documents produced during Sealed Air case. |
| 04/18/06 | JAL | 425.00 | 0.50 | E-mail exchanges w/B. Harding, debtors' counsel, re: draft discovery order and protective order pertaining to Libby claimants (.30); e-mail exchanges w/M. Hurford re: draft discovery order and protective order (.20). |

{D0060676:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/18/06 | ALV | 250.00 | 7.50 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/18/06 | JPW | 405.00 | 0.40 | Telephone conference with B. Longo re expert report |
| 04/19/06 | EI | 835.00 | 5.30 | Prep for meetings (1.5); conf. Weitz, Sinclair, Dies, Speights, Scott, Baena, Sakalo, Austern, Frankel, Wyron, Radecki, Brownstein (1.5); conf. same plus Kruger, Pasquale, Krieger of Stroock & Stroock & Lavan (1.5); conf. D. Cohn (.3); memo (.5). |
| 04/19/06 | JAL | 425.00 | 0.60 | E-mail correspondence w/M. Hurford re: draft Discovery Order and Protective Order pertaining to Libby claimants (.20); drafted and revised language at the request of B. Harding to be inserted in draft protective order relating to Libby claimants (.40). |
| 04/19/06 | ALV | 250.00 | 8.30 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/20/06 | EI | 835.00 | 0.30 | T/c Frankel re: negotiations. |
| 04/20/06 | SME | 205.00 | 0.20 | Create chart showing verdicts for asbestos-related injuries. |
| 04/20/06 | JAL | 425.00 | 0.20 | Telephone call re: inquiry from individual asbestos claimant. |
| 04/20/06 | ALV | 250.00 | 8.00 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/21/06 | SME | 205.00 | 0.30 | Review materials re: developments in asbestos litigation. |
| 04/21/06 | JAL | 425.00 | 3.00 | Reviewed and edited revised drafts of Discovery Order and Protective Order relating to Libby claimants (1.50); teleconf. w/R. Wyron, FCR's counsel, re: revised drafts of discovery order and protective order pertaining to Libby claimants and discovery (.30); telephone conf. among the parties re: revised drafts of discovery order and protective order pertaining to Libby claimants and discovery (1.2). |

{D0060676:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 04/21/06 | ALV | 250.00 | 9.20 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 04/24/06 | JAL | 425.00 | 1.70 | Review and analysis of revised drafts of the Discovery Order and Protective Order relating to the Libby claimants' medial records (.50); telephone conference with the parties regarding the revised drafts of the Discovery Order and the Protective Order (.40); review letter from B. Harding to Judge Whelan re: discovery conference call (.10); review and analysis of omnibus hearing transcript (.50); office conference with ALV re: estimation document production (.10); telephone call w/JR re: estimation document production (.10). |
| 04/24/06 | ALV | 250.00 | 8.80 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance. |
| 04/25/06 | EI | 835.00 | 0.30 | T/c Pointer and memo. |
| 04/25/06 | SME | 205.00 | 0.30 | Prepare chart re jury verdicts for asbestos related injuries. |
| 04/25/06 | JAL | 425.00 | 1.90 | Reviewed memo from D. Relles re: Rust questionnaire database issues (.20); further revisions to draft letter to B. Harding re: Rust database issues (.20); drafted and revised memo to JR re: estimation-related document production (.10); review and analysis of materials relating to estimation issues (1.4). |
| 04/25/06 | ALV | 250.00 | 8.60 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance (5.6); review documents produced by debtors from Boston repository for relevance (3.0). |
| 04/26/06 | EI | 835.00 | 0.30 | T/c Frankel re: status. |
| 04/26/06 | NDF | 525.00 | 0.30 | Review EI memo regarding case issues. |
| 04/26/06 | JAL | 425.00 | 1.30 | Review and analysis of materials in prep. for tomorrow's teleconference with the parties on the draft Libby discovery and protective order (.70); review and analysis of materials relating to Sealed Air estimation documents (.60). |
| 04/26/06 | ALV | 250.00 | 8.70 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance |

