**EXHIBIT B**

**Case Administration (30.1 Hours; $ 9,123.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04    30.1**

**Claim Analysis Objection & Resolution (Asbestos) (8.5 Hours; $ 5,020.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05    8.5**

**Employee Benefits/Pension (.4 Hours; $ 304.00)**

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08    .4**

**Fee Applications, Applicant (3.7 Hours; $ 859.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12    3.7**

**Financing (.2 Hours; $ 167.00)**

      Services rendered in this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14    .2**

**Hearings (3.7 Hours; $ 2,864.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        3.7**

**Litigation and Litigation Consulting (218.2 Hours; $ 70,387.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        218.2**

**Plan & Disclosure Statement (6.5 Hours; $ 4,889.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        6.5**

**Travel Non-Working (2.2 Hours; $ 836.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        2.2**

{D0060677:1 }