## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,641.20 |
| Air Freight & Express Mail | 19.77 |
| Charge of Cell and/or Home Phone Useage | 28.00 |
| Court Reporting/Transcript Service | 145.00 |
| Database Research | 890.18 |
| Long Distance-Equitrac In-House | 3.45 |
| Meals Related to Travel | 46.47 |
| NYO Long Distance Telephone | 250.63 |
| Outside Photocopying/Duplication Service | 83,090.61 |
| Postage | 0.39 |
| Professional Fees & Expert Witness Fees | 3,490.00 |
| Research Material | 604.63 |
| Telecopier/Equitrac | 33.30 |
| Travel Expenses - Ground Transportation | 143.41 |
| Xeroxing | 89.25 |
| Total: | $90,476.29 |

{D0060678:1 }