| | | | | |
|---|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | | Page:   1 |
| **Matter     000** | **Disbursements** | | | 5/23/2006 |
| | | | | Print Date/Time: |
| | | | | 05/23/2006 |
| | | | | 11:24:37AM |
| Attn: | | | | Invoice # |

PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 4/30/2006

**Matter     000**
**Disbursements**
Bill Cycle:         Monthly           Style:        i1           Start:    4/16/2001

Last Billed : 4/27/2006                           13,655

Trust Amount Available

Total Expenses Billed To Date        $404,281.60

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 589.00 | 0.00 | 435.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 7.17 | 0.00 | 7.17 |
| 0122 | SME | Stacie M Evans | 0.00 | 1.20 | 0.00 | 1.20 |
| 0187 | NDF | Nathan D Finch | 0.00 | 3,490.39 | 0.00 | 3,490.39 |
| 0213 | DAR | Deborah A Russell | 0.00 | 6.00 | 0.00 | 6.00 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 0.90 | 0.00 | 0.90 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 9.60 | 0.00 | 9.60 |
| 0308 | DBS | David B Smith | 0.00 | 2,333.06 | 0.00 | 2,333.06 |
| 0310 | DKG | Danielle K Graham | 0.00 | 809.60 | 0.00 | 809.60 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 70,749.31 | 0.00 | 70,749.31 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 731.48 | 0.00 | 731.48 |
| 0332 | NEF | Natalie E Fay | 0.00 | 17.40 | 0.00 | 17.40 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 11,885.18 | 0.00 | 11,885.18 |
| | | | **0.00** | **90,630.29** | **0.00** | **90,476.29** |

