IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: June 20, 2006 @ 4:00 p.m.** |

**SIXTH FEE APPLICATION OF ANDERSON, KILL, & OLICK, P.C. FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006**

| | |
|---|---|
| Name of Applicant: | Anderson, Kill, & Olick, P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 14, 2005, *nunc pro tunc* to March 17, 2005 |
| Period for which compensation and reimbursement is sought: | April 1, 2006 through April 30, 2006 |
| Amount of compensation sought as actual, reasonable and necessary: | $36,205.60 (80% of $45,257.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $705.77 |

This is a: ____**X**____monthly _____ ____ interim _____ final application.

Anderson, Kill, & Olick, P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the sixth application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/1/05 | 7/1/05 through 7/31/05 | $8,954.00 (80% of $11,192.50) | $0.00 | $8,954.00 | $0.00 |

| 9/29/05 | 8/1/05 through 8/31/05 | $4,028.40 (80% of $5,035.50) | $169.64 | $4,028.40 | $169.64 |
| 12/1/05 | 10/1/05 through 10/31/05 | $1,596.00 (80% of $1,995.00) | $20.31 | $1,596.00 | $20.31 |
| 12/28/05 | 11/1/05 through 11/20/05 | $3,594.80 (80% of $4,493.50) | $59.25 | $3,594.80 | $59.25 |
| 5/3/06 | 1/1/06 through 3/31/06 | $13,811.60 (80% of $17,264.50) | $46.48 | Pending | Pending |
| **5/31/06** | **4/1/06 through 4/30/06** | **$36,205.60 (80% of $45,257.00)** | **$705.77** | **Pending** | **Pending** |

### SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
### FOR BILLING PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006
### ANDERSON, KILL, & OLICK P.C.

| Name and Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Robert M. Horkovich, Esq. | 5.9 | $700.00 | $4,130.00 |
| Ann V. Kramer, Esq. | 0 | $600.00 | $0.00 |
| R. M. Keenan, Esq. | 0 | $525.00 | $0.00 |
| Robert Y. Chung, Esq. | 76.8 | $400.00 | $30,720.00 |
| Glenn F. Fields, Insurance Specialist | 3.5 | $250.00 | $875.00 |
| Izak Feldgreber, Paralegal | 11.2 | $210.00 | $2,464.00 |
| Anne C. Suffern, Paralegal | 0.3 | $200.00 | $60.00 |
| Harris E. Gershman, Paralegal | 30.5 | $210.00 | $6,405.00 |
| Daryl Lew, Paralegal | 2.1 | $190.00 | $399.00 |
| Noelia E. Jaramillo, Paralegal | 0 | $155.00 | $0.00 |
| Nicholas J. Balsdon, Paralegal | 1 | $140.00 | $140.00 |
| Michaela C. Nitoi, Paralegal | 0.8 | $80.00 | $64.00 |
| **Totals:** | **132.1** | | **$45,257.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 4/1/06 through 4/30/06 | Total Fees for the Period 4/01/06 through 4/30/06 |
|---|---|---|
| Asset Analysis and Recovery | 131.7 | $45,157.00 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0.00 |
| Committee Administration | 0 | $0.00 |
| Employee Benefits/Pension | 0 | $0.00 |
| Employment Applications (applicant) | 0 | $0.00 |
| Employment Applications (others) | 0 | $0.00 |
| Fee Applications (applicant) | 0.4 | $100.00 |
| Fee Applications (others) | 0 | $0.00 |
| Financing | 0 | $0.00 |
| Hearings | 0 | $0.00 |
| Litigation | 0 | $0.00 |
| Plan and Disclosure Statement | 0 | $0.00 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| ZAI Science Trial | 0 | $0.00 |
| Retention Issues | 0 | $0.00 |
| **Grand totals** | **132.1** | **$45,257.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period April 1, 2006 through April 30, 2006 |
|---|---|---|
| In-House Reproduction ($.10 per copy) | | $620.00 |
| Outside Reproduction & Courier Service | | $0.00 |
| Facsimile ($0.50 per page) | | $0.00 |
| Travel | | $0.00 |
| Long Distance Telephone Calls | | $0.00 |
| Postage | | $0.00 |
| PACER | | $0.00 |
| Overnight Courier | Federal Express | $85.77 |
| **Total:** | | **$705.77** |

ANDERSON KILL & OLICK, P.C

*/s/ Robert Y. Chung*
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1039

Special Insurance Coverage Counsel for the Official
Committee of Asbestos Claimants

Dated:  May 31, 2006