IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                      )
                                            )      Bankruptcy No. 01-01139
W.R. GRACE & CO., *et al.,*                 )      Jointly Administered
                                            )
    Debtors.                                )      Chapter 11

### REQUEST OF THE IOWA DEPARTMENT OF REVENUE
### FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that the Iowa Department of Revenue requests service of all documents and notification of all court settings, hearings, etc.

You are hereby notified and requested to serve all setting and hearing notices, complaints, pleadings, motions, objections, applications, responses, order, and any other documents, without limitation, concerning this case on the undersigned person at the address below.  This request for notice is in addition to and not a substitute for the requirements of Bankruptcy Rules 2002, 7004(b)(4), (b)(5), and any Local Rules.

The undersigned additionally requests that the Debtor(s) and the Clerk of the Bankruptcy Court add the undersigned name and address to any mailing matrix or list of creditors to be prepared or in existence in the above entitled and numbered case.

IOWA DEPARTMENT OF REVENUE

By:    /S/ John Waters – Thursday, June 1, 2006
       JOHN WATERS,
       Attorney At Law
       Iowa Department of Revenue
       Collections Section
       P.O. Box 10457
       Des Moines, Iowa 50306
       (515) 281-6427
       Fax: (515) 281-0763

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above document was served on the persons listed below on the 1st day of June, 2006.

/S/ John Waters – Thursday, June 1, 2006
JOHN WATERS

Copy To:

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

David W. Carickhoff, Jr.
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899

Michael R. Lastowski
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Paula Ann Galbraith
211 East Ohio # 2618
Chicago, IL 60611

Richard Allen Keuler, Jr.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Richard F. Rescho
Law Offices of Christopher E. Grell
360 22nd Street
Suite 320
Oakland, CA 94612

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell
1105 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Rosalie L. Spelman
Janssen Keenan & Ciardi P.C.
901 Market Street
Suite 460
Wilmington, DE 19801

Stuart B. Drowos
State of Delaware Division of Revenue
820 N. French St.
8th Floor
Wilmington, DE 19801

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge
919 North Market Street
Suite 1500
Wilmington, DE 19801

Gary Don Parish
The Parron Parish Firm
404 East First Street
Arlington, TX 76010

Scott R. Bickford
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130