W.R. Grace & Co. et al.
District of Delaware, Bankruptcy Case No. 01-01139

Exhibit A

| Debtor: | Settling Parties: | Description of Settlement |
|---|---|---|
| W. R. Grace & Co. – Conn. | State of Michigan -and- W. R. Grace & Co. – Conn. | This matter involves a Single Business Tax assessment against W. R. Grace & Co.-Conn. for the years 1995-1998 by the State of Michigan in the amount of $473,891. The initial assessment included the erroneous disallowance of capital losses, addbacks of incorrect royalty expense and partnership losses, and the omission of a business loss carryforward. Accordingly, the State of Michigan has agreed to these adjustments, which reduce W. R. Grace & Co.-Conn.'s single business tax assessment from $473,891 to $104,373, or a savings of $369,518. The revised assessment includes interest calculated to April 2, 2001. The Debtors believe that because the revised assessment eliminates the erroneous disallowances, it is fair and reasonable. |