IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Related Docket No. _____ |

## ORDER GRANTING LIBBY CLAIMANTS' MOTION TO DEFER CONSIDERATION OF DEBTORS' MOTION TO APPROVE SETTLEMENT WITH LLOYD'S UNDERWRITERS

Upon consideration of the Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement With Lloyd's Underwriters (the "Motion"); and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the hearing on the Motion will be held on July 24, 2006 at 2:00 p.m.

Dated: Wilmington, Delaware
      June ____, 2006

 

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

393.001-12594.doc