JPMorgan Chase

Statement of Account

TS

| | Account No: | 016-001257 |
|---|---|---|
| | Statement Start Date: | 16 MAR 2006 |
| | Statement End Date: | 31 MAR 2006 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 006 |

Page 19 of 21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.
ATTN: GLENN A HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F C | T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| DEBITS CONTINUED | | | | | | | | | |
| 28MAR | | 28MAR | USD | | OUR: 0033730114XF | 4,326.65 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196S | | |
| | | 28MAR | USD | | YOUR: NONREF OUR: 2529400087JO | 27,531.16 | FEDWIRE DEBIT VIA: CITIZENS PROV /011500120 A/C: AUFN: HEALTH PLAN REF: AUFN: TOTAL HEALTH PLAN W. R. GRACE/TIME/1514A IMAD: 0328B1QGC02C005509 | | |
| | | 28MAR | USD | | YOUR: NONREF OUR: 2529600087JO | 1,700,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0328B1QGC03C005303 | | |
| | | 28MAR | USD | | YOUR: NONREF OUR: 2529500087JO | 3,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROL ED DISBURSEMENT ACCOUNTS IMAD: 0328B1QGC06C005513 | | |
| 29MAR | | 29MAR | USD | | YOUR: NONREF OUR: 2655900088JO | 26,222.24 | FEDWIRE DEBIT VIA: CITIBANK WILM /031100209 A/C: CITIBANK SAMP AETNA HEALTH PLAN IMAD: 0329B1QGC06C005706 | | |
| 29MAR | | 29MAR | USD | | YOUR: NONREF OUR: 2726600088JO | 148,649.28 | CHIPS DEBIT VIA: BANK OF AMERICA N.A. /0959 A/C: ACBDFATH2X BANK OF AMERICA THAILAND BEN: W.R. GRACE THAILAND LTD SSN: 0788695 REF: ORB PYBLS PLLPNS | | |
| 29MAR | | 29MAR | USD | | YOUR: NONREF OUR: 2726700088JO | 202,546.18 | BOOK TRANSFER DEBIT A/C: BBVA BANCOMER S.A. MEXICO F OF MEXICO 03339 REF: TRD PYBLS PLLPNS | | |
| 29MAR | | 29MAR | USD | | YOUR: NONREF OUR: 2656600088JO | 10,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE, - BLDG 25
COLUMBIA MD 21044-4098

Account No:           016-001257
Statement Start Date: 16 MAR 2006
Statement End Date:   31 MAR 2006
Statement Code:       S00-USA-22
Statement No:         006
Page 20 of 21

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 30MAR | | | USD | OUR: 002979011 4XF | 10,867.37 | /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0329B1QGC04C005634 AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 30MAR | | | USD | YOUR: NONREF OUR: 3232300089J0 | 180,264.95 | ACCOUNT 0003235881963 CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0299218 | | |
| 30MAR | | | USD | YOUR: NONREF OUR: 3232400089J0 | 429,646.37 | FEDWIRE DEBIT VIA: CITIBANK WILM /031100209 A/C: CITIBANK SAMP AETNA HEALTH PLAN IMAD: 0530B1QGC07C006900 | | |
| 30MAR | | | USD | YOUR: NONREF OUR: 3232500089J0 | 2,400,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0530B1QGC08C006917 | | |
| 30MAR | | | USD | YOUR: NONREF OUR: 1118000089J0 | 2,900,000.00 | FEDWIRE DEBIT VIA: BK AMER NYC /026009593 A/C: ALLTECH ASSOCIATES, INC. IMAD: 0330B1QGC04C003347 BOOK TRANSFER DEBIT | | |
| 31MAR | | | USD | YOUR: NONREF OUR: 0924000090J0 | 257.20 | A/C: W R GRACE & CO (DELAWARE) COLUMBIA MD 21044-4098 | | |
| 31MAR | | | USD | YOUR: NONREF OUR: 1255400090J0 | 1,387,500.00 | FEDWIRE DEBIT VIA: BK AMER NYC /026009593 A/C: BANK OF AMERICA BUSINESS CAPIT REF: BANK OF AMERICA BUSINESS CAPIT AL W.R. GRACE & CO.- CONN. IMAD: 0331B1QGC05C003729 | | |
| 31MAR | | | USD | YOUR: NONREF OUR: 3767900090J0 | 3,600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC | | |

EMXPRESS

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 MAR 2006
Statement End Date: 31 MAR 2006
Statement Code: S00-USA-22
Statement No: 006

Page 21 of 21

| Ledger Date | Adj Ledger Date | Value Date | F: T: | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | | | | | /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0331B1QGC06C008793 | | |
| 31MAR | | 31MAR | USD | YOUR: NONREF OUR: 3768000090J0 | 19,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) | | |
| 31MAR | | 31MAR | USD | YOUR: NONREF OUR: 0814400090J0 | 20,847,514.70 | IMAD: 0331B1QGC01C009889 BOOK TRANSFER DEBIT A/C: W R GRACE & CO (DELAWARE) COLUMBIA MD 21044-4098 | | |

**CHECKS**

*No Activity*

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No:        016-001257
Statement Start Date:  01 MAR 2006
Statement End Date:   15 MAR 2006
Statement Code:    S00-USA-22
Statement No:       005
Page 1 of 15

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 46 | 112,223,004.65 |
| Total Debits (incl. checks) | 46 | 112,752,625.63 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 MAR 2006) | Closing (15 MAR 2006) |
|---|---|
| Ledger 1,481,444.19 | Ledger 951,823.21 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Date | Closing Balances Amount |
|---|---|
| | LEDGER BALANCES |
| 01MAR | 1,491,661.99 |
| 02MAR | 5,952,322.90 |
| 03MAR | 566,477.72 |
| 06MAR | 955,265.16 |
| 07MAR | 377,134.83 |
| 08MAR | 1,221,759.03 |
| 09MAR | 1,338,781.99 |
| 10MAR | 997,504.78 |
| 13MAR | 1,290,490.26 |
| 14MAR | 2,190,158.30 |
| 15MAR | 951,823.21 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 01MAR | | 01MAR | USD | YOUR: O/B WACHOVIA BK OUR: 0592102060FF | 361,697.77 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC, NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO CHASE-CUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0301E3B75D1C004681 |
| 01MAR | | | USD | OUR: 0597504703TC | 609,495.94 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID:9186063000 DESC DATE: CO ENTRY DESCR:DED PMT  SEC:PPD TRACE#:021000027504703 EED:060301 IND ID:          7809ACH A IND NAME:W R GRACE  0207-3001 BPP 9869 |
| 01MAR | | | USD | OUR: 0017000118XF | 870,017.16 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461694 |
| 01MAR | | 01MAR | USD | YOUR: O/B BKAM IL CGO OUR: 0605814060FF | 992,246.98 | FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=O/B |

FT CODE:

| | |
|---|---|
| USD - SAME DAY FUNDS | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |
| US1 - ONE DAY FLOAT | | |
| US2 - TWO DAY FLOAT | | |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 MAR 2006
15 MAR 2006
S00-USA-22
005

Page 2 of 15

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 02MAR | | | | USD OUR: 0604277630TC | 15,029.03 | BKAM IL CGO BBI=/TIME/14:06<br>IMAD: 0301G1QFGY2C001042<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:AON CORPORATION<br>ORIG ID:9055551498 DESC DATE:060301<br>CO ENTRY DESCR:ACH PYMT   SEC:CCD<br>TRACE#:021000024277630 EED:060302<br>IND ID:<br>IND NAME:W R GRACE AND CO CONN<br>REF*COBRA\ | | |
| 02MAR | | | | USD OUR: 0604277628TC | 433,716.60 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:AON CORPORATION<br>ORIG ID:9055551498 DESC DATE:060301<br>CO ENTRY DESCR:ACH PYMT   SEC:CCD<br>TRACE#:021000024277628 EED:060302<br>IND ID:<br>IND NAME:W R GRACE AND CO CONN<br>REF*DEPARTMENTS\ | | |
| 02MAR | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0470305061FF | 1,175,133.20 | FEDWIRE CREDIT\<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/14:39 | | |
| 02MAR | | | | USD OUR: 0015460114XF | 5,880,768.52 | IMAD: 0302G1QFGY2C001378<br>AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 00030461649494 | | |
| 02MAR | | | | USD YOUR: MAESTRO<br>OUR: 0630408061FF | 6,800,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S 1 ML PREMIE | | |
| 03MAR | 02MAR | | | USD YOUR: NONREF<br>OUR: 0749600062II | 10,858.79 | IMAD: 0302A1Q002GC001483<br>BOOK TRANSFER CREDIT<br>B/O: CB FUNDS TRANS SAMEDAY CDT RET<br>TAMPA FL 33610-<br>ORG: DDA/544775947 | | |

JPMorgan Chase

Statement of Accounts

Account No: 016-001257
Statement Start Date: 01 MAR 2006
Statement End Date: 15 MAR 2006
Statement Code: S00-USA-22
Statement No: 005
Page 3 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F. † | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | 03MAR | | USD OUR: 0015940114XF | 430,602.77 | DEUTSCHE BANK AG REF.REVERSAL OF ENTRY DD03/02/06 T RN24725000061JDBECAUSE PLSPAY THRU D EUTSCHE BANK TRUST COMPANY AMERICAS /BNF/OUR REF.JPM9330-02MAR06 JPMORG AN CHASEREF07027020061FF REFNONREF AUTOMATIC DOLLAR TRANSFER | | |
| | | 03MAR | | USD YOUR: O/B BKAM IL C00 OUR: 0217614062FF | 831,251.32 | FROM ACCOUNT 000304616494 FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF.CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B BKAM IL C00 BI=TIME/11:33 | | |
| | | 03MAR | | USD YOUR: O/B WACHOVIA BK OUR: 0222309062FF | 861,155.66 | IMAD: 0303G1QFGY2C000571 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF.CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B WACHOVIA BK/AC-1000000001759 FEDWIRE TRANSFER FRO | | |
| | | 06MAR | | USD YOUR: O/B WACHOVIA BK OUR: 0214607065FF | 126,211.01 | IMAD: 0303E3B75DIC001759 FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF.CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B WACHOVIA BK BI=TIME/11:35 | | |
| | | 06MAR | | USD YOUR: O/B WACHOVIA BK OUR: 0208709065FF | 579,026.65 | IMAD: 0306E3B75D2C001037 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN, GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 MAR 2006
Statement End Date: 15 MAR 2006
Statement Code: S00-USA-22
Statement No: 005
Page 4 of 15

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | **CREDITS CONTINUED** | | | | |
| 06MAR | | 06MAR | USD | OUR: 0015040114XF | 883,267.12 | ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0306E3B75D1C002214 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 000304616494 | | |
| 06MAR | | | USD | YOUR: O/B BK AMER NYC OUR: 0216403065FF | 5,100,282.66 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B BK AMER NYC BBI=/TIME/11:39 IMAD: 0306B6B7HU5R001622 | | |
| 07MAR | | | USD | YOUR: O/B FIR KEYSTONE OUR: 0102005066FF | 58,392.12 | FEDWIRE CREDIT VIA: FIRST KEYSTONE FED SAV BANK /231371964 B/O: KYSU CATALYSTS LLC CHESTER PA 19013 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B FIR KEYSTONE OBI=BY ORDER OF: KYSU IMAD: 0307C1QPA01X000002 AUTOMATIC DOLLAR TRANSFER | | |
| 07MAR | | | USD | OUR: 0014700114XF | 263,876.31 | FROM ACCOUNT 000304616494 | | |
| 07MAR | | | USD | YOUR: O/B WACHOVIA BK OUR: 0472508066FF | 900,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0307E3B75D1C002990 | | |
| 07MAR | | | USD | YOUR: O/B BK AMER NYC OUR: 0462002066FF | 1,981,238.13 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

