IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al*., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly-Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: June 19, 2006 @ 2:00 p.m. |
| | ) | Related to Docket Nos. 12432, 12579 and |
| | ) | 12573 |

**JOINDER OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO THE OBJECTIONS OF (A) THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND (B) THE FUTURE CLAIMANTS' REPRESENTATIVE TO THE MOTION OF THE DEBTORS FOR AN ORDER APPROVING THE SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH LLOYD'S UNDERWRITERS**

The Official Committee of Asbestos Property Damage Claimants, by and through its undersigned counsel, hereby files this joinder to the objections (the "Objections") of (A) the Official Committee of Asbestos Personal Injury Claimants (the "PI Committee") and (B) the Future Claimants' Representative (the "FCR") [Docket Nos. 12579 and 12573] to the *Motion of the Debtors for an Order Approving the Settlement Agreement and Mutual Release With Lloyd's Underwriters* (the "Motion") [Docket No. 12432] and respectfully requests that the Court not approve the proposed settlement agreement in its current form and deny the Motion.

Wilmington, Delaware
Dated: June 2, 2006

Respectfully submitted,

BILZIN SUMBERG BAENA
  PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
Telephone:  (305) 374-7580

Scott L. Baena (Admitted Pro Hac Vice)
Jay M. Sakalo (Admitted Pro Hac Vice)

MIAMI 1078922.1 7481715537

2

-and-

FERRY JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
Telephone: (302) 575-1555


 /s/ Lisa L. Coggins
Michael B. Joseph (Del. Bar No. 392)
Theodore J. Tacconelli (Del. Bar No. 2678)
Lisa L. Coggins (Del. Bar No. 4234)

CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS