

# EXHIBIT B
February Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: May 22, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE FIFTY-THIRD MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2006 through February 28, 2006 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $32,949.50  (80% = $26,359.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $22,535.61

This is an:    X̲ monthly      __ interim      __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | Pending | Pending |

| 5/2/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | Pending | Pending |
|--------|---------------------------|------------|------------|---------|---------|

As indicated above, this is the fifty-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 4.6 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,150.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 39 | Litigation | $250.00 | 7.20 | $1,800.00 |
| Robert A. Murphy | Senior Counsel | 39 | Litigation | No Charge | 0.10 | $0.00 |
| Donna B. MacKenna | Partner | 22 ½ | Litigation | $225.00 | 13.20 | $2,970.00 |
| Matthew T. Murphy | Associate | 18 | Litigation | $220.00 | 85.90 | $18,898.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 22 | Litigation | $95.00 | 97.70 | $9,281.50 |
| TOTALS | | | | | 204.10 | $32,949.50 |

**Total Fees:**          **$32,949.50**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

## Expense Summary

### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $4.05 |
| Boston Cab Association | $31.25 |
| Federal Express | $4,761.14 |
| Travel | $940.37 |
| Outside Photocopying | $4,496.26 |
| Photocopying ($0.12/page) | $84.12 |
| Telephone<br>(amount reflects related toll charges only and includes outgoing facsimile transmissions) | $26.84 |
| Rent Reimbursement | $11,673.28 |
| Miscellaneous | $518.30 |
| TOTAL | $22,535.61 |

**Total Expenses:     $22,535.61**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 203.80 | $32,874.50 |
| Fee Applications, Applicant | 0.30 | $75.00 |
| Expenses | N/A | $22,535.61 |
| TOTALS | 204.10 | $55,485.11 |

Dated:  April 26, 2006

CASNER & EDWARDS, LLP

*Robert A. Murphy*

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/380766.1

8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: May 22, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FIFTY-THIRD MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# **EXHIBIT A**
### **(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 12, 2006

