# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF MARCH 1, 2006 THROUGH MARCH 31, 2006**

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 8.0 | $3,720.00 |
| | | | | | |
| **TOTAL** | | | | **8.0** | **$3,720.00** |

### Expenses

| Description | Total |
|---|---|
| Courier (FedEx) | $ 28.38 |
| | |
| **TOTAL** | **$ 28.38** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2006
Invoice No.: 360438
Matter No.: 08743.00088

**Re:     Acton Site OU3**

For Professional Services rendered through March 31, 2006

| | |
|---|---:|
| Fees | $3,720.00 |
| Disbursements | 28.38 |
| **Total Fees and Disbursements** | **$3,748.38** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 360438
April 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/01/06 | Jaffe | Team telephone conference regarding EPA scope of work and prepare for same (2.1); review, revise draft agenda for meeting with EPA and emails with team regarding same (0.3). | 2.4 |
| 03/02/06 | Jaffe | Emails with team regarding meeting with EPA (0.3). | 0.3 |
| 03/08/06 | Jaffe | Team meeting with EPA regarding scope of work and prepare for same (3.3). | 3.3 |
| 03/16/06 | Jaffe | Emails with Ms. Sheehan (0.3). | 0.3 |
| 03/27/06 | Jaffe | Review report regarding BOC gases contamination and emails with Ms. Johns regarding same (1.1). | 1.1 |
| 03/31/06 | Jaffe | Emails with Ms. Johns (0.6). | 0.6 |
| | | **Total Hours** | **8.0** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 360438
April 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** |
|---|---|
| Jaffe | 8.0 |

| | |
|---|---|
| **Total Fees** | **$3,720.00** |

## Disbursement Summary

| **Date** | | **Amount** |
|---|---|---|
| 03/31/06 | Express Delivery | 28.38 |
| | **Total Disbursements** | **$28.38** |

| | |
|---|---|
| **Total Fees** | **$3,720.00** |
| **Total Disbursements** | **28.38** |
| **Total Fees and Disbursements** | **$3,748.38** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2006
Invoice No.: 360438
Matter No.: 08743.00088

Re:    **Acton Site OU3**

**Total Fees and Disbursements**          **$3,748.38**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 360438
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 93 - Concord Landfill Closure**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 7.2 | $3,348.00 |
| | | | | | |
| **TOTAL** | | | | **7.2** | **$3,348.00** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

April 28, 2006
Invoice No.: 360439
Matter No.: 08743.00093

**Re:    Concord Landfill Closure**

For Professional Services rendered through March 31, 2006

| | |
|---|---|
| Fees | $3,348.00 |
| **Total Fees and Disbursements** | **$3,348.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 360439
April 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/06/06 | Jaffe | Review Woodard & Curran permit outline and emails with client regarding same (0.5). | 0.5 |
| 03/07/06 | Jaffe | Review Woodard & Curran memorandum (0.3); research regarding same (0.9); telephone conference with Ms. Johns and telephone conference with team regarding same (0.9). | 2.1 |
| 03/08/06 | Jaffe | Review, revise Woodard & Curran draft report (1.3). | 1.3 |
| 03/09/06 | Jaffe | Review, revise draft Phase IV report and emails with team regarding same (2.2). | 2.2 |
| 03/28/06 | Jaffe | Review Woodard & Curran memorandum regarding PCBs (0.6). | 0.6 |
| 03/29/06 | Jaffe | Review Woodard & Curran memorandum and emails with team regarding same (0.5). | 0.5 |

**Total Hours**    **7.2**

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 360439
April 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 7.2 |

| | |
|---|---|
| **Total Fees** | **$3,348.00** |

| | |
|---|---|
| **Total Fees** | **$3,348.00** |
| **Total Fees and Disbursements** | **$3,348.00** |



## FOLEY HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

April 28, 2006
Invoice No.: 360439
Matter No.: 08743.00093

Re:    **Concord Landfill Closure**

**Total Fees and Disbursements**                    **$3,348.00**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 360439
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 12.9 | $5,998.50 |
| | | | | | |
| TOTAL | | | | 12.9 | $5,998.50 |

### Expenses

| Description | Total |
|---|---|
| Facsimile | $ 2.25 |
| Taxi Fare | $ 14.25 |
| | |
| TOTAL | $ 16.50 |



# FOLEY HOAG LLP
### ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2006
Invoice No.: 360440
Matter No.: 08743.00100

**Re:    Woburn Lease Environmental Issues**

For Professional Services rendered through March 31, 2006

|  |  |
|---|---|
| Fees | $5,998.50 |
| Disbursements | 16.50 |
| **Total Fees and Disbursements** | **$6,015.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00100                                   Invoice No.: 360440
Re: Woburn Lease Environmental Issues                     April 28, 2006
                                                          Page 2

| Date | Timekeeper | Narrative | Hours |
|------|------------|-----------|-------|
| 03/02/06 | Jaffe | Meet with Decathlon and prepare for same (3.3). | 3.3 |
| 03/03/06 | Jaffe | Review, revise draft letter for Decathlon regarding ENF response and draft response to comments (1.3). | 1.3 |
| 03/20/06 | Jaffe | Review Woodard & Curran PCB memoranda (1.2). | 1.2 |
| 03/21/06 | Jaffe | Review Woodard & Curran memoranda; research regarding PCB issues and memorandum to client regarding same (3.3). | 3.3 |
| 03/22/06 | Jaffe | Telephone conference with Ms. Johns regarding PCB issues and research regarding same (1.1). | 1.1 |
| 03/24/06 | Jaffe | Review Charter cost memorandum and telephone conference with Ms. Johns regarding same (0.5). | 0.5 |
| 03/30/06 | Jaffe | Review PCB disposal regulations and Waste Management permit and email to Ms. Johns regarding same (2.2). | 2.2 |
| | | **Total Hours** | **12.9** |

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 360440
April 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 12.9 |

| Total Fees | $5,998.50 |
|------------|-----------|

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 03/31/06 | Facsimiles | 2.25 |
| 03/31/06 | Taxi Fare | 14.25 |

| Total Disbursements | $16.50 |
|---------------------|--------|

| Total Fees | $5,998.50 |
|------------|-----------|
| Total Disbursements | 16.50 |
| Total Fees and Disbursements | $6,015.00 |

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2006
Invoice No.: 360440
Matter No.: 08743.00100

Re:     **Woburn Lease Environmental Issues**

**Total Fees and Disbursements**          **$6,015.00**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference          **Client/Matter #:** 08743.00100, **Invoice #:** 360440
Information:        **Billing Attorney:** Adam P. Kahn
                    **Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 1.6 | $   280.00 |
| | | | | | |
| **TOTAL** | | | | **1.6** | **$   280.00** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $   2.10 |
| Photocopy | $   1.44 |
| | |
| **TOTAL** | **$   3.54** |



**FOLEY HOAG** LLP

ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2006
Invoice No.: 360441
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

For Professional Services rendered through March 31, 2006

|  |  |
|---|---|
| Fees | $280.00 |
| Disbursements | 3.54 |
| **Total Fees and Disbursements** | **$283.54** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 360441
April 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/28/06 | Rice | Contact P. Cunniff regarding filings to bankruptcy court; emails to A. Kahn regarding same. | 0.8 |
| 03/29/06 | Rice | Review and forward February fee application to P. Cunniff. | 0.8 |
| | | **Total Hours** | **1.6** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 360441
April 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** |
|---|---|
| Rice | 1.6 |

        **Total Fees**                                      **$280.00**

## Disbursement Summary

| **Date** | | **Amount** |
|---|---|---|
| 03/31/06 | Telephone | 2.10 |
| 03/31/06 | In-House Photocopying | 1.44 |
| | **Total Disbursements** | **$3.54** |

| | |
|---|---|
| **Total Fees** | **$280.00** |
| **Total Disbursements** | **3.54** |
| **Total Fees and Disbursements** | **$283.54** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2006
Invoice No.: 360441
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

**Total Fees and Disbursements**      **$283.54**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 360441
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP      BOSTON      WASHINGTON, DC      www.foleyhoag.com