**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W. R. GRACE & CO., et al. ) | **Case No. 01-01139 (JKF)** |
| ) | |
| ) | **Jointly Administered** |
| Debtors. ) | |
| ) | Objection Deadline: June 2, 2006 at 4:00 p.m. |
| ) | Hearing Date: June 19, 2006 at 2:00 p.m. |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 12047**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Eighth Quarterly Fee Application of Capstone Advisory Group, LLC for Interim Compensation and for Reimbursement of Expenses for the Services Rendered during the period of October 1, 2005 through December 31, 2005** (the "Application") [Docket No. 12047] filed on March 13, 2006.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Eighth Quarterly Fee Application, objections to the Application were to be filed and served no later than June 2, 2006 at 4:00 p.m.

Dated: June 5, 2006
Wilmington, Delaware

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302)-657-4942
Facsimile:   (302)-657-4901
Email:       mlastowski@duanemorris.com
             rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*

DM3\369157.1