```
Date: 05/31/06            Legal Analysis Systems, Inc.
Time: 4:00pm                                                            Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 04/25/06  Peterson  / (07) Committee, Creditors'                  1.2    840.00
 #4507     discussion with Inselbuch re: claims forecast (.2);   700.00
           emails to Liesemer and Ebener re: proof of claim
           data (1.0)

 04/25/06  Relles    / (07) Committee, Creditors'                  0.6    255.00
 #4702     email Liesemer re: Rust data                          425.00
```

{D0060917:1 }

```
Date: 05/31/06              Legal Analysis Systems, Inc.
Time: 4:00pm                                                        Page 2

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/03/06  Peterson   / (28) Data Analysis                    0.2       140.00
 #4501     review request for PV analysis of liability and pv 700.00
           calculation of Lloyd's settlement

 04/03/06  Relles     / (28) Data Analysis                    0.5       212.50
 #4701     compute discounted present value of Equitas        425.00
           allocation amounts

 04/06/06  Peterson   / (28) Data Analysis                    1.0       700.00
 #4502     review emails and attachment re: claims data       700.00

 04/13/06  Peterson   / (28) Data Analysis                    2.0      1400.00
 #4503     review data formatting issues for proofs of claim  700.00

 04/13/06  Peterson   / (28) Data Analysis                    3.4      2380.00
 #4504     review forecasts and prior report                  700.00

 04/18/06  Peterson   / (28) Data Analysis                    2.1      1470.00
 #4505     review materials on proof of claim process         700.00

 04/25/06  Peterson   / (28) Data Analysis                    1.5      1050.00
 #4506     review data and materials on claims                700.00

 04/25/06  Relles     / (28) Data Analysis                    2.6      1105.00
 #4703     review April 2005 computations and methods,        425.00
           replicate projections

 04/27/06  Relles     / (28) Data Analysis                    3.8      1615.00
 #4704     implement variations in data construction, run     425.00
           projections

 04/28/06  Peterson   / (28) Data Analysis                    0.6       420.00
 #4508     telephone Relles re: projection methods and results 700.00

 04/28/06  Peterson   / (28) Data Analysis                    0.7       490.00
 #4509     telephone Relles re: discuss final results         700.00

 04/28/06  Peterson   / (28) Data Analysis                    2.2      1540.00
 #4510     review analyses and materials re: forecasts        700.00

 04/28/06  Relles     / (28) Data Analysis                    0.6       255.00
 #4705     telephone Peterson re: projection methods and      425.00
           results

 04/28/06  Relles     / (28) Data Analysis                    1.2       510.00
 #4706     modify analysis datasets                           425.00
```

{D0060917:1 }

```
Date: 05/31/06             Legal Analysis Systems, Inc.
Time: 4:00pm                                                                Page 3

                      W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 04/28/06  Relles    / (28) Data Analysis                           3.6   1530.00
 #4707     rerun analyses with special treatment for              425.00
           asbestos-related disease

 04/28/06  Relles    / (28) Data Analysis                           0.7    297.50
 #4708     telephone Peterson re: discuss final results           425.00

 04/30/06  Peterson  / (28) Data Analysis                           3.3   2310.00
 #4511     work on plan for analyzing proof of claim data         700.00

 04/30/06  Relles    / (28) Data Analysis                           4.6   1955.00
 #4709     clean up duplicates, rerun projections, summarize      425.00
           effects
--------------------------------------------------------------------------------
```

```
Date: 05/31/06              Legal Analysis Systems, Inc.
Time: 4:00pm                                                            Page 4

                   W. R. Grace

              Summary Of Time Charges, By Month and Activity
                      April 2006 - April 2006

  MONTH      ACTIVITY                                        HOURS    AMOUNT
  ----------------------------------------------------------------------------
  April    - (07) Committee, Creditors'                        1.8    1095.00
  April    - (28) Data Analysis                               34.6   19380.00
  April    - (99) Total                                       36.4   20475.00

  Total    - (07) Committee, Creditors'                        1.8    1095.00
  Total    - (28) Data Analysis                               34.6   19380.00
  Total    - (99) Total                                       36.4   20475.00

  ----------------------------------------------------------------------------
```

{D0060917:1 }

```
Date: 05/31/06              Legal Analysis Systems, Inc.
Time: 4:00pm                                                              Page 5

                    W. R. Grace

               Summary Of Time Charges, By Month and Person
                         April 2006 - April 2006

   MONTH      PERSON                                           HOURS     AMOUNT
   ----------------------------------------------------------------------------
   April    - Relles                                            18.2    7735.00
   April    - Peterson                                          18.2   12740.00
   April    - Total                                             36.4   20475.00

   Total    - Relles                                            18.2    7735.00
   Total    - Peterson                                          18.2   12740.00
   Total    - Total                                             36.4   20475.00

   -----------------------------------------------------------------------------
```

{D0060917:1 }

```
Date: 05/31/06              Legal Analysis Systems, Inc.
Time: 4:00pm                                                              Page 6

                    W. R. Grace

           Summary Of Time Charges, By Activity, Month, and Person
                        April 2006 - April 2006

   MONTH      PERSON                              HOURS   RATE    AMOUNT
   ----------------------------------------------------------------------
   (07) Committee, Creditors'

   April    - Relles                                0.6   425.     255.00
   April    - Peterson                              1.2   700.     840.00

   (28) Data Analysis

   April    - Relles                               17.6   425.    7480.00
   April    - Peterson                             17.0   700.   11900.00

   ----------------------------------------------------------------------
```

{D0060917:1 }