**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 2, 2006 at 4:00 p.m.** |
| | ) | **Hearing Date: June 19, 2006 at 2:00 p.m.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 12419**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Application of Speights & Runyan for Final Approval and Allowance of Compensation Related Solely to Services Rendered in the Sealed Air and Fresenius Adversary Actions (the "Applicant") for the Period from March 2, 2002 through August 17, 2004 ("the Application").  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Amended Notice of Application, objections to the Application were to be filed and served no later than June 2, 2006 at 4:00 p.m.

Dated: June 5, 2006

Jay M. Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE
 & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Tel:    (305) 374-7580
Fax:    (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel:   (302) 575-1555
Fax:   (302) 575-1714