IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: June 26, 2006 at 4:00p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO FIRST MONTHLY INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 6, 2006 THROUGH FEBRUARY 28, 2006**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006 |
| Period for which compensation is sought: | February 6, 2006 through February 28, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $89,026.00 |
| 80% of fees to be paid: | $71,220.80[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $71,220.80 |

This is an: ___ interim   X  monthly   ___ final application.

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and $0.00 in expenses for Orrick's fee applications and 31.00 hours and $6,154.50 in fees and no expenses for the FCR and/or his other professionals' fee applications. Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's first interim fee application for the period February 6-28, 2006.

To date, Orrick has not received payments from the Debtors during this year.

## COMPENSATION SUMMARY
## FEBRUARY 6-28, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 60.40 | $36,750.50[2] |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 44.60 | $28,767.00 |
| Monique D. Almy | Of Counsel, 10 years in position; 19 years relevant experience; 1987, Bankruptcy | $525 | 4.60 | $2,415.00 |
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $500 | .30 | $150.00 |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 21.50 | $8,707.50 |
| Rachael M. Barainca | Legal Assistant | $140 | 58.60 | $8,204.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 19.20 | $4,032.00 |
| Total | | | 209.20 | $89,026.00 |
| Blended Rate: $425.55 | | | | |

---

[2] This amount reflects a reduction of $1,087.50 for the 50% discount rate non-working travel.

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 6-28, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 9.10 | $1,274.00 |
| Compensation of Professionals-Other | 31.00 | $6,154.50 |
| Litigation | 66.50 | $39,756.50 |
| Plan & Disclosure Statement | 21.40 | $14,751.50 |
| Retention of Professionals-Other | 7.50 | $3,391.50 |
| Retention of Professionals-Orrick | 70.70 | $22,610.50 |
| Travel Time (Non-Working) | 3.00 | $1,087.50 |
| **TOTAL** | **209.20** | **$89,026.00** |

## EXPENSE SUMMARY
## FEBRUARY 6-28, 2006

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 2, 2006

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative