<u>**EXHIBIT A**</u>

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 10, 2006
Client No. 17367
Invoice No. 1014004

Orrick Contact: Roger Frankel

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter:  2 – Case Administration**

| | | | |
|---|---|---|---|
| 02/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/08/06 | R. Barainca | Update pleadings folders. | 1.00 |
| 02/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/13/06 | R. Barainca | Update pleadings folders. | 5.00 |
| 02/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/16/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 02/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 02/22/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.10 |
| 02/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

Total Hours          9.10

Total For Services          $1,274.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 9.10 | 140.00 | 1,274.00 |
| Total All Timekeepers | 9.10 | $140.00 | $1,274.00 |

**Total For This Matter**          **$1,274.00**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

April 10, 2006
Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 02/06/06 | R. Frankel | Telephone conference with D. Austern re status; confer with R. Wyron re CMO issues. | 0.40 |
| 02/08/06 | D. Felder | Review non-expert witness disclosures filed by PI and PD Committees and the Debtors. | 0.60 |
| 02/08/06 | M. Almy | Review Debtors' Brief in further Support of the Disallowance of 71 Claims where Speights Lacked Authorization as of the Bar Date. | 1.10 |
| 02/08/06 | M. Almy | Review Debtors' Supplemental Brief re Choice of Law in Support of their Objections to Certain Time-Barred Speights & Runyan Claims. | 1.00 |
| 02/08/06 | R. Wyron | Review e-mails on discovery and protocols, and draft response to e-mail. | 0.60 |
| 02/09/06 | R. Frankel | Review memo re settlement with London Markets; review Grace memo re plan structure. | 0.70 |
| 02/10/06 | R. Barainca | Research the Motion ██████████ ██████ for D. Felder. | 0.40 |
| 02/10/06 | R. Barainca | Meet with D. Felder to discuss the Motion ██████ ██████. | 0.10 |
| 02/10/06 | R. Wyron | Begin review of materials from J. Biggs for 2/16 meeting. | 1.30 |
| 02/12/06 | D. Felder | Review ██████████ hearing transcript regarding exclusivity in preparation for Grace hearing regarding exclusivity. | 1.00 |
| 02/13/06 | D. Felder | Call with R. Wyron and J. Biggs regarding issues with Grace's historical database (1.1); review notes from meetings with J. Biggs regarding database issues and prepare for call with B. Harding (.9); review data dictionary and Rust protocols and prepare emails regarding same (1.9). | 3.90 |
| 02/13/06 | R. Wyron | Review summary of open issues on discovery for call with Grace (.8); call with Tillinghast and follow-up notes (1.1). | 1.90 |
| 02/13/06 | R. Frankel | Series of e-mails re status of Tillinghast work. | 0.40 |
| 02/13/06 | R. Frankel | Telephone conference with D. Austern re case issues, D. Bernick letter (.3); confer with R. Wyron re same (.2). | 0.50 |
| 02/14/06 | D. Felder | Conference call with B. Harding, N. Finch and R. Wyron regarding discovery issues relating to estimation. | 0.50 |
| 02/14/06 | R. Wyron | Participate in discovery call and follow-up (.8); review Grace status report and follow-up e-mails (.7). | 1.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -    April 10, 2006
17367                                                                    Invoice No. 1014004
page 3

| 02/15/06 | D. Felder | Review Grace time line regarding lack of meaningful plan discussions. | 0.40 |
|---|---|---|---|
| 02/15/06 | R. Wyron | Call with Caplin regarding strategy and follow-up summary (1.1); prepare for meeting with Tillinghast (.8). | 1.90 |
| 02/15/06 | R. Frankel | Review file in preparation for discussions re settlement issues. | 0.60 |
| 02/15/06 | R. Frankel | Review Grace status report and exhibits; review related pleading re exclusivity. | 2.30 |
| 02/15/06 | R. Frankel | Telephone conference with E. Inselbuch, N. Finch, R. Wyron re status of negotiations, 2/21 hearing (.5); confer with R. Wyron re same (.2). | 0.70 |
| 02/15/06 | R. Frankel | Telephone conference with D. Austern re Inselbuch call (.3); telephone conference with Laurie Strauch Weiss re estimation (.3). | 0.60 |
| 02/16/06 | R. Barainca | Edit the Plan Discussions Timeline. | 1.00 |
| 02/16/06 | R. Barainca | Meet with D. Felder to discuss edits on the Plan Discussions Timeline. | 0.10 |
| 02/16/06 | D. Felder | Review Grace time line regarding no plan discussions (.3); review Debtors' status report (.3). | 0.60 |
| 02/16/06 | D. Felder | Meeting with D. Austern, J. Biggs, R. Frankel and R. Wyron regarding estimation hearing (3.5); conference call with PI Committee regarding same (.7). | 4.20 |
| 02/16/06 | R. Wyron | Prepare for meeting with D. Austern and Tillinghast (.6); meet with J. Biggs and D. Austern regarding estimation and litigation issues, and follow-up notes (2.6); call with Caplin on open issues and follow-up on database questions (1.4); work on open estimation and database issues (.8). | 5.40 |
| 02/16/06 | R. Frankel | Review amended case management order. | 0.30 |
| 02/16/06 | R. Frankel | Review file in preparation for hearing, review, revise Power Point exhibit. | 0.80 |
| 02/16/06 | R. Frankel | Confer with D. Austern, J. Biggs re futures study, questionnaire, related issues. | 4.20 |
| 02/16/06 | R. Frankel | Telephone conference with S. Baena re hearing; notes re same. | 0.60 |
| 02/16/06 | R. Frankel | Review file in preparation for hearing; notes re same. | 0.80 |
| 02/17/06 | R. Frankel | Revise Power Point (.3); series of telephone conferences re exclusivity with Inselbuch (.3), Bernick (.3), Austern (.3); notes re same (.3). | 1.50 |
| 02/20/06 | D. Felder | Review Port deposition transcript. | 1.00 |
| 02/20/06 | R. Frankel | Review spreadsheets from J. Radecki re Grace proposal (.5); telephone conference call with J. Radecki, R. Wyron and others re spreadsheets. | 1.30 |
| 02/21/06 | D. Felder | Review estimation materials and prepare same for litigation team. | 1.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

April 10, 2006
Invoice No. 1014004

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/21/06 | M. Almy | Telephonically attend Omnibus hearing. | 2.50 |
| 02/21/06 | R. Wyron | Review claims data and prepare for 2/24 conference call. | 0.70 |
| 02/21/06 | R. Frankel | Attend hearing re exclusivity in Wilmington; confer with D. Bernick prior to and after hearing; notes re hearing (.4.) | 3.60 |
| 02/21/06 | R. Frankel | Prepare notes for argument; review transcript of December hearing during travel to Wilmington. | 3.30 |
| 02/21/06 | R. Frankel | Various conferences with Lockwood, Esserman, Radecki in advance of hearing. | 2.90 |
| 02/22/06 | D. Felder | Finalize estimation materials for litigation team. | 0.50 |
| 02/23/06 | D. Felder | E-mail to L. Weiss regarding estimation materials. | 0.10 |
| 02/23/06 | R. Wyron | Review estimation materials organized by D. Felder. | 1.10 |
| 02/24/06 | D. Felder | Conference call with B. Harding, J. Liesemer and R. Wyron regarding estimation discovery issues (.5); review notes regarding CMS database and prepare email regarding same (1.1). | 1.60 |
| 02/24/06 | R. Wyron | Review e-mails and organize notes for call with Debtors' counsel (.8); calls to and from Caplin (.3); call with Debtors regarding discovery issues and follow-up notes (1.3); review open issues on database, review e-mail regarding same and follow-up with D. Felder (.8). | 3.30 |
| 02/26/06 | R. Frankel | Review ██████████ published by American Academy of Actuaries. | 0.90 |
| 02/28/06 | D. Felder | Prepare e-mail issues list regarding CMS database. | 0.30 |

Total Hours 66.50
Total For Services $39,756.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Monique D. Almy | 4.60 | 525.00 | 2,415.00 |
| Rachael Barainca | 1.60 | 140.00 | 224.00 |
| Debra Felder | 16.20 | 405.00 | 6,561.00 |
| Roger Frankel | 26.40 | 725.00 | 19,140.00 |
| Richard H. Wyron | 17.70 | 645.00 | 11,416.50 |
| Total All Timekeepers | 66.50 | $597.84 | $39,756.50 |

**Total For This Matter**               $39,756.50

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

April 10, 2006<br>Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 02/11/06 | R. Frankel | Review, consider latest proposal from D. Bernick re plan of reorganization (.6); review prior structure (.3); telephone conference with J. Radecki re same (.2). | 1.10 |
| 02/14/06 | M. Wallace | Review current term sheet for consensual deal. | 0.30 |
| 02/15/06 | R. Frankel | Telephone conference with J. Radecki, J. Brownstein re Grace proposal, plan issues; review plan issues. | 0.50 |
| 02/16/06 | R. Wyron | Review Piper Jaffray sources and uses analysis and plan analysis. | 1.10 |
| 02/16/06 | R. Frankel | Review financial analysis of proposals from J. Radecki, et al.; notes re same. | 1.10 |
| 02/20/06 | R. Wyron | Review materials from Piper Jaffray on plan analysis (.6); call with Piper Jaffray and R. Frankel on plan analysis (.8); review sources and uses statement prepared for counsel, and organize notes (.7).  (Plan) | 2.10 |
| 02/21/06 | R. Wyron | Review plan analysis and final issues. | 0.70 |
| 02/22/06 | R. Wyron | Review financial analysis from Piper Jaffray on potential values. | 1.30 |
| 02/22/06 | R. Frankel | Telephone conference with E. Inselbuch re mediators, meeting with financial advisor (.3); telephone conference with J. Radecki re financial analysis (.2); notes re same (.4). | 0.90 |
| 02/22/06 | R. Frankel | Telephone conference with D. Bernick re mediation, plan issues (.4); notes re same (.2); telephone conference with D. Austern re mediator, series of e-mails re same, conference (.6). | 1.20 |
| 02/23/06 | R. Frankel | Review issues, backgrounds re mediators proposal; e-mails re same. | 0.90 |
| 02/23/06 | R. Frankel | Review new analysis re Grace from Piper Jaffray; prepare notes re different plan issues. | 1.40 |
| 02/23/06 | R. Frankel | Telephone conference with E. Inselbuch re mediators, meeting with financial advisors, plan issues; telephone conference with R. Wyron re Grace meetings. | 1.20 |
| 02/24/06 | R. Wyron | Review information on potential mediators, and follow-up with R. Frankel. | 0.70 |
| 02/24/06 | R. Frankel | Telephone conference with Judge Pointer re possible availability, possible conflicts; notes re same. | 0.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

April 10, 2006
Invoice No. 1014004

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/24/06 | R. Frankel | Telephone conference with D. Bernick, E. Inselbuch, Kruger, etc. re discussion of possible mediators; notes re same. | 0.60 |
| 02/24/06 | R. Frankel | Review multitude of e-mails, research re possible mediators (1.8); telephone conference with R. Wyron re various mediators (.4.) | 2.20 |
| 02/27/06 | R. Wyron | Review materials for 3/1 meeting with ACC and financial advisors. | 1.10 |
| 02/27/06 | R. Frankel | Review series of e-mails re mediator (.3); consider various mediators (.5). | 0.80 |
| 02/28/06 | R. Wyron | Participate in conference call regarding choice of mediator, and follow-up notes to D. Austern and R. Frankel (.9); review resumes of potential mediators (.8). | 1.70 |

Total Hours 21.40

Total For Services $14,751.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 12.40 | 725.00 | 8,990.00 |
| Mary A. Wallace | 0.30 | 500.00 | 150.00 |
| Richard H. Wyron | 8.70 | 645.00 | 5,611.50 |
| Total All Timekeepers | 21.40 | $689.32 | $14,751.50 |

**Total For This Matter**          **$14,751.50**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    April 10, 2006
17367                                                                                  Invoice No. 1014004
page 7

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter:  10 – Retention of Professionals – Other**

| | | | |
|---|---|---|---|
| 02/06/06 | R. Wyron | Telephone call with J. Radecki re CIBC. | 0.10 |
| 02/13/06 | D. Fullem | Follow up with R. Wyron regarding status of motion to withdraw Swidler. | 0.20 |
| 02/13/06 | D. Felder | Review application to employ Piper Jaffray as financial advisors to the FCR and Radecki declaration. | 1.00 |
| 02/13/06 | R. Wyron | Review issues for Piper Jaffray application and follow-up with e-mails. | 0.60 |
| 02/14/06 | D. Felder | Prepare letter terminating CIBC's employment (1.2); review application to employ and engagement letter (1.0). | 2.20 |
| 02/14/06 | D. Felder | Review motion to withdraw Swidler and conference with D. Fullem regarding same. | 0.20 |
| 02/14/06 | R. Wyron | Revise CIBC draft termination letter (.2); review draft engagement letter (.3). | 0.50 |
| 02/16/06 | D. Felder | Review letter terminating CIBC's engagement. | 0.10 |
| 02/16/06 | R. Wyron | Finalize and deliver CIBC letter. | 0.20 |
| 02/22/06 | D. Felder | Review application to employ Piper Jaffray and Radecki declaration (.5); telephone conference with J. Brownstein regarding same (.1). | 0.60 |
| 02/22/06 | R. Wyron | Review draft Piper Jaffray application. | 0.40 |
| 02/24/06 | D. Fullem | Prepare revisions to motion to withdraw Swidler and provide to R. Wyron for review and comment. | 0.20 |
| 02/27/06 | D. Felder | Review final version of application to employ Piper Jaffray and declaration (1.0); e-mail and telephone conference with J. Brownstein regarding same (.2). | 1.20 |

Total Hours                  7.50

Total For Services                                     $3,391.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 5.30 | 405.00 | 2,146.50 |
| Debra O. Fullem | 0.40 | 210.00 | 84.00 |
| Richard  H. Wyron | 1.80 | 645.00 | 1,161.00 |
| Total All Timekeepers | 7.50 | $452.20 | $3,391.50 |

**Total For This Matter**                                      **$3,391.50**

David Austern, Futures Claims Representative for W.R. Grace & Co. -    April 10, 2006
17367    Invoice No. 1014004
page 8

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 02/07/06 | D. Fullem | Telephone call with R. Malstrom from Swidler regarding Austern/W.R. Grace prebills with R. Wyron. | 0.40 |
| 02/08/06 | R. Barainca | Prepare December 2005 Monthly Application of Compensation for Towers Perrin Tillinghast. | 0.70 |
| 02/08/06 | R. Barainca | Prepare Quarterly Interim Applications of Compensation for Towers Perrin Tillinghast. | 2.20 |
| 02/08/06 | D. Fullem | Review and edit Swidler's January 1-February 3 prebills for Grace. | 0.50 |
| 02/08/06 | D. Fullem | Telephone call from R. Barainca regarding questions on Tillinghast fee applications to be filed in W.R. Grace. | 0.30 |
| 02/10/06 | R. Barainca | Prepare Quarterly Interim Applications of Compensation for Towers Perrin Tillinghast. | 3.30 |
| 02/10/06 | R. Wyron | Review Swidler pre-bill for January. | 0.30 |
| 02/13/06 | D. Fullem | Confer with R. Wyron regarding D. Austern's fee applications and status/timing of filing of same. | 0.20 |
| 02/13/06 | D. Fullem | Confer with R. Malstrom regarding status of final invoices from Swidler for period January 1-February 3. | 0.10 |
| 02/14/06 | R. Barainca | Prepare Quarterly Interim Applications for Towers Perrin Tillinghast. | 4.20 |
| 02/14/06 | R. Barainca | Prepare December Monthly Fee Application for Towers Perrin Tillinghast. | 0.70 |
| 02/14/06 | R. Barainca | Prepare Certificate of No Objection for November Fee Application. | 0.40 |
| 02/14/06 | D. Fullem | Prepare filings of CIBC's December fee statement. | 0.60 |
| 02/14/06 | D. Fullem | Review Tillinghast fee applications with R. Barainca. | 0.80 |
| 02/15/06 | R. Barainca | Finalize the Quarterly Interim Applications for Towers Perrin Tillinghast and resend to J. Biggs for signature. | 0.70 |
| 02/15/06 | R. Barainca | Finalize Certificate of No Objection for November Fee Application, and send to C. Hartman for filing. | 0.70 |
| 02/15/06 | R. Barainca | Phone call with J. Biggs regarding the Towers Perrin Tillinghast Quarterly's. | 0.20 |
| 02/15/06 | R. Barainca | Finalize December Monthly Application of Compensation for Towers Perrin Tillinghast. | 1.00 |
| 02/16/06 | R. Barainca | Finalize the Quarterly Interim Applications for Towers Perrin Tillinghast and send to C. Hartman for filing. | 2.50 |
| 02/16/06 | D. Fullem | Confer with R. Wyron and update fee charts. | 0.50 |
| 02/17/06 | R. Barainca | Scan and send Quarterly applications to C. Hartman. | 1.00 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    April 10, 2006
17367                                                                                 Invoice No. 1014004
page 9

| 02/17/06 | D. Fullem | Prepare CNO for Swidler's December fee application. | 0.20 |
|---|---|---|---|
| 02/21/06 | D. Fullem | Review changes to Swidler prebills for Jan 1-Feb 3 with R. Malstrom. | 0.20 |
| 02/21/06 | D. Fullem | Prepare e-mail to J. Port at W. R. Grace regarding payment due for Swidler's November fee statement. | 0.20 |
| 02/23/06 | D. Fullem | Review e-mail from S. Bossay regarding issues with Swidler's July invoices for the quarterly period to be heard on March 27 (.2); discuss with R. Wyron (.1); gather invoices and discuss with R. Wyron and D. Felder (.6); research docket and provide to each of them the 7/19 hearing agenda (.3). | 1.10 |
| 02/23/06 | D. Felder | Review fee auditor's interim report (.1); conference with R. Wyron regarding same (.1); review agenda from December 19 hearing (.1). | 0.30 |
| 02/24/06 | R. Barainca | Prepare January Swidler Monthly Fee Application. | 2.30 |
| 02/24/06 | D. Fullem | Review e-mails from R. Wyron and D. Felder regarding proposed response to fee auditor's report on Swidler's sixth quarterly fee application (.4); prepare draft of letter to S. Bossay, fee auditor, and provide same for R. Wyron and D. Felder's review and comment (.5); review comments from D. Felder and revise and re-circulate to R. Wyron (.2.) | 1.10 |
| 02/24/06 | D. Fullem | Respond to R. Wyron regarding questions on Swidler's final billing. | 0.10 |
| 02/24/06 | D. Fullem | Prepare e-mail to R. Malstrom at Swidler regarding any recent payments received to report in final monthly fee application; review response to same. | 0.20 |
| 02/24/06 | D. Felder | Review fee auditor's initial report (.2); review agenda from hearing on December 19 and prepare and revise response regarding same (.9); conference with R. Wyron regarding same (.3). | 1.40 |
| 02/24/06 | R. Wyron | Review auditor's report regarding Swidler and review draft response (.8); consult with Swidler (.3). | 1.10 |
| 02/26/06 | R. Wyron | Review monthly fee application for Swidler for January 1 to February 5, 2006. | 0.40 |
| 02/28/06 | R. Barainca | Edit the January Monthly Fee Application. | 0.80 |
| 02/28/06 | R. Barainca | Correspond with K. Boeger in regard to preparing the January Fee Application for Tillinghast. | 0.20 |
| 02/28/06 | R. Barainca | Correspond with J. Biggs in regard to describing the services performed within the Monthly Fee Application. | 0.10 |

|  | Total Hours | 31.00 |  |
|---|---|---|---|
|  | Total For Services |  | $6,154.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

April 10, 2006
Invoice No. 1014004

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 21.00 | 140.00 | 2,940.00 |
| Debra Felder | 1.70 | 405.00 | 688.50 |
| Debra  O. Fullem | 6.50 | 210.00 | 1,365.00 |
| Richard  H. Wyron | 1.80 | 645.00 | 1,161.00 |
| Total All Timekeepers | 31.00 | $198.53 | $6,154.50 |

**Total For This Matter**          **$6,154.50**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

April 10, 2006
Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter: 12 – Retention of Professionals – Orrick**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/06/06 | D. Felder | Conference with R. Wyron regarding application to employ Orrick as bankruptcy counsel (.2); revise same (1.0). | 1.20 |
| 02/06/06 | R. Wyron | Review draft Orrick application and related documents (.7); confer with D. Felder (.3); review initial conflicts issues and draft summary (.4). | 1.40 |
| 02/07/06 | D. Felder | Draft and revise application to employ Orrick as bankruptcy counsel, Frankel declaration and proposed order. | 3.50 |
| 02/13/06 | D. Fullem | Confer with D. Felder regarding notice of appearance for Orrick. | 0.20 |
| 02/13/06 | D. Felder | Conference with R. Wyron regarding application to employ Orrick (.1); review and revise same (3.0). | 3.10 |
| 02/14/06 | R. Barainca | Conference with D. Fullem regarding procedure for review of the conflicts reports. | 0.70 |
| 02/14/06 | D. Fullem | Review conflict reports (1.0); discussions with R. Barainca regarding same (.2). | 1.20 |
| 02/14/06 | D. Felder | Conference with R. Barainca regarding application to employ Orrick and declaration and review same. | 0.50 |
| 02/15/06 | R. Barainca | Review the Conflicts Reports in connection with Application to Employ Orrick. | 7.60 |
| 02/15/06 | D. Fullem | Review conflict reports (1.8); telephone call from R. Barainca regarding same (.1). | 1.90 |
| 02/15/06 | D. Felder | Review and revise Orrick/Austern engagement letter (.2); telephone conference with R. Barainca regarding disclosures (.3). | 0.50 |
| 02/16/06 | R. Barainca | Conference with D. Fullem regarding procedures for the conflicts check. | 0.30 |
| 02/16/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 3.80 |
| 02/16/06 | D. Fullem | Review conflict reports. | 2.00 |
| 02/17/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 3.00 |
| 02/19/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 1.00 |
| 02/20/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 4.50 |
| 02/21/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 5.20 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

April 10, 2006
Invoice No. 1014004

| | | | |
|---|---|---|---|
| 02/21/06 | D. Fullem | Continue to review Orrick conflict reports in Grace matter. | 1.20 |
| 02/21/06 | D. Fullem | Confer with R. Barainca regarding application to employ Orrick in Grace. | 0.30 |
| 02/21/06 | D. Fullem | Confer with R. Wyron regarding conflict lists from Grace; review same for Bank of America connection. | 0.20 |
| 02/21/06 | R. Wyron | Review updated report for disclosures, and revise draft. | 1.10 |
| 02/22/06 | R. Barainca | Edit Application to Employ Orrick. | 0.80 |
| 02/22/06 | D. Fullem | Review application to employ Orrick with R. Barainca and discuss comments made by R. Wyron. | 0.50 |
| 02/22/06 | D. Fullem | Confer with D. Felder regarding status of notice of appearance of Orrick. | 0.10 |
| 02/22/06 | D. Fullem | Review Orrick conflict reports. | 1.00 |
| 02/22/06 | R. Wyron | Review revised first draft of application and declaration, and follow-up with responsible attorneys. | 1.70 |
| 02/23/06 | D. Fullem | Prepare notice of appearance for Orrick; provide to R. Wyron for review and comment. | 0.50 |
| 02/23/06 | D. Fullem | Continue to review Orrick conflict reports. | 1.00 |
| 02/24/06 | D. Fullem | Provide set of conflict reports to P. Reyes. | 0.20 |
| 02/24/06 | D. Felder | Review application to employ Orrick and declaration regarding same (.5); review application to employ Piper Jaffray and declaration regarding same (.6). | 1.10 |
| 02/24/06 | R. Wyron | Review and revise draft of specific disclosure provisions and consult with B. Breen. | 1.30 |
| 02/26/06 | R. Wyron | Review summaries of conflict reports for disclosures and draft inserts for declaration (4.8); revise application to employ Orrick and proposed order (1.1). | 5.90 |
| 02/27/06 | D. Fullem | Follow up with R. Wyron and R. Barainca regarding conflict reports and disclosures. | 1.00 |
| 02/27/06 | D. Felder | Review and revise application to employ Orrick and declaration regarding same (4.3); conference with R. Meade regarding same (.2). | 4.50 |
| 02/27/06 | R. Wyron | Continue review of conflicts reports and organize follow-up inquiries (1.7); send and review responses to emails regarding connections (.8). | 2.50 |
| 02/28/06 | D. Fullem | Follow up with R. Wyron and R. Barainca on Grace conflicts and disclosures. | 1.00 |
| 02/28/06 | D. Felder | Review list of parties and conflicts for Frankel declaration relating to application to employ Orrick. | 2.50 |
| 02/28/06 | R. Wyron | Review additional disclosure items and follow-up. | 0.70 |

|  |  |  |
|---|---|---|
| Total Hours | 70.70 | |
| Total For Services | | $22,610.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

April 10, 2006
Invoice No. 1014004

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 26.90 | 140.00 | 3,766.00 |
| Debra Felder | 16.90 | 405.00 | 6,844.50 |
| Debra O. Fullem | 12.30 | 210.00 | 2,583.00 |
| Richard H. Wyron | 14.60 | 645.00 | 9,417.00 |
| Total All Timekeepers | 70.70 | $319.81 | $22,610.50 |

**Total For This Matter**                    **$22,610.50**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

April 10, 2006
Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 02/21/06    R. Frankel | Non-working travel to/from Wilmington. | | 3.00 |

|  |  |
|---|---|
| Total Hours | 3.00 |
| Total For Services | $1,087.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 3.00 | 362.50 | 1,087.50 |
| Total All Timekeepers | 3.00 | $362.50 | $1,087.50 |

**Total For This Matter**      **$1,087.50**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 209.20 | |
| Total Fees, all Matters | | $89,026.00 |
| Total Disbursements, all Matters | | $0.00 |
| Total Amount Due | | $89,026.00 |