**EXHIBIT A**



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 15, 2006
Client No. 17367
Invoice No. 1009863

Orrick Contact: Roger Frankel

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter: 2 - Case Administration**

| Date | Name | Description | Hours |
|------|------|-------------|------|
| 03/01/06 | R. Barainca | Update pleadings binders. | 0.30 |
| 03/02/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/02/06 | R. Barainca | Update pleadings binders. | 2.00 |
| 03/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/06/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/07/06 | D. Fullem | Review e-mail from R. Meade regarding service list; research system for same; e-mail service list to R. Meade. | 0.20 |
| 03/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/13/06 | D. Felder | Review docket regarding recently filed pleadings. | 0.10 |
| 03/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/16/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/20/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/22/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/29/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/30/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/31/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

Total Hours      7.60

Total For Services      $1,104.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

April 15, 2006
Invoice No. 1009863

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 7.30 | 140.00 | 1,022.00 |
| Debra Felder | 0.10 | 405.00 | 40.50 |
| Debra O. Fullem | 0.20 | 210.00 | 42.00 |
| Total All Timekeepers | 7.60 | $145.33 | $1,104.50 |

Disbursements
    Duplicating Expense      2.20
    Facsimile      3.00
    Telephone      0.40

Total Disbursements      $5.60

**Total For This Matter**      **$1,110.10**



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter: 5 - Due Dilligence**

| | | | |
|---|---|---|---|
| 03/12/06 | R. Lawrence | Review stipulations and background summary regarding CHL environmental claims settlement (.8); prepare written list of issues, questions and advice for client regarding concerns about amount and necessity for settlement (1.0). | 1.80 |
| 03/15/06 | R. Lawrence | Review questions posed by committee to debtor in connection with proposed environmental settlement of CHL claims (.3); provide advice to R. Wyron regarding scope of our review and memo and review followup message from debtor's counsel (.1). | 0.40 |
| 03/20/06 | R. Lawrence | Review responses from debtor regarding CHL settlement (.2); prepare summary of comments and advice to R. Wyron regarding same (.3). | 0.50 |
| 03/21/06 | R. Lawrence | Review research on background issues relating to site contamination (.2); prepare written summary of new information for R. Wyron (.1). | 0.30 |
| 03/23/06 | R. Lawrence | Review revised Stipulation Agreement prepared by debtor's counsel (.3); discuss Stipulated Agreement with R. Wyron to identify best process for providing comments and focus (.1); prepare comments on the Stipulated Agreement and list of issues for note to R. Wyron and debtor's counsel (.3). | 0.70 |
| 03/24/06 | R. Lawrence | Read message from Grace's counsel and provide list of questions for review (.3). | 0.30 |
| 03/29/06 | R. Lawrence | Discuss responses to questions on CHL claim settlement proposal with S. Bianca (.3); prepare advice for R. Wyron regarding results of discussion (.2). | 0.50 |

Total Hours          4.50
Total For Services          $2,700.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Robert F. Lawrence | 4.50 | 600.00 | 2,700.00 |
| Total All Timekeepers | 4.50 | $600.00 | $2,700.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

April 15, 2006
Invoice No. 1009863

**Total For This Matter**          **$2,700.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/23/06 | R. Frankel | Telephone conference with S. Foresta re insurance coverage issues; confer with R. Wyron re same. | 0.40 |
| 03/31/06 | D. Felder | Review docket regarding insurance settlement agreements and telephone conference with R. Meade regarding same (.2); conference call with R. Frankel and insurance team and email regarding same (.3). | 0.50 |
| 03/31/06 | M. Stolper | Call with R. Frankel and S. Foresta regarding insurance coverage issues (.6); review Grace bankruptcy docket and Grace insurance coverage related cases (1.4). | 2.00 |
| 03/31/06 | R. Wyron | Review proposed Equitas settlement and e-mails regarding same (1.2); call to D. Felder on insurance call with litigation team, and follow-up (.3). | 1.50 |
| 03/31/06 | S. Foresta | Telephone conference with R. Frankel, D. Felder, M. Stolper to discuss insurance issues in Grace bankruptcy; begin review and analysis of Equitas/Grace settlement agreement. | 1.20 |
| 03/31/06 | R. Frankel | Review issues re proposed Equitas settlement; telephone conference with S. Foresta, M. Stolper re case issues, Equitas settlement. | 0.60 |

Total Hours    6.20
Total For Services    $3,875.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.50 | 405.00 | 202.50 |
| Stephen G. Foresta | 1.20 | 675.00 | 810.00 |
| Roger Frankel | 1.00 | 725.00 | 725.00 |
| Michael T. Stolper | 2.00 | 585.00 | 1,170.00 |
| Richard H. Wyron | 1.50 | 645.00 | 967.50 |
| Total All Timekeepers | 6.20 | $625.00 | $3,875.00 |

Disbursements
Duplicating Expense    209.85
Total Disbursements    $209.85



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

April 15, 2006
Invoice No. 1009863

**Total For This Matter**  $4,084.85



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 03/01/06 | D. Felder | Review docket and numerous recently filed motions (1.9); telephone conference with J. Liesemer regarding discovery and Grace's historical claims database (.1); e-mail correspondence to L. Weiss regarding estimation and amended case management order regarding asbestos personal injury claims (.1); review Debtors' draft revised case management order regarding asbestos personal injury claims (.5). | 2.60 |
| 03/01/06 | R. Wyron | Review e-mails regarding discussion items for 3/2 call and organize notes (.7); review mediator order (.4);  review e-mails regarding selection of mediator (.3). | 1.40 |
| 03/02/06 | D. Felder | Telephone conference with Debtors' counsel, Grace employees, counsel for the PI Committee and Equity Committee and others regarding Grace's historical claims database. | 1.10 |
| 03/02/06 | R. Wyron | Review issues for database call (.6); participate in call on status of database and Tillinghast questions, and follow-up notes (1.3); review mediator order as revised (.3); review mediator correspondence (.3). | 2.50 |
| 03/02/06 | R. Frankel | Confer with R. Wyron re estimation litigation; notes re same. | 0.60 |
| 03/02/06 | R. Frankel | Review e-mails re mediator restrictions, order appointing mediator. | 0.50 |
| 03/03/06 | D. Felder | Review expert stipulation for estimation hearing (.3); review Debtors' draft revised case management order (.5). | 0.80 |
| 03/03/06 | R. Frankel | Review revised order re mediator (.3); series of e-mails re same (.2). | 0.50 |
| 03/03/06 | R. Frankel | Telephone conference with D. Austern re selection of J. Pointer as mediator. | 0.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

April 15, 2006
Invoice No. 1009863

| 03/06/06 | D. Felder | Review draft revised case management order for PI estimation (.1); review certification of counsel and proposed order regarding PI CMO and exclusivity and various other recently filed pleadings (1.0); e-mail to J. Biggs regarding draft revised CMO (.1); review Debtors' motion to extend and modify DIP financing, motion to amend Credit Agreement with Advanced Refining Technologies, motion authorizing settlement with the Port Authority of New York and New Jersey, motion to seek discovery from Dr. Alan Whitehouse, Libby Claimants' motion for payment of certain expenses in connection with claims estimation and plan process, motion to expand scope of Latham & Watkins employment as special counsel, and application to employ Bowe & Fernicola as special New Jersey real estate counsel (4.5). | 5.70 |
|---|---|---|---|
| 03/06/06 | R. Wyron | Review draft CMO and e-mail from J. Biggs. | 0.60 |
| 03/07/06 | D. Felder | Review Debtors' notices of deposition of Doctors Coulter, Gaziano, Lucas, Mitchell, Schonfeld and Segarra (.3); conference with R. Wyron regarding draft revised CMO and CMS database issues (.2); review draft revised CMO and email to N. Finch and J. Liesemer regarding same (.2); review email from J. Biggs regarding CMS database issues (.1); review spreadsheets from J. Biggs and notes and prepare email regarding same (.8). | 1.60 |
| 03/07/06 | R. Wyron | Review CMO and comments (.4); provide comments on CMO to D. Felder and follow-up (.3); review e-mails on CMO comments (.3); call with L. Strauch-Weiss regarding litigation strategy and follow-up notes (.8); review D. Felder memorandum on pending motions (.3). | 2.10 |
| 03/07/06 | R. Frankel | Review e-mails re mediator, participation in mediation, meetings before mediation. | 0.60 |
| 03/07/06 | R. Frankel | Review estimation issues in preparation for call with L. Strauch Weiss; telephone conference with R. Wyron, L. Strauch Weiss re estimation litigation. | 0.80 |
| 03/08/06 | D. Felder | Review exhibits to Debtors' motion to seek discovery from Dr. Alan Whitehouse and other motions for March 27 omnibus hearing. | 1.80 |
| 03/08/06 | R. Wyron | Call with B. Harding regarding Libby fees motion and discovery (.4); confer with R. Frankel regarding strategy and follow-up notes (.4) | 0.80 |
| 03/08/06 | R. Frankel | Series of e-mails re mediation, meetings in NY (.4); confer with R. Wyron in preparation for meeting with D. Austern, mediation (.4). | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

April 15, 2006
Invoice No. 1009863

| 03/09/06 | D. Felder | Telephonic participation in Dr. Walter Allan Oaks deposition. | 6.30 |
|---|---|---|---|
| 03/09/06 | R. Wyron | Review revised CMO (.2); review proposed environmental settlement (CHL) (.3). | 0.50 |
| 03/09/06 | R. Frankel | Confer with D. Austern, J. Radecki, R. Wyron re solvency analysis, preparation for mediation (1.3); telephone conference with Judge Pointer (.6). | 1.90 |
| 03/10/06 | D. Felder | Review order extending exclusive periods and appointing plan mediator (.2); review Swidler's motion to withdraw and application to employ Orrick (.3). | 0.50 |
| 03/10/06 | R. Frankel | Review letter from counsel for debtor re mediation (.2); review issues re Libby claimants (.2); review letter forwarded by U.S. Trustee re same (.5). | 0.90 |
| 03/11/06 | R. Frankel | Review issues re Libby claimants, letter from Cohn re special Libby committee, series of e-mails re same. | 0.60 |
| 03/12/06 | R. Frankel | Review Libby motion to pay fees, Grace motion to seek discovery of Whitehouse, Grace brief re stay of matter v. Montana. | 1.30 |
| 03/12/06 | R. Frankel | Review client memo re Libby claims, notes re same. | 0.70 |
| 03/13/06 | R. Wyron | Confer with Orrick litigators on estimation process and follow-up (.6); review e-mails on potential environmental settlement (.3.) | 0.90 |
| 03/13/06 | R. Frankel | Telephone conference with D. Austern re Libby memo, response to US Trustee. | 0.40 |
| 03/13/06 | R. Frankel | Review with R. Wyron issues re Libby claimants, response to U.S. Trustee. | 0.40 |
| 03/14/06 | D. Felder | Review docket and Libby Claimants' motion for payment of fees relating to estimation and plan process. | 0.20 |
| 03/14/06 | G. Rasmussen | Conference with R. Frankel and R. Wyron on evaluation of claims matter; preparation of memo setting forth issues that we will need to explore. | 2.00 |
| 03/14/06 | R. Wyron | Organize materials for meeting with litigation team (.6); meet with G. Rasmussen regarding estimation proceedings, and follow-up (1.1); draft letter to US Trustee re Libby committee request (.3). | 2.00 |
| 03/14/06 | R. Frankel | Confer with G. Rasmussen, R. Wyron re estimation proceeding, strategy; confer with D. Felder re same. | 1.10 |
| 03/15/06 | R. Wyron | Review response from B. Lawrence on proposed CML stipulation. | 0.20 |
| 03/17/06 | D. Felder | Review docket and US Trustee's objection to Libby's motion for payment of fees (.4); review Unsecured Creditors' Committee's objection to same (.3); review PI Committee's objection to same (.3). | 1.00 |
| 03/17/06 | R. Wyron | Finalize letter to US Trustee re Libby Committee. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -  
17367  
page 10

April 15, 2006  
Invoice No. 1009863

| | | | |
|---|---|---|---|
| 03/18/06 | R. Frankel | Review D. Austern memo re Libby; e-mail D. Austern re same. | 0.70 |
| 03/20/06 | D. Felder | Review Debtors' status report regarding PI questionnaires and agenda for omnibus hearing on March 27 (.3); prepare summary email to R. Frankel and R. Wyron regarding same (.7). | 1.00 |
| 03/21/06 | D. Felder | Telephone conference with D. Austern regarding Debtors' reply to Libby's motion for payment of fees. | 0.10 |
| 03/21/06 | R. Frankel | Review Grace status report, exhibits, summary of same (.7); review agenda re 3/27 hearing and review with D. Felder (.2.) | 0.90 |
| 03/22/06 | D. Felder | Review daily docket circulation and recently filed pleadings. | 0.30 |
| 03/22/06 | R. Wyron | Review correspondence from US Trustee on Libby request, and follow-up e-mails. | 0.30 |
| 03/22/06 | R. Frankel | Telephone conference with T. Freedman re status; notes re same. | 0.30 |
| 03/23/06 | R. Wyron | Review proposed CHL settlement correspondence (.3); review pleadings and open items for 3/27 hearing (.4). | 0.70 |
| 03/24/06 | D. Felder | Review recently filed pleadings. | 0.50 |
| 03/24/06 | R. Wyron | Review e-mails and hearing agenda (.3); review e-mails on CHL stipulation (.2). | 0.50 |
| 03/27/06 | D. Felder | Telephonic participation in omnibus hearing (1.2); prepare summary e-mail to R. Wyron regarding same (.1). | 1.30 |
| 03/27/06 | R. Wyron | Review agenda and e-mails regarding hearing. | 0.60 |
| 03/27/06 | R. Frankel | Review file in preparation for hearing; attend hearing by telephone conference. | 0.70 |
| 03/27/06 | R. Frankel | Attend hearing by telephone conference on status report, questionnaire, etc.; review e-mail re same. | 1.40 |
| 03/27/06 | R. Frankel | Telephone conference with D. Bernick re Libby issues; prepare notes re same. | 0.30 |
| 03/28/06 | R. Frankel | Review materials re Libby claimants, discovery of Dr. Whitehead, related pleadings. | 2.20 |
| 03/29/06 | D. Felder | Telephone conference with R. Wyron regarding restitution. | 0.10 |
| 03/29/06 | D. Felder | Review daily docket and recently filed pleadings. | 0.30 |
| 03/29/06 | R. Wyron | Review e-mails regarding scheduling and status of questionnaire responses, and follow-up. | 0.40 |
| 03/29/06 | R. Frankel | Review with R. Wyron issues re Libby claimants, discovery, April 17 hearing; notes re same. | 0.60 |
| 03/30/06 | D. Felder | Research regarding restitution. | 3.00 |
| 03/31/06 | D. Felder | Telephone conference with J. Biggs regarding PI estimation. | 0.20 |

Total Hours        62.70



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

April 15, 2006
Invoice No. 1009863

Total For Services     $35,105.50

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Debra Felder | 28.40 | 405.00 | 11,502.00 |
| Roger Frankel | 18.50 | 725.00 | 13,412.50 |
| Garret G. Rasmussen | 2.00 | 645.00 | 1,290.00 |
| Richard H. Wyron | 13.80 | 645.00 | 8,901.00 |
| Total All Timekeepers | 62.70 | $559.90 | $35,105.50 |

Disbursements
    Duplicating Expense     2,796.30
    Facsimile     2.00
    Postage     564.80
    Westlaw Research     393.10

Total Disbursements     $3,756.20

**Total For This Matter**     **$38,861.70**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 03/01/06 | R. Wyron | Confer with Caplin and financial advisors on plan issues, and follow-up notes (1.9); confer with financial advisors and R. Frankel, and follow-up (.6). | 2.50 |
| 03/01/06 | R. Frankel | Confer with Messrs. Inselbuch, Lockwood, Wyron, Radecki, Tersigni and others re plan financial issues. | 2.70 |
| 03/01/06 | R. Frankel | Confer with R. Wyron in preparation for meeting at Caplin & Drysdale; prepare for meeting and review file. | 0.90 |
| 03/01/06 | R. Frankel | Review proposed order for mediation from J. Baer, series of e-mails re same. | 0.60 |
| 03/01/06 | R. Frankel | Review Piper Jaffray presentation during travel to DC, review possible plan scenarios (.8); travel to DC (working) (1.0). | 1.80 |
| 03/05/06 | R. Frankel | Series of e-mails with P. Lockwood re next steps, strategy. | 0.60 |
| 03/06/06 | R. Wyron | Call with Plan Mediator and follow-up notes (.9); call with D. Austern and R. Frankel regarding further meetings (.4). | 1.30 |
| 03/06/06 | R. Frankel | Series of e-mails re appointment of J. Pointer as mediator, nitial call; prepare for telephone conference. | 0.70 |
| 03/06/06 | R. Frankel | Telephone conference with J. Pointer re mediation (.5); telephone conference with D. Austern re same (.3). | 0.80 |
| 03/06/06 | R. Frankel | Review J. Pointer affidavit; review series of e-mails re J. Pointer, associate; review revised order of appointment. | 0.60 |
| 03/08/06 | R. Frankel | Confer with R. Wyron re status; review e-mails re same. | 0.50 |
| 03/09/06 | R. Wyron | Meet with Piper Jaffray to prepare for meeting with D. Austern (.4); meet with D. Austern and Piper Jaffray on plan issues, and follow-up notes (1.3). | 1.70 |
| 03/10/06 | R. Wyron | Review correspondence on mediation structure and timing. | 0.40 |
| 03/10/06 | R. Frankel | Telephone conference with J. Radecki re environmental issues; e-mails re Judge Pointer mediation. | 0.60 |
| 03/11/06 | R. Frankel | Review file in preparation for mediation. | 0.40 |
| 03/13/06 | R. Wyron | Prepare and organize notes for 3/15 to 3/17 meetings. | 1.40 |
| 03/13/06 | R. Frankel | Review file in preparation for mediation; review E. Inselbuch letter; review AP article from client. | 1.70 |
| 03/14/06 | R. Frankel | Review Piper Jaffray presentation, prepare notes for mediation. | 1.60 |
| 03/14/06 | R. Frankel | Telephone conference with D. Austern re mediation; notes re same. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

April 15, 2006
Invoice No. 1009863

| 03/15/06 | R. Wyron | Prepare outline for meeting with E. Inselbuch and follow-up notes (1.3); meet with E. Inselbuch and follow-up notes (1.3); prepare notes for mediator (.6). | 2.30 |
| 03/15/06 | R. Frankel | Review file in preparation for meetings during travel to NY. | 1.60 |
| 03/15/06 | R. Frankel | Confer with E. Inselbuch re mediation, various plan scenarios. | 2.30 |
| 03/15/06 | R. Frankel | Confer with R. Wyron in preparation for mediation. | 1.00 |
| 03/16/06 | R. Wyron | Prepare for mediation session, and meet with R. Frankel (.8); participate in mediation session and follow-up separate meetings (8.2); confer with D. Austern regarding strategy and follow-up notes (.8); review pleadings on Libby motion regarding fees (.3). | 10.10 |
| 03/16/06 | R. Frankel | Review file in preparation for mediation (.5); confer with R. Wyron prior to mediation (.7). | 1.20 |
| 03/16/06 | R. Frankel | Attend mediation at Kirkland (NY). | 8.80 |
| 03/16/06 | R. Frankel | Confer with D. Austern, R. Wyron re mediation. | 1.40 |
| 03/17/06 | R. Wyron | Strategy discussion before mediation session (.6); participate in mediation session (3.8); follow-up notes and strategy discussion (.5). | 4.90 |
| 03/17/06 | R. Frankel | Confer with R. Wyron in preparation for second mediation session. | 0.90 |
| 03/17/06 | R. Frankel | Attend mediation session at Kirkland (4.5); notes re same (.3). | 4.80 |
| 03/17/06 | R. Frankel | Review file post mediation during travel to DC. | 0.40 |
| 03/21/06 | R. Wyron | Review notes to prepare for next mediation session. | 0.50 |
| 03/22/06 | R. Wyron | Review materials for mediation session (.3); confer with R. Frankel on strategy (.2); call with J. Radecki regarding financial issues (.3); participate in mediation session, and follow-up notes (3.6). | 4.40 |
| 03/22/06 | R. Frankel | Review file in preparation for resumption of mediation. | 0.70 |
| 03/22/06 | R. Frankel | Confer with J. Pointer and others for continued mediation with PD and PI committees at Caplin & Drysdale (DC). | 3.90 |
| 03/23/06 | M. Wallace | Discuss mediation status and negotiations with PD claimants with R. Wyron (.3); begin review of current Grace plan documents (4.0). | 4.30 |
| 03/23/06 | R. Wyron | Confer with R. Frankel on status and follow-up (.3); begin review of insurance data for PI/PD analysis (.6); respond to confidentiality agreement inquiry from debtors (.2). | 1.10 |
| 03/23/06 | R. Frankel | Review on Excel various scenarios for settlement with PD claimants, mediation outcomes. | 1.80 |
| 03/23/06 | R. Frankel | Telephone conference with J. Brownstein, J. Radecki re plan scenarios (.3); confer with R. Wyron re mediation status (.3). | 0.60 |
| 03/24/06 | M. Wallace | Continue review of plan provisions (2.9). | 2.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

April 15, 2006
Invoice No. 1009863

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/24/06 | R. Wyron | Call with Piper Jaffray on plan issues. | 0.30 |
| 03/27/06 | M. Wallace | Continue review of plan provisions (3.8). | 3.80 |
| 03/30/06 | R. Frankel | Telephone conference with S. Baena re mediation; notes re same. | 0.30 |
| 03/30/06 | R. Frankel | Telephone conference with J. Radecki re pension obligation issues. | 0.30 |
| 03/30/06 | R. Frankel | Telephone conference with E. Inselbuch re mediation. | 0.20 |

Total Hours        86.00
Total For Services            $57,403.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 44.10 | 725.00 | 31,972.50 |
| Mary A. Wallace | 11.00 | 500.00 | 5,500.00 |
| Richard H. Wyron | 30.90 | 645.00 | 19,930.50 |
| Total All Timekeepers | 86.00 | $667.48 | $57,403.00 |

Disbursements
| | |
|---|---|
| Hotel | 1,598.02 |
| Local Taxi Expense | 89.70 |
| Out of Town Business Meals | 500.70 |
| Parking Expense | 108.00 |
| Postage | 0.39 |
| Telephone | 5.25 |
| Travel Expense, Air Fare | 636.88 |
| Travel Expense, Local | 15.09 |
| Travel Expense, Out of Town | 570.42 |

Total Disbursements            $3,524.45

**Total For This Matter**            **$60,927.45**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 03/01/06 | D. Felder | Review and finalize application to employ Piper Jaffray and J. Radecki declaration. | 0.40 |
| 03/01/06 | R. Wyron | Review final Piper Jaffray application. | 0.30 |
| 03/06/06 | D. Fullem | Prepare notice of motion to withdraw Swidler. | 0.20 |
| 03/09/06 | D. Fullem | Coordinate filing of Swidler's Motion to Withdraw as Counsel to the Debtors. | 0.20 |
| 03/09/06 | D. Fullem | Forward Notice of Motion for Leave to Withdraw Swidler Berlin to C. Hartman. | 0.10 |
| 03/09/06 | D. Fullem | Forward Certificate of Service to Motion for Leave to Withdraw Swidler to C. Hartman. | 0.10 |
| 03/09/06 | D. Fullem | Prepare e-mail to C. Hartman regarding filing of Motion to Withdraw Swidler Berlin; review and reply to e-mails regarding same. | 0.20 |
| 03/23/06 | D. Fullem | Prepare Certificate of No Objection for Piper Jaffray employment; coordinate filing of same. | 0.60 |
| 03/23/06 | D. Fullem | Review and respond to e-mail from D. Felder regarding preparation of CNO for Piper Jaffray employment application. | 0.10 |
| 03/29/06 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO on Swidler's motion for leave to withdraw; prepare CNO on same. | 0.40 |
| 03/31/06 | D. Fullem | Review Swidler fee applications for January monthly and quarterly and provide comments to R. Barainca prior to filing. | 0.30 |
| 03/31/06 | D. Felder | Review engagement letter from Tillinghast and application and order to employ Tillinghast. | 0.30 |

Total Hours                3.20
Total For Services                              $939.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.70 | 405.00 | 283.50 |
| Debra  O. Fullem | 2.20 | 210.00 | 462.00 |
| Richard  H. Wyron | 0.30 | 645.00 | 193.50 |
| Total All Timekeepers | 3.20 | $293.44 | $939.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

April 15, 2006
Invoice No. 1009863

Disbursements
    Postage                                          1.83
                          Total  Disbursements                    $1.83


                **Total For This Matter**              **$940.83**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/01/06 | R. Barainca | Continue preparing Swidler's January Monthly Fee Application. | 0.40 |
| 03/02/06 | R. Barainca | Prepare Certificate of No Objection for CIBC's December 2005 Monthly Fee Application. | 0.20 |
| 03/02/06 | R. Barainca | Prepare Certificate of No Objection for Swidler's December 2005 Monthly Fee Application. | 0.20 |
| 03/02/06 | R. Barainca | Search docket for duplicate entries of CIBC Nineteenth Monthly. | 0.50 |
| 03/02/06 | R. Barainca | Discuss the duplicate entries of the CIBC Nineteenth Monthly entered on the docket with D. Fullem. | 0.20 |
| 03/02/06 | R. Barainca | Prepare Certificate of No Objection for CIBC's November 2005 Monthly Fee Application. | 0.20 |
| 03/02/06 | D. Fullem | Review e-mail from D. Klauder from US Trustee's office regarding Swidler's sixth quarterly fee statement (.2); review and respond to e-mails from R. Wyron and D. Felder regarding same (.4); prepare e-mail to D. Klauder regarding new firm and coordinate response with Swidler (.2). | 0.80 |
| 03/02/06 | R. Wyron | Review inquiry from UST on Swidler fees. | 0.10 |
| 03/03/06 | R. Barainca | Finalize Swidler's January Monthly and send to C. Hartman for filing. | 1.00 |
| 03/03/06 | R. Barainca | Finalize Certificate of No Objection for Swidler's December 2005 Monthly and send to C. Hartman for filing. | 0.20 |
| 03/03/06 | R. Barainca | Finalize Certificate of No Objection for CIBC's November 2005 Monthly and send to C. Hartman for filing. | 0.20 |
| 03/03/06 | D. Felder | Review fee auditor's final report of Swidler Berlin for 18th interim period. | 0.10 |
| 03/06/06 | R. Barainca | Prepare Seventh Quarterly Application for Compensation for Swidler regarding the period October 1-December 31, 2005. | 2.80 |
| 03/06/06 | R. Barainca | Prepare Eighth Quarterly Application for Compensation for Swidler regarding the period January 1, 2005 through February 5, 2006. | 0.90 |
| 03/06/06 | R. Wyron | Prepare response to US Trustee inquiry and follow-up with Swidler (.4); convey resolution to US Trustee (.1); outline certificate of counsel (.2). | 0.70 |
| 03/07/06 | R. Barainca | Continue preparing Swidler Eighth Quarterly. | 1.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

April 15, 2006
Invoice No. 1009863

| 03/07/06 | D. Fullem | Prepare draft of certification of counsel relating to Swidler's agreed upon fee reduction with the US Trustee and fee auditor and proposed e-mail to Debtors' counsel; forward to R. Wyron for review and comment. | 0.80 |
|---|---|---|---|
| 03/07/06 | R. Wyron | Review status of fee applications for Swidler and other FCR professionals (.4); review certificate of counsel with U.S. Trustee (.2). | 0.60 |
| 03/08/06 | R. Barainca | Edit Seventh Quarterly Application for Swidler. | 0.90 |
| 03/08/06 | R. Barainca | Edit Eighth Quarterly Application for Swidler. | 0.90 |
| 03/08/06 | R. Barainca | Determine the monthly and quarterly Applications of Compensation that need to be prepared for David Austern. | 1.30 |
| 03/08/06 | D. Fullem | Review e-mail from R. Barainca regarding fee applications to be prepared for D. Austern; prepare e-mail to D. Austern requesting invoices for the specific time periods so that fee applications may be prepared and submitted. | 0.40 |
| 03/09/06 | R. Barainca | Prepare the Certificate of No Objection for Tillinghast for the December Fee Application and send to C. Hartman for filing. | 0.40 |
| 03/09/06 | R. Barainca | Continue preparing the Seventh Quarterly Fee Application for Swidler. | 1.50 |
| 03/09/06 | R. Barainca | Continue preparing the Eighth Quarterly Fee Application for Swidler. | 0.90 |
| 03/09/06 | D. Fullem | Confer with R. Wyron regarding certification of counsel on agreed upon reduction to Swidler fees; prepare edits to certification and forward to R. Wyron for final review. | 0.40 |
| 03/09/06 | D. Fullem | Review status of Swidler and D. Austern fee applications with R. Barainca. | 0.20 |
| 03/09/06 | R. Wyron | Review final certificate of counsel for D. Klauder (UST) review. | 0.20 |
| 03/10/06 | D. Fullem | Confer with R. Wyron regarding final version of Certification of Counsel on agreed upon fee reduction with US Trustee and Fee Auditor; forward same to C. Hartman to obtain J. Phillips signature and coordinate filing with Court. | 0.50 |
| 03/13/06 | D. Fullem | Confer with R. Barainca regarding D. Austern's invoices and fee applications to be prepared for same. | 0.20 |
| 03/14/06 | D. Fullem | Review records and prepare list of payments received from Debtors since January 1. | 0.20 |
| 03/14/06 | D. Fullem | Confer with R. Barainca regarding questions on D. Austern's fee applications and status of payments. | 0.20 |
| 03/14/06 | D. Fullem | Review e-mail from S. Bossay along with charts regarding Swidler's fees and expenses; forward same to R. Wyron to review and comment prior to responding. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

April 15, 2006
Invoice No. 1009863

| 03/14/06 | D. Fullem | Provide information to R. Wyron regarding date of filing of certification of counsel on fees and expenses as reduced by Swidler. | 0.10 |
|---|---|---|---|
| 03/16/06 | D. Fullem | Review and respond to e-mail from S. Bossay regarding Swidler's agreed fee reduction. | 0.20 |
| 03/16/06 | D. Fullem | Review and reply to e-mail from S. Bossay regarding agreed upon fee reduction and provide him with copy of Certification of Counsel. | 0.30 |
| 03/20/06 | R. Barainca | Prepare August 2005 Monthly for D. Austern. | 0.80 |
| 03/21/06 | R. Barainca | Prepare December 2005 Monthly Fee Application for D. Austern. | 1.00 |
| 03/21/06 | R. Barainca | Prepare February 2006 Monthly Fee Application for D. Austern. | 0.70 |
| 03/21/06 | R. Barainca | Update January 2006 Monthly Fee Application for Tillinghast and e-mail to K. Boeger. | 0.60 |
| 03/21/06 | R. Barainca | Prepare September 2005 Monthly Fee Application for D. Austern. | 1.00 |
| 03/21/06 | R. Barainca | Edit August 2005 Monthly Fee Application for D. Austern. | 0.20 |
| 03/21/06 | R. Barainca | Prepare October 2005 Monthly Fee Application for D. Austern. | 1.00 |
| 03/21/06 | R. Barainca | Prepare November 2005 Monthly Fee Application for D. Austern. | 1.20 |
| 03/21/06 | D. Fullem | Confer with R. Barainca regarding checking deadlines for CNOs for fee applications. | 0.10 |
| 03/23/06 | D. Fullem | Review e-mail from R. Malstrom regarding payment made by W.R. Grace; research files and charts to determine what payment represents and prepare e-mail to R. Malstrom setting forth the information. | 0.50 |
| 03/24/06 | R. Barainca | Review December 2005 Fee Application for Swidler and the Certificate of No Objection regarding the same to double check the total fees and expenses requested in response to a request from D. Fullem. | 1.00 |
| 03/24/06 | R. Barainca | Prepare Certification of Counsel for the December 2005 Swidler Monthly. | 0.30 |
| 03/24/06 | D. Fullem | Review and respond to e-mail from R. Malstrom regarding overpayment by client for December fees and expenses and procedure for correcting of fee application on Court docket; confer with R. Barainca regarding follow up with C. Hartman regarding correcting fee application. | 0.50 |
| 03/24/06 | D. Fullem | Review and reply to e-mails and voice-mails from R. Malstrom regarding Grace payment to Swidler and reconciling amounts; confer with R. Malstrom regarding correction to December fees; and confer with R. Barainca regarding issues concerning same. | 0.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

April 15, 2006
Invoice No. 1009863

| 03/24/06 | R. Wyron | Review Swidler monthly and quarterly fee applications. | 0.40 |
|---|---|---|---|
| 03/27/06 | R. Barainca | Edit Seventh Quarterly Fee Application for Swidler. | 0.50 |
| 03/27/06 | R. Barainca | Edit Eighth Quarterly Fee Application for Swidler. | 0.50 |
| 03/27/06 | R. Barainca | Edit Certification of Counsel regarding December 2005 Swidler Monthly. | 0.80 |
| 03/27/06 | D. Fullem | Confer with R. Barainca regarding follow up on Certification of Counsel to correct December fee application. | 0.20 |
| 03/28/06 | R. Barainca | Meet with R. Wyron to discuss Certifications of Counsel regarding the December 2005 Swidler Fee Application. | 0.10 |
| 03/28/06 | D. Fullem | Confer with R. Barainca regarding status of fee applications for filing. | 0.20 |
| 03/29/06 | R. Barainca | Prepare Sixth Quarterly Interim Application for D. Austern. | 1.20 |
| 03/29/06 | R. Barainca | Prepare Seventh Quarterly Interim Application for D. Austern. | 1.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Swidler January 1, 2006-February 5, 2006 Monthly and send to C. Hartman for filing. | 0.40 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Tillinghast First Quarterly and send to C. Hartman for filing. | 0.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Tillinghast Second Quarterly and send to C. Hartman for filing. | 0.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Tillinghast Third Quarterly and send to C. Hartman for filing. | 0.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Tillinghast Fourth Quarterly and send to C. Hartman for filing. | 0.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the CIBC December 2005 Monthly and send to D. Hartman for filing. | 0.40 |
| 03/30/06 | D. Fullem | Confer with D. Felder regarding Certificate of No Objection for Motion for Leave to Withdraw filed by Swidler; draft same and send to T. Fitch for review/signature; update D. Felder regarding same. | 0.50 |
| 03/31/06 | R. Barainca | Edit Seventh Quarterly Fee Application for Swidler. | 0.70 |
| 03/31/06 | R. Barainca | Edit Eighth Quarterly Fee Application for Swidler. | 0.70 |
| 03/31/06 | D. Fullem | Review and reply to e-mail from C. Hartman regarding CNO; prepare corrected version of Certificate of No Objection for Swidler Motion for Leave to Withdraw; re-send to T. Fitch at Swidler to sign; forward to C. Hartman along with proposed Order on Motion for electronic filing. | 0.60 |

|  | Total Hours | 39.90 |  |
|---|---|---|---|
|  | Total For Services |  | $7,182.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -          April 15, 2006
17367                                                                        Invoice No. 1009863
page 21

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 29.80 | 140.00 | 4,172.00 |
| Debra Felder | 0.10 | 405.00 | 40.50 |
| Debra O. Fullem | 8.00 | 210.00 | 1,680.00 |
| Richard H. Wyron | 2.00 | 645.00 | 1,290.00 |
| Total All Timekeepers | 39.90 | $180.01 | $7,182.50 |

**Total For This Matter**          **$7,182.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 22

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| 03/01/06 | R. Barainca | Review conflicts reports in connection with Application to Employ Orrick. | 4.20 |
|---|---|---|---|
| 03/01/06 | D. Felder | Review disclosure information and prepare R. Frankel declaration in connection with application to employ Orrick. | 2.50 |
| 03/01/06 | R. Wyron | Review and revise draft declaration. | 0.50 |
| 03/02/06 | D. Fullem | Confer with R. Barainca regarding status of conflicts review. | 0.20 |
| 03/02/06 | D. Felder | Draft and revise R. Frankel declaration, review interested party list provided by Debtors and disclosure issues (4.1); conference with R. Wyron regarding same (.2). | 4.30 |
| 03/02/06 | R. Wyron | Revise disclosures on D. Austern's other engagements (.3); review revised declaration (.3). | 0.60 |
| 03/05/06 | R. Wyron | Revise draft application to be employed. | 0.40 |
| 03/06/06 | D. Fullem | Confer with R. Barainca regarding conflict list and forward electronic version of conflict list. | 0.20 |
| 03/06/06 | D. Fullem | Research case for Merrill Lynch or Deloitte & Touche involved in case; update R. Wyron with information on Deloitte & Touche employment by the Debtors in the case but nothing found on employment of Merrill Lynch. | 0.80 |
| 03/06/06 | D. Fullem | Forward electronic version of conflict list to R. Barainca. | 0.10 |
| 03/06/06 | D. Felder | Revise R. Frankel declaration in support of application to employ Orrick. | 0.40 |
| 03/06/06 | R. Wyron | Review draft disclosures. | 0.50 |
| 03/07/06 | D. Felder | Revise application to employ Orrick and R. Frankel declaration. | 1.50 |
| 03/07/06 | R. Wyron | Review and revise application to employ Orrick. | 0.40 |
| 03/09/06 | D. Fullem | Confer with D. Felder and R. Wyron; coordinate filing of application to employ Orrick and related documents and notice of appearance of Orrick. | 1.00 |
| 03/09/06 | D. Fullem | Confer with D. Felder and R. Meade regarding signed retention letter to attach as exhibit to Orrick application to employ; locate same; attach to application. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

April 15, 2006
Invoice No. 1009863

| | | | |
|---|---|---|---|
| 03/09/06 | D. Fullem | Confer with D. Felder regarding status of Application to Employ Orrick and Notice of Appearance of Orrick; confer with R. Meade regarding D. Austern's signature on application to employ; coordinate with R. Meade regarding filing and serving of documents. | 0.60 |
| 03/09/06 | R. Wyron | Review final application to employ and discuss with D. Austern. | 0.30 |
| 03/28/06 | D. Fullem | Review status of Certification of Counsel with R. Barainca. | 0.20 |

Total Hours       19.00
Total For Services       $6,567.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 4.20 | 140.00 | 588.00 |
| Debra Felder | 8.70 | 405.00 | 3,523.50 |
| Debra O. Fullem | 3.40 | 210.00 | 714.00 |
| Richard H. Wyron | 2.70 | 645.00 | 1,741.50 |
| Total All Timekeepers | 19.00 | $345.63 | $6,567.00 |

Disbursements
    Duplicating Expense       0.60
    Postage       2.79
                   Total Disbursements       $3.39

**Total For This Matter**       **$6,570.39**



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| 03/01/06 | R. Wyron | Return to DC. | 2.00 |
| 03/01/06 | R. Frankel | Non-working travel. | 1.20 |
| 03/15/06 | R. Wyron | Travel to NY for mediation session. | 1.50 |
| 03/17/06 | R. Wyron | Return to DC from mediation sessions. | 1.10 |
| 03/17/06 | R. Frankel | Travel to DC. | 1.30 |

|  | Total Hours | 7.10 |  |
|  | Total For Services |  | $2,389.75 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Roger Frankel | 2.50 | 362.50 | 906.25 |
| Richard H. Wyron | 4.60 | 322.50 | 1,483.50 |
| Total All Timekeepers | 7.10 | $336.58 | $2,389.75 |

**Total For This Matter**        **$2,389.75**

**\* \* \* COMBINED TOTALS \* \* \***

| Total Hours | 236.20 |  |
| Total Fees, all Matters |  | $117,266.25 |
| Total Disbursements, all Matters |  | $7,501.32 |
| Total Amount Due |  | $124,767.57 |