# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) ) ) | Case No. 01-1139 (JKF) |
| Debtors. | ) ) ) | Objection Deadline: June 2, 2006<br>Ref. No. 12384 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 12384

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Eighth Quarterly Fee Application (the "Application") of David T. Austern, Future Claimants' Representative for the period from January 1, 2006 through March 31, 2006 (the "Period"), filed with the Court on May 9, 2006, and entered on the Court's docket as Docket No. 12384. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than June 2, 2006.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC  20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: June 6, 2006

## CERTIFICATE OF SERVICE

    I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18 and on June 6, 2006, I caused a copy of the *Certification of No Objection Regarding Docket No. 12384* to be served upon those persons listed in the attached Service List.

                                               */s/ Rachael M. Barainca*
                                             Rachael M. Barainca, Legal Assistant
                                             Orrick, Herrington & Sutcliffe LLP