IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: June 2, 2006 |
| ) | Ref. No. 12196 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 12196

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the Seventh Quarterly Fee Application (the "Application") of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for the period from October 1, 2005 through December 31, 2005 (the "Period"), filed with the Court on April 4, 2006, and entered on the Court's docket as Docket No. 12196. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than June 2, 2006.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: June 6, 2006

## CERTIFICATE OF SERVICE

I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18 and on June 6, 2006, I caused a copy of the *Certification of No Objection Regarding Docket No. 12196* to be served upon those persons listed in the attached Service List.

*[signature]*
Rachael M. Barainca, Legal Assistant
Orrick, Herrington & Sutcliffe LLP