## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: June 26, 2006 at 4:00p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO THIRD MONTHLY INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006 |
| Period for which compensation is sought: | April 1, 2006 through April 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $125,362.50 |
| 80% of fees to be paid: | $100,290.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,783.43 |
| Total Fees @ 80% and 100% Expenses: | $102,073.43 |

This is an: ___ interim   X  monthly   ___ final application.

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 2.90 hours and the corresponding fees are $873.00 and no expenses for Orrick's fee applications and 41.80 hours and $9,314.00 in fees and $38.40 in expenses for the FCR and/or his other professionals' fee applications. Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's third interim fee application for the period April 1-30, 2006. Orrick is filing simultaneously herewith its first and second interim fee applications for the period February 6-28, 2006 and March 1-31, 2006, respectively.

To date, Orrick has not received payments from the Debtors.

## COMPENSATION SUMMARY
## APRIL 1-30, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Stephen G. Foresta | Partner, 8 years in position; 17 years relevant experience; 1988, Litigation | $675 | 4.00 | $2,700.00 |
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 46.90 | $31,936.25[2] |
| William D. Berry | Partner, 7 years in position; 34 years relevant experience; 1972, Employee Benefits | $620 | 1.20 | $930.00 |
| Robert F. Lawrence | Partner, 3 years in position; 23 years relevant experience; 1983, Environmental Law, Bankruptcy | $600 | 2.60 | $1,560.00 |
| Garret G. Rasmussen | Partner, 1 years in position; 32 years relevant experience; 1974, Litigation | $645 | 21.30 | $13,738.50 |
| Michael T. Stolper | Partner, 5 years in position; 13 years relevant experience; 1993, Insurance | $585 | 3.50 | $2,047.50 |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 48.60 | $30,605.25[3] |
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $500 | 10.20 | $5,100.00 |

---

2 This amount reflects a reduction of $2,066.25 for the 50% discount rate non-working travel.
3 This amount reflects a reduction of $741.75 for the 50% discount rate non-working travel.

-2-

## COMPENSATION SUMMARY, CONT'D
## APRIL 1-30, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| | | | | |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 36.10 | $14,620.50 |
| Antony P. Kim | Associate, 1 year in position; 3 years relevant experience; 2003, Commercial Litigation | $375 | 2.00 | $750.00 |
| Kimberly E. Neureiter | Associate, 3 years in position; 4 years relevant experience; 2002, Bankruptcy | $375 | 35.70 | $13,387.50 |
| | | | | |
| Rachael M. Barainca | Legal Assistant | $140 | 27.80 | $3,892.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 19.50 | $4,095.00 |
| Total | | | 259.70 | $125,362.50 |
| Blended Rate: $482.72 | | | | |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 1-30, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 5.80 | $896.00 |
| Due Diligence | 7.30 | $4,783.50 |
| Insurance | 15.90 | $10,261.50 |
| Litigation | 134.90 | $75,848.50 |
| Plan & Disclosure Statement | 39.60 | $19,889.50 |
| Retention of Professionals-Other | 1.10 | $201.50 |
| Compensation of Professionals-Other | 41.80 | $9,314.00 |
| Retention of Professionals-Orrick | 2.40 | $487.00 |
| Compensation of Professionals-Orrick | 2.90 | $873.00 |
| Travel Time (Non-Working) | 8.00 | $2,808.00 |
| **TOTAL** | **259.70** | **$125,362.50** |

## **EXPENSE SUMMARY**
## **APRIL 1-30, 2006**

| Expense Category | Total |
|---|---|
| Duplicating | $485.20 |
| Telephone | $13.88 |
| Postage | $45.26 |
| Westlaw and Lexis Research | $841.50 |
| Travel - Taxi | $21.00 |
| Travel - Air Fare | $348.90 |
| Secretarial Overtime | $27.69 |
| **TOTAL** | **$1,783.43** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2006, is as follows:

a. ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b. ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c. ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d. ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

e. ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for free internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June __, 2006      By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative