# EXHIBIT A



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 15, 2006
Client No. 17367
Invoice No. 1011879

Orrick Contact: Roger Frankel

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 2 - Case Administration**

| 04/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/04/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/05/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/06/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/10/06 | D. Fullem | Review docket update. | 0.10 |
| 04/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/12/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/13/06 | D. Fullem | Discuss with D. Felder matters set for hearing on April 17. | 0.20 |
| 04/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/19/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/20/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/26/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/27/06 | D. Fullem | Discuss transition of calendars with D. Felder. | 0.30 |
| 04/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/28/06 | D. Fullem | Review docket and update calendar of deadlines and hearings; prepare e-mail and forward to R. Wyron. | 0.60 |

Total Hours     5.80
Total For Services          $896.00

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Rachael Barainca | 4.60 | 140.00 | 644.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

May 15, 2006
Invoice No. 1011879

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.20 | 210.00 | 252.00 |
| Total All Timekeepers | 5.80 | $154.48 | $896.00 |

Disbursements
    Duplicating Expense    28.05
    Telephone    11.20
        Total Disbursements    $39.25

**Total For This Matter**    **$935.25**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 5 - Due Diligence**

| 04/13/06 | R. Lawrence | Review draft indemnity agreement (.2); discuss background with M. Wallace (.2); review and comment upon proposed indemnity agreement and changes regarding cleanup standards (.3); confirm conclusions in discussion with M. Wallace (.1). | 0.80 |
|---|---|---|---|
| 04/14/06 | R. Lawrence | Discussion with M. Wallace re indemnity exclusions for Connecticut site (.1); review messages from and coordinate with counsel for other parties (.1); provide explanation of factual situation and background to other counsel (W. Lohman) and commence discussions with them (.2). | 0.40 |
| 04/17/06 | R. Lawrence | Review status of due diligence and drafting and prepare status report for M. Wallace (1.0). | 1.00 |
| 04/18/06 | R. Lawrence | Review correspondence from company counsel regarding changes to environmental indemnity (.2); advise client team on acceptability (.1); review and revise final language and complete communications regarding same (.1). | 0.40 |
| 04/27/06 | R. Wyron | Review memorandum from Piper on proposed transaction in preparation for call. | 0.70 |
| 04/27/06 | R. Frankel | Review e-mails re proposed transaction (.6); review Piper Jaffray memo re acquisition (.6). | 1.20 |
| 04/28/06 | R. Wyron | Review Piper memorandum on proposed transaction (.3); call with D. Austern, R. Frankel and Piper Jaffray, and follow-up notes. (1.3). | 1.60 |
| 04/28/06 | R. Frankel | Review file in preparation for conference call (.6); telephone conference with Piper Jaffray, D. Austern re acquisition, cash flow issues (.6). | 1.20 |

|  | Total Hours | 7.30 |  |
|---|---|---|---|
|  | Total For Services |  | $4,783.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 2.40 | 725.00 | 1,740.00 |
| Robert F. Lawrence | 2.60 | 600.00 | 1,560.00 |
| Richard H. Wyron | 2.30 | 645.00 | 1,483.50 |
| Total All Timekeepers | 7.30 | $655.27 | $4,783.50 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

May 15, 2006
Invoice No. 1011879

**Total For This Matter**                    **$4,783.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/02/06 | R. Wyron | Continue review of proposed Equitas agreement. | 0.60 |
| 04/03/06 | R. Frankel | Initial review of Grace insurance memos. | 1.20 |
| 04/04/06 | R. Wyron | Continue review of Equitas agreement and outline issues (.6); confer with R. Horkavich (counsel for ACC) (.8); follow-up notes (.3). | 1.70 |
| 04/05/06 | M. Stolper | Analyze settlement (1.5); review prior insurance settlements; agreement prepared memo (1.0); call with R. Wyron regarding settlement agreement (.5). | 3.00 |
| 04/05/06 | R. Wyron | Review agreement and draft comments (1.3); call with M. Stolper and revise comments (.9). | 2.20 |
| 04/06/06 | R. Wyron | Review notes on Equitas agreement (.7); draft e-mail to K&E regarding issues, and follow-up (1.1). | 1.80 |
| 04/07/06 | S. Foresta | Review and analyze draft Equitas settlement agreement. | 0.70 |
| 04/10/06 | S. Foresta | Begin review and analysis of insurance binder summarizing coverage issues and settlement status. | 1.80 |
| 04/11/06 | M. Stolper | Call with R. Wyron and S. Foresta regarding availability and allocation of insurance, relative positions of bankruptcy committees and requirements going forward. | 0.50 |
| 04/11/06 | R. Wyron | Call to S. Foresta on London proposal and follow-up (.6); review status and notes on open items (.3). | 0.90 |
| 04/11/06 | S. Foresta | Prepare for and participate in conference call with R. Wyron and M. Stolper to discuss Equitas settlement agreement and other insurance issues (1.2); follow up meeting with M. Stolper and further review of insurance binder (.3). | 1.50 |

Total Hours    15.90
Total For Services    $10,261.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen G. Foresta | 4.00 | 675.00 | 2,700.00 |
| Roger Frankel | 1.20 | 725.00 | 870.00 |
| Michael T. Stolper | 3.50 | 585.00 | 2,047.50 |
| Richard H. Wyron | 7.20 | 645.00 | 4,644.00 |
| Total All Timekeepers | 15.90 | $645.38 | $10,261.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

May 15, 2006
Invoice No. 1011879

Disbursements
    Duplicating Expense                  145.75
                 Total  Disbursements          $145.75

**Total For This Matter**          **$10,407.25**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 8 - Litigation**

| 04/05/06 | R. Frankel | Review D. Austern memos re Libby issues; review, consider Libby plan structure. | 0.70 |
|----------|-----------|------|------|
| 04/06/06 | D. Felder | Review Debtors' draft motion to contribute to pension plan (.4); prepare summary e-mail to R. Frankel and R. Wyron regarding same (.2). | 0.60 |
| 04/10/06 | D. Felder | Review Debtors' proposed motion to contribute to union pension plan (.4); e-mail to R. Frankel and R. Wyron regarding same (.1); review revised amounts for Debtors' to contribute to pension plan (.2). | 0.70 |
| 04/10/06 | R. Frankel | Review series of e-mails with agreement between PI and PD asbestos (.6); telephone conference with D. Austern regarding status (.3). | 0.90 |
| 04/10/06 | R. Frankel | Review further pleadings from J. Brownstein re pension underfunding. | 1.10 |
| 04/11/06 | D. Felder | Review docket and recently filed motions by Debtors. | 1.50 |
| 04/11/06 | R. Wyron | Review hearing agenda (.3); review documents exchanged on the Libby discovery issues (.6). | 0.90 |
| 04/11/06 | R. Frankel | Telephone conference with J. Radecki regarding pension plan and proposed acquisition of new business (.5); review Piper Jaffray memo regarding acquisition (.8). | 1.30 |
| 04/11/06 | R. Frankel | Telephone conference with D. Austern regarding various pending matters, sale memo from Piper Jaffray. | 0.40 |
| 04/11/06 | R. Frankel | Review new pleadings filed by Libby claimants; review Libby issues regarding discovery. | 1.80 |
| 04/11/06 | R. Frankel | Telephone conference with P. Lockwood regarding hearing and mediation (.7); review issues regarding same with R. Wyron (.4). | 1.10 |
| 04/12/06 | K. Neureiter | Confer with G. Rasmussen re expert discovery. | 0.20 |
| 04/12/06 | K. Neureiter | Review FRCP rules/annotations re expert discovery. | 0.50 |
| 04/12/06 | K. Neureiter | Review stipulation. | 0.20 |
| 04/12/06 | K. Neureiter | Review treatises and case law re scope of expert discovery. | 4.20 |
| 04/12/06 | D. Felder | Conference with R. Wyron regarding meeting with mediator regarding Whitehouse discovery. | 0.10 |
| 04/12/06 | G. Rasmussen | Review of proposed expert stipulation and identification of issues we need to examine. | 1.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

May 15, 2006
Invoice No. 1011879

| 04/12/06 | R. Wyron | Review confidentiality stipulation for experts and e-mails regarding same (.4); confer with D. Felder and follow-up (.3). | 0.70 |
|---|---|---|---|
| 04/12/06 | R. Frankel | Review issues regarding expert testimony, possible stipulation with R. Wyron (.4); review issues regarding Libby (.5). | 0.90 |
| 04/13/06 | K. Neureiter | Continue review of cases re expert discovery. | 1.80 |
| 04/13/06 | K. Neureiter | Meet with G. Rasmussen to discuss results re expert discovery. | 0.30 |
| 04/13/06 | K. Neureiter | Conduct follow-up research per G. Rasmussen re production of expert models results in anti-trust cases. | 1.20 |
| 04/13/06 | D. Felder | Review briefs and motion to dismiss Libby appeal and prepare e-mail summary to R. Frankel and R. Wyron (4.0); review Grace's recent and previous motions to contribute to pension plans (.6); conference with K. Neureiter regarding restitution (.1). | 4.70 |
| 04/13/06 | D. Felder | Attend mediation regarding Dr. Whitehouse discovery issues (2.0); review notes regarding same (.4). | 2.40 |
| 04/13/06 | G. Rasmussen | Review draft stipulation; review K. Neureiter's research on discoverability of expert models. | 0.50 |
| 04/13/06 | R. Wyron | Call with PI and PD counsel on hearing strategy and follow-up (.6); confer with R. Frankel and notes re same (.4); review e-mails on discovery mediation session (.4). | 1.40 |
| 04/13/06 | R. Frankel | Telephone conference with P. Lockwood in preparation for hearing; conference call with S. Baena and P. Lockwood in preparation for hearing; notes regarding same. | 0.90 |
| 04/13/06 | R. Frankel | Telephone conference with J. Radecki regarding status of mediation discussions. | 0.30 |
| 04/13/06 | R. Frankel | Review pleadings regarding Libby discovery issues. | 1.10 |
| 04/14/06 | D. Felder | Review Grace's motions to contribute to pension plans and exhibits regarding same (.4); conference with R. Frankel regarding same (.1); conferences with R. Frankel and R. Wyron regarding Whitehouse discovery mediation (.2); conference with R. Wyron regarding upcoming issues (.1). | 0.80 |
| 04/14/06 | G. Rasmussen | Review court papers concerning expert reports. | 0.50 |
| 04/14/06 | R. Wyron | Review open issues on Libby stipulation and suggested changes from ACC. | 0.60 |
| 04/14/06 | R. Frankel | Confer with D. Austern re mediation, hearing on 4/17, Libby issues. | 1.10 |
| 04/14/06 | R. Frankel | Telephone conference with P. Lockwood re hearing, telephone conference with D. Bernick; telephone conference with D. Bernick re Libby issues; notes re same. | 0.70 |
| 04/14/06 | R. Frankel | Review issues re mediation; review with R. Wyron. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

May 15, 2006
Invoice No. 1011879

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/14/06 | R. Frankel | Prepare outline for meeting with client (.4); consider mediation issues (.4). | 0.80 |
| 04/16/06 | D. Felder | Review proposed order authorizing discovery of Whitehouse materials and proposed protective order. | 0.90 |
| 04/17/06 | R. Barainca | Obtain W.R. Grace's recent 10-K. | 0.20 |
| 04/17/06 | D. Felder | Review various draft proposed orders regarding Whitehouse discovery issues (3.8); conference calls with Debtors, Libby claimants and other parties regarding same (3.1); telephone conferences with R. Frankel and R. Wyron regarding same (.3); telephonic participation in omnibus hearing (1.5); review docket and recently filed pleadings (.4). | 9.10 |
| 04/17/06 | R. Frankel | Prepare for hearing re exclusivity, mediation, Libby claimants during travel to Wilmington. | 2.40 |
| 04/17/06 | R. Frankel | Confer with P. Lockwood in preparation for hearing. | 1.40 |
| 04/17/06 | R. Frankel | Attend Omnibus hearing in Wilmington. | 2.60 |
| 04/18/06 | D. Felder | Review proposed order regarding extension of time to return asbestos personal injury questionnaires. | 0.10 |
| 04/18/06 | R. Frankel | Telephone conference with R. Wyron re his telephone conversation with E. Inselbuch, plan issues (.3); prepare notes re plan issues (.3). | 0.60 |
| 04/18/06 | R. Frankel | Telephone conference with D. Austern re Grace hearing, mediation session. | 0.30 |
| 04/19/06 | D. Felder | Review proposed order regarding extension of exclusivity and e-mail to R. Frankel and R. Wyron regarding same (.2); review proposed order denying Libby's motion for fees (.1); review docket and recently filed pleadings (.7). | 1.00 |
| 04/19/06 | M. Wallace | Review correspondence regarding mediation meeting. | 0.10 |
| 04/19/06 | R. Frankel | Prepare for mediation session during travel to NY. | 2.60 |
| 04/19/06 | R. Frankel | Meeting before mediation session with client, ACC, Prop. Committee. | 1.20 |
| 04/19/06 | R. Frankel | Attend mediation session at Strook (1.5); prepare notes re same (.3). | 1.80 |
| 04/20/06 | R. Barainca | Obtain requested documents for D. Felder. | 0.40 |
| 04/20/06 | D. Felder | Telephone conference with B. Harding regarding Whitehouse discovery issues (.1); review protective orders entered by Judge Molloy in Montana criminal case (.5); review proposed orders and blacklines regarding Whitehouse discovery and telephone conference with R. Wyron (2.7). | 3.30 |
| 04/20/06 | R. Wyron | Review issues on Whitehouse discovery orders and follow-up (.7); begin review of pension motion (.4). | 1.10 |
| 04/20/06 | R. Frankel | Telephone conference with E. Inselbuch re status, mediation issues; notes re same. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                      May 15, 2006
17367                                                                                                             Invoice No. 1011879
page 10

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/20/06 | R. Frankel | Review series of e-mails and order re mediation extension. | 0.60 |
| 04/21/06 | K. Neureiter | Draft G. Rasmussen status e-mail re research on disclosure of expert rebuttal witnesses. | 0.20 |
| 04/21/06 | K. Neureiter | Meet with G. Rasmussen and discuss disclosure of expert's models; rebuttal expert witnesses and research needed to attack opposing expert and reports. | 0.40 |
| 04/21/06 | K. Neureiter | Confer with R. Wyron re status and timeline for litigation. | 0.20 |
| 04/21/06 | K. Neureiter | Review Wright & Miller re disclosure of rebuttal expert witnesses. | 0.80 |
| 04/21/06 | K. Neureiter | Review 3rd circuit cases and district court local rules re disclosure of expert rebuttal witnesses (3.4); confer briefly with G. Rasmussen re results (.2). | 3.60 |
| 04/21/06 | K. Neureiter | Review e-mails from D. Felder re transcripts and questionnaire. | 0.20 |
| 04/21/06 | D. Felder | Conference with R. Wyron regarding Whitehouse discovery orders (.2); conference call with Debtors and other parties in interest regarding same (1.0); telephone conference with J. Biggs regarding update (.1); telephone conference with G. Rasmussen and K. Neureiter regarding discovery issues (.1); review estimation materials in preparation for discovery issues (2.0). | 3.40 |
| 04/21/06 | G. Rasmussen | Outline of cross examination points for experts on estimating claims (2.8); Conferences with potential rebuttal witnesses -- Itamar Simonson (.3), Dan Rubenfeld (.2). | 3.30 |
| 04/21/06 | R. Wyron | Review proposed revisions to Libby discovery order and organize materials for conference call (.7); call with J. Sakalow (.3); call with parties on discovery order and follow-up (1.2); review draft and propose language for exclusivity order (.3). | 2.50 |
| 04/21/06 | R. Frankel | Telephone conference with J. Radecki re mediation; review file re financial issues. | 0.60 |
| 04/21/06 | R. Frankel | Review miscellanous pleadings in case. | 0.40 |
| 04/22/06 | D. Felder | Review motions scheduled for May omnibus hearing and prepare e-mail summary regarding same (1.0); review estimation materials for G. Rasmussen (1.2). | 2.20 |
| 04/22/06 | G. Rasmussen | Review binder of pleadings relaxant to claims estimation proceeding (2.5); analyze the experts that the debtor has designated and outline possible rebuttal experts we may need (1.0); read articles by our experts and draft questions for them in preparation for Thursday's conference call (1.0). | 4.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

May 15, 2006
Invoice No. 1011879

| 04/23/06 | G. Rasmussen | Review of status of document production and interrogatory answers (1.0); analyze whether agreements between ACC and Debtor provide sufficient protection to the FCC (1.3); outline of information we would like to get in discovery and comparison with items requested by ACC in its interrogatories and document requests (1.2). | 3.50 |
|---|---|---|---|
| 04/23/06 | R. Wyron | Review Libby discovery motion and protective order and respond to B. Harding draft (1.2); e-mails with D. Felder on mediator call (.2). | 1.40 |
| 04/24/06 | K. Neureiter | Review Grace's Motion to Approve CMO and Future Claimants Objection to CMO per D. Felder. | 0.70 |
| 04/24/06 | K. Neureiter | Continue review of cases re rebuttal expert. | 1.20 |
| 04/24/06 | K. Neureiter | Review Wright & Moore re basis to exclude witnesses and/or witness reports. | 0.70 |
| 04/24/06 | W. Berry | Telephone conference with R. Wyron re pension funding, pension freeze issues. | 0.50 |
| 04/24/06 | G. Rasmussen | Outline of future discovery we need that is not covered by ACC discovery (3.5); consideration of requesting that Claims questionnaire be sent to past claimants who were paid (1.0). | 4.50 |
| 04/24/06 | R. Wyron | Review materials for call with mediator (.3); call with Mediator and follow-up notes (.6); review e-mails and revisions to order (.3); begin review of materials for 4/25 Libby hearing (.6); calls to Kirkland re Libby hearing (.4); call to B. Berry re pension issues and follow-up (.9). | 3.10 |
| 04/24/06 | R. Frankel | Review Pointer statement; review Libby issues re appeal. | 0.50 |
| 04/25/06 | W. Berry | Review R. Wyron e-mail, Grace motion re pension plan funding, prepare e-mail to R. Wyron. | 0.70 |
| 04/25/06 | W. Berry | Telephone conference with Altman re pension funding issues. | 0.30 |
| 04/25/06 | R. Wyron | Review materials on Libby motion (.8); attend hearing on Libby motion re Montana stay (.6); review restitution cases (.8); review prior year's pension motions (1.3); outline objection to pension motion (1.2). | 4.70 |
| 04/25/06 | R. Frankel | Review issues, e-mails re status of mediation (.3); review with R. Wyron issues re Libby, appeal hearing (.2). | 0.50 |
| 04/26/06 | R. Frankel | Review with R. Wyron hearing before Judge Buchwalter, review issues re possible asbestos plan, pension funding. | 0.50 |
| 04/26/06 | R. Frankel | Confer with R. Wyron, M. Wallace re term sheet for asbestos plan of reorganization, notes re same. | 0.90 |
| 04/26/06 | R. Frankel | Review reports re appropriate discount rate for future asbestos claims. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                May 15, 2006
17367                                                                          Invoice No. 1011879
page 12

| 04/27/06 | A. Kim | Participate in conference call with future claims expert (.6); conference with G. Rasmussen regarding next steps (.3); development of cross-examination strategy for debtor's experts (.3). | 1.20 |
|---|---|---|---|
| 04/27/06 | D. Felder | Review recently filed pleadings (.5); review pleadings in preparation for conference call with Tillinghast team (.5); conference call with G. Rasmussen and Tillinghast team regarding expert discovery (.6). | 1.60 |
| 04/27/06 | G. Rasmussen | Prepare for and participate in conference call with expert (1.5); outline of discovery we need (1.0); analysis of whether stipulation on production of data relating to models would be in the interest of our client (1.0). | 3.50 |
| 04/27/06 | R. Wyron | Review e-mails on pension issues (.6); calls with PI and PD on potential pension objection and follow-up notes (.6); calls and e-mails with Debtors regarding potential objection to pension motion and follow-up (1.2); review draft stipulations for Libby discovery mediation (.3); participate in discovery call with mediator and follow-up (1.1); call to D. Austern regarding status of discovery, pension motion, and other pending matters (1.3); follow-up with D. Felder on database issues (.3). | 5.40 |
| 04/27/06 | R. Frankel | Review issues re exclusivity, funding, cash flow (.3); telephone conference with D. Austern re pension and other issues (.4); confer with R. Wyron (.2). | 0.90 |
| 04/27/06 | R. Frankel | Confer with R. Wyron re pension funding, possible acquisition (.3); review pleading re pension funding (.5). | 0.80 |
| 04/27/06 | R. Frankel | Review 2nd Circuit opinion re restitution issues. | 0.80 |
| 04/28/06 | A. Kim | Analyze preparation materials for G. Rasmussen regarding future claims experts, publications and related materials. | 0.80 |
| 04/28/06 | K. Neureiter | Research 3rd circuit cases excluding witness reports and begin reviewing results. | 2.90 |
| 04/28/06 | D. Felder | E-mail correspondence with D. Fullem regarding upcoming deadlines and hearings. | 0.20 |
| 04/30/06 | R. Wyron | Review Libby draft discovery orders for 5/1 call (.5); review calendar and follow-up on deadlines and pending motions (.6). | 1.10 |

|  | Total Hours | 134.90 |  |
|---|---|---|---|
|  | Total For Services |  | $75,848.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 0.60 | 140.00 | 84.00 |
| William D. Berry | 1.50 | 620.00 | 930.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

May 15, 2006
Invoice No. 1011879

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 32.60 | 405.00 | 13,203.00 |
| Roger Frankel | 34.60 | 725.00 | 25,085.00 |
| Antony P. Kim | 2.00 | 375.00 | 750.00 |
| Kimberly E. Neureiter | 19.30 | 375.00 | 7,237.50 |
| Garret G. Rasmussen | 21.30 | 645.00 | 13,738.50 |
| Mary A. Wallace | 0.10 | 500.00 | 50.00 |
| Richard H. Wyron | 22.90 | 645.00 | 14,770.50 |
| Total All Timekeepers | 134.90 | $562.26 | $75,848.50 |

Disbursements

| | |
|---|---|
| Local Taxi Expense | 21.00 |
| Telephone | 2.68 |
| Travel Expense, Air Fare | 348.90 |
| Westlaw Research | 174.00 |
| Total Disbursements | $546.58 |

**Total For This Matter**          **$76,395.08**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 04/11/06 | R. Wyron | Review status of mediation and organize materials for next session. | 0.90 |
| 04/12/06 | R. Frankel | Review financial analysis regarding possible creditors plan and mediation issues. | 1.60 |
| 04/13/06 | K. Neureiter | Meet with R. Wyron and receive research assignment re impact of criminal restitution order on bankruptcy proceeding. | 0.40 |
| 04/13/06 | K. Neureiter | Review indictment and confer briefly with D. Felder. | 0.40 |
| 04/13/06 | K. Neureiter | Perform research and review results re criminal restitution. | 2.60 |
| 04/14/06 | K. Neureiter | Continue research and review results re jurisdiction of bankruptcy court over USD criminal restitution order. | 5.90 |
| 04/14/06 | K. Neureiter | Meet with R. Wyron to discuss results. | 0.40 |
| 04/14/06 | R. Wyron | Confer with D. Austern and follow-up on open issues (.3); confer with K. Neureiter on restitution (.4); review e-mails on pending offers (.4). | 1.10 |
| 04/17/06 | K. Neureiter | Conduct research re restitution and Sections 362 and 363. | 4.00 |
| 04/18/06 | K. Neureiter | Draft research summary e-mail to R. Wyron. | 0.40 |
| 04/18/06 | K. Neureiter | Finish reviewing research re restitution and Sections 362 and 363. | 2.30 |
| 04/18/06 | R. Wyron | Call with E. Inselbach and follow-up notes (.4); calls to and from Piper Jaffray and follow-up on analysis (.8); call to R. Frankel on status and strategy for 4/19 mediation session (.4). | 1.60 |
| 04/19/06 | R. Wyron | Review data from Piper Jaffray (.7); calls to and from R. Frankel and J. Brownstein regarding analysis (.4); confer with D. Austern and follow-up (.4); meet with PI and PD Committees regarding strategy for presentation to Unsecureds (.9); mediation session with Unsecureds and follow-up notes (1.6). | 4.00 |
| 04/24/06 | R. Wyron | Review e-mail from Judge Pointer (.2); review status with R. Frankel and follow-up notes (.8). | 1.00 |
| 04/24/06 | R. Frankel | Review file, pleadings re possible alternative plan. | 0.70 |
| 04/25/06 | R. Wyron | Review e-mail from E. Inselbuch on settlement prospects and creditors' response. | 0.40 |
| 04/26/06 | M. Wallace | Meet with R. Frankel and R. Wyron regarding term sheet for asbestos plan and review correspondence from Piper Jaffray regarding USG term sheet for non-debtor plan. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          May 15, 2006
17367                                                                         Invoice No. 1011879
page 15

| 04/27/06 | M. Wallace | Begin drafting term sheet for plan with asbestos constituents. | 8.00 |
| 04/27/06 | R. Wyron | Review term sheet issues with M. Wallace. | 0.40 |
| 04/27/06 | R. Frankel | Review issues (some with D. Austern) re possible alternative plan. | 0.70 |
| 04/28/06 | M. Wallace | Finalize term sheet for plan with asbestos constituents and distribute internally for comment. | 1.60 |
| 04/28/06 | R. Wyron | Review draft term sheet and outline issues. | 0.70 |

|  |  |
|---|---|
| Total Hours | 39.60 |
| Total For Services | $19,889.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 3.00 | 725.00 | 2,175.00 |
| Kimberly E. Neureiter | 16.40 | 375.00 | 6,150.00 |
| Mary A. Wallace | 10.10 | 500.00 | 5,050.00 |
| Richard H. Wyron | 10.10 | 645.00 | 6,514.50 |
| Total All Timekeepers | 39.60 | $502.26 | $19,889.50 |

Disbursements
| Duplicating Expense | 229.65 |
| Lexis Research | 195.50 |
| Westlaw Research | 472.00 |
| Total Disbursements | $897.15 |

**Total For This Matter**          $20,786.65



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 04/13/06 | R. Barainca | Prepare Notices of Hearing for Application to Employ Orrick and Piper Jaffray, and Withdraw Swidler. | 0.70 |
| 04/13/06 | D. Felder | Telephone conference with J. Brownstein regarding application to employ Piper Jaffray. | 0.10 |
| 04/14/06 | D. Fullem | Prepare electronic filing of notice of hearing on Motion for Leave to Withdraw Swidler Berlin. | 0.20 |
| 04/20/06 | D. Fullem | Review e-mail from R. Wyron; review case for Deloitte involvement; update R. Wyron regarding same. | 0.10 |

|  | | |
|---|---|---|
| Total Hours | 1.10 | |
| Total For Services | | $201.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 0.70 | 140.00 | 98.00 |
| Debra Felder | 0.10 | 405.00 | 40.50 |
| Debra O. Fullem | 0.30 | 210.00 | 63.00 |
| Total All Timekeepers | 1.10 | $183.18 | $201.50 |

Disbursements
  Duplicating Expense                    73.50

|  | |
|---|---|
| Total Disbursements | $73.50 |

**Total For This Matter**                    **$275.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| 04/03/06 | R. Barainca | Edit Seventh Quarterly for Swidler and send to C. Hartman for filing. | 0.40 |
|---|---|---|---|
| 04/03/06 | R. Barainca | Edit Eighth Quarterly for Swidler and send to C. Hartman for filing. | 0.30 |
| 04/03/06 | D. Fullem | Review and respond to e-mail from R. Malstrom regarding reconciling recent Grace payment to Swidler. | 0.30 |
| 04/04/06 | R. Barainca | Edit August 2005 Monthly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit September 2005 Monthly Fee Application for D. Austern. | 0.10 |
| 04/04/06 | R. Barainca | Edit October 2005 Monthly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit November 2005 Monthly Fee Application for D. Austern. | 0.10 |
| 04/04/06 | R. Barainca | Edit December 2005 Monthly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit February 2006 Monthly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit Sixth Quarterly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit Seventh Quarterly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | D. Fullem | Review fee auditor's initial report on Swidler's December fee statement (.3); prepare e-mail to R. Wyron and D. Felder regarding same and issues/concerns raised by fee auditor (.2); confer with D. Felder and R. Barainca regarding proposed response (.2). | 0.70 |
| 04/04/06 | D. Fullem | Update fee and expense spreadsheet for Swidler. | 0.10 |
| 04/04/06 | D. Fullem | Review and revise drafts of fee applications prepared by R. Barainca for D. Austern. | 0.50 |
| 04/04/06 | D. Fullem | Review voice-mail and e-mail from R. Malstrom regarding Grace payment; review spreadsheet for 20% fee holdback amounts; prepare e-mail to R. Malstrom regarding breakdown for same. | 0.90 |
| 04/05/06 | R. Barainca | Edit Sixth Quarterly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Edit Seventh Quarterly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Edit August 2005 Monthly Fee Application for D. Austern. | 0.10 |
| 04/05/06 | R. Barainca | Edit September 2005 Monthly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Edit October 2005 Monthly Fee Application for D. Austern. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

May 15, 2006
Invoice No. 1011879

| 04/05/06 | R. Barainca | Edit November 2005 Monthly Fee Application for D. Austern. | 0.30 |
|---|---|---|---|
| 04/05/06 | R. Barainca | Edit December 2005 Monthly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Edit February 2006 Monthly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Locate Fee Auditor's Final Reports on Swidler, Caplin & Drysdale and Kirkland & Ellis for D. Felder regarding response to Swidler's Nineteenth Interim Period. | 0.30 |
| 04/05/06 | R. Barainca | Prepare March 2006 Monthly Fee Application for D. Austern. | 0.70 |
| 04/05/06 | D. Felder | Review initial report from fee auditor for December 2005 invoice and begin preparation of response regarding same. | 0.50 |
| 04/06/06 | R. Barainca | Edit January 2006 Towers Perrin Tillinghast Monthly Fee Application. | 0.60 |
| 04/06/06 | R. Barainca | Edit February 2006 Towers Perrin Tillinghast Monthly Fee Application. | 0.60 |
| 04/06/06 | R. Barainca | Edit August 2005 Fee Application for D. Austern. | 0.30 |
| 04/06/06 | R. Barainca | Edit September 2005 Fee Application for D. Austern. | 0.30 |
| 04/06/06 | R. Barainca | Edit Certification of Counsel regarding the December 2005 Fee Application. | 0.50 |
| 04/06/06 | D. Fullem | Review e-mail from D. Felder with draft letter to S. Bossay responding to interim report on Swidler's December fee statement (.5); prepare edits to same and circulate to D. Felder and R. Wyron (.3); revise letter to S. Bossay (.4). | 1.20 |
| 04/06/06 | R. Wyron | Review Certificate of Counsel for Swidler and finalize. | 0.20 |
| 04/07/06 | R. Barainca | Edit March 2006 Monthly Fee Application for D. Austern. | 0.80 |
| 04/07/06 | R. Barainca | Prepare Eighth Quarterly Fee Application for D. Austern. | 1.00 |
| 04/07/06 | R. Barainca | Edit and send Certification of Counsel regarding December 2005 Monthly Fee Application to C. Hartman for filing. | 0.10 |
| 04/07/06 | D. Fullem | Review and reply to e-mail from R. Malstrom regarding Grace overpayment to Swidler. | 0.20 |
| 04/07/06 | D. Fullem | Confer with R. Barainca; review draft of Certification of Counsel regarding correction to Swidler's December fee statement. | 0.20 |
| 04/10/06 | R. Barainca | Edit Eighth Quarterly Fee Application for D. Austern. | 0.30 |
| 04/10/06 | R. Barainca | Edit March 2006 Monthly Fee Application for D. Austern. | 0.30 |
| 04/10/06 | D. Fullem | Follow up with R. Malstrom regarding expense detail on December invoices as requested by S. Bossay from office of the fee auditor. | 0.50 |
| 04/11/06 | R. Barainca | Edit Monthly and Quarterly Fee Applications for D. Austern and send to him for signing. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 15, 2006
17367                                                                                  Invoice No. 1011879
page 19

| 04/11/06 | D. Fullem | Prepare expense chart (1.0); review with D. Felder (.3); prepare revisions (.7); continue to update chart (.3); circulate to R. Wyron and D. Felder for review (.2); various e-mails to and from and discussions with R. Malstrom (.3). | 2.80 |
|---|---|---|---|
| 04/11/06 | D. Fullem | Confer with D. Felder regarding status of correction to CIBC December fee application; prepare e-mail to C. Hartman regarding same; prepare Notice of Document entered in error; forward to C. Hartman for filing. | 0.80 |
| 04/11/06 | D. Fullem | Prepare e-mail to S. Bossay regarding status of collecting receipts to expense inquiry and response to interim report. | 0.20 |
| 04/11/06 | D. Felder | Review response to fee auditor's initial report and conference with D. Fullem regarding same (.8); revise response regarding same (.2). | 1.00 |
| 04/11/06 | R. Wyron | Review fee auditor questions on Swidler and respond. | 0.40 |
| 04/12/06 | R. Barainca | Confer with R. Wyron and D. Felder to discuss the December 2005 expenses for Swidler. | 0.20 |
| 04/12/06 | R. Barainca | Confer with R. Wyron to discuss December 2005 expenses for Swidler. | 0.20 |
| 04/12/06 | R. Barainca | Pull invoices from November and December 2005 monthly fee applications for Swidler and prepare for R. Wyron. | 0.60 |
| 04/12/06 | R. Barainca | Confer with D. Felder to discuss December 2005 expenses for Swidler. | 0.70 |
| 04/12/06 | R. Barainca | Edit exhibit of the Expense Detail for the letter responding to the Fee Auditor's objection of Swidler's December 2005 Fee Application. | 0.70 |
| 04/12/06 | D. Fullem | Review and respond to e-mails from R. Wyron, D. Felder and R. Barainca regarding Swidler expense chart for fee auditor. | 0.50 |
| 04/12/06 | D. Felder | Conferences with R. Wyron and R. Barainca regarding response to fee examiner's initial report (.7); revise response to same (.8). | 1.50 |
| 04/13/06 | R. Barainca | Research on US Airways tickets for December 2005 expenses. | 0.70 |
| 04/13/06 | R. Barainca | Confer with D. Felder and D. Fullem regarding December 2005 Fee Expenses. | 0.50 |
| 04/13/06 | R. Barainca | Confer with D. Fullem regarding Fee Applications for D. Austern. | 0.10 |
| 04/13/06 | D. Fullem | Review supporting documents from Swidler on expenses (.4); update expense chart with additional expenses and other information (1.5); prepare letter in final (.3); prepare chart in final (.3); confer with R. Wyron and D. Felder regarding final (.1); prepare e-mail to S. Bossay at Fee Auditor's office (.2). | 2.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

May 15, 2006
Invoice No. 1011879

| | | | |
|---|---|---|---|
| 04/13/06 | D. Felder | Conference with D. Fullem and R. Barainca regarding response to fee examiner's initial report. | 0.20 |
| 04/16/06 | R. Wyron | Review fee applications for D. Austern. | 0.40 |
| 04/18/06 | R. Barainca | Edit, finalize and send D. Austern's Monthly and Quarterly Fee Applications to C. Hartman for filing. | 2.00 |
| 04/19/06 | R. Barainca | Edit March 2006 Fee Application and redline against the original. | 0.70 |
| 04/19/06 | R. Barainca | Edit Eighth Quarterly Fee Application and redline against the original. | 0.50 |
| 04/20/06 | D. Fullem | Telephone call from S. Bossay from fee auditor's office regarding no quarterly filed by CIBC for the period October-December 2005; check docket to confirm; prepare e-mail to J. Brownstein regarding same. | 0.50 |
| 04/20/06 | R. Wyron | Review D. Austern time entries. | 0.20 |
| 04/21/06 | D. Fullem | Review and respond to e-mail from R. Malstrom at Swidler regarding recent payment; review file and spreadsheets to determine application of payment; forward spreadsheet to R. Malstrom for application to invoices. | 0.50 |
| 04/21/06 | D. Fullem | Review and respond to e-mail from R. Chatterjee at Piper regarding CIBC's December monthly fee statement; forward copy of notice to correct docket entry for information. | 0.20 |
| 04/24/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of fee auditor's response to letter relating to Swidler's December fee application. | 0.20 |
| 04/25/06 | D. Fullem | Review package from CIBC; prepare notice and certificate of service for CIBC's Seventh Quarterly Fee Application; forward to C. Hartman to file and serve. | 0.60 |
| 04/25/06 | D. Fullem | Review e-mail from U.S. Trustee regarding issues with D. Felder's time entries for the December time period; research and prepare e-mail to R. Wyron regarding same. | 1.00 |
| 04/25/06 | R. Wyron | Review several fee applications for D. Austern (.8); review e-mail re Swidler from UST (.3). | 1.10 |
| 04/26/06 | R. Barainca | Edit D. Austern's Eighth Quarterly and March 2006 monthly fee applications. | 0.30 |
| 04/28/06 | R. Barainca | Pull exhibits from October-December 2005 Quarterly and January-February 2006 Quarterly for Swidler for D. Fullem. | 0.50 |
| 04/28/06 | R. Barainca | Prepare Certificates of No Objection for Tillinghast's January and February 2006 monthly fee applications. | 0.60 |
| 04/28/06 | R. Barainca | Edit D. Austern's March 2006 monthly fee application. | 0.30 |
| 04/28/06 | R. Barainca | Confer with D. Fullem regarding D. Austern's fee applications. | 0.10 |
| 04/28/06 | R. Barainca | Edit D. Austern's Eighth Quarterly Fee Application. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

May 15, 2006
Invoice No. 1011879

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/28/06 | D. Fullem | Confer with R. Wyron regarding response to U.S. Trustee regarding D. Felder's time entries (.1); prepare spreadsheet of questioned entries and include D. Felder's and D. Fullem's hourly rates (.7); discuss with R. Wyron regarding certain changes (.1.) | 0.90 |
| 04/28/06 | D. Fullem | Prepare e-mail to R. Barainca to prepare CNOs for Tillinghast January and February monthly fee applications. | 0.10 |
| 04/28/06 | R. Wyron | Review data, organize response and draft e-mail to US Trustee. | 0.70 |

|  |  |
|---|---|
| Total Hours | 41.80 |
| Total For Services | $9,314.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 19.90 | 140.00 | 2,786.00 |
| Debra Felder | 3.20 | 405.00 | 1,296.00 |
| Debra O. Fullem | 15.70 | 210.00 | 3,297.00 |
| Richard H. Wyron | 3.00 | 645.00 | 1,935.00 |
| Total All Timekeepers | 41.80 | $222.82 | $9,314.00 |

Disbursements

| | |
|---|---|
| Duplicating Expense | 8.25 |
| Postage | 2.46 |
| Secretarial/Staff Overtime | 27.69 |
| Total Disbursements | $38.40 |

**Total For This Matter**          **$9,352.40**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 04/04/06 | D. Fullem | Confer with D. Felder regarding objection deadline on Orrick application to employ; prepare Certificate of No Objection; forward same to C. Hartman to coordinate J. Phillips signature, electronic filing and service of same. | 0.60 |
| 04/12/06 | D. Fullem | Review e-mail from D. Felder regarding notice of hearing on Orrick employment application. | 0.10 |
| 04/13/06 | R. Barainca | Call to C. Hartman regarding filing of Notice of Hearing on Application to Employ Orrick. | 0.10 |
| 04/13/06 | R. Barainca | Prepare Notices of Hearing for Application to Employ Orrick and Piper Jaffray, and Withdraw Swidler. | 0.70 |
| 04/13/06 | D. Fullem | Meet with D. Felder and R. Barainca regarding hearing on Orrick employment application; discuss form of same with R. Barainca; review and revise same; coordinate service. | 0.50 |
| 04/14/06 | D. Fullem | Prepare electronic filing of notice of hearing on Application to Employ Orrick. | 0.20 |
| 04/14/06 | D. Felder | Conference with R. Frankel regarding applications to employ and review pleadings regarding same. | 0.20 |

Total Hours      2.40

Total For Services      $487.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 0.80 | 140.00 | 112.00 |
| Debra Felder | 0.20 | 405.00 | 81.00 |
| Debra O. Fullem | 1.40 | 210.00 | 294.00 |
| Total All Timekeepers | 2.40 | $202.92 | $487.00 |

Disbursements
    Postage      42.80

Total Disbursements      $42.80

**Total For This Matter**      **$529.80**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

May 15, 2006
Invoice No. 1011879



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 24

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/09/06 | D. Fullem | Review and revise February prebills. | 0.70 |
| 04/09/06 | D. Fullem | Prepare fee and expense summary relating to Orrick's February invoices. | 0.20 |
| 04/10/06 | R. Barainca | Prepare February 2006 Monthly Fee Application. | 0.70 |
| 04/13/06 | R. Barainca | Prepare First Monthly Fee Application for Orrick. | 0.50 |
| 04/16/06 | R. Wyron | Review March pre-bill. | 0.50 |
| 04/25/06 | R. Wyron | Review draft monthly fee application and revise. | 0.30 |

|  |  |  |
|---|---|---|
| Total Hours | 2.90 |  |
| Total For Services |  | $873.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 1.20 | 140.00 | 168.00 |
| Debra O. Fullem | 0.90 | 210.00 | 189.00 |
| Richard H. Wyron | 0.80 | 645.00 | 516.00 |
| Total All Timekeepers | 2.90 | $301.03 | $873.00 |

**Total For This Matter**          $873.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 25

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 04/17/06 | R. Frankel | Travel from Wilmington hearing (non-working). | 2.50 |
| 04/19/06 | R. Frankel | Travel from/to DC. | 3.20 |
| 04/25/06 | R. Wyron | Travel to hearing in Philadelphia on Libby motion regarding Montana stay. | 2.30 |

|  | | |
|---|---|---|
| Total Hours | 8.00 | |
| Total For Services | | $2,808.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 5.70 | 362.50 | 2,066.25 |
| Richard H. Wyron | 2.30 | 322.50 | 741.75 |
| Total All Timekeepers | 8.00 | $351.00 | $2,808.00 |

**Total For This Matter**          **$2,808.00**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 259.70 | |
| Total Fees, all Matters | | $125,362.50 |
| Total Disbursements, all Matters | | $1,783.43 |
| Total Amount Due | | $127,145.93 |