## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Related Docket No. 12575 |

*MODIFIED* **ORDER GRANTING LIBBY CLAIMANTS' MOTION TO DEFER CONSIDERATION OF DEBTORS' MOTION TO APPROVE SETTLEMENT WITH LLOYD'S UNDERWRITERS**

Upon consideration of the Libby Claimants' Motion to Defer Consideration of

Debtors' Motion to Approve Settlement With Lloyd's Underwriters (the "Motion"); and

after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the hearing on the Motion will be held on July 24, 2006 at 2:00

p.m. *Responses and Objections to the motion shall be filed* †

Dated: Wilmington, Delaware
June ___, 2006

*JK Fitzgerald*

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

*by the dates established in the current case management order for matters to be heard on July 24, 2006. Replies are authorized, limited to 5 pages.*