# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| | Jointly Administered |
| Debtor. | Objection Date: June 27, 2005 at 4 p.m.. |
| | Hearing: Scheduled if Necessary (Negative Notice) |

## TWENTIETH MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FORMER FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative[3] |
| Date of Retention: | June 4, 2004[4] |
| Period for which compensation and reimbursement is sought: | January 1, 2006 – January 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $20,000.00[5] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $1,924.06 |

This is a   x  monthly          __ interim             ___ final application

---

[3] The CIBC personnel responsible for this engagement resigned from CIBC and joined Piper Jaffray & Co. Effective February 13, 2006. Piper Jaffray & Co. was retained as the FCR's financial advisors, and CIBC's engagement terminated as of February 10, 2006.

[4] On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC World Markets Corp. Pursuant to such extension, CIBC is to be paid a monthly fee of $100,00.00. However, upon review of the level of activity during the period covered by this application, CIBC World Markets Corp. has informed the FCR that it intends to reduce its monthly fee for the period covered by this application to $25,000.00.

[5] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $20,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JANUARY 2006

| Project Category | Total Hours | Total Fees[6] |
|---|---|---|
| Business Operations Related | 21.3 | NA |
| Financial Analysis/Review Related | 34.0 | NA |
| Hearing Attendance | 0.8 | NA |
| **TOTAL** | **56.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### JANUARY 2006

| | |
|---|---|
| Air fare | $1,104.90 |
| Transportation | 188.45 |
| Telephone | 33.44 |
| Research | <u>597.27</u> |
| **TOTAL EXPENSES:** | **$1,924.06** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____
Marshall Heinberg
300 Madison Avenue
New York, New York 10017
(212) 885-4302
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: 6/6, 2006

---

[6] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.