## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>W.R. GRACE & CO., et al. )<br>)<br>)<br>Debtor. )<br>) | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection Date: June 27, 2006 at 4 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### TWENTIENTH MONTHLY INTERIM APPLICATION OF
### CIBC WORLD MARKETS CORP., FORMER FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., former financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR")[1], has filed and served its Eighteenth Monthly Application of CIBC World Markets Corp. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period January 1, 2006 through January 31, 2006 seeking payment of fees in the amount of $20,000.00 (80% of $25,000.00)[2] and reimbursement of expenses in the amount of $1,924.06 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

---

[1] The CIBC personnel responsible for this engagement resigned from CIBC and joined Piper Jaffray & Co. Effective February 13, 2006. Piper Jaffray & Co. was retained as the FCR's financial advisors, and CIBC's engagement terminated as of February 10, 2006.

[2] On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC World Markets Corp. Pursuant to such extension, CIBC is to be paid a monthly fee of $100,00.00. However, upon review of the level of activity during the period covered by this application, CIBC World Markets Corp. has informed the FCR that it intends to reduce its monthly fee for the period covered by this application to $25,000.00.

Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 27, 2006 at 4p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, N.W., Washington, D.C. 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite

5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
3050 K Street, N.W.
Washington, D.C. 20007-5135
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: June 7, 2006