# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Marshall Heinberg being duly sworn, deposes and says:

1. I am a managing director of CIBC World Markets Corp. ("CIBC"), Former Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Twentieth Monthly Interim Application of CIBC World Markets Corp. for the time period January 1, 2006 through January 31, 2006 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

_____
Marshall Heinberg

Sworn to and subscribed before me
this [6th] day of ~~May~~ JUNE, 2006

_____

My commission expires:

ELIZABETH KINGSLEY
Notary Public, State of New York
No. 43-4658466
Qualified in Richmond County
Commission Expires July 31, 2009