# EXHIBIT B

## W.R. Grace & Co.
## CIBC Expense Detail Report (January 1, 2006 – January 31, 2006)
### (Dates may represent expense posting date)

Airfare
| | | |
|---|---|---|
| Joseph Radecki[1] | 1/19/06 | $1,104.90 |
| | **Total Airfare** | **$1,104.90** |

Transportation (While Traveling)
| | | |
|---|---|---|
| Joseph Radecki[1] | 1/19/06 | 145.45 |
| Joseph Radecki[1] | 1/19/06 | 43.00 |
| | **Total Transportation** | **$188.45** |

Telephone
| | | |
|---|---|---|
| Jonathan Brownstein | 1/25/06 | 33.44 |
| | **Total Telephone** | **$33.44** |

Research
| | | |
|---|---|---|
| Standard & Poor's | 1/05/06 | 155.00 |
| Standard & Poor's | 1/06/06 | 130.80 |
| Standard & Poor's | 1/31/06 | 167.31 |
| Pacer Service Center | 1/31/06 | 144.16 |
| | **Total Research** | **$597.27** |

**TOTAL EXPENSES:** $1,924.06

---

[1] Relates to a December trip to a court hearing by Joseph Radecki. The expense did not post until January 2006. During this month, Joseph Radecki was providing advice to the FCR, but did not bill hours since he was no longer employed by CIBC.