SPEIGHTS & RUNYAN
P. O. BOX 685
200 JACKSON AVENUE, EAST
HAMPTON, SOUTH CAROLINA  29924

GRACE BANKRUPTCY

Client #:
 File #:   777
As of Date:05/26/2006

RE:GRACE BANKRUPTCY

COSTS ADVANCED:

| | | |
|---|---|---|
| 04/04/2002 | Telecopier charges (3/1/02 - 3/31/02) | 31.50 |
| 04/04/2002 | Copies - Copier #2 (3/1/02 - 3/31/02) (112 copies @ $.15) | 16.80 |
| 04/04/2002 | Copies -Copier #3 (3/1/02 - 3/31/02) (137 copies @ $.15) | 20.55 |
| 04/04/2002 | Long distance telephone calls (3/1/02 - 3/31/02) | 57.72 |
| 05/01/2002 | Long distance telephone calls (4/1/02 - 4/30/02) | 13.47 |
| 05/01/2002 | Copies (Copier #1) (4/1/02 - 4/30/02) | 9.75 |
| 05/01/2002 | Copies (Copier #3) (4/1/02 - 4/30/02) | 249.50 |
| 05/01/2002 | Telecopier charges (4/1/02 - 4/30/02) | 5.50 |
| 05/01/2002 | Postage  (4/1/02 - 5/1/02) | 0.34 |
| 05/03/2002 | Materials Analytical Serv.,Inc - Professional Services Rendered for March 2002:  Conference call  (MAS Project #1140524) # 26681 | 165.00 |

5

File #: 777

| Date | Description | Amount |
|---|---|---|
| 05/03/2002 | Pacer Service Center – Court Electronic records 2/22/02 - 3/22/02 # 26683 | 25.13 |
| 05/10/2002 | Daniel A. Speights, Attorney - 4/21/02 - 4/23/02  Travel to Pittsburgh for attendance at hearing before Judge Fitzgerald  and travel to Miami for meeting with counsel and experts on fraudulent transfer action.  (Taxis – Pittsburgh airport to hotel &  Hotel back to airport - $72.00) (Taxis – Miami airport to Hotel and Counsel's office back to airport - $39.00) (Airport parking - $32.00) (Auto mileage to/from Charleston Airport - $50.38)  # 26711 | 193.38 |
| 05/20/2002 | American Express  (DAS) 4/21/02 - 4/23/02 Attendance of hearing before Judge Fitzgerald on and meeting with counsel and experts on fraudulent transfer action. (Airfare: Charleston/ Pittsburg/ Miami/ Charleston  - $2,116.00) (Hotel - Pittsburg and Miami -  $746.00) | 2,862.00 |
| 06/03/2002 | West Group Payment Center – Westlaw Research (3/1/02 - 3/31/02) # 26780 | 58.10 |
| 06/04/2002 | Copies (Copier #1) (5/1/02 - 5/31/02) | 7.75 |
| 06/04/2002 | Copies (Copier #3) (5/1/02 - 5/31/02) | 100.50 |
| 06/04/2002 | Copies (Copier #2) (5/1/02 - 5/31/02) | 7.75 |

File #: 777

| | | |
|---|---|---|
| 06/04/2002 | Postage   (5/2/02 - 6/3/02) | 12.87 |
| 06/06/2002 | Long distance telephone calls (5/1/02 - 5/31/02) | 19.37 |
| 06/06/2002 | American Express Daniel A. Speights 5/19/02 - 5/22/02  Hearing before Judge Fitzgerald in Wilmington and status conference before Judge Wolin in Newark. (Airfare:  Savannah/ Atlanta/ Philadelphia/ Newark/ Charlotte/ Savannah - $1,295.00) (Amtrak - Wilmington/ Phila/ New York - $67.00) (Hotel - Wilmington - $1,303.15) (Hotel - New York - $471.33) (Meals - $42.20) (Taxis - Phila. Airport to Wilmington - $54.00) (Savannah Airport parking - $21.00) (Auto Mileage to/from Savannah Airport - $31.74) #26888, #27171 | 3,285.42 |
| 06/06/2002 | American Express Daniel A. Speights 5/28/02 - 5/30/02 Meetings with counsel, Martin Dies, et al in Wilmington, De.  (Airfare: Charleston/ Philadelphia/ Washington/ Atlanta / Charleston - $1,071.50) (Amtrak - Wilmington / Washington - $137.00) (Transportation - Phila Airport / Wilmington - $62.00) (Hotel - $918.07) (Meal - $28.00) (Taxis - $19.00) (Savannah Airport parking - $29.25) (Auto Mileage to/from Charleston Airport - $42.44) #26888, #27171 | 2,307.26 |

File #: 777

| Date | Description | Amount |
|---|---|---|
| 06/07/2002 | Telecopier charges (5/1/02 - 5/31/02) | 11.50 |
| 07/03/2002 | Postage   (6/4/02 - 7/2/02) | 1.14 |
| 07/05/2002 | Long distance telephone calls (6/1/02 - 6/30/02) | 13.83 |
| 07/05/2002 | Copies (Copier #1) (6/1/02 - 6/30/02) | 90.50 |
| 07/05/2002 | Copies (Copier #2) (6/1/02 - 6/30/02) | 46.75 |
| 07/05/2002 | Copies (Copier #3) (6/1/02 - 6/30/02) | 58.75 |
| 07/05/2002 | Telecopier charges (6/1/02 - 6/30/02) | 18.00 |
| 07/08/2002 | West Group Payment Center - Westlaw Research (4/1/02 - 4/30/02) # 26895 | 24.87 |
| 08/02/2002 | Copies (Copier #1) (7/1/02 - 7/31/02) | 1.00 |
| 08/02/2002 | Copies (Copier #2) (7/1/02 - 7/31/02) | 101.50 |
| 08/02/2002 | Copies (Copier #3) (7/1/02 - 7/31/02) | 40.75 |
| 08/02/2002 | Postage   (7/3/02 - 8/1/02) | 4.4 |
| 08/07/2002 | American Express Daniel A. Speights 7/21/02 - 7/24/02 Attendance at hearing before Judge Fitzgerald. (Airfare:  Charleston / Philadelphia/ Charleston - $1,204.25) (Hotel - $576.12) (Meal - $24.82) Taxis:  Phila. Airport/Rittenhouse Hotel/ Phila. Train Station - $28.00) (Amtrak: Philadelphia/ Wilmington/Philadelphia - $78.00) (Taxis: Wilmington Train Station/Courthouse/ Train Station - $10.00) (Rittenhouse Hotel/Phila Airport - $23.00) (Charleston Airport Parking - $27.50) | 2,022.06 |

File #: 777

Page#:   5

| Date | Description | Amount |
|---|---|---|
| | (Auto Mileage to/from Charleston Airport – $50.37)   #657943, #27171 | |
| 08/07/2002 | Long distance telephone calls (7/1/02 – 7/31/02) | 35.33 |
| 08/08/2002 | Telecopier charges (7/1/02 – 7/31/02) | 41.00 |
| 08/08/2002 | Telecopier charges (7/1/02 – 7/31/02) | 36.00 |
| 08/13/2002 | Pacer Service Center – Pacer on-Line Research (4/1/02 – 6/30/02) # 27073 | 1.26 |
| 08/20/2002 | West Group Payment Center – Westlaw Research (5/1/02 – 5/31/02) # 27127 | 401.43 |
| 08/20/2002 | West Group Payment Center – Westlaw Research (6/1/02 – 6/30/02) # 27128 | 6.65 |
| 08/30/2002 | American Express,Inc. – 8/8/02 – 8/9/02  Meeting with Martin Dies & Russell Budd in Dallas  (Airfare – $1,384.00) (Hotel – $318.28) (auto Mileage to/from Savannah Airport – $44.85)     # 27235 | 1,747.13 |
| 09/01/2002 | Long distance telephone calls (8/1/02 – 8/31/02) | 8.4 |
| 09/01/2002 | Long distance telephone calls (8/1/02 – 8/31/02) | 2.49 |
| 09/04/2002 | Postage   (8/2/02 – 9/3/02) | 1.85 |
| 09/05/2002 | Telecopier charges (8/1/02 – 8/31/02) | 54.00 |
| 09/05/2002 | Telecopier charges (8/1/02 – 8/31/02) | 10.00 |

Page#:    6

File #: 777

| Date | Description | Amount |
|---|---|---|
| 09/09/2002 | Copies (Copier #1) (8/1/02 - 8/31/02) | 62.75 |
| 09/09/2002 | Copies (Copier #2) (8/1/02 - 8/31/02) | 102.25 |
| 09/09/2002 | Copies (Copier #3) (8/1/02 - 8/31/02) | 134.50 |
| 09/13/2002 | West Group Payment Center - Westlaw Research (7/1/02 - 7/31/02) # 27266 | 14.02 |
| 09/13/2002 | West Group Payment Center - Westlaw Research (7/1/02 - 7/31/02) # 27266 | 83.88 |
| 10/01/2002 | Postage  (9/3/02 - 9/30/0 | 0.37 |
| 10/01/2002 | Long distance telephone calls   (9/1/02 - 9/30/02) | 3.28 |
| 10/01/2002 | Telecopier charges (9/1/02 - 9/30/02) | 1.00 |
| 10/01/2002 | Copies (Copier #3) (9/1/02 - 9/30/02) | 149.00 |
| 10/01/2002 | Postage  (9/3/02 - 9/30/0 | 2.59 |
| 10/01/2002 | Long distance telephone calls (9/1/02 - 9/30/02) | 6.53 |
| 10/01/2002 | Telecopier charges (9/1/02 - 9/30/02) | 22.50 |
| 10/08/2002 | American Express,Inc. - 8/29/02 - 8/30/02 Attendance at McGovern Mediation session in NYC. (Airfare - $1,219.50) (Lodging - $913.84) (Meal - $8.14) (Amtrak - NY Penn Station / Phila. - $142.00) # 27365 | 2,283.48 |
| 10/11/2002 | Daniel A. Speights, Attorney - 8/8 - 8/9/02 Meeting with Martin Dies & Russell Budd  (Lunch - $6.00) (Taxi - DFW/ Melrose Hotel - $50.00) (Taxi - Hotel/ DFW airport - $39.00) # 27387 | 95.00 |

10

File #: 777

| Date | Description | Amount |
|---|---|---|
| 10/11/2002 | Daniel A. Speights, Attorney - 8/29/02 - 8/30/02   Attendance at McGovern Mediation session in New York City.  (Meals - $14.25) (Taxi - Newark Arpt  to  Weitz's office - $57.00) (Taxi - Omni Hotel to Penn Station - $51.00) (Taxi - Greitzer & Locks to Phila. Airport - $23.00)  (Airport Parking - $20.00) (Auto Mileage to/from Airport - $31.74) # 27387 | 196.99 |
| 11/01/2002 | Copies (Copier #3) (10/1/02 - 10/31/02) | 57.50 |
| 11/01/2002 | Long distance telephone calls (10/1/02 - 10/31/02) | 1.86 |
| 11/08/2002 | Pacer Service Center Pacer on-Line Research (7/1/02 - 9/30/02): Delaware Bankruptcy Court # 27530 | 9.45 |
| 11/13/2002 | American Express Daniel A. Speights 11/9/02 - 11/12/02 Meeting with counsel in Miami, FL  (Prorata share - Hotel) | 101.57 |
| 11/27/2002 | Daniel A. Speights - MBNA America 11/25/02 - 11/27/02 Attendance at Court ordered settlement conference in Newark. (Airfare - $1,338.50) (Lodging & dinner - $444.34)  (Amtrak - Phila/ Newark - $149.00)  #27767 | 1,931.84 |
| 12/01/2002 | Long distance telephone calls (11/1/02 - 11/30/02) | 5.83 |

Page#:   8

File #: 777

| Date | Description | Amount |
|---|---|---|
| 12/01/2002 | Copies (Copier #3 (11/1/02 - 11/30/02) | 4.50 |
| 12/01/2002 | Telecopier charges (11/1/02 - 11/30/02) | 11.50 |
| 12/03/2002 | Postage  (11/2/02 - 12/3/02) | 1.85 |
| 01/02/2003 | Long distance telephone calls (12/1/02 - 12/31/02) | 0.37 |
| 01/02/2003 | Telecopier charge (12/1/02 - 12/31/02) | 2.50 |
| 01/31/2003 | Warren Richards - 1/29/03 Travel to/from Savannah Airport  to pickup DAS (DAS return travel from Philadelphia)  (Auto Mileage) # 27872 | 76.04 |
| 02/04/2003 | Long distance telephon calls (1/1/03 - 1/31/03) | 2.19 |
| 02/28/2003 | Daniel A. Speights Attorney - 1/26/03 - 1/29/03  Hearing before Judge Fitzgerald  (Taxi: Train Station / Hotel - $6.00) (Taxi:  Hotel / Phila. Airport - $68.00) (Lunch - $7.60) # 28032 | 81.60 |
| 02/28/2003 | Daniel A. Speights, Attorney - 1/27/03 - 1/29/03  Hearing before Judge Fitzgerald  (Auto Mileage - Beaufort/ Yemassee/ Beaufort) # 28032 | 20.70 |
| 02/28/2003 | Daniel A. Speights Attorney - 1/21/03 - 1/22/03  Grace meeting in NYC.  (Meals - $20.50) (Taxi:  NY Airport to Weitz & Luxenborg Law Office - $26.00) (Transportation: Weitz & Luxenborg to Omni Hotel - $8.00) (Taxi: Omni Hotel to Airport - $58.00) (Auto Mileage to/from Savannah | 144.24 |

File #: 777

|  |  |  |
|---|---|---:|
|  | Airport - $31.74) |  |
|  | # 28032 |  |
| 03/03/2003 | Telecopier charges (2/1/0 - 2/28/03) | 8.00 |
| 03/03/2003 | Long distance telephon calls (2/1/03 - 2/28/03) | 10.20 |
| 03/03/2003 | Copies (Copier #3) (2/1/0 - 2/28/03) | 13.50 |
| 03/14/2003 | MBNA America - 1/26/03 1/29/03  Hearing before Judge Fitzgerald  (Amtrak - Yemassee - Wilmington - $525.00) (Airfare- Phila/ Savannah - $642.00) (Hotel - prorata share - $304.70) # 28099 | 1,471.70 |
| 03/14/2003 | MBNA America - 1/21/03 - 1/22/03  Grace Meeting in New York (Airfare - Savannah/ New York - $571.00) (Airfare - Newark / Savannah - $550.50) (Hotel - $312.57) (Meal - $52.38) # 28099 | 1,486.45 |
| 04/01/2003 | Postage  (3/3/03 3/31/03) | 0.37 |
| 04/01/2003 | Copies (Copier #3) (3/1/0 - 3/31/03) | 21.25 |
| 04/01/2003 | Telecopier charges (3/1/0 - 3/31/03) | 2.50 |
| 04/02/2003 | Long distance telephon calls (3/1/03 - 3/31/03) | 16.96 |
| 04/25/2003 | Daniel A. Speights, Attorney American Express 4/10/03 - 4/11/03  Meeting with Counsel and experts in Miami. (Airfare - $973.00) (Hotel - $335.91) (Taxi - Miami Airport to Hotel - $21.00) (Airport parking - $20.00) (Auto Mileage to/ Savannah | 1,383.03 |

File #: 777

| Date | Description | Amount |
|------|-------------|--------|
| | Airport - $33.12)  #28417, #28300, #28565 | |
| 05/03/2003 | Long distance telephon calls (4/1/03 - 4/30/03) | 0.37 |
| 05/05/2003 | Copies (Copier #3) (4/1/0 - 4/30/03) | 21.75 |
| 05/05/2003 | Copies (Copier #1) (4/1/0 - 4/30/03) | 20.75 |
| 06/05/2003 | Long distance telephon calls (5/1/03 - 5/31/03) | 8.38 |
| 06/05/2003 | Telecopier charges (5/1/0 - 5/31/03) | 17.00 |
| 06/10/2003 | American Express,Inc Daniel A. Speights  5/12/03 - 5/13/03 Meeting with Judge Wolin (Airfare - Savannah/ New York/ Savannah - $1,121.50) (Hotel - $434.03) (Auto Mileage to / from Savannah Airport - $33.12)  # 11111 | 1,588.65 |
| 06/25/2003 | Daniel A. Speights Attorney - 5/12/03 - 5/13/03  Meeting w/ Judge Wolin  (Taxi - Laguardia Airport - Hotel - $29.50) (Airport parking - $20.00) # 28565 | 49.50 |
| 08/15/2003 | Pacer Service Center Pacer on-Line Research (4/1/03 - 6/30/03) # 28773 | 118.51 |
| 10/03/2003 | Copies (Copier #1) (9/1/0 - 9/30/03) | 3.00 |
| 10/03/2003 | Copies (Copier #3) (9/1/0 - 9/30/03) | 5.25 |
| 11/17/2003 | American Expres Daniel A. Speights 11/12/03 - 11/14/03 Meeting with Dave Siegel, Bob Beber, Richard Finke and Martin Dies. Pro-rata Expenses: (Airfare - Sav / Atlanta/ | 934.18 |

File #: 777

|  |  |  |
|---|---|---|
|  | New Orleans/ Atlanta/ Sav. - $472.50) (Hotel - $259.86) (Auto Mileage to/from Airport - $42.12) (Taxi: New Orleans airport to Hotel - $16.00) (Taxi: Hotel to Airport - $16.00) (Meal - Dinner w/ Martin Dies - $68.66) (Meals - $59.04)     #12303OL, #29912 |  |
| 12/03/2003 | American Express,Inc. 10/21/03 - 10/22/03 Meeting with Legal Representative Nominee. (Pro-rata expenses) (Airfare - Sav/ NY/ Sav - $565.25) (Hotel - $201.17) ( Meals - $14.25) (Taxis: Airport / Hotel/ Airport - $31.50) (Auto Mileage - $33.12) #29735, #12303 | 845.29 |
| 12/04/2003 | Telecopier charge (11/1/03 - 11/30/03) | 1.00 |
| 12/12/2003 | Federal Express Corp. Express Mail:  11/12/03 Bilzin, Sumberg, Baena, Price - Miami, FL # 29348 | 19.07 |
| 01/05/2004 | Long distance telephon calls   (12/1/03 - 12/31/03) | 0.73 |
| 01/05/2004 | Copies (Copier #3 (12/1/03 - 12/31/03) | 10.00 |
| 02/05/2004 | Copies (Copier #3) (1/1/0 - 1/31/04) | 109.00 |
| 02/05/2004 | Long distance telephon calls (1/1/04 - 1/31/04) | 2.19 |
| 02/05/2004 | Telecopier charges (1/1/0 - 1/31/04) | 2.00 |

File #: 777

| Date | Description | Amount |
|------|-------------|-------:|
| 03/04/2004 | Daniel A. Speight<br>3/3/04 - 3/4/04  Meeting w/ Grace Committee Members, et al.  (Auto Mileage -  - $147.60) (Taxi:  Washington Airport / Willard Hotel - $15.00) (Taxi:  Willard Hotel / Airport - $16.00)    # 29820 | 178.60 |
| 03/05/2004 | Copies (Copier #1) (2/1/0 - 2/29/04) | 32.00 |
| 04/06/2004 | Long distance telephon calls (3/1/04 - 3/31/04) | 1.46 |
| 04/09/2004 | American Express,Inc.<br>3/3/04 - 3/4/04  Meeting with Grace Committee meembers, et al in Washington, DC  (Airfare: Columbia/ Washington - $448.10) (Airfare: Washington, DC / Charleston - $539.10) (Hotel - $935.47) (Meal - $33.33) # 40904OL | 1,956.00 |
| 06/04/2004 | West Group Payment Cente - Westlaw Research (3/1/04 - 3/31/04) # 29976 | 714.16 |
| 06/04/2004 | Long distance telephon calls(5/1/04 - 5/31/04) | 1.46 |
| 07/05/2004 | Long distance telephon calls (6/1/04 - 6/30/04) | 1.67 |
| 08/26/2004 | Daniel A. Speight<br>8/24/04 - 8/25/04  Meeting of PD Committee with Debtor in Washington, DC. (Auto Mileage:  Beaufort / Charleston Airport/ Beaufort) | 54.76 |

File #: 777

| | | |
|---|---|---|
| 09/03/2004 | Long distance telephon calls (8/1/04 - 8/31/04) | 0.77 |
| 09/10/2004 | Daniel A. Speights Attorney American Express 8/24/04 - 8/25/04  Meeting of PD Committee w/ Debtor in Washington, DC  (Taxi: Airport - Willard Hotel - $16.00) (Taxi:  Willard Hotel - Airport - $17.00) (Airport Parking - $24.00)(Lodging - $436.71) (Airfare:  Charleston/ Washington Reagan National Airport/ Charleston - $473.70)  # 30400, #30532 | 967.41 |
| 10/05/2004 | Copies (Copier #1) (9/1/0 - 9/30/04) | 3.50 |
| 10/05/2004 | Copies (Copier #2) (9/1/0 - 9/30/04) | 43.25 |
| 10/05/2004 | Long distance telephon calls (9/1/04 - 9/30/04) | 0.49 |
| 10/22/2004 | Daniel A. Speights Attorney - 10/13/04 - 10/14/04  Meetings with Legal Representative of Asbestos Committees and Debtors (Principals only) in Washington, DC.  (Taxi - Washington Reagan National Arpt - Hotel - $19.00) (Taxi - Kirkland & Ellis to Airport - $20.00) (Meal - $7.50) (Auto mileage to/from Charleston Airport - $111.00) # 30567 | 157.50 |
| 10/22/2004 | Warren Richards - 10/13/0 - 10/14/04  Travel re DAS to/from Airport for travel to Washington.  (Meals) # 30574 | 18.45 |

Page#:  14

File #: 777

| Date | Description | Amount |
|---|---|---|
| 10/26/2004 | American Expres<br>Daniel A. Speights<br>10/24/04 - 10/25/04<br>Attendance at hearing in<br>Wilmington, DE.   (Auto<br>Mileage to/from airport -<br>$29.75) (Airfare -<br>$328.93) (Lodging -<br>$128.83) (Transportation -<br>Airport/ Hotel - $29.51)<br>(pro-rata share)   #12704 | 517.02 |
| 11/05/2004 | Warren Richards - 10/24/0<br>- 10/25/04  Misc. Expense<br>re DAS travel to/ from<br>Philadelphia for<br>attendance at hearings.<br>(pro-rata share - meal,<br>Misc.) # 30629 | 10.33 |
| 11/05/2004 | American Express,Inc.<br>10/13/04 - 10/14/04<br>Meetings w/ Legal<br>Representative of Asbestos<br>Committees and Debtors<br>(Principals only) in<br>Washington, DC.  (Airfare:<br>Chas / Washington -<br>$149.60) (Washington /<br>Charleston - $359.10)<br>(Hotel - $538.51) #<br>11504OL | 1,047.21 |
| 11/05/2004 | Long distance telephon<br>calls<br>(10/1/04 - 10/31/04) | 0.77 |
| 11/05/2004 | Copies (Copier #3<br>(10/1/04 - 10/31/04) | 16.00 |
| 11/05/2004 | American Express (DAS)<br>10/7 - 10/8/04  Travel for<br>attendance· at multiple<br>meeting with Counsel, PD<br>Negotiating Committee, FCA<br>and Debtor.   (Airfare:<br>Charleston/ Washington/<br>Savannah - $481.80)<br>(Lodging - $566.51) (Meal<br>- $29.00)  #11504 | 1,077.31 |

18

Page#:  15

File #: 777

| Date | Description | Amount |
|---|---|---|
| 11/19/2004 | Pacer Service Center<br>Pacer on-Line Research<br>(7/1/04 - 9/30/04) # 30724 | 14.70 |
| 11/19/2004 | West Group Payment Center<br>- Westlaw Research<br>(9/1/04 - 9/30/04) # 30695 | 222.23 |
| 12/03/2004 | Warren Richards - 11/23/0<br>Travel to deliver Grace<br>Chart to Hampton.   (Auto<br>Mileage) # 30765 | 22.50 |
| 12/07/2004 | Copies (Copier #3<br>(11/1/04 - 11/30/04) | 27.00 |
| 12/07/2004 | Long distance telephon<br>calls (11/1/04 - 11/30/04) | 1.34 |
| 12/08/2004 | American Express<br>Daniel A. Speights<br>12/5/04 - 12/7/04  Travel<br>for attendance at Seminar<br>and meetings in NYC.<br>(Pro-rata share) (Airfare:<br>- $167.68) (Lodging:<br>$317.79) (Meal:<br>$5.21)(Taxi:  NY Airport -<br>Sheraton Hotel - $8.00)<br>(Taxi: Hotel - Wiel<br>Gotshal - Hotel - $3.00)<br>(Taxi:  Hotel - NY<br>Laguardia Airport - $9.00)<br>(Airport Parking - $7.50)<br>(Auto Mileage to/from<br>Savannah Airport - $8.62)<br>#10405OL, #30969 | 526.80 |
| 12/16/2004 | Postage  (11/9/04 -<br>12/16/04) | 2.67 |
| 01/03/2005 | Copies (Copier #1<br>(12/1/04 - 12/31/04) | 41.50 |
| 01/03/2005 | Copies (Copier #2<br>(12/1/04 - 12/31/04) | 23.00 |
| 01/03/2005 | Copies (Copier #3)<br>(12/1/04 - 12/31/04) | 157.25 |

File #: 777

| Date | Description | Amount |
|---|---|---|
| 01/03/2005 | Long distance telephon calls (12/1/04 - 12/31/04) | 1.67 |
| 02/04/2005 | Long distance telephon calls (1/1/05 - 1/31/05) | 0.07 |
| 02/04/2005 | Copies (Copier #3) (1/1/0 - 1/31/05) | 257.75 |
| 02/08/2005 | American Express,Inc. 1/9/05 - 1/11/05  Meetings w/ Counsel in Miami. (pro-rata expenses) (Airfare: Charleston/Ft. Lauderdale/ Charleston - $276.20) (Hotel - $475.22) (Transportation - $42.50) # 31018 | 793.92 |
| 02/11/2005 | Daniel A. Speights Attorney - 1/9/05 - 1/11/05  Meetings with Counsel in Miami (Pro-rata  Auto Mileage to/from Airport) # 31022 | 45.19 |
| 02/22/2005 | Pacer Service Center Pacer on-Line Research of Court Records  (10/1/04 - 12/31/04) # 31081 | 7.14 |
| 03/07/2005 | Long distance telephon calls (2/1/05 - 2/28/05) | 3.33 |
| 03/07/2005 | Copies (Copier #3) (2/1/0 - 2/28/05) | 4.00 |
| 03/09/2005 | American Express,Inc. - 1/9/05 - 1/11/05  Meetings with Counsel in Miami (Pro-rata share - Transportation from Scott Baena's office to Ft. Lauderdale Airport) # 30905OL | 35.00 |

File #: 777

| | | |
|---|---|---:|
| 04/01/2005 | Copies (Copier #3) (3/1/0 - 3/31/05) | 73.75 |
| 04/07/2005 | Telecopier charges (3/1/0 - 3/31/05) | 7.50 |
| 04/07/2005 | Postage  (3/1/05 3/31/05) | 0.37 |
| 04/27/2005 | Pacer Service Center Pacer on-Line Research (1/1/05 - 3/31/05) # 31317 | 19.44 |
| 05/05/2005 | Ethel's Kitchen - 5/5/0 Grace PD estimation issues meeting  with counsel in Hampton - (Lunch DAS, CAR, MCF & Visiting Attorneys) # 4014 | 125.00 |
| 05/05/2005 | Long distance telephon calls (4/1/05 - 4/30/05) | 0.07 |
| 05/05/2005 | Telecopier charges (4/1/0 - 4/30/05) | 4.50 |
| 06/03/2005 | Long distance telephon calls (5/1/05 - 5/31/05) | 4.38 |
| 06/03/2005 | Telecopier charges (5/1/0 - 5/31/05) | 2.50 |
| 06/03/2005 | Copies (Copier #3) (5/1/0 - 5/31/05) | 7.25 |
| 07/01/2005 | Postage  (6/1/05 6/30/05) | 2.45 |
| 07/01/2005 | Telecopier charge (6/1/05 - 6/30/05) | 9.00 |
| 07/01/2005 | Copies (Copier #1) (6/1/0 - 6/30/05) | 2.25 |
| 07/01/2005 | Copies (Copier #2)(6/1/0 - 6/30/05) | 0.75 |
| 07/01/2005 | Copies (Copier #3) (6/1/0 - 6/30/05) | 57.50 |

Page#:  18

File #: 777

| | | |
|---|---|---|
| 07/01/2005 | Long distance telephon calls (6/1/05 - 6/30/05) | 6.92 |
| 07/29/2005 | Pacer Service Center<br>Pacer on-Line Research<br>(4/1/05 - 6/30/05) # 31682 | 2.80 |
| 08/04/2005 | Copies (Copier #1) (7/1/0<br>- 7/31/05) | 183.50 |
| 08/04/2005 | Copies (Copier #2)(7/1/0<br>- 7/31/05) | 713.75 |
| 08/04/2005 | Copies (Copier #3) (7/1/0<br>- 7/31/05) | 580.00 |
| 08/04/2005 | Long distance telephon calls (7/1/05 - 7/31/05) | 2.17 |
| 08/22/2005 | United Parcel Service<br>Express Mail:  7/25/05<br>DAS - San Francisco, Ca. #<br>31772 | 125.38 |
| 08/25/2005 | C. Alan Runyan, Attorney<br>8/17/05 - 8/19/05  Travel<br>to/from  Washington for PD<br>Estimation Meeting.  (Auto<br>Mileage:  to/from airport6<br>- $63.18) (Taxi - $15.00)<br>(Misc. - $30.00)  # 31785 | 108.18 |
| 09/09/2005 | Telecopier charge<br>(8/1/05 - 8/31/05) | 31.00 |
| 09/09/2005 | Copies (Copier #1) (8/1/05<br>- 8/31/05) | 0.25 |
| 09/09/2005 | Copies (Copier #3) (8/1/0<br>- 8/31/05) | 13.25 |
| 09/09/2005 | American Express,Inc.<br>(DAS)  8/18/05  Meeting re<br>Grace PD Estimation in<br>Washington  (Airfare:<br>Charleston/ Washington ) #<br>OL90905 | 214.70 |

File #: 777

| | | |
|---|---|---|
| 09/13/2005 | American Express, Inc (CAR)  - 8/18/05 - 8/19/05 PD Estimation Meeting in Washington.  (Airfare - CAR:  Charleston/ Washington/ Charleston - $441.15) (Airfare - DAS: Washington / Charleston - $214.20) (Lodging - $440.44) (Airport parking - $30.00) # 31818 | 1,125.79 |
| 09/22/2005 | Sprint Conferencin Services - 7/27/05 Conference Call re Grace PD Estimation # 31881 | 56.95 |
| 10/03/2005 | Telecopier charges (9/1/05 - 9/30/05) | 5.50 |
| 10/07/2005 | C. Alan Runyan, Attorney 9/25/05 - 9/26/05  Travel to/from Wilmington for attendance at Grace bankruptcy meeting.  (Auto Mileage to/from Charleston Airport) # 31917 | 63.18 |
| 10/10/2005 | American Express,Inc. 8/18/05 (DAS) Meeting re Grace Estimation. (Lodging) # OL101005 | 366.05 |
| 10/19/2005 | American Express, Inc. - 9/25/05 - 9/26/05  (CAR) Attendance at Grace Bankruptcy Meeting. (Airfare:  Charleston/ Philadelphia - $814.20) (Anypoint Limo Service - $167.50) # 31957 | 981.70 |
| 10/31/2005 | Pacer Service Center Pacer on-Line Research (7/1/05 - 9/30/05) # 32003 | 234.08 |
| 11/04/2005 | Copies (Copier #3 (10/1/05 - 10/31/05) | 118.50 |

Page#:   20

File #: 777

| Date | Description | Amount |
|------|-------------|-------:|
| 11/16/2005 | American Express, Inc. – 9/25/05 – 9/26/05  (CAR) Attendance at Grace Bankruptcy meeting in Wilmington.  (Airfare: Phila./ Charleston – $614.20) (Lodging – $121.97) (Airport Parking – $15.00) # 32068 | 751.17 |
| 02/01/2006 | Copies (Copier #3)(1/1/0 – 1/31/06) | 229.25 |
| 02/01/2006 | Telecopier charges (1/1/0 – 1/31/06) | 52.50 |
| 02/01/2006 | Postage (1/1/06 – 1/31/06 | 11.60 |
| 02/09/2006 | Pacer Service Center – Pacer on-Line Research (10/1/05 – 12/31/05) # 32351 | 5.92 |
| 03/01/2006 | Copies (Copier #2)(2/1/0 – 2/28/06) | 16.75 |
| 03/23/2006 | Daniel A. Speights, Attorney – 3/15/06 – 3/16/06  Plan Mediation before Judge Pointer. (Auto Mileage to/from Savannah Airport – $40.94) (Taxi:   NY LaQuardia Airport to Omni Berkshire Hotel – $35.00) (Taxi: Omni Berkshire Hotel to Airport – DAS & Martin Dies – $50.00)   # 32498 | 125.94 |
| 04/05/2006 | A/E  Copies - Copier # (3/1/06 – 3/31/06) | 6.25 |
| 04/06/2006 | Daniel A. Speights Attorney – 3/22/06 Continuation of Plan Mediation before Judge Pointer.  (Auto Mileage to/from Airport – $64.98) (Taxi:  Washington National Airport to Caplin & Drysdale – $19.00) (Taxi:  Caplin & Drysdale to Washington National Airport – $16.00) # 32525 | 99.98 |

File #: 777

| Date | Description | Amount |
|---|---|---|
| 04/10/2006 | American Express,Inc. 3/15/06 - 3/17/06 Attendance at Plan Mediation before Judge Pointer. (Airfare: Savannah/ Laguardia/ Savannah - $1,227.10) (Hotel:  Omni Berkshire - $840.55) (Meal - $60.00) (Savannah Airport Parking - $36.00) # OL41006 | 2,163.65 |
| 05/05/2006 | Daniel A. Speights Attorney - 4/16/06 - 4/19/06  Mediation session w/ Unsecured Committee in NY.  (Meal - $7.50) (Taxi: Kitano Hotel to Caplin & Drysdale - $5.00) (Taxi: Strook Law Firm - Newark Airport - $69.70) # 32627 | 82.20 |
| 05/17/2006 | American Express,Inc. 3/22/06  Continuation of Plan Mediation before Judge Pointer. (Airfare: Charleston / Washington National/ Charleston ) # OL051706 | 794.10 |
| 05/17/2006 | American Express,Inc. 4/16/06 - 4/19/06 Mediation session w/ Unsecured committee in NY. (Amtrak:  Wilmington to NY - $66.00)  (Airfare: Newark/ Savannah  - $331.60) (Lodging - $447.00)  # OL051706 | 844.60 |
| 05/19/2006 | Warren Richards - 5/8/0 Travel to Beaufort to deliver Grace documents to DAS  (Auto Mileage) # 32675 | 23.14 |
| 05/19/2006 | Warren Richards - 5/10/0 Travel to Beaufort to deliver Grace documents to DAS.  (Auto Mileage) # 32675 | 23.14 |

**TOTAL COSTS ADVANCED:**      **$47,480.28**

File #: 777

```
        CURRENT CHARGES:      47,480.28
        LESS PAYMENTS:             0.00

     TOTAL AMOUNT DUE:       $47,480.28
```