IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**SUPPLEMENTAL AFFIDAVIT OF ELIZABETH K. FLAAGAN
FILED IN CONNECTION WITH RETENTION OF HOLME ROBERTS & OWEN LLP
AS SPECIAL COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

STATE OF COLORADO            )
                                                     ) ss:
CITY AND COUNTY OF DENVER)

Elizabeth K. Flaagan, being duly sworn, deposes and says:

1.        I am a partner of Holme Roberts & Owen LLP, which maintains offices at 1700

Lincoln, Suite 4100, Denver, Colorado 80203 ("HRO" or the "Firm"). I submit this supplement

to the Firm's affidavit of June 7, 2001, filed in connection with the application of the debtors and

debtors in possession (the "Debtors") in the above-captioned cases to retain HRO as special

counsel to the Debtors in their chapter 11 cases, and to supplement prior disclosures pursuant to

section 329 of title 11 of the United States Code (the "Bankruptcy Code"), the rules of this

Court, and Rule 2014(a) of the Federal Rules of Bankruptcy Procures (the "Bankruptcy Rules").

2.        Neither I, the Firm, nor any member thereof, insofar as I have been able to

ascertain, represents any interest adverse to the Debtors or their estates in the matters upon which

the Firm is to be engaged, except that the Firm, certain of its members and associates have been

engaged to represent Cooper Industries, Ltd., an entity that the Debtors have listed as a potential

creditor or creditor in these cases. The Firm's representation of Cooper Industries, Ltd., involves

matters that are unrelated to these cases and unrelated to any matters in which the Firm

#1169079 v1

represents the Debtors.  HRO does not believe that the representation of the Debtors in these

cases as special counsel and the representation of Cooper Industries, Ltd., in unrelated matters

creates a conflict of interest or an adverse interest, but discloses the representation in compliance

with Rule 2014(a) of the Bankruptcy Rules.  Except as stated above or in prior affidavits, I

believe that HRO is a "disinterested person" as that term is defined in section 101(14), as

modified by section 1107(b) of the Bankruptcy Code.  Moreover, I believe that none of the

representations or relationships recited herein or in prior affidavits, would give rise to a finding

that HRO represents or holds an interest adverse to the Debtors with respect to the services for

which HRO is retained.

DATED this _____ day of June, 2006.

_____
Elizabeth K. Flaagan

Sworn to before me this
_____ day of June, 2006

_____
Notary Public
My Commission expires:
_____

SUSAN M. HAAG
NOTARY PUBLIC
STATE OF COLORADO

#1169079 v1