IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: June 29, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FIFTY-FIFTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**<u>EXHIBIT A</u>**
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

June 1, 2006

Bill Number  93525
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through April 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/03/06 | MTM | Complete review of profit/loss document list (1.1); review notes of meet and confer conference calls since January 10 re: draft discovery letter to N. Finch (.9); revise draft discovery letter to N. Finch (.9); telephone call to in-house paralegal re: production of Boca materials re: same (.3); receipt and review of 4 boxes of Libby documents to provide to experts (2.0); email to Holme Roberts paralegal re: same (.3); email to Holme Roberts counsel and paralegal re: same (.2). | 5.70 Hrs | $1,254.00 |
| 04/04/06 | RAM | Emails from/to MTM re: what files of former employee are at firm (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.20 Hrs | $50.00 |
| 04/04/06 | MTM | Receipt and review of email from K&E counsel with document questions (.3); review file and respond to same (.9); letter to Holme Roberts paralegal re: 1 box of Libby documents (.5); work on profit/loss project (1.3); conference with ARA re: same (.2); telephone call from Holme Roberts paralegal re: document requests for experts (.2); receipt and review of email from K&E counsel with questions on documents from criminal defense attorney (.3); review various document lists re: same (1.6); draft response to same (.3); letter to | 6.50 Hrs | $1,430.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | in-house counsel re: CPD business plans (.3); telephone call to ARA re: profit/loss documents (.2); email from K&E paralegal requesting various materials for former Grace employees (.2); telephone call to ARA re: same (.2) | | |
| 04/04/06 | ARA | Search for and obtain documents per MTM's instructions re: profit/loss information per in-house counsel's request (7.4). Oversee maintenance of the repository (.5). | 7.90 Hrs | $750.50 |
| 04/05/06 | MTM | Meeting with ARA at Winthrop Square re: profit/loss document project (2.2); receipt and review of emails from K&E counsel re: search for former employee's documents (.3); letter to K&E paralegal re: employee document binders (.2); receipt and review of chart of documents from Holme Roberts paralegal re: materials requested by Grace expert (.6); email to K&E paralegal re: same (.3); telephone call from in-house counsel re: Grace deposition lists and request for transcripts (.2); review inventories and telephone call to ARA re: same (.3) | 4.10 Hrs | $902.00 |
| 04/05/06 | ARA | Search for and obtain documents re: profit/loss information re: in-house counsel's request (5.5). Per MTM's request, locate and arrange for copying of deposition binders of 2 former Grace employees (1.0); oversee pickup by copy service (.3) receipt and return of binders to deposition library (.2). Per telephone call from MTM, locate former Grace employee's depositions in a particular case (.6); review and prepare transcripts for copying by copy service (.4). | 8.00 Hrs | $760.00 |
| 04/06/06 | MTM | Conference with ARA re: profit/loss document project (.2); email to Grace employee re: return of 3 out of 4 boxes of Libby documents (.2); telephone call from in-house counsel with request for ore shipment information (.1); review ore shipment binders and email to in-house counsel re: same (.3). | 0.80 Hrs | $176.00 |
| 04/06/06 | ARA | Search for and obtain documents re: profit/loss information re: in-house counsel's request (9.0); have them copied by copy service (.4). | 9.40 Hrs | $893.00 |
| 04/07/06 | MTM | Conference with ARA re: profit/loss document project (.2); review profit/loss documents (.3); letter to in-house counsel re: same (.3). | 0.80 Hrs | $176.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/07/06 | ARA | Search for and obtain documents re: profit and loss information re: in-house counsel's request (5.5). Oversee maintenance of the repository (.5). | 6.00 Hrs | $570.00 |
| 04/09/06 | RAM | Read selected documents filed in bankruptcy court (.7). Read correspondence re: CPD sales information requested by in-house counsel and re: documents requested by potential expert; note to MTM re: latter (.1). | 0.80 Hrs | $200.00 |
| 04/10/06 | RAM | Read correspondence re: Libby. | 0.10 Hrs | $25.00 |
| 04/10/06 | MTM | Telephone call to Grace expert re: his document request. | 0.30 Hrs | $66.00 |
| 04/11/06 | RAM | Read selected documents filed in bankruptcy court (.7). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.80 Hrs | $200.00 |
| 04/11/06 | MTM | Review letter from Canadian local counsel re: scope of Canadian document review (.2); return call to her re: same (.2); telephone call to in-house counsel re: same (.2); review file re: complete set of documents gathered in Canadian reviews and email to Canadian local counsel re: same (1.2); telephone call from Grace expert re: Libby documents (.3); email to Holme Roberts paralegal re: same (.2); review and respond to email from Canadian local counsel re: documents gathered in Canadian reviews (.5); email from K&E paralegal re: employee depositions (.1); telephone call to ARA re: same and Canadian document project (.3). | 3.20 Hrs | $704.00 |
| 04/11/06 | ARA | Per MTM's call, locate and review binders of depositions and interviews of former Grace employee. | 2.00 Hrs | $190.00 |
| 04/12/06 | RAM | Read selected documents filed in bankruptcy court (.6). Read DBM's memo re: documents not found that are mentioned in Grace memorandum (.1). | 0.70 Hrs | $175.00 |
| 04/12/06 | MTM | Telephone call from ARA re: employee depositions requested by K&E (.2); email from paralegal at criminal defense counsel's office re: deposition master list (.2); review files and email to K&E paralegal re: same (.5); receipt and review of email from two in-house counsels with questions re: ZAI in Canada (.3); review files and ore shipment binders re: same (.9); email response re: same (.4); telephone call from ARA re: Canadian documents (.2); review of former Grace employee files re: questions from in-house counsel re: Canadian ZAI sales (1.0). | 3.70 Hrs | $814.00 |
| 04/12/06 | ARA | Telephone calls to MTM re: contents of former employee's deposition summaries (.5); review same (1.0); prepare to have summaries copied (.4); oversee pickup and discuss copying instructions re: same (.5). Per MTM, search for and obtain Canadian documents (3.4). | 5.80 Hrs | $551.00 |

Mark A. Shelnitz

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/06 | RAM | Telephone conferences with in-house counsels. Read several emails re: what records exist of ZAI sales in Canada; email to MTM re: same. | 0.30 Hrs | $75.00 |
| 04/13/06 | MTM | Receipt and review of email from in-house counsel and Grace consultant re: ZAI sales in Canada (.3); email to paralegal in criminal defense counsel's office re: deposition and document collections (.3); identify ore shipment records to send to in-house counsel re: Canadian ZAI issue (.5); review prior files on this issue re: same (.9); email to in-house counsel re: results of that review (.6); review and respond to requests for various witness materials from paralegal at criminal defense counsel's office (.3); obtain same at Winthrop Square (1.0); review documents gathered in Canadian reviews re: copying for Canadian local counsel (.9); receipt and review of email from in-house counsel re: ZAI sales in Canada (.1); review list re: same (1.8). | 6.70 Hrs | $1,474.00 |
| 04/13/06 | ARA | Per MTM's request, prepare depositions requested by criminal defense counsel's office to be copied by copy service (.7); arrange for same (.4). | 1.10 Hrs | $104.50 |
| 04/14/06 | MTM | Complete review of documents re: ZAI sales in Canada (.7); review copies of ore shipment binder excerpts for in-house counsel (.3); conference with ARA re: same (.3); letter to paralegal at criminal defense counsel's office re: witness documents (.2); email from Canadian local counsel re: documents gathered in Canadian reviews (.2). | 1.70 Hrs | $374.00 |
| 04/14/06 | ARA | Meeting with MTM re: locating Canadian documents (.3); search for and obtain documents (1.1). Receipt of original deposition binders from copy service and quality control same (.3). | 1.70 Hrs | $161.50 |
| 04/18/06 | MTM | Telephone call from ARA re: Canadian ZAI sales documents(.2); telephone call to copy company re: cost of reproducing documents gathered in Canadian reviews (.2); review inventory of boxes at repository not covered by search for K&E counsel re: former Grace employee's documents (1.4); telephone call to ARA re: same (.3); email to K&E re: same (.3); telephone call to Canadian local counsel re: coding of documents gathered during Canadian reviews (.3); email to K&E paralegal re: master deposition list (.2) | 2.90 Hrs | $638.00 |
| 04/18/06 | ARA | Telephone call to MTM re: Canadian documents (.2). Document control (1.5). Per MTM's call, search for former employee's documents (.4) and discuss with MTM (.3). Quality control documents/depositions after copying and return them to the deposition library (3.4). | 5.80 Hrs | $551.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/19/06 | MTM | Telephone call from Canadian local counsel re: coding of documents gathered in Canadian reviews (.3); telephone call to copy company re: same (.2). | 0.50 Hrs | $110.00 |
| 04/19/06 | ARA | Prepare Canadian documents to review (.6); review documents (1.9); organize documents (4.5). | 7.00 Hrs | $665.00 |
| 04/20/06 | MTM | Receipt and review of email from Canadian local counsel and letter to in-house counsel re: Canadian document review (.2); receipt and review of email from in-house counsel re: same (.1); email to Canadian local counsel and copy company re: same (.2); receipt and review of discs from third production to PI creditors' committee (.1); review file re: materials from fourth and final production to them (.3); letter to K&E counsel re: same (.2); letter to claimant's counsel re: same (.1);  telephone call from Grace Cambridge re: return of videotape (.1); review sample Canadian documents re: ZAI sales (.5); telephone call from Grace expert witness requesting transcripts (.2); review lists and email same to expert witness (.3). | 2.30 Hrs | $506.00 |
| 04/20/06 | ARA | Review Canadian documents for ZAI sales (6.3). Produce documents and discuss with MTM (.5). | 6.80 Hrs | $646.00 |
| 04/21/06 | MTM | Telephone call from Grace expert witness requesting RFTSs (.3); email to Holme Roberts and K&E counsel re: same (.2); email from K&E counsel (.1); conference with ARA re: request for numerous employee transcripts from criminal defense counsel (.2). | 0.80 Hrs | $176.00 |
| 04/21/06 | ARA | Per MTM's request, obtain and review numerous employee deposition transcripts (6.9); prepare to have depositions copied and sent to criminal defense firm (1.0). | 7.90 Hrs | $750.50 |
| 04/24/06 | MTM | Receipt and review of email from K&E counsel re: deferred stipulated trial exhibits (.3); receipt and review of videotape from Grace Cambridge (.1); conference with ARA re: Canadian ZAI sales document project (.4); receipt and review of joint mediation report and documents re: deferred stipulation project (1.2); telephone call to K&E paralegal re: same (.2); email to Holme Roberts paralegal re: same (.3); receipt and review of letter from in-house counsel to Canadian government re: ZAI sales in Canada (.2); work on deferred exhibit stipulation project (2.0). | 4.70 Hrs | $1,034.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/24/06 | ARA | Follow up call to copy service to confirm depositions were sent to criminal defense firm (.2). Receipt of original depositions from copy service (.2). Review documents re: ZAI sales in Canada (6.7). | 7.10 Hrs | $674.50 |
| 04/25/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 04/25/06 | MTM | Work on deferred exhibit stipulation project (2.3); telephone call from K&E paralegal re: same (.2); receipt and review of email and chart from Grace employee re: Libby shipments to Canadian expanding plants (.2); cross check chart against information in ore shipment binders to sample accuracy (1.1); emails to and from Holme Roberts paralegal and K&E counsel re: deferred exhibit stipulation project (.3); receipt and review of email from Holme Roberts counsel re: request from Grace expert for Libby RFTSs (.2); review Canadian sales documents at Winthrop Square (1.9). | 6.20 Hrs | $1,364.00 |
| 04/25/06 | ARA | Review documents re: ZAI sales in Canada (5.8). Review former employee's depositions (1.3); arrange to have it copied for criminal defense firm (.3). | 7.40 Hrs | $703.00 |
| 04/26/06 | MTM | Review copies of Canadian sales documents (1.4); email to in-house counsel re: same (.3); meeting with ARA re: same (.5); telephone call to K&E paralegal re: deferred exhibit stipulation project (.2); receipt and review of spreadsheet from Holme Roberts paralegal re: same (.4); work on deferred exhibit stipulation project (1.2); telephone call from Holme Roberts paralegal re: same (.2); receipt and review of revised spreadsheet re: same (.3). | 4.50 Hrs | $990.00 |
| 04/26/06 | ARA | Receipt of Canadian document copies from copy service (.3); produce copies to MTM and discuss same (.5); per MTM's instructions, put documents in chronological order (5.8). Return WRG videotape to resource library (.2). Telephone calls from MTM and to Merrill Corp. re: status of copying former employee's deposition transcripts (.3). | 7.10 Hrs | $674.50 |
| 04/27/06 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $25.00 |
| 04/27/06 | MTM | Receipt and review of email from in-house counsel re: Libby personnel file (.1); review lists and telephone call to ARA re: same (.1); letter to in-house counsel re: same (.1); work on deferred exhibit stipulation project (2.0); receipt and review of email and chart from Grace employee re: Libby ore shipments to Canada (.2). | 2.50 Hrs | $550.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/27/06 | ARA | Per MTM's call, search for and obtain Libby personnel file (1.9) and arrange for copying for in-house counsel (.3). Discuss copy service bills with MTM (.3). Receipt of Libby personnel file from copy service and quality control same (.9). | 3.40 Hrs | $323.00 |
| 04/28/06 | RAM | Telephone conference with in-house counsel re: obtaining contact information for potential expert and re: other expert witnesses. Have MB obtain contact information re: potential expert. | 0.20 Hrs | $50.00 |
| 04/28/06 | MTM | Work on deferred exhibit stipulation project. | 0.40 Hrs | $88.00 |
| | | | TOTAL LEGAL SERVICES | $22,619.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 3.30 Hrs | 250/hr | $825.00 |
| MATTHEW T. MURPHY | 58.30 Hrs | 220/hr | $12,826.00 |
| ANGELA R. ANDERSON | 94.40 Hrs | 95/hr | $8,968.00 |
| | 156.00 Hrs | | $22,619.00 |

TOTAL THIS BILL          $22,619.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

June 1, 2006

Bill Number  93526
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through April 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/02/06 | RAM | Work on February fee application. | 1.40 Hrs | $350.00 |
| 04/03/06 | RAM | Work on February fee application. | 1.70 Hrs | $425.00 |
| 04/04/06 | MTM | Work on February fee application. | 0.10 Hrs | $22.00 |
| 04/10/06 | RAM | Work on February fee application (1.0). Send it to Delaware counsel to file (.1). | 1.10 Hrs | $275.00 |
| 04/25/06 | RAM | Work on March fee application. | 0.30 Hrs | $75.00 |
| 04/30/06 | RAM | Work on March fee application. | 0.20 Hrs | $50.00 |
| | | | TOTAL LEGAL SERVICES | $1,197.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.70 Hrs | 250/hr | $1,175.00 |
| MATTHEW T. MURPHY | 0.10 Hrs | 220/hr | $22.00 |
| | 4.80 Hrs | | $1,197.00 |

Mark A. Shelnitz

TOTAL THIS BILL        $1,197.00

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 1, 2006

Bill Number  93527
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through April 30, 2006

EXCESS POSTAGE                                                                    $10.58

FEDERAL EXPRESS

| | | |
|---|---|---|
| 04/04/06 | To Royal Bank Plaza, Toronto ON, Ogilyy Renault attorney from Casner and Edwards on 02/07/06 by MTM. | 153.31 |
| 04/04/06 | To Kirkland & Ellis attorney from Casner and Edwards on 3/13/06 by  MTM. | 49.02 |
| 04/04/06 | To Kirkland & Ellis attorney  from Casner and Edwards on 3/30/06 by MTM. | 27.17 |
| 04/04/06 | To Kirkland & Ellis attorney from Casner and Edwards on 3/24/06 by MTM | 16.19 |
| 04/04/06 | To Yarmuth Wilson Calfo, Seattle WA paralegal from Casner and Edwards on 03/21/06 by MTM. | 11.72 |
| 04/04/06 | To Kirkland & Ellis attorney from Casner and Edwards on 3/24/06 by MTM. | 69.94 |
| 04/04/06 | To Holme Roberts and Owen paralegal from Casner and Edwards on 03/17/06 by MTM | 98.89 |
| 04/04/06 | To Roe Cassidy Coates & Prince attorney from Casner and Edwards on 03/21/06 by MTM. | 15.36 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through April 30, 2006

### FEDERAL EXPRESS

| | | |
|---|---|---:|
| 04/04/06 | To Kirkland & Ellis attorney from Casner and Edwards on 03/21/06 by MTM | 10.14 |
| 04/20/06 | To Holme Roberts & Owen LLP, Denver Co paralegal from Casner and Edwards on 4/04/06 by MTM. | 110.40 |
| 04/20/06 | To W R Grace & Co. in-house counsel from Casner and Edwards on 4/04/06 by MTM. | 17.47 |
| 04/20/06 | To Kirkland & Ellis paralegal from Casner and Edwards on 4/05/06 by MTM. | 45.68 |
| 04/20/06 | To W R Grace & Co. in-house counsel from Casner and Edwards on 4/05/06 by MTM. | 46.16 |
| 04/20/06 | To Kirkland and Ellis attorney from Casner and Edwards on 3/31/06 by MTM. | 93.83 |
| | | **$765.28** |

PACER ONLINE SEARCH                                                                   $95.60

### OUTSIDE PHOTOCOPYING

| | | |
|---|---|---:|
| 04/07/06 | MERRILL COMM - Copies of Grace standard exhibits re chronology project (3/16/06). | 22.32 |
| 04/07/06 | MERRILL COMM - General fact chronology documents (3/24/06). | 172.74 |
| 04/07/06 | MERRILL COMM - Libby personnel file for in-house counsel (3/15/06). | 58.91 |
| 04/07/06 | MERRILL COMM - Copies for Winthrop Square production to criminal defendant's counsel (trip 2) (3/10 - $27.03;3/10-$80.26;3/20-$13.17 and 3/21-$15.59) | 136.05 |
| 04/07/06 | MERRILL COMM -Backup documents cited in Grace memorandum (3/31/06) | 94.25 |
| 04/07/06 | MERRILL COMM - Vermiculite chronology documents for K&E on 3/13/06 | 126.65 |
| 04/07/06 | MERRILL COMM - CPD Business Plans for in-house counsel (3/31/06) | 143.80 |
| 04/18/06 | MERRILL COMM -Copies of profit and loss documents (4/6/06). | 24.57 |
| 04/18/06 | MERRILL COMM -Copies of former employee's depositions | 249.48 |
| 04/18/06 | MERRILL COMM -Copies of employee testimony/documents requested by K+E (4/05/06) | 98.42 |
| | | **$1,127.19** |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through April 30, 2006

PHOTOCOPYING

| | | |
|---|---|---:|
| 04/04/06 | 96 copies at .12 per copy | 11.52 |
| 04/04/06 | 121 copies at .12 per copy | 14.52 |
| 04/04/06 | 2 copies at .12 per copy | 0.24 |
| 04/05/06 | 684 copies at .12 per copy | 82.08 |
| 04/07/06 | 244 copies at .12 per copy | 29.28 |
| 04/11/06 | 4 copies at .12 per copy | 0.48 |
| 04/13/06 | 3 copies at .12 per copy | 0.36 |
| 04/14/06 | 25 copies at .12 per copy | 3.00 |
| 04/14/06 | 4 copies at .12 per copy | 0.48 |
| 04/21/06 | 2 copies at .12 per copy | 0.24 |
| 04/25/06 | 1 copies at .12 per copy | 0.12 |
| | | $142.32 |

TELEPHONE

| | | | |
|---|---|---|---:|
| 04/11/06 | 329 | 4162164080 | 0.44 |
| 04/11/06 | 329 | 4105314355 | 0.66 |
| 04/25/06 | 329 | 3038660691 | 0.99 |
| | | | $2.09 |

RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 04/03/06 | RREEF AMERICA REIT I-Rent and utilities for document repository at One Winthrop Square - April 2006. | 12,376.49 |
| | | $12,376.49 |

MISCELLANEOUS

| | | |
|---|---|---:|
| 04/07/06 | RECORDKEEPER ARCHIVE-Monthly storage fee (4/06). | 402.30 |
| 04/07/06 | RECORDKEEPER ARCHIVE-February 2006 Delivery Charges | 108.00 |
| | | $510.30 |

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $15,029.85 |

Mark A. Shelnitz

| | |
|---|---|
| **TOTAL THIS BILL** | **$15,029.85** |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

June 1, 2006

Bill Number  93528
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through April 30, 2006

FEDERAL EXPRESS

| | | |
|---|---|---|
| 04/04/06 | To Pachulski Stang Ziehl Young , Scotta McFarland from Casner and Edwards on 3/27/06 by RAM. | 13.95 |
| | | $13.95 |

TELEPHONE

| | | | |
|---|---|---|---|
| 04/25/06 | 357 | 4105314545 | 3.30 |
| | | | $3.30 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $17.25 |

Mark A. Shelnitz

TOTAL THIS BILL          $17.25