# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
### January 1, 2006 through March 31, 2006

1.      Asbestos: Claims Analysis & Evaluation – 45.8 hours ($19,420.00)

During the Application Period, the Applicant reviewed the expert report of Mark Peterson and addressed various issues raised by the report. The Applicant also attended weekly conferences with PD Committee members and counsel. Additionally, the Applicant reviewed the documents and databases provided by counsel.