# EXHIBIT "C"

# HR&A                                           INVICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

February 10, 2006

Invoice No. HRA20050210

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of January, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.0 hours @ $ 550 per hour | $ 1,100.00 |
| Robert H. Sims<br>0.5 hours @ $ 400 per hour | 200.00 |
| Paul K. Honig<br>2.0 hours @ $ 275 per hour | 550.00 |
| **TOTAL DUE:** | **$ 1,850.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351
NORTHERN CALIFORNIA         LOS ANGELES          NEW YORK

JANUARY, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>     <u>TIME</u>     <u>TASK</u>

01/06/06    1.5    Review CDs received, data dictionaires, identify questions (1.0); conference call with J. Hass, Paul K. Honig, Robert H. Sims, M. Kramer re: data and questions (0.5).

01/12/06    0.5    Participate in Committee phone call.

TOTAL:              2.0

JANUARY, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

DATE       TIME     TASK

01/06/06   0.5      Participate in teleconference re: project status and schedule.

TOTAL:              0.5

JANUARY, 2006 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
|---|---|---|
| 01/06/06 | 1.0 | Examine the CD with data files & email picture of directory to Matt Kramer; conference call regarding data. |
| 01/11/06 | 1.0 | Spoke with Wanda regarding data disk contents, sent e-mail picture of directory structure. |
| TOTAL: | 2.0 | |

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

April 12, 2006

Invoice No. HRA20060412

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of March, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>18.6 hours @ $ 550 per hour | $ 10,230.00 |
| Robert H. Sims<br>11.0 hours @ $ 400 per hour | 4,400.00 |
| Paul K. Honig<br>8.0 hours @ $ 275 per hour | 2,200.00 |
| Joshua S. Katz<br>3.7 hours @ $ 200 per hour | 740.00 |
| **TOTAL DUE:** | **$ 17,570.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA            LOS ANGELES              NEW YORK

MARCH, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
| --- | --- | --- |

03/02/06   0.5   E-mail exchange with Matt Kramer about expert phone call.

03/03/06   1.0   Talk with Joshua S. Katz re committee call (0.3); call Scott L. Baena re appointment of mediator (0.2); talk with Jim Hass re phone call with party experts, request permission to call Grace for more information directly (0.5).

03/06/06   0.5   Conference call with F. Zaremby, Jay Hughes and Jim Hass, representing Grace, and Robert H. Sims and Paul K. Honig re data base.

03/21/06   2.0   Pre-call with Matt Kramer re later call with Jay Sakalo and Scott L. Baena (0.5); prepare for conference call with J. Sakalo re mediation (1.0); conference call with Scott Baena, J. Sakalo, M. Kramer and others (0.5).

03/22/06   2.3   Read Mark Peterson's Report of Grace liabilities as of March 30, 1998 (2.0); e-mails to Robert H. Sims to answer questions (0.3).

03/23/06   8.3   Read Mark Peterson Second Report of Grace liabilities as of March 31, 1998 (2.0); analyze Peterson analysis (4.0); conference call with Robert H. Sims and Joshua S. Katz re: role of PI estimates in ongoing Grace PD negotiations (0.6); conference call with Scott Baena and J. Sakalo (0.5); further discussion with Robert H. Sims and Joshua S. Katz re J. Sakalo's questions (0.5); further review of second Peterson report (0.5); phone message to J. Sakalo on other thoughts (0.2).

03/24/06   3.0   Review Grace status report (0.5); further review of Peterson report (1.0); talk with Mark Peterson as requested by Scott L. Baena and set up longer call (0.5); review Robert H. Sims' recalculation of liabilities in report to add additional years not addressed in Sealed Air analysis (1.0).

MARCH, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR) continued

<u>DATE</u>       <u>TIME</u>    <u>TASK</u>

03/27/06    1.0     Discuss past Grace estimate with Mark Peterson and probable scale of updated estimate (0.8); summarize said discussion with Scott L. Baena (0.2).

TOTAL:          18.6

MARCH, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|---|---|---|
| 03/06/06 | 1.3 | Call preparation (0.8) and teleconference re: Grace asbestos claims data (0.5). |
| 03/21/06 | 1.0 | Review Peterson liability estimates. |
| 03/22/06 | 3.3 | Continue review of Peterson liability estimates. |
| 03/23/06 | 3.6 | Prepare tables of Peterson analysis with forecast ranges (2.5); conference call with Francine F. Rabinovitz and Joshua S. Katz re: role of PI estimates in ongoing Grace negotiations (0.6); further discussion with Francine F. Rabinovitz and Joshua S. Katz re J. Sakalo's questions (0.5). |
| 03/24/06 | 1.8 | Test $7 billion liability estimate. |
| TOTAL: | 11.0 | |

MARCH, 2006 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>         <u>TIME</u>      <u>TASK</u>

03/06/06     5.5       Prepare for and participate in conference call (0.5); review data disk contents (4.0); prepare CD directory snapshot for client (1.0).

03/07/06     1.5       Review notes and files for data processing.

03/21/06     1.0       Review CD inventory with Joshua S. Katz and Robert H. Sims.

TOTAL:                 8.0

MARCH, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

| DATE | TIME | TASK |
|---|---|---|
| 03/02/06 | 0.7 | Attend weekly Grace Committee conference call. |
| 03/03/06 | 0.3 | Talk with Francine F. Rabinovitz re committee call. |
| 03/23/06 | 2.7 | Weekly conference call (1.3); call with Robert H. Sims and Francine F. Rabinovitz on role of PI estimates in ongoing Grace negotiations (0.6); review of Peterson personal injury forecast reports (0.3); further discussion with Francine F. Rabinovitz and Robert H. Sims re J. Sakalo's questions (0.5). |
| TOTAL: | 3.7 | |