# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD

## JANUARY 1, 2006 THROUGH MARCH 31, 2006

1. Claims Administration/Objections (Asbestos) –1.7 hours ($510.00)

During the Application Period, the Applicant studied the expert's report and affidavit on constructive notice. In addition, the Application researched archives and newspaper articles.