# EXHIBIT "C"



**Hilsoft Notifications**
*123 E. Broad St*
*Souderton, PA 18964*

New Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2006 | 44408 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center, Suite 2501<br>Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
|  |  |  | Staff time and out of pocket expenses in connection with the W. R. Grace Bankruptcy. TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, JAK: Judith Kooker |  |  |
| SW | 1.7 | 1/3/2006 | Research articles on asbestos cited by defendant's expert. | 300.00 | 510.00 |
| MCI | 1 | 1/24/2006 | Telephone charges on 12/19/05. | 0.51 | 0.51 |
| COPY | 126 |  | Photocopies of Documents through 01/31/06. | 0.04 | 5.04 |

Fed. ID 23-2785427
Thank You

**Total**  $515.55