IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AFFIDAVIT OF DISINTERESTEDNESS OF ALLAN S. JONES IN SUPPORT OF CARR ALLISON P.C.'S RETENTION <u>AS AN ORDINARY COURSE PROFESSIONAL</u>**

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | s.s. |
| COUNTY OF JEFFERSON | ) | |

I, ALLAN S. JONES, being duly sworn, deposes and says:

1. I am a partner with Carr Allison P.C., located at 100 Vestavia Parkway, Birmingham, Alabama 35216 (the "Firm").

2. The Debtors have requested that the Firm provide legal services as local counsel for the defense of asbestos cases and other types of matters including product claims to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practices, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties in interest in these chapter 11 cases. The Firm does not does not represent any entity against the Debtors. The Firm was hired by both W.R. Grace & Co. and USG Corporation for the same purpose of performing services as local counsel in connection with these chapter 11 cases. The representations the Firm has with both W.R. Grace & Co. and USG

Corporation are not adverse to the Debtors or their estates.

4. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Firm has read the Order Pursuant to 11 U.S.C. § 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business dated May 3, 2001, and understands the limitations on compensation allowed to be paid to an ordinary course professional.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

CARR ALLISON P.C.

By: _____
Name: Allan S. Jones
Title: Attorney

Sworn to and subscribed
before me on the _8th_
day of _March_, 2006.

_[signature: Stephanie Hoffley]_

Notary Public
My Commission Expires: 5-14-06

Notary Public
My Commission Expires: 5-14-06