**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S AMENDED FINAL REPORT REGARDING**
**FEE APPLICATION OF CAPLIN & DRYSDALE,**
**CHARTERED FOR THE NINETEENTH INTERIM PERIOD**

This is the amended final report of Warren H. Smith & Associates, P.C., acting in its capacity

as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of</u>

<u>Caplin & Drysdale, Chartered for the Nineteenth Interim Period</u> (the "Application").

**BACKGROUND**

1.      Caplin & Drysdale, Chartered ("Caplin") was retained as national counsel to the

Official Committee of Asbestos Personal Injury Claimants.  In the Application, Caplin seeks

approval of fees totaling $400,120.75 and costs totaling $25,431.25 for its services from October 1,

2005, through December 31, 2005.

2.      In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Application in its entirety, including each of the time and expense

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.  We served on Caplin an initial report

based on our review, and received a response from Caplin, portions of which response are quoted

herein.  After the filing of our original final report, we discovered  new information that caused us

to amend that report.

## DISCUSSION

3.      In our initial report, we noted that during the application period, DBS ($220), SAT

($175) and VW ($175) spent 47.0 hours and $12,598.00 on tasks that appear to be of a clerical

nature.  The entries are provided as Exhibit A.  We asked Caplin to explain why the activities cited

in Exhibit A should not be viewed as clerical.  Caplin responded as follows:

> The tasks referenced in paragraph 3 of the Initial Report and performed by paralegals
> Samira A. Taylor and David B. Smith were not clerical in nature.  Ms. Taylor and
> Mr. Smith were rather performing the following tasks:
>
> (1)      identifying and, using Westlaw, obtaining and marking for attorney review,
> cases that had been cited in the Debtors bar date motion brief;
>
> (2)       identifying, sorting and marking documents produced in response to a
> discovery request, again for review by Caplin & Drysdale attorneys;
>
> (3)     reviewing court papers and case files to obtain information for spreadsheets to
> be employed  by Caplin & Drysdale attorneys in plan negotiations;
>
> (4)      reviewing case files and document productions to gather and mark exhibits,
> including medical records, to be used at depositions;
>
> (5)     reviewing court dockets to gather and mark court pleadings and transcripts for
> use by Caplin & Drysdale attorneys.
>
> In each instance, the task performed required the identification, analysis and
> annotation of court filings or, in the case of the discovery requests, documents

relating to a document production.  Indeed, the clerical staff is not trained to access and employ either the court's electronic docket system or legal research tools such as Westlaw.  Nor does the clerical staff have either the understanding of legal procedure and legal terms needed to identify pleadings and other court filings, or the legal expertise necessary to identify, mark and organize trial and deposition exhibits.  Such tasks required legal training and skills and, consequently, were performed by Ms. Taylor and Mr. Smith rather than a clerk or secretary.

We appreciate the response and agree that, upon further review, time for some of the cited entries should be compensated at normal billing rates.  However, we still maintain that such activities as the pulling of exhibits and the compilation and copying of spreadsheets should be billed at no more than $80.00 per hour. In keeping with that reassessment, we have changed our Exhibit A to reflect those activities for which we still recommend reduction.  The total billing for those activities is $630.00. At $80.00 per hour, we calculate the billing would have been $288.00.  We thus recommend a reduction of $342.00 ($630.00 minus $288.00) in fees.

### CONCLUSION

4.    Thus we recommend approval of fees totaling $399,778.75 ($400,120.75 minus $342.00) and costs totaling $25,431.25 for Caplin's services from October 1, 2005, through December 31, 2005.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
          Warren H. Smith
          Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 9th day of June, 2006.

_____
          Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Elihu Inselbuck
Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Exhibit A

| | | | | |
|---|---|---|---|---|
| 11/4/2005 | SAT | 175.00 | 0.80 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/8/2005 | SAT | 175.00 | 0.50 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/9/2005 | SAT | 175.00 | 0.70 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/14/2005 | SAT | 175.00 | 0.60 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/16/2005 | SAT | 175.00 | 0.50 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/17/2005 | SAT | 175.00 | 0.10 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 12/2/2005 | VW | 175.00 | 0.40 | Pull exhibits per SC. |