IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: May 10, 2006 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Timely Objections Are Filed

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006, FOR THE QUARTER OF JANUARY 2006 – MARCH 2006

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | July 19, 2001 |
| Period for which compensation and reimbursement is sought: | **February 1, 2006 – February 28, 2006** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$7,574.50 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT

Amount of expense reimbursement sought as
actual, reasonable, and necessary:          **$127.34 for the period**


This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(3.20)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately **$ (368.00).**


Prior fee applications:

|  |  | **Requested** |  | **Approved** |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
|---|---|---|---|---|---|
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

| | | | | | |
|---|---|---|---|---|---|
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004 – March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004 – April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004 – May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004 – September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004 – October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |

| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
|---|---|---|---|---|---|
| March 27, 2006 | December 1, 2005 – December 31, 2005 | $7,582.50 | $26.28 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $310.00 | 1.00 | $310.00 |
| B.F. Hawkins, Jr. | Partner | 14 years | Environmental | $310.00 | .70 | $217.00 |
| Cory E. Manning | Of Counsel | 8 years | Business Litigation | $260.00 | 22.30 | $5,798.00 |
| G.P. Caulk* | Of Counsel | 12 years | Finance, Government | $275.00 | .70 | $192.50 |
| B.J. Burn | Associate | 6 years | Bankruptcy | $230.00 | .50 | $115.00 |

Grand Total for Fees: $6,632.50
Blended Rate:      $263.19

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| L.P. Dewey | Paralegal | 11 years | Litigation | $130.00 | 1.10 | $143.00 |
|---|---|---|---|---|---|---|
| A.R. Price | Paralegal | 3 years | Bankruptcy | $115.00 | 6.10 | $701.50 |
| A. Emory* | Project Assistant | 1 year | Litigation | $75.00 | 1.30 | $97.50 |

Grand Total for Fees: $942.00
Blended Rate:      $110.82

* G.P. Caulk and A. Emory are new timekeepers appearing in this billing cycle.

5

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/01527 | Quality Maintenance, Inc. | 24.70 | $6,038.50 |
| 02399/06032 | Charleston | 2.40 | $719.50 |
| 02399/06091 | Fee Applications | 6.60 | $816.50 |
| **TOTAL** | | **33.70** | **$7,574.50** |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $3.00 |
| CopyOut | $90.56 |
| Photocopies | $3.80 |
| Courier | $18.00 |
| Fed Ex | $11.98 |
| **TOTAL** | **$127.34** |

Nelson
Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Scott Whittier
7500 Grace Drive
Columbia, MD 21044

March 17, 2006
Invoice 733338 Page 1

Our Matter # 02399/01527
Docket No. 2005-CP-02-879
Name of Matter: Quality Maintenance, Inc.

For Services Through 02/28/06

02/01/06 Review discovery and pleadings in preparation for settlement conference (5.9); telephone conference with Ms. Gray regarding the same (0.4); telephone conference with Mr. Fishel regarding the same (0.3).
C.E. MANNING 6.60 hrs. 260.00/hr $1,716.00

02/02/06 Prepare for settlement conference (2.0); telephone conference with Mr. Fishel regarding settlement conference (0.6); attend settlement conference with Ms. Gray (1.1); review Quality Maintenance, Inc. bankruptcy documents (0.6); draft e-mail memorandum to Scott Whittier and Mr. Fishel regarding settlement conference (0.8); telephone conference with Mr. Whittier regarding the same (0.3); telephone conference with Attorney Hawkins regarding the same (0.3); review discovery requests (0.3).
C.E. MANNING 6.00 hrs. 260.00/hr $1,560.00

02/03/06 Telephone conference with Mr. Fishel regarding settlement efforts and discovery requests (0.8); telephone conference with Ms. Gray regarding the same (0.7).
C.E. MANNING 1.50 hrs. 260.00/hr $390.00

02/07/06 Review file and correspondence (0.4); telephone conversation with Ms. Gray regarding the same (0.2).
C.E. MANNING 0.60 hrs. 260.00/hr $156.00

02/14/06 Review documents received from Mr. Fishel (0.6); telephone conference with Mr. Fishel regarding the same (0.5); review discovery received from plaintiff (0.5); send e-mail to Mr. Fishel regarding discovery requests (0.4).
C.E. MANNING 2.00 hrs. 260.00/hr $520.00

02/15/06 Draft response to defendant's second set of requests for production of documents (0.6); review document production (0.5).
C.E. MANNING 1.10 hrs. 260.00/hr $286.00

02/16/06 Prepare discovery documents for service to plaintiff (0.8); review document production (0.3); telephone conference with Mr. Fishel regarding the same (0.4).
C.E. MANNING 1.50 hrs. 260.00/hr $390.00

02/22/06 Telephone conversation with Mr. Fishel regarding discovery matters (0.7); draft supplemental discovery response to Ms. Gray (0.8).
C.E. MANNING 1.50 hrs. 260.00/hr $390.00

02/26/06 Review additional documents received from Mr. Fishel (0.7); draft letter to Ms. Gray regarding the same (0.2).
C.E. MANNING 0.90 hrs. 260.00/hr $234.00

W. R. Grace & Co.

March 17, 2006
Invoice 733338 Page 2

| Date | Description | | | Amount |
|---|---|---|---|---|
| 02/27/06 | Review additional documents received from Mr. Fishel (0.3); e-mail to Leslie Dewey regarding discovery issues (0.1); meet with Ms. Dewey regarding the same (0.2). | | | |
| | C.E. MANNING | 0.60 hrs. | 260.00/hr | $156.00 |
| 02/27/06 | Assist in preparation of additional document production. | | | |
| | L.P. DEWEY | 0.50 hrs. | 130.00/hr | $65.00 |
| 02/27/06 | Assist in Bates labeling additional production documents. | | | |
| | A. EMORY | 1.30 hrs. | 75.00/hr | $97.50 |
| 02/28/06 | Continue to assist in preparation of additional document production. | | | |
| | L.P. DEWEY | 0.60 hrs. | 130.00/hr | $78.00 |

**Fees for Legal Services** ............................................................................................... **$6,038.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C.E. MANNING | 22.30 | 260.00 | 5,798.00 |
| L.P. DEWEY | 1.10 | 130.00 | 143.00 |
| A. EMORY | 1.30 | 75.00 | 97.50 |
| TOTAL | 24.70 | 244.47 | 6,038.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 02/01/2006 | Telephone 1-803-648-9575 | 0.05 |
| 02/03/2006 | Telephone 1-803-648-9575 | 1.05 |
| 02/14/2006 | Telephone 1-803-648-9575 | 0.05 |
| 02/15/2006 | Photocopies 76 Page(s) | 3.80 |
| 02/16/2006 | Telephone 1-803-648-9575 | 0.05 |
| 02/21/2006 | VENDOR: Ikon Office Solutions; INVOICE#: L0706010303; DATE: 2/21/2006 - January Copy Charges | 66.23 |
| 02/21/2006 | VENDOR: Ikon Office Solutions; INVOICE#: L0706010303; DATE: 2/21/2006 - January Copy Charges | 16.22 |
| 02/21/2006 | VENDOR: Ikon Office Solutions; INVOICE#: L0706010303; DATE: 2/21/2006 - January Copy Charges | 8.11 |
| 02/22/2006 | Telephone 1-803-648-9575 | 1.80 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$97.36**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 90.56 |
| Photocopies | 3.80 |
| Telephone | 3.00 |
| TOTAL | $97.36 |

**Net current billing for this invoice** ............................................................................ **$6,135.86**

**GRAND TOTAL** ........................................................................................................... **$6,135.86**

W. R. Grace & Co.

March 17, 2006
Invoice 733338 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/06

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | |
|---|---:|
| Fees for Professional Services | $6,038.50 |
| Charges for Other Services Provided/Expenses Incurred | $97.36 |
| **Net current billing for this invoice**................................................................ | **$6,135.86** |
| **GRAND TOTAL** ................................................................................................. | **$6,135.86** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia B. Duff, Esquire  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

March 17, 2006  
Invoice 733336  Page 1

Our Matter #        02399/06032                       For Services Through 02/28/06  
WR Grace #         063-KL-721490-01-0501221  
Name of Matter:    Charleston

| | | | | |
|---|---|---|---|---|
| 02/06/06 | Complete correspondence to Mr. Joyner regarding correction of permit, forward to Mr. Bucens for review (0.4); telephone conference with Mr. Bucens regarding same, and CSX property issue (0.2); prepare correspondence to Ms. Socha regarding permit (0.2). | | | |
| | N.J. SMITH | 0.80 hrs. | 310.00/hr | $248.00 |
| 02/15/06 | Message from Mr. Joyner regarding amendment request and reply to question to help expedite coordination with Bureau of Water on 401 certification issue. | | | |
| | N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |
| 02/21/06 | Review and arrange for response on real estate question. | | | |
| | B.F. HAWKINS, JR. | 0.70 hrs. | 310.00/hr | $217.00 |
| 02/21/06 | Receive and review e-mail from Attorney Jack Smith and Attorney Hawkins; receive, review and respond to e-mail from Ms. Finkelstein. | | | |
| | G.P. CAULK | 0.70 hrs. | 275.00/hr | $192.50 |

**Fees for Legal Services** ............................................................................................ **$719.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 1.00 | 310.00 | 310.00 |
| B.F. HAWKINS, JR. | 0.70 | 310.00 | 217.00 |
| G.P. CAULK | 0.70 | 275.00 | 192.50 |
| TOTAL | 2.40 | $299.79 | $719.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

01/17/2006    Courier charge                                                                                     18.00  
**Total Charges for Other Services Provided/Expenses Incurred** ...................... **$18.00**

W. R. Grace & Co.

March 17, 2006
Invoice 733336  Page 2

## DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Courier - In | 18.00 |
| TOTAL | $18.00 |

**Net current billing for this invoice** .................................................................................... $737.50

**GRAND TOTAL** ............................................................................................................... **$737.50**

W. R. Grace & Co.
                                                  March 17, 2006
                                               Invoice 733336  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/06

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | | |
|---|---|---|
| Fees for Professional Services | $719.50 | |
| Charges for Other Services Provided/Expenses Incurred | $18.00 | |
| **Net current billing for this invoice** ................................................................ | | $737.50 |
| **GRAND TOTAL**.................................................................................................. | | **$737.50** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia B. Duff, Esquire
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

March 17, 2006
Invoice 733337  Page  1

Our Matter #         02399/06091                       For Services Through 02/28/06
Name of Matter:      Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/17/06 | Analyze December 2005 billing invoices and draft fee application for attorney review and signature.<br>A.R. PRICE | 2.90 hrs. | 115.00/hr | $333.50 |
| 02/17/06 | Begin drafting 19th quarterly fee application.<br>A.R. PRICE | 1.30 hrs. | 115.00/hr | $149.50 |
| 02/21/06 | Edit and revise December fee application.<br>B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 02/21/06 | Review pacer for status of outstanding quarterly fee applications.<br>B.J. BURN | 0.20 hrs. | 230.00/hr | $46.00 |
| 02/23/06 | Analyze bills for 4th quarter and finish drafting 19th Quarterly Fee Application.<br>A.R. PRICE | 1.90 hrs. | 115.00/hr | $218.50 |

**Fees for Legal Services** ................................................................................ **$816.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.50 | 230.00 | 115.00 |
| A.R. PRICE | 6.10 | 115.00 | 701.50 |
| TOTAL | 6.60 | 123.71 | 816.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 02/17/2006 | Federal Express charge | 11.98 |
| | Total Charges for Other Services Provided/Expenses Incurred ..................... | **$11.98** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 11.98 |
| TOTAL | $11.98 |

W. R. Grace & Co.

March 17, 2006
Invoice 733337  Page 2

| | |
|---|---:|
| **Net current billing for this invoice** | **$828.48** |
| **GRAND TOTAL** | **$828.48** |

W. R. Grace & Co.
          March 17, 2006
          Invoice 733337 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $816.50 |
| Charges for Other Services Provided/Expenses Incurred | $11.98 |
| **Net current billing for this invoice** | **$828.48** |
| **GRAND TOTAL** | **$828.48** |

**Terms of Payment: Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

7

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.       The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                    Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this ___ day of April_____, 2006

_____(L.S.)
Notary Public for South Carolina
My Commission Expires: 9/3/09

8