**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., a Delaware** | § | **Jointly Administered** |
| **Corporation, et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| **Debtors.** | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 12551: ENTERED IN ERROR**

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the Court to withdraw the Fee Auditor's Final Report Regarding Fee Application Of Swidler Berlin, LLP For The Nineteenth Interim Period located at Docket No. 12551.

Date: June 12, 2006

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES. P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com