## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | |
| | ) | Related to: 12462 |
| | ) | |
| | ) | **No Order Required** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 12462

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Verified Application of The Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from March 1, 2006 through March 31, 2006 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Application, objections were to be filed no later than June 8, 2006.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay $1,081.20[1] upon the filing of this certification and without the need for entry of a Court order approving the application.

---

[1] The aggregate total is a result of the addition of 80% of the fees sought ($1,351.50), $1,081.20, and 100% of the expenses sought ($0.00) during the time frame of March 1, 2006 through March 31, 2006.

1

Dated: June 12, 2006
     Wilmington, DE                **BUCHANAN INGERSOLL PC**

*/s/ William David Sullivan*
William D. Sullivan (# 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
(302) 428-5500

-and-

**THE SCOTT LAW GROUP, P.S.**

Darrell W. Scott, Esq..
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 747-3906

*Additional Special Counsel For*
*ZAI Claimants*