IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Re: 6/19/06 Agenda Item No. 6**
**Various Docket Numbers**

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE NINETEENTH PERIOD

1.    The undersigned counsel hereby submits, on behalf of the Fee Auditor,

Warren H. Smith, the proposed *Order Approving Quarterly Fee Applications for the Nineteenth*

*Period* (the "Order").  The Order is attached hereto as Exhibit 1.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      The amounts set forth in the Order are the amounts that the Fee Auditor

recommends the Court approve for payment.   All parties have agreed to accept the fee auditor's

recommendations.

3.      The respective Interim Fee Applications are scheduled to be heard at the

June 19, 2006 omnibus hearing.

Dated: June 12, 2005            KIRKLAND & ELLIS LLP
                                James H.M. Sprayregen, P.C.
                                Janet S. Baer
                                200 East Randolph Drive
                                Chicago, Illinois  60601
                                (312) 861-2000
                                (312) 861-2200 (fax)

                                and

                                PACHULSKI STANG ZIEHL YOUNG JONES &
                                WEINTRAUB LLP

                                _James E. O'Neill_

                                Laura Davis Jones (Bar No. 2436)
                                James E. O'Neill (Bar No. 4042)
                                919 North Market Street, 17th Floor
                                P.O. Box 8705
                                Wilmington, Delaware  19899-8705 (Courier 19801)
                                Telephone:  (302) 652-4100
                                Facsimile:   (302) 652-4400

                                Co-Counsel for the Debtors and Debtors in Possession