IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 19, 2006, AT <u>2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD</u>**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [Docket No. 7709]**

**<u>UNCONTESTED MATTERS</u>**

1. Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 4/10/06] (Docket No. 12225)

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Proposed] Order Authorizing the Debtors to make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering the Debtors' Employees [Filed: 4/10/06] (Docket No. 12225)

**b. Certification of Counsel on Order Authorizing the Debtors to Make Legally Required Minimum Contributions to the Defined Benefit Pension Plans Covering the Debtors' Employees [Filed: 6/9/06] (Docket No. 12623)**

Response Deadline: April 28, 2006, at 4:00 p.m. Extended for all parties by agreement to June 2, 2006 at 4:00 p.m. consistent with the hearing being continued to June 19, 2006

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

2. Motion of Debtors for Entry of an Order Approving a Stipulation Settling Claims Concerning the Wauconda Site and Authorizing Payment Thereunder [Filed: 5/15/06] (Docket No. 12431)

Related Documents:

a. [Proposed] Order Approving a Stipulation Settling Claims Concerning the Wauconda Site and Authorizing Payment Thereunder [Filed: 5/15/06] (Docket No. 12431)

**b. Notice of Lodging Settlement Agreement [Filed: 5/18/06] (Docket No. 12454)**

**c. Certification of No Objection Regarding Docket No. 12431 [Filed: 6/12/06] (Docket No. 12631)**

Response Deadline: June 2, 2006, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: **No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

## CONTESTED MATTERS

3. Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

Related Motions:

a. Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12575)

**(i) [Signed] Modified Order Granting Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 6/7/06] (Docket No. 12609)**

Related Documents:

a. Debtors' [Proposed] Order Approving the Debtors' Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

Response Deadline: June 2, 2006, at 4:00 p.m.

Responses Received:

a. The Future Claimants' Representative's Objection to the Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12573)

b. Libby Claimants' Objection to Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12574)

c. Objection of the Official Committee of Asbestos Personal Injury Claimants to the Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12579)

d. Joinder of Official Committee of Asbestos Property Damage Claimants to the Objections of (A) the Official Committee of Asbestos Personal Injury Claimants and (B) the Future Claimants' Representative to the Motion of the Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12580)

**Status: This matter has been continued to July 24, 2006, at 2:00 p.m.**

4. Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

Related Documents:

a. [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

b. [Signed] Fourth Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 3/27/06] (Adv. Pro. No. 05-52724, Docket No. 13)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

Related Document

a. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

Replies Received:

a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

**Status: The parties have agreed to continue this matter until July 24, 2006, at 2:00 p.m.**

5. Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

Related Documents:

a. Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

b. Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

**Status: The parties have agreed to continue this matter until July 24, 2006, at 2:00 p.m.**

## QUARTERLY FEE APPLICATIONS

6. Nineteenth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2005 through December 31, 2005.

Related Documents:

a. **Certification of Counsel Regarding Nineteenth Quarter Project Category Summary [Filed: 6/12/06] (Docket No. 12632)**

b. **Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Nineteenth Period [Filed: 6/12/06] (Docket No. 12633)**

Status: This matter will be going forward.

## FINAL FEE APPLICATIONS

7. Fourth and Final Application of Lynch Keefe Bartels for Compensation for Services Rendered and Reimbursement of Expenses on Behalf of John E. Keefe, Sr., as a Court-Appointed Advisor for the Period From April 1, 2003 Through January 10, 2005 [Filed: 3/22/06] (Docket No. 12106)

Related Documents:

a. [Proposed] Fourth and Final Order Awarding Fees and Expenses to Lynch Keefe Bartels on Behalf of the Court Appointed Advisor, John E. Keefe, Sr. [Filed: 3/22/06] (Docket No. 12106)

Response Deadline: to be determined.

Responses Received: None as of the date of this Notice of Agenda.

Status: This mater will go forward.

8. Application of Dies & Hile, L.L.P. for Final Approval and Allowance of Compensation and Reimbursement of Expenses Related Solely to Services Rendered in the Sealed Air and Fresenius Adversary Actions [Filed: 5/11/06] (Docket No. 12402)

Related Documents:

a. [Proposed] Order Granting Application of Dies & Hile, L.L.P. for Final Approval and Allowance of Compensation and Reimbursement of Expenses Related Solely to Services Rendered in the Sealed Air and Fresenius Adversary Actions [Filed: 5/11/06] (Docket No. 12402)

      b. **Certification of No Objection Regarding Docket No. 12402 [Filed: 6/5/06] (Docket No. 12590)**

**Status: The Applicant has filed a certificate of no objection regarding this matter.**

Response Deadline: June 6, 2006 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This mater will go forward.

9. Application of Speights & Runyan for Final Approval and Allowance of Compensation Related Solely to Services Rendered in the Sealed Air and Fresenius Adversary Actions [Filed: 5/15/06] (Docket No. 12419)

Related Documents:

a. [Proposed] Order Granting Application of Speights & Runyan for Final Approval and Allowance of Compensation Related Solely to Services Rendered in the Sealed Air and Fresenius Adversary Actions [Filed: 5/15/06] (Docket No. 12419)

b. **Certification of No Objection Regarding Docket No. 12419 [Filed: 6/5/06] (Docket No. 12589)**

Response Deadline: June 6, 2006 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Applicant has filed a certificate of no objection regarding this matter.**

## CLAIMS OBJECTIONS

10. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

Related Documents:

a. **[Signed] Twenty-First Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 5/18/06] (Docket No. 12447)**

b. Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

Response Deadline: June 4, 2004, at 4:00 p.m.

Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

Debtors' Reply Deadline for Archer Claims: May 1, 2006, at 4:00 p.m.

Replies Received: None as of the date of this Notice of Agenda.

Status: The Claimants and the Debtors have agreed to submit the claims of David and Michelle Archer to mediation. The hearing on the claims of Weatherford International, Inc. is continued to July 24, 2006, at 2:00 p.m. See attached Exhibit A.

## STATUS REPORT ON PLAN MEDIATION

11. Status Report on Plan Mediation

Status: The parties will provide the Court with a status report on Plan Mediation.

Dated: June 12, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

James E. O'Neill

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:118582.4