IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Nos. 11624 and 12645** |

**NOTICE OF FILING OF THE THIRD AMENDED AND RESTATED
VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019
(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO ALL PARTIES ON THE ATTACHED SERVICE LIST, NOTICE IS HEREBY GIVEN THAT:

Landis Rath & Cobb LLP and Cohn Whitesell & Goldberg LLP, in compliance with the October 22, 2004 Order of the Court, has filed its **Third Amended and Restated Verified Statement in Connection With the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 (D. I. 12645).**

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk format. Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Dated: June 15, 2006

LANDIS RATH & COBB LLP

/s/ *signature*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

393.001-12730.doc

2

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for the Libby Claimants