IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## **CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 12516**

On May 25, 2006, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Sixteenth Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from January 1, 2006 through January 31, 2006 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 13, 2006. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: /s/ Teresa K. D. Currier
Teresa K. D. Currier (No. 3080)
The Brandywine Building
1000 West St. - Suite 1410
Wilmington, DE 19801

-and-

KRLS/Wilm 58403v1

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 Philip Bentley, Esquire
                                                 Gary M. Becker, Esquire
                                                 919 Third Avenue
                                                 New York, NY 10022
                                                 (212) 715-9100
                                                 Counsel to the Official Committee of
                                                 Equity Holders

Dated: June 15, 2006                Co-Counsel to the Official Committee
                                                 of Equity Holders

KRLS/Wilm 58403v1