# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 6, 2006, 4:00 p.m.** |
| | ) | **Hearing Date: TBD – only if necessary** |

## SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | May 1, 2006 through May 31, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 2,968.00 |
| Amount of Expenses Reimbursement: | $ 413.59 |

This is a: X monthly  _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the designation of Edward Westbrook, who was appointed Lead Special counsel to the ZAI Claimants by Order dated August 26, 2002. That Order made the appointment of counsel to the ZAI Claimants retroactive to July 22, 2002.

| Application | Period Covered | Date filed | CNO filed | Fees Sought | Expenses Sought | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|---|---|
| 1st Monthly | Sept. 24 through Oct. 31, 2004 | 11/29/04 (7044) | 2/9/05 | $13,472.00 | $74.40 | No objections served on counsel | No objections served on counsel |
| 2nd Monthly | November, 2004 | 1/12/05 (7528) | 2/14/05 | $5,765.00 | $2,317.07 | No objections served on counsel | No objections served on counsel |
| 3rd Monthly | December, 2004 | 5/4/05 (8366) | 6/28/05 | $5,815.50 | $1,542.81 | No objections served on counsel | No objections served on counsel |
| First Quarterly | September 24, 2004 through December 31, 2004 | 8/12/05 (9187) | | $25,052.50 | $3,934.28 | No objections served on counsel | No objections served on counsel |
| 4th Monthly | January, 2005 | 5/4/05 (8367) | 7/7/05 | $6,297.00 | $4,167.75 | No objections served on counsel | No objections served on counsel |
| 5th Monthly | February, 2005 | 5/4/05 (8368) | 7/7/05 | $6,066.50 | $698.29 | No objections served on counsel | No objections served on counsel |
| 6th Monthly | March, 2005 | 5/4/05 (8369) | 7/7/05 | $1,128.00 | $47.64 | No objections served on counsel | No objections served on counsel |
| Second Quarterly | January - March 2005 | 8/12/05 (9188) | | $13,491.50 | $4,913.68 | No objections served on counsel | No objections served on counsel |
| 7th Monthly | April, 2005 | No application filed | n/a | n/a | n/a | No objections served on counsel | No objections served on counsel |
| 8th Monthly | May, 2005 | 8/9/05 (9155) | 9/14/05 | $3,835.00 | $508.16 | No objections served on counsel | No objections served on counsel |
| 9th Monthly | June, 2005 | 8/9/05 (9157) | 9/14/05 | $2,737.00 | $1,102.30 | No objections served on counsel | No objections served on counsel |
| Third Quarterly | April - June 2005 | 9/28/05 (9524) | | $6,332.00 | $1,610.46 | No objections served on counsel | No objections served on counsel |
| 10th Monthly | July 2005 | 9/13/05 (9416) | 10/18/05 | $477.50 | $110.56 | No objection | No objection |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | served on counsel | served on counsel |
| 11th Monthly | August 2005 | 9/14/05 (9417) | 10/18/05 | $5,127.50 | $3,184.52 | No objection served on counsel | No objection served on counsel |
| 12th Monthly | September 2005 | 12/27/05 (11437) | 2/15/06 | $7,404.50 | $1,110.57 | No objection served on counsel | No objection served on counsel |
| **Fourth Quarterly** | July-September 2005 | 2/20/06 (11861) | | $13,009.50 | $4,385.83 | No objections served on counsel | No objections served on counsel |
| 13th Monthly | October 2005 | 12/27/05 (11441) | 2/15/06 | $2,729.00 | $0.00 | No objection served on counsel | No objection served on counsel |
| 14th Monthly | November 2005 | 1/20/06 (11598) | 2/16/06 | $1,948.00 | $754.67 | No objection served on counsel | No objection served on counsel |
| 15th Monthly | December 2005 | 1/20/06 (11599) | 2/16/06 | $4,906.00 | $313.37 | No objection served on counsel | No objection served on counsel |
| **Fifth Quarterly** | October - December 2005 | 3/8/06 (11995) | | $9,583.00 | $1,068.04 | No objection served on counsel | No objection served on counsel |
| 16th Monthly | January 2006 | 2/16/06 (11832) | 3/9/06 | $4,966.00 | $366.26 | No objection served on counsel | No objection served on counsel |
| 17th Monthly | February 2006 | 3/14/2006 (12050) | 4/17/06 | $5,248.00 | $417.58 | No objection served on counsel | No objection served on counsel |
| 18th Monthly | March 2006 | 4/17/2006 (12246) | 5/8/06 | $5,504.00 | $923.11 | No objection served on counsel | No objection served on counsel |
| 19th Monthly | April 2006 | 5/18/2006 (12451) | 6/12/06 | $2,232.00 | $171.37 | No objection served on counsel | No objection served on counsel |

This is the twentieth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $400.00.

3

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $320.00 | 2.4 | $768.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $200.00 | 11.00 | $2,200.00 |
| TOTALS | | | | | 13.4 | $2,968.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 11.5 | $2,360.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 1.9 | $608.00 |
| TOTALS | 13.4 | $2,968.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Copying - In-house ($0.07 per page) | $176.26 |
| Postage for fee applications | $110.13 |
| On-line Search Service (CM/ECF) | $127.20 |
| Total | $413.59 |

Dated: June 16, 2006
    Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 6, 2006, 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>MAY 1, 2006 THROUGH MAY 31, 2006</u>**

# Buchanan Ingersoll PC

ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

June 9, 2006
Invoice No. 9912875

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #0051677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/06 | I. D. Lindley | 1.60 | 320.00 | Review fee application tracking chart and prepare Certificates of No Objection for Scott Law Group January and February 2006 fee applications. (1.6) |
| 05/08/06 | W.D. Sullivan | 0.20 | 64.00 | Review agenda for May 15, 2006 hearing; status report on Plan to be provided |
| 05/15/06 | W.D. Sullivan | 1.50 | 480.00 | Attend status hearing; proceedings continued for 30 additional days of mediation |
| 05/16/06 | I. D. Lindley | 0.50 | 100.00 | Review fee application filing status and correspondence to W. Sullivan re: co-counsel fee applications outstanding. (0.1) Prepare certificate of no objection for BIPC March 2006 fee application. (0.4) |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

```
ZAI PLAINTIFFS                                              June 9, 2006
W.R. GRACE                                                  Invoice No. 9912875
Ref. No. 0051677-000001                                     Page    2
```

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 05/17/06 | I. D. Lindley | 5.00 | 1,000.00 | Attention to e-filing, service of Certificate of No Objection for BIPC March, 2006 fee application. (0.5) Draft BIPC April 2006 fee application (2.0). Draft BIPC quarterly fee application for twentieth quarterly period (Jan-Mar 2006) (2.5) |
| 05/18/06 | I. D. Lindley | 2.10 | 420.00 | Revisions and additions to BIPC's 20th Quarterly Fee Application, review same with W. Sullivan. (1.5) Revisions to and attention to e-filing, service of Buchanan Ingersoll's April 2006 fee application (0.6). |
| 05/18/06 | W.D. Sullivan | 0.40 | 128.00 | Review and approve for filing B.I. April and quarterly fee applications, execute affidavits |
| 05/18/06 | W.D. Sullivan | 0.10 | 32.00 | Review and approve for filing Scott Law Group fee application |
| 05/19/06 | I. D. Lindley | 1.80 | 360.00 | Revise Scott Law Group March 2006 fee application and review with W. Sullivan. (0.3) Attention to e-filing and service of same (0.6) Revisions to BIPC 20th Quarterly Application (0.3), attention to filing and service of same. (0.6) |
| 05/22/06 | W.D. Sullivan | 0.20 | 64.00 | Review Order extending exclusivity period |

```
                        Total Hours          13.40
```

```
ZAI PLAINTIFFS                                      June 9, 2006
W.R. GRACE                                          Invoice No. 9912875
Ref. No. 0051677-000001                             Page    3
```

                         Total Legal Services          $2,968.00


Disbursements

```
04/06/06   Postage fee app                              13.00      14.43
04/14/06   On-Line Search Service Pacer                  1.00     127.20
04/17/06   Postage fee app                              22.00      19.14
05/01/06   Postage                                      22.00      13.86
05/01/06   Photocopies I. D. Lindley                   270.00      18.90
05/16/06   Photocopies W. Sullivan                       2.00       0.14
05/17/06   Photocopies I. D. Lindley                   132.00       9.24
05/17/06   Photocopies I. D. Lindley                     4.00       0.28
05/17/06   Postage                                      22.00      13.86
05/18/06   Postage                                      22.00      13.86
05/18/06   Photocopies I. D. Lindley                   330.00      23.10
05/19/06   Photocopies I. D. Lindley                   291.00      20.37
05/19/06   Photocopies I. D. Lindley                  1225.00      85.75
05/19/06   Photocopies I. D. Lindley                   264.00      18.48
05/19/06   Postage                                      22.00      34.98
```

                              Disbursements             $413.59

                         Total Due this Invoice       $3,381.59

```
ZAI PLAINTIFFS                                           June 9, 2006
W.R. GRACE                                               Invoice No. 9912875
Ref. No. 0051677-000001                                  Page    4
```

\* \* \* \* \*  ATTORNEY SUMMARY  \* \* \* \* \*

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| William D. Sullivan | 2.40 | 320.00 | 768.00 |
| I. D. Lindley | 11.00 | 200.00 | 2,200.00 |
| Total All Attorneys | 13.40 | | 2,968.00 |