IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Agenda Item #8 |
| | ) | RE: Docket No. 12402 |
| | ) | |

## ORDER GRANTING APPLICATION OF DIES & HILE, L.L.P. FOR FINAL APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES RELATED SOLELY TO SERVICES RENDERED IN THE SEALED AIR AND FRESENIUS ADVERSARY ACTIONS

AND NOW, to wit this 16th day of June, 2006, the Court having heard

the Application of Dies & Hile, L.L.P. ("D&H) for Final Approval and Allowance of

Compensation and Reimbursement Of Expenses Related Solely to Services Rendered in the

Sealed Air and Fresenius Adversary Actions (the "Application"), and the Court having found

that the relief sought therein is reasonable and necessary, IT IS HEREBY

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Court approves and allows, on a final basis, D&H's fees in

the amount of $72,207.50 and expenses in the amount of $9,201.02; and it is further

ORDERED, the Debtors are authorized and directed to issue payment of the

approved fees and expenses to D&H within ten (10) days from the entry of this Order.

Judith K. Fitzgerald

_____
The Honorable Judith K. Fitzgerald, Judge
United States Bankruptcy Court