# Exhibit A

## W.R. Grace - 19th Interim (October - December, 2005)
## Fee and Expense Chart - with Recommendations
### Exhibit A-1

| ANDERSON KILL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11778 | $7,283.00 | $129.06 | $7,283.00 | $129.06 |
| Total: | $7,283.00 | $129.06 | $7,283.00 | $129.06 |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12321 | $90,000.00 | $416.21 | $90,000.00 | $416.21 |
| Total: | $90,000.00 | $416.21 | $90,000.00 | $416.21 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12278 | $301,963.67 | $8,781.14 | $301,963.67 | $8,781.14 |
| Total: | $301,963.67 | $8,781.14 | $301,963.67 | $8,781.14 |

| BEVERIDGE & DIAMOND | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12320 | $65,800.00 | $1,703.05 | $65,800.00 | $1,703.05 |
| Total: | $65,800.00 | $1,703.05 | $65,800.00 | $1,703.05 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11840 | $1,106,101.75 | $971,587.32 | $1,103,319.75 | $971,437.32 |
| Total: | $1,106,101.75 | $971,587.32 | $1,103,319.75 | $971,437.32 |

| BUCHANAN INGERSOLL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11995 | $9,583.00 | $1,068.04 | $9,583.00 | $1,068.04 |
| Total: | $9,583.00 | $1,068.04 | $9,583.00 | $1,068.04 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11781 | $108,413.50 | $31,219.94 | $108,413.50 | $31,219.94 |
| Total: | $108,413.50 | $31,219.94 | $108,413.50 | $31,219.94 |

| CAPLIN AND DRYSDALE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11782 | $400,120.75 | $25,431.25 | $399,778.75 | $25,431.25 |
| Total: | $400,120.75 | $25,431.25 | $399,778.75 | $25,431.25 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12047 | $335,823.00 | $2,808.92 | $335,823.00 | $2,808.92 |
| Total: | $335,823.00 | $2,808.92 | $335,823.00 | $2,808.92 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12139 | $149,874.00 | $44,228.87 | $149,874.00 | $44,228.87 |
| Total: | $149,874.00 | $44,228.87 | $149,874.00 | $44,228.87 |

| CIBC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12309 | $75,000.00 | $477.63 | $75,000.00 | $477.63 |
| Total: | $75,000.00 | $477.63 | $75,000.00 | $477.63 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11776 | $150,000.00 | $3,737.46 | $150,000.00 | $3,737.46 |
| Total: | $150,000.00 | $3,737.46 | $150,000.00 | $3,737.46 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| # | $3,900.00 | 0.00 | $3,900.00 | 0.00 |
| Total: | $3,900.00 | 0.00 | $3,900.00 | 0.00 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11835 | $51,287.00 | $2,277.70 | $51,287.00 | $2,277.70 |
| Total: | $51,287.00 | $2,277.70 | $51,287.00 | $2,277.70 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11777 | $71,624.00 | $8,222.53 | $71,624.00 | $8,222.53 |
| Total: | $71,624.00 | $8,222.53 | $71,624.00 | $8,222.53 |

| FOLEY HOAG | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12138 | $82,934.50 | $412.63 | $82,934.50 | $412.63 |
| Total: | $82,934.50 | $412.63 | $82,934.50 | $412.63 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11819 | $9,505.00 | $0.00 | $9,505.00 | $0.00 |
| Total: | $9,505.00 | $0.00 | $9,505.00 | $0.00 |

| HILSOFT | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11820 | $20,571.25 | $269.06 | $20,571.25 | $269.06 |
| Total: | $20,571.25 | $269.06 | $20,571.25 | $269.06 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12141 | $196,324.50 | $4,819.03 | $190,016.50 | $4,819.03 |
| Total: | $196,324.50 | $4,819.03 | $190,016.50 | $4,819.03 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11784 | $4,984,415.00 | $456,005.52 | $4,978,349.00 | $453,367.08 |
| Total: | $4,984,415.00 | $456,005.52 | $4,978,349.00 | $453,367.08 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11858 | $62,973.50 | $639.67 | $62,973.50 | $639.67 |
| Total: | $62,973.50 | $639.67 | $62,973.50 | $639.67 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11859 | $75,544.50 | $2,953.30 | $75,544.50 | $2,953.30 |
| Total: | $75,544.50 | $2,953.30 | $75,544.50 | $2,953.30 |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11779 | $39,142.50 | $0.00 | $39,142.50 | $0.00 |
| Total: | $39,142.50 | $0.00 | $39,142.50 | $0.00 |

| LYNCH KEEFE (JOHN E. KEEFE, SR.) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12106 | $720.00 | $0.00 | $720.00 | $0.00 |
| Total: | $720.00 | $0.00 | $720.00 | $0.00 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12279 | $14,137.50 | $77.81 | $14,137.50 | $77.81 |
| Total: | $14,137.50 | $77.81 | $14,137.50 | $77.81 |

| NORRIS (WILLIAM A. DREIER) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12107 | $11,627.20 | $792.19 | $11,627.20 | $792.19 |
| Total: | $11,627.20 | $792.19 | $11,627.20 | $792.19 |

| OFFICIAL COMMITTEE/PROPERTY DAMAGE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11821 | $0.00 | $1,479.12 | $0.00 | $1,479.12 |
| Total: | $0.00 | $1,479.12 | $0.00 | $1,479.12 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11904 | $124,109.00 | $190,883.70 | $124,109.00 | $190,883.70 |
| Total: | $124,109.00 | $190,883.70 | $124,109.00 | $190,883.70 |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11746 | $23,140.50 | $153.38 | $23,140.50 | $153.38 |
| Total: | $23,140.50 | $153.38 | $23,140.50 | $153.38 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11785 | $495,478.50 | $36,861.26 | $495,478.50 | $36,861.26 |
| Total: | $495,478.50 | $36,861.26 | $495,478.50 | $36,861.26 |

| PROTIVITI | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11908 | $78,886.00 | $8,657.24 | $78,886.00 | $8,657.24 |
| Total: | $78,886.00 | $8,657.24 | $78,886.00 | $8,657.24 |

| PRICEWATERHOUSE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12371 | $825,069.35 | $58,171.30 | $825,069.35 | $58,171.30 |
| Total: | $825,069.35 | $58,171.30 | $825,069.35 | $58,171.30 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11769 | $306,678.00 | $14,008.71 | $306,678.00 | $14,008.71 |
| Total: | $306,678.00 | $14,008.71 | $306,678.00 | $14,008.71 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11996 | $17,652.50 | $0.00 | $17,652.50 | $0.00 |
| Total: | $17,652.50 | $0.00 | $17,652.50 | $0.00 |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11998 | $23,735.00 | $1,365.27 | $23,735.00 | $1,365.27 |
| Total: | $23,735.00 | $1,365.27 | $23,735.00 | $1,365.27 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11906 | $54,843.50 | $762.15 | $54,843.50 | $762.15 |
| Total: | $54,843.50 | $762.15 | $54,843.50 | $762.15 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12394 | $13,141.00 | $102.09 | $13,141.00 | $102.09 |
| Total: | $13,141.00 | $102.09 | $13,141.00 | $102.09 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11798 | $299,419.75 | $109,337.18 | $299,419.75 | $109,337.18 |
| Total: | $299,419.75 | $109,337.18 | $299,419.75 | $109,337.18 |

---

[1] Stroock expense total includes $103,498.49 for fees and costs of Navigant Consulting.

| SWIDLER BERLIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12196 | $196,400.75 | $15,577.13 | $196,400.75 | $15,473.66 |
| Total: | $196,400.75 | $15,577.13 | $196,400.75 | $15,473.66 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11780 | $274,706.00 | $597.51 | $274,706.00 | $597.51 |
| Total: | $274,706.00 | $597.51 | $274,706.00 | $597.51 |

| TOWERS PERRIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11857 | $12,740.50 | $2,246.00 | $12,740.50 | $2,246.00 |
| Total: | $12,740.50 | $2,246.00 | $12,740.50 | $2,246.00 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12192 | $66,606.50 | $3,330.63 | $66,606.50 | $3,330.63 |
| Total: | $66,606.50 | $3,330.63 | $66,606.50 | $3,330.63 |