IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## SUPPLEMENTAL AFFIDAVIT OF ELIZABETH K. FLAAGAN
## FILED IN CONNECTION WITH RETENTION OF HOLME ROBERTS & OWEN LLP
## AS SPECIAL COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION

STATE OF COLORADO      )
                       ) ss:
CITY AND COUNTY OF DENVER)

Elizabeth K. Flaagan, being duly sworn, deposes and says:

1. I am a partner of Holme Roberts & Owen LLP, which maintains offices at 1700 Lincoln, Suite 4100, Denver, Colorado 80203 ("HRO" or the "Firm"). I submit this supplement to the Firm's affidavit of June 7, 2001, filed in connection with the application of the debtors and debtors in possession (the "Debtors") in the above-captioned cases to retain HRO as special counsel to the Debtors in their chapter 11 cases, and to supplement prior disclosures pursuant to section 329 of title 11 of the United States Code (the "Bankruptcy Code"), the rules of this Court, and Rule 2014(a) of the Federal Rules of Bankruptcy Procures (the "Bankruptcy Rules").

2. Neither I, the Firm, nor any member thereof, insofar as I have been able to ascertain, represents any interest adverse to the Debtors or their estates in the matters upon which the Firm is to be engaged, except that the Firm, certain of its members and associates have been engaged to represent Diepenbrock Harrison, P.C., in a matter related to its client Vulcan Materials Company, an entity that the Debtors have listed as a potential creditor or creditor in these cases. The Firm's representation of Diepenbrock Harrison, P.C., involves matters that are

#1169079 v2

unrelated to these cases and unrelated to any matters in which the Firm represents the Debtors. HRO does not believe that the representation of the Debtors in these cases as special counsel and the representation of Diepenbrock Harrison, P.C., in unrelated matters creates a conflict of interest or an adverse interest, but discloses the representation in compliance with Rule 2014(a) of the Bankruptcy Rules. Except as stated above or in prior affidavits, I believe that HRO is a "disinterested person" as that term is defined in section 101(14), as modified by section 1107(b) of the Bankruptcy Code. Moreover, I believe that none of the representations or relationships recited herein or in prior affidavits, would give rise to a finding that HRO represents or holds an interest adverse to the Debtors with respect to the services for which HRO is retained.

DATED this 15th day of June, 2006.

_____
Elizabeth K. Flaagan

Sworn to before me this
15th day of June, 2006

_____
Notary Public
My Commission expires:
_____

#1169079 v2