IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE      :
                       : SS:
NEW CASTLE COUNTY      :

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 16, 2006, I caused to be served:

## [SECOND] SUPPLEMENTAL AFFIDAVIT OF ELIZABETH K. FLAAGAN FILED IN CONNECTION WITH RETENTION OF HOLME ROBERTS & OWEN LLP AS SPECIAL COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION

Service was completed upon the parties on the attached list in the manner indicated.

Date: June 16, 2006

William Weller

SWORN AND SUBSCRIBED before me this 16th day of June, 2006.

NOTARY
My commission expires:_____

ELLEN J. ZICKEFOOSE
Notary Public - State of Delaware
My Comm. Expires Feb. 21, 2007

WWW/105624-0001/1406929/1

**VIA HAND DELIVERY**
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
[Co-Counsel for the Debtors]

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, Delaware 19801
[Co-Counsel for the Official Committee of Unsecured Creditors]

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, Delaware 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
[Co-Counsel to the Official Committee of Property Damage Claimants]

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, Delaware 19801
[Co-Counsel to the Official Committee of Personal Injury Claimants]

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, Delaware 19801
[Co-Counsel to the Official Committee of Equity Holders]

**VIA HAND DELIVERY**
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Bloom Street
Wilmington, Delaware 19806
[Co-Counsel to the Future Claimants' Representative]

**VIA FIRST CLASS MAIL**
Janet Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
[Co-Counsel for the Debtors]

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, New York 10038
[Co-Counsel for the Official Committee of Unsecured Creditors]

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
[Co-Counsel to the Official Committee of Property Damage Claimants]

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, New York 10022
[Co-Counsel to the Official Committee of Personal Injury Claimants]

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022
[Co-Counsel to the Official Committee of Equity Holders]

**VIA FIRST CLASS MAIL**
Richard H. Wyron, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K. Street, N.W., Suite 300
Washington, D.C. 20007
[Co-Counsel to the Future Claimants' Representative]