IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

### AFFIDAVIT OF SERVICE RE: DOCKET NOS. 12656 AND 12657

STATE OF DELAWARE
                             SS:
NEW CASTLE COUNTY

I, Margriet Hedden, certify that I am not less than 18 years of age, I certify further that on June 19, 2006, service of the Order Granting Application of Dies & Hile, L.L.P. for Final Approval and Allowance of Compensation and Reimbursement of Expenses Related Solely to Services Rendered in the Sealed Air and Fresenius Adversary Actions re docket no. 12656 and the Order Granting Application of Speights & Runyan for Final Approval and Allowance of Compensation and Reimbursement of Expenses Related Solely to Services Rendered in the Sealed Air and Fresenius Adversary Actions re docket no. 12657 was made on the attached list in the manner indicated.

_____
Margriet Hedden

SWORN TO AND SUBSCRIBED before me this 19th day of June, 2006.

_____
NOTARY PUBLIC
Commission Expires:

DIANE R. SACCONEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 23, 2006

## SERVICE LIST

| **By Hand Delivery:** | **First-Class U.S. Mail** |
|---|---|
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski, Stang, Ziehl, Young,<br>  Jones & Weintraub LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Teresa K. D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 |
| Marla R. Eskin, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |
| Michael R. Lastowski, Esquire<br>Duane Morris, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 | Thomas M. Mayer, Esquire<br>Kramer, Levin, Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| David M. Klauder, III, Esquire<br>Office of the United States Trustee<br>844 N. King Street, Room 2207<br>Wilmington, DE 19801 | Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>The Washington Harbour<br>Orrick, Herrington & Sutcliffe LLP<br>3050 K Street, N.W., Suite 200<br>Washington, D.C. 20007-5135 |
| **By Facsimile and First-Class U.S. Mail:** | John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806 |
| David M. Bernick, Esquire<br>Janet S. Baer, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | |