# EXHIBIT 2

# Exhibit 2: Affected Canadian PD Claims

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012291 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Rosscarrock Elementary | 1406 4th Street Calgary, AB T3c1w7 | AB (Canada) |
| 012292 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | RT Alderman | 725 Mapleton Drive Se Calgary, AB T2j1s1 | AB (Canada) |
| 012293 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Southwood Elementary | 898 Sylvester Cres Sw Calgary, AB T2w0r7 | AB (Canada) |
| 012330 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Senator Patrick Burns | 2155 Chilcotin Rd Nw Calgary, AB T2l0x2 | AB (Canada) |
| 012331 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Sir James Lougheed - Elementary | 3519 36 Ave Sw Calgary, AB T3e1c2 | AB (Canada) |
| 012334 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Sir Winston Churchill - High School | 5220 Northland Dr Nw Calgary, AB T2l2j6 | AB (Canada) |
| 012348 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Colonel Irvine Jr High | 412-northmount Dr Nw Calgary, AB T2k3h6 | AB (Canada) |
| 012350 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Colonel Sanders Elementary | 226 Northmount Dr Nw Calgary, AB T2k3g5 | AB (Canada) |
| 012352 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Dr Oakley School | 3904 20th Street Sw Calgary, AB T2g4zg | AB (Canada) |
| 012354 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Ernst Manning High School | 3600-16th Ave Sw Calgary, AB T3c1a5 | AB (Canada) |
| 012356 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Eugene Coste Elementary | 10 Hillgrove Crescent Sw Calgary, AB T2v3k7 | AB (Canada) |
| 012357 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Fairview School | 7840 Fairmount Drive Se Calgary, AB T2h0y1 | AB (Canada) |
| 012358 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | F.E Osborne Junior High | 5315 Varsity Drive Calgary, AB T3a1a7 | AB (Canada) |
| 012359 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Forest Lawn High School | 1304 44th Street Se Calgary, AB T2a1m8 | AB (Canada) |
| 012361 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Glamorgan Elementary School | 50 Grafton Drive Sw Calgary, AB T3e4w3 | AB (Canada) |
| 012362 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Glenbrook Elementary | 4725 33rd Avenue Sw Calgary, AB T3e3v1 | AB (Canada) |
| 012363 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Glendale Elementary | 2415 Kelwood Drive Sw Calgary, AB T3e3z8 | AB (Canada) |
| 012408 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Belfast Elementary | 1229 17a Street Ne Calgary, AB T2e4v4 | AB (Canada) |
| 012409 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Branton Junior High | 2103 20th Street Nw Calgary, AB T2m3w1 | AB (Canada) |
| 012410 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Briar Hill Elementary | 1233 21st Street Nw Calgary, AB T2n2l8 | AB (Canada) |
| 012412 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Cambrian Heights Elementary | 640 Northmount Dr Nw Calgary, AB T2k3j5 | AB (Canada) |
| 012413 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Capital Hill Elementary | 2210 18th Street Nw Calgary, AB T2m3t4 | AB (Canada) |
| 012435 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Thomas B Riley Junior High | 3915 69th Street Nw Calgary, AB T3b2j9 | AB (Canada) |
| 012436 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Thorncliffe Elementary | 5646 Thornton Rd Nw Calgary, AB T2k3b9 | AB (Canada) |
| 012437 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Varsity Acres | 4255 40th Street Nw Calgary, AB T3a0h7 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012438 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Vincent Massey Junior High | 939 45th St Sw Calgary, AB T3c2b9 | AB (Canada) |
| 012439 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Viscount Bennett | 2519 Richmond Road Sw Calgary, AB T3e4m2 | AB (Canada) |
| 012440 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Western Canada High | 641 17th Avenue Sw Calgary, AB T2s0b5 | AB (Canada) |
| 012441 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Westgate Elementary | 150 Westminster Dr Sw Calgary, AB T3c2t3 | AB (Canada) |
| 012442 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Wildwood Elementary | 120 45th Street Sw Calgary, AB T3c2b3 | AB (Canada) |
| 012443 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | William Aberhart High | 3009 Morley Trail Nw Calgary, AB T2m4g9 | AB (Canada) |
| 012444 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Woodman Junior High | 8706 Elbow Drive Sw Calgary, AB T2v1l2 | AB (Canada) |
| 012449 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Glenmeadows Elementary | 4931 Grove Hill Road Sw Calgary, AB T3e4g4 | AB (Canada) |
| 012450 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Greenview Elementary | 211 Mcknight Blvd Ne Calgary, AB T2e5s7 | AB (Canada) |
| 012451 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Haysboro Elementary | 1123 87th Avenue Sw Calgary, AB T2vow2 | AB (Canada) |
| 012452 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Henry Wise Wood High | 910-75th Ave Sw Calgary, AB T2v0s6 | AB (Canada) |
| 012453 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Huntington Hill Elementary | 820 64 Avenue Nw Calgary, AB T2k0m5 | AB (Canada) |
| 012454 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | James Fowler High | 4004-4th St. Nw Calgary, AB T2k1a1 | AB (Canada) |
| 012455 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Killarney Elementary | 3008 33rd Street Sw Calgary, AB T3e2t8 | AB (Canada) |
| 012456 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | King Edward Elementary | 1720-30th Ave Sw Calgary, AB T2t1p5 | AB (Canada) |
| 012457 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Kingsland Elementary | 7430 5th Street Sw Calgary, AB T2v1b1 | AB (Canada) |
| 012458 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Knob Hill Elementary | 2036 20th Avenue Sw Calgary, AB T2t0m2 | AB (Canada) |
| 012461 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Lord Beaverbrook High | 9019 Fairmount Dr Se Calgary, AB T2j0z4 | AB (Canada) |
| 012462 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Lord Shaughnessy High | 2336 53rd Avenue Sw Calgary, AB T3e1l2 | AB (Canada) |
| 012566 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | AE Cross | 3445 37th Street Sw Calgary, AB T3e3c2 | AB (Canada) |
| 012567 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Acadia Elementary School | 9603 5th St Se Calgary, AB T2j1k4 | AB (Canada) |
| 012568 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Alex Ferguson | 1704 26th Street Sw Calgary, AB T3c1k5 | AB (Canada) |
| 012570 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Balmoral Junior High | 220 16th Avenue Calgary, AB T2m0h4 | AB (Canada) |
| 012571 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Banff Trail | 3232 Cochrane Road Nw Calgary, AB T2m4j3 | AB (Canada) |
| 012573 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Clinton Ford | 5003 20th Street Sw Calgary, AB T2t5a5 | AB (Canada) |
| 012585 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Sunnyside Community | 211 7th Street Nw Calgary, AB T2n1s2 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012588 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Ogden Elementary School | 1919 76th Avenue Se Calgary, AB T2c0g8 | AB (Canada) |
| 012590 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Parkdale Elementary | 728 32nd Street NW Calgary, AB T2n2v9 | AB (Canada) |
| 012591 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Queen Elizabeth High | 512 18th Street NW Calgary, AB T2n2g5 | AB (Canada) |
| 012593 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Rosedale Junior High | 905 13th Avenue NW Calgary, AB T2m0g3 | AB (Canada) |
| 012594 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Rosemount Elementary | 19 Rosevale Drive NW Calgary, AB T2k1n6 | AB (Canada) |
| 014885 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Altadore Elementary | 4506 16th Street SW Calgary, AB T2t4h9 | AB (Canada) |
| 012385 | City Of Edmonton | Daniel A Speights | Speights & Runyan | ERD #13 Fire Station | 4035 119 Street Edmonton, AB | AB (Canada) |
| 012386 | City Of Edmonton | Daniel A Speights | Speights & Runyan | JP Arena | 9200 163 Street Edmonton, AB | AB (Canada) |
| 012387 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Prince Of Wales Armoury | 10404 108 Avenue Edmonton, AB | AB (Canada) |
| 012399 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Chancery Hall | #3 Sir Winston Churchill Square Edmonton, AB T5j2c3 | AB (Canada) |
| 012400 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Clarke Stadium | 11000 Stadium Road Edmonton, AB | AB (Canada) |
| 012401 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Davies Transit (Paterson) Garage | 5710 86th Street Edmonton, AB T6e2x3 | AB (Canada) |
| 012402 | City Of Edmonton | Daniel A Speights | Speights & Runyan | ERD Ambulance Station | 10527 142th Street Edmonton, AB | AB (Canada) |
| 012403 | City Of Edmonton | Daniel A Speights | Speights & Runyan | ERD #12 Fire Station | 9020 156th Street Edmonton, AB | AB (Canada) |
| 012404 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Idylwylde Health Clinic | 8310 88 Avenue Edmonton, AB T6c1l1 | AB (Canada) |
| 012489 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Century Place | 9803 102a Avenue Edmonton, AB T5j3a3 | AB (Canada) |
| 012375 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Britannia School | 16018 104 Avenue Edmonton, AB T5p0s3 | AB (Canada) |
| 012376 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Crestwood School | 9735 144 Street Edmonton, AB T5n2t3 | AB (Canada) |
| 012377 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Delton School | 12126 89 Street Edmonton, AB T5b3w4 | AB (Canada) |
| 012378 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Delwood School | 7315 Delwood Road Edmonton, AB T5c3a9 | AB (Canada) |
| 012379 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Donnan School | 7803 87th Street Edmonton, AB T6c3g6 | AB (Canada) |
| 012388 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Allendale | - 6415 106 Street Edmonton, AB T6h2v5 | AB (Canada) |
| 012389 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Argyll School | - 8540 69 Avenue Edmonton, AB T6e0r6 | AB (Canada) |
| 012390 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Avalon School | - 5425 114 Street Edmonton, AB T6h3m | AB (Canada) |
| 012391 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Avonmore School | 7340 78 Street Edmonton, AB T6c2n1 | AB (Canada) |
| 012392 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Bellevue School | 11515 71 Street Edmonton, AB T5b1w1 | AB (Canada) |
| 012394 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Bonnie Doon School | 8205 90 Avenue Edmonton, AB T6c1n8 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012398 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Belgravia School | 11605 74th Avenue Edmonton, AB T6g0g1 | AB (Canada) |
| 012485 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | McQueen School | 14425 Mcqueen Road Edmonton, AB T5n3l3 | AB (Canada) |
| 012486 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | ME Lazerte School | 6804 144 Avenue Edmonton, AB T5c3c7 | AB (Canada) |
| 012487 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Mill Creek School | 9750 74 Avenue Edmonton, AB T6e1e8 | AB (Canada) |
| 012488 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Montrose School | 11931 62 Street Edmonton, AB T5w4c7 | AB (Canada) |
| 012495 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Prince Charles School | 12323 127 Street Edmonton, AB T5l0z9 | AB (Canada) |
| 012496 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Prince Rupert School | 11515 113 Avenue Edmonton, AB T5g0j3 | AB (Canada) |
| 012497 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Princeton School | 7720 130 Avenue Edmonton, AB T5c1y2 | AB (Canada) |
| 012498 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Queen Alexandra School | 7730 106 Street Edmonton, AB T6g0x4 | AB (Canada) |
| 012499 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Queen Elizabeth School | 9425 132 Avenue Edmonton, AB T5e0y4 | AB (Canada) |
| 012500 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Ritchie School | 9750 74 Avenue Edmonton, AB T6j1t4 | AB (Canada) |
| 012501 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Ross Sheppard School | 13546 111 Avenue Edmonton, AB T5m2p2 | AB (Canada) |
| 012502 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Rutherford School | 8620 91 Street Edmonton, AB T6c3n2 | AB (Canada) |
| 012503 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Sherbrooke School | 12245 131 Street Edmonton, AB T5l1m8 | AB (Canada) |
| 012535 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | WP Wagner School | 6310 Wagner Road Edmonton, AB T6e4n5 | AB (Canada) |
| 012537 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Parkview School | 14313 92 Street Edmonton, AB T5r3b3 | AB (Canada) |
| 012538 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Administration Building | 10010 107a Avenue Edmonton, AB T5j1j2 | AB (Canada) |
| 012539 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Parkallen School | 6703 112 Street Edmonton, AB T6h3j9 | AB (Canada) |
| 012540 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Mount Royal School | 11303 55 Street Edmonton, AB T5w3p6 | AB (Canada) |
| 012541 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Newton School | 5523 122 Avenue Edmonton, AB T5w1s3 | AB (Canada) |
| 012542 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | North Edmonton School | 6920 128 Avenue Edmonton, AB T5c1s7 | AB (Canada) |
| 012543 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Mount Pleasant School | 10541 60a Avenue Edmonton, AB T6h1k4 | AB (Canada) |
| 012546 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Strathcona School | 10450 72 Avenue Edmonton, AB T6e0z6 | AB (Canada) |
| 012547 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Strathearn School | 8728 93 Avenue Edmonton, AB T6c1t8 | AB (Canada) |
| 012548 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Victoria School | 10210 108 Avenue Edmonton, AB T5h1a8 | AB (Canada) |
| 012549 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Wellington School | 13160 127 Street Edmonton, AB T5l1b2 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012550 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Westbrook School | 11915 40 Avenue Edmonton, AB T6j0s1 | AB (Canada) |
| 012552 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Westminster School | 13712 104 Avenue Edmonton, AB T5now4 | AB (Canada) |
| 012553 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Winterburn School | 9527 Winterburn Road Edmonton, AB T0e2n0 | AB (Canada) |
| 012554 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Woodcroft School | 13750 Woodcroft Avenue Edmonton, AB T5t5x9 | AB (Canada) |
| 012557 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Eastglen School | 11430 68 Street Edmonton, AB T5b1p1 | AB (Canada) |
| 012558 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Ellerslie School | 521 66 Street Edmonton, AB T5b2s9 | AB (Canada) |
| 012563 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Hardisty School | 10534 62 Street Edmonton, AB T6a2m3 | AB (Canada) |
| 012564 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Harry Ainlay School | 4350 111 Street Edmonton, AB T6j1e8 | AB (Canada) |
| 012575 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Highlands School | 11509 62 Street Edmonton, AB T6w4c2 | AB (Canada) |
| 012576 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | JA Fife School | 15004 76 Street Edmonton, AB T6c1c2 | AB (Canada) |
| 012577 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Jasper Place School | 8950 163 Street Edmonton, AB T5r2p2 | AB (Canada) |
| 012578 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | LY Cairns School | 10510 45 Avenue Edmonton, AB T6h0a1 | AB (Canada) |
| 012579 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Lauderdale School | 10610 129 Avenue Edmonton, AB T5e4v6 | AB (Canada) |
| 012580 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | King Edward School | 8530 101 Street Edmonton, AB T6e3z5 | AB (Canada) |
| 012582 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | McKernan School | 11330 76 Avenue Edmonton, AB T6g0k1 | AB (Canada) |
| 012583 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | McNally School | 8440 105 Avenue Edmonton, AB T6a1b6 | AB (Canada) |
| 012526 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 3625 Shaganappi Trail North West Calgary, AB T3a0e6 | AB (Canada) |
| 012528 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 100 Anderson Road South East Calgary, AB | AB (Canada) |
| 012532 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 3625 Shaganappi Trail North West-zeller 435 Calgary, AB T3a0e6 | AB (Canada) |
| 012510 | IPSCO Inc | Daniel A Speights | Speights & Runyan | ERW Mill Bdlg | 6735 75th Street Edmonton, AB | AB (Canada) |
| 012426 | Morguard Real Estate Invesment Trust | Daniel A Speights | Speights & Runyan | Devonian Building | 11150 Jasper Avenue Edmonton, AB T5k0l2 | AB (Canada) |
| 012421 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | | 10025-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) |
| 012422 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | Edmonton City Centre East | Between 100/101/102 & 102a St Edmonton, AB T5j2y8 | AB (Canada) |
| 012423 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | | 10088-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) |
| 012472 | Telus Communications | Daniel A Speights | Speights & Runyan | Telus Plaza South Tower | 10020 100st. Nw Edmonton, AB T5j0n5 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012474 | Telus Communications | Daniel A Speights | Speights & Runyan | Grande Prairie Toll Bldg | 10103 99 Ave. Grande Prairie AB T8v0s1 | AB (Canada) |
| 012589 | Telus Communications | Daniel A Speights | Speights & Runyan | Len Werry Bldg | 622 1st Sw Calgary, AB T2p1m6 | AB (Canada) |
| 012471 | Tonko Realty Advisors LTD | Daniel A Speights | Speights & Runyan | Telus Plaza | 10025 Jasper Avenue Edmonton, AB T5j2b8 | AB (Canada) |
| 011633 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan |  | 201 Kensington Avenue Burnaby, BC V5b4b2 | BC (Canada) |
| 011634 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Regency Court | 10520 132nd Street Surrey, BC V3t3v6 | BC (Canada) |
| 011635 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Regency Square | 13325 105th Avenue Surrey, BC V3t1z2 | BC (Canada) |
| 011636 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Villa Monaco | 33263 Bourquin Crescent Abbotsford, BC V2s1y3 | BC (Canada) |
| 011637 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Bakerview Apts | 1040 Howie Avenue Coquitlam, BC V3jit7 | BC (Canada) |
| 011638 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Hampton Apartments | 540 Rochester Avenue Coquitlam, BC V3k2v1 | BC (Canada) |
| 011639 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Braemar Gardens | 1000 Brunette Avenue Coquitlam, BC V3k1e3 | BC (Canada) |
| 011640 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Braemar Gardens | 995 Adair Avenue Coquitlam, BC V3k3v3 | BC (Canada) |
| 011641 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Braemar Gardens | 985 Adair Avenue Coquitlam, BC V3k3v3 | BC (Canada) |
| 011642 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Kingsley Manor | 2121 Franklin Street Vancouver, BC V5l1r7 | BC (Canada) |
| 011643 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Berkeley Manor | 2150 Pandora Street Vancouver, BC V5l1n5 | BC (Canada) |
| 011644 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Gary Manor | 2225 West 8th Avenue Vancouver, BC V6k2a6 | BC (Canada) |
| 011645 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Shelley Court | 230 E. 2nd Street North Vancouver, BC V7l1c5 | BC (Canada) |
| 011646 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Cheryl Manor | 210 E. 2nd Street North Vancouver, BC V7l1c5 | BC (Canada) |
| 011647 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Daylin Manor | 515 9th Street New Westminster, BC V3m3w6 | BC (Canada) |
| 011648 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Silver Manor | 6420 Silver Avenue Burnaby, BC V5h2y5 | BC (Canada) |
| 012355 | British Columbia Institute Of Technology | Daniel A Speights | Speights & Runyan | Building SW14 | 3700 Willingdon Avenue Burnaby, BC V5g3h2 | BC (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012505 | British Columbia Institute Of Technology | Daniel A Speights | Speights & Runyan | Building SW1 | Sw1 3700 Willingdon Avenue Burnaby, BC V5g3h2 | BC (Canada) |
| 012506 | British Columbia Institute Of Technology | Daniel A Speights | Speights & Runyan | Building SW5 | Sw5 3700 Willingdon Avenue Burnaby, BC V5g3h2 | BC (Canada) |
| 012507 | British Columbia Institute Of Technology | Daniel A Speights | Speights & Runyan | Building SW3 | Sw3 3700 Willingdon Avenue Burnaby, BC V5g3h2 | BC (Canada) |
| 012512 | City Of Richmond | Daniel A Speights | Speights & Runyan | Old City Hall | 6911 No. 3 Road Richmond, BC V6y2c1 | BC (Canada) |
| 012513 | City Of Richmond | Daniel A Speights | Speights & Runyan | Minoru Arena | 7551 Minoru Gate Richmond, BC V6y1r8 | BC (Canada) |
| 012337 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Commercial Building | 1830-1836 West 5th Aven Vancouver, BC V6j1p3 | BC (Canada) |
| 012338 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Central Library (Old) | 750 Burrard Street Vancouver, BC V6z2v6 | BC (Canada) |
| 012340 | City Of Vancouver | Daniel A Speights | Speights & Runyan | City Hall (Old) | 453 West 12th Avenue Vancouver, BC V5y1v4 | BC (Canada) |
| 012342 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Former Fletcher Lumber | 1615 Main Street Vancouver, BC V6a2w6 | BC (Canada) |
| 012344 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Kerrisdale Library | 2112 West 42nd Avenue Vancouver, BC V6m2b6 | BC (Canada) |
| 012346 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Parkade | 700 Georgia Street Vancouver, BC | BC (Canada) |
| 012347 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Planetarium Centernnial Museum & Archives | 1100 Chestnut Vancouver, BC V6j3j9 | BC (Canada) |
| 012475 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Public Safety Building | 312-324 Main Street Vancouver, BC V6a2t2 | BC (Canada) |
| 012476 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Q.E. And Playhouse Theatres | 649-695 Cambie Vancouver, BC | BC (Canada) |
| 012584 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Fraser Academy | 2294 West 10th Avenue Vancouver, BC V6k2h8 | BC (Canada) |
| 012297 | Fraser Health Authority | Daniel A Speights | Speights & Runyan | Burnaby Hospital | 3935 Kincaid Street Burnaby, BC V5g2x6 | BC (Canada) |
| 012298 | Fraser Health Authority | Daniel A Speights | Speights & Runyan | Ridge Meadows Hospital | PO Box 5000,1166 Laity St Maple Ridge, BC V2x7g5 | BC (Canada) |
| 012299 | Fraser Health Authority | Daniel A Speights | Speights & Runyan | Fellburn Care Centtre | 6050 E. Hastings St Burnaby, BC V5b1r6 | BC (Canada) |
| 012302 | Fraser Health Authority | Daniel A Speights | Speights & Runyan | Sherbrooke Centre | 330 E.columbia Street New Westminster, BC V3l3w7 | BC (Canada) |
| 012527 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan |  | 32900 South Fraser Way Abbotsford, BC V2c5a1 | BC (Canada) |
| 012514 | Hyatt Equities | Daniel A Speights | Speights & Runyan | Hyatt Regency | 655 Burrard Street Vancouver, BC V6c2r7 | BC (Canada) |
| 012367 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | Town & Country Shopping Centre | 3447-3651 Douglas St & 3436-3494 Saanich Rd Victoria, BC V5x3l6 | BC (Canada) |
| 012430 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan |  | 201-32900 South Fraser Way Abbostsford, BC V2s5a1 | BC (Canada) |
| 012425 | Morguard Real Estate Investment Trust | Daniel A Speights | Speights & Runyan | United Kingdom Building | 409 Granville Street Vancouvere BC V6c1t2 | BC (Canada) |
| 012519 | Providence Health Care | Daniel A Speights | Speights & Runyan | Holy Family Hospital | 7801 Argyle Street Vancouver, BC V5p3l6 | BC (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012520 | Providence Health Care | Daniel A Speights | Speights & Runyan | Mt St Joseph | 3080 Prince Edward Street Vancouver, BC V5t3n4 | BC (Canada) |
| 012521 | Providence Health Care | Daniel A Speights | Speights & Runyan | St Vincent's Hospital | 749 West 33rd Avenue Vancouver, BC V5z2k4 | BC (Canada) |
| 012522 | Providence Health Care | Daniel A Speights | Speights & Runyan | St Paul's Hospital | 1081 Burrard Street Vancouver, BC V6z1y6 | BC (Canada) |
| 012523 | Providence Health Care | Daniel A Speights | Speights & Runyan | Youville Residence | 4950 Heather Street Vancouver, BC V5z3l9 | BC (Canada) |
| 011621 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Bayview Elementay | 140 View Street Nanaimo, BC V9ryn6 | BC (Canada) |
| 011622 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Chase River Elementary | 1503 Cranberry Avenue Nanaimo, BC V9r6r7 | BC (Canada) |
| 011623 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Cilaire Elementary School | 25 Cilaire Drive Nanaimo, BC V9s3c9 | BC (Canada) |
| 011624 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | John Barsby Secondary | 765 Bruce Avenue Nanaimo, BC V9r3z2 | BC (Canada) |
| 011625 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Ladysmith Secondary School | 710 Sixth Street Ladysmith, BC V0r2e0 | BC (Canada) |
| 011626 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | N. Cedar Inter. School | 2215 Gould Road Rr#4 Nanaimo, BC V9r5x9 | BC (Canada) |
| 011627 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Nanaimo Senior Secondary | 3955 Wakesiah Ave Nanaimo, BC V9r3k5 | BC (Canada) |
| 011628 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Princess Anne Elementary | 1951 Estivan Road Nanaimo, BC V9s3y9 | BC (Canada) |
| 011629 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Rutherford Elementary | Road Nanaimo, BC V9t5m6 | BC (Canada) |
| 011630 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Seaview Elementary | 7000 School Road Lantzville, BC V0r2h0 | BC (Canada) |
| 011631 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Woodbank Elemenatary | Rr#4 Morland Road Nanaimo, BC V9r5x9 | BC (Canada) |
| 011632 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Woodlands Secondary | 1270 Strathmore Street Nanaimo, BC V9s2i9 | BC (Canada) |
| 012517 | Shell Canada Products | Daniel A Speights | Speights & Runyan | Shellburn Terminal Off Bldg | 201 Kensington Burnaby, BC V5b4b2 | BC (Canada) |
| 012343 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Hastings Community Centre | 3096 East Hastings Street Vancouver, BC V5k2a3 | BC (Canada) |
| 012467 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Sunset Community Centre | 404 East 51st Avenue Vancouver, BC V5x1c7 | BC (Canada) |
| 012468 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Trout Lake CC | 3350 Victoria Drive Vancouver, BC V5n4m4 | BC (Canada) |
| 012469 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | West End Cc | 870 Denman Street Vancouver, BC V6g2l8 | BC (Canada) |
| 012479 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Kerrisdale Cc | 5851 West Boulevard Vancouver, BC V6m3w9 | BC (Canada) |
| 012480 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Killarney Cc | 6260 Killarney Street Vancouver, BC V5s2x7 | BC (Canada) |
| 012483 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Renfrew Cc | 2929 East 22nd Avenue Vancouver, BC V5m2y3 | BC (Canada) |
| 011620 | 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | Daniel A Speights | Speights & Runyan | | 287 Broadway Winnipeg, MB R3c0r9 | MB (Canada) |
| 012524 | Great West Life Insurance Building | Daniel A Speights | Speights & Runyan | Great West Life Insurance Building | 60 Osborne Winnipeg, MB R3c1b9 | MB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012525 | Hudson Bay Company | Daniel A Speights | Speights & Runyan | | 450 Portage Avenue Winnipeg, MB  R3c0e7 | MB (Canada) |
| 012491 | Avalon East School Board | Daniel A Speights | Speights & Runyan | | 391 Topsail Road St John's, NL A1e2b7 | NL (Canada) |
| 012492 | Avalon East School Board | Daniel A Speights | Speights & Runyan | | Bonaventure Avenue St John's, NL  A1c3z3 | NL (Canada) |
| 012536 | Canadian Imperial Bank Of Commerce | Daniel A Speights | Speights & Runyan | | 215 Water Street St John's, NL A1c6c9 | NL (Canada) |
| 012493 | Health Care Corporation Of St.John's | Daniel A Speights | Speights & Runyan | | 300 Prince Philip Drive St John' NL  A1b3v6 | NL (Canada) |
| 012494 | Health Care Corporation Of St.John's | Daniel A Speights | Speights & Runyan | | 154 Lemarchant Road St John's, NL  A1c5b8 | NL (Canada) |
| 012490 | Atlantic Shopping Centres LTD | Daniel A Speights | Speights & Runyan | | 2000 Barrington Street Halifax, NS  B3j3k1 | NS (Canada) |
| 012544 | Northwoodcare Incorporated | Daniel A Speights | Speights & Runyan | | 2630 Gottigen Street Halifax, NS  B3k3c6 | NS (Canada) |
| 012555 | Northwoodcare Incorporated | Daniel A Speights | Speights & Runyan | | 2641 Northwood Terrace Halifax, NS  B3k3s6 | NS (Canada) |
| 012397 | Bell Canada | Daniel A Speights | Speights & Runyan | | 100 Wynford Drive Toronto, ON | ON (Canada) |
| 012395 | Carleton University | Daniel A Speights | Speights & Runyan | McOdorum Library | 1125 Colonel By Drive Ottawa, ON  K1s5b6 | ON (Canada) |
| 012415 | Carleton University | Daniel A Speights | Speights & Runyan | Russell Grenville | 1125 Colonel By Drive Ottawa, ON  K1s5b6 | ON (Canada) |
| 012416 | Carleton University | Daniel A Speights | Speights & Runyan | Loeb | 1125 Colonel By Drive Ottawa, ON  K1s5b6 | ON (Canada) |
| 012417 | Carleton University | Daniel A Speights | Speights & Runyan | Glengary House | 1125 Colonel By Drive Ottawa, ON  K1s5b6 | ON (Canada) |
| 012418 | Carleton University | Daniel A Speights | Speights & Runyan | The Commons | 1125 Colonel By Drive Ottawa, ON  K1s5b6 | ON (Canada) |
| 012419 | Carleton University | Daniel A Speights | Speights & Runyan | Dunton Tower | 1125 Colonel By Drive Ottawa, ON  K1s5b6 | ON (Canada) |
| 012420 | Carleton University | Daniel A Speights | Speights & Runyan | Robertson Hall | 1125 Colonel By Drive Ottawa, ON  K1s5b6 | ON (Canada) |
| 012434 | Carleton University | Daniel A Speights | Speights & Runyan | Patterson Hall | 1125 Colonel By Drive Ottawa, ON  K1s5b6 | ON (Canada) |
| 012396 | Fairmall Leasehold Inc | Daniel A Speights | Speights & Runyan | Fairview Mall | 1800 Sheppard Ave E, Ste330 P.o Box 330 Willowdale, ON  M2j5a7 | ON (Canada) |
| 012534 | Great West Life | Daniel A Speights | Speights & Runyan | | 199 Bay Street, Commerce Court West Toronto, ON M5l1e2 | ON (Canada) |
| 011322 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sherwood Secondary School ** | 25 High Street Hamilton, ON L8t3z4 | ON (Canada) |
| 011323 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Scott Park Secondary | 1055 King Street West Hamilton, ON  L8m1e2 | ON (Canada) |
| 011664 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Ancaster High School | 374 Jerseyville Road West Hamilton, ON  L9g2k8 | ON (Canada) |
| 011665 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Barton School | 75 Palmer Road Barton Hamilton, ON  L8t3g1 | ON (Canada) |
| 011666 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Bell Stone Public School ** | 6025 White Church And Nebo Road Mount Hope ON L0r1w0 | ON (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 011667 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Buchanan Park School ** | 30 Laurier Avenue Hamilton, ON L9c3r9 | ON (Canada) |
| 011668 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Cardinal Heights School ** | 70 Bobolink Road Hamilton, ON L9a2p5 | ON (Canada) |
| 011669 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Dalewood School ** | 1150 Main Street West Hamilton, ON L8s1c2 | ON (Canada) |
| 011670 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Education Centre ** | 100 Main Street West Hamilton, ON L8n3l1 | ON (Canada) |
| 011671 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Glen Brae ** | 50 Second Drive Hamilton, ON L8k3w7 | ON (Canada) |
| 011672 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Glendale School ** | 145 Rainbow Street Hamilton, ON L8k4g1 | ON (Canada) |
| 011673 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Grange Public School ** | 306 Woodworth Drive Ancaster ON L9g2n1 | ON (Canada) |
| 011674 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Greenville Public School ** | 625 Harvest Road Greensville ON L9h5k8 | ON (Canada) |
| 011675 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Highland Public School ** | 310 Governor S Road Dundas, ON L9h5p8 | ON (Canada) |
| 011676 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Mt. Hope Public School ** | 9149 Airport Road Mount Hope, ON L0r1w0 | ON (Canada) |
| 011677 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Parkdale Public School** | 139 Parkdale Avenue North Hamilton, ON L8h5x3 | ON (Canada) |
| 011678 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Pauline Johnson Public School ** | 25 Hummingbird Lane Hamilton ON L9a4b1 | ON (Canada) |
| 011679 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Ryerson School ** | 222 Robinson Street Hamilton, ON L8p1zp | ON (Canada) |
| 011680 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sherwood Heights School ** | 105 High Street Hamilton, ON L8t3z4 | ON (Canada) |
| 011681 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sir Alan MacNabb School ** | 145 Magnolia Drive Hamilton, ON L9c5p4 | ON (Canada) |
| 011682 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sir John A. Macdonald Secondary School ** | 130 York Boulevard Hamilton, ON L8r1y5 | ON (Canada) |
| 011683 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Westdale Secondary School ** | 700 Main Street West Hamilton, ON L8s1a5 | ON (Canada) |
| 011684 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Westview School ** | 60 Rolston Drive Hamilton, ON L9c3x7 | ON (Canada) |
| 013950 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Delta Secondary School ** | 1284 Main Street East Hamilton, ON L8k1b2 | ON (Canada) |
| 012529 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 73 Rideau Street Ottawa, ON K1n5w8 | ON (Canada) |
| 012530 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 100 Bayshore Drive Ottawa, ON K2b8c1 | ON (Canada) |
| 012531 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 100 Bayshore Drive Unit 10 Ottawa, ON K2b8c1 | ON (Canada) |
| 011618 | Hudson's Bay Company Zellers | Daniel A Speights | Speights & Runyan | | 1735 West Arthur Street Thunderbay, ON P7e5s2 | ON (Canada) |
| 012431 | Labatt Brewing Company Limited | Daniel A Speights | Speights & Runyan | | 435 Ridout Street London, ON N6a2p6 | ON (Canada) |
| 012432 | Labatt Brewing Company Limited | Daniel A Speights | Speights & Runyan | | 451 Ridout Street London, ON N6a2p6 | ON (Canada) |
| 012368 | Mc Master University | Daniel A Speights | Speights & Runyan | McMaster University | 1280 Main Street West Hamilton, ON L8s4m3 | ON (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012366 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 444 St. Mary Avenue Winnipeg, ON R3C3T1 | ON (Canada) |
| 012427 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 55 City Centre Drive Mississauga, ON L5b1m3 | ON (Canada) |
| 012428 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 25 Peel Centre Drive Brampton, ON L6t3r5 | ON (Canada) |
| 012429 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 350 Sparks Street Ottawa, ON K1a7s8 | ON (Canada) |
| 012328 | Ryerson University | Daniel A Speights | Speights & Runyan | Howard Kerr Hall | 40, 50, 60 Gould Streets Toronto, ON M5b2k3 | ON (Canada) |
| 012424 | Shell Canada Inc | Daniel A Speights | Speights & Runyan | Shell Canada Limited's Oakville Research Centre Facilities | 3415 Lakeshore Road West Oakville, ON L6j5c7 | ON (Canada) |
| 012405 | Southern Ontario Properties | Daniel A Speights | Speights & Runyan | | 1243 Islington Square Toronoto, ON M8x1y9 | ON (Canada) |
| 012433 | The Record | Daniel A Speights | Speights & Runyan | | 225 Fairway Rd South Kitchener ON N2g4e5 | ON (Canada) |
| 012303 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Bloor Collegiate Institute | 1141 Bloor Street West Toronto, ON | ON (Canada) |
| 012308 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Humberside Collegiate Institute | 280 Quebec Avenue Toronto, ON | ON (Canada) |
| 012309 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Indian Road Crescent Junior Public School | 285 Indian Road Crescent Toronto, ON | ON (Canada) |
| 012310 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Monarch Park Secondary School | 1 Hanson Street Toronto, ON | ON (Canada) |
| 012311 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Oakwood Collegiate Institute | 991 St Clair Avenue West Toronto, ON | ON (Canada) |
| 012312 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Old Administration Building | 155 College Street Toronto, ON | ON (Canada) |
| 012317 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Withrow Avenue Junior Public School | 25 Bain Avenue Toronto, ON | ON (Canada) |
| 012304 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Deer Park Junior And Senior School | 23 Ferndale Avenue Toronto, ON M4t2b4 | ON (Canada) |
| 012305 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Bloor Collegiate Institute | 65 Concord Avenue Toronto, ON M6h2n9 | ON (Canada) |
| 012306 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Humberside Collegiate Institute | 50 Headrian Drive Toronto, ON M9w1v4 | ON (Canada) |
| 012307 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Fairmount Junior Public School | 31 Sloley Road Toronto, ON M1m1c7 | ON (Canada) |
| 012313 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Perth Avenue Junior Public School | 14 Ruskin Avenue Toronto, ON M6p3p8 | ON (Canada) |
| 012314 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Queen Alexandra Senior Public School | 181 Broadview Ave Toronto, ON M4m2g3 | ON (Canada) |
| 012315 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Roden Junior Public School | 151 Hiawatha Road Toronto, ON M4l2y1 | ON (Canada) |
| 012316 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Western Technical Commercial School | 125 Evelyn Crescent Toronto, ON M6p3e3 | ON (Canada) |
| 012329 | University Of Guelph | Daniel A Speights | Speights & Runyan | University Of Guelph | 488 Gordon Street Guelph, ON N1g2w1 | ON (Canada) |
| 012295 | University Of Western Ontario | Daniel A Speights | Speights & Runyan | University Of Western Ontario | 31151 Richmond Street London, ON N6a4b8 | ON (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012323 | Westin Harbour Castle Kessinger Hunter | Daniel A Speights | Speights & Runyan | Westin Harbour Castle | 1 Harbour Square Toronto, ON M5j1a6 | ON (Canada) |
| 012322 | William Osler Health Centre | Daniel A Speights | Speights & Runyan | William Osler Health Centre | 101 Humber College Boulevard Etobicoke, ON M9v1r8 | ON (Canada) |
| 012324 | York University | Daniel A Speights | Speights & Runyan | Building 4 | 122 Assiniboine Road Toronto, ON | ON (Canada) |
| 012325 | York University | Daniel A Speights | Speights & Runyan | Building 2 | 4700 Keele Street Toronto, ON | ON (Canada) |
| 012326 | York University | Daniel A Speights | Speights & Runyan | Building 8 | 4700 Keele Street Toronto, ON | ON (Canada) |
| 012327 | York University | Daniel A Speights | Speights & Runyan | Building 6 | 4700 Keele Street Toronto, ON | ON (Canada) |
| 012533 | Conseillers Immobiliers GWL Inc | Daniel A Speights | Speights & Runyan | | 2001 University Street Montreal, QC H3a2a6 | QC (Canada) |
| 012511 | IPSCO Inc | Daniel A Speights | Speights & Runyan | Rolling Mill Bldg | Po Box 1670 Regina, SK S4p3c7 | SK (Canada) |
| 012470 | Saskatchewan Power Corporation | Daniel A Speights | Speights & Runyan | Saskatchewan Power Corporation Head Office Building | 2025 Victoria Avenue Regina, SK S4p0s1 | SK (Canada) |
| 012508 | Saskatchewan Property Management Corporation | Daniel A Speights | Speights & Runyan | Royal Saskatchewan Museum | 2445 Albert Street Regina, SK S4p3v7 | SK (Canada) |
| 012509 | Saskatchewan Property Management Corporation | Daniel A Speights | Speights & Runyan | Legislative Bldg | 2901 Albert Street Regina, SK S4pev7 | SK (Canada) |
| 012445 | University Of Saskatchewan | Daniel A Speights | Speights & Runyan | Arts Building | 9 Campus Dr. Saskatoon, SK S7n5a5 | SK (Canada) |
| 012446 | University Of Saskatchewan | Daniel A Speights | Speights & Runyan | Health Sciences Building | 107 Wiggins Road Saskatoon, SK S7n5e5 | SK (Canada) |
| 012447 | University Of Saskatchewan | Daniel A Speights | Speights & Runyan | Lutheran Theological Seminary | 114 Seminary Cres Saskatoon, SK S7n0x3 | SK (Canada) |
| 012448 | University Of Saskatchewan | Daniel A Speights | Speights & Runyan | Physics Building | 116 Science Place Saskatoon, SK S7n5e2 | SK (Canada) |