# EXHIBIT 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JFK)** |
| | ) | |
| Debtors | ) | **(Jointly Administered)** |

**Court File No. 01-CL-4081**

### ONTARIO
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

### IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### AND IN THE MATTER OF GRACE CANADA, INC.

### CANADIAN LITIGATION PROTOCOL FOR TRADITIONAL ASBESTOS PROPERTY DAMAGE CLAIMS

WHEREAS on April 2, 2001, W. R. Grace & Co. ("W. R. Grace") and 61 of its subsidiaries (collectively, the "U.S. Debtors") filed voluntary petitions for relief pursuant to Chapter 11 of the United States Bankruptcy Code (the "U.S. Process") with the United States Bankruptcy Court for the District of Delaware (the "U.S. Court").

AND WHEREAS on April 4, 2001, Grace Canada, Inc. ("Grace Canada") was granted an order (the "Order") pursuant to section 18.6 of the *Companies' Creditors Arrangement Act* in the Ontario Superior Court of Justice (the "Canadian Court") recognizing the U.S. Process.

AND WHEREAS in response to the notice and bar date promulgated by the U.S. Court and recognized by the Canadian Court, the U.S. Debtors received roughly 4,000 asbestos property damage claims ("PD Claims").

AND WHEREAS the U.S. Debtors filed numerous objections to the PD Claims and there currently remain approximately 901 PD Claims, including approximately 291 traditional Canadian PD Claims which were all signed and filed by a single U.S. law firm.

- 2 -

AND WHEREAS the Canadian PD Claims involve buildings situated in Canada which allegedly contain building products giving rise to a claim against the U.S. Debtors.

AND WHEREAS substantive Canadian law governs the merits determination of the Canadian PD claimants' claims against the U.S. Debtors for buildings situated in Canada.

The U.S. Debtors and Grace Canada propose this Protocol to address Canadian PD Claims as follows:

1.      The processes provided in this Protocol shall be utilized to assist the U.S. Court for the purposes of determining the validity of Canadian PD Claims as well as for the estimation of said claims.

2.      Any and all objections to the Canadian PD claims identified at Exhibit A shall be addressed by the C.C.A.A. Court pursuant to this Protocol.  Nothing in this provision, however, shall prevent or is intended to prevent any claimant from withdrawing a Canadian PD claim filed against the U.S. Debtors.

3.      The C.C.A.A. Court shall be informed that the estimation hearing on PD claims is set for December 4-6, 2006, and shall be kept informed of any changes to that schedule.

4.      The C.C.A.A. Court shall be asked to address the merits of the Canadian PD claims in time for the U.S. Court to take into account its findings in the estimation hearing on PD claims.

# EXHIBIT A

## Exhibit A: Affected Canadian PD Claims

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012291 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Rosscarrock Elementary | 1406 4th Street  Calgary, AB T3c1w7 | AB (Canada) |
| 012292 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | RT Alderman | 725 Mapleton Drive Se Calgary, AB  T2j1s1 | AB (Canada) |
| 012293 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Southwood Elementary | 898 Sylvester Cres Sw Calgary, AB  T2w0r7 | AB (Canada) |
| 012330 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Senator Patrick Burns | 2155 Chilcotin Rd Nw Calgary, AB  T2l0x2 | AB (Canada) |
| 012331 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Sir James Lougheed - Elementary | 3519 36 Ave Sw Calgary, AB  T3e1c2 | AB (Canada) |
| 012334 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Sir Winston Churchill - High School | 5220 Northland Dr Nw Calgary, AB  T2l2j6 | AB (Canada) |
| 012348 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Colonel Irvine Jr High | 412-northmount Dr Nw Calgary, AB  T2k3h6 | AB (Canada) |
| 012350 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Colonel Sanders Elementary | 226 Northmount Dr Nw Calgary, AB  T2k3g5 | AB (Canada) |
| 012352 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Dr Oakley School | 3904 20th Street Sw Calgary, AB T2g4zg | AB (Canada) |
| 012354 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Ernst Manning High School | 3600-16th Ave Sw Calgary, AB  T3c1a5 | AB (Canada) |
| 012356 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Eugene Coste Elementary | 10 Hillgrove Crescent Sw Calgary, AB  T2v3k7 | AB (Canada) |
| 012357 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Fairview School | 7840 Fairmount Drive Se Calgary, AB  T2h0y1 | AB (Canada) |
| 012358 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | F.E Osborne Junior High | 5315 Varsity Drive Calgary, AB T3a1a7 | AB (Canada) |
| 012359 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Forest Lawn High School | 1304 44th Street Se Calgary, AB  T2a1m8 | AB (Canada) |
| 012361 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Glamorgan Elementary School | 50 Grafton Drive Sw Calgary, AB T3e4w3 | AB (Canada) |
| 012362 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Glenbrook Elementary | 4725 33rd Avenue Sw Calgary, AB  T3e3v1 | AB (Canada) |
| 012363 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Glendale Elementary | 2415 Kelwood Drive Sw Calgary, AB  T3e3z8 | AB (Canada) |
| 012408 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Belfast Elementary | 1229 17a Street Ne Calgary, AB  T2e4v4 | AB (Canada) |
| 012409 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Branton Junior High | 2103 20th Street Nw Calgary, AB  T2m3w1 | AB (Canada) |
| 012410 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Briar Hill Elementary | 1233 21st Street Nw Calgary, AB  T2n2l8 | AB (Canada) |
| 012412 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Cambrian Heights Elementary | 640 Northmount Dr Nw Calgary, AB  T2k3j5 | AB (Canada) |
| 012413 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Capital Hill Elementary | 2210 18th Street Nw Calgary, AB  T2m3t4 | AB (Canada) |
| 012435 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Thomas B Riley Junior High | 3915 69th Street Nw Calgary, AB  T3b2j9 | AB (Canada) |
| 012436 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Thorncliffe Elementary | 5646 Thornton Rd Nw Calgary, AB  T2k3b9 | AB (Canada) |
| 012437 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Varsity Acres | 4255 40th Street Nw Calgary, AB  T3a0h7 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012438 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Vincent Massey Junior High | 939 45th St Sw Calgary, AB T3c2b9 | AB (Canada) |
| 012439 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Viscount Bennett | 2519 Richmond Road Sw Calgary, AB T3e4m2 | AB (Canada) |
| 012440 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Western Canada High | 641 17th Avenue Sw Calgary, AB T2s0b5 | AB (Canada) |
| 012441 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Westgate Elementary | 150 Westminster Dr Sw Calgary, AB T3c2t3 | AB (Canada) |
| 012442 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Wildwood Elementary | 120 45th Street Sw Calgary, AB T3c2b3 | AB (Canada) |
| 012443 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | William Aberhart High | 3009 Morley Trail Nw Calgary, AB T2m4g9 | AB (Canada) |
| 012444 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Woodman Junior High | 8706 Elbow Drive Sw Calgary, AB T2v1l2 | AB (Canada) |
| 012449 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Glenmeadows Elementary | 4931 Grove Hill Road Sw Calgary, AB T3e4g4 | AB (Canada) |
| 012450 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Greenview Elementary | 211 Mcknight Blvd Ne Calgary, AB T2e5s7 | AB (Canada) |
| 012451 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Haysboro Elementary | 1123 87th Avenue Sw Calgary, AB T2vow2 | AB (Canada) |
| 012452 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Henry Wise Wood High | 910-75th Ave Sw Calgary, AB T2v0s6 | AB (Canada) |
| 012453 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Huntington Hill Elementary | 820 64 Avenue Nw Calgary, AB T2k0m5 | AB (Canada) |
| 012454 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | James Fowler High | 4004-4th St. Nw Calgary, AB T2k1a1 | AB (Canada) |
| 012455 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Killarney Elementary | 3008 33rd Street Sw Calgary, AB T3e2l8 | AB (Canada) |
| 012456 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | King Edward Elementary | 1720-30th Ave Sw Calgary, AB T2t1p5 | AB (Canada) |
| 012457 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Kingsland Elementary | 7430 5th Street Sw Calgary, AB T2v1b1 | AB (Canada) |
| 012458 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Knob Hill Elementary | 2036 20th Avenue Sw Calgary, AB T2t0m2 | AB (Canada) |
| 012461 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Lord Beaverbrook High | 9019 Fairmount Dr Se Calgary, AB T2j0z4 | AB (Canada) |
| 012462 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Lord Shaughnessy High | 2336 53rd Avenue Sw Calgary, AB T3e1l2 | AB (Canada) |
| 012566 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | AE Cross | 3445 37th Street Sw Calgary, AB T3e3c2 | AB (Canada) |
| 012567 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Acadia Elementary School | 9603 5th St Se Calgary, AB T2j1k4 | AB (Canada) |
| 012568 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Alex Ferguson | 1704 26th Street Sw Calgary, AB T3c1k5 | AB (Canada) |
| 012570 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Balmoral Junior High | 220 16th Avenue Calgary, AB T2m0h4 | AB (Canada) |
| 012571 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Banff Trail | 3232 Cochrane Road Nw Calgary, AB T2m4j3 | AB (Canada) |
| 012573 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Clinton Ford | 5003 20th Street Sw Calgary, AB T2t5a5 | AB (Canada) |
| 012585 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Sunnyside Community | 211 7th Street Nw Calgary, AB T2n1s2 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012588 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Ogden Elementary School | 1919 76th Avenue Se Calgary, AB T2c0g8 | AB (Canada) |
| 012590 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Parkdale Elementary | 728 32nd Street NW Calgary, AB T2n2v9 | AB (Canada) |
| 012591 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Queen Elizabeth High | 512 18th Street NW Calgary, AB T2n2g5 | AB (Canada) |
| 012593 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Rosedale Junior High | 905 13th Avenue NW Calgary, AB T2m0g3 | AB (Canada) |
| 012594 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Rosemount Elementary | 19 Rosevale Drive NW Calgary, AB T2k1n6 | AB (Canada) |
| 014885 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Altadore Elementary | 4506 16th Street SW Calgary, AB T2t4h9 | AB (Canada) |
| 012385 | City Of Edmonton | Daniel A Speights | Speights & Runyan | ERD #13 Fire Station | 4035 119 Street Edmonton, AB | AB (Canada) |
| 012386 | City Of Edmonton | Daniel A Speights | Speights & Runyan | JP Arena | 9200 163 Street Edmonton, AB | AB (Canada) |
| 012387 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Prince Of Wales Armoury | 10404 108 Avenue Edmonton, AB | AB (Canada) |
| 012399 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Chancery Hall | #3 Sir Winston Churchill Square Edmonton, AB T5j2c3 | AB (Canada) |
| 012400 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Clarke Stadium | 11000 Stadium Road Edmonton, AB | AB (Canada) |
| 012401 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Davies Transit (Paterson) Garage | 5710 86th Street Edmonton, AB T6e2x3 | AB (Canada) |
| 012402 | City Of Edmonton | Daniel A Speights | Speights & Runyan | ERD Ambulance Station | 10527 142nd Street Edmonton, AB | AB (Canada) |
| 012403 | City Of Edmonton | Daniel A Speights | Speights & Runyan | ERD #12 Fire Station | 9020 156th Street Edmonton, AB | AB (Canada) |
| 012404 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Idylwylde Health Clinic | 8310 88 Avenue Edmonton, AB T6c1l1 | AB (Canada) |
| 012489 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Century Place | 9803 102a Avenue Edmonton, AB T5j3a3 | AB (Canada) |
| 012375 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Britannia School | 16018 104 Avenue Edmonton, AB T5p0s3 | AB (Canada) |
| 012376 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Crestwood School | 9735 144 Street Edmonton, AB T5n2t3 | AB (Canada) |
| 012377 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Delton School | 12126 89 Street Edmonton, AB T5b3w4 | AB (Canada) |
| 012378 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Delwood School | 7315 Delwood Road Edmonton, AB T5c3a9 | AB (Canada) |
| 012379 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Donnan School | 7803 87th Street Edmonton, AB T6c3g6 | AB (Canada) |
| 012388 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Allendale | - 6415 106 Street Edmonton, AB T6h2v5 | AB (Canada) |
| 012389 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Argyll School | - 8540 69 Avenue Edmonton, AB T6e0r6 | AB (Canada) |
| 012390 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Avalon School | - 5425 114 Street Edmonton, AB T6h3m | AB (Canada) |
| 012391 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Avonmore School | 7340 78 Street Edmonton, AB T6c2n1 | AB (Canada) |
| 012392 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Bellevue School | 11515 71 Street Edmonton, AB T5b1w1 | AB (Canada) |
| 012394 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Bonnie Doon School | 8205 90 Avenue Edmonton, AB T6c1n8 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012398 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Belgravia School | 11605 74th Avenue Edmonton, AB T6g0g1 | AB (Canada) |
| 012485 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | McQueen School | 14425 Mcqueen Road Edmonton, AB T5n3l3 | AB (Canada) |
| 012486 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | ME Lazerte School | 6804 144 Avenue Edmonton, AB T5c3c7 | AB (Canada) |
| 012487 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Mill Creek School | 9750 74 Avenue Edmonton, AB T6e1e8 | AB (Canada) |
| 012488 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Montrose School | 11931 62 Street Edmonton, AB T5w4c7 | AB (Canada) |
| 012495 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Prince Charles School | 12323 127 Street Edmonton, AB T5l0z9 | AB (Canada) |
| 012496 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Prince Rupert School | 11515 113 Avenue Edmonton, AB T5g0j3 | AB (Canada) |
| 012497 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Princeton School | 7720 130 Avenue Edmonton, AB T5c1y2 | AB (Canada) |
| 012498 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Queen Alexandra School | 7730 106 Street Edmonton, AB T6g0x4 | AB (Canada) |
| 012499 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Queen Elizabeth School | 9425 132 Avenue Edmonton, AB T5e0y4 | AB (Canada) |
| 012500 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Ritchie School | 9750 74 Avenue Edmonton, AB T6j1t4 | AB (Canada) |
| 012501 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Ross Sheppard School | 13546 111 Avenue Edmonton, AB T5m2p2 | AB (Canada) |
| 012502 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Rutherford School | 8620 91 Street Edmonton, AB T6c3n2 | AB (Canada) |
| 012503 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Sherbrooke School | 12245 131 Street Edmonton, AB T5l1m8 | AB (Canada) |
| 012535 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | WP Wagner School | 6310 Wagner Road Edmonton, AB T6e4n5 | AB (Canada) |
| 012537 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Parkview School | 14313 92 Street Edmonton, AB T5r3b3 | AB (Canada) |
| 012538 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Administration Building | 10010 107a Avenue Edmonton, AB T5j1j2 | AB (Canada) |
| 012539 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Parkallen School | 6703 112 Street Edmonton, AB T6h3j9 | AB (Canada) |
| 012540 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Mount Royal School | 11303 55 Street Edmonton, AB T5w3p6 | AB (Canada) |
| 012541 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Newton School | 5523 122 Avenue Edmonton, AB T5w1s3 | AB (Canada) |
| 012542 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | North Edmonton School | 6920 128 Avenue Edmonton, AB T5c1s7 | AB (Canada) |
| 012543 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Mount Pleasant School | 10541 60a Avenue Edmonton, AB T6h1k4 | AB (Canada) |
| 012546 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Strathcona School | 10450 72 Avenue Edmonton, AB T6e0z6 | AB (Canada) |
| 012547 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Stratheam School | 8728 93 Avenue Edmonton, AB T6c1t8 | AB (Canada) |
| 012548 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Victoria School | 10210 108 Avenue Edmonton, AB T5h1a8 | AB (Canada) |
| 012549 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Wellington School | 13160 127 Street Edmonton, AB T5l1b2 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012550 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Westbrook School | 11915 40 Avenue Edmonton, AB T6j0s1 | AB (Canada) |
| 012552 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Westminster School | 13712 104 Avenue Edmonton, AB T5now4 | AB (Canada) |
| 012553 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Winterburn School | 9527 Winterburn Road Edmonton, AB T0e2n0 | AB (Canada) |
| 012554 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Woodcroft School | 13750 Woodcroft Avenue Edmonton, AB T5t5x9 | AB (Canada) |
| 012557 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Eastglen School | 11430 68 Street Edmonton, AB T5b1p1 | AB (Canada) |
| 012558 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Ellerslie School | 521 66 Street Edmonton, AB T5b2s9 | AB (Canada) |
| 012563 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Hardisty School | 10534 62 Street Edmonton, AB T6a2m3 | AB (Canada) |
| 012564 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Harry Ainlay School | 4350 111 Street Edmonton, AB T6j1e8 | AB (Canada) |
| 012575 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Highlands School | 11509 62 Street Edmonton, AB T6w4c2 | AB (Canada) |
| 012576 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | JA Fife School | 15004 76 Street Edmonton, AB T6c1c2 | AB (Canada) |
| 012577 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Jasper Place School | 8950 163 Street Edmonton, AB T5r2p2 | AB (Canada) |
| 012578 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | LY Cairns School | 10510 45 Avenue Edmonton, AB T6h0a1 | AB (Canada) |
| 012579 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Lauderdale School | 10610 129 Avenue Edmonton, AB T5e4v6 | AB (Canada) |
| 012580 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | King Edward School | 8530 101 Street Edmonton, AB T6e3z5 | AB (Canada) |
| 012582 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | McKernan School | 11330 76 Avenue Edmonton, AB T6g0k1 | AB (Canada) |
| 012583 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | McNally School | 8440 105 Avenue Edmonton, AB T6a1b6 | AB (Canada) |
| 012526 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 3625 Shaganappi Trail North West Calgary, AB T3a0e6 | AB (Canada) |
| 012528 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 100 Anderson Road South East Calgary, AB | AB (Canada) |
| 012532 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 3625 Shaganappi Trail North West-zeller 435 Calgary, AB T3a0e6 | AB (Canada) |
| 012510 | IPSCO Inc | Daniel A Speights | Speights & Runyan | ERW Mill Bdlg | 6735 75th Street Edmonton, AB | AB (Canada) |
| 012426 | Morguard Real Estate Invesment Trust | Daniel A Speights | Speights & Runyan | Devonian Building | 11150 Jasper Avenue Edmonton, AB T5k0l2 | AB (Canada) |
| 012421 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | | 10025-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) |
| 012422 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | Edmonton City Centre East | Between 100/101/102 & 102a St Edmonton, AB T5j2y8 | AB (Canada) |
| 012423 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | | 10088-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) |
| 012472 | Telus Communications | Daniel A Speights | Speights & Runyan | Telus Plaza South Tower | 10020 100st. Nw Edmonton, AB T5j0n5 | AB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012474 | Telus Communications | Daniel A Speights | Speights & Runyan | Grande Prairie Toll Bldg | 10103 99 Ave. Grande Prairie AB  T8v0s1 | AB (Canada) |
| 012589 | Telus Communications | Daniel A Speights | Speights & Runyan | Len Werry Bldg | 622 1st Sw Calgary, AB T2p1m6 | AB (Canada) |
| 012471 | Tonko Realty Advisors LTD | Daniel A Speights | Speights & Runyan | Telus Plaza | 10025 Jasper Avenue Edmonton, AB  T5j2b8 | AB (Canada) |
| 011633 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | | 201 Kensington Avenue Burnaby, BC  V5b4b2 | BC (Canada) |
| 011634 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Regency Court | 10520 132nd Street Surrey, BC  V3t3v6 | BC (Canada) |
| 011635 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Regency Square | 13325 105th Avenue Surrey, BC V3t1z2 | BC (Canada) |
| 011636 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Villa Monaco | 33263 Bourquin Crescent Abbotsford, BC  V2s1y3 | BC (Canada) |
| 011637 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Bakerview Apts | 1040 Howie Avenue Coquitlam, BC V3jit7 | BC (Canada) |
| 011638 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Hampton Apartments | 540 Rochester Avenue Coquitlam, BC  V3k2v1 | BC (Canada) |
| 011639 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Braemar Gardens | 1000 Brunette Avenue Coquitlam, BC  V3k1e3 | BC (Canada) |
| 011640 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Braemar Gardens | 995 Adair Avenue Coquitlam, BC V3k3v3 | BC (Canada) |
| 011641 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Braemar Gardens | 985 Adair Avenue Coquitlam, BC V3k3v3 | BC (Canada) |
| 011642 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Kingsley Manor | 2121 Franklin Street Vancouver, BC V5l1r7 | BC (Canada) |
| 011643 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Berkeley Manor | 2150 Pandora Street Vancouver, BC V5l1n5 | BC (Canada) |
| 011644 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Gary Manor | 2225 West 8th Avenue Vancouver, BC  V6k2a6 | BC (Canada) |
| 011645 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Shelley Court | 230 E. 2nd Street North Vancouver, BC V7l1c5 | BC (Canada) |
| 011646 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Cheryl Manor | 210 E. 2nd Street North Vancouver, BC V7l1c5 | BC (Canada) |
| 011647 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Daylin Manor | 515 9th Street New Westminster, BC  V3m3w6 | BC (Canada) |
| 011648 | Bristol Investments LTD & Barafield Realty LTD | Daniel A Speights | Speights & Runyan | Silver Manor | 6420 Silver Avenue Burnaby, BC V5h2y5 | BC (Canada) |
| 012355 | British Columbia Institute Of Technology | Daniel A Speights | Speights & Runyan | Building SW14 | 3700 Willingdon Avenue Burnaby, BC  V5g3h2 | BC (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012505 | British Columbia Institute Of Technology | Daniel A Speights | Speights & Runyan | Building SW1 | Sw1 3700 Willingdon Avenue Burnaby, BC V5g3h2 | BC (Canada) |
| 012506 | British Columbia Institute Of Technology | Daniel A Speights | Speights & Runyan | Building SW5 | Sw5 3700 Willingdon Avenue Burnaby, BC V5g3h2 | BC (Canada) |
| 012507 | British Columbia Institute Of Technology | Daniel A Speights | Speights & Runyan | Building SW3 | Sw3 3700 Willingdon Avenue Burnaby, BC V5g3h2 | BC (Canada) |
| 012512 | City Of Richmond | Daniel A Speights | Speights & Runyan | Old City Hall | 6911 No. 3 Road Richmond, BC  V6y2c1 | BC (Canada) |
| 012513 | City Of Richmond | Daniel A Speights | Speights & Runyan | Minoru Arena | 7551 Minoru Gate Richmond, BC V6y1r8 | BC (Canada) |
| 012337 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Commercial Building | 1830-1836 West 5th Aven Vancouver, BC V6j1p3 | BC (Canada) |
| 012338 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Central Library (Old) | 750 Burrard Street Vancouver, BC V6z2v6 | BC (Canada) |
| 012340 | City Of Vancouver | Daniel A Speights | Speights & Runyan | City Hall (Old) | 453 West 12th Avenue Vancouver, BC V5y1v4 | BC (Canada) |
| 012342 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Former Fletcher Lumber | 1615 Main Street Vancouver, BC V6a2w6 | BC (Canada) |
| 012344 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Kerrisdale Library | 2112 West 42nd Avenue Vancouver, BC V6m2b6 | BC (Canada) |
| 012346 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Parkade | 700 Georgia Street Vancouver, BC | BC (Canada) |
| 012347 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Planetarium Centernnial Museum & Archives | 1100 Chestnut Vancouver, BC  V6j3j9 | BC (Canada) |
| 012475 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Public Safety Building | 312-324 Main Street Vancouver, BC V6a2t2 | BC (Canada) |
| 012476 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Q.E. And Playhouse Theatres | 649-695 Cambie Vancouver, BC | BC (Canada) |
| 012584 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Fraser Academy | 2294 West 10th Avenue Vancouver, BC V6k2h8 | BC (Canada) |
| 012297 | Fraser Health Authority | Daniel A Speights | Speights & Runyan | Burnaby Hospital | 3935 Kincaid Street Burnaby, BC V5g2x6 | BC (Canada) |
| 012298 | Fraser Health Authority | Daniel A Speights | Speights & Runyan | Ridge Meadows Hospital | PO Box 5000,1166 Laity St Maple Ridge, BC  V2x7g5 | BC (Canada) |
| 012299 | Fraser Health Authority | Daniel A Speights | Speights & Runyan | Fellbum Care Centtre | 6050 E. Hastings St Burnaby, BC V5b1r6 | BC (Canada) |
| 012302 | Fraser Health Authority | Daniel A Speights | Speights & Runyan | Sherbrooke Centre | 330 E.columbia Street New Westminster, BC  V3l3w7 | BC (Canada) |
| 012527 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 32900 South Fraser Way Abbotsford, BC  V2c5a1 | BC (Canada) |
| 012514 | Hyatt Equities | Daniel A Speights | Speights & Runyan | Hyatt Regency | 655 Burrard Street Vancouver, BC V6c2r7 | BC (Canada) |
| 012367 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | Town & Country Shopping Centre | 3447-3651 Douglas St & 3436-3494 Saanich Rd Victoria, BC  V5x3l6 | BC (Canada) |
| 012430 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 201-32900 South Fraser Way Abbostsford, BC V2s5a1 | BC (Canada) |
| 012425 | Morguard Real Estate Investment Trust | Daniel A Speights | Speights & Runyan | United Kingdom Building | 409 Granville Street Vancouvere BC  V6c1t2 | BC (Canada) |
| 012519 | Providence Health Care | Daniel A Speights | Speights & Runyan | Holy Family Hospital | 7801 Argyle Street Vancouver, BC V5p3l6 | BC (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012520 | Providence Health Care | Daniel A Speights | Speights & Runyan | Mt St Joseph | 3080 Prince Edward Street Vancouver, BC V5l3n4 | BC (Canada) |
| 012521 | Providence Health Care | Daniel A Speights | Speights & Runyan | St Vincent's Hospital | 749 West 33rd Avenue Vancouver, BC V5z2k4 | BC (Canada) |
| 012522 | Providence Health Care | Daniel A Speights | Speights & Runyan | St Paul's Hospital | 1081 Burrard Street Vancouver, BC V6z1y6 | BC (Canada) |
| 012523 | Providence Health Care | Daniel A Speights | Speights & Runyan | Youville Residence | 4950 Heather Street Vancouver, BC V5z3l9 | BC (Canada) |
| 011621 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Bayview Elementay | 140 View Street Nanaimo, BC V9ryn6 | BC (Canada) |
| 011622 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Chase River Elementary | 1503 Cranberry Avenue Nanaimo, BC V9r6r7 | BC (Canada) |
| 011623 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Cilaire Elementary School | 25 Cilaire Drive Nanaimo, BC V9s3c9 | BC (Canada) |
| 011624 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | John Barsby Secondary | 765 Bruce Avenue Nanaimo, BC V9r3z2 | BC (Canada) |
| 011625 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Ladysmith Secondary School | 710 Sixth Street Ladysmith, BC V0r2e0 | BC (Canada) |
| 011626 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | N. Cedar Inter. School | 2215 Gould Road Rr#4 Nanaimo, BC V9r5x9 | BC (Canada) |
| 011627 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Nanaimo Senior Secondary | 3955 Wakesiah Ave Nanaimo, BC V9r3k5 | BC (Canada) |
| 011628 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Princess Anne Elementary | 1951 Estivan Road Nanaimo, BC V9s3y9 | BC (Canada) |
| 011629 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Rutherford Elementary | Road Nanaimo, BC V9l5m6 | BC (Canada) |
| 011630 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Seaview Elementary | 7000 School Road Lantzville, BC V0r2h0 | BC (Canada) |
| 011631 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Woodbank Elementary | Rr#4 Morland Road Nanaimo, BC V9r5x9 | BC (Canada) |
| 011632 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Woodlands Secondary | 1270 Strathmore Street Nanaimo, BC V9s2i9 | BC (Canada) |
| 012517 | Shell Canada Products | Daniel A Speights | Speights & Runyan | Shellburn Terminal Off Bldg | 201 Kensington Burnaby, BC V5b4b2 | BC (Canada) |
| 012343 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Hastings Community Centre | 3096 East Hastings Street Vancouver, BC V5k2a3 | BC (Canada) |
| 012467 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Sunset Community Centre | 404 East 51st Avenue Vancouver, BC V5x1c7 | BC (Canada) |
| 012468 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Trout Lake CC | 3350 Victoria Drive Vancouver, BC V5n4m4 | BC (Canada) |
| 012469 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | West End Cc | 870 Denman Street Vancouver, BC V6g2l8 | BC (Canada) |
| 012479 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Kerrisdale Cc | 5851 West Boulevard Vancouver, BC V6m3w9 | BC (Canada) |
| 012480 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Killarney Cc | 6260 Killarney Street Vancouver, BC V5s2x7 | BC (Canada) |
| 012483 | Vancouver Board Of Parks And Recreation | Daniel A Speights | Speights & Runyan | Renfrew Cc | 2929 East 22nd Avenue Vancouver, BC V5m2y3 | BC (Canada) |
| 011620 | 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | Daniel A Speights | Speights & Runyan | | 287 Broadway Winnipeg, MB R3c0r9 | MB (Canada) |
| 012524 | Great West Life Insurace Building | Daniel A Speights | Speights & Runyan | Great West Life Insurace Building | 60 Osborne Winnipeg, MB R3c1b9 | MB (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012525 | Hudson Bay Company | Daniel A Speights | Speights & Runyan | | 450 Portage Avenue Winnipeg, MB R3c0e7 | MB (Canada) |
| 012491 | Avalon East School Board | Daniel A Speights | Speights & Runyan | | 391 Topsail Road St John's, NL A1e2b7 | NL (Canada) |
| 012492 | Avalon East School Board | Daniel A Speights | Speights & Runyan | | Bonaventure Avenue St John's, NL A1c3z3 | NL (Canada) |
| 012536 | Canadian Imperial Bank Of Commerce | Daniel A Speights | Speights & Runyan | | 215 Water Street St John's, NL A1c6c9 | NL (Canada) |
| 012493 | Health Care Corporation Of St.John's | Daniel A Speights | Speights & Runyan | | 300 Prince Philip Drive St John' NL A1b3v6 | NL (Canada) |
| 012494 | Health Care Corporation Of St.John's | Daniel A Speights | Speights & Runyan | | 154 Lemarchant Road St John's, NL A1c5b8 | NL (Canada) |
| 012490 | Atlantic Shopping Centres LTD | Daniel A Speights | Speights & Runyan | | 2000 Barrington Street Halifax, NS B3j3k1 | NS (Canada) |
| 012544 | Northwoodcare Incorporated | Daniel A Speights | Speights & Runyan | | 2630 Gottigen Street Halifax, NS B3k3c6 | NS (Canada) |
| 012555 | Northwoodcare Incorporated | Daniel A Speights | Speights & Runyan | | 2641 Northwood Terrace Halifax, NS B3k3s6 | NS (Canada) |
| 012397 | Bell Canada | Daniel A Speights | Speights & Runyan | | 100 Wynford Drive Toronto, ON | ON (Canada) |
| 012395 | Carleton University | Daniel A Speights | Speights & Runyan | McOdorum Library | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) |
| 012415 | Carleton University | Daniel A Speights | Speights & Runyan | Russell Grenville | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) |
| 012416 | Carleton University | Daniel A Speights | Speights & Runyan | Loeb | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) |
| 012417 | Carleton University | Daniel A Speights | Speights & Runyan | Glengary House | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) |
| 012418 | Carleton University | Daniel A Speights | Speights & Runyan | The Commons | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) |
| 012419 | Carleton University | Daniel A Speights | Speights & Runyan | Dunton Tower | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) |
| 012420 | Carleton University | Daniel A Speights | Speights & Runyan | Robertson Hall | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) |
| 012434 | Carleton University | Daniel A Speights | Speights & Runyan | Patterson Hall | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) |
| 012396 | Fairmall Leasehold Inc | Daniel A Speights | Speights & Runyan | Fairview Mall | 1800 Sheppard Ave E, Ste330 P.o Box 330 Willowdale, ON M2j5a7 | ON (Canada) |
| 012534 | Great West Life | Daniel A Speights | Speights & Runyan | | 199 Bay Street, Commerce Court West Toronto, ON M5l1e2 | ON (Canada) |
| 011322 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sherwood Secondary School ** | 25 High Street Hamilton, ON L8t3z4 | ON (Canada) |
| 011323 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Scott Park Secondary | 1055 King Street West Hamilton, ON L8m1e2 | ON (Canada) |
| 011664 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Ancaster High School | 374 Jerseyville Road West Hamilton, ON L9g2k8 | ON (Canada) |
| 011665 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Barton School | 75 Palmer Road Barton Hamilton, ON L8t3g1 | ON (Canada) |
| 011666 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Bell Stone Public School ** | 6025 White Church And Nebo Road Mount Hope ON L0r1w0 | ON (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 011667 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Buchanan Park School ** | 30 Laurier Avenue Hamilton, ON L9c3r9 | ON (Canada) |
| 011668 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Cardinal Heights School ** | 70 Bobolink Road Hamilton, ON L9a2p5 | ON (Canada) |
| 011669 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Dalewood School ** | 1150 Main Street West Hamilton, ON L8s1c2 | ON (Canada) |
| 011670 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Education Centre ** | 100 Main Street West Hamilton, ON L8n3l1 | ON (Canada) |
| 011671 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Glen Brae ** | 50 Second Drive Hamilton, ON L8k3w7 | ON (Canada) |
| 011672 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Glendale School ** | 145 Rainbow Street Hamilton, ON L8k4g1 | ON (Canada) |
| 011673 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Grange Public School ** | 306 Woodworth Drive Ancaster ON L9g2n1 | ON (Canada) |
| 011674 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Greenville Public School ** | 625 Harvest Road Greensville ON L9h5k8 | ON (Canada) |
| 011675 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Highland Public School ** | 310 Governor S Road Dundas, ON L9h5p8 | ON (Canada) |
| 011676 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Mt. Hope Public School ** | 9149 Airport Road Mount Hope, ON L0r1w0 | ON (Canada) |
| 011677 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Parkdale Public School** | 139 Parkdale Avenue North Hamilton, ON L8h5x3 | ON (Canada) |
| 011678 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Pauline Johnson Public School ** | 25 Hummingbird Lane Hamilton ON L9a4b1 | ON (Canada) |
| 011679 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Ryerson School ** | 222 Robinson Street Hamilton, ON L8p1zp | ON (Canada) |
| 011680 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sherwood Heights School ** | 105 High Street Hamilton, ON L8t3z4 | ON (Canada) |
| 011681 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sir Alan MacNabb School ** | 145 Magnolia Drive Hamilton, ON L9c5p4 | ON (Canada) |
| 011682 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sir John A. Macdonald Secondary School ** | 130 York Boulevard Hamilton, ON L8r1y5 | ON (Canada) |
| 011683 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Westdale Secondary School ** | 700 Main Street West Hamilton, ON L8s1a5 | ON (Canada) |
| 011684 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Westview School ** | 60 Rolston Drive Hamilton, ON L9c3x7 | ON (Canada) |
| 013950 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Delta Secondary School ** | 1284 Main Street East Hamilton, ON L8k1b2 | ON (Canada) |
| 012529 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 73 Rideau Street Ottawa, ON K1n5w8 | ON (Canada) |
| 012530 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 100 Bayshore Drive Ottawa, ON K2b8c1 | ON (Canada) |
| 012531 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 100 Bayshore Drive Unit 10 Ottawa, ON K2b8c1 | ON (Canada) |
| 011618 | Hudson's Bay Company Zellers | Daniel A Speights | Speights & Runyan | | 1735 West Arthur Street Thunderbay, ON P7e5s2 | ON (Canada) |
| 012431 | Labatt Brewing Company Limited | Daniel A Speights | Speights & Runyan | | 435 Ridout Street London, ON N6a2p6 | ON (Canada) |
| 012432 | Labatt Brewing Company Limited | Daniel A Speights | Speights & Runyan | | 451 Ridout Street London, ON N6a2p6 | ON (Canada) |
| 012368 | Mc Master University | Daniel A Speights | Speights & Runyan | McMaster University | 1280 Main Street West Hamilton, ON L8s4m3 | ON (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012366 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 444 St. Mary Avenue Winnipeg, ON R3C3T1 | ON (Canada) |
| 012427 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 55 City Centre Drive Mississauga, ON L5b1m3 | ON (Canada) |
| 012428 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 25 Peel Centre Drive Brampton, ON L6t3r5 | ON (Canada) |
| 012429 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 350 Sparks Street Ottawa, ON K1a7s8 | ON (Canada) |
| 012328 | Ryerson University | Daniel A Speights | Speights & Runyan | Howard Kerr Hall | 40, 50, 60 Gould Streets Toronto, ON M5b2k3 | ON (Canada) |
| 012424 | Shell Canada Inc | Daniel A Speights | Speights & Runyan | Shell Canada Limited's Oakville Research Centre Facilities | 3415 Lakeshore Road West Oakville, ON L6j5c7 | ON (Canada) |
| 012405 | Southern Ontario Properties | Daniel A Speights | Speights & Runyan | | 1243 Islington Square Toronto, ON M8x1y9 | ON (Canada) |
| 012433 | The Record | Daniel A Speights | Speights & Runyan | | 225 Fairway Rd South Kitchener ON N2g4e5 | ON (Canada) |
| 012303 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Bloor Collegiate Institute | 1141 Bloor Street West Toronto, ON | ON (Canada) |
| 012308 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Humberside Collegiate Institute | 280 Quebec Avenue Toronto, ON | ON (Canada) |
| 012309 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Indian Road Crescent Junior Public School | 285 Indian Road Crescent Toronto, ON | ON (Canada) |
| 012310 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Monarch Park Secondary School | 1 Hanson Street Toronto, ON | ON (Canada) |
| 012311 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Oakwood Collegiate Institute | 991 St Clair Avenue West Toronto, ON | ON (Canada) |
| 012312 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Old Administration Building | 155 College Street Toronto, ON | ON (Canada) |
| 012317 | Toronot District School Board | Daniel A Speights | Speights & Runyan | Withrow Avenue Junior Public School | 25 Bain Avenue Toronto, ON | ON (Canada) |
| 012304 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Deer Park Junior And Senior School | 23 Ferndale Avenue Toronto, ON M4t2b4 | ON (Canada) |
| 012305 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Bloor Collegiate Institute | 65 Concord Avenue Toronto, ON M6h2n9 | ON (Canada) |
| 012306 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Humberside Collegiate Institute | 50 Headrian Drive Toronto, ON M9w1v4 | ON (Canada) |
| 012307 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Fairmount Junior Public School | 31 Sloley Road Toronto, ON M1m1c7 | ON (Canada) |
| 012313 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Perth Avenue Junior Public School | 14 Ruskin Avenue Toronto, ON M6p3p8 | ON (Canada) |
| 012314 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Queen Alexandra Senior Public School | 181 Broadview Ave Toronto, ON M4m2g3 | ON (Canada) |
| 012315 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Roden Junior Public School | 151 Hiawatha Road Toronto, ON M4l2y1 | ON (Canada) |
| 012316 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Western Technical Commercial School | 125 Evelyn Crescent Toronto, ON M6p3e3 | ON (Canada) |
| 012329 | University Of Guelph | Daniel A Speights | Speights & Runyan | University Of Guelph | 488 Gordon Street Guelph, ON N1g2w1 | ON (Canada) |
| 012295 | University Of Western Ontario | Daniel A Speights | Speights & Runyan | University Of Western Ontario | 31151 Richmond Street London, ON N6a4b8 | ON (Canada) |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Province |
|---|---|---|---|---|---|---|
| 012323 | Westin Harbour Castle Kessinger Hunter | Daniel A Speights | Speights & Runyan | Westin Harbour Castle | 1 Harbour Square Toronto, ON M5j1a6 | ON (Canada) |
| 012322 | William Osler Health Centre | Daniel A Speights | Speights & Runyan | William Osler Health Centre | 101 Humber College Boulevard Etobicoke, ON M9v1r8 | ON (Canada) |
| 012324 | York University | Daniel A Speights | Speights & Runyan | Building 4 | 122 Assiniboine Road Toronto, ON | ON (Canada) |
| 012325 | York University | Daniel A Speights | Speights & Runyan | Building 2 | 4700 Keele Street Toronto, ON | ON (Canada) |
| 012326 | York University | Daniel A Speights | Speights & Runyan | Building 8 | 4700 Keele Street Toronto, ON | ON (Canada) |
| 012327 | York University | Daniel A Speights | Speights & Runyan | Building 6 | 4700 Keele Street Toronto, ON | ON (Canada) |
| 012533 | Conseillers Immobiliers GWL Inc | Daniel A Speights | Speights & Runyan | | 2001 University Street Montreal QC H3a2a6 | QC (Canada) |
| 012511 | IPSCO Inc | Daniel A Speights | Speights & Runyan | Rolling Mill Bldg | Po Box 1670 Regina, SK S4p3c7 | SK (Canada) |
| 012470 | Saskatchewan Power Corporation | Daniel A Speights | Speights & Runyan | Saskatchewan Power Corporation Head Office Building | 2025 Victoria Avenue Regina, SK S4p0s1 | SK (Canada) |
| 012508 | Saskatchewan Property Management Corporation | Daniel A Speights | Speights & Runyan | Royal Saskatchewan Museum | 2445 Albert Street Regina, SK S4p3v7 | SK (Canada) |
| 012509 | Saskatchewan Property Management Corporation | Daniel A Speights | Speights & Runyan | Legislative Bldg | 2901 Albert Street Regina, SK S4pev7 | SK (Canada) |
| 012445 | University Of Saskatchewan | Daniel A Speights | Speights & Runyan | Arts Building | 9 Campus Dr. Saskatoon, SK S7n5a5 | SK (Canada) |
| 012446 | University Of Saskatchewan | Daniel A Speights | Speights & Runyan | Health Sciences Building | 107 Wiggins Road Saskatoon, SK S7n5e5 | SK (Canada) |
| 012447 | University Of Saskatchewan | Daniel A Speights | Speights & Runyan | Lutheran Theological Seminary | 114 Seminary Cres Saskatoon, SK S7n0x3 | SK (Canada) |
| 012448 | University Of Saskatchewan | Daniel A Speights | Speights & Runyan | Physics Building | 116 Science Place Saskatoon, SK S7n5e2 | SK (Canada) |