IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Objection Deadline: July 10, 2006 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: To Be Determined, Only If Timely Objections Are Filed**

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 25, 2006
Client/Matter #  01246-011548
Invoice # 110575
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/06 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                              SUITE 700
                              1350 I STREET, N.W.
                              WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/04/06 | P. Marks | 5.00 | Meeting at Curtis Bay plant with team; telephone conference with J. Baer and L. Duff re legal issues. |
| 04/05/06 | P. Marks | 2.50 | Telephone conference with J. Freeman; prepare for and conduct conference with L. Duff; telephone conference with L. Duff and J. Baer. |
| 04/06/06 | K. Bourdeau | 0.25 | Review email from P. Marks re new developments and strategic implications. |
| 04/06/06 | P. Marks | 2.00 | Prepare for and conduct telephone conference with client team; prepare for followup meeting with client. |
| 04/07/06 | P. Marks | 2.50 | Conference with client team at Columbia office re building 23 remediation issues. |
| 04/20/06 | P. Marks | 2.00 | Communications with client re data issues; evaluation of same. |
| 04/21/06 | P. Marks | 2.50 | Evaluate data and RWDA issues; telephone conference with P. Bucens re same; voicemail message to J. Freeman; telephone conference with S. Platt re status; email exchanges with client team re evaluation of issues. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  110575
                                                               May 25, 2006
                                                               PAGE   2

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/24/06 | K. Bourdeau | 0.25 | Review P. Marks email re recent call with J. Freeman re discussions between EPA and the Corps; leave voicemail message for P. Marks re same. |
| 04/24/06 | P. Marks | 2.50 | Voicemail exchange with K. Bourdeau; telephone conference with J. Freeman (DOJ) re negotiation developments; evaluate same and prepare memorandum to client team; email and voicemail exchanges re same. |
| 04/25/06 | K. Bourdeau | 0.75 | Conference with P. Marks re strategy. |
| 04/25/06 | P. Marks | 3.50 | Evaluate and research legal issues and new developments; telephone conference with K. Bourdeau re same. |
| 04/26/06 | P. Marks | 2.75 | Research re legal issues and CERCLA policies. |
| 04/27/06 | K. Bourdeau | 1.00 | Review briefs, legal research, and other preparations for strategy conference call with W.R. Grace. |
| 04/27/06 | P. Marks | 3.50 | Research and evaluate developments. |
| 04/28/06 | K. Bourdeau | 1.50 | Conference with client and P. Marks re strategic considerations and action items; legal research. |
| 04/28/06 | P. Marks | 4.50 | Prepare for and conduct telephone conference with client team and K. Bourdeau; perform followup tasks. |

                                   Total Hours :           37.00

                                   Total Fees :         $13,606.25

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110575
May 25, 2006
PAGE  3

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 17.60 |
| Duplicating | 49.00 |
| Local Transportation | 27.15 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA222842 dated 3/1/06 for case search and tracking services | 116.32 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA226457 dated 4/3/06 for case tracking costs | 133.77 |

**Total Disbursements :**     $ 343.84

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 3.75 | $525.00 | $1,968.75 |
| P. Marks | 33.25 | $350.00 | $11,637.50 |

**Total Fees :**     $13,606.25

**Total Disbursements :**     $ 343.84

**TOTAL DUE :**     $13,950.09