# EXHIBIT B

**(Preparation of Fee Application)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                          May 25, 2006
Attn: Lydia B. Duff, Esq.                         Client/Matter #   01246-012629
7500 Grace Drive                                  Invoice # 110574
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**


04/21/06      P. Marks              0.25      Prepare fee application.


                                   Total Hours :              0.25

                                   Total Fees :            $87.50

BEVERIDGE & DIAMOND, P.C.                          INVOICE #  110574
                                                   May 25, 2006
                                                   PAGE  2

## Disbursements:

| | | |
|---|---|---|
| Postage | | 3.57 |
| Duplicating | | 9.40 |
| **Total Disbursements :** | | **$12.97** |

## Time Summary:

| | Hours<br>Worked | Billed<br>Per Hour | Bill<br>Amount |
|---|---|---|---|
| P. Marks | 0.25 | $350.00 | $87.50 |

|  |  |
|---|---|
| **Total Fees :** | **$87.50** |
| **Total Disbursements :** | **$12.97** |
| **TOTAL DUE :** | **$ 100.47** |