# SIGN-IN-SHEET

CASE NAME   W.R. Grace
CASE NO.:   01-1139(JKF)
COURTROOM LOCATION: Courtroom #6
DATE: June 19, 2006 @2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Pasquale | Stroock + Stroock + Lavan LLP | UCC |
| Lewis Kruger | Stroock + Stroock + Lavan LLP | UCC |
| Michael Rohlande | Duane Morris | " |
| David Klaudry | | UST |
| Nat Thompson | STB | |
| Frank Mures | | Canada Ministers |
| Marc Phillips | Connolly Bove Lodge + Hutz | MCC |
| Peter Lockwood + Ellly Inselbuch | C&D | ACC |
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Andrea L. D'Ambra | Drinker Biddle & Reath LLP | One Beacon/Seaton |
| David Bernick | K&E | David |
| Scott Baena/Jay Sakalo | Bilzin Sumberg | PD Committee |
| Jacob Cohn | Cozen O'Connor | Federal Ins. |
| Roger Frankel | Orrick | David Austern |
| Mark T Hurford | Campbell + Levine | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME** W R Grace

**CASE NO.:** 01-1139

**COURTROOM LOCATION:** Courtroom #6

**DATE:** 6/19/06 @ 2 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Janet S Baer | Kirkland & Ellis | Grace |
| Collin Seale | " | " |
| Jamie O'Neill | PJZ YJW | " |
| Will Sparks | WRGrace | " |
| Theodore Freeodolli | Terry Joseph & Capsell PA | PD Committee |
| Tom Wilson | Stevens Lee | Fireman's Fund |
| William Sullivan | Buchanan Ingersoll | ZAI Claimants |
| Marc Casarino | White and Williams LLP | Cortney Industries Co. |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 06/19/2006
**Calendar Time:** 02:00 PM

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Judith Fitzgerald (Visiting)
### Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1388212 | Elizabeth J. Cabraser | 415-956-1000 | Lieff, Cabraser, Heimann & Bernstein | Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1388240 | Christopher M. Candon | 617-851-2905 | Cohn Whitesell & Goldberg, LLP | Co-Counsel to the Libby Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1388248 | Steven Eisman | 917-934-1770 | Front Point Management, Inc. | Front Point Management, Inc. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1388426 | Andrew Chan | 212-526-4503 | Lehman Brothers | Lehman Brothers / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1388446 | Stuart Kovensky | 201-541-2121 | GK Capital | GK Capital / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1388591 | Debra Felder | 202-339-8687 | Orrick, Herrington & Sutcliffe (CC-2041) | David T. Austern The Future Claimants Rep. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1389099 | Eric Conecka | 973-734-3200 | Cuyler Burk, LLP | Allstate Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1389101 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Official Committee of Asbestos Claimants Rep. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1389461 | Alex Jachnich | 212-703-2134 | Venor Capital | Venor Capital / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1389852 | David Siegel | 602-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1389640 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1389653 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1389752 | James Rieger | 212-891-1149 | Caxton Associates, LLC | Caxton Associates, LLC / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1390317 | Alex Mueller | 212-261-8296 | Mendes & Mount | Certain Underwriters at Lloyds, London / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1390330 | Sal Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1390331 | Sam Pointer | 205-561-0778 | Lightfoot Franklin & White | Mediator / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1390332 | Barbara Harding | 202-879-5081 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1390361 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, P.C. | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |

| Name | Case | Type | Phone | Firm | Representing |
|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1390368 Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1390369 Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1363020 Robert Guttman (ext. 637) | 212-223-0400 | Zeichner Ellman & Krause, LLP | AIG / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1387668 Craig Gilbert | 646-840-3506 | Linden Advisors, LP | Linden Advisors, LP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1387660 Arlene Krieger | 212-806-5544 ext. 00 | Stroock & Stroock & Lavan, LLP (New Y | Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1387684 March Coleman | 202-429-3073 | Steptoe & Johnson LLP | U.S. Fire Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1387779 Matthew Kramer | 305-350-7245 | Bilzin, Sumberg, Baena, Price & Axelrod | Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1387811 Barbara Senlawski | 212-455-3835 | Simpson Thacher & Bartlett LLP (8040 | Travelers Casualty Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1387951 Stephanie Kwong | 212-608-7465 | Korn Capital, LLC | Investor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1387979 Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1387984 David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1388099 Sarah Edwards | 212-490-3000 ext 2133 | Wilson, Elser, Moskowitz, Edelman & D | Royal Insurance / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1388111 Richard H. Wyron | 202-339-8514 ext. 00 | Orrick, Herrington & Sutcliffe (CC-2041 | David T. Austern, Future Claimants Rep. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1388129 Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| W. R. Grace & Co. | 01-01138 | Hearing | 1388148 Joseph Radecki | 212-284-9588 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1388185 Martin Dies | 512-478-4384 | Dies & Hile LLP | Property Damage Committee / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1388204 Daniel Speights | 803-943-4444 | Speights & Runyan | Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1363037 Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1370292 Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1378100 Peter Shawn | 212-898-0822 | Tocqueville Asset Management | Tocqueville Asset Management / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1380740 Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Pro Se, Kenneth Thomas / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1381530 John O'Connell | 212-583-5677 | The Blackstone Group | Financial Advisor to the Debtor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1386387 Warren H. Smith | 214-698-3868 | Warren H. Smith & Associates, P.C. | Fee Auditor / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1366615 Elizabeth DeCristofaro | 212-269-4900 | Ford & Marrin | Continental Casualty Company / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | / | 1387642 Sara Gooch | 212-833-3180 | Bank of America Securities / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | / | 1387657 Darrell Scott | 509-455-3966 | Scott Law Group | Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | / | 1387660 Sean Walsh | 202-973-9381 | LECG | Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | / | 1387662 Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | C.N.A. / LISTEN ONLY |