IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: July 11, 2006 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

# FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

May 6, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of October 1, 2005 through October 31, 2005: | | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (20,000.00) |

Out-of-pocket expenses processed for the period through October 31, 2005:[1]

| | | | |
|---|---|---|---|
| Communications | $ | 145.66 | |
| Document Production | | 423.60 | |
| Research | | 148.88 | |
| Publishing Services | | 68.83 | 786.97 |
| **Total Amount Due** | | $ | **80,786.97** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 9794

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 9794

|  | GL Detail Oct-05 | Total Expenses |
|---|---|---|
| Communications - Teleconferencing | $ 145.66 | $ 145.66 |
| Document Production | 423.60 | 423.60 |
| External Research - Online Database | 148.88 | 148.88 |
| Publishing Services | 68.83 | 68.83 |
| **Total Expenses** | $ 786.97 | $ 786.97 |
| | | |
| **Communications** | | $ 145.66 |
| **Document Production** | | 423.60 |
| **Research** | | 148.88 |
| **Publishing Services** | | 68.83 |
| **Total Expenses** | | $ 786.97 |

W.R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2005
Invoice No. 9794

**Communications - Teleconferencing**

| | | | | |
|---|---|---|---|---|
| Zilly | 07/26/05 | 12.08 | | |
| Zilly | 07/29/05 | 11.30 | | |
| Zilly | 07/29/05 | 21.81 | | |
| Zilly | 08/03/05 | 7.71 | | |
| Zilly | 08/04/05 | 8.17 | | |
| Zilly | 08/05/05 | 30.10 | | |
| Zilly | 08/09/05 | 54.49 | | |
| Subtotal - Communications - Teleconferencing | | | $ | 145.66 |

**Document Production**

| | | | |
|---|---|---|---|
| Munfa | 10/16/05 - 10/23/05 | 420.60 | |
| O'Connell | 10/16/05 - 10/23/05 | 3.00 | |
| Subtotal - Document Production | | | 423.60 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 07/05/05 | 5.12 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 07/13/05 | 8.00 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 07/20/05 | 6.88 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 07/21/05 | 5.76 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/05/05 | 51.36 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/08/05 | 39.44 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/09/05 | 7.84 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/19/05 | 2.40 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/26/05 | 4.80 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/28/05 | 2.40 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/29/05 | 2.40 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 09/08/05 | 7.36 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 09/12/05 | 5.12 | |
| Subtotal - External Research - Online Database | | | 148.88 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Munfa | 10/16/05 - 10/23/05 | 68.83 | |
| Subtotal - Publishing Services | | | 68.83 |
| **Total Expenses** | | $ | **786.97** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS FOR THE PERIOD
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 67.3 |
| Jamie O'Connell | Associate | 31.4 |
| JP Munfa | Analyst | 20.8 |
| | Total | 119.5 |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS FOR THE PERIOD
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 67.3 |
| Jamie O'Connell | Associate | 31.4 |
| JP Munfa | Analyst | 20.8 |
| | Total | 119.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/05/05 | 1.0 | Business Analysis | Review materials on Woburn lease transaction |
| Jamie O'Connell | 10/10/05 | 0.3 | Business Analysis | Call with K&E regarding application to employ Bear, Stearns |
| Pamela Zilly | 10/10/05 | 1.0 | Business Analysis | Read and provide comments on Debtors' Motion to enter into Lease re: Woburn property, charts |
| Pamela Zilly | 10/10/05 | 0.5 | Business Analysis | Discussion with J. Baer, K. Myers re: Project Omega related motions |
| Pamela Zilly | 10/12/05 | 0.4 | Business Analysis | Read Debtors' Application to Retain Bear Stearns |
| Pamela Zilly | 10/12/05 | 0.4 | Business Analysis | Read Debtors' Motion to Enter into Lease for Woburn, Mass Property |
| Pamela Zilly | 10/17/05 | 1.0 | Business Analysis | Various financial analysis |
| Pamela Zilly | 10/19/05 | 1.5 | Business Analysis | Review valuatin analysis |
| Pamela Zilly | 10/27/05 | 1.0 | Business Analysis | Read monthly operating report |
| Pamela Zilly | 10/27/05 | 0.5 | Business Analysis | Discussion with J. O'Connell re: analysis |
| Pamela Zilly | 10/27/05 | 1.0 | Business Analysis | Discussions with J. McFarland, G. Young, K. Myers re: Bear Stearns fee |
| Pamela Zilly | 10/28/05 | 1.8 | Business Analysis | Review Debtors' filed forecast |
| | | **10.4** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/04/05 | 0.4 | Committee | Call with bank debt holder |
| Jamie O'Connell | 10/05/05 | 0.5 | Committee | Coordinate with advisors to schedule Q3 earnings call and to provide update on Lake Charles facility |
| Jamie O'Connell | 10/07/05 | 2.0 | Committee | Review lease motion for Woburn site and circulate to financial advisors |
| Jamie O'Connell | 10/13/05 | 0.3 | Committee | Coordinate update on Project Lycra for Capstone |
| Jamie O'Connell | 10/17/05 | 0.3 | Committee | Coordinate Woburn request from Capstone |
| Jamie O'Connell | 10/19/05 | 0.3 | Committee | Coordinate Woburn request from Capstone |
| Jamie O'Connell | 10/20/05 | 0.3 | Committee | Coordinate Woburn request from Tersigni |
| Jamie O'Connell | 10/21/05 | 2.0 | Committee | Call with management, Capstone and Stroock regarding Woburn lease transaction |
| Jamie O'Connell | 10/23/05 | 0.5 | Committee | Coordinate Woburn request from Capstone |
| Jamie O'Connell | 10/23/05 | 0.3 | Committee | Coordinate Woburn request from Tersigni |
| Pamela Zilly | 10/24/05 | 0.8 | Committee | Review advisor's questions re: Woburn lease; review materials |
| Jamie O'Connell | 10/25/05 | 0.3 | Committee | Coordinate Woburn request from Capstone |
| Pamela Zilly | 10/25/05 | 0.5 | Committee | Call with F. Festa and M. Berkin re: acquisition strategy |
| Jamie O'Connell | 10/26/05 | 1.0 | Committee | Call with management and Tersigni regarding Woburn lease transaction |
| Pamela Zilly | 10/31/05 | 0.3 | Committee | Call with S. Cunningham re: Project Omega |
|  |  | 9.5 |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/24/05 | 3.0 | Hearings | Participate telephonically in the October 24, 2005 court hearing |
| Pamela Zilly | 10/24/05 | 3.0 | Hearings | Attend Court Hearing via phone |
| Jamie O'Connell | 10/31/05 | 3.0 | Hearings | Participate telephonically in the October 31, 2005 court hearing |
| Pamela Zilly | 10/31/05 | 3.0 | Hearings | Attend Court Hearing via phone |
| | | **12.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/05/05 | 0.2 | Plan and Disclosure Statement | Read Debtors' Preliminary Witness Disclosure for PD Estimation |
| Pamela Zilly | 10/09/05 | 0.4 | Plan and Disclosure Statement | Read Opposition of the Official Committee of PI Claimants to Motion to take Discovery of Claimants Attorneys |
| Pamela Zilly | 10/09/05 | 0.4 | Plan and Disclosure Statement | Read Response plus Joinders in Opposition to Debtors' Motion to take Discovery of Claimants Attorneys |
| Jamie O'Connell | 10/11/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 10/11/05 | 0.8 | Plan and Disclosure Statement | Call with Management, counsel re: POR status |
| Pamela Zilly | 10/12/05 | 0.3 | Plan and Disclosure Statement | Read Debtors' Motion to authorize Settlement of Certain Claims |
| Pamela Zilly | 10/17/05 | 0.5 | Plan and Disclosure Statement | Read PI Committee requests of Documents, interrogatories of Debtors |
| Pamela Zilly | 10/17/05 | 1.0 | Plan and Disclosure Statement | Review filed POR claims and distributions |
| Pamela Zilly | 10/17/05 | 1.4 | Plan and Disclosure Statement | Review material in preparation for Norris meeting |
| Jamie O'Connell | 10/18/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 10/18/05 | 1.5 | Plan and Disclosure Statement | Meeting with P. Zilly and P. Norris |
| Pamela Zilly | 10/18/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and Court motions |
| Pamela Zilly | 10/18/05 | 1.5 | Plan and Disclosure Statement | Meeting with P.Norris, J. O'Connell |
| Pamela Zilly | 10/19/05 | 0.8 | Plan and Disclosure Statement | Discussion with and review R. Tarola schedules |
| Jamie O'Connell | 10/20/05 | 1.5 | Plan and Disclosure Statement | Update call with Grace management |
| Pamela Zilly | 10/20/05 | 1.5 | Plan and Disclosure Statement | Call with management and counsel re: POR status |
| Pamela Zilly | 10/20/05 | 0.6 | Plan and Disclosure Statement | Read Debtors' Brief in support of Estimation Hearing on Constructive Notice in PD Claims |
| Pamela Zilly | 10/23/05 | 0.5 | Plan and Disclosure Statement | Read Notice of Anderson Class Certification |
| Pamela Zilly | 10/25/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR status |
| Pamela Zilly | 10/26/05 | 2.3 | Plan and Disclosure Statement | Claims analysis and review of treatment |
| Pamela Zilly | 10/27/05 | 5.0 | Plan and Disclosure Statement | Claims analysis,review of treatment, valuation |
| Pamela Zilly | 10/28/05 | 3.3 | Plan and Disclosure Statement | Review POR Model |
| Pamela Zilly | 10/28/05 | 1.5 | Plan and Disclosure Statement | Call with Tarola on settlement schedules |
| Pamela Zilly | 10/28/05 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: claims estimates |
| Pamela Zilly | 10/28/05 | 1.0 | Plan and Disclosure Statement | Review revised schedules |
| Pamela Zilly | 10/28/05 | 1.0 | Plan and Disclosure Statement | Review interest rate accrual |
| Pamela Zilly | 10/28/05 | 1.0 | Plan and Disclosure Statement | Discussion with R. Tarola re: changes to schedule |
| Pamela Zilly | 10/29/05 | 4.0 | Plan and Disclosure Statement | Review financial analysis re: claims and distributable value; correspondence with Siegel, Tarola |
| Pamela Zilly | 10/30/05 | 0.4 | Plan and Disclosure Statement | Read FCR Opposition to Debtors' Motion to Establish Proof of Claim Bar Date for PI Claims |
| Pamela Zilly | 10/31/05 | 0.3 | Plan and Disclosure Statement | Read Response in Opposition to Debtors' Motion for Order est. Proof of Claim Bar Date for PI Claims |
| Pamela Zilly | 10/31/05 | 1.0 | Plan and Disclosure Statement | Review filings in USG, Owens Corning bankruptcies |
| Pamela Zilly | 10/31/05 | 1.4 | Plan and Disclosure Statement | Review materials for 11/3 meeting |
| | | 38.6 | | |

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/25/05 | 0.5 | Tax Issues | Call with management, counsel re: POR and motions pending |
| | | **0.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| JP Munfa | 10/17/05 | 6.0 | Valuation | Valuation analysis |
| JP Munfa | 10/18/05 | 14.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 10/19/05 | 5.5 | Valuation | Valuation analysis |
| Jamie O'Connell | 10/20/05 | 1.5 | Valuation | Valuation analysis |
| Pamela Zilly | 10/20/05 | 3.0 | Valuation | Review updated valuation presentation of Grace's businesses, make revisions |
| Jamie O'Connell | 10/21/05 | 1.5 | Valuation | Valuation analysis |
| Jamie O'Connell | 10/21/05 | 0.5 | Valuation | Discussion with P. Zilly re: analysis |
| Pamela Zilly | 10/21/05 | 2.5 | Valuation | Review updated valuation presentation of Grace's businesses |
| Pamela Zilly | 10/21/05 | 2.0 | Valuation | Financial analysis re: distributable value |
| Pamela Zilly | 10/21/05 | 0.5 | Valuation | Discussion with J. O'Connell re: financial analysis |
| Pamela Zilly | 10/25/05 | 4.0 | Valuation | Financial analysis re: POR Model; valuation analysis |
| Jamie O'Connell | 10/26/05 | 1.0 | Valuation | Valuation analysis |
| Pamela Zilly | 10/26/05 | 3.0 | Valuation | Financial analysis re: valuation and distributable value |
| Jamie O'Connell | 10/27/05 | 0.5 | Valuation | Discussion with P. Zilly re: analysis |
| Jamie O'Connell | 10/27/05 | 1.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 10/28/05 | 0.5 | Valuation | Discussion with P. Zilly re: analysis |
| Jamie O'Connell | 10/28/05 | 0.8 | Valuation | Call regarding valuation analysis |
| JP Munfa | 10/28/05 | 0.8 | Valuation | Call regarding valuation analysis |
| | | **48.5** | | |