IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 11, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

May 6, 2006

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of November 1, 2005 through November 30, 2005: | | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (20,000.00) |

Out-of-pocket expenses processed for the period through November 30, 2005:[1]

| | | |
|---|---|---|
| Ground Transportation | $    7.50 | |
| Communications | 399.34 | |
| Meals | 83.48 | |
| Document Production | 26.40 | |
| Research | 1,337.36 | 1,854.08 |
| **Total Amount Due** | | **$  81,854.08** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 9857

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 9857**

| | GL Detail Nov-05 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Car Service - Elite | $ (10.50) | $ (10.50) |
| Ground Transportation - Local Travel | 18.00 | 18.00 |
| Communications - Teleconferencing | 386.39 | 386.39 |
| Communications - Messenger - Other | 12.95 | 12.95 |
| Meals with Clients | 83.48 | 83.48 |
| Document Production | 26.40 | 26.40 |
| External Research - Multex | 225.86 | 225.86 |
| External Research - Dow Jones | 990.70 | 990.70 |
| External Research - Online Database | 120.80 | 120.80 |
| **Total Expenses** | $ 1,854.08 | $ 1,854.08 |

| | |
|---|---:|
| **Ground Transportation** | $ 7.50 |
| **Communications** | 399.34 |
| **Meals** | 83.48 |
| **Document Production** | 26.40 |
| **Research** | 1,337.36 |
| **Total Expenses** | $ 1,854.08 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through November 30, 2005**
**Invoice No. 9857**

**Ground Transportation - Car Service - Elite**
| | | | |
|---|---|---|---|
| O'Connell (credit issued by vendor) | 06/13/05 | (4.50) | |
| Zilly (credit issued by vendor) | 06/20/05 | (6.00) | |
| Subtotal - Ground Transportation - Car Service - Elite | | $ | (10.50) |

**Ground Transportation - Local Travel**
| | | | |
|---|---|---|---|
| O'Connell (weeknight taxi home from Blackstone after working late | 10/18/05 | 18.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 18.00 |

**Communications - Teleconferencing**
| | | | |
|---|---|---|---|
| O'Connell | 09/27/05 | 160.00 | |
| O'Connell | 10/25/05 | 120.00 | |
| Zilly | 09/13/05 | 0.22 | |
| Zilly | 09/14/05 | 13.42 | |
| Zilly | 09/28/05 | 13.31 | |
| Zilly | 10/21/05 | 79.44 | |
| Subtotal - Communications - Teleconferencing | | | 386.39 |

**Communications - Messenger - Other**
| | | | |
|---|---|---|---|
| Zilly | 10/18/05 | 12.95 | |
| Subtotal - Communications - Messenger - Other | | | 12.95 |

**Meals with Clients**
| | | | |
|---|---|---|---|
| Zilly (catered lunch meal for 4 people during client meeting held @ Blackstone) | 10/18/05 | 83.48 | |
| Subtotal - Meals with Clients | | | 83.48 |

**Document Production**
| | | | |
|---|---|---|---|
| O'Connell | 10/24/05 - 10/31/05 | 4.50 | |
| O'Connell | 11/07/05 - 11/20/05 | 21.90 | |
| Subtotal - Document Production | | | 26.40 |

**External Research - Multex**
| | | | |
|---|---|---|---|
| Munfa (online research) | 10/18/05 | 225.86 | |
| Subtotal - External Research - Multex | | | 225.86 |

**External Research - Dow Jones**
| | | | |
|---|---|---|---|
| Munfa (online research) | 10/18/05 | 153.12 | |
| Munfa (online research) | 11/15/05 | 448.33 | |
| O'Connell (online research re: DIP) | 11/08/05 | 389.25 | |
| Subtotal - External Research - Dow Jones | | | 990.70 |

**External Research - Online Database**
| | | | |
|---|---|---|---|
| Munfa (retrieved motion documents from Court's docket via P.A.C.E.R. | 10/05/05 | 120.80 | |
| Subtotal - External Research - Online Database | | | 120.80 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | $ | **1,854.08** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 72.7 |
| Jamie O'Connell | Associate | 36.3 |
| JP Munfa | Analyst | 2.0 |
| | Total | 111.0 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/05 | 2.0 | Business Analysis | Analyze claims and tax assets for Q3 activity |
| Jamie O'Connell | 11/01/05 | 0.5 | Business Analysis | Call with M. Brown regarding pro forma amounts in the third quarter 10-Q |
| Pamela Zilly | 11/01/05 | 0.4 | Business Analysis | Call with E. Filon re: intercompany arrangements |
| Pamela Zilly | 11/01/05 | 1.0 | Business Analysis | Research Alltech motion, documents for intercompany arrangements |
| Pamela Zilly | 11/14/05 | 0.3 | Business Analysis | Read various Orders inc.Order to Enter into Woburn, Mass Lease |
| Pamela Zilly | 11/17/05 | 1.0 | Business Analysis | Discussions with E. Filon, J. Baer re: Alltech intercompany arrangements |
| Pamela Zilly | 11/18/05 | 0.5 | Business Analysis | Review Ludox analyses |
| Pamela Zilly | 11/18/05 | 0.5 | Business Analysis | Call with M. Shelnitz, R. Tarola, E. Edmond re: Ludox transaction |
| Pamela Zilly | 11/18/05 | 0.8 | Business Analysis | Review 3Q earnings report |
| Pamela Zilly | 11/21/05 | 1.0 | Business Analysis | Review revised Ludox analyses |
| Pamela Zilly | 11/21/05 | 0.8 | Business Analysis | Call with G. Poling, E. Edmond re: Ludox transaction |
| Jamie O'Connell | 11/22/05 | 0.5 | Business Analysis | Call with E. Edmond regarding Ludox materials |
| Pamela Zilly | 11/22/05 | 0.6 | Business Analysis | Review analysis of insurance proceeds |
| Pamela Zilly | 11/22/05 | 0.5 | Business Analysis | Call with R. Tarola |
| Pamela Zilly | 11/22/05 | 1.5 | Business Analysis | Review documents re: Ludox transaction |
| Pamela Zilly | 11/25/05 | 1.5 | Business Analysis | Review documents and analysis re: Ludox transaction |
| Jamie O'Connell | 11/28/05 | 1.5 | Business Analysis | Review of third quarter 10-Q |
| Pamela Zilly | 11/29/05 | 1.0 | Business Analysis | Review Intercat documents |
| Pamela Zilly | 11/30/05 | 1.0 | Business Analysis | Review and provide comments on Ludox transaction analysis |
| Pamela Zilly | 11/30/05 | 2.0 | Business Analysis | Call with G. Poling, E. Edmonds, B. Tarola, DuPont representatives re: Ludox transaction |
| Pamela Zilly | 11/30/05 | 2.0 | Business Analysis | Read 10Q report |
| | | | Business Analysis | Review Monthly Operating Report |
| | | **22.4** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/07/05 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding DIP facility |
| Jamie O'Connell | 11/10/05 | 0.5 | Committee | Coordinate Q3 financial review call |
| Jamie O'Connell | 11/16/05 | 0.5 | Committee | Call with L. Hamilton of Capstone regarding POR matters |
| Jamie O'Connell | 11/17/05 | 0.5 | Committee | Coordinate Project Lycra request from Capstone |
| Pamela Zilly | 11/17/05 | 0.3 | Committee | Call with R. McGowan re: information request |
| Jamie O'Connell | 11/18/05 | 1.0 | Committee | Third quarter financial review conference call with financial advisors |
| Pamela Zilly | 11/18/05 | 1.0 | Committee | Grace earnings call with financial advisors to Committees |
| Jamie O'Connell | 11/21/05 | 0.5 | Committee | Call with Tersigni regarding claims estimates |
| Jamie O'Connell | 11/21/05 | 0.5 | Committee | Coordinate Project Lycra update to Capstone |
| Jamie O'Connell | 11/21/05 | 1.0 | Committee | Coordinate Ludox royalty materials distribution to financial advisors |
| Jamie O'Connell | 11/22/05 | 2.0 | Committee | Review and circulate Ludox materials to financial advisors |
| Jamie O'Connell | 11/22/05 | 0.3 | Committee | Call with L. Hamilton regarding interest on claims and Ludox |
| Pamela Zilly | 11/22/05 | 2.0 | Committee | Discussions with management, Capstone, J. O'Connell re: interest rate on the Unsecured Claims |
| Jamie O'Connell | 11/23/05 | 0.5 | Committee | Coordinate response to accrued interest questions from Tersigni |
| Pamela Zilly | 11/23/05 | 0.5 | Committee | Call with S. Cunningham re: interest accrual |
| Pamela Zilly | 11/28/05 | 1.0 | Committee | Call with S. Cunningham re: interest rate accrual |
| Pamela Zilly | 11/29/05 | 0.5 | Committee | Read Tersigni questions, responses on plan interest rate |
| Jamie O'Connell | 11/29/05 | 0.5 | Committee | Coordinate Ludox correspondence with financial advisors |
| Jamie O'Connell | 11/29/05 | 0.5 | Committee | Respond to Capstone questions regarding Ludox |
| Jamie O'Connell | 11/29/05 | 0.5 | Committee | Coordinate response to additional accrued interest questions from Tersigni |
| Pamela Zilly | 11/30/05 | 0.5 | Committee | Call with S. Cunningham re: interest rate accrual |
| Jamie O'Connell | 11/30/05 | 0.5 | Committee | Call with L. Hamilton and E. Edmond regarding Ludox |
| Jamie O'Connell | 11/30/05 | 0.3 | Committee | Call with H. Kang regarding strategic sessions |
| | | 15.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/17/05 | 1.0 | Employee Benefits/Pension | Review stock option information, call with B. McGowan |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/07/05 | 1.0 | Financing | Review analysis re: DIP renewal |
| Jamie O'Connell | 11/08/05 | 3.5 | Financing | Analysis of DIP facilities of comparable companies |
| Pamela Zilly | 11/08/05 | 1.0 | Financing | Review analysis of DIP renewal terms |
| Pamela Zilly | 11/08/05 | 1.0 | Financing | Prepare for call on DIP renewal terms (11/9) |
| Jamie O'Connell | 11/09/05 | 0.5 | Financing | Analysis of DIP facilities of comparable companies |
| Jamie O'Connell | 11/09/05 | 1.0 | Financing | Call with P. Zilly, J.P. Munfa and Grace management regarding DIP renewal |
| Jamie O'Connell | 11/09/05 | 1.0 | Financing | Meeting with P. Zilly and J.P. Munfa to analyze DIP renewal options |
| JP Munfa | 11/09/05 | 1.0 | Financing | Call with P. Zilly, J. O'Connell and Grace management regarding DIP renewal |
| JP Munfa | 11/09/05 | 1.0 | Financing | Meeting with P. Zilly and J. O'Connell to analyze DIP renewal options |
| Pamela Zilly | 11/09/05 | 1.0 | Financing | Meeting with J. O'Connell, JP Munfa re: comparable DIP terms |
| Pamela Zilly | 11/09/05 | 1.0 | Financing | Call with J. O'Connell, JP Munfa, E. Filon, R. Lapidario re: DIP renewal |
| Pamela Zilly | 11/09/05 | 0.5 | Financing | Review DIP renewal term sheet; call with R. Lapidario |
| Pamela Zilly | 11/16/05 | 0.5 | Financing | Review and provide comments on DIP renewal schedule |
| Pamela Zilly | 11/16/05 | 1.0 | Financing | Review DIP renewal term sheet |
| Pamela Zilly | 11/17/05 | 1.5 | Financing | Review DIP documents |
| | | 16.5 | | |

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/14/05 | 6.0 | Hearings | Participate telephonically in the November 14, 2005 court hearing |
| Pamela Zilly | 11/14/05 | 6.0 | Hearings | Attend Grace Hearing via phone |
| | | 12.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/03/05 | 3.0 | Non-Working Travel Time | Travel to New York |
| | | 3.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 11/01/05 | 1.0 | Plan and Disclosure Statement | Conference call with management and counsel re: status of court motions |
| Pamela Zilly | 11/01/05 | 0.6 | Plan and Disclosure Statement | Call with E. Leibenstein re: PI claims |
| Pamela Zilly | 11/01/05 | 0.3 | Plan and Disclosure Statement | Review and provide comments on settlement discussion agenda |
| Pamela Zilly | 11/02/05 | 2.0 | Plan and Disclosure Statement | Review update of all claims |
| Pamela Zilly | 11/02/05 | 0.4 | Plan and Disclosure Statement | Review analysis of Ludox royalty payments re: claims schedules |
| Pamela Zilly | 11/02/05 | 0.5 | Plan and Disclosure Statement | Read Opposition to PI Claimants Motion for order Est. Proof of Claims Bar |
| Pamela Zilly | 11/03/05 | 3.0 | Plan and Disclosure Statement | Travel to Washington; review POR materials |
| Pamela Zilly | 11/03/05 | 3.0 | Plan and Disclosure Statement | Meeting with T. Weshler, G. Barnes, B. Tarola, D. Siegel, M. Shelnitz |
| Pamela Zilly | 11/04/05 | 1.0 | Plan and Disclosure Statement | Discussions with management re: deal structure |
| Pamela Zilly | 11/07/05 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: claims |
| Jamie O'Connell | 11/07/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Response to PD Committees Opposition to Consideration of Methodology Issue for PD Claims Estimation |
| Pamela Zilly | 11/07/05 | 2.0 | Plan and Disclosure Statement | Meeting with E. Leibenstein re: claims |
| Pamela Zilly | 11/07/05 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: claims |
| Jamie O'Connell | 11/08/05 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 11/08/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR, status of Court motions |
| Pamela Zilly | 11/11/05 | 1.0 | Plan and Disclosure Statement | Review analysis re: claims, changes to tax claims |
| Pamela Zilly | 11/14/05 | 0.4 | Plan and Disclosure Statement | Read Motion for Leave to file Reply to PI Claims Bar Date |
| Jamie O'Connell | 11/16/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 11/16/05 | 1.0 | Plan and Disclosure Statement | Read Motions re Designation Of Categories of Estimation of PI Claims |
| Pamela Zilly | 11/16/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: status of POR |
| Pamela Zilly | 11/17/05 | 0.3 | Plan and Disclosure Statement | Read Motion to Extend Exclusivity |
| Jamie O'Connell | 11/22/05 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: interest rate accrual |
| Jamie O'Connell | 11/22/05 | 0.5 | Plan and Disclosure Statement | Calls with B. Tarola regarding accrued interest amounts |
| Jamie O'Connell | 11/22/05 | 1.0 | Plan and Disclosure Statement | Analysis of accrued interest relating to claims |
| Jamie O'Connell | 11/23/05 | 0.5 | Plan and Disclosure Statement | Call with R. Lapidario regarding accrued interest calculations |
| Jamie O'Connell | 11/23/05 | 0.5 | Plan and Disclosure Statement | Analysis of accrued interest amounts relating to claims |
| Pamela Zilly | 11/23/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: hearing and court motions |
| Pamela Zilly | 11/23/05 | 1.6 | Plan and Disclosure Statement | Review various analysis re: interest rate accruals on Unsecured Claims |
| Pamela Zilly | 11/23/05 | 2.0 | Plan and Disclosure Statement | Discussions with management re: interest rate accrual on Unsecured Claims |
| Pamela Zilly | 11/28/05 | 1.0 | Plan and Disclosure Statement | Status call with management and K&E |
| Jamie O'Connell | 11/28/05 | 0.5 | Plan and Disclosure Statement | Call with B. Tarola and R. Lapidario regarding accrued interest |
| Pamela Zilly | 11/28/05 | 1.0 | Plan and Disclosure Statement | Call with F. Festa, P. Norris, R. Tarola, D. Siegel, M. Shelnitz re: settlement discussions |
| Jamie O'Connell | 11/29/05 | 1.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 11/29/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court motions |
| Pamela Zilly | 11/29/05 | 1.5 | Plan and Disclosure Statement | Discussions with management re: interest rate accrual on Unsecured Claims |
| Pamela Zilly | 11/29/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: court motions |
| Pamela Zilly | 11/30/05 | 1.0 | Plan and Disclosure Statement | Discussions with management re: interest rate accrual on Unsecured Claims |
| | | 38.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/02/05 | 1.0 | Tax Issues | Review analysis of tax claims on POR |
| Jamie O'Connell | 11/08/05 | 0.5 | Tax Issues | Call with J. Gibbs regarding tax claims |
| Jamie O'Connell | 11/11/05 | 0.5 | Tax Issues | Analysis of tax claims |
| Jamie O'Connell | 11/14/05 | 0.5 | Tax Issues | Call with J. Gibbs regarding tax claims |
|  |  | 2.5 |  |  |