IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 11, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
06/21/06 12:25 PM

-1-

# The Blackstone Group®

May 6, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of December 1, 2005 through December 31, 2005: | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (20,000.00) |

Out-of-pocket expenses processed for the period through December 31, 2005:[1]

| | | | |
|---|---|---:|---:|
| | Airfare | $ 316.90 | |
| | Communications | 78.20 | |
| | Meals | 25.00 | |
| | Publishing Services | 68.25 | 488.35 |
| **Total Amount Due** | | **$** | **80,488.35** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 9889

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 9889

|  | GL Detail Dec-05 | Total Expenses |
|---|---|---|
| Airfare | $ 316.90 | $ 316.90 |
| Communications - Teleconferencing | 78.20 | 78.20 |
| Employee Meals | 25.00 | 25.00 |
| Publishing Services | 68.25 | 68.25 |
| **Total Expenses** | **$ 488.35** | **$ 488.35** |

| | | |
|---|---|---|
| **Airfare** | $ | 316.90 |
| **Communications** | | 78.20 |
| **Meals** | | 25.00 |
| **Publishing Services** | | 68.25 |
| **Total Expenses** | $ | 488.35 |

W.R. Grace & Co.
Detail of Expenses Processed
Through December 31, 2005
Invoice No. 9889

**Airfare**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly (travel agency fee for booking of round trip flight dated 11/03/05) | 11/03/05 | 40.00 | |
| Zilly (round trip coach class flight to/from Washington, DC from/to Queens, NY) | 11/03/05 | 276.90 | |
| Subtotal - Airfare | | | $ 316.90 |

**Communications - Teleconferencing**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly | 10/26/05 | 26.85 | |
| Zilly | 11/18/05 | 51.35 | |
| Subtotal - Communications - Teleconferencing | | | 78.20 |

**Employee Meals**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa (weeknight working dinner meal @ Blackstone while working late) | 10/18/05 | 25.00 | |
| Subtotal - Employee Meals | | | 25.00 |

**Publishing Services**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa | 12/05/05 - 12/18/05 | 68.25 | |
| Subtotal - Publishing Services | | | 68.25 |
| **Total Expenses** | | | **$ 488.35** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 67.0 |
| Jamie O'Connell | Associate | 48.5 |
| JP Munfa | Analyst | 7.0 |
| | Total | 122.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/01/05 | 0.5 | Business Analysis | Prepare for call with DuPont representatives |
| Pamela Zilly | 12/01/05 | 1.0 | Business Analysis | Call with G. Poling, E. Edmund, R. Tarola, DuPont representatives re: Ludox |
| Pamela Zilly | 12/01/05 | 1.0 | Business Analysis | Follow up calls re: DuPont matter |
| Pamela Zilly | 12/02/05 | 0.7 | Business Analysis | Discussion/correspondence w/Tarola, Shelnitz, Poling re: Ludox/DuPont transaction |
| Jamie O'Connell | 12/05/05 | 0.3 | Business Analysis | Call with B. Maggio regarding Intercat |
| Jamie O'Connell | 12/05/05 | 1.0 | Business Analysis | Read draft version of Intercat settlement agreement |
| Pamela Zilly | 12/05/05 | 0.5 | Business Analysis | Discussion/correspondence with Shelnitz, Poling re: DuPont position |
| Pamela Zilly | 12/05/05 | 1.0 | Business Analysis | Review Intercat documents |
| Jamie O'Connell | 12/06/05 | 0.5 | Business Analysis | Call with E. Edmond regarding Ludox matter |
| Jamie O'Connell | 12/06/05 | 0.5 | Business Analysis | Discussion with P. Zilly re: Ludox and Committees |
| Jamie O'Connell | 12/06/05 | 0.3 | Business Analysis | Draft additional correspondence regarding the Ludox matter |
| Jamie O'Connell | 12/06/05 | 0.5 | Business Analysis | Review correspondence related to Ludox matter |
| Pamela Zilly | 12/06/05 | 0.5 | Business Analysis | Discussion with J. O'Connell re: Ludox /DuPont transaction |
| Pamela Zilly | 12/06/05 | 0.4 | Business Analysis | Call with M. Shelnitz re: Ludox Transaction |
| Pamela Zilly | 12/06/05 | 0.8 | Business Analysis | Read suggested language, provide comments on Ludox/DuPont issues |
| Jamie O'Connell | 12/07/05 | 0.3 | Business Analysis | Call with E. Edmond regarding Ludox matter |
| Jamie O'Connell | 12/07/05 | 0.5 | Business Analysis | Discussion with P. Zilly re: Ludox and Committees |
| Jamie O'Connell | 12/07/05 | 0.5 | Business Analysis | Call with P. Zilly, K&E and Grace management regarding Ludox matter |
| Pamela Zilly | 12/07/05 | 1.0 | Business Analysis | Discussion/correspondence with M. Shelnitz re: DuPont/Ludox |
| Pamela Zilly | 12/07/05 | 0.5 | Business Analysis | Calls with M. Shelnitz, E. Edmonds, R. Tarola re: Committees' response to DuPont deal |
| Pamela Zilly | 12/07/05 | 1.0 | Business Analysis | Prepare various financial analysis re: distributable value |
| Pamela Zilly | 12/07/05 | 0.5 | Business Analysis | Discussion with J. O'Connell re: Ludox /DuPont transaction |
| Pamela Zilly | 12/08/05 | 1.2 | Business Analysis | Research re: possible acquisition |
| Pamela Zilly | 12/08/05 | 0.4 | Business Analysis | Call with F. Festa re: possible acquisition |
| Pamela Zilly | 12/12/05 | 0.5 | Business Analysis | Call with W. Corcoran, M. Miller re: Remedium status |
| Pamela Zilly | 12/13/05 | 0.3 | Business Analysis | Coordinate with E. Edmond regarding Ludox matter |
| Jamie O'Connell | 12/14/05 | 8.0 | Business Analysis | Attend GPC strategy session in Cambridge, MA |
| Jamie O'Connell | 12/14/05 | 3.0 | Business Analysis | Travel from Cambridge, MA to Columbia, MD |
| Pamela Zilly | 12/14/05 | 2.0 | Business Analysis | Travel to Baltimore: discussion with F. Festa, R. Tarola re: acquisitions, POR |
| Jamie O'Connell | 12/15/05 | 7.0 | Business Analysis | Attend Davison strategy session in Columbia, MD |
| Pamela Zilly | 12/15/05 | 7.0 | Business Analysis | Strategic review meetings with the Davison division management |
| Jamie O'Connell | 12/16/05 | 0.8 | Business Analysis | Industry analysis |
| Pamela Zilly | 12/16/05 | 0.4 | Business Analysis | Correspondence with K. Myers re: Delphi claims |
| Pamela Zilly | 12/16/05 | 1.0 | Business Analysis | Research M&A fees |
| Pamela Zilly | 12/16/05 | 0.8 | Business Analysis | Review deal pipeline |
| Jamie O'Connell | 12/19/05 | 0.5 | Business Analysis | Call with B. Tarola and B. Sarikas of Grace regarding business analysis |
| Jamie O'Connell | 12/20/05 | 3.5 | Business Analysis | Perform business analysis |
| JP Munfa | 12/20/05 | 5.0 | Business Analysis | Perform business analysis |
| Pamela Zilly | 12/20/05 | 1.5 | Business Analysis | Review EVA analysis |
| Jamie O'Connell | 12/21/05 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 12/21/05 | 1.5 | Business Analysis | Perform business analysis |
| JP Munfa | 12/21/05 | 2.0 | Business Analysis | Perform business analysis |
| Pamela Zilly | 12/21/05 | 1.0 | Business Analysis | Review EVA analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/21/05 | 1.5 | Business Analysis | Read Intercat Settlement and supporting documents |
| Pamela Zilly | 12/28/05 | 2.0 | Business Analysis | Review cash forecast |
| Pamela Zilly | 12/14/05 | 7.0 | Business Analysis | Strategic review meetings with the GPC division management |
| | | 72.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/01/05 | 0.5 | Committee | Call with M. Berkin of Tersigni regarding accrued interest |
| Jamie O'Connell | 12/05/05 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding Intercat |
| Jamie O'Connell | 12/06/05 | 0.3 | Committee | Draft correspondence to L. Hamilton of Capstone regarding Intercat matter |
| Jamie O'Connell | 12/06/05 | 0.5 | Committee | Draft correspondence regarding Ludox matter |
| Pamela Zilly | 12/06/05 | 0.2 | Committee | Call with J. Radecki re: Ludox/DuPont transaction |
| Jamie O'Connell | 12/07/05 | 0.3 | Committee | Respond to requests of L. Hamilton of Capstone regarding Intercat |
| Jamie O'Connell | 12/09/05 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding recent requests |
|  |  | **2.2** |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/02/05 | 1.0 | Employee Benefits/Pension | Review stock option information, call with B. McGowan |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/08/05 | 2.5 | Financing | Analysis of DIP terms in recently completed DIP financings |
| Pamela Zilly | 12/08/05 | 0.5 | Financing | Review DIP comparables |
| Pamela Zilly | 12/27/05 | 2.0 | Financing | Review materials re: DIP renewal |
| Pamela Zilly | 12/28/05 | 0.5 | Financing | Call with E. Filon re: DIP renewal |
| Pamela Zilly | 12/29/05 | 2.0 | Financing | Review materials re: DIP renewal |
| Pamela Zilly | 12/29/05 | 1.0 | Financing | Call with R. Tarola, E. Filon re: DIP renewal |
| | | 8.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Pamela Zilly | 12/13/05 | 1.0 | Hearings | Review materials for call re: Court hearing |
| Pamela Zilly | 12/13/05 | 1.0 | Hearings | Call with D. Bernick, D. Siegel, R. Tarola re: Court hearing |
| Pamela Zilly | 12/13/05 | 2.0 | Hearings | Prepare material for court hearing |
| Pamela Zilly | 12/16/05 | 1.0 | Hearings | Revisions to Grace timeline for Hearing |
| Jamie O'Connell | 12/19/05 | 4.0 | Hearings | Participate telephonically in the December 19, 2005 court hearing |
| Pamela Zilly | 12/19/05 | 1.0 | Hearings | Attend Court hearing via phone |
| | | 10.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/14/05 | 3.5 | Non-Working Travel Time | Travel from New York to Grace facility in Cambridge, MA |
| Pamela Zilly | 12/14/05 | 2.5 | Non-Working Travel Time | Travel to Cambridge |
| Jamie O'Connell | 12/15/05 | 5.0 | Non-Working Travel Time | Travel from Columbia, MD to New York |
| Pamela Zilly | 12/15/05 | 3.0 | Non-Working Travel Time | Travel to New York |
| | | **14.0** | | |

Page 8 of 9

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/01/05 | 0.3 | Plan and Disclosure Statement | Call with B. Tarola of Grace regarding accrued interest |
| Jamie O'Connell | 12/01/05 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: interest rate issues |
| Jamie O'Connell | 12/01/05 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidario of Grace regarding accrued interest |
| Pamela Zilly | 12/01/05 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: Interest rate accruals |
| Pamela Zilly | 12/02/05 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein re: claims |
| Pamela Zilly | 12/05/05 | 1.0 | Plan and Disclosure Statement | Review analysis, send to E. Leibenstein |
| Pamela Zilly | 12/05/05 | 1.0 | Plan and Disclosure Statement | Review analysis re: dinner meeting |
| Pamela Zilly | 12/05/05 | 0.5 | Plan and Disclosure Statement | Review correspondence from Shelnitz re: PI |
| Pamela Zilly | 12/05/05 | 2.5 | Plan and Disclosure Statement | Dinner with F. Festa, W. Corcoran |
| Jamie O'Connell | 12/06/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 12/06/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: Motions, POR status, PI, PD claims |
| Pamela Zilly | 12/07/05 | 0.3 | Plan and Disclosure Statement | Read Debtors' Anderson Memorial Class Certification Objection |
| Pamela Zilly | 12/07/05 | 0.3 | Plan and Disclosure Statement | Read BDM Modification of Stay Motion |
| Pamela Zilly | 12/08/05 | 0.3 | Plan and Disclosure Statement | Read Law Firms' Response in Opposition to Extension of Exclusivity |
| Pamela Zilly | 12/12/05 | 1.0 | Plan and Disclosure Statement | Research prior settlement discussion materials |
| Pamela Zilly | 12/12/05 | 1.0 | Plan and Disclosure Statement | Meeting with P. Norris |
| Jamie O'Connell | 12/13/05 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 12/13/05 | 0.5 | Plan and Disclosure Statement | Correspondence w/Norris, Shelnitz re: PI, PD claims |
| Pamela Zilly | 12/20/05 | 0.8 | Plan and Disclosure Statement | Conference call with management, counsel re: Court motions and POR status |
| Pamela Zilly | 12/21/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Reply in Support of 15th Objection to PD Claims |
| Pamela Zilly | 12/29/05 | 1.0 | Plan and Disclosure Statement | Read various motions inc. Intercat and 15th Omnibus Objections - memo in support of |
| | | 14.8 | | |