**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


June 19, 2006
In Reference To: Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice # 10555

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 5/1/2006 | JBA | Update database with Ferry Joseph 3.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Klett 3.06 e-detail, Kramer 3.06 e-detail | 0.10 | 4.00 |
|  | SLB | complete review of 19th Interim app. and draft of final report - Campbell & Levine (3.3) and Baker Donelson (3.9) | 7.20 | 972.00 |
| 5/2/2006 | SLB | complete draft of 19th Interim final report - PwC (6.4) ; complete review of app and draft of 19th Interim final report - Lynch Keefe (1.7) | 8.10 | 1,093.50 |
| 5/3/2006 | JBA | Update database with 3.06 e-detail for: Campbell, Caplin, LAS, Tersigni, and AKO | 0.10 | 4.00 |
|  | SLB | complete draft of 19th Interim final report - Norris (1.8) ; complete drafts of 19th Interim final reports - AKO (2.5), BMC (3.3) | 7.60 | 1,026.00 |
| 5/4/2006 | JAW | detailed review of Pitney January 2006 monthly invoice (2.3) draft summary of same (0.1). | 2.40 | 324.00 |

W.R. Grace & Co.             Page 2

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/4/2006 | SLB | draft e-mails (2) to J. Sakalo @ Bilzin re Bilzin and Property Damage Comm. responses (.3) ; e-mail to D. Lloyd @ PwC re 19th Interim response (.2) ; e-mail to A. Moran @ Steptoe re 19th Interim app. (.2) ; e-mail R. Tobin @ Caplin re 19th Interim response (.2) | 0.90 | 121.50 |
| | SLB | complete draft of 19th Interim initial report - Property Damage Comm. (1.4) ; complete draft of 19th Interim final report - Capstone (1.7) | 3.10 | 418.50 |
| | SLB | PACER research regarding 19th Interim fee apps. - Beveridge, Capstone, Casner, Norris, Prop. Damage Comm., Latham, PwC and Steptoe (2.2) | 2.20 | 297.00 |
| | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of Baker (.10); 10.01.05 through 12.31.05 Interim Fee Application of Beveridge (.10); 01.06 Monthly Invoice of BMC (.10); 03.06 Monthly Invoice of Stroock (.10); 03.06 Monthly Invoice of Reed (.10); 03.06 Monthly Invoice of Ferry (.10); 03.06 Monthly Invoice of Foley (.10); 03.06 Monthly Invoice of Kirkland (.10); 03.06 Monthly Invoice of Philips (.10); 03.06 Monthly Invoice of Duane (.10); 02.06 Monthly Invoice of Casner (.10); 03.06 Monthly Invoice of Klett (.10); 03.06 Monthly Invoice of Kramer (.10); 03.06 Monthly Invoice of Woodcock (.10) | 1.40 | 56.00 |
| | PGS | Preparation of April 2006 Monthly Invoice of WHS | 0.60 | 48.00 |
| 5/5/2006 | JAW | detailed review of Caplin January 2006 monthly invoice (2.3) draft summary of same (0.4). | 2.70 | 364.50 |
| | JAW | detailed review of Reed Smith January 2006 monthly invoice (2.9) draft summary of same (0.1). | 3.00 | 405.00 |
| | CCO | Update database with 03.06 Monthly Invoice of Caplin (.10); 03.06 Monthly Invoice of Campbell (.10); 03.06 Monthly Invoice of Tersigni (.10); 03.06 Monthly Invoice of LAS (.10); 01.01.06 through 03.31.06 Interim Fee Application of Anderson (.10) | 0.50 | 20.00 |
| | PGS | Preparation of the CNO for March 2006 of WHS | 0.10 | 8.00 |

| W.R. Grace & Co. | | | | Page | 3 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 5/5/2006 | JBA | draft 19th Project Category Spreadsheet | | 4.00 | 160.00 |
| | DTW | Review and revise 19th interim initial report for Asbestos Committee (.1). | | 0.10 | 14.50 |
| | CCO | Update database with 03.06 and 01.06 Monthly Invoices of Austern (.10) | | 0.10 | 4.00 |
| | SLB | draft e-mail to R. Tobin @ Caplin re 19th Interim response (.2) | | 0.20 | 27.00 |
| | SLB | draft 19th Interim final reports - CIBC (1.4), Casner (2.0), Ferry Joseph (1.6), Foley Hoag (1.8) | | 6.80 | 918.00 |
| 5/8/2006 | PGS | Electronic filing with court of March 2006 CNO of WHS | | 0.10 | 8.00 |
| | CCO | Update database with 01.01.06 through 01.31.06 Interim Fee Application of Proviti (.10) | | 0.10 | 4.00 |
| | PGS | Electronic filing with court of April 2006 Monthly Invoice of WHS | | 0.10 | 8.00 |
| | JBA | Update database with Foley 20th Interim app/e-detail | | 0.10 | 4.00 |
| | SLB | complete draft of 19th Interim final report - Caplin (3.4) ; complete draft of 19th Interim final report - Duane Morris (1.7) complete draft of 19th Interim final reports - Conway (1.8) ; Nelson Mullins (.8) | | 7.70 | 1,039.50 |
| 5/9/2006 | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of Foley (.10) | | 0.10 | 4.00 |
| | JBA | Update database with e-response re: K&E 19th Interim IR | | 0.10 | 4.00 |
| | SLB | begin draft of 19th Interim final report - K&E (7.2) | | 7.20 | 972.00 |

W.R. Grace & Co.                                                                                                      Page      4

|            |     |                                                                                                              | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-----------|------------|
| 5/9/2006   | JBA | Update database with Austern 20th Interim app/e-detail, and Austern 3.06 e-detail                            | 0.10      | 4.00       |
|            | JAW | detailed review of Bilzin January 2006 monthly invoice (4.7); draft summary of same (1.3).                   | 6.00      | 810.00     |
|            | JBA | Update database with PWC 2.06 e-detail                                                                       | 0.10      | 4.00       |
|            | WHS | detailed review of amended agenda                                                                            | 0.10      | 27.50      |
| 5/10/2006  | SLB | complete draft of 19th Interim final report - K&E (6.7)                                                      | 6.70      | 904.50     |
|            | SLB | telephone conference with J. Sakalo @ Bilzin re response to Prop Damage Comm. initial report for 19th Interim (.2) | 0.20      | 27.00      |
|            | SLB | draft e-mail to J. Sakalo @ Bilzin re response for 19th Interim (.2)                                         | 0.20      | 27.00      |
| 5/11/2006  | CCO | Update database with 03.06 Monthly Invoice of Capstone (.10)                                                 | 0.10      | 4.00       |
|            | CCO | Update database with new spreadsheet information and corrections in W.R.Grace(.20)                           | 0.20      | 8.00       |
|            | JBA | Update database with Capstone 3.06 e-detail                                                                  | 0.10      | 4.00       |
|            | PGS | Electronic filing with court of the 20th Interim Fee Application of WHS                                      | 0.10      | 8.00       |
|            | PGS | Preparation of 20th Interim Fee Application of WHS                                                           | 2.80      | 224.00     |
| 5/12/2006  | SLB | complete review and draft of 19th Interim final report - Austern (2.3)                                       | 2.30      | 310.50     |

| W.R. Grace & Co. | | | | Page | 5 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 5/12/2006 | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of Capstone (.10); 07.01.05 through 09.30.05 Interim Fee Application of Blackstone (.10); 10.01.05 through 12.31.05 Interim Fee Application of Steptoe (.10) | | 0.30 | 12.00 |
| | WHS | receive and review agenda | | 0.10 | 27.50 |
| 5/15/2006 | SLB | complete draft of 19th Interim final report - Apps with No Objections (3.8) | | 3.80 | 513.00 |
| 5/16/2006 | SLB | PACER research regarding docket numbers for 19th Interim fee & expense charts (.9) | | 0.90 | 121.50 |
| | SLB | draft e-mail to J. Sakalo @ Bilzin re 19th Interim response (.2) ; e-mail to K. Ortega @ Latham re 19th Interim filing (.2) | | 0.40 | 54.00 |
| | JBA | Update database with Conway 20th Interim app/e-detail | | 0.10 | 4.00 |
| 5/17/2006 | SLB | begin draft of 19th Interim final report - Bilzin (2.4) | | 2.40 | 324.00 |
| | CCO | Update database with 07.05, 08.05, 09.05 Monthly Invoices of Blackstone (.20); 03.11.02 through 01.21.03 Interim Fee Application of Dies (.10); 01.01.06 through 03.31.06 Interim Fee Application of Reed (.10) | | 0.40 | 16.00 |
| | SLB | draft e-mail to J. Sakalo @ Bilzin re 19th Interim response (.2) | | 0.20 | 27.00 |
| 5/18/2006 | SLB | telephone conferences (2) with J. Sakalo @ Bilzin re 19th Interim final report (.5) | | 0.50 | 67.50 |
| | SLB | draft e-mail to J. Sakalo @ Bilzin re 19th Interim final report (.2) | | 0.20 | 27.00 |
| | SLB | draft e-mails (3) to J. Sakalo @ Bilzin re Sealed Air applicants in 19th Interim Grace (.7) | | 0.70 | 94.50 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | | Page 6 |
| 5/18/2006 | SLB | telephone conference with J. Sakalo @ Bilzin re Drier and Keefe applications in 19th Interim Grace (.2) | 0.20 | 27.00 |
| | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of LAS (.10); 01.01.06 through 03.31.06 Interim Fee Application of Caplin (.10); 01.01.06 through 03.31.06 Interim Fee Application of Tersigni (.10); 01.01.06 through 03.31.06 Interim Fee Application of Campbell (.10); 01.01.06 through 03.31.06 Interim Fee Application of Conway (.10); 011.01.06 through 03.31.06 Interim Fee Application of Kirkland (.10) | 0.60 | 24.00 |
| | JBA | Update database with Buchanan 4.06 e-detail | 0.10 | 4.00 |
| | WHS | detailed review of Caplin 19th Int FR | 0.10 | 27.50 |
| | SLB | complete draft of 19th Interim final report - Bilzin (5.5) | 5.50 | 742.50 |
| | WHS | detailed review of Baker 19th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Buchanan 19th Int FR | 0.10 | 27.50 |
| 5/19/2006 | SLB | PACER research regarding Drier and Keefe application in 19th Grace (1.4) | 1.40 | 189.00 |
| | WHS | draft several e-mails to Steve Bossay re Fourth and Final Fee Application on behalf of William A. Dreier | 0.30 | 82.50 |
| 5/22/2006 | CCO | Update database with 04.06 Monthly Invoice of Buchnan (.10); 04.02.02 through 08.17.04 Interim Fee Application of Speights (.10); 01.01.06 through 03.31.06 Interim Fee Application of Ferry (.10); 03.06 Monthly Invoice of Hamilton (.10); 03.06 Monthly Invoice of Bilzin (.10); 01.06 and 02.06 Monthly Invoices of Conway (.10) | 0.60 | 24.00 |
| | JAW | detailed review of K&E January 2006 monthly invoice (9.3) | 9.30 | 1,255.50 |

W.R. Grace & Co.                                                                                                         Page      7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/23/2006 | SLB | complete revised drafts of 19th Interim final reports - K&E (4.5) and Conway (.7) | 5.20 | 702.00 |
|  | SLB | draft e-mail to J. Sakalo re disposition of Sealed Air applicants moving to 20th Interim (.2) | 0.20 | 27.00 |
|  | JAW | detailed review of K&E January 2006 monthly invoice (9.1) | 9.10 | 1,228.50 |
|  | DTW | Several conferences with S. Bossay regarding Keefe and Dreier applications and research regarding same (.5); conference with S. Bossay regarding Akin Gump issues (.1); begin review of expenses for Akin Gump 11th interim application (.9). | 1.50 | 217.50 |
| 5/24/2006 | SLB | complete draft of 19th Interim final report - Keefe (2.4) ; complete draft of 19th Interim final report - Norris (2.8) ; complete revised draft of 19th Interim final report - K&E (1.4) and Bilzin (.8) | 7.40 | 999.00 |
|  | DTW | Several conferences with S. Bossay regarding Dreier & Keefe applications (.4); assisting S. Bossay with final report for K&E 19th interim (.6). | 1.00 | 145.00 |
|  | CCO | Update database with 01.06, 02.06, 03.06 Monthly Invoices of Steptoe (.20); 03.06 Monthly Invoice of Beveridge (.10); 03.06 Monthly Invoice of Casner (.10) | 0.40 | 16.00 |
|  | JAW | detailed review of K&E January 2006 monthly invoice (9.3) | 9.30 | 1,255.50 |
| 5/25/2006 | WHS | detailed review of K&E 19th Int FR | 0.10 | 27.50 |
|  | JBA | Update database with Kramer 20th Interim app/e-detail | 0.10 | 4.00 |
|  | WHS | detailed review of Bilzin final report 19th Grace | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                                Page      8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/25/2006 | JBA | Electronic filing with court of 19th Interim Final Reports re: Baker (.1), Buchanan (.1), Caplin (.1), Conway (.1), Holme (.1), K&E (.2), Pitney (.1), Omnibus No Objections (.1), Richardson (.1) | 1.00 | 40.00 |
|  | SLB | complete revised draft of 19th Interim final report - Bilzin (1.8) ; begin draft of 19th Interim fee and expense charts (5.6) | 7.40 | 999.00 |
|  | DTW | Conference call with W. Smith and S. Bossay regarding final report format for Dreier and Keefe (.2). | 0.20 | 29.00 |
|  | JAW | detailed review of Capstone January 2006 monthly invoice (1.4); draft summary of same (0.1) | 1.50 | 202.50 |
| 5/26/2006 | SLB | complete drafts of 19th Interim final report for Keefe (1.4) and Dreier (1.3) | 2.70 | 364.50 |
|  | SLB | PACER research regarding docket numbers for fee and expense charts (2.3) | 2.30 | 310.50 |
|  | SLB | continue draft of 19th Interim fee and expense charts (2.6) | 2.60 | 351.00 |
| 5/27/2006 | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of Buchanan (.10); 03.06 Monthly Invoice of Scott (.10); 01.01.06 through 03.31.06 Interim Fee Application of Bilzin (.10) | 0.10 | 4.00 |
| 5/30/2006 | JBA | Electronic filing with court of 19th Interim Final Reports re: Bilzin (.2), Dreier (.1), Keefe (.1), Scott Law (.1), Stroock (.1), Swidler (.1) | 0.70 | 28.00 |
|  | SLB | draft revised 19th Interim final reports for Keefe and Dreier (3.4) ; draft revised 19th Interim final report for Swidler (2.1) | 5.50 | 742.50 |
|  | JAW | detailed review of Caplin February 2006 monthly invoice | 1.70 | 229.50 |
|  | WHS | detailed review of Keefe 19th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.

Page 9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/30/2006 | WHS | detailed review of Dreier 19th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Scott 19th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Stroock 19th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Swidler final report - Grace 19th | 0.10 | 27.50 |
| 5/31/2006 | JBA | Update database with Ferry Joseph 4.06 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Stroock 4.06 e-detail | 0.10 | 4.00 |
| | SLB | continue draft of 19th Interim fee an expense charts (1.5) | 1.50 | 202.50 |
| | JAW | detailed review of Bilzin February 2006 monthly invoice | 2.10 | 283.50 |

**For professional services rendered** — **178.50**  **$22,996.00**

Additional Charges :

| Description | Price | Amount |
|---|---:|---:|
| Third party copies & document prep/setup of Initial Report of Holmes for the 19th interim period | 2.17 | 2.17 |
| Third party copies & document prep/setup of Initial Report of Swidler and Stroock for the 19th interim period | 2.99 | 2.99 |
| Third party copies & document prep/setup of Initial Report of Bilzin for the 19th interim period | 2.56 | 2.56 |

W.R. Grace & Co. Page 10

| | **Price** | **Amount** |
|---|---|---|
| Third party copies & document prep/setup of March 2006 Monthly Invoice of WHS | 36.10 | 36.10 |
| **Total costs** | | **$43.82** |
| **Total amount of this bill** | | **$23,039.82** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney C. Orent | 4.90 | 40.00 | $196.00 |
| Doreen T Williams | 2.80 | 145.00 | $406.00 |
| James A. Wehrmann | 47.10 | 135.00 | $6,358.50 |
| Jeff B. Allgood | 7.00 | 40.00 | $280.00 |
| Priscilla G Stidham | 3.80 | 80.00 | $304.00 |
| Stephen L. Bossay | 111.40 | 135.00 | $15,039.00 |
| Warren H Smith | 1.50 | 275.00 | $412.50 |