

Buenos Aires, June 20, 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. Grace & Co., et al.[1] | Case No. 01-1139 (Jointly Administered) |
| Debtors | |

**AFFIDAVIT UNDER 11 U.S.C. 327(e)**
Baker & McKenzie Sociedad Civil

STATE OF [where signed]  )
                          ) ss:
COUNTY OF [    *    ]     )

Avelino Rolon, being duly sworn, upon his/her oath, deposes and says:

1. I am a partner of Baker & McKenzie Sociedad Civil, a member of Baker & McKenzie, located at Av. L.N. Alem 1110, Piso 13, Buenos Aires, Argentina ("B&MSC").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston, Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston, Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**BAKER & McKENZIE**

2. The Debtors have requested that B&MSC provide general legal advice regarding the antitrust regulations in Argentina and other countries to the Debtors, and B&MSC has consented to provide such services.

3. B&MSC may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4. As part of its customary practice, B&MSC is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. B&MSC does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

5. Neither I nor any principal of or professional employed by B&MSC has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and the professionals employed by B&MSC that have provided the advice referred to in paragraph #2 above.

6. Neither I nor any principal of or professional employed by B&MSC, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe B&MSC US$7,129 plus 21% value added tax for prepetition services.

8. B&MSC is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any



time during the period of its employment, if B&MSC should discover any facts bearing on the matters described herein, B&MSC will supplement the information contained in this Affidavit.

Executed on April 12, 2006

Baker & McKenzie Soc. Civil

Avelino Rolon
Partner
Baker & McKenzie Soc. Civil
Av. L.N. Alem 1110, Piso 13
Buenos Aires
Argentina
Tel: (54-11) 4310-2200
Fax: (54-11) 4310-2299
e-mail: avelino.rolon@bakernet.com.ar

Sworn to and subscribed before me
this ___ day of _____, 2006

_____
Notary Public
My Commission expires:



F 002577346

Buenos Aires, 20 de junio de 2006. En mi carácter de Escribana Adscripta al Registro n° 132, de la Capital Federal.-
CERTIFICO: Que la/s firma/s que obra/n en el documento que adjunto a esta foja, cuyo requerimiento de certificación de su/s firma/s que se formaliza simultáneamente por ACTA número 076 del LIBRO número 18, es/son puesta/s en mi presencia por la/s persona/s cuyo/s nombre/s y documento/s de identidad se menciona/n a continuación y de cuyo conocimiento doy fe. Avelino ROLON, con Documento Nacional de Identidad número 11.683.736, quien actúa como socio del estudio Baker & McKenzie Sociedad Civil, lo que acredita con documentación que he tenido a la vista y con facultades suficientes para este acto, doy fe.-Se deja constancia que el documento se encuentra redactado en idioma extranjero, firmando el requirente en mi presencia.-CONSTE.-