**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,[1]** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss: |
| COUNTY OF COOK | ) | |

**NINETEENTH SUPPLEMENTAL AFFIDAVIT OF JAMES H.M. SPRAYREGEN UNDER 11 U.S.C. § 327(A) AND FED. R. BANKR. P. 2014**

JAMES H. M. SPRAYREGEN, ESQUIRE, being duly sworn, deposes and says:

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1. I am a partner in the firm of Kirkland & Ellis LLP ("K&E"), 200 East Randolph Drive, Chicago, Illinois 60601. I am authorized to make this affidavit on K&E's behalf.

2. On April 2, 2001 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition (collectively, the "Cases") for relief under chapter 11 of title 11 of the United States Code.

3. By this Court's order, dated May 3, 2001, the Debtors were authorized to retain K&E as their counsel, effective as of the Petition Date, with regard to the filing and prosecution of the Cases and all related matters. The following affidavits in support of the Application have been filed on behalf of K&E:

- Affidavit of James H.M. Sprayregen in Support of Application for Order Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Kirkland & Ellis as Attorneys for the Debtors and Debtors in Possession, filed April 2, 2001 (the "Original Affidavit");

- First Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed April 17, 2001 (the "First Supplement");

- Second Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed May 2, 2001 (the "Second Supplement");

- Third Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed July 25, 2001 (the "Third Supplement");

- Fourth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed September 13, 2001 (the "Fourth Supplement");

- Fifth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed October 24, 2001 (the "Fifth Supplement");

- Sixth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed November 13, 2001 (the "Sixth Supplement");

- Seventh Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed April 11, 2002 (the Seventh Supplement");

- Eighth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed May 23, 2002 (the "Eighth Supplement");

- Ninth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed July 19, 2002 (the "Ninth Supplement");

- Tenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr P. 2014, filed September 18, 2002 (the "Tenth Supplement");

- Eleventh Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed March 11, 2003 (the "Eleventh Supplement");

- Twelfth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 filed September 20, 2004, and the Amendment to the Twelfth Supplement, filed December 2, 2004, (the "Twelfth Supplement");

- Thirteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed February 10, 2005 (the "Thirteenth Supplement");

- Fourteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed June 14, 2005 (the "Fourteenth Supplement");

- Fifteenth Supplemental Affidavit of James H. M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed December 12, 2005 (the "Fifteenth Supplement"; and

- Sixteenth Supplemental Affidavit of James H. M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed March 20, 2006 (the "Sixteenth Supplement";

- Seventeenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed April 17, 2006 (the "Seventeenth Affidavit"; and

- Eighteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, filed May 22, 2006 (the "Eighteenth Affidavit"; together with the Original Affidavit, the First Supplement, the Second Supplement, the Third Supplement, the Fourth Supplement, the Fifth Supplement, the Sixth Supplement, the Seventh Supplement, the Eighth Supplement, the Ninth Supplement, the Tenth Supplement, the Eleventh Supplement, the Twelfth Supplement and Amendment to Twelfth Supplement, the Thirteenth Supplement, the Fourteenth Supplement, the Fifteenth Supplement, the Sixteenth Supplement and the Seventeenth Supplement, the "Prior Affidavits").

4. I submit this Nineteenth Supplemental Affidavit (the "Nineteenth Supplement") to provide additional disclosure required under Fed. R. Bankr. P. 2014(a) and Fed. R. Bankr. P. 2016(b). Unless otherwise stated in this Nineteenth Supplement, I have personal knowledge of the facts set forth herein.

5. None of the additional representations described herein are materially adverse to the interests of the Debtors' estates.

6. As stated in the Prior Affidavits, K&E continues to learn of parties who have or may have had relationships to the Debtors. K&E will file additional supplemental affidavits as required by Fed. R. Bankr. P. 2014(a) as K&E learns of such parties and K&E undertakes a conflicts search of such parties.

**Additional Disclosures**

7. Additional parties with respect to which K&E has run conflicts searches are listed on **Exhibit A** to this Nineteenth Supplement.

8. Listed on **Exhibit B**[2] are the results of K&E's conflicts searches of the entities listed on **Exhibit A**.

9. In addition, **Exhibit B** includes updated search results of parties that were previously searched.

10. Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither K&E nor any partner, of counsel or associate thereof have any connection with the Debtors, their creditors or any other parties in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee, except as disclosed or otherwise described below, in the Prior Affidavits or in the Application.

**Specific Disclosures**

11. As disclosed below and in the attached exhibits, K&E represents certain of the Debtors' creditors, equity security holders and/or other parties in interest in matters unrelated to the Debtors and the Cases. None of the representations described herein are materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders thereof.

12. As disclosed on **Exhibit B**, K&E currently represents Verizon Wireless and Verizon Communications Inc. Verizon Communications Inc. is the parent company of, and Verizon Wireless is an affiliate of, GTE. GTE is the parent company of GTE Operations Support Inc. GTE and GTE Operations Support Inc. are creditors of the

2 On **Exhibit B**, the term "current client" means a client to whom time was posted in the 12 months before the Petition Date. On **Exhibit B**, the term "former client" means a client for whom time was posted between 36 and 12 months before the Petition Date. On **Exhibit B**, the term "closed client" means a client for whom time was posted in the 36 months before the Petition Date, but the client representation has been closed. As a general matter, K&E discloses connections with former clients or closed clients for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

Debtors. K&E's representation of Verizon Communications Inc. and Verizon Wireless concerns matters unrelated to the Debtors and the Cases.

13. As disclosed on **Exhibit B**, K&E currently represents Morgan Stanley and certain of its affiliates, subsidiaries and employees, including subsidiary Morgan Stanley Senior Funding ("MSSF"), in matters unrelated to the Debtors and the Cases. Morgan Stanley is currently K&E's largest client, representing 3.97% of K&E's annual revenue. MSSF has recently become a significant creditor of the Debtors through the purchase of certain unsecured claims from one of the Debtors' pre-petition lenders. If MSSF were to become adverse to the Debtors in the Cases, K&E would not represent the Debtors against MSSF. Instead, the Debtors' co-counsel, Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP would represent the Debtors in any such matter.

14. As disclosed on **Exhibit B**, K&E currently represents NL Industries and its subsidiary CompX International Inc. NL Industries is a creditor of the Debtors. If NL Industries were to become adverse to the Debtors in the Cases, K&E would not represent the Debtors against NL Industries. Instead, the Debtors' co-counsel, Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP would represent the Debtors in any such matter.

15. As disclosed on **Exhibit B**, K&E currently represents the State Board of Administration of Florida. The State Board of Administration of Florida is a division of the State of Florida, which is a creditor of the Debtors. K&E's representation of the State Board of Administration of Florida concerns matters unrelated to the Debtors and the Cases.

16. As disclosed on **Exhibit B**, K&E currently represents D.E. Shaw & Co., L.P. D.E. Shaw & Co., L.P. is a significant equity holder and debt holder of the Debtors. K&E's representation of D.E. Shaw & Company, L.P. concerns matters unrelated to the Debtors and the Cases.

17. As disclosed on **Exhibit B**, K&E currently represents The Blackstone Group. The Blackstone Group is financial advisor to the Debtors. K&E's representation of The Blackstone Group concerns matters unrelated to the Debtors and the Cases.

18. As disclosed on **Exhibit B**, K&E currently represents Sears Holding Company. Sears Holding Company is the parent company of Sears & Roebuck Westland Shopping Center, Sears Roebuck, Sears Roebuck Gateway Shopping Center and Sears Roebuck Morristown Mall are creditors of the Debtors. K&E's representation of Sears Holdings Company concerns matters unrelated to the Debtors and the Cases.

19. As disclosed on **Exhibit B**, K&E currently represents GenCorp, Inc. GenCorp, Inc. is a co-defendant of the Debtors in asbestos-related litigation. K&E's representation of GenCorp, Inc. concerns matters unrelated to the Debtors and the Cases.

**Disclosure of K&E Employee Connections**

20. Magali Lespinasse Lee, a restructuring legal assistant, started working in K&E's New York office on Monday, June 5, 2006. Before coming to K&E, from October 1996 to October 1997, Ms. Lee worked as a bankruptcy specialist paralegal at Kramer Levin Naftlis & Frankel, and worked on that firm's representation of Bear Stearns in bankruptcy matters adverse to various debtors, not including the Debtors. From April 1989 to January 1996, Ms. Lee worked as a bankruptcy specialist at Winthrop Stimson Putnam & Roberts, and worked on that firm's representation of the Bank of New

York in bankruptcy proceedings of various debtors unrelated to the Debtors. Bear Stearns Companies Inc. is a creditor of the Debtors whose claims are the subject of a claims objection in the Cases, and The Bank of New York Company Inc. is the parent of a creditor of the Debtors whose claims are the subject of a claims objection filed in the Cases. Out of an abundance of caution, K&E has instituted formal procedures to screen Ms. Lee from any contact with K&E's representation of the Debtors.

21. Meredith Meyer, a project assistant, started working in K&E's Chicago office on Monday, June 12, 2006. Before coming to K&E, Ms. Meyer worked as a legal intern at Goldberg Persky & White P.C., and worked on that firm's representation of the John T. Newman Estate in a wrongful death matter involving asbestos-related claims brought against a number of entities, not including any of the Debtors. Due to the asbestos nature of the Cases, out of an abundance of caution, K&E has instituted formal procedures to screen Ms. Meyer from any contact with K&E's representation of the Debtors.

22. Marin Boney, a summer associate, started working in K&E's Washington, D.C. office on Monday, June 12, 2006. Prior to coming to K&E, Ms. Boney worked as an analyst at Lexecon Inc., and worked on behalf of BNSF Railway Company in a transportation matter unrelated to the Debtors. She also worked on behalf of Burlington Northern & Santa Fe Railway Company in an antitrust matter unrelated to the Debtors. Burlington Northern & Santa Fe Railway Company is a creditor of the Debtors whose claims are the subject of a claims objection filed in the Cases. Out of an abundance of caution, K&E has instituted formal screening procedures to screen Ms. Boney from any contact with K&E's representation of the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on JUNE 22, 2006

JAMES H.M. SPRAYREGEN, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
312/861-2000
312/861-2200 (fax)

Subscribed and sworn to before me
this 22nd day of JUNE 2006.

Clinton J. Boyd
Notary Public
My Commission Expires:

"OFFICIAL SEAL"
Clinton J. Boyd
Notary Public, State of Illinois
My Commission Expires Oct. 23, 2006

| EXHIBIT A |
| --- |
| Adams & Adams |
| American Appraisal Associates, Inc. |
| Archer & Greiner PC |
| Arent, Fox, Kintner, Plotkin, Kahn |
| Argo Partners |
| Ashby & Geddes PA |
| Austern, David T. |
| Barbanti, Marco |
| Barbenti, Marco |
| Bell Royer & Sanders, LPA |
| Bettacchi, Robert |
| BFI Waste Systems of North America |
| Blackstone Group, The |
| Bolduc, JP |
| Bowe & Fernicola LLC |
| Buckwalter, Ronald L |
| Burns White & Hickton LLC |
| Cambridge Environmental |
| Capstone Advisory Group LLC |
| Cardwell Conner PC |
| Carella, Byrne, Bain, Gilfillian, Cecchi, Stewart & Olstein |
| Carvin & Delaney LLP |
| Catholic Archdiocese of New Orleans |
| CHL Admin Inc |
| Cohn Whitesell & Goldberg LLP |
| Cook, Carol |
| Copeland, Cook, Taylor & Bush |
| Cozen O'Connor |
| Cuyler Burk LLP |
| D.E. Shaw & Co. L.P. |
| Delaware Secretary of State |

| EXHIBIT A |
| --- |
| Delaware Secretary of Treasurer |
| DK Acquisition |
| Durham Jones & Pinegar |
| Eaves Law Firm, The |
| Elzufon Austin Reardon Tarlov & Mondell, PA |
| Envirocare of Utah |
| Eschenbach, Harry |
| Euler Hermes ACI |
| Farleigh Wada & Witt PC |
| Favorito, O. Mario |
| Fitzgerald, Judith K |
| Florida Department of Environmental Protection |
| Floyd, Isgur, Rios & Wahrlich, PC |
| Frank Gecker LLP |
| Frost Brown Todd LLC |
| Furth Firm, The |
| Gaucher & Associates |
| Goldenberg, Miller, Heller & Antognoli |
| Gonzalez Calvillo, SC |
| Gordon, Arata, McCollam, Duplantis & Eagan, LLP |
| Grace, Margaret F |
| Grant Thornton |
| Grau & Sons, Inc |
| Grau Members |
| Greenberg, Glusker, Fields, Claman |
| Greg Morris & Associates |
| GTE |
| GTE Operations Support Inc |
| Hain Capital Holdings |
| Hammack, Barbar Ellen |

| EXHIBIT A |
|---|
| Hancock & Estabrook, LLP |
| Haynes & Boone LLP |
| Heard Robins Cloud & Lubel |
| Henderson, Paul D |
| Hinckley, Allen & Snyder LLP |
| Hobin, Shingler & Simon, LLP |
| Howard & Howard |
| Howard J. Coffee RE Inc. |
| Howrey Simon Arnold & White |
| ICI Americas |
| Illinois Bronze Paint Co. |
| Iowa Department of Revenue |
| Jeffrey Chwala |
| Jeffrey, Frank |
| Jones, Tete, Nolen, Hanchey, Swift, Spears & Fonti, LLP |
| Jones, Thomas J |
| Joyner, Simeon D |
| Kennedy Covington Lobdell & Hickman |
| Kittl, Samantha |
| Klauder, David |
| Lahive & Cockfield |
| Lake County Health Department |
| Laminar Portfolios LLC |
| Lavery, de Billy & Associates |
| Liedekerke-Wolters-Waelbroeck & Kirkpatrick |
| Lloyds Underwriters |
| Lowenstein Sandler PC |
| Macedon Homes |
| Maulden, Beverly |
| Maulden, John Wesley |

| EXHIBIT A |
|---|
| McCaig, William "Bill" |
| McNair Law Firm, PA |
| McPherson Monk Hughes Bradley |
| Melville & Sowerby |
| Montana Department of Environmental Quality, State of |
| Montana Department of Public Health & Human Services, State of |
| Morgan Stanley Senior Funding, Inc. |
| Murphy Spadaro & Landon |
| National Fire Insurance Company of Pittsburgh |
| Nields Lemack & Dingman |
| NL Industries |
| North Carolina Department of Justice |
| Obermayer Rebmann Maxwell & Hippel |
| O'Hagan, Smith & Amundsen, LLC |
| Oldcastle APG Northeast Inc |
| Pacific Freeholds |
| Parent, Jennette |
| Parent, Thomas |
| Pension Benefit Guarantee Corporation |
| Pepper Hamilton |
| Peters Smith and Company |
| Pillsbury Winthrop Shaw Pittmann |
| Price, Paul |
| PSZYJW LLP |
| Quadrangle Group LLC |
| Quigley, O'Connor and Carnathan |
| Richards Packaging, Inc |
| Richardson Patrick Westbrook & Brickman LLC |
| Rosenberg, Martin, Funk, Greenberg |
| Rosenthal Monhait Gross & Goddess |

| EXHIBIT A |
|---|
| Royal Indemnity Company |
| Rubin and Rudman LLP |
| Rust Consulting |
| Ryan, Royce N |
| San Diego Gas |
| Sandler, Travis & Rosenberg, PA |
| Sempra Energy |
| Seneca Meadows Inc |
| Shapiro Forman Allen & Miller, LLC |
| Sherin & Lodgen LLP |
| Sierra Liquidity Fund |
| Somerville, City of |
| Stanley Law Firm PA |
| Sterns & Weinroth |
| Stringer, Alan |
| Taft, Stettinius & Hollister, LLP |
| Thomas, John M |
| Togut Segal & Segal LLP |
| Vertlieb, Anderson |
| Walsh, Robert |
| Warren H Smith & Associates |
| Wauconda Sand & Gravel Site |
| Wauconda Sand and Gravel Superfund Site |
| Williams Industries Inc |
| Willkie Farr & Gallagher |
| Wolter, Jack |
| Woolf, McClane, Bright & Allen |
| Wyatt, Tarrant & Combs |
| Zuckerman Spaeder LLP |
| |

| EXHIBIT B | | | |
|---|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Nature of Representation |
| GTE Operations Support Inc. | Verizon Avenue | Closed | Representation in matters unrelated to the Debtors |
| GTE | Verizon Wireless | Current | Representation in matters unrelated to the Debtors |
| | Verizon Communications Inc. | Current | Representation in matters unrelated to the Debtors |
| | Bell Atlantic Corporation | Closed | Representation in matters unrelated to the Debtors |
| | Verizon Florida Inc. | Former | Representation in matters unrelated to the Debtors |
| | Verizon North Inc. | Former | Representation in matters unrelated to the Debtors |
| | Verizon Northwest Inc. | Former | Representation in matters unrelated to the Debtors |
| | Verizon South Inc. | Former | Representation in matters unrelated to the Debtors |
| | William M. Freeman | Closed | Representation in matters unrelated to the Debtors |
| | Genuity Solutions Inc. | Closed | Representation in matters unrelated to the Debtors |
| | Genuity, Inc | Former | Representation in matters unrelated to the Debtors |
| Florida, State of | Executive Office of the Governor of Florida | Closed | Representation in matters unrelated to the Debtors |
| | State Board of Administration of Florida | Current | Representation in matters unrelated to the Debtors |
| ICI Americas | Martin Humphries | Closed | Representation in matters unrelated to the Debtors |
| Sempra Energy | Sempra Energy Trading | Former | Representation in matters unrelated to the Debtors |
| NL Industries | NL Industries | Current | Representation in matters unrelated to the Debtors |
| | CompX International Inc. | Current | Representation in matters unrelated to the Debtors |
| Morgan Stanley Senior Funding Inc. | Morgan Stanley | Current | Representation in matters unrelated to the Debtors |

| EXHIBIT B | | | |
|---|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Nature of Representation |
| | Morgan Stanley & Company, Inc. | Current | Representation in matters unrelated to the Debtors |
| | Morgan Stanley Capital Group Inc. | Current | Representation in matters unrelated to the Debtors |
| | Morgan Stanley Dean Witter | Current | Representation in matters unrelated to the Debtors |
| | Morgan Stanley DW, Inc. | Current | Representation in matters unrelated to the Debtors |
| | Dean Witter Reynolds, Inc. | Former | Representation in matters unrelated to the Debtors |
| | Discover Bank | Closed | Representation in matters unrelated to the Debtors |
| | Discover Financial Services, Inc. | Current | Representation in matters unrelated to the Debtors |
| | Marianas Holding, LLC | Current | Representation in matters unrelated to the Debtors |
| | Morgan Stanley Funds | Current | Representation in matters unrelated to the Debtors |
| | Morgan Stanley High Yield Fund | Closed | Representation in matters unrelated to the Debtors |
| | Morgan Stanley Investment Advisors Inc. | Current | Representation in matters unrelated to the Debtors |
| | Morgan Stanley Investments LP | Current | Representation in matters unrelated to the Debtors |
| | Morgan Stanley Japan Limited | Current | Representation in matters unrelated to the Debtors |
| | Morgan Stanley Senior Funding, Inc. | Current | Representation in matters unrelated to the Debtors |
| | Phillip Purcell | Current | Representation in matters unrelated to the Debtors |
| | Various employees of Morgan Stanley | Various | Representation in matters unrelated to the Debtors |
| | Various senior level executives of Morgan Stanley | Various | Representation in matters unrelated to the Debtors |
| D.E. Shaw & Co. | D.E. Shaw & Co., L.P. | Current | Representation in matters unrelated to the Debtors |

| EXHIBIT B | | | |
|---|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
| The Blackstone Group | The Blackstone Group | Current | Representation in matters unrelated to the Debtors |
| Sears & Roebuck Westland Shopping Center<br>Sears Roebuck<br>Sears Roebuck Gateway Shopping Center<br>Sears Roebuck Morristown Mall | Sears Holdings Company | Current | Representation in matters unrelated to the Debtors |
| Gencorp, Inc. | GenCorp, Inc. | Current | Representation in matters unrelated to the Debtors |