## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

: 17

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| W. R. GRACE & CO., et al., | ) | |
| | ) | |
| Debtors. | ) | |

### BILLING STATEMENT OF PLAN MEDIATOR

Attached is the billing statement of Sam C. Pointer, Jr., the Plan Mediator, covering his services and expenses (and those of Robin Graves) for the month of May 2006. This statement is being served by email on the persons specified in paragraph 4(d) of the Order dated March 9, 2006, appointing the Mediator. Payment should be made to Lightfoot, Franklin & White, LLC, EIN#63-1015138.

Dated: June 20, 2006

Sam C. Pointer, Jr.
Lightfoot, Franklin & White
Clark Building
400 North 20th Street
Birmingham, AL 35203
205-581-0778
spointer@lfwlaw.com

# LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
**The Clark Building**
**400 20th Street North**
**Birmingham, AL  35203-3200**
**Telephone (205) 581-0700**
**Facsimile (205) 581-0799**
**FEIN – 63-1015138**

June 20, 2006

SCP Mediation/Arbitration

Re:  W.R. Grace & Co. Bankruptcy  -  Mediation

I.D.   MN016-00064 – SCP                                      Invoice # 90487

For Services Rendered and Expenses Incurred During May 2006

| | | |
|---|---|---|
| Current Fees | 18,120.00 | |
| Current Disbursements | 2,774.50 | |
| | | |
| Total Current Charges for this Bill | | $20,894.50 |

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**

## LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

June 20, 2006
Invoice # 90487

SCP Mediation/Arbitration                                        Page 2

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP


FOR PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 05-01-06 | SCP | Discussion with debtor. | 1.25 hrs  600.00 /hr | 750.00 |
| 05-09-06 | SCP | Telephone call with Robin Graves. | 0.25 hrs  600.00 /hr | 150.00 |
| 05-09-06 | RHH | Multiple t/c with counsel re: scheduling mediation session. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-09-06 | RHH | Multiple t/c with counsel re: scheduling mediation. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-09-06 | RHH | Multiple t/cs with counsel re: mediation scheduling. | 0.50 hrs  240.00 /hr | 120.00 |
| 05-09-06 | RHH | Multiple correspondence re: mediation scheduling. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-09-06 | RHH | T/c with S. Pointer re: mediation. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-10-06 | RHH | Multiple t/cs with counsel for PD and PI, futures, debtor, unsecured creditors and equity. | 1.00 hrs  240.00 /hr | 240.00 |
| 05-10-06 | RHH | Correspondence re: mediation scheduling. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-10-06 | RHH | T/c with counsel and correspondence re: mediation scheduling. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-10-06 | RHH | Multiple correspondence re: mediation session. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-11-06 | RHH | Multiple correspondence re: scheduling. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-11-06 | RHH | Work on mediation scheduling/mediation preparation. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-11-06 | RHH | Work on mediation scheduling. | 0.25 hrs  240.00 /hr | 60.00 |
| 05-11-06 | RHH | Multiple correspondence and t/c re: mediation scheduling/mediation preparation. | 1.00 hrs  240.00 /hr | 240.00 |
| 05-12-06 | RHH | Meeting with S. Pointer re: mediation; prepare for mediation. | | |

## LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

June 20, 2006
Invoice # 90487

SCP Mediation/Arbitration                                          Page 3

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 0.50 hrs   240.00 /hr | 120.00 |
| 05-12-06 | RHH | Multiple correspondence re: scheduling. | |
|  |  | 0.25 hrs   240.00 /hr | 60.00 |
| 05-15-06 | RHH | Review Company materials and plan materials to prepare for mediation; multiple correspondence and t/cs with parties re: mediation meeting. | |
|  |  | 1.00 hrs   240.00 /hr | 240.00 |
| 05-15-06 | RHH | Prepare for mediation/multiple correspondence with parties; document management. | |
|  |  | 0.75 hrs   240.00 /hr | 180.00 |
| 05-15-06 | RHH | Multiple correspondence and t/c with parties re: mediation meeting/prepare for mediation meeting. | |
|  |  | 1.00 hrs   240.00 /hr | 240.00 |
| 05-16-06 | RHH | Travel to New York City for mediation session; return travel to Birmingham. | |
|  |  | 13.50 hrs   240.00 /hr | 3,240.00 |
| 05-17-06 | RHH | Document management. | |
|  |  | 0.25 hrs   240.00 /hr | 60.00 |
| 05-22-06 | SCP | Various telephone calls; Conference with Robin Graves; Call to equity. | |
|  |  | 1.25 hrs   600.00 /hr | 750.00 |
| 05-22-06 | RHH | Meeting with S. Pointer; review multiple correspondence; document management; follow up on scheduling. | |
|  |  | 0.50 hrs   240.00 /hr | 120.00 |
| 05-23-06 | SCP | Various telephone calls and e-mails. | |
|  |  | 0.75 hrs   600.00 /hr | 450.00 |
| 05-23-06 | RHH | Review multiple correspondence re: mediation; document management; correspond with S. Pointer. | |
|  |  | 0.25 hrs   240.00 /hr | 60.00 |
| 05-23-06 | RHH | Follow up with S. Pointer on mediation issue. | |
|  |  | 0.25 hrs   240.00 /hr | 60.00 |
| 05-23-06 | RHH | Multiple t/cs with counsel re: mediation positions/suggestions; follow up on scheduling. | |
|  |  | 2.75 hrs   240.00 /hr | 660.00 |
| 05-24-06 | SCP | Telephone call - unsecured creditors. | |
|  |  | 0.50 hrs   600.00 /hr | 300.00 |
| 05-24-06 | RHH | T/c with Myron re: mediation. | |
|  |  | 0.25 hrs   240.00 /hr | 60.00 |
| 05-24-06 | RHH | Multiple t/cs with parties re: mediation; follow up on scheduling; multiple correspondence re: scheduling; t/c with S. Pointer re: mediation. | |
|  |  | 1.50 hrs   240.00 /hr | 360.00 |

## LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

June 20, 2006
Invoice # 90487

SCP Mediation/Arbitration                                                    Page 4

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-24-06 | RHH | T/c with multiple parties/multiple correspondence re: scheduling and mediation format. | 1.00 hrs | 240.00 /hr | 240.00 |
| 05-25-06 | SCP | Review voice mail and e-mail messages. | 2.50 hrs | 600.00 /hr | 1,500.00 |
| 05-26-06 | RHH | Multiple correspondence re: mediation. | 0.25 hrs | 240.00 /hr | 60.00 |
| 05-28-06 | RHH | Multiple correspondence re: mediation scheduling. | 0.25 hrs | 240.00 /hr | 60.00 |
| 05-30-06 | SCP | Mediation in New York including travel. | 12.00 hrs | 600.00 /hr | 7,200.00 |

Total Fees for this Matter    $  18,120.00

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 05-18-06 | Airline Tickets; mn16-64  Mediation in NY.; ROBIN H. HINKLE | 1,357.10 |
| 05-18-06 | Meals; mn16-64  Mediation in NY.; ROBIN H. HINKLE | 64.33 |
| 05-18-06 | Parking, Cab Fares, Etc.; mn16-64  Mediation in NY.; ROBIN H. HINKLE | 93.05 |
| 06-16-06 | Airline Tickets; mn16-64  Mediation session in NY.; SAM C. POINTER, JR. | 1,218.90 |
| 06-16-06 | Parking, Cab Fares, Etc.; mn16-64  Mediation session in NY.; SAM C. POINTER, JR. | 28.00 |
| | Internal Copies | 3.60 |
| | Long Distance Calls | 9.52 |

Total Disbursements for this Matter    $   2,774.50

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sam C. Pointer Jr. | 18.50  hrs | 600.00  /hr | 11,100.00 |
| Robin H. Hinkle | 29.25  hrs | 240.00  /hr | 7,020.00 |
| TOTAL FEES | 47.75 | $ | 18,120.00 |
| TOTAL DISBURSEMENTS | | $ | 2,774.50 |
| TOTAL CHARGES FOR THIS BILL | | $ | 20,894.50 |

# REIMBURSEMENT REQUEST
## Travel, Meals and Entertainment

### № 26635

PAYABLE TO: Robin Hinkle

CHARGE TO:

CLIENT: W. B. Grace + Co Bankruptcy    MATTER: _____
mediation
MATTER: _____

CLIENT NO: MN016    MATTER NO. 64

MATTER NO. _____

PURPOSE: mediation

LOCATION: New York

| Date | Description of Expense | Transportation* | Room | Meals Entertainment | Other Expense |
|------|------------------------|-----------------|------|---------------------|---------------|
| 5-16-06 | Delta Airlines | $ 1,337.10 | $ | $ | $ |
| 5-16-06 | Petrie Court (lunch) | | | 39.33 | |
| 5-16-06 | Ritz Carlton (dinner) | | | 25.00 | |
| 5-16-06 | Cab Fares | 75.10 | | | |
| 5-16-06 | Air Valet | 17.95 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| (A) Sub-total meals and entertainment: $ | | ••••••••••• | •••••••••• | 64.33 | •••••••••• |
| (B) Sub-total other expenses: $ | | 1,430.15 | | •••••••••• | |

TOTAL EXPENSES [(A)+(B)] $ 1,514.48

LESS ADVANCE $ - 0 -

TOTAL REIMBURSEMENT $ 1,514.48

Requested by:

_Signature_

5/17/2004
Date

*Show miles traveled if personal car, attach airline receipt, rental car receipt

**Melisa Miller**

| | |
|---|---|
| From: | TRAVEL INCORPORATED [TRAVEL_INCORPORATED@tmr3.com] |
| Sent: | Thursday, May 11, 2006 10:19 AM |
| To: | Melisa Miller |
| Subject: | Travel Itinerary |

Travel Itinerary

```
                              608413  ITINERARY RECEIPT
                                      PAGE NO.


         LIGHTFOOT FRANKLIN WHITE
         THE CLARK BLDG.
         400 20TH STREET NORTH
         BIRMINGHAM AL 35203


         HINKLE/ROBIN

ELON                                 135           11MAY06

CO   DATE     CITY-AI 1ORT      TIME     FLIGHT NBR/CLASS    ST SERV/AMNT
--   ----     ------------      ----     -----------------   -- ----------
* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN **REQUEST
TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
   TRAVEL AGENCY OR THE TRANSPORTING CARRIER.** ISSUED BY-TRAVEL INC BIRMINGHAM AL

A TU 16MAY LV BIRMINGHAM-BHM     650A    DELTA        5120Y OK
           AR NYC/LAGUARDIA     1018A    BAGS ALLOWED- 2PIECE    0STOP CRJ
           OPERATED BY COMAIR
                                SEAT     08-B  **RESERVED**
                                         HINKLE/ROBIN


A TU 16MAY LV NYC/LAGUARDIA      805P    DELTA        5830Y OK
           AR BIRMINGHAM-BHM     935P    BAGS ALLOWED- 2PIECE    0STOP CRJ
           OPERATED BY COMAIR
                                SEAT     10-C  **RESERVED**
                                         HINKLE/ROBIN

              TICKET NUMBER(S):    E0061292155107
              SERVICE FEE MCO:     8908118923762

                                 AIR FARE              1207.44
                                 TAX                    109.66
                                 TOTAL AIR FARE        1317.10
                                 SERVICE FEE             40.00
                                 AMOUNT CHARGED        1357.10


THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX XXXX XXXXXX X1003

                    THANK YOU FOR YOUR BUSINESS

  (CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS  (ST)ATUS:OK-
CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT  SA-STANDBY

K-0-852192-5423304-2-1-US2-67009743
```

1

THE RITZ-CARLTON
CENTRAL PARK
STAR LOUNGE
CHECK:        6702
TABLE:        72 / 1
SERVER:       277 BERNHARDT
DATE:         MAY16'06  5:19PM
CARD TYPE:    AMERICAN EXPRESS
ACCT #:       XXXXXXXXXXX6001
EXP DATE:     XX/XX
AUTH CODE:    586986

SUBTOTAL:            54.19

GRATUITY        _____10.00____

TOTAL           _____64.19____

PRINT NAME      _____

SIGNATURE       _____

Please Sign and Return to Server

Petrie Court
Metropolitan Museum of Art
CHECK:        1982
TABLE:        14 / 1
SERVER:       301 Medina
DATE:         MAY16'06 12:09PM
CARD TYPE:    American Express
ACCT #:       XXXXXXXXXXX6001
EXP DATE:     XX/XX
AUTH CODE:    558746
RESEARCH:     000000000000

SUBTOTAL:            33.33

TIP    $ _____6.00____

TOTAL $ _____39.33____

X _____
          SIGNATURE

X _____
       PLEASE PRINT NAME
Signed Copy-Merchant
Second Copy-Customer



AIRVALET OF ALABA)
524 JESSER AIRT
BIRM, AL 35212

MERCHANT # : 552951003427

AMEX
***********80451
SALE
BATCH 003625        INV: 556336
DATE: MAY 16, 06    AUTH TIME
                    AUTO: 582015

BASE                $ 3.00
TIP
TOTAL

I AGREE TO PAY ABOVE TOTAL AMOUNT

MED # 6M94
THANK YOU

Date  05/16/06
13101  TO  13:28
TRIP #        1123
DIST         1.91 mi
FARE        $ 9.30
TOTAL       $ 9.30
Contact TLC
DIAL 3-1-1

I ♡ NEW YORK
MED #           1H63
DATE: 05/16/2006
START TIME     18:04
END TIME       18:36
TRIP #         20490
RATE No.           1
MILES          10.85
FARE $         25.70
EXTRAS $        1.00
TOTAL $        26.70

Contact TLC Dial
3-1-1

I ♡ NEW YORK
MED #         5BU375
DATE: 05/16/2006
START TIME     10:31
END TIME       10:58
TRIP #         16859
RATE No.           1
MILES           9.51
FARE $

Contact TLC Dial
3-1-1

## REIMBURSEMENT REQUEST
### Travel, Meals and Entertainment

N⁰ 29773

PAYABLE TO: _Sam C Poinsek Jr_

**CHARGE TO:**

CLIENT: _W R Grace mediation_          MATTER: _____

MATTER: _____

CLIENT NO: _HN 16_          MATTER NO. _6 4_

MATTER NO. _____

PURPOSE: _mediation session_

LOCATION: _New York NY_

| Date | Description of Expense | Transportation* | Room | Meals Entertainment | Other Expense |
|------|------------------------|-----------------|------|---------------------|---------------|
| 5-30-06 | Air fare BHM-LGA Charlogt | $ 1218.90 | $ | $ | $ |
| 6-30-06 | taxi - airport to K+E | 28.00 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| (A) Sub-total meals and entertainment: $ | | ●●●●●●●●●●●● | ●●●●●●●●● | | ●●●●●●●●● |
| (B) Sub-total other expenses: $ | | 1,246.70 | | ●●●●●●●●● | |

TOTAL EXPENSES [(A)+(B)]  $ _1,246.90_

LESS ADVANCE  $ _____

TOTAL REIMBURSEMENT  $ _1,246.90_

Requested by:

_[signature]_
Signature

_6-7-06_
Date

*Show miles traveled if personal car, attach airline receipt, rental car receipt

**Sam Pointer**

**From:** DeltaElectronicTicketReceipt@delta.com
**Sent:** Tuesday, May 23, 2006 10:52 AM
**To:** Sam Pointer
**Subject:** SAM C BIRMINGHAM 30MAY06





(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

## Your Receipt and Itinerary

SAMC POINTERJR
2522 MOUNTAIN BROOK CIR
BIRMINGHAM AL 35223

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight. 

## Flight Information

```
DELTA CONFIRMATION #:  PI7MPH
TICKET #:  00621783799630
```

|          |        |         | Bkng  |                 |      | Meals/ | Seat/  |
| Day Date | Flight | Status  | Class | City            | Time | Other  | Cabin  |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tue 30MAY | DELTA 5120* | OK | Y | LV BIRMINGHAM | 650A | | ** |
| | | | | AR NYC-LAGUARDIA | 1018A | | COACH |
| | *Operated by COMAIR | | | | | | |
| Tue 30MAY | DELTA 5394* | OK | Q | LV NYC-LAGUARDIA | 745P | | ** |
| | | | | AR CHARLESTON SC | 958P | | COACH |
| | *Operated by COMAIR | | | | | | |

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999.

Baggage check-in requirements vary by airport. Please review Delta's Check-In Requirements for details. Please check in with the operating carrier.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

Key to Terms
# - Arrival date different than departure date
** - Check in required
*** - Multi meals
*$$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for International travel.

D – Dinner
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments - Complimentary
S - Snack
T - Cold meal

## Passenger Information

SAM C POINTERJR
Skymiles Number: *******900



## Billing Details

## Receipt Information

Fare Details: BHM DL NYC278.61Q7M1NBV /-BHM DL NYC557.21Y0BV DL CHS232.09Q7M1
NBV USD1067.91END ZP BHMBHMLGA XT US 80.09 ZP 9.90 AY 5.00 XF 6.00 BHM3BHM3

| | | |
|---|---|---|
| Fare: | 1067.91 USD | Form of Payment  AX**********92003 |
| Tax: | 100.99 XT | FP A/CUSD38.31/US9.09/AY-2.50/6X50.00/TL94.90 |
| Tax: | | |
| Tax: | | |
| Total: | 1168.90 USD | Org Tkt 00605422049050 |

PENALTY APPLIES

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel.
When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges
and/or credits may apply and are displayed in the sections below.

This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise
your airline or travel agent that you are traveling on a special fare.

## Service Charge/Fees

Psgr: SAM C POINTERJR            Service Charge/Fee Number: 00621783799630
Not Transferable

Retain this receipt for your records. The amount shown below is the total of any nonrefundable service charges or
fees paid in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct
ticket charge included in the fare you were quoted.

Original Ticket Number: 00605422049050 01MAY06      Date of Issue: 23MAY06
New Ticket Number: 00621783799630                   Place of Issue: SLCRES
PNR Code: PI7MPH                                     Issuing Agent ID: DL/01

ASC/FEES:    50.00 USD
TOTAL:       50.00 USD

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.



```
TICKET #:  00621783799630
Issue Date: 05/23/06  Expiration: 03/08/07
Place of Ticket Issue:  SLCRES
Issuing Agent Id:  DL/01
Ticket Issue date:  23MAY06
Not Transferable
```

---

Special offers for Delta flyers.

Need a room? Save up to 50% off regular rates using delta.com hotels.

Mix and match Dining bonuses to earn thousands of miles - join for free.



▲Delta



---

## Conditions of Carriage

Air transportation on Delta, the Delta Connection carriers, and Song® is subject to Delta's conditions of carriage. They include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.

- Claim restrictions, including time periods within which you must file a claim or bring an action against us

- Our right to change terms of the contract

- Check-in requirements and other rules establishing when we may refuse carriage

- Our rights and limits of our liability for delay or failure to perform service, including schedule changes, substitution of alternative air carriers or aircraft, and rerouting

- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

---

You have received this e-mail because you elected to receive your Electronic Ticket receipt sent to you via e-mail. If you would like to take advantage of other Delta e-mail programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

COPYRIGHT INFORMATION This e-mail message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. · Delta Blvd. P.O. Box 20706 · Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only e-mail. Please do not respond to this message.

**OFFICIAL
TAXI RECEIPT**

Date 5 - 30 ..... 20 06

FROM ...... airport

TO ...... hotel

FARE 24. 00 ..... TOLL 4. 00 ..... TOTAL 28. 00

SIGNATURE ........................ #