IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO. et. al. ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtor. ) | Objection Deadline: September 8, 2006 at 4:00 p.m. |
| ) | Hearing: September 25, 2006 at 2:00 p.m. |

COVER SHEET TO FINAL APPLICATION
OF SWIDLER BERLIN LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
FOR THE PERIOD MAY 24, 2004 THROUGH FEBRUARY 5, 2006

Name of Applicant:            Swidler Berlin LLP[1]

Authorized to Provide
Professional Services to:     David T. Austern, Future Claimants Representative

Date of Retention:            As of May 24, 2004 (pursuant to Order entered
                              by this Court on September 27, 2004)

Period for which compensation and
reimbursement is sought:      May 24, 2004 through February 5, 2006 (Final)

---

[1] Swidler has since withdrawn its representation by Motion filed March 9, 2006. The Motion was granted by Order entered by this Court on May 8, 2006.

|  |  |
|---|---|
|  | 8TH QUARTERLY PERIOD<br>1/1/06-2/5/06[2] |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $20,998.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,483.45 |
|  | FINAL FEE PERIOD<br>5/24/04-2/5/06 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $1,519,988.75 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $95,633.10 |

This is an ___ interim   _X_ final application

---

[2] The Eighth Quarterly Fee Application was filed on April 4, 2006 [Docket No. 12197] and is pending with the Court. A hearing is scheduled for September 25, 2006 at 2:00 p.m.

## PREVIOUS EIGHT INTERIM APPLICATIONS

| Quarterly Fee Applications | | Requested | | Approved[3] | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/22/2004 | May 24, 2004 through June 30, 2004 | $120,681.00 | $15,846.02 | $116,538.50 | $15,846.02 |
| 11/16/2004 | July 1, 2004 through September 30, 2004 | $296,073.25 | $14,400.95 | $296,073.25 | $14,400.95 |
| 2/28/2005 | October 1, 2004 through December 31, 2004 | $295,064.25 | $17,028.89 | $294,835.25 | $16,887.09 |
| 5/6/2005 | January 1, 2005 through March 31, 2005 | $246,711.75 | $13,701.96 | $246,711.75 | $13,701.96 |
| 11/11/2005 | April 1, 2005 through June 30, 2005 | $196,107.25 | $2,662.44 | $196,107.25 | $2,662.44 |
| 1/30/2006 | July 1, 2005 through September 30, 2005 | $157,045.50 | $13,177.53 | $152,323.50 | $13,177.53 |
| 4/4/2006 | October 1, 2005 through December 31, 2005 | $196,400.75 | $15,577.13 | $196,400.75 | $15,473.66 |
| 4/4/2006 | January 1, 2006 through February 5, 2006 | $20,998.50 | $3,483.45 | Pending | Pending |
| Total | | $1,529,082.25 | $95,878.37 | $1,519,988.75 | $95,633.10 |

SWIDLER BERLIN LLP

By: _____
Warren Anthony Fitch
3000 K Street, NW, Suite 300
Washington, DC  20007

---

[3] The total amount of approved fees and expenses reflect reductions totaling $9,338.77 as recommended by the fee auditor and/or voluntarily agreed to by Swidler in conjunction with its 1st Quarterly, 3rd Quarterly, 6th Quarterly and 7th Quarterly fee applications.

(202) 424-7500

Dated: June 23, 2006