IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO. et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtor. ) | |
| ) | |

## VERIFICATION

1. I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler").

2. I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of Swidler as set forth in the attached invoices.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

_____
WARREN ANTHONY FITCH

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 23rd DAY OF JUNE, 2006

_____
Notary Public  Manami F. Elwe

My commission expires: Jan 1, 2011