A-1

# EXHIBIT A

# SUMMARY OF TIME EXPENDED BY PROFESSIONAL AND PROJECT CATEGORY AND SUMMARY OF EXPENSES INCURRED JANUARY 1, 2006 – FEBRUARY 5, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $725.00 | 0.60 | $435.00 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $625.00 | 9.20 | 5,750.00 |
| Julie A. Weisman | Of Counsel, 11 years in position; 24 years relevant experience; 1982, Environmental | $430.00 | 4.80 | 2,064.00 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $295.00 | 23.90 | 7,050.50 |
| Rachel M. Barainca | Legal Assistant | $110.00 | 22.60 | 2,486.00 |
| Debra O. Fullem | Senior Legal Assistant | $210.00 | 15.30 | 3,213.00 |
| Total | | | 76.40 | $20,998.50 |

**Total Fees:** $20,998.50
**Total Hours:** 76.40
**Blended Rate:** $ 274.80

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 13.50 | $2,225.00 |
| Litigation | 31.20 | 12,755.00 |
| Compensation of Professionals-Swidler | 10.20 | 1,868.00 |
| Compensation of Professionals-Other | 7.90 | 929.00 |
| Retention of Professionals-Other | 13.60 | 3,221.50 |
| **TOTAL** | 76.40 | 20,998.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---:|
| Photocopies/Printing | $1,117.76 |
| Telephone/Facsimile | 0.97 |
| Postage/Federal Express/Courier Fees | 869.06 |
| Meal Charges | 37.40 |
| Secretarial Services | 9.60 |
| Ground Transportation/Taxis/Tolls | 21.00 |
| Computerized Legal Research | 1,427.66 |
| **TOTAL** | **$3,483.45** |

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/03/06 | Debra O. Fullem | Prepare list of payments received from 11/30-12/31. | 0.50 |
| 01/03/06 | Debra L. Felder | Review letter from B. Harding and prepare response (.7); begin reviewing December 19, 2005 hearing transcript (1.0). | 1.70 |
| 01/03/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/03/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/03/06 | Debra L. Felder | Review docket and recently filed pleadings and update calendar of hearings and deadlines. | 0.50 |
| 01/03/06 | Rachael M. Barainca | Revise Tillinghast Monthly Fee Applications. | 1.00 |
| 01/03/06 | Rachael M. Barainca | Prepare Tillinghast Monthly Fee Applications for filing. | 1.00 |
| 01/04/06 | Debra L. Felder | Continue drafting response letter to B. Harding (.3); review CMO and order amending same (.2); conference call regarding CMO with R. Wyron, B. Harding and N. Finch and follow-up conference with R. Wyron regarding same (.4). | 0.90 |
| 01/04/06 | Richard H. Wyron | Call on discovery and PI CMO, and follow-up notes and emails. | 0.80 |
| 01/04/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/04/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/05/06 | Debra O. Fullem | Confer with R. Wyron regarding status of fee applications, timing of finalizing and filing. | 0.20 |
| 01/05/06 | Debra O. Fullem | Review fee summary spreadsheet. | 0.20 |
| 01/05/06 | Richard H. Wyron | Review stipulation regarding G-1 Holdings claim and respond. | 0.30 |
| 01/05/06 | Debra L. Felder | Review BDM's Motion for Order Modifying Automatic Stay (.5); review Debtors' motion to strike or compel full disclosure of PD Committee's Phase I Fact Witnesses (.5); prepare email summary to R. Wyron regarding same (.6); conference with R. Wyron regarding upcoming deadlines and status (.2). | 1.80 |
| 01/05/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/05/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 01/05/06 | Rachael M. Barainca | Prepare Tillinghast Fee Applications to be filed. | 0.80 |
| 01/05/06 | Debra O. Fullem | Confer with R. Barainca regarding Tillinghast fee application filings and exhibits to be corrected. | 0.20 |
| 01/05/06 | Debra O. Fullem | Email to T. Patterson and J. Phillips regarding filing of Tillinghast fee applications. | 0.20 |

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/06/06 | Debra O. Fullem | Confer with R. Barainca regarding service list for fee application. | 0.50 |
| 01/06/06 | Debra L. Felder | Review stipulation regarding expert discovery and prepare for call with P. Brooks (.3); review Debtors' amended CMO and prepare chart and email to R. Frankel and R. Wyron (1.6). | 1.90 |
| 01/06/06 | Richard H. Wyron | Review draft CMO. | 0.20 |
| 01/06/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/06/06 | Rachael M. Barainca | Prepare Tillinghast Fee Applications to be filed. | 0.80 |
| 01/08/06 | Richard H. Wyron | Review CMO proposal and D. Felder's analysis (.7); draft email response on open issues (.4); review proposed stipulation from J. Baer on Smolher, G-1 and Port Authority matters (.6). | 1.70 |
| 01/09/06 | Debra O. Fullem | Prepare November fee application. | 1.00 |
| 01/09/06 | Debra O. Fullem | Review and respond to email from accounting regarding status of payment for October invoices. | 0.20 |
| 01/09/06 | Debra L. Felder | Review Debtors' amended CMO and email from R. Wyron regarding same (.3); telephone conference with J. Biggs regarding same (.1); telephone conference with J. Liesemer regarding same (.1); telephone conference with vendor regarding status of document production (.1); emails to D. Smith and J. Liesemer regarding same (.1); telephone conference with P. Brooks regarding stipulation on expert discovery (.2). | 0.90 |
| 01/09/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/09/06 | Debra L. Felder | Review docket and pleadings and update calendar of hearings and deadlines. | 0.30 |
| 01/10/06 | Debra O. Fullem | Revise and print Swidler's November fee application; obtain R. Frankel's signature; coordinate filing and serving of Swidler's November fee application. | 0.50 |
| 01/10/06 | Debra L. Felder | Review order regarding compensation for mediator. | 0.10 |
| 01/10/06 | Julie A. Weisman | Conference with R. Wyron regarding stipulation (.2); review same and draft comments regarding same (.6); review additional materials from R. Wyron (.5); conferences with B. Emmett regarding same (.2); review additional materials from B. Emmett (.5). | 2.00 |
| 01/10/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/10/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |

A-5

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/10/06 | Rachael M. Barainca | Prepare Tillinghast Sixth Monthly Fee Application and coordinate filing. | 2.50 |
| 01/10/06 | Debra O. Fullem | Confer with R. Barainca regarding Tillinghast November fee application. | 0.20 |
| 01/11/06 | Julie A. Weisman | Draft revisions to stipulation; draft note to R. Wyron regarding same; draft memorandum to B. Emmett regarding same. | 1.00 |
| 01/11/06 | Rachael M. Barainca | Determine the bar date for Proofs of Claim in the G-1 Holdings case. | 1.10 |
| 01/11/06 | Rachael M. Barainca | Meet with D. Felder to determine if the bar date has been set to file Proofs of Claim in the G-1 Holdings case. | 0.30 |
| 01/11/06 | Debra L. Felder | Conference with R. Barainca and review docket regarding bar date for GI Holdings. | 0.90 |
| 01/11/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/11/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/12/06 | Debra L. Felder | Telephone conference with Debtors and others regarding A. Harron's deposition. | 0.50 |
| 01/12/06 | Julie A. Weisman | Review comments from unsecured creditors; conference with B. Emmett regarding same; correspond with R. Wyron regarding same. | 0.50 |
| 01/12/06 | Richard H. Wyron | Meet with discovery mediator. | 1.80 |
| 01/13/06 | Debra O. Fullem | Prepare email to R. Wyron regarding status of filing of fee application and correction to litigation time entry; review and respond to email from R. Wyron regarding same. | 0.30 |
| 01/13/06 | Richard H. Wyron | Review information on Bayonne claim and follow-up. | 0.80 |
| 01/13/06 | Julie A. Weisman | Review order from court re removing case; send note to R. Wyron re same | 0.80 |
| 01/13/06 | Julie A. Weisman | Review revised stipulation; correspond with R. Wyron re same | 0.20 |
| 01/13/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/13/06 | Rachael M. Barainca | Update pleadings files. | 1.50 |
| 01/17/06 | Debra L. Felder | Review Debtors' amended PI CMO (.8); review stipulation of dismissal and email to R. Wyron regarding same (1.0). | 1.80 |
| 01/17/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.30 |
| 01/17/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
| --- | --- | --- | --- |
| 01/18/06 | Debra L. Felder | Conference call with B. Harding, N. Finch and R. Wyron regarding revisions to PI CMO. | 0.20 |
| 01/18/06 | Richard H. Wyron | Follow-up call on PI CMO and notes regarding same. | 0.70 |
| 01/18/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.30 |
| 01/18/06 | Rachael M. Barainca | Update pleadings files. | 3.50 |
| 01/19/06 | Debra O. Fullem | Review December prebills. | 0.50 |
| 01/19/06 | Debra L. Felder | Review Debtors' motions to expand scope of employment of Steptoe & Johnson and Baker, Donelson, et al., brief describing the purpose that publication notice served in the Debtors' bar date notice program and notice of settlement (1.6); prepare email summary to R. Wyron regarding same (.4). | 2.00 |
| 01/19/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/19/06 | Debra L. Felder | Review docket and recently filed pleadings and update calendar of hearings and deadlines. | 0.80 |
| 01/20/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/22/06 | Richard H. Wyron | Review December pre-bill and provide comments. | 0.40 |
| 01/22/06 | Richard H. Wyron | Review Grace's brief on PD claims notice program (.3); review PD hearing agenda (.2). | 0.50 |
| 01/23/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/24/06 | Debra O. Fullem | Review status of October payment; follow up with accounting department. | 0.20 |
| 01/24/06 | Richard H. Wyron | Review docket entries and agendas for upcoming hearings (.4); review bar date notice pleading (.2). | 0.60 |
| 01/24/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/24/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 01/24/06 | Debra O. Fullem | Review and revise draft application to employ. | 2.50 |
| 01/25/06 | Debra L. Felder | Review certification of counsel and revised PI CMO and email to R. Wyron regarding same. | 0.30 |
| 01/26/06 | Debra O. Fullem | Finalize and assemble sixth quarterly fee application. | 1.00 |
| 01/26/06 | Julie A. Weisman | Review most recent enviromental finding on Bayonne property and transmit same to R. Wyron. | 0.30 |
| 01/26/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/26/06 | Debra O. Fullem | Confer with R. Wyron and R. Barainca regarding conflict lists. | 0.20 |

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/27/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/27/06 | Rachael M. Barainca | Prepare Certificates of No Objection to Tillinghast Monthly Fee Applications. | 1.20 |
| 01/27/06 | Debra O. Fullem | Work on conflict lists. | 1.00 |
| 01/29/06 | Debra O. Fullem | Work on updating conflict lists. | 1.00 |
| 01/30/06 | Debra L. Felder | Conference call with B. Harding, N. Finch and R. Wyron regarding estimation hearing discovery (.5); telephonic participation in omnibus hearing (.9). | 1.40 |
| 01/30/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/30/06 | Debra O. Fullem | Work on updating conflict lists. | 1.60 |
| 01/30/06 | Debra L. Felder | Conference with R. Wyron regarding application to employ bankruptcy counsel (.1); review previous application and begin drafting same (3.0). | 3.10 |
| 01/31/06 | Rachael M. Barainca | Prepare December 2005 Fee Application. | 0.50 |
| 01/31/06 | Debra O. Fullem | Confer with R. Barainca regarding preparation of December fee application. | 0.20 |
| 01/31/06 | Richard H. Wyron | Review emails on document production. | 0.30 |
| 01/31/06 | Roger L. Frankel | Teleconference with D. Bernick regarding plan, exclusivity issues; teleconference with D. Austern regarding same. | 0.60 |
| 01/31/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/31/06 | Debra L. Felder | Conference with R. Wyron regarding revised application to employ bankruptcy counsel and prepare declaration and application regarding same. | 1.20 |
| 01/31/06 | Debra O. Fullem | Work on updating conflict lists. | 3.00 |
| 02/01/06 | Rachael M. Barainca | Prepare the Twentieth Monthly Interim Application of Swidler Berlin LLP. | 2.00 |
| 02/01/06 | Debra O. Fullem | Telephone call from R. Barainca regarding questions on fee application filing for December time period. | 0.10 |
| 02/01/06 | Richard H. Wyron | Calls to and from N. Finch and B. Harding (.2); review plan term sheet draft (.6); call to CIBC and follow-up (.3). | 1.10 |
| 02/01/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.30 |
| 02/02/06 | Rachael M. Barainca | Revise the Twentieth Monthly Interim Application of Swidler Berlin LLP. | 1.90 |

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/02/06 | Debra L. Felder | Review amended PI CMO and emails to R. Wyron regarding same (.3); review email from A. Besta regarding Rust Consulting protocols (.9). | 1.20 |
| 02/02/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 02/02/06 | Debra L. Felder | Review docket and recently filed pleadings and update calendar of hearings and deadlines. | 0.90 |
| 02/03/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| | | **TOTAL:** | **76.4** |

A-9

9297217v1