**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO. et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**ORDER APPROVING FINAL APPLICATION OF
SWIDLER BERLIN LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS BANKRUPTCY COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE
FOR THE PERIOD MAY 24, 2004 THROUGH FEBRUARY 5, 2006**

Swidler Berlin LLP ("Swidler"), as bankruptcy counsel to David T. Austern, Future

Claimants' Representative, filed its Final Fee Application for Compensation for Services

Rendered and Reimbursement of Expenses for the Period May 24, 2004 through February 5,

2006 (the "Final Fee Application").  The Court has reviewed the Application and finds that:

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and

1334;

(b) the notice of the Application, and any hearing on the Application, was adequate under

the circumstances; and

(c) all persons with standing have been afforded the opportunity to be heard on the

Application.

Accordingly, it is hereby

ORDERED that Swidler is hereby allowed, for the Eighth Quarterly Period, interim compensation of $20,998.50 and interim expenses of $3,483.45; and it is further

ORDERED that the unpaid balance of the compensation allowed herein in the amount of $38,510.51 may be paid to Swidler by the Debtor on behalf of the FCR; and it is further

ORDERED that Swidler is hereby awarded $1,519,988.75 as final compensation and $95,633.10 as final expenses incurred during the administration of this case.

_____

Judith K. Fitzgerald
United States Bankruptcy Judge

Dated: _____, 2006