IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., et al.<br><br>    Debtor. | ) In Proceedings for a Reorganization under<br>) Chapter 11<br>)<br>) Case No.: 01-1139-JFK<br>)<br>)<br>) |

**VERIFIED STATEMENT PURSUANT TO Fed. R. Bankr.P. 2019 FILED BY
THE LAW OFFICES OF JAMES D. BURNS, P.S.
EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES
WHO OBTAIN COURT ORDER AUTHORIZING ACCESS**

James D. Burns, attorney having been sworn under oath and certifies under penalty of perjury as follows:

The Law Offices of James D. Burns, 2200 Fourth Avenue, Seattle, WA 98121, verifies that it has a signed representative agreement for each creditor/claimant listed in Exhibit "A" attached to this affidavit and that the said firm legally represents each creditor/claimant named in Exhibit "A".

A copy of a form of said representative agreement is attached hereto as Exhibit "B" and as Exhibit "C".

                                                                    Law Offices of James D. Burns, P.S.
                                                                     2200 Fourth Avenue
                                                                          Seattle, WA 98121
                                                                            (206)448-2200
                                                                       jim@jamesdburns.com

The Law Offices of James D. Burns, P.S. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
James D. Burns

SUBSCRIBED AND SWORN to before me this 26th day of June, 2006.

_____
Amanda Tsui
NOTARY PUBLIC
Residing at:  Seattle, WA
My appointment expires: 4/24/10

AMANDA TSUI
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
04-24-10

Law Offices of James D. Burns, P.S.
2200 Fourth Avenue
Seattle, WA 98121
(206)448-2200
jim@jamesdburns.com