IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 12380 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 12380

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for April 1, 2006 through April 30, 2006 filed on May 8, 2006. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than May 30, 2006. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

June 23, 2006　　　　　　　　　　　　　　　　　**WARREN H. SMITH & ASSOCIATES, P.C.**

　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　 Warren H. Smith
　　　　　　　　　　　　　　　　　　　　　　　　　 State Bar No. 18757050

　　　　　　　　　　　　　　　　　　　　　　　325 N. St. Paul Street, Suite 1275
　　　　　　　　　　　　　　　　　　　　　　　Republic Center
　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　　(214) 698-3868
　　　　　　　　　　　　　　　　　　　　　　　(214) 722-0081 (FAX)
　　　　　　　　　　　　　　　　　　　　　　　**FEE AUDITOR**

WRGraceCNO0406.rtf