**EXHIBIT A**

The **Blackstone** Group®

May 6, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of October 1, 2005 through October 31, 2005:          $          100,000.00

Out-of-pocket expenses processed for the period through October 31, 2005:[1]

| | | |
|---|---:|---:|
| Communications | $        145.66 | |
| Document Production | 423.60 | |
| Research | 148.88 | |
| Publishing Services | 68.83 | 786.97 |
| | | |
| **Total Amount Due** | | $        **100,786.97** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 9794

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 9794**

|  | GL Detail Oct-05 | | Total Expenses |
|---|---|---|---|
| Communications - Teleconferencing | $ | 145.66 | $ 145.66 |
| Document Production | | 423.60 | 423.60 |
| External Research - Online Database | | 148.88 | 148.88 |
| Publishing Services | | 68.83 | 68.83 |
| **Total Expenses** | **$** | **786.97** | **$ 786.97** |
| | | | |
| **Communications** | | | **$ 145.66** |
| **Document Production** | | | **423.60** |
| **Research** | | | **148.88** |
| **Publishing Services** | | | **68.83** |
| | | | |
| **Total Expenses** | | | **$ 786.97** |

W.R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2005
Invoice No. 9794

**Communications - Teleconferencing**

| | | | | |
|---|---|---|---|---|
| Zilly | 07/26/05 | 12.08 | | |
| Zilly | 07/29/05 | 11.30 | | |
| Zilly | 07/29/05 | 21.81 | | |
| Zilly | 08/03/05 | 7.71 | | |
| Zilly | 08/04/05 | 8.17 | | |
| Zilly | 08/05/05 | 30.10 | | |
| Zilly | 08/09/05 | 54.49 | | |
| | Subtotal - Communications – Teleconferencing | | S | 145.66 |

**Document Production**

| | | | |
|---|---|---|---|
| Muata | 10/16/05 – 10/23/05 | 420.60 | |
| O'Connell | 10/16/05 – 10/23/05 | 3.00 | |
| | Subtotal - Document Production | | 423.60 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 07/05/05 | 5.12 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 07/13/05 | 8.00 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 07/20/05 | 6.88 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 07/21/05 | 5.76 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/05/05 | 51.36 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/08/05 | 39.44 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/09/05 | 7.84 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/19/05 | 2.40 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/26/05 | 4.80 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/28/05 | 2.40 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 08/29/05 | 2.40 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 09/08/05 | 7.36 | |
| de Almeida (retrieved motion documents from Court's docket via P.A.C.E.R.) | 09/12/05 | 5.12 | |
| | Subtotal - External Research - Online Database | | 148.88 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Muata | 10/16/05 – 10/23/05 | 68.83 | |
| | Subtotal - Publishing Services | | 68.83 |
| | **Total Expenses** | | **S 786.97** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD**
**OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 67.3 |
| Jamie O'Connell | Associate | 31.4 |
| JP Munfa | Analyst | 20.8 |
| Total | | 119.5 |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/05/05 | 1.0 | Business Analysis | Review materials on Woburn lease transaction |
| Jamie O'Connell | 10/10/05 | 0.3 | Business Analysis | Call with K&E regarding application to employ Bear, Stearns |
| Pamela Zilly | 10/10/05 | 1.0 | Business Analysis | Read and provide comments on Debtors' Motion to enter into Lease re: Woburn property, charts |
| Pamela Zilly | 10/10/05 | 0.5 | Business Analysis | Discussion with J. Baer, K. Myers re: Project Omega related motions |
| Pamela Zilly | 10/12/05 | 0.4 | Business Analysis | Read Debtors' Application to Retain Bear Stearns |
| Pamela Zilly | 10/12/05 | 0.4 | Business Analysis | Read Debtors' Motion to Enter into Lease for Woburn, Mass Property |
| Pamela Zilly | 10/17/05 | 1.0 | Business Analysis | Various financial analysis |
| Pamela Zilly | 10/19/05 | 1.5 | Business Analysis | Review valuatin analysis |
| Pamela Zilly | 10/27/05 | 1.0 | Business Analysis | Read monthly operating report |
| Pamela Zilly | 10/27/05 | 0.5 | Business Analysis | Discussion with J. O'Connell re: analysis |
| Pamela Zilly | 10/27/05 | 1.0 | Business Analysis | Discussions with J. McFarland, G. Young, K. Myers re: Bear Stearns fee |
| Pamela Zilly | 10/28/05 | 1.8 | Business Analysis | Review Debtors' filed forecast |
| | | **10.4** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/04/05 | 0.4 | Committee | Call with bank debt holder |
| Jamie O'Connell | 10/05/05 | 0.5 | Committee | Coordinate with advisors to schedule Q3 earnings call and to provide update on Lake Charles facility |
| Jamie O'Connell | 10/07/05 | 2.0 | Committee | Review lease motion for Woburn site and circulate to financial advisors |
| Jamie O'Connell | 10/13/05 | 0.3 | Committee | Coordinate update on Project Lyern for Capstone |
| Jamie O'Connell | 10/17/05 | 0.3 | Committee | Coordinate Woburn request from Capstone |
| Jamie O'Connell | 10/19/05 | 0.3 | Committee | Coordinate Woburn request from Capstone |
| Jamie O'Connell | 10/20/05 | 0.3 | Committee | Coordinate Woburn request from Tersigni |
| Jamie O'Connell | 10/21/05 | 2.0 | Committee | Call with management, Capstone and Stroock regarding Woburn lease transaction |
| Jamie O'Connell | 10/23/05 | 0.5 | Committee | Coordinate Woburn request from Capstone |
| Jamie O'Connell | 10/23/05 | 0.3 | Committee | Coordinate Woburn request from Tersigni |
| Pamela Zilly | 10/24/05 | 0.8 | Committee | Review advisor's questions re: Woburn lease; review materials |
| Jamie O'Connell | 10/25/05 | 0.3 | Committee | Coordinate Woburn request from Capstone |
| Pamela Zilly | 10/25/05 | 0.5 | Committee | Call with F. Festa and M. Berkin re: acquisition strategy |
| Jamie O'Connell | 10/26/05 | 1.0 | Committee | Call with management and Tersigni regarding Woburn lease transaction |
| Pamela Zilly | 10/31/05 | 0.3 | Committee | Call with S. Cunningham re: Project Omega |
| | | 9.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/24/05 | 3.0 | Hearings | Participate telephonically in the October 24, 2005 court hearing |
| Pamela Zilly | 10/24/05 | 3.0 | Hearings | Attend Court Hearing via phone |
| Jamie O'Connell | 10/31/05 | 3.0 | Hearings | Participate telephonically in the October 31, 2005 court hearing |
| Pamela Zilly | 10/31/05 | 3.0 | Hearings | Attend Court Hearing via phone |
| | | 12.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/05/05 | 0.2 | Plan and Disclosure Statement | Read Debtors' Preliminary Witness Disclosure for PD Estimation |
| Pamela Zilly | 10/09/05 | 0.4 | Plan and Disclosure Statement | Read Opposition of the Official Committee of PI Claimants to Motion to take Discovery of Claimants Attorneys |
| Pamela Zilly | 10/09/05 | 0.4 | Plan and Disclosure Statement | Read Response plus Joinders in Opposition to Debtors' Motion to take Discovery of Claimants Attorneys |
| Jamie O'Connell | 10/11/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 10/11/05 | 0.8 | Plan and Disclosure Statement | Call with Management, counsel re: POR status |
| Pamela Zilly | 10/12/05 | 0.3 | Plan and Disclosure Statement | Read Debtors' Motion to authorize Settlement of Certain Claims |
| Pamela Zilly | 10/17/05 | 0.5 | Plan and Disclosure Statement | Read PI Committee requests of Documents, interrogatories of Debtors |
| Pamela Zilly | 10/17/05 | 1.0 | Plan and Disclosure Statement | Review filed POR claims and distributions |
| Pamela Zilly | 10/17/05 | 1.4 | Plan and Disclosure Statement | Review material in preparation for Norris meeting |
| Jamie O'Connell | 10/18/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 10/18/05 | 1.5 | Plan and Disclosure Statement | Meeting with P. Zilly and P. Norris |
| Pamela Zilly | 10/18/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and Court motions |
| Pamela Zilly | 10/18/05 | 1.5 | Plan and Disclosure Statement | Meeting with P.Norris, J. O'Connell |
| Pamela Zilly | 10/19/05 | 0.8 | Plan and Disclosure Statement | Discussion with and review R. Tarola schedules |
| Jamie O'Connell | 10/20/05 | 1.5 | Plan and Disclosure Statement | Update call with Grace management |
| Pamela Zilly | 10/20/05 | 1.5 | Plan and Disclosure Statement | Call with management and counsel re: POR status |
| Pamela Zilly | 10/20/05 | 0.6 | Plan and Disclosure Statement | Read Debtors' Brief in support of Estimation Hearing on Constructive Notice in PD Claims |
| Pamela Zilly | 10/23/05 | 0.5 | Plan and Disclosure Statement | Read Notice of Anderson Class Certification |
| Pamela Zilly | 10/25/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR status |
| Pamela Zilly | 10/26/05 | 2.3 | Plan and Disclosure Statement | Claims analysis and review of treatment |
| Pamela Zilly | 10/27/05 | 5.0 | Plan and Disclosure Statement | Claims analysis review of treatment, valuation |
| Pamela Zilly | 10/28/05 | 3.3 | Plan and Disclosure Statement | Review POR Model |
| Pamela Zilly | 10/28/05 | 1.5 | Plan and Disclosure Statement | Call with Tarola on settlement schedules |
| Pamela Zilly | 10/28/05 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: claims estimates |
| Pamela Zilly | 10/28/05 | 1.0 | Plan and Disclosure Statement | Review revised schedules |
| Pamela Zilly | 10/28/05 | 1.0 | Plan and Disclosure Statement | Review interest rate accrual |
| Pamela Zilly | 10/28/05 | 1.0 | Plan and Disclosure Statement | Discussion with R. Tarola re: changes to schedule |
| Pamela Zilly | 10/29/05 | 4.0 | Plan and Disclosure Statement | Review financial analysis re: claims and distributable value; correspondence with Siegel, Tarola |
| Pamela Zilly | 10/30/05 | 0.4 | Plan and Disclosure Statement | Read FCR Opposition to Debtors' Motion to Establish Proof of Claim Bar Date for PI Claims |
| Pamela Zilly | 10/31/05 | 0.3 | Plan and Disclosure Statement | Read Response in Opposition to Debtors' Motion for Order est. Proof of Claim Bar Date for PI Claims |
| Pamela Zilly | 10/31/05 | 1.0 | Plan and Disclosure Statement | Review filings in USG, Owens Coming bankruptcies |
| Pamela Zilly | 10/31/05 | 1.4 | Plan and Disclosure Statement | Review materials for 11/3 meeting |
| | | 38.6 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/25/05 | 0.5 | Tax Issues | Call with management, counsel re: POR and motions pending |
| | | 0.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| JP Munfa | 10/17/05 | 6.0 | Valuation | Valuation analysis |
| JP Munfa | 10/18/05 | 14.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 10/19/05 | 5.5 | Valuation | Valuation analysis |
| Jamie O'Connell | 10/20/05 | 1.5 | Valuation | Valuation analysis |
| Pamela Zilly | 10/20/05 | 3.0 | Valuation | Review updated valuation presentation of Grace's businesses, make revisions |
| Jamie O'Connell | 10/21/05 | 1.5 | Valuation | Valuation analysis |
| Jamie O'Connell | 10/21/05 | 0.5 | Valuation | Discussion with P. Zilly re: analysis |
| Pamela Zilly | 10/21/05 | 2.5 | Valuation | Review updated valuation presentation of Grace's businesses |
| Pamela Zilly | 10/21/05 | 2.0 | Valuation | Financial analysis re: distributable value |
| Pamela Zilly | 10/21/05 | 0.5 | Valuation | Discussion with J. O'Connell re: financial analysis |
| Pamela Zilly | 10/25/05 | 4.0 | Valuation | Financial analysis re: POR Model; valuation analysis |
| Jamie O'Connell | 10/26/05 | 1.0 | Valuation | Valuation analysis |
| Pamela Zilly | 10/26/05 | 3.0 | Valuation | Financial analysis re: valuation and distributable value |
| Jamie O'Connell | 10/27/05 | 0.5 | Valuation | Discussion with P. Zilly re: analysis |
| Pamela Zilly | 10/27/05 | 1.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 10/28/05 | 0.5 | Valuation | Discussion with P. Zilly re: analysis |
| Jamie O'Connell | 10/28/05 | 0.8 | Valuation | Call regarding valuation analysis |
| JP Munfa | 10/28/05 | 0.8 | Valuation | Call regarding valuation analysis |
| | | 48.5 | | |

## The **Blackstone** Group®

May 6, 2006

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly advisory fee for the period of November 1, 2005 through November 30, 2005: | $ | 100,000.00 |

Out-of-pocket expenses processed for the period through November 30, 2005:[1]

| | | | |
|---|---:|---|---:|
| Ground Transportation | $   7.50 | | |
| Communications | 399.34 | | |
| Meals | 83.48 | | |
| Document Production | 26.40 | | |
| Research | 1,337.36 | | 1,854.08 |
| | | | |
| **Total Amount Due** | | $ | **101,854.08** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 9857

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 9857**

| | GL Detail Nov-05 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ (10.50) | $ (10.50) |
| Ground Transportation - Local Travel | 18.00 | 18.00 |
| Communications - Teleconferencing | 386.39 | 386.39 |
| Communications - Messenger - Other | 12.95 | 12.95 |
| Meals with Clients | 83.48 | 83.48 |
| Document Production | 26.40 | 26.40 |
| External Research - Multex | 225.86 | 225.86 |
| External Research - Dow Jones | 990.70 | 990.70 |
| External Research - Online Database | 120.80 | 120.80 |
| **Total Expenses** | **$ 1,854.08** | **$ 1,854.08** |

| | |
|---|---|
| **Ground Transportation** | $ 7.50 |
| **Communications** | 399.34 |
| **Meals** | 83.48 |
| **Document Production** | 26.40 |
| **Research** | 1,337.36 |
| **Total Expenses** | $ 1,854.08 |

W.R. Grace & Co.
Detail of Expenses Processed
Through November 30, 2005
Invoice No. 9857

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| O'Connell (credit issued by vendor) | 06/13/05 | (4.50) | |
| Zilly (credit issued by vendor) | 06/20/05 | (6.00) | |
| Subtotal - Ground Transportation - Car Service - Elite | | $ | (10.50) |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| O'Connell (weeknight taxi home from Blackstone after working late | 10/18/05 | 18.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 18.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell | 09/27/05 | 160.00 | |
| O'Connell | 10/25/05 | 120.00 | |
| Zilly | 09/13/05 | 0.22 | |
| Zilly | 09/14/05 | 13.42 | |
| Zilly | 09/28/05 | 13.31 | |
| Zilly | 10/21/05 | 79.44 | |
| Subtotal - Communications - Teleconferencing | | | 386.39 |

**Communications - Messenger - Other**

| | | | |
|---|---|---|---|
| Zilly | 10/18/05 | 12.95 | |
| Subtotal - Communications - Messenger - Other | | | 12.95 |

**Meals with Clients**

| | | | |
|---|---|---|---|
| Zilly (catered lunch meal for 4 people during client meeting held @ Blackstone) | 10/18/05 | 83.48 | |
| Subtotal - Meals with Clients | | | 83.48 |

**Document Production**

| | | | |
|---|---|---|---|
| O'Connell | 10/24/05 - 10/31/05 | 4.50 | |
| O'Connell | 11/07/05 - 11/20/05 | 21.90 | |
| Subtotal - Document Production | | | 26.40 |

**External Research - Multex**

| | | | |
|---|---|---|---|
| Munfa (online research) | 10/18/05 | 225.86 | |
| Subtotal - External Research - Multex | | | 225.86 |

**External Research - Dow Jones**

| | | | |
|---|---|---|---|
| Munfa (online research) | 10/18/05 | 153.12 | |
| Munfa (online research) | 11/15/05 | 448.33 | |
| O'Connell (online research re: DIP) | 11/08/05 | 389.25 | |
| Subtotal - External Research - Dow Jones | | | 990.70 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| Munfa (retrieved motion documents from Court's docket via P.A.C.E.R.) | 10/05/05 | 120.80 | |
| Subtotal - External Research - Online Database | | | 120.80 |

| | | | |
|---|---|---|---|
| Total Expenses | | $ | 1,854.08 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 72.7 |
| Jamie O'Connell | Associate | 36.3 |
| JP Munfa | Analyst | 2.0 |
| Total | | 111.0 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/05 | 2.0 | Business Analysis | Analyze claims and tax assets for Q3 activity |
| Jamie O'Connell | 11/01/05 | 0.5 | Business Analysis | Call with M. Brown regarding pro forma amounts in the third quarter 10-Q |
| Pamela Zilly | 11/01/05 | 0.4 | Business Analysis | Call with E. Filon re: intercompany arrangements |
| Pamela Zilly | 11/01/05 | 1.0 | Business Analysis | Research Alltech motion, documents for intercompany arrangements |
| Pamela Zilly | 11/14/05 | 0.3 | Business Analysis | Read various Orders inc.Order to Enter into Woburn, Mass Lease |
| Pamela Zilly | 11/17/05 | 1.0 | Business Analysis | Discussions with E. Filon, J. Baer re: Alltech intercompany arrangements |
| Pamela Zilly | 11/18/05 | 0.5 | Business Analysis | Review Ludox analyses |
| Pamela Zilly | 11/18/05 | 0.5 | Business Analysis | Call with M. Shelnitz, R. Tarola, E. Edmond re: Ludox transaction |
| Pamela Zilly | 11/18/05 | 0.8 | Business Analysis | Review 3Q earnings report |
| Pamela Zilly | 11/21/05 | 1.0 | Business Analysis | Review revised Ludox analyses |
| Pamela Zilly | 11/21/05 | 0.8 | Business Analysis | Call with G. Poling, E. Edmond re: Ludox transaction |
| Jamie O'Connell | 11/22/05 | 0.5 | Business Analysis | Call with E. Edmond regarding Ludox materials |
| Pamela Zilly | 11/22/05 | 0.6 | Business Analysis | Review analysis of insurance proceeds |
| Pamela Zilly | 11/22/05 | 0.5 | Business Analysis | Call with R. Tarola |
| Pamela Zilly | 11/22/05 | 1.5 | Business Analysis | Review documents re: Ludox transaction |
| Pamela Zilly | 11/22/05 | 1.5 | Business Analysis | Review documents and analysis re: Ludox transaction |
| Jamie O'Connell | 11/25/05 | 1.5 | Business Analysis | Review of third quarter 10-Q |
| Pamela Zilly | 11/28/05 | 1.5 | Business Analysis | Review internal documents |
| Pamela Zilly | 11/29/05 | 1.0 | Business Analysis | Review and provide comments on Ludox transaction analysis |
| Pamela Zilly | 11/30/05 | 1.0 | Business Analysis | Call with G. Poling, E. Edmonds, B. Tarola, DuPont representatives re: Ludox transaction |
| Pamela Zilly | 11/30/05 | 2.0 | Business Analysis | Read 10Q report |
| Pamela Zilly | 11/30/05 | 2.0 | Business Analysis | Review Monthly Operating Report |
| | | **22.4** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/07/05 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding DIP facility |
| Jamie O'Connell | 11/10/05 | 0.5 | Committee | Coordinate Q3 financial review call |
| Jamie O'Connell | 11/16/05 | 0.5 | Committee | Call with L. Hamilton of Capstone regarding POR matters |
| Jamie O'Connell | 11/17/05 | 0.5 | Committee | Coordinate Project Lycra request from Capstone |
| Pamela Zilly | 11/17/05 | 0.3 | Committee | Call with R. McGowan re: information request |
| Jamie O'Connell | 11/18/05 | 1.0 | Committee | Third quarter financial review conference call with financial advisors |
| Pamela Zilly | 11/18/05 | 1.0 | Committee | Grace earnings call with financial advisors to Committees |
| Jamie O'Connell | 11/21/05 | 0.5 | Committee | Call with Tensigni regarding claims estimates |
| Jamie O'Connell | 11/21/05 | 0.5 | Committee | Coordinate Project Lycra update to Capstone |
| Jamie O'Connell | 11/21/05 | 1.0 | Committee | Coordinate Ludox royalty materials distribution to financial advisors |
| Jamie O'Connell | 11/22/05 | 2.0 | Committee | Review and circulate Ludox materials to financial advisors |
| Jamie O'Connell | 11/22/05 | 0.3 | Committee | Call with L. Hamilton regarding interest on claims and Ludox |
| Pamela Zilly | 11/22/05 | 2.0 | Committee | Discussions with management, Capstone, J. O'Connell re: interest rate on the Unsecured Claims |
| Jamie O'Connell | 11/23/05 | 0.5 | Committee | Coordinate response to accrued interest questions from Tensigni |
| Pamela Zilly | 11/23/05 | 0.5 | Committee | Call with S. Cunningham re: interest accrual |
| Pamela Zilly | 11/28/05 | 1.0 | Committee | Call with S. Cunningham re: interest rate accrual |
| Pamela Zilly | 11/28/05 | 0.5 | Committee | Read Tensigni questions, responses on plan interest rate |
| Jamie O'Connell | 11/29/05 | 0.5 | Committee | Coordinate Ludox correspondence with financial advisors |
| Jamie O'Connell | 11/29/05 | 0.5 | Committee | Respond to Capstone questions regarding Ludox |
| Jamie O'Connell | 11/29/05 | 0.5 | Committee | Coordinate response to additional accrued interest questions from Tensigni |
| Pamela Zilly | 11/29/05 | 0.5 | Committee | Call with S. Cunningham re: interest rate accrual |
| Jamie O'Connell | 11/30/05 | 0.5 | Committee | Call with L. Hamilton and E. Edmond regarding Ludox |
| Jamie O'Connell | 11/30/05 | 0.3 | Committee | Call with H. Kang regarding strategic sessions |
| | | **15.6** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/17/05 | 1.0 | Employee Benefits/Pension | Review stock option information, call with B. McGowan |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/07/05 | 1.0 | Financing | Review analysis re: DIP renewal |
| Jamie O'Connell | 11/08/05 | 3.5 | Financing | Analysis of DIP facilities of comparable companies |
| Pamela Zilly | 11/08/05 | 1.0 | Financing | Review analysis of DIP renewal terms |
| Pamela Zilly | 11/08/05 | 1.0 | Financing | Prepare for call on DIP renewal terms (11/9) |
| Jamie O'Connell | 11/09/05 | 0.5 | Financing | Analysis of DIP facilities of comparable companies |
| Jamie O'Connell | 11/09/05 | 1.0 | Financing | Call with P. Zilly, J.P. Munfa and Grace management regarding DIP renewal |
| Jamie O'Connell | 11/09/05 | 1.0 | Financing | Meeting with P. Zilly and J.P. Munfa to analyze DIP renewal options |
| JP Munfa | 11/09/05 | 1.0 | Financing | Call with P. Zilly, J. O'Connell and Grace management regarding DIP renewal |
| JP Munfa | 11/09/05 | 1.0 | Financing | Meeting with P. Zilly and J. O'Connell to analyze DIP renewal options |
| Pamela Zilly | 11/09/05 | 1.0 | Financing | Meeting with J. O'Connell, JP Munfa re: comparable DIP terms |
| Pamela Zilly | 11/09/05 | 1.0 | Financing | Call with J. O'Connell, JP Munfa, E. Filon, R. Lapidario re: DIP renewal |
| Pamela Zilly | 11/09/05 | 0.5 | Financing | Review DIP renewal term sheet; call with R. Lapidario |
| Pamela Zilly | 11/16/05 | 0.5 | Financing | Review and provide comments on DIP renewal schedule |
| Pamela Zilly | 11/16/05 | 1.0 | Financing | Review DIP renewal term sheet |
| Pamela Zilly | 11/17/05 | 1.5 | Financing | Review DIP documents |
| | | 16.5 | | |



THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/14/05 | 6.0 | Hearings | Participate telephonically in the November 14, 2005 court hearing |
| Pamela Zilly | 11/14/05 | 6.0 | Hearings | Attend Grace Hearing via phone |
| | | 12.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/03/05 | 3.0 | Non-Working Travel Time | Travel to New York |
| | | 3.0 | | |

Page 7 of 9

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 11/01/05 | 1.0 | Plan and Disclosure Statement | Conference call with management and counsel re: status of court motions |
| Pamela Zilly | 11/01/05 | 0.6 | Plan and Disclosure Statement | Call with E. Leibenstein re: PI claims |
| Pamela Zilly | 11/01/05 | 0.3 | Plan and Disclosure Statement | Review and provide comments on settlement discussion agenda |
| Pamela Zilly | 11/02/05 | 2.0 | Plan and Disclosure Statement | Review update of all claims |
| Pamela Zilly | 11/02/05 | 0.4 | Plan and Disclosure Statement | Review analysis of Ludox royalty payments re: claims schedules |
| Pamela Zilly | 11/02/05 | 0.5 | Plan and Disclosure Statement | Read Opposition to PI Claimants Motion for order Est. Proof of Claims Bar |
| Pamela Zilly | 11/03/05 | 3.0 | Plan and Disclosure Statement | Travel to Washington, review POR materials |
| Pamela Zilly | 11/03/05 | 3.0 | Plan and Disclosure Statement | Meeting with T. Weshler, G. Barnes, B. Tarola, D. Siegel, M. Shelnitz |
| Pamela Zilly | 11/04/05 | 1.0 | Plan and Disclosure Statement | Discussions with management re: deal structure |
| Pamela Zilly | 11/07/05 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: claims |
| Jamie O'Connell | 11/07/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Response to PD Committees Opposition to Consideration of Methodology Issue for PD Claims Estimation |
| Pamela Zilly | 11/07/05 | 2.0 | Plan and Disclosure Statement | Meeting with E. Leibenstein re: claims |
| Pamela Zilly | 11/07/05 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: claims |
| Jamie O'Connell | 11/08/05 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 11/08/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR, status of Court motions |
| Pamela Zilly | 11/11/05 | 1.0 | Plan and Disclosure Statement | Review analysis re: claims, changes to tax claims |
| Pamela Zilly | 11/14/05 | 0.4 | Plan and Disclosure Statement | Read Motion for Leave to file Reply to PI Claims Bar Date |
| Jamie O'Connell | 11/16/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 11/16/05 | 1.0 | Plan and Disclosure Statement | Read Motions re Designation Of Categories of Estimation of PI Claims |
| Pamela Zilly | 11/16/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: status of POR |
| Pamela Zilly | 11/17/05 | 0.3 | Plan and Disclosure Statement | Read Motion to Extend Exclusivity |
| Jamie O'Connell | 11/22/05 | 0.3 | Plan and Disclosure Statement | Discussion with P. Zilly re: interest rate accrual |
| Jamie O'Connell | 11/22/05 | 0.5 | Plan and Disclosure Statement | Calls with B. Tarola regarding accrued interest amounts |
| Jamie O'Connell | 11/22/05 | 1.0 | Plan and Disclosure Statement | Analysis of accrued interest relating to claims |
| Jamie O'Connell | 11/23/05 | 0.5 | Plan and Disclosure Statement | Call with R. Lapidario regarding accrued interest calculations |
| Jamie O'Connell | 11/23/05 | 0.5 | Plan and Disclosure Statement | Analysis of accrued interest amounts relating to claims |
| Pamela Zilly | 11/23/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: hearing and court motions |
| Pamela Zilly | 11/23/05 | 1.6 | Plan and Disclosure Statement | Review various analysis re: interest rate accruals on Unsecured Claims |
| Pamela Zilly | 11/23/05 | 2.0 | Plan and Disclosure Statement | Discussions with management re: interest rate accrual on Unsecured Claims |
| Jamie O'Connell | 11/28/05 | 1.0 | Plan and Disclosure Statement | Status call with management and K&E |
| Jamie O'Connell | 11/28/05 | 0.5 | Plan and Disclosure Statement | Call with B. Tarola regarding accrued interest |
| Pamela Zilly | 11/28/05 | 1.0 | Plan and Disclosure Statement | Call with F. Festa, P. Norris, R. Tarola, D. Siegel, M. Shelnitz re: settlement discussions |
| Jamie O'Connell | 11/29/05 | 1.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 11/29/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court motions |
| Pamela Zilly | 11/29/05 | 1.5 | Plan and Disclosure Statement | Discussions with management re: interest rate accrual on Unsecured Claims |
| Pamela Zilly | 11/29/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: court motions |
| Pamela Zilly | 11/30/05 | 1.0 | Plan and Disclosure Statement | Discussions with management re: interest rate accrual on Unsecured Claims |
| | | **38.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/02/05 | 1.0 | Tax Issues | Review analysis of tax claims on POR |
| Jamie O'Connell | 11/08/05 | 0.5 | Tax Issues | Call with J. Gibbs regarding tax claims |
| Jamie O'Connell | 11/11/05 | 0.5 | Tax Issues | Analysis of tax claims |
| Jamie O'Connell | 11/14/05 | 0.5 | Tax Issues | Call with J. Gibbs regarding tax claims |
| | | 2.5 | | |

# The Blackstone Group®

May 6, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of December 1, 2005 through December 31, 2005:          $          100,000.00

Out-of-pocket expenses processed for the period through December 31, 2005:[1]

| | | |
|---|---|---|
| Airfare | $ 316.90 | |
| Communications | 78.20 | |
| Meals | 25.00 | |
| Publishing Services | 68.25 | 488.35 |
| **Total Amount Due** | | $          **100,488.35** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 9889

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 9889**

| | GL Detail Dec-05 | | Total Expenses | |
|---|---|---|---|---|
| Airfare | $ | 316.90 | $ | 316.90 |
| Communications - Teleconferencing | | 78.20 | | 78.20 |
| Employee Meals | | 25.00 | | 25.00 |
| Publishing Services | | 68.25 | | 68.25 |
| **Total Expenses** | **$** | **488.35** | **$** | **488.35** |

| | | | |
|---|---|---|---|
| **Airfare** | | $ | 316.90 |
| **Communications** | | | 78.20 |
| **Meals** | | | 25.00 |
| **Publishing Services** | | | 68.25 |
| **Total Expenses** | | **$** | **488.35** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through December 31, 2005**
**Invoice No. 9889**

**Airfare**

| | | | |
|---|---|---|---|
| Zilly (travel agency fee for booking of round trip flight dated 11/03/05) | 11/03/05 | 40.00 | |
| Zilly (round trip coach class flight to/from Washington, DC from/to Queens, NY) | 11/03/05 | 276.90 | |
| | **Subtotal - Airfare** | | **$    316.90** |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| Zilly | 10/26/05 | 26.85 | |
| Zilly | 11/18/05 | 51.35 | |
| | **Subtotal - Communications - Teleconferencing** | | **78.20** |

**Employee Meals**

| | | | |
|---|---|---|---|
| Munfa (weeknight working dinner meal @ Blackstone while working late) | 10/18/05 | 25.00 | |
| | **Subtotal - Employee Meals** | | **25.00** |

**Publishing Services**

| | | | |
|---|---|---|---|
| Munfa | 12/05/05 - 12/18/05 | 68.25 | |
| | **Subtotal - Publishing Services** | | **68.25** |
| | **Total Expenses** | | **$    488.35** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 67.0 |
| Jamie O'Connell | Associate | 48.5 |
| JP Munfa | Analyst | 7.0 |
| Total | | 122.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/01/05 | 0.5 | Business Analysis | Prepare for call with DuPont representatives |
| Pamela Zilly | 12/01/05 | 1.0 | Business Analysis | Call with G. Poling, E. Edmund, R. Tarola, DuPont representatives re: Ludox |
| Pamela Zilly | 12/01/05 | 1.0 | Business Analysis | Follow up calls re: DuPont matter |
| Pamela Zilly | 12/02/05 | 0.7 | Business Analysis | Discussion/correspondence w/Tarola, Shelnitz, Poling re: Ludox/DuPont transaction |
| Jamie O'Connell | 12/05/05 | 0.3 | Business Analysis | Call with B. Maggio regarding Intercat |
| Jamie O'Connell | 12/05/05 | 1.0 | Business Analysis | Read draft version of Intercat settlement agreement |
| Pamela Zilly | 12/05/05 | 0.5 | Business Analysis | Discussion/correspondence with Shelnitz, Poling re: DuPont position |
| Pamela Zilly | 12/05/05 | 1.0 | Business Analysis | Review Intercat documents |
| Jamie O'Connell | 12/06/05 | 0.5 | Business Analysis | Call with E. Edmond regarding Ludox matter |
| Jamie O'Connell | 12/06/05 | 0.5 | Business Analysis | Discussion with P. Zilly re: Ludox and Committees |
| Jamie O'Connell | 12/06/05 | 0.3 | Business Analysis | Draft additional correspondence regarding the Ludox matter |
| Jamie O'Connell | 12/06/05 | 0.5 | Business Analysis | Review correspondence related to Ludox matter |
| Pamela Zilly | 12/06/05 | 0.5 | Business Analysis | Discussion with J. O'Connell re: Ludox /DuPont transaction |
| Pamela Zilly | 12/06/05 | 0.4 | Business Analysis | Call with M. Shelnitz re: Ludox Transaction |
| Pamela Zilly | 12/06/05 | 0.8 | Business Analysis | Read suggested language, provide comments on Ludox/DuPont issues |
| Jamie O'Connell | 12/07/05 | 0.3 | Business Analysis | Call with E. Edmond regarding Ludox matter |
| Jamie O'Connell | 12/07/05 | 0.5 | Business Analysis | Discussion with P. Zilly re: Ludox and Committees |
| Jamie O'Connell | 12/07/05 | 0.5 | Business Analysis | Call with P. Zilly, K&E and Grace management regarding Ludox matter |
| Pamela Zilly | 12/07/05 | 1.0 | Business Analysis | Discussion/correspondence with M. Shelnitz re: DuPont/Ludox |
| Pamela Zilly | 12/07/05 | 0.5 | Business Analysis | Calls with M. Shelnitz, E. Edmonds,R. Tarola re: Committees' response to DuPont dea |
| Pamela Zilly | 12/07/05 | 1.0 | Business Analysis | Prepare various financial analysis re: distributable value |
| Pamela Zilly | 12/07/05 | 0.5 | Business Analysis | Discussion with J. O'Connell re: Ludox /DuPont transaction |
| Pamela Zilly | 12/08/05 | 1.2 | Business Analysis | Research re: possible acquisition |
| Pamela Zilly | 12/08/05 | 0.4 | Business Analysis | Call with F. Festa re: possible acquisition |
| Pamela Zilly | 12/12/05 | 0.5 | Business Analysis | Call with W. Corcoran, M. Miller re: Remedium status |
| Jamie O'Connell | 12/13/05 | 0.3 | Business Analysis | Coordinate with E. Edmond regarding Ludox matter |
| Jamie O'Connell | 12/14/05 | 8.0 | Business Analysis | Attend GPC strategy session in Cambridge, MA |
| Jamie O'Connell | 12/14/05 | 3.0 | Business Analysis | Travel from Cambridge, MA to Columbia, MD |
| Pamela Zilly | 12/14/05 | 2.0 | Business Analysis | Travel to Baltimore: discussion with F. Festa, R. Tarola re: acquisitions, POR |
| Jamie O'Connell | 12/15/05 | 7.0 | Business Analysis | Attend Davison strategy session in Columbia, MD |
| Pamela Zilly | 12/15/05 | 7.0 | Business Analysis | Strategic review meetings with the Davison division management |
| Jamie O'Connell | 12/16/05 | 0.8 | Business Analysis | Industry analysis |
| Jamie O'Connell | 12/16/05 | 0.4 | Business Analysis | Correspondence with K. Myers re: Delphi claims |
| Pamela Zilly | 12/16/05 | 1.0 | Business Analysis | Research M&A fees |
| Pamela Zilly | 12/16/05 | 0.8 | Business Analysis | Review deal pipeline |
| Jamie O'Connell | 12/19/05 | 0.5 | Business Analysis | Call with B. Tarola and B. Sarkas of Grace regarding business analysis |
| Jamie O'Connell | 12/20/05 | 3.5 | Business Analysis | Perform business analysis |
| JP Munfa | 12/20/05 | 5.0 | Business Analysis | Perform business analysis |
| Pamela Zilly | 12/20/05 | 1.5 | Business Analysis | Review EVA analysis |
| Jamie O'Connell | 12/21/05 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 12/21/05 | 1.5 | Business Analysis | Perform business analysis |
| JP Munfa | 12/21/05 | 2.0 | Business Analysis | Perform business analysis |
| Pamela Zilly | 12/21/05 | 1.0 | Business Analysis | Review EVA analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/21/05 | 1.5 | Business Analysis | Read Intercat Settlement and supporting documents |
| Pamela Zilly | 12/28/05 | 2.0 | Business Analysis | Review cash forecast |
| Pamela Zilly | 12/14/05 | 7.0 | Business Analysis | Strategic review meetings with the GPC division management |
| | | 72.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/01/05 | 0.5 | Committee | Call with M. Berkin of Tersigni regarding accrued interest |
| Jamie O'Connell | 12/05/05 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding Intercat |
| Jamie O'Connell | 12/06/05 | 0.3 | Committee | Draft correspondence to L. Hamilton of Capstone regarding Intercat matter |
| Jamie O'Connell | 12/06/05 | 0.5 | Committee | Draft correspondence regarding Ludox matter |
| Pamela Zilly | 12/06/05 | 0.2 | Committee | Call with J. Radecki re: Ludox/DuPont transaction |
| Jamie O'Connell | 12/07/05 | 0.3 | Committee | Respond to requests of L. Hamilton of Capstone regarding Intercat |
| Jamie O'Connell | 12/09/05 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding recent requests |
| | | 2.2 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/02/05 | 1.0 | Employee Benefits/Pension | Review stock option information, call with B. McGowan |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/08/05 | 2.5 | Financing | Analysis of DIP terms in recently completed DIP financings |
| Pamela Zilly | 12/08/05 | 0.5 | Financing | Review DIP comparables |
| Pamela Zilly | 12/27/05 | 2.0 | Financing | Review materials re: DIP renewal |
| Pamela Zilly | 12/28/05 | 0.5 | Financing | Call with E. Filon re: DIP renewal |
| Pamela Zilly | 12/29/05 | 2.0 | Financing | Review materials re: DIP renewal |
| Pamela Zilly | 12/29/05 | 1.0 | Financing | Call with R. Tarola, E. Filon re: DIP renewal |
| | | 8.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/13/05 | 1.0 | Hearings | Review materials for call re: Court hearing |
| Pamela Zilly | 12/13/05 | 1.0 | Hearings | Call with D. Bernick, D. Siegel, R. Tarola re: Court hearing |
| Pamela Zilly | 12/13/05 | 2.0 | Hearings | Prepare material for court hearing |
| Pamela Zilly | 12/16/05 | 1.0 | Hearings | Revisions to Grace timeline for Hearing |
| Jamie O'Connell | 12/19/05 | 4.0 | Hearings | Participate telephonically in the December 19, 2005 court hearing |
| Pamela Zilly | 12/19/05 | 1.0 | Hearings | Attend Court hearing via phone |
| | | 10.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/14/05 | 3.5 | Non-Working Travel Time | Travel from New York to Grace facility in Cambridge, MA |
| Pamela Zilly | 12/14/05 | 2.5 | Non-Working Travel Time | Travel to Cambridge |
| Jamie O'Connell | 12/15/05 | 5.0 | Non-Working Travel Time | Travel from Columbia, MD to New York |
| Pamela Zilly | 12/15/05 | 3.0 | Non-Working Travel Time | Travel to New York |
| | | 14.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/01/05 | 0.3 | Plan and Disclosure Statement | Call with B. Tarola of Grace regarding accrued interest |
| Jamie O'Connell | 12/01/05 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: interest rate issues |
| Jamie O'Connell | 12/01/05 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidario of Grace regarding accrued interest |
| Pamela Zilly | 12/01/05 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: Interest rate accruals |
| Pamela Zilly | 12/02/05 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein re: claims |
| Pamela Zilly | 12/05/05 | 1.0 | Plan and Disclosure Statement | Review analysis, send to E. Leibenstein |
| Pamela Zilly | 12/05/05 | 1.0 | Plan and Disclosure Statement | Review analysis re: dinner meeting |
| Pamela Zilly | 12/05/05 | 0.5 | Plan and Disclosure Statement | Review correspondence from Shelnitz re: PI |
| Pamela Zilly | 12/05/05 | 2.5 | Plan and Disclosure Statement | Dinner with F. Festa, W. Corcoran |
| Jamie O'Connell | 12/06/05 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 12/06/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: Motions, POR status, PI, PD claims |
| Pamela Zilly | 12/07/05 | 0.3 | Plan and Disclosure Statement | Read  Debtors' Anderson Memorial Class Certification Objection |
| Pamela Zilly | 12/07/05 | 0.3 | Plan and Disclosure Statement | Read BDM Modification of Stay Motion |
| Pamela Zilly | 12/08/05 | 0.3 | Plan and Disclosure Statement | Read Law Firms' Response in Opposition to Extension of Exclusivity |
| Pamela Zilly | 12/12/05 | 1.0 | Plan and Disclosure Statement | Research prior settlement discussion materials |
| Pamela Zilly | 12/12/05 | 1.0 | Plan and Disclosure Statement | Meeting with P. Norris |
| Jamie O'Connell | 12/13/05 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 12/13/05 | 0.5 | Plan and Disclosure Statement | Correspondence w/Norris, Shelnitz re: PI, PD claims |
| Pamela Zilly | 12/20/05 | 0.8 | Plan and Disclosure Statement | Conference call with management, counsel re: Court motions and POR status |
| Pamela Zilly | 12/21/05 | 0.4 | Plan and Disclosure Statement | Read Debtors' Reply in Support of 15th Objection to PD Claims |
| Pamela Zilly | 12/29/05 | 1.0 | Plan and Disclosure Statement | Read various motions inc. Interest and 15th Omnibus Objections - memo in support of |
| | | 14.8 | | |