IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | In the Proceedings for a |
| | ) | |
| | ) | Reorganization under Chapter 11 |
| W.R. Grace & Co., et al. | ) | |
| | ) | Case No. 01-1139-JKF |
| Debtor(s). | ) | |

**AMENDED VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY FED.R.BANKR.P.2019**

PLEASE TAKE NOTICE that Julie A. Ardoin, on behalf of Julie Ardoin, LLC, and formerly of the Murray Law Firm, hereby files the following Amended Verified Statement Under Bankruptcy Rule 2019 pursuant to the Court's Order of October 24, 2004.

I, Julie A. Ardoin, lead counsel for Julie Ardoin, LLC, declare as follows:

1. I am an attorney with Julie Ardoin, LLC, (hereinafter the "Firm") with offices at 909 Poydras Street, Suite 2550, New Orleans, Louisiana 70112. I am a member in good standing of the bar of the state of Louisiana.

2. I am formerly an employee of the Murray Law Firm, offices in same location, where I represented numerous asbestos personal injury and/or wrongful death claimants in the above-referenced bankruptcy, (the "Claimants" or individually "Claimant").

3. The events of Hurricane Katrina forced the Murray Law Firm to cease operations for a period of time. Ultimately, the Murray Law Firm could not resume full operations, and had to downsize significantly.

4. I am continuing my representation of all the asbestos personal injury claimants in the above-referenced bankruptcy on whose behalf I filed the original Verified Statement

under the name, Julie Ardoin, LLC.

5. As of the date of this Amended Verified Statement, the Firm represents 423 personal injury Claimants who have been injured by asbestos products manufactured, marketed, distributed, sold, or produced by Debtor and others, and thus hold claims against, *inter alia*, the Debtor.

6. Pursuant to the Court's Order this Statement is filed without exhibits, which are being provided in CD format to the Clerk of Court, counsel for the Debtor and the United States Trustee. The exhibit consists of (a) blank, but unredacted, exemplar copy of an Employment Contract and Limited Power of Attorney authorizing Julie A. Ardoin to act on behalf of the Creditors referenced herein as Exhibit "A", which has not been attached but may be accessed by parties who obtain Court order authorizing access, and (b) an Excel spreadsheet outlining the name and address of each Claimant, a space reserved for the social security number, the form of agreement empowering the Firm to act on behalf of each Claimant, the amount of each Claimant's claim, date of acquisition of each Claimant's claim, type of each Claimant's disease and the pertinent facts related to the employment of the Firm.

7. The nature of the claim held by each Claimant is a personal injury tort claim for damages caused by asbestos products manufactured by the Debtor.

8. Since the Creditors were exposed to asbestos products manufactured by the Debtor more than one year prior to the filing of the above-captioned bankruptcy case, each of the Claimants may have "acquired" his or her claim more than one year prior to the filing of this bankruptcy case. The Claimants affirmatively assert that the statutes of Limitations applicable to their claims did not begin to run on the date of exposure

and reserve all procedural and substantive rights pertaining to their claims.

9. The Claimants are represented by the Firm under a fee arrangement which is subject to the attorney-client privilege. The Firm holds each such instrument as executed between the parties.

10. The Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

Respectfully submitted,

Dated: June 23, 2006

By: _____
Julie A. Ardoin (#22925)
Julie Ardoin, LLC
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000
Tel: (504) 584-5214
Fax: (504) 584-5224

# DECLARATION
## OF JULIE A. ARDOIN OF
## THE MURRAY LAW FIRM

I, Julie Ardoin, lead counsel for Julie Ardoin, LLC, hereby declare, under penalty of perjury, that the representations in the forgoing Amended Verified Statement in Connection with the Representations of Creditors as Required by Fed.R.Bankr.P. 2019, are true and correct to the best of my knowledge, information, and belief.

Dated: June 23, 2006

Julie A. Ardoin (#22925)
Julie Ardoin, LLC
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000
Tel: (504) 584-5214
Fax: (504) 584-5224

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing Amended Verified Statement in Connection with the Representations of Creditors as Required by Fed.R.Bankr.P. 2019 was electronically filed via CM/ECF and thereby served upon all counsel of record on this _23rd_ day of June, 2006.

Julie A. Ardoin (#22925)
Julie Ardoin, LLC
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000
Tel: (504) 584-5214
Fax: (504) 584-5224