REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                         Invoice Number      1417565
One Town Center Road                    Invoice Date      06/23/06
Boca Raton, FL    33486                 Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          1,543.00
        Expenses                          0.00

                TOTAL BALANCE DUE UPON RECEIPT        $1,543.00
                                                      =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                    Invoice Number      1417565
One Town Center Road               Invoice Date      06/23/06
Boca Raton, FL   33486             Client Number       172573
                                   Matter Number        60026
```

=========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 05/02/06 | Cameron | Review materials from K&E. | .40 |
| 05/03/06 | Cameron | Review materials from R. Finke regarding PD issues. | .70 |
| 05/03/06 | Muha | Docket research for D. Cameron. | .20 |
| 05/15/06 | Cameron | Attention to materials relating to PD estimation. | .80 |
| 05/25/06 | Cameron | Telephone call with R. Finke regarding Phase II expert work (0.2); review materials relating to no-hazard defense issues (0.7). | .90 |

```
                                             ------
                             TOTAL HOURS       3.00
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.80 at $ 530.00 = | | 1,484.00 |
| Andrew J. Muha | 0.20 at $ 295.00 = | | 59.00 |

```
                    CURRENT FEES                    1,543.00


                                                ------------
              TOTAL BALANCE DUE UPON RECEIPT       $1,543.00
                                                ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1417489
5400 Broken Sound Blvd., N.W.            Invoice Date        06/23/06
Boca Raton, FL 33487                     Client Number        172573



=============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

        Fees                          1,219.00
        Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $1,219.00
                                                   =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W. R. Grace                        Invoice Number      1417489
   5400 Broken Sound Blvd., N.W.      Invoice Date       06/23/06
   Boca Raton, FL 33487               Client Number       172573
                                      Matter Number        60028
```

========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 05/17/06 | Cameron | Review materials from call with Canadian counsel. | .60 |
| 05/18/06 | Cameron | Participate in conference call with Grace Canadian Counsel and in-house counsel regarding Canadian ZAI claims (0.8); review e-mails regarding same (0.9). | 1.70 |
| | | TOTAL HOURS | 2.30 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.30 at | $  530.00  = | 1,219.00 |
| | CURRENT FEES | | 1,219.00 |

```
                                          ------------
             TOTAL BALANCE DUE UPON RECEIPT     $1,219.00
                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1417490
5400 Broken Sound Blvd., N.W.        Invoice Date       06/23/06
Boca Raton, FL 33487                 Client Number       172573

================================================================================

Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

    Fees                          5,647.00
    Expenses                          0.00

        TOTAL BALANCE DUE UPON RECEIPT       $5,647.00
                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1417490
5400 Broken Sound Blvd., N.W.        Invoice Date      06/23/06
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60029


=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 05/03/06 | Cameron | Attend to Grace fee application materials. | .80 |
| 05/04/06 | Ament | Begin calculating fees and expenses for 20th quarterly fee application (2.50); begin drafting quarterly fee application (.50); e-mail to A. Muha re: same (.10). | 3.10 |
| 05/05/06 | Ament | E-mails with J. Lord re: 20th quarterly fee application. | .10 |
| 05/05/06 | Lord | E-mails with S. Ament re: Grace quarterly application. | .20 |
| 05/06/06 | Cameron | Attend to fee application issues. | .80 |
| 05/07/06 | Cameron | Attention to fee application issues. | .50 |
| 05/08/06 | Lord | Research docket and update 2002 service list. | .20 |
| 05/08/06 | Lord | Prepare notice, certificates of services and service list for 20th quarterly fee application (.5); research docket for quarterly hearing date (.2). | .70 |
| 05/09/06 | Muha | Extensive review and revisions to fee and expense details for April 2006 monthly fee application. | 1.60 |

172573 W. R. Grace & Co.                           Invoice Number    1417490
60029  Fee Applications-Applicant                  Page    2
       June 23, 2006


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/10/06 | Ament | Continue calculating fees and expenses for 20th quarterly fee application (.80); meet with A. Muha re: same (.10); e-mail to J. Lord re: same (.10). | 1.00 |
| 05/11/06 | Ament | Continue calculating fees and expenses and drafting narrative and summary re: 20th quarterly fee application and provide to A. Muha. | 2.00 |
| 05/11/06 | Muha | Extensive review and revisions to fee and expense details for April 2006 monthly fee application to add to explanations of fee and expense charges. | 2.00 |
| 05/12/06 | Ament | Meet with A. Muha re: quarterly fee application (.10); revisions to summary and narrative (.20); e-mails with J. Lord re: same (.10); e-mail 20th quarterly fee application narrative and summary in Word format to J. Lord for DE filing (.10). | .50 |
| 05/12/06 | Lord | Review, revise, e-file and perfect service of RS quarterly fee application. | 1.60 |
| 05/12/06 | Muha | Final review and comments to quarterly fee application. | .50 |
| 05/16/06 | Cameron | Attention to Grace fee applications. | .80 |
| 05/19/06 | Ament | E-mails with J. Lord re: April monthly fee application and e-mails with A. Muha re: same. | .10 |
| 05/19/06 | Lord | E-mails with S .Ament re: April monthly monthly fee statement. | .20 |
| 05/22/06 | Cameron | Final review of and revisions to materials for fee applications. | .90 |
| 05/23/06 | Ament | Review e-mail from D. Cameron re: payments received (.10); review file, calculate payments and e-mail to D. Cameron and A.Muha re: same (.20); update internal | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1417490
60029  Fee Applications-Applicant                 Page   3
       June 23, 2006


   Date    Name                                              Hours
 -------- -----------                                        -----
                          spreadsheet (.10).

 05/24/06 Ament           Review and respond to e-mail from      .10
                          J. Lord re: monthly fee
                          application.

 05/24/06 Lord            Draft and e-file CNO for Reed          .80
                          Smith March monthly fee
                          application (.3); perfect service
                          for same (.2); discussions with S.
                          Ament re: April fee application
                          (.1); draft COS for same (.1);
                          correspondence to R. Finke re:
                          same (.1)

 05/25/06 Ament           E-mails with A. Muha re: monthly      2.40
                          fee application and invoices
                          received from C. Gadsden (.10);
                          review invoices and begin
                          calculating fees and expenses
                          (1.0); draft April monthly fee
                          application (.60); format invoices
                          into Word documents re: fees and
                          expenses (.50); revisions to fee
                          application and provide same to A.
                          Muha (.20).

 05/25/06 Lord            E-mail with S. Ament re: April         .10
                          monthly (.1).

 05/25/06 Muha            Final review and revisions to          .50
                          April 2006 monthly application.

 05/26/06 Ament           Revisions to April monthly fee         .50
                          application per A. Muha request
                          (.10); continue formatting
                          invoices into Word documents re:
                          fees and expenses (.20); e-mail
                          58th monthly fee application, fee
                          and expense details to J. Lord for
                          DE filing (.10); e-mail to D.
                          Cameron re: same (.10).

 05/26/06 Lord            E-mails with S. Ament and A. Muha     1.20
                          re: April monthly fee application
                          (.1); review, revise and prepare
                          same for e-filing and service (1.1)

                                                             ------
                                     TOTAL HOURS             23.60

172573  W. R. Grace & Co.
60029  Fee Applications-Applicant
       June 23, 2006

Invoice Number   1417490
Page    4

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 3.80 | at $ | 530.00 | = | 2,014.00 |
| Andrew J. Muha | 4.60 | at $ | 295.00 | = | 1,357.00 |
| John B. Lord | 5.00 | at $ | 190.00 | = | 950.00 |
| Sharon A. Ament | 10.20 | at $ | 130.00 | = | 1,326.00 |

CURRENT FEES                                    5,647.00

                                            ------------
TOTAL BALANCE DUE UPON RECEIPT              $5,647.00
                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1418422
One Town Center Road                     Invoice Date      06/23/06
Boca Raton, FL    33486                  Client Number       172573


=========================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

         Fees                         179,279.50
         Expenses                           0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $179,279.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1418422
One Town Center Road                     Invoice Date       06/23/06
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60035


=========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|

| 05/01/06 | Aten | Conference with L.E. Flatley and C.J. Gatewood re: expert reports and motions in limine (.7); draft and send e-mails re: experts' reports (.4). | 1.10 |
| 05/01/06 | Atkinson | Review report as filed (.80); draft and prepare letter to counsel re: additional expert report (.60); prepare D. Cameron working copy of Grace expert reports (.30); prepare copies of Grace expert reports to provide to defense counsel (1.20); prepare extra working copies of Grace expert reports (.50). | 3.40 |
| 05/01/06 | Cameron | Multiple e-mails and telephone calls relating to expert disclosures and follow-up issues (1.3); telephone call with R. Finke regarding additional expert reports (0.6); review materials for motions in limine (1.9); e-mails regarding same (0.4); review materials for additional expert reports (1.9). | 6.10 |
| 05/01/06 | Evans | Review Grace historical documents. | 2.50 |
| 05/01/06 | Flatley | E-mails and replies (0.2); meet with R. Aten and C. Gatewood to discuss status and follow-up (0.7). | .90 |

172573 W. R. Grace & Co.                           Invoice Number  1418422
60035  Grand Jury Investigation                    Page   2
        June 23, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 05/01/06 | Gatewood | Examine/analyze materials/reports provided by expert (2.0); identify/mark issues to address/discuss with L. Flatley and R. Aten (.50); examine/review materials provided by B. Stansbury concerning Daubert motions (1.5); examine/analyze studies concerning pleural diseases and compare/contrast information cited by experts (4.0); communicate with R. Aten concerning same (.20); prepare for and participate in conference with L. Flatley and R. Aten concerning status of expert filings/reports (.50). | 8.70 |
| 05/01/06 | Klapper | Continue review of expert reports. | 2.20 |
| 05/02/06 | Ament | Review e-mail from M. Atkinson re: expert reports (.10); provide information re: service of expert reports (.20); assist with service of expert reports (.20). | .50 |
| 05/02/06 | Aten | Review expert reports and create/draft chart summarizing individual's exposures and opinions (3.1)  call with B. Stansbury re: motions in limine and e-mail to B. Stansbury re: same and deadline that applies (.3). | 3.40 |
| 05/02/06 | Cameron | Multiple telephone calls with R. Finke and defense counsel regarding expert report issues (1.1); telephone call with R. Finke and experts regarding supplemental materials (0.9); telephone call with R. Finke and expert regarding reports (0.6); work on expert report materials (2.8); multiple e-mails with defense counsel and in-house counsel regarding same (1.1); e-mails regarding motions in limine (0.5); review materials for same (0.8); meet with L. Flatley regarding expert reports (0.3). | 8.10 |

172573 W. R. Grace & Co.                          Invoice Number  1418422
60035  Grand Jury Investigation                   Page   3
       June 23, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 05/02/06 | Flatley | Reorganizing expert materials received from counsel (0.4); review expert issues and evaluate same. (0.9); meet with D. Cameron re: expert issues (0.2); meet with D. Cameron re: follow up expert issues (0.2). | 1.70 |
| 05/03/06 | Aten | Finalize chart and send to L.E. Flatley and C.J. Gatewood for review (1.3); continue to research and draft motions in limine re: pleural plaque (.4). | 1.70 |
| 05/03/06 | Cameron | Review of materials relating to recently filed expert disclosures and expert reports (1.9); attend to issues relating to government samples (1.3); e-mails regarding same (0.4); attend to motion in limine issues (0.3). | 3.90 |
| 05/03/06 | Flatley | E-mails and replies. | .20 |
| 05/03/06 | Gatewood | Examine/analyze reports provided by expert and outline issues to address with L. Flatley and R. Aten (2.0); review brief provided by B. Stansbury addressing Daubert issues and outline issues to incorporate into pleural plaque motion (1.0); continued drafting outline for stand-alone motion (1.5) | 4.50 |
| 05/04/06 | Ament | E-mails with D. Cameron re: service of expert report. | .10 |
| 05/04/06 | Cameron | Telephone call with R. Finke and consultant regarding various issues relating to research (0.8); telephone call with R. Finke and expert regarding back-up date (0.9); review materials relating to same (1.6); prepare for call with defense counsel regarding motions in limine (0.4); participate in conference call regarding same (0.9); follow-up from conference call (0.8); review e-mails regarding same (0.5); | 7.90 |

172573  W. R. Grace & Co.                          Invoice Number   1418422
60035   Grand Jury Investigation                   Page    4
        June 23, 2006


       Date    Name                                                Hours
     --------  -----------                                         -----
                              review data for motions in limine
                              (1.2); attention to government air
                              and soil sample issues (0.8).

     05/05/06 Ament           E-mails re: service of expert           .30
                              report (.20); e-mails with M.
                              Atkinson re: DVD of additional
                              exhibits to expert report (.10).

     05/05/06 Atkinson        Prepare hard drive containing         1.80
                              back-up data appendix to expert
                              report to distribute to counsel
                              (.80); prepare collection of Grace
                              expert reports. (1.0)

     05/05/06 Cameron         Multiple e-mails regarding motions   2.90
                              in limine (0.9); review materials
                              for motions (1.6); review
                              materials from government samples
                              (0.4).

     05/05/06 Flatley         Review e-mails and forward to R.       .20
                              Aten.

     05/06/06 Cameron         Meet with T. Klapper regarding       2.80
                              motion in limine issues (0.6);
                              multiple e-mails regarding same
                              (0.7); review materials for
                              motions (1.5).

     05/07/06 Cameron         Review and analyze motion in         3.30
                              limine materials.

     05/08/06 Atkinson        Prepare expert materials from         .50
                              Friday letter to counsel.

     05/08/06 Cameron         Continued attention to and work on   8.60
                              issues relating to motion in
                              limine and Daubert motions,
                              including meetings, telephone
                              calls and e-mails with defense
                              counsel and in-house counsel
                              (7.8); attention to government
                              sample issues (0.8).

     05/08/06 Flatley         Review e-mails and replies on         .80
                              experts' issues and motions.

172573 W. R. Grace & Co.                          Invoice Number  1418422
60035  Grand Jury Investigation                   Page   5
       June 23, 2006


| Date | Name | | Hours |
|------|------|---|-------|

| 05/08/06 | Klapper | Meet with D. Cameron and J. Restivo to discuss motions (.5); review motion in limine emails (.7); work on draft summary of expert's opinions (1.2); work on draft summary of additional expert's opinions (1.5). | 3.90 |
| 05/08/06 | Restivo | Meeting with D. Cameron (.7); telephone call with D. Cameron and T. Klapper (.8). | 1.50 |
| 05/09/06 | Aten | Conference call re: motions in limine (.7); conference with L. Flatley re: motions in limine and e-mails re: same (.9); continue to conduct research (1.5); review motions in limine information prior to call (.5). | 3.60 |
| 05/09/06 | Atkinson | Review D. Cameron e-mail to J. Restivo, A. Klapper re: motions in limine. | .20 |
| 05/09/06 | Atkinson | Prepare collection of Grace expert reports. | .30 |
| 05/09/06 | Evans | Telephone conference with J. Restivo (1.5); review materials (0.3). | 1.80 |
| 05/09/06 | Flatley | Review memos and other preparation for conference call (0.6); meet with R. Aten re: conference call (0.2); conference call re: motions in limine and follow-up (1.8); emails re: pleural plaques issue (0.3); meet with R. Aten re: pleural plaques issue (0.3); follow-up calls and emails (0.2). | 3.40 |
| 05/09/06 | Klapper | Finish summary of opinions (.5); participate on team call regarding motions in limine (.7); review summaries drafted by others (.8); continue work on drafting motions in limine (2.7); discuss occupational exposure issues with consultants for use in motion in limine (1.3). | 6.00 |

172573 W. R. Grace & Co.                          Invoice Number  1418422
60035  Grand Jury Investigation                   Page    6
        June 23, 2006


    Date    Name                                              Hours
  --------  -----------                                       -----

  05/09/06 Restivo          Telephone call with D. Evans       2.00
                            (1.50); correspondence to T.
                            Klapper (.5).

  05/09/06 Waters           Conference with T. Klapper re:     1.30
                            Daubert motions and evidentiary
                            issues and review Daubert research.

  05/10/06 Cameron          Attention to multiple e-mails and  2.20
                            materials relating to motion in
                            limine issues.

  05/10/06 Flatley          E-mails and replies regarding       .20
                            scheduling.

  05/10/06 Klapper          Work on motions in limine briefs   5.60
                            (2.2); review ATSDR report
                            regarding Minnesota (1.0); review
                            outline of motions drafted by R.
                            Smith (.5) and provide comments
                            (.5); continue discussions with
                            consultants regarding occupational
                            exposure issues (1.4).

  05/10/06 Restivo          Cameron e-mails (.50);             2.60
                            teleconference with T. Klapper
                            (1.0); teleconference with R.
                            Finke (.20); begin review of
                            expert reports (.90).

  05/10/06 Waters           Review file materials and draft    8.00
                            motion in limine.

  05/11/06 Cameron          Attention to multiple e-mails and  2.60
                            materials relating to motions in
                            limine (1.2); review materials
                            from government regarding samples
                            (0.7); review materials from B.
                            Jacobsen regarding motion relating
                            to samples (0.7).

  05/11/06 Klapper          Continue work on motions in limine 4.70
                            briefs.

  05/11/06 Restivo          Telephone calls, emails with T.    3.30
                            Klapper, D. Cameron (0.5);
                            preparation for and strategy
                            conference call (2.8).

172573 W. R. Grace & Co.                    Invoice Number  1418422
60035  Grand Jury Investigation            Page    7
       June 23, 2006


| Date | Name | | Hours |
|------|------|--|-------|

05/11/06 Waters         Review file materials and draft      7.50
                        motion in limine.

05/12/06 Cameron        Attention to e-mails and materials   2.20
                        relating to motions in limine
                        (0.7); additional review of EPA
                        data issues and related motions
                        (1.2); attention to sample
                        materials from government (0.3).

05/12/06 Klapper        Continue work on motions in limine   7.20
                        (6.7); discuss research project
                        with A. LeFrak (.5).

05/12/06 Lefrak         Confer with A. Klapper re: status    1.00
                        of case (0.2); research in
                        connection with Daubert motion to
                        exclude portions of expert
                        testimony (0.6); review indictment
                        (0.2).

05/12/06 Restivo        Emails and telephone calls re:        .60
                        conference call details.

05/12/06 Waters         Review file materials and draft      8.00
                        motion in limine.

05/13/06 Cameron        Continued attention to motion in     2.40
                        limine issues (0.8); continued
                        attention to EPA data and sampling
                        issues (1.3); telephone call with
                        J. Restivo regarding various
                        issues (0.3).

05/14/06 Cameron        Attention to issues related to the   3.40
                        EPA's new testing data (1.8);
                        attention to motion in limine
                        issues (0.9); review expert
                        witness materials (0.7).

05/14/06 Klapper        Continue work on motions in limine   2.50
                        briefs.

05/14/06 Waters         Draft motion in limine.              5.00

05/15/06 Aten           Review outline sent by K&E re:        .80
                        motion in limine and Daubert
                        motions (.7); call with C.
                        Gatewood re: same (.1).

172573  W. R. Grace & Co.                          Invoice Number  1418422
60035   Grand Jury Investigation                   Page    8
        June 23, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 05/15/06 | Atkinson | Per e-mail request from T. Klapper, collect and provide copies of figures/tables from expert report. | .50 |
| 05/15/06 | Cameron | Multiple e-mails regarding motions in limine (0.4); prepare for call with consultant regarding EPA data issues (0.5); participate in conference call regarding same (0.8); multiple e-mails regarding same (0.4); review materials from expert reports (0.6). | 2.70 |
| 05/15/06 | Flatley | E-mails and replies regarding scheduling and other issues. | .30 |
| 05/15/06 | Gatewood | Confer with R. Aten concerning status of motions (.20); receive/review materials provided by B. Stansbury in connection with motions in limine (1.3); outline issues to address with L. Flatley concerning status (.20) | 1.70 |
| 05/15/06 | Klapper | Continue work on motions in limine briefs. | 8.30 |
| 05/15/06 | Lefrak | Research in connection with Daubert motion to exclude portions of expert testimony and prepare summary re: same. | .30 |
| 05/15/06 | Restivo | Telephone call and emails re: various government motions. | 1.00 |
| 05/16/06 | Atkinson | Review e-mail request from consultant requesting articles and searches for these articles and Library request. | .70 |
| 05/16/06 | Cameron | Follow-up e-mails relating to review of EPA data and new sampling materials (0.8); e-mails relating to motions in limine (0.6). | 1.40 |
| 05/16/06 | Klapper | Continue drafting motions in limine. | 11.40 |

172573 W. R. Grace & Co.                          Invoice Number  1418422
60035  Grand Jury Investigation                   Page    9
       June 23, 2006


| Date | Name | | Hours |
|------|------|---|-------|

05/16/06 Lefrak        Research re: expert testimony on    4.70
                       ultimate issues (2.9); prepare
                       summary re: same in connection
                       with Daubert motion (1.8).

05/17/06 Aten          Reviewed draft motions in limine.    .50

05/17/06 Cameron       Review draft motion in limine and   3.20
                       telephone call with T. Klapper
                       regarding same (1.4); telephone
                       call with R. Finke regarding same
                       (0.3); multiple e-mails regarding
                       same (0.4); telephone call with
                       consultant regarding EPA testing
                       data (0.6); review same (0.5).

05/17/06 Flatley       E-mails and replies regarding        .20
                       motions in limine.

05/17/06 Klapper       Continue drafting motions in       11.70
                       limine.

05/17/06 Lefrak        Research in connection with         4.00
                       Daubert motion (2.5);  prepare
                       memo re: same (1.0);  confer with
                       A. Klapper re: same (0.5).

05/17/06 Muha          Research Armstrong opinion for J.    .20
                       Restivo.

05/17/06 Restivo       Revise draft motion in limine.      1.00

05/18/06 Aten          Continue to research and revise     4.80
                       Daubert motion in limine.

05/18/06 Cameron       Review materials from T. Klapper    3.10
                       regarding motions in limine (0.6);
                       telephone call with T. Klapper
                       regarding same (0.3); e-mails from
                       K&E and HRO regarding motions in
                       limine (0.6); telephone call with
                       R. Finke regarding same (0.2);
                       review draft ambient air motions
                       (0.8); e-mails regarding Grace
                       historical testing (0.6).

05/18/06 Klapper       Continue work on motions in limine  2.80
                       (1.5); speak with D. Cameron
                       regarding motions and core issues
                       (.3); speak with A. LeFrak to
                       advise on research issues (.3);

172573 W. R. Grace & Co.                        Invoice Number  1418422
60035  Grand Jury Investigation                 Page  10
       June 23, 2006


    Date   Name                                           Hours
    -------- -----------                                  -----
                        speak with consultants regarding
                        exposure analogs (.7).

05/18/06 Lefrak         Draft and research motion to          3.40
                        exclude expert witnesses (3.0);
                        confer with A. Klapper re: same
                        (0.4).

05/19/06 Aten           Continue to draft and revise          4.90
                        motion in limine (4.2); conference
                        with C. Gatewood re: same (.7).

05/19/06 Cameron        Multiple e-mails relating to          3.90
                        motions in limine (0.8); review
                        drafts from T. Klapper (0.9);
                        e-mails regarding same (0.5);
                        e-mails regarding historical
                        testing issues and documents
                        (0.8); review drafts from K&E and
                        other defense counsel (0.9).

05/19/06 Evans          Multiple e-ails per J. Restivo re:    1.00
                        meeting with Kirkland & Ellis.

05/19/06 Flatley        E-mails and replies.                   .20

05/19/06 Klapper        Continue work on SOA motion in        5.80
                        limine (3.3); edit other motion in
                        limine briefs (2.5).

05/19/06 Lefrak         Research and draft motion to          5.20
                        exclude testimony of government's
                        expert witnesses (5.0); confer
                        with A. Klapper re: same (0.2).

05/20/06 Cameron        Review multiple draft motions in      5.20
                        limine (3.5); multiple e-mails
                        regarding same (0.8); review
                        historical testing issues (0.9).

05/20/06 Klapper        Continue work on SOA motion in        3.80
                        limine.

05/21/06 Cameron        Review draft motions in limine and    4.70
                        multiple e-mails regarding same.

05/21/06 Klapper        Finish and circulate SOA motion in    2.10
                        limine.

172573 W. R. Grace & Co.                          Invoice Number  1418422
60035  Grand Jury Investigation                   Page  11
       June 23, 2006


    Date    Name                                              Hours
  -------- -----------                                        -----

  05/21/06 Restivo        Receipt of and review of new           .30
                          material relating to motions.

  05/22/06 Aten           Conference with L. Flatley re:        1.50
                          expert reports and motion in
                          limine (.7); draft e-mail re: same
                          (.2); read "road map" motion and
                          other drafts (.6).

  05/22/06 Atkinson       Prepare articles compilation as       1.10
                          requested by Grace experts.

  05/22/06 Cameron        Multiple e-mails regarding motions    3.90
                          in limine (1.8); continued review
                          of additional motions in limine
                          (2.1).

  05/22/06 Flatley        E-mails regarding motions in          1.30
                          limine and scheduling (0.4);
                          preparation for meeting (0.2);
                          meeting with R. Aten and C.
                          Gatewood regarding experts'
                          reports and motions in limine
                          (0.7).

  05/22/06 Gatewood       Examination/analysis of articles      8.00
                          cited by experts and outline
                          follow-up issues (3.0); examine
                          materials (draft motions) provided
                          by defense counsel and discuss
                          same with R. Aten (3.0); revising
                          draft motion in limine (2.0).

  05/22/06 Klapper        Review other motions drafted by       1.70
                          other counsel (.8); discuss SOA
                          motion in limine with W. Jacobson
                          (.2); discuss affidavit issue with
                          R. Smith and W. Jacobson (.2);
                          discuss research findings with A.
                          LeFrak (.5).

  05/22/06 Lefrak         Prepare motion to exclude expert       .50
                          testimony and confer with A.
                          Klapper re: same.

  05/22/06 Restivo        Receipt and review of various          .50
                          briefs and motions.

  05/23/06 Ament          Review e-mails from M. Atkinson        .10
                          re: pleadings.

172573  W. R. Grace & Co.                          Invoice Number  1418422
60035   Grand Jury Investigation                   Page  12
        June 23, 2006


| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 05/23/06 | Cameron | Extensive review of draft motions in limine (4.3); multiple e-mails regarding same (0.8). | 5.10 |
| 05/23/06 | DiChiera | Analyze and organize expert files per request of L. Flatley for meeting with experts | 1.60 |
| 05/23/06 | Flatley | E-mails and responses on motions in limine. | .30 |
| 05/23/06 | Gatewood | Examine/analyze cases cited in various motions to strike/motions in limine addressing Daubert issues and examine/analyze Ninth Circuit brief (2.8); brief communication with R. Aten concerning same (.20). | 3.00 |
| 05/23/06 | Klapper | Discuss projects with W. Jacobson (.8); review key SOA cases from additional precedent briefs (1.7). | 2.50 |
| 05/24/06 | Cameron | Telephone call with R. Finke regarding open issues and motions in limine (0.3); telephone call with R. Finke, B. Jacobson and consultant regarding work issues (0.5); e-mails regarding motions in limine (0.7); continued review of motions in limine and provide comments regarding same (3.8). | 5.30 |
| 05/24/06 | Klapper | Participate in calls with counsel regarding briefs (1.2); edit motion in limines drafted (3.4); continue review of other motions in limine drafted by other counsel (2.5). | 7.10 |
| 05/25/06 | Cameron | Multiple calls and e-mails with R. Finke regarding motions in limine issues (0.8); multiple e-mails with Grace defense counsel regarding motions in limine (0.9); review of motions in limine and communicate comments (1.9). | 3.60 |

172573  W. R. Grace & Co.                        Invoice Number  1418422
60035   Grand Jury Investigation                 Page  13
        June 23, 2006


   Date    Name                                            Hours
  -------- -----------                                     -----

  05/25/06 Klapper        Edit SOA brief on comments from W.     4.70
                          Jacobson and review of new cases
                          found (4.0); conference with R.
                          Smith and W. Jacobson regarding
                          briefs (0.7).

  05/25/06 Waters         Review expert reports and insert      3.50
                          cites for motion in limine.

  05/26/06 Aten           Conference call re: motions in        1.40
                          limine.

  05/26/06 Atkinson       Per D. Cameron e-mail request,        1.20
                          review expert report and
                          appendices for back-up data.

  05/26/06 Cameron        Prepare for (0.7) and participate     5.10
                          in conference call with defense
                          counsel regarding motions in
                          limine (1.6); review motions in
                          limine and comments thereto (1.9);
                          e-mails regarding same (0.9).

  05/27/06 Cameron        Continued review of revised           3.80
                          motions in limine and multiple
                          e-mails regarding same.

  05/29/06 Cameron        Review and prepare revisions for      5.90
                          product testing motion in limine
                          (2.1); review several motions in
                          limine and multiple e-mails
                          regarding same (2.7); review
                          multiple expert reports for motion
                          in limine issues (1.1).

  05/30/06 Aten           Conference with C. Gatewood re:        .50
                          motion in limine (.2); review
                          e-mails and motion in limine
                          drafts (.3).

  05/30/06 Cameron        Continued review and revisions to     6.30
                          product testing motions in limine
                          (1.3); multiple e-mails regarding
                          same (0.4); telephone call with
                          consultants regarding same (0.3);
                          review several motions in limine
                          and provide comments to same
                          (2.9); multiple e-mails regarding
                          same (1.4).

172573 W. R. Grace & Co.                          Invoice Number  1418422
60035  Grand Jury Investigation                   Page  14
       June 23, 2006


     Date    Name                                             Hours
   -------- -----------                                       -----

   05/30/06 Gatewood        Examination/analysis of draft      8.50
                            reports provided by expert and
                            select/outline issues to
                            incorporate into draft motion
                            (2.5); drafting motion to strike
                            any testimony regarding pleural
                            plaque and reviewing global
                            motion/brief drafted by defense
                            counsel (6.0).

   05/30/06 Klapper         Edit motions in limine drafted     7.80
                            (3.6); review motions in limine
                            drafted by others, providing
                            comments to R. Smith (4.2).

   05/31/06 Aten            Call with B. Stansbury re: medical  .50
                            experts and e-mail to L. Flatley
                            summarizing same.

   05/31/06 Cameron         Review final drafts of several     5.40
                            motions in limine (1.9); multiple
                            e-mails regarding same (0.9);
                            e-mails regarding
                            cross-examination outline issues
                            (0.5); review materials regarding
                            government's motions in limine
                            (1.3) review materials relating to
                            expert witness outlines (0.8).

   05/31/06 Gatewood        Examine/analyze drafted motions by  4.00
                            defense counsel concerning expert
                            issues (2.0); outline issues to
                            raise/incorporate into motion to
                            strike testimony concerning
                            pleural plaques (1.0); drafting
                            motion to strike (1.0).

   05/31/06 Klapper         Edit additional motions in limine  5.30
                            (2.4); conference with R. Smith
                            regarding motions (.3); review
                            government's motions in limine
                            (.7); discuss cross examination
                            project with E. Ransom (.7); begin
                            cross examination matrix (1.2).

   05/31/06 Ransom          Conference with Mr. Klapper re     1.20
                            overview of case

                                                              ------
                                          TOTAL HOURS         389.10

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
       June 23, 2006

Invoice Number  1418422
Page  15

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| James J. Restivo Jr. | 12.80 | at | $ | 600.00 | = | 7,680.00 |
| David C. Evans | 5.30 | at | $ | 530.00 | = | 2,809.00 |
| Lawrence E. Flatley | 9.70 | at | $ | 535.00 | = | 5,189.50 |
| Douglas E. Cameron | 125.00 | at | $ | 530.00 | = | 66,250.00 |
| Antony B. Klapper | 107.10 | at | $ | 500.00 | = | 53,550.00 |
| Paul Waters | 33.30 | at | $ | 400.00 | = | 13,320.00 |
| Carol J. Gatewood | 38.40 | at | $ | 380.00 | = | 14,592.00 |
| Andrew J. Muha | 0.20 | at | $ | 295.00 | = | 59.00 |
| Rebecca E. Aten | 24.70 | at | $ | 270.00 | = | 6,669.00 |
| Allison M. Lefrak | 19.10 | at | $ | 350.00 | = | 6,685.00 |
| Elizabeth A. Ransom | 1.20 | at | $ | 260.00 | = | 312.00 |
| Maureen L. Atkinson | 9.70 | at | $ | 180.00 | = | 1,746.00 |
| Maria E. DiChiera | 1.60 | at | $ | 180.00 | = | 288.00 |
| Sharon A. Ament | 1.00 | at | $ | 130.00 | = | 130.00 |

CURRENT FEES                                179,279.50

                    ------------
TOTAL BALANCE DUE UPON RECEIPT      $179,279.50
                    =============