REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1417488
One Town Center Road                     Invoice Date      06/23/06
Boca Raton, FL   33486                   Client Number       172573



================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                        337.89

                  TOTAL BALANCE DUE UPON RECEIPT         $337.89
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number      1417488
One Town Center Road                   Invoice Date        06/23/06
Boca Raton, FL    33486                Client Number        172573
                                       Matter Number         60026

=============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        8.05
    Outside Duplicating                    121.40
    PACER                                   16.96
    Duplicating/Printing/Scanning          120.60
    Courier Service - Outside                6.53
    Meal Expense                            64.35

            CURRENT EXPENSES                          337.89
                                                 -------------

            TOTAL BALANCE DUE UPON RECEIPT           $337.89
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1417488 |
| Invoice Date | 06/23/06 |
| Client Number | 172573 |
| Matter Number | 60026 |

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/10/06 | PACER--Electronic docket retrieval service charge. | 4.32 |
| 04/27/06 | PACER--Electronice docket retrieval service charge. | 5.04 |
| 05/01/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/8 | .40 |
| 05/01/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/5 | .25 |
| 05/01/06 | Telephone Expense 561-866-6803/BOCA RATON, FL/5 | .25 |
| 05/01/06 | Duplicating/Printing/Scanning ATTY # 4810; 9 COPIES | 1.35 |
| 05/01/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson Reed Smith LLP - Pittsburgh to Barbara M. Harding, Esq, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 6.53 |
| 05/02/06 | Telephone Expense 561-866-6803/BOCA RATON, FL/5 | .25 |
| 05/02/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/15 | .75 |
| 05/02/06 | Telephone Expense 413-531-4355/HOLYOKE, MA/5 | .25 |
| 05/03/06 | Telephone Expense 484-431-9962/BALACYNWYD, PA/2 | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1417488
60026  Litigation and Litigation Consulting       Page    2
       June 23, 2006

| | | |
|---|---|---:|
| 05/03/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/3 | .15 |
| 05/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | 1.20 |
| 05/03/06 | PACER | 7.60 |
| 05/04/06 | Duplicating/Printing/Scanning - Credit | -3.15 |
| 05/04/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 05/04/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/3 | .10 |
| 05/04/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/4 | .15 |
| 05/04/06 | Telephone Expense<br>484-431-9962/BALACYNWYD, PA/20 | 1.00 |
| 05/04/06 | Meal Expense Coventry Deli Catering --Lunch for<br>5 for meeting between Grace counsel and<br>witnesses. (Reed Smith Philadelphia office). | 64.35 |
| 05/05/06 | IKON Copy Services - - Copying and service of<br>CNO for monthly fee app. | 58.00 |
| 05/08/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/19 | .95 |
| 05/08/06 | Telephone Expense<br>619-696-0444/SAN DIEGO, CA/3 | .15 |
| 05/08/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/26 | 1.30 |
| 05/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 46 COPIES | 6.90 |
| 05/10/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/6 | .30 |
| 05/10/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | 1.05 |
| 05/11/06 | Telephone Expense<br>571-213-9907/ALEXANDRIA, VA/8 | .40 |
| 05/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 20 COPIES | 3.00 |

172573 W. R. Grace & Co.                                    Invoice Number   1417488
60026  Litigation and Litigation Consulting                 Page    3
       June 23, 2006

| | | |
|---|---|---:|
| 05/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 187 COPIES | 28.05 |
| 05/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 219 COPIES | 32.85 |
| 05/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 05/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 05/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.50 |
| 05/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 05/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 05/24/06 | IKON Copy Services - - Copying and service of<br>CNO for monthly fee app. | 63.40 |
| 05/24/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/3 | .15 |
| 05/24/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/14 | .70 |
| 05/24/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/7 | .35 |
| 05/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 14 COPIES | 2.10 |
| 05/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 05/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 05/30/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 66 COPIES | 9.90 |
| 05/30/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 201 COPIES | 30.15 |

                                      CURRENT EXPENSES              337.89
                                                                ------------
                             TOTAL BALANCE DUE UPON RECEIPT        $337.89
                                                                ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1417491 |
|---|---|---|
| One Town Center Road | Invoice Date | 06/23/06 |
| Boca Raton, FL   33486 | Client Number | 172573 |


========================================================================
Re: W. R. Grace & Co.
(60035)  Grand Jury Investigation
       Fees                              0.00
       Expenses                      6,728.31
                    TOTAL BALANCE DUE UPON RECEIPT        $6,728.31
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1417491 |
| One Town Center Road | Invoice Date    06/23/06 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number     60035 |

===============================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 3.00 |
| Telephone Expense | 1.40 |
| Documentation Charge | 80.25 |
| Duplicating/Printing/Scanning | 1,694.00 |
| Westlaw | 2,669.50 |
| Postage Expense | 17.11 |
| Courier Service - Outside | 817.61 |
| Outside Duplicating | 1,337.10 |
| Parking/Tolls/Other Transportation | 14.00 |
| Taxi Expense | 21.81 |
| Mileage Expense | 26.70 |
| Meal Expense | 42.83 |
| General Expense -- Tabs | 3.00 |

CURRENT EXPENSES                  6,728.31
                                 --------------
TOTAL BALANCE DUE UPON RECEIPT    $6,728.31
                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1417491
One Town Center Road                     Invoice Date      06/23/06
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60035
==============================================================================
Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/27/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson Reed Smith LLP - Pittsburgh to DAVID EVANS, ESQ., REED SMITH LLP (WASHINGTON DC 20005). | -4.49 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Reed Smith LLP - Pittsburgh to Angelo J. Calfo (SEATTLE WA 98104). | 19.96 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Reed Smith LLP - Pittsburgh to David Krakoff Mayer Brown Rowe & Maw (WASHINGTON DC 20006). | 11.98 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Reed Smith LLP - Pittsburgh to Weil, Gotshal & Manges (Boston MA 02110). | 15.62 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  Reed Smith LLP - Pittsburgh to Kevin M. Cassidy, Esq. U.S. Department of Justice (Washington DC 20026). | 11.98 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Dianna Wyrick Reed Smith LLP - Pittsburgh to Stephen R. Spivack (WASHINGTON DC 20036). | 11.98 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Reed Smith LLP - Pittsburgh to Mark Holscher, O'Melveny & Myers LLP (LOS ANGELES CA 90071). | 19.96 |

172573 W. R. Grace & Co.                          Invoice Number  1417491
60035  Grand Jury Investigation                   Page    2
       June 23, 2006

| | | |
|---|---|---:|
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Reed Smith LLP - Pittsburgh to William B. Jacobson, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 11.98 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  Reed Smith LLP - Pittsburgh to William A. Coates (GREENVILLE SC 29601). | 15.62 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Reed Smith LLP - Pittsburgh to Stephen A. Jonas (BOSTON MA 02109). | 15.62 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Reed Smith LLP - Pittsburgh to Kris A. McLean, Esq. U.S. Attorney (Missoula MT 59807). | 19.46 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  Reed Smith LLP - Pittsburgh to Richard C. Finke, Esq., W.R. Grace & Company (BOCA RATON FL 33487). | 17.19 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  REED SMITH LLP to Angelo J. Calfo (SEATTLE WA 98104). | 7.27 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  REED SMITH LLP to David Krakoff  (WASHINGTON DC 20006). | 2.71 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  REED SMITH LLP to Tom Frongillo Weil, Gotshal & Manges (Boston MA 02110). | 5.69 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  REED SMITH LLP to Kevin M. Cassidy, Esq., U.S. Department of Justice (Washington DC 20026). | 2.71 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  REED SMITH LLP to Stephen R. Spivack (WASHINGTON DC 20036). | 2.71 |
| 04/29/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from  REED SMITH LLP to Mark Holscher (LOS ANGELES CA 90071). | 7.27 |

172573 W. R. Grace & Co.                          Invoice Number   1417491
60035  Grand Jury Investigation                   Page    3
       June 23, 2006

04/29/06   Courier Service - Outside Courier Service -          2.71
           00843 UPS - Shipped from  REED SMITH LLP to
           William B. Jacobson, Kirkland & Ellis LLP
           (WASHINGTON DC 20005).

04/29/06   Courier Service - Outside Courier Service -          5.69
           00843 UPS - Shipped from  REED SMITH LLP to
           William A. Coates Roe (GREENVILLE SC 29601).

04/29/06   Courier Service - Outside Courier Service -          5.69
           00843 UPS - Shipped from  REED SMITH LLP to
           Stephen A. Jonas (BOSTON MA 02109).

04/29/06   Courier Service - Outside Courier Service -          6.79
           00843 UPS - Shipped from  REED SMITH LLP to
           Kris A. McLean, Esq., U.S. Attorney Office
           (Missoula MT 59807).

04/29/06   Courier Service - Outside Courier Service -          6.46
           00843 UPS - Shipped from  REED SMITH LLP to
           Richard C. Finke, Esq., W.R. Grace & Company
           (BOCA RATON FL 33487).

04/29/06   Courier Service - Outside Courier Service 00843      14.06
           UPS SATURDAY PKUP ADJUSTMENT.

04/29/06   Courier Service - Outside Courier Service 00843      14.06
           UPS SATURDAY PKUP ADJUSTMENT.

04/29/06   Courier Service - Outside Courier Service 00843      14.06
           UPS SATURDAY PKUP ADJUSTMENT.

04/29/06   Courier Service - Outside Courier Service 00843      14.06
           UPS SATURDAY PKUP ADJUSTMENT.

04/29/06   Courier Service - Outside                            14.06
           Courier Service 00843 UPS SATURDAY PKUP ADJUSTME

04/29/06   Courier Service - Outside Courier Service 00843      14.06
           UPS SATURDAY PKUP ADJUSTMENT.

04/29/06   Courier Service - Outside Courier Service 00843      14.06
           UPS SATURDAY PKUP ADJUSTMENT.

04/29/06   Courier Service - Outside Courier Service 00843      14.06
           UPS SATURDAY PKUP ADJUSTMENT.

04/29/06   Courier Service - Outside Courier Service 00843      14.06
           UPS SATURDAY PKUP ADJUSTMENT.

04/29/06   Courier Service - Outside Courier Service 00843      14.06
           UPS SATURDAY PKUP ADJUSTMENT.

172573 W. R. Grace & Co.                          Invoice Number  1417491
60035  Grand Jury Investigation                   Page   4
       June 23, 2006

| Date | Description | Amount |
|---|---|---|
| 04/29/06 | Courier Service - Outside Courier Service 00843 UPS SATURDAY PKUP ADJUSTMENT. | 14.06 |
| 05/01/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 05/01/06 | Duplicating/Printing/Scanning ATTY # 0559: 7 COPIES | 1.05 |
| 05/01/06 | Duplicating/Printing/Scanning ATTY # 0856; 992 COPIES | 148.80 |
| 05/01/06 | Duplicating/Printing/Scanning ATTY # 0856; 1984 COPIES | 297.60 |
| 05/01/06 | Duplicating/Printing/Scanning ATTY # 0856; 26 COPIES | 3.90 |
| 05/01/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to RICHARD A. SENFTLEBEN, Esq., W.R. GRACE & CO. (BOCA RATON FL 33487). | 8.29 |
| 05/01/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Mark E. Grummer, Esq., Kirkland & Ellis (WASHINGTON DC 20005). | 6.53 |
| 05/01/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to KATHERYN J. COGGON, HOLME ROBERTS & OWEN, LLP (DENVER CO 80203). | 9.92 |
| 05/01/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson Reed Smith LLP - Pittsburgh to RENEE D. SMITH, Esq., KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 6.87 |
| 05/01/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to William B. Jacobson, Kirkland & Ellis (WASHINGTON DC 20005). | 8.53 |
| 05/01/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TOM FRONGILLO, WEIL, GOTSHAL & MANGES (BOSTON MA 02110). | 9.25 |

172573 W. R. Grace & Co.                          Invoice Number   1417491
60035  Grand Jury Investigation                   Page    5
       June 23, 2006

05/01/06    Courier Service - Outside Courier Service -           9.25
            00843 UPS - Shipped from Maureen Atkinson Reed
            Smith LLP - Pittsburgh to STEPHEN A. JONAS
            (BOSTON MA 02109).

05/01/06    Courier Service - Outside Courier Service -          10.62
            00843 UPS - Shipped from Maureen Atkinson Reed
            Smith LLP - Pittsburgh to KRIS A. MC LEAN, ESQ
            U.S. ATTORNEY OFFICE (MISSOULA MT 59807).

05/01/06    Courier Service - Outside Courier Service -          10.89
            00843 UPS - Shipped from Maureen Atkinson Reed
            Smith LLP - Pittsburgh to ANGELO J. CALFO
            (SEATTLE WA 98104).

05/01/06    Courier Service - Outside Courier Service -           8.53
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to DAVID KRAKOFF,   MAYER
            BROWN ROWE & MAW (WASHINGTON DC 20006).

05/01/06    Courier Service - Outside Courier Service -           8.53
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to KEVIN M. CASSIDY,
            Esq., U.S. DEPT. OF JUSTICE (WASHINGTON DC
            20026).

05/01/06    Courier Service - Outside Courier Service -           8.53
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to STEPHEN R. SPIVACK
            (WASHINGTON DC 20036).

05/01/06    Courier Service - Outside Courier Service -          10.89
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to MARK HOLSCHER ,
            O'MELVENY & MYERS LLP (LOS ANGELES CA 90071).

05/01/06    Courier Service - Outside Courier Service -           9.25
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to WILLIAM A. COATES
            (GREENVILLE SC 29601).

05/01/06    Courier Service - Outside Courier Service -           6.53
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to RICHARD C. FINKE,
            Esq., W.R. GRACE & CO. (COLUMBIA MD 21044).

05/01/06    Courier Service - Outside Courier Service -           6.87
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to SCOTT A. MC MILLIN,
            KIRKLAND & ELLIS LLP (CHICAGO IL 60601).

172573 W. R. Grace & Co.                          Invoice Number  1417491
60035  Grand Jury Investigation                   Page    6
       June 23, 2006


05/01/06    Courier Service - Outside Courier Service -        -8.53
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to William B. Jacobson,
            Kirkland & Ellis (WASHINGTON DC 20005).

05/01/06    Courier Service - Outside Courier Service -        -9.25
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to TOM FRONGILLO, WEIL,
            GOTSHAL & MANGES (BOSTON MA 02110).

05/01/06    Courier Service - Outside Courier Service -        -9.25
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to STEPHEN A. JONAS
            (BOSTON MA 02109).

05/01/06    Courier Service - Outside Courier Service -        -10.62
            00843 UPS - Shipped from Maureen Atkinson Reed
            Smith LLP - Pittsburgh to KRIS A. MC LEAN,
            Esq., U.S. ATTORNEY OFFICE(MISSOULA MT 59807).

05/01/06    Courier Service - Outside Courier Service -        -10.89
            00843 UPS - Shipped from Maureen Atkinson Reed
            Smith LLP - Pittsburgh to ANGELO J. CALFO
            (SEATTLE WA 98104).

05/01/06    Courier Service - Outside Courier Service -        -8.53
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to DAVID KRAKOFF MAYER
            BROWN ROWE & MAW (WASHINGTON DC 20006).

05/01/06    Courier Service - Outside Courier Service -        -8.53
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to KEVIN M. CASSIDY,
            Esq., U.S. DEPT. OF JUSTICE (WASHINGTON DC
            20026).

05/01/06    Courier Service - Outside Courier Service -        -8.53
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to STEPHEN R. SPIVACK
            (WASHINGTON DC 20036).

05/01/06    Courier Service - Outside Courier Service -        -10.89
            00843 UPS - Shipped from Maureen Atkinson Reed
            Smith LLP - Pittsburgh to MARK HOLSCHER,
            O'MELVENY & MYERS LLP (LOS ANGELES CA 90071).

05/01/06    Courier Service - Outside Courier Service -        -9.25
            00843 UPS - Shipped from Maureen Atkinson Reed
            Smith LLP - Pittsburgh to WILLIAM A. COATES
            (GREENVILLE SC 29601).

172573 W. R. Grace & Co.                          Invoice Number  1417491
60035  Grand Jury Investigation                   Page    7
       June 23, 2006


05/02/06     Telephone Expense                                  .55
             202-879-5969/WASHINGTON, DC/11

05/02/06     Duplicating/Printing/Scanning                     1.05
             ATTY # 3928: 7 COPIES

05/02/06     Duplicating/Printing/Scanning                      .30
             ATTY # 3928: 2 COPIES

05/02/06     Duplicating/Printing/Scanning                     1.35
             ATTY # 3928: 9 COPIES

05/02/06     Duplicating/Printing/Scanning                      .15
             ATTY # 0559: 1 COPIES

05/02/06     Duplicating/Printing/Scanning                      .15
             ATTY # 0559: 1 COPIES

05/02/06     Duplicating/Printing/Scanning                      .15
             ATTY # 0559: 1 COPIES

05/02/06     Duplicating/Printing/Scanning                      .15
             ATTY # 0559: 1 COPIES

05/02/06     Duplicating/Printing/Scanning                      .60
             ATTY # 0559: 4 COPIES

05/02/06     Duplicating/Printing/Scanning                     6.90
             ATTY # 3928; 46 COPIES

05/02/06     Duplicating/Printing/Scanning                     1.05
             ATTY # 0559; 7 COPIES

05/02/06     Duplicating/Printing/Scanning                      .30
             ATTY # 0559; 2 COPIES

05/02/06     Duplicating/Printing/Scanning                    33.15
             ATTY # 0559; 221 COPIES

05/02/06     Courier Service - Outside Courier Service -       10.89
             00843 UPS - Shipped from Douglas Cameron, Reed
             Smith LLP - Pittsburgh to Angelo J. Calfo
             (SEATTLE WA 98104).

05/02/06     Courier Service - Outside Courier Service -       10.62
             00843 UPS - Shipped from Douglas Cameron, Reed
             Smith LLP - Pittsburgh to Kris McLean U. S.
             Attorney's Office (Missoula MT 59807) .

172573 W. R. Grace & Co.                        Invoice Number   1417491
60035  Grand Jury Investigation                 Page    8
       June 23, 2006

| | | |
|---|---|---|
| 05/02/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Stephen A. Jonas (BOSTON MA 02109). | 9.25 |
| 05/02/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Tom Frongillo, Weil Gotshal & Manges (Boston MA 02110). | 9.25 |
| 05/02/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to William B. Jacobson, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.53 |
| 05/02/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to William A. Coates (GREENVILLE SC 29601). | 9.25 |
| 05/02/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to Stephen R. Spivack (WASHINGTON DC 20036)   1Z2644280191809695 | 8.53 |
| 05/02/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to David Krakoff (WASHINGTON DC 20006). | 8.53 |
| 05/02/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Mark Holscher, O'Melveny & Meyers LLP (LOS ANGELES CA 90071). | 10.89 |
| 05/02/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Kevin Cassidy, U. S. Dept. of Justice (Washington DC 20026). | 8.53 |
| 05/03/06 | Mileage Expense - -SECRETARIAL OVERTIME TERESA A. MARTIN REVISIONS TO DOCUMENTS 4/27/06. | 26.70 |
| 05/03/06 | Transportation - - SECRETARIAL OVERTIME-- TERESA A. MARTIN PARKING - REVISIONS TO DOCUMENTS 4/27/06. | 14.00 |
| 05/03/06 | Meal Expense - - SECRETARIAL OVERTIME -TERESA A. MARTIN REVISIONS TO DOCUMENTS 4/27/06 | 4.39 |

172573 W. R. Grace & Co.                           Invoice Number  1417491
60035  Grand Jury Investigation                    Page   9
       June 23, 2006

| Date | Description | Amount |
|---|---|---|
| 05/03/06 | Meal Expense - - SECRETARIAL OVERTIME -JANET A. WILSON WORK FOR DOUGLAS CAMERON ON THE WR GRACE CASE 4/29/06 | 10.00 |
| 05/03/06 | Duplicating/Printing/Scanning ATTY # 3928: 14 COPIES | 2.10 |
| 05/03/06 | Postage Expense Postage Expense: ATTY # 0559 User: MILLER, JASON | 12.81 |
| 05/03/06 | Duplicating/Printing/Scanning ATTY # 0559; 84 COPIES | 12.60 |
| 05/03/06 | Duplicating/Printing/Scanning ATTY # 0559; 180 COPIES | 27.00 |
| 05/03/06 | Duplicating/Printing/Scanning ATTY # 0559; 112 COPIES | 16.80 |
| 05/03/06 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | 1.35 |
| 05/03/06 | Duplicating/Printing/Scanning ATTY # 0559; 605 COPIES | 90.75 |
| 05/03/06 | Duplicating/Printing/Scanning ATTY # 0559; 6 COPIES | .90 |
| 05/04/06 | Binding Charge | 3.00 |
| 05/04/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 05/04/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .45 |
| 05/04/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 05/04/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .60 |
| 05/04/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 05/04/06 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .90 |
| 05/04/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |

172573  W. R. Grace & Co.                          Invoice Number   1417491
60035   Grand Jury Investigation                   Page   10
        June 23, 2006

05/04/06    Duplicating/Printing/Scanning                          .30
            ATTY # 0559: 2 COPIES

05/04/06    Duplicating/Printing/Scanning                          .75
            ATTY # 0559: 5 COPIES

05/04/06    Duplicating/Printing/Scanning                          .15
            ATTY # 0559: 1 COPIES

05/04/06    Postage Expense                                        .52
            Postage Expense: ATTY # 0559 User: MILLER, JASON

05/04/06    Duplicating/Printing/Scanning                         7.50
            ATTY # 0559; 50 COPIES

05/04/06    Duplicating/Printing/Scanning                         1.80
            ATTY # 0559; 12 COPIES

05/04/06    Duplicating/Printing/Scanning                        36.45
            ATTY # 0559; 243 COPIES

05/04/06    Duplicating/Printing/Scanning                        20.25
            ATTY # 0559; 135 COPIES

05/04/06    Courier Service - Outside Courier Service -           9.25
            00843 UPS - Shipped from Douglas Cameron, Reed
            Smith LLP - Pittsburgh to Stephen A. Jonas
            (BOSTON MA 02109).

05/04/06    Courier Service - Outside Courier Service -           9.25
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to William A. Coates
            (GREENVILLE SC 29601).

05/04/06    Courier Service - Outside Courier Service -           8.53
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to Stephen R. Spivack
            (WASHINGTON DC 20036).

05/04/06    Courier Service - Outside Courier Service -          10.89
            00843 UPS - Shipped from Douglas Cameron, Reed
            Smith LLP - Pittsburgh to Mark Holscher
            O'Melveny & Meyers LLP (LOS ANGELES CA 90071) .

05/04/06    Courier Service - Outside Courier Service -          10.89
            00843 UPS - Shipped from Douglas Cameron, Reed
            Smith LLP - Pittsburgh to Angelo J. Calfo
            Yarmuth Wilsdon Calfo PLLC (SEATTLE WA 98104).

172573 W. R. Grace & Co.                           Invoice Number   1417491
60035  Grand Jury Investigation                    Page   11
       June 23, 2006

05/04/06    Courier Service - Outside Courier Service -          9.25
            00843 UPS - Shipped from Douglas Cameron, Reed
            Smith LLP - Pittsburgh to Thomas Frongillo,
            Weil Gotshal & Manges (Boston MA 02110).

05/04/06    Courier Service - Outside Courier Service -          8.53
            00843 UPS - Shipped from Douglas Cameron, Reed
            Smith LLP - Pittsburgh to William B. Jacobson,
            Kirkland & Ellis LLP (WASHINGTON DC 20005).

05/04/06    Courier Service - Outside Courier Service -          8.53
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to David Krakoff
            (WASHINGTON DC 20006) .

05/04/06    Courier Service - Outside Courier Service -          8.53
            00843 UPS - Shipped from Douglas Cameron, Reed
            Smith LLP - Pittsburgh to Kevin Cassidy, U.S.
            Dept of Justice (Washington DC 20026).

05/04/06    Courier Service - Outside Courier Service -         10.62
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to Kris McLean U. S.
            Attorney's Office (Missoula MT 59807).

05/04/06    Courier Service - Outside Courier Service -         11.98
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to Kevin Cassidy U.S.
            Dept of Justice (Washington DC 20026).

05/04/06    Courier Service - Outside Courier Service -         19.46
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to Kris McLean U. S.
            Attorney's Office (Missoula MT 59807) .

05/04/06    Courier Service - Outside Courier Service -          5.81
            00843 UPS - Shipped from  REED SMITH LLP to
            Kevin Cassidy U.S. Dept of Justice (Washington
            DC 20026).

05/04/06    Courier Service - Outside Courier Service -         14.38
            00843 UPS - Shipped from  REED SMITH LLP to
            Kris McLean U. S. Attorney's Office (Missoula
            MT 59807).

05/04/06    Courier Service - Outside Courier Service -         -9.25
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to Stephen A. Jonas
            (BOSTON MA 02109).

172573 W. R. Grace & Co.                          Invoice Number  1417491
60035  Grand Jury Investigation                   Page  12
       June 23, 2006

05/04/06   Courier Service - Outside Courier Service -        -9.25
           00843 UPS - Shipped from Douglas Cameron, Reed
           Smith LLP - Pittsburgh to William A. Coates,
           Roe Cassidy Coates & Price (GREENVILLE SC
           29601).

05/04/06   Courier Service - Outside Courier Service -        -8.53
           00843 UPS - Shipped from Douglas Cameron, Reed
           Smith LLP - Pittsburgh to Stephen R. Spivack,
           Bradley Arant Rose & White (WASHINGTON DC
           20036).

05/04/06   Courier Service - Outside Courier Service -        -10.89
           00843 UPS - Shipped from Douglas Cameron, Reed
           Smith LLP - Pittsburgh to Mark
           Holscher,O'Melveny & Meyers LLP (LOS ANGELES CA
           90071).

05/04/06   Courier Service - Outside Courier Service -        -10.89
           00843 UPS - Shipped from Douglas Cameron, Reed
           Smith LLP - Pittsburgh to Angelo J. Calfo
           (SEATTLE WA 98104).

05/04/06   Courier Service - Outside Courier Service -        -9.25
           00843 UPS - Shipped from Douglas Cameron, Reed
           Smith LLP - Pittsburgh to Thomas Frongillo,
           Weil Gotshal & Manges (Boston MA 02110).

05/04/06   Courier Service - Outside Courier Service -        -8.53
           00843 UPS - Shipped from Douglas Cameron, Reed
           Smith LLP - Pittsburgh to William B. Jacobson,
           Kirkland & Ellis LLP (WASHINGTON DC 20005).

05/04/06   Courier Service - Outside Courier Service -        -8.53
           00843 UPS - Shipped from Douglas Cameron, Reed
           Smith LLP - Pittsburgh to David Krakoff, Mayer
           Brown Rowe & Maw (WASHINGTON DC 20006).

05/04/06   Courier Service - Outside Courier Service -        -8.53
           00843 UPS - Shipped from Douglas Cameron, Reed
           Smith LLP - Pittsburgh to Kevin Cassidy, U.S.
           Dept of Justice (Washington DC 20026).

05/04/06   Courier Service - Outside Courier Service -        -10.62
           00843 UPS - Shipped from Douglas Cameron, Reed
           Smith LLP - Pittsburgh to Kris McLean, U. S.
           Attorney's Office (Missoula MT 59807).

05/04/06   Meal Expense --Lunch for four during              28.44
           04/18/06meeting of counsel.

172573 W. R. Grace & Co.                                Invoice Number  1417491
60035 Grand Jury Investigation                          Page  13
       June 23, 2006


05/05/06    Duplicating/Printing/Scanning                        .30
            ATTY # 0559: 2 COPIES

05/05/06    Postage Expense                                     3.78
            Postage Expense: ATTY # 0559 User: MILLER, JASON

05/05/06    Duplicating/Printing/Scanning                       1.80
            ATTY # 0559; 12 COPIES

05/05/06    Duplicating/Printing/Scanning                       3.30
            ATTY # 0559; 22 COPIES

05/05/06    Duplicating/Printing/Scanning                      24.75
            ATTY # 0856; 165 COPIES

05/05/06    Courier Service - Outside Courier Service -        11.98
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to William B. Jacobson,
            Kirkland & Ellis LLP (WASHINGTON DC 20005).

05/05/06    Courier Service - Outside Courier Service -        19.96
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to Mark Holscher
            O'Melveny & Meyers LLP (LOS ANGELES CA 90071).

05/05/06    Courier Service - Outside Courier Service -        19.96
            00843 UPS - Shipped from Douglas Cameron, Reed
            Smith LLP - Pittsburgh to Angelo J. Calfo
            (SEATTLE WA 98104).

05/05/06    Courier Service - Outside Courier Service -        15.62
            00843 UPS - Shipped from Douglas Cameron, Reed
            Smith LLP - Pittsburgh to Thomas Frongillo,
            Weil Gotshal & Manges (Boston MA 02110) .

05/05/06    Courier Service - Outside Courier Service -        11.98
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to David Krakoff, Mayer
            Brown Rowe & Maw (WASHINGTON DC 20006).

05/05/06    Courier Service - Outside Courier Service -        11.98
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to Stephen R. Spivack
            Bradley Arant Rose & White (WASHINGTON DC
            20036).

05/05/06    Courier Service - Outside Courier Service -        15.62
            00843 UPS - Shipped from Douglas Cameron,Reed
            Smith LLP - Pittsburgh to William A. Coates,Roe
            Cassidy Coates & Price (GREENVILLE SC 29601).

172573 W. R. Grace & Co.                          Invoice Number  1417491
60035  Grand Jury Investigation                   Page  14
       June 23, 2006


05/05/06    Courier Service - Outside Courier Service -          15.62
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to Stephen A.
            Jonas(BOSTON MA 02109).

05/05/06    Courier Service - Outside Courier Service -           1.14
            00843 UPS - Shipped from Douglas Cameron Reed
            Smith LLP - Pittsburgh to William B. Jacobson,
            Kirkland & Ellis LLP (WASHINGTON DC 20005).

05/05/06    Courier Service - Outside Courier Service -           5.10
            00843 UPS - Shipped from  REED SMITH LLP to
            William B. Jacobson, Kirkland & Ellis LLP
            (WASHINGTON DC 20005).

05/05/06    Courier Service - Outside Courier Service -          18.00
            00843 UPS - Shipped from  REED SMITH LLP to
            Mark Holscher,Melveny & Meyers LLP (LOS ANGELES
            CA 90071) .

05/05/06    Courier Service - Outside Courier Service -          16.37
            00843 UPS - Shipped from  REED SMITH LLP to
            Angelo J. Calfo (SEATTLE WA 98104) .

05/05/06    Courier Service - Outside Courier Service -          12.36
            00843 UPS - Shipped from  REED SMITH LLP to
            Thomas Frongillo,Weil Gotshal & Manges (Boston
            MA 02110.

05/05/06    Courier Service - Outside Courier Service -           5.81
            00843 UPS - Shipped from  REED SMITH LLP to
            David Krakoff(WASHINGTON DC 20006) .

05/05/06    Courier Service - Outside Courier Service -           4.34
            00843 UPS - Shipped from  REED SMITH LLP to
            Stephen R. Spivack (WASHINGTON DC 20036) .

05/05/06    Courier Service - Outside Courier Service -           8.34
            00843 UPS - Shipped from  REED SMITH LLP to
            William A. Coates(GREENVILLE SC 29601).

05/05/06    Courier Service - Outside Courier Service -          11.01
            00843 UPS - Shipped from  REED SMITH LLP to
            Stephen A. Jonas (BOSTON MA 02109) .

05/08/06    Telephone Expense                                      .10
            202-879-5969/WASHINGTON, DC/3

05/09/06    Duplicating/Printing/Scanning                        42.90
            ATTY # 0559; 286 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1417491
60035  Grand Jury Investigation                   Page  15
       June 23, 2006


| 05/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 822 COPIES | 123.30 |
| 05/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1384 COPIES | 207.60 |
| 05/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0887; 600 COPIES | 90.00 |
| 05/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0887; 122 COPIES | 122.00 |
| 05/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0887; 1981 COPIES | 297.15 |
| 05/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0887; 267 COPIES | 40.05 |
| 05/09/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Reed<br>Smith LLP - Pittsburgh to Paul J. Waters<br>(LARGO FL 33770) . | 15.56 |
| 05/09/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron Reed<br>Smith LLP - Pittsburgh to Paul J. Waters Paul<br>J. Waters (LARGO FL 33770). | 1.15 |
| 05/09/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Antony B. Klapper,<br>Esq., Reed Smith LLP - Washington to  Paul J.<br>Waters, Esq. (LARGO FL 33770). | 18.33 |
| 05/11/06 | Taxi Expense - - VENDOR: YELLOW CAB CO. TAKEN<br>TO BIRMINGHAM AVE ON 04/29/06 | 10.81 |
| 05/11/06 | Taxi Expense - - VENDOR: YELLOW CAB CO. TAKEN<br>TO BIRMINGHAM AVE ON 04/27/06 | 11.00 |
| 05/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 05/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 05/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 05/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1417491
60035  Grand Jury Investigation                   Page  16
       June 23, 2006


05/16/06   Duplicating/Printing/Scanning                      .30
           ATTY # 0349: 2 COPIES

05/17/06   Westlaw Westlaw --Research charge re: Armstrong   179.15
           opinion for J. Restivo.

05/17/06   Westlaw -- Research charge for work on motions     59.08
           in limine and motions to strike.

05/17/06   Westlaw --Research charge for work on motions     688.39
           in limine and motions to strike.

05/18/06   Outside Duplicating - - Copying and binders for   262.22
           service of expert report materials.

05/18/06   Duplicating/Printing/Scanning                      3.75
           ATTY # 3928: 25 COPIES

05/19/06   Documentation Charge - Charge for obtaining        16.05
           expert witness published materials.

05/19/06   Documentation Charge - - - Charge for obtaining    32.10
           expert witness published materials.

05/19/06   Documentation Charge - Charge for obtaining        32.10
           expert witness published materials.

05/19/06   Duplicating/Printing/Scanning                      4.05
           ATTY # 3928; 27 COPIES

05/19/06   Westlaw --Research charge for work on motions    1116.75
           in limine and motions to strike.

05/19/06   Duplicating/Printing/Scanning                      3.00
           ATTY # 3928: 20 COPIES

05/21/06   Westlaw --Research charge for work on motions      74.80
           in limine and motions to strike.

05/22/06   Westlaw                                            91.34
           Westlaw

05/22/06   Westlaw --Research charge for work on motions      54.17
           in limine and motions to strike.

05/24/06   Westlaw --Research charge for work on motions     405.82
           in limine and motions to strike.

05/25/06   Duplicating/Printing/Scanning                      7.50
           ATTY # 7015; 50 COPIES

172573  W. R. Grace & Co.                          Invoice Number   1417491
60035  Grand Jury Investigation                    Page   17
       June 23, 2006

| | | |
|---|---|---:|
| 05/25/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Patricia Gibson, Reed Smith LLP - Washington to Renee D. Smith, Kirkland & Ellis, LLP (CHICAGO IL 60601). | 9.25 |
| 05/28/06 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC. TABS | 3.00 |
| 05/30/06 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | 1.35 |
| 05/30/06 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | 1.35 |
| 05/31/06 | Outside Duplicating - - Copying and binders for service of expert report materials. | 362.52 |
| 05/31/06 | Outside Duplicating - - Copying of document production materials. | 712.36 |
| 05/31/06 | Telephone Expense 703-477-7558/ALEXANDRIA, VA/15 | .75 |

                          CURRENT EXPENSES                6,728.31
                                                        ------------
                 TOTAL BALANCE DUE UPON RECEIPT         $6,728.31
                                                        ============