**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United

States Code and the Federal Rules of Bankruptcy Procedure, Lauzon Bélanger, Attorneys, and

The Hogan Firm hereby appear on behalf of the Canadian ZAI Claimants.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for

service of all papers, including, but not limited to, orders, reports, pleadings, motions,

applications or petitions, disclosure statements, plans and answering and reply papers, filed in

the above-captioned case be served upon:

Yves Lauzon
Michel Bélanger
Lauzon Bélanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal Quebec
Telephone: (514) 844-7403
ylauzon@lauzonbelanger.qc.ca
mbelanger@lauzonbelanger.qc.ca

and

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806
Telephone:  (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

1

Dated:  June 28, 2006
         Wilmington, Delaware         Respectfully submitted,


         LAUZON BÉLANGER, INC.
         Yves Lauzon
         Michel Bélanger
         286, rue St-Paul Quest, Bureau 100
         Montreal Quebec
         Telephone: (514) 844-7403
         ylauzon@lauzonbelanger.qc.ca
         mbelanger@lauzonbelanger.qc.ca

         and

         THE HOGAN FIRM
         By:  /s/ Daniel K. Hogan
         Daniel K. Hogan (DE Bar No. 2814)
         1311 Delaware Avenue
         Wilmington, Delaware  19806
         Telephone:  (302) 656-7540
         Facsimile: (302) 656-7599
         dkhogan@dkhogan.com

         ATTORNEYS FOR THE
         CANADIAN ZAI CLAIMANTS