## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of June, 2006, a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** was served via electronic mail, hand delivery and/or first class mail, postage prepaid, upon the parties on the 2002 service list.

                                          */s/Daniel K. Hogan*
                                          Daniel K. Hogan (DE #2814)