# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace P.D. Committee                           May 1, 2006 through May 31, 2006

                                                                Invoice No. 20641

RE:   WR Grace P.D. Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 21.60 | 4,404.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.50 | 125.00 |
| B18 | Fee Applications, Others - | 39.90 | 7,278.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 0.10 | 25.00 |
| B25 | Fee Applications, Applicant - | 10.80 | 1,225.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.70 | 175.00 |
| B32 | Litigation and Litigation Consulting - | 3.80 | 950.00 |
| B36 | Plan and Disclosure Statement - | 1.60 | 310.00 |
| B37 | Hearings - | 4.10 | 1,025.00 |
| B40 | Employment Applications, Others - | 0.30 | 75.00 |
|     | **Total** | **83.40** | **$15,593.00** |
|     | **Grand Total** | **83.40** | **$15,593.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 185.00 | 15.60 | 2,886.00 |
| Rick S. Miller | 240.00 | 1.00 | 240.00 |
| Steven G. Weiler | 160.00 | 3.20 | 512.00 |
| Theodore J. Tacconelli | 250.00 | 37.30 | 9,325.00 |
| Legal Assistant - MH | 100.00 | 26.30 | 2,630.00 |
| **Total** | | **83.40** | **$15,593.00** |

## DISBURSEMENT SUMMARY

| Expense - | | 1,795.79 |
|---|---|---|
| **Total Disbursements** | | **$1,795.79** |

| Invoice No. 20641 | Page 2 of 16 | | June 28, 2006 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-01-06 | *Case Administration* - Review notice of CIBC Oct.-Dec. quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re Libby Claimants' reimbursement/fee motion and review proposed order | 0.20 | TJT |
| May-02-06 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Feb. 2006 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of submission of Archer claims to mediation | 0.10 | TJT |
| | *Case Administration* - Review debtors' statement of payments to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - Review Protiviti Jan.-Feb. 06 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re claims information | 0.10 | TJT |
| | *Case Administration* - Review 4th supplemental 2019 statement by Reaud Morgan | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from B. Harding to PI attorneys re objections to PI questionnaire and mediation | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review response to B. Harding's letter from J. Varas' assistant | 0.10 | TJT |
| | *Case Administration* - review docket and prepare weekly case status memo for week ending 4/28/06 | 0.40 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Feb. 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Bilzin's Feb. 06 Fee Application | 0.50 | MH |
| May-03-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Review Casner Edwards Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 4/28/06 | 0.10 | TJT |
| | *Fee Applications, Others* - e-mail to G. Boyer reminding him of May 15 quarterly Fee Application due date | 0.10 | MH |
| May-04-06 | *Case Administration* - Review e-mail from R. Ramphal re: Committee teleconference | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli by phone re: notice of special counsel fees | 0.20 | LLC |
| | *Fee Applications, Others* - Confer with S. Weiler re: fees of special counsel fees | 0.20 | LLC |
| | *Case Administration* - Review e-mail from Mr. Sakalo re: M. Dies fees for Sealed Air matter (.1); forward to SGW (.1) | 0.20 | RSM |
| | *Fee Applications, Others* - Review docket re: Dies & Hill retention | 0.50 | SGW |

| | | |
|---|---:|---|
| application and signed order (.2); discuss filing and preparation of Dies & Hill 1st and Final Fee Application with L. Coggins (.2); prepare brief memo to T. Tacconelli re: same (.1) | | |
| *Fee Applications, Others* - Teleconference with L. Coggins re Fee Application for special counsel in sealed air litigation | 0.20 | TJT |
| *Fee Applications, Applicant* - Review past Ferry, Joseph & Pearce's quarterly Fee Application and incorporate order of tasks, professionals and expenses into newly modified Excel spreadsheets re Ferry, Joseph & Pearce's 20th quarterly Fee Application, begin redoing spreadsheet formulas accordingly | 1.20 | MH |
| *Fee Applications, Others* - Confer with T. Tacconelli re: Fee Application of Dies and Hile | 0.20 | LLC |
| *Fee Applications, Others* - Review Sealed Air docket and pleadings re: authority for committee members' counsel to file Fee Applications | 0.60 | LLC |
| *Fee Applications, Others* - Confer with T. Tacconelli and R. Miller re: certain Sealed Air pleadings re: Fee Applications | 0.20 | LLC |
| *Fee Applications, Others* - Teleconference with T. Tacconelli and D. Sakalo re: Dies and Hile Fee Application | 0.10 | LLC |
| *Fee Applications, Others* - e-mails from T. Tacconelli re: fee invoice for Speights and Runyan | 0.10 | LLC |
| *Fee Applications, Others* - draft Fee Application re: Dies and Hile and affidavit of M. Dies | 2.30 | LLC |
| *Fee Applications, Others* - Confer with T. Tacconelli re: draft of Dies & Hile Fee Application | 0.20 | LLC |
| *Fee Applications, Others* - e-mail to J. Sakalo re: draft Fee Application for Dies & Hile | 0.10 | LLC |
| *Fee Applications, Others* - e-mail from J. Sakalo re: forwarding of draft Fee Application to M. Dies | 0.10 | LLC |
| *Fee Applications, Others* - e-mail from J. Sakalo re: information needed from M. Dies re: Dies & Hile Fee Application | 0.10 | LLC |
| *Fee Applications, Others* - e-mail from J. Sakalo re: revisions to M. Dies affidavit | 0.10 | LLC |
| *Fee Applications, Others* - e-mail from J. Sakalo re: revisions to Dies & Hile Fee Application | 0.10 | LLC |
| *Fee Applications, Others* - e-mail from M. Dies re: additional information for Fee Application and affidavit | 0.10 | LLC |
| *Fee Applications, Others* - Revise Dies & Hile Fee Application and affidavit | 0.40 | LLC |
| *Fee Applications, Others* - e-mail to T. Tacconelli and J. Sakalo re: revised Fee Application and affidavit | 0.10 | LLC |
| *Fee Applications, Others* - Draft Fee Application re: Speights & Runyan and affidavit of D. Speights | 0.30 | LLC |
| *Fee Applications, Others* - e-mail to T. Tacconelli re: draft Speights & | 0.10 | LLC |

Date column value: May-05-06 (applies to entries beginning "Confer with T. Tacconelli re: Fee Application of Dies and Hile" onward)

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Runyan Fee Application | | |
| | *Fee Applications, Others* - confer with TJT re: Dies and Speights fee application in the FT case | 0.50 | RSM |
| | *Case Administration* - Review e-mail from S. Baena re consultant fees | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from J. Sakalo re first and final Fee Applications for special counsel in Sealed Air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - multiple conferences with RSM and L. Coggins re first and final Fee Applications for special counsel in Sealed Air litigation | 0.80 | TJT |
| | *Fee Applications, Others* - Teleconference with J. Sakalo and L. Coggins re first and final Fee Applications for special counsel in Sealed Air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Teleconference with D. Speights re S&R first and final Fee Application in Sealed Air litigation | 0.30 | TJT |
| | *Fee Applications, Others* - work on first and final Fee Application for Dies and Hile re Sealed Air litigation | 1.30 | TJT |
| | *Fee Applications, Others* - Teleconference with R. Bowers re first and final Fee Application for Speights and Runyan re Sealed Air litigation special counsel | 0.30 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re first and final Fee Application for Dies and Hile re Sealed Air litigation | 0.50 | TJT |
| | *Fee Applications, Others* - Review miscellaneous e-mails re S&R first and final Fee Application re sealed air litigation | 0.30 | TJT |
| | *Fee Applications, Others* - Review miscellaneous e-mails re Dies and Hile first and final Fee Application re sealed air litigation | 0.40 | TJT |
| | *Fee Applications, Others* - Review e-mail from M. Dies re Dies and Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re revisions to Dies and Hile first and final Fee Application re sealed air litigation | 0.30 | TJT |
| | *Case Administration* - update Fee Application payments received chart | 0.10 | MH |
| | *Case Administration* - allocate WR Grace payment received | 0.10 | MH |
| May-06-06 | *Case Administration* - Review debtors' monthly operating report for March 06 | 0.30 | TJT |
| | *Case Administration* - Review Caplin Drysdale March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill March 06 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Coggins re revisions to Dies & Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Coggins re S&R first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket in sealed air fraudulent transfer adversary proceeding re Dies & Hile and S&R first and final Fee | 0.60 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | Applications |  |  |
|  | *Fee Applications, Others* - Review draft of S&R first and final Fee Application re sealed air litigation and prepare e-mail to D. Speights re same | 0.80 | TJT |
|  | *Fee Applications, Others* - Teleconference with D. Speights re S&R first and final Fee Application re sealed air litigation | 0.10 | TJT |
| May-08-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
|  | *Fee Applications, Others* - e-mail from J. Sakalo re: certain Sealed Air pleadings re: Fee Applications | 0.10 | LLC |
|  | *Fee Applications, Others* - Confer with T. Tacconelli re: filing of Fee Applications and scheduling hearing date | 0.20 | LLC |
|  | *Fee Applications, Others* - Confer with legal assistant re: obtaining hearing date for Dies & Speights' Fee Applications | 0.20 | LLC |
|  | *Fee Applications, Others* - Confer with T. Tacconelli re: Dies & Hile and Speights & Runyan Fee Applications status | 0.10 | LLC |
|  | *Fee Applications, Others* - e-mail from legal assistant re: hearing date request for Dies and Speights Fee Applications | 0.10 | LLC |
|  | *Fee Applications, Others* - Obtain and forward motions for approval and payment of holdbacks re: S&R's first and Final Fee Application to co-counsel (.2); obtain and forward service re: same to co-counsel (.1) | 0.30 | SGW |
|  | *Case Administration* - Review Stroock March 06 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review BMC Group Jan. 06 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock Washburn March 06 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review order authorizing Swidler Berlin to withdraw as counsel | 0.10 | TJT |
|  | *Case Administration* - Review PWC Oct.-Dec. quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review order authorizing retention of Piper Jaffrey | 0.10 | TJT |
|  | *Case Administration* - Review order authorizing retention of Orrick | 0.10 | TJT |
|  | *Fee Applications, Others* - Review miscellaneous e-mails from D. Speights re S&R first and final Fee Application regarding sealed air litigation | 0.80 | TJT |
|  | *Fee Applications, Others* - Review e-mail from J. Sakalo re Dies and Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |
|  | *Fee Applications, Others* - Review documents in sealed air adversary docket re S & R first and final Fee Application re sealed air litigation | 0.60 | TJT |
|  | *Fee Applications, Others* - Teleconference with D. Speights re S & R first and final Fee Application re sealed air litigation | 0.10 | TJT |
|  | *Fee Applications, Others* - Teleconference with D. Speights re questions re procedure for S&R first and final Fee Application re sealed air litigation | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with paralegal re first and final Fee Applications re sealed air litigation special counsel | 0.50 | TJT |
|  | *Fee Applications, Others* - Review e-mail from M. Dies re Dies and Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Fee Applications, Others* - Review memo re contact with Chambers re S & R and Dies and Hile's first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re status of Dies and Hile's first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review statement of mediator's fees and expenses with attachments | 0.20 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re contact J. Johnston re hearing date for Dies & Hile final Fee Applications re sealed air adversary case, teleconference with J. Johnston re same | 0.30 | MH |
| | *Fee Applications, Others* - Confer with L. Coggins and T. Tacconelli re conversation with J. Johnston re final fee app hearing date re sealed air adversary case, draft e-mail to J. Johnston for L. Coggins' review, edit same, email to J. Johnston re same | 0.20 | MH |
| | *Fee Applications, Others* - Confer with T. Tacconelli re first and final Fee Applications re sealed air litigation | 0.50 | MH |
| May-09-06 | *Fee Applications, Others* - e-mail from legal assistant re: hearing date for Speights and Dies Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli re: status of Speights and Dies Fee Applications | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of lodging exhibit A re stipulation between debtors and CNA re claims and review same | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 5/5/06 | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re debtors' monthly operating report for March 06 | 0.10 | TJT |
| | *Fee Applications, Others* - trade e-mails with D. Speights re S&R first and final fee application re sealed air litigation | 0.20 | TJT |
| | *Fee Applications, Others* - Review e-mail from paralegal re chamber's response to question for scheduling H&D and S&R's first and final fee applications re sealed air litigation | 0.10 | TJT |
| | *Hearings* - Review agenda for 5/5/06 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mails from J. Sakalo re attendance at 5/5/06 hearing (x2) | 0.20 | TJT |
| | *Hearings* - Review e-mail from M. Dies re attendance at 5/5/06 hearing | 0.10 | TJT |
| | *Fee Applications, Others* - e-mail to T. Tacconelli and L. Coggins re chambers response to sealed air litigation Fee Applications hearing date question | 0.10 | MH |
| May-11-06 | *Fee Applications, Others* - Confer with T. Tacconelli re: Dies & Hile Fee Application and e-mail finalized version to M. Dies | 0.30 | LLC |
| | *Fee Applications, Others* - Prepare notice, form of order and Certificate of Service re: Dies & Hile Fee Application and confer with T. Tacconelli re: same | 0.50 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - Call to M. Dies re: finalize version of Dies & Hile Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from M. Dies' assistant re: signed Fee Application and affidavit | 0.10 | LLC |
| | *Fee Applications, Others* - Retrieve and compile exhibits re: Dies & Hile Fee Application | 0.70 | LLC |
| | *Fee Applications, Others* - Finalize Dies & Hile Fee Application and attachments for filing | 0.70 | LLC |
| | *Fee Applications, Others* - E-file and coordinate service of Dies & Hile Fee Application; confer with T. Tacconelli re: same | 0.60 | LLC |
| | *Committee, Creditors', Noteholders' or* - Teleconference with J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - Teleconference with J. Sakalo re Dies & Hile first and final Fee Application re sealed air litigation (x3) | 0.20 | TJT |
| | *Fee Applications, Others* - Teleconference with M. Dies re Dies & Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re order and notice of application re Dies & Hile first and final Fee Application re sealed air litigation | 0.20 | TJT |
| | *Fee Applications, Others* - Review and revise order re Dies & Hile first and final Fee Application re sealed air litigation | 0.20 | TJT |
| | *Fee Applications, Others* - Review final version of Dies & Hile first and final Fee Application re sealed air litigation and confer with L. Coggins re filing service | 0.40 | TJT |
| | *Fee Applications, Others* - Telephone call to M. Dies re Dies & Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Telephone call to J. Sakalo re Dies & Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re S&R first and final Fee Application re sealed air litigation | 0.20 | TJT |
| | *Case Administration* - continue condensing fee application and certificate of no objection files and pulling ECF sheets in preparation for scanning and pulling older documents in preparation for scanning | 2.30 | MH |
| | *Fee Applications, Applicant* - continue modifying Ferry, Joseph & Pearce's 20th quarterly Fee Application spreadsheet and begin calculations re same | 0.80 | MH |
| May-12-06 | *Fee Applications, Others* - Confer with T. Tacconelli re: status of Speights & Runyan Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from M. Dies re: filing of Dies & Hile Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Send filed version of Dies & Hile Fee Application to M. Dies | 0.20 | LLC |
| | *Case Administration* - Review Certificate of Counsel re stipulation re City of | 0.20 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | East Hampton and review proposed stipulation | | |
| | *Case Administration* - Review Exhibit A to asset purchase agreement with Basell | 0.50 | TJT |
| | *Case Administration* - Review Certificate of Counsel withdrawing certain claims re 15th omnibus objection to claims re environmental claims | 0.10 | TJT |
| | *Hearings* - Review agenda for 5/15/06 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re mediation status | 0.10 | TJT |
| | *Case Administration* - continue condensing fee application and certificate of no objection files and pulling ECF sheets in preparation for scanning and pulling older documents in preparation for scanning | 0.80 | MH |
| | *Fee Applications, Applicant* - continue calculations re Ferry, Joseph & Pearce's 20th quarterly Fee Application | 1.10 | MH |
| May-13-06 | *Case Administration* - Review 2019 statement by N. Calhoun Anderson | 0.10 | TJT |
| | *Case Administration* - Review Blackstone quarterly Fee Application (July-Sept. 05) | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson quarterly Fee Application (Oct.-Dec. 05) | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare e-mail to D. Speights re S&R first and final Fee Application re sealed air litigation | 0.20 | TJT |
| | *Employment Applications, Others* - Review e-mail from M. Dies re Dies & Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - download and review memorandum opinion and download and review order re Libby appeal 06-20 | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review order extending exclusivity and deadlines for estimation | 0.10 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re 5/15/06 hearing coverage | 0.20 | TJT |
| May-14-06 | *Case Administration* - Review summary sheet of D. Austern's quarterly Fee Application (Jan.-Mar. 06) | 0.10 | TJT |
| | *Hearings* - Prepare for 5/15/06 hearing | 0.50 | TJT |
| May-15-06 | *Case Administration* - update calendar with omnibus hearing dates | 0.20 | LLC |
| | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli re: D. Speights Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from T. Tacconelli re: status of D. Speights Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from D. Speights re: status of his Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - prepare form of order, notice and Certificate of Service re: D. Speights Fee Application | 0.40 | LLC |

| Description | Hours | Initials |
|---|---|---|
| *Fee Applications, Others* - Prepare amended notice of Dies & Hale Fee Application; Confer with T. Tacconelli re: same | 0.20 | LLC |
| *Fee Applications, Others* - Confer with T. Tacconelli re: status of Speights Fee Application | 0.10 | LLC |
| *Fee Applications, Others* - e-mail from D. Speights re: his time entries | 0.10 | LLC |
| *Fee Applications, Others* - Review D. Speights' time entries; revise Fee Application and attachments | 0.40 | LLC |
| *Fee Applications, Others* - Trade several e-mails with D. Speights re: clarification of additional information needed for Fee Application | 0.40 | LLC |
| *Fee Applications, Others* - Review HR&A March 2006 Fee Application for filing; confer with legal assistant re: same | 0.10 | LLC |
| *Fee Applications, Others* - Finalize, e-file and coordinate service of Speights & Runyan Fee Application | 0.70 | LLC |
| *Fee Applications, Others* - Confer with T. Tacconelli re: notices of Speights and Dies Fee Applications | 0.10 | LLC |
| *Fee Applications, Others* - Prepare amended notice of Speights Fee Application; finalize and file same | 0.40 | LLC |
| *Fee Applications, Others* - Finalize, e-file and coordinate service of Dies' Fee Application amended notice | 0.30 | LLC |
| *Fee Applications, Others* - e-mail to D. Speights re: filed version of Fee Application with confirmation | 0.20 | LLC |
| *Fee Applications, Applicant* - Review 20th Quarterly Fee Application for filing; confer with legal assistant re: same | 0.20 | LLC |
| *Plan and Disclosure Statement* - Research re Insurance Neutrality issues | 1.00 | SGW |
| *Case Administration* - Review W. Smith and Assoc.' April 06 Fee Application | 0.10 | TJT |
| *Fee Applications, Others* - Review e-mail from D. Speights re S&R first and final Fee Application re sealed air litigation | 0.20 | TJT |
| *Fee Applications, Others* - Review and prepare exhibits to S&R first and final Fee Application re sealed air litigation and confer with L. Coggins re same | 0.40 | TJT |
| *Fee Applications, Others* - Review e-mails from D. Speights re S&R first and final Fee Application re sealed air litigation | 0.30 | TJT |
| *Fee Applications, Others* - Review S&R first and final Fee Application and proposed order re sealed air litigation | 0.30 | TJT |
| *Fee Applications, Others* - Review Bilzin Sumberg March 06 Fee Application prior to filing | 0.10 | TJT |
| *Fee Applications, Others* - Review CDG Jan. 06 Fee Application prior to filing | 0.10 | TJT |
| *Hearings* - meet with co-counsel prior to and after hearing | 1.50 | TJT |
| *Hearings* - Attend Bankruptcy Court | 1.00 | TJT |
| *Plan and Disclosure Statement* - memo to S. Weiler re insurance neutrality issues | 0.10 | TJT |

| Description | Hours | Atty |
|---|---|---|
| *Plan and Disclosure Statement* - Review insurance neutrality research documents | 0.10 | TJT |
| *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's Jan.-Mar. 06 quarterly Fee Application | 0.10 | TJT |
| *Case Administration* - Prepare email service list in outside email program | 0.20 | MH |
| *Case Administration* - review docket and prepare weekly case status memo for week ending 5/12/06 | 0.30 | MH |
| *Fee Applications, Others* - download, review and revise HRA's March 06 Fee Application documentation, attach current notice parties list, draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - prepare for e-filing, e-file and serve HRA's March 06 Fee Application | 0.50 | MH |
| *Fee Applications, Others* - download, review and revise Bilzin's March 06 Fee Application documentation, attach current notice parties list, draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - prepare for e-filing, e-file and serve Bilzin's March 06 Fee Application | 0.60 | MH |
| *Fee Applications, Others* - trade e-mails with Gregory Boyer re CDG's Jan. 06, Feb. 06, March 06 monthly Fee Applications and 20th quarterly Fee Application -- need word processing documents | 0.10 | MH |
| *Fee Applications, Others* - download, review and revise CDG's Jan. 06 Fee Application documents, prepare Notice and Certificate of Service re same | 0.60 | MH |
| *Fee Applications, Others* - download, review and revise CDG's Feb. 06 Fee Application documents, prepare Notice and Certificate of Service re same | 0.60 | MH |
| *Fee Applications, Others* - download, review and revise CDG's March 06 Fee Application documents, prepare Notice and Certificate of Service re same | 0.60 | MH |
| *Fee Applications, Others* - prepare for e-filing, e-file and service re CDG's Jan. 06 Fee Application | 0.50 | MH |
| *Fee Applications, Others* - prepare for e-filing, e-file and service re CDG's Feb. 06 Fee Application | 0.50 | MH |
| *Fee Applications, Others* - prepare for e-filing, e-file and service re CDG's Mar. 06 Fee Application | 0.50 | MH |
| *Fee Applications, Others* - download, review and revise CDG's 20th quarterly Fee Application, prepare Notice and Certificate of Service re same | 0.60 | MH |
| *Fee Applications, Others* - Telephone call to G. Boyer re need signature on last page of Fee Application and his verification | 0.10 | MH |
| *Fee Applications, Others* - Confer with L. Coggins re sealed air litigation Fee Applications, arrange for service of same | 0.20 | MH |
| *Fee Applications, Applicant* - Complete calculations re Ferry, Joseph & Pearce's 20th quarterly Fee Application, prepare Fee Application, notice and Certificate of Service re same | 3.50 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Confer with L. Coggins re Ferry, Joseph & Pearce's 20th quarterly Fee Application, edit same | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's 20th quarterly Fee Application, re-scan Fee Application in smaller parts three times and attempt to re-file due to e-file failures | 0.90 | MH |
| May-16-06 | *Fee Applications, Others* - Review CDG 20th quarterly Fee Application for filing and confer with legal assistant re: same | 0.20 | LLC |
| | *Case Administration* - Confer with TJT re: status of Plan negotiations | 0.30 | RSM |
| | *Case Administration* - Request 5/15 hearing transcript and obtain audio cd re: same for co-counsel | 0.40 | SGW |
| | *Fee Applications, Others* - Serve amended notices of application re: Dies & Hile and Speights & Runyan final Fee Applications and serve final Fee Application of Speights & Runyan with exhibits via e-mail to case list parties | 0.90 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order denying P. Pearson's motion for summary judgment and granting debtors' motion for summary judgment | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 5/12/06 | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 5/12/06 | 0.10 | TJT |
| | *Case Administration* - Review debtors' 19th quarterly report of asset sales | 0.10 | TJT |
| | *Case Administration* - Review debtors' 19th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to resolve Wauconda site claims with attachment | 0.50 | TJT |
| | *Case Administration* - Review order authorizing Libby claimants to substitute expert | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re error in D. Austern's Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order authorizing settlement of C.L. administration claims | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtor to acquire assets | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtor to make contributions to Chicago 51 St. Pension Plan | 0.10 | TJT |
| | *Case Administration* - Review Capstone quarterly Fee Application (Jan.-Mar. 06) | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re service of S&R first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with S. Weiler re service of S&R first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 5/15/06 hearing transcript and confer with S. Weiler re same | 0.20 | TJT |

**Invoice No. 20641**             **Page 12 of 16**                              **June 28, 2006**

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - trade e-mails with S. Weiler re changes to email addresses in core service list, revise core service lists and email address list | 0.20 | MH |
| | *Fee Applications, Others* - trade e-mails with G. Boyer re CDG 20th quarterly Fee Application signature pages | 0.10 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve CDG's 20th quarterly Fee Application | 0.60 | MH |
| | *Fee Applications, Others* - prepare service copy of CDG's 20th quarterly Fee Application, arrange for outside service of notice, provide outside copy/courier service with 2002 labels | 0.20 | MH |
| May-17-06 | *Case Administration* - Review debtors' motion to approve settlement with Lloyd's of London with attachment | 2.20 | TJT |
| | *Litigation and Litigation Consulting* - Prepare memo to primary counsel re memorandum opinion and order re Libby appeal | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review discovery mediator's April 06 invoice | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re discovery mediator's April invoice | 0.20 | TJT |
| May-18-06 | *Case Administration* - Review notice of document entered in error re D. Austern's Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re D. Austern's Dec. 05 Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - research re estimation of PI liabilities | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re discovery disputes between debtors and United States and Libby Claimants re discovery from Dr. Whitehorse and review proposed orders with attachments | 1.20 | TJT |
| May-19-06 | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's March 2006 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 21st continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving stipulation with City of East Hampton | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving stipulation with South Carolina Department of Health and Environmental Control | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order Withdrawing Objections to Certain Claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review denying Libby Claimants' Motion for Payment of Expenses | 0.10 | TJT |
| | *Case Administration* - Review 1st amended 2019 statement by Hobin | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Shingler | | |
| | *Case Administration* - Review letter from A. Verderani re 4th and final Fee Application of W. Dreier | 0.10 | TJT |
| | *Case Administration* - Review notice of hearing of 4th and final Fee Application of W. Dreier | 0.10 | TJT |
| | *Case Administration* - Review notice of lodging settlement by Dept. of Justice re settlement re Wauconda Site | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll quarterly Fee Application (Jan.-Mar. 06) | 0.10 | TJT |
| | *Fee Applications, Others* - Review Buchanan Ingersoll April 05 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review affidavit of BMC Group re service of PI questionnaire with attachment | 0.20 | TJT |
| | *Case Administration* - update Fee Application/Certificate of No Objection chart | 0.10 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's March 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's March 06 Fee Application | 0.50 | MH |
| May-20-06 | *Case Administration* - Review K&E 20th quarterly (Jan.-Mar.) Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Assoc. 20th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith 20th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill 3rd quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS 16th quarterly Fee Application | 0.10 | TJT |
| May-21-06 | *Case Administration* - Review Caplin Drysdale 20th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni 20th quarterly Fee Application | 0.10 | TJT |
| May-22-06 | *Case Administration* - e-mail from legal assistant re: change of e-mail service address for debtors and confer re: same | 0.20 | LLC |
| | *Case Administration* - Forward 5/15/06 hearing transcript to co-counsel | 0.10 | SGW |
| | *Hearings* - Review e-mail from S. Weiler re 5/15/06 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Retrieve voice mail message from W. Sparks of WR Grace re send "fee" emails to him rather than M. Shelnitz, send e-mail to S. Weiler and L. Coggins re same, confer with L. Coggins re same, e-mail to W. Sparks re still send hard copies to M. Shelnitz or send to him in addition to e-mail | 0.20 | MH |
| | *Case Administration* - Review docket re weekly case status report and prepare same | 0.50 | MH |

| Invoice No. 20641 | Page 14 of 16 | | June 28, 2006 |
|---|---|---|---|
| May-23-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Review 18th affidavit of J. Sprayregen | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 5/19/06 | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by P. Henderson | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Jan. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Mar. 06 Fee Application | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 5/15/06 hearing follow-up | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and edit Ferry, Joseph & Pearce's April 06 pre-bill | 0.50 | TJT |
| | *Fee Applications, Others* - download, review and revise Bilzin's 20th quarterly Fee Application, draft Certificate of Service re same | 0.80 | MH |
| May-24-06 | *Case Administration* - Review Casner Edwards Mar. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Mar. 06 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Bilzin 20th quarterly Fee Application | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from mediator re April statement | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's 20th quarterly Fee Application, arrange for service of notice on 2002 list | 0.80 | MH |
| May-25-06 | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from E. Cabraser re teleconference with committee | 0.10 | TJT |
| | *Case Administration* - update Fee Application/Certificate of No Objection chart | 0.10 | MH |
| May-26-06 | *Case Administration* - Prepare memo to paralegal re 5/16/06 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 5/15/06 hearing transcript re mediation issues | 0.30 | TJT |
| | *Case Administration* - scan 5/17/06 hearing transcript and file in appropriate computer folder | 0.10 | MH |
| May-28-06 | *Case Administration* - Review Stroock 20th quarterly Fee Application | 0.10 | TJT |
| May-29-06 | *Case Administration* - Review D. Austern April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffrey Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffrey March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffrey April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffrey quarterly Fee Application | 0.10 | TJT |
| May-30-06 | *Case Administration* - Review case management memo | 0.10 | LLC |

| | | | |
|---|---|---|---|
| **Invoice No. 20641** | | **Page 15 of 16** | **June 28, 2006** |
| | *Case Administration* - Review fee auditor's combined final report for 19th interim period re no objections and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Review fee auditor's final report for K&E for 19th interim period with attachments | 0.60 | TJT |
| | *Case Administration* - Review Klett Rooney April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for W. Drier for 4th and final Fee Application | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re J. Keefe, Sr. | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's April 06 Fee Application and review Fee Application prior to filing | 0.20 | TJT |
| | *Case Administration* - Review docket and prepare weekly case status memo | 0.20 | MH |
| | *Case Administration* - update filed Certificate of No Objection/Fee Application chart | 0.10 | MH |
| | *Fee Applications, Applicant* - review and modify Ferry, Joseph & Pearce's April 06 invoice, draft Fee Application, notice, and Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's April 06 Fee Application | 0.50 | MH |
| May-31-06 | *Case Administration* - Confer with legal assistant re: Fee Auditor's reports for 19th period | 0.10 | LLC |
| | *Case Administration* - Review notice of address and firm change; forward to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal of counsel and forward to legal assistant | 0.10 | LLC |
| | *Case Administration* - Retrieve voice mail from J. O'Neil re: Speights and Dies Fee Applications | 0.10 | LLC |
| | *Case Administration* - Review weekly case status memo for week ending 5/26/06 | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for CDG for 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for Holme Roberts for 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for Richardson Patrick for 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for Caplin Drysdale for 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for Baker Donaldson for 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for Buchanan Ingersoll for 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for Pitney Hardin | 0.10 | TJT |

| Invoice No. 20641 | Page 16 of 16 | | June 28, 2006 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| for 19th interim period | | | |
| *Case Administration* - Review Stroock April 06 Fee Application | 0.10 | | TJT |
| *Case Administration* - Review Duane Morris April 06 Fee Application | 0.10 | | TJT |
| *Case Administration* - Review Duane Morris 20th quarterly Fee Application | 0.10 | | TJT |
| Review and analyze memo from J. Sakalo to committee re debtors' pending motion to make contributions to pension plan | 0.30 | | TJT |
| *Employment Applications, Others* - Confer with L. Coggins re questions by debtors re D&H first and final Fee Application and S&R first and final Fee Application re sealed air litigation | 0.20 | | TJT |
| **Totals** | 83.40 | | |

### DISBURSEMENTS

| | | |
|---|---|---|
| May-15-06 | *Expense* - Copying cost | 53.60 |
| | *Expense* - Postage | 4.80 |
| May-16-06 | *Expense* - Clerk, U.S. Bankruptcy Court - audio cd | 26.00 |
| | *Expense* - Copying cost | 11.20 |
| May-18-06 | *Expense* - Tri-State Courier - delivery | 6.50 |
| May-19-06 | *Expense* - Copying cost | 6.00 |
| | *Expense* - Postage | 5.67 |
| May-23-06 | *Expense* - Blue Marble Logistics | 219.10 |
| May-24-06 | *Expense* - Blue Marble Logistics | 386.12 |
| | *Expense* - Blue Marble Logistics | 163.19 |
| | *Expense* - Copying cost | 41.40 |
| | *Expense* - Postage | 5.30 |
| May-25-06 | *Expense* - Blue Marble Logistics | 89.74 |
| May-26-06 | *Expense* - Blue Marble Logistics | 252.00 |
| | *Expense* - Parcel's, Inc. | 28.50 |
| May-30-06 | *Expense* - Blue Marble Logistics | 472.96 |
| | *Expense* - Copying cost | 4.80 |
| | *Expense* - Postage | 1.11 |
| May-31-06 | *Expense* - Federal Express | 17.80 |
| | Totals | $1,795.79 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$17,388.79** |

| | |
|---|---|
| **Balance Due Now** | |
| | $17,388.79 |