# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:

W. R. GRACE & CO., et al.,[1]

                    Debtors.

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

Objection Deadline: 7/18/06 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF MAY 1, 2006 THROUGH MAY 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 49.2 | $22,878.00 |
| | | | | | |
| **TOTAL** | | | | **49.2** | **$22,878.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $143.16 |
| Taxi Fare | $ 17.00 |
| | |
| **TOTAL** | **$160.16** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2006
Invoice No.: 365005
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through May 31, 2006

| | |
|---|---:|
| Fees | $22,878.00 |
| Disbursements | 160.16 |
| **Total Fees and Disbursements** | **$23,038.16** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 365005
June 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/01/06 | Jaffe | Review final revised scope of work to EPA (1.3). | 1.3 |
| 05/02/06 | Jaffe | Review draft proposal schedule and email to team regarding same (1.1). | 1.1 |
| 05/04/06 | Jaffe | Review schedule for scope (0.3). | 0.3 |
| 05/05/06 | Jaffe | Review EPA and GeoTrans memoranda regarding discharge limits (0.9). | 0.9 |
| 05/08/06 | Jaffe | Review revised schedule (0.5). | 0.5 |
| 05/11/06 | Jaffe | Review EPA comments on revised scope and emails with team regarding same (1.1). | 1.1 |
| 05/15/06 | Jaffe | Team telephone conference (0.8); prepare for same and prepare for 5/16/06 meeting with EPA (1.3). | 2.1 |
| 05/16/06 | Jaffe | Team meeting with EPA and prepare for same (6.6). | 6.6 |
| 05/17/06 | Jaffe | Telephone conference with Ms. Duff and Mr. Obradovic (0.6); research regarding discharge issues (1.8). | 2.4 |
| 05/18/06 | Jaffe | Research regarding discharge issues and telephone conference with Ms. Johns regarding same (3.8). | 3.8 |
| 05/19/06 | Jaffe | Research and emails with team regarding discharge limits (2.3). | 2.3 |
| 05/22/06 | Jaffe | Team telephone conference with EPA and preparing for same (4.3). | 4.3 |
| 05/23/06 | Jaffe | Memorandum to client regarding arsenic and research for same (2.9); telephone conference with EPA and prepare for same (2.6). | 5.5 |
| 05/24/06 | Jaffe | Research regarding discharge limit (2.8); memorandum to team regarding same (2.1); emails with team regarding same (0.5). | 5.4 |
| 05/25/06 | Jaffe | Research regarding discharge limit issues and emails with team regarding same (2.7). | 2.7 |
| 05/26/06 | Jaffe | Research regarding discharge issue, including reviewing Treatability Report and Rhode Island Scope and emails with team regarding same (3.2). | 3.2 |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 365005
June 28, 2006
Page 3

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/30/06 | Jaffe | Research regarding discharge issues (1.6); emails with team and telephone conferences with Ms. Johns regarding same (0.6); review revised draft attachment to scope of work (0.9). | 3.1 |
| 05/31/06 | Jaffe | Telephone conference and email with Ms. Johns (0.5); review arsenic discharge documents (2.1). | 2.6 |
| | | **Total Hours** | **49.2** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 365005
June 28, 2006
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 49.2 |

| | |
|---|---|
| **Total Fees** | **$22,878.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/31/06 | In-House Photocopying | 143.16 |
| 05/31/06 | Taxi Fare | 17.00 |

| | |
|---|---|
| **Total Disbursements** | **$160.16** |

| | |
|---|---|
| **Total Fees** | **$22,878.00** |
| **Total Disbursements** | **160.16** |
| **Total Fees and Disbursements** | **$23,038.16** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2006
Invoice No.: 365005
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**          **$23,038.16**

| **Remittance Address:** | **Fed-Ex Remittance Address:** |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| **Wire Instructions:** | ABA: 011500120 |
|---|---|
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 365005
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Federal Tax ID: 04-215035**

## Matter 93 - Concord Landfill Closure

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 3.9 | $1,813.50 |
| | | | | | |
| **TOTAL** | | | | 3.9 | $1,813.50 |



**FOLEY HOAG** LLP

ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2006
Invoice No.: 365006
Matter No.: 08743.00093

**Re:    Concord Landfill Closure**

For Professional Services rendered through May 31, 2006

|  |  |
|---|---|
| Fees | $1,813.50 |
| **Total Fees and Disbursements** | **$1,813.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 365006
June 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/09/06 | Jaffe | Review draft submittal to Army Corps and email to team regarding same (0.9). | 0.9 |
| 05/24/06 | Jaffe | Review Woodard & Curran email and emails with team regarding same (0.6). | 0.6 |
| 05/26/06 | Jaffe | Team telephone conference regarding permitting issues and prepare for same (2.4). | 2.4 |
| | | **Total Hours** | **3.9** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 365006
June 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 3.9 |

| | |
|---|---|
| Total Fees | $1,813.50 |

| | |
|---|---|
| Total Fees | $1,813.50 |
| **Total Fees and Disbursements** | **$1,813.50** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 28, 2006
Invoice No.: 365006
Matter No.: 08743.00093

**Re:    Concord Landfill Closure**

**Total Fees and Disbursements**            **$1,813.50**

| **Remittance Address:** | **Fed-Ex Remittance Address:** |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| **Wire Instructions:** | ABA: 011500120 |
|---|---|
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 365006
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Federal Tax ID: 04-215035**

**Matter 100 – Woburn Lease Environmental Issues**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 7.0 | $3,255.00 |
| | | | | | |
| **TOTAL** | | | | **7.0** | **$3,255.00** |



**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2006
Invoice No.: 365007
Matter No.: 08743.00100

**Re:    Woburn Lease Environmental Issues**

For Professional Services rendered through May 31, 2006

| | |
|---|---|
| Fees | $3,255.00 |
| **Total Fees and Disbursements** | **$3,255.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00100                                                    Invoice No.: 365007
Re: Woburn Lease Environmental Issues                                         June 28, 2006
                                                                                    Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/04/06 | Jaffe | Review draft agreement between Decathlon and EPA (1.0); telephone conference with Mr. Child regarding same (0.2). | 1.2 |
| 05/08/06 | Jaffe | Telephone conference with Ms. Johns (0.3); emails with team (0.3). | 0.6 |
| 05/09/06 | Jaffe | Email with Ms. Johns (0.2). | 0.2 |
| 05/10/06 | Jaffe | Review Woodard & Curran revised PCB submittals (1.1). | 1.1 |
| 05/11/06 | Jaffe | Emails with team regarding PCB issues (0.4). | 0.4 |
| 05/12/06 | Jaffe | Emails from team regarding PCB issues (0.4). | 0.4 |
| 05/15/06 | Jaffe | Telephone conference with Mr. Child (0.6); emails with team regarding prospective lessee agreement (0.7); review final PCB submittal to EPA (0.3). | 1.6 |
| 05/16/06 | Jaffe | Review lease and emails with team regarding same (0.6). | 0.6 |
| 05/17/06 | Jaffe | Emails with team regarding Decathlon obligations (0.9). | 0.9 |
|  |  | **Total Hours** | **7.0** |

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 365007
June 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 7.0 |

| | |
|---|---|
| **Total Fees** | $3,255.00 |

| | |
|---|---|
| **Total Fees** | **$3,255.00** |
| **Total Fees and Disbursements** | **$3,255.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2006
Invoice No.: 365007
Matter No.: 08743.00100

**Re:    Woburn Lease Environmental Issues**

| | |
|---|---|
| **Total Fees and Disbursements** | **$3,255.00** |

| Remittance Address: | Fed-Ex Remittance Address: |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| **Wire Instructions:** | ABA: 011500120 |
|---|---|
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 365007
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Federal Tax ID:** 04-215035

**Matter 101 - Bankruptcy Matters**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Adam P. Kahn | Partner | Environmental | $450.00 | 0.5 | $   225.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 1.0 | $   175.00 |
| | | | | | |
| TOTAL | | | | 1.5 | $   400.00 |

**Expenses**

| Description | Total |
|---|---|
| Photocopies | $ 59.04 |
| | |
| TOTAL | $ 59.04 |



**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2006
Invoice No.: 365008
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through May 31, 2006

| | |
|---|---:|
| Fees | $400.00 |
| Disbursements | 59.04 |
| **Total Fees and Disbursements** | **$459.04** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 365008
June 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/05/06 | Kahn | Review and revise quarterly filing (0.5). | 0.5 |
| 05/05/06 | Rice | Review quarterly fee application (1.5). | 1.0 |
| | | **Total Hours** | **1.5** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 365008
June 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Kahn | 0.5 |
| Rice | 1.0 |

**Total Fees**                                   **$400.00**

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 05/31/06 | In-House Photocopying | 59.04 |

**Total Disbursements**                          **$59.04**

| | |
|---|---|
| **Total Fees** | **$400.00** |
| **Total Disbursements** | **59.04** |
| **Total Fees and Disbursements** | **$459.04** |

To ensure proper credit to your account,
please include remittance page with your payment.



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 28, 2006
Invoice No.: 365008
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

**Total Fees and Disbursements**          **$459.04**

| **Remittance Address:** | **Fed-Ex Remittance Address:** |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| **Wire Instructions:** | ABA: 011500120 |
|---|---|
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 365008
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Federal Tax ID:** 04-215035

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com