IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** July 18, 2006, at 4:00 p.m. (prevailing eastern time) |

## SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM MAY 1, 2006, THROUGH MAY 31, 2006

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP ("K&E")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **May 1, 2006, through May 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$1,800,762.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$311,657.73** |

This is a X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners 1, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately **35 hours,** and the corresponding estimated compensation *that will be requested in a future application* is approximately **$10,000.00.**

This is K&E's monthly application for interim compensation of services for the interim fee period May 1, 2006 through May 31, 2006. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 – 4/30/01 | $626,079.00 | $32,439.84 | Interim approval[2] | Interim approval |
| June 29, 2001 | 5/1 – 5/31/01 | $567,151.00 | $77,487.86 | Interim approval | Interim approval |
| July 31, 2001 | 6/1 – 6/30/01 | $560,569.50 | $45,466.13 | Interim approval | Interim approval |
| July 31, 2001 | April – June, 2001 | $1,753,799.50 | $155,393.83 | $1,753,799.50 | $155,393.83 |
| August 28, 2001 | 7/1 – 7/31/01 | $476,582.50 | $25,312.13 | Interim approval[2] | Interim approval |
| September 28, 2001 | 8/1 – 8/31/01 | $472,334.50 | $29,022.59 | Interim approval | Interim approval |
| October 30, 2001 | 9/1 – 9/30/01 | $443,617.50 | $27,147.47 | Interim approval | Interim approval |
| November 7, 2001 | July – September, 2001 | $1,392,534.50 | $81,482.19 | $1,392,534.50 | $81,482.19 |
| December 11, 2001 | 10/1 – 10/31/01 | $493,074.00 | $27,724.54 | Interim approval[2] | Interim approval |
| December 29, 2001 | 11/1 – 11/30/01 | $524,980.00 | $29,678.21 | Interim approval | Interim approval |
| January 31, 2002 | 12/1 – 12/31/01 | $405,278.50 | $27,276.95 | Interim approval | Interim approval |
| February 7, 2002 | October – December, 2001 | $1,423,332.50 | $84,679.70 | $1,419,127.00 | $84,679.70 |
| March 4, 2002 | 1/1 – 1/31/02 | $439,056.00 | $32,279.54 | Interim approval[3] | Interim approval |
| March 27, 2002 | 2/1 – 2/28/02 | $412,304.00 | $18,475.64 | Interim approval | Interim approval |
| May 2, 2002 | 3/1 – 3/31/02 | $430,342.50 | $51,759.20 | Interim approval | Interim approval |
| June 10, 2002 | January – March, 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50 | $101,656.38 |
| June 10, 2002 | 4/1 – 4/30/02 | $410,702.50 | $25,286.05 | Interim approval[4] | Interim approval |
| July 2, 2002 | 5/1 – 5/31/02 | $335,280.50 | $25,556.83 | Interim approval | Interim approval |
| August 8, 2002 | 6/1 – 6/30/02 | $243,127.00 | $16,326.36 | Interim approval | Interim approval |
| September 3, 2002 | April – June, 2002 | $989,110.00 | $67,169.24 | $981,666.50 | $67,169.24 |

---

[2] The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[3] The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002.

[4] The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 11, 2002 | 7/1 – 7/31/02 | $335,129.00 | $28,504.48 | Interim approval[5] | Interim approval |
| October 2, 2002 | 8/1 – 8/31/02 | $344,619.00 | $86,047.20 | Interim approval | Interim approval |
| October 30, 2002 | 9/1 – 9/30-02 | $238,876.50 | $20,882.49 | Interim approval | Interim approval |
| November 27, 2002 | July – September, 2002 | $918,624.50 | $135,434.17 | $918,624.50 | $134,478.90 |
| December 6, 2002 | 10/1 – 10/31/02 | $207,778.00 | $7,769.74 | Interim approval[6] | Interim approval |
| January 13, 2003 | 11/1 – 11/30/02 | $122,419.00 | $4,732.30 | Interim approval | Interim approval |
| January 30, 2003 | 12/1 – 12/31/02 | $129,243.50 | $6,093.80 | Interim approval | Interim approval |
| March 4, 2003 | October – December, 2002 | $459,440.50 | $18,595.84 | $459,440.50 | $18,467.74 |
| March 4, 2003 | 1/1 – 1/31/03 | $162,033.00 | $6,383.16 | Interim approval[7] | Interim approval |
| April 2, 2003 | 2/1 – 2/28/03 | $215,511.50 | $3,784.70 | Interim approval | Interim approval |
| April 29, 2003 | 3/1 – 3/31/03 | $146,603.00 | $6,713.84 | Interim approval | Interim approval |
| May 15, 2003 | January – March, 2003 | $524,147.50 | $16,881.70 | $524,045.50 | $16,881.70 |
| June 3, 2003 | 4/1 – 4/30/03 | $135,130.00 | $2,786.42 | Interim approval[8] | Interim approval |
| July 11, 2003 | 5/1 – 5/31/03 | $109,408.00 | $6,546.04 | Interim approval | Interim approval |
| July 31, 2003 | 6/1 – 6/30/03 | $115,099.00 | $1,925.86 | Interim approval | Interim approval |
| August 27, 2003 | April – June, 2003 | $359,637.00 | $11,258.32 | $357,346.00 | $11,183.48 |
| September 5, 2003 | 7/1 – 7/31/03 | $197,495.50 | $9,235.33 | Interim approval[9] | Interim approval |
| October 1, 2003 | 8/1 – 8/31/03 | $178,910.50 | $7,009.66 | Interim approval | Interim approval |
| November 6, 2003 | 9/1 – 9/30/03 | $157,200.00 | $3,817.57 | Interim approval | Interim approval |
| November 18, 2003 | July – September, 2003 | $533,606.00 | $20,062.56 | $533,606.00 | $20,062.56 |
| November 26, 2003 | 10/1 – 10/31/03 | $251,093.50 | $7,115.96 | Interim approval[10] | Interim approval |
| December 29, 2003 | 11/1 – 11/30/03 | $187,914.00 | $4,969.88 | Interim approval | Interim approval |
| February 2, 2004 | 12/1 - 12/31/03 | $317,880.00 | $8,631.60 | Interim approval | Interim approval |
| February 25, 2004 | October – December, 2003 | $756,887.50 | $20,717.44 | $756,838.00 | $20,717.44 |
| March 5, 2004 | 1/1 – 1/31/04 | $524,446.00 | $32,428.07 | Interim approval[11] | Interim approval |
| April 2, 2004 | 2/1 – 2/29/04 | $274,589.50 | $10,852.51 | Interim approval | Interim approval |
| May 3, 2004 | 3/1 – 3/31/04 | $337,945.00 | $13,159.10 | Interim approval | Interim approval |
| May 17, 2004 | January – March, 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00 | $56,439.68 |
| June 1, 2004 | 4/1 – 4/30/04 | $280,547.50 | $10,895.93 | Interim approval[12] | Interim approval |

---

[5]  The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003.

[6]  The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003.

[7]  The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003.

[8]  The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003.

[9]  The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004.

[10]  The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004.

[11]  The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.

[12]  The fees and expenses requested in the April-June, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on January 25, 2005.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| July 1, 2004 | 5/1 – 5/31/04 | $213,906.00 | $9,502.49 | Interim approval | Interim approval |
| September 2, 2004 | 6/1 – 6/30/04 | $430,246.50 | $15,235.72 | Interim approval | Interim approval |
| October 6, 2004 | April – June, 2004 | $924,700.00 | $35,634.14 | $918,960.50 | $35,557.55 |
| September 17, 2004 | 7/1 – 7/31/04 | $599,563.50 | $27,869.76 | Interim approval[13] | Interim approval |
| October 7, 2004 | 8/1 – 8/31/04 | $793,285.00 | $45,729.42 | Interim approval | Interim approval |
| November 3, 2004 | 9/1 – 9/30/04 | $913,771.00 | $32,811.19 | Interim approval | Interim approval |
| November 17, 2004 | July – September, 2004 | $2,306,619.50 | $106,410.37 | $2,298,879.00 | $105,176.56 |
| December 7, 2004 | 10/1 – 10/31/04 | $842,268.50 | $38,703.13 | Interim approval[14] | Interim approval |
| January 7, 2004 | 11/1 – 11/30/04 | $581,027.00 | $35,469.12 | Interim approval | Interim approval |
| February 1, 2005 | 12/1 – 12/31/04 | $863,104.50 | $38,461.17 | Interim approval | Interim approval |
| February 14, 2005 | October – December, 2004 | $2,286,400.00 | $112,633.42 | $2,279,008.50 | $110,200.64 |
| March 18, 2005 | 1/1 – 1/31/05 | $1,214,802.50 | $65,721.17 | Interim approval[15] | Interim approval |
| April 15, 2005 | 2/1 – 2/28/05 | $717,562.00 | $46,304.21 | Interim approval | Interim approval |
| May 19, 2005 | 3/1 – 3/31/05 | $916,504.00 | $50,822.73 | Interim approval | Interim approval |
| June 15, 2005 | January – March, 2005 | $2,848,868.50 | $162,848.11 | $2,833,566.00 | $162,482.21 |
| June 7, 2005 | 4/1 – 4/30/05 | $862,337.00 | $32,392.41 | Interim approval[16] | Interim approval |
| June 29, 2005 | 5/1 – 5/31/05 | $852,424.50 | $52,685.55 | Interim approval | Interim approval |
| August 5, 2005 | 6/1 – 6/30/05 | $1,181,036.00 | $58,504.79 | Interim approval | Interim approval |
| August 8, 2005 | April – June, 2005 | $2,895,797.50 | $143,582.75 | $2,894,660.00 | $143,530.87 |
| September 9, 2005 | 7/1 – 7/31/05 | $1,740,148.50 | $155,036.60 | Interim approval[17] | Interim approval |
| September 28, 2005 | 8/1 – 8/31/05 | $1,451,595.50 | $95,151.93 | Interim approval | Interim approval |
| October 28, 2005 | 9/1 – 9/30/05 | $1,471,412.50 | $128,814.69 | Interim approval | Interim approval |
| October 28, 2005 | July – September, 2005 | $4,663,156.50 | $379,003.22 | $4,655,239.50 | $378,588.48 |
| November 28, 2005 | 10/1/05 – 10/31/05 | $1,602,349.50 | $111,318.89 | Interim approval[18] | Interim approval |
| December 28, 2005 | 11/1/05 – 11/30/05 | $1,743,406.00 | $182,798.39 | Interim approval | Interim approval |
| January 25, 2006 | 12/1/05 – 12/31/05 | $1,638,659.50 | $161,888.24 | Interim approval | Interim approval |
| February 14, 2006 | October – December, 2005 | $4,984,415.00 | $456,005.52 | $4,978,349.00 | $453,367.08 |
| February 28, 2006 | 1/1/06 – 1/31/06 | $1,667,688.00 | $176,100.89 | $1,334,150.40 | $176,100.89 |
| March 28, 2006 | 2/1/06 – 2/28/06 | $1,669,067.50 | $395,113.02 | $1,335,254.00 | $395,113.02 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $1,615,330.00 | $685,462.58 | $1,292,264.00 | $685,462.58 |
| May 15, 2006 | January – March, 2006 | $4,952,085.50 | $1,256,676.49 | Pending | Pending |
| May 30, 2006 | 4/1/06 – 4/30/06 | $1,628,876.50 | $814,117.99 | $1,303,101.20 | $814,117.99 |

---

[13]  The fees and expenses requested in the July-September, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 22, 2005.

[14]  The fees and expenses requested in the October-December, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 29, 2005.

[15]  The fees and expenses requested in the January-March, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 26, 2005.

[16]  The fees and expenses requested in the April-June, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 19, 2005.

[17]  The fees and expenses requested in the July-September, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 24, 2006.

[18]  The fees and expenses requested in the October-December, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2006.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S. Baer | Partner | 1982 | Restructuring | $745.00 | 127.90 | $95,285.50 |
| Amanda C. Basta | Associate | 2002 | Litigation | $365.00 | 140.50 | $51,282.50 |
| David M. Bernick, P.C. | Partner | 1978 | Litigation | $845.00 | 52.70 | $44,531.50 |
| Salvatore F. Bianca | Associate | 2003 (grad 2001) | Restructuring | $480.00 | 152.50 | $73,200.00 |
| Samuel Blatnick | Associate | 2002 | Litigation | $315.00 | 134.30 | $42,304.50 |
| Deanna D. Boll | Partner | 1998 | Restructuring | $545.00 | 21.60 | $11,772.00 |
| Michelle H. Browdy | Partner | 1990 | Litigation | $625.00 | 12.30 | $7,687.50 |
| Holly Bull | Of Counsel | 1997 | Restructuring | $280.00 | 163.20 | $45,696.00 |
| Christopher C. Chiou | Associate | 2004 | Litigation | $275.00 | 218.50 | $60,087.50 |
| Kenneth S. Clark | Associate | 2006 | Litigation | $240.00 | 15.10 | $3,624.00 |
| Jeanne T. Cohn-Connor | Of Counsel | 1985 | Environment | $500.00 | 13.30 | $6,650.00 |
| Michael Dierkes | Associate | 2001 | Litigation | $400.00 | 126.70 | $50,680.00 |
| Mark E. Grummer | Partner | 1976 | Environment | $645.00 | 191.70 | $123,646.50 |
| Barbara M. Harding | Partner | 1988 | Litigation | $515.00 | 198.70 | $102,330.50 |
| Jason P. Hernandez | Associate | 2005 | Litigation | $240.00 | 52.50 | $12,600.00 |
| William B. Jacobson | Partner | 1994 | Litigation | $495.00 | 171.50 | $84,892.50 |
| James W. Kapp | Partner | 1994 | Restructuring | $675.00 | 12.10 | $8,167.50 |
| Rebecca A. Koch | Associate | 2005 | Litigation | $240.00 | 67.90 | $16,296.00 |
| Elli Leibenstein | Partner | 1992 | Litigation | $565.00 | 40.50 | $22,882.50 |
| Tyler D. Mace | Associate | 2003 | Litigation | $315.00 | 202.50 | $63,787.50 |
| Todd F. Maynes, P.C. | Partner | 1988 | Taxation | $795.00 | 11.20 | $8,904.00 |
| Scott A. McMillin | Partner | 1996 | Litigation | $515.00 | 161.80 | $83,327.00 |
| David E. Mendelson | Partner | 1997 | Litigation | $455.00 | 128.30 | $58,376.50 |
| Jon C. Nuckles | Contract Attorney | 1986 | Restructuring | $295.00 | 15.70 | $4,631.50 |
| Michael D. Shumsky | Associate | 2004 | Litigation | $315.00 | 195.50 | $61,582.50 |
| Renee D. Smith | Partner | 2002 | Litigation | $515.00 | 193.10 | $99,446.50 |
| Brian T. Stansbury | Associate | 2002 | Litigation | $365.00 | 213.10 | $77,781.50 |
| William E. Trachman | Associate | 2005 | Litigation | $240.00 | 114.30 | $27,432.00 |
| Laurence A. Urgenson | Partner | 1975 | Litigation | $745.00 | 210.90 | $157,120.50 |
| Evan C. Zoldan | Associate | 2002 | Litigation | $315.00 | 69.50 | $21,892.50 |
| **Totals for Attorneys** | | | | | 3,429.40 | $1,527,898.50 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Alexander L. Berg | Law Clerk | 1 Month | Litigation | $185.00 | 18.00 | $3,330.00 |
| Deborah L. Bibbs | Case Assistant/ Legal Assistant | 26 Years/ 3 Months | Litigation | $165.00 | 65.50 | $10,807.50 |
| Kathleen E. Cawley | Legal Assistant | 14 Years | Litigation | $235.00 | 34.10 | $8,013.50 |
| Michael A. Coyne | Legal Assistant | 10 Months | Litigation | $165.00 | 135.40 | $22,341.00 |
| Lauren DeVault | Project Assistant | 12 Months | Restructuring | $140.00 | 30.40 | $4,256.00 |
| Caroline V. Dolan | Case Assistant | 2 Months | Litigation | $135.00 | 196.20 | $26,487.00 |
| Laura M. Durity | Law Clerk | 1 Month | Litigation | $185.00 | 18.90 | $3,496.50 |
| Timothy J. Fitzsimmons | Legal Assistant | 1 Year | Litigation | $180.00 | 172.50 | $31,050.00 |
| Donna J. Hatcher | Technology Services | 19 Years | Litigation | $195.00 | 24.70 | $4,816.50 |
| Joseph A. Little | Law Clerk | 1 Month | Litigation | $185.00 | 14.30 | $2,645.50 |
| Maureen McCarthy | Legal Assistant | 4 Years | Restructuring | $185.00 | 22.00 | $4,070.00 |
| Laura E. Mellis | Legal Assistant | 2 Years | International Trade | $175.00 | 100.00 | $17,500.00 |
| Maria Negron | Case Assistant | 6 Years | Litigation | $115.00 | 70.00 | $8,050.00 |
| Joshua C. Pierce | Case Assistant | 12 Months | Litigation | $135.00 | 119.80 | $16,173.00 |
| Shamim A. Prodhan | Technology Services | 3 Years | Litigation | $185.00 | 24.00 | $4,440.00 |
| Stephanie A. Rein | Case Assistant | 9 Months | Litigation | $135.00 | 150.90 | $20,371.50 |
| Michael A. Rosenberg | Legal Assistant | 9 Months | Litigation | $165.00 | 56.00 | $9,240.00 |
| Katrina M. Simek | Project Assistant | 1 Year | Litigation | $145.00 | 28.80 | $4,176.00 |
| Terrell D. Stansbury | Legal Assistant | 3 Years | Litigation | $180.00 | 151.30 | $27,234.00 |
| Kenneth J. Sturek | Legal Assistant | 7 Years | Litigation | $215.00 | 11.50 | $2,472.50 |
| Rafael M. Suarez | Technology Services | 1 Year | Litigation | $185.00 | 12.50 | $2,312.50 |
| Margaret S. Utgoff | Legal Assistant | 1 Year | Litigation | $165.00 | 163.30 | $26,944.50 |
| Velma J. Worrells | Case Assistant | 9 Years | Litigation | $130.00 | 97.20 | $12,636.00 |
| **Totals for Paraprofessionals** | | | | | 1,717.30 | $272,863.50 |

Grand Total for Fees: **$1,800,762.00**
Blended Rate:        **$349.89**

**Compensation by Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 17 | Relief from Stay | 1.80 | $1,341.00 |
| 19 | Claims Analysis Objection and Resolution (Non-Asbestos) | 119.80 | $52,061.50 |
| 20 | Case Administration | 106.90 | $39,121.00 |
| 21 | Claims Analysis Objection and Resolution (Asbestos) | 1,487.70 | $414,669.50 |
| 23 | Business Operations | 11.50 | $7,057.00 |
| 24 | Creditors Noteholders or Equity Holders' | 1.10 | $318.50 |
| 27 | Employee Benefits/Pension | 10.20 | $7,599.00 |
| 28 | Litigation and Litigation Consulting | 10.50 | $6,670.00 |
| 30 | Hearings | 18.10 | $11,809.00 |
| 31 | Asset Disposition | 1.30 | $503.50 |
| 32 | Fee Applications, Applicant | 73.90 | $23,011.50 |
| 35 | Fee Applications Others | 3.60 | $2,682.00 |
| 37 | Plan and Disclosure Statement | 43.70 | $27,526.50 |
| 38 | Employment Applications, Others | 4.90 | $1,904.00 |
| 41 | Tax Issues | 11.20 | $8,904.00 |
| 42 | Travel non-working | 17.20 | $11,734.00 |
| 57 | Montana Grand Jury Investigation | 3,134.30 | $1,150,134.00 |
| 58 | Criminal Travel Matter, No Third Parties | 89.00 | $33,716.00 |
| Totals | | 5,146.70 | $1,800,762.00 |

## Expense Summary

| Service Description | Amount |
|---|---|
| Telephone | $2,096.46 |
| Fax Charge | $180.50 |
| Standard Copies or Prints | $12,880.20 |
| Binding | $154.00 |
| Tabs/Indexes/Dividers | $190.40 |
| Color Copies or Prints | $676.00 |
| Bates Labels/Print & Affix | $0.30 |
| Scanned Images | $1,819.35 |
| CD-ROM Master | $7.00 |
| Postage | $14.97 |
| Overnight Delivery | $1,980.68 |
| Outside Messenger Services | $841.59 |
| Local Transportation | $197.70 |
| Travel Expense | $5,962.61 |
| Airfare | $20,679.89 |
| Transportation to/from airport | $2,019.37 |
| Travel Meals | $1,289.16 |
| Car Rental | $500.19 |
| Other Travel Expenses | $561.77 |
| Filing Fees | $130.00 |
| Calendar/Court Services | $25.00 |
| U.S. Local Counsel Fees | $1,042.00 |
| Expert Fees | $132,222.65 |
| Professional Fees | $48,146.00 |
| Medical Consultant Fees | $4,800.00 |
| Court Reporter Fee/Trial | $882.91 |
| Outside Computer Services | $13,308.54 |
| Outside Video Services | $3,522.47 |
| Outside Copy/Binding Services | $22,979.86 |
| Working Meals/K&E Only | $181.45 |
| Working Meals/K&E and Others | $9,254.43 |
| Information Broker Doc/Svcs | ($761.87) |
| Library Document Procurement | $3,697.82 |
| Computer Database Research | $12,976.18 |
| Overtime Transportation | $2,879.44 |
| Overtime Meals | $84.00 |
| Overtime Meals - Attorney | $1,378.19 |
| Secretarial Overtime | $985.64 |
| Word Processing Overtime | $148.98 |
| Rental Expenses | $1,180.20 |
| Miscellaneous Office Expenses | $541.70 |
| **Total** | **$311,657.73** |

WHEREFORE, K&E respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of **$1,800,762.00** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period **($1,440,609.60)** and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period **($311,657.73)**; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: June 28, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP

_____
Janet S. Baer
James W. Kapp III
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000