# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 19, 2006
                                              MATTER :  W9600-002
                                              INVOICE : 211389

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06   T C

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/10/06 | TC | REVIEWED FILING OF ASSET PURCHASE AGREEMENT | 1.10 |
| 05/16/06 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO ACQUIRE TARGET BUSINESS ASSETS | .40 |
| 05/16/06 | TC | REVIEWED MOTION OF DEBTORS' FOR AN ORDER APPROVING A STIPULATION SETTLING CLAIMS CONCERNING THE WAUCONDA SITE AND AUTHORIZING PAYMENTS THEREUNDER | 1.10 |
| 05/16/06 | TC | REVIEWED MOTION OF DEBTORS TO APPROVE SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH LLOYDS UNDERWRITERS | 1.60 |
| 05/16/06 | TC | REVIEWED EXHIBIT A FILING TO THE BASELL USA ASSET AGREEMENT | .80 |

## TIME SUMMARY

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| T CURRIER  | 475.00 | 5.00  | 2375.00 |
| TOTALS     |        | 5.00  | 2375.00 |

TOTAL FEES :                               2,375.00

TOTAL DUE  :                               2,375.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE :    JUNE 19, 2006
                                                    MATTER :  W9600-003
                                                    INVOICE : 211390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06   T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/04/06 | TC | REVIEWED ORDER AUTHORIZING RETENTION OF PIPER JAFFRAY BY FUTURES REPRESENTATIVE | .40 |
| 05/04/06 | TC | REVIEWED ORDER AUTHORIZING RETENTION OF ORRICK HERRINGTON AS BANKRUPTCY COUNSEL | .50 |
| 05/05/06 | TC | REVIEWED UPDATED DOCKET | .50 |
| 05/05/06 | TC | REVIEWED MATERIALS FOR COMMITTEE CONFERENCE CALL | .80 |

TIME SUMMARY

|  |  | RATE | HOURS | TOTALS |
|---|---|------|-------|--------|
| T CURRIER |  | 475.00 | 2.20 | 1045.00 |
|  | TOTALS |  | 2.20 | 1045.00 |

TOTAL FEES :                                              1,045.00

TOTAL DUE :                                               1,045.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JUNE 19, 2006
                                             MATTER :  W9600-004
                                             INVOICE : 211391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/02/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/03/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/03/06 | TC | REVIEWED UPDATED DOCKET | .50 |
| 05/04/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/05/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/08/06 | TC | REVIEWED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 15 | .60 |
| 05/09/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    JUNE 19, 2006
                                           MATTER :  W9600-004
                                           INVOICE : 211391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06    T C

RE:  CASE ADMINISTRATION

| Date | Init. | Description | Hours |
|---|---|---|---|
| 05/10/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/11/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/12/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/15/06 | TC | REVIEWED AMENDED NOTICE OF MATTERS SCHEDULED FOR HEARING | .60 |
| 05/18/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/19/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/26/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 19, 2006
                                              MATTER :  W9600-004
                                              INVOICE : 211391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06    T C

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 05/30/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/31/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

TIME SUMMARY
---------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 140.00 | 13.00 | 1820.00 |
| T CURRIER | 475.00 | 1.70 | 807.50 |
| TOTALS |  | 14.70 | 2627.50 |

TOTAL FEES :                                              2,627.50

TOTAL DUE :                                               2,627.50


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   JUNE 19, 2006
                                          MATTER : W9600-006
                                          INVOICE : 211392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06   T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/02/06 | TC | REVIEWED LETTER FILED BY BARBARA HARDING RE CLAIMS | .40 |
| 05/16/06 | TC | REVIEWED ORDER AUTHORIZING SETTLEMENT OF CHL CLAIMS | .40 |
| 05/18/06 | TC | REVIEWED ORDER APPROVING WITHDRAWL OF OBJECTIONS TO CITY OF EASTHAMPTON CLAIM | .40 |
| 05/18/06 | TC | REVIEWED TWENTY FIRST CONTINUATION ORDER | .40 |
| 05/18/06 | TC | REVIEWED ORDER APPROVING CLAIMS OF SOUTH CAROLINA DEPARTMENT OF ENVIRONMENTAL | .40 |
| 05/18/06 | TC | REVIEWED ORDER WITHDRAWLING OBJECTION TO CLAIMS | .40 |
| 05/18/06 | TC | REVIEWED ORDER DENYING WITH PREJUDICE LIBBY CLAIMANTS' MOTION FOR EXPENSES | .50 |
| 05/18/06 | TC | REVIEWED NOTICE OF SETTLEMENT OF BETWEEN UNITED STATES AND WRGRACE ON WAUCONDA SUPERFUND SITE | .50 |
| 05/22/06 | TC | REVIEWED ORDER DENYING PEARSON'S MOTION FOR SUMMARY JUDGMENT | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 19, 2006
                                              MATTER :  W9600-006
                                              INVOICE : 211392

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06    T C

   RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)



                    T I M E    S U M M A R Y
                    ------------------------

                              RATE      HOURS         TOTALS
                              ----      -----         ------

T CURRIER                     475.00    3.70          1757.50
                    TOTALS             3.70          1757.50

                    TOTAL FEES :                                 1,757.50

                    TOTAL DUE  :                                 1,757.50
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JUNE 19, 2006
                                             MATTER :  W9600-008
                                             INVOICE : 211393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06    T C

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 05/17/06 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO CONTINUE TO CONTRIBUTE TO PENSION PLANS | .40 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 475.00 | .40 | 190.00 |
| TOTALS |  | .40 | 190.00 |

TOTAL FEES :                                                        190.00

TOTAL DUE :                                                         190.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 19, 2006
                                            MATTER : W9600-011
                                            INVOICE : 211394


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06   T C

     RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 05/01/06 | MNF | E-FILE AND SERVE 53RD MONTHLY FEE APP OF KRLS FOR MARCH 1- MARCH 31, 2006 (1.0); CALENDAR DATES(.1); SCAN AND SEND SAME TO FEE AUDITOR (.4) | 1.50 |
| 05/15/06 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS FOR APRIL 2006 TIME | .50 |
| 05/17/06 | MNF | COORDINATE PRE-BILLS TO ACCOUNTING | .30 |
| 05/18/06 | FAP | PREPARE MONTHLY FEE AND EXPENSE SUMMARIES FOR APRIL 2006 | .20 |
| 05/19/06 | MNF | REVIEW FINAL BILLS RE: APRIL 2006 TIME | .50 |
| 05/19/06 | MNF | DRAFT 54TH MONTHLY FEE APP OF KRLS | 1.00 |
| 05/24/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 53RD MONTHLY FEE APP OF KRLS (.1); DRAFT CNO RE: SAME(.4) | .50 |
| 05/24/06 | MNF | DRAFT NOTICE AND 20TH QUARTERLY FEE REQUEST OF KRLS FOR 12/26/05-3/31/06 | 2.00 |
| 05/25/06 | FAP | PREPARE QUARTERLY FEE AND EXPENSE SUMMARIES FOR JAN. TO MARCH 2006 | .20 |
| 05/25/06 | MNF | CONTINUE WORK ON 20TH QUARTERLY FEE REQUEST OF KRLS (.5); E-FILE AND SERVE SAME(.8) ; CALENDAR DATES (.2) | 1.50 |
| 05/25/06 | MNF | E-FILE AND SERVE CNO RE: 53RD MONTHLY FEE APP OF KRLS | 1.00 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 19, 2006
MATTER :  W9600-011
INVOICE : 211394

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06   T C

RE: FEE APPLICATIONS, APPLICANT

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/25/06 | TC | REVIEWED QUARTERLY FEE APPLICATIONS FOR KLETT ROONEY AND KRAMER LEVIN, PREPARED AND EXECUTED NOTICES AND FILED | .80 |
| 05/25/06 | TC | PREPARED AND EXECUTED CNOS FOR FEE APPLICATIONS | .50 |
| 05/30/06 | MNF | E-FILE AND SERVE 54TH MONTHLY FEE APP OF KRLS (1.0); CALENDAR DATES (.1); CONVERT AND SEND SAME TO FEE AUDITOR (.4) | 1.50 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 150.00 | .40 | 60.00 |
| M N FLORES | 140.00 | 10.30 | 1442.00 |
| T CURRIER | 475.00 | 1.30 | 617.50 |
| TOTALS |  | 12.00 | 2119.50 |

TOTAL FEES :                                                2,119.50

TOTAL DUE :                                                 2,119.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE  :   JUNE 19, 2006
                                               MATTER:   W9600-012
                                               INVOICE:  211395

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06   T C

    RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/01/06 | MNF | E-FILE AND SERVE 56TH MONTHLY FEE APP OF KRAMER LEVIN (1.0); CALENDAR DATES (.1); SCAN AND SEND SAME TO FEE AUDITOR (.4) | 1.50 |
| 05/24/06 | MNF | DRAFT NOTICE RE: 16TH QUARTERLY FEE REQUEST OF KRAMER LEVIN FOR 1/1/06-3/31/06 | .50 |
| 05/24/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 56TH MONTHLY FEE APP OF KRAMER LEVIN (.1); DRAFT CNO RE: SAME (.4) | .50 |
| 05/25/06 | MNF | E-FILE AND SERVE CNO RE: 56TH MONTHLY FEE APP OF KRAMER LEVIN | 1.00 |
| 05/25/06 | MNF | EDITS TO NOTICE OF 16TH QUARTERLY FEE REQUEST (.2); E-FILE AND SERVE 16TH QUARTERLY FEE REQUEST OF KRAMER LEVIN (.8); | 1.00 |
| 05/30/06 | MNF | E-FILE AND SERVE 57TH MONTHLY FEE APP OF KRAMER LEVIN (1.0); CALENDAR DATES (.1); CONVERT AND SEND SAME TO FEE AUDITOR (.4) | 1.50 |

### TIME SUMMARY

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| M N FLORES |        | 140.00 | 6.00  | 840.00 |
|            | TOTALS |        | 6.00  | 840.00 |

    TOTAL FEES :                                                840.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    :   JUNE 19, 2006
                                              MATTER  :   W9600-012
                                              INVOICE :   211395

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06    T C

RE:  FEE APPLICATIONS, OTHERS


                            TOTAL DUE   :                              840.00


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 19, 2006
MATTER :  W9600-015
INVOICE : 211396

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/10/06 | TC | REVIEWED OPINION GRANTING MOTION TO DISMISS APPEAL RE LIBBY CLAIMANTS APPEAL | .80 |
| 05/16/06 | TC | REVIEWED ORDER AUTHORIZING LIBBY CLAIMANTS TO DESIGNATE EXPERTS FOR TRIAL | .50 |
| 05/16/06 | TC | REVIEWED ORDER DENYING PEARSON'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEBTORS' CROSS MOTION FOR SUMMARY JUDGMENT | .60 |
| 05/19/06 | TC | REVIEWED CERTIFICATION OF COUNSEL ON AGREEMENT FOR DISCOVERY FROM DR. ALAN WHITEHOUSE | .80 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 475.00 | 2.70 | 1282.50 |
| TOTALS |  | 2.70 | 1282.50 |

TOTAL FEES :                      1,282.50

TOTAL DUE :                       1,282.50

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS    DATE :     JUNE 19, 2006
                                        MATTER :   W9600-016
                                        INVOICE :  211397

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 05/15/06 | TC | REVIEWED ORDER EXTENDING EXCLUSIVITY | .50 |

TIME SUMMARY

|  |  | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T CURRIER |  | 475.00 | .50 | 237.50 |
|  | TOTALS |  | .50 | 237.50 |

TOTAL FEES :                                                    237.50

TOTAL DUE :                                                     237.50

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JUNE 19, 2006
                                                MATTER :  W9600-000
                                                INVOICE : 211388

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/06    T C

RE:  EXPENSES


DESCRIPTION OF EXPENSE ADVANCES                              AMOUNT
-------------------------------                              ------

| Date | Description | Amount |
|---|---|---|
| 04/27/06 | REPRODUCTION OF DOCUMENTS | 3.15 |
| 05/01/06 | REPRODUCTION OF DOCUMENTS | 22.50 |
| 05/03/06 | FEDERAL EXPRESS  -   FEDEX   - # 3-479-73197 | 15.13 |
| 05/08/06 | MESSENGER SERVICES -  PARCELS, INC.  - # 36937 | 7.50 |
| 05/09/06 | FEDERAL EXPRESS  -   FEDEX   - # 3-492-64801 | 25.56 |
| 05/23/06 | MESSENGER SERVICES -  PARCELS, INC.  - # 37264 | 7.50 |

                        TOTAL EXPENSE ADVANCES :             81.34

                        TOTAL DUE :                          81.34


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.