IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Objection Deadline: September 8, 2006 at 4:00 p.m. |
| | ) Hearing: September 25, 2006 at 12:00 p.m. |

**COVER SHEET TO FIRST QUARTERLY APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FEBRUARY 6, 2006 THROUGH MARCH 31, 2006**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 (pursuant to this Court's Order entered May 8, 2006) |
| Period for which compensation is sought: | February 6, 2006 through March 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $206,292.25 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 7,501.32 |

This is an:  __X__ interim   ___ monthly   ___ final application.

## COMPENSATION SUMMARY
## FEBRUARY 6, 2006 THROUGH MARCH 31, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Stephen G. Foresta | Partner, 8 years in position; 17 years relevant experience; 1988, Litigation | $675 | 1.20 | $810.00 |
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 126.50 | $83,766.75[1] |
| Robert F. Lawrence | Partner, 9 years in position; 20 years relevant experience; 1983, Environmental Law, Bankruptcy | $600 | 4.50 | $2,700.00 |
| Garret G. Rasmussen | Partner, 24 years in position; 32 years relevant experience; 1974, Litigation. | $645 | 2.00 | $1,290.00 |
| Michael T. Stolper | Partner, 5 years in position; 13 years relevant experience; 1993, Insurance | $585 | 2.00 | $1,170.00 |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 100.40 | $63,274.50[2] |
| Monique D. Almy | Of Counsel, 10 years in position; 19 years relevant experience; 1987, Bankruptcy | $525 | 4.60 | $2,415.00 |
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $500 | 11.3 | $5,650.00 |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 60.00 | $24,300.00 |
| Rachael M. Barainca | Legal Assistant | $140 | 99.90 | $13,986.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 33.00 | $6,930.00 |
| **Total** | | | 445.40 | $206,292.25 |
| **Blended Rate: $415.52** | | | | |

---

1 This amount reflects a reduction of $1,087.50 (February 2006) and $906.25 (March 2006) for the 50% discount of hourly rates for non-working travel.
2 This amount reflects a reduction of $1,483.50 for the 50% discount of hourly rates for non-working travel.

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 6, 2006 THROUGH MARCH 31, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 16.70 | $2,378.50 |
| Compensation of Professionals-Other | 70.90 | $13,337.00 |
| Litigation | 129.20 | $74,862.00 |
| Insurance | 6.20 | $3,875.00 |
| Due Diligence | 4.50 | $2,700.00 |
| Plan & Disclosure Statement | 107.40 | $72,154.50 |
| Retention of Professionals-Other | 10.70 | $4,330.50 |
| Retention of Professionals-Orrick | 89.70 | $29,177.50 |
| Travel Time (Non-Working) | 10.10 | $3,477.25 |
| **TOTAL** | **445.40** | **$206,292.25** |

## EXPENSE SUMMARY
## FEBRUARY 6, 2006 THROUGH MARCH 31, 2006

| Expense Category | Total |
|---|---|
| Duplicating | $3,008.95 |
| Facsimile | $5.00 |
| Telephone | $5.65 |
| Postage | $569.81 |
| Westlaw Research | $393.10 |
| Hotel | $1,598.02 |
| Taxi | $104.79 |
| Parking | $108.00 |
| Meals | $500.70 |
| Airfare | $1,207.30 |
| **TOTAL** | **$7,501.32** |

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: June 29, 2006

3