# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# FEE APPLICATION FOR THE TIME PERIOD
# <u>FEBRUARY 6-28, 2006</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | Objection Deadline: June 26, 2006 at 4:00 p.m. |
| | Hearing: Schedule if Necessary (Negative Notice) |

**NOTICE OF FILING OF**
**FIRST MONTHLY INTERIM APPLICATION OF**
**ORRICK, HERRINGTON & SUTCLIFFE LLP, COUNSEL TO**
**DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE**

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Orrick, Herrington & Sutcliffe LLP, counsel to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its First Monthly Application of Orrick,

Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of

Expenses as counsel to the FCR for the time period February 6, 2006 through February 28, 2006,

seeking payment of fees in the amount of $71,220.80 (80% of $89,026.00) and no expenses in

for a total amount of $71,220.80 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 26, 2006 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 2, 2006                By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

-3-

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 26, 2006 at 4:00p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO FIRST MONTHLY INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 6, 2006 THROUGH FEBRUARY 28, 2006

Name of Applicant:  Orrick, Herrington & Sutcliffe LLP ("Orrick")

Authorized to Provide Professional
Services to:  David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention:  As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006

Period for which compensation is
sought:  February 6, 2006 through February 28, 2006

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:  $89,026.00

80% of fees to be paid:  $71,220.80[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $ 0.00

Total Fees @ 80% and 100%
Expenses:  $71,220.80

This is an:  ___ interim   X   monthly   ___ final application.

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and $0.00 in expenses for Orrick's fee applications and 31.00 hours and $6,154.50 in fees and no expenses for the FCR and/or his other professionals' fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's first interim fee application for the period February 6-28, 2006.

To date, Orrick has not received payments from the Debtors during this year.

### COMPENSATION SUMMARY
### FEBRUARY 6-28, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 60.40 | $36,750.50[2] |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 44.60 | $28,767.00 |
| Monique D. Almy | Of Counsel, 10 years in position; 19 years relevant experience; 1987, Bankruptcy | $525 | 4.60 | $2,415.00 |
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $500 | .30 | $150.00 |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 21.50 | $8,707.50 |
| Rachael M. Barainca | Legal Assistant | $140 | 58.60 | $8,204.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 19.20 | $4,032.00 |
| Total | | | 209.20 | $89,026.00 |
| Blended Rate: $425.55 | | | | |

---

2 This amount reflects a reduction of $1,087.50 for the 50% discount rate non-working travel.

## COMPENSATION BY PROJECT CATEGORY
### FEBRUARY 6-28, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 9.10 | $1,274.00 |
| Compensation of Professionals-Other | 31.00 | $6,154.50 |
| Litigation | 66.50 | $39,756.50 |
| Plan & Disclosure Statement | 21.40 | $14,751.50 |
| Retention of Professionals-Other | 7.50 | $3,391.50 |
| Retention of Professionals-Orrick | 70.70 | $22,610.50 |
| Travel Time (Non-Working) | 3.00 | $1,087.50 |
| **TOTAL** | **209.20** | **$89,026.00** |

## EXPENSE SUMMARY
### FEBRUARY 6-28, 2006

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 2, 2006          By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC  20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) |  |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Orrick as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Orrick as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 2nd day of JUNE, 2006

Notary Public

My commission expires: 11-14-10

# EXHIBIT A

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 10, 2006
Client No. 17367
Invoice No. 1014004

Orrick Contact: Roger Frankel

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter:  2 - Case Administration**

| | | | |
|---|---|---|---|
| 02/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/08/06 | R. Barainca | Update pleadings folders. | 1.00 |
| 02/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/13/06 | R. Barainca | Update pleadings folders. | 5.00 |
| 02/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/16/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 02/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 02/22/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.10 |
| 02/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

Total Hours          9.10
Total For Services                    $1,274.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 9.10 | 140.00 | 1,274.00 |
| Total All Timekeepers | 9.10 | $140.00 | $1,274.00 |

**Total For This Matter**                    **$1,274.00**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

April 10, 2006
Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter: 8 - Litigation**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/06/06 | R. Frankel | Telephone conference with D. Austern re status; confer with R. Wyron re CMO issues. | 0.40 |
| 02/08/06 | D. Felder | Review non-expert witness disclosures filed by PI and PD Committees and the Debtors. | 0.60 |
| 02/08/06 | M. Almy | Review Debtors' Brief in further Support of the Disallowance of 71 Claims where Speights Lacked Authorization as of the Bar Date. | 1.10 |
| 02/08/06 | M. Almy | Review Debtors' Supplemental Brief re Choice of Law in Support of their Objections to Certain Time-Barred Speights & Runyan Claims. | 1.00 |
| 02/08/06 | R. Wyron | Review e-mails on discovery and protocols, and draft response to e-mail. | 0.60 |
| 02/09/06 | R. Frankel | Review memo re settlement with London Markets; review Grace memo re plan structure. | 0.70 |
| 02/10/06 | R. Barainca | Research the Motion ████████████ ████████ for D. Felder. | 0.40 |
| 02/10/06 | R. Barainca | Meet with D. Felder to discuss the Motion ████████████████ | 0.10 |
| 02/10/06 | R. Wyron | Begin review of materials from J. Biggs for 2/16 meeting. | 1.30 |
| 02/12/06 | D. Felder | Review ████████ hearing transcript regarding exclusivity in preparation for Grace hearing regarding exclusivity. | 1.00 |
| 02/13/06 | D. Felder | Call with R. Wyron and J. Biggs regarding issues with Grace's historical database (1.1); review notes from meetings with J. Biggs regarding database issues and prepare for call with B. Harding (.9); review data dictionary and Rust protocols and prepare emails regarding same (1.9). | 3.90 |
| 02/13/06 | R. Wyron | Review summary of open issues on discovery for call with Grace (.8); call with Tillinghast and follow-up notes (1.1). | 1.90 |
| 02/13/06 | R. Frankel | Series of e-mails re status of Tillinghast work. | 0.40 |
| 02/13/06 | R. Frankel | Telephone conference with D. Austern re case issues, D. Bernick letter (.3); confer with R. Wyron re same (.2). | 0.50 |
| 02/14/06 | D. Felder | Conference call with B. Harding, N. Finch and R. Wyron regarding discovery issues relating to estimation. | 0.50 |
| 02/14/06 | R. Wyron | Participate in discovery call and follow-up (.8); review Grace status report and follow-up e-mails (.7). | 1.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    April 10, 2006
17367                                                                                    Invoice No. 1014004
page 3

| 02/15/06 | D. Felder | Review Grace time line regarding lack of meaningful plan discussions. | 0.40 |
|---|---|---|---|
| 02/15/06 | R. Wyron | Call with Caplin regarding strategy and follow-up summary (1.1); prepare for meeting with Tillinghast (.8). | 1.90 |
| 02/15/06 | R. Frankel | Review file in preparation for discussions re settlement issues. | 0.60 |
| 02/15/06 | R. Frankel | Review Grace status report and exhibits; review related pleading re exclusivity. | 2.30 |
| 02/15/06 | R. Frankel | Telephone conference with E. Inselbuch, N. Finch, R. Wyron re status of negotiations, 2/21 hearing (.5); confer with R. Wyron re same (.2). | 0.70 |
| 02/15/06 | R. Frankel | Telephone conference with D. Austern re Inselbuch call (.3); telephone conference with Laurie Strauch Weiss re estimation (.3). | 0.60 |
| 02/16/06 | R. Barainca | Edit the Plan Discussions Timeline. | 1.00 |
| 02/16/06 | R. Barainca | Meet with D. Felder to discuss edits on the Plan Discussions Timeline. | 0.10 |
| 02/16/06 | D. Felder | Review Grace time line regarding no plan discussions (.3); review Debtors' status report (.3). | 0.60 |
| 02/16/06 | D. Felder | Meeting with D. Austern, J. Biggs, R. Frankel and R. Wyron regarding estimation hearing (3.5); conference call with PI Committee regarding same (.7). | 4.20 |
| 02/16/06 | R. Wyron | Prepare for meeting with D. Austern and Tillinghast (.6); meet with J. Biggs and D. Austern regarding estimation and litigation issues, and follow-up notes (2.6); call with Caplin on open issues and follow-up on database questions (1.4); work on open estimation and database issues (.8). | 5.40 |
| 02/16/06 | R. Frankel | Review amended case management order. | 0.30 |
| 02/16/06 | R. Frankel | Review file in preparation for hearing, review, revise Power Point exhibit. | 0.80 |
| 02/16/06 | R. Frankel | Confer with D. Austern, J. Biggs re futures study, questionnaire, related issues. | 4.20 |
| 02/16/06 | R. Frankel | Telephone conference with S. Baena re hearing; notes re same. | 0.60 |
| 02/16/06 | R. Frankel | Review file in preparation for hearing; notes re same. | 0.80 |
| 02/17/06 | R. Frankel | Revise Power Point (.3); series of telephone conferences re exclusivity with Inselbuch (.3), Bernick (.3), Austern (.3); notes re same (.3). | 1.50 |
| 02/20/06 | D. Felder | Review Port deposition transcript. | 1.00 |
| 02/20/06 | R. Frankel | Review spreadsheets from J. Radecki re Grace proposal (.5); telephone conference call with J. Radecki, R. Wyron and others re spreadsheets. | 1.30 |
| 02/21/06 | D. Felder | Review estimation materials and prepare same for litigation team. | 1.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

April 10, 2006
Invoice No. 1014004

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/21/06 | M. Almy | Telephonically attend Omnibus hearing. | 2.50 |
| 02/21/06 | R. Wyron | Review claims data and prepare for 2/24 conference call. | 0.70 |
| 02/21/06 | R. Frankel | Attend hearing re exclusivity in Wilmington; confer with D. Bernick prior to and after hearing; notes re hearing (.4.) | 3.60 |
| 02/21/06 | R. Frankel | Prepare notes for argument; review transcript of December hearing during travel to Wilmington. | 3.30 |
| 02/21/06 | R. Frankel | Various conferences with Lockwood, Esserman, Radecki in advance of hearing. | 2.90 |
| 02/22/06 | D. Felder | Finalize estimation materials for litigation team. | 0.50 |
| 02/23/06 | D. Felder | E-mail to L. Weiss regarding estimation materials. | 0.10 |
| 02/23/06 | R. Wyron | Review estimation materials organized by D. Felder. | 1.10 |
| 02/24/06 | D. Felder | Conference call with B. Harding, J. Liesemer and R. Wyron regarding estimation discovery issues (.5); review notes regarding CMS database and prepare email regarding same (1.1). | 1.60 |
| 02/24/06 | R. Wyron | Review e-mails and organize notes for call with Debtors' counsel (.8); calls to and from Caplin (.3); call with Debtors regarding discovery issues and follow-up notes (1.3); review open issues on database, review e-mail regarding same and follow-up with D. Felder (.8). | 3.30 |
| 02/26/06 | R. Frankel | Review ████████ published by American Academy of Actuaries. | 0.90 |
| 02/28/06 | D. Felder | Prepare e-mail issues list regarding CMS database. | 0.30 |

Total Hours      66.50

Total For Services      $39,756.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Monique D. Almy | 4.60 | 525.00 | 2,415.00 |
| Rachael Barainca | 1.60 | 140.00 | 224.00 |
| Debra Felder | 16.20 | 405.00 | 6,561.00 |
| Roger Frankel | 26.40 | 725.00 | 19,140.00 |
| Richard H. Wyron | 17.70 | 645.00 | 11,416.50 |
| Total All Timekeepers | 66.50 | $597.84 | $39,756.50 |

**Total For This Matter**      $39,756.50

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

April 10, 2006
Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 02/11/06 | R. Frankel | Review, consider latest proposal from D. Bernick re plan of reorganization (.6); review prior structure (.3); telephone conference with J. Radecki re same (.2). | 1.10 |
| 02/14/06 | M. Wallace | Review current term sheet for consensual deal. | 0.30 |
| 02/15/06 | R. Frankel | Telephone conference with J. Radecki, J. Brownstein re Grace proposal, plan issues; review plan issues. | 0.50 |
| 02/16/06 | R. Wyron | Review Piper Jaffray sources and uses analysis and plan analysis. | 1.10 |
| 02/16/06 | R. Frankel | Review financial analysis of proposals from J. Radecki, et al.; notes re same. | 1.10 |
| 02/20/06 | R. Wyron | Review materials from Piper Jaffray on plan analysis (.6); call with Piper Jaffray and R. Frankel on plan analysis (.8); review sources and uses statement prepared for counsel, and organize notes (.7). (Plan) | 2.10 |
| 02/21/06 | R. Wyron | Review plan analysis and final issues. | 0.70 |
| 02/22/06 | R. Wyron | Review financial analysis from Piper Jaffray on potential values. | 1.30 |
| 02/22/06 | R. Frankel | Telephone conference with E. Inselbuch re mediators, meeting with financial advisor (.3); telephone conference with J. Radecki re financial analysis (.2); notes re same (.4). | 0.90 |
| 02/22/06 | R. Frankel | Telephone conference with D. Bernick re mediation, plan issues (.4); notes re same (.2); telephone conference with D. Austern re mediator, series of e-mails re same, conference (.6). | 1.20 |
| 02/23/06 | R. Frankel | Review issues, backgrounds re mediators proposal; e-mails re same. | 0.90 |
| 02/23/06 | R. Frankel | Review new analysis re Grace from Piper Jaffray; prepare notes re different plan issues. | 1.40 |
| 02/23/06 | R. Frankel | Telephone conference with E. Inselbuch re mediators, meeting with financial advisors, plan issues; telephone conference with R. Wyron re Grace meetings. | 1.20 |
| 02/24/06 | R. Wyron | Review information on potential mediators, and follow-up with R. Frankel. | 0.70 |
| 02/24/06 | R. Frankel | Telephone conference with Judge Pointer re possible availability, possible conflicts; notes re same. | 0.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

April 10, 2006
Invoice No. 1014004

| | | | |
|---|---|---|---|
| 02/24/06 | R. Frankel | Telephone conference with D. Bernick, E. Inselbuch, Kruger, etc. re discussion of possible mediators; notes re same. | 0.60 |
| 02/24/06 | R. Frankel | Review multitude of e-mails, research re possible mediators (1.8); telephone conference with R. Wyron re various mediators (.4.) | 2.20 |
| 02/27/06 | R. Wyron | Review materials for 3/1 meeting with ACC and financial advisors. | 1.10 |
| 02/27/06 | R. Frankel | Review series of e-mails re mediator (.3); consider various mediators (.5). | 0.80 |
| 02/28/06 | R. Wyron | Participate in conference call regarding choice of mediator, and follow-up notes to D. Austern and R. Frankel (.9); review resumes of potential mediators (.8). | 1.70 |

Total Hours          21.40
Total For Services               $14,751.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 12.40 | 725.00 | 8,990.00 |
| Mary A. Wallace | 0.30 | 500.00 | 150.00 |
| Richard H. Wyron | 8.70 | 645.00 | 5,611.50 |
| Total All Timekeepers | 21.40 | $689.32 | $14,751.50 |

**Total For This Matter**               **$14,751.50**

David Austern, Futures Claims Representative for W.R. Grace & Co. -  
17367  
page 7

April 10, 2006<br>Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter:  10 - Retention of Professionals – Other**

| 02/06/06 | R. Wyron | Telephone call with J. Radecki re CIBC. | 0.10 |
|---|---|---|---|
| 02/13/06 | D. Fullem | Follow up with R. Wyron regarding status of motion to withdraw Swidler. | 0.20 |
| 02/13/06 | D. Felder | Review application to employ Piper Jaffray as financial advisors to the FCR and Radecki declaration. | 1.00 |
| 02/13/06 | R. Wyron | Review issues for Piper Jaffray application and follow-up with e-mails. | 0.60 |
| 02/14/06 | D. Felder | Prepare letter terminating CIBC's employment (1.2); review application to employ and engagement letter (1.0). | 2.20 |
| 02/14/06 | D. Felder | Review motion to withdraw Swidler and conference with D. Fullem regarding same. | 0.20 |
| 02/14/06 | R. Wyron | Revise CIBC draft termination letter (.2); review draft engagement letter (.3). | 0.50 |
| 02/16/06 | D. Felder | Review letter terminating CIBC's engagement. | 0.10 |
| 02/16/06 | R. Wyron | Finalize and deliver CIBC letter. | 0.20 |
| 02/22/06 | D. Felder | Review application to employ Piper Jaffray and Radecki declaration (.5); telephone conference with J. Brownstein regarding same (.1). | 0.60 |
| 02/22/06 | R. Wyron | Review draft Piper Jaffray application. | 0.40 |
| 02/24/06 | D. Fullem | Prepare revisions to motion to withdraw Swidler and provide to R. Wyron for review and comment. | 0.20 |
| 02/27/06 | D. Felder | Review final version of application to employ Piper Jaffray and declaration (1.0); e-mail and telephone conference with J. Brownstein regarding same (.2). | 1.20 |

|  | Total Hours | 7.50 |  |
|---|---|---|---|
|  | Total For Services |  | $3,391.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 5.30 | 405.00 | 2,146.50 |
| Debra O. Fullem | 0.40 | 210.00 | 84.00 |
| Richard H. Wyron | 1.80 | 645.00 | 1,161.00 |
| Total All Timekeepers | 7.50 | $452.20 | $3,391.50 |

**Total For This Matter**                                      $3,391.50

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

April 10, 2006
Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| 02/07/06 | D. Fullem | Telephone call with R. Malstrom from Swidler regarding Austern/W.R. Grace prebills with R. Wyron. | 0.40 |
|---|---|---|---|
| 02/08/06 | R. Barainca | Prepare December 2005 Monthly Application of Compensation for Towers Perrin Tillinghast. | 0.70 |
| 02/08/06 | R. Barainca | Prepare Quarterly Interim Applications of Compensation for Towers Perrin Tillinghast. | 2.20 |
| 02/08/06 | D. Fullem | Review and edit Swidler's January 1-February 3 prebills for Grace. | 0.50 |
| 02/08/06 | D. Fullem | Telephone call from R. Barainca regarding questions on Tillinghast fee applications to be filed in W.R. Grace. | 0.30 |
| 02/10/06 | R. Barainca | Prepare Quarterly Interim Applications of Compensation for Towers Perrin Tillinghast. | 3.30 |
| 02/10/06 | R. Wyron | Review Swidler pre-bill for January. | 0.30 |
| 02/13/06 | D. Fullem | Confer with R. Wyron regarding D. Austern's fee applications and status/timing of filing of same. | 0.20 |
| 02/13/06 | D. Fullem | Confer with R. Malstrom regarding status of final invoices from Swidler for period January 1-February 3. | 0.10 |
| 02/14/06 | R. Barainca | Prepare Quarterly Interim Applications for Towers Perrin Tillinghast. | 4.20 |
| 02/14/06 | R. Barainca | Prepare December Monthly Fee Application for Towers Perrin Tillinghast. | 0.70 |
| 02/14/06 | R. Barainca | Prepare Certificate of No Objection for November Fee Application. | 0.40 |
| 02/14/06 | D. Fullem | Prepare filings of CIBC's December fee statement. | 0.60 |
| 02/14/06 | D. Fullem | Review Tillinghast fee applications with R. Barainca. | 0.80 |
| 02/15/06 | R. Barainca | Finalize the Quarterly Interim Applications for Towers Perrin Tillinghast and resend to J. Biggs for signature. | 0.70 |
| 02/15/06 | R. Barainca | Finalize Certificate of No Objection for November Fee Application, and send to C. Hartman for filing. | 0.70 |
| 02/15/06 | R. Barainca | Phone call with J. Biggs regarding the Towers Perrin Tillinghast Quarterly's. | 0.20 |
| 02/15/06 | R. Barainca | Finalize December Monthly Application of Compensation for Towers Perrin Tillinghast. | 1.00 |
| 02/16/06 | R. Barainca | Finalize the Quarterly Interim Applications for Towers Perrin Tillinghast and send to C. Hartman for filing. | 2.50 |
| 02/16/06 | D. Fullem | Confer with R. Wyron and update fee charts. | 0.50 |
| 02/17/06 | R. Barainca | Scan and send Quarterly applications to C. Hartman. | 1.00 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

April 10, 2006
Invoice No. 1014004

| Date | Person | Description | Hours |
|---|---|---|---|
| 02/17/06 | D. Fullem | Prepare CNO for Swidler's December fee application. | 0.20 |
| 02/21/06 | D. Fullem | Review changes to Swidler prebills for Jan 1-Feb 3 with R. Malstrom. | 0.20 |
| 02/21/06 | D. Fullem | Prepare e-mail to J. Port at W. R. Grace regarding payment due for Swidler's November fee statement. | 0.20 |
| 02/23/06 | D. Fullem | Review e-mail from S. Bossay regarding issues with Swidler's July invoices for the quarterly period to be heard on March 27 (.2); discuss with R. Wyron (.1); gather invoices and discuss with R. Wyron and D. Felder (.6); research docket and provide to each of them the 7/19 hearing agenda (.3). | 1.10 |
| 02/23/06 | D. Felder | Review fee auditor's interim report (.1); conference with R. Wyron regarding same (.1); review agenda from December 19 hearing (.1). | 0.30 |
| 02/24/06 | R. Barainca | Prepare January Swidler Monthly Fee Application. | 2.30 |
| 02/24/06 | D. Fullem | Review e-mails from R. Wyron and D. Felder regarding proposed response to fee auditor's report on Swidler's sixth quarterly fee application (.4); prepare draft of letter to S. Bossay, fee auditor, and provide same for R. Wyron and D. Felder's review and comment (.5); review comments from D. Felder and revise and re-circulate to R. Wyron (.2). | 1.10 |
| 02/24/06 | D. Fullem | Respond to R. Wyron regarding questions on Swidler's final billing. | 0.10 |
| 02/24/06 | D. Fullem | Prepare e-mail to R. Malstrom at Swidler regarding any recent payments received to report in final monthly fee application; review response to same. | 0.20 |
| 02/24/06 | D. Felder | Review fee auditor's initial report (.2); review agenda from hearing on December 19 and prepare and revise response regarding same (.9); conference with R. Wyron regarding same (.3). | 1.40 |
| 02/24/06 | R. Wyron | Review auditor's report regarding Swidler and review draft response (.8); consult with Swidler (.3). | 1.10 |
| 02/26/06 | R. Wyron | Review monthly fee application for Swidler for January 1 to February 5, 2006. | 0.40 |
| 02/28/06 | R. Barainca | Edit the January Monthly Fee Application. | 0.80 |
| 02/28/06 | R. Barainca | Correspond with K. Boëger in regard to preparing the January Fee Application for Tillinghast. | 0.20 |
| 02/28/06 | R. Barainca | Correspond with J. Biggs in regard to describing the services performed within the Monthly Fee Application. | 0.10 |

|  |  |
|---|---|
| Total Hours | 31.00 |
| Total For Services | $6,154.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. –
17367
page 10

April 10, 2006
Invoice No. 1014004

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 21.00 | 140.00 | 2,940.00 |
| Debra Felder | 1.70 | 405.00 | 688.50 |
| Debra O. Fullem | 6.50 | 210.00 | 1,365.00 |
| Richard H. Wyron | 1.80 | 645.00 | 1,161.00 |
| Total All Timekeepers | 31.00 | $198.53 | $6,154.50 |

**Total For This Matter**                                    $6,154.50

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

April 10, 2006
Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/06/06 | D. Felder | Conference with R. Wyron regarding application to employ Orrick as bankruptcy counsel (.2); revise same (1.0). | 1.20 |
| 02/06/06 | R. Wyron | Review draft Orrick application and related documents (.7); confer with D. Felder (.3); review initial conflicts issues and draft summary (.4). | 1.40 |
| 02/07/06 | D. Felder | Draft and revise application to employ Orrick as bankruptcy counsel, Frankel declaration and proposed order. | 3.50 |
| 02/13/06 | D. Fullem | Confer with D. Felder regarding notice of appearance for Orrick. | 0.20 |
| 02/13/06 | D. Felder | Conference with R. Wyron regarding application to employ Orrick (.1); review and revise same (3.0). | 3.10 |
| 02/14/06 | R. Barainca | Conference with D. Fullem regarding procedure for review of the conflicts reports. | 0.70 |
| 02/14/06 | D. Fullem | Review conflict reports (1.0); discussions with R. Barainca regarding same (.2). | 1.20 |
| 02/14/06 | D. Felder | Conference with R. Barainca regarding application to employ Orrick and declaration and review same. | 0.50 |
| 02/15/06 | R. Barainca | Review the Conflicts Reports in connection with Application to Employ Orrick. | 7.60 |
| 02/15/06 | D. Fullem | Review conflict reports (1.8); telephone call from R. Barainca regarding same (.1). | 1.90 |
| 02/15/06 | D. Felder | Review and revise Orrick/Austern engagement letter (.2); telephone conference with R. Barainca regarding disclosures (.3). | 0.50 |
| 02/16/06 | R. Barainca | Conference with D. Fullem regarding procedures for the conflicts check. | 0.30 |
| 02/16/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 3.80 |
| 02/16/06 | D. Fullem | Review conflict reports. | 2.00 |
| 02/17/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 3.00 |
| 02/19/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 1.00 |
| 02/20/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 4.50 |
| 02/21/06 | R. Barainca | Review the conflicts reports in connection with Application to Employ Orrick. | 5.20 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

April 10, 2006
Invoice No. 1014004

| 02/21/06 | D. Fullem | Continue to review Orrick conflict reports in Grace matter. | 1.20 |
| 02/21/06 | D. Fullem | Confer with R. Barainca regarding application to employ Orrick in Grace. | 0.30 |
| 02/21/06 | D. Fullem | Confer with R. Wyron regarding conflict lists from Grace; review same for Bank of America connection. | 0.20 |
| 02/21/06 | R. Wyron | Review updated report for disclosures, and revise draft. | 1.10 |
| 02/22/06 | R. Barainca | Edit Application to Employ Orrick. | 0.80 |
| 02/22/06 | D. Fullem | Review application to employ Orrick with R. Barainca and discuss comments made by R. Wyron. | 0.50 |
| 02/22/06 | D. Fullem | Confer with D. Felder regarding status of notice of appearance of Orrick. | 0.10 |
| 02/22/06 | D. Fullem | Review Orrick conflict reports. | 1.00 |
| 02/22/06 | R. Wyron | Review revised first draft of application and declaration, and follow-up with responsible attorneys. | 1.70 |
| 02/23/06 | D. Fullem | Prepare notice of appearance for Orrick; provide to R. Wyron for review and comment. | 0.50 |
| 02/23/06 | D. Fullem | Continue to review Orrick conflict reports. | 1.00 |
| 02/24/06 | D. Fullem | Provide set of conflict reports to P. Reyes. | 0.20 |
| 02/24/06 | D. Felder | Review application to employ Orrick and declaration regarding same (.5); review application to employ Piper Jaffray and declaration regarding same (.6). | 1.10 |
| 02/24/06 | R. Wyron | Review and revise draft of specific disclosure provisions and consult with B. Breen. | 1.30 |
| 02/26/06 | R. Wyron | Review summaries of conflict reports for disclosures and draft inserts for declaration (4.8); revise application to employ Orrick and proposed order (1.1). | 5.90 |
| 02/27/06 | D. Fullem | Follow up with R. Wyron and R. Barainca regarding conflict reports and disclosures. | 1.00 |
| 02/27/06 | D. Felder | Review and revise application to employ Orrick and declaration regarding same (4.3); conference with R. Meade regarding same (.2). | 4.50 |
| 02/27/06 | R. Wyron | Continue review of conflicts reports and organize follow-up inquiries (1.7); send and review responses to emails regarding connections (.8). | 2.50 |
| 02/28/06 | D. Fullem | Follow up with R. Wyron and R. Barainca on Grace conflicts and disclosures. | 1.00 |
| 02/28/06 | D. Felder | Review list of parties and conflicts for Frankel declaration relating to application to employ Orrick. | 2.50 |
| 02/28/06 | R. Wyron | Review additional disclosure items and follow-up. | 0.70 |

Total Hours                70.70
Total For Services                $22,610.50

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

April 10, 2006
Invoice No. 1014004

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 26.90 | 140.00 | 3,766.00 |
| Debra Felder | 16.90 | 405.00 | 6,844.50 |
| Debra O. Fullem | 12.30 | 210.00 | 2,583.00 |
| Richard H. Wyron | 14.60 | 645.00 | 9,417.00 |
| Total All Timekeepers | 70.70 | $319.81 | $22,610.50 |

**Total For This Matter**                    **$22,610.50**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

April 10, 2006
Invoice No. 1014004

For Legal Services Rendered Through February 28, 2006 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 02/21/06  R. Frankel | Non-working travel to/from Wilmington. | | 3.00 |

| | | |
|---|---|---|
| Total Hours | 3.00 | |
| Total For Services | | $1,087.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 3.00 | 362.50 | 1,087.50 |
| Total All Timekeepers | 3.00 | $362.50 | $1,087.50 |

| | |
|---|---|
| **Total For This Matter** | **$1,087.50** |

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 209.20 | |
| Total Fees, all Matters | | $89,026.00 |
| Total Disbursements, all Matters | | $0.00 |
| Total Amount Due | | $89,026.00 |