# EXHIBIT B
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# FEE APPLICATION FOR THE TIME PERIOD
# <u>MARCH 1-31, 2006</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| Debtors. | ) | Objection Deadline: June 26, 2006 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

**NOTICE OF FILING OF
SECOND MONTHLY INTERIM APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE**

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Orrick, Herrington & Sutcliffe LLP, counsel to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its Second Monthly Application of Orrick,

Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of

Expenses as counsel to the FCR for the time period March 1, 2006 through March 31, 2006,

seeking payment of fees in the amount of $93,813.00 (80% of $117,266.25) and expenses in the

amount of $7,501.32, for a total amount of $101,314.32 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 26, 2006 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 2, 2006                    By:_____
                                          Roger Frankel, admitted *pro hac vice*
                                          Richard H. Wyron, admitted *pro hac vice*
                                          The Washington Harbour
                                          3050 K Street, NW
                                          Washington, DC 20007
                                          (202) 339-8400
                                          Co-Counsel to David T. Austern, Future Claimants
                                          Representative

                                       —and—

                                          PHILLIPS, GOLDMAN & SPENCE, P.A.
                                          John C. Phillips, Jr. (#110)
                                          1200 North Broom Street
                                          Wilmington, DE 19806
                                          (302) 655-4200
                                          (302) 655-4210 (fax)
                                          Co-Counsel to David T. Austern, Future Claimants
                                          Representative

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 26, 2006 at 4:00p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO SECOND MONTHLY INTERIM APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MARCH 1, 2006 THROUGH MARCH 31, 2006**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006 |
| Period for which compensation is sought: | March 1, 2006 through March 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $117,266.25 |
| 80% of fees to be paid: | $93,813.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 7,501.32 |
| Total Fees @ 80% and 100% Expenses: | $101,314.32 |

This is an:  ___ interim   _X_ monthly   ___ final application.

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

.   The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and $0.00 in expenses for Orrick's fee applications and 39.90 hours and $7,182.50 in fees and no expenses for the FCR and/or his other professionals' fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's second interim fee application for the period March 1-31, 2006.

To date, Orrick has not received payments from the Debtors during this year.

### COMPENSATION SUMMARY
### MARCH 1-31, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Stephen G. Foresta | Partner, 8 years in position; 17 years relevant experience; 1988, Litigation | $675 | 1.20 | $810.00 |
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 66.10 | $47,016.25[2] |
| Robert F. Lawrence | Partner, 3 years in position; 20 years relevant experience; 1983, Environmental Law, Bankruptcy | $600 | 4.50 | $2,700.00 |
| Garret G. Rasmussen | Partner, 1.5 years in position; 32 years relevant experience; 1974, Litigation. | $645 | 2.00 | $1,290.00 |
| Michael T. Stolper | Partner, 5 years in position; 13 years relevant experience; 1993, Insurance | $585 | 2.00 | $1,170.00 |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 55.80 | $34,507.50[3] |
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $500 | 11.00 | $5,500.00 |

---

2 This amount reflects a reduction of $906.25 for the 50% discount rate non-working travel.
3 This amount reflects a reduction of $1,483.50 for the 50% discount rate non-working travel.

## COMPENSATION SUMMARY, CONT'D
### MARCH 1-31, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 38.50 | $15,592.50 |
| Rachael M. Barainca | Legal Assistant | $140 | 41.30 | $5,782.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 13.80 | $2898.00 |
| Total | | | 236.20 | $117,266.25 |
| Blended Rate: $496.47 | | | | |

## COMPENSATION BY PROJECT CATEGORY
### MARCH 1-31, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 7.60 | $1,104.50 |
| Compensation of Professionals-Other | 39.90 | $7,182.50 |
| Litigation | 62.70 | $35,105.50 |
| Insurance | 6.20 | $3,875.00 |
| Due Diligence | 4.50 | $2,700.00 |
| Plan & Disclosure Statement | 86.00 | $57,403.00 |
| Retention of Professionals-Other | 3.20 | $939.00 |
| Retention of Professionals-Orrick | 19.00 | $6,567.00 |
| Travel Time (Non-Working) | 7.10 | $2,389.75 |
| TOTAL | 236.20 | $117,266.25 |

-3-

**EXPENSE SUMMARY**
**MARCH 1-31, 2006**

| Expense Category | Total |
|---|---|
| Duplicating | $3,008.95 |
| Facsimile | $5.00 |
| Telephone | $5.65 |
| Postage | $569.81 |
| Westlaw Research | $393.10 |
| Hotel | $1,598.02 |
| Taxi | $104.79 |
| Parking | $108.00 |
| Meals | $500.70 |
| Airfare | $1,207.30 |
| TOTAL | $7,501.32 |

Orrick's Client Charges and Disbursements Policy effective January 1, 2006, is as follows:

a.    *Duplicating* -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.    *Long Distance Telephone and Facsimile Charges* -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.    *Messenger and Courier Service* -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.    *Overtime* -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

    e.    ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for free internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 2, 2006        By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Orrick as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Orrick as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 2nd DAY OF JUNE, 2006

_Cheryl L. Best_
Notary Public

My commission expires: _11-14-10_

**EXHIBIT A**



**ORRICK**

David Austern, Futures Claims Representative for                        April 15, 2006
W.R. Grace & Co.                                                        Client No. 17367
c/o Claims Resolution Management Corp.                             Invoice No. 1009863
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

                                                          Orrick Contact: Roger Frankel

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter: 2 – Case Administration**

| | | | |
|---|---|---|---|
| 03/01/06 | R. Barainca | Update pleadings binders. | 0.30 |
| 03/02/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/02/06 | R. Barainca | Update pleadings binders. | 2.00 |
| 03/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/06/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/07/06 | D. Fullem | Review e-mail from R. Meade regarding service list; research system for same; e-mail service list to R. Meade. | 0.20 |
| 03/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/13/06 | D. Felder | Review docket regarding recently filed pleadings. | 0.10 |
| 03/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/16/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/20/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/22/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/29/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/30/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/31/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

Total Hours                    7.60
Total For Services                              $1,104.50



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

April 15, 2006
Invoice No. 1009863

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 7.30 | 140.00 | 1,022.00 |
| Debra Felder | 0.10 | 405.00 | 40.50 |
| Debra O. Fullem | 0.20 | 210.00 | 42.00 |
| Total All Timekeepers | 7.60 | $145.33 | $1,104.50 |

Disbursements
    Duplicating Expense           2.20
    Facsimile                  3.00
    Telephone               0.40

Total Disbursements         $5.60

**Total For This Matter**         $1,110.10



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  5 - Due Dilligence**

| | | | |
|---|---|---|---|
| 03/12/06 | R. Lawrence | Review stipulations and background summary regarding CHL environmental claims settlement (.8); prepare written list of issues, questions and advice for client regarding concerns about amount and necessity for settlement (1.0). | 1.80 |
| 03/15/06 | R. Lawrence | Review questions posed by committee to debtor in connection with proposed environmental settlement of CHL claims (.3); provide advice to R. Wyron regarding scope of our review and memo and review followup message from debtor's counsel (.1). | 0.40 |
| 03/20/06 | R. Lawrence | Review responses from debtor regarding CHL settlement (.2); prepare summary of comments and advice to R. Wyron regarding same (.3). | 0.50 |
| 03/21/06 | R. Lawrence | Review research on background issues relating to site contamination (.2); prepare written summary of new information for R. Wyron (.1). | 0.30 |
| 03/23/06 | R. Lawrence | Review revised Stipulation Agreement prepared by debtor's counsel (.3); discuss Stipulated Agreement with R. Wyron to identify best process for providing comments and focus (.1); prepare comments on the Stipulated Agreement and list of issues for note to R. Wyron and debtor's counsel (.3). | 0.70 |
| 03/24/06 | R. Lawrence | Read message from Grace's counsel and provide list of questions for review (.3). | 0.30 |
| 03/29/06 | R. Lawrence | Discuss responses to questions on CHL claim settlement proposal with S. Bianca (.3); prepare advice for R. Wyron regarding results of discussion (.2). | 0.50 |

|  | | |
|---|---|---|
| Total Hours | 4.50 | |
| Total For Services | | $2,700.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Robert F. Lawrence | 4.50 | 600.00 | 2,700.00 |
| Total All Timekeepers | 4.50 | $600.00 | $2,700.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

April 15, 2006
Invoice No. 1009863

**Total For This Matter**                    **$2,700.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 03/23/06 | R. Frankel | Telephone conference with S. Foresta re insurance coverage issues; confer with R. Wyron re same. | 0.40 |
| 03/31/06 | D. Felder | Review docket regarding insurance settlement agreements and telephone conference with R. Meade regarding same (.2); conference call with R. Frankel and insurance team and email regarding same (.3). | 0.50 |
| 03/31/06 | M. Stolper | Call with R. Frankel and S. Foresta regarding insurance coverage issues (.6); review Grace bankruptcy docket and Grace insurance coverage related cases (1.4). | 2.00 |
| 03/31/06 | R. Wyron | Review proposed Equitas settlement and e-mails regarding same (1.2); call to D. Felder on insurance call with litigation team, and follow-up (.3). | 1.50 |
| 03/31/06 | S. Foresta | Telephone conference with R. Frankel, D. Felder, M. Stolper to discuss insurance issues in Grace bankruptcy; begin review and analysis of Equitas/Grace settlement agreement. | 1.20 |
| 03/31/06 | R. Frankel | Review issues re proposed Equitas settlement; telephone conference with S. Foresta, M. Stolper re case issues, Equitas settlement. | 0.60 |

Total Hours  6.20
Total For Services  $3,875.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.50 | 405.00 | 202.50 |
| Stephen G. Foresta | 1.20 | 675.00 | 810.00 |
| Roger Frankel | 1.00 | 725.00 | 725.00 |
| Michael T. Stolper | 2.00 | 585.00 | 1,170.00 |
| Richard H. Wyron | 1.50 | 645.00 | 967.50 |
| Total All Timekeepers | 6.20 | $625.00 | $3,875.00 |

Disbursements
   Duplicating Expense                         209.85
                     Total  Disbursements                     $209.85



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -         April 15, 2006
17367                                                                      Invoice No. 1009863
page 6

**Total For This Matter**            **$4,084.85**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 03/01/06 | D. Felder | Review docket and numerous recently filed motions (1.9); telephone conference with J. Liesemer regarding discovery and Grace's historical claims database (.1); e-mail correspondence to L. Weiss regarding estimation and amended case management order regarding asbestos personal injury claims (.1); review Debtors' draft revised case management order regarding asbestos personal injury claims (.5). | 2.60 |
| 03/01/06 | R. Wyron | Review e-mails regarding discussion items for 3/2 call and organize notes (.7); review mediator order (.4);  review e-mails regarding selection of mediator (.3). | 1.40 |
| 03/02/06 | D. Felder | Telephone conference with Debtors' counsel, Grace employees, counsel for the PI Committee and Equity Committee and others regarding Grace's historical claims database. | 1.10 |
| 03/02/06 | R. Wyron | Review issues for database call (.6); participate in call on status of database and Tillinghast questions, and follow-up notes (1.3); review mediator order as revised (.3); review mediator correspondence (.3.). | 2.50 |
| 03/02/06 | R. Frankel | Confer with R. Wyron re estimation litigation; notes re same. | 0.60 |
| 03/02/06 | R. Frankel | Review e-mails re mediator restrictions, order appointing mediator. | 0.50 |
| 03/03/06 | D. Felder | Review expert stipulation for estimation hearing (.3); review Debtors' draft revised case management order (.5). | 0.80 |
| 03/03/06 | R. Frankel | Review revised order re mediator (.3); series of e-mails re same (.2). | 0.50 |
| 03/03/06 | R. Frankel | Telephone conference with D. Austern re selection of J. Pointer as mediator. | 0.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -          April 15, 2006
17367                                                                       Invoice No. 1009863
page 8

| | | | |
|---|---|---|---|
| 03/06/06 | D. Felder | Review draft revised case management order for PI estimation (.1); review certification of counsel and proposed order regarding PI CMO and exclusivity and various other recently filed pleadings (1.0); e-mail to J. Biggs regarding draft revised CMO (.1); review Debtors' motion to extend and modify DIP financing, motion to amend Credit Agreement with Advanced Refining Technologies, motion authorizing settlement with the Port Authority of New York and New Jersey, motion to seek discovery from Dr. Alan Whitehouse, Libby Claimants' motion for payment of certain expenses in connection with claims estimation and plan process, motion to expand scope of Latham & Watkins employment as special counsel, and application to employ Bowe & Fernicola as special New Jersey real estate counsel (4.5). | 5.70 |
| 03/06/06 | R. Wyron | Review draft CMO and e-mail from J. Biggs. | 0.60 |
| 03/07/06 | D. Felder | Review Debtors' notices of deposition of Doctors Coulter, Gaziano, Lucas, Mitchell, Schonfeld and Segarra (.3); conference with R. Wyron regarding draft revised CMO and CMS database issues (.2); review draft revised CMO and email to N. Finch and J. Liesemer regarding same (.2); review email from J. Biggs regarding CMS database issues (.1); review spreadsheets from J. Biggs and notes and prepare email regarding same (.8). | 1.60 |
| 03/07/06 | R. Wyron | Review CMO and comments (.4); provide comments on CMO to D. Felder and follow-up (.3); review e-mails on CMO comments (.3); call with L. Strauch-Weiss regarding litigation strategy and follow-up notes (.8); review D. Felder memorandum on pending motions (.3). | 2.10 |
| 03/07/06 | R. Frankel | Review e-mails re mediator, participation in mediation, meetings before mediation. | 0.60 |
| 03/07/06 | R. Frankel | Review estimation issues in preparation for call with L. Strauch Weiss; telephone conference with R. Wyron, L. Strauch Weiss re estimation litigation. | 0.80 |
| 03/08/06 | D. Felder | Review exhibits to Debtors' motion to seek discovery from Dr. Alan Whitehouse and other motions for March 27 omnibus hearing. | 1.80 |
| 03/08/06 | R. Wyron | Call with B. Harding regarding Libby fees motion and discovery (.4); confer with R. Frankel regarding strategy and follow-up notes (.4) | 0.80 |
| 03/08/06 | R. Frankel | Series of e-mails re mediation, meetings in NY (.4); confer with R. Wyron in preparation for meeting with D. Austern, mediation (.4). | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

April 15, 2006
Invoice No. 1009863

| 03/09/06 | D. Felder | Telephonic participation in Dr. Walter Allan Oaks deposition. | 6.30 |
|---|---|---|---|
| 03/09/06 | R. Wyron | Review revised CMO (.2); review proposed environmental settlement (CHL) (.3). | 0.50 |
| 03/09/06 | R. Frankel | Confer with D. Austern, J. Radecki, R. Wyron re solvency analysis, preparation for mediation (1.3); telephone conference with Judge Pointer (.6). | 1.90 |
| 03/10/06 | D. Felder | Review order extending exclusive periods and appointing plan mediator (.2); review Swidler's motion to withdraw and application to employ Orrick (.3). | 0.50 |
| 03/10/06 | R. Frankel | Review letter from counsel for debtor re mediation (.2); review issues re Libby claimants (.2); review letter forwarded by U.S. Trustee re same (.5). | 0.90 |
| 03/11/06 | R. Frankel | Review issues re Libby claimants, letter from Cohn re special Libby committee, series of e-mails re same. | 0.60 |
| 03/12/06 | R. Frankel | Review Libby motion to pay fees, Grace motion to seek discovery of Whitehouse, Grace brief re stay of matter v. Montana. | 1.30 |
| 03/12/06 | R. Frankel | Review client memo re Libby claims, notes re same. | 0.70 |
| 03/13/06 | R. Wyron | Confer with Orrick litigators on estimation process and follow-up (.6); review e-mails on potential environmental settlement (.3.) | 0.90 |
| 03/13/06 | R. Frankel | Telephone conference with D. Austern re Libby memo, response to US Trustee. | 0.40 |
| 03/13/06 | R. Frankel | Review with R. Wyron issues re Libby claimants, response to U.S. Trustee. | 0.40 |
| 03/14/06 | D. Felder | Review docket and Libby Claimants' motion for payment of fees relating to estimation and plan process. | 0.20 |
| 03/14/06 | G. Rasmussen | Conference with R. Frankel and R. Wyron on evaluation of claims matter; preparation of memo setting forth issues that we will need to explore. | 2.00 |
| 03/14/06 | R. Wyron | Organize materials for meeting with litigation team (.6); meet with G. Rasmussen regarding estimation proceedings, and follow-up (1.1); draft letter to US Trustee re Libby committee request (.3). | 2.00 |
| 03/14/06 | R. Frankel | Confer with G. Rasmussen, R. Wyron re estimation proceeding, strategy; confer with D. Felder re same. | 1.10 |
| 03/15/06 | R. Wyron | Review response from B. Lawrence on proposed CML stipulation. | 0.20 |
| 03/17/06 | D. Felder | Review docket and US Trustee's objection to Libby's motion for payment of fees (.4); review Unsecured Creditors' Committee's objection to same (.3); review PI Committee's objection to same (.3). | 1.00 |
| 03/17/06 | R. Wyron | Finalize letter to US Trustee re Libby Committee. | 0.30 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

April 15, 2006
Invoice No. 1009863

| | | | |
|---|---|---|---|
| 03/18/06 | R. Frankel | Review D. Austern memo re Libby; e-mail D. Austern re same. | 0.70 |
| 03/20/06 | D. Felder | Review Debtors' status report regarding PI questionnaires and agenda for omnibus hearing on March 27 (.3); prepare summary email to R. Frankel and R. Wyron regarding same (.7). | 1.00 |
| 03/21/06 | D. Felder | Telephone conference with D. Austern regarding Debtors' reply to Libby's motion for payment of fees. | 0.10 |
| 03/21/06 | R. Frankel | Review Grace status report, exhibits, summary of same (.7); review agenda re 3/27 hearing and review with D. Felder (.2.) | 0.90 |
| 03/22/06 | D. Felder | Review daily docket circulation and recently filed pleadings. | 0.30 |
| 03/22/06 | R. Wyron | Review correspondence from US Trustee on Libby request, and follow-up e-mails. | 0.30 |
| 03/22/06 | R. Frankel | Telephone conference with T. Freedman re status; notes re same. | 0.30 |
| 03/23/06 | R. Wyron | Review proposed CHL settlement correspondence (.3); review pleadings and open items for 3/27 hearing (.4). | 0.70 |
| 03/24/06 | D. Felder | Review recently filed pleadings. | 0.50 |
| 03/24/06 | R. Wyron | Review e-mails and hearing agenda (.3); review e-mails on CHL stipulation (.2). | 0.50 |
| 03/27/06 | D. Felder | Telephonic participation in omnibus hearing (1.2); prepare summary e-mail to R. Wyron regarding same (.1). | 1.30 |
| 03/27/06 | R. Wyron | Review agenda and e-mails regarding hearing. | 0.60 |
| 03/27/06 | R. Frankel | Review file in preparation for hearing; attend hearing by telephone conference. | 0.70 |
| 03/27/06 | R. Frankel | Attend hearing by telephone conference on status report, questionnaire, etc.; review e-mail re same. | 1.40 |
| 03/27/06 | R. Frankel | Telephone conference with D. Bernick re Libby issues; prepare notes re same. | 0.30 |
| 03/28/06 | R. Frankel | Review materials re Libby claimants, discovery of Dr. Whitehead, related pleadings. | 2.20 |
| 03/29/06 | D. Felder | Telephone conference with R. Wyron regarding restitution. | 0.10 |
| 03/29/06 | D. Felder | Review daily docket and recently filed pleadings. | 0.30 |
| 03/29/06 | R. Wyron | Review e-mails regarding scheduling and status of questionnaire responses, and follow-up. | 0.40 |
| 03/29/06 | R. Frankel | Review with R. Wyron issues re Libby claimants, discovery, April 17 hearing; notes re same. | 0.60 |
| 03/30/06 | D. Felder | Research regarding restitution. | 3.00 |
| 03/31/06 | D. Felder | Telephone conference with J. Biggs regarding PI estimation. | 0.20 |

Total Hours             62.70



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

April 15, 2006
Invoice No. 1009863

Total For Services                                                   $35,105.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 28.40 | 405.00 | 11,502.00 |
| Roger Frankel | 18.50 | 725.00 | 13,412.50 |
| Garret G. Rasmussen | 2.00 | 645.00 | 1,290.00 |
| Richard H. Wyron | 13.80 | 645.00 | 8,901.00 |
| Total All Timekeepers | 62.70 | $559.90 | $35,105.50 |

Disbursements
    Duplicating Expense     2,796.30
    Facsimile     2.00
    Postage     564.80
    Westlaw Research     393.10

Total  Disbursements                                 $3,756.20


**Total For This Matter**                                 $38,861.70



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/01/06 | R. Wyron | Confer with Caplin and financial advisors on plan issues, and follow-up notes (1.9); confer with financial advisors and R. Frankel, and follow-up (.6). | 2.50 |
| 03/01/06 | R. Frankel | Confer with Messrs. Inselbuch, Lockwood, Wyron, Radecki, Tersigni and others re plan financial issues. | 2.70 |
| 03/01/06 | R. Frankel | Confer with R. Wyron in preparation for meeting at Caplin & Drysdale; prepare for meeting and review file. | 0.90 |
| 03/01/06 | R. Frankel | Review proposed order for mediation from J. Baer, series of e-mails re same. | 0.60 |
| 03/01/06 | R. Frankel | Review Piper Jaffray presentation during travel to DC, review possible plan scenarios (.8); travel to DC (working) (1.0). | 1.80 |
| 03/05/06 | R. Frankel | Series of e-mails with P. Lockwood re next steps, strategy. | 0.60 |
| 03/06/06 | R. Wyron | Call with Plan Mediator and follow-up notes (.9); call with D. Austern and R. Frankel regarding further meetings (.4). | 1.30 |
| 03/06/06 | R. Frankel | Series of e-mails re appointment of J. Pointer as mediator, nitial call; prepare for telephone conference. | 0.70 |
| 03/06/06 | R. Frankel | Telephone conference with J. Pointer re mediation (.5); telephone conference with D. Austern re same (.3). | 0.80 |
| 03/06/06 | R. Frankel | Review J. Pointer affidavit; review series of e-mails re J. Pointer, associate; review revised order of appointment. | 0.60 |
| 03/08/06 | R. Frankel | Confer with R. Wyron re status; review e-mails re same. | 0.50 |
| 03/09/06 | R. Wyron | Meet with Piper Jaffray to prepare for meeting with D. Austern (.4); meet with D. Austern and Piper Jaffray on plan issues, and follow-up notes (1.3). | 1.70 |
| 03/10/06 | R. Wyron | Review correspondence on mediation structure and timing. | 0.40 |
| 03/10/06 | R. Frankel | Telephone conference with J. Radecki re environmental issues; e-mails re Judge Pointer mediation. | 0.60 |
| 03/11/06 | R. Frankel | Review file in preparation for mediation. | 0.40 |
| 03/13/06 | R. Wyron | Prepare and organize notes for 3/15 to 3/17 meetings. | 1.40 |
| 03/13/06 | R. Frankel | Review file in preparation for mediation; review E. Inselbuch letter; review AP article from client. | 1.70 |
| 03/14/06 | R. Frankel | Review Piper Jaffray presentation, prepare notes for mediation. | 1.60 |
| 03/14/06 | R. Frankel | Telephone conference with D. Austern re mediation; notes re same. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

April 15, 2006
Invoice No. 1009863

| Date | Person | Description | Hours |
|---|---|---|---|
| 03/15/06 | R. Wyron | Prepare outline for meeting with E. Inselbuch and follow-up notes (1.3); meet with E. Inselbuch and follow-up notes (1.3); prepare notes for mediator (.6). | 2.30 |
| 03/15/06 | R. Frankel | Review file in preparation for meetings during travel to NY. | 1.60 |
| 03/15/06 | R. Frankel | Confer with E. Inselbuch re mediation, various plan scenarios. | 2.30 |
| 03/15/06 | R. Frankel | Confer with R. Wyron in preparation for mediation. | 1.00 |
| 03/16/06 | R. Wyron | Prepare for mediation session, and meet with R. Frankel (.8); participate in mediation session (8.2); confer with D. Austern regarding strategy and follow-up notes (.8); review pleadings on Libby motion regarding fees (.3). | 10.10 |
| 03/16/06 | R. Frankel | Review file in preparation for mediation (.5); confer with R. Wyron prior to mediation (.7). | 1.20 |
| 03/16/06 | R. Frankel | Attend mediation at Kirkland (NY). | 8.80 |
| 03/16/06 | R. Frankel | Confer with D. Austern, R. Wyron re mediation. | 1.40 |
| 03/17/06 | R. Wyron | Strategy discussion before mediation session (.6); participate in mediation session (3.8); follow-up notes and strategy discussion (.5). | 4.90 |
| 03/17/06 | R. Frankel | Confer with R. Wyron in preparation for second mediation session. | 0.90 |
| 03/17/06 | R. Frankel | Attend mediation session at Kirkland (4.5); notes re same (.3). | 4.80 |
| 03/17/06 | R. Frankel | Review file post mediation during travel to DC. | 0.40 |
| 03/21/06 | R. Wyron | Review notes to prepare for next mediation session. | 0.50 |
| 03/22/06 | R. Wyron | Review materials for mediation session (.3); confer with R. Frankel on strategy (.2); call with J. Radecki regarding financial issues (.3); participate in mediation session, and follow-up notes (3.6). | 4.40 |
| 03/22/06 | R. Frankel | Review file in preparation for resumption of mediation. | 0.70 |
| 03/22/06 | R. Frankel | Confer with J. Pointer and others for continued mediation with PD and PI committees at Caplin & Drysdale (DC). | 3.90 |
| 03/23/06 | M. Wallace | Discuss mediation status and negotiations with PD claimants with R. Wyron (.3); begin review of current Grace plan documents (4.0). | 4.30 |
| 03/23/06 | R. Wyron | Confer with R. Frankel on status and follow-up (.3); begin review of insurance data for PI/PD analysis (.6); respond to confidentiality agreement inquiry from debtors (.2). | 1.10 |
| 03/23/06 | R. Frankel | Review on Excel various scenarios for settlement with PD claimants, mediation outcomes. | 1.80 |
| 03/23/06 | R. Frankel | Telephone conference with J. Brownstein, J. Radecki re plan scenarios (.3); confer with R. Wyron re mediation status (.3). | 0.60 |
| 03/24/06 | M. Wallace | Continue review of plan provisions (2.9). | 2.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

April 15, 2006
Invoice No. 1009863

| 03/24/06 | R. Wyron | Call with Piper Jaffray on plan issues. | 0.30 |
| 03/27/06 | M. Wallace | Continue review of plan provisions (3.8). | 3.80 |
| 03/30/06 | R. Frankel | Telephone conference with S. Baena re mediation; notes re same. | 0.30 |
| 03/30/06 | R. Frankel | Telephone conference with J. Radecki re pension obligation issues. | 0.30 |
| 03/30/06 | R. Frankel | Telephone conference with E. Inselbuch re mediation. | 0.20 |

Total Hours    86.00
Total For Services    $57,403.00

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Roger Frankel | 44.10 | 725.00 | 31,972.50 |
| Mary A. Wallace | 11.00 | 500.00 | 5,500.00 |
| Richard H. Wyron | 30.90 | 645.00 | 19,930.50 |
| Total All Timekeepers | 86.00 | $667.48 | $57,403.00 |

Disbursements
| | |
| --- | --- |
| Hotel | 1,598.02 |
| Local Taxi Expense | 89.70 |
| Out of Town Business Meals | 500.70 |
| Parking Expense | 108.00 |
| Postage | 0.39 |
| Telephone | 5.25 |
| Travel Expense, Air Fare | 636.88 |
| Travel Expense, Local | 15.09 |
| Travel Expense, Out of Town | 570.42 |

Total Disbursements    $3,524.45

Total For This Matter    $60,927.45



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. – 17367
page 15

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 03/01/06 | D. Felder | Review and finalize application to employ Piper Jaffray and J. Radecki declaration. | 0.40 |
| 03/01/06 | R. Wyron | Review final Piper Jaffray application. | 0.30 |
| 03/06/06 | D. Fullem | Prepare notice of motion to withdraw Swidler. | 0.20 |
| 03/09/06 | D. Fullem | Coordinate filing of Swidler's Motion to Withdraw as Counsel to the Debtors. | 0.20 |
| 03/09/06 | D. Fullem | Forward Notice of Motion for Leave to Withdraw Swidler Berlin to C. Hartman. | 0.10 |
| 03/09/06 | D. Fullem | Forward Certificate of Service to Motion for Leave to Withdraw Swidler to C. Hartman. | 0.10 |
| 03/09/06 | D. Fullem | Prepare e-mail to C. Hartman regarding filing of Motion to Withdraw Swidler Berlin; review and reply to e-mails regarding same. | 0.20 |
| 03/23/06 | D. Fullem | Prepare Certificate of No Objection for Piper Jaffray employment; coordinate filing of same. | 0.60 |
| 03/23/06 | D. Fullem | Review and respond to e-mail from D. Felder regarding preparation of CNO for Piper Jaffray employment application. | 0.10 |
| 03/29/06 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO on Swidler's motion for leave to withdraw; prepare CNO on same. | 0.40 |
| 03/31/06 | D. Fullem | Review Swidler fee applications for January monthly and quarterly and provide comments to R. Barainca prior to filing. | 0.30 |
| 03/31/06 | D. Felder | Review engagement letter from Tillinghast and application and order to employ Tillinghast. | 0.30 |

|  |  |  |
|---|---|---|
| Total Hours | 3.20 | |
| Total For Services | | $939.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.70 | 405.00 | 283.50 |
| Debra O. Fullem | 2.20 | 210.00 | 462.00 |
| Richard H. Wyron | 0.30 | 645.00 | 193.50 |
| Total All Timekeepers | 3.20 | $293.44 | $939.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                April 15, 2006
17367                                                                             Invoice No. 1009863
page 16

Disbursements
        Postage                                        1.83
                                    Total  Disbursements                                $1.83


                                    Total For This Matter                             $940.83



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 03/01/06 | R. Barainca | Continue preparing Swidler's January Monthly Fee Application. | 0.40 |
| 03/02/06 | R. Barainca | Prepare Certificate of No Objection for CIBC's December 2005 Monthly Fee Application. | 0.20 |
| 03/02/06 | R. Barainca | Prepare Certificate of No Objection for Swidler's December 2005 Monthly Fee Application. | 0.20 |
| 03/02/06 | R. Barainca | Search docket for duplicate entries of CIBC Nineteenth Monthly. | 0.50 |
| 03/02/06 | R. Barainca | Discuss the duplicate entries of the CIBC Nineteenth Monthly entered on the docket with D. Fullem. | 0.20 |
| 03/02/06 | R. Barainca | Prepare Certificate of No Objection for CIBC's November 2005 Monthly Fee Application. | 0.20 |
| 03/02/06 | D. Fullem | Review e-mail from D. Klauder from US Trustee's office regarding Swidler's sixth quarterly fee statement (.2); review and respond to e-mails from R. Wyron and D. Felder regarding same (.4); prepare e-mail to D. Klauder regarding new firm and coordinate response with Swidler (.2). | 0.80 |
| 03/02/06 | R. Wyron | Review inquiry from UST on Swidler fees. | 0.10 |
| 03/03/06 | R. Barainca | Finalize Swidler's January Monthly and send to C. Hartman for filing. | 1.00 |
| 03/03/06 | R. Barainca | Finalize Certificate of No Objection for Swidler's December 2005 Monthly and send to C. Hartman for filing. | 0.20 |
| 03/03/06 | R. Barainca | Finalize Certificate of No Objection for CIBC's November 2005 Monthly and send to C. Hartman for filing. | 0.20 |
| 03/03/06 | D. Felder | Review fee auditor's final report of Swidler Berlin for 18th interim period. | 0.10 |
| 03/06/06 | R. Barainca | Prepare Seventh Quarterly Application for Compensation for Swidler regarding the period October 1-December 31, 2005. | 2.80 |
| 03/06/06 | R. Barainca | Prepare Eighth Quarterly Application for Compensation for Swidler regarding the period January 1, 2005 through February 5, 2006. | 0.90 |
| 03/06/06 | R. Wyron | Prepare response to US Trustee inquiry and follow-up with Swidler (.4); convey resolution to US Trustee (.1); outline certificate of counsel (.2). | 0.70 |
| 03/07/06 | R. Barainca | Continue preparing Swidler Eighth Quarterly. | 1.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -    April 15, 2006
17367                                                                    Invoice No. 1009863
page 18

| | | | |
|---|---|---|---|
| 03/07/06 | D. Fullem | Prepare draft of certification of counsel relating to Swidler's agreed upon fee reduction with the US Trustee and fee auditor and proposed e-mail to Debtors' counsel; forward to R. Wyron for review and comment. | 0.80 |
| 03/07/06 | R. Wyron | Review status of fee applications for Swidler and other FCR professionals (.4); review certificate of counsel with U.S. Trustee (.2). | 0.60 |
| 03/08/06 | R. Barainca | Edit Seventh Quarterly Application for Swidler. | 0.90 |
| 03/08/06 | R. Barainca | Edit Eighth Quarterly Application for Swidler. | 0.90 |
| 03/08/06 | R. Barainca | Determine the monthly and quarterly Applications of Compensation that need to be prepared for David Austern. | 1.30 |
| 03/08/06 | D. Fullem | Review e-mail from R. Barainca regarding fee applications to be prepared for D. Austern; prepare e-mail to D. Austern requesting invoices for the specific time periods so that fee applications may be prepared and submitted. | 0.40 |
| 03/09/06 | R. Barainca | Prepare the Certificate of No Objection for Tillinghast for the December Fee Application and send to C. Hartman for filing. | 0.40 |
| 03/09/06 | R. Barainca | Continue preparing the Seventh Quarterly Fee Application for Swidler. | 1.50 |
| 03/09/06 | R. Barainca | Continue preparing the Eighth Quarterly Fee Application for Swidler. | 0.90 |
| 03/09/06 | D. Fullem | Confer with R. Wyron regarding certification of counsel on agreed upon reduction to Swidler fees; prepare edits to certification and forward to R. Wyron for final review. | 0.40 |
| 03/09/06 | D. Fullem | Review status of Swidler and D. Austern fee applications with R. Barainca. | 0.20 |
| 03/09/06 | R. Wyron | Review final certificate of counsel for D. Klauder (UST) review. | 0.20 |
| 03/10/06 | D. Fullem | Confer with R. Wyron regarding final version of Certification of Counsel on agreed upon fee reduction with US Trustee and Fee Auditor; forward same to C. Hartman to obtain J. Phillips signature and coordinate filing with Court. | 0.50 |
| 03/13/06 | D. Fullem | Confer with R. Barainca regarding D. Austern's invoices and fee applications to be prepared for same. | 0.20 |
| 03/14/06 | D. Fullem | Review records and prepare list of payments received from Debtors since January 1. | 0.20 |
| 03/14/06 | D. Fullem | Confer with R. Barainca regarding questions on D. Austern's fee applications and status of payments. | 0.20 |
| 03/14/06 | D. Fullem | Review e-mail from S. Bossay along with charts regarding Swidler's fees and expenses; forward same to R. Wyron to review and comment prior to responding. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -    April 15, 2006
17367    Invoice No. 1009863
page 19

| 03/14/06 | D. Fullem | Provide information to R. Wyron regarding date of filing of certification of counsel on fees and expenses as reduced by Swidler. | 0.10 |
| 03/16/06 | D. Fullem | Review and respond to e-mail from S. Bossay regarding Swidler's agreed fee reduction. | 0.20 |
| 03/16/06 | D. Fullem | Review and reply to e-mail from S. Bossay regarding agreed upon fee reduction and provide him with copy of Certification of Counsel. | 0.30 |
| 03/20/06 | R. Barainca | Prepare August 2005 Monthly for D. Austern. | 0.80 |
| 03/21/06 | R. Barainca | Prepare December 2005 Monthly Fee Application for D. Austern. | 1.00 |
| 03/21/06 | R. Barainca | Prepare February 2006 Monthly Fee Application for D. Austern. | 0.70 |
| 03/21/06 | R. Barainca | Update January 2006 Monthly Fee Application for Tillinghast and e-mail to K. Boeger. | 0.60 |
| 03/21/06 | R. Barainca | Prepare September 2005 Monthly Fee Application for D. Austern. | 1.00 |
| 03/21/06 | R. Barainca | Edit August 2005 Monthly Fee Application for D. Austern. | 0.20 |
| 03/21/06 | R. Barainca | Prepare October 2005 Monthly Fee Application for D. Austern. | 1.00 |
| 03/21/06 | R. Barainca | Prepare November 2005 Monthly Fee Application for D. Austern. | 1.20 |
| 03/21/06 | D. Fullem | Confer with R. Barainca regarding checking deadlines for CNOs for fee applications. | 0.10 |
| 03/23/06 | D. Fullem | Review e-mail from R. Malstrom regarding payment made by W.R. Grace; research files and charts to determine what payment represents and prepare e-mail to R. Malstrom setting forth the information. | 0.50 |
| 03/24/06 | R. Barainca | Review December 2005 Fee Application for Swidler and the Certificate of No Objection regarding the same to double check the total fees and expenses requested in response to a request from D. Fullem. | 1.00 |
| 03/24/06 | R. Barainca | Prepare Certification of Counsel for the December 2005 Swidler Monthly. | 0.30 |
| 03/24/06 | D. Fullem | Review and respond to e-mail from R. Malstrom regarding overpayment by client for December fees and expenses and procedure for correcting of fee application on Court docket; confer with R. Barainca regarding follow up with C. Hartman regarding correcting fee application. | 0.50 |
| 03/24/06 | D. Fullem | Review and reply to e-mails and voice-mails from R. Malstrom regarding Grace payment to Swidler and reconciling amounts; confer with R. Malstrom regarding correction to December fees; and confer with R. Barainca regarding issues concerning same. | 0.90 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

April 15, 2006
Invoice No. 1009863

| 03/24/06 | R. Wyron | Review Swidler monthly and quarterly fee applications. | 0.40 |
| 03/27/06 | R. Barainca | Edit Seventh Quarterly Fee Application for Swidler. | 0.50 |
| 03/27/06 | R. Barainca | Edit Eighth Quarterly Fee Application for Swidler. | 0.50 |
| 03/27/06 | R. Barainca | Edit Certification of Counsel regarding December 2005 Swidler Monthly. | 0.80 |
| 03/27/06 | D. Fullem | Confer with R. Barainca regarding follow up on Certification of Counsel to correct December fee application. | 0.20 |
| 03/28/06 | R. Barainca | Meet with R. Wyron to discuss Certifications of Counsel regarding the December 2005 Swidler Fee Application. | 0.10 |
| 03/28/06 | D. Fullem | Confer with R. Barainca regarding status of fee applications for filing. | 0.20 |
| 03/29/06 | R. Barainca | Prepare Sixth Quarterly Interim Application for D. Austern. | 1.20 |
| 03/29/06 | R. Barainca | Prepare Seventh Quarterly Interim Application for D. Austern. | 1.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Swidler January 1, 2006-February 5, 2006 Monthly and send to C. Hartman for filing. | 0.40 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Tillinghast First Quarterly and send to C. Hartman for filing. | 0.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Tillinghast Second Quarterly and send to C. Hartman for filing. | 0.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Tillinghast Third Quarterly and send to C. Hartman for filing. | 0.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the Tillinghast Fourth Quarterly and send to C. Hartman for filing. | 0.30 |
| 03/30/06 | R. Barainca | Prepare Certificate of No Objection for the CIBC December 2005 Monthly and send to D. Hartman for filing. | 0.40 |
| 03/30/06 | D. Fullem | Confer with D. Felder regarding Certificate of No Objection for Motion for Leave to Withdraw filed by Swidler; draft same and send to T. Fitch for review/signature; update D. Felder regarding same. | 0.50 |
| 03/31/06 | R. Barainca | Edit Seventh Quarterly Fee Application for Swidler. | 0.70 |
| 03/31/06 | R. Barainca | Edit Eighth Quarterly Fee Application for Swidler. | 0.70 |
| 03/31/06 | D. Fullem | Review and reply to e-mail from C. Hartman regarding CNO; prepare corrected version of Certificate of No Objection for Swidler Motion for Leave to Withdraw; re-send to T. Fitch at Swidler to sign; forward to C. Hartman along with proposed Order on Motion for electronic filing. | 0.60 |

Total Hours            39.90

Total For Services                    $7,182.50



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

April 15, 2006
Invoice No. 1009863

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 29.80 | 140.00 | 4,172.00 |
| Debra Felder | 0.10 | 405.00 | 40.50 |
| Debra O. Fullem | 8.00 | 210.00 | 1,680.00 |
| Richard H. Wyron | 2.00 | 645.00 | 1,290.00 |
| Total All Timekeepers | 39.90 | $180.01 | $7,182.50 |

**Total For This Matter**                    $7,182.50



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

April 15, 2006
Invoice No. 1009863

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 03/01/06 | R. Barainca | Review conflicts reports in connection with Application to Employ Orrick. | 4.20 |
| 03/01/06 | D. Felder | Review disclosure information and prepare R. Frankel declaration in connection with application to employ Orrick. | 2.50 |
| 03/01/06 | R. Wyron | Review and revise draft declaration. | 0.50 |
| 03/02/06 | D. Fullem | Confer with R. Barainca regarding status of conflicts review. | 0.20 |
| 03/02/06 | D. Felder | Draft and revise R. Frankel declaration, review interested party list provided by Debtors and disclosure issues (4.1); conference with R. Wyron regarding same (.2). | 4.30 |
| 03/02/06 | R. Wyron | Revise disclosures on D. Austern's other engagements (.3); review revised declaration (.3). | 0.60 |
| 03/05/06 | R. Wyron | Revise draft application to be employed. | 0.40 |
| 03/06/06 | D. Fullem | Confer with R. Barainca regarding conflict list and forward electronic version of conflict list. | 0.20 |
| 03/06/06 | D. Fullem | Research case for Merrill Lynch or Deloitte & Touche involved in case; update R. Wyron with information on Deloitte & Touche employment by the Debtors in the case but nothing found on employment of Merrill Lynch. | 0.80 |
| 03/06/06 | D. Fullem | Forward electronic version of conflict list to R. Barainca. | 0.10 |
| 03/06/06 | D. Felder | Revise R. Frankel declaration in support of application to employ Orrick. | 0.40 |
| 03/06/06 | R. Wyron | Review draft disclosures. | 0.50 |
| 03/07/06 | D. Felder | Revise application to employ Orrick and R. Frankel declaration. | 1.50 |
| 03/07/06 | R. Wyron | Review and revise application to employ Orrick. | 0.40 |
| 03/09/06 | D. Fullem | Confer with D. Felder and R. Wyron; coordinate filing of application to employ Orrick and related documents and notice of appearance of Orrick. | 1.00 |
| 03/09/06 | D. Fullem | Confer with D. Felder and R. Meade regarding signed retention letter to attach as exhibit to Orrick application to employ; locate same; attach to application. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -     April 15, 2006
17367                                                                                             Invoice No. 1009863
page 23

| | | | |
|---|---|---|---|
| 03/09/06 | D. Fullem | Confer with D. Felder regarding status of Application to Employ Orrick and Notice of Appearance of Orrick; confer with R. Meade regarding D. Austern's signature on application to employ; coordinate with R. Meade regarding filing and serving of documents. | 0.60 |
| 03/09/06 | R. Wyron | Review final application to employ and discuss with D. Austern. | 0.30 |
| 03/28/06 | D. Fullem | Review status of Certification of Counsel with R. Barainca. | 0.20 |

Total Hours                        19.00
Total For Services                                      $6,567.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 4.20 | 140.00 | 588.00 |
| Debra Felder | 8.70 | 405.00 | 3,523.50 |
| Debra O. Fullem | 3.40 | 210.00 | 714.00 |
| Richard H. Wyron | 2.70 | 645.00 | 1,741.50 |
| Total All Timekeepers | 19.00 | $345.63 | $6,567.00 |

Disbursements
    Duplicating Expense                           0.60
    Postage                                             2.79
                              Total Disbursements                    $3.39

**Total For This Matter**                          $6,570.39



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -          April 15, 2006
17367                                                                        Invoice No. 1009863
page 24

For Legal Services Rendered Through March 31, 2006 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 03/01/06 | R. Wyron | Return to DC. | 2.00 |
| 03/01/06 | R. Frankel | Non-working travel. | 1.20 |
| 03/15/06 | R. Wyron | Travel to NY for mediation session. | 1.50 |
| 03/17/06 | R. Wyron | Return to DC from mediation sessions. | 1.10 |
| 03/17/06 | R. Frankel | Travel to DC. | 1.30 |

Total Hours                7.10
Total For Services                                     $2,389.75

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 2.50 | 362.50 | 906.25 |
| Richard H. Wyron | 4.60 | 322.50 | 1,483.50 |
| Total All Timekeepers | 7.10 | $336.58 | $2,389.75 |

**Total For This Matter**                            **$2,389.75**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 236.20 | |
| Total Fees, all Matters | | $117,266.25 |
| Total Disbursements, all Matters | | $7,501.32 |
| Total Amount Due | | $124,767.57 |