IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) ) ) W.R. GRACE & CO., et al. ) ) Debtors. ) ) | Chapter 11 Case No. 01-01139 (JKF) (Jointly Administered) |

**ORDER GRANTING FIRST QUARTERLY INTERIM APPLICATION OF ORRICK, HERRING & SUTCLIFFE LLP AS BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 6, 2006 THROUGH MARCH 31, 2006**

Orrick, Herrington & Sutcliffe LLP ("Orrick"), as bankruptcy counsel to David T. Austern, the Future Claimants Representative (the "FCR"), filed its First Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period February 6, 2006 through March 31, 2006 (the "First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is hereby

ORDERED that the First Quarterly Application of Orrick is GRANTED on an interim basis. The Debtors shall pay to Orrick the sum of $206,292.25 as compensation and $7,501.32 as reimbursement for expenses, for a total of $213,793.57 for services rendered and disbursements incurred by Orrick for the period February 6, 2006 through

March 31, 2006, less any amounts which may have been previously paid in connection with Orrick's monthly fee applications for this period.

Dated: _____, 2006

                                                                _____
                                                                United States Bankruptcy Judge