## CERTIFICATE OF SERVICE

   I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18, and that on June 29, 2006, I caused the *Notice, Cover Sheet to First Quarterly Interim Application of Orrick, Herrington & Sutcliffe LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period February 6, 2006 through March 31, 2006 Verification and Exhibit A and B*, to be served upon those persons as shown below and a copy of the *Notice and Cover Sheet* to all parties as shown on the attached Service List.

| *Federal Express*<br>Laura Davis Jones, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Pachulski, Stang, Ziehl, Young & Jones P.C.<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | *Regular Mail*<br>Vito I. DiMaio<br>Parcels, Inc.<br>10th & King Streets<br>P.O. Box 27<br>Wilmington, DE 19899 |
|---|---|
| *Federal Express*<br><br>Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2311<br>Wilmington, DE 19801 | *Federal Express and Email:*<br>*feeaudit@whsmithlaw.com and*<br>*slbossay@whsmithlaw.com*<br>Warren H. Smith<br>Warren H. Smith & Associates<br>Republic Center<br>325 N. St. Paul<br>Suite 1275<br>Dallas, TX 75201 |
| *Federal Express and E-mail:*<br>*william.sparks@grace.com and*<br>*john.port@grace.com*<br>(W.R. Grace & Co.)<br>David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | *E-mail: syoder@bayardfirm.com*<br>(Local Counsel to DIP Lender)<br>Steven M. Yoder, Esquire<br>The Bayard Firm |
| *E-mail: meskin@camlev.com*<br>(Local Counsel to Asbestos Claimants)<br>Marla Eskin, Esquire<br>Campbell & Levine, LLC | *E-mail: ttacconelli@ferryjoseph.com*<br>(Counsel for Property Damage Claimants)<br>Theodore Tacconelli, Esquire<br>Ferry & Joseph, P.A. |
| *E-mail: mlastowski@duanemorris.com*<br>(Counsel to Official Committee of Unsecured Creditors)<br>Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP | *E-mail: currier@klettrooney.com*<br>(Counsel for Official Committee of Equity Holders)<br>Teresa K.D.Currier, Esquire<br>Klett Rooney Lieber & Schorling |
| *E-mail: elawler@stroock.com*<br>(Official Committee of Unsecured Creditors)<br>Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP | *E-mail: pvnl@capdale.com*<br>(Official Committee of Personal Injury Claimants)<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered |

| | |
|---|---|
| *E-mail: james_kapp@chicago.kirkland.com* <br> (Counsel to Debtor) <br> James H.M. Sprayregen, P.C. <br> James Kapp, III, Esquire <br> Kirkland & Ellis | *E-mail: jsakalo@bilzin.com* <br> (Official Committee of Property Damage Claimants) <br> Scott L. Baena, Esquire <br> Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| *E-mail: david.heller@lw.com and carol.hennessey@lw.com* <br> (Counsel to DIP Lender) <br> J. Douglas Bacon, Esquire <br> Latham & Watkins | *E-mail: pbentley@kramerlevin.com* <br> (Counsel to Official Committee of Equity Holders) <br> Philip Bentley, Esquire <br> Kramer Levin Naftalis & Frankel LLP |

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
Rachael M. Barainca, Legal Assistant
Orrick, Herrington & Sutcliffe LLP