IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) W.R. GRACE & CO., et al., ) ) Debtors. ) ) | Chapter 11 Case No. 01-1139 (JKF) Objection Deadline: July 19, 2006 at 4:00 p.m. Hearing: Schedule if Necessary (Negative Notice) |

COVER SHEET TO TENTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MARCH 1, 2006 THROUGH MARCH 31, 2006

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | March 1, 2006 through March 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $11,531.50 |
| 80% of fees to be paid: | $ 9,225.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $ 9,225.20 |

This is an: ___ interim   X   monthly   ___ final application.

## COMPENSATION SUMMARY
### March 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | $625 | 4.40 | $2,750.00 |
| Atul Malhotra | Consulting Actuary (6 years) FCAS | $425 | 8.50 | $3,612.50 |
| Chris Grant | Analyst (11 years) | $210 | 1.40 | $294.00 |
| Melissa Chung | Analyst (1 year) | $250 | 19.50 | $4,875.00 |
| Total Blended Rate: $341.17 | | | 33.80 | $11,531.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 33.80 | $11,531.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| March 2006 – Grand Total | $11,531.50 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _____
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: June 27, 2006