# EXHIBIT A

# W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Category | Description |
|---|---|---|---|---|---|---|
| | | | | | **Mar-06** | |
| Jenni Biggs | 3/1/2006 | 0.10 | $625 | $62.50 | Analysis | Questions regarding WR Grace database |
| Jenni Biggs | 3/2/2006 | 2.80 | $625 | $1,750.00 | Project Planning | Conference call regarding WR Grace database; discussion with Atul Malhotra |
| Jenni Biggs | 3/6/2006 | 0.50 | $625 | $312.50 | Analysis | Questions regarding WR Grace database |
| Jenni Biggs | 3/29/2006 | 0.50 | $625 | $312.50 | Analysis | CMO & Rust Database |
| Jenni Biggs | 3/31/2006 | 0.50 | $625 | $312.50 | Project Planning | Conversation with Debbie Felder; message to Atul Malhotra |
| | | 4.40 | | $2,750.00 | | |
| Atul Malhotra | 3/1/2006 | 2.50 | $425 | $1,062.50 | Analysis | Design queries for database |
| Atul Malhotra | 3/2/2006 | 6.00 | $425 | $2,550.00 | Analysis | Conference call regarding database; analysis |
| | | 8.50 | | $3,612.50 | | |
| Chris Grant | 3/2/2006 | 1.40 | $210 | $294.00 | Analysis | Analysis of plaintiff data |
| | | 1.40 | | $294.00 | | |
| Melissa Chung | 3/1/2006 | 6.00 | $250 | $1,500.00 | Analysis | Data inventory of June database |
| Melissa Chung | 3/2/2006 | 4.50 | $250 | $1,125.00 | Analysis | Conference call and queries on June database |
| Melissa Chung | 3/3/2006 | 2.00 | $250 | $500.00 | Analysis | Queries on June database |
| Melissa Chung | 3/8/2006 | 1.00 | $250 | $250.00 | Analysis | Queries on June database |
| Melissa Chung | 3/9/2006 | 4.00 | $250 | $1,000.00 | Analysis | Queries on June database |
| Melissa Chung | 3/10/2006 | 2.00 | $250 | $500.00 | Analysis | Queries on June database |
| | | 19.50 | | $4,875.00 | | |
| | **Total** | 33.80 | | $11,531.50 | | |