# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Category | Description |
|---|---|---|---|---|---|---|
| | | | | | **Apr-06** | |
| Jenni Biggs | 4/21/2006 | 0.70 | $625 | $437.50 | Project Planning | Stipulation order |
| Jenni Biggs | 4/27/2006 | 0.40 | $625 | $250.00 | Project Planning | Stipulation order |
| | | 2.00 | $625 | $1,250.00 | Analysis | Review RUST; discussion with Orrick |
| | | 3.10 | | $1,937.50 | | |
| Atul Malhotra | 4/3/2006 | 2.00 | $425 | $850.00 | Analysis | Review of results of queries |
| | | 2.00 | | $850.00 | | |
| | Total | 5.10 | | $2,787.50 | | |