## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: September 8, 2006 at 4:00 p.m. |
|  | ) | Hearing: September 25, 2006 at 12:00 p.m. |

### COVER SHEET TO FIFTH QUARTERLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>JANUARY 1, 2006 THROUGH MARCH 31, 2006</u>

Name of Applicant:                             Towers Perrin Tillinghast

Authorized to Provide Professional
Services to:                                          David T. Austern, Future Claimants' Representative
                                                         (the "FCR")

Date of Retention:                             As of October 29, 2004 (pursuant to this Court's
                                                         Order entered December 21, 2004)

Period for which compensation is
sought:                                               January 1, 2006 through March 31, 2006

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:    $66,539.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     $    867.40

This is an:      <u>  X  </u>    interim      ___      monthly      ___      final application.

## COMPENSATION SUMMARY
### January 1, 2006 through March 31, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | $625 | 53.90 | $33,687.50 |
| Atul Malhotra | Consulting Actuary (6 years) FCAS | $425 | 45.30 | 19,252.50 |
| Melissa Chung | Analyst (1 year) | $250 | 49.50 | 12,375.00 |
| Julianne Callaway | Analyst (2 years) | $270 | 1.50 | 405.00 |
| Yap Lap Fung | Analyst (1 year) | $210 | 2.50 | 525.00 |
| Chris Grant | Analyst (11 years) | $210 | 1.40 | 294.00 |
| Total Blended Rate: $431.79 | | | 154.10 | $66,539.00 |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 154.10 | $66,539.00 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Travel Expense<br>• 2/16/2006 Trip from St. Louis to office of Orrick in D.C., including change fees and increase in airfare due to rescheduling meeting | $815.00 |
| • 2/16/2006 Breakfast | $3.90 |
| • 2/16/2006 Taxi to Orrick | $18.00 |
| • 2/16/2006 Taxi to National | $18.00 |
| • 2/16/2006 Parking | $12.50 |
| Total Expenses | $867.40 |

| January – March 2006 – Grand Total | $67,406.40 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _Jennifer L Biggs_

Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: _June 29,_ 2006

2