IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

**ORDER GRANTING FIFTH QUARTERLY INTERIM APPLICATION OF TOWERS PERRIN TILLINGHAST AS ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2006 THROUGH MARCH 31, 2006**

Towers Perrin Tillinghast ("Tillinghast"), as actuarial consultants to David T. Austern, the Future Claimants Representative (the "FCR"), filed its Fifth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period January 1, 2006 through March 31, 2006 (the "Fifth Quarterly Application"). The Court has reviewed the Fifth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Fifth Quarterly Application, and any hearing on the Fifth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Quarterly Application. Accordingly, it is hereby

ORDERED that the Fifth Quarterly Application of Tillinghast is GRANTED on an interim basis. The Debtors shall pay to Tillinghast the sum of $66,539.00 as compensation and $867.40 as reimbursement for expenses, for a total of $67,406.40 for services rendered and disbursements incurred by Tillinghast for the period January 1,

2006 through March 31, 2006, less any amounts which may have been previously paid in connection with Tillinghast's monthly fee applications for this period.

Dated: _____, 2006

_____
United States Bankruptcy Judge