# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 28, 2006** |
| | ) | **Hearing Date: September 25, 2006 at 4:00 p.m.** |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 12620

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Sixth Interim Quarterly Fee Application of Hilsoft Notifications (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2006 through March 31, 2006 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 28, 2006[1] at 4:00 p.m.

Dated: June 30, 2006

                                        Scott L. Baena, Esquire
                                        Jay M. Sakalo, Esquire
                                        BILZIN SUMBERG BAENA PRICE
                                          & AXELROD, LLP
                                        2500 Wachovia Financial Center
                                        200 South Biscayne Boulevard
                                        Miami, FL 33131-2336
                                        (305) 374-7580

                                        -and-

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

                            FERRY, JOSEPH & PEARCE, P.A.

                            /s/ Lisa L. Coggins
                            Michael B. Joseph (No. 392)
                            Theodore J. Tacconelli (No. 2678)
                            Lisa L. Coggins (No. 4234)
                            824 Market Street, Suite 904
                            P.O. Box 1351
                            Wilmington, DE 19899
                            (302) 575-1555

                            *Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*