**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due By: June 28, 2006 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 12614**

    The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Eighteenth Interim Statement of the Official Committee of Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members and their Counsel ("the Statement"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Statement has been filed. Pursuant to the Notice of the Statement, objections to the Statement were to be filed and served no later than June 28, 2006.

    Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Committee $51,770.89, which represents 100% of the expenses requested in the Statement, upon the filing of this certification and without the need for entry of a Court order approving the Statement.

Dated: June 30, 2006                                Scott L. Baena, Esquire
                                                              Jay M. Sakalo, Esquire
                                                              BILZIN, SUMBERG, BAENA, PRICE
                                                              &amp; AXELROD, LLP
                                                              2500 Wachovia Financial Center
                                                              200 South Biscayne Boulevard
                                                              Miami, FL 33131-2336
                                                              Tel:    (305) 374-7580
                                                              Fax:   (305) 374-7593

                                                                     -and-

FERRY, JOSEPH & PEARCE, P.A.


  /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*