# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

June 28, 2006                                  INVOICE:              209307


c/o Peter Vanlockwood, Esq.                    DATE:        June 28, 2006
Caplin & Drysdale                              MATTER:      100055.WRG01
One Thomas Circle                              INVOICE:              209307
Washington, DC 20005

**MATTER:**  CLAIMANTS COMMITTEE                          Robert M
                                                         Horkovich

| PROFESSIONAL SERVICES through 05/31/06 |
|---|

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/01/06 | Additional research regarding asbestos exclusions and revise memo in connection therewith. | W001 | RYC | 4.30 |
| 05/02/06 | Confer with Mr. Lockwood (.20); review potential coverage under policies with "absolute" asbestos exclusions (1.50). | W001 | RMH | 1.70 |
| 05/02/06 | Evaluate and draft e-mails regarding remaining unsettled, solvent, non-asbestos exclusion limits coverage. | W001 | RYC | 3.20 |
| 05/03/06 | Review and draft reply to e-mail re: non-products bodily injury coverage. | W001 | GFF | 0.40 |
| 05/03/06 | Began to prepare Grace insurance policy settlement agreement materials re: review of premises coverage. | W001 | IF | 1.10 |
| 05/03/06 | Meeting with Libby claimants counsel Daniel Cohn regarding premises coverage (2.30); follow-up on same (.60); edit memo regarding coverage despite absolute asbestos exclusion (.50). | W001 | RMH | 3.40 |
| 05/03/06 | Evaluate outstanding coverage consistent with A. Kramer's memo and respond to inquiries from R. Horkovich regarding same (3.30); research regarding premises-operations coverage under Grace policies (2.00). | W001 | RYC | 5.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
|---|---|---|---|
| June 28, 2006 | | INVOICE: | 209307 |

| Date | Description | Task | Atty | Hours |
|---|---|---|---|---|
| 05/04/06 | Obtained and produced excess policy documents for review by H. Gershman | W001 | DL | 3.20 |
| 05/04/06 | Analysis of selected primary/umbrella settlement agreements as to remaining premises bodily injury coverage. | W001 | GFF | 3.80 |
| 05/04/06 | Continued review and analysis of Grace Asbestos Products settlement documents as requested (3.70); initial rough draft of BI/Premises research chart template drawn up and discussed (2.30). | W001 | HEG | 6.00 |
| 05/04/06 | Began to review Grace insurance policy settlement agreements re:  Premises BI Coverage. | W001 | IF | 5.00 |
| 05/04/06 | Review coverage despite absolute asbestos exclusion. | W001 | RMH | 2.00 |
| 05/04/06 | Review documentation and analysis regarding potential coverage for Libby claimants (2.80); Finalize memo regarding outstanding products coverage (1.10). | W001 | RYC | 3.90 |
| 05/05/06 | Reviewed and revised time entries. | W011 | ACS | 0.50 |
| 05/05/06 | Analysis of selected primary/umbrella settlement agreements as to remaining premises bodily injury coverage. | W001 | GFF | 4.10 |
| 05/05/06 | In depth review and analysis of potential BI/Premises coverage (2.90); settlement agreements reviewed for scope of settlement (1.40); 1960's era umbrella and excess policies analyzed for BI/Premises coverage, possible CGA implications and FF issues (1.80); results tentatively charted on spread (.90) | W001 | HEG | 7.00 |
| 05/05/06 | Continued to review Grace settlement agreements re:  Premises BI Coverage availability. | W001 | IF | 4.50 |
| 05/05/06 | Confer with client regarding London settlement. | W001 | RMH | 0.30 |

{D0062131:1 }NYDOCS1-827244.1

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| June 28, 2006 | INVOICE:        209307 |

| | | | | |
|---|---|---|---|---|
| 05/05/06 | Research regarding potential coverage for premises operations liabilities. | W001 | RYC | 4.50 |
| 05/08/06 | Analysis of insurance policy settlement agreements re: premises bodily injury coverage. | W001 | GFF | 2.50 |
| 05/08/06 | Continued review and analysis of early Grace CGL policies for potential BI/Premises coverage (3.90); results charted on spread (1.60). | W001 | HEG | 5.50 |
| 05/08/06 | Continued review insurance company settlement agreements re:  "asbestos premises BI coverage availability." | W001 | IF | 3.50 |
| 05/08/06 | Research regarding Grace's available premises operations coverage. | W001 | RYC | 6.40 |
| 05/09/06 | Analysis of insurance policy settlement agreements re: asbestos premises bodily injury coverage (1.20); analysis of selected insurance policies (1960's-70's) re: follow form and premises bodily injury coverage issues (3.40). | W001 | GFF | 4.60 |
| 05/09/06 | Continued 1960's Grace policy reviews for potential BI/Premises coverage (3.60); review of implications of settlement agreements (2.70); results of initial findings charted (.70). | W001 | HEG | 7.00 |
| 05/09/06 | Began to study Grace insurance policies 1962-1974 re:  coverage for asbestos related BI premises claims and "follow form" analysis. | W001 | IF | 3.80 |
| 05/09/06 | Continued to study and prepare draft analysis of insurance company settlement agreements (2.20); material to Robert Chung (.30). | W001 | IF | 2.50 |
| 05/09/06 | Attention to proposed London settlement; confer with Mr. Posner (.50);  draft and provide memo to Mr. Posner regarding coverage post 1984 (1.00); draft memo to committee (.50); confer with committee (.20); confer with Mr. Cohn (.20). | W001 | RMH | 2.40 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 28, 2006                                     INVOICE:             209307


| | | | | |
|---|---|---|---|---|
| 05/09/06 | Review settlements and policies for outstanding premises operations coverage. | W001 | RYC | 6.50 |
| 05/10/06 | Analysis of selected 1970's umbrella/excess policies re: follow-form and asbestos premises bodily injury coverage. | W001 | GFF | 5.10 |
| 05/10/06 | Early 1970's Grace CGL policies organized, reviewed and analyzed for possible BI/Premises coverage as requested (5.10); results charted on Excel spread (.90). | W001 | HEG | 6.00 |
| 05/10/06 | Continued to study Grace insurance policies re: Asbestos Premises BI Coverage for 1974-1976 and "follow form" language. | W001 | IF | 4.80 |
| 05/10/06 | Respond to questions regarding coverage from Libby claimants counsel. | W001 | RMH | 0.50 |
| 05/10/06 | Review settlements with various insurance companies for disposition of premises operations coverage. | W001 | RYC | 4.80 |
| 05/11/06 | Analysis of selected 1970's umbrella/excess policies re: follow form and asbestos premises bodily injury coverage. | W001 | GFF | 4.40 |
| 05/11/06 | Continued policy review project: Early 1970's CGL program currently under review for possible BI/Premises coverage (5.40); results entered into Excel spread (1.60). | W001 | HEG | 7.00 |
| 05/11/06 | Continued to review Grace insurance policies 1975-1978 re:  "coverage for asbestos premises BI claims" and "follow form" language. | W001 | IF | 3.70 |
| 05/11/06 | Analysis of settlements with various insurance companies for retained and preserved coverage. | W001 | RYC | 6.50 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

June 28, 2006                                                  INVOICE:              209307

| | | | | |
|---|---|---|---|---|
| 05/12/06 | Additional Excel spread organization and data entry (2.40); further review and analysis of mid 1970's era CGL policies for BI/Premises coverage (2.90); separate color chart detailing availability (1.70). | W001 | HEG | 7.00 |
| 05/12/06 | Continued to review Grace insurance policies from 1978-1980 re:  asbestos premises BI coverage and "follow form" language. | W001 | IF | 3.20 |
| 05/12/06 | Review settlements and policies for outstanding premises operations coverage. | W001 | RYC | 5.20 |
| 05/15/06 | Analysis of selected 1970's and 1980's umbrella/excess policies re: follow form asbestos premises bodily injury coverage. | W001 | GFF | 4.30 |
| 05/15/06 | Continued 1970's era CGL Excess policy organization, review and analysis for possible BI/Premises coverage (.60); London Market insolvency research (1.90); certain domestic companies checked for solvency (.60); some primary policy review and settlement consultation (2.30); results of analysis charted on Excel spread (1.60). | W001 | HEG | 7.00 |
| 05/15/06 | Continued to review Grace insurance polices from 1978-1982 re:  availability of asbestos premises BI coverage and follow form language. | W001 | IF | 4.00 |
| 05/15/06 | Review settlements and policies for outstanding premises operations coverage (5.80); review and evaluate Northwestern and Swiss Union settlement demands (.30). | W001 | RYC | 6.10 |
| 05/16/06 | Further revision to time entries. | W011 | ACS | 0.20 |
| 05/16/06 | Analysis of selected 1980's umbrella/excess policies re: follow form and asbestos premises bodily injury coverage. | W001 | GFF | 3.50 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:          100055.WRG01

June 28, 2006                                                            INVOICE:              209307

| | | | | |
|---|---|---|---|---|
| 05/16/06 | Ongoing Grace 1970's policy review and analysis to determine likelihood of BI/Premises coverage and existence of CGA wording (2.40); results plotted in excel spreadsheet (1.40); additional editing of proposed BI/Premises availability color chart (1.70). | W001 | HEG | 5.50 |
| 05/16/06 | Continued to review Grace insurance policy program 1981-1982 re: asbestos premises BI coverage availability and "follow form" language. | W001 | IF | 4.00 |
| 05/16/06 | Began to study and update Grace insurance policy chart (1962-1985) for premises BI coverage availability. | W001 | IF | 1.00 |
| 05/16/06 | Revisions to color coded insurance charts. | W001 | KS | 1.00 |
| 05/16/06 | Research and evaluate support for outstanding premises operation coverage and draft memo regarding same. | W001 | RYC | 6.50 |
| 05/17/06 | Analysis of selected umbrella/excess policies (in 1980's) re: follow form and asbestos premises bodily injury coverage issues. | W001 | GFF | 2.90 |
| 05/17/06 | Continued organization, review and analysis of late 1970's CGL policies for possible BI/Premises coverage and CGA language (3.40); results charted on excel spread and color chart (2.10); additional Primary policy research conducted (.50). | W001 | HEG | 6.00 |
| 05/17/06 | Continued to review and prepare Grace insurance policy chart (1962-1985) re: "availability of BI Premises Coverage." | W001 | IF | 1.40 |
| 05/17/06 | Continued to review Grace insurance policy program 1982-1984 re:  Asbestos Premises BI coverage availability and "follow form" language. | W001 | IF | 3.50 |
| 05/17/06 | Research and evaluate support for outstanding premises operations coverage. | W001 | RYC | 6.00 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                           EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 28, 2006                                                  INVOICE:            209307

| | | | | |
|---|---|---|---|---|
| 05/18/06 | Revision to time entries. | W011 | ACS | 0.20 |
| 05/18/06 | Analysis of selected umbrella/excess policies (from 1980's) re: follow form issues and asbestos premises bodily injury coverage. | W001 | GFF | 3.60 |
| 05/18/06 | Commenced review of early 1980's CGL policies for potential BI/Premises coverage (2.40); results charted on excel spread (1.30); additional edits to color chart as necessary (1.70); certain apparent policy layer miscalculations researched (1.60). | W001 | HEG | 7.00 |
| 05/18/06 | Continued to review Grace insurance policies 1982-1984 re: premises bodily injury coverage and follow form language. | W001 | IF | 3.50 |
| 05/18/06 | Began to create new chart of available Grace insurance policies for premises bodily injury claims. | W001 | IF | 2.00 |
| 05/18/06 | Draft memo regarding settlements and policies for outstanding premises operations coverage. | W001 | RYC | 6.00 |
| 05/19/06 | Review selected settlement agreements re: asbestos bodily injury coverage (.70); analysis of selected umbrella/excess policies (1980's) re: follow form and asbestos bodily injury coverage (3.50). | W001 | GFF | 4.20 |
| 05/19/06 | Continued review and analysis of early 1980's policy towers for possible BI/Premises coverage (3.10); additional Primary policy research and review (2.20); results added to excel spread as well as layer conformation for clarity (1.70). | W001 | HEG | 7.00 |
| 05/19/06 | Continued to review Grace insurance policies chart information re:  premises bodily injury coverage. | W001 | IF | 2.20 |
| 05/19/06 | Continued to review Grace insurance policies 1984-1985 re: premises bodily injury coverage and "follow form" language. | W001 | IF | 2.80 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                   MATTER:      100055.WRG01

June 28, 2006                                     INVOICE:        209307

| | | | | |
|---|---|---|---|---|
| 05/19/06 | Draft memo regarding settlements and policies for outstanding premises operations coverage. | W001 | RYC | 6.50 |
| 05/20/06 | Review settlements and policies in connection with Lloyd's settlement evaluation. | W001 | RYC | 3.50 |
| 05/22/06 | Analysis of selected umbrella/excess policies from 1980's re: follow form issues and asbestos bodily injury coverage issues. | W001 | GFF | 1.80 |
| 05/22/06 | Continued review of 1980's policies for BI/Premises with particular attention paid to Lloyd's policies in light of settlement news (3.40); separate chart for Lloyd's Underwriters created (1.30); additional primary policy research for possible BI/Premises coverage (1.60); other seemingly discordant policy data researched and charted on excel spreads (.70). | W001 | HEG | 7.00 |
| 05/22/06 | Continued to review Grace insurance policies 1984-1985 excess and 1973-1976 primary insurance policies re: "asbestos exclusion," "availability of premises bodily injury coverage," "follow form" language and "limits of liability" language. | W001 | IF | 2.50 |
| 05/22/06 | Began to review new Lloyd's Underwriters settlement agreement information. | W001 | IF | 1.50 |
| 05/22/06 | Continued to update insurance policy chart to reflect "availability of premises bodily injury coverage." | W001 | IF | 1.00 |
| 05/22/06 | Revisions to color-coded insurance charts. | W001 | KS | 2.00 |
| 05/22/06 | Draft memo regarding Lloyd's premises-operations coverage and prepare table regarding same. | W001 | RYC | 6.40 |
| 05/23/06 | Analysis selected umbrella/excess policies (from 1980's) re: follow form and asbestos bodily injury coverage issues. | W001 | GFF | 2.20 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

June 28, 2006                                     INVOICE:       209307


| 05/23/06 | Review of 1980's Grace policies explored for possible BI/Premises availability (2.90); strength of various asbestos exclusions analyzed and implications recorded (2.40); color chart edits (.60); additional excel spread chart reorganization to insure continuity (1.10). | W001 | HEG | 7.00 |
|---|---|---|---|---|
| 05/23/06 | Continued to review Grace insurance policies 1985-1986 re: "asbestos exclusion," "availability of BI premises coverage" and "follow form" language. | W001 | IF | 2.90 |
| 05/23/06 | Continued to prepare and update insurance policy chart information re: 1962-1985 "availability of premises BI coverage." | W001 | IF | 1.90 |
| 05/23/06 | Revisions to color-coded insurance charts. | W001 | KS | 1.80 |
| 05/23/06 | Attention to Lloyd's settlement proposal. | W001 | RMH | 0.20 |
| 05/23/06 | Research and prepare memo regarding Lloyd's underwriters' premises operations coverage (5.50); evaluate Lloyd's underwriter settlement (1.00). | W001 | RYC | 6.50 |
| 05/24/06 | Analysis of selected umbrella/excess policies (1980's) re: follow form and asbestos bodily injury coverage. | W001 | GFF | 2.20 |
| 05/24/06 | Continued Lloyd's Underwriters review of coverage and supporting policy language (2.20); color chart edited as necessary to reflect likely Lloyd's settlement (1.40); some data input on excel spread (.40). | W001 | HEG | 4.00 |
| 05/24/06 | Began to review insurance policy BI Premises chart re:  Lloyd's Underwriters insurance policies. | W001 | IF | 1.80 |
| 05/24/06 | Continued to review Grace insurance policies 1985-1987 re:    "asbestos exclusion," "BI Premises aggregate limits of liability" and "follow form" language. | W001 | IF | 2.90 |
| 05/24/06 | Revisions to color-coded insurance charts. | W001 | KS | 1.00 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 28, 2006                                     INVOICE:             209307

| | | | | |
|---|---|---|---|---|
| 05/24/06 | Research and prepare memo regarding Lloyd's underwriters' premises operations coverage. | W001 | RYC | 6.30 |
| 05/25/06 | Finalized and forwarded time entries to local counsel | W011 | ACS | 0.20 |
| 05/25/06 | Review/revise coverage chart (.60); analysis of selected primary/umbrella/excess policies (1970's and 1980's) re: follow form and premises bodily injury coverage (1.80). | W001 | GFF | 2.40 |
| 05/25/06 | Reviewed Lloyd's Underwriters insurance policy limit information re: Libby, Montana claims (2.30); Forwarded materials to Robert Chung (.20). | W001 | IF | 2.50 |
| 05/25/06 | Revisions to color-coded insurance charts. | W001 | KS | 0.70 |
| 05/25/06 | Confer with Mr. Posner (.10);  Transmit memo (.10). | W001 | RMH | 0.20 |
| 05/25/06 | Revise memo regarding Lloyd's underwriters' potential liability for premises operations coverage. | W001 | RYC | 5.50 |
| 05/25/06 | Review and comment upon fee applications. | W011 | RYC | 0.30 |
| 05/26/06 | Analysis of selected umbrella/excess policies (1970's and 1980's) re: follow form, premises bodily injury coverage, and Lloyd's participation. | W001 | GFF | 2.10 |
| 05/26/06 | Lloyd's Underwriters available BI/Premises limits calculated and charted (1.20); additional London and umbrella policy reviews conducted for R. Chung (2.70); additional 1980's policy reviews and analysis with results entered into excel spread (2.10). | W001 | HEG | 6.00 |
| 05/26/06 | Assisted in preparation of Lloyd's Underwriter's insurance policy information. | W001 | IF | 1.40 |
| 05/26/06 | Continued to prepare Grace insurance policy chart information re: "availability of BI Premises coverage." | W001 | IF | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 | |
| June 28, 2006 | | INVOICE: | 209307 | |

| | | | | |
|---|---|---|---|---|
| 05/26/06 | Preparation of policy cd for distribution. | W001 | MCN | 0.20 |
| 05/26/06 | Review previous oppositions (.90); confer with Libby claimants' counsel - Cohn (.50); confer with Mr. Lockwood (.20);  confer with Mr. Posner (.90). | W001 | RMH | 2.50 |
| 05/27/06 | Detailed outline of opposition to proposed London settlement agreement (1.70); communicate with Mr. Cohn re Libby claimants and Mr Hurford (.30). | W001 | RMH | 2.00 |
| 05/29/06 | Develop opposition to proposed London settlement agreement. | W001 | RMH | 1.00 |
| 05/29/06 | Research and draft objection to motion to approve Lloyd's Underwriters' settlement on basis of premises-operations coverage. | W001 | RYC | 2.50 |
| 05/30/06 | Reviewed and updated insurance policy limit information re:  BI Premises Available Limits for Libby, Montana Claims. | W001 | IF | 3.10 |
| 05/30/06 | Edit opposition to London settlement. | W001 | RMH | 0.50 |
| 05/30/06 | Research and revise objection to motion to approve Lloyd's Underwriters' settlement on basis of premises-operations coverage (5.50);  phone conference with D. Cohn regarding Libby claimants (.20); phone conference with M. Hurford regarding objections to settlement (.20); finalize memo regarding Lloyd's Underwriters' coverage for Libby claimants' review (1.00). | W001 | RYC | 6.90 |
| 05/31/06 | Produced Rust Consulting documents for review by V. Negron | W001 | DL | 0.60 |
| 05/31/06 | Analysis of selected umbrella/excess policies, 1950's and 1960's. | W001 | GFF | 1.10 |
| 05/31/06 | Ongoing policy research and analysis for BI/Premises availability issues (3.10); pre-1962 Lloyd's coverage reviewed for possible inclusion into overall BI/Premises availability picture (.50); excel spreads updated for summary computations (.40); post-1985 entries added to spreads (.40); primary policy issues and charted where necessary (.60). | W001 | HEG | 5.00 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 28, 2006                                     INVOICE:          209307

| | | | | |
|---|---|---|---|---|
| 05/31/06 | Continued to review Grace BI Premises available "Limits of Liability" information. | W001 | IF | 1.80 |
| 05/31/06 | Began to review Grace primary insurance policies 1959-1963 re:  BI Premises Limits of Liability and "follow form" language. | W001 | IF | 1.60 |
| 05/31/06 | Edit opposition to London settlement agreement. Communicate with future representative counsel and Libby claimants' counsel. | W001 | RMH | 1.00 |
| 05/31/06 | Review and evaluate insurance policies for premises-operations coverage. | W001 | RYC | 5.90 |

**TOTAL FEES:**                                                **$119,097.00**

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 1.10 | 220.00 |
| Daryl Lyew | 190.00 | 3.80 | 722.00 |
| Glenn F Fields | 250.00 | 55.20 | 13,800.00 |
| Harris E Gershman | 210.00 | 107.00 | 22,470.00 |
| Izak Feldgreber | 220.00 | 83.20 | 18,304.00 |
| Kathleen Samet | 150.00 | 6.50 | 975.00 |
| Michaela C Nitoi | 80.00 | 0.20 | 16.00 |
| Robert M Horkovich | 700.00 | 17.70 | 12,390.00 |
| Robert Y Chung | 400.00 | 125.50 | 50,200.00 |
| **TOTAL FEES:** | | | **$119,097.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 28, 2006                                     INVOICE:              209307

### SUMMARY OF SERVICES BY ACTIVITY

**THIS BILLING PERIOD**

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Daryl Lyew | 3.80 | 722.00 |
| Glenn F Fields | 55.20 | 13,800.00 |
| Harris E Gershman | 107.00 | 22,470.00 |
| Izak Feldgreber | 83.20 | 18,304.00 |
| Kathleen Samet | 6.50 | 975.00 |
| Michaela C Nitoi | 0.20 | 16.00 |
| Robert M Horkovich | 17.70 | 12,390.00 |
| Robert Y Chung | 125.20 | 50,080.00 |
| **TOTAL:** | **398.80** | **118,757.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Anne C Suffern | 1.10 | 220.00 |
| Robert Y Chung | 0.30 | 120.00 |
| **TOTAL:** | **1.40** | **340.00** |

**TOTAL LEGAL FEES**                                    **$119,097.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE

MATTER: 100055.WRG01

June 28, 2006

INVOICE: 209307

| COSTS through 05/31/06 | | | |
|---|---|---|---|
| **DATE** | **DESCRIPTION OF COSTS** | | **AMOUNT** |
| 05/01/06 | DI - PHOTOCOPYING - | E101 | 6.50 |
| 05/08/06 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 05/08/06 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 05/08/06 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 05/11/06 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 05/16/06 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 05/18/06 | DI - PHOTOCOPYING - | E101 | 26.25 |
| 05/25/06 | DI - PHOTOCOPYING - | E101 | 1.50 |
| **TOTAL COSTS:** | | | **$41.00** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| XE | DI - PHOTOCOPYING - | 41.00 |
| | **TOTAL COSTS:** | **$41.00** |

{D0062131:1 }NYDOCS1-827244.1