## **EXHIBIT A**

**Case Administration (8.80 Hours; $ 5,478.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.40 | $760 | 4,864.00 |
| Rita C. Tobin | .40 | $435 | 174.00 |
| Erroll G. Butts | 1.50 | $220 | 330.00 |
| David B. Smith | .50 | $220 | 110.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/06 | RCT | 435.00 | 0.20 | Review local counsel recommendations re EI update. |
| 05/02/06 | PVL | 760.00 | 0.30 | Review 9 miscellaneous filings (.1); review Whitehouse orders (.2). |
| 05/03/06 | DBS | 220.00 | 0.50 | Compile expert report for attorney review. |
| 05/05/06 | PVL | 760.00 | 0.60 | Review 3 miscellaneous filings (.1); review e-mails (.1); teleconference NDF (.2); teleconference Horkovich (.2). |
| 05/08/06 | PVL | 760.00 | 0.20 | Review 3 miscellaneous filings (.1); review agenda (.1). |
| 05/08/06 | RCT | 435.00 | 0.20 | Review local counsel recommendation and docket re EI update. |
| 05/08/06 | EGB | 220.00 | 0.50 | Organize, chron and prepare documents for attorney review. |
| 05/09/06 | PVL | 760.00 | 0.50 | Review 6 miscellaneous filings (.1); teleconference Marsden (.4). |
| 05/09/06 | EGB | 220.00 | 1.00 | Organize, chron and prepare documents for attorney review. |
| 05/11/06 | PVL | 760.00 | 0.10 | Review e-mail. |
| 05/12/06 | PVL | 760.00 | 0.10 | Review e-mail. |
| 05/14/06 | PVL | 760.00 | 0.30 | Review e-mail, order and amended agenda (.1); confer NDF (.1); teleconference EI (.1). |

{D0062109:1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 05/15/06 | PVL | 760.00 | 1.40 | Attend omni hearing (1); confer Hurford (.3); teleconference EI (.1); review 4 miscellaneous filings (.1). |
| 05/16/06 | PVL | 760.00 | 0.10 | Review motion re Lloyds settlement. |
| 05/17/06 | PVL | 760.00 | 0.20 | Review 4 miscellaneous filings (.1); review Hurford memo and reply (.1). |
| 05/19/06 | PVL | 760.00 | 0.20 | Review 5 miscellaneous filings (.1); review motion re Wauconda settlement (.1). |
| 05/22/06 | PVL | 760.00 | 0.20 | Review 6 miscellaneous filings (.1); review LTC memo (.1). |
| 05/23/06 | PVL | 760.00 | 0.20 | Review 7 miscellaneous filings (.1); teleconference Horkovich (.1). |
| 05/25/06 | PVL | 760.00 | 0.10 | Review 13 miscellaneous filings. |
| 05/26/06 | PVL | 760.00 | 1.70 | Review 8 miscellaneous filings (.1); review Austen fax (.1); teleconference Hurford re Equitas motion (1); teleconference Horkovich and Hurford re same (.5). |
| 05/27/06 | PVL | 760.00 | 0.10 | Review 7 miscellaneous filings. |
| 05/30/06 | PVL | 760.00 | 0.10 | Review AKO memo. |

**Total Task Code .04        8.80**

**Claim Analysis Objection & Resolution (Asbestos) (.30 Hours; $ 228.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $760 | 228.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/10/06 | PVL | 760.00 | 0.30 | Confer NDF (.1); review MDL op re welding rod fumes (.2). |

{D0062109:1 }

**Total Task Code .05        .30**

**Committee, Creditors', Noteholders' or Equity Holders' (.50 Hours; $ 417.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $760 | 417.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/18/06 | EI | 835.00 | 0.50 | Report on status. |

**Total Task Code .07        .50**

**Employee Benefits/Pension (.70 Hours; $ 532.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $760 | 532.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/04/06 | PVL | 760.00 | 0.10 | Review e-mail re pension contribution. |
| 05/25/06 | PVL | 760.00 | 0.40 | Teleconference Hurford re pension motion. |
| 05/27/06 | PVL | 760.00 | 0.10 | Review Berkin memo re pension motion. |
| 05/31/06 | PVL | 760.00 | 0.10 | Review e-mail re pension motion. |

**Total Task Code .08        .70**

**Fee Applications, Applicant (5.50 Hours; $ 1,550.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $760 | 76.00 |
| Rita C. Tobin | 1.90 | $435 | 826.50 |

{D0062109:1 }

| | | | |
|---|---|---|---|
| Andrew D. Katznelson | 3.50 | $185 | 647.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/05/06 | PVL | 760.00 | 0.10 | Review draft resp. to Smith and e-mail RCT. |
| 05/05/06 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 05/09/06 | RCT | 435.00 | 0.30 | Review pre-bills |
| 05/10/06 | ADK | 185.00 | 1.00 | Worked on Interim Fee Application. |
| 05/11/06 | RCT | 435.00 | 0.50 | Review interims (C&D) |
| 05/12/06 | RCT | 435.00 | 0.50 | Review exhibits. |
| 05/12/06 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 05/24/06 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 05/25/06 | RCT | 435.00 | 0.50 | Review monthly fee applications. |
| 05/25/06 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 05/26/06 | RCT | 435.00 | 0.10 | Review fee app schedule for June |

**Total Task Code .12      5.50**

## Litigation and Litigation Consulting (203.60 Hours; $ 66,054.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 18.80 | $835 | 15,698.00 |
| Nathan D. Finch | 4.90 | $525 | 2,572.50 |
| Jeffrey A. Liesemer | 16.00 | $425 | 6,800.00 |
| James P. Wehner | .20 | $405 | 81.00 |
| Adam L. VanGrack | 163.20 | $250 | 40,800.00 |
| Stacie M. Evans | .50 | $205 | 102.50 |

{D0062109:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/06 | EI | 835.00 | 0.10 | T/c Cooney re: status. |
| 05/01/06 | JAL | 425.00 | 1.00 | Review and analysis of revised drafts of Discovery Order and Protective Order pertaining to discovery of Libby claimants (.50); teleconference among parties' counsel regarding revised drafts of Discovery Order and Protective Order pertaining to Libby claimants (.40); drafted e-mail to NDF in response to his question relating to estimation case (.10). |
| 05/01/06 | ALV | 250.00 | 8.00 | Review documents from debtors' Boca Raton repository for any relevant to past asbestos settlements. |
| 05/02/06 | EI | 835.00 | 0.20 | T/c Peterson re: status (.1); t/c NDF re: history (.1). |
| 05/02/06 | JAL | 425.00 | 1.60 | Review and analysis of finalized discovery order and corresponding protective order governing discovery of Libby claimants (.40); drafted and revised memo to EI, PVNL, and NDF re: same (.20); review and analysis of materials related to estimation proceeding and discovery (1.0). |
| 05/02/06 | ALV | 250.00 | 3.00 | Review documents from debtors' Boston repository for relevance. |
| 05/03/06 | EI | 835.00 | 1.30 | T/c Berkin and Sinclair re: financial matters (.5); memo re: same (.2); review Peterson materials (.5); memo to negotiating subcommittee re: status (.1). |
| 05/03/06 | JAL | 425.00 | 0.10 | Reviewed memo from EI re: issues pertaining to upcoming hearings. |
| 05/03/06 | ALV | 250.00 | 6.60 | Review documents from debtors' Boca Raton repository for any relevant to past asbestos settlements (5.0); review documents from debtors' Boston repository for relevance (1.6). |
| 05/04/06 | EI | 835.00 | 1.00 | Work on Peterson materials (.5); memos to negotiating subcommittee (.2); memo to Baena (.1); memo to Sinclair re: Libby (.1); t/c Kruger and Pasquale (.1). |
| 05/04/06 | ALV | 250.00 | 7.70 | Review documents from debtors' Boca Raton repository for any relevant to past asbestos |

{D0062109:1 }

| | | | | |
|---|---|---|---|---|
| | | | | settlements (6.2); review documents from debtors' Boston repository for relevance (1.5). |
| 05/05/06 | EI | 835.00 | 1.20 | Subcommittee call to review negotiations (.7); memos to Baena re: same (.5). |
| 05/05/06 | JAL | 425.00 | 0.10 | Reviewed email exchanges between Grace team members re: estimation issues. |
| 05/05/06 | ALV | 250.00 | 7.60 | Review documents from debtors' Boca Raton repository for any relevant to past asbestos settlements (3.3); review documents from debtors' Boston repository for relevance (4.1); contact claimant with questionnaire problems. |
| 05/05/06 | JPW | 405.00 | 0.20 | Meet with ALV re questionnaires |
| 05/06/06 | EI | 835.00 | 0.20 | Insurance matters. |
| 05/08/06 | EI | 835.00 | 1.10 | T/c Roger Frankel re: status (.5); memos with Baena, et al. re: status (.5); memo to Sinclair re: cost item (.1). |
| 05/08/06 | NDF | 525.00 | 3.80 | Review materials regarding bad Grace documents for use in estimation. |
| 05/08/06 | JAL | 425.00 | 0.80 | Telephone call w/P. Rika of LAS re: Rust questionnaire database issues (.20); review and analysis of amended agenda notice for May 15 omnibus hearing and e-mail exchanges pertaining to government's potential objection to negotiated order resolving Libby discovery issues (.30); review and analysis of materials pertaining to estimation issues (.10); reviewed e-mail correspondence among PVNL, NDF and M. Hurford re: estimation of claims issues (.20). |
| 05/08/06 | ALV | 250.00 | 9.50 | Review documents produced by the debtors from Boston repository for relevance (1.5); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (8.0). |
| 05/09/06 | EI | 835.00 | 0.30 | Mediation scheduling. |
| 05/09/06 | ALV | 250.00 | 6.50 | Review documents from Boca Raton repository and address concerns regarding past asbestos settlements. |
| 05/10/06 | EI | 835.00 | 0.30 | Mediation scheduling: t/c Robin Hinkle and memos. |

{D0062109:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/10/06 | SME | 205.00 | 0.20 | Review materials re: recent developments in asbestos litigation. |
| 05/10/06 | JAL | 425.00 | 0.10 | Drafted e-mail to Pat at LAS re: Rust questionnaire database. |
| 05/10/06 | ALV | 250.00 | 7.80 | Review documents produced by the debtors from Boston repository for relevance (1.0); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (6.5); report on status of review of documents from Boca Raton repository (0.3). |
| 05/11/06 | EI | 835.00 | 0.50 | Memos re: meetings. |
| 05/11/06 | ALV | 250.00 | 8.50 | Review documents from Boca Raton repository and address concerns regarding past asbestos settlements. |
| 05/12/06 | JAL | 425.00 | 2.60 | Drafted e-mail to ALV re: estimation issue (.10); review of revised draft of Martindale discovery order (.20); reviewed memo from ALV re: estimation document production and drafted reply to ALV re: same (.20); e-mail exchanges with ALV re: Grace questionnaire issues (.20); reviewed recent revisions to Martindale discovery order from debtors' counsel and counsel for Libby claimants (.20); reviewed e-mail exchanges from ALV and NDF re: estimation document review (.20); reviewed further e-mail correspondence re: Martindale discovery order (.20); drafted and revised memo to EI, PVNL, and NDF re: proposed Martindale discovery order (.20); office conf. w/NDF re: estimation-related discovery (.50); review and analysis of additional changes to proposed Martindale discovery order (.20); review and analysis of court's order extending exclusive periods and amended notice of agenda for upcoming omnibus hearing (.30); drafted and revised e-mail to M. Hurford re: proposed Whitehouse discovery order (.10). |
| 05/12/06 | ALV | 250.00 | 10.50 | Review documents from Boca Raton repository and address concerns regarding past asbestos settlements (4.0); review documents produced by the debtors from Boston repository for relevance (6.1); contact claimant with Questionnaire problems (0.4). |
| 05/13/06 | ALV | 250.00 | 2.00 | Review documents produced by the debtors from Boston repository for relevance. |

{D0062109:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/15/06 | EI | 835.00 | 0.70 | Memos re: meetings and participants (.5); t/c D. Cohn re: status (.1); t/c R. Budd re: status (.1). |
| 05/15/06 | SME | 205.00 | 0.20 | Review materials re: recent developments in asbestos litigation. |
| 05/15/06 | JAL | 425.00 | 0.10 | Telephone call and message to P. Rika at LAS re: Rust questionnaire database. |
| 05/15/06 | ALV | 250.00 | 8.80 | Review documents produced by the debtors from Boston repository for relevance (6.5); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (2.3). |
| 05/16/06 | EI | 835.00 | 4.70 | Prep (1.0); conference PI / PD and Futures Rep (2.0); conf. PI / PD, Futures Rep, Debtor, UCC and Equity (1.7). |
| 05/16/06 | NDF | 525.00 | 0.50 | Telephone conference with lawyer for doctor regarding estimation discovery issue. |
| 05/16/06 | JAL | 425.00 | 0.60 | Meeting w/NDF re: estimation-related strategy and discovery issues. |
| 05/16/06 | ALV | 250.00 | 8.20 | Review documents produced by the debtors from Boston repository for relevance (1.2); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (7.0). |
| 05/17/06 | ALV | 250.00 | 5.90 | Review documents produced by the debtors from Boston repository for relevance. |
| 05/18/06 | JAL | 425.00 | 0.50 | Review and analysis of M. Hurford's memo re: the omnibus hearing earlier this week (.30); review of memo from EI re: ongoing mediation with the parties (.20). |
| 05/18/06 | ALV | 250.00 | 8.70 | Review documents produced by the debtors from Boston repository for relevance (3.2); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (5.5). |
| 05/19/06 | JAL | 425.00 | 0.20 | Telephone call w/M. Westin re: Grace questionnaire. |
| 05/19/06 | ALV | 250.00 | 9.00 | Review documents produced by the debtors from Boston repository for relevance. |
| 05/22/06 | JAL | 425.00 | 1.60 | Reviewed recommendation memo from local counsel re: pending matters (.10); drafted and revised memo |

{D0062109:1 }

|          |     |        |      |                                                                                                                                                                                                                       |
|----------|-----|--------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |        |      | re: Grace questionnaire issues (.20); review and analysis of materials relating to estimation of claims (.70); review and analysis of certificate of counsel together w/proposed Discovery Order, Protective Order, and attached exhibits (.60). |
| 05/22/06 | ALV | 250.00 | 7.10 | Review documents produced by the debtors from Boston repository for relevance.                                                                                                                                        |
| 05/23/06 | EI  | 835.00 | 0.30 | Conf. Pasquale re: mediation (.1); t/c Kazan re: Libby (.2).                                                                                                                                                          |
| 05/23/06 | ALV | 250.00 | 8.60 | Review documents produced by the debtors from Boston repository for relevance.                                                                                                                                        |
| 05/24/06 | ALV | 250.00 | 7.70 | Review documents produced by the debtors from Boston repository for relevance.                                                                                                                                        |
| 05/25/06 | ALV | 250.00 | 8.50 | Review documents produced by the debtors from Boston repository for relevance .                                                                                                                                       |
| 05/26/06 | EI  | 835.00 | 0.80 | Memo to Kazan (.5); memos re: mediation (.3).                                                                                                                                                                         |
| 05/26/06 | JAL | 425.00 | 0.30 | Reviewed recommendation memo from local counsel (.10); drafted memo to Pat at LAS re: Rust questionnaire facility (.20).                                                                                              |
| 05/30/06 | EI  | 835.00 | 4.70 | Prep for mediation session (.5); meeting at Kirkland & Ellis (.5); mediation session (3.0); memo (.5); t/c PVNL re: status (.2).                                                                                      |
| 05/30/06 | NDF | 525.00 | 0.20 | Review Harding 5/25 letter (0.1); confer with JAL regarding case issues (0.1).                                                                                                                                        |
| 05/30/06 | JAL | 425.00 | 1.60 | Review and analysis of materials relating to estimation (1.00); telephone call and message to P. Ebbiner re: Grace questionnaire to claimants (.10); drafted memo to ALV re: estimation-related documents (.30); reviewed memo from EI re: mediation session w/Judge Pointer (.10); office conf. w/NDF re: developments and next steps in estimation proceeding (.10). |
| 05/30/06 | ALV | 250.00 | 3.20 | Review documents produced by the debtors from Boston repository for relevance.                                                                                                                                        |
| 05/31/06 | EI  | 835.00 | 1.40 | T/c NDF and JAL re: status and procedures going forward (.5); pension motion (.1); t/c L. Kruger re:                                                                                                                  |

{D0062109:1 }

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| | | | | status (.2); t/c Frankel re: same (.2); t/c Baena re: same (.2); t/c Weitz re: same (.2). |
| 05/31/06 | SME | 205.00 | 0.10 | Meet with JAL re upcoming document review. |
| 05/31/06 | NDF | 525.00 | 0.40 | Review and edit memos to EI regarding case status. |
| 05/31/06 | JAL | 425.00 | 4.80 | Office conf. w/ALV re: estimation-related document review (.20); reviewed memo from EI re: Grace pension contribution motion (.10); telephone call w/P. Ebbiner of LAS re: Grace claimants' questionnaire (.30); reviewed letter from B. Harding re: potential mediation sessions w/individual claimants over questionnaire objections (.10); drafted and revised memo to NDF re: potential mediation sessions over claimant questionnaire objections (.20); office conf. w/SME re: Grace estimation-related document review (.20); telephone call w/ALV re: Grace estimation-related document review (.10); teleconf. w/NDF and EI re: estimation matters and next steps (.30); review materials and prep. of memo re: estimation proceeding and issues (.40); review of materials and prep. of memo re: mediation and questionnaire issues (2.00); review and analysis of case management order and reviewed options for revising such order (.90). |
| 05/31/06 | ALV | 250.00 | 9.80 | Review documents produced by the debtors from Boston repository for relevance (3.8); review documents produced from Boston repository for specific documents referenced by Schneider and McCumber (6.0). |

**Total Task Code .16        203.60**


**Plan & Disclosure Statement (1.10 Hours; $ 836.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $760 | 836.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/06 | PVL | 760.00 | 0.70 | Teleconference Cohn. |

{D0062109:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/06 | PVL | 760.00 | 0.10 | Teleconference EI. |
| 05/18/06 | PVL | 760.00 | 0.10 | Review EI memo. |
| 05/30/06 | PVL | 760.00 | 0.20 | Teleconference EI (.1); review EI memo (.1). |

**Total Task Code .17      1.10**

**Travel – Non Working (2.00 Hours; $ 760.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.00 | $380.00 | 760.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/15/06 | PVL | 380.00 | 2.00 | Travel to/from Wilmington (half). |

**Total Task Code .21      2.00**

**Fee Auditor Matters (.50 Hours; $ 217.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .50 | $435 | 217.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/05/06 | RCT | 435.00 | 0.50 | Reply to fee auditor |

**Total Task Code .32      .50**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 50.65 |
| Conference Meals | 309.71 |
| Database Research | 130.02 |
| Long Distance-Equitrac In-House | 5.92 |
| NYO Long Distance Telephone | 122.83 |
| Outside Photocopying/Duplication Service | 25,432.73 |
| Postage | 0.39 |
| Professional Fees & Expert Witness Fees | 6,358.50 |
| Telecopier/Equitrac | 49.35 |
| Travel Expenses - Ground Transportation | 447.00 |
| Xeroxing | -109.95 |
| Total: | $32,797.15 |

{D0062109:1 }