## EXHIBIT B

### Case Administration (8.8 Hours; $ 5,478.00)

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        **8.8**

### Claim Analysis Objection & Resolution (Asbestos) (.3 Hours; $ 228.00)

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**        **.3**

### Committee, Creditors', Noterholders' or Equity Holders' (.5 Hours; $ 417.50)

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**        **.5**

### Employee Benefits/Pension (.7 Hours; $ 532.00)

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**        **.7**

### Fee Applications, Applicant (5.5 Hours; $ 1,550.00)

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**        **5.5**

### Litigation and Litigation Consulting (203.6 Hours; $ 66,054.00)

{D0062110:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          203.6**


**Plan & Disclosure Statement (1.1 Hours; $ 836.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          1.1**


**Travel Non-Working (2.0 Hours; $ 760.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          2.0**


**Fee Auditor Matters (.5 Hours; $ 217.50)**

Services rendered in this category pertain to the review of and response to report by the fee auditor.

**Total Task Code .32          .5**