## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 50.65 |
| Conference Meals | 309.71 |
| Database Research | 130.02 |
| Long Distance-Equitrac In-House | 5.92 |
| NYO Long Distance Telephone | 122.83 |
| Outside Photocopying/Duplication Service | 25,432.73 |
| Postage | 0.39 |
| Professional Fees & Expert Witness Fees | 6,358.50 |
| Telecopier/Equitrac | 49.35 |
| Travel Expenses - Ground Transportation | 447.00 |
| Xeroxing | -109.95 |
| Total: | $32,797.15 |

{D0062111:1 }