**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** 

**Matter 000** **Disbursements**

6/22/2006
Print Date/Time:
06/22/2006
12:12:14PM
Invoice #

Attn:

# PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 5/31/2006

**Matter 000**
**Disbursements**
Bill Cycle: Monthly Style: i1 Start: 4/16/2001

Last Billed : 5/26/2006 13,655

Trust Amount Available

Total Expenses Billed To Date $494,757.89

Billing Empl: 0120 Elihu Inselbuch
Responsible Empl: 0120 Elihu Inselbuch
Alternate Empl: 0120 Elihu Inselbuch
Originating Empl: 0120 Elihu Inselbuch

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 0.45 | 0.00 | 0.45 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 28.78 | 0.00 | 28.78 |
| 0187 | NDF | Nathan D Finch | 0.00 | 6,358.89 | 0.00 | 6,358.89 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 25.10 | 0.00 | 25.10 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 3.60 | 0.00 | 3.60 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.80 | 0.00 | 0.80 |
| 0308 | DBS | David B Smith | 0.00 | 25,454.70 | 0.00 | 25,454.70 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 168.50 | 0.00 | 168.50 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 756.33 | 0.00 | 756.33 |
| **Total Fees** | | | **0.00** | **32,797.15** | **0.00** | **32,797.15** |

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|---|---|
| **Total Fees** | | | | | | | | |

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1966090 | Photocopy | E | 01/24/2006 | 0308 | DBS | | 0.00 | $0.10 | | 0.00 | $0.10 | 0.10 |
| 1947710 | Equitrac - Long Distance to 6179512505 | E | 05/01/2006 | 0999 | C&D | | 0.00 | $1.49 | | 0.00 | $1.49 | 1.59 |
| 1947790 | Photocopy | E | 05/01/2006 | 0999 | C&D | | 0.00 | $20.10 | | 0.00 | $20.10 | 21.69 |
| 1949296 | Photocopy | E | 05/02/2006 | 0999 | C&D | | 0.00 | $0.10 | | 0.00 | $0.10 | 21.79 |
| 1949574 | Photocopy | E | 05/03/2006 | 0220 | SKL | | 0.00 | $7.90 | | 0.00 | $7.90 | 29.69 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 6/22/2006

Print Date/Time: 06/22/2006 12:12:14PM

Attn: Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1949578 | Photocopy | E | 05/03/2006 | 0220 | SKL | 0.00 | $14.10 | 0.00 | $14.10 | 43.79 |
| 1949590 | Photocopy | E | 05/03/2006 | 0220 | SKL | 0.00 | $2.40 | 0.00 | $2.40 | 46.19 |
| 1949612 | Photocopy | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 46.29 |
| 1949663 | Photocopy | E | 05/03/2006 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 46.89 |
| 1949676 | Photocopy | E | 05/03/2006 | 0999 | C&D | 0.00 | $20.30 | 0.00 | $20.30 | 67.19 |
| 1949724 | Fax Transmission to 512145201181 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 67.79 |
| 1949725 | Fax Transmission to 512032522562 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 68.39 |
| 1949726 | Fax Transmission to 517136501400 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 68.99 |
| 1949727 | Fax Transmission to 513125516759 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 69.59 |
| 1949728 | Fax Transmission to 518432169290 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 69.89 |
| 1949729 | Fax Transmission to 514067527124 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 70.49 |
| 1949730 | Fax Transmission to 515108354913 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 71.09 |
| 1949732 | Fax Transmission to 512165750799 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 71.69 |
| 1949733 | Fax Transmission to 513053796222 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 72.29 |
| 1949734 | Fax Transmission to 514124718308 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 72.89 |
| 1949735 | Fax Transmission to 512123440994 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 73.49 |
| 1949736 | Fax Transmission to 518432169450 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 74.09 |
| 1949737 | Fax Transmission to 512148248100 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 74.69 |
| 1949738 | Fax Transmission to 518432169290 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 74.99 |
| 1949739 | Fax Transmission to 513026565875 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 75.59 |
| 1949740 | Fax Transmission to 514122615066 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 76.19 |
| 1949741 | Fax Transmission to 513024269947 | E | 05/03/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 76.79 |
| 1950031 | Equitrac - Long Distance to 6195271295 | E | 05/05/2006 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 77.07 |
| 1949922 | BostonCoach service for Judge Sam Pointer t/f BWI airport in Washington, D.C. on 3/22 | E | 05/08/2006 | 0999 | C&D | 0.00 | $278.50 | 0.00 | $278.50 | 355.57 |
| 1949923 | BostonCoach service for ALV t/f Logan airport in Boston on 3/29 | E | 05/08/2006 | 0327 | ALV | 0.00 | $168.50 | 0.00 | $168.50 | 524.07 |
| 1949936 | Federal Express to David Smith from Dan Tibor on 4/19 | E | 05/08/2006 | 0308 | DBS | 0.00 | $21.87 | 0.00 | $21.87 | 545.94 |
| 1949957 | Federal Express to Katie Hemming from EI on 4/25 | E | 05/08/2006 | 0120 | EI | 0.00 | $2.84 | 0.00 | $2.84 | 548.78 |
| 1950659 | Photocopy | E | 05/09/2006 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 550.88 |
| 1950736 | Fax Transmission to 13033126517 | E | 05/09/2006 | 0020 | PVL | 0.00 | $0.45 | 0.00 | $0.45 | 551.33 |
| 1950797 | Merrill Communications; Coding-Intl-Bibliographic; Scanning; OCR | E | 05/10/2006 | 0308 | DBS | 0.00 | $25,432.73 | 0.00 | $25,432.73 | 25,984.06 |
| 1952315 | Photocopy | E | 05/12/2006 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 25,984.76 |
| 1952342 | Photocopy | E | 05/12/2006 | 0999 | C&D | 0.00 | $3.40 | 0.00 | $3.40 | 25,988.16 |
| 1952343 | Photocopy | E | 05/12/2006 | 0999 | C&D | 0.00 | $14.20 | 0.00 | $14.20 | 26,002.36 |
| 1952101 | Equitrac - Long Distance to 2125889686 | E | 05/14/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 26,002.42 |
| 1952473 | Snyder Miller & Orton; Services rendered thru 4/30/06 | E | 05/15/2006 | 0187 | NDF | 0.00 | $6,358.50 | 0.00 | $6,358.50 | 32,360.92 |
| 1953425 | Equitrac - Long Distance to 8054435160 | E | 05/15/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 32,360.97 |
| 1953674 | Postage | E | 05/15/2006 | 0187 | NDF | 0.00 | $0.39 | 0.00 | $0.39 | 32,361.36 |
| 1954784 | Federal Express to Warren Smith from EI on 5/5 | E | 05/18/2006 | 0120 | EI | 0.00 | $17.31 | 0.00 | $17.31 | 32,378.67 |
| 1954957 | Photocopy | E | 05/18/2006 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 32,379.57 |
| 1955028 | Fax Transmission to 512032522562 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,380.32 |
| 1955029 | Fax Transmission to 512145201181 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,381.07 |
| 1955030 | Fax Transmission to 512148248100 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,381.82 |
| 1955032 | Fax Transmission to 517136501400 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,382.57 |
| 1955033 | Fax Transmission to 513125516759 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,383.32 |
| 1955034 | Fax Transmission to 518432169290 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,384.07 |
| 1955035 | Fax Transmission to 514067527124 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,384.82 |
| 1955036 | Fax Transmission to 513026565875 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,385.57 |
| 1955037 | Fax Transmission to 515108354913 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,386.32 |
| 1955038 | Fax Transmission to 512165750799 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,387.07 |
| 1955039 | Fax Transmission to 513053796222 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,387.82 |
| 1955040 | Fax Transmission to 514124718308 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,388.57 |
| 1955041 | Fax Transmission to 512123440994 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,389.32 |
| 1955042 | Fax Transmission to 513024269947 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,390.07 |
| 1955043 | Fax Transmission to 514122615066 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,390.22 |
| 1955044 | Fax Transmission to 518432169450 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 32,390.67 |
| 1955045 | Fax Transmission to 514122615066 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,390.82 |
| 1955046 | Fax Transmission to 518432169450 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 32,391.12 |
| 1955047 | Fax Transmission to 514122615066 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 32,391.57 |
| 1955048 | Fax Transmission to 512148248100 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,392.32 |
| 1955331 | Equitrac - Long Distance to 5042326665 | E | 05/19/2006 | 0999 | C&D | 0.00 | $0.26 | 0.00 | $0.26 | 32,392.58 |
| 1956150 | Conference Meals - Lunch meeting of attorneys, principals and advisors prior to mediation on May 16, 2006 | E | 05/23/2006 | 0999 | C&D | 0.00 | $309.71 | 0.00 | $309.71 | 32,702.29 |
| 1956743 | NYO Long Distance Telephone For April 2006/Hearing Prep with NDF, PVNL, EI, Mark Hurford on 4/11. | E | 05/25/2006 | 0999 | C&D | 0.00 | $122.83 | 0.00 | $122.83 | 32,825.12 |
| 1957053 | Federal Express to Katie Hemming from EI on 5/12 | E | 05/25/2006 | 0120 | EI | 0.00 | $8.63 | 0.00 | $8.63 | 32,833.75 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** 

**Matter 000** **Disbursements** 6/22/2006

Print Date/Time: 06/22/2006 12:12:14PM

Attn: Invoice #

| | (split between 5518/4642) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1957310 | Photocopy | E | 05/25/2006 | 0999 | C&D | 0.00 | $6.20 | 0.00 | $6.20 | 32,839.95 |
| 1957198 | Equitrac - Long Distance to 3024261900 | E | 05/26/2006 | 0999 | C&D | 0.00 | $1.91 | 0.00 | $1.91 | 32,841.86 |
| 1957205 | Equitrac - Long Distance to 2122781322 | E | 05/26/2006 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 32,842.22 |
| 1957206 | Equitrac - Long Distance to 2122781322 | E | 05/26/2006 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 32,842.58 |
| 1957579 | Equitrac - Long Distance to 2123199240 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 32,843.26 |
| 1957605 | Photocopy | E | 05/30/2006 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 32,844.36 |
| 1957606 | Photocopy | E | 05/30/2006 | 0999 | C&D | 0.00 | $1.60 | 0.00 | $1.60 | 32,845.96 |
| 1957635 | Photocopy | E | 05/30/2006 | 0237 | SRB | 0.00 | $0.80 | 0.00 | $0.80 | 32,846.76 |
| 1957642 | Photocopy | E | 05/30/2006 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 32,847.76 |
| 1957684 | Photocopy | E | 05/30/2006 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 32,848.36 |
| 1957736 | Fax Transmission to 516179510679 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,848.96 |
| 1957737 | Fax Transmission to 512145201181 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,849.56 |
| 1957738 | Fax Transmission to 512148248100 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,850.31 |
| 1957739 | Fax Transmission to 512032522562 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,850.91 |
| 1957740 | Fax Transmission to 517136501400 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,851.51 |
| 1957741 | Fax Transmission to 513125516759 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,852.11 |
| 1957742 | Fax Transmission to 518432169290 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,852.71 |
| 1957743 | Fax Transmission to 514067527124 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,853.31 |
| 1957744 | Fax Transmission to 513026565875 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,853.91 |
| 1957745 | Fax Transmission to 515108354913 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,854.51 |
| 1957746 | Fax Transmission to 512165750799 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,855.11 |
| 1957747 | Fax Transmission to 514124718308 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,855.71 |
| 1957748 | Fax Transmission to 512123440994 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,856.31 |
| 1957749 | Fax Transmission to 513024269947 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,856.91 |
| 1957750 | Fax Transmission to 514122615066 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,857.51 |
| 1957751 | Fax Transmission to 518432169450 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,858.11 |
| 1958950 | Equitrac - Long Distance to 2123199240 | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 32,858.58 |
| 1958998 | Photocopy | E | 05/31/2006 | 0232 | LK | 0.00 | $1.50 | 0.00 | $1.50 | 32,860.08 |
| 1959100 | Fax Transmission to 512145201181 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,861.13 |
| 1959101 | Fax Transmission to 512032522562 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,862.18 |
| 1959102 | Fax Transmission to 512148248100 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,863.23 |
| 1959103 | Fax Transmission to 517136501400 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,864.28 |
| 1959104 | Fax Transmission to 513125516759 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,865.33 |
| 1959105 | Fax Transmission to 514067527124 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,866.38 |
| 1959106 | Fax Transmission to 513026565875 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,867.43 |
| 1959108 | Fax Transmission to 515108354913 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,868.48 |
| 1959109 | Fax Transmission to 512165750799 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,869.53 |
| 1959110 | Fax Transmission to 514124718308 | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 32,869.83 |
| 1959111 | Fax Transmission to 512123440994 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,870.88 |
| 1959112 | Fax Transmission to 513024269947 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,871.93 |
| 1959113 | Fax Transmission to 514122615066 | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 32,872.83 |
| 1959114 | Fax Transmission to 518432169450 | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 32,873.28 |
| 1959115 | Fax Transmission to 513053796222 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,874.33 |
| 1959116 | Fax Transmission to 518432169290 | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,875.38 |
| 1959117 | Fax Transmission to 514124718308 | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,875.98 |
| 1959118 | Fax Transmission to 518432169450 | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,876.58 |
| 1959119 | Fax Transmission to 514124718308 | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,876.73 |
| 1959120 | Fax Transmission to 514122615066 | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,876.88 |
| 1960016 | Xeroxing - Credit due for rate reduction from $.15 to $.10 Retroactive February 1 to April 30, 2006 (4,195 copies) | E | 05/31/2006 | 0999 | C&D | 0.00 | -$209.75 | 0.00 | -$209.75 | 32,667.13 |
| 1960358 | Database Research - Westlaw by SME on 5/11-19 | E | 05/31/2006 | 0999 | C&D | 0.00 | $130.02 | 0.00 | $130.02 | 32,797.15 |
| **Total Expenses** | | | | | | 0.00 | $32,797.15 | 0.00 | $32,797.15 | |

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 32,797.15 | | 32,797.15 |
| Matter Total | 0.00 | 32,797.15 | 0.00 | 32,797.15 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 6/22/2006

Print Date/Time: 06/22/2006 12:12:14PM

Attn: Invoice #

| | | | | |
|---|---|---|---|---|
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $32,797.15 | | $32,797.15 |
| Prebill Total | 0.00 | $32,797.15 | 0.00 | $32,797.15 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 51,900 | 11/28/2005 | 128,956.00 | 25,791.20 |
| 52,377 | 12/24/2005 | 110,238.75 | 22,047.75 |
| 52,667 | 01/30/2006 | 160,926.00 | 32,185.20 |
| 52,957 | 02/27/2006 | 141,801.50 | 28,360.30 |
| 53,271 | 03/24/2006 | 104,812.50 | 20,962.50 |
| 53,663 | 04/27/2006 | 205,549.46 | 205,549.46 |
| 54,090 | 05/26/2006 | 184,927.79 | 184,927.79 |
| | | 1,465,248.00 | 528,772.49 |