## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
|  | ) | **(Jointly Administered)** |
|  | ) |  |
| **Debtor.** | ) |  |
|  | ) |  |

## CERTIFICATION OF COUNSEL REGARDING
## SEVENTH QUARTERLY AND FINAL FEE APPLICATIONS
## OF SWIDLER BERLIN LLP

The undersigned certifies the following to be true and correct to the best of his knowledge:

1.    On April 4, 2006, the S*eventh Quarterly Fee Application of Swidler Berlin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to David T. Austern, Future Claimants Representative, for the Period December 1, 2005 through December 31, 2005* was filed with this Court (the "Quarterly Application") [Docket Entry No. 12196 ].

2.    On June 23, 2006, the *Final Fee Application of Swidler Berlin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to David T. Austern, Future Claimants Representative, for the Period May 24, 2004 through February 5, 2006* was filed with this Court (the "Final Application") [Docket Entry No. 12709].

3.    The deadline to object to the Quarterly Application expired on June 2, 2006 and no objections were filed to the Application.  Swidler filed a Certificate of No Objection with the Court on June 6, 2006 [Docket Entry No. 12596].

4.      Swidler and the Office of the United States Trustee negotiated a reduction to its fees during the time period in the Quarterly Application in the amount of $738.00.   This reduction was not properly reflected in the Quarterly Application, the Order entered by the Court on June 16, 2006 [Docket No. 12660] with respect to the Quarterly Application, nor the proposed final order relating to the Final Application, which is pending with the Court.

5.      I have attached  Amended Orders relating to Swidler's Quarterly Application and Final Application, which reflect this agreed-upon reduction, for consideration by the Court.

SWIDLER BERLIN LLP

By:_____
        Warren Anthony Fitch
        3000 K Street, NW, Suite 300
        Washington, DC  20007
        (202) 424-7500

Dated: June 30, 2006