IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtor. | ) | |

**AMENDED ORDER
APPROVING SEVENTH QUARTERLY FEE APPLICATION
OF SWIDLER BERLIN LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE
FOR THE PERIOD OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005**

On June 16, 2006, a hearing was held at which the Court reviewed and approved the Seventh Quarterly Fee Application of Swidler Berlin LLP ("Swidler") (the "Quarterly Application"). By Order entered on June 16, 2006 [Docket No. 12660], the Court awarded Swidler compensation in the amount of $196,400.75 in fees and reimbursement of expenses in the amount of $15,577.13 (the "Order").

Subsequent to the filing of Swidler's Quarterly Application, Swidler and the Office of the United States Trustee had negotiated a reduction to its fees for this time quarterly period of October 1, 2005 through December 31, 2005 (the "Seventh Quarterly Fee Period") in the amount of $738.00; this reduction was not reflected in the Quarterly Application, and thus was not reflected in the Order.

The Court finds that:

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334;

Accordingly, it is hereby

ORDERED, that the Order entered June 16, 2006 [Docket No. 12660] is hereby amended by this Amended Order; and it is further

ORDERED, that Swidler is hereby allowed interim fees of $195,662.75 for its Seventh Quarterly Fee Period; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

Dated: _____, 2006