```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 11:59:31

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                           PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:                                TO:
       UNBILLED DISB FROM: 05/22/2006                     TO: 05/31/2006

                                     FEES                                    COSTS
                                     ----                                    -----

 GROSS BILLABLE AMOUNT:                0.00                                 138.04
   AMOUNT WRITTEN DOWN:
              PREMIUM:
      ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:                                                   05/31/2006
 CLOSE MATTER/FINAL BILLING?   YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                      ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

                 FEES:                    0.00      UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:                  128.28      PAID FEE RETAINER:           0.00
          FEE RETAINER:                   0.00      PAID DISB RETAINER:          0.00
         DISB RETAINER:                   0.00      TOTAL AVAILABLE FUNDS:       0.00
     TOTAL OUTSTANDING:                 128.28              TRUST BALANCE:
                                                    BILLING HISTORY
     DATE OF LAST BILL:        05/19/06            LAST PAYMENT DATE:        05/19/06
     LAST BILL NUMBER:         437384    ACTUAL FEES BILLED TO DATE:       252,184.50
                                         ON ACCOUNT FEES BILLED TO DATE:        0.00
                                            TOTAL FEES BILLED TO DATE:    252,184.50
  LAST BILL THRU DATE:         03/31/06         FEES WRITTEN OFF TO DATE:  79,053.50

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee            (4) Excessive Legal Time     (7) Fixed Fee
  (2) Late Time & Costs Posted      (5) Business Development     (8) Premium
  (3) Pre-arranged Discount         (6) Summer Associate         (9) Rounding       (10) Client Arrangement

BILL NUMBER: 438747    DATE OF BILL:            Processed by:              FRC:              CRC:
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                       *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 11:59:31

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -------
Code Description                                Oldest       Latest        Total
                                                Entry        Entry         Amount

0820 PHOTOCOPYING                              05/22/06     05/22/06         9.66
0885 LONG-DISTANCE TEL.                        05/31/06     05/31/06       128.38

         Total                                                             138.04

         Grand Total                                                       138.04


A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 06/12/06 11:59:31)
                                                                  Applied     ------- Collections -------    Balance
Bill Date Thru Date Bill#          Fee & OA   Disbursement     Billed         From OA      Total     Date    Due

01/31/06 12/31/05  429349          1,529.00        314.52                               1,843.52  03/28/06
05/19/06 04/30/06  436874                .00       128.28                                    .00              128.28
05/19/06 03/31/06  437384            999.00        482.88                               1,481.88  05/19/06

                   Total:          2,528.00        925.68                               3,325.40              128.28
```

alp_132r: Matter Detail                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    3
                                                            *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 11:59:31

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code              Employee            Date        Amount    Index#    Batch No   Batch Date

PHOTOCOPYING       0820
   PHOTOCOPYING
     O'BRIEN MARIEILEEN       O'BRIEN, M.O.       05/22/06      9.66    7456951   378460     05/23/06
                              0820 PHOTOCOPYING Total :         9.66

LONG-DISTANCE TEL. 0885
   PREMIERE CONFERENCING
   LONG DIST. TELE. - VENDOR- PREMIERE  CATON, A  05/31/06    128.38    7471584   378936     06/02/06
   CONFERENCING
                              0885 LONG-DISTANCE TEL. Total : 128.38


             Costs Total :                                    138.04

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 11:59:31

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill        W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING               9.66
0885 LONG-DISTANCE TEL.       128.38

       Costs Total :          138.04
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 11:59:51

Matter No: 056772-00002                                        Orig Prtnr : CRED. RGTS. - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status        : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:    05/01/2006         TO:  05/31/2006
       UNBILLED DISB FROM:    05/10/2006         TO:  05/12/2006

                                 FEES                                  COSTS

   GROSS BILLABLE AMOUNT:      9,288.00                                 9.43
     AMOUNT WRITTEN DOWN:
                PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:                        05/31/2006                         05/12/2006
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                         ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

              FEES:              3,942.00              UNIDENTIFIED RECEIPTS:          0.00
     DISBURSEMENTS:                  4.50                  PAID FEE RETAINER:          0.00
      FEE RETAINER:                  0.00                 PAID DISB RETAINER:          0.00
     DISB RETAINER:                  0.00              TOTAL AVAILABLE FUNDS:          0.00
  TOTAL OUTSTANDING:              3,946.50                  TRUST BALANCE:
                                                          BILLING HISTORY

DATE OF LAST BILL:        05/19/06      LAST PAYMENT DATE:             05/19/06
LAST BILL NUMBER:         437384        ACTUAL FEES BILLED TO DATE:   217,276.50
                                        ON ACCOUNT FEES BILLED TO DATE:     0.00
                                        TOTAL FEES BILLED TO DATE:    217,276.50
LAST BILL THRU DATE:      03/31/06      FEES WRITTEN OFF TO DATE:      21,567.50

FOR ACCCTG USE ONLY:    Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
       (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
       (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE     2
Run Date & Time: 06/12/2006 11:59:51                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -------
Emp Id Employee Name                 Group          Oldest      Latest      Hours          Amount

02495  BENTLEY, PHILIP               CRED         05/25/06    05/25/06       1.20          756.00
05292  BECKER, GARY M.               CRED         05/01/06    05/31/06      15.80        8,532.00
                        Total:                                               17.00        9,288.00

Sub-Total Hours :    1.20 Partners       15.80 Counsels     0.00 Associates    0.00 Legal Assts   0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ----- Total Unbilled -----
                                    Oldest      Latest         Total
Code Description                    Entry       Entry          Amount

0820  PHOTOCOPYING                 05/10/06   05/12/06           9.43
                        Total                                    9.43
                        Grand Total                              9.43
                                                             9,297.43
                                                           ===========

A C C O U N T S   R E C E I V A B L E        (Reflects Payments As of: 06/12/06 11:59:51)
                                 ------ Billed --------    Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement  From OA    Total      Date           Due

01/31/06 12/31/05 429349        12,652.00       259.90               12,911.90 03/28/06
05/19/06 04/30/06 436874         3,942.00         4.50                     .00                  3,946.50
05/19/06 03/31/06 437384        17,928.00        99.00               18,027.00 05/19/06
            Total:              34,522.00       363.40               30,938.90                  3,946.50
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 11:59:51

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                        Hours      Amount        Index#    Batch Date  Task Act
```

| Employee | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 05/25/06 | Committee call, and discs GB | 1.20 | 756.00 | 6321973 | 05/31/2006 |
| **Total For BENTLEY P - 02495** | | | **1.20** | **756.00** | | |
| BECKER, GARY M. | 05/01/06 | Conf. shareholder re case issues | 0.20 | 108.00 | 6287289 | 05/04/2006 |
| BECKER, GARY M. | 05/08/06 | conf. Weschler re case issues (0.3); conf shareholder re case issues (0.2) | 0.50 | 270.00 | 6293475 | 05/10/2006 |
| BECKER, GARY M. | 05/10/06 | emails to/from Weschler re case issues (0.3); conf shareholder re case issues (0.3) | 0.60 | 324.00 | 6295663 | 05/11/2006 |
| BECKER, GARY M. | 05/11/06 | conf shareholder re case issues | 0.50 | 270.00 | 6297362 | 05/15/2006 |
| BECKER, GARY M. | 05/15/06 | Meeting with Weschler in preparation for mediation (2.3); conf. chareholder (0.3) | 2.60 | 1,404.00 | 6301866 | 05/17/2006 |
| BECKER, GARY M. | 05/16/06 | conf shareholder (0.3); conf second shareholder (0.3) | 0.60 | 324.00 | 6303989 | 05/18/2006 |
| BECKER, GARY M. | 05/17/06 | conf shareholder re case issues (0.5); conf. secured shareholder re case issues (0.5) | 1.00 | 540.00 | 6304557 | 05/18/2006 |
| BECKER, GARY M. | 05/18/06 | conf t. Weschler re case issues (0.4); conf shareholder (0.3); conf shareholder (0.3) | 1.00 | 540.00 | 6307350 | 05/19/2006 |
| BECKER, GARY M. | 05/22/06 | prep for and mtg with shareholder (2.0); review info from Wechsler (0.6) | 2.60 | 1,404.00 | 6317940 | 05/26/2006 |
| BECKER, GARY M. | 05/24/06 | prep for and conf Bentley and Wechlser re various case issues in prep for cmtee call (1.3); conf Shareholder re case issues (0.3) | 1.60 | 864.00 | 6317941 | 05/26/2006 |
| BECKER, GARY M. | 05/25/06 | Prepare for and conf. with Equity Committee (2.5); conf. with shareholder (0.7) | 3.20 | 1,728.00 | 6317942 | 05/26/2006 |
| BECKER, GARY M. | 05/30/06 | Conf. Shareholder re case issues (0.4); conf. second shareholder re case issues (0.2); conf. third shareholder re case issues (0.3) | 0.90 | 486.00 | 6322339 | 05/31/2006 |
| BECKER, GARY M. | 05/31/06 | conf shareholder re case issues | 0.50 | 270.00 | 6330156 | 06/02/2006 |
| **Total For BECKER G - 05292** | | | **15.80** | **8,532.00** | | |
| | | **Fee Total** | **17.00** | **9,288.00** | | |

U N B I L L E D   C O S T S   D E T A I L
Description/Code

| | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 05/10/06 | 2.99 | 7443836 | 377971 | 05/12/06 |
| PHOTOCOPYING | BENTLEY, P | 05/12/06 | 6.44 | 7447008 | 378026 | 05/15/06 |
| **0820 PHOTOCOPYING Total :** | | | **9.43** | | | |

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    4
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 11:59:51

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code        Employee           Date           Amount           Index#   Batch No   Batch Date


           Costs Total :                                   9.43
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 11:59:51

Matter No: 056772-00002                                             Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours          Amount           Bill          W/o / W/u        Transfer To     Clnt/Mtr    Carry Forward

BENTLEY, PHILIP             1.20           756.00
BECKER, GARY M.            15.80         8,532.00
       Total:              17.00         9,288.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                          Amount           Bill          W/o / W/u        Transfer To     Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                            9.43

           Costs Total :                     9.43
```

```
alp_132r: Matter Detail                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
Run Date & Time: 06/12/2006 12:00:13           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:    05/11/2006        TO: 05/22/2006
           UNBILLED DISB FROM:                      TO:

                                    FEES                           COSTS
                                  --------                       --------
       GROSS BILLABLE AMOUNT:      1,782.00                         0.00
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
            ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:                  05/22/2006
   CLOSE MATTER/FINAL BILLING?   YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                   FEES:               1,026.00         UNIDENTIFIED RECEIPTS:       0.00
          DISBURSEMENTS:                   0.00         PAID FEE RETAINER:           0.00
          FEE RETAINER:                    0.00         PAID DISB RETAINER:          0.00
          DISB RETAINER:                   0.00         TOTAL AVAILABLE FUNDS:       0.00
       TOTAL OUTSTANDING:               1,026.00         TRUST BALANCE:
                                                            BILLING HISTORY
        DATE OF LAST BILL:      05/19/06      LAST PAYMENT DATE:        05/19/06
        LAST BILL NUMBER:         437384  ACTUAL FEES BILLED TO DATE:  126,723.00
                                         ON ACCOUNT FEES BILLED TO DATE:     0.00
                                         TOTAL FEES BILLED TO DATE:    126,723.00
       LAST BILL THRU DATE:      03/31/06  FEES WRITTEN OFF TO DATE:      444.00

                                    Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development      (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate          (9) Rounding      (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 12:00:14

Matter No: 056772-00005                                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status     : ACTIVE

UNBILLED TIME SUMMARY                  ----------- Total Unbilled ----------
Emp Id Employee Name              Group       Oldest     Latest       Hours        Amount

05292  BECKER, GARY M.            CRED        05/11/06   05/22/06      3.30      1,782.00

              Total:                                                   3.30      1,782.00

Sub-Total Hours :     0.00 Partners   3.30 Counsels  0.00 Associates   0.00 Legal Assts   0.00 Others

ACCOUNTS RECEIVABLE             (Reflects Payments As of 06/12/06 12:00:14)
                           Billed  --------    Applied    ----Collections----       Balance
Bill Date Thru Date Bill#  Fee & OA  Disbursement  From OA     Total     Date         Due

01/31/06 12/31/05 429349   1,196.00       .00        .00     1,196.00  03/28/06
05/19/06 04/30/06 436874   1,026.00       .00        .00         .00                1,026.00
05/19/06 03/31/06 437384   2,052.00       .00        .00     2,052.00  05/19/06

              Total:       4,274.00       .00        .00     3,248.00               1,026.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                             *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:00:14

Matter No: 056772-00005                                 Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status       : ACTIVE

UNBILLED TIME DETAIL
Employee Name              Work Date     Description                                    Hours    Amount    Index#    Batch Date  Task Act

BECKER, GARY M.            05/11/06      review final asset purchase agreement for       0.50    270.00    6297363   05/15/2006
                                         Specialty Chemicals purchase.
BECKER, GARY M.            05/12/06      Attention to pension motion and responses       0.50    270.00    6298451   05/15/2006
BECKER, GARY M.            05/15/06      Conference call with all parties regarding      1.30    702.00    6301867   05/17/2006
                                         debtors motion to make pension contributions
BECKER, GARY M.            05/19/06      review motion to approve Lloyds settlement      0.50    270.00    6308687   05/22/2006
BECKER, GARY M.            05/22/06      review various Grace motions and orders         0.50    270.00    6317939   05/26/2006

     Total For BECKER G - 05292                                                          3.30   1,782.00

                                                             Fee Total                   3.30   1,782.00
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    4
                                                     *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:00:14

Matter No: 056772-00005                                      Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours      Amount            Bill         W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.             3.30     1,782.00

          Total:            3.30     1,782.00
```

```
alp_132r: Matter Detail                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    1
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 12:01:09

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

Special Billing Instructions:

                                     PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:   05/10/2006              TO:   05/30/2006
         UNBILLED DISB FROM:   05/16/2006              TO:   05/16/2006

                   FEES                                COSTS

GROSS BILLABLE AMOUNT:            14,670.00                       6.00
AMOUNT WRITTEN DOWN:
           PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
         THRU DATE:                05/30/2006                05/16/2006
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

            FEES:                        10,124.74        UNIDENTIFIED RECEIPTS:       0.00
    DISBURSEMENTS:                            0.00           PAID FEE RETAINER:        0.00
    FEE RETAINER:                            0.00           PAID DISB RETAINER:       0.00
    DISB RETAINER:                           0.00         TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:                       10,124.74                 TRUST BALANCE:
                                                          BILLING HISTORY
DATE OF LAST BILL:           05/19/06               LAST PAYMENT DATE:       05/19/06
LAST BILL NUMBER:            437384    ACTUAL FEES BILLED TO DATE:          121,811.50
                                       ON ACCOUNT FEES BILLED TO DATE:            0.00
                                         TOTAL FEES BILLED TO DATE:         121,811.50
LAST BILL THRU DATE:         03/31/06       FEES WRITTEN OFF TO DATE:             0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee            (4) Excessive Legal Time    (7) Fixed Fee
       (2) Late Time & Costs Posted      (5) Business Development    (8) Premium
       (3) Pre-arranged Discount         (6) Summer Associate        (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:01:09

Matter No: 056772-00007                                                  Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y     ------------ Total Unbilled ------------
Emp Id Employee Name                    Group           Oldest        Latest           Hours        Amount

02495 BENTLEY, PHILIP                   CRED          05/10/06      05/30/06           10.60      6,678.00
05292 BECKER, GARY M.                   CRED          05/10/06      05/30/06           14.80      7,992.00
                            Total:                                                     25.40     14,670.00

Sub-Total Hours :        10.60 Partners       14.80 Counsels         0.00 Associates     0.00 Legal Assts      0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ----------- Total Unbilled -----------
Code  Description                                Oldest        Latest         Total
                                                 Entry         Entry          Amount

0940  CAB FARES                                 05/16/06      05/16/06            6.00
                              Total                                               6.00

                        Grand Total                                           14,676.00
                                                                              =========

A C C O U N T S   R E C E I V A B L E        (Reflects Payments As of 06/12/06 12:01:09)
                                  ------- Billed --------        Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#         Fee & OA    Disbursement       From OA    Total        Date        Due
05/19/06 03/31/06 437384         16,416.00            7.00                  6,298.26   05/19/06      10,124.74

                 Total:          16,416.00            7.00                  6,298.26                 10,124.74
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:01:09

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                            Hours        Amount    Index#     Batch Date  Task Act.

BENTLEY, PHILIP         05/10/06  Review emails, and discs GB, voicemail and TW,            0.50         315.00    6301291    05/16/2006
                                  re mediation
BENTLEY, PHILIP         05/15/06  Conf TW/GB to prepare for tomorrow's mediation            2.20       1,386.00    6307262    05/19/2006
BENTLEY, PHILIP         05/16/06  Attend mediation conf at K&E, review materials            3.70       2,331.00    6307261    05/19/2006
                                  to prepare for same, and discs TW and GB
BENTLEY, PHILIP         05/30/06  Attend mediation at Kirkland & Ellis, and discs           4.20       2,646.00    6326356    06/01/2006
                                  TW and GB

 Total For BENTLEY P - 02495                                                               10.60       6,678.00

BECKER, GARY M.         05/10/06  attn to emails re mediation (0.5); conf Wilke             1.30         702.00    6295664    05/11/2006
                                  re same (0.2); conf Baer re mediation (0.3);
                                  review OWC settlement for potential
                                  applicability (0.3)
BECKER, GARY M.         05/11/06  exchange various emails re scheduling of                  0.70         378.00    6297364    05/15/2006
                                  mediation
BECKER, GARY M.         05/16/06  prepare for and participate in plan mediation             4.00       2,160.00    6303990    05/18/2006
BECKER, GARY M.         05/17/06  conf Pasquale re plan issues                              0.40         216.00    6304558    05/18/2006
BECKER, GARY M.         05/24/06  emails re continued mediation (0.3); conf                 3.60       1,944.00    6317943    05/26/2006
                                  Krieger re mediation (0.3); research re top
                                  issues and other case plan issues (2.0)
BECKER, GARY M.         05/30/06  Prepare for and participate in mediation                  4.80       2,592.00    6322340    05/31/2006

 Total For BECKER G - 05392                                                                14.80       7,992.00

                                                     Fee Total                             25.40      14,670.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                   Employee                    Date               Amount    Index#    Batch No  Batch Date

CAB FARES            0940
  JULIET RAMDIN, CASHIER                           BECKER, G M               05/16/06                6.00  7480215    379566    06/09/06
    CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
                                                   0940 CAB FARES Total :                           6.00

       Costs Total :                                                                                 6.00
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    4
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:01:10

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours     Amount           Bill         W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward

BENTLEY, PHILIP          10.60    6,678.00
BECKER, GARY M.          14.80    7,992.00
         Total:          25.40   14,670.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                  Amount            Bill         W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward

0940 CAB FARES                      6.00

         Costs Total :              6.00
```