```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 12:01:31

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03376
Matter Opened : 07/27/2001                                                                         Status  : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:  05/01/2006          TO:  05/31/2006
          UNBILLED DISB FROM:  05/19/2006          TO:  05/19/2006

                                     FEES                             COSTS

        GROSS BILLABLE AMOUNT:      3,835.00                           35.89
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                       05/31/2006                    05/19/2006
  CLOSE MATTER/FINAL BILLING?   YES  OR  NO
  EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:

                      ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                  FEES:             10,564.00       UNIDENTIFIED RECEIPTS:        0.00
         DISBURSEMENTS:                 99.94            PAID FEE RETAINER:       0.00
          FEE RETAINER:                  0.00           PAID DISB RETAINER:       0.00
         DISB RETAINER:                  0.00          TOTAL AVAILABLE FUNDS:     0.00
     TOTAL OUTSTANDING:             10,663.94                 TRUST BALANCE:

                                              BILLING HISTORY

    DATE OF LAST BILL:       05/19/06         LAST PAYMENT DATE:       02/06/06
    LAST BILL NUMBER:        437384   ACTUAL FEES BILLED TO DATE: 108,006.00
                                          ON ACCOUNT FEES BILLED TO DATE:       0.00
                                             TOTAL FEES BILLED TO DATE:  108,006.00
    LAST BILL THRU DATE:     03/31/06      FEES WRITTEN OFF TO DATE:    4,424.50

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
          (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
          (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   2
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:01:31

Matter No: 056772-00008                                           Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

UNBILLED TIME SUMMARY ------------- Total Unbilled -------------
Emp Id Employee Name            Group           Oldest      Latest       Hours       Amount

05292  BECKER, GARY M.          CRED           05/10/06    05/19/06       1.40        756.00
       PARAPROFESSIONALS
03691  LANE, JOANNE             Lega           05/31/06    05/31/06       0.10         21.00
06451  GAVIGAN, JAMES C         CRED           05/01/06    05/26/06      13.90      3,058.00
                                                                       -------     ---------
                    Total:                                               15.40      3,835.00

Sub-Total Hours :   0.00 Partners    1.40 Counsels    0.00 Associates   13.90 Legal Assts   0.10 Others

UNBILLED COSTS SUMMARY --------- Total Unbilled ---------
Code Description                  Oldest        Latest      Total
                                  Entry         Entry       Amount

0820  PHOTOCOPYING              05/19/06      05/19/06      19.09
0930  MESSENGER/COURIER         05/19/06      05/19/06      16.80
                                                           ------
                    Total                                   35.89
                                                           ======
                    Grand Total                          3,870.89
                                                        =========

ACCOUNTS RECEIVABLE     (Reflects Payments As of 06/12/06 12:01:31)
                        -------- Billed --------           Applied    ------ Collections ------   Balance
Bill Date Thru Date Bill#   Fee & OA     Disbursement   From OA       Total          Date         Due

01/31/06 12/31/05 429349    8,200.00        33.42                   8,233.42      03/28/06       1,985.42
05/19/06 04/30/06 436874    1,928.00        58.42                        .00                     1,985.42
05/19/06 03/31/06 437384    8,636.00        41.52                        .00                     8,677.52
                          ---------       -------                 ---------                    ---------
              Total:       18,764.00       133.36                   8,233.42                    10,663.94
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 12:01:31

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status    : ACTIVE

UNBILLED TIME DETAIL
Employee Name          Work Date   Description                                                    Hours     Amount      Index#   Batch Date  Task Act

BECKER, GARY M.        05/10/06    review and revise invoice                                       0.30     162.00      6295665  05/11/2006
BECKER, GARY M.        05/18/06    review monthly 2nd quarterly fee applications                   0.90     486.00      6307351  05/19/2006
BECKER, GARY M.        05/19/06    attn to fee application issues                                  0.20     108.00      6308688  05/22/2006

  Total For BECKER G - 05292                                                                       1.40     756.00

GAVIGAN, JAMES C       05/01/06    proving accounting with filed copy of march fee                 0.50     110.00      6296213  05/12/2006
                                   app
GAVIGAN, JAMES C       05/09/06    request charts for quarterly fee app from                       0.50     110.00      6296212  05/12/2006
                                   accounting
GAVIGAN, JAMES C       05/11/06    producing quarterly fee app                                     3.60     792.00      6300324  05/16/2006
GAVIGAN, JAMES C       05/12/06    producing quarterly fee app                                     0.50     110.00      6300325  05/16/2006
GAVIGAN, JAMES C       05/15/06    producing monthly fee app                                       2.00     440.00      6323344  05/31/2006
GAVIGAN, JAMES C       05/16/06    producing quarterly fee app                                     1.50     330.00      6323346  05/31/2006
GAVIGAN, JAMES C       05/18/06    revising Quarterly and Monthly fee application                  2.80     616.00      6323347  05/31/2006
                                   - Angela had to correct the charts
GAVIGAN, JAMES C       05/19/06    mailing out quarterly and monthly fee apps to                   2.00     440.00      6323348  05/31/2006
                                   local counsel
GAVIGAN, JAMES C       05/26/06    contacting tsg in regards to help me with                       0.50     110.00      6323345  05/31/2006
                                   getting info off discs and creating database

  Total For GAVIGAN J - 06451                                                                     13.90   3,058.00

LANE, JOANNE           05/31/06    Telephone conversation with JG re DVDs, CDs                     0.10      21.00      6326391  06/01/2006
                                   received and need for database.

  Total For LANE J - 03691                                                                         0.10      21.00

                                                                              Fee Total           15.40   3,835.00

UNBILLED COSTS DETAIL
Description/Code                                   Employee                 Date                Amount     Index#    Batch No   Batch Date

PHOTOCOPYING        0820
  PHOTOCOPYING                                     GAVIGAN, J C             05/19/06              3.22     7456952   378460     05/23/06
    GAVIGAN JAMES C
  PHOTOCOPYING                                     GAVIGAN, J C             05/19/06             15.87     7456953   378460     05/23/06
    GAVIGAN JAMES C
                                                   0820 PHOTOCOPYING Total :                     19.09

MESSENGER/COURIER   0930
  FEDERAL EXPRESS CORPORAT                         GAVIGAN, J C             05/19/06              8.40     7479058   379527     06/09/06
    Klett Rooney Lieber & Shorling
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:01:32

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code           Employee                Date         Amount       Index#    Batch No   Batch Date
                           --------                ----         ------       ------    --------   ----------

FEDERAL EXPRESS CORPORAT   GAVIGAN, J C            05/19/06        8.40      7479059    379527    06/09/06
  Klett Rooney Lieber & Shorling

                                0930 MESSENGER/COURIER Total :   16.80


            Costs Total :                                        35.89
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    5
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:01:32

Matter No: 055772-00008                                       Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name         Hours      Amount       Bill     W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward
------------------------------------------------------------------------------------------------------------

BECKER, GARY M.        1.40       756.00
LANE, JOANNE           0.10        21.00
GAVIGAN, JAMES C      13.90     3,058.00

        Total:       15.40     3,835.00


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                 Amount                Bill     W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward
------------------------------------------------------------------------------------------------------------

0820 PHOTOCOPYING                 19.09
0930 MESSENGER/COURIER            16.80

        Costs Total :             35.89
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 12:01:54

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:  05/03/2006                TO: 05/25/2006
         UNBILLED DISB FROM:  02/16/2006                TO: 02/16/2006

                             FEES                                      COSTS

    GROSS BILLABLE AMOUNT:        2,403.00                                    1,186.71
     AMOUNT WRITTEN DOWN:
                PREMIUM:
       ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:                     05/25/2006                               02/16/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                         ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

                 FEES:           23,859.00    UNIDENTIFIED RECEIPTS:    0.00
         DISBURSEMENTS:           2,966.09         PAID FEE RETAINER:   0.00
          FEE RETAINER:               0.00        PAID DISB RETAINER:   0.00
         DISB RETAINER:               0.00       TOTAL AVAILABLE FUNDS: 0.00
      TOTAL OUTSTANDING:         26,825.09            TRUST BALANCE:
                                                     BILLING HISTORY
    DATE OF LAST BILL:   05/19/06      LAST PAYMENT DATE:          03/28/06
    LAST BILL NUMBER:   437384  ACTUAL FEES BILLED TO DATE:      539,565.00
                                 ON ACCOUNT FEES BILLED TO DATE:       0.00
                                       TOTAL FEES BILLED TO DATE: 539,565.00
    LAST BILL THRU DATE: 03/31/06   FEES WRITTEN OFF TO DATE:     4,417.50

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
     (2) Late Time & Costs Posted   (5) Business Development     (8) Premium
     (3) Pre-arranged Discount      (6) Summer Associate         (9) Rounding      (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 12:01:55

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                 ------------ Total Unbilled ------------
Emp Id Employee Name                   Group           Oldest        Latest         Hours          Amount

02495 BENTLEY, PHILIP                  CRED         05/11/06      05/25/06           2.10        1,323.00
05292 BECKER, GARY M.                  CRED         05/03/06      05/24/06           2.00        1,080.00
                                Total:                                               4.10        2,403.00

Sub-Total Hours :     2.10 Partners        2.00 Counsels         0.00 Associates       0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ------- Total Unbilled -------
Code Description                      Oldest        Latest        Total
                                      Entry         Entry        Amount

0936 CORP. DOC.& MAT.                02/16/06      02/16/06      1,186.71

                            Total                                1,186.71

                            Grand Total                          3,589.71
                                                                 ==========

A C C O U N T S   R E C E I V A B L E        (Reflects Payments As of 06/12/06 12:01:55)
                                ------- Billed --------      Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#       Fee & OA     Disbursement    From OA       Total      Date       Due

01/31/06 12/31/05 429349       29,220.50       1,542.46                30,762.96   03/28/06       5,755.89
05/19/06 04/30/06 436874        5,634.00         121.89                      .00                 21,069.20
05/19/06 03/31/06 437384       18,225.00       2,844.20                      .00                 26,825.09

            Total:             53,079.50       4,508.55                30,762.96
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE   3
                                                     *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:01:55

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name         Work Date   Description                                              Hours      Amount    Index#   Batch Date  Task Act
-------------         ---------   -----------                                              -----      ------    ------   ----------  --------

BENTLEY, PHILIP       05/11/06    Discs GB and review emails                                0.10       63.00   6301292  05/16/2006
BENTLEY, PHILIP       05/23/06    Review emails                                             0.10       63.00   6321975  05/31/2006
BENTLEY, PHILIP       05/24/06    TC TW and conf GB re asbestos issues, and notes           1.60    1,008.00   6321976  05/31/2006
                                  re same
BENTLEY, PHILIP       05/25/06    Review Armstrong confirmation brief                       0.30      189.00   6321974  05/31/2006

   Total For BENTLEY P - 02495                                                              2.10    1,323.00

BECKER, GARY M.       05/03/06    Conf. Pasquale re mediation and claims                    0.60      324.00   6293476  05/10/2006
                                  adjudication issues (0.4); review Whitehouse
                                  discovery order (0.2)
BECKER, GARY M.       05/12/06    Attention to Whitehouse discovery stipulation             0.40      216.00   6298452  05/15/2006
BECKER, GARY M.       05/22/06    review final Whitehouse discovery stip                    0.50      270.00   6317944  05/26/2006
BECKER, GARY M.       05/24/06    attn to P1 questionnaire response discs,                  0.50      270.00   6317945  05/26/2006
                                  including direction to Gavigan and email Neuman
                                  (0.5)

   Total For BECKER G - 05292                                                               2.00    1,080.00

                                         Fee Total                                          4.10    2,403.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                                      Employee                     Date        Amount     Index#   Batch No   Batch Date
----------------                                      --------                     ----        ------     ------   --------   ----------

CORP. DOC. & MAT.    0936
    LEXIS-NEXIS                                       PELLETIER, D               02/16/06    1,186.71   7454069    378323     05/19/06
    CORP. DOC. & MAT. - VENDOR- LEXIS-NEXIS    0936 CORP. DOC.& MAT. Total :                 1,186.71

             Costs Total :                                                                   1,186.71

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    4
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:01:55

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name          Hours      Amount      Bill      W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward

BENTLEY, PHILIP         2.10    1,323.00
BECKER, GARY M.         2.00    1,080.00
        Total:          4.10    2,403.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                   Amount             Bill       W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward

0936 CORP. DOC.& MAT.            1,186.71

        Costs Total :            1,186.71
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/12/2006 12:02:37

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                  Status        : ACTIVE

Special Billing Instructions:

                                               PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:    05/11/2006                  TO:   05/15/2006
                UNBILLED DISB FROM:    05/15/2006                  TO:   05/31/2006

                                         FEES                COSTS
                                         ----                -----
          GROSS BILLABLE AMOUNT:     1,566.00              198.10
          AMOUNT WRITTEN DOWN:
                       PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:                         05/15/2006
   CLOSE MATTER/FINAL BILLING?   YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                  ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                FEES:                        19,129.90    UNIDENTIFIED RECEIPTS:       0.00
                DISBURSEMENTS:                2,041.90    PAID FEE RETAINER:           0.00
                FEE RETAINER:                     0.00    PAID DISB RETAINER:          0.00
                DISB RETAINER:                    0.00    TOTAL AVAILABLE FUNDS:       0.00
                TOTAL OUTSTANDING:          21,171.80     TRUST BALANCE:

                                                 BILLING HISTORY

    DATE OF LAST BILL:            05/19/06   LAST PAYMENT DATE:            04/03/06
    LAST BILL NUMBER:             437384     ACTUAL FEES BILLED TO DATE:   132,579.50
                                             ON ACCOUNT FEES BILLED TO DATE:     0.00
                                             TOTAL FEES BILLED TO DATE:    132,579.50
    LAST BILL THRU DATE:          03/31/06   FEES WRITTEN OFF TO DATE:       5,087.68


FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    2
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:02:37

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                   Status    : ACTIVE

U N B I L L E D   T I M E    S U M M A R Y    --------------- Total Unbilled ---------------
Emp Id Employee Name               Group             Oldest       Latest       Hours            Amount
                                                     -------      -------      -------          -------
05292 BECKER, GARY M.              CRED              05/11/06     05/15/06       2.90           1,566.00

         Total:                                                                  2.90           1,566.00

Sub-Total Hours :    0.00 Partners   2.90 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

U N B I L L E D   C O S T S    S U M M A R Y  ----------- Total Unbilled -------------
Code Description                          Oldest       Latest           Total
                                          Entry        Entry            Amount
                                          -------      -------          -------
0940 CAB FARES                            05/15/06     05/15/06          18.00
0950 OUT-OF-TOWN TRAVEL                   05/31/06     05/31/06         180.10

         Total                                                          198.10

         Grand Total                                                  1,764.10
                                                                  ============

A C C O U N T S    R E C E I V A B L E      (Reflects Payments As of 06/12/06 12:02:37)
                                 ------- Billed --------        Applied      ---- Collections ----    Balance
Bill Date Thru Date Bill#      Fee & OA     Disbursement        From OA     Total         Date          Due
---------------------------    ---------    ------------        --------    --------   ---------     ---------
01/31/06 12/31/05  429349      13,936.00          803.00                    7,401.10    03/28/06      7,337.90
05/19/06 04/30/06  436874       5,366.00           64.50                         .00                  5,430.50
05/19/06 03/31/06  437384       6,426.00        1,977.40                         .00                  8,403.40
                               ---------    ------------                   --------                 ---------
         Total:                25,728.00        2,844.90                    7,401.10                 21,171.80
```

```
alp_132r: Matter Detail                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    3
                                                            *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:02:37

Matter No: 056772-00019                                   Orig Prtnr : CRED. RGTS - 06975                  Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : HEARINGS                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status      : ACTIVE

UNBILLED  TIME  DETAIL
Employee Name              Work Date          Description                                  Hours       Amount       Index#    Batch Date    Task Act
                                                                                           -----       ------       ------    ----------    --------
BECKER, GARY M.            05/11/06  preparations for omnibus hearing                       0.20       108.00      6297365    05/15/2006
BECKER, GARY M.            05/15/06  Prepare for and appear at omnibus hearing              2.70     1,458.00      6301868    05/17/2006

 Total For BECKER G - 05292                                                                 2.90     1,566.00

                                                          Fee Total                         2.90     1,566.00


UNBILLED  COSTS  DETAIL
Description/Code                                          Employee                Date          Amount     Index#    Batch No    Batch Date
                                                                                                ------     ------    --------    ----------
CAB FARES                    0940
 JULIET RAMDIN, CASHIER                                   BECKER, G M             05/15/06        18.00   7480214    379566      06/09/06
 CAB FARES - VENDOR- JULIET RAMDIN, CASHIER

                                                          0940 CAB FARES Total :                  18.00

OUT-OF-TOWN TRAVEL            0950
 CITICORP DINERS CLUB                                     BECKER, G M             05/31/06       190.00   7469732    378912      06/01/06
 OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS
 CLUB From: NYP; To: WIL; Date(s): 05/15/06
 CITICORP DINERS CLUB                                     BECKER, G M             05/31/06        -9.90   7471525    378933      06/02/06
 MEALS/T & E - VENDOR- CITICORP DINERS CLUB
 Check#: 68971

                                                          0950 OUT-OF-TOWN TRAVEL Total :        180.10


                                          Costs Total :                                          198.10
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/12/2006 12:02:37

Matter No: 056772-00019                                                     Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                           Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours      Amount           Bill        W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward

BECKER, GARY M.             2.90    1,566.00

         Total:             2.90    1,566.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                      Amount           Bill        W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward

0940 CAB FARES                         18.00
0950 OUT-OF-TOWN TRAVEL               180.10

         Costs Total :                198.10
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    31
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/05/2006 15:28:31

Matter NO: 055772-00028                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:   2147010
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                    Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                          PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:   05/15/2006          TO:   05/15/2006
      UNBILLED DISB FROM:   05/31/2006          TO:   05/31/2006

                        FEES                                COSTS
                        ----                                -----
 GROSS BILLABLE AMOUNT:          810.00                             -182.60
   AMOUNT WRITTEN DOWN:
               PREMIUM:
     ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
            THRU DATE:                                            05/15/2006
 CLOSE MATTER/FINAL BILLING?  YES    OR   NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                       ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
                       --------------------------                           --------------
                 FEES:         12,784.00       UNIDENTIFIED RECEIPTS:             0.00
        DISBURSEMENTS:            374.80          PAID FEE RETAINER:               0.00
          FEE RETAINER:              0.00         PAID DISB RETAINER:              0.00
         DISB RETAINER:              0.00       TOTAL AVAILABLE FUNDS:             0.00
    TOTAL OUTSTANDING:         13,158.80            TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ---------------
   DATE OF LAST BILL:         05/19/06       LAST PAYMENT DATE:           04/03/06
   LAST BILL NUMBER:            437384   ACTUAL FEES BILLED TO DATE:     58,849.00
                                          ON ACCOUNT FEES BILLED TO DATE:      0.00
                                          TOTAL FEES BILLED TO DATE:     58,849.00
   LAST BILL THRU DATE:       04/30/06       FEES WRITTEN OFF TO DATE:   25,258.50

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                        (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
                        (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
                        (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   32
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/05/2006 15:28:31

Matter No: 056772-00028                                        Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2147010
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                             Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y               ------- Total Unbilled -------
Emp Id Employee Name                      Group          Oldest      Latest         Hours       Amount

05292  BECKER, GARY M.                    CRED          05/15/06    05/15/06         3.00       810.00

                     Total:                                                          3.00       810.00

Sub-Total Hours :    0.00 Partners     3.00 Counsels     0.00 Associates     0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ----- Total Unbilled -----
Code Description                                Oldest       Latest          Total
                                                Entry        Entry           Amount

0950  OUT-OF-TOWN TRAVEL                        05/31/06    05/31/06         -182.60

                                  Total                                      -182.60
                                  Grand Total                                 627.40
                                                                        ============

A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 06/05/06 15:28:31)
                                                          Billed --------   Applied   ---- Collections ----       Balance
Bill Date Thru Date Bill#           Fee & OA  Disbursement    From OA        Total       Date                       Due

01/31/06  12/31/05  429349          7,771.00       .00                        .00                                 7,771.00
05/19/06  04/30/06  436874            945.00    374.80                        .00                                 1,319.80
05/19/06  03/31/06  437384          4,068.00       .00                        .00                                 4,068.00
                                   ---------   --------                     ------                              ---------
                     Total:        12,784.00    374.80                        .00                                13,158.80
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   33
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/05/2006 15:28:31

Matter No: 056772-00028                                Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2147010
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                       Status     : ACTIVE

U N B I L L E D   T I M E    D E T A I L
Employee Name           Work Date       Description                                  Hours       Amount     Index#    Batch Date   Task Act
-----------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.         05/15/06    Non working travel for omnibus hearing (bill at   3.00       810.00     6301869  05/17/2006
                                    one half normal rate)

    Total For BECKER G - 05292                                                       3.00       810.00

                                               Fee Total                             3.00       810.00


U N B I L L E D   C O S T S    D E T A I L
Description/Code                    Employee                     Date            Amount        Index#    Batch No    Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------
OUT-OF-TOWN TRAVEL         0950
   CITICORP DINERS CLUB              BECKER, G M                05/31/06          -42.30       7471528    378933     06/02/06
      OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS
      CLUB CK#: 69602
   CITICORP DINERS CLUB              TRACHTMAN, J S             05/31/06         -140.30       7471530    378933     06/02/06
      OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS
      CLUB CK#: 68971
                               0950 OUT-OF-TOWN TRAVEL Total :                   -182.60


              Costs Total :                                                      -182.60
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    34
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/05/2006 15:28:31

Matter No: 056772-00028                                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2147010
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                                Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours        Amount          Bill      W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.                 3.00         810.00

       Total:                   3.00         810.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                             Amount                   Bill      W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward

0950 OUT-OF-TOWN TRAVEL                      -182.60

       Costs Total :                         -182.60
```

```
alp_132rc: Client Analysis Sheet                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/05/06 15:28:31              Work Thru : 05/31/06
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

------  ---------------------------   -------   ----------   -------------   -------------   ------------------------   -----   ----
        Matter
Number  Name                           Hours         Fees    Disbursements   Total Charges   Resp Partners       Class   Freq   Stat
------  ---------------------------   -------   ----------   -------------   -------------   ------------------------   -----   ----
00001   CASE ADMINISTRATION              0.50       270.00          134.68          404.68   BENTLEY PHILIP  -  02495     M      B
00002   CREDITOR COMMITTEE              16.50     9,018.00            6.15        9,024.15   BENTLEY PHILIP  -  02495     M      B
00005   BANKR. MOTIONS                   3.30     1,782.00            0.00        1,782.00   BENTLEY PHILIP  -  02495     M      B
00007   REORGANIZATION PLAN             14.80     7,992.00            0.00        7,992.00   BENTLEY PHILIP  -  02495     M      B
00008   FEE APPLICATIONS, APPLIC        15.40     3,835.00           12.45        3,847.45   BENTLEY PHILIP  -  02495     M      B
00012   CLAIM ANALYSIS OBJECTION        14.70     9,081.00        1,186.71       10,267.71   BENTLEY PHILIP  -  02495     M      B
00019   HEARINGS                         2.90     1,566.00          180.10        1,746.10   BENTLEY PHILIP  -  02495     M      B
00028   TRAVEL\NON-WORKING               3.00       810.00         -182.60          627.40   BENTLEY PHILIP  -  02495     M      B
                                      -------   ----------   -------------   -------------
        Client Total                    71.10    34,354.00        1,337.49       35,691.49


Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
```