TS

Account No:                016-001257
Statement Start Date:      15 APR 2006
Statement End Date:        28 APR 2006
Statement Code:            S00-USA-22
Statement No:              008

Page 6 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| 24APR | | 24APR | USD OUR: 1114838413TC | 20,368.32 | PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=060<br>42440865 OBI=STOCK OPTION EXERCISE<br>IMAD: 0424E3B75DAC004422 | | |
| 24APR | | 24APR | USD OUR: 0604624408863 | 35,151.75 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:AON CORPORATION<br>ORIG ID:9005551498 DESC DATE:060421<br>CO ENTRY DESCR:ACH PYMT SEC:CCD<br>TRACE#:021000024638413 EED:060424<br>IND ID:<br>IND NAME:W R GRACE AND CO CONN<br>REF<br>0604624408863 | | |
| 24APR | | 24APR | USD YOUR: 0634302I14FF | 169,020.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/0: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=060<br>42440863 OBI=REF STOCK OPTION EXER<br>IMAD: 0424E3B75DAC004418 | | |
| 24APR | | 24APR | USD YOUR: 0328507I14FF | 321,300.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/0: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0424E3B75D1C002816 | | |
| 24APR | | 24APR | USD YOUR: 0333714I14FF | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/0: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK=/TIME/13:11<br>IMAD: 0424E3B75DCC001503 | | |

TS

SYRACUSE FUNDING ACCOUNT

| | | | | |
|---|---|---|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 APR 2006 |
| Statement End Date: | 28 APR 2006 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

Page 7 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 24APR | | | USD OUR: | 1114838411TC | 392,732.94 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:AON CORPORATION ORIG ID:9005551498 DESC DATE:060421 CO ENTRY DESCR:ACH PYMT SEC:CCD TRACE#:021000024838411 EED:060424 IND ID: IND NAME:W R GRACE AND CO CONN REF*DPAYMENTS\ | | |
| 24APR | 24APR | | USD YOUR: | 0356709114FF O/B BK AMER NYC | 3,344,021.37 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 0003046116494 FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000001601 RFB=O/B BK AMER NYCBI=/TIME/1:23 IMAD:0424B7U2R002478 | | |
| 24APR | | | USD YOUR: | 0015400114XF | 655,392.58 | | | |
| 25APR | 25APR | | USD YOUR: | CA06042506A8694 07101313115FF | 41,944.45 | FEDWIRE CREDIT VIA:THE BANK OF NOVA SCOTIA /026002532 B/O: GRACE CONSTRUCTION PRODUCTS L15 3C6 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=CAD 6042506A8694 OBI=APRIL NETTING FOR 0 IMAD:0425B1Q8332C000750 | | |
| 25APR | 25APR | | USD YOUR: | 0380800115II | 69,332.84 | BOOK TRANSFER CREDIT B/O: NATEXIS BANQUES POPULAIRES (CC PARIS CEDEX 02 FRANCE 75060- ORG: NATEXIS BANQUES POPULAIRES (CC BP 4 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000001601 RFB=CAD EVERSING ENTRY DTD 21-APR-06 R 614 00111JO FOR AMT 69,354.84/USD N AT EXIS BANQUES | | |
| 25APR | 25APR | | USD YOUR: | 8135611403DABTC1 04977131115FF O/B WACHOVIA BK | 100,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC, NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 | | |

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W. R. GRACE & CO
ATTN: GLEN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

Account No:                016-001257
Statement Start Date:   15 APR 2006
Statement End Date:     28 APR 2006
Statement Code:         S00-USA-22
Statement No:           008

Page  8  of  19

| Ledger Date | Adj.Ledger Date | Value Date | T | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

**[CREDITS CONTINUED]**

| Ledger Date | Value Date | | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 25APR | 25APR | USD | YOUR: 00000000000000 OUR: 0559701115FF | 860,171.80 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD /031201467 MACH041109BK IMAD:0425B7501C0035681 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=060 42540735 OBI=REF STOCK OPTION EXER |
| 25APR | 25APR | USD OUR: 0015540114XF | | 1,715,289.34 | IMAD: 0425EB75DAC04012 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461 6494 |
| 25APR | 25APR | USD YOUR: O/B BK AMER NYC OUR: 0486108115FF | | 2,827,538.96 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BK AMER NYC BI=/TIME/14:44 IMAD: 0425B6B7HU1R002974 |
| 25APR | 25APR | USD YOUR: MAESTRO OUR: 0727007115FF | | 11,300,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P1-S1 ML PREMIE IMAD: 0425A1002B C001722 |
| 26APR | 26APR | USD YOUR: O/B WACHOVIA BK OUR: 0331003116FF | | 164,734.82 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

Account No:          016-001257
Statement Start Date:   15 APR 2006
Statement End Date:    28 APR 2006
Statement Code:       S00-USA-22
Statement No:         008

Page 9 of 19

| Ledger Date | Adj Ledger Date | Value Date | R | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 26APR | | 26APR | USD | YOUR: O/B WACHOVIA BK OUR: 0359011116FF | 267,223.30 | 21044-4098/AC-0000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0426 E3B75D1C002441 FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=O/B WACHOVIA BK BBI=/TIME/13:00 | | |
| 26APR | | 26APR | USD | YOUR: 0528713116FF OUR: 0604226400840 | 325,821.89 | IMAD: 0426E3B75D2C001661 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201667 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=060 4264008400840 OBI=STOCK OPTION EXERCISE | | |
| 26APR | | 26APR | USD | YOUR: MAESTRO OUR: 0644501116FF | 1,100,000.00 | IMAD: 0426E3B75DAC004054 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S1 ML PREMIE | | |
| 26APR | | 26APR | USD | OUR: 0016020114XF | 1,649,709.98 | IMAD: 0426A1Q002CC001700 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 0003046164494 | | |
| 26APR | | 26APR | USD | YOUR: O/B BK AMER NYC OUR: 0354201116FF | 2,739,356.11 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=O/B BK AMER NYC BBI=/TIME/13:08 | | |

Account No:            016-001257
Statement Start Date:  15 APR 2006
Statement End Date:    28 APR 2006
Statement Code:        S00-USA-22
Statement No:          008
Page 10 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

**CREDITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | Fx | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 26APR | | 26APR | USD | YOUR: 0604264002273 OUR: 019013116FF | 3,338,402.82 | IMAD: 0426R6B7HU9R002226 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=060 426400273 DBI=REF STOCK OPTION EXER | | |
| 27APR | | 27APR | USD | YOUR: 0604274000563 OUR: 0520107117FF | 153,959.13 | IMAD: 0426E3B75DAC001433 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=060 42740563 DBI=STOCK OPTION EXERCISE | | |
| 27APR | | 27APR | USD | YOUR: O/B WACHOVIA BK OUR: 0372901I7FF | 465,000.00 | IMAD: 0426E3B75DAC003791 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053300219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK DBI=FUNDS TRANSFER FRO | | |
| 27APR | | 27APR | USD | YOUR: 0604274000353 OUR: 0441007117FF | 2,004,205.69 | IMAD: 0427E3B75DIC002552 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=060 42740353 DBI=REF STOCK OPTION EXER | | |
| 27APR | | 27APR | USD | YOUR: O/B BK AMER NYC OUR: 0363071I7FF | 2,437,441.92 | IMAD: 0427E3B75DAC003191 FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /02600S593 | | |

Account No:            016-001257
Statement Start Date:  15 APR 2006
Statement End Date:    28 APR 2006
Statement Code:        S00-USA-22
Statement No:          008
Page 11 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| 27APR | | 28APR | USD OUR: 0016160114XF | 4,955,491.98 | B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BK AMER NYC BBI=/TIME/12:59 IMAD: 0427B6B7HU9R002407 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 000304616494 | | |
| 28APR | | 28APR | USD OUR: 0435091118FF | 253,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098. REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BK AMER NYC BBI=/TIME/12:33 IMAD: 0428E3B75D1C005752 | | |
| 28APR | | 28APR | USD OUR: 0668714118FF | 683,663.87 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201667 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-15328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=060 BK AMER NYC BBI=REF STOCK OPTION EXER CISE /FUNDS TRANSFER FRO IMAD: 0428A07707 OBI=REF STOCK OPTION EXER | | |
| 28APR | | 28APR | USD YOUR: O/B WACHOVIA BK OUR: 0448002118FF | 1,046,334.26 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BK AMER NYC BBI=/TIME/12:53 IMAD: 0428B6B7HU4005033 | | |
| 28APR | | 28APR | USD YOUR: O/B BK AMER NYC OUR: 0018970114XF | 1,417,409.14 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 000304616494 | | |
| 28APR | | 28APR | USD YOUR: MAESTRO OUR: 0802907118FF | 3,900,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 | | |

TS

| Account No: | 016-001257 |
| Statement Start Date: | 15 APR 2006 |
| Statement End Date: | 28 APR 2006 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

Page 12 of 19

H.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
H.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

**CREDITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | F/X | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS**

| Ledger Date | Value Date | F/X | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 17APR | 17APR | USD OUR: | 002895011&XF NONREF | 2,250.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00532381963 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=MAE STRO OBI=FUND-318=P 1-S 1 ML PREMIE IMAD: 0428A1Q002DC001419 |
| 17APR | 17APR | USD YOUR: OUR: | 23219001070J0 NONREF | 2,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0417B1QGC05000183 |
| 17APR | 17APR | USD YOUR: OUR: | 23220001070J0 NONREF | 15,900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323755 NO WR G RACE & CO. - CONN ATTN:MERILL GROU P (TRANSFER FUNDS) IMAD: 0417B1QGC08C005482 |
| 18APR | 18APR | USD OUR: | 00288501114XF NONREF | 16,424.71 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00532381963 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 |
| 18APR | 18APR | USD YOUR: OUR: | 24239001080J0 NONREF | 3,700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0418B1QGC05000534 |
| 19APR | 19APR | USD OUR: | 002867011&XF NONREF | 7,193.53 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00532381963 BOOK TRANSFER DEBIT A/C: CB/EPTS PRE-FUNDING CLEARING A TAMPA FL 33634-- |
| 19APR | 19APR | USD OUR: | ACH OF 06/04/19 0036200109HP | 109,576.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN |
| 19APR | 19APR | USD YOUR: OUR: | 25967001090J0 NONREF | 10,000,000.00 | |

TS

Account No:                  016-001257
Statement Start Date:    15 APR 2006
Statement End Date:      28 APR 2006
Statement Code:           S00-USA-22
Statement No:               008
                                    Page 13 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD   21044-4098

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 20APR | | USD OUR: | | 1094560519TC | 74.00 | REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD:0419B1Q8C08C006617 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024560519 EED:060420 IND ID:371005?096 IND NAME:TREASURER STATE OF CO ELECTRONIC FUNDS TRANSFER | | |
| 20APR | | USD OUR: | | 1094560526TC | 552.00 | ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024560526 EED:060420 IND ID:3511423000 IND NAME:STATE OF NEW JERSEY ELECTRONIC FUNDS TRANSFER | | |
| 20APR | | USD OUR: | | 1094560527TC | 971.00 | ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024560527 EED:060420 IND ID:910004E0930 IND NAME:STATE OF OHIO ELECTRONIC FUNDS TRANSFER | | |
| 20APR | | USD OUR: | | 1094560518TC | 2,590.00 | ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024560518 EED:060420 IND ID:371005?096 IND NAME:TREASURER, STATE OF CO ELECTRONIC FUNDS TRANSFER | | |
| 20APR | | USD OUR: | | 1094560520TC | 3,760.00 | ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024560520 EED:060420 IND ID:00020236S IND NAME:IDAHO STATE TAX COMMIS TO ACCOUNT 0003881963 AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 20APR | | USD OUR: | | 0031630114XF | 4,211.83 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |
| 20APR | | USD OUR: | | 1094560528TC | 4,396.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21644-4098

TS.

Account No:            016-001257
Statement Start Date:  15 APR 2006
Statement End Date:    28 APR 2006
Statement Code:        S00-USA-22
Statement No:          008
Page 14 of 19

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 20APR | | | USD OUR: | 1094560522TC | | 4,437.00 | | |
| | | | | | | TRACE#:021000024560528 EED:060420 | | |
| | | | | | | IND ID:9952893S | | |
| | | | | | | IND NAME:STATE OF PENNSYLVANIA | | |
| | | | | | | ELECTRONIC FUNDS TRANSFER | | |
| | | | | | | ORIG ID:9016001257 DESC DATE:060420 | | |
| | | | | | | ORIG CO NAME:COMPANYID | | |
| | | | | | | CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |
| | | | | | | TRACE#:021000024560522 EED:060420 | | |
| | | | | | | IND ID:10010486600007 | | |
| | | | | | | IND NAME:STATE OF INDIANA | | |
| 20APR | | | USD OUR: | 1094560524TC | | 4,732.00 | | |
| | | | | | | ELECTRONIC FUNDS TRANSFER | | |
| | | | | | | ORIG CO NAME:COMPANYID | | |
| | | | | | | ORIG ID:9016001257 DESC DATE:060420 | | |
| | | | | | | CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |
| | | | | | | TRACE#:021000024560524 EED:060420 | | |
| | | | | | | IND ID:135114230 | | |
| | | | | | | IND NAME:MASS DEPT OF REVENUE | | |
| 20APR | | | USD OUR: | 1094560530TC | | 5,214.00 | | |
| | | | | | | ELECTRONIC FUNDS TRANSFER | | |
| | | | | | | ORIG CO NAME:COMPANYID | | |
| | | | | | | ORIG ID:9016001257 DESC DATE:060420 | | |
| | | | | | | CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |
| | | | | | | TRACE#:021000024560530 EED:060420 | | |
| | | | | | | IND ID:409013810 | | |
| | | | | | | IND NAME:STATE OF WASHINGTON | | |
| 20APR | | | USD OUR: | 1094560525TC | | 6,050.00 | | |
| | | | | | | ELECTRONIC FUNDS TRANSFER | | |
| | | | | | | ORIG CO NAME:COMPANYID | | |
| | | | | | | ORIG ID:9016001257 DESC DATE:060420 | | |
| | | | | | | CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |
| | | | | | | TRACE#:021000024560525 EED:060420 | | |
| | | | | | | IND ID:8748206 | | |
| | | | | | | IND NAME:STATE OF MINNESOTA | | |
| 20APR | 20APR | 20APR | USD YOUR: NONREF OUR: | 23148001100J0 | | 6,970.20 | | |
| | | | | | | BOOK TRANSFER DEBIT | | |
| | | | | | | A/C: BCP-SVCR. ON BEHALF OF THE TR | | |
| | | | | | | LIMA 100 PERU. | | |
| | | | | | | BEN. /19306907S5129 | | |
| | | | | | | PETROPOLIS S.A. | | |
| | | | | | | REF:ATTN: M. PORCARI | | |
| 20APR | | | USD OUR: | 1094560521TC | | 7,816.00 | | |
| | | | | | | ELECTRONIC FUNDS TRANSFER | | |
| | | | | | | ORIG CO NAME:COMPANYID | | |
| | | | | | | ORIG ID:9016001257 DESC DATE:060420 | | |
| | | | | | | CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |
| | | | | | | TRACE#:021000024560521 EED:060420 | | |
| | | | | | | IND ID:200008456 | | |
| | | | | | | IND NAME:DEPARTMENT OF REVENUE | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 15 APR 2006
Statement End Date: 28 APR 2006
Statement Code: S00-USA-22
Statement No: 008
Page 15 of 19

| Ledger Date | Adj Ledger Date | Value Date | Full References | Credit / debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | |
| 20APR | | | USD OUR: 10945605291TC | 12,877.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG CO ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024560529 EED:060420 IND ID:1135142309 IND NAME:STATE OF TEXAS | | |
| 20APR | | | USD OUR: 10945605311TC | 15,567.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG CO ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024560531 EED:060420 IND ID:C66068 IND NAME:STATE OF UTAH | | |
| 20APR | | | USD OUR: 10945605231TC | 40,540.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG CO ID:9016001257 DESC DATE:060420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024560523 EED:060420 IND ID:601635600 IND NAME:LA DEPT. OF REVENUE CHIPS DEBIT | | |
| 20APR | 20APR | | USD YOUR OUR: NONREF 2411400110J0 | 46,737.52 | VIA: COMMERZBANK AKTIENGESELLSCHAFT /0104 A/C: ACCOBADEHH HAMBURG 111 WEST GERMANY 20454 BEN: SASOL GERMANY GMBH REF: ATTN: KAREN JURGENS SSN: 0305543 CHIPS DEBIT | | |
| 20APR | 20APR | | USD YOUR OUR: NONREF 23147001110J0 | 207,955.19 | VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0302851 FEDWIRE DEBIT | | |
| 20APR | 20APR | | USD YOUR OUR: NONREF 23150001110J0 | 4,700,000.00 | /0100028 VIA: STATE ST BOS /0100028 A/C: MERRILL LYNCH PREMIER INSTITUT A/C: MERRILL, LYNCH 3323735 NO WR G REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0420B1QGC02C005500 | | |

TS

H.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. — CONN
ATTN: GLENN HERNDON— FINANCE DEPT.
7500 GRACE DRIVE.— BLDG 25
COLUMBIA MD 21044-4098

Account No:            016-001257
Statement Start Date:  15 APR 2006
Statement End Date:    28 APR 2006
Statement Code:        S00-USA-22
Statement No:          008
Page 16 of 19

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 20APR | 20APR | USD | YOUR: OUR: | NONREF 231490110.J0 | 5,200,000.00 | FEDWIRE DEBIT / VIA: WACHOVIA BK NA NC /053000219 A/C: W.R GRACE & CO - CONN. REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0420B1Q6C07C005203 | | |
| 21APR | 21APR | USD | OUR: | NONREF 003085D114XF | 1,045.33 | TO ACCOUNT 0005323881963 AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 21APR | 21APR | USD | YOUR: OUR: | NONREF 246150011J0 | 1,122.62 | BOOK TRANSFER DEBIT A/C: BCP-SVCR. ON BEHALF OF THE TR LIMA 100 PERU BEN: /19306907355129 PETROPOLIS S.A. REF: ATTN: M. PORCARI | | |
| 21APR | 21APR | USD | YOUR: OUR: | NONREF 246140011J0 | 69,334.84 | BOOK TRANSFER DEBIT A/C: NATEXIS BANQUES POPULAIRES (CC PARIS CEDEX 02 FRANCE 75060- BEN: /30021530030409411501476 RHODIA TERES RARERS REF: GRACE DAVISON ROYALTY PAYMENT | | |
| 21APR | 21APR | USD | YOUR: OUR: | NONREF 246160011J0 | 2,600,000.00 | FEDWIRE DEBIT / VIA: WACHOVIA BK NA NC /053000219 A/C: W.R GRACE & CO - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0421B1Q6C02C005692 | | |
| 21APR | 21APR | USD | YOUR: OUR: | NONREF 246170011J0 | 18,000,000.00 | FEDWIRE DEBIT / VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0421B1Q6C04C005288 | | |
| 24APR | 24APR | USD | OUR: | NONREF 002790114XF | 340.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0005323881963 | | |
| 24APR | 24APR | USD | YOUR: OUR: | NONREF 1584600114J0 | 428,358.78 | FEDWIRE DEBIT / VIA: NORTHERN CHGO /071000152 A/C: W.R GRACE & CO. RETIREMENT PLA REF: ATTN: MR. BRUCE HENIKEN/TIME/1 3:18 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 15 APR 2006
Statement End Date: 28 APR 2006
Statement Code: S00-USA-22
Statement No: 008

Page 17 of 19

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| 24APR | | 24APR | USD OUR: NONREF 2281500114J0 | 5,000,000.00 | IMAD: 0424B1QGC05C0037733 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO.- CONN REF: W.R GRACE PAYMENT FOR CONTROLLED DISBURSEMENT ACCOUNTS IMAD: 0424B1QGC05C0004900 | | |
| 25APR | | 25APR | USD OUR: NONREF 3073400115J0 | 21,048.57 | FEDWIRE DEBIT VIA: CENTIER WHITING /071902878 A/C: NATIONAL BOND AND TRUST REF: ATTN: CAROL HIGHSMITH IMAD: 0425B1CCB01C0006450 | | |
| 25APR | | 25APR | USD OUR: 0029310114XF | 25,783.71 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 A/C: W.R. GRACE & CO COLUMBIA MD 21044-4098 | | |
| 25APR | | 25APR | USD OUR: NONREF 3073500115J0 | 100,000.00 | BOOK TRANSFER DEBIT | | |
| 25APR | | 25APR | USD OUR: NONREF 3073500115J0 | 937,447.00 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS IMAD: 0425B1QGC05C006544 | | |
| 25APR | | 25APR | USD OUR: NONREF 3073200115J0 | 13,900,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO.- CONN REF: W.R GRACE PAYMENT FOR CONTROLLED DISBURSEMENT ACCOUNTS IMAD: 0425B1QGC06C0007078 | | |
| 26APR | | 26APR | USD OUR: 0030050114XF | 52,276.84 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 | | |
| 26APR | | 26APR | USD OUR: NONREF 3068900116J0 | 600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO.- CONN REF: W.R. GRACE PAYMENT FOR CONTROLLED DISBURSEMENT ACCOUNTS IMAD: 0426B1QGC07C0006360 | | |

Account No: 016-001257
Statement Start Date: 15 APR 2006
Statement End Date: 28 APR 2006
Statement Code: 500-USA-22
Statement No: 008
Page 18 of 19

H.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
H.R. GRACE & CO - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 26APR | 26APR | 26APR | USD YOUR: OUR: | NONREF 3069000116.J0 | 6,276,563.73 | FEDWIRE DEBIT VIA: BK NOVA SCOTIA NYC /026002532 A/C: THE BANK OF NOVA SCOTIA TRANSIT 26042 BEN: GRACE CANADA, INC MONEY MOBILIZATION DIVISION REF: W.R GRACE - VALLEYFIELD SETTLE MENT. ATTN. PIERRE LEBURDAIS IMAD: 0426B1Q8CB0C006529 | | |
| 27APR | 27APR | 27APR | USD OUR: | NONREF 0030470114XF | 721.50 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003283881963 /010 | | |
| 27APR | 27APR | 27APR | USD OUR: | NONREF 2874500117J0 | 185,291.79 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & REF: ATTN: FPRS SSN: 0311299 | | |
| 27APR | 27APR | 27APR | USD YOUR: OUR: | NONREF 2874500117J0 | 3,300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /05300219 A/C: W.R. GRACE & CO. - CONN REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0427B1Q8C06C005728 | | |
| 27APR | 27APR | 27APR | USD YOUR: OUR: | NONREF 2874700117.J0 | 6,700,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0427B1Q8C02C005800 | | |
| 28APR | 28APR | 28APR | USD OUR: | 0037500114XF | 61,726.57 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003283881963 | | |
| 28APR | 28APR | 28APR | USD YOUR: OUR: | ACH OF 06/04/28 0012700118HP | 151,887.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 28APR | 28APR | 28APR | USD YOUR: OUR: | NONREF 3876500118.J0 | 10,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /05300219 | | |

Page 18 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING - ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

Account No:          016-001257
Statement Start Date:    15 APR 2006
Statement End Date:      28 APR 2006
Statement Code:          S00-USA-22
Statement No:            008

Page 19 of 19

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

A/C: W.R. GRACE & CO. - CONN
REF: W.R GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: 0428B1QGC01C007914

**CHECKS**

No Activity

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 APR 2006
Statement End Date: 14 APR 2006
Statement Code: S00-USA-22
Statement No: 007

Page 1 of 16

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 51 | 108,503,424.23 |
| Total Debits (incl. checks) | 38 | 96,205,870.67 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 APR 2006) Ledger | Closing (14 APR 2006) Ledger |
|---|---|
| 1,248,962.74 | 13,546,516.30 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | T | F | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|---|
| 03APR | | | | | USD YOUR: 050403400966<br>OUR: 0818209093FF | 225,229.29 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/051201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1528<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC=000000000160 RFB=060<br>43400966ABI=EPB375DAC0167G<br>IMAD: 0603E3B75DAC0167CK OPTION EXER<br>CISE |
| 03APR | | | | | USD OUR: 0902216758TC | 613,334.33 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BENEFIT PYMTS<br>ORIG ID:9186065000 DESC DATE:<br>CO ENTRY DESCR:DED PMT SEC:PPD<br>TRACE#:021000022216758 EED:060403<br>IND ID:        8076ACH A<br>IND NAME:W R GRACE<br>                 BPP 9869 |
| 03APR | | | | | USD YOUR: D/B WACHOVIA BK<br>OUR: 0743107093FF | 820,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC=000000000160 RFB=D/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0403E3B75D1C007091 |

### LEDGER BALANCES

| Date | Closing Balances Amount |
|---|---|
| 02APR | 5,366,016.14 |
| 03APR | 1,118,156.75 |
| 05APR | 2,796,317.17 |
| 06APR | 1,644,332.07 |
| 07APR | 399,981.13 |
| 10APR | 1,885,119.43 |
| 11APR | 1,504,754.19 |
| 12APR | 1,248,702.42 |
| 13APR | 10,987,005.80 |
| 14APR | 13,546,516.30 |

FT CODE:

CREDITS:

USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT        US3 - THREE DAY FLOAT        US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT        US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

Account No:            016-001257
Statement Start Date:  01 APR 2006
Statement End Date:    14 APR 2006
Statement Code:        S00-USA-12
Statement No:          007

Page  2  of  16

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO - CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 03APR | | 03APR | USD | YOUR: MAESTRO<br>OUR: 09338I3093FF | 2,900,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC=000000000160 RFB=HAE<br>STRD 03I=FUND-318-1-S 1 ML PREMIE<br>IMAD: 0403I02GC0C02536 | | |
| 03APR | | 03APR | USD | YOUR: 0/B BK AMER NYC<br>OUR: 076061409I3FF | 3,217,133.39 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: W R GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC=000000000160 RFB=0/B<br>BK AMER NYC BBI=/TIME/15:16<br>IMAD: 0403B7H2R0043564 | | |
| 04APR | | 04APR | USD | OUR: 00I654011XF | 5,023,698.73 | AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 00030461649494 | | |
| 04APR | | 04APR | USD | YOUR: 0/B WACHOVIA<br>OUR: 06040440071I | 98,486.56 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC=000000000160 RFB=060<br>404007II OBI=REF STOCK OPTION EXER<br>IMAD: 0404E3B75DAC003532 | | |
| 04APR | | 04APR | USD | YOUR: 0/B WACHOVIA BK<br>OUR: 025730809 4FF | 278,324.25 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC=000000000160 RFB=0/B<br>WACHOVIA BK BBI=/TIME/12:24<br>IMAD: 0404C3B75B2CI0II3I2 | | |
| 04APR | | 04APR | USD | YOUR: 0/B WACHOVIA BK<br>OUR: 02606I4094FF | 395,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA | | |

PNC Bancorp

Statement of Account

Account No:            016-001257
Statement Start Date:  01 APR 2006
Statement End Date:    14 APR 2006
Statement Code:        S00-USA-22
Statement No:          007

Page 3 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

**CREDITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| 05APR | | 05APR | USD OUR: 0050201I4XF | 658,712.53 | /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK DBI=FUNDS TRANSFER FRO | | |
| 04APR | | 04APR | USD YOUR: 0/B BK AMER NYC OUR: 0245Z0094FF | 4,422,942.77 | IMAD: 0404E3B75DIC002009 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 0003046I6494 FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /02600593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BK AMER NYC BBI=/TIME/12:16 IMAD: 0404B6B7HUIR0I01741 | | |
| 05APR | | 05APR | USD YOUR: 0604050400583 OUR: 042570809SFF | 68,091.34 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=060 40540583 OBI=REF STOCK OPTION EXER IMAD: 0405E3B75DAC003I41 | | |
| 05APR | | 05APR | USD YOUR: 0/B WACHOVIA BK OUR: 0315507095FF | 146,486.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK DBI=FUNDS TRANSFER FRO | | |
| 05APR | | 05APR | USD YOUR: 0309113095FF OUR: 0/B BK AMER NYC | 1,900,961.41 | IMAD: 0405E3B75DIC002478 FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /02600593 B/O: W.R. GRACE & CO. DIP | | |

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W. R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

Account No:                    016-001257
Statement Start Date:          01 APR 2006
Statement End Date:            14 APR 2006
Statement Code:                S00-USA-22
Statement No:                  007

Page 4 of 16

CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F. | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 05APR | | 05APR | USD OUR: 0015440114XF | | | CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BK AMER NYC BBI=/TIME/13:07<br>IMAD: 0405B6B7HU7R002158 | | |
| 05APR | | 05APR | USD YOUR: MAESTRO<br>OUR: 0640301095FF | 2,666,275.26 | | AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 0003046016494<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009 | | |
| 06APR | | | USD OUR: 0950305653TC | 9,000,000.00 | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=MAE<br>STRO DBI=FUND-316-P-1-$s 1 ML PREMIE<br>IMAD: 0405A1002GC001549<br>B/O: RUNISCH FUNDS TRANSFER | | |
| 06APR | | 06APR | USD YOUR: 0640640707<br>OUR: 053790309FF | 367,574.63 | 2.19 | ELECTRONIC COMPANY TRANSFER<br>REF/CTD NAME-COMPANY TRANSFER<br>ORIG CO DESC:TAX&PAYMNTSEC:CCD<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020530563 EED:060406<br>IND ID:9016001257 DESC. DATE:OFFSET<br>IND NAME:EFT FILE NAME: RP0950I<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>8134321991 CD EFF DATE: 06/04/06<br>060405 RP0950 | | |
| 06APR | | 06APR | USD YOUR: O/B BK AMER NYC<br>OUR: 0224603096FF | 830,279.24 | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=060<br>40640707 OBI=REF STOCK OPTION EXER<br>IMAD: 0406E3B75DAC004106<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/02600959J<br>B/O: W.R. GRACE & CO, DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

TS

SYRACUSE IN ACCOUNTS

Account No: 016-001257
Statement Start Date: 01 APR 2006
Statement End Date: 14 APR 2006
Statement Code: S00-USA-22
Statement No: 007
Page 5 of 16

H.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO - CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

**CREDITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | F/ | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 06APR | | 06APR | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0227909096FF | 836,000.00 | ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BK AMER NYC/BBI=/TIME/11:49<br>IMAD: 0406BBTHUGR001553<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC, NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK,0BI=FUNDS TRANSFER FRO | | |
| 06APR | | 06APR | | USD OUR: 0015040114XF | 1,177,966.72 | IMAD: 0406E5B75DIC002134<br>AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 0003046164694 | | |
| 06APR | | 06APR | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0228714095FF | 6,820,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK,BBI=/TIME/11:54<br>IMAD: 0406E5B75D2C001089 | | |
| 07APR | | 07APR | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0279101907FF | 174,833.61 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK,BBI=/TIME/12:21<br>IMAD: 0407E5B75D2C001568 | | |
| 07APR | | 07APR | | USD YOUR: 06040740063B<br>OUR: 0493209097FF | 210,282.70 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201667<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1528<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=060 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. — CONN
ATTN: GLENN HERNDON— FINANCE DEPT.
7500 GRACE DRIVE.— BLDG 25
COLUMBIA MD 21044-4098

TS

Account No: 016-001257
Statement Start Date: 01 APR 2006
Statement End Date: 14 APR 2006
Statement Code: S00-USA-22
Statement No: 007

Page 6 of 16

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| CREDITS CONTINUED | | | | | | | | |
| 07APR | | 07APR | | USD OUR: 001578011 4XF | 312,675.03 | 40740063B DBI=REF STOCK OPTION EXER IMAD: 0407E3B75DAC003849 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 0003046164994 | | |
| 07APR | | 07APR | | USD YOUR: 0/B WACHOVIA BK OUR: 027721309 7FF | 534,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE A CO CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK DBI=FUNDS TRANSFER FRO IMAD: 0407E3B75D1C002237 | | |
| 07APR | | 07APR | | USD YOUR: 0/B BK AMER NYC OUR: 028740709 7FF | 1,131,291.23 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BK AMER NYC DBI=/TIME/12124 IMAD: 0407B63B7HU5R002089 | | |
| 10APR | | 10APR | | USD YOUR: 060410400 0816 OUR: 052780210 0FF | 12,569.22 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-13328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=060 410400816 DBI=STOCK OPTION EXERCISE IMAD: 0410E3B75DAC003930 | | |
| 10APR | | 10APR | | USD YOUR: 0/B WACHOVIA BK OUR: 026761410 0FF | 341,766.44 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK DBI=FUNDS TRANSFER FRO IMAD: 0410E3B75D1C002275 | | |

TS

ปรางกอบของ

Standard of Account

in US Dollars

| | | | | | | |
|---|---|---|---|---|---|---|
| Account No: | 016-001257 | | | | | |
| Statement Start Date: | 01 APR 2006 | | | | | |
| Statement End Date: | 14 APR 2006 | | | | | |
| Statement Code: | S00-USA-22 | | | | | |
| Statement No: | 007 | | | | | |
| | Page 7 of 16 | | | | | |

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W. R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE- BLDG 25
COLUMBIA  MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| CREDITS CONTINUED | | | | | | | | |
| 10APR | | 10APR | USD | YOUR: 060410400812<br>OUR: 0526409100FF | 375,204.26 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=060<br>410400812 OBI=REF STOCK OPTION EXER<br>IMAD: 0410E3B75DAC003917<br>AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 0003046616494 | | |
| 10APR | | 10APR | USD | OUR: 0273B0110OFF | 3,178,425.74 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009953<br>B/O: W.R. GRACE & CO. DIP<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BK AMER NYC BI:=/TIME/12:26<br>IMAD: 0410B687HUIR001890 | | |
| 11APR | | 11APR | USD | YOUR: 0/B WACHOVIA BK<br>OUR: 0151609101FF | 1,277,827.29 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BANK/BNF=FUNDS TRANSFER FRO<br>IMAD: 0411B687151C001110 | | |
| 11APR | | 11APR | USD | YOUR: 060411407735<br>OUR: 0524102101FF | 286,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=060<br>411400735 OBI=REF STOCK OPTION EXER<br>IMAD: 0411E3B75DAC003795<br>AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 0003046616494 | | |
| 11APR | | 11APR | USD | OUR: 0014660114XF | 444,596.24 | | | |
| | | | | | 812,468.10 | | | |

TS

| Account No: | 016-001257 |
|---|---|
| Statement Start Date: | 01 APR 2006 |
| Statement End Date: | 14 APR 2006 |
| Statement Code: | S00-USA-22 |
| Statement No: | 007 |

Page 8 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.— CONN
ATTN: GLENN HERNDON— FINANCE DEPT.
7500 GRACE DRIVE.—BLDG 25
COLUMBIA, MD 21044-4098

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 11APR | | 11APR | | USD YOUR: O/B BK AMER NYC OUR: 0183011D1FF | 2,855,022.66 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BK AMER NYC BBI=/TIME/10:54 IMAD: 0411B6B7HUSR001098 | | |
| 11APR | | 11APR | | USD YOUR: MAESTRO OUR: 0521601101FF | 7,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4409 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-S16-P-1-S 1 ML PREMIE IMAD: 0411AIAIQ002CC001473 | | |
| 12APR | | 12APR | | USD YOUR: O/B HACHOVIA BK OUR: 0496301102FF | 174,041.28 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /053112467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA 19178 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=060 412400637 OBI=REF STOCK OPTION EXER IMAD: 0412E3B75DAC003814 | | |
| 12APR | | 12APR | | USD YOUR: O/B HACHOVIA BK OUR: 0306708102FF | 828,432.11 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC, NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B HACHOVIA BK DBI=FUNDS TRANSFER FRO IMAD: 0412E3B75D1C002163 | | |
| 12APR | | 12APR | | USD OUR: 0015670114XF | 997,027.27 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 0003046164494 | | |
| 12APR | | 12APR | | USD YOUR: O/B BK AMER NYC OUR: 0302503102FF | 2,041,632.44 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. | | |

TS

US BANCORP

STATEMENT OF ACCOUNT

H.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

| | | | |
|---|---|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 APR 2006 |
| Statement End Date: | 14 APR 2006 |
| Statement Code: | S00-USA-22 |
| Statement No: | 007 |

Page 9 of 16

| Ledger Date | Adj Ledger Date | Value Date | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 12APR | 12APR | YOUR: MAESTRO OUR: 0646514102FF | 5,900,000.00 | /02600959593 B/0: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BK AMER NYC BBI=/TIME/12:21 IMAD: 0412B687HU1R001885 |
| 13APR | 13APR | OUR: 1022068895TC | 12,022.00 | UEDWIRE CREDIT VIA:0010 STATE STREET BANK & TRUST COMP B/0: W.R. GRACE & CO - CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=MAE STRO OBI=FUND-318=P1-S1 ML PREMIE IMAD: 0412A100012NC02025 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901600125 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022068895 EED:060413 IND ID:901600125 IND NAME:EFT FILE NAME: RP10200 EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199 CO EFF DATE: 06/04/13 |
| 13APR | 13APR | YOUR: C/B WACHOVIA BK OUR: 0408409103FF | 705,981.69 | 060412 RP1020 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/0: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO |
| 13APR | 13APR | YOUR: C/B BK AMER NYC OUR: 0408408103FF | 1,523,079.84 | IMAD: 0413E3B75D1C003481 FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /02600959593 B/0: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A |

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W. R. GRACE & CO.—CONN
ATTN: GLENN HERNDON— FINANCE DEPT.
7500 GRACE DRIVE.— BLDG 25
COLUMBIA MD 21044-4098

Account No:            016-0012257
Statement Start Date:  01 APR 2006
Statement End Date:    14 APR 2006
Statement Code:        S00-US-22
Statement No:          007

Page 10 of 16

TS

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 13APR | | 13APR | | USD OUR: 0015590114XF | 1,947,934.65 | ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=O/B BK AMER NYC BBI=/TIME/13:55 IHAD: 0413B687HU9R0026257 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 003046164994 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| 13APR | | 13APR | | USD YOUR: MAESTRO OUR: 0105208103FF | 30,000,000.00 | ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=HAE STRO DBI=FUND-318-P 1-S 1 ML PREMIE IHAD: 0413A1Q002BC000032 FEDWIRE CREDIT | | |
| 14APR | | 14APR | | USD YOUR: 0600144000306 OUR: 0212001104FF | 12,155.16 | VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES. PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| 14APR | | 14APR | | USD YOUR: O/B WACHOVIA BK OUR: 0247507104FF | 106,122.20 | ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=O/B /0533000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| 14APR | | 14APR | | USD OUR: 0014510114XF | 887,981.87 | WACHOVIA BK DBI=FUNDS TRANSFER FRO IHAD: 0414E3B75DAC001575 FEDWIRE CREDIT 4140003060B1=REF STOCK OPTION EXER | | |
| 14APR | | 14APR | | USD YOUR: O/B BK AMER NYC OUR: 0247003104FF | 1,853,552.56 | IHAD: 0414E3B75D1C001842 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 003046164994 FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: W.R. GRACE & CO. DIP CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W. R. GRACE A | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

Account No: 016-001257
Statement Start Date: 01 APR 2006
Statement End Date: 14 APR 2006
Statement Code: 500-USA-22
Statement No: 007

Page 11 of 16

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| CREDITS CONTINUED | | | | | | | | |
| DEBITS | | | | | | | | |
| 03APR | | 03APR | USD | YOUR: NONREF OUR: 3522900093J0 | 182,342.34 | FEDWIRE DEBIT VIA: BK AMER NYC /02600993 A/C: BANK OF AMERICA BUSINESS CAPIT REF: BANK OF AMERICA BUSINESS CAPIT AL W.R. GRACE & CO. - CONN. IMAD: 0403B1QGC06C008614 | | |
| 03APR | | 03APR | USD | YOUR: NONREF OUR: 3523000093J0 | 8,500,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R.GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0403B1QGC02C008335 | | |
| 04APR | | 04APR | USD | YOUR: NONREF OUR: 2186600094J0 | 35,000.00 | CHIPS DEBIT VIA: HSBC BANK USA /0108 A/C: ACHSBCHKHHHKH 463 483 LOCKHART RD HONG KONG BEN: BUSINESS DEVELOPMENT ASIA HK L REF: RETAINER FEE ATTN CHARLES HAYN ARD SSN: 0268730 | | |
| 04APR | | 04APR | USD | YOUR: NONREF OUR: 0128830114XF | 66,325.50 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 04APR | | 04APR | USD | YOUR: NONREF OUR: 2094900094J0 | 3,900,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R.GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0404B1QGC01C004814 | | |
| 04APR | | 04APR | USD | YOUR: NONREF OUR: 2094800094J0 | 6,100,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3523735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU | | |

Account No:            016-001257
Statement Start Date:  01 APR 2006
Statement End Date:    14 APR 2006
Statement Code:        S00-USA-22
Statement No:          007

Page 12 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | References | Credit / Debit Amount | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| 05APR | | 05APR | USD YOUR: ACH OF 06/04/05 OUR: 003Z70005HP | 2.19 | P (TRANSFER FUNDS) IMAD: 0404B1QGC01Q04813 | | |
| 05APR | | 05APR | USD OUR: 002907011I4XF | 3,651.40 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634-- AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0002388I963 | | |
| 05APR | | 05APR | USD YOUR: NONREF OUR: 281660095J0 | 12,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /0530002I9 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0405I QGC02C006505 | | |
| 06APR | | 06APR | USD OUR: 09504875917C | 2.19 | ELECTRONIC FUNDS TRANSFER ORIG ID: 9I0I757 DESC DATE: 060406 CO ENTRY DESCR:TAXPAYMNTSEC:CCD TRACE#:021000020487591 EED:060406 IND ID:135I14250 IND NAME:MASS DEPT OF REVENUE | | |
| 06APR | | 06APR | USD OUR: 00288901114XF | 717.92 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0298496 | | |
| 06APR | | 06APR | USD YOUR: NONREF OUR: 264030096J0 | 183,087.77 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /0530002I9 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0406B1QGC07C005756 | | |
| 06APR | | 06APR | USD YOUR: NONREF OUR: 264020096J0 | 4,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) | | |
| 06APR | | 06APR | USD YOUR: NONREF OUR: 264040096J0 | 7,000,000.00 | | | |

CHASE

STATEMENT OF ACCOUNT

in US Dollars

Account No:          016-001257
Statement Start Date: 01 APR 2006
Statement End Date:   14 APR 2006
Statement Code:       S00-USA-22
Statement No:         007

Page 13 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

**DEBITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 07APR | | 07APR | | USD OUR: 0029690114XF | 968.75 | IMAD: 0406B1Q0C07C0057755 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0002328B1963 | | |
| 07APR | | 07APR | | USD OUR: 0029690114XF | 8,491.26 | CHIPS DEBIT VIA: BANCO DO BRASIL S A /0355 A/C: ACBRASBRRJCAS BANCO DO BRASIL S.A. CAMPINAS BEN: ORACE BRAZIL LTDA REF: 00306 ATTN ANDRE LUIS SOUZA SSN: 0302160 | | |
| 07APR | | 07APR | | USD YOUR: NONREF OUR: 2553000097JO | 97,973.50 | BOOK TRANSFER DEBIT A/C: SINGER & FRIEDLANDER LTD LONDON UNITED KINGDOM EC2M--H4R REF: /BNF/GRACE DAVISON PAYMENT OF INVOICES REF: A&M MINERALS LTD | | |
| 07APR | | 07APR | | USD YOUR: NONREF OUR: 2555900097JO | 1,500,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0407B6MQGC03C005740 | | |
| 07APR | | 07APR | | USD YOUR: NONREF OUR: 2536000097JO | 2,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0407B1Q0C04C005461 | | |
| 10APR | | 10APR | | USD OUR: 0029430114XF | 654.76 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0002328B1963 | | |
| 10APR | | 10APR | | USD YOUR: NONREF OUR: 2461600100JO | 1,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0410B1Q0C02C005397 | | |
| 10APR | | 10APR | | USD YOUR: NONREF OUR: 2461500100JO | 2,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 | | |

TS

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-0012257
Statement Start Date: 01 APR 2006
Statement End Date: 14 APR 2006
Statement Code: S00-USA-22
Statement No: 007

Page 14 of 16

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date (Closing Balances) | Amount |
|---|---|---|---|---|---|---|---|---|
| 11APR | | 11APR | | USD OUR: 0028530114XF | 263.65 | A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0410B1QGC05C005405 | | |
| 11APR | | 11APR | | USD OUR: 2489600101J0 | 878,188.48 | TO ACCOUNT 0003238B1963<br>FEDWIRE DEBIT<br>VIA: DBTCO AMERICAS NYC<br>/021010033<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS<br>IMAD: 041B1QGC06C005122 | | |
| 11APR | | 11APR | | USD YOUR: NONREF<br>OUR: 2489700101J0 | 11,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 041B1QGC01C005442 | | |
| 12APR | | 12APR | | USD OUR: 0029900114XF | 3,142.20 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 | | |
| 12APR | | 12APR | | USD OUR: ACH OF 06/04/12<br>0048800102HP | 12,022.00 | BOOK TRANSFER DEBIT<br>A/C: FE31346 RE-FUNDING CLEARING A<br>TAMPA FL 33630 | | |
| 12APR | | 12APR | | USD YOUR: NONREF<br>OUR: 0876000102J0 | 100,000.00 | BOOK TRANSFER DEBIT<br>A/C: W.R. GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: CHASE MEDICAL ACCT FUNDING | | |
| 12APR | | 12APR | | USD YOUR: NONREF<br>OUR: 2678700102J0 | 182,020.67 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS<br>SSN: 0278734 | | |
| 12APR | | 12APR | | USD YOUR: NONREF<br>OUR: 2678800102J0 | 9,900,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0412B1QGC05C006000 | | |

STATEMENT OF ACCOUNT

WACHOVIA

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

| | Account No: | 016-001257 |
|---|---|---|
| | Statement Start Date: | 01 APR 2006 |
| | Statement End Date: | 14 APR 2006 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 007 |

Page 15 of 16

TS

### DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 13APR | | 13APR | | | USD OUR: 0029840114XF | 868.87 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 ELECTRONIC FUNDS TRANSFER | | |
| 13APR | | | | | USD OUR: 1022263977TC | 2,167.00 | ORIG CO NAME:COMPANYID ORIG ID:901600125 DESC DATE:060413 CO ENTRY DESCR:TAXEPYMNTSEC:CCD TRACE#:021000022263977 EED:060413 IND ID:ME-0100086 IND NAME:STATE OF MICHIGAN CHIPS DEBIT | | |
| 13APR | | 13APR | | | USD YOUR: NONREF OUR: 2182500103J0 | 6,786.93 | VIA: CITIBANK /0008 A/C: ACSPDBCNSHXXX SHANGHAI 200002 CHINA BEN: SHANGHAI LINKSTAR IMP AND EXP SSN: 0269175 ELECTRONIC FUNDS TRANSFER | | |
| 13APR | | | | | USD OUR: 1022263978TC | 9,855.00 | ORIG CO NAME:COMPANYID ORIG ID:901600125 DESC DATE:060413 CO ENTRY DESCR:TAXEPYMNTSEC:CCD TRACE#:021000022263978 EED:060413 IND ID:10148551 IND NAME:STATE OF N. CAROLINA FEDWIRE DEBIT | | |
| 13APR | | 13APR | | | USD YOUR: NONREF OUR: 2132400103J0 | 4,100,000.00 | VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO - CONN REF: W.R.GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0413B1QGC04C004746 FEDWIRE DEBIT | | |
| 13APR | | 13APR | | | USD YOUR: NONREF OUR: 0807500103J0 | 20,331,037.00 | VIA: NORTHERN CHGO /071000152 A/C: W.R GRACE & CO. RETIREMENT PLA REF: ATTN: MR. BRUCE HENIKEN/TIME/1 0:25 IMAD: 0413B1QGC03C002253 AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 14APR | | 14APR | | | USD OUR: 0028080114XF | 301.29 | TO ACCOUNT 000323881963 AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 14APR | | 14APR | | | USD YOUR: NONREF OUR: 1225600104J0 | 300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 | | |

Account No: 016-0012257
Statement Start Date: 01 APR 2006
Statement End Date: 14 APR 2006
Statement Code: S00-USA-22
Statement No: 007

Page 16 of 16

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W. R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F t | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

A/C: W. R. GRACE & CO. - CONN
REF: W R GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: 0414B1QGC03C002494

**CHECKS**

No Activity

| Date | Closing Balances Amount |
|---|---|

# Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number     8188203114
01 01 142 01 M0000 E#      0
Last Statement: 03/31/2006
This Statement: 04/28/2006

**Customer Service**
1-800-325-6999

W.R. GRACE & CO. DIP
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page     1 of    4

Bankruptcy Case Number:0101139

The service charge field in the Account Summary Information
section on the bank statement has been modified to include
only direct service charges. Service charges generated by
account analysis are no longer included in this field. The
account analysis service charge will reflect in the detail
portion of the bank statement.

## ANALYZED CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 04/01/2006 - 04/28/2006 | Statement Beginning Balance | 1,512,761.67 |
| Number of Deposits/Credits          42 | Amount of Deposits/Credits | 50,047,412.33 |
| Number of Checks                     0 | Amount of Checks | .00 |
| Number of Other Debits              23 | Amount of Other Debits | 49,929,858.88 |
| | Statement Ending Balance | 1,630,315.12 |
| Number of Enclosures                 0 | | |
| | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 04/03 | | 817,257.68 | Zero Balance Transfer | TRSF FR 8188903106 | 00722309070 |
| 04/03 | | 2,737,625.43 | Zero Balance Transfer | TRSF FR 8188703107 | 00722308856 |
| 04/04 | | 194,636.45 | Zero Balance Transfer | TRSF FR 8188903106 | 00722220983 |
| 04/04 | | 3,996,651.65 | Zero Balance Transfer | TRSF FR 8188703107 | 00722220795 |
| 04/05 | | 129,445.34 | Zero Balance Transfer | TRSF FR 8188903106 | 00722183076 |
| 04/05 | | 918,365.27 | Zero Balance Transfer | TRSF FR 8188703107 | 00722182887 |
| 04/06 | | 76,476.78 | Zero Balance Transfer | TRSF FR 8188903106 | 00722185438 |
| 04/06 | | 893,412.62 | Zero Balance Transfer | TRSF FR 8188703107 | 00722185243 |
| 04/07 | | 12,380.42 | Zero Balance Transfer | TRSF FR 8188903106 | 00722186886 |
| 04/07 | | 1,328,318.35 | Zero Balance Transfer | TRSF FR 8188703107 | 00722186689 |
| 04/10 | | 721,795.03 | Zero Balance Transfer | TRSF FR 8188903106 | 00722313952 |
| 04/10 | | 3,443,479.36 | Zero Balance Transfer | TRSF FR 8188703107 | 00722313743 |
| 04/11 | | 119,095.42 | Zero Balance Transfer | TRSF FR 8188903106 | 00722214715 |
| 04/11 | | 2,328,514.01 | Zero Balance Transfer | TRSF FR 8188703107 | 00722214529 |
| 04/12 | | 263,290.77 | Zero Balance Transfer | TRSF FR 8188903106 | 00722180646 |
| 04/12 | | 1,539,747.42 | Zero Balance Transfer | TRSF FR 8188703107 | 00722180457 |
| 04/13 | | 38,750.56 | Zero Balance Transfer | TRSF FR 8188903106 | 00722186514 |
| 04/13 | | 1,443,191.05 | Zero Balance Transfer | TRSF FR 8188703107 | 00722186318 |
| 04/14 | | 121,127.27 | Zero Balance Transfer | TRSF FR 8188903106 | 00722181733 |
| 04/14 | | 1,982,765.11 | Zero Balance Transfer | TRSF FR 8188703107 | 00722181552 |
| 04/17 | | 494,756.93 | Zero Balance Transfer | TRSF FR 8188903106 | 00722296267 |
| 04/17 | | 4,582,141.63 | Zero Balance Transfer | TRSF FR 8188703107 | 00722296061 |
| 04/18 | | 540,377.60 | Zero Balance Transfer | TRSF FR 8188903106 | 00722211888 |
| 04/18 | | 1,692,779.42 | Zero Balance Transfer | TRSF FR 8188703107 | 00722211713 |
| 04/19 | | 260,207.75 | Zero Balance Transfer | TRSF FR 8188903106 | 00722178801 |
| 04/19 | | 1,778,102.89 | Zero Balance Transfer | TRSF FR 8188703107 | 00722178627 |
| 04/20 | | 10,000.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722006873 |
| | | | Effective Date is 12/27/2005 | | |
| 04/20 | | 111,969.58 | Zero Balance Transfer | TRSF FR 8188903106 | 00722183724 |
| 04/20 | | 1,421,535.62 | Zero Balance Transfer | TRSF FR 8188703107 | 00722183542 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#      0
Last Statement: 03/31/2006
This Statement: 04/28/2006

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    2 of    4

Bankruptcy Case Number:0101139

# ANALYZED CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/20 | | 1,844,875.95 | FX07942BCR1844875.95 USD ∂ 0.0 DN20060414 | 628301790300211 |
| 04/21 | | 142,692.57 | Zero Balance Transfer    TRSF FR 8188903106 | 00722186457 |
| 04/21 | | 1,382,889.55 | Zero Balance Transfer    TRSF FR 8188703107 | 00722186277 |
| 04/24 | | 525,652.77 | Zero Balance Transfer    TRSF FR 8188903106 | 00722312654 |
| 04/24 | | 4,023,053.77 | Zero Balance Transfer    TRSF FR 8188703107 | 00722312443 |
| 04/25 | | 104,896.44 | Zero Balance Transfer    TRSF FR 8188903106 | 00722214911 |
| 04/25 | | 1,679,402.68 | Zero Balance Transfer    TRSF FR 8188703107 | 00722214723 |
| 04/26 | | 1,047,048.63 | Zero Balance Transfer    TRSF FR 8188903106 | 00722180552 |
| 04/26 | | 2,642,570.39 | Zero Balance Transfer    TRSF FR 8188703107 | 00722180363 |
| 04/27 | | 34,799.56 | Zero Balance Transfer    TRSF FR 8188903106 | 00722183658 |
| 04/27 | | 588,697.51 | Zero Balance Transfer    TRSF FR 8188703107 | 00722183478 |
| 04/28 | | 691,404.05 | Zero Balance Transfer    TRSF FR 8188903106 | 00722189436 |
| 04/28 | | 1,341,231.05 | Zero Balance Transfer    TRSF FR 8188703107 | 00722189243 |

## Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/03 | | 3,217,133.39 | WIRE TYPE:WIRE OUT DATE:060403 TIME:1516 ET TRN:2006040300240549 SERVICE REF:004364 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370240549 |
| 04/04 | | 4,422,942.77 | WIRE TYPE:WIRE OUT DATE:060404 TIME:1216 ET TRN:2006040400131313 SERVICE REF:001741 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370131313 |
| 04/05 | | 1,900,961.41 | WIRE TYPE:WIRE OUT DATE:060405 TIME:1307 ET TRN:2006040500140674 SERVICE REF:002158 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370140674 |
| 04/06 | | 830,279.24 | WIRE TYPE:WIRE OUT DATE:060406 TIME:1149 ET TRN:2006040600120453 SERVICE REF:001533 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370120453 |
| 04/07 | | 1,153.22 | Foreign Exchange Debit FX945502DR8900.00 HKD ∂ 7.7175 DN20060404 | 01790300031 |
| 04/07 | | 10,468.93 | Foreign Exchange Debit FX976378DR13395.00 CHF ∂ 1.2795 DN20060405 | 01790300081 |
| 04/07 | | 1,131,291.23 | WIRE TYPE:WIRE OUT DATE:060407 TIME:1224 ET TRN:2006040700142432 SERVICE REF:002089 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370142432 |

**Bank of America** ⋙®

H

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#      0
Last Statement:   03/31/2006
This Statement:   04/28/2006

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    3 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/10 | | 3,178,425.74 | WIRE TYPE:WIRE OUT DATE:060410 TIME:1226 ET TRN:2006041000148249 SERVICE REF:001890 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370148249 |
| 04/11 | | 2,855,022.66 | WIRE TYPE:WIRE OUT DATE:060411 TIME:1054 ET TRN:2006041100101004 SERVICE REF:001098 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370101004 |
| 04/12 | | 1,500.00 | Foreign Exchange Debit FX444635DR2405.55 SGD @ 1.6037 ON20060410 | 01790300199 |
| 04/12 | | 2,041,632.44 | WIRE TYPE:WIRE OUT DATE:060412 TIME:1221 ET TRN:2006041200134248 SERVICE REF:001885 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370134248 |
| 04/13 | | 1,523,079.84 | WIRE TYPE:WIRE OUT DATE:060413 TIME:1355 ET TRN:2006041300165186 SERVICE REF:002637 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370165186 |
| 04/14 | | 1,853,552.56 | WIRE TYPE:WIRE OUT DATE:060414 TIME:1257 ET TRN:2006041400096827 SERVICE REF:001666 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370096827 |
| 04/17 | | 4,635,909.79 | WIRE TYPE:WIRE OUT DATE:060417 TIME:1503 ET TRN:2006041700147178 SERVICE REF:002780 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370147178 |
| 04/18 | | 2,527,338.11 | WIRE TYPE:WIRE OUT DATE:060418 TIME:1223 ET TRN:2006041800135088 SERVICE REF:001775 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370135088 |
| 04/19 | | 2,225,461.44 | WIRE TYPE:WIRE OUT DATE:060419 TIME:1214 ET TRN:2006041900146683 SERVICE REF:001680 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370146683 |
| 04/20 | | 3,682,117.15 | WIRE TYPE:WIRE OUT DATE:060420 TIME:1235 ET TRN:2006042000145629 SERVICE REF:002243 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370145629 |
| 04/21 | | 1,496,896.34 | WIRE TYPE:WIRE OUT DATE:060421 TIME:1202 ET TRN:2006042100132939 SERVICE REF:001731 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370132939 |
| 04/24 | | 3,344,021.37 | WIRE TYPE:WIRE OUT DATE:060424 TIME:1323 ET TRN:2006042400161047 SERVICE REF:002478 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370161047 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    4 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/25 | | 2,827,538.96 | WIRE TYPE:WIRE OUT DATE:060425 TIME:1444 ET TRN:2006042500188058 SERVICE REF:002974 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370188058 |
| 04/26 | | 2,739,356.11 | WIRE TYPE:WIRE OUT DATE:060426 TIME:1308 ET TRN:2006042600153897 SERVICE REF:002226 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370153897 |
| 04/27 | | 2,437,441.92 | WIRE TYPE:WIRE OUT DATE:060427 TIME:1259 ET TRN:2006042700161884 SERVICE REF:002407 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370161884 |
| 04/28 | | 1,046,334.26 | WIRE TYPE:WIRE OUT DATE:060428 TIME:1233 ET TRN:2006042800183691 SERVICE REF:003039 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK, NA ID:021000021 | 00370183691 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | 1,522,761.67 | 160,502.47 | 04/17 | 2,102,633.00 | 59,166.24 |
| 04/03 | 1,860,511.39 | 31,556.73 | 04/18 | 1,808,451.91 | 293,464.48 |
| 04/04 | 1,628,856.72 | 106,424.98 | 04/19 | 1,621,301.11 | 103,798.18 |
| 04/05 | 775,705.92 | 36,320.02 | 04/20 | 1,317,565.11 | 63,105.63 |
| 04/06 | 915,316.08 | 37,777.42 | 04/21 | 1,346,250.89 | 69,586.41 |
| 04/07 | 1,113,101.47 | 49,536.27 | 04/24 | 2,550,936.06 | 58,817.58 |
| 04/10 | 2,099,950.12 | 79,328.62 | 04/25 | 1,507,696.22 | 58,332.09 |
| 04/11 | 1,692,536.89 | 39,377.12 | 04/26 | 2,457,959.13 | 1,043,620.87 |
| 04/12 | 1,452,442.64 | 238,451.37 | 04/27 | 644,014.28 | 35,749.81 |
| 04/13 | 1,411,304.41 | 52,564.66 | 04/28 | 1,630,315.12 | 847,716.35 |
| 04/14 | 1,661,644.23 | 158,800.81 | | | |

# Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

| | |
|---|---|
| Account Number | 8188703107 |
| 01 01 142 01 M0000 E# | 0 |
| Last Statement: | 03/31/2006 |
| This Statement: | 04/28/2006 |

**Customer Service**
1-800-699-7188

W.R. GRACE & CO.-CONN DIP
GCP LOCKBOX ACCOUNT
ATTN  CHARLIE SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page    1 of    12

Bankruptcy Case Number:0101139

The service charge field in the Account Summary Information section on the bank statement has been modified to include only direct service charges. Service charges generated by account analysis are no longer included in this field. The account analysis service charge will reflect in the detail portion of the bank statement.

## ANALYZED CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 04/01/2006 - 04/28/2006 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits         144 | Amount of Deposits/Credits | 41,755,889.70 |
| Number of Checks                     0 | Amount of Checks | .00 |
| Number of Other Debits              24 | Amount of Other Debits | 41,755,889.70 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                 0 | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/03 | | 594.77 | BOFA MS 1924      DES:MERCH SETL ID:43013300162773253336093139897<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020060933159706040322 | |
| 04/03 | | 1,109.12 | WIRE TYPE:WIRE IN DATE: 060403 TIME:0722 ET<br>TRN:2006040300066781 SEQ:0604020014002490/002490<br>ORIG:ARABIAN VERMICULITE INDUS SND BK:WACHOVIA NY<br>INTL ID:026005092 PMT DET:0A41264801060401 | 385200370066781 |
| 04/03 | | 1,126.46 | BOFA MS 1924      DES:MERCH SETL ID:43013300162773253336093168224<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020060933168224060440322 | |
| 04/03 | | 5,578.60 | BOFA MS 1924      DES:MERCH SETL ID:43013300162773253336093168225<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020060933168225060440322 | |
| 04/03 | | 14,516.53 | WIRE TYPE:WIRE IN DATE: 060403 TIME:1635 ET<br>TRN:2006040300277545 SEQ:0604031601251HG01/000871<br>ORIG:CHAMBLESS CONSTRUCTION ID:122754 SND BK:COLUM<br>BUS BANK AND TRUST COMPA ID:061100606 | 385200370277545 |
| 04/03 | | 37,057.14 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000769519<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020060930379933106040322 | 533360930379931 |
| 04/03 | | 38,725.00 | WIRE TYPE:WIRE IN DATE: 060403 TIME:0722 ET<br>TRN:2006040300066778 SEQ:0604020014002489/002489<br>ORIG:ARABIAN VERMICULITE INDUS SND BK:WACHOVIA NY<br>INTL ID:026005092 PMT DET:0A41265001060401 | 385200370066778 |
| 04/03 | 96160000 | 349,794.42 | Lockbox Deposit | 612600052626532 |
| 04/03 | 96160000 | 372,098.89 | Lockbox Deposit | 612600050460B1 |
| 04/03 | 96160000 | 679,608.39 | Lockbox Deposit | 612600053225085 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number    8188703107
01 01 142 01 M0000 E#        0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    2 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/03 | 96160000 | 1,238,328.12 | Lockbox Deposit | 612600052435807 |
| 04/04 | | 546.82 | BOFA MS 1924    DES:MERCH ADJ   ID:4301330016277325333609441378665 INDN:GRACE GPC SCC          CO ID:1210002922 CCD REF:00818870310712110825002006094413786506040422 | |
| 04/04 | | 2,932.80 | KEMIN AMERICAS I DES:PAYMENTS    ID:10524          533360935880135 INDN:WR GRACE & CO          CO ID:420886654  CCD PMT INFO:NTE*92852008\ REF:00818870310712110825002006093588013506040422 | |
| 04/04 | | 35,782.60 | Wire In-international                                385200370112288 WIRE TYPE:INTL IN DATE:060404 TIME:0714 ET TRN:2006033100112288 SEQ:EBANKG013572845/646029 ORIG:FLEXITALLIC LTD PMT DET: $25.00 FEE DEDUCTINV OICE 92817595 GRACE CONSTRUCTION | |
| 04/04 | | 2,445,701.88 | Corporate Trade Credit                              533360936042791 BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000770072 INDN:W R GRACE & CO          CO ID:3820100960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:00818870310712110825002006093604279106040422 | |
| 04/04 | 96160000 | 532,283.88 | Lockbox Deposit | 612600052413915 |
| 04/04 | 96160000 | 979,404.32 | Lockbox Deposit | 612600052220491 |
| 04/05 | | 59.66 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333609508808485 INDN:GRACE GPC SCC          CO ID:1210001922 CCD REF:00818870310712110825002006095080848506040522 | |
| 04/05 | | 196.62 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333609508808484 INDN:GRACE GPC SCC          CO ID:1210001922 CCD REF:00818870310712110825002006095080848406040522 | |
| 04/05 | | 6,449.79 | WIRE TYPE: WIRE IN DATE: 060405 TIME:1612 ET        385200370206171 TRN:2006040500206171 SEQ:00015/000015 ORIG:GRACE VENEZUELA SA ID:3003061000104893 SND BK:BANCO INDUSTRIAL DE VENEZUELA ID:026009247 PMT DET:V28/03.0001 SERV.TRSNF.CDIVI 2141511 USO T | |
| 04/05 | | 7,608.87 | AFFILIATED DIST   DES:AP PAYMENT ID:3    -662321     533360934287313 INDN:Grace Construction Pro  CO ID:1232182931 CCD REF:00818870310712110825002006093428731306040522 | |
| 04/05 | | 8,360.00 | WIRE TYPE: WIRE IN DATE: 060405 TIME:1219 ET        385200370126519 TRN:2006040500126519 SEQ:FTS0604052997200/003492 ORIG:INSULATION RESTORATION AN SND BK:BANK OF NEW YORK ID:021000018 PMT DET:/ATTN: JUDY SIMMONS //GR ACE CONSTRUCTION PRODUCTS //FIREPROOFING MATERIALS | |
| 04/05 | | 10,411.47 | WIRE TYPE: WIRE IN DATE: 060405 TIME:1628 ET        385200370211828 TRN:2006040500211828 SEQ:2006040500041862/002086 ORIG:T E S LIMITED SND BK:STANDARD CHARTERED BANK LIMIT ID:026002561 PMT DET:CO06040515585800INVOICE 92559787TES LTD | |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number      8188703107
01 01 142 01 M0000 E#      0
Last Statement:    03/31/2006
This Statement:    04/28/2006

**Customer Service**
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page      3 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/05 | | 116,372.95 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000770638<br>INDN:W R GRACE & CO      CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:00818870310712110825002006094206853806040522 | 533360942068538 |
| 04/05 | 96160000 | 200,563.56 | Lockbox Deposit | 612600052412167 |
| 04/05 | 96160000 | 568,342.35 | Lockbox Deposit | 612600052216332 |
| 04/06 | | 599.89 | BOFA MS 1924      DES:MERCH SETL ID:430113300162773253336096074B225<br>INDN:GRACE GPC SCC      CO ID:1210001922 CCD<br>REF:00818870310712110825002006096074822506040622 | 533360960748225 |
| 04/06 | | 19,356.24 | WIRE TYPE:WIRE IN DATE: 060406 TIME:1424 ET<br>TRN:2006040600171154 SEQ:060406130536IM00/000200<br>ORIG:BALATAS AMERICAN BRAKEBLO SND BK:LAREDO NATIO<br>NAL BANK ID:114900313 | 385200370171154 |
| 04/06 | | 30,317.77 | WIRE TYPE:WIRE IN DATE: 060406 TIME:0707 ET<br>TRN:2006040600022421 SEQ:0406554396000264/000123<br>ORIG:LIPPMANN GMBH ID:161034400 SND BK:DEUTSCHE BA<br>NK TRUST CO. AMERI ID:021001033 PMT DET:3509508288<br>FEES DEDUCTED $23.00INVOICE 92818047 | 385200370022421 |
| 04/06 | | 38,220.00 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000771264<br>INDN:W R GRACE & CO      CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:00818870310712110825002006095513788506040622 | 533360955137885 |
| 04/06 | 96160000 | 359,040.22 | Lockbox Deposit | 612600052413533 |
| 04/06 | 96160000 | 445,878.50 | Lockbox Deposit | 612600052217916 |
| 04/07 | | 14,552.11 | SPANCRETE GROUP      DES:040606SRI  ID:400009084.<br>INDN:W.R. GRACE & CO. - CON  CO ID:1391039772 CCD<br>REF:00818870310712110825002006097029762806040722 | 533360970297628 |
| 04/07 | | 23,788.42 | WIRE TYPE:WIRE IN DATE: 060407 TIME:1144 ET<br>TRN:2006040700130183 SEQ:0505300097ZO/253491<br>ORIG:SIPLAST MASTER ACCOUNT SND BK:JPMORGAN CHASE<br>BANK, N.A. ID:0002 PMT DET:WRE OF 06/04/07 | 385200370130183 |
| 04/07 | | 268,009.24 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000772194<br>INDN:W R GRACE & CO      CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:00818870310712110825002006096277362506040722 | 533360962773625 |
| 04/07 | 96160000 | 116,542.99 | Lockbox Deposit | 612600052224608 |
| 04/07 | 96160000 | 905,425.59 | Lockbox Deposit | 612600052416711 |
| 04/10 | | 3,354.28 | WIRE TYPE:WIRE IN DATE: 060410 TIME:1439 ET<br>TRN:2006041000193357 SEQ:047372560/001605<br>ORIG:YULIM TRADING COMPAY SND BK:KOOKMIN BANK ID:0<br>26013343 PMT DET:EKNK604IR03725600UR COMM. USD18.0<br>0 TRN:07500T600226 | 385200370193357 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#    0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    4 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/10 | | 14,241.44 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000773198<br>INDN:W R GRACE & CO    CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020061000034935606041022 | 533361000349356 |
| 04/10 | 96160000 | 520,974.38 | Lockbox Deposit | 612600053025912 |
| 04/10 | 96160000 | 539,812.21 | Lockbox Deposit | 612600052426082 |
| 04/10 | 96160000 | 785,253.74 | Lockbox Deposit | 612600052851135 |
| 04/10 | 96160000 | 1,579,843.31 | Lockbox Deposit | 612600052236001 |
| 04/11 | | 2,360.00 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325533361010448480<br>INDN:GRACE GPC SCC    CO ID:1210001922 CCD<br>REF:008188703107121108250020061010448480806041222 | 533361010448480 |
| 04/11 | | 680,368.80 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000773957<br>INDN:W R GRACE & CO    CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020061004942807706041122 | 533361004942807 |
| 04/11 | 96160000 | 815,864.66 | Lockbox Deposit | 612600052221620 |
| 04/11 | 96160000 | 829,920.55 | Lockbox Deposit | 612600052413344 |
| 04/12 | | 450.05 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325533361020606624<br>INDN:GRACE GPC SCC    CO ID:1210001922 CCD<br>REF:008188703107121108250020061020606624406041222 | 533361020606624 |
| 04/12 | | 6,245.84 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001277923<br>INDN:W.R. GRACE & CO.    CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020061013576932206041222 | 533361013576932 |
| 04/12 | | 8,506.50 | AFFILIATED DIST    DES:AP PAYMENT ID:3    -662321<br>INDN:Grace Construction Pro    CO ID:1232182931 CCD<br>REF:008188703107121108250020061003460936006041222 | 533361003460936 |
| 04/12 | | 20,522.00 | WIRE TYPE:WIRE IN DATE: 060412 TIME:0724 ET<br>TRN:2006041200021012 SEQ:060411256297000A/024202<br>ORIG:BERGAMO ISOLANTI SPA SND BK:WACHOVIA NY INTL<br>ID:0509 PMT DET:000980060300335 PRO FORMA INVOICE<br>92891429 DATED 04 01 06 | 385200370021012 |
| 04/12 | | 51,995.23 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000774500<br>INDN:W R GRACE & CO    CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:00818870310712110825002006101310421806041222 | 533361013104218 |
| 04/12 | 96160000 | 659,548.23 | Lockbox Deposit | 612600052413052 |
| 04/12 | 96160000 | 792,479.57 | Lockbox Deposit | 612600052218928 |
| 04/13 | | 2,309.76 | AFFILIATED DIST    DES:AP PAYMENT ID:3    -662321<br>INDN:Grace Construction Pro    CO ID:1232182931 CCD<br>REF:008188703107121108250020061011894068006041322 | 533361011894068 |

**Bank of America**

H

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188703107
01 01 142 01 M0000 E#      0
Last Statement:  03/31/2006
This Statement:  04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    5 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/13 | | 3,123.49 | BOFA MS 1924      DES:MERCH SETL ID:43013300162773253336l030715485<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020061030715485060041322 | |
| 04/13 | | 26,671.51 | WIRE TYPE:WIRE IN DATE: 060413 TIME:1555 ET<br>TRN:2006041300208064 SEQ:1146200103Z0/285692<br>ORIG:SIPLAST MASTER ACCOUNT SND BK:JPMORGAN CHASE<br>BANK, N.A. ID:0002 PMT DET:WRE OF 06/04/13 | 385200370208064 |
| 04/13 | | 102,646.95 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000775116<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020061024561390060041322 | 533361024561390 |
| 04/13 | 96160000 | 343,387.61 | Lockbox Deposit | 612600052216374 |
| 04/13 | 96160000 | 965,051.73 | Lockbox Deposit | 612600052411725 |
| 04/14 | | 65.08 | BOFA MS 1924      DES:MERCH SETL ID:43013300162773253336l040546982<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020061040546982060041422 | 533361040546982 |
| 04/14 | | 346.62 | BOFA MS 1924      DES:MERCH SETL ID:43013300162773253336l040546981<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020061040546981060041422 | 533361040546981 |
| 04/14 | | 1,019.22 | AFFILIATED DIST  DES:AP PAYMENT ID:3   -662321<br>INDN:Grace Construction Pro  CO ID:1232182931 CCD<br>REF:008188703107121108250020061022862208060041422 | 533361022862208 |
| 04/14 | | 113,526.60 | WIRE TYPE:INTL IN DATE:060414 TIME:0708 ET<br>TRN:2006041400029712 SEQ:0138OTT060400702/030782<br>ORIG:GRACE KOREA INC. PMT DET: $20.00 FEE DEDUCTBN<br>F TEL.312 974 1915 | 385200370029712 |
| 04/14 | | 216,577.50 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000775878<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020061032738657060041422 | 533361032738657 |
| 04/14 | 96160000 | 608,094.79 | Lockbox Deposit | 612600052222364 |
| 04/14 | 96160000 | 1,043,135.30 | Lockbox Deposit | 612600052414144 |
| 04/17 | | 255.84 | BOFA MS 1924      DES:MERCH SETL ID:43013300162773253336l072356321<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020061072356321060041722 | 533361072356321 |
| 04/17 | | 394.83 | AMERICAN EXPRESS DES:SETTLEMENT ID:2190622647<br>INDN:GRACE GPC SC2190622647  CO ID:1134992250 CCD<br>REF:008188703107121108250020061070194560060041722 | 533361070194560 |
| 04/17 | | 1,292.37 | AFFILIATED DIST  DES:AP PAYMENT ID:3   -662321<br>INDN:Grace Construction Pro  CO ID:1232182931 CCD<br>REF:008188703107121108250020061032657705060041722 | 533361032657705 |

**Bank of America**

H

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188703107
01 01 142 01 M0000 E#       0
Last Statement:    03/31/2006
This Statement:    04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    6 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/17 | | 1,752.30 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279962<br>INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706499370604 1722 | 533361070649937 |
| 04/17 | | 2,423.12 | AMERICAN EXPRESS DES:SETTLEMENT ID:2190622647<br>INDN:GRACE GPC SC2190622647  CO ID:1134992250 CCD<br>REF:0081887031071211082500200610414401160604 1722 | 533361041440116 |
| 04/17 | | 18,594.76 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279961<br>INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706499240604 1722 | 533361070649924 |
| 04/17 | | 23,840.00 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279960<br>INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706499140604 1722 | 533361070649914 |
| 04/17 | | 23,908.50 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279963<br>INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706499450604 1722 | 533361070649945 |
| 04/17 | | 28,927.80 | Letter Of Credit<br>LC02274605 YOUR#92875096        PAY001<br>TRADE OPERATIONS LETTER OF CREDIT<br>YOUR REF: 92875096              DATED: 03/14/06<br>LC#    02274605        VALUE 04/17/06 | 453501130001269 |
| 04/17 | | 121,205.40 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000776881<br>INDN:W R GRACE & CO         CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610704824060604 1722 | 533361070482406 |
| 04/17 | | 1,069,795.55 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001279959<br>INDN:W.R. GRACE & CO.        CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610706497170604 1722 | 533361070649717 |
| 04/17 | 96160000 | 391,654.10 | Lockbox Deposit | 612600052848330 |
| 04/17 | 96160000 | 516,537.74 | Lockbox Deposit | 612600053022983 |
| 04/17 | 96160000 | 973,189.08 | Lockbox Deposit | 612600052426675 |
| 04/17 | 96160000 | 1,408,370.24 | Lockbox Deposit | 612600052234492 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number    8188703107
01 01 142 01 M0000 E#     0
Last Statement:   03/31/2006
This Statement:   04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    7 of   12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/18 | | 2,997.80 | KEMIN AMERICAS I DES:PAYMENTS   ID:10524<br>INDN:WR GRACE & CO      CO ID:420886654  CCD<br>PMT INFO:NTE*92871166\<br>REF:0081887031071211082500200610745917020604 1822 | 533361074591702 |
| 04/18 | | 3,828.00 | Corporate Trade Credit<br>FLORIDA ROCK IND DES:CORP PYMNT ID:8000081466<br>INDN:W R GRACE & CO      CO ID:8590573002 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610816041770604 1822 | 533361081604177 |
| 04/18 | | 564,427.42 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000777358<br>INDN:W R GRACE & CO      CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610747925060604 1822 | 533361074792560 |
| 04/18 | 96160000 | 215,288.72 | Lockbox Deposit | 612600052224639 |
| 04/18 | 96160000 | 906,237.48 | Lockbox Deposit | 612600052415753 |
| 04/19 | | 162.60 | BOFA MS 1924     DES:MERCH SETL ID:4301330016277325<br>INDN:GRACE GPC SCC      CO ID:1210001922 CCD<br>REF:0081887031071211082500200610905331290604 1922 | 533361090533129 |
| 04/19 | | 135,237.60 | WIRE TYPE:WIRE IN DATE: 060419 TIME:0721 ET<br>TRN:2006041900027424 SEQ:PAYA61092C000223/037857<br>ORIG:W R GRACE SA SND BK:BNP PARIBAS ID:0768<br>PMT DET:YS10977361802560GRACE CHICAGO/GRACE CAMBRI<br>DGE | 385200370027424 |
| 04/19 | | 164,630.29 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000777905<br>INDN:W R GRACE & CO      CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610822617110604 1922 | 533361082261711 |
| 04/19 | 96160000 | 600,895.53 | Lockbox Deposit | 612600052217585 |
| 04/19 | 96160000 | 877,176.87 | Lockbox Deposit | 612600052414591 |
| 04/20 | | 838.46 | BOFA MS 1924     DES:MERCH SETL ID:4301330016277325<br>INDN:GRACE GPC SCC      CO ID:1210001922 CCD<br>REF:0081887031071211082500200611005380960604 1922 | 533361100538096 |
| 04/20 | | 5,308.53 | WIRE TYPE:WIRE IN DATE: 060420 TIME:1644 ET<br>TRN:2006042000233039 SEQ:060420152819IM00/000337<br>ORIG:ITAPSA,S.A. DE C.V. SND BK:LAREDO NATIONAL BA<br>NK ID:114900313 | 385200370233039 |
| 04/20 | | 10,000.00 | 0208-18APR06. LST    0047IL<br>Effective Date is 12/27/2005 | 4702910000105 |
| 04/20 | | 11,886.29 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000778483<br>INDN:WR GRACE & CO      CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200610936585130604 2022 | 533361093658513 |

**Bank of America**

H

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

Account Number     8188703107
01 01 142 01 M0000 E#      0
Last Statement: 03/31/2006
This Statement: 04/28/2006

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page   8 of   12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/20 | | 44,213.73 | WIRE TYPE:WIRE IN DATE: 060420 TIME:1201 ET TRN:2006042000131341 SEQ:G0061102374901/003627 ORIG:GRACE COLOMBIA S.A. ID:000005483742 SND BK:CI TIBANK N.A. ID:021000089 PMT DET:INVOICE NO. 92771 035 INVOICE NO. 92798912 INVOICE NO. 92826821 TEL | 385200370131341 |
| 04/20 | 96160000 | 384,630.50 | Lockbox Deposit | 612600052411822 |
| 04/20 | 96160000 | 975,160.37 | Lockbox Deposit | 612600052220378 |
| 04/21 | | 1,775.00 | Wire In-international WIRE TYPE:INTL IN DATE:060421 TIME:1423 ET TRN:2006042100180173 SNDR REF:OMT-12-0256-06 ORIG:GENERADORA ELECTRICA OCCI PMT DET:PAYMENT IIN VOICE NO. 92842984 | 385200370180173 |
| 04/21 | | 12,946.94 | WIRE TYPE:WIRE IN DATE: 060421 TIME:1313 ET TRN:2006042100157238 SEQ:5016/001137 ORIG:IFE&S ID:116062 SND BK:MOUNT PROSPECT NATIONA L BANK ID:071925745 | 385200370157238 |
| 04/21 | | 19,387.98 | WIRE TYPE:WIRE IN DATE: 060421 TIME:1525 ET TRN:2006042100203747 SEQ:060421134910AF03/000276 ORIG:BALATAS AMERICAN BRAKEBLO SND BK:LAREDO NATIO NAL BANK ID:114900313 PMT DET:FACTURAS NO. 9283123 1,92834117,92834627 | 385200370203747 |
| 04/21 | | 25,345.76 | Corporate Trade Credit CALAVERAS MATERI DES:EFT PAYMNT ID:GRACON INDN:W.R. GRACE & CO.      CO ID:4770049484 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611022836910604212 | 533361102283691 |
| 04/21 | | 31,244.78 | WIRE TYPE:WIRE IN DATE: 060421 TIME:1418 ET TRN:2006042100178786 SEQ:0957900111ZD/281851 ORIG:SIPLAST MASTER ACCOUNT SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:WRE OF 06/04/21 | 385200370178786 |
| 04/21 | | 68,272.43 | Corporate Trade Credit BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000779206 INDN:W R GRACE & CO      CO ID:3820100960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611022626480604212 | 533361102262648 |
| 04/21 | 96160000 | 463,662.37 | Lockbox Deposit | 612600052415146 |
| 04/21 | 96160000 | 760,254.29 | Lockbox Deposit | 612600052223233 |
| 04/24 | | 235.98 | AMERICAN EXPRESS DES:SETTLEMENT ID:2190622647 INDN:GRACE GPC SC2190622647  CO ID:1134992250 CCD REF:0081887031071211082500200611124475606042422 | 533361111244756 |
| 04/24 | | 429.25 | Wire In-international WIRE TYPE:INTL IN DATE:060424 TIME:0719 ET TRN:2006042400031976 SEQ:STPA06042400269/654220 ORIG:LPO INDUSTRIES CO.,LTD ID:1408010071541 ORIG BK:AGRICULTURAL BANK OF CHINA, T ID:ABOCCNBJO 30 PMT DET: $15.00 FEE DEDUCTADVANCE PAYMENT FOR G | 385200370031976 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number    8188703107
01 01 142 01 M0000 E#      0
Last Statement:  03/31/2006
This Statement:  04/28/2006

**Customer Service**
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    9 of   12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/24 | | 6,464.29 | WIRE TYPE:WIRE IN DATE: 060424 TIME:1204 ET TRN:2006042400135942 SEQ:060424032299/270074 ORIG:AGROEXPO,SA DE CV ID:0074534420044635 SND BK: AMERICAN EXPRESS BANK LTD. ID:0159 PMT DET:1134580 716010832 | 385200370135942 |
| 04/24 | | 99,474.09 | Corporate Trade Credit BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000780084 INDN:W R GRACE & CO          CO ID:3820100960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611411854630604242 | 533361141185463 |
| 04/24 | 96160000 | 676,824.66 | Lockbox Deposit | 612600052853269 |
| 04/24 | 96160000 | 879,938.32 | Lockbox Deposit | 612600052426110 |
| 04/24 | 96160000 | 896,591.17 | Lockbox Deposit | 612600053021766 |
| 04/24 | 96160000 | 1,463,096.01 | Lockbox Deposit | 612600052236771 |
| 04/25 | | 11,440.00 | Corporate Trade Credit RINKER MATERIALS DES:EPOSPYMNTS ID:2001283178 INDN:W.R. GRACE & CO.          CO ID:3010714616 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611453319170604252 | 533361145331917 |
| 04/25 | | 28,009.00 | Wire In-international WIRE TYPE:INTL IN DATE:060425 TIME:0710 ET TRN:2006042100050780 SEQ:T008351/01/009619 ORIG:SERPIB DEVELOPMENT HOLDI ORIG BK:B.I.C.S. BAN QUE POPULAIRE MON ID:CCBPFRPPMTG PMT DET: $25.00 F EE DEDUCTFAC 92840076 02/24/06 | 385200370050780 |
| 04/25 | | 216,809.29 | Corporate Trade Credit BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000780627 INDN:W R GRACE & CO          CO ID:3820100960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611449192300604252 | 533361144919230 |
| 04/25 | 96160000 | 502,551.53 | Lockbox Deposit | 612600052417065 |
| 04/25 | 96160000 | 920,592.86 | Lockbox Deposit | 612600052225565 |
| 04/26 | | 15,437.38 | WIRE TYPE:WIRE IN DATE: 060426 TIME:1220 ET TRN:2006042600138117 SEQ:01234798986/000350 ORIG:GRACE BRASIL LTDA SND BK:CALYON ID:026008073 PMT DET:61161615661 /INV/92872655 VCP 06009554 IMP 2 OBI=/INV/92872655 VCP 06009554 IMP 2 CHARGES HA | 385200370138117 |
| 04/26 | | 23,786.68 | Corporate Trade Credit FLORIDA ROCK IND DES:CORP PYMNT ID:8000082141 INDN:W R GRACE & CO          CO ID:8590573002 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200611609815840604262 | 533361160981584 |