# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MAY 1, 2006 - MAY 31, 2006**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 7.0 | $  3,809.00 |
| 0008 | Asset Analysis and Recovery | 8.3 | 4,800.50 |
| 0014 | Case Administration | 35.0 | 7,750.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 32.1 | 19,307.50 |
| 0018 | Fee Application, Applicant | 48.4 | 15,147.50 |
| 0019 | Creditor Inquiries | 1.5 | 907.50 |
| 0020 | Fee Application, Others | 9.2 | 2,272.50 |
| 0021 | Employee Benefits, Pension | 11.4 | 6,724.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 15.8 | 9,251.00 |
| 0028 | Insurance | 10.7 | 6,152.50 |
| 0031 | Investigations | 0.1 | 57.50 |
| 0036 | Plan and Disclosure Statement | 83.4 | 41,578.00 |
| 0037 | Hearings | 5.2 | 3,295.00 |
| 0047 | Tax Issues | 0.4 | 252.00 |
| | | | |
| | **TOTAL** | **268.5** | **$ 121,304.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | June 29, 2006 |
| INVOICE NO. | 383693 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period
through May 31, 2006, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2006 | Exchanged memoranda with KP re: Whitehouse-related discovery orders (.1); attend to revised orders (.6); discovery mediation conference call with Judge Whelan, representatives for all parties (.4); attend to memoranda to A. Basta, B. Harding re: comment to authorization order (.1); attend to terms of asbestos-related settlement (.7). | Krieger, A. | 1.9 |
| 05/02/2006 | Attend to case law re: insurance policy's/proceeds (2.8); attend to revised orders re: Whitehouse discovery (.1). | Krieger, A. | 2.9 |
| 05/02/2006 | Attention to transcripts and summaries of recent hearings (.8) and recently filed documents (.2). | Papir, R. | 1.0 |
| 05/08/2006 | Attend to correspondence from B. Harding re: Whitehouse discovery and protective orders (.2). | Krieger, A. | 0.2 |
| 05/11/2006 | Attend to Judge Buckwalter's order granting | Krieger, A. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1705794v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/12/2006 | Debtors' motion to dismiss Libby Claimants appeal and memorandum to KP, RP re: same. Attend to memorandum from A. Basta re: further modifications to Whitehouse/Libby discovery order and review of revised proposed orders (.2); exchanged memoranda with KP re: revisions to Whitehouse discovery order (.1). | Krieger, A. | 0.3 |
| 05/12/2006 | Attention to agenda for upcoming hearing (.1) and District Court memorandum and order re: Libby plaintiffs' appeal (.1). | Papir, R. | 0.2 |
| 05/19/2006 | Attend to final form of order re: Whitehouse Discovery and related Protective Order (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.8 | $ 575 | $ 3,335.00 |
| Papir, Ryan M. | 1.2 | 395 | 474.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,809.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,809.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Asset Analysis and Recovery 699843 0008 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2006 | Attend to Jack McFarland reply on Catalyst Components question (.1); telephone call S. Cunningham re: acquisition, related patent issues and meeting to discuss same (.2); memorandum to S. Cunningham re: hearing information (.2); telephone call R. Frezza re: initial information request on Project Spaghetti (.1); attend to information request (.1). | Krieger, A. | 0.7 |
| 05/02/2006 | Attend to acquisition materials and information request (.9); telephone call R. Frezza and L. Hamilton re: status of acquisition, other (.5); memoranda to I. DiBernardo, M. Berg, M. Greenberg, M. Wintner re: Project Spaghetti and information request to the Company (.6); exchanged memoranda with I. DiBernardo re patent issues in Project Spaghetti (.3). | Krieger, A. | 2.3 |
| 05/03/2006 | Memorandum to R. Frezza re: Project Spaghetti information request (.1); telephone call L. Hamilton re: same; pension benefits call (.1). | Krieger, A. | 0.2 |
| 05/04/2006 | Several emails regarding Project Spaghetti; consider emails from Grace and A. Krieger. | DiBernardo, I. | 0.8 |
| 05/04/2006 | Exchange memoranda with I. DiBernardo re: questions for Grace re: intellectual property issues in Project Spaghetti (.5); attend to memorandum to J. McFarland re: information request (.5); exchanged further memoranda with J. McFarland (.2). | Krieger, A. | 1.2 |
| 05/05/2006 | Exchanged memorandum with J. McFarland e- | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | mail on intellectual property matters (.3). | | |
| 05/08/2006 | Exchanged memoranda with J. McFarland re: Real Estate Lease for Catalyst Components transaction (.1). | Krieger, A. | 0.1 |
| 05/09/2006 | Exchanged memoranda with Jack McFarland re: status of Real Estate Lease for Catalyst Components' transaction (.1). | Krieger, A. | 0.1 |
| 05/12/2006 | Memorandum to M. Berg, L. Hamilton re: final form of Catalyst Components purchase agreement (.1); attend to review of Asset Purchase Agreement (1.9). | Krieger, A. | 2.0 |
| 05/31/2006 | Attend to information on Project Spaghetti (.6). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| DiBernardo, Ian G. | 0.8 | $ 610 | $ 488.00 |
| Krieger, Arlene G. | 7.5 | 575 | 4,312.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,800.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 4,800.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/02/2006 | Conference call Grace representatives re: pending motions and motions expected to be filed for the June hearing (.5); memo to L. Kruger re: conference call (.8). | Krieger, A. | 1.3 |
| 05/03/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.7 |
| 05/04/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 05/05/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings for attorney review (.6); review case file documents in main case in preparation for central file supplementation (.7). | Mohamed, D. | 1.7 |
| 05/08/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 05/09/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); retrieve certain fee applications of Stroock for review (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.9 |
| 05/10/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed | Mohamed, D. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.6). | | |
| 05/11/2006 | Telephone Court re: conference call. | Holzberg, E. | 0.5 |
| 05/11/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 05/12/2006 | Telephone conference Court Call and Judge's Chambers' regarding telephonic appearance. | Holzberg, E. | 0.8 |
| 05/12/2006 | Office conferences E. Holzberg re: participation at 5/15/06 hearings (.2); exchanged memoranda with D. Mohamed re: request for pleadings to be considered at 5/15/06 calendar (2.); exchanged memoranda with KP re: telephonic participation at 5/15/06 hearing (.1); memorandum to R. Barainca re: service list inquiry (.1); attend to orders issued by the Court, certifications (.2). | Krieger, A. | 0.8 |
| 05/12/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); retrieval of The Scotts Co. Motion for preliminary injunction and BDM Construction motion for modification of the automatic stay with related documents for attorney review (1.1); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 2.6 |
| 05/15/2006 | Attend to newly filed compensation applications, notice of sales, settlements (.2). | Krieger, A. | 0.2 |
| 05/15/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review case documents in preparation for central file supplementation (.5). | Mohamed, D. | 1.6 |
| 05/16/2006 | Conference call with Grace representatives re motions filed, pending matters, mediation (.4). | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/16/2006 | Review and update case docket no. no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.7 |
| 05/17/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review case file documents in preparation for central file supplementation (.5). | Mohamed, D. | 1.5 |
| 05/18/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 05/19/2006 | Exchanged memoranda with Jan Baer, M. Berg, L. Hamilton re: conference call to discuss Wauconda settlement (.3); attend to newly filed certifications, orders (.4). | Krieger, A. | 0.7 |
| 05/19/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); attention to retrieval of certain pleadings in main case for attorney review (.5); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.3). | Mohamed, D. | 1.9 |
| 05/23/2006 | Office conference EH re: hearing dates (.1); attend to numerous orders recently entered by the court, various fee applications filed (.7). | Krieger, A. | 0.8 |
| 05/23/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.7 |
| 05/24/2006 | Attend to numerous newly filed fee applications, certifications of counsel (.6); | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exchange memoranda with KP re: time records (.1). | | |
| 05/24/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 1.2 |
| 05/25/2006 | Attend to newly filed certifications, applications, examiner's reports (.3). | Krieger, A. | 0.3 |
| 05/25/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); attention to retrieval of various pleadings for attorney review (.4). | Mohamed, D. | 1.3 |
| 05/26/2006 | Attend to numerous applications (.2). | Krieger, A. | 0.2 |
| 05/26/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case for attorney review (.6). | Mohamed, D. | 1.0 |
| 05/30/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 1.2 |
| 05/31/2006 | Started to review amended order establishing management procedures and hearing schedule. | Holzberg, E. | 0.3 |
| 05/31/2006 | Attend to amended case management order and memorandum to EH re: same (.2). | Krieger, A. | 0.2 |
| 05/31/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

PAGE: 9

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 1.6 | $ 225 | $ 360.00 |
| Krieger, Arlene G. | 5.6 | 575 | 3,220.00 |
| Mohamed, David | 27.8 | 150 | 4,170.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,750.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,750.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 05/02/2006 | Telephone call with B. Frezza of Capstone regarding recovery analysis (.2). | Kruger, L. | 0.2 |
| 05/02/2006 | Conference call with debtors, professionals re: status (.5). | Pasquale, K. | 0.5 |
| 05/04/2006 | Telephone call with E. Inselbach regarding negotiations (.2). | Kruger, L. | 0.2 |
| 05/08/2006 | Memorandum to the Committee re: pending matters (1.1); memorandum to S. Cunningham re: meeting of the Committee with the Debtors (.1). | Krieger, A. | 1.2 |
| 05/09/2006 | Exchanged memoranda with Sean Cunningham re: annual meeting with the Company and acquisition presentation (.3); memoranda to LK, KP re: meeting with the Debtors (.2); memorandum to the Committee re: meeting with the Company (.2); exchanged memoranda with Committee members re: Committee meeting with the Company (.3); exchanged memoranda with KP re: D. Klauders correspondence and LK response (.2). | Krieger, A. | 1.2 |
| 05/09/2006 | Email from D. Klauder regarding composition of Creditors Committee (.2); email from A. Krieger regarding renewal of mediation and possible new offer from PI/PD & FR (.3). | Kruger, L. | 0.5 |
| 05/10/2006 | Exchanged memoranda with L. Hamilton and with Committee regarding meeting with the Debtors (.3); telephone call S. Cunningham re: same (.1); memorandum to LK, KP re: same (.1); memorandum to the Committee re: meeting with the Debtors (.2); telephone call Tom Maher re: mediation, meeting with the | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Debtors (.1); revise memorandum to the Committee re: 5/16/06 mediation and pending matters (.3). | | |
| 05/10/2006 | Email from A. Krieger regarding setting up mediation (.2); email from A. Krieger regarding meeting with Company (.2); review memo to Committee regarding mediation (.2). | Kruger, L. | 0.6 |
| 05/11/2006 | Memoranda to the Committee re: pending matters, mediation (.2); memoranda to and from Committee members re: meeting with the Company (.5);  exchanged memoranda with E. Ordway re: scheduling issues (.2); telephone call T. Maher re: David Klauder inquiry (.1). | Krieger, A. | 1.0 |
| 05/12/2006 | Office conferences and memoranda to Committee members re scheduling of Committee meeting with the Debtors (.5); telephone calls L. Hamilton re: meeting with the Debtors (.2); office conferences LK re: substance of conversation with D. Klauder (.2). | Krieger, A. | 0.9 |
| 05/12/2006 | Telephone call with D. Klauder regarding Committee's composition (.2); office conference with A. Krieger regarding my telephone call with D. Klauder (.2); office conference with A. Krieger regarding Grace meeting and agenda (.2). | Kruger, L. | 0.6 |
| 05/15/2006 | Exchanged memoranda with L. Hamilton re: Committee meeting (.1); exchanged memoranda with S. Cunningham re June 2, 2006 meeting (.1); memorandum to the Committee re: June 2, 2006 meeting with the Debtors (.2); exchanged memoranda with members of the Committee (.2). | Krieger, A. | 0.6 |
| 05/16/2006 | Conference call with company, professionals re: status (.5). | Pasquale, K. | 0.5 |
| 05/17/2006 | Memorandum to the Committee re: 5/16/06 mediation session with representatives for all parties (1.4); telephone call Ed Ordway re: | Krieger, A. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | May 20 meeting, preparation of updated analysis (.3). | | |
| 05/18/2006 | Office conference LK re: POR related analyses (.2); telephone call S. Cunningham, R. Frezza re: additional analyses to be prepared (.2); attend to exchange with Committee members re: mediation (.1). | Krieger, A. | 0.5 |
| 05/19/2006 | Attend to Capstone analyses re: interest, POR (.2); memorandum to LK, KP re: same (.1); memoranda to R. Frezza, E. Ordway re: analyses (.1). | Krieger, A. | 0.4 |
| 05/19/2006 | Review Capstone (Frezza) analysis of various alternatives (.3); review E. Ordway's chart regarding PI/PD offer (.3). | Kruger, L. | 0.6 |
| 05/22/2006 | Exchanged multiple memoranda with R. Frezza, E. Ordway re: agenda for 6/2/06 meeting with the Company and related matters (.5); attend to draft agenda and memorandum to LK, KP re: same (.3); exchanged memoranda with E. Ordway re: POR related matters (.3). | Krieger, A. | 1.1 |
| 05/23/2006 | Attend to revised agenda and exchanged memoranda with R. Frezza re: same (.3); memorandum to LK, KP re: same (.1); memoranda to M. Wintner re: June 2 meeting and pension issues as agenda item, status of mediation (.5); attend to memorandum to Capstone, Committee members re: June 2, 2006 meeting (.2); exchanged memoranda with J. O'Connell re: attendees at Committee meeting (.3); attend to memorandum to the Committee re: Wauconda Settlement (2.2); exchanged further memoranda with Ed Ordway re: Committee meeting and analyses, reports for the Committee (.4); exchanged multiple memoranda with J. Akre re: 6/2/06 Committee meeting and ZAI status (.4); telephone call L . Hamilton re: Wauconda Settlement, 6/2/06 | Krieger, A. | 4.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | agenda (.2); exchanged memoranda with KP re: Committee members inquiry on mediation and telephone call T. Maher re: same (.3). | | |
| 05/24/2006 | Exchange memoranda with T. Maher re: proposed agenda for 6/2/06 meeting (.1); memorandum to the Committee confirming 5/30/06 mediation, and exchanged multiple memoranda with members of the Committee (.7); exchanged multiple memoranda with Ed Ordway, S. Cunningham re: plan-related meeting, 6/2/06 meeting (.3); attend to memorandum to the Committee re: Wauconda settlement (3.9); telephone call L. Hamilton re: Wauconda settlement analysis (.2). | Krieger, A. | 5.2 |
| 05/25/2006 | Attend to preparation of memorandum re: Wauconda settlement (3.4); memorandum to R. Douglas re: mediation (.1); exchange memoranda with KP re: Committee's expert and attend to related pleadings (.7). | Krieger, A. | 4.2 |
| 05/25/2006 | Review agenda for Creditor Meeting with Debtors (.2); review emails from Mediator regarding scheduling (.2). | Kruger, L. | 0.4 |
| 05/26/2006 | Exchanged memoranda with J. O'Connell re: Grace representatives at the June 2, 2006 meeting with the Committee (.2); memoranda to R. Hinkle re: Committee members participation at mediation (.1); telephone call L. Hamilton re: Wauconda memorandum, 6/2/06 Committee meeting with the Company (.4); telephone call R. Douglas re: mediation (.1); exchange multiple memoranda with Committee member re: mediation (.2); attend to M. Berg comments to Wauconda memorandum and modify same (.5). | Krieger, A. | 1.5 |
| 05/30/2006 | Pre mediation meeting with LK, KP and Capstone (1.7); memorandum to the Committee re: Wauconda settlement motion (.2); memorandum to the Committee re: 6/2/06 | Krieger, A. | 2.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

PAGE: 14

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | meeting with Grace and agenda (.5). | | |
| 05/31/2006 | Office conference LK re 6/02/06 Committee meeting and further discussions with E. Inselbuch (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 28.0 | $ 575 | $ 16,100.00 |
| Kruger, Lewis | 3.1 | 825 | 2,557.50 |
| Pasquale, Kenneth | 1.0 | 650 | 650.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,307.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 19,307.50 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/01/2006 | Reviewed additional revisions to bill (1.2); reviewed emails and Navigant emails and Navigant bill, SSL disbursements in preparation of working on monthly application (1.3); started to work on monthly application (.9). | Holzberg, E. | 3.4 |
| 05/02/2006 | Completed 60th Monthly Fee Application and prepare for filing. | Holzberg, E. | 2.3 |
| 05/02/2006 | Review Stroock's March 2006 monthly fee statement in preparation for filing (.6); prepare affidavit of service for same and forward both to local counsel for filing (.4); preparation of service re: monthly fee statement (.7). | Mohamed, D. | 1.7 |
| 05/10/2006 | Started to revise time for monthly bill. | Holzberg, E. | 1.3 |
| 05/11/2006 | Worked on fee application. | Holzberg, E. | 1.1 |
| 05/12/2006 | Worked on fee application and charts. | Holzberg, E. | 1.5 |
| 05/15/2006 | Worked on Quarterly Fee Application. | Holzberg, E. | 2.4 |
| 05/15/2006 | Attend to review of time detail in preparation for 20th quarterly fee application (1.1). | Krieger, A. | 1.1 |
| 05/16/2006 | Worked on Quarterly Fee Application. | Holzberg, E. | 2.3 |
| 05/16/2006 | Attend to review of time detail in preparation of 20th quarterly fee application (.4). | Krieger, A. | 0.4 |
| 05/17/2006 | Worked on Quarterly Fee Application and Exhibits (1.8); worked on revisions to time in | Holzberg, E. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | preparation of preparing monthly application (1.2). | | |
| 05/17/2006 | Attend to review of time detail in preparation of 20th quarterly fee application (1.4). | Krieger, A. | 1.4 |
| 05/18/2006 | Prepared draft of 20th quarterly fee application (2.1). | Krieger, A. | 2.1 |
| 05/19/2006 | Worked on fee application. | Holzberg, E. | 1.7 |
| 05/19/2006 | Attend to preparation of 20th quarterly fee application (2.3); attend to April 2006 fee statement (1.4). | Krieger, A. | 3.7 |
| 05/21/2006 | Attend to 20th quarterly fee application (2.0). | Krieger, A. | 2.0 |
| 05/22/2006 | Complete preparation of 20th quarterly fee application (2.1). | Krieger, A. | 2.1 |
| 05/22/2006 | Attention to draft 20th quarterly fee app (.5). | Pasquale, K. | 0.5 |
| 05/23/2006 | Worked on Quarterly Fee Application. | Holzberg, E. | 2.2 |
| 05/24/2006 | Completed Quarterly Fee Application and prepare for filing. | Holzberg, E. | 2.8 |
| 05/25/2006 | Review Stroock's twentieth quarterly fee application in preparation for filing (.8); prepare affidavit of service and forward both to local counsel for filing (.5). | Mohamed, D. | 1.3 |
| 05/26/2006 | Reviewed and made additional revisions to Monthly Application and started to work on application. | Holzberg, E. | 2.4 |
| 05/26/2006 | Preparation of service re: Stroock's twentieth quarterly fee application for the period from January 1, 2006 through March 31, 2006 (.8). | Mohamed, D. | 0.8 |
| 05/30/2006 | Worked on 61st Monthly Fee Application and preparation for filing, statement and notice. | Holzberg, E. | 2.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

PAGE: 17

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/30/2006 | Review Stroock's monthly fee statement for April 2006 in preparation for filing (.8); prepare affidavit of service regarding same and forward both to local counsel for filing (.5). | Mohamed, D. | 1.3 |
| 05/31/2006 | Preparation of service re: Stroock's monthly fee statement for April 2006 (.7). | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 29.3 | $ 225 | $ 6,592.50 |
| Krieger, Arlene G. | 12.8 | 575 | 7,360.00 |
| Mohamed, David | 5.8 | 150 | 870.00 |
| Pasquale, Kenneth | 0.5 | 650 | 325.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,147.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,147.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

---

PAGE: 18

---

| RE | Creditor Inquiries<br>699843 0019 |
| --- | --- |

---

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 05/03/2006 | Telephone call Jay Heinrich re: status of case on behalf of trade creditor client (.3). | Krieger, A. | 0.3 |
| 05/09/2006 | Telephone call bank debt holder re: case status (.3). | Krieger, A. | 0.3 |
| 05/17/2006 | Telephone conference bank debt holders re: status (.3). | Pasquale, K. | 0.3 |
| 05/23/2006 | Telephone call bank debt holder re: mediation (.1); telephone call bank debt holder re: case status (.2). | Krieger, A. | 0.3 |
| 05/31/2006 | Telephone conference bank debt holder re: status (.3). | Pasquale, K. | 0.3 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.9 | $ 575 | $ 517.50 |
| Pasquale, Kenneth | 0.6 | 650 | 390.00 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 907.50 |
| --- | --- |

---

| TOTAL FOR THIS MATTER | $ 907.50 |
| --- | --- |

# STROOCK

PAGE: 19

# STROOCK

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/01/2006 | Attend to Navigant's March 2006 invoice (.1); exchanged memoranda with A. McIntosh re: same (.2); office conference E. Holzberg re: same (.1). | Krieger, A. | 0.4 |
| 05/10/2006 | Review Capstone Advisory Group March 2006 monthly fee statement in preparation for filing (.4); prepare notice and affidavit of service and forward to local counsel for filing (.6); prepare fee chart of Capstone's monthly fee statements for review (.5); preparation of service re: monthly fee statement (.6). | Mohamed, D. | 2.1 |
| 05/11/2006 | Review Capstone Advisory Group ninth quarterly fee application in preparation for filing (.5); prepare notice and affidavit of service regarding same and forward to local counsel for filing (.7); preparation of service re: quarterly fee application (.7). | Mohamed, D. | 1.9 |
| 05/15/2006 | Attention to research regarding Capstone Advisory Group fee issues (1.3). | Mohamed, D. | 1.3 |
| 05/19/2006 | Attend to newly filed fee applications and notices thereof, including by Speights and Runyan, Dies & Hile, Caplin & Drysdale, Kirkland & Ellis, other (.6); exchanged memoranda with KP re: fee applications (.2); memorandum to J. Sakalo re: inquiry on Speights and Runyan and Dies & Hile fee applications (.1). | Krieger, A. | 0.9 |
| 05/22/2006 | Attend to J. Sakalo memo re: Speights & Runyan and Dies & Hile fee application (.1). | Krieger, A. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/23/2006 | Attend to Speights application for compensation for services rendered in the Sealed Air Litigation and selected exhibits (.5); memorandum to KP re: applications and underlying authority (.2). | Krieger, A. | 0.7 |
| 05/30/2006 | Review Capstone Advisory Group monthly fee statement for April 2006 in preparation for filing (.5); prepare notice and affidavit of service regarding same and forward to local counsel for filing (.6); preparation of service re: monthly fee statement (.7). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.1 | $ 575 | $ 1,207.50 |
| Mohamed, David | 7.1 | 150 | 1,065.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,272.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,272.50 |
|-----------------------|-----------|

# STROOCK

| RE | Employee Benefits, Pension |
|----|---------------------------|
|    | 699843  0021              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/02/2006 | Exchanged memoranda with M. Wintner and then other parties re: conference call to discuss pension benefits (.1); memorandum to L. Hamilton re: conference call (.1). | Krieger, A. | 0.2 |
| 05/03/2006 | Attend to memorandum re: pension benefits conference call (.2); attend to R. Wyron memorandum re: purpose for pension call (.1). | Krieger, A. | 0.3 |
| 05/04/2006 | Exchanged memoranda with J. Baer re: 5/5/05 pension benefits conference call (.2); memoranda to M. Wintner and L. Hamilton re: pension conference call (.1). | Krieger, A. | 0.3 |
| 05/05/2006 | Review e-mail correspondence and pension funding documents. | Holob, M. | 0.2 |
| 05/05/2006 | Telephone call L. Hamilton re: pension benefits matter (.1); exchanged memoranda re: pension benefits conference call (.3). | Krieger, A. | 0.4 |
| 05/09/2006 | Attend to actuarial information for Pension Funding Motion (.6). | Krieger, A. | 0.6 |
| 05/10/2006 | Exchanged memoranda with J. Baer re: asbestos committees/futures representatives response on pension matter (.1). | Krieger, A. | 0.1 |
| 05/11/2006 | Office conference LK re: pension motion (.2); attend to J. Baer memorandum re: R. Wyron re: status (.1). | Krieger, A. | 0.3 |
| 05/11/2006 | Office conference with A. Krieger regarding pension plan funding (.2); office conference | Kruger, L. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
|  | with A. Krieger and telephone call with T. Maher regarding D. Klauder (.1). |  |  |
| 05/12/2006 | Attend to memorandum from R. Wyron re: pension and telephone call L. Hamilton re: same (.2); exchanged memoranda with M. Wintner, L. Hamilton re: same and conference call to discuss (.3); memoranda to and from R. Wyron, J. Baer; all parties conference call on pension matters (.5). | Krieger, A. | 1.0 |
| 05/15/2006 | Conference call regarding pension funding. | Holob, M. | 1.8 |
| 05/15/2006 | Preparation for conference call re: pension matters (1.4); conference call with representatives for all parties and follow-up office conference M. Wintner, M. Holob (1.5); memorandum to Jan Baer re: pension-related questions (.1). | Krieger, A. | 3.0 |
| 05/15/2006 | Review actuarial valuation for Pension Plan (.4); telephone conference call with Debtor and Creditor Committees re: pending Pension Plan funding motion (1.6). | Wintner, M. | 2.0 |
| 05/17/2006 | Attend to J. Baer response on pension questions (.1); memoranda and telephone call L. Hamilton re: pension  matter (.3); memorandum to M. Wintner re: information for pension inquiry (.1). | Krieger, A. | 0.5 |
| 05/18/2006 | Review email updates from Debtors' counsel re: status of pension plan funding motion. | Wintner, M. | 0.2 |
| 05/19/2006 | Exchanged memoranda with J. Baer re: Debtors' position on pension motion (.1). | Krieger, A. | 0.1 |
| 05/31/2006 | Memorandum to J. Baer re: inquiry on pension motion conference call (.1). | Krieger, A. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holob, Marissa J. | 2.0 | $ 435 | $ 870.00 |
| Krieger, Arlene G. | 6.9 | 575 | 3,967.50 |
| Kruger, Lewis | 0.3 | 825 | 247.50 |
| Wintner, Mark | 2.2 | 745 | 1,639.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,724.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,724.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/02/2006 | Attend to memorandum from J. Baer re: status of Consent Decree (.1). | Krieger, A. | 0.1 |
| 05/02/2006 | Review J. Baer's email regarding EPA/DOJ (.2). | Kruger, L. | 0.2 |
| 05/08/2006 | Attend to proposed Wauconda settlement materials, and attend to information requests (.9). | Krieger, A. | 0.9 |
| 05/10/2006 | Review materials re: Wauconda settlement. | Berg, M. | 1.1 |
| 05/11/2006 | Telephone conference A. Krieger re: Wauconda settlement; compile list of questions, issues re: Wauconda. | Berg, M. | 1.2 |
| 05/11/2006 | Office conferences M. Berg and preparation of question/information request on Wauconda Site settlement (1.8); exchanged memoranda with L. Hamilton re: proposed Wauconda information request (.1). | Krieger, A. | 1.9 |
| 05/12/2006 | Attend to Capstone memorandum re: Wauconda settlement and revise memorandum to Debtors' counsel re: questions and information request (.3); telephone call L. Hamilton re: same (.1); memorandum to J. Baer re: Wauconda settlement information request (.1). | Krieger, A. | 0.5 |
| 05/17/2006 | Attend to memoranda from J. Baer re: responses to Wauconda settlement questions. | Krieger, A. | 0.2 |
| 05/18/2006 | Review material provided by Debtor re: | Berg, M. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Wauconda Settlement Motion. | | |
| 05/18/2006 | Attend to Wauconda settlement pleadings and Jan Bear's response to initial inquiries (3.1); exchange memoranda with M. Berg, L. Hamilton re: conference call with Grace to discuss (2); exchange memoranda with Jan Baer re: conference call to discuss settlement (.1). | Krieger, A. | 3.4 |
| 05/19/2006 | Attend to USA's notice of lodging settlement agreement (.5). | Krieger, A. | 0.5 |
| 05/22/2006 | Conference call with A. Krieger, L. Hamilton re: Wauconda settlement (.7); legal research re: Alcan case (.1); conference call with debtor's counsel, A. Krieger, et al re: Wauconda settlement (.8). | Berg, M. | 1.6 |
| 05/22/2006 | Preparation for conference call with Debtors' representatives re: proposed Wauconda settlement (.8); conference call with M. Berg, L. Hamilton re: outstanding questions for the Company on the settlement (.7); conference call with Debtors' representatives re: Wauconda settlement questions and follow-up office conference M. Berg (.8). | Krieger, A. | 2.3 |
| 05/26/2006 | Review Wauconda memo. | Berg, M. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 5.8 | $ 595 | $ 3,451.00 |
| Krieger, Arlene G. | 9.8 | 575 | 5,635.00 |
| Kruger, Lewis | 0.2 | 825 | 165.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,251.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

PAGE: 27

| TOTAL FOR THIS MATTER | $ 9,251.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Insurance |
|----|-----------|
|    | 699843  0028 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/03/2006 | Attend to Lloyd's settlement-related documentation and relevant case law (6.3). | Krieger, A. | 6.3 |
| 05/04/2006 | Attend to relevant case law (1.0). | Krieger, A. | 1.0 |
| 05/17/2006 | Memoranda to L. Hamilton re: Lloyd's Settlement Motion (.1). | Krieger, A. | 0.1 |
| 05/21/2006 | Attend to Debtors' motion and final form of Lloyd's settlement agreement (1.3). | Krieger, A. | 1.3 |
| 05/25/2006 | Attend to KWELMB related material for application to Lloyd's settlement issue (.6). | Krieger, A. | 0.6 |
| 05/31/2006 | Attend to Lloyd's settlement material (1.4). | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.7 | $ 575 | $ 6,152.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,152.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,152.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

PAGE: 29

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Investigations 699843 0031 |
|----|----------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/18/2006 | Attend to article re: arguments before Judge Molloy in the Libby criminal trial (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 575 | $ 57.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 57.50 |
|------------------------------------------|---------|

| TOTAL FOR THIS MATTER | $ 57.50 |
|-----------------------|---------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

---

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843 0036                   |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/03/2006 | Telephone conference G. Becker re: status (.2). | Pasquale, K. | 0.2 |
| 05/04/2006 | Telephone call R. Frezza re: POR analysis (.2); memorandum to LK re: same (.1); memorandum to LK, KP re: creditor recoveries (.1); attend to plan structure materials (1.4). | Krieger, A. | 1.8 |
| 05/05/2006 | Telephone call R. Frezza re: POR analysis (.4); attend to plan related issues (1.2); memorandum to LK, KP re: POR analysis (3.). | Krieger, A. | 1.9 |
| 05/08/2006 | Attend to analysis forwarded by Ed Ordway (.6). | Krieger, A. | 0.6 |
| 05/09/2006 | Telephone call Robin Hinkle re: mediation (.2); memorandum to LK, KP re: R. Hinkle conversation (.3). | Krieger, A. | 0.5 |
| 05/10/2006 | Exchanged memoranda with LK re: mediation (.1); telephone call R. Hinkle re: mediation (.1); telephone call Ed Ordway re: mediation (.1); exchanged memoranda with R. Hinkle re: mediation (.2); attend to settlement terms of another chapter 11 asbestos debtor case for application to Grace case (.6). | Krieger, A. | 1.1 |
| 05/11/2006 | Attend to multiple memoranda re: 5/16/06 mediation session and additional scheduling matters (.6). | Krieger, A. | 0.6 |
| 05/12/2006 | Memorandum to R. Hinkle re: mediation (.1); exchanged memoranda with S. Baena re: same (.1). | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/15/2006 | Telephone call Ed Ordway re: mediation (.1); exchanged memoranda with LK re: mediation inquiry (.1); attend to memoranda re: mediation (.3). | Krieger, A. | 0.5 |
| 05/15/2006 | Preparation for mediation, review of financial information and POR (.6); office conference with A. Krieger regarding mediation (.1). | Kruger, L. | 0.7 |
| 05/15/2006 | Preparation for mediation (review of Capstone analyses) (.8). | Pasquale, K. | 0.8 |
| 05/16/2006 | Preparation for mediation (1.2); to midtown office and meeting with Ed Ordway, LK and KP re: mediation (1.3); mediation at Kirkland & Ellis with representatives for all parties and follow-up meeting with representatives (2.8). | Krieger, A. | 5.3 |
| 05/16/2006 | Office conference with K. Pasquale, A. Krieger, E. Ordway preparing for mediation (1.6); attend mediation with K. Pasquale, A. Krieger, D. Bernick, E. Inselbach, et al. (2.1); conference with A. Krieger, K. Pasquale, D. Bernick and P. Zilly reviewing mediation session (.7). | Kruger, L. | 4.4 |
| 05/16/2006 | Preparation for and mediation session re: POR and related discussions with debtor's counsel. | Pasquale, K. | 4.5 |
| 05/17/2006 | Conference L. Kruger, B. Schneider et al. re: mediation related questions; check relevant rules. | Epstein, M. | 0.4 |
| 05/17/2006 | Office conference LK, KP re: mediation related issues and telephone call T. Maher re: 5/16/06 mediation (.4); telephone call holders of bank debt re: invitation to attend mediation session (.4); telephone call LK, KP and M. Epstein re: mediation issues (.3); exchanged memoranda with KP re: mediation (.9); exchanged memoranda with Committee member re: 5/30/06 mediation (.2). | Krieger, A. | 2.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/17/2006 | Office conference with K. Pasquale, A. Krieger and telephone call with bank debt holder regarding mediation (.4); office conference with K. Pasquale and A. Krieger and telephone call with bank debt holder regarding mediation (.4); telephone call with E. Inselbach regarding mediation (.2); telephone call with T. Maher regarding mediation results and next steps (.4); review email to Committee regarding mediation results and next steps (.3); review Member's response (.2); review of issues for mediation and office conference with M. Epstein regarding same (.3); telephone call with A. Krieger, K. Pasquale, M. Epstein regarding impact of settlement at mediation (.3). | Kruger, L. | 2.5 |
| 05/17/2006 | Confer L. Kruger, A. Krieger re: mediation issues (.3); telephone conferences certain bank debt holders re: mediation participation (.3); attention to POR options (.6). | Pasquale, K. | 1.2 |
| 05/18/2006 | Researched mediation issues. | Jarashow, M. | 6.0 |
| 05/18/2006 | Attend to inquiry from S. Baena re: Committee composition and exchange email with KP re: same (2.); memo to S. Baena re: responding to inquiry (.4); attend to plan issues (.4). | Krieger, A. | 1.0 |
| 05/18/2006 | Office conference with K. Pasquale and A. Krieger regarding mediation and financial analysis (.2); office conference with A. Krieger regarding her telephone call with S. Cunningham and B. Frezza regarding various financial models (.1). | Kruger, L. | 0.3 |
| 05/19/2006 | Researched mediation issues memorandum for Ken Pasquale (1.6); also met with Ken Pasquale to discuss the memo (.2). | Jarashow, M. | 1.8 |
| 05/19/2006 | Attention to Capstone analysis and related mediation issues (.5). | Pasquale, K. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/22/2006 | Conference L. Kruger, K. Pasquale et al. re: mediation issues. | Epstein, M. | 0.5 |
| 05/22/2006 | Researched for memo re: mediation issues. | Jarashow, M. | 2.0 |
| 05/22/2006 | Office conference with K. Pasquale, A. Krieger and M. Epstein regarding mediation issues (.7); telephone calls with large debt holders regarding attendance at mediation (.2); telephone call with another large debt holder regarding attendance at mediation (.3). | Kruger, L. | 1.2 |
| 05/22/2006 | Confer A. Krieger, L. Kruger re: mediation position of Committee (.5). | Pasquale, K. | 0.5 |
| 05/23/2006 | Researched for memo re: mediation issues and began to write memo thereon. | Jarashow, M. | 5.2 |
| 05/23/2006 | Office conference KP re: inquiry from the mediator and response (.1); memorandum to R. Hinkle re: bank debt holders' attendance (.1). | Krieger, A. | 0.2 |
| 05/23/2006 | Telephone conferences A. Krieger and certain bank debt holders re: mediation (.4); attention to mediation issues (.3). | Pasquale, K. | 0.7 |
| 05/24/2006 | Write memo re: mediation issues. | Jarashow, M. | 2.5 |
| 05/24/2006 | Attend to multiple memoranda re: bank debt holders determination not to attend mediation (.2); attend to multiple memoranda and conference call with Judge Pointer and Robin Hinkle re: 5/30/06 mediation (.6); memorandum to LK re: substance of conversation with mediator (.1); attend to memoranda from R. Hinkle re: confirming 5/30/06 mediation and memoranda to LK, KP re: same (.3); attend to parties' memoranda re: attendance at mediation (.2); telephone call and exchanged memorandum with G. Becker re: mediation (.4). | Krieger, A. | 1.8 |
| 05/24/2006 | Review R. Hinkel's emails regarding mediation | Kruger, L. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2). | | |
| 05/24/2006 | Telephone conference to mediators with A. Krieger re: status (.3). | Pasquale, K. | 0.3 |
| 05/25/2006 | Write memo re: mediation issues. | Jarashow, M. | 1.3 |
| 05/25/2006 | Attend to memoranda to the Mediator re: Committee members attendance at the Mediation (.2); attend to parties' memoranda re: mediation participants (.1). | Krieger, A. | 0.3 |
| 05/26/2006 | Write memo re: mediation issues. Met with Ken Pasquale to review draft memorandum, revise memorandum and additional research on issue. | Jarashow, M. | 4.1 |
| 05/26/2006 | Preparation for mediation session (recent Capstone work) (.8). | Pasquale, K. | 0.8 |
| 05/29/2006 | Attend to analyses for 5/30/06 mediation. | Krieger, A. | 0.4 |
| 05/30/2006 | Revised memo re: mediation issues. | Jarashow, M. | 2.5 |
| 05/30/2006 | Mediation at Kirkland & Ellis with members of the Creditors' Committee and representatives for all parties (3.2) follow-up meeting with Committee members (.5). | Krieger, A. | 3.7 |
| 05/30/2006 | Office conference with K. Pasquale, A. Krieger, E. Ordway and S. Cunningham preparing for mediation and considering prospects and strategy (2.0); mediation at Kirkland & Ellis (3.7). | Kruger, L. | 5.7 |
| 05/30/2006 | Preparation for and mediation session with all parties (5.5). | Pasquale, K. | 5.5 |
| 05/31/2006 | Revised memo re: mediation issues. | Jarashow, M. | 4.6 |
| 05/31/2006 | Office conference with K. Pasquale regarding mediation (.2); telephone call with E. Inselbach regarding mediation effort (.2). | Kruger, L. | 0.4 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Epstein, Melvin | 0.9 | $ 795 | $ 715.50 |
| Jarashow, Mark S. | 30.0 | 190 | 5,700.00 |
| Krieger, Arlene G. | 22.1 | 575 | 12,707.50 |
| Kruger, Lewis | 15.4 | 825 | 12,705.00 |
| Pasquale, Kenneth | 15.0 | 650 | 9,750.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 41,578.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 41,578.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/11/2006 | Exchanged memoranda with LK, KP re: 5/15/06 hearings (.2); office conferences E. Holzberg re: participation at 5/15/06 hearing (.1); attend to 5/15/06 agenda and memorandum to LK re: status of matters to be heard (.3). | Krieger, A. | 0.6 |
| 05/11/2006 | Exchange emails with A. Krieger regarding Court hearing attendance and agenda (.2). | Kruger, L. | 0.2 |
| 05/12/2006 | Attend to pleadings which are the subject of hearings on 5/15/06 (1.2); attend to amended agenda notice (.1). | Krieger, A. | 1.3 |
| 05/15/2006 | Attend (telephonically) Court hearing (1.0); office conference LK re: mediation discussion on the record (.1). | Krieger, A. | 1.1 |
| 05/15/2006 | Office conference with K. Pasquale and A. Krieger regarding results of Court hearing (.2); participate in telephone conference with Court (.4). | Kruger, L. | 0.6 |
| 05/15/2006 | Preparation for and participation (by telephone) at omnibus hearing (1.4). | Pasquale, K. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.0 | $ 575 | $ 1,725.00 |
| Kruger, Lewis | 0.8 | 825 | 660.00 |
| Pasquale, Kenneth | 1.4 | 650 | 910.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 3,295.00 | |

# STROOCK

PAGE: 38

| TOTAL FOR THIS MATTER | $ 3,295.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Tax Issues 699843  0047 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/02/2006 | Project Spaghetti - reviewing data request. | Eichler, M. | 0.2 |
| 05/02/2006 | Review AK e-mail. | Greenberg, M. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Eichler, Mark | 0.2 | $ 550 | $ 110.00 |
| Greenberg, Mayer | 0.2 | 710 | 142.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 252.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 252.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 121,304.50 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.