# EXHIBIT B

SSL-DOCS1 1705794v1

WR GRACE & CO
SUMMARY OF FEES
MAY 1, 2006 - MAY 31, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| DiBernardo, Ian G. | 0.8 | $ 610 | $ 488.00 |
| Epstein, Melvin | 0.9 | 795 | 715.50 |
| Greenberg, Mayer | 0.2 | 710 | 142.00 |
| Kruger, Lewis | 19.8 | 825 | 16,335.00 |
| Pasquale, Kenneth | 18.5 | 650 | 12,025.00 |
| Wintner, Mark | 2.2 | 745 | 1,639.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 5.8 | 595 | 3,451.00 |
| Eichler, Mark | 0.2 | 550 | 110.00 |
| Holob, Marissa J. | 2.0 | 435 | 870.00 |
| Krieger, Arlene G. | 115.3 | 575 | 66,297.50 |
| Papir, Ryan M. | 1.2 | 395 | 474.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 30.9 | 225 | 6,952.50 |
| Jarashow, Mark S. | 30.0 | 190 | 5,700.00 |
| Mohamed, David | 40.7 | 150 | 6,105.00 |
| | | | |
| **TOTAL** | 268.5 | | $ 121,304.50 |

SSL-DOCS1 1705794v1