# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MAY 1, 2006 - MAY 31, 2006**

| | |
|---|---:|
| Outside Messenger Service | $ 133.14 |
| Meals | 154.03 |
| Long Distance Telephone | 139.24 |
| Duplicating Costs-in House | 52.00 |
| Filing Fees | 80.00 |
| O/S Information Services | 186.24 |
| Lexis/Nexis | 41.25 |
| Travel Expenses - Transportation | 488.87 |
| Travel Expenses - Meals | 12.00 |
| Westlaw | 551.94 |
| | |
| **TOTAL** | **$ 1,838.71** |

# STROOCK

## Disbursement Register

| DATE | June 29, 2006 |
|---|---|
| INVOICE NO. | 383693 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES RENDERED in the captioned matter for the period through May 31, 2006: including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/08/2006 | VENDOR: UPS; INVOICE#: 0000010X827186; DATE: 05/06/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195024405 on 05/02/2006 | 8.80 |
| 05/08/2006 | VENDOR: UPS; INVOICE#: 0000010X827186; DATE: 05/06/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196472974 on 05/02/2006 | 6.38 |
| 05/08/2006 | VENDOR: UPS; INVOICE#: 0000010X827186; DATE: 05/06/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270196489411 on 05/02/2006 | 6.38 |
| 05/08/2006 | VENDOR: UPS; INVOICE#: 0000010X827186; DATE: 05/06/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199852183 on 05/02/2006 | 6.38 |
| 05/15/2006 | VENDOR: UPS; INVOICE#: 0000010X827196; DATE: 05/13/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190857962 on 05/10/2006 | 6.38 |
| 05/15/2006 | VENDOR: UPS; INVOICE#: 0000010X827196; DATE: 05/13/2006; | 6.38 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194174782 on 05/10/2006 | |
| 05/15/2006 | VENDOR: UPS; INVOICE#: 0000010X827196; DATE: 05/13/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194495971 on 05/10/2006 | 8.80 |
| 05/15/2006 | VENDOR: UPS; INVOICE#: 0000010X827196; DATE: 05/13/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194516751 on 05/10/2006 | 6.38 |
| 05/15/2006 | VENDOR: UPS; INVOICE#: 0000010X827196; DATE: 05/13/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192002121 on 05/11/2006 | 6.38 |
| 05/15/2006 | VENDOR: UPS; INVOICE#: 0000010X827196; DATE: 05/13/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270192172939 on 05/11/2006 | 6.38 |
| 05/15/2006 | VENDOR: UPS; INVOICE#: 0000010X827196; DATE: 05/13/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192432112 on 05/11/2006 | 8.80 |
| 05/15/2006 | VENDOR: UPS; INVOICE#: 0000010X827196; DATE: 05/13/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193918908 on 05/11/2006 | 6.38 |
| 05/31/2006 | VENDOR: UPS; INVOICE#: 0000010X827216; DATE: 05/27/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194284127 on 05/25/2006 | 9.87 |
| 05/31/2006 | VENDOR: UPS; INVOICE#: 0000010X827216; DATE: 05/27/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190772320 on 05/26/2006 | 9.27 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/31/2006 | VENDOR: UPS; INVOICE#: 0000010X827216; DATE: 05/27/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY To David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192697104 on 05/26/2006 | 9.27 |
| 05/31/2006 | VENDOR: UPS; INVOICE#: 0000010X827216; DATE: 05/27/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY To Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193466316 on 05/26/2006 | 13.98 |
| 05/31/2006 | VENDOR: UPS; INVOICE#: 0000010X827216; DATE: 05/27/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY To Robin Ann Cantor Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270193400592 on 05/26/2006 | 6.93 |
| | **Outside Messenger Service Total** | **133.14** |

**Meals**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/17/2006 | VENDOR: Cavonberry's; INVOICE#: 043006; DATE: 4/30/2006 L Kruger 4/19/06 | 51.19 |
| 05/25/2006 | VENDOR: Seamless Web; Invoice#: 121140; Date: 05/21/2006 - Food Merchants Catering by Peter Krasnov; Lewis Kruger; Order Date: 05/15/06 17:08:00 | 102.84 |
| | **Meals Total** | **154.03** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/01/2006 | EXTN.5431, TEL.410-531-4212, S.T.16:17, DUR.00:09:06 | 4.29 |
| 05/01/2006 | EXTN.5544, TEL.201-587-7123, S.T.17:38, DUR.00:03:12 | 1.72 |
| 05/01/2006 | EXTN.5544, TEL.201-587-7123, S.T.17:44, DUR.00:10:42 | 4.72 |
| 05/01/2006 | EXTN.5544, TEL.201-981-1125, S.T.12:54, DUR.00:01:12 | 0.86 |
| 05/01/2006 | EXTN.5544, TEL.410-375-4618, S.T.15:43, DUR.00:00:36 | 0.43 |
| 05/01/2006 | EXTN.2004, TEL.302-656-8162, S.T.16:01, DUR.00:00:48 | 0.43 |
| 05/01/2006 | EXTN.2004, TEL.213-830-6407, S.T.17:26, DUR.00:03:42 | 1.72 |
| 05/01/2006 | EXTN.2004, TEL.213-830-6400, S.T.18:16, DUR.00:23:24 | 10.30 |
| 05/01/2006 | EXTN.3544, TEL.201-981-1125, S.T.10:58, DUR.00:00:30 | 0.43 |
| 05/01/2006 | EXTN.5544, TEL.201-587-7111, S.T.13:14, DUR.00:06:00 | 2.57 |
| 05/02/2006 | EXTN.5544, TEL.908-507-1632, S.T.10:05, DUR.00:28:24 | 12.44 |
| 05/02/2006 | EXTN.5544, TEL.201-587-7123, S.T.10:35, DUR.00:29:36 | 12.87 |
| 05/04/2006 | EXTN.5544, TEL.973-271-2464, S.T.09:53, DUR.00:03:30 | 1.72 |
| 05/10/2006 | EXTN.5544, TEL.201-587-7114, S.T.10:34, DUR.00:01:12 | 0.86 |
| 05/10/2006 | EXTN.5544, TEL.201-587-7114, S.T.11:24, DUR.00:02:36 | 1.29 |
| 05/11/2006 | VENDOR: Genesys Conferencing; INVOICE#: I-342888; DATE: 3/7/2006  - Genesys - 3-7-2006 | 43.08 |
| 05/11/2006 | EXTN.5431, TEL.973-912-2059, S.T.15:28, DUR.00:03:12 | 1.72 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/12/2006 | EXTN.5485, TEL.412-644-3541, S.T.11:00, DUR.00:04:42 | 2.15 |
| 05/12/2006 | EXTN.5544, TEL.201-703-4125, S.T.10:28, DUR.00:01:54 | 0.86 |
| 05/12/2006 | EXTN.5544, TEL.617-722-4024, S.T.16:06, DUR.00:02:36 | 1.29 |
| 05/12/2006 | EXTN.5544, TEL.201-587-7126, S.T.16:06, DUR.00:00:06 | 0.43 |
| 05/15/2006 | EXTN.5475, TEL.617-722-4024, S.T.12:02, DUR.00:14:36 | 6.44 |
| 05/15/2006 | EXTN.5475, TEL.617-722-4024, S.T.12:28, DUR.00:04:48 | 2.15 |
| 05/15/2006 | EXTN.5544, TEL.201-587-7114, S.T.11:12, DUR.00:00:54 | 0.43 |
| 05/15/2006 | EXTN.5562, TEL.610-205-1913, S.T.11:37, DUR.00:01:18 | 0.86 |
| 05/15/2006 | EXTN.5562, TEL.610-205-1104, S.T.11:42, DUR.00:01:24 | 0.86 |
| 05/17/2006 | EXTN.5544, TEL.201-587-7114, S.T.11:37, DUR.00:12:36 | 5.58 |
| 05/17/2006 | EXTN.5544, TEL.617-722-4024, S.T.12:55, DUR.00:14:00 | 6.01 |
| 05/18/2006 | EXTN.5431, TEL.201-587-7114, S.T.10:30, DUR.00:00:30 | 0.43 |
| 05/18/2006 | EXTN.5431, TEL.201-587-7111, S.T.10:32, DUR.00:01:24 | 0.86 |
| 05/19/2006 | EXTN.5544, TEL.617-722-4024, S.T.13:25, DUR.00:01:12 | 0.86 |
| 05/23/2006 | EXTN.5544, TEL.908-507-1632, S.T.18:13, DUR.00:07:30 | 3.43 |
| 05/23/2006 | EXTN.5544, TEL.908-507-1632, S.T.18:21, DUR.00:04:36 | 2.15 |
| 05/24/2006 | EXTN.5544, TEL.201-587-7122, S.T.16:36, DUR.00:06:42 | 3.00 |
| | **Long Distance Telephone Total** | **139.24** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 05/08/2006 | | 0.10 |
| 05/10/2006 | | 0.50 |
| 05/12/2006 | | 0.80 |
| 05/18/2006 | | 50.50 |
| 05/31/2006 | | 0.10 |
| | **Duplicating Costs-in House Total** | **52.00** |

**Filing Fees**

| | | |
|---|---|---|
| 05/12/2006 | VENDOR: Chase Card Services; INVOICE#: 043006; DATE: 4/30/2006  -  visa charge 4/18/06 Court Call LLC per A Krieger | 80.00 |
| | **Filing Fees Total** | **80.00** |

**O/S Information Services**

| | | |
|---|---|---|
| 05/01/2006 | Pacer Search Service on 1/3/2006 | 4.40 |
| 05/01/2006 | Pacer Search Service on 1/5/2006 | 1.20 |
| 05/01/2006 | Pacer Search Service on 1/6/2006 | 0.64 |
| 05/01/2006 | Pacer Search Service on 1/9/2006 | 4.48 |
| 05/01/2006 | Pacer Search Service on 1/10/2006 | 1.12 |
| 05/01/2006 | Pacer Search Service on 1/12/2006 | 0.56 |
| 05/01/2006 | Pacer Search Service on 1/17/2006 | 3.76 |
| 05/01/2006 | Pacer Search Service on 1/18/2006 | 0.40 |
| 05/01/2006 | Pacer Search Service on 1/19/2006 | 7.68 |
| 05/01/2006 | Pacer Search Service on 1/19/2006 | 1.20 |

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/01/2006 | Pacer Search Service on 1/20/2006 | 3.04 |
| 05/01/2006 | Pacer Search Service on 1/20/2006 | 0.88 |
| 05/01/2006 | Pacer Search Service on 1/23/2006 | 1.36 |
| 05/01/2006 | Pacer Search Service on 1/24/2006 | 3.68 |
| 05/01/2006 | Pacer Search Service on 1/24/2006 | 0.72 |
| 05/01/2006 | Pacer Search Service on 1/24/2006 | 6.96 |
| 05/01/2006 | Pacer Search Service on 1/25/2006 | 2.08 |
| 05/01/2006 | Pacer Search Service on 1/27/2006 | 2.40 |
| 05/01/2006 | Pacer Search Service on 1/27/2006 | 1.52 |
| 05/01/2006 | Pacer Search Service on 1/27/2006 | 1.44 |
| 05/01/2006 | Pacer Search Service on 1/30/2006 | 0.72 |
| 05/01/2006 | Pacer Search Service on 1/31/2006 | 0.48 |
| 05/01/2006 | Pacer Search Service on 1/31/2006 | 3.20 |
| 05/01/2006 | Pacer Search Service on 2/2/2006 | 1.04 |
| 05/01/2006 | Pacer Search Service on 2/2/2006 | 0.64 |
| 05/01/2006 | Pacer Search Service on 2/3/2006 | 8.40 |
| 05/01/2006 | Pacer Search Service on 2/6/2006 | 1.68 |
| 05/01/2006 | Pacer Search Service on 2/6/2006 | 0.32 |
| 05/01/2006 | Pacer Search Service on 2/7/2006 | 12.80 |
| 05/01/2006 | Pacer Search Service on 2/7/2006 | 2.40 |
| 05/01/2006 | Pacer Search Service on 2/9/2006 | 9.60 |
| 05/01/2006 | Pacer Search Service on 2/10/2006 | 10.24 |
| 05/01/2006 | Pacer Search Service on 2/13/2006 | 0.16 |
| 05/01/2006 | Pacer Search Service on 2/14/2006 | 3.84 |
| 05/01/2006 | Pacer Search Service on 2/14/2006 | 2.40 |
| 05/01/2006 | Pacer Search Service on 2/15/2006 | 1.52 |
| 05/01/2006 | Pacer Search Service on 2/16/2006 | 7.52 |
| 05/01/2006 | Pacer Search Service on 2/17/2006 | 1.44 |
| 05/01/2006 | Pacer Search Service on 2/21/2006 | 0.96 |
| 05/01/2006 | Pacer Search Service on 2/23/2006 | 1.76 |
| 05/01/2006 | Pacer Search Service on 2/23/2006 | 7.76 |
| 05/01/2006 | Pacer Search Service on 2/24/2006 | 0.48 |
| 05/01/2006 | Pacer Search Service on 2/27/2006 | 9.12 |
| 05/01/2006 | Pacer Search Service on 2/27/2006 | 12.08 |
| 05/01/2006 | Pacer Search Service on 3/1/2006 | 0.72 |
| 05/01/2006 | Pacer Search Service on 3/2/2006 | 0.48 |
| 05/01/2006 | Pacer Search Service on 3/3/2006 | 1.84 |
| 05/01/2006 | Pacer Search Service on 3/6/2006 | 0.80 |
| 05/01/2006 | Pacer Search Service on 3/7/2006 | 0.48 |
| 05/01/2006 | Pacer Search Service on 3/7/2006 | 0.32 |
| 05/01/2006 | Pacer Search Service on 3/8/2006 | 0.80 |
| 05/01/2006 | Pacer Search Service on 3/9/2006 | 3.12 |
| 05/01/2006 | Pacer Search Service on 3/10/2006 | 7.36 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/01/2006 | Pacer Search Service on 3/15/2006 | 1.44 |
| 05/01/2006 | Pacer Search Service on 3/20/2006 | 0.40 |
| 05/01/2006 | Pacer Search Service on 3/21/2006 | 0.88 |
| 05/01/2006 | Pacer Search Service on 3/22/2006 | 4.96 |
| 05/01/2006 | Pacer Search Service on 3/23/2006 | 0.96 |
| 05/01/2006 | Pacer Search Service on 3/24/2006 | 1.44 |
| 05/01/2006 | Pacer Search Service on 3/27/2006 | 3.20 |
| 05/01/2006 | Pacer Search Service on 3/28/2006 | 0.72 |
| 05/01/2006 | Pacer Search Service on 3/29/2006 | 0.40 |
| 05/01/2006 | Pacer Search Service on 3/31/2006 | 1.44 |
| 05/01/2006 | Pacer Search Service on 1/12/2006 | 2.56 |
| 05/01/2006 | Pacer Search Service on 1/19/2006 | 0.08 |
| 05/01/2006 | Pacer Search Service on 1/27/2006 | 0.40 |
| 05/01/2006 | Pacer Search Service on 3/10/2006 | 1.36 |
| | **O/S Information Services Total** | **186.24** |

**Lexis/Nexis**

| | | |
|------|-------------|--------|
| 05/22/2006 | Research on 05/22/2006 | 41.25 |
| | **Lexis/Nexis Total** | **41.25** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|--------|
| 05/08/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PAPIR/RYAN on 04/25/2006 | 47.00 |
| 05/08/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PAPIR/RYAN NYP.PHL NYP on 04/25/2006 | 234.00 |
| 05/09/2006 | VENDOR: Ken Pasquale; INVOICE#: KP050306; DATE: 5/9/2006 - 04/17/06    Omnibus court hearing in Wilmington, DE - parking, tolls and mileage | 77.37 |
| 05/12/2006 | VENDOR: Chase Card Services; INVOICE#: 043006; DATE: 4/30/2006 - visa charge 04/17/06 L Kruger Penn Station to Wilmington re: preparation for a court hearing re: mediation, exclusively estimation & questionaire issues & Libby claimants | 130.50 |
| | **Travel Expenses - Transportation Total** | **488.87** |

**Travel Expenses - Meals**

| | | |
|------|-------------|--------|
| 05/09/2006 | VENDOR: Ken Pasquale; INVOICE#: KP050306; DATE: 5/9/2006 - 04/17/06    Omnibus court hearing in Wilmington, DE - meal | 12.00 |
| | **Travel Expenses - Meals Total** | **12.00** |

**Westlaw**

| | | |
|------|-------------|--------|
| 05/02/2006 | Search; by Krieger, Arlene G. | 294.77 |
| 05/02/2006 | Search; by Krieger, Arlene G. | 41.78 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/03/2006 | Search; by Krieger, Arlene G. | 31.33 |
| 05/30/2006 | Duration 0:00:00; by Krieger, Arlene G. | 179.42 |
| 05/31/2006 | Duration 0:00:00; by Krieger, Arlene G. | 4.64 |
| **Westlaw Total** | | **551.94** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 133.14 |
| Meals | 154.03 |
| Long Distance Telephone | 139.24 |
| Duplicating Costs-in House | 52.00 |
| Filing Fees | 80.00 |
| O/S Information Services | 186.24 |
| Lexis/Nexis | 41.25 |
| Travel Expenses - Transportation | 488.87 |
| Travel Expenses - Meals | 12.00 |
| Westlaw | 551.94 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,838.71 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1