

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

June 21, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

---

*For Services Rendered For*
*WR Grace Creditor's Committee - May 2006*

---

**Professional Fees:**

| | | |
|---|---|---|
| JS | 6.50 hrs. @ $270 | $1,755.00 |
| JM | 7.50 hrs. @ $260 | 1,950.00 |
| SP | 33.00 hrs. @ $215 | 7,095.00 |
| DS | 2.00 hrs. @ $175 | 350.00 |
| KE | 10.75 hrs. @ $175 | 1,881.25 |
| MO | 29.75 hrs. @ $150 | 4,462.50 |

**Total Professional Fees** ............................................................................... **$17,493.75**

**Expenses:**

None billable at this time.

**Total Amount Due for May Services and Expenses** ........................... **$17,493.75**

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 172744 | April 25, 2006 | $25,838.37 |
| Inv No. | 174216 | May 18, 2006 | 7,425.00 |

**Total Outstanding Invoices** ........................................................................ **$33,263.37**

**Total Amount Due For May Services, Expenses and Outstanding Invoices** ............... **$50,757.12**

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 176320



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 5/2/2006 | 2.50 | Review of SAS programs and excel sheets. |
| ERTUG, KERIM CAN | 5/2/2006 | 1.25 | Meeting with staff and review of data. |
| ERTUG, KERIM CAN | 5/3/2006 | 2.25 | Meeting with staff and review of data. |
| ERTUG, KERIM CAN | 5/9/2006 | 0.75 | Meeting with staff to review the status of data. |
| ERTUG, KERIM CAN | 5/11/2006 | 1.25 | Review of labor force data. |
| ERTUG, KERIM CAN | 5/15/2006 | 1.25 | Excel sheet review. |
| ERTUG, KERIM CAN | 5/17/2006 | 1.50 | Review of excel sheets and meeting with staff. |
| MCINTIRE, JAMES | 5/3/2006 | 2.75 | Review labor force exposure estimates, summarize changes and differences |
| MCINTIRE, JAMES | 5/4/2006 | 3.25 | Review and summarize methodology for estimating Libby exposures |
| MCINTIRE, JAMES | 5/12/2006 | 1.50 | Labor force exposure, recalculation |
| OSBORN, MATTHEW | 5/1/2006 | 6.50 | Prepared libby estimation spreadsheets. |
| OSBORN, MATTHEW | 5/2/2006 | 5.25 | Met with staff to review estimation methodology and reviewed spreadsheet output. |
| OSBORN, MATTHEW | 5/3/2006 | 3.75 | Met with staff to discuss estimation assumptions. |
| OSBORN, MATTHEW | 5/4/2006 | 2.50 | Prepared summary spreadsheet and analyzed libby incidence model. |
| OSBORN, MATTHEW | 5/19/2006 | 0.25 | Discussed spreadsheet audits with staff. |
| OSBORN, MATTHEW | 5/22/2006 | 1.25 | Prepared data for incidence model. |
| OSBORN, MATTHEW | 5/26/2006 | 5.25 | Updated incidence projections, reviewed auditor's comments, and prepared summary of estimate assumptions. |
| OSBORN, MATTHEW | 5/30/2006 | 1.75 | Reviewed personal injury questionnaire data received. |
| OSBORN, MATTHEW | 5/31/2006 | 3.25 | Analyzed database and discussions with staff regarding data issues. |
| PARK, SUNG | 5/17/2006 | 4.00 | QC estimation model. |

Navigant Consulting, Inc. Project No.: 113758                                        Invoice No.: 176320



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| PARK, SUNG | 5/18/2006 | 6.50 | Audit analyses.formatted xls file. |
| PARK, SUNG | 5/19/2006 | 8.00 | QC estimation model. |
| PARK, SUNG | 5/22/2006 | 8.00 | QC estimation model. |
| PARK, SUNG | 5/23/2006 | 6.50 | QC estimation model. |
| SIRGO, JORGE | 5/16/2006 | 3.25 | Assist with data analysis. |
| SIRGO, JORGE | 5/17/2006 | 3.25 | Assist with data analysis. |
| SOWELL, DONALD | 5/31/2006 | 2.00 | Analyzed survey data. |

Navigant Consulting, Inc. Project No.: 113758     Invoice No.: 176320