**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et. al.* | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Re: Docket No. 12679 |

**LIMITED RESPONSE OF CANADIAN ZAI CLAIMANTS TO DEBTORS' MOTION FOR A SCHEDULING ORDER REGARDING CERTAIN OF THE DEBTORS' FIFTEENTH OMNIBUS OBJECTIONS TO PD CLAIMS (SUBSTANTIVE)**

Canadian ZAI Claimants, by and through their undersigned counsel, hereby file this Limited Response to the Debtors' Motion For A Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to the PD Claims (Substantive) and in support hereof states as follows:

1. As the Debtor and the Court are aware, the Canadian ZAI Claimants have asserted claims against the Debtor for both property damage as well as for personal injury arising out of certain state court litigation instituted by the Canadian ZAI Claimants in Canada.

2. The Motion presented by Debtors seeks permission "to proceed immediately to adjudicate the Debtors' substantive objections to all remaining Canadian PD Claims in Canada as part of the pending proceeding *In the Matter of S. 18.6 of the Companies' Creditors Arrangement Act, R.S.C. 1984, c. C-36, As Amended and In the Matter of Grace Canada, Inc.,* Court File 01-CL-4081, Ontario Superior Court of Justice, Commercial List (the "CCAA proceeding")".

3. On February 9, 2006, the CCAA appointed Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins, LLP, to act as representative counsel on behalf of all persons who have, or at any time in the future may have, a claim arising out of or in any way connected to damages or

loss suffered, directly or indirectly, from the manufacture, sale or distribution of Zonolite attic insulation products in Canada (See Order of CCAA attached as Exhibit A).

4. Debtors' present motion does not make mention of the claims asserted by the Canadian ZAI Claimants. Out of an abundance of caution, the Canadian ZAI Claimants seek clarification as to the applicability of the proposed Scheduling Order to their personal injury and property damage claims.

5. The present motion, as well as the Plan and Disclosure Statement, do not adequately address the claims of the Canadian ZAI Claimants.

**WHEREFORE**, the Canadian ZAI Claimants respectfully request that this Court clarify the applicability of Debtors' proposed Scheduling Order to the claims of the Canadian ZAI Claimants and that the Court grant such other and further relief as it deems just and proper.

Dated: July 7, 2006

/s/Daniel K. Hogan
Daniel K. Hogan (DE #2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-Mail: dkhogan@dkhogan.com

and

LAUZON BÉLANGER, INC.
Yves Lauzon
Michel Bélanger
286, rue St-Paul Quest, Bureau 100
Montreal Quebec
Telephone: (514) 844-7403
ylauzon@lauzonbelanger.qc.ca
mbelanger@lauzonbelanger.qc.ca