**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of July, 2006, a true and correct copy of the foregoing **Limited Response of Canadian ZAI Claimants to Debtors' Motion For A Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive)** was served as indicated on the 2002 Service List, via electronic mail, hand delivery and/or first class mail, postage prepaid, upon all parties on the 2002 service list.

                                                                                 */s/Daniel K. Hogan*
                                                                                 Daniel K. Hogan (DE #2814)