IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | Objection Deadline: July 7, 2006 |
| | ) | Hearing Date: July 24, 2006 at 2:00 p.m. |
| | ) | |

## JOINDER OF THE MOTLEY RICE LLC CLAIMANTS IN THE OBJECTION OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO DEBTORS' MOTION FOR A SCHEDULING ORDER REGARDING CERTAIN OF THE DEBTORS' FIFTEENTH OMNIBUS OBJECTIONS TO PD CLAIMS (SUBSTANTIVE)

Motley Rice LLC represents nine Claimants, with claims for a total of eighteen buildings of varying types, in this bankruptcy proceeding:

| Claimant | Claim Numbers | Building Type |
|---|---|---|
| State of Washington | 6937 | Capitol general administration building |
| | 6938 | Community college |
| | 6939 | University central building |
| | 6940 | University annex building |
| | 6941 | University theater building |
| | 6942 | University materials research building |
| | 6943 | University performing arts center |
| | 6944 | University laboratory spaces |
| Port of Seattle | 9645 | Airport terminal – main |
| | 9646 | Airport terminal – satellite |
| | 9647 | Airport terminal – satellite |
| Church of St. Helena | 3512 | Church |
| City of Barnesville | 6936 | Municipal building |
| Church of the Most Holy Redeemer | 6933 | Church |

17371

| | | |
|---|---|---|
| Fargo Housing Authority | 3405 | High rise apartment building |
| Catholic Diocese of Little Rock | 3515 | Diocese building |
| CHP Associates | 2977 | Office building |
| American Legion | 3406 | American Legion building |

The Motley Rice LLC Claimants ("Claimants") hereby join in, adopt, and incorporate by reference the Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive). As indicated above, Claimants have submitted claims for a wide variety of different types of buildings: university buildings, airports, office buildings, apartments, and church buildings. The only common issue of the claims of the particular claimants is the state in which the building at issue is located. Therefore, Claimants join with the Official Committee of Asbestos Property Damage Claimants in its Objection and request that the Court deny Debtors' Motion.

Mt. Pleasant, SC  
July 7, 2006

Respectfully submitted,

JASPAN SCHLESINGER HOFFMAN LLP

By:    /s/ Laurie Polleck

Laurie Polleck, Esq. (No. 4300)  
913 N. Market Street, 12th Floor  
Wilmington, DE 19801  
Telephone: (302) 351-8000  
Facsimile: (302) 351-8010

and

17371                                                    2

MOTLEY RICE LLC

James M. Hughes, Esq.
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9133
Facsimile: (843) 216-9440
E-mail: jhughes@motleyrice.com

and

John J. Preefer, Esq.
60 East 42nd Street, Suite 1201
New York, New York 10165
Telephone: (212) 490-9524
Facsimile: (212) 682-3053

Co-Counsel for Motley Rice LLC Claimants

17371                                                3