## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Laurie S. Polleck, hereby certify that on the 7th day of July 2006, I served one copy of *Joinder of the Motley Rice LLC Claimants in the Objection of the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive)* upon the parties listed on the attached service list, in the manner indicated:

**JASPAN SCHLESINGER HOFFMAN LLP**

By:     /s/ Laurie S. Polleck
        Laurie S. Polleck (No. 4330)
        913 Market Street, 12th Floor
        Wilmington, DE 19801
        Telephone:  (302) 351-8000
        Facsimile:  (302) 351-8010
        Co-counsel for the Prudential Insurance Company
        of America

WR Grace Service List Re: 15th Omni Obj.
Case No. 01-1139

*Facsimile & First Class Mail*
Kirkland & Ellis, LLP
(Counsel to Debtors)
Janet Baer
200 East Randolph Drive
Chicago, IL 60601

*Facsimile & First Class Mail*
Pachulski Stang Ziehl Young Jones
& Weintraub LLP
(Counsel to Debtors)
James O'Neill
919 Market Street, 16th Floor
Wilmington, DE 19801

*Facsimile & First Class Mail*
Stroock & Stroock & Lavan
(Counsel to the Committee)
Lewis Kruger
180 Maiden Lane
New York, NY 10038

*Facsimile & First Class Mail*
Duane Morris
(Counsel to the Committee)
1100 Market Street
Wilmington, DE 19801

*Facsimile & First Class Mail*
Bilzin Sumberg Dunn Baena
Price & Axelrod
(Property Damage Committee)
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

Ferry & Joseph
(Property Damage Committee)
Michael Joseph
824 Market Street
Wilmington, DE 19801

*Facsimile & First Class Mail*
Caplin & Drysdale
(Personal Injury Claimants)
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152

*Facsimile & First Class Mail*
Campbell & Levine
(Personal Injury Claimants)
Marla Eskin
800 North King Street, Suite 300
Wilmington, DE 19801

*Facsimile & First Class Mail*
Kramer Levin Naftalis & Frankel
(Equity Holders Committee)
Thomas Mayer
919 Third Avenue
New York, NY 10022

*Facsimile & First Class Mail*
Klett Rooney Lieber & Schorling
(Equity Holders Committee)
Teresa K.D. Currier
1000 West Street, Suite 1410
Wilmington, DE 19801

*Facsimile & First Class Mail*
Swindler Berlin Shereff Friedman
(Future Claimants' Representative)
Richard Wyron
3000 K Street, NW
Washington, DC 20007

*Facsimile & First Class Mail*                          *Facsimile & First Class Mail*

17365

Phillips Goldman & Spence
(Future Claimants' Representative)
John Phillips
1200 North Broom Street
Wilmington, DE 19801

**Facsimile & First Class Mail**
David Klauder
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

**First Class Mail**
Speights & Runyan
(Counsel for Regents Of The University
Of California 101)
Daniel A Speights
200 Jackson Ave East P.O. Box 685
Hampton, SC 29924

**First Class Mail**
Dies & Hile LLP
(Counsel for State Of Arkansas)
Martin W. Dies
1009 W Green Ave.
Orange, TX 77630

**First Class Mail**
Baggett McCall & Burgess
(Counsel for St Martin Parish School Board)
Robert C McCall
3006 Country Club Rd
Lake Charles, LA 70605

**First Class Mail**
Grant & Barrow
(Counsel for Lafourche Parish School
Board)
Jack A Grant
238 Huey P Long Ave.
Gretna, LA 70053

**First Class Mail**
Hammonds & Sills Quad
(Counsel for Natchitoches Parish Sch
Board)
Kenneth F Sills
1111 S. Foster Dr. Ste. C
Baton Rouge, LA 70806

**First Class Mail**
Beard & Sutherland
(Counsel for Caddo Parish School Board)
Fred H Sutherland
400 Travis St. Ste. 1103
Shreveport, LA 71101-5564

**First Class Mail**
Motley Rice LLC
(Counsel for CHP Associates Inc)
James M Hughes
28 Bridgeside Blvd P.O. Box 1792
Mount Pleasant, SC 29465

**First Class Mail**
Hahn & Hessen, LLP
(Counsel for State Of CA Dept Of Gen
Srvcs)
Steven Mandelsberg
488 Madison Avenue
New York, NY 10022

**First Class Mail**
Riker Danzig Scherer Hyland & PC
(Counsel for he Prudential Insurance
Company)
Robert J Gilson
Headquarters Plaza One Speedwell Ave
Morristown, NJ 07962

**First Class Mail**
Allegheny Center Associates
One And Two Allegheny Center
Pittsburgh, PA 15212

17365

2

*First Class Mail*
John Michael Belferman
21600 Beallsville Road
Bornesville, MD  20838

*First Class Mail*
First Presbyterian Church
516 12th Street
Dawson, MN  56232

*First Class Mail*
Dale Johnson
M 2255 E Shaw Ave, Apt B
Fresno, CA  97710

*First Class Mail*
Jamie Guevara Shartzer
 24172 Zorro Ct
Hayward, CA 94541

*First Class Mail*
Ronald Alan Skarie
7623 W Ryan Rd
Franklin, WI  53132

*First Class Mail*
Kenneth Smith
D 1711 Milton Manor Dr
El Cajon, CA  92021

*First Class Mail*
Clifford Spingler
M 1233 Nw 199th Pl
Shoreline, WA  98177

*First Class Mail*
Fanette Stewart
L 621 East 40th Ave
Spokane, WA  99203

*First Class Mail*
Viriginia Thrasher
L 3460 Pheasant Ct
Decatur, GA 30034

*First Class Mail*
William Wittenberg
R 6110 Panorama Dr Ne
Tacoma, WA  98422

*First Class Mail*
Woodbury Place Apartments LTD
3942 Pleasurg Will
San Antonio, TX  78229

*First Class Mail*
Rotatori Bender Gragel Stoper & Alexander
Co LPA
(Counsel for Bldg Laborers Union Local
310)
Richard L Stoper Jr
800 Leader Bldg
526 Superior Ave E
Cleveland, OH  44114-1498

*First Class Mail*
Law Dept City Of Philadelphia One Prky
(Counsel for City of Philadelphia)
Joseph Digiuseppe
1515 Arch St. 15th Flr.
Philadelphia, PA  19102

*First Class Mail*
County Of Sonoma
(Counsel for County Of Sonoma)
William L Adams
575 Administration Dr Rm 105a
Santa Rosa, CA  95403

*First Class Mail*
Robins, Kaplan, Miller, Ciresi, LLP
(Counsel for LA Unified School District C/o
Roman M S)
Roman Silberfelt; Bernice Conn
2049 Century Park East #3700
Los Angeles, CA  90067

17365

3

*First Class Mail*
Pillsbury Winthrop LLP
(Counsel for Macerich Fresno LTP)
Pillsbury Winthrop LLP
P.O. Box 7880
San Francisco, CA  94120-7880

*First Class Mail*
Avrum J Rosen
(Counsel for Olympus 555 Properties LLC  )
Avrum J Rosen
38 New St.
Huntington, NY  11743

*First Class Mail*
Obermayer Rebmann Maxwell & Hippel,
LLP
(Counsel for Sempra Energy,
San Diego Gas & Electric, Enova)
Steven Davis; D. Alexander Barnes
3 Mill Road, Suite 306A
Wilmington, DE  19806

*First Class Mail*
Obermayer Rebmann Maxwell & Hippel,
LLP
(Counsel for Sempra Energy,
San Diego Gas & Electric, Enova)
Steven Davis; D. Alexander Barnes
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelpia, PA  19103-1895

*First Class Mail*
Richardson Patrick Westbrook & Brickman
LLC
(Counsel for Sheldon H Solow,
Solow Development Corp., et al.)
Edward J Westbrook
1037 Chuck Dawley Blvd. Bldg. A
Mount Pleasant, SC  29464