# EXHIBIT A

# EXHIBIT A

## PLAN OF REORGANIZATION SOLVENCY ANALYSIS
($ in millions)

**This analysis does not include asbestos liabilities. If asbestos claims are estimated at an amount greater than the "solvency number," then the Debtors are insolvent.**

### Assets
| | |
|---|---|
| Total Enterprise Value | $2,730.0 |
| Excess Cash | $260.0 |
| Tax Asset | $100.0 |
| Sealed Air Cash | $635.8 |
| Sealed Air Stock | $495.0 |
| Fresenius Cash | $115.0 |
| **Total Distributable Value** | **$4,335.8** |

### Non-Asbestos Liabilities[1]
| | |
|---|---|
| Total Priority and Administrative Claims | $560.2 |
| Total General Unsecured Non-Asbestos Claims | $840.6[2] |

### Calculation of "Solvency Number"
| | |
|---|---|
| Total Distributable Value | $4,335.8 |
| MINUS: Total Priority and Administrative Claims | - $560.2 |
| **Total Available for General Unsecured Creditors[3]** | **$3,775.6** |
| MINUS: Total General Unsecured Non-Asbestos Claims | - $840.6 |
| **"SOLVENCY NUMBER"** | **$2,935.0** |

---

[1] The ultimate financial impacts on the Debtors of the New Jersey environmental suit, federal criminal case and Libby mine clean-up are unknown at this time, and are not included in these calculations. Thus, when these liabilities are determined, the "solvency number" will decrease.

[2] Post-petition interest is not included.

[3] This includes present and future asbestos creditors.

US_EAST:160038466.1