IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: July 7, 2006** |
| | ) | **Hearing Date: July 24, 2006 at 2:00 p.m.** |
| -------------------------------------------- | ) | Re: Docket No. 12679 |

## JOINDER OF THE STATE OF OREGON, BY AND THROUGH THE STATE BOARD OF HIGHER EDUCATION, IN THE OPPOSITION FILED BY THE STATE OF ARIZONA TO DEBTORS' MOTION FOR A SCHEDULING ORDER REGARDING CERTAIN OF THE DEBTORS' FIFTEENTH OMNIBUS OBJECTIONS TO PD CLAIMS (SUBSTANTIVE)

State of Oregon, by and through the State Board of Higher Education ("Claimant") hereby joins in the Opposition filed by the State of Arizona to Debtors Motion for a Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) and adopts the arguments set forth therein. Claimant filed twenty-five (25) building claims in this pending bankruptcy. The claims consisted of various college and university buildings. Claimant attached micro-analytical product identification reports for all building claims. Historical documentary product identification was filed for those buildings where such documents still existed.

Debtors' proposal is without merit and should be denied for the reasons stated in the Objections filed by the State of Arizona to Debtors Motion for a Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive).

060707135953.doc

DIES & HILE, L.L.P.

Martin W. Dies, III (admitted pro hac vice)
1601 Rio Grande, Suite 330
Austin, Texas 78701
(512) 476-4394 telephone
(512) 476-4397 fax

*Special Assistant Attorney General*
*State of Oregon*

and

LOIZIDES & ASSOCIATES

Christopher D. Loizides (No. 3968)
1225 King Street, Suite 800
Wilmington, DE 19801
(302) 654-0248 telephone
(302) 654-0718 fax

By: _____
    Christopher D. Loizides
*Attorneys for Claimant*

2