# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | Objection Deadline: July 7, 2006 |
| Debtors ) | Hearing Date: July 24, 2006 at 2:00 p.m. |
| ) | Re: Docket No. 12679 |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 7th day of July, 2006, I did cause to be served true and correct copies of the foregoing **Joinder of the State of Arkansas in the Opposition filed by the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive)** on the parties listed on the attached service list as indicated thereon.

Dated: July 7, 2006

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

*Attorneys for Claimant*

**SERVICE LIST**

**VIA FIRST CLASS MAIL & FACSIMILE**

Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicaogo, Illinois 60601
*Co-Counsel for Debtors*
*(facsimile) 312-861-2200*

James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Co-Counsel for Debtors*
*(facsimile) 302-652-4400*

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*
*(facsimile) 212-806-6006*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*
*(facsimile) 302-657-4901*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*(Counsel to Official Committee of Property Damage Claimants)*
*(facsimile) 305-374-7593*

Michael Joseph, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
*(Counsel to Asbestos PD Committee)*
*(facsimile) 302-575-1714*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Counsel to Asbestos PI Committee)*
*(facsimile) 212-644-6755*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*(Counsel to Asbestos PI Committee)*
*(facsimile) 302-426-9947*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022-3852
*(Counsel to Equity Committee)*
*(facsimile) 212-715-8000*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
*(Counsel to Equity Committee)*
*(facsimile) 302-552-4220*

Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW Suite 300
Washington, DC 20007
*(Counsel to Future Claimants)*
*(facsimile) 202-424-7643*

John C. Phillips, Jr. Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*(Counsel to Future Claimants)*
*(facsimile) 302-655-4210*

David Klauder Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*
*(facsimile) 302-573-6497*