IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | (Jointly Administered) |
| | ) | **Objection Deadline: July 7, 2006** |
| Debtors. | ) | **Hearing Date: July 24, 2006 at 2:00 p.m.** |
| | ) | **Re: Docket No. 12679** |

## SPEIGHTS & RUNYAN CLAIMANTS' RESPONSE TO MOTION FOR A SCHEDULING ORDER REGARDING CERTAIN OF THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO PD CLAIMS (SUBSTANTIVE)

Speights & Runyan ("S&R"), on behalf of the PD Claimants it represents, hereby responds to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) as follows:

1. To the extent that the Debtors propose to deal with the allowance and disallowance of PD claims as a part of an estimation proceeding, and to send some claimants to Canada, S&R joins in the Objection of Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive).

060707143544.doc

Dated: July 7, 2006

                                              Christopher D. Loizides (#3968)
Michael J. Joyce (#4563)
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599