IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 7/7/06 at 4:00 p.m. |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| | | | | |
|---|---|---|---|---|
| 04/19/2006 | GHL | Attendance to end-of-case issues under protective order, including coordination with counsel for parties regarding return/destruction of confidential materials under protective order. | | 0.40 |

                                        SERVICES                             $      202.00

GHL      GARY H. LEVIN                0.40   hours at $    505.00

**INVOICE TOTAL**                                              $     **202.00**

## WRG-0069
## STUDY OF THIRD PARTY PATENT DIRECTED TO BUILDING MATERIAL

| 04/04/2006 | GHL | Study of patent reference as received from Mr. Baker directed to further aspect of patent claims of interest to Grace in view of proposed product changes, and telephone conference with Mr. Baker regarding the reference on April 4. | 0.80 |
|---|---|---|---|
| 04/20/2006 | GHL | Further analysis of infringement and validity issues relevant to third party patent on roofing materials arising from proposed change in Grace roofing material, review of previously provided written opinion on the patent, review of additional prior art reference relevant to the patent as received from Mr. Baker, and commence preparation of supplemental opinion. | 2.50 |
| 04/21/2006 | GHL | Continued preparation of written supplemental opinion; | 4.30 |
| 04/24/2006 | GHL | Further drafting of supplemental opinion, and attendance to dispatch of opinion to Mr. Baker. | 1.50 |

SERVICES                                  $   4,595.50

| | GHL | GARY H. LEVIN | 9.10 | hours @ | $505.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| PHOTOCOPYING | 2.70 |
|---|---|
| POSTAGE & DELIVERY | 1.26 |

DISBURSEMENT TOTAL                        $       3.96

SERVICE TOTAL                             $   4,595.50

**INVOICE TOTAL**                         $   **4,599.46**

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| | | | |
|---|---|---|---|
| 04/03/2006 | GHL | Further review of additional prior art articles received from Mr. Leon relating to aspects of specific dependent claims of third-party patents on cement plasticizers; | 0.80 |
| 04/05/2006 | GHL | Organization of notes and review of prior art references in preparation for scheduled telephone conference with Grace technical representatives on this matter; | 0.70 |
| 04/06/2006 | GHL | Telephone conference with Mr. Baker regarding issues of co-ownership and relative rights of co-owners of patents; | 0.40 |
| 04/19/2006 | GHL | Preparation for scheduled telephone conference with regarding prior art to third-party patent on concrete plasticizers, including review of references relating to plasticizers and absorption of same onto concrete as received from Mr. Leon, and telephone conference with Dr. Jeknavorian and Messrs. Baker and Leon regarding the references, validity issues relating to the third party patent, and regarding further information required to complete the study. | 2.30 |
| 04/28/2006 | GHL | Preliminary review of further prior art information received from Mr. Baker and Mr. Leon. | 0.60 |

SERVICES $ 2,424.00

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 4.80 | hours @ | $505.00 | |

**DISBURSEMENTS:**

| | |
|---|---|
| PATENT COPIES | 3.00 |
| TELEPHONE | 1.80 |

DISBURSEMENT TOTAL $ 4.80

SERVICE TOTAL $ 2,424.00

**INVOICE TOTAL** $ **2,428.00**

## WRG-0076
## VALVED COVER SYSTEM

| 04/17/2006 | FTC | Reviewed and considered comments of Mr. cross concerning latest draft of patent application; incorporated comments into the draft application; finalized application in preparation for filing. | 0.60 |
|---|---|---|---|
| 04/19/2006 | FTC | Attending to filing application. | 0.20 |

SERVICES        $    260.00

| | FTC | FRANK T. CARROLL | 0.80 | hours @ | $325.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| PATENT OFFICE FEES | 4,305.00 |
|---|---|
| POSTAGE & DELIVERY | 24.81 |
| TELEPHONE | 0.20 |
| PHOTOCOPYING | 41.85 |

DISBURSEMENT TOTAL                $    4,371.86

SERVICE TOTAL                     $      260.00

**INVOICE TOTAL**                 $    4,631.86

## WRG-0078
## EVALUTION OF THIRD-PARTY PATENT RELATING TO CATALYTIC CRACKING FOR INCREASED GASOLINE OCTANE

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/03/2006 | GHL | Evaluation of issues of license and royalty obligations related to Grace's proposed commercialization of certain cracking catalysts, including review of third-party patent of possible relevance, and review of Mr. Cross's email explanation relating to proposed marketing and uses of the catalyst; commence legal research directed to issues of contributory and induced infringement relating to same; | 1.20 |
| 04/05/2006 | GHL | Telephone conference with Mr. Cross regarding Grace's marketing and sales of catalyst additive as background on opinion to be provided on quest of possible contributory and induced infringement; further legal research on this issue | 1.00 |
| 04/06/2006 | GHL | Review of third-party patent and prosecution history; | 0.80 |
| 04/07/2006 | GHL | Further review of patent and further telephone conference with Mr. Cross and representatives of Grace regarding Grace's marketing and sales of catalyst additive and catalyst blends. | 2.50 |
| 04/10/2006 | GHL | Consolidation of notes from telephone conference with Grace representatives and further research of issues of indirect infringement; | 0.70 |

                                  SERVICES      $    3,131.00

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 6.20 | hours @ | $505.00 | |

**DISBURSEMENTS:**

| | |
|---|---|
| PATENT COPIES | 382.00 |

DISBURSEMENT TOTAL     $    382.00

SERVICE TOTAL     $    3,131.00

**INVOICE TOTAL**     $    **3,513.00**