**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| IN THE MATTER OF: | : | |
| | : | Case No. 01-1139 (MFW) through |
| W.R. GRACE & CO., *et al* | : | Case No. 01-1200 (MFW) |
| | : | |
| | : | ** ***THIRD AMENDED*** NOTICE |
| | : | OF APPOINTMENT OF OFFICIAL |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS** |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Unsecured Creditors  in connection with the above captioned case:

1.     J.P. Morgan Chase & Co., Attn: Thomas F. Maher, 380 Madison Avenue, New York, NY 10017, Phone: (212) 622-3671, Fax: (212) 622-3783;

2.     Wachovia Bank, f/k/a First Union National Bank, Attn: Jill W. Akre, 1339 Chestnut Street, Philadelphia, PA 19107, Phone: (215) 786-4135, Fax: (215) 973-8783;

3.     Sealed Air Corporation, Attn: Mary A. Coventry, Park 80 East, Saddle Brook, NJ 07663, Saddle Brook, NJ 07663, Phone: (201) 703-7600, Fax: (201) 703-4205; and

                KELLY BEAUDIN STAPLETON
                UNITED STATES TRUSTEE


                /S/ David M. Klauder for         
                Andrew R. Vara
                ASSISTANT UNITED STATES TRUSTEE

DATED:  July 10, 2006


Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.

Debtors counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.


* The Bank of Nova Scotia resigned from the Committee effective April 24, 2006.