# EXHIBIT A

# PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

May 31, 2006

Invoice Number **69802**        **91100  00001**        **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:  April 30, 2006 | $205,857.82 |
| Net balance forward | $205,857.82 |

Re:   W.R. Grace and Co.

| **Statement of Professional Services Rendered Through** | **05/31/2006** | | |
|---|---|---|---|
| | **Hours** | **Rate** | **Amount** |

### Asset Disposition [B130]

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 05/11/06 | JEO | Prepare Notice of Filing Asset Purchase Agreement [Related to 5/15/06 Agenda Item 8] (related document(s) | 0.30 | 445.00 | $133.50 |
| 05/12/06 | PEC | Prepare Notice of Filing Asset Purchase Agreement for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 155.00 | $93.00 |
| 05/15/06 | PEC | Prepare Debtor's 19th Quarterly Report of Asset Sales from 1/1/06 through 3/31/06 for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 155.00 | $93.00 |
| 05/15/06 | JEO | Review and revised Notice of Service Debtors' Nineteenth Quarterly Report of Asset Sales from January 1, 2006 through March 31, 2006 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets | 0.20 | 445.00 | $89.00 |
| **Task Code Total** | | | **1.70** | | **$408.50** |

### Case Administration [B110]

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 05/01/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 05/01/06 | PEC | Update critical dates | 0.40 | 155.00 | $62.00 |
| 05/01/06 | KSN | Prepare hearing binders for 5/15/06 hearing. | 0.50 | 65.00 | $32.50 |
| 05/02/06 | PEC | Review and revise critical dates memo | 1.20 | 155.00 | $186.00 |
| 05/02/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 05/02/06 | RMO | Match pleadings with court docket. | 0.20 | 85.00 | $17.00 |

**Invoice number 69802**      91100   00001                                    **Page  2**

| 05/02/06 | SLP | Maintian docket control. | 1.00 | 80.00 | $80.00 |
|---|---|---|---|---|---|
| 05/03/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 05/03/06 | SLP | Maintain docket control. | 1.00 | 80.00 | $80.00 |
| 05/04/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 05/04/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/04/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 05/04/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 05/05/06 | PEC | Prepare Debtors' March 2006 Monthly Operating Report for filing and service | 0.40 | 155.00 | $62.00 |
| 05/05/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 05/05/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 05/05/06 | JEO | Review Debtor In Possession Monthly Operating Report for Filing Period March 1, 2006 through March 31, 2006 filed by WR Grace & Co. | 0.30 | 445.00 | $133.50 |
| 05/05/06 | KSN | Prepare hearing binders for 5/15/06 hearing. Update hearing binders. | 0.20 | 65.00 | $13.00 |
| 05/08/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/08/06 | PEC | Review docket | 0.30 | 155.00 | $46.50 |
| 05/08/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 05/08/06 | KSN | Prepare hearing binders for 5/15/06 hearing. Updated hearing binders and sent out updated packet to the Judge in Pittsburgh. | 1.70 | 65.00 | $110.50 |
| 05/09/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 05/09/06 | PEC | Update critical dates memo | 1.00 | 155.00 | $155.00 |
| 05/09/06 | PEC | Review Docket | 0.20 | 155.00 | $31.00 |
| 05/09/06 | SLP | Maintain docket control. | 0.30 | 80.00 | $24.00 |
| 05/10/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/10/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/10/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 05/10/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 05/11/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/11/06 | PEC | Update critical dates | 0.60 | 155.00 | $93.00 |
| 05/11/06 | SLP | Maintain docket control. | 1.00 | 80.00 | $80.00 |
| 05/12/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/12/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/12/06 | KSN | Prepare hearing binders for 5/15/06 hearing. Amended agenda for hearing. | 0.30 | 65.00 | $19.50 |
| 05/15/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/15/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |

**Invoice number 69802**   91100  00001   **Page 3**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/15/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/15/06 | SLP | Maintain docket control. | 1.00 | 80.00 | $80.00 |
| 05/16/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/16/06 | PEC | Update critical dates | 1.00 | 155.00 | $155.00 |
| 05/16/06 | SLP | Maintain docket control. | 1.00 | 80.00 | $80.00 |
| 05/17/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/17/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 05/17/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/17/06 | SLP | Maintain docket control. | 1.00 | 80.00 | $80.00 |
| 05/18/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/18/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/18/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 05/19/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/19/06 | DCC | Maintain document control. | 0.50 | 85.00 | $42.50 |
| 05/22/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/22/06 | PEC | Update critical dates | 1.00 | 155.00 | $155.00 |
| 05/22/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/23/06 | CAK | Maintain document control. | 0.20 | 150.00 | $30.00 |
| 05/23/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 05/23/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 05/23/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/23/06 | DCC | Maintain document control. | 0.30 | 85.00 | $25.50 |
| 05/23/06 | RMO | Match pleadings with court docket. | 0.40 | 85.00 | $34.00 |
| 05/24/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/24/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/24/06 | PEC | Update critical dates memo | 0.60 | 155.00 | $93.00 |
| 05/24/06 | SLP | Maintain docket control. | 1.00 | 80.00 | $80.00 |
| 05/25/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 05/25/06 | PEC | Update critical dates | 0.50 | 155.00 | $77.50 |
| 05/25/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/25/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 05/26/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 05/26/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/26/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 05/26/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 05/30/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/30/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |

**Invoice number  69802**       91100   00001                                **Page  4**

| | | | | | |
|---|---|---|---|---|---|
| 05/30/06 | PEC | Update critical dates | 1.00 | 155.00 | $155.00 |
| 05/30/06 | JEO | Telephone call with client Michael Brown regarding monthly operating report matters | 0.30 | 445.00 | $133.50 |
| 05/30/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 05/31/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 05/31/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 05/31/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 05/31/06 | SLP | Maintain docket control. | 1.30 | 80.00 | $104.00 |
| | | **Task Code Total** | **51.40** | | **$6,254.00** |

**WRG-Claim Analysis (Asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 05/01/06 | PEC | Prepare Notice of Submission of Claim Numbers 602 and 604 to Mediation for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 155.00 | $77.50 |
| 05/01/06 | JEO | Notice of Service Notice of Submission of Claim Numbers 602 and 604 to Mediation (related document(s)[ | 0.20 | 445.00 | $89.00 |
| 05/02/06 | PEC | Return calls to various parties regarding case status | 0.50 | 155.00 | $77.50 |
| 05/03/06 | PEC | Draft Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing Settlement of Claim No. 851 of CHL Administration, Inc. Pursuant to Fed. R. Bankr. P. 9019 and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/05/06 | PEC | Prepare Notice of Lodging Exhibit A to Stipulation Consolidating  Claims of the CNA Companies for filing and service (.4) | 0.40 | 155.00 | $62.00 |
| 05/05/06 | MSC | Draft Notice of Lodging Exhibit A to Stipulation Consolidating Claims of the CNA Companies | 0.30 | 150.00 | $45.00 |
| 05/05/06 | MSC | Preparation for and filing of Notice of Lodging Exhibit A to Stipulation Consolidating Claims of the CNA Companies | 0.20 | 150.00 | $30.00 |
| 05/08/06 | JEO | Email exchange with parties involved in Debtors' Whitehouse discovery motion | 0.60 | 445.00 | $267.00 |
| 05/09/06 | PEC | Return calls to various parties requesting case status | 0.40 | 155.00 | $62.00 |
| 05/10/06 | PEC | Draft Certification of Counsel Regarding Stipulation and Order Concerning Withdrawal of Objection to City of Easthampton Claim and REclassification of Claim and Certificate of Service (.6); Prepare for filing and service (.5) | 1.10 | 155.00 | $170.50 |
| 05/10/06 | JEO | Prepare Certification of Counsel Regarding Stipulation and Order Concerning Withdrawal of Objection to City of Easthampton Claim and Reclassification of Claim | 0.40 | 445.00 | $178.00 |
| 05/12/06 | PEC | Draft Certification of Counsel Regarding Order Withdrawing Objections to Certain Claims and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/12/06 | JEO | Prepare Certification of Counsel Regarding Order Withdrawing Objections to Certain Claims (related document(s)[9315] ) | 0.30 | 445.00 | $133.50 |

**Invoice number 69802**      91100   00001                                    **Page  5**

| | | | | | |
|---|---|---|---|---|---|
| 05/15/06 | PEC | Prepare Debtor's Nineteenth Quarterly Report of Settlements from 1/1/06 through 3/31/06 for filing and service (.5); Draft Certificate of (.1) Service | 0.60 | 155.00 | $93.00 |
| 05/15/06 | KKY | Draft notice for 9019 motion with Lloyd's Underwriters' resolving claims | 0.10 | 155.00 | $15.50 |
| 05/15/06 | KKY | Draft certificate of service for 9019 motion with Lloyd's Underwriters' resolving claims | 0.10 | 155.00 | $15.50 |
| 05/15/06 | KKY | Prepare for filing and service 9019 motion with Lloyd's Underwriters' resolving claims | 0.50 | 155.00 | $77.50 |
| 05/15/06 | KKY | Draft notice for 9019 motion with Wauconda site resolving claims | 0.10 | 155.00 | $15.50 |
| 05/15/06 | KKY | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for 9019 motion with Wauconda site resolving claims | 0.30 | 155.00 | $46.50 |
| 05/15/06 | KKY | File (.1), serve (.1), and prepare for filing and service (.4) 9019 motion with Wauconda site resolving claims | 0.60 | 155.00 | $93.00 |
| 05/15/06 | PEC | Prepare Motion of the Debtors for an Order Approving the Settlement Agreement and Mutual Release with lloyd's Underwriters for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 155.00 | $93.00 |
| 05/15/06 | JEO | Review and finliaze Motion to Approve Compromise Motion of Debtors for an Order Approving the Settelement Agreement and Mutual Release with Lloyd's Underwriters | 0.80 | 445.00 | $356.00 |
| 05/15/06 | JEO | Review and finalize Motion to Approve Stipulation Settling Claims Concerning the Wauconda Site and Authorizing Payment Thereunder | 0.70 | 445.00 | $311.50 |
| 05/15/06 | JEO | Review and revise Notice of Service Debtors' Nineteenth Quarterly Report of Settlements from January 1, 2006 through March 31, 2006 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in Judicial, Administrative, Arbitral or Other Action or Proceeding | 0.00 | 445.00 | $0.00 |
| 05/17/06 | PEC | Return calls to various parties regarding case status | 0.40 | 155.00 | $62.00 |
| 05/23/06 | JEO | Email correspondence with clients regarding Weatherford claims objection | 0.40 | 445.00 | $178.00 |
| | **Task Code Total** | | **11.70** | | **$2,797.00** |

**WRG-Fee Apps., Applicant**

| | | | | | |
|---|---|---|---|---|---|
| 05/05/06 | WLR | Prepare March 2006 fee application | 0.40 | 395.00 | $158.00 |
| 05/05/06 | WLR | Review and revise March 2006 fee application | 0.30 | 395.00 | $118.50 |
| 05/09/06 | JEO | Email with D. Klauder regarding questions on PSZYJ&W fee application | 0.50 | 445.00 | $222.50 |
| 05/11/06 | CAK | Review and update March Fee Application. | 0.50 | 150.00 | $75.00 |
| 05/14/06 | LDJ | Review and revise interim fee application (March 2006) | 0.30 | 675.00 | $202.50 |
| 05/15/06 | CAK | Revise March Fee Application. | 0.50 | 150.00 | $75.00 |
| 05/18/06 | CAK | Coordinate posting, filing and service of March Fee Application. | 0.20 | 150.00 | $30.00 |

**Invoice number 69802**      91100   00001                                    **Page  6**

| | | | | | |
|---|---|---|---|---|---|
| 05/18/06 | PEC | Draft Certification of No Objection Regarding PSZYJ&W's February 2006 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/24/06 | CAK | Begin updating spreadsheet with amounts requested in the January through March 2006 Fee Application in preparation of next Quarterly Fee Application. | 0.70 | 150.00 | $105.00 |
| 05/25/06 | WLR | Prepare April 2006 fee application | 0.70 | 395.00 | $276.50 |
| 05/26/06 | CAK | Review fee detail and forward same to auditor. | 0.20 | 150.00 | $30.00 |
| 05/26/06 | CAK | Begin reviewing and updating 20th Quarterly Fee Application. | 0.20 | 150.00 | $30.00 |
| 05/27/06 | WLR | Prepare April 2006 fee application | 0.60 | 395.00 | $237.00 |
| 05/30/06 | LDJ | Review and revise twentieth quarterly fee application | 0.30 | 675.00 | $202.50 |
| 05/30/06 | CAK | Complete updating spreadsheet in preparation of next Quarterly Fee Application. | 0.40 | 150.00 | $60.00 |
| 05/30/06 | JEO | Review Application for Compensation of Pachulski Stang Ziehl Young Jones & Weintraub LLP for Compensation and for Reimbursement of Expenses for April 1, 2006 through April 30, 2006 | 0.30 | 445.00 | $133.50 |
| 05/31/06 | CAK | Edit 20th Quarterly Fee Application. | 0.20 | 150.00 | $30.00 |
| 05/31/06 | CAK | Coordinate filing and service of 20th Quarterly Fee Application. | 0.10 | 150.00 | $15.00 |
| 05/31/06 | WLR | Prepare April 2006 fee application | 0.50 | 395.00 | $197.50 |
| | **Task Code Total** | | **7.70** | | **$2,322.50** |

**WRG-Fee Applications, Others**

| | | | | | |
|---|---|---|---|---|---|
| 05/01/06 | PEC | Prepare Debtors' Statement of Amounts Paid to Ordinary Course Professionals From January 1, 2006 Through March 31, 2006 for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 155.00 | $93.00 |
| 05/01/06 | JEO | Review Statement of Professionals' Compensation Debtors' Statement of Amounts Paid to Ordinary Course Professionals from January 1, 2006 Through March 31, 2006 | 0.30 | 445.00 | $133.50 |
| 05/01/06 | JEO | Review Application for Compensation (Tenth Quarterly) of Protiviti Inc. for Compensation and for Reimbursement of Expenses For January 1, 2006 through March 31, 2006 | 0.20 | 445.00 | $89.00 |
| 05/01/06 | JEO | Review Application for Compensation (Fifty-Third) of Casner & Edwards, LLP for Compensation and for Reimbursement of Expenses for February 1, 2006 through February 28, 2006 Filed by Casner & Edwards LLP | 0.20 | 445.00 | $89.00 |
| 05/01/06 | MSC | Draft Notice of Tenth Quarterly Interim Application Of Protiviti Inc. For Compensation And For Reimbursement Of Expenses For January 1, 2006 Through March 31, 2006 | 0.10 | 150.00 | $15.00 |
| 05/01/06 | MSC | Revise Tenth Quarterly Interim Application Of Protiviti Inc. For Compensation And For Reimbursement Of Expenses For January 1, 2006 Through March 31, 2006 | 0.30 | 150.00 | $45.00 |
| 05/01/06 | MSC | Draft Certificate of Service of Notice of and Tenth Quarterly Interim Application Of Protiviti Inc. For | 0.10 | 150.00 | $15.00 |

**Invoice number 69802**          91100   00001                                              **Page  7**

| | | | | | |
|---|---|---|---|---|---|
| | | Compensation And For Reimbursement Of Expenses For January 1, 2006 Through March 31, 2006 | | | |
| 05/01/06 | MSC | Draft Certificate Of Service of Notice [only] of Tenth Quarterly Interim Application Of Protiviti Inc. For Compensation And For Reimbursement Of Expenses For January 1, 2006 Through March 31, 2006 | 0.10 | 150.00 | $15.00 |
| 05/01/06 | MSC | Preparation for and coordination of filing of Notice of and Tenth Quarterly Interim Application Of Protiviti Inc. For Compensation And For Reimbursement Of Expenses For January 1, 2006 Through March 31, 2006; service of same | 0.30 | 150.00 | $45.00 |
| 05/01/06 | MSC | Draft Affidavit of Service of Fifty-Third Monthly Application Of Casner & Edwards, LLP For Compensation For Services And Reimbursement Of Expenses As Special Litigation Counsel To Debtors For The Period From February 1, 2006 Through February 28, 2006 | 0.10 | 150.00 | $15.00 |
| 05/01/06 | MSC | Preparation for and coordination of filing of Fifty-Third Monthly Application Of Casner & Edwards, LLP For Compensation For Services And Reimbursement Of Expenses As Special Litigation Counsel To Debtors For The Period From February 1, 2006 Through February 28, 2006; service of same | 0.30 | 150.00 | $45.00 |
| 05/02/06 | JEO | Review Application for Compensation (Forty-Sixth) of BMC Group for Compensation and for Reimbursement of Expenses for January 1, 2006 through January 31, 2006 | 0.20 | 445.00 | $89.00 |
| 05/02/06 | MSC | Draft Affidavit of Service of Forty-Sixty Monthly Application Of BMC Group For Compensation For Services Rendered And Reimbursement Of Expenses As Claims Reconciliation And Solicitation Consultant To The Debtors For The Period From January 1, 2006 Through January 31, 2006 | 0.10 | 150.00 | $15.00 |
| 05/02/06 | MSC | Preparation for and coordination of filing of Forty-Sixty Monthly Application Of BMC Group For Compensation For Services Rendered And Reimbursement Of Expenses As Claims Reconciliation And Solicitation Consultant To The Debtors For The Period From January 1, 2006 Through January 31, 2006; service of same | 0.40 | 150.00 | $60.00 |
| 05/04/06 | MSC | Draft Affidavit of Service of Application of Woodcock Washburn for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel and as Ordinary Course Professionals for the Monthly Period March 1, 2006 through March 31, 2006 | 0.10 | 150.00 | $15.00 |
| 05/04/06 | MSC | Preparation for and coordination of filing of Application of Woodcock Washburn for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel and as Ordinary Course Professionals for the Monthly Period March 1, 2006 through March 31, 2006; service of same | 0.30 | 150.00 | $45.00 |
| 05/10/06 | JEO | Review Application for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W.R. Grace & Co., et al., for the Nineteenth Quarterly Interim Period From October 1, 2005 Through December 31, 2005 Filed by Steptoe & Johnson LLP | 0.30 | 445.00 | $133.50 |
| 05/10/06 | JEO | Review Quarterly Application for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 Through September 30, 2005 (Fourteenth) | 0.20 | 445.00 | $89.00 |

**Invoice number 69802**     91100   00001                                      **Page 8**

Filed by Blackstone Group L.P

| | | | | | |
|---|---|---|---|---|---|
| 05/10/06 | JEO | Review Thirty-Fourth Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of September 1, 2005 through September 30, 2005 Filed by Blackstone Group L.P. | 0.20 | 445.00 | $89.00 |
| 05/10/06 | JEO | Review Thirty-Third Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of August 1, 2005 through August 31, 2005 Filed by Blackstone Group L.P | 0.20 | 445.00 | $89.00 |
| 05/10/06 | JEO | Review Thirty-Second Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 through July 31, 2005 Filed by Blackstone Group L.P | 0.20 | 445.00 | $89.00 |
| 05/10/06 | MSC | Revise Thirty-Second Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 through July 31, 2005 | 0.10 | 150.00 | $15.00 |
| 05/10/06 | MSC | Draft Affidavit of Service of Thirty-Second Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 through July 31, 2005 | 0.10 | 150.00 | $15.00 |
| 05/10/06 | MSC | Preparation for and coordination of filing of Thirty-Second Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 through July 31, 2005; service of same | 0.20 | 150.00 | $30.00 |
| 05/10/06 | MSC | Revise Thirty-Third Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of August 1, 2005 through August 31, 2005 | 0.10 | 150.00 | $15.00 |
| 05/10/06 | MSC | Draft Affidavit of Service of Thirty-Third Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of August 1, 2005 through August 31, 2005 | 0.10 | 150.00 | $15.00 |
| 05/10/06 | MSC | Preparation for and coordination of filing of Thirty-Third Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of August 1, 2005 through August 31, 2005; service of same | 0.20 | 150.00 | $30.00 |
| 05/10/06 | MSC | Revise Thirty-Fourth Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of September 1, 2005 through September 30, 2005 | 0.10 | 150.00 | $15.00 |
| 05/10/06 | MSC | Draft Affidavit of Service of Thirty-Fourth Application of | 0.10 | 150.00 | $15.00 |

**Invoice number  69802**          91100   00001                                    **Page  9**

|          |     |                                                                                                                                                                                                                                                          |      |        |         |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|---------|
|          |     | The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of September 1, 2005 through September 30, 2005                                                     |      |        |         |
| 05/10/06 | MSC | Preparation for and coordination of filing of Thirty-Fourth Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of September 1, 2005 through September 30, 2005; service of same | 0.20 | 150.00 | $30.00  |
| 05/10/06 | MSC | Revise Fourteenth Quarterly Interim Fee Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 through September 30, 2005 | 0.10 | 150.00 | $15.00  |
| 05/10/06 | MSC | Draft Notice of Fourteenth Quarterly Interim Fee Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 through September 30, 2005 | 0.20 | 150.00 | $30.00  |
| 05/10/06 | MSC | Draft Certificate of Service of Notice of and Fourteenth Quarterly Interim Fee Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 through September 30, 2005 | 0.10 | 150.00 | $15.00  |
| 05/10/06 | MSC | Draft Certificate of Service of Notice [only] of Fourteenth Quarterly Interim Fee Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 through September 30, 2005 | 0.10 | 150.00 | $15.00  |
| 05/10/06 | MSC | Preparation for and coordination of filing of Fourteenth Quarterly Interim Fee Application of The Blackstone Group L.P. as Financial Advisor to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of July 1, 2005 through September 30, 2005; service of same | 0.30 | 150.00 | $45.00  |
| 05/10/06 | MSC | Draft Notice of Quarterly Application of Steptoe & Johnson LLP for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W.R. Grace & Co., et al. for the Nineteenth Quarterly Interim Period from October 1, 2005 through December 31, 2005 | 0.10 | 150.00 | $15.00  |
| 05/10/06 | MSC | Draft Certificate of Service of Notice of and Quarterly Application of Steptoe & Johnson LLP for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W.R. Grace & Co., et al. for the Nineteenth Quarterly Interim Period from October 1, 2005 through December 31, 2005 | 0.10 | 150.00 | $15.00  |
| 05/10/06 | MSC | Draft Certificate of Service of Notice [only] of Quarterly Application of Steptoe & Johnson LLP for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W.R. Grace & Co., et al. for the Nineteenth Quarterly Interim Period from October 1, 2005 through December 31, 2005 | 0.10 | 150.00 | $15.00  |

**Invoice number  69802**        91100   00001                                                **Page  10**

| 05/10/06 | MSC | Preparation for and coordination of filing of Quarterly Application of Steptoe & Johnson LLP for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W.R. Grace & Co., et al. for the Nineteenth Quarterly Interim Period from October 1, 2005 through December 31, 2005; service of same | 0.30 | 150.00 | $45.00 |
|---|---|---|---|---|---|
| 05/15/06 | JEO | Review Quarterly Application for Compensation /Twentieth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Interim Period From January 1, 2006 Through March 31, 2006 | 0.20 | 445.00 | $89.00 |
| 05/18/06 | PEC | Draft Certification of No Objection Regarding NMR&S's February 2006 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/18/06 | PEC | Draft Certification of No Objection Regarding Beveridge & Diamond's February 2006 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/18/06 | PEC | Draft Certification of No Objection Regarding Steptoe & Johnson's December 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/19/06 | PEC | Draft Certification of No Objection Regarding Steptoe & Johnson's October 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/19/06 | PEC | Draft Certification of No Objection Regarding Steptoe & Johnson's November 2005  Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/19/06 | PEC | Draft Certification of No Objection Regarding Pitney & Hardin LLP's Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/19/06 | PEC | Draft Certification of No Objection Regarding Pitney Hardin's December 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/19/06 | PEC | Draft Certification of No Objection Regarding Woodcock Washburn LLP's February 2006 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/19/06 | PEC | Draft Certification of No Objection Regarding NMR&S's January 2006 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 05/23/06 | JEO | Review Application for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel for the Monthly Interim Period from March 1, 2006 to March 31, 2006, the Quarter of January - March 2006 Filed by Steptoe & Johnson LLP | 0.20 | 445.00 | $89.00 |
| 05/23/06 | JEO | Review Application for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel for the Monthly Interim Period from February 1, 2006 to Febrary 28, 2006, the Quarter of January - March 2006 | 0.20 | 445.00 | $89.00 |

**Invoice number  69802**        91100   00001                                          **Page  11**

|  |  | Filed by Steptoe & Johnson LLP |  |  |  |
|---|---|---|---|---|---|
| 05/23/06 | JEO | Review Application for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel for the Monthly Interim Period from January 1, 2006 to January 31, 2006, the Quarter of January - March 2006 Filed by Steptoe & Johnson LLP | 0.20 | 445.00 | $89.00 |
| 05/30/06 | JEO | Review Application for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for the Monthly Interim Period from April 1, 2006 through April 30, 2006 Filed by KIRKLAND & ELLIS | 0.20 | 445.00 | $89.00 |
| 05/30/06 | JEO | Review status of Bowne law firm's fee applications | 0.20 | 445.00 | $89.00 |
| 05/31/06 | JEO | Call with UST David Klauder regarding fees for GIHI | 0.20 | 445.00 | $89.00 |
| 05/31/06 | JEO | Email to client Michael Brown and Will Sparks regarding quarterly UST fees for GIHI | 0.20 | 445.00 | $89.00 |
|  | **Task Code Total** |  | **16.20** |  | **$3,531.00** |

**Litigation (Non-Bankruptcy)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 05/05/06 | JEO | Drafting final agenda for May 15, 2006 hearing. | 1.00 | 445.00 | $445.00 |
| 05/08/06 | PEC | Revise and review Notice of Agenda for the 5/15/06 Hearing | 0.80 | 155.00 | $124.00 |
| 05/08/06 | PEC | File and service Notice of Agenda for 5/15/06 Hearing (.4); Draft Certificate of Service (.1) | 0.50 | 155.00 | $77.50 |
| 05/08/06 | PEC | Review hearing binders for the 5/15/06 hearing | 0.80 | 155.00 | $124.00 |
| 05/08/06 | JEO | Work on final Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. | 2.00 | 445.00 | $890.00 |
| 05/10/06 | JEO | Email with K. Mumford re: W.R. Grace - CNO re: Motion to Designate Substitute Expert | 0.20 | 445.00 | $89.00 |
| 05/11/06 | JEO | Review orders for omnibus hearing | 0.50 | 445.00 | $222.50 |
| 05/11/06 | JEO | Work on whitehouse discovery order; review correspondence re same | 0.30 | 445.00 | $133.50 |
| 05/11/06 | JEO | Prepare for 5/15/ omnibus hearing | 1.00 | 445.00 | $445.00 |
| 05/12/06 | PEC | Draft Amended Notice of Agenda for 5/15/06 Hearing and Certificate of Service | 0.50 | 155.00 | $77.50 |
| 05/12/06 | PEC | File and serve Amended Notice of Agenda for 5/15/06 Hearing (.4); Review supplement for Judge's hearing binders (.3) | 0.70 | 155.00 | $108.50 |
| 05/12/06 | PEC | Prepare for 5/15/06 Hearing | 1.40 | 155.00 | $217.00 |
| 05/12/06 | JEO | Draft/review/revise Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald (related document(s)[12382] ) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 5/15/2006 | 1.00 | 445.00 | $445.00 |
| 05/15/06 | JEO | Prepare for and attend omnibus hearing | 2.50 | 445.00 | $1,112.50 |
| 05/16/06 | JEO | Draft hearing update memo | 0.30 | 445.00 | $133.50 |
| 05/17/06 | PEC | Draft Certification of Counsel Regarding Order Authorizing Discover from Dr Alan C. Whitehouse nd Certifying Issues of Patient Privacy for Judge Donald W. Malloy and Certificate of Service (.4); Prepare for filing | 0.80 | 155.00 | $124.00 |

**Invoice number 69802**     91100   00001                                    **Page  12**

| | | | | | |
|---|---|---|---|---|---|
| | | and service (.4) | | | |
| 05/17/06 | JEO | Draft certification of counsel for orders on Whitehouse discovery motion | 0.80 | 445.00 | $356.00 |
| 05/18/06 | PEC | Prepare Declaration of Service of the BMC Group Regarding W. R. Grace & Co.'s Asbestos Personal Injury Questionnaire for filing | 0.30 | 155.00 | $46.50 |
| 05/18/06 | JEO | Review and revise Certification of Counsel Regarding Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code | 0.30 | 445.00 | $133.50 |
| 05/18/06 | JEO | Emails to counsel regarding Whitehouse discovery order regarding status of orders | 1.00 | 445.00 | $445.00 |
| 05/23/06 | JEO | Forward certificate of counsel on Whitehouse orders to court with explanation | 0.20 | 445.00 | $89.00 |
| 05/26/06 | LT | Begin to research and draft the Certification of Counsel re: injunction in the Campbell adversary (.3); review order (.2); retrieve and review docket for service list (.2); e-mail communications with J. O'Neill re: filed Certification of Counsel (.2) | 0.90 | 155.00 | $139.50 |
| 05/31/06 | JEO | Work on matters regarding 6/19 agenda | 1.00 | 445.00 | $445.00 |
| | | **Task Code Total** | **18.80** | | **$6,423.00** |

**Operations [B210]**

| | | | | | |
|---|---|---|---|---|---|
| 05/03/06 | PEC | Draft Certificate of No Objection Regarding Motion for the Entry of an Order Authorizing the Debtors to Acquire Catalyst Components Business and Catalyst Manufacturing Assets and Certificate of Service (.4) Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| | | **Task Code Total** | **0.80** | | **$124.00** |

**Plan & Disclosure Stmt. [B320]**

| | | | | | |
|---|---|---|---|---|---|
| 05/17/06 | PEC | Serve [Signed] Order Extending (i) Debtors' Exclusive Periods  in Which to File a Chapter 11 Plan and Solicit Votes Thereon (.2); Draft Affidavit of Service regarding same (.1); File and serve Affidavit of Service (.3) | 0.60 | 155.00 | $93.00 |
| | | **Task Code Total** | **0.60** | | **$93.00** |

**Stay Litigation [B140]**

| | | | | | |
|---|---|---|---|---|---|
| 05/18/06 | JEO | Review and revise Certification of Counsel Regarding Order Denying Motion of BDM Construction Company, Inc. for Relief from the Automatic Stay | 0.30 | 445.00 | $133.50 |
| | | **Task Code Total** | **0.30** | | **$133.50** |

|  | | Total professional services: | 109.20 | $22,086.50 |
|--|--|--|--|--|

### Costs Advanced:

| | | | |
|--|--|--|--|
| 04/04/2006 | PAC | 91100 - 001 PACER charges for 04/04/2006 | $7.07 |
| 04/05/2006 | PAC | 91100 - 001 PACER charges for 04/05/2006 | $30.31 |
| 04/06/2006 | PAC | 91100 - 001 PACER charges for 04/06/2006 | $16.45 |
| 04/07/2006 | PAC | 91100 - 001 PACER charges for 04/07/2006 | $2.52 |
| 04/08/2006 | PAC | 91100 - 001 PACER charges for 04/08/2006 | $27.44 |
| 04/11/2006 | PAC | 91100 - 001 PACER charges for 04/11/2006 | $8.82 |
| 04/13/2006 | PAC | 91100 - 001 PACER charges for 04/13/2006 | $4.48 |
| 04/14/2006 | PAC | 91100 - 001 PACER charges for 04/14/2006 | $0.28 |
| 04/20/2006 | PAC | 91100 - 001 PACER charges for 04/20/2006 | $23.59 |
| 04/20/2006 | TR | Transcript---Elaine Ryan. Copies of Transcripts, Email copy.(JEO) [E116] | $91.00 |
| 04/22/2006 | PAC | 91100 - 001 PACER charges for 04/22/2006 | $7.35 |
| 04/24/2006 | DH | DHL | $13.55 |
| 04/24/2006 | DH | DHL | $12.64 |
| 04/24/2006 | DH | DHL | $22.66 |
| 04/24/2006 | DH | DHL | $22.66 |
| 04/24/2006 | DH | DHL | $30.86 |
| 04/24/2006 | DH | DHL | $11.80 |
| 04/24/2006 | DH | DHL | $15.48 |
| 04/24/2006 | DH | DHL | $15.48 |
| 04/24/2006 | DH | DHL | $10.20 |
| 04/24/2006 | DH | DHL | $10.20 |
| 04/24/2006 | DH | DHL | $18.35 |
| 04/25/2006 | PAC | 91100 - 001 PACER charges for 04/25/2006 | $4.83 |
| 04/26/2006 | PAC | 91100 - 001 PACER charges for 04/26/2006 | $8.75 |
| 04/27/2006 | PAC | 91100 - 001 PACER charges for 04/27/2006 | $2.10 |
| 04/28/2006 | DH | DHL | $16.44 |
| 04/28/2006 | PAC | 91100 - 001 PACER charges for 04/28/2006 | $18.27 |
| 04/30/2006 | PAC | 91100 - 001 PACER charges for 04/30/2006 | $9.31 |
| 05/01/2006 | DC | Tristate | $15.00 |
| 05/01/2006 | DC | Tristate | $387.00 |
| 05/01/2006 | DC | Tristate | $333.00 |
| 05/01/2006 | DC | Tristate | $24.75 |
| 05/01/2006 | DC | Tristate | $24.75 |
| 05/01/2006 | DH | DHL | $13.61 |
| 05/01/2006 | DH | DHL | $22.76 |
| 05/01/2006 | DH | DHL | $31.00 |
| 05/01/2006 | DH | DHL | $22.76 |
| 05/01/2006 | DH | DHL | $16.51 |

**Invoice number  69802**      91100   00001                                    **Page  14**

| | | | |
|---|---|---|---:|
| 05/01/2006 | DH | DHL | $13.16 |
| 05/01/2006 | RE | (G9 CORR 28 @0.10 PER PG) | $2.80 |
| 05/01/2006 | RE | (A2 CORR 1878 @0.10 PER PG) | $187.80 |
| 05/01/2006 | RE | (A2 CORR 171 @0.10 PER PG) | $17.10 |
| 05/01/2006 | RE | (G8 CORR 4133 @0.10 PER PG) | $413.30 |
| 05/01/2006 | RE | (A8 AGR 64 @0.10 PER PG) | $6.40 |
| 05/01/2006 | RE | (A7 DOC 54 @0.10 PER PG) | $5.40 |
| 05/01/2006 | RE | (A7 AGR 190 @0.10 PER PG) | $19.00 |
| 05/01/2006 | RE | (A2 CORR 86 @0.10 PER PG) | $8.60 |
| 05/01/2006 | RE | (A8 CORR 7 @0.10 PER PG) | $0.70 |
| 05/01/2006 | RE | (A1 CORR 1345 @0.10 PER PG) | $134.50 |
| 05/01/2006 | RE | (A7 CORR 29 @0.10 PER PG) | $2.90 |
| 05/01/2006 | RE | (G7 CORR 2829 @0.10 PER PG) | $282.90 |
| 05/01/2006 | RE | (G8 NOTC 514 @0.10 PER PG) | $51.40 |
| 05/02/2006 | DC | Tristate | $15.00 |
| 05/02/2006 | DC | Tristate | $16.50 |
| 05/02/2006 | DC | Tristate | $5.00 |
| 05/02/2006 | FE | Federal Express [E108] | $51.60 |
| 05/02/2006 | PO | Postage | $0.63 |
| 05/02/2006 | RE | (A7 AGR 80 @0.10 PER PG) | $8.00 |
| 05/02/2006 | RE | (A2 CORR 109 @0.10 PER PG) | $10.90 |
| 05/02/2006 | RE | (A7 AGR 2 @0.10 PER PG) | $0.20 |
| 05/02/2006 | RE | (G7 CORR 6 @0.10 PER PG) | $0.60 |
| 05/02/2006 | RE | (A7 CORR 2 @0.10 PER PG) | $0.20 |
| 05/03/2006 | DC | Tristate | $15.00 |
| 05/03/2006 | DC | Tristate | $243.00 |
| 05/03/2006 | PO | Postage | $5.67 |
| 05/03/2006 | RE | (A7 DOC 54 @0.10 PER PG) | $5.40 |
| 05/03/2006 | RE | (A7 DOC 74 @0.10 PER PG) | $7.40 |
| 05/03/2006 | RE | (G8 CORR 92 @0.10 PER PG) | $9.20 |
| 05/04/2006 | DC | Tristate | $9.00 |
| 05/04/2006 | DC | Tristate | $15.00 |
| 05/04/2006 | FX | Fax Transmittal. [E104] | $16.00 |
| 05/04/2006 | RE | Reproduction Expense. [E101] | $2.50 |
| 05/04/2006 | RE | (A7 AGR 32 @0.10 PER PG) | $3.20 |
| 05/04/2006 | RE | (A8 AGR 2 @0.10 PER PG) | $0.20 |
| 05/04/2006 | RE | (A7 AGR 4 @0.10 PER PG) | $0.40 |
| 05/04/2006 | RE | (G9 CORR 37 @0.10 PER PG) | $3.70 |
| 05/04/2006 | RE | (A1 CORR 1879 @0.10 PER PG) | $187.90 |
| 05/04/2006 | RE | (G9 CORR 2793 @0.10 PER PG) | $279.30 |
| 05/04/2006 | RE | (A1 CORR 494 @0.10 PER PG) | $49.40 |
| 05/04/2006 | RE | (A1 AGR 1 @0.10 PER PG) | $0.10 |
| 05/05/2006 | DC | Tristate | $15.00 |

**Invoice number  69802**        91100   00001                                    **Page  15**

| | | | |
|---|---|---|---:|
| 05/05/2006 | DC | Tristate | $5.00 |
| 05/05/2006 | DC | Tristate | $5.00 |
| 05/05/2006 | DH | DHL | $25.42 |
| 05/05/2006 | DH | DHL | $14.07 |
| 05/05/2006 | DH | DHL | $25.42 |
| 05/05/2006 | DH | DHL | $9.64 |
| 05/05/2006 | DH | DHL | $37.48 |
| 05/05/2006 | PO | Postage | $7.20 |
| 05/05/2006 | PO | Postage | $5.00 |
| 05/05/2006 | RE | Reproduction Expense. [E101] | $1.90 |
| 05/05/2006 | RE | (A2 CORR 1729 @0.10 PER PG) | $172.90 |
| 05/05/2006 | RE | (A1 CORR 1762 @0.10 PER PG) | $176.20 |
| 05/05/2006 | RE | (A5 DOC 12 @0.10 PER PG) | $1.20 |
| 05/08/2006 | DC | Tristate | $15.00 |
| 05/08/2006 | DH | DHL | $31.00 |
| 05/08/2006 | DH | DHL | $13.61 |
| 05/08/2006 | DH | DHL | $22.76 |
| 05/08/2006 | DH | DHL | $13.61 |
| 05/08/2006 | DH | DHL | $13.61 |
| 05/08/2006 | FX | (B2 CORR 4 @1.00 PER PG) | $4.00 |
| 05/08/2006 | FX | (B2 CORR 1 @1.00 PER PG) | $1.00 |
| 05/08/2006 | PO | Postage | $1.74 |
| 05/08/2006 | RE | (A5 DOC 33 @0.10 PER PG) | $3.30 |
| 05/08/2006 | RE | (A5 DOC 4 @0.10 PER PG) | $0.40 |
| 05/08/2006 | RE | (A8 DOC 58 @0.10 PER PG) | $5.80 |
| 05/08/2006 | RE | (A6 AGR 48 @0.10 PER PG) | $4.80 |
| 05/08/2006 | RE | (A7 DOC 51 @0.10 PER PG) | $5.10 |
| 05/08/2006 | RE | (G9 CORR 24 @0.10 PER PG) | $2.40 |
| 05/09/2006 | DC | Tristate | $5.00 |
| 05/09/2006 | DC | Tristate | $79.75 |
| 05/09/2006 | FE | Federal Express [E108] | $109.39 |
| 05/09/2006 | RE | (A7 AGR 1 @0.10 PER PG) | $0.10 |
| 05/09/2006 | RE | (G7 CORR 108 @0.10 PER PG) | $10.80 |
| 05/09/2006 | RE | (G9 CORR 474 @0.10 PER PG) | $47.40 |
| 05/10/2006 | DC | Tristate | $396.00 |
| 05/10/2006 | DC | Tristate | $24.75 |
| 05/10/2006 | DC | Tristate | $24.75 |
| 05/10/2006 | DC | Tristate | $15.00 |
| 05/10/2006 | PO | Postage | $0.63 |
| 05/10/2006 | PO | Postage | $0.87 |
| 05/10/2006 | PO | Postage | $237.54 |
| 05/10/2006 | PO | Postage | $1.40 |
| 05/10/2006 | PO | Postage | $44.55 |

**Invoice number  69802**       91100   00001                    **Page  16**

| 05/10/2006 | RE | (G9 CORR 2465 @0.10 PER PG) | $246.50 |
|---|---|---|---|
| 05/10/2006 | RE | (G8 CORR 165 @0.10 PER PG) | $16.50 |
| 05/10/2006 | RE | (G9 CORR 12 @0.10 PER PG) | $1.20 |
| 05/10/2006 | RE | (G7 CORR 1024 @0.10 PER PG) | $102.40 |
| 05/10/2006 | RE | (G9 CORR 1764 @0.10 PER PG) | $176.40 |
| 05/10/2006 | RE | (G8 DEC 3584 @0.10 PER PG) | $358.40 |
| 05/10/2006 | RE | (A7 AGR 152 @0.10 PER PG) | $15.20 |
| 05/10/2006 | RE | (A7 CORR 66 @0.10 PER PG) | $6.60 |
| 05/10/2006 | RE | (A6 AGR 37 @0.10 PER PG) | $3.70 |
| 05/10/2006 | RE | (A7 AGR 106 @0.10 PER PG) | $10.60 |
| 05/10/2006 | RE | (A7 AGR 1 @0.10 PER PG) | $0.10 |
| 05/10/2006 | RE | (A7 AGR 42 @0.10 PER PG) | $4.20 |
| 05/10/2006 | RE | (A6 AGR 20 @0.10 PER PG) | $2.00 |
| 05/10/2006 | RE | (A7 AGR 172 @0.10 PER PG) | $17.20 |
| 05/11/2006 | DC | Tristate | $16.50 |
| 05/11/2006 | PO | Postage | $602.64 |
| 05/11/2006 | PO | Postage | $3.25 |
| 05/11/2006 | PO | Postage | $17.49 |
| 05/11/2006 | PO | Postage | $503.58 |
| 05/11/2006 | PO | Postage | $0.19 |
| 05/12/2006 | DC | Tristate | $15.00 |
| 05/12/2006 | DC | Tristate | $170.00 |
| 05/12/2006 | DC | Tristate | $16.50 |
| 05/12/2006 | DC | Tristate | $16.50 |
| 05/12/2006 | DC | Tristate | $16.50 |
| 05/12/2006 | FX | (B2 CORR 14 @1.00 PER PG) | $14.00 |
| 05/12/2006 | RE | (A2 CORR 2954 @0.10 PER PG) | $295.40 |
| 05/12/2006 | RE | (A7 AGR 59 @0.10 PER PG) | $5.90 |
| 05/12/2006 | RE | (A1 CORR 7286 @0.10 PER PG) | $728.60 |
| 05/12/2006 | RE | (A1 CORR 359 @0.10 PER PG) | $35.90 |
| 05/12/2006 | RE | (A2 CORR 5705 @0.10 PER PG) | $570.50 |
| 05/12/2006 | RE | (A6 AGR 172 @0.10 PER PG) | $17.20 |
| 05/12/2006 | RE | (A7 AGR 170 @0.10 PER PG) | $17.00 |
| 05/12/2006 | RE | (A6 AGR 78 @0.10 PER PG) | $7.80 |
| 05/12/2006 | RE | (A5 DOC 158 @0.10 PER PG) | $15.80 |
| 05/12/2006 | RE | (A6 AGR 60 @0.10 PER PG) | $6.00 |
| 05/12/2006 | RE | (A7 CORR 58 @0.10 PER PG) | $5.80 |
| 05/15/2006 | BM | Business Meal---Healy's Cafe.(working meal - conference room) [E111] | $26.40 |
| 05/15/2006 | DC | Tristate | $63.00 |
| 05/15/2006 | DC | Tristate | $306.00 |
| 05/15/2006 | DC | Tristate | $25.20 |
| 05/15/2006 | DC | Tristate | $15.00 |

**Invoice number  69802**        91100   00001                                    **Page  17**

| 05/15/2006 | RE | (A8 AGR 12 @0.10 PER PG) | $1.20 |
| 05/15/2006 | RE | (A7 AGR 78 @0.10 PER PG) | $7.80 |
| 05/15/2006 | RE | (A7 DEC 196 @0.10 PER PG) | $19.60 |
| 05/15/2006 | RE | (G9 CORR 486 @0.10 PER PG) | $48.60 |
| 05/15/2006 | RE | (G9 CORR 2 @0.10 PER PG) | $0.20 |
| 05/15/2006 | RE | (A7 CORR 165 @0.10 PER PG) | $16.50 |
| 05/15/2006 | RE | (A2 CORR 1033 @0.10 PER PG) | $103.30 |
| 05/15/2006 | RE | (A1 CORR 3717 @0.10 PER PG) | $371.70 |
| 05/15/2006 | RE | (G8 CORR 3017 @0.10 PER PG) | $301.70 |
| 05/15/2006 | RE | (G9 CORR 4105 @0.10 PER PG) | $410.50 |
| 05/15/2006 | RE | (G8 AGR 2 @0.10 PER PG) | $0.20 |
| 05/15/2006 | RE | (A7 CORR 166 @0.10 PER PG) | $16.60 |
| 05/15/2006 | RE | (A2 CORR 817 @0.10 PER PG) | $81.70 |
| 05/15/2006 | RE | (G7 CORR 1120 @0.10 PER PG) | $112.00 |
| 05/15/2006 | RE | (G8 CORR 1061 @0.10 PER PG) | $106.10 |
| 05/15/2006 | RE | (G9 CORR 557 @0.10 PER PG) | $55.70 |
| 05/16/2006 | DC | Tristate | $16.50 |
| 05/16/2006 | DC | Tristate | $16.50 |
| 05/16/2006 | DC | Tristate | $16.50 |
| 05/16/2006 | DC | Tristate | $297.00 |
| 05/16/2006 | FE | Federal Express [E108] | $83.59 |
| 05/16/2006 | RE | (A2 CORR 2641 @0.10 PER PG) | $264.10 |
| 05/16/2006 | RE | (A2 CORR 2 @0.10 PER PG) | $0.20 |
| 05/16/2006 | RE | (G7 CORR 1666 @0.10 PER PG) | $166.60 |
| 05/16/2006 | RE | (G8 CORR 2199 @0.10 PER PG) | $219.90 |
| 05/16/2006 | RE | (A1 CORR 3482 @0.10 PER PG) | $348.20 |
| 05/16/2006 | RE | (A1 CORR 51 @0.10 PER PG) | $5.10 |
| 05/16/2006 | RE | (A2 CORR 1876 @0.10 PER PG) | $187.60 |
| 05/16/2006 | RE | (A1 CORR 1269 @0.10 PER PG) | $126.90 |
| 05/16/2006 | RE | (A7 DOC 72 @0.10 PER PG) | $7.20 |
| 05/17/2006 | DC | Tristate | $15.00 |
| 05/17/2006 | DC | Tristate | $5.00 |
| 05/17/2006 | DC | Tristate | $360.00 |
| 05/17/2006 | DC | Tristate | $25.20 |
| 05/17/2006 | DC | Tristate | $25.20 |
| 05/17/2006 | PO | Postage | $0.63 |
| 05/17/2006 | PO | Postage | $882.90 |
| 05/17/2006 | PO | Postage | $3.95 |
| 05/17/2006 | PO | Postage | $0.63 |
| 05/17/2006 | PO | Postage | $9.57 |
| 05/17/2006 | RE | (A2 CORR 44 @0.10 PER PG) | $4.40 |
| 05/17/2006 | RE | (A6 AGR 2 @0.10 PER PG) | $0.20 |
| 05/17/2006 | RE | (A2 CORR 72 @0.10 PER PG) | $7.20 |

**Invoice number  69802**         91100   00001                              **Page  18**

| 05/17/2006 | RE | (A7 AGR 31 @0.10 PER PG) | $3.10 |
| 05/17/2006 | RE | (A7 AGR 74 @0.10 PER PG) | $7.40 |
| 05/17/2006 | RE | (G8 CORR 2 @0.10 PER PG) | $0.20 |
| 05/17/2006 | RE | (A2 CORR 22 @0.10 PER PG) | $2.20 |
| 05/17/2006 | RE | (A7 CORR 97 @0.10 PER PG) | $9.70 |
| 05/17/2006 | RE | (A7 DOC 18 @0.10 PER PG) | $1.80 |
| 05/17/2006 | RE | (G8 CORR 512 @0.10 PER PG) | $51.20 |
| 05/17/2006 | RE | (G7 CORR 7914 @0.10 PER PG) | $791.40 |
| 05/17/2006 | RE | (G9 CORR 10443 @0.10 PER PG) | $1,044.30 |
| 05/17/2006 | RE | (G8 CORR 1338 @0.10 PER PG) | $133.80 |
| 05/18/2006 | DC | Tristate | $15.00 |
| 05/18/2006 | DC | Tristate | $72.00 |
| 05/18/2006 | DC | Tristate | $16.50 |
| 05/18/2006 | RE | (A8 CORR 55 @0.10 PER PG) | $5.50 |
| 05/18/2006 | RE | (A7 AGR 40 @0.10 PER PG) | $4.00 |
| 05/18/2006 | RE | (A8 CORR 10 @0.10 PER PG) | $1.00 |
| 05/18/2006 | RE | (A7 CORR 11 @0.10 PER PG) | $1.10 |
| 05/18/2006 | RE | (G8 CORR 210 @0.10 PER PG) | $21.00 |
| 05/18/2006 | RE | (G8 CORR 6 @0.10 PER PG) | $0.60 |
| 05/19/2006 | DC | Tristate | $54.00 |
| 05/19/2006 | DC | Tristate | $15.00 |
| 05/19/2006 | PO | Postage | $12.15 |
| 05/19/2006 | RE | (A7 CORR 77 @0.10 PER PG) | $7.70 |
| 05/19/2006 | RE | (A2 CORR 35 @0.10 PER PG) | $3.50 |
| 05/19/2006 | RE | (G7 CORR 2781 @0.10 PER PG) | $278.10 |
| 05/19/2006 | RE | (A2 CORR 1019 @0.10 PER PG) | $101.90 |
| 05/19/2006 | RE | (A1 CORR 330 @0.10 PER PG) | $33.00 |
| 05/19/2006 | RE | (G9 CORR 2 @0.10 PER PG) | $0.20 |
| 05/19/2006 | RE | (A1 CORR 2 @0.10 PER PG) | $0.20 |
| 05/19/2006 | RE | (G9 CORR 2 @0.10 PER PG) | $0.20 |
| 05/22/2006 | DC | Tristate | $15.00 |
| 05/22/2006 | DC | Tristate | $25.20 |
| 05/22/2006 | DC | Tristate | $25.20 |
| 05/22/2006 | PO | Postage | $0.63 |
| 05/22/2006 | PO | Postage | $397.11 |
| 05/22/2006 | PO | Postage | $2.20 |
| 05/22/2006 | PO | Postage | $0.63 |
| 05/22/2006 | PO | Postage | $0.63 |
| 05/22/2006 | RE | (A7 AGR 9 @0.10 PER PG) | $0.90 |
| 05/22/2006 | RE | (A6 AGR 32 @0.10 PER PG) | $3.20 |
| 05/22/2006 | RE | (A6 DOC 54 @0.10 PER PG) | $5.40 |
| 05/22/2006 | RE | (A7 AGR 175 @0.10 PER PG) | $17.50 |
| 05/22/2006 | RE | (G8 CORR 2050 @0.10 PER PG) | $205.00 |

**Invoice number  69802**      91100  00001                    **Page  19**

| | | | |
|---|---|---|---:|
| 05/22/2006 | RE | (G7 CORR 2048 @0.10 PER PG) | $204.80 |
| 05/22/2006 | RE | (A2 CORR 1280 @0.10 PER PG) | $128.00 |
| 05/22/2006 | RE | (A1 CORR 240 @0.10 PER PG) | $24.00 |
| 05/22/2006 | RE | (A7 DOC 163 @0.10 PER PG) | $16.30 |
| 05/22/2006 | RE | (G9 CORR 4347 @0.10 PER PG) | $434.70 |
| 05/22/2006 | RE | (A2 CORR 2 @0.10 PER PG) | $0.20 |
| 05/22/2006 | RE | (A1 CORR 1 @0.10 PER PG) | $0.10 |
| 05/23/2006 | DC | Tristate | $15.00 |
| 05/23/2006 | DC | Tristate | $16.80 |
| 05/23/2006 | DC | Tristate | $63.00 |
| 05/23/2006 | FE | Federal Express [E108] | $243.64 |
| 05/23/2006 | PO | Postage | $7.83 |
| 05/23/2006 | RE | (A2 CORR 30 @0.10 PER PG) | $3.00 |
| 05/23/2006 | RE | (G8 CORR 688 @0.10 PER PG) | $68.80 |
| 05/23/2006 | RE | (A2 CORR 1278 @0.10 PER PG) | $127.80 |
| 05/23/2006 | RE | (A7 AGR 113 @0.10 PER PG) | $11.30 |
| 05/23/2006 | RE | (A7 DOC 60 @0.10 PER PG) | $6.00 |
| 05/23/2006 | RE | (A2 CORR 267 @0.10 PER PG) | $26.70 |
| 05/23/2006 | RE | (G8 CORR 180 @0.10 PER PG) | $18.00 |
| 05/23/2006 | RE | (G9 CORR 94 @0.10 PER PG) | $9.40 |
| 05/23/2006 | RE | (G8 CORR 2 @0.10 PER PG) | $0.20 |
| 05/23/2006 | RE | (A7 DOC 89 @0.10 PER PG) | $8.90 |
| 05/23/2006 | RE | (A7 CORR 51 @0.10 PER PG) | $5.10 |
| 05/24/2006 | RE | (A2 CORR 2 @0.10 PER PG) | $0.20 |
| 05/25/2006 | DH | DHL | $9.64 |
| 05/25/2006 | DH | DHL | $14.11 |
| 05/25/2006 | DH | DHL | $9.64 |
| 05/25/2006 | DH | DHL | $15.55 |
| 05/25/2006 | DH | DHL | $14.11 |
| 05/25/2006 | DH | DHL | $18.43 |
| 05/25/2006 | DH | DHL | $18.43 |
| 05/25/2006 | DH | DHL | $11.93 |
| 05/25/2006 | DH | DHL | $11.93 |
| 05/25/2006 | DH | DHL | $22.76 |
| 05/25/2006 | DH | DHL | $9.45 |
| 05/25/2006 | DH | DHL | $8.44 |
| 05/25/2006 | DH | DHL | $9.45 |
| 05/25/2006 | DH | DHL | $14.11 |
| 05/25/2006 | DH | DHL | $8.44 |
| 05/25/2006 | DH | DHL | $21.32 |
| 05/25/2006 | DH | DHL | $21.32 |
| 05/25/2006 | DH | DHL | $13.16 |
| 05/25/2006 | DH | DHL | $13.16 |

**Invoice number  69802**          91100   00001                                    **Page  20**

| 05/25/2006 | DH | DHL | $29.68 |
| 05/25/2006 | DH | DHL | $16.99 |
| 05/25/2006 | DH | DHL | $11.31 |
| 05/25/2006 | DH | DHL | $11.31 |
| 05/25/2006 | DH | DHL | $11.31 |
| 05/25/2006 | DH | DHL | $21.32 |
| 05/25/2006 | DH | DHL | $16.51 |
| 05/25/2006 | PO | Postage | $0.87 |
| 05/25/2006 | PO | Postage | $4.05 |
| 05/25/2006 | RE | (G9 CORR 2 @0.10 PER PG) | $0.20 |
| 05/25/2006 | RE | (G9 CORR 2 @0.10 PER PG) | $0.20 |
| 05/25/2006 | RE | (G9 CORR 13 @0.10 PER PG) | $1.30 |
| 05/25/2006 | RE | (G9 CORR 2 @0.10 PER PG) | $0.20 |
| 05/26/2006 | DH | DHL | $13.16 |
| 05/26/2006 | DH | DHL | $13.16 |
| 05/26/2006 | DH | DHL | $29.68 |
| 05/26/2006 | DH | DHL | $21.32 |
| 05/26/2006 | DH | DHL | $21.32 |
| 05/26/2006 | FX | Fax Transmittal. [E104] | $14.00 |
| 05/26/2006 | RE | (A1 CORR 35 @0.10 PER PG) | $3.50 |
| 05/26/2006 | RE | (A1 CORR 380 @0.10 PER PG) | $38.00 |
| 05/26/2006 | RE | (A2 CORR 623 @0.10 PER PG) | $62.30 |
| 05/26/2006 | RE | Reproduction Expense. [E101] | $0.10 |
| 05/26/2006 | RE | Reproduction Expense. [E101] | $2.30 |
| 05/30/2006 | FE | Federal Express [E108] | $27.44 |
| 05/30/2006 | PO | Postage | $1.11 |
| 05/30/2006 | RE | (A1 CORR 345 @0.10 PER PG) | $34.50 |
| 05/30/2006 | RE | (A2 CORR 434 @0.10 PER PG) | $43.40 |
| 05/31/2006 | FX | Fax Transmittal. [E104] | $6.00 |
| 05/31/2006 | RE | (A1 CORR 1390 @0.10 PER PG) | $139.00 |
| 05/31/2006 | RE | (A2 CORR 2786 @0.10 PER PG) | $278.60 |
| 05/31/2006 | RE | Reproduction Expense. [E101] | $0.10 |

Total Expenses:                                   **$20,308.04**

## Summary:

| | |
|---|---|
| Total professional services | $22,086.50 |
| Total expenses | $20,308.04 |
| **Net current charges** | $42,394.54 |
| | |
| Net balance forward | $205,857.82 |

**Invoice number  69802**        91100   00001                                    **Page  21**

### Total balance now due                        $248,252.36

| | | | | |
|---|---|---|---|---|
| CAK | Knotts, Cheryl A. | 3.20 | 150.00 | $480.00 |
| DCC | Crossan, Donna C. | 0.80 | 85.00 | $68.00 |
| JEO | O'Neill, James E. | 21.30 | 445.00 | $9,478.50 |
| KKY | Yee, Karina K. | 1.70 | 155.00 | $263.50 |
| KSN | Neil, Karen S. | 2.70 | 65.00 | $175.50 |
| LDJ | Jones, Laura Davis | 0.60 | 675.00 | $405.00 |
| LT | Tuschak, Louise R. | 0.90 | 155.00 | $139.50 |
| MSC | Chappe, Marlene S. | 5.30 | 150.00 | $795.00 |
| PEC | Cuniff, Patricia E. | 49.00 | 155.00 | $7,595.00 |
| RMO | Olivere, Rita M. | 0.60 | 85.00 | $51.00 |
| SLP | Pitman, L. Sheryle | 20.60 | 80.00 | $1,648.00 |
| WLR | Ramseyer, William L. | 2.50 | 395.00 | $987.50 |
| | | 109.20 | | $22,086.50 |

### Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 1.70 | $408.50 |
| CA | Case Administration [B110] | 51.40 | $6,254.00 |
| CR01 | WRG-Claim Analysis (Asbestos) | 11.70 | $2,797.00 |
| FA | WRG-Fee Apps., Applicant | 7.70 | $2,322.50 |
| FA01 | WRG-Fee Applications, Others | 16.20 | $3,531.00 |
| LN | Litigation (Non-Bankruptcy) | 18.80 | $6,423.00 |
| OP | Operations [B210] | 0.80 | $124.00 |
| PD | Plan & Disclosure Stmt. [B320] | 0.60 | $93.00 |
| SL | Stay Litigation [B140] | 0.30 | $133.50 |
| | | 109.20 | $22,086.50 |

### Expense Code Summary

| | |
|---|---|
| Working Meals [E1 | $26.40 |
| Delivery/Courier Service | $3,458.05 |
| DHL- Worldwide Express | $1,009.19 |
| Federal Express [E108] | $515.66 |
| Fax Transmittal [E104] | $55.00 |
| Pacer - Court Research | $171.57 |
| Postage [E108] | $2,757.27 |
| Reproduction Expense [E101] | $12,223.90 |
| Transcript [E116] | $91.00 |
| | $20,308.04 |