# EXHIBIT A

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.　　　　　　　　　　　　　　　　　　　　　　　　　　June 12, 2006
ATTN: Scott Whittier　　　　　　　　　　　　　　　　　　　　　　Invoice 745484  Page 1
7500 Grace Drive
Columbia, MD  21044

| Our Matter # | 02399/01527 | For Services Through 05/31/06 |
|---|---|---|
| Docket No. | 2005-CP-02-879 | |
| Name of Matter: | Quality Maintenance, Inc. | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/01/06 | Telephone conference with Lil Ann Gray regarding depositions.<br>C.E. MANNING | 0.00 hrs. | 0.00/hr | $0.00 |
| 05/06/06 | Prepare for depositions of QMI employees.<br>C.E. MANNING | 0.60 hrs. | 260.00/hr | $156.00 |
| 05/08/06 | Communicate with Lil Ann Gray regarding depositions.<br>C.E. MANNING | 0.00 hrs. | 0.00/hr | $0.00 |
| 05/10/06 | Review documents received from QMI's counsel (0.2); telephone discussion with Lil Ann Gray regarding depositions (0.2).<br>C.E. MANNING | 0.40 hrs. | 260.00/hr | $104.00 |
| 05/11/06 | Telephone conference with Harry Fishel regarding status of case and deposition preparation (0.2); review and respond to correspondence from Lil Ann Gray regarding depositions (0.7); draft and send letter to Ms. Gray regarding deposition of Dan Priebe (0.2).<br>C.E. MANNING | 1.10 hrs. | 260.00/hr | $286.00 |
| 05/13/06 | Review documents produced by plaintiff in preparation for depositions of Tirey Voorhies and John Jendrek (3.2); review discovery responses from plaintiff in preparation for the same (1.9); draft outline of direct examination of Mr. Voorhies (2.2).<br>C.E. MANNING | 7.30 hrs. | 260.00/hr | $1,898.00 |
| 05/14/06 | Review documents produced by plaintiff in preparation for depositions of Tirey Voorhies and John Jendrek (2.5); review discovery responses from plaintiff in preparation for the same (0.8); draft outline of direct examination of Mr. Jendrek (1.0); review documents from QMI bankruptcy (0.6).<br>C.E. MANNING | 4.90 hrs. | 260.00/hr | $1,274.00 |
| 05/15/06 | Prepare for depositions of Tirey Voorhies and John Jendrek (5.6); telephone conference with Scott Whittier regarding settlement authority and depositions (0.3); review documents received from QMI (0.5); communicate with Lil Ann Gray regarding deposition logistics and ground rules (0.4).<br>C.E. MANNING | 6.80 hrs. | 260.00/hr | $1,768.00 |
| 05/16/06 | Prepare for depositions of Tirey Voorhies and John Jendrek (2.1); take deposition of Mr. Voorhies (3.6); settlement discussions with Lil Ann Gray and Mr. Jendrek (1.5); take deposition of Mr. Jendrek (2.3); meet with Attorney Hawkins to discuss depositions (0.4); telephone conference with Scott Whittier regarding the same (0.3).<br>C.E. MANNING | 10.20 hrs. | 260.00/hr | $2,652.00 |

W. R. Grace & Co.
June 12, 2006
Invoice 745484  Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 05/17/06 | Correspond with Lil Ann Gray regarding deposition logistics and witness selection (0.3); correspond with Harry Fishel regarding depositions (0.2). | | | |
| | C.E. MANNING | 0.00 hrs. | 0.00/hr | $0.00 |
| 05/18/06 | Communicate with Lil Ann Gray regarding depositions (0.6); telephone conference with Harry Fishel and Danny Mathis regarding depositions of Tirey Voorhies and John Jendrek (1.1); draft letter to Ms. Gray regarding deposition exhibits (0.1). | | | |
| | C.E. MANNING | 1.80 hrs. | 260.00/hr | $468.00 |
| 05/21/06 | Prepare for deposition of Dan Priebe (1.0); prepare for meeting with Harry Fishel, Danny Mathis and other Grace Davison employees (0.8). | | | |
| | C.E. MANNING | 1.80 hrs. | 260.00/hr | $468.00 |
| 05/22/06 | Meet with Attorney Hawkins regarding expert witness issues (0.2); telephone conference with Attorney VanDine regarding the same (0.1); review deposition transcripts of Tirey Voorhies and John Jendrek and exhibits to the same (3.1); review correspondence from Lil Ann Gray regarding deposition (0.2); draft letter to Ms. Gray regarding the same (0.3). | | | |
| | C.E. MANNING | 3.90 hrs. | 260.00/hr | $1,014.00 |
| 05/23/06 | Telephone conference with Attorney VanDine regarding potential expert witnesses (0.2); prepare for visit to Aiken plant and meeting with Harry Fishel and Danny Mathis (1.2). | | | |
| | C.E. MANNING | 1.40 hrs. | 260.00/hr | $364.00 |
| 05/24/06 | Prepare for meeting with Harry Fishel and Danny Mathis (1.1); meet with Mr. Fishel and Mr. Mathis (0.5); inspect dryer can with Mr. Fishel and Mr. Mathis (0.8); meet with Duane Heyward regarding QMI engagement (0.6); review and summarize notes from meetings (1.1); review correspondence from Lil Ann Gray (0.3). | | | |
| | C.E. MANNING | 4.40 hrs. | 260.00/hr | $1,144.00 |
| 05/25/06 | Prepare for deposition of Dan Priebe (4.5); review summary and notes of meeting with Duane Heyward (0.5); draft deposition outline (0.5). | | | |
| | C.E. MANNING | 5.50 hrs. | 260.00/hr | $1,430.00 |
| 05/26/06 | Prepare for deposition of Dan Priebe (2.1); take deposition of Mr. Priebe via telephone (4.2). | | | |
| | C.E. MANNING | 6.30 hrs. | 260.00/hr | $1,638.00 |
| 05/26/06 | Receive and review correspondence regarding scheduled telephone depositions. | | | |
| | L.J. JENNINGS | 0.00 hrs. | 0.00/hr | $0.00 |
| 05/29/06 | Draft summary of Dan Priebe's deposition for Scott Whittier (0.4); prepare for deposition of Rhonda Hatfield (2.5). | | | |
| | C.E. MANNING | 2.90 hrs. | 260.00/hr | $754.00 |
| 05/30/06 | Prepare for deposition of Rhonda Hatfield (3.4); take deposition of Ms. Hatfield (2.7). | | | |
| | C.E. MANNING | 6.10 hrs. | 260.00/hr | $1,586.00 |
| 05/31/06 | Review rough transcript of Dan Priebe (0.5); telephone conference with Harry Fishel and Danny Mathis (0.8); review deposition transcripts of Tirey Voorhies and John Jendrek (1.1); draft e-mail to Lil Ann Gray regarding hearing report (0.2). | | | |
| | C.E. MANNING | 2.60 hrs. | 260.00/hr | $676.00 |

**Fees for Legal Services** ............................................................................... **$17,680.00**

### BILLING SUMMARY

W. R. Grace & Co.

June 12, 2006
Invoice 745484  Page 3

|  | Hours | Rate/Hr | Dollars |
|---|---:|---:|---:|
| C.E. MANNING | 68.00 | 260.00 | 17,680.00 |
| TOTAL | 68.00 | 260.00 | 17,680.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 05/11/2006 | Telephone 1-803-648-9575 | 0.30 |
| 05/31/2006 | Telephone 1-803-649-4133 | 0.05 |
| 05/31/2006 | Telephone 1-803-648-9575 | 2.25 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................. | | **$2.60** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Telephone | 2.60 |
| TOTAL | $2.60 |

**Net current billing for this invoice** ............................................................................... $17,682.60

**GRAND TOTAL**................................................................................................................ **$17,682.60**

W. R. Grace & Co.

June 12, 2006
Invoice 745484  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/06

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | |
|---|---|
| Fees for Professional Services | $17,680.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.60 |
| **Net current billing for this invoice** | **$17,682.60** |
| **GRAND TOTAL** | **$17,682.60** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

June 5, 2006  
Invoice 744746  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 05/31/06 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

05/05/06  Review Corps permit, prepare correspondence to Mr. Bucens for execution (0.2); telephone conference with Mr. Bucens regarding conditions, follow up needed (0.2).  
N.J. SMITH                                                0.40 hrs.   310.00/hr              $124.00

05/15/06  Review signed permit from Mr. Bucens and prepare package with check to Corps (0.2); brief call with Mr. Bucens regarding same and OCRM permit (0.1).  
N.J. SMITH                                                0.30 hrs.   310.00/hr              $93.00

05/17/06  Confer with Attorney Smith regarding status of OCRM permit.  
L.J. JENNINGS                                             0.20 hrs.   135.00/hr              $27.00

05/19/06  Telephone conference with Ms. Socha regarding availability of fully executed permit, prepare correspondence to Mr. Bucens to transmit same.  
N.J. SMITH                                                0.20 hrs.   310.00/hr              $62.00

**Fees for Legal Services** ................................................................................................. **$306.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.90 | 310.00 | 279.00 |
| L.J. JENNINGS | 0.20 | 135.00 | 27.00 |
| TOTAL | 1.10 | $278.18 | $306.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/05/2006 | Federal Express charge | 13.15 |
| 05/05/2006 | Telephone 1-617-899-0354 | 0.25 |
| 05/09/2006 | VENDOR: Charleston District Finance and Accounti; INVOICE#: 050506; DATE: 5/9/2006 - Permit Processing Fee to USACE | 100.00 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................. **$113.40**

## DISBURSEMENT SUMMARY

**Description**                                                                                                     **Dollars**

W. R. Grace & Co.

June 5, 2006
Invoice 744746  Page 2

| | |
|---|---:|
| Fed Ex | 13.15 |
| Outside Services | 100.00 |
| Telephone | 0.25 |
| TOTAL | $113.40 |

**Net current billing for this invoice** ............................................................................ **$419.40**

**GRAND TOTAL**............................................................................................................ **$419.40**

W. R. Grace & Co.

June 5, 2006
Invoice 744746  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/06

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $306.00 |
| Charges for Other Services Provided/Expenses Incurred | $113.40 |
| **Net current billing for this invoice** | **$419.40** |
| **GRAND TOTAL** | **$419.40** |

**Terms of Payment:  Balance due within thirty days of invoice date**

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

| | |
|---|---|
| W. R. Grace & Co. | June 14, 2006 |
| ATTN: Lydia Duff, Esq. | Invoice 748014  Page  1 |
| Senior Environmental Counsel | |
| 7500 Grace Drive | |
| Columbia, MD  21044 | |

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 05/31/06 |
| Name of Matter: | Fee Applications | |

| Date | Description | | | |
|---|---|---|---|---|
| 05/18/06 | Follow up on status of all outstanding fee applications. | | | |
| | B.J. BURN | 0.20 hrs. | 230.00/hr | $46.00 |
| 05/23/06 | Finalize 20th Quarterly Summary and Fee Application for attorney review and signature. | | | |
| | A.R. PRICE | 1.70 hrs. | 115.00/hr | $195.50 |
| 05/24/06 | Review and edit 20th Quarterly Fee Application. | | | |
| | B.J. BURN | 0.40 hrs. | 230.00/hr | $92.00 |
| 05/24/06 | Analyze invoices and draft April 2006 Fee Application for attorney review. | | | |
| | A.R. PRICE | 2.80 hrs. | 115.00/hr | $322.00 |
| 05/25/06 | Edit and review April 2006 Fee Application. | | | |
| | B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 05/25/06 | Follow up with paralegal on issue regarding approval of monthly fee applications. | | | |
| | B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |

**Fees for Legal Services** ............................................................................................... **$747.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.00 | 230.00 | 230.00 |
| A.R. PRICE | 4.50 | 115.00 | 517.50 |
| TOTAL | 5.50 | 135.91 | 747.50 |

**Net current billing for this invoice** ............................................................................... **$747.50**

**GRAND TOTAL**............................................................................................................. **$747.50**

W. R. Grace & Co.

June 14, 2006
Invoice 748014  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $747.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

    **Net current billing for this invoice** ............................................................... **$747.50**

**GRAND TOTAL**............................................................................................................... **$747.50**

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701