{D0060676:1 }

| | | | | |
|---|---|---|---|---|
| | | | | (6.5); review documents produced by debtors from Boston repository for relevance (2.2). |
| 04/27/06 | EI | 835.00 | 0.20 | Baena note (.1); t/c Kruger (.1). |
| 04/27/06 | SME | 205.00 | 1.20 | Compile chart re verdicts for asbestos-related injuries. |
| 04/27/06 | JAL | 425.00 | 1.10 | Teleconference among the parties in the estimation proceeding re: the draft Discovery Order and draft Protective Order re: discovery in relation to the Libby claimants. |
| 04/27/06 | ALV | 250.00 | 8.60 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance (4.5); review documents produced by debtors from Boston repository for relevance (4.1). |
| 04/28/06 | SME | 205.00 | 0.20 | Review developments in asbestos litigation. |
| 04/28/06 | JAL | 425.00 | 0.40 | Office conference w/JPW re: issues relating to draft Discovery Order and Protective Order relating to Libby claimants discovery (.20); brief review and analysis of revised drafts of proposed Discovery Order and Protective Order pertaining to the Libby claimants (.10); reviewed recommendation memo from local counsel (.10). |
| 04/28/06 | ALV | 250.00 | 7.50 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance (5.5); review documents produced by debtors from Boston repository for relevance (2.0). |
| 04/29/06 | SME | 205.00 | 2.50 | Research re jury verdicts for asbestos-related diseases. |

**Total Task Code .16        218.20**


**Plan & Disclosure Statement (6.50 Hours; $ 4,889.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $835 | 1,085.50 |
| Peter Van N. Lockwood | 4.40 | $760 | 3,344.00 |
| Scott D. Michel | .80 | $575 | 460.00 |

{D0060676:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/04/06 | EI | 835.00 | 0.80 | T/c Budd re: PD (.3); t/c Budd and Cooney re: PD (.3); conf. Horkovich re: numbers (.2). |
| 04/05/06 | EI | 835.00 | 0.40 | T/c Budd, t/c Cohn, t/c Cooney re: PD status (.3); memo re: insurance (.1). |
| 04/11/06 | PVL | 760.00 | 1.60 | Telephone conference with Hurford, EI, NDF & JAL (.6); review e-mails (.1); review agenda (.1); review EI memo (.1); telephone conference with Frankel (.6); review Hurford memo (.1). |
| 04/13/06 | PVL | 760.00 | 1.00 | Telephone call to Frankel (.3); telephone conference with Frankel, Wyon and Baena (.5); review Hurford e-mail and draft order (.1); review e-mails (.1). |
| 04/13/06 | EI | 835.00 | 0.10 | T/c Budd re: schedules. |
| 04/14/06 | PVL | 760.00 | 1.60 | Teleconference Bernick (.7); teleconference Dies (.2); teleconference Dies, Baena (.2); teleconference Frankel (.3); review JAL memo (.1); e-mail and confer JAL (.1). |
| 04/21/06 | PVL | 760.00 | 0.20 | Review Sinclair e-mail (.1); teleconference Douglas (.1). |
| 04/21/06 | SDM | 575.00 | 0.80 | Review DP issue; conference NDF. |

**Total Task Code .17        6.50**

**Travel – Non Working (2.20 Hours; $ 836.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.20 | $380.00 | 836.00 |

{D0060676:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 04/17/06 | PVL | 380.00 | 2.20 | Travel to/from Wilmington (half). |

**Total Task Code .21**    **2.20**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,641.20 |
| Air Freight & Express Mail | 19.77 |
| Charge of Cell and/or Home Phone Useage | 28.00 |
| Court Reporting/Transcript Service | 145.00 |
| Database Research | 890.18 |
| Long Distance-Equitrac In-House | 3.45 |
| Meals Related to Travel | 46.47 |
| NYO Long Distance Telephone | 250.63 |
| Outside Photocopying/Duplication Service | 83,090.61 |
| Postage | 0.39 |
| Professional Fees & Expert Witness Fees | 3,490.00 |
| Research Material | 604.63 |
| Telecopier/Equitrac | 33.30 |
| Travel Expenses - Ground Transportation | 143.41 |
| Xeroxing | 89.25 |
| Total: | $90,476.29 |

{D0060676:1 }