**Total Fees**

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense   by   Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1936035 | Photocopy | E | 04/03/2006 | 0220   SKL | | 0.00 | $0.90 | | 0.00 | $0.90 | 0.90 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/23/2006 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 05/23/2006 |
| | | | | | | | | | | 11:24:37AM |
| Attn: | | | | | | | | | | Invoice # |
| 1936080 | Photocopy | | E | 04/03/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 1.65 |
| 1936810 | Federal Express to Katie Hemming from EI on 3/23 | | E | 04/04/2006 | 0120 | EI | 0.00 | $2.37 | 0.00 | $2.37 | 4.02 |
| 1936834 | Equitrac - Long Distance to 7708663200 | | E | 04/04/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 4.07 |
| 1937829 | Federal Express to Barry Castleman from JPW on 3/17 | | E | 04/05/2006 | 0332 | NEF | 0.00 | $17.40 | 0.00 | $17.40 | 21.47 |
| 1938021 | Photocopy | | E | 04/05/2006 | 0232 | LK | 0.00 | $0.45 | 0.00 | $0.45 | 21.92 |
| 1938083 | Fax Transmission to 512145201181 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 22.37 |
| 1938084 | Fax Transmission to 512148248100 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 22.82 |
| 1938085 | Fax Transmission to 513125516759 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 23.27 |
| 1938086 | Fax Transmission to 518432169290 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 23.72 |
| 1938088 | Fax Transmission to 514067527124 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 24.17 |
| 1938089 | Fax Transmission to 513026565875 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 24.62 |
| 1938090 | Fax Transmission to 515108354913 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 25.07 |
| 1938091 | Fax Transmission to 514124718308 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 25.52 |
| 1938092 | Fax Transmission to 512123440994 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 25.97 |
| 1938093 | Fax Transmission to 513024269947 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 26.42 |
| 1938094 | Fax Transmission to 514122615066 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 26.57 |
| 1938095 | Fax Transmission to 518432169450 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 27.02 |
| 1938096 | Fax Transmission to 517136501400 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 27.17 |
| 1938097 | Fax Transmission to 512165750799 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 27.62 |
| 1938098 | Fax Transmission to 514122615066 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 27.92 |
| 1938099 | Fax Transmission to 517136501400 | | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 28.22 |
| 1938195 | Petty Cash  Travel parking and cab expenses for PVNL in Wilmington for hearing on 3/27 | | E | 04/06/2006 | 0020 | PVL | 0.00 | $24.00 | 0.00 | $24.00 | 52.22 |
| 1939106 | Blue Star Group;  Car service for ALV on 3/29 to National airport | | E | 04/10/2006 | 0327 | ALV | 0.00 | $48.41 | 0.00 | $48.41 | 100.63 |
| 1939111 | ADA Travel   Coach fare for DKG to Boston on 3/14 | | E | 04/10/2006 | 0310 | DKG | 0.00 | $624.60 | 0.00 | $624.60 | 725.23 |
| 1939112 | ADA Travel  agency fee on DKG 3/14 travel to Boston | | E | 04/10/2006 | 0310 | DKG | 0.00 | $40.00 | 0.00 | $40.00 | 765.23 |
| 1939125 | ADA Travel   for PVNL on 3/27 to Wilmington (split w/2814)   (coach fare $218.00) | | E | 04/10/2006 | 0020 | PVL | 0.00 | $164.00 | 0.00 | $109.00 | 874.23 |
| 1939127 | ADA Travel   agency fee on PVNL travel to Wilmington (split with 2814) | | E | 04/10/2006 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 894.23 |
| 1939130 | ADA Travel   coach fare for ALV to Boston on 3/29 | | E | 04/10/2006 | 0327 | ALV | 0.00 | $549.60 | 0.00 | $549.60 | 1,443.83 |
| 1939131 | ADA Travel   agency fee on ALV travel to Boston on 3/29 | | E | 04/10/2006 | 0327 | ALV | 0.00 | $40.00 | 0.00 | $40.00 | 1,483.83 |
| 1939453 | Photocopy | | E | 04/11/2006 | 0232 | LK | 0.00 | $3.30 | 0.00 | $3.30 | 1,487.13 |
| 1940081 | Snyder Miller & Orton; Professional service thru 3/31 | | E | 04/12/2006 | 0187 | NDF | 0.00 | $3,490.00 | 0.00 | $3,490.00 | 4,977.13 |
| 1940120 | Terri W. Anderson;  Havner hearing on 4/4/06 | | E | 04/12/2006 | 0310 | DKG | 0.00 | $145.00 | 0.00 | $145.00 | 5,122.13 |
| 1940123 | Landmark Document;   Copying: heavy litigation | | E | 04/12/2006 | 0308 | DBS | 0.00 | $527.53 | 0.00 | $527.53 | 5,649.66 |
| 1940126 | Landmark document;   Copying heavy litigation | | E | 04/12/2006 | 0308 | DBS | 0.00 | $486.98 | 0.00 | $486.98 | 6,136.64 |
| 1940715 | Postage | | E | 04/13/2006 | 0187 | NDF | 0.00 | $0.39 | 0.00 | $0.39 | 6,137.03 |
| 1940550 | Equitrac - Long Distance to 3129276420 | | E | 04/14/2006 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 6,138.39 |
| 1940551 | Equitrac - Long Distance to 3053502403 | | E | 04/14/2006 | 0999 | C&D | 0.00 | $0.91 | 0.00 | $0.91 | 6,139.30 |
| 1940893 | Equitrac - Long Distance to 6177201333 | | E | 04/17/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 6,139.35 |
| 1942060 | Photocopy | | E | 04/18/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,139.65 |
| 1942076 | Photocopy | | E | 04/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 6,140.40 |
| 1942221 | ADA Travel   for PVNL travel to Wilmington on 4/17   (coach fare 218.00) | | E | 04/19/2006 | 0020 | PVL | 0.00 | $317.00 | 0.00 | $218.00 | 6,358.40 |
| 1942222 | ADA Travel   for Agency fee on PVNL 4/17 travel to Wilmington | | E | 04/19/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 6,398.40 |
| 1942233 | Petty Cash  PVNL travel expenses for cabs and parking in Wilmington for hearing on 4/17 | | E | 04/19/2006 | 0020 | PVL | 0.00 | $24.00 | 0.00 | $24.00 | 6,422.40 |
| 1942316 | Equitrac - Long Distance to 2125889686 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 6,422.62 |
| 1942347 | Photocopy | | E | 04/19/2006 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 6,422.92 |
| 1942358 | Photocopy | | E | 04/19/2006 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 6,423.07 |
| 1942360 | Photocopy | | E | 04/19/2006 | 0213 | DAR | 0.00 | $6.00 | 0.00 | $6.00 | 6,429.07 |
| 1942404 | Photocopy | | E | 04/19/2006 | 0232 | LK | 0.00 | $2.10 | 0.00 | $2.10 | 6,431.17 |
| 1942427 | Photocopy | | E | 04/19/2006 | 0232 | LK | 0.00 | $1.50 | 0.00 | $1.50 | 6,432.67 |
| 1942439 | Fax Transmission to 512145201181 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,433.57 |
| 1942440 | Fax Transmission to 512148248100 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,434.47 |
| 1942441 | Fax Transmission to 517136501400 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,435.37 |
| 1942442 | Fax Transmission to 513125516759 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,436.27 |
| 1942444 | Fax Transmission to 518432169290 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,437.17 |
| 1942445 | Fax Transmission to 514067527124 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,438.07 |
| 1942446 | Fax Transmission to 513026565875 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,438.97 |
| 1942447 | Fax Transmission to 515108354913 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,439.87 |
| 1942448 | Fax Transmission to 512165750799 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,440.77 |
| 1942449 | Fax Transmission to 514124718308 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,441.07 |
| 1942450 | Fax Transmission to 512123440994 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,441.97 |
| 1942451 | Fax Transmission to 513024269947 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,442.87 |

**Client Number: 4642**                    Grace Asbestos Personal Injury Claimants                                                                     Page: 1

**Matter      000**                    **Disbursements**                                                                                                 5/23/2006
                                                                                                                                                Print Date/Time:
                                                                                                                                                    05/23/2006
                                                                                                                                                    11:24:37AM
Attn:                                                                                                                                                 Invoice #

| ID | Description | | Date | Code | Init | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1942452 | Fax Transmission to 514122615066 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,443.77 |
| 1942453 | Fax Transmission to 518432169450 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,444.07 |
| 1942454 | Fax Transmission to 514124718308 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6,444.67 |
| 1942456 | Fax Transmission to 518432169450 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6,445.27 |
| 1942497 | Landmark Document Service; Copying: heavy litigation | E | 04/20/2006 | 0308 | DBS | 0.00 | $744.64 | 0.00 | $744.64 | 7,189.91 |
| 1942519 | ALV; Travel expenses to Boston to review documents on 3/29 for meals | E | 04/20/2006 | 0327 | ALV | 0.00 | $46.47 | 0.00 | $46.47 | 7,236.38 |
| 1942520 | ALV; Travel expenses to Boston to review documents on 3/29 for cabs | E | 04/20/2006 | 0327 | ALV | 0.00 | $47.00 | 0.00 | $47.00 | 7,283.38 |
| 1942533 | Pacer Service Center; Period January thru March 2006 | E | 04/20/2006 | 0999 | C&D | 0.00 | $25.92 | 0.00 | $25.92 | 7,309.30 |
| 1942736 | Equitrac - Long Distance to 3128612162 | E | 04/20/2006 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 7,309.61 |
| 1942824 | Photocopy | E | 04/20/2006 | 0122 | SME | 0.00 | $1.20 | 0.00 | $1.20 | 7,310.81 |
| 1942911 | Pacer Service Center for period 1/1/06 thru 3/31/06 | E | 04/21/2006 | 0120 | EI | 0.00 | $4.80 | 0.00 | $4.80 | 7,315.61 |
| 1943647 | Photocopy | E | 04/24/2006 | 0232 | LK | 0.00 | $1.80 | 0.00 | $1.80 | 7,317.41 |
| 1943741 | Fax Transmission to 512145201181 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,318.31 |
| 1943742 | Fax Transmission to 512148248100 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,319.21 |
| 1943743 | Fax Transmission to 517136501400 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,320.11 |
| 1943744 | Fax Transmission to 513125516759 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,321.01 |
| 1943745 | Fax Transmission to 512148248100 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 7,321.16 |
| 1943746 | Fax Transmission to 518432169290 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7,321.76 |
| 1943747 | Fax Transmission to 512148248100 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 7,322.51 |
| 1943748 | Fax Transmission to 514067527124 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,323.41 |
| 1943749 | Fax Transmission to 513026565875 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,324.31 |
| 1943750 | Fax Transmission to 515108354913 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,325.21 |
| 1943751 | Fax Transmission to 512165750799 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,326.11 |
| 1943752 | Fax Transmission to 513053796222 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7,326.71 |
| 1943753 | Fax Transmission to 514124718308 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 7,327.16 |
| 1943755 | Fax Transmission to 512123440994 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,328.06 |
| 1943756 | Fax Transmission to 514122615066 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,328.96 |
| 1943757 | Fax Transmission to 518432169450 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,329.86 |
| 1943758 | Fax Transmission to 518432169290 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,330.16 |
| 1943759 | Fax Transmission to 513053796222 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,330.46 |
| 1943760 | Fax Transmission to 514124718308 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 7,330.61 |
| 1943761 | Fax Transmission to 513024269947 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,330.91 |
| 1943762 | Fax Transmission to 514124718308 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,331.21 |
| 1943763 | Fax Transmission to 513024269947 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 7,331.36 |
| 1943764 | Fax Transmission to 513024269947 | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 7,331.81 |
| 1943865 | Access Litigation Support 1 CD-Hosting, Web seating | E | 04/25/2006 | 0999 | C&D | 0.00 | $5,380.82 | 0.00 | $5,380.82 | 12,712.63 |
| 1943868 | Access Litigation 1 CD-On line hosting | E | 04/25/2006 | 0999 | C&D | 0.00 | $5,229.33 | 0.00 | $5,229.33 | 17,941.96 |
| 1943993 | Photocopy | E | 04/25/2006 | 0999 | C&D | 0.00 | $11.70 | 0.00 | $11.70 | 17,953.66 |
| 1944153 | Merrill Communications; Coding-unitization | E | 04/26/2006 | 0317 | JAL | 0.00 | $63,393.75 | 0.00 | $63,393.75 | 81,347.41 |
| 1944154 | Merrill Communications; Scanning, Medium, OCR | E | 04/26/2006 | 0317 | JAL | 0.00 | $7,327.56 | 0.00 | $7,327.56 | 88,674.97 |
| 1944155 | LexisNexis CourtLink; Usage period 3/1 thru 3/31 | E | 04/26/2006 | 0308 | DBS | 0.00 | $573.91 | 0.00 | $573.91 | 89,248.88 |
| 1944520 | Photocopy | E | 04/26/2006 | 0999 | C&D | 0.00 | $19.65 | 0.00 | $19.65 | 89,268.53 |
| 1944936 | Petty Cash to reimburse JAL for phone calls made on 3/13-14 | E | 04/27/2006 | 0317 | JAL | 0.00 | $28.00 | 0.00 | $28.00 | 89,296.53 |
| 1944972 | Equitrac - Long Distance to 3024261900 | E | 04/27/2006 | 0999 | C&D | 0.00 | $0.55 | 0.00 | $0.55 | 89,297.08 |
| 1945088 | Photocopy | E | 04/27/2006 | 0999 | C&D | 0.00 | $38.40 | 0.00 | $38.40 | 89,335.48 |
| 1948422 | Database Research - WESTLAW by KB on 4/3-5 | E | 04/30/2006 | 0999 | C&D | 0.00 | $422.69 | 0.00 | $422.69 | 89,758.17 |
| 1948423 | Database Research - WESTLAW by SME on 4/27 | E | 04/30/2006 | 0999 | C&D | 0.00 | $308.36 | 0.00 | $308.36 | 90,066.53 |
| 1948424 | Database Research - WESTLAW by RER on 4/20 | E | 04/30/2006 | 0999 | C&D | 0.00 | $159.13 | 0.00 | $159.13 | 90,225.66 |
| 1949410 | NYO Long Distance Telephone For March 2006/Negotiation Subcommittee Conf. Call on 3/6. | E | 04/30/2006 | 0999 | C&D | 0.00 | $250.63 | 0.00 | $250.63 | 90,476.29 |

**Total Expenses**                                                                                               0.00       $90,630.29        0.00       $90,476.29


                   Matter Total Fees                                                                                              0.00                          0.00


                   Matter Total Expenses                                                                                     90,630.29                     90,476.29


                   Matter Total                                                                              0.00            90,630.29        0.00         90,476.29

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | 5/23/2006 |
| | | | | | Print Date/Time: |
| | | | | | 05/23/2006 |
| | | | | | 11:24:37AM |
| Attn: | | | | | Invoice # |

```
        Prebill Total Fees


        Prebill Total Expenses                                              $90,630.29              $90,476.29


        Prebill Total                                             0.00      $90,630.29      0.00    $90,476.29
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 51,900 | 11/28/2005 | 128,956.00 | 25,791.20 |
| 52,377 | 12/24/2005 | 110,238.75 | 22,047.75 |
| 52,667 | 01/30/2006 | 160,926.00 | 32,185.20 |
| 52,957 | 02/27/2006 | 141,801.50 | 28,360.30 |
| 53,271 | 03/24/2006 | 104,812.50 | 20,962.50 |
| 53,663 | 04/27/2006 | 205,549.46 | 205,549.46 |
| | | 1,280,320.21 | 343,844.70 |