Account No: 016-001257
Statement Start Date: 01 MAR 2006
Statement End Date: 15 MAR 2006
Statement Code: 500-USA-22
Statement No: 005
Page 5 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F/ TX | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 08MAR | 08MAR USD | YOUR: O/B WACHOVIA BK<br>OUR: 0478202067FF | 837,000.00 | ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BK AMER NYC BBI=/TIME/15:08<br>IMAD: 0307B6B7HU7R002972<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK DBI=FUNDS TRANSFER FRD<br>IMAD: 0308E3B75DIC003183 |
| 08MAR | 08MAR USD | YOUR: O/B BK AMER NYC<br>OUR: 0458909067FF | 1,027,592.86 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: W.R. GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BK AMER NYC BBI=/TIME/15:15<br>IMAD: 0308B6B7HU2D012047 |
| 08MAR | 08MAR USD | OUR: 0015320114XF | 1,080,356.34 | AUTOMATIC CREDIT<br>FROM ACCOUNT 10034616494 |
| 08MAR | 08MAR USD | YOUR: MAESTRO<br>OUR: 0544603067FF | 11,700,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE<br>STRO DBI=FUND-318-P 1-S 1 ML PREMIE<br>IMAD: 0308A1Q002BC001428 |
| 09MAR | 09MAR USD | YOUR: 06030940075A<br>OUR: 0557409068FF | 16,285.23 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=060 |

016-001257
01 MAR 2006
15 MAR 2006
S00-USA-22
005
Page 6 of 15

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F.T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

CREDITS CONTINUED

| 09MAR | | 09MAR | | USD YOUR: O/B WACHOVIA BK OUR: 044810906BFF | 431,110.62 | 309400754 OBI=REF STOCK OPTION EXER IMAD: 0309B75DAC004234 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 09MAR | | 09MAR | | USD YOUR: O/B BK AMER NYC OUR: 037281306BFF | 779,485.68 | IMAD: 0309E3B75D1C003924 FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=0/B BK AMER NYC BBI=/TIME/13:55 | | |
| 09MAR | | | | USD OUR: 0015100114XF | 1,238,184.28 | IMAD: 0309B6B7HU9R002506 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 0003046164494 | | |
| 09MAR | | 09MAR | | USD YOUR: MAESTRO OUR: 055540306BFF | 5,600,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 0309A1Q002CC001311 | | |
| 09MAR | | 09MAR | | USD YOUR: MAESTRO OUR: 039520106BFF | 40,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 0309A1Q002HC000986 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 MAR 2006
Statement End Date: 15 MAR 2006
Statement Code: S00-USA-22
Statement No: 005
Page 7 of 15

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| 10MAR | | | | USD OUR: 0684457142TC | 250,000.00 | | |
| | | | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024457142 EED:060310 IND ID:9016001257 IND NAME:EFT FILE NAME: RP0680C EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199    CO EFF DATE: 06/03/10 060309 RP0680 | | | |
| 10MAR | | | | USD YOUR: O/B WACHOVIA BK OUR: 046141406 9FF | 376,480.23 | | |
| | | | | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0310E3B75D1C003461 | | | |
| 10MAR | | | | USD OUR: 0015480114XF | 936,941.86 | | |
| | | | | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461649 4 | | | |
| 10MAR | | | | USD YOUR: O/B BK AMER NYC OUR: 0562007069FF | 1,867,840.63 | | |
| | | | | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BK AMER NYC BBI=/TIME/15:48 IMAD: 0310B6B7HU3R003683 | | | |
| 13MAR | | | | USD YOUR: O/B WACHOVIA BK OUR: 0572701072FF | 535,808.92 | | |
| | | | | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0313E3B75D1C002433 | | | |
| 13MAR | | | | USD OUR: 0015510114XF | 1,214,824.52 | | |
| | | | | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461649 4 | | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| Account No: | 016-001257 |
| Statement Start Date: | 01 MAR 2006 |
| Statement End Date: | 15 MAR 2006 |
| Statement Code: | S00-USA-22 |
| Statement No: | 005 |

Page 8 of 15

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | *CREDITS CONTINUED* | | | |
| 13MAR | | 13MAR | USD | YOUR: O/B BK AMER NYC OUR: 0375701072FF | 4,658,690.29 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A 21044-4098/AC-000000000160 RFB=O/B ND CO SYRACUSE FDNG ACC COLUMBIA MD BK AMER NYC BBI=/TIME/13:15 IMAD: 0313B6B7HU8R002189 | | |
| 14MAR | | 14MAR | USD | YOUR: O/B WACHOVIA BK OUR: 0223914073FF | 375,933.48 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A 21044-4098/AC-000000000160 RFB=O/B ND CO SYRACUSE FDNG ACC COLUMBIA MD WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0314E3B75DIC001927 | | |
| 14MAR | | 14MAR | USD | YOUR: O/B BK AMER NYC OUR: 0232507073FF | 1,866,893.64 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A 21044-4098/AC-000000000160 RFB=O/B ND CO SYRACUSE FDNG ACC COLUMBIA MD BK AMER NYC BBI=/TIME/11:57 IMAD: 0314B6B7HU6R001557 | | |
| 14MAR | | | USD | OUR: 0015260114XF | 2,080,025.18 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 0005304616494 | | |
| 14MAR | | 14MAR | USD | YOUR: O/B WACHOVIA BK OUR: 0220209073FF | 2,708,703.21 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A 21044-4098/AC-000000000160 RFB=O/B ND CO SYRACUSE FDNG ACC COLUMBIA MD WACHOVIA BK BBI=/TIME/11:54 IMAD: 0314E3B75D2C001070 | | |
| 15MAR | | | USD | OUR: 0734782569TC | 8,512.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |

TS

```
W.R. GRACE AND COMPANY                          Account No:        016-001257
SYRACUSE FUNDING ACCOUNT                  Statement Start Date:    01 MAR 2006
W.R. GRACE & CO.— CONN                      Statement End Date:    15 MAR 2006
ATTN, GLENN HERNDON— FINANCE DEPT.            Statement Code:      S00-USA-22
7500 GRACE DRIVE.— BLDG 25                     Statement No:       005
COLUMBIA MD 21044-4098                                             Page  9 of 15
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| | | | | | | ORIG ID:901600125 7 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:0210000247 82569 EED:060315 IND ID:9016001257 IND NAME:EFT FILE NAME: RP0730G EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199  CO EFF DATE: 06/03/15 | | |
| 15MAR | | | | USD YOUR: O/B WACHOVIA BK OUR: 0490508074FF | 277,881.54 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /055000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0315E3B75D1C003638 | | |
| 15MAR | | | | USD OUR: 0016120114XF | 851,239.65 | AUTOMATIC DOLLAR TRANSFER FRDM ACCOUNT 1003046164 94 | | |
| 15MAR | | | | USD YOUR: O/B BK AMER NYC OUR: 0489201074FF | 2,338,946.75 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BK AMER NYC BBI=/TIME/14:17 IMAD: 0315B6B7HU1R003229 | | |
| **DEBITS** | | | | | | | | |
| 01MAR | | | | USD OUR: 0031630118XF | 2,012.40 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 10032381963 | | |
| 01MAR | | | | USD YOUR: NONREF OUR: 3332600060JO | 56,740.96 | FEDWIRE DEBIT VIA: BK OF CHINA NYC /026003269 A/C: ACBKCHCNBJ500 SHANDONG CHINA BEN: LIANFA STAINLESS STEEL PIPES A VALVES REF: ATTENTION MS MARY 051206/TIME/ 17:03 IMAD: 0301B1QGC02C008536 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 MAR 2006
Statement End Date: 15 MAR 2006
Statement Code: S00-USA-22
Statement No: 005

Page 10 of 15

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 01MAR | | 01MAR | USD | YOUR: NONREF OUR: 3277900060JO | 100,000.00 | BOOK TRANSFER DEBIT A/C: W.R GRACE & CO COLUMBIA MD 21044-4098 REF: CHASE MEDICAL ACCT FUNDING | | |
| 01MAR | | 01MAR | USD | YOUR: NONREF OUR: 3278000060JO | 164,486.69 | CHIPS DEBIT VIA: BANK OF AMERICA N.A. /0959 A/C: FLEET NATIONAL BANK HARTFORD CT 06115-2001 BEN: FLEET CAPITAL CORPORATION REF: BANK OF AMERICA BUSINESS CAPIT AL W.R. GRACE & CO. - CONN. SSN: 0295158 | | |
| 01MAR | | 01MAR | USD | YOUR: NONREF OUR: 3277800060JO | 2,500,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0301B1QGC04C008489 | | |
| 02MAR | | 02MAR | USD | YOUR: NONREF OUR: 2472500061JO | 10,858.79 | CHIPS DEBIT VIA: DEUTSCHE BANK AG /0378 A/C: ACDEUTDESM545 IBAN: DE71545700940366033900 BEN: GRACE CATALYST AB SSN: 0269037 | | |
| 02MAR | | | USD | OUR: 0029190114XF | 150,899.13 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003523881963 | | |
| 02MAR | | 02MAR | USD | YOUR: NONREF OUR: 2464800061JO | 192,806.78 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0268493 | | |
| 02MAR | | 02MAR | USD | YOUR: NONREF OUR: 2464900061JO | 489,421.74 | FEDWIRE DEBIT VIA: CITIBANK WILM /031100209 A/C: CITIBANK SAMP AETNA HEALTH PLAN IMAD: 0302B1QGC05C005799 | | |

Account No: 016-001257
Statement Start Date: 01 MAR 2006
Statement End Date: 15 MAR 2006
Statement Code: S00-USA-22
Statement No: 005
Page 11 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Description | Credit / Debit | Closing Balances | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Date | Amount |
| **DEBITS CONTINUED** | | | | | | | | |
| 02MAR | | 02MAR | USD | YOUR: NONREF<br>OUR: 2464700061J0 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0302B1QGC07C006684 | 9,000,000.00 | | |
| 03MAR | | 03MAR | USD | OUR: 0029690114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032881963 | 8,854.93 | | |
| 03MAR | | 03MAR | USD | YOUR: NONREF<br>OUR: 2427900062J0 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: ACDEUTDESM545<br>BLZ 54570094<br>BEN: GRACE CATALYST AB<br>IBAN DE71 5457 0094 0366 0339 00<br>REF: 92361139<br>SSN: 0271622 | 10,858.79 | | |
| 03MAR | | 03MAR | USD | YOUR: NONREF<br>OUR: 2446600062J0 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0303B1QGC08C006153 | 1,700,000.00 | | |
| 03MAR | | 03MAR | USD | YOUR: NONREF<br>OUR: 2446700062J0 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0303B1QGC01C005846 | 5,800,000.00 | | |
| 06MAR | | 06MAR | USD | YOUR: NONREF<br>OUR: 2186900065J0 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0306B1QGC08C005785 | 1,500,000.00 | | |
| 06MAR | | 06MAR | USD | YOUR: NONREF<br>OUR: 2186800065J0 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219 | 4,800,000.00 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| | Account No: | 016-001257 |
|---|---|---|
| | Statement Start Date: | 01 MAR 2006 |
| | Statement End Date: | 15 MAR 2006 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 005 |
| | Page 12 | of 15 |

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 07MAR | | 07MAR | USD | YOUR: NONREF OUR: 2474000066J0 | 29,679.34 | A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD:0306B1QGC01C005536<br>FEDWIRE DEBIT<br>VIA: CITIZENS PROV<br>/011500120 | | |
| 07MAR | | 07MAR | USD OUR: 002811011 4XF | | 51,957.55 | A/C: TUFTS HEALTH PLAN<br>REF: ATTN: TOTAL HEALTH PLAN W. R.<br>GRACE/TIME/16.06<br>IMAD:0307B1QGC04C005364<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 | | |
| 07MAR | | 07MAR | USD | YOUR: NONREF OUR: 2473900066J0 | 3,700,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219 | | |
| 08MAR | | | USD OUR: 002873011 4XF | | 325.00 | A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD:0307B1QGC07C005956<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 | | |
| 08MAR | | | USD | YOUR: NONREF OUR: 2415700067J0 | 13,800,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219 | | |
| 09MAR | | | USD OUR: 002929011 4XF | | 4,008.40 | A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD:0308B1QGC04C006238<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 | | |
| 09MAR | | | USD | YOUR: ACH OF 06/03/09 OUR: 002020068HP | 250,000.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 09MAR | | | USD | YOUR: NONREF OUR: 1887800068J0 | 418,873.70 | FEDWIRE DEBIT<br>VIA: CITIBANK WILM<br>/031100209<br>A/C: CITIBANK SAMP<br>AETNA HEALTH PLAN | | |
| 09MAR | | | USD | YOUR: NONREF OUR: 1887700068J0 | 4,375,160.75 | IMAD:0309B1QGC02C004249<br>FEDWIRE DEBIT<br>VIA: DBTCO AMERICAS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 MAR 2006
Statement End Date: 15 MAR 2006
Statement Code: S00-USA-22
Statement No: 005
Page 13 of 15

## DEBITS CONTINUED

| Ledger Date | Value Date | Credit / Debit | References | Description |
|---|---|---|---|---|
| 09MAR | 09MAR | 42,900,000.00 | USD YOUR: NONREF OUR: 2546600068J0 | REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS IHAD: 0309B1QGC08C004658 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IHAD: 0309B1QGC01C005705 |
| 10MAR | | 1,625.79 | USD OUR: 0029490114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238I963 |
| 10MAR | 10MAR | 20,914.14 | USD YOUR: NONREF OUR: 2718900069J0 | FEDWIRE DEBIT VIA: CITIBANK WILM /031100209 A/C: CITIBANK SAMP AETNA HEALTH PLAN |
| 10MAR | 10MAR | 250,000.00 | USD OUR: 0684568998TC | IHAD: 0310B1QGC04C006381 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901600I257 DESC DATE:060310 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024568898 EED:060310 IND ID:02335AGIAC IND NAME:CALIFORNIA FRANCHISE |
| 10MAR | 10MAR | 3,500,000.00 | USD YOUR: NONREF OUR: 2719000069J0 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER-FUNDS) IHAD: 0310B1QGC06C006487 |
| 13MAR | | 595.00 | USD OUR: 0029360114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238I963 |
| 13MAR | 13MAR | 15,743.25 | USD YOUR: NONREF OUR: 2459700072J0 | BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TRUSTEE AN LIMA 100 PERU BEN: /1930690735129 PETROPOLIS S.A. REF: ATTN: M. PORCARI |
| 13MAR | 13MAR | 2,800,000.00 | USD YOUR: NONREF OUR: 2459900072J0 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN, GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No:                016-001257
Statement Start Date:      01 MAR 2006
Statement End Date:        15 MAR 2006
Statement Code:            S00-USA-22
Statement No:              005
Page 14 of 15

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 13MAR | | 13MAR | USD | YOUR: NONREF<br>OUR: 24598000723J0 | 3,300,000.00 | A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0313B1QGC06C005408<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0313B1QGC07C005404 | | |
| 14MAR | | 14MAR | USD | YOUR: NONREF<br>OUR: 27162000073J0 | 781.50 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: ACSPDBCNSHXXX<br>SHANGHAI 200002 CHINA<br>BEN: SHANGHAI LINKSTAR IMP AND EXP<br>SSN: 0270269 | | |
| 14MAR | | 14MAR | USD | YOUR: ACH OF 06/03/14<br>OUR: 002620007JHP | 8,512.00 | BOOK TRANSFER DEBIT<br>A/C: P/E 563634<br>REF: PRE-FUNDING CLEARING A<br>TAMPA /E563634 | | |
| 14MAR | | 14MAR | USD | OUR: 0028950114XF | 10,021.02 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00023381963 | | |
| 14MAR | | 14MAR | USD | YOUR: NONREF<br>OUR: 27161000073J0 | 12,572.95 | FEDWIRE DEBIT<br>VIA: CITIZENS PROV<br>/011500120<br>A/C: TUFTS HEALTH PLAN<br>REF: ATTN: TOTAL HEALTH PLAN W. R.<br>GRACE/TIME/15.53<br>IMAD: 0314B1QGC06C005529 | | |
| 14MAR | | 14MAR | USD | YOUR: NONREF<br>OUR: 27160000073J0 | 100,000.00 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: CHASE MEDICAL ACCT FUNDING | | |
| 14MAR | | 14MAR | USD | YOUR: NONREF<br>OUR: 27158000073J0 | 1,300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0314B1QGC07C005645 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: GRACE & CO. - CONN
ATTN: GENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE-BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 MAR 2006
Statement End Date: 15 MAR 2006
Statement Code: S00-USA-22
Statement No: 005
Page 15 of 15

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 14MAR | | | USD | YOUR: NONREF<br>OUR: 2715900073J0 | 4,700,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/05300219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0314B1QGC01C005471 | | |
| 15MAR | | | USD | OUR: 0734891624TC | 1,115.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:060315<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000024891624 EED:060315<br>IND ID:ME-0100086<br>IND NAME:STATE OF MICHIGAN | | |
| 15MAR | | | USD | OUR: 0031110114XF | 6,403.03 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00053881963 | | |
| 15MAR | | | USD | OUR: 0734891623TC | 7,397.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:060315<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000024891623 EED:060315<br>IND ID:10148551<br>IND NAME:STATE OF N. CAROLINA | | |
| 15MAR | | | USD | YOUR: NONREF<br>OUR: 3281600074J0 | 1,400,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 332375 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0315B1QGC05C007577 | | |
| 15MAR | | | USD | YOUR: NONREF<br>OUR: 3281500074J0 | 3,300,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/05300219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNT<br>IMAD: 0315B1QGC06C007059 | | |

## CHECKS

No Activity

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number      8188203114
01 01 142 01 M0000 E#      0
Last Statement:    02/28/2006
This Statement:    03/31/2006

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page    1 of    5

Bankruptcy Case Number:0101139

ATTN: Customers who send and receive wire transfers. On 3/6/06,
Bank of America will introduce a new ABA # (0260-0959-3) for all
incoming & outgoing wires for this account. Please notify those
that send wire transfers to you of the change in ABA.
NOTE: This ABA change does not affect ACH transactions or the
ABA # that currently appears on your checks & deposit tickets.

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 03/01/2006 - 03/31/2006 | | Statement Beginning Balance | 752,234.75 |
| Number of Deposits/Credits | 47 | Amount of Deposits/Credits | 53,472,755.09 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 32 | Amount of Other Debits | 52,712,228.17 |
| | | Statement Ending Balance | 1,512,761.67 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 03/01 | | 357,094.67 | Zero Balance Transfer | TRSF FR 8188903106 | 00722184170 |
| 03/01 | | 612,806.93 | Zero Balance Transfer | TRSF FR 8188703107 | 00722183983 |
| 03/02 | | 32,750.54 | Zero Balance Transfer | TRSF FR 8188903106 | 00722187810 |
| 03/02 | | 725,877.41 | Zero Balance Transfer | TRSF FR 8188703107 | 00722187622 |
| 03/03 | | 240,469.07 | Zero Balance Transfer | TRSF FR 8188903106 | 00722188933 |
| 03/03 | | 2,009,093.93 | Zero Balance Transfer | TRSF FR 8188703107 | 00722188736 |
| 03/06 | | 461,755.53 | Zero Balance Transfer | TRSF FR 8188903106 | 00722315065 |
| 03/06 | | 4,789,952.48 | Zero Balance Transfer | TRSF FR 8188703107 | 00722314854 |
| 03/07 | | 197,446.18 | Zero Balance Transfer | TRSF FR 8188903106 | 00722215165 |
| 03/07 | | 909,352.25 | Zero Balance Transfer | TRSF FR 8188703107 | 00722214976 |
| 03/08 | | 145,658.64 | Zero Balance Transfer | TRSF FR 8188903106 | 00722178376 |
| 03/08 | | 663,916.72 | Zero Balance Transfer | TRSF FR 8188703107 | 00722178199 |
| 03/09 | | 143,823.84 | Zero Balance Transfer | TRSF FR 8188903106 | 00722183674 |
| 03/09 | | 1,827,388.67 | Zero Balance Transfer | TRSF FR 8188703107 | 00722183488 |
| 03/10 | | 217,724.73 | Zero Balance Transfer | TRSF FR 8188903106 | 00722185992 |
| 03/10 | | 2,115,611.89 | Zero Balance Transfer | TRSF FR 8188703107 | 00722105806 |
| 03/13 | | 277,222.13 | Zero Balance Transfer | TRSF FR 8188903106 | 00722310801 |
| 03/13 | | 3,936,118.36 | Zero Balance Transfer | TRSF FR 8188703107 | 00722310596 |
| 03/14 | | 39,511.00 | Zero Balance Transfer | TRSF FR 8188903106 | 00722213224 |
| 03/14 | | 929,158.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722213044 |
| 03/15 | | 366,506.61 | Zero Balance Transfer | TRSF FR 8188903106 | 00722185979 |
| 03/15 | | 2,695,855.54 | Zero Balance Transfer | TRSF FR 8188703107 | 00722185785 |
| 03/16 | | 508,520.16 | Zero Balance Transfer | TRSF FR 8188903106 | 00722184142 |
| 03/16 | | 595,854.39 | FX05A016CR595854.39 USD  @ 0.0 | QN20060314 | 628301790300024 |
| 03/16 | | 3,279,274.26 | Zero Balance Transfer | TRSF FR 8188703107 | 00722183963 |
| 03/17 | | 129,470.46 | Zero Balance Transfer | TRSF FR 8188903106 | 00722185599 |
| 03/17 | | 1,742,245.25 | Zero Balance Transfer | TRSF FR 8188703107 | 00722185403 |
| 03/20 | | 600,794.82 | Zero Balance Transfer | TRSF FR 8188903106 | 00722309266 |
| 03/20 | | 3,563,022.60 | Zero Balance Transfer | TRSF FR 8188703107 | 00722309054 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number    8188203114
01 01 142 01 M0000 E#    0
Last Statement:    02/28/2006
This Statement:    03/31/2006

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    2 of    5

Bankruptcy Case Number:0101139

# ANALYZED CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 03/21 | | 195,550.83 | Zero Balance Transfer | TRSF FR 8188903106 | 00722212579 |
| 03/21 | | 1,405,485.54 | Zero Balance Transfer | TRSF FR 8188703107 | 00722212394 |
| 03/22 | | 20,507.61 | Zero Balance Transfer | TRSF FR 8188903106 | 00722177322 |
| 03/22 | | 450,645.98 | Zero Balance Transfer | TRSF FR 8188703107 | 00722177138 |
| 03/23 | | 460,397.83 | Zero Balance Transfer | TRSF FR 8188903106 | 00722182241 |
| 03/23 | | 502,138.92 | Zero Balance Transfer | TRSF FR 8188703107 | 00722182046 |
| 03/24 | | 114,573.61 | Zero Balance Transfer | TRSF FR 8188903106 | 00722184918 |
| 03/24 | | 4,376,278.32 | Zero Balance Transfer | TRSF FR 8188703107 | 00722184728 |
| 03/27 | | 402,568.66 | Zero Balance Transfer | TRSF FR 8188903106 | 00722310119 |
| 03/27 | | 4,317,488.81 | Zero Balance Transfer | TRSF FR 8188703107 | 00722309906 |
| 03/28 | | 541,987.82 | Zero Balance Transfer | TRSF FR 8188903106 | 00722211329 |
| 03/28 | | 1,624,060.65 | Zero Balance Transfer | TRSF FR 8188703107 | 00722211144 |
| 03/29 | | 207,225.23 | Zero Balance Transfer | TRSF FR 8188903106 | 00722179293 |
| 03/29 | | 1,718,425.95 | Zero Balance Transfer | TRSF FR 8188703107 | 00722179107 |
| 03/30 | | 525,456.71 | Zero Balance Transfer | TRSF FR 8188903106 | 00722182709 |
| 03/30 | | 922,927.22 | Zero Balance Transfer | TRSF FR 8188703107 | 00722182512 |
| 03/31 | | 251,715.31 | Zero Balance Transfer | TRSF FR 8188903106 | 00722189152 |
| 03/31 | | 1,321,043.03 | Zero Balance Transfer | TRSF FR 8188703107 | 00722188957 |

## Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/01 | | 992,246.98 | WIRE TYPE:WIRE OUT DATE:030106 TIME:1304 CT TRN:060301055053 FDREF/SEQ:060301055053/001042 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370055053 |
| 03/02 | | 1,175,133.20 | WIRE TYPE:WIRE OUT DATE:030206 TIME:1336 CT TRN:060302051687 FDREF/SEQ:060302051687/001378 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370051687 |
| 03/03 | | 831,251.32 | WIRE TYPE:WIRE OUT DATE:030306 TIME:1031 CT TRN:060303026329 FDREF/SEQ:060303026329/000571 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370026329 |
| 03/06 | | 11,371.83 | Foreign Exchange Debit FX444700DR9471.00 EUR Ə 1.2007 0N20060302 | 01790300278 |
| 03/06 | | 13,492.07 | Foreign Exchange Debit FX444752DR11236.84 EUR ƏÌ.2007 0N20060302 | 01790300027 |
| 03/06 | | 5,100,282.66 | WIRE TYPE:WIRE OUT DATE:060306 TIME:1139 ET TRN:2006030600124088 SERVICE REF:001622 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370124088 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:    02/28/2006
This Statement:    03/31/2006

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    3 of    5

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/07 | | 1,981,238.13 | WIRE TYPE:WIRE OUT DATE:060307 TIME:1508 ET TRN:2006030700179668 SERVICE REF:002972 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370179668 |
| 03/08 | | 22,318.87 | Foreign Exchange Debit FX494147DR18514.20 EUR ∂ 1.2055 ON20060306 | 01790300013 |
| 03/08 | | 1,027,592.86 | WIRE TYPE:WIRE OUT DATE:060308 TIME:1515 ET TRN:2006030800181833 SERVICE REF:002967 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370181833 |
| 03/09 | | 779,485.68 | WIRE TYPE:WIRE OUT DATE:060309 TIME:1355 ET TRN:2006030900158847 SERVICE REF:002506 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370158847 |
| 03/10 | | 1,500.00 | Foreign Exchange Debit FX535037DR2443.50 SGD ∂ 1.629 ON20060308 | 01790300266 |
| 03/10 | | 1,867,840.63 | WIRE TYPE:WIRE OUT DATE:060310 TIME:1548 ET TRN:2006031000211196 SERVICE REF:003683 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370211196 |
| 03/13 | | 4,658,690.29 | WIRE TYPE:WIRE OUT DATE:060313 TIME:1315 ET TRN:2006031300157548 SERVICE REF:002189 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370157548 |
| 03/14 | | 1,866,893.64 | WIRE TYPE:WIRE OUT DATE:060314 TIME:1157 ET TRN:2006031600119722 SERVICE REF:001452 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370119722 |
| 03/15 | | 2,338,946.75 | WIRE TYPE:WIRE OUT DATE:060315 TIME:1417 ET TRN:2006031500185446 SERVICE REF:003229 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370185446 |
| 03/16 | | 2,431,155.69 | WIRE TYPE:WIRE OUT DATE:060316 TIME:1133 ET TRN:2006031600122359 SERVICE REF:001454 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370122359 |
| 03/17 | | 3,528,007.27 | WIRE TYPE:WIRE OUT DATE:060317 TIME:1358 ET TRN:2006031700170505 SERVICE REF:002815 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370170505 |
| 03/20 | | 3,722,207.82 | WIRE TYPE:WIRE OUT DATE:060320 TIME:1201 ET TRN:2006032000141513 SERVICE REF:001960 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370141513 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number    8188203114
01 01 142 01 M0000 E#         0
Last Statement:    02/28/2006
This Statement:    03/31/2006

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    4 of    5

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/21 | | 2,637,206.69 | WIRE TYPE:WIRE OUT DATE:060321 TIME:1455 ET TRN:2006032100169987 SERVICE REF:002791 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370169987 |
| 03/22 | | 1,444,185.18 | WIRE TYPE:WIRE OUT DATE:060322 TIME:1146 ET TRN:2006032200116273 SERVICE REF:001579 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370116273 |
| 03/23 | | 499,133.47 | WIRE TYPE:WIRE OUT DATE:060323 TIME:1504 ET TRN:2006032300185947 SERVICE REF:003123 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370185947 |
| 03/24 | | 1,508,010.51 | WIRE TYPE:WIRE OUT DATE:060324 TIME:1443 ET TRN:2006032400182966 SERVICE REF:003000 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370182966 |
| 03/27 | | 5,319,438.85 | WIRE TYPE:WIRE OUT DATE:060327 TIME:1150 ET TRN:2006032700133343 SERVICE REF:001668 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370133343 |
| 03/28 | | 3,706,580.49 | WIRE TYPE:WIRE OUT DATE:060328 TIME:1158 ET TRN:2006032800124239 SERVICE REF:001456 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370124239 |
| 03/29 | | 1,878,935.84 | WIRE TYPE:WIRE OUT DATE:060329 TIME:1147 ET TRN:2006032900127009 SERVICE REF:001671 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370127009 |
| 03/30 | | 182.67 | Foreign Exchange Debit FX838791DR214.00 CAD ⌐ 1.1715 ON20060329 | 01790300057 |
| 03/30 | | 1,023,235.06 | WIRE TYPE:WIRE OUT DATE:060330 TIME:1148 ET TRN:2006033000134775 SERVICE REF:001818 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370134775 |
| 03/31 | | 13,699.96 | Foreign Exchange Debit FX845098DR7864.50 GBP ⌐ 1.742 ON20060329 | 01790300073 |
| 03/31 | | 168,006.85 | Foreign Exchange Debit FX845062DR139424.77 EUR ⌐ 1.205 ON20060329 | 01790300397 |
| 03/31 | | 205,526.19 | Foreign Exchange Debit FX845091DR117982.89 GBP ⌐ 1.742 ON20060329 | 01790300027 |
| 03/31 | | 436,677.07 | Foreign Exchange Debit FX845078DR362387.61 EUR ⌐ 1.205 ON20060329 | 01790300129 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:    02/28/2006
This Statement:    03/31/2006

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    5 of    5

Bankruptcy Case Number: 0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/31 | | 1,521,753.65 | WIRE TYPE:WIRE OUT DATE:060331 TIME:1122 ET TRN:2006033100155654 SERVICE REF:002810 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370155654 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/28 | 752,234.75 | 455,261.91 | 03/16 | 3,731,538.08 | 262,496.51 |
| 03/01 | 729,889.37 | 60,049.88 | 03/17 | 2,075,246.52 | 664,038.76 |
| 03/02 | 313,384.12 | 7,060.91 | 03/20 | 2,516,856.12 | 120,527.81 |
| 03/03 | 1,731,695.80 | 19,840.38 | 03/21 | 1,480,685.80 | 20,384.56 |
| 03/06 | 1,858,257.25 | 112,577.19 | 03/22 | 507,654.21 | 14,269.94 |
| 03/07 | 983,817.55 | 74,176.00 | 03/23 | 971,057.49 | 62,326.37 |
| 03/08 | 743,481.18 | 80,866.13 | 03/24 | 3,953,898.91 | 1,015,900.58 |
| 03/09 | 1,935,208.01 | 29,716.55 | 03/27 | 3,354,517.53 | 86,107.96 |
| 03/10 | 2,399,204.00 | 107,549.99 | 03/28 | 1,813,985.51 | 25,868.73 |
| 03/13 | 1,953,854.20 | 26,576.78 | 03/29 | 1,860,700.85 | 552,696.74 |
| 03/14 | 1,055,629.56 | 9,207.22 | 03/30 | 2,285,667.05 | 1,505,851.01 |
| 03/15 | 1,779,044.96 | 165,590.41 | 03/31 | 1,512,761.67 | 150,502.47 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#      0
Last Statement:    03/31/2006
This Statement:    04/28/2006

**Customer Service**
1-800-699-7188

W.R. GRACE & CO.-CONN DIP
GCP LOCKBOX ACCOUNT
ATTN  CHARLIE SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page      1 of   12

Bankruptcy Case Number:0101139

The service charge field in the Account Summary Information section on the bank statement has been modified to include only direct service charges. Service charges generated by account analysis are no longer included in this field. The account analysis service charge will reflect in the detail portion of the bank statement.

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 04/01/2006 - 04/28/2006 | Statement Beginning Balance | | .00 |
| Number of Deposits/Credits | 144 | Amount of Deposits/Credits | 41,755,889.70 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 24 | Amount of Other Debits | 41,755,889.70 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/03 | | 594.77 | BOFA MS 1924    DES:MERCH SETL ID:43013300162773253336093313989 7<br>INDN:GRACE GPC SCC    CO ID:1210001922 CCD<br>REF:0081887031071211082500200609331398 9706040322 | 139897 |
| 04/03 | | 1,109.12 | WIRE TYPE:WIRE IN DATE: 060403 TIME:0722 ET<br>TRN:2006040300066781 SEQ:0604020014002490/002490<br>ORIG:ARABIAN VERMICULITE INDUS SND BK:WACHOVIA NY<br>INTL ID:026005092 PMT DET:0A41264B01060401 | 385200370066781 |
| 04/03 | | 1,126.46 | BOFA MS 1924    DES:MERCH SETL ID:43013300162773253336093316822 4<br>INDN:GRACE GPC SCC    CO ID:1210001922 CCD<br>REF:0081887031071211082500200609331682 2406040322 | 168224 |
| 04/03 | | 5,578.60 | BOFA MS 1924    DES:MERCH SETL ID:43013300162773253336093316822 5<br>INDN:GRACE GPC SCC    CO ID:1210001922 CCD<br>REF:0081887031071211082500200609331682 2506040322 | 168225 |
| 04/03 | | 14,516.53 | WIRE TYPE:WIRE IN DATE: 060403 TIME:1635 ET<br>TRN:2006040300277545 SEQ:0604031601 25HG01/000871<br>ORIG:CHAMBLESS CONSTRUCTION ID:122754 SND BK:COLUM<br>BUS BANK AND TRUST COMPA ID:061100606 | 385200370277545 |
| 04/03 | | 37,057.14 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000769519<br>INDN:W R GRACE & CO    CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200609303 7993106040322 | 533360930379931 |
| 04/03 | | 38,725.00 | WIRE TYPE:WIRE IN DATE: 060403 TIME:0722 ET<br>TRN:2006040300066778 SEQ:0604020014002489/002489<br>ORIG:ARABIAN VERMICULITE INDUS SND BK:WACHOVIA NY<br>INTL ID:026005092 PMT DET:0A41265001060401 | 385200370066778 |
| 04/03 | 96160000 | 349,794.42 | Lockbox Deposit | 612600052626532 |
| 04/03 | 96160000 | 372,098.89 | Lockbox Deposit | 612600053046081 |
| 04/03 | 96160000 | 679,608.39 | Lockbox Deposit | 612600053225085 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

| | |
|---|---|
| Account Number | 8188703107 |
| 01 01 142 01 M0000 E# | 0 |
| Last Statement: | 03/31/2006 |
| This Statement: | 04/28/2006 |

**Customer Service**
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    2 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/03 | 96160000 | 1,238,328.12 | Lockbox Deposit | 612600052435807 |
| 04/04 | | 546.82 | BOFA MS 1924      DES:MERCH ADJ  ID:4301330016277325333609441378665 INDN:GRACE GPC SCC           CO ID:1210002922 CCD REF:00818870310712110825002006094413786506040422 | 533360944137865 |
| 04/04 | | 2,932.80 | KEMIN AMERICAS I DES:PAYMENTS    ID:10524 INDN:WR GRACE & CO         CO ID:420886654 CCD PMT INFO:NTEX92852008\ REF:00818870310712110825002006093588013506040422 | 533360935880135 |
| 04/04 | | 35,782.60 | Wire In-international WIRE TYPE:INTL IN DATE:060404 TIME:0714 ET TRN:2006033100112288 SEQ:EBANKG013572845/646029 ORIG:FLEXITALLIC LTD PMT DET: $25.00 FEE DEDUCTINV OICE 92817595 GRACE CONSTRUCTION | 385200370112288 |
| 04/04 | | 2,445,701.88 | Corporate Trade Credit BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000770072 INDN:W R GRACE & CO         CO ID:3820100960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:00818870310712110825002006093604029710604042 | 533360936042791 |
| 04/04 | 96160000 | 532,283.88 | Lockbox Deposit | 612600052413915 |
| 04/04 | 96160000 | 979,404.32 | Lockbox Deposit | 612600052220491 |
| 04/05 | | 59.66 | BOFA MS 1924      DES:MERCH SETL ID:4301330016277325333609508084485 INDN:GRACE GPC SCC           CO ID:1210001922 CCD REF:00818870310712110825002006095080848506040522 | 533360950808485 |
| 04/05 | | 196.62 | BOFA MS 1924      DES:MERCH SETL ID:4301330016277325333609508084484 INDN:GRACE GPC SCC           CO ID:1210001922 CCD REF:00818870310712110825002006095080848406040522 | 533360950808484 |
| 04/05 | | 6,449.79 | WIRE TYPE:WIRE IN DATE: 060405 TIME:1612 ET TRN:2006040500206171 SEQ:00015/000015 ORIG:GRACE VENEZUELA SA ID:300506I000104893 SND BK:BANCO INDUSTRIAL DE VENEZUELA ID:026009247 PMT DET:V28/03.0001 SERV.TRSNF.CDIVI 2141511 USO T | 385200370206171 |
| 04/05 | | 7,608.87 | AFFILIATED DIST  DES:AP PAYMENT ID:3    -662321 INDN:Grace Construction Pro  CO ID:1232182931 CCD REF:00818870310712110825002006093428731306040522 | 533360934287313 |
| 04/05 | | 8,360.00 | WIRE TYPE:WIRE IN DATE: 060405 TIME:1219 ET TRN:2006040500126519 SEQ:FTS0604052997200/003492 ORIG:INSULATION RESTORATION AN SND BK:BANK OF NEW YORK ID:021000018 PMT DET:/ATTN: JUDY SIMMONS //GR ACE CONSTRUCTION PRODUCTS //FIREPROOFING MATERIALS | 385200370126519 |
| 04/05 | | 10,411.47 | WIRE TYPE:WIRE IN DATE: 060405 TIME:1628 ET TRN:2006040500211828 SEQ:2006040500041862/002086 ORIG:T E S LIMITED SND BK:STANDARD CHARTERED BANK LIMIT ID:026002561 PMT DET:CO06040515585800INVOICE 92559787TES LTD | 385200370211828 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#        0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    3 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/05 | | 116,372.95 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000770638<br>INDN:W R GRACE & CO       CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:00818870310712110825002006094206853806040522 | 533360942068538 |
| 04/05 | 9616000D | 200,563.56 | Lockbox Deposit | 612600052412167 |
| 04/05 | 96160000 | 568,342.35 | Lockbox Deposit | 612600052216332 |
| 04/06 | | 599.89 | BOFA MS 1924      DES:MERCH SETL ID:430133001627732533360960748225<br>INDN:GRACE GPC SCC       CO ID:1210001922 CCD<br>REF:00818870310712110825002006096074822506040622 | 533360960748225 |
| 04/06 | | 19,356.24 | WIRE TYPE:WIRE IN DATE: 060406 TIME:1424 ET<br>TRN:2006040600171154 SEQ:060406130536IM00/000200<br>ORIG:BALATAS AMERICAN BRAKEBLO SND BK:LAREDO NATIO<br>NAL BANK ID:114900313 | 385200370171154 |
| 04/06 | | 30,317.77 | WIRE TYPE:WIRE IN DATE: 060406 TIME:0707 ET<br>TRN:2006040600022421 SEQ:04065543960002244/000123<br>ORIG:LIPPMANN GMBH ID:161034400 SND BK:DEUTSCHE BA<br>NK TRUST CO. AMERI ID:021001033 PMT DET:3509508288<br>FEES DEDUCTED #23.00INVOICE 92818047 | 385200370022421 |
| 04/06 | | 38,220.00 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000771264<br>INDN:W R GRACE & CO       CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:00818870310712110825002006095513788506040622 | 533360955137885 |
| 04/06 | 96160000 | 359,040.22 | Lockbox Deposit | 612600052413533 |
| 04/06 | 96160000 | 445,878.50 | Lockbox Deposit | 612600052217916 |
| 04/07 | | 14,552.11 | SPANCRETE GROUP    DES:040606SRI  ID:400009084.<br>INDN:W.R. GRACE & CO. - CON  CO ID:1391039772 CCD<br>REF:00818870310712110825002006097029762806040722 | 533360970297628 |
| 04/07 | | 23,788.42 | WIRE TYPE:WIRE IN DATE: 060407 TIME:1144 ET<br>TRN:2006040700130183 SEQ:050530009720/253491<br>ORIG:SIPLAST MASTER ACCOUNT SND BK:JPMORGAN CHASE<br>BANK, N.A. ID:0002 PMT DET:WRE OF 06/04/07 | 385200370130183 |
| 04/07 | | 268,009.24 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000772194<br>INDN:W R GRACE & CO       CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:00818870310712110825002006096277362506040722 | 533360962773625 |
| 04/07 | 96160000 | 116,542.99 | Lockbox Deposit | 612600052224608 |
| 04/07 | 96160000 | 905,425.59 | Lockbox Deposit | 612600052416711 |
| 04/10 | | 3,354.28 | WIRE TYPE:WIRE IN DATE: 060410 TIME:1439 ET<br>TRN:2006041000193357 SEQ:EKNK604IR0372560/001605<br>ORIG:YULIM TRADING COMPAY SND BK:KOOKMIN BANK ID:0<br>26013343 PMT DET:EKNK604IR0372560OUR COMM. USD18.0<br>0 TRN:0750OT600226 | 385200370193357 |

**Bank of America** 

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#        0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    4 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/10 | | 14,241.44 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000773198<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610034935606041022 | 533361000349356 |
| 04/10 | 96160000 | 520,974.38 | Lockbox Deposit | 612600053025912 |
| 04/10 | 96160000 | 539,812.21 | Lockbox Deposit | 612600052426082 |
| 04/10 | 96160000 | 785,253.74 | Lockbox Deposit | 612600052851135 |
| 04/10 | 96160000 | 1,579,843.31 | Lockbox Deposit | 612600052236001 |
| 04/11 | | 2,360.00 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325 33361010448480<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:0081887031071211082500200610104484806041122 | 533361010448480 |
| 04/11 | | 680,368.80 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000773957<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610049428070604112 | 533361004942807 |
| 04/11 | 96160000 | 815,864.66 | Lockbox Deposit | 612600052221620 |
| 04/11 | 96160000 | 829,920.55 | Lockbox Deposit | 612600052413344 |
| 04/12 | | 450.05 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325 33361020606624<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:0081887031071211082500200610206066240604122 | 533361020606624 |
| 04/12 | | 6,245.84 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001277923<br>INDN:W.R. GRACE & CO        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610135769320604122 | 533361013576932 |
| 04/12 | | 8,506.50 | AFFILIATED DIST  DES:AP PAYMENT ID:3    -662321<br>INDN:Grace Construction Pro  CO ID:1232182931 CCD<br>REF:0081887031071211082500200610034693606041222 | 533361003460936 |
| 04/12 | | 20,522.00 | WIRE TYPE:WIRE IN DATE: 060412 TIME:0724 ET<br>TRN:2006041200021012 SEQ:06041125629700 0A/024202<br>ORIG:BERGAMO ISOLANTI SPA SND BK:WACHOVIA NY INTL<br>ID:0509 PMT DET:000980060300335 PRO FORMA INVOICE<br>92891429 DATED 04 01 06 | 385200370021012 |
| 04/12 | | 51,995.23 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000774500<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610131042180604122 | 533361013104218 |
| 04/12 | 96160000 | 659,548.23 | Lockbox Deposit | 612600052413052 |
| 04/12 | 96160000 | 792,479.57 | Lockbox Deposit | 612600052218928 |
| 04/13 | | 2,309.76 | AFFILIATED DIST    DES:AP PAYMENT ID:3    -662321<br>INDN:Grace Construction Pro  CO ID:1232182931 CCD<br>REF:0081887031071211082500200610118940680604132 | 533361011894068 |

# Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number     8188703107
01 01 142 01 M0000 E#      0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page   5 of   12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/13 | | 3,123.49 | BOFA MS 1924     DES:MERCH SETL ID:4301330016277325333361030715485<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020061030715485060041322 | 533361030715485 |
| 04/13 | | 26,671.51 | WIRE TYPE:WIRE IN DATE: 060413 TIME:1555 ET<br>TRN:2006041300208064 SEQ:1146200103Z0/285692<br>ORIG:SIPLAST MASTER ACCOUNT SND BK:JPMORGAN CHASE<br>BANK, N.A. ID:0002 PMT DET:WRE OF 06/04/13 | 385200370208064 |
| 04/13 | | 102,646.95 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000775116<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020061024561390060041322 | 533361024561390 |
| 04/13 | 96160000 | 343,387.61 | Lockbox Deposit | 612600052216374 |
| 04/13 | 96160000 | 965,051.73 | Lockbox Deposit | 612600052411725 |
| 04/14 | | 65.08 | BOFA MS 1924     DES:MERCH SETL ID:4301330016277325333361040546982<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020061040546982060041422 | 533361040546982 |
| 04/14 | | 346.62 | BOFA MS 1924     DES:MERCH SETL ID:4301330016277325333361040546981<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020061040546981060041422 | 533361040546981 |
| 04/14 | | 1,019.22 | AFFILIATED DIST  DES:AP PAYMENT ID:3   -662321<br>INDN:Grace Construction Pro  CO ID:1232182931 CCD<br>REF:008188703107121108250020061022862208060041422 | 533361022862208 |
| 04/14 | | 113,526.60 | Wire In-international<br>WIRE TYPE:INTL IN DATE:060414 TIME:0708 ET<br>TRN:2006041400029712 SEQ:01380TT060400702/030782<br>ORIG:GRACE KOREA INC. PMT DET: $20.00 FEE DEDUCTBN<br>F.TEL.312.974.1915 | 385200370029712 |
| 04/14 | | 216,577.50 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000775878<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020061032738657060041422 | 533361032738657 |
| 04/14 | 96160000 | 608,094.79 | Lockbox Deposit | 612600052222364 |
| 04/14 | 96160000 | 1,043,135.30 | Lockbox Deposit | 612600052414144 |
| 04/17 | | 255.84 | BOFA MS 1924     DES:MERCH SETL ID:4301330016277325333361072356321<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020061072356321060041722 | 533361072356321 |
| 04/17 | | 394.83 | AMERICAN EXPRESS DES:SETTLEMENT ID:2190622647<br>INDN:GRACE GPC SC2190622647  CO ID:1134992250 CCD<br>REF:008188703107121108250020061070194560060041722 | 533361070194560 |
| 04/17 | | 1,292.37 | AFFILIATED DIST  DES:AP PAYMENT ID:3   -662321<br>INDN:Grace Construction Pro  CO ID:1232182931 CCD<br>REF:008188703107121108250020061032657705060041722 | 533361032657705 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#       0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    6 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/17 | | 1,752.30 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279962<br>   INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706499937060417 22 | 533361070649937 |
| 04/17 | | 2,423.12 | AMERICAN EXPRESS DES:SETTLEMENT ID:2190622647<br>   INDN:GRACE GPC SC2190622647   CO ID:1134992255 CCD<br>REF:0081887031071211082500200610714440116060417 22 | 533361041440116 |
| 04/17 | | 18,594.76 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279961<br>   INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706499924060417 22 | 533361070649924 |
| 04/17 | | 23,840.00 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279960<br>   INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706499914060417 22 | 533361070649914 |
| 04/17 | | 23,908.50 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279963<br>   INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706499945060417 22 | 533361070649945 |
| 04/17 | | 28,927.80 | Letter Of Credit<br>LC02274605.YOUR#92875096        PAYO01<br>TRADE OPERATIONS LETTER OF CREDIT<br>YOUR REF: 92875096           DATED: 03/14/06<br>LC#    02274605        VALUE 04/17/06 | 453501130001269 |
| 04/17 | | 121,205.40 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000776881<br>   INDN:W R GRACE CO           CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610704824060406041722 | 533361070482406 |
| 04/17 | | 1,069,795.55 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279959<br>   INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706499717060417 22 | 533361070649717 |
| 04/17 | 96160000 | 391,654.10 | Lockbox Deposit | 612600052848330 |
| 04/17 | 96160000 | 516,537.74 | Lockbox Deposit | 612600053022983 |
| 04/17 | 96160000 | 973,189.08 | Lockbox Deposit | 612600052426675 |
| 04/17 | 96160000 | 1,408,370.24 | Lockbox Deposit | 612600052234492 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#      0
Last Statement:   03/31/2006
This Statement:   04/28/2006

Customer Service
1-800-699-7188

W. R. GRACE & CO.-CONN DIP

Page    7 of  12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/18 | | 2,997.80 | KEMIN AMERICAS I DES:PAYMENTS   ID:10524<br>INDN:WR GRACE & CO        CO ID:420086654  CCD<br>PMT INFO:NTE*92871166\<br>REF:0081887031071211082500200610745917020604182 | 533361074591702 |
| 04/18 | | 3,828.00 | Corporate Trade Credit<br>FLORIDA ROCK IND DES:CORP PYMNT ID:8000081466<br>INDN:W R GRACE & CO        CO ID:8590573002 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610160417706041822 | 533361081604177 |
| 04/18 | | 564,427.42 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000777358<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610747925606041822 | 533361074792560 |
| 04/18 | 96160000 | 215,288.72 | Lockbox Deposit | 612600052224639 |
| 04/18 | 96160000 | 906,237.48 | Lockbox Deposit | 612600052415753 |
| 04/19 | | 162.60 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:0081887031071211082500200610905331290604192 | 533361090533129 |
| 04/19 | | 135,237.60 | WIRE TYPE:WIRE IN DATE: 060419 TIME:0721 ET<br>TRN:2006041900027424 SEQ:PAYA61092C000223/037857<br>ORIG:W R GRACE SA SND BK:BNP PARIBAS ID:0768<br>PMT DET:YS109773618025600GRACE CHICAGO/GRACE CAMBRI<br>DGE | 385200370027424 |
| 04/19 | | 164,630.29 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000777905<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610822617110604192 | 533361082261711 |
| 04/19 | 96160000 | 600,895.53 | Lockbox Deposit | 612600052217585 |
| 04/19 | 96160000 | 877,176.87 | Lockbox Deposit | 612600052414591 |
| 04/20 | | 838.46 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:0081887031071211082500200611005380960604202 | 533361100538096 |
| 04/20 | | 5,308.53 | WIRE TYPE:WIRE IN DATE: 060420 TIME:1644 ET<br>TRN:2006042000233039 SEQ:6004201528191M00/000337<br>ORIG:ITAPSA,S.A. DE C.V. SND BK:LAREDO NATIONAL BA<br>NK ID:114900313 | 385200370233039 |
| 04/20 | | 10,000.00 | 0208-18APRO6  LST     0047IL<br>Effective Date is 12/27/2005 | 4702910000105 |
| 04/20 | | 11,886.29 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000778483<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610936585130604202 | 533361093658513 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number     8188703107
01 01 142 01 M0000 E#       0
Last Statement:   03/31/2006
This Statement:   04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page     8 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/20 | | 44,213.73 | WIRE TYPE:WIRE IN DATE: 060420 TIME:1201 ET TRN:2006042000131341 SEQ:G0061102374901/003627 ORIG:GRACE COLOMBIA S.A. ID:000005483742 SND BK:CI TIBANK N.A. ID:021000089 PMT DET:INVOICE NO. 92771 035 INVOICE NO. 92798912 INVOICE NO. 92826821 TEL | 385200370131341 |
| 04/20 | 96160000 | 384,630.50 | Lockbox Deposit | 612600052411822 |
| 04/20 | 96160000 | 975,160.37 | Lockbox Deposit | 612600052220378 |
| 04/21 | | 1,775.00 | Wire In-international WIRE TYPE:INTL IN DATE:060421 TIME:1423 ET TRN:2006042100180173 SNDR REF:OMT-12-0256-06 ORIG:GENERADORA ELECTRICA OCCI PMT DET:PAYMENT IIN VOICE NO. 92842984 | 385200370180173 |
| 04/21 | | 12,946.94 | WIRE TYPE:WIRE IN DATE: 060421 TIME:1313 ET TRN:2006042100157238 SEQ:5016/001137 ORIG:IFE&S ID:116062 SND BK:MOUNT PROSPECT NATIONA L BANK ID:071925745 | 385200370157238 |
| 04/21 | | 19,387.98 | WIRE TYPE:WIRE IN DATE: 060421 TIME:1525 ET TRN:2006042100203747 SEQ:060421134910AF03/000276 ORIG:BALATAS AMERICAN BRAKEBLO SND BK:LAREDO NATIO NAL BANK ID:114900313 PMT DET:FACTURAS NO. 9283123 1,92834117,92834627 | 385200370203747 |
| 04/21 | | 25,345.76 | Corporate Trade Credit CALAVERAS MATERI DES:EFT PAYMNT ID:GRACON INDN:W.R. GRACE & CO. CO ID:4770049484 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031072121082500200611022836910604212 | 533361102283691 |
| 04/21 | | 31,244.78 | WIRE TYPE:WIRE IN DATE: 060421 TIME:1418 ET TRN:2006042100178786 SEQ:0957900111Z0/281851 ORIG:SIPLAST MASTER ACCOUNT SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:WRE OF 06/04/21 | 385200370178786 |
| 04/21 | | 68,272.43 | Corporate Trade Credit BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000779206 INDN:W R GRACE & CO CO ID:3820100960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031072121082500200611022626480604212 | 533361102262648 |
| 04/21 | 96160000 | 463,662.37 | Lockbox Deposit | 612600052415146 |
| 04/21 | 96160000 | 760,254.29 | Lockbox Deposit | 612600052223203 |
| 04/24 | | 235.98 | AMERICAN EXPRESS DES:SETTLEMENT ID:2190622647 INDN:GRACE GPC SC2190622647  CO ID:1134992250 CCD REF:0081887031072121082500200611124475606042422 | 533361111244756 |
| 04/24 | | 429.25 | Wire In-international WIRE TYPE:INTL IN DATE:060424 TIME:0719 ET TRN:2006042400031976 SEQ:STPA06042400269/654220 ORIG:LPO INDUSTRIES CO.,LTD ID:1408010071541 ORIG BK:AGRICULTURAL BANK OF CHINA, T ID:ABOCCNBJ0 30 PMT DET: $15.00 FEE DEDUCTADVANCE PAYMENT FOR G | 385200370031976 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

Account Number    8188703107
01 01 142 01 M0000 E#    0
Last Statement:    03/31/2006
This Statement:    04/28/2006

W.R. GRACE & CO.-CONN DIP

Customer Service
1-800-699-7188

Page    9 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/24 | | 6,464.29 | WIRE TYPE:WIRE IN DATE: 060424 TIME:1204 ET TRN:2006042400135942 SEQ:060424032299/270074 ORIG:AGROEXPO,SA DE CV ID:0074544420044635 SND BK: AMERICAN EXPRESS BANK LTD. ID:0159 PMT DET:1134580 716010832 | 385200370135942 |
| 04/24 | | 99,474.09 | Corporate Trade Credit BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000780084 INDN:W R GRACE & CO    CO ID:3820100960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611411854306042422 | 533361141185463 |
| 04/24 | 96160000 | 676,824.66 | Lockbox Deposit | 612600052853269 |
| 04/24 | 96160000 | 879,938.32 | Lockbox Deposit | 612600052426110 |
| 04/24 | 96160000 | 896,591.17 | Lockbox Deposit | 612600053021766 |
| 04/24 | 96160000 | 1,463,096.01 | Lockbox Deposit | 612600052236771 |
| 04/25 | | 11,440.00 | Corporate Trade Credit RINKER MATERIALS DES:EPOSPYMNTS ID:2001283178 INDN:W.R. GRACE & CO.    CO ID:3010714616 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611453319170604252 | 533361145331917 |
| 04/25 | | 28,009.00 | Wire In-international WIRE TYPE:INTL IN DATE:060425 TIME:0710 ET TRN:2006042100050780 SEQ:T008351/01/009619 ORIG:SERPIB DEVELOPMENT HOLDI ORIG BK:B.I.C.S. BAN QUE POPULAIRE MON ID:CCBPFRPPMTG PMT DET: $25.00 F EE DEDUCTFAC 92840076 02/24/06 | 385200370050780 |
| 04/25 | | 216,809.29 | Corporate Trade Credit BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000780627 INDN:W R GRACE & CO    CO ID:3820100960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611449192300604252 | 533361144919230 |
| 04/25 | 96160000 | 502,551.53 | Lockbox Deposit | 612600052417065 |
| 04/25 | 96160000 | 920,592.86 | Lockbox Deposit | 612600052225565 |
| 04/26 | | 15,437.38 | WIRE TYPE:WIRE IN DATE: 060426 TIME:1220 ET TRN:2006042600138117 SEQ:01234798986/000350 ORIG:GRACE BRASIL LTDA SND BK:CALYON ID:026008073 PMT DET:61161615661 /INV/92872655 VCP 06009554 IMP 2 OBI=/INV/92872655 VCP 06009554 IMP 2 CHARGES HA | 385200370138117 |
| 04/26 | | 23,786.68 | Corporate Trade Credit FLORIDA ROCK IND DES:CORP PYMNT ID:8000082141 INDN:W R GRACE & CO    CO ID:8590573002 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611609815840604262 2 | 533361160981584 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#      0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page     10 of   12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/26 | | 25,535.84 | Corporate Trade Credit<br>FLORIDA ROCK IND DES:CORP PYMNT ID:8000082140<br>INDN:W R GRACE & CO        CO ID:8590573002 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200611609815710604262 | 533361160981571 |
| 04/26 | | 259,089.60 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000781232<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200611532027310604262 | 533361153202731 |
| 04/26 | | 410,326.73 | Corporate Trade Credit<br>FLORIDA ROCK IND DES:CORP PYMNT ID:8000082142<br>INDN:W R GRACE & CO        CO ID:8590573002 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200611609815980604262 | 533361160981598 |
| 04/26 | | 416,593.38 | Corporate Trade Credit<br>FLORIDA ROCK IND DES:CORP PYMNT ID:8000082139<br>INDN:W R GRACE & CO        CO ID:8590573002 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200611609814680604262 | 533361160981468 |
| 04/26 | 96160000 | 231,352.86 | Lockbox Deposit | 612600052412531 |
| 04/26 | 96160000 | 1,260,447.92 | Lockbox Deposit | 612600052220638 |
| 04/27 | | 1,301.00 | WIRE TYPE:WIRE IN DATE: 060427 TIME:0710 ET<br>TRN:2006042700056000 SEQ:0604260584001520/001520<br>ORIG:ARABIAN VERMICULTE INDUST.SND BK:WACHOVIA NY<br>INTL ID:026005092 PMT DET:0A601607010604426 | 385200370056000 |
| 04/27 | | 2,185.00 | Wire In-international<br>WIRE TYPE:INTL IN DATE:060427 TIME:0755 ET<br>TRN:2006042700023496 SEQ:015TTJ-29078204/801055<br>ORIG:YUASA AND HARA 0015-03800 ID:0015-03800062<br>PMT DET: $15.00 FEE DEDUCTYOUR INVOICE NO. 1600042<br>8/04/03 /2006 AND NO. 16000450/04/13/2006. | 385200370023496 |
| 04/27 | | 3,695.59 | WIRE TYPE:WIRE IN DATE: 060427 TIME:1757 ET<br>TRN:2006042700272441 SEQ:0604273341014055/014055<br>ORIG:W.R.GRACE ARGENTINA SND BK:WACHOVIA NY INTL<br>ID:026005092 PMT DET:0464011113227105157 DIFER.DE<br>IMP.BIENES FOB INV 92855432 /REC/CHICAGO,IL | 385200370272441 |
| 04/27 | | 14,926.98 | WIRE TYPE:WIRE IN DATE: 060427 TIME:1757 ET<br>TRN:2006042700272453 SEQ:0604273341014058/014058<br>ORIG:W.R.GRACE ARGENTINA SND BK:WACHOVIA NY INTL<br>ID:026005092 PMT DET:0464011113227108157 DIFER.DE<br>IMP.BIENES FOB INV.92847142 /REC/CHICAGO,IL | 385200370272453 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number     8188703107
01 01 142 01 M0000 E#        0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    11 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/27 | | 17,127.24 | WIRE TYPE:WIRE IN DATE: 060427 TIME:1757 ET TRN:2006042700272447 SEQ:0604273341014057/014057 ORIG:W.R.GRACE ARGENTINA SND BK:WACHOVIA NY INTL ID:026005092 PMT DET:0464011113227106157 DIFER.DE IMP.BIENES FOB INV.92875085 92867877 /REC/CHICAGO, | 385200370272447 |
| 04/27 | | 49,700.00 | Corporate Trade Credit BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000781791 INDN:W R GRACE & CO       CO ID:3820100960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611650772510604272 | 533361165077251 |
| 04/27 | 96160000 | 154,981.87 | Lockbox Deposit | 612600052219164 |
| 04/27 | 96160000 | 344,779.83 | Lockbox Deposit | 612600052412107 |
| 04/28 | | 4,079.30 | AMERICAN EXPRESS DES:SETTLEMENT ID:2190622647 INDN:GRACE GPC SC2190622647   CO ID:1134992250 CCD REF:0081887031071211082500200611715213220604282 2 | 533361171521322 |
| 04/28 | | 7,143.69 | WIRE TYPE:WIRE IN DATE: 060428 TIME:1313 ET TRN:2006042800201017 SEQ:0604282333073/374741 ORIG:AGROSERVICIOS NIETO,SA DE ID:0074550116044889 SND BK:AMERICAN EXPRESS BANK LTD. ID:0159 PMT DET:115465060401005INV. 92853975 | 385200370201017 |
| 04/28 | | 35,185.89 | WIRE TYPE:WIRE IN DATE: 060428 TIME:0840 ET TRN:2006042800097936 SEQ:0190100118Z0/246997 ORIG:SIPLAST MASTER ACCOUNT SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:WRE OF 06/04/28 | 385200370097936 |
| 04/28 | | 37,226.21 | SPANCRETE GROUP   DES:042706EASE ID:400009956 INDN:W.R. GRACE & CO.  CO ID:1391039772 CCD REF:0081887031071211082500200611802709630604282 2 | 533361180270963 |
| 04/28 | | 143,354.53 | WIRE TYPE:WIRE IN DATE: 060428 TIME:1143 ET TRN:2006042800162749 SEQ:FTS0604285450700/005949 ORIG:WR GRACE HOLDINGS SA DE C ID:0074081106010517 SND BK:BANK OF NEW YORK ID:021000018 PMT DET:SWIFT CODE BOFAUSSN | 385200370162749 |
| 04/28 | | 236,032.67 | WIRE TYPE:WIRE IN DATE: 060428 TIME:0902 ET TRN:2006042800103028 SEQ:LCT61180365900/002357 ORIG:GRACE VENEZUELA S.A. ID:39059827 SND BK:CITIB ANK N.A. ID:021000089 PMT DET:PAYMENT SEVERAL INVO ICE | 385200370103028 |
| 04/28 | 96160000 | 160,977.57 | Lockbox Deposit | 612600052225543 |
| 04/28 | 96160000 | 717,231.19 | Lockbox Deposit | 612600052413938 |

### Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/03 | | 912.01 | BOFA MS 1924   DES:MERCH FEES ID:430133001627732 INDN:GRACE GPC SCC       CO ID:3210001922 CCD REF:0081887031071211082500200609315341650604032 7 | 60931534165 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188703107
01 01 142 01 M0000 E#         0
Last Statement:    03/31/2006
This Statement:    04/28/2006

H

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    12 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/03 | | 2,737,625.43 | Zero Balance Transfer           TRSF TO 8188203114 | 00722308856 |
| 04/04 | | .65 | AMERICAN EXPRESS DES:COLLECTION ID:2200796365 | 60936386506 |
| | | | INDN:GRACE GPC SC2200796365   CO ID:1134992250 CCD | |
| | | | REF:00818870310712110825002006093638650606040427 | |
| 04/04 | | 3,996,651.65 | Zero Balance Transfer           TRSF TO 8188203114 | 00722220795 |
| 04/05 | | 918,365.27 | Zero Balance Transfer           TRSF TO 8188203114 | 00722182887 |
| 04/06 | | 893,412.62 | Zero Balance Transfer           TRSF TO 8188203114 | 00722185243 |
| 04/07 | | 1,328,318.35 | Zero Balance Transfer           TRSF TO 8188203114 | 00722186689 |
| 04/10 | | 3,443,479.36 | Zero Balance Transfer           TRSF TO 8188203114 | 00722313743 |
| 04/11 | | 2,328,514.01 | Zero Balance Transfer           TRSF TO 8188203114 | 00722214529 |
| 04/12 | | 1,539,747.42 | Zero Balance Transfer           TRSF TO 8188203114 | 00722180457 |
| 04/13 | | 1,443,191.05 | Zero Balance Transfer           TRSF TO 8188203114 | 00722186318 |
| 04/14 | | 1,982,765.11 | Zero Balance Transfer           TRSF TO 8188203114 | 00722181552 |
| 04/17 | | 4,582,141.63 | Zero Balance Transfer           TRSF TO 8188203114 | 00722296061 |
| 04/18 | | 1,692,779.42 | Zero Balance Transfer           TRSF TO 8188203114 | 00722211713 |
| 04/19 | | 1,778,102.89 | Zero Balance Transfer           TRSF TO 8188203114 | 00722178627 |
| 04/20 | | 502.26 | BOFA MS 1924    DES:MERCH SETL ID:430133001627732 | 61100538146 |
| | | | INDN:GRACE GPC SCC             CO ID:1210001922 CCD | |
| | | | REF:00818870310712110825002006110053814606042027 | |
| 04/20 | | 10,000.00 | Zero Balance Transfer           TRSF TO 8188203114 | 00722006873 |
| | | | Effective Date is 12/27/2005 | |
| 04/20 | | 1,421,535.62 | Zero Balance Transfer           TRSF TO 8188203114 | 00722183542 |
| 04/21 | | 1,382,889.55 | Zero Balance Transfer           TRSF TO 8188203114 | 00722186277 |
| 04/24 | | 4,023,053.77 | Zero Balance Transfer           TRSF TO 8188203114 | 00722312443 |
| 04/25 | | 1,679,402.68 | Zero Balance Transfer           TRSF TO 8188203114 | 00722214723 |
| 04/26 | | 2,642,570.39 | Zero Balance Transfer           TRSF TO 8188203114 | 00722180363 |
| 04/27 | | 588,697.51 | Zero Balance Transfer           TRSF TO 8188203114 | 00722183478 |
| 04/28 | | 1,341,231.05 | Zero Balance Transfer           TRSF TO 8188203114 | 00722189243 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | .00 | .00 | 04/28 | .00 | .00 |

# Banc of America Securities

*Page 1 of 8*

**Banc of America Securities LLC**
Documentation Control Department
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

**Office Servicing your Account:**
Banc of America Securities LLC
8300 Greensboro Drive
Suite 620
McLean, VA 22102
800 428 6547

**Registered Representative:**
Banc of America Securities LLC
GAURA, ROB
703 761 8141
robb.m.gaura@bankofamerica.com
(Orders not accepted via e-mail)

000-0000

W R GRACE AND CO - CONN
TREASURY DEPT
7500 GRACE DRIVE
COLUMBIA MD 21044-4009

## Table of Contents

- Account Summary
  1
- Disclosure Statement
  2
- Cash Balance Summary
  3
- Income and Expense Summary
  3
- Money Market Funds Summary
  4
- Income and Expense Activity
  6
- Money Market Activity
  6
- Portfolio Holdings
  6
- Announcements
  7

## Account Summary

| | Account Value<br>as of 02/28/2006 | Account Value<br>as of 03/31/2006 | % of<br>Portfolio |
|---|---|---|---|
| **Current Period Ending Value** | | **$ 58,101,012.73** | |
| Last Period Ending Value | | $ 57,903,467.52 | |
| Net Income and Expenses | | $ 197,545.21 | |
| | | | |
| Portfolio Holdings | | | |
| Money Market Funds | $ 57,903,467.52 | $ 58,101,012.73 | 100.00 |
| **Total Portfolio Value** | **$ 57,903,467.52** | **$ 58,101,012.73** | |

TOTAL VALUE OF YOUR ACCOUNT

| | Current Period<br>Ending Value | Last Period<br>Ending Value |
|---|---|---|
| | | |

0.0   15.0   30.0   45.0   60.0

$ millions

SIPC



Disclosure Statement

**Banc of America Securities LLC**
Documentation Control Department
200 N. College St
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

# Banc of America Securities

**GENERAL** - Securities transactions are recorded in your account on the settlement date shown on the indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin transaction account, maintained by you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on BAS' truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-in-Lending statement or contact the BAS Margin Department at (646) 733-4204. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.

**DISCLOSURES** - BAS is a subsidiary of Bank of America Corporation, the parent company of several banking institutions. BAS is a registered broker-dealer with the Securities and Exchange Commission, and is a member of the New York Stock Exchange, Inc. ("NYSE"), the National Association of Securities Dealers, Inc. and the Securities Investor Protection Corporation ("SIPC"). From time to time, one or more principals or employees of BAS may have a long or short position in securities are underwriters, dealt in, or placed by BAS. You are referred to the relevant prospectus, offering statement or other disclosure document for material information relating to any such lending relationship and whether the proceeds of such issues will be used to repay any such loans. BAS may also from time to time participate in the distribution or placement of the securities offered or sold to you by it. Further, BAS may act as a financial advisor to an issuer whose securities may be sold to you by it. With respect to transactions effected in shares of any money market fund and any other transactions listed in Rule 10b-10(d) of the Securities and Exchange Act of 1934 ("the Exchange Act"), this statement is being provided to you in lieu of an immediate confirmation in accordance with Rule 10b-10 of the Exchange Act.

**REVENUE SHARING AND OTHER FUND COMPENSATION** - The Client Investment Strategies group ("CIS") of BASecurities is structured in units of a number of broker/dealers. CIS may receive compensation from these funds and/or their service providers. Your CIS sales representative may benefit financially from this compensation. For more information, please refer to the Prospectus and/or Statement of Additional Information ("SAI") of the fund, consult your CIS sales representative or visit our web site at bofa.com/prospectusdisclosures.

**SECURITY INTEREST** - BAS shall have a continuing security interest in all securities, funds and other assets now and hereafter held or carried by BAS in your account(s), including any property in transit or held by others on behalf of BAS, as collateral security for the payment or performance of any and all of your obligations to BAS now existing or hereafter arising and under your accounts or under any other agreement between you and BAS, together with all costs and expenses of BAS in connection therewith (the "Obligations"). If you fail to perform any Obligation or if you are in default on any agreement between us, BAS may cancel any transaction or may, in a private or a public sale, sell out or buy in the securities shown in this statement, holding you liable for any loss incurred. BAS shall have, in addition to the rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code in the State of New York.

**SECURITIES PROTECTION** - BAS is a member of SIPC, through which customer accounts are protected, in the event of the firm's insolvency, up to $500,000, including a maximum of $100,000 for free cash balances. For further details, please visit www.sipc.org. In addition to SIPC coverage, BAS provides coverage for the net equity of the securities and cash held in your account, or an aggregate of $1.2 billion. The term "net equity" means the value of the securities and cash BAS owes you less any amount you owe our firm at the time a liquidation proceeding is commenced. This additional protection is provided in the form of a guarantee to BAS from its parent company, Bank of America Corporation, and is the same as provided by SIPC, but at a higher dollar level. Neither SIPC nor the additional coverage is the same as or a substitute for FDIC deposit insurance. Securities purchased through BAS are not FDIC insured and are NOT deposits or other obligations of, or guaranteed by, Bank of America Corporation or any of its affiliates. An investment in securities involves risks including possible loss of the principal amount invested.

**FREE CREDIT BALANCES** - Securities held in safekeeping for your account by BAS or held by a securities depository and our records. Free credit balances are not segregated and may be used by BAS to the extent permitted by Federal regulations.

**MARGIN ACCOUNTS** - You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin transaction account, maintained by you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on BAS' truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-in-Lending statement or contact the BAS Margin Department at (646) 733-4204. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.

**OPTION ACCOUNTS** - Special rules govern the operations of option accounts. You should carefully read those rules and understand them before you elect to commence option trading. Further information on commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon request.

**SHORT ACCOUNT BALANCES** - If you have sold securities which you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions into your short account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases or decreases will be reflected in your option account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

**CALLABLE SECURITIES** - Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients.

**INTEREST, DIVIDENDS, SALE PROCEEDS** - Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. BAS is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account. Dividends and interest payments may be subject to country specific withholding taxes.

**"PAYMENT FOR ORDER FLOW" POLICY** - BAS' policy is not to accept remuneration for directing orders to particular brokers/dealers or market centers for execution.

**PRICE/VALUATION/ESTIMATED FIGURES** - Securities positions and/or foreign currency are valued at or about the close of the statement period if prices/foreign exchange rates are available from reference sources deemed reliable. The mark-to-market valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each position could have been sold or purchased. BAS used the valuation data, particularly in the case of inactively or infrequently traded securities. BAS cannot guarantee the accuracy of such information. Contact your Account Representative to obtain current quotations or if you have questions regarding statement account valuations.

**ERRORS AND OMISSIONS** - Please notify us in writing within five (5) days if you believe there is any error or omission in any transaction or balance reflected on this statement. Please include your account number when you notify us. Failure to notify BAS of any error or omission will constitute a waiver by you of any claim for you arising as a result of such error or omission.

**FINANCIAL STATEMENT** - A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. A copy is available to you online at www.bofasecurities.com/corporate/financials.asp

An NASD brochure describing the NASD Regulation Public Disclosure Program is available by contacting NASD Regulation on the Internet at www.nasdr.com or toll-free at 1-800-289-9999.

Statement Period:
03/01/2006 to 03/31/20..
Account Number:
223-30134-1-2 LRG

**Banc of America Securities LLC**
Documentation Control Department
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

**Banc of America Securities**

*Page 3 of 8*

## Cash Balance Summary

| Description | Cash Balance |
|---|---|
| Opening Balance | $ 0.00 |
| Money Mkt Fund Purchases | $(197,545.21) |
| Dividends/Substitute Payments | $ 197,545.21 |
| Closing Balance | $ 0.00 |

## Income and Expense Summary

The Income Summary data is prepared for informational purposes only. Income on securities and money funds that are not taxable to foreign investors will appear in the "Reportable" columns of the Income Summary section because the income is reportable for U.S. investors. Foreign investors should consult with their tax advisors to determine whether this income is taxable to them.

| Description | Reportable Month-to-Date | Non-Reportable Month-To-Date | Total Income Month-To-Date | Reportable Year-To-Date | Non-Reportable Year-To-Date | Total Income Year-To-Date |
|---|---|---|---|---|---|---|
| Qualifying Dividends | $0.00 | $0.00 | $0.00 | $0.00 | $ 406,614.88 | $ 406,614.88 |
| Non-Qualifying Dividends | $ 197,545.21 | $0.00 | $ 197,545.21 | $0.00 | $0.00 | $0.00 |
| **Total Income and Expenses** | **$ 197,545.21** | **$ 0.00** | **$ 197,545.21** | **$ 0.00** | **$ 406,614.88** | **$ 406,614.88** |

i69 - 3 / 8 : 18745 (i)

169 - 4 / 8 : 18746 (0)

Statement Period:
03/01/2006 to 03/31/2006

Account Number:
223-30134-1-2 LRG

Money Market Funds Summary

Banc of America Securities LLC
Documentation Control Department
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

**Banc of America Securities**

COLUMBIA STRATEGIC CASH    PORTFOLIO

30 Day Yield 4.542

**Account Summary**

| | |
|---|---|
| Ending Balance Prior Period | $ 57,903,467.52 |
| Purchases | $ 197,545.21 |
| **Ending Balance Current Period** | **$ 58,101,012.73** |

**Income Summary**

| | |
|---|---|
| Dividends Paid and/or Reinvested | $ 197,545.21 |
| Accrued Dividends Payable | $ 224,011.42 |

Banc of America Securities LLC
Documentation Control Department
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

Statement Period:
03/01/2006 to 03/31/20--

Account Number:
223-30134-12 LRG

**Banc of America Securities**

Page 6 of 8

COLUMBIA STRATEGIC CASH    PORTFOLIO

## Money Market Funds Transaction Summary

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payment | End-of-day Balance |
|---|---|---|---|---|---|---|---|
| 03/01/2006 | 4.458 | 0.000122145 | $7,096.75 | $7,096.75 | $197,545.21 Purchase | $197,545.21 | $58,101,012.73 |
| 03/02/2006 | 4.457 | 0.000122110 | $7,094.71 | $14,191.46 | | | $58,101,012.73 |
| 03/03/2006 | 4.461 | 0.000122211 | $21,301.75 | $35,493.21 | | | $58,101,012.73 |
| 03/04/2006 | 4.461 | 0.000122211 | | | | | |
| 03/05/2006 | 4.461 | 0.000122211 | | | | | |
| 03/06/2006 | 4.463 | 0.000122221 | $7,103.49 | $42,596.70 | | | $58,101,012.73 |
| 03/07/2006 | 4.463 | 0.000122285 | $7,104.88 | $49,701.58 | | | $58,101,012.73 |
| 03/08/2006 | 4.463 | 0.000122286 | $7,104.94 | $56,806.52 | | | $58,101,012.73 |
| 03/09/2006 | 4.469 | 0.000122435 | $7,113.60 | $63,920.12 | | | $58,101,012.73 |
| 03/10/2006 | 4.482 | 0.000122784 | $21,401.62 | $85,321.74 | | | $58,101,012.73 |
| 03/11/2006 | 4.482 | 0.000122784 | | | | | |
| 03/12/2006 | 4.482 | 0.000122784 | | | | | |
| 03/13/2006 | 4.495 | 0.000123158 | $7,155.80 | $92,477.35 | | | $58,101,012.73 |
| 03/14/2006 | 4.501 | 0.000123326 | $7,165.37 | $99,642.71 | | | $58,101,012.73 |
| 03/15/2006 | 4.550 | 0.000124665 | $7,243.16 | $106,885.88 | | | $58,101,012.73 |
| 03/16/2006 | 4.536 | 0.000124281 | $7,220.04 | $114,105.92 | | | $58,101,012.73 |
| 03/17/2006 | 4.537 | 0.000124305 | $21,666.74 | $135,772.65 | | | $58,101,012.73 |
| 03/18/2006 | 4.537 | 0.000124305 | | | | | |
| 03/19/2006 | 4.537 | 0.000124305 | | | | | |
| 03/20/2006 | 4.559 | 0.000124903 | $7,256.99 | $143,029.65 | | | $58,101,012.73 |
| 03/21/2006 | 4.572 | 0.000125251 | $7,277.21 | $150,306.86 | | | $58,101,012.73 |
| 03/22/2006 | 4.588 | 0.000125706 | $7,303.65 | $157,610.50 | | | $58,101,012.73 |
| 03/23/2006 | 4.598 | 0.000125973 | $7,319.16 | $164,929.66 | | | $58,101,012.73 |
| 03/24/2006 | 4.614 | 0.000126409 | $22,033.53 | $186,963.19 | | | $58,101,012.73 |
| 03/25/2006 | 4.614 | 0.000126409 | | | | | |
| 03/26/2006 | 4.614 | 0.000126409 | | | | | |
| 03/27/2006 | 4.641 | 0.000127146 | $7,387.31 | $194,350.50 | | | $58,101,012.73 |
| 03/28/2006 | 4.640 | 0.000127136 | $7,386.73 | $201,737.23 | | | $58,101,012.73 |
| 03/29/2006 | 4.652 | 0.000127461 | $7,405.61 | $209,142.85 | | | $58,101,012.73 |
| 03/30/2006 | 4.667 | 0.000127592 | $7,413.22 | $216,556.07 | | | $58,101,012.73 |
| 03/31/2006 | 4.664 | 0.000128317 | $7,455.35 | $224,011.42 | | | $58,101,012.73 |

**Banc of America Securities LLC**
Documentation Control Department
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

Statement Period:
03/01/2006 to 03/31/2006

Account Number:
223-30134-1-2 LRG

# Banc of America Securities

Page 6 of 8

## Portfolio Holdings

Securities positions held in your account are valued at or about the close of the statement period if prices are available from (internal and external) reference sources deemed reliable. Banc of America Securities LLC has not verified, and is not responsible for the accuracy or completeness of any such information. Security valuations are for informational purposes only and do not necessarily reflect prices at which the security could have been bought or sold. For more detailed values, please call your Account Executive. Call features shown indicate the next quarterly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls. Furthermore, this report is for informational purposes only and has been prepared by us to assist you in the review of your account, and should not be used for tax preparation without the assistance of your tax advisor. If you note any discrepancies, please contact your Account Executive immediately in writing. N/A = Information not applicable or not available at the time of printing. ACCOUNT TYPES: Short = Short Sale, DvP = Deliver Versus Payment, Repo = Repurchase, RevR = Reverse Repurchase, WH = Backup Withholding.

### Money Market Funds

| Security Description | Symbol/ CUSIP | Type | Quantity | Closing Market Price | Market Value | Accrued Interest | Portfolio % |
|---|---|---|---|---|---|---|---|
| COLUMBIA STRATEGIC CASH PORTFOLIO CAPITAL CLASS | CELCZ 19828P203 | Cash | 58,101,012.73 | $1.00 | $58,101,012.73 | | 100.00 |

**Total Money Market Funds** $58,101,012.73

**Total Priced Portfolio** $58,101,012.73

## Money Market Activity

| Description | Symbol/ CUSIP | Type | Date | Transaction | Type | Quantity | Price | (Debit)/Credit |
|---|---|---|---|---|---|---|---|---|
| COLUMBIA STRATEGIC CASH PORTFOLIO CAPITAL CLASS MONTHLY DIVIDEND REINVESTED | CELCZ 19828P203 | Cash | 03/01/2006 | Reinvest | Cash | 197,545.21 | $0.00 | $(197,545.21) |

**Total Money Market Activity** $(197,545.21)

## Income and Expense Activity

| Description | Symbol/ CUSIP | Date | Transaction | Tax Withheld | Type | Reportable | Non-Reportable | Total Income |
|---|---|---|---|---|---|---|---|---|
| COLUMBIA STRATEGIC CASH PORTFOLIO CAPITAL CLASS MONTHLY DIVIDEND | CELCZ 19828P203 | 03/01/2006 | Dividend | $0.00 | Cash | $197,545.21 | $0.00 | $197,545.21 |

**Total Income and Expense Activity** $0.00 $197,545.21 $0.00 $197,545.21

Statement Period:
03/01/2006 to 03/31/20...

Account Number:
223-30134-12 LRG

**Banc of America Securities LLC**
Documentation Control Department
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

**Banc of America Securities**

*Page 7 of 8*

## Announcements

**USA PATRIOT ACT DISCLOSURE**

BAS, like all financial institutions, are required by federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account with us either of us, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable relief as to your identity, such as documents that establish legal status.

**ATTENTION CIS CLIENTS**

As a CIS client, you may view your account activity and security positions, at no additional cost, through CONNECTION, a new web-based service.
CONNECTION also offers you the ability to submit orders online for Money Market Funds.

To access a demo of CONNECTION, go to: https://connection.bancofamericasecurities.com/connection/cdemo/eligDemo.html

For access to CONNECTION, please contact your CIS Sales Representative.

For questions regarding your BAS statement, please contact Client Services at 1-800-933-6442 (8:00 a.m.-7:00 p.m. EST) or your CIS Sales Representative.

**End of Statement**

Statement Period:
03/01/2006 to 03/31/2006

Account Number:
223-30134-1-2 LRG

Banc of America Securities LLC
Documentation Control Department
200 N. College Street
3rd Floor, NC1-004-03-45
Charlotte, NC 28255

This page intentionally left blank.



# Commercial Checking

01          2000000282172  ,001  130              0     0        92,065

WACHOVIA

00032443 02 MB  0.563 02   MAAD 92

||.|.|||..|.|.|.|.||.||..||..|.|.||..||..||..||..||

WR GRACE & COMPANY
ATTN: CORPORATE ACCOUNTING                    CB
7500 GRACE DRIVE, BLDG. 25
COLUMBIA MD 21044-4098

---

# Commercial Checking                    3/01/2006 thru 3/31/2006

Account number:       2000000282172
Account owner(s):     WR GRACE & COMPANY

## Account Summary

| | |
|---|---|
| Opening balance 3/01 | $6,198,746.24 |
| Deposits and other credits | 166,400,013.80 + |
| Other withdrawals and service fees | 169,336,442.55 - |
| **Closing balance 3/31** | **$3,262,317.49** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 3/01 | 2,500,000.00 | FUNDS TRANSFER (ADVICE 060301075125) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 06/03/01 OBI=W.R GRACE PAYMENT FO REF=3277800060JO   03/01/06 04:52PM |
| 3/02 | 9,000,000.00 | FUNDS TRANSFER (ADVICE 060302056562) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 06/03/02 OBI=W.R GRACE PAYMENT FO REF=2464700061JO   03/02/06 04:33PM |
| 3/03 | 1,700,000.00 | FUNDS TRANSFER (ADVICE 060303052793) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 06/03/03 OBI=W.R GRACE PAYMENT FO REF=2446600062JO   03/03/06 03:43PM |
| 3/06 | 4,800,000.00 | FUNDS TRANSFER (ADVICE 060306048506) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 06/03/06 OBI=W.R GRACE PAYMENT FO REF=2186800065JO   03/06/06 03:26PM |
| 3/07 | 3,700,000.00 | FUNDS TRANSFER (ADVICE 060307049652) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 06/03/07 OBI=W.R GRACE PAYMENT FO REF=2473900066JO   03/07/06 04:05PM |
| 3/08 | 13,800,000.00 | FUNDS TRANSFER (ADVICE 060308052291) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 06/03/08 OBI=W.R GRACE PAYMENT FO REF=2415700067JO   03/08/06 04:21PM |

*Deposits and Other Credits continued on next page.*