Bill Number  91751
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through February 28, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/01/06 | DBM | Search for F. Hyde and Canadian documents per MTM (1.7); compare to searches for Canada documents done last November (.4). | 2.10 Hrs | $472.50 |
| 02/01/06 | MTM | Telephone call to in-house paralegal re: Boca boxes (.2); telephone call to copy company re: same (.1); letter and email to in-house paralegal re: same (.2); telephone call from in-house counsel re: property damage counsel's request for old document retention policy documents (.1); telephone call to ARA re: Boca boxes (.3); telephone call to K&E counsel re: Boca boxes and documents on disc from December trip to repository (.2); letter to K&E counsel re: same (.3); telephone call from Canadian counsel re: document issues (1.0); telephone call from plaintiffs' counsel re: question re: indices to repository (.2); review vermiculite inventory re: request from in-house counsel (.3); letter to in-house counsel re: same (.2); conference with DBM re: chronological document project (.3); receipt and review of email from in-house counsel and Canadian counsel re: F. Hyde documents (.6); reply to same (.7); review file re: 1980's sweeps re: same (1.0); telephone call from in-house counsel re: same (.2); review my files re: Canadian documents at | 7.70 Hrs | $1,694.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | repository and sweeps of Canadian plants (1.8). | | |
| 02/01/06 | ARA | Telephone call from and to MTM re: returning claims documents to in-house paralegal (.3). Per MTM's request, review Winthrop Square Binder re: boxes of Canadian documents (.4); locate documents and review same (1.2); telephone call to MTM re: same (.1). Telephone call to Merrill and MTM to get update on copying and labeling job for Boca documents (.3). Prepare tagged documents from PI production for pick up and copying by Merrill Corp (2.2); oversee pickup of same (.9). Telephone calls to MTM and Merrill re: PI production (.6). Locate depositions per MTM (.7). | 6.70 Hrs | $636.50 |
| 02/02/06 | MTM | Review boxes from storage re: information on Canadian plant sweeps in 1984 re: meeting in Toronto. | 3.60 Hrs | $792.00 |
| 02/02/06 | ARA | Per MTM's request, review several expert depositions for K&E (3.1); arrange for Merrill to copy same (.4). Receipt of originals from Merrill re: PI production (1.4). Telephone call to Holme Roberts paralegal with document number range for employee exposure sheets (.3). Per MTM's instructions, retrieve Libby Common Exhibits (.4); search for documents on vermiculite chronology (.7). | 6.30 Hrs | $598.50 |
| 02/03/06 | RAM | Emails from/to Kirkland & Ellis attorney and MTM re: whether we have compilations of air sampling documents. | 0.10 Hrs | $25.00 |
| 02/03/06 | MTM | Work on locating materials sought by criminal defense counsel during trip to repository next week (2.7); receipt and review of email and spreadsheets from Holme Roberts paralegal re: same (.5); receipt and respond to emails from criminal defense counsel's office re: same (.3); receipt and review of copies of expert witness testimony requested by K&E (.1); letter to K&E re: same (.2); telephone call from in-house counsel re: vermiculite inventory (.1); receipt and review of email from K&E counsel to RAM re: testing documents (.2); review file and telephone call to ARA re: same (1.1); email to criminal defense counsel's office re: production next week (.3). | 5.50 Hrs | $1,210.00 |
| 02/03/06 | ARA | Review Libby common exhibits for documents in vermiculite chronology (4.1). Receipt of depo binders from Merrill (.2). Per telephone call from MTM, search for box of RFTSs from Cambridge (.9). Locate documents for criminal defense counsel (1.3). | 6.50 Hrs | $617.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/06/06 | MTM | Receipt and review of email from Holme Roberts paralegal re: additional box numbers to be reviewed by criminal defense counsel (.8); review indices and telephone call to ARA re: obtaining certain boxes from Grace Cambridge re: same (.9); telephone call to Grace Cambridge employee re: same (.2); prepare documents at Winthrop Square for production to criminal defense attorney tomorrow (4.9); receipt and review of lists of documents identified by plaintiffs' counsel during last trip to repository (.1); letter to K&E counsel re: same (.3); letter to Nate Finch re: Boca boxes (.2). | 7.40 Hrs | $1,628.00 |
| 02/06/06 | ARA | Return MTM's calls re: documents for criminal defense attorney's review (.5); arrange for pick up and delivery of same from Grace Cambridge (.3). Per MTM's instructions, search for boxes of documents at Grace Cambridge to be delivered to Winthrop Square for criminal defense counsel (4.4). Document control (1.5). Telephone call to MTM re: documents that criminal defense attorney wants to review (.2). | 6.90 Hrs | $655.50 |
| 02/07/06 | RAM | Telephone calls to/from and with in-house counsel and DBM re: compiling documents referenced in memoranda and whether we have sent a set of standard exhibits to K&E (yes ) (.3). Telephone conference with MB re: what has been sent to Kirkland & Ellis attorney (.2). Read email and agenda re: Toronto meeting (.2); telephone conference with MTM re: agenda (.3). Read emails re: air sampling compilations; telephone call to and telephone conference with MTM re: same (.3). | 1.30 Hrs | $325.00 |
| 02/07/06 | DBM | Conference call with RAM and MTM re: past work product on air sampling results. | 0.20 Hrs | $45.00 |
| 02/07/06 | MTM | Meeting with team from criminal defense counsel's office re: review at repository (1.3); email from Holme Roberts paralegal re: same (.3); review file re: meeting in Toronto (.9); telephone call to in-house counsel re: same (.2); telephone call from ARA re: questions from defense counsel's team re: document review (.2); work on Toronto document issue requests from Joseph Rice (1.9); telephone call from criminal defense counsel re: certain boxes in repository (.3); look for indices to same (.5); receipt and review of email and draft letter to Nate Finch from K&E counsel (.2); review prior letters re: same (.3); telephone calls from RAM re: Toronto meeting, air sampling compilations and questions from K&E counsel (.4); review file re: similar request from K&E counsel in the past (.3); telephone call to in-house | 7.10 Hrs | $1,562.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | counsel re: draft letter to Nate Finch (.1); telephone call to K&E counsel re: draft letter (.2). | | |
| 02/07/06 | ARA | Discuss and assist with locating boxes of documents for criminal defense counsel (4.0); retrieve file from MTM re: same (.6). Review Libby Common Exhibits for documents in vermiculite chronology (1.9). | 6.50 Hrs | $617.50 |
| 02/08/06 | RAM | Read emails re: NY Times issue. | 0.05 Hrs | No charge |
| 02/08/06 | MTM | Email to in-house counsel re: Canadian document review (.2); telephone call to ARA re: chronological document project (.2); conference with DBM re: same (.1); telephone call to three prior Herrick & Smith counsel re: Canadian document reviews (.6); telephone call from criminal defense counsel re: document review at repository (.3); review list of materials stored off-site re: same (.5); travel to Toronto for meeting with Grace's local counsel (2.2 - billed at 1/2 time). | 4.10 Hrs | $902.00 |
| 02/08/06 | ARA | Continue searching for documents in vermiculite chronology (.7); telephone calls with DBM and MTM (.3); arrange for tagged Libby Common Exhibits to be copied (.5); receipt of original documents from copy service re: vermiculite chronology (.2). Return workers' compensation files to Libby personnel boxes (.3). Telephone call to and from Holme Roberts paralegal re: documents sent to MTM on 11/19/04 (.2). Answer questions; search for documents and assist criminal defense counsel in her review (4.6). | 6.80 Hrs | $646.00 |
| 02/09/06 | RAM | Telephone call from in-house counsel; telephone conferences with MTM and DBM re: whether we are aware of any favorable Mt. Sinai air sampling documents (.2). Conference call with DBM and in-house counsel re: fireproofing tests (.2). Telephone call from Kirkland & Ellis attorney re: air sampling documents; email from MB re: what files are in storage re: NY Times issue and telephone conference with MB re: what she has found re: same (.5). Telephone call to Kirkland & Ellis attorney re: same (.1). | 1.00 Hrs | $250.00 |
| 02/09/06 | DBM | Telephone call from RAM re: Mt. Sinai testing (.1); review Monokote paper (.6); telephone call to RAM and in-house counsel re: results of search (.2). Work on locating documents to back up vermiculite chronology. (1.0). | 1.90 Hrs | $427.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/09/06 | MTM | Meeting with Grace in-house and outside counsel in Canada re: Canadian litigation (5.5); return from Toronto to Boston (2.20 - billed at 1/2 time). Telephone call from RAM re: air sampling documents (.1). | 7.80 Hrs | $1,716.00 |
| 02/09/06 | ARA | Discussion with Merrill Corp. re: copy jobs (.3). Search for documents, answer questions of counsel and continue to work on production to criminal defense counsel (5.2). | 5.50 Hrs | $522.50 |
| 02/10/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 02/10/06 | DBM | Further work on locating chronology documents. | 2.70 Hrs | $607.50 |
| 02/10/06 | MTM | Receipt and review of email from K&E counsel re: conference call next week (.1); telephone call from Jim Wehner re: possible review of Cambridge documents (.3); review inventory re: same (1.2); telephone call to in-house counsel re: status of chronological document collection (.1); telephone call from ARA re: criminal defense counsel's request for copies of documents at repository, status of chronological document project and possible production of Cambridge materials (.4); telephone call to K&E counsel re: production to criminal defense counsel and product testing collections (.4); email to K&E counsel re: computer database for repository and production to criminal defense counsel (.3); work on chronological document project (1.9). | 4.70 Hrs | $1,034.00 |
| 02/10/06 | ARA | Inventory and review tagged boxes of documents (2.4); discussion with MTM re: copy procedure re: target sheets (.2); discuss copy job with Merrill (.1); oversee pick up of boxes re: production to criminal defense attorney (.4). Locate documents to have copied re: chron project (.8). Quality control exhibits; arrange to have them copied for K&E (2.0). | 5.90 Hrs | $560.50 |
| 02/13/06 | RAM | Read emails re: production of Cambridge documents to Creditors' Committee. | 0.05 Hrs | No charge |
| 02/13/06 | DBM | Further work on locating chronology documents. | 4.10 Hrs | $922.50 |
| 02/13/06 | MTM | Work on possible production of Cambridge boxes to personal injury creditors' committee (1.6); work on request from Rice for Toronto sales records (1.1); email from in-house counsel re: document search for former employee (.1); review Libby common exhibit copy set for K&E counsel (.3); letter to K&E counsel re: same (.2); telephone call to ARA re: chronological document project progress (.3); email from J. Wehner re: possible production of Cambridge boxes (.2); telephone call to him re: same (.2); email to K&E counsel re: same (.1). | 4.10 Hrs | $902.00 |

Mark A. Shelnitz

| | | | | |
|---|---|---|---|---|
| 02/13/06 | ARA | Compare documents from general fact list with exhibits re: compiling documents in chronology (4.8); telephone call with MTM re: same (.3). Receipt of original Libby common exhibits copied for K&E (.3). Document control (.8). | 6.20 Hrs | $589.00 |
| 02/14/06 | DBM | Further work on locating chronology documents (1.8); discussion with ARA re: same (.1). | 1.90 Hrs | $427.50 |
| 02/14/06 | MTM | Conference call with K&E counsel and personal injury creditors' committee counsel (.4); telephone call from K&E counsel re: production of Boca boxes (.3); telephone call from K&E paralegal re: expert depositions (.2); email from her re: same and request for transcripts for 2 employee depositions (.1); review deposition transcript library and telephone call to K&E paralegal re: same (.2); email to K&E paralegal re: employee deposition transcripts (.2); work on chronological document project (1.4); meeting with ARA re: same (.4). | 3.20 Hrs | $704.00 |
| 02/14/06 | ARA | Compare documents from general fact list with exhibits re: compiling documents in chronology and have them copied (3.4). Telephone calls to and from Merrill re: copy projects and defense counsel production documents (.4). Per MTM's request, locate, review and arrange for copying of Eaton and Irons depositions (1.8); discuss content of the depositions with MTM (.2). Produce vermiculite and general fact list to MTM and discussion re: chronology (.9). | 6.70 Hrs | $636.50 |
| 02/15/06 | MTM | Letter to K&E paralegal re: expert transcripts (.2); telephone call to ARA re: same (.2); work on chronological document project (1.0); telephone call from in-house and K&E counsel re: product testing documents (.3); work on product testing document project (1.1). | 2.80 Hrs | $616.00 |
| 02/15/06 | ARA | Receipt from copy service and return Eaton and Irons depositions to witness library (.7); per MTM's request, obtain Eaton deposition (.4). Receipt of exhibits from Merrill; telephone calls to and from Merrill re: copy mistake with the exhibits (.6). | 1.70 Hrs | $161.50 |
| 02/16/06 | MTM | Telephone call from K&E counsel re: database for documents identified by plaintiffs' counsel at Winthrop Square (.2); review database protocols and telephone call to K&E counsel re: same (.4); email to K&E counsel re: same (.2); conference with ARA re: Merrill bills for this project (.2); email to K&E counsel re: boxes reviewed by criminal defense counsel (.2); letter to criminal defense counsel re: inventory of materials in Boston (.5). | 1.70 Hrs | $374.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/16/06 | ARA | Continue to locate documents in chronology (1.6). Quality control WRG standard exhibits and discuss with DBM (1.8). Answer questions by MTM re: Merrill copy bills; check depo binders re: same; telephone call to Merrill re: credit for unauthorized copied documents re: same (.3). Receipt and quality control of Egan deposition binder from copy service (.3). | 4.00 Hrs | $380.00 |
| 02/17/06 | RAM | Telephone conference with MTM re: K&E's request for all testing of finished products and how to collect same (.4). Telephone call to Grace employee and telephone conference with MB re: New York Times issues (.2). Telephone conference with MTM re: Canada meeting (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read several letters re: documents produced to creditors' committee (.1). Read selected documents filed in bankruptcy court (.2). | 1.10 Hrs | $275.00 |
| 02/17/06 | DBM | Discussions with MTM re: air sampling records (.2); compilations and searches for same (.1). | 0.30 Hrs | $67.50 |
| 02/17/06 | MTM | Email from K&E counsel to criminal defense counsel re: recent document review (.1); respond to same (.3); conference with DBM re: product testing project (.2); review time records, etc. re: call to RAM today on this subject (.5); telephone call to RAM re: same and re: Canada meeting (.5); review old files on product testing (2.3); telephone call from in-house counsel re: requesting certain expert transcripts and discussion of product testing project (.2). | 4.10 Hrs | $902.00 |
| 02/17/06 | ARA | Telephone calls from Merrill (copy service) and to Merrill re: status of copying documents from production to criminal defense attorney. | 0.30 Hrs | $28.50 |
| 02/20/06 | RAM | Read amended case management order. | 0.10 Hrs | $25.00 |
| 02/21/06 | RAM | Read deposition lists and respond to MTM re: which transcripts of Dement and Lemen involve Grace (.2). Read materials re: air sampling and other tests collected to respond to inquiries of NY Times (.9); telephone conference with MTM re: same (.4). | 1.50 Hrs | $375.00 |
| 02/21/06 | MTM | Email to K&E counsel re: testing documents and production to criminal defense counsel (.2); telephone call from K&E counsel re: same (.2); telephone call from RAM re: testing document issue (.4); work on testing document project (2.4). | 3.20 Hrs | $704.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/21/06 | ARA | Telephone call from MTM; obtain depositions to be copied for in-house counsel (1.9). Organize documents in the repository (.9). | 2.80 Hrs | $266.00 |
| 02/22/06 | MTM | Work on product testing project (1.8); receipt and review of email from in-house counsel and letter from Grace Canadian counsel re: suggested document sweeps in Canada (.3); review memos and letters from document sweeps in the 1980's re: same (.9); review Canadian documents at Winthrop Square re: same (1.2). | 4.20 Hrs | $924.00 |
| 02/22/06 | ARA | Continue to locate depositions to be copied for in-house counsel (5.4); search for exhibits for deposition (.4); oversee pick up of depositions and discuss instructions for copying with Merrill (.3); telephone call to MTM re: same (.2). | 6.30 Hrs | $598.50 |
| 02/23/06 | RAM | Read selected documents filed in bankruptcy court (.8). Telephone conference with MTM and conference call with him and Grace employee re: air sample testing (.4);follow up telephone conference with MTM re: same (.1); search for old emails from Grace employee re: same (.2). Read updated bankruptcy court docket entries to select documents to read (.1). Read emails and attached letter re: collecting Canadian documents (.1). | 1.70 Hrs | $425.00 |
| 02/23/06 | MTM | Letter to Grace Canadian counsel in Vancouver re: documents (1.2); telephone call to copy company re: cost of paper copies vs. document scanning for documents (.2); respond to email from in-house counsel re: Canadian document review (.8); email to Reed Smith paralegal re: ZAI discs re: same (.3); telephone call to ARA re: locating boxes containing RFTSs (.3); telephone call from RAM and Grace employee re: testing document project (.4); telephone call to Holme Roberts paralegal re: RFTS boxes (.2); telephone call from Holme Roberts paralegal re: same (.3). | 3.70 Hrs | $814.00 |
| 02/23/06 | ARA | Per telephone call from MTM, search for RFTS boxes (1.5); discussion with MTM re: contents (.3). Telephone call from MTM re: deposition list (.2). Discuss microfilm tapes with Merrill representative (.2). Telephone call to Merrill to confirm what they will copy (.1). | 2.30 Hrs | $218.50 |
| 02/24/06 | MTM | Email from K&E counsel re: attached email from criminal defense counsel re: Boston review (.5); review Cambridge inventory re: same (1.1); conference call with personal injury creditor's committee counsel and K&E counsel (.4); telephone call to in-house paralegal re: Boca boxes (.2); email in-house counsel re: production at Winthrop Square and Boca boxes (.2); email from K&E | 6.50 Hrs | $1,430.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | counsel re: review by criminal defense counsel in Boston (.2); telephone call to paralegal at criminal defense counsel's office re: same (.3); telephone call to ARA re: same (.2); email to in-house paralegal and K&E counsel re: Boca boxes (.3); letter to criminal defense counsel's office re: prior trip to Boston (.2); letter to K&E counsel re: expert deposition transcripts (.1); receipt and review of master list of documents to be reviewed from paralegal at criminal defense counsel's office (2.0); receipt and review of chart from Holme Roberts paralegal re: RFTS boxes (.5); email from Canadian counsel in Vancouver re: documents (.3). | | |
| 02/24/06 | ARA | Organize deposition list and discussion with MTM re: same (1.3); telephone discussions with MTM re: future personal injury production and criminal defendant's production (.2). Quality control documents from personal injury production (1.9). | 3.40 Hrs | $323.00 |
| 02/27/06 | MTM | Receipt and review of emails from K&E paralegal re: various deposition transcripts (.2); telephone call to ARA re: same (.3). | 0.50 Hrs | $110.00 |
| 02/27/06 | ARA | Document control (1.0). Quality control documents from the personal injury production (5.0). Per MTM's request, obtain depositions for K&E attorney (.9). | 6.90 Hrs | $655.50 |
| 02/28/06 | MTM | Meeting with ARA re: review of transcripts requested by K&E paralegal (.4); telephone call and email to K&E paralegal re: same (.3); receipt and review of ZAI discs and documents from Reed Smith for Canadian counsel (.2); letter to Canadian counsel re: same (.2); email from in-house counsel re: chronological document collection (.1); telephone call from in-house paralegal re: production of Boca boxes (.3); review file re: same (.3); work on chronological document project (2.2). | 4.00 Hrs | $880.00 |
| 02/28/06 | ARA | Produce and review deposition transcripts with MTM (.4); scan transcript summaries to K&E (2.6). Quality control Libby common exhibits and Grace standard exhibits (3.0). | 6.00 Hrs | $570.00 |

Mark A. Shelnitz

|  |  | TOTAL LEGAL SERVICES | $32,874.50 |
| --- | --- | --- | --- |

**LEGAL SERVICES SUMMARY**

| | | | |
| --- | --- | --- | --- |
| ROBERT A. MURPHY | 6.90 Hrs | 250/hr | $1,725.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 250/hr | No charge |
| DONNA B. MACKENNA | 13.20 Hrs | 225/hr | $2,970.00 |
| MATTHEW T. MURPHY | 85.90 Hrs | 220/hr | $18,898.00 |
| ANGELA R. ANDERSON | 97.70 Hrs | 95/hr | $9,281.50 |
| | 203.80 Hrs | | $32,874.50 |

TOTAL THIS BILL    $32,874.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 12, 2006

Bill Number  91752
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through February 28, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/09/06 | RAM | Review quarterly fee application; have it sent to Delaware counsel to file. | 0.30 Hrs | $75.00 |
| | | TOTAL LEGAL SERVICES | | $75.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 0.30 Hrs | 250/hr | $75.00 | |
| | 0.30 Hrs | | $75.00 | |

TOTAL THIS BILL    $75.00

## EXHIBIT B
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 12, 2006

Bill Number  91753
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2006

EXCESS POSTAGE                                                                             $4.05

BOSTON CAB ASSOCIATION

| | | | |
|---|---|---|---|
| 02/09/06 | ARA - To 62 Whittemore Avenue, Cambridge from Casner and Edwards on 12/14/05 | 31.25 | |
| | | | $31.25 |

FEDERAL EXPRESS

| | | |
|---|---|---|
| 02/07/06 | To Bilzin Sumberg Dunn-Matthew Kramer from Casner and Edwards on 01/25/06 by MTM | 15.75 |
| 02/07/06 | To Bilzin Sumberg Dunn, Matthew Kramer (5 packages) from Casner and Edwards on 01/23/06 by MTM | 390.28 |
| 02/07/06 | To Caplin & Drysdale, Nathan Finch from Casner and Edwards on 01/17/06 by MTM | 34.63 |
| 02/07/06 | To Kirkland & Ellis attorney from Casner and Edwards on 01/17/06 by MTM | 34.63 |
| 02/17/06 | To Kirkland & Ellis attorney from Casner and Edwards on 02/01/06 by MTM | 10.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2006

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/17/06 | To Kirkland and Ellis attorney (41 packages) from Merrill Corporation on 2/06/06 | 1,101.16 | |
| 02/17/06 | To W R Grace & Co. paralegal (40 Packages) from Casner and Edwards on 2/01/06 by MTM | 3,103.12 | |
| 02/17/06 | To W R Grace in-house counsel from Casner and Edwards on 02/01/06 by MTM | 15.50 | |
| 02/17/06 | To Kirkland and Ellis paralegal from Casner and Edwards on 2/03/06 by MTM | 28.55 | |
| | | | $4,733.62 |

TRAVEL

| | | | |
|---|---|---|---|
| 02/21/06 | MATTHEW T. MURPHY-Travel to Toronto 2/8 + 2/9/06 for meeting with local counsel; meals $35.72; taxis $90.00; Hotel $247.33; Airfare $567.32 | 940.37 | |
| | | | $940.37 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/06/06 | MERRILL COMM - Copies of work product indices provided to property damage committee's counsel (1/18/06) | 1,848.55 | |
| 02/06/06 | MERRILL COMM - Libby personnel files requested by in-house counsel (1/30/06) | 157.85 | |
| 02/06/06 | MERRILL COMM -Copy (2) of former Grace employee's June and July 1992 Chron files sent to Pitney Hardin attorney. | 63.06 | |
| 02/22/06 | MERRILL COMM - Copies of chronologies and ore shipment info and binders for Canadian counsel (2/6/06) for meeting on 2/9/06 | 671.23 | |
| 02/22/06 | MERRILL COMM - Expert Transcripts for K + E (2/2/06) | 440.45 | |
| 02/22/06 | MERRILL COMM - Copying for Chron project (2/10/06) | 11.09 | |
| 02/22/06 | MERRILL COMM - Copies of employee/expert transcripts for K + E (2/14/06) | 137.39 | |
| 02/22/06 | MERRILL COMM - Libby common exhibits for K + E (2/10/06) | 1,166.64 | |
| | | | $4,496.26 |

PHOTOCOPYING

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2006

PHOTOCOPYING

| 02/01/06 | 48 copies at .12 per copy | 5.76 | |
| 02/01/06 | 144 copies at .12 per copy | 17.28 | |
| 02/02/06 | 27 copies at .12 per copy | 3.24 | |
| 02/06/06 | 14 copies at .12 per copy | 1.68 | |
| 02/08/06 | 23 copies at .12 per copy | 2.76 | |
| 02/16/06 | 2 copies at .12 per copy | 0.24 | |
| 02/17/06 | 5 copies at .12 per copy | 0.60 | |
| 02/22/06 | 337 copies at .12 per copy | 40.44 | |
| 02/24/06 | 5 copies at .12 per copy | 0.60 | |
| 02/28/06 | 5 copies at .12 per copy | 0.60 | |
| 02/28/06 | 2 copies at .12 per copy | 0.24 | |
| | | | $73.44 |

TELEPHONE

| 02/01/06 | 329 | 2028795167 | 0.44 | |
| 02/01/06 | 329 | 6046319211 | 6.27 | |
| 02/07/06 | 329 | 2395143631 | 3.52 | |
| 02/07/06 | 329 | 2028795167 | 0.44 | |
| 02/17/06 | 329 | 2395143631 | 3.74 | |
| 02/17/06 | 329 | 2395143631 | 2.75 | |
| 02/23/06 | 329 | 2395143631 | 0.44 | |
| 02/23/06 | 329 | 2395143631 | 2.09 | |
| 02/24/06 | 329 | 5613621526 | 0.55 | |
| 02/24/06 | 329 | 8643492613 | 6.60 | |
| | | | | $26.84 |

RENT REIMBURSEMENT

| 02/01/06 | RREEF AMERICA REIT III CORP-Rent and utilities for document repository at One Winthrop Square - February 2006. | 11,673.28 | |
| | | | $11,673.28 |

MISCELLANEOUS

| 02/06/06 | RECORDKEEPER ARCHIVE-Storage from 1/1/2006-1/31/2006 | 410.30 | |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2006

MISCELLANEOUS

| | | |
|---|---|---|
| 02/21/06 | RECORDKEEPER ARCHIVE-January 2006 Delivery Charges | 108.00 |

$518.30

TOTAL DISBURSEMENTS    $22,497.41

TOTAL THIS BILL    $22,497.41

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 12, 2006

Bill Number  91754
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through February 28, 2006

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/07/06 | To Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 01/18/06 by RAM | 13.76 | |
| 02/17/06 | To Pachulski Stang Ziehl Young-Scotta McFarland from Casner and Edwards on 02/02/06 by RAM | 13.76 | |
| | | | $27.52 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/13/06 | 89 copies at .12 per copy | 10.68 | |
| | | | $10.68 |

TOTAL DISBURSEMENTS          $38.20

Mark A. Shelnitz

TOTAL THIS BILL          $38.20

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Rasheda Stewart, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel

for the Debtors, in the above-captioned action, and that on the 1st day of May 2006, she

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

**FIFTY-THIRD MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

Rasheda Stewart

Sworn to and subscribed before
me this 1st day of May 2006

Notary Public
My Commission Expires: 8-26-07

MARLENE S. CHAPPE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 26, 2007

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail


smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: elawler@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP