# EXHIBIT A

# BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600              Fax:(732)345-5117

Gloucester New Communities Co. Inc.                April 19, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

|  |  | File #: | 1047-05 |
|---|---|---|---|
| **Attention:** | Akos L. Nagy | Inv #: | 3424 |

RE:     v. Remington Vernick

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Mar-03-06 | Review of file in preparation of motion to retain jurisdiction. | 4.20 | REM |
|  | Drafting of statement of facts for motion to retain jurisdiction. | 1.30 | REM |
| Mar-04-06 | Drafting of motion to retain jurisdiction. | 0.60 | REM |
| Mar-06-06 | Attendance at document review with Engineering Expert; discovery meeting with Henry Tyler | 11.00 | WJB |
| Mar-07-06 | Telephone call with Henry Tyler | 0.50 | WJB |
|  | Telephone call with Akos Nagy | 1.00 | WJB |
| Mar-11-06 | Telephone call with Akos Nagy | 1.50 | WJB |
| Mar-13-06 | Attendance at deposition of Mike Meyer | 9.00 | WJB |
|  | Correspondence to attorney for Remington Vernick Re: request for more specific answers to interrogatories. | 0.20 | ATB |
| Mar-15-06 | Telephone call with Henry Tyler | 0.60 | WJB |
|  | Review of subpoena | 0.50 | WJB |
|  | Telephone call with Henry Tyler | 0.50 | WJB |
| Mar-16-06 | Telephone call with Henry Tyler | 1.50 | WJB |
|  | Telephone call with Henry Tyler & Michelle Gibson (2) | 0.50 | WJB |
|  | Preparation of answers to supplemental interrogatories. | 0.50 | ATB |
|  | telephone call with H. Tyler re: motion for case to remain in Superior Court. | 1.20 | REM |
| Mar-20-06 | Telephone call with Henry Tyler | 0.70 | WJB |
|  | Telephone call with Akos Nagy | 0.50 | WJB |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Preparation of letter to M. Gibson regarding deposition dates; phone call with Michelle Gibson | 0.50 | WJB |
| | Telephone call with Henry Tyler & Mike Sparo | 0.50 | WJB |
| | Review of Order regarding Van Note Harvey discovery | 0.50 | WJB |
| Mar-21-06 | Telephone call with Henry Tyler & Mike Spano; Henry Tyler | 0.80 | WJB |
| | Telephone call with Akos Nagy | 1.00 | WJB |
| Mar-22-06 | Review of Van Note Harvey documents | 1.70 | WJB |
| Mar-23-06 | Telephone call with Henry Tyler | 0.70 | WJB |
| | Telephone call with Akos Nagy | 0.50 | WJB |
| Mar-24-06 | Telephone call with H. Tyler | 0.50 | WJB |
| | Telephone call with Akos Nagy | 1.00 | WJB |
| | Review of Van Note discovery for Monday meeting | 1.00 | WJB |
| | Telephone call with Anthony Zappazodi | 0.50 | WJB |
| Mar-27-06 | Attendance at meeting with representatives of Van Note Harvey | 8.00 | WJB |
| Mar-28-06 | Attendance at meeting with representatives from Van Note Harvey; | 8.00 | WJB |
| Mar-29-06 | Preparation of deposition of Mike Meyer | 2.00 | WJB |
| | Attendance at deposition of Ken Schatz | 8.00 | WJB |
| Mar-30-06 | Attendance at deposition of Mike Meyer | 11.00 | WJB |
| Apr-03-06 | Legal Research and preparation of legal memorandum Re: NJ RICO statute. | 3.00 | ATB |
| Apr-04-06 | Telephone call with Anthony Zappazodi | 1.00 | WJB |
| | Telephone call with Henry Tyler | 0.70 | WJB |
| | Telephone call with Akos Nagy (2) | 0.50 | WJB |
| | Preparation of memorandum Re: RICO Act. | 2.00 | ATB |
| Apr-05-06 | Telephone call with Henry Tyler | 0.50 | WJB |
| | Telephone call with Akos Nagy | 0.50 | WJB |
| | Telephone call with Henry Tyler & Bob Kenney; Akos Nagy & Henry Tyler | 1.50 | WJB |
| | Legal Research for motion to retain jurisdiction. | 2.80 | REM |
| Apr-06-06 | Telephone call with Henry Tyler | 0.30 | WJB |
| | Telephone call with Akos Nagy | 0.50 | WJB |
| | Review of pleadings file. | 1.20 | REM |
| | Preparation of discovery notices | 1.50 | TAS |
| Apr-07-06 | Telephone call with Henry Tyler; Akos Nagy | 1.00 | WJB |
| | Review of supplemental answers to interrogatories | 0.50 | WJB |
| | Review of corresspondence | 0.30 | WJB |
| | Preparation of answers to supplementary interrogatories. | 1.00 | ATB |
| Apr-10-06 | Telephone call with Henry Tyler | 0.50 | WJB |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Telephone call with Akos Nagy | 0.50 | WJB |
| | Legal Research | 1.00 | WJB |
| | Telephone call with Master for Discovery | 0.50 | WJB |
| | Telephone call with Henry Tyler | 0.50 | WJB |
| | Telephone call with Mike Spiro | 0.50 | WJB |
| | Telephone call with Akos Nagy | 0.40 | WJB |
| | Telephone call with Akos Nagy | 0.20 | WJB |
| | Review of Meyer's transcripts | 2.00 | WJB |
| Apr-11-06 | Attendance at deposition of Mike Meyer | 11.50 | WJB |
| | Review of file re: pleadings made in case; drafting of motion to retain jurisdiction. | 4.60 | REM |
| Apr-12-06 | Telephone call with Andy Long | 1.00 | WJB |
| | Telephone call with Henry Tyler | 1.00 | WJB |
| | Telephone call with Akos Nagy (2) | 0.60 | WJB |
| | Telephone call with Henry Tyler | 0.20 | WJB |
| | Legal Research re: construction board of appeals. | 5.60 | REM |
| Apr-13-06 | Legal Research in preparation of motion to retain jurisdiction. | 2.90 | REM |
| Apr-14-06 | Telephone call with Henry Tyler | 1.00 | WJB |
| | Telephone call with Akos Nagy (2) | 1.00 | WJB |

| | Totals | 136.30 | $35,642.50 |
|---|---|---|---|

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| Mar-13-06 | New Jersey Lawyers Service to Timothy Scaffidi, Esq. | 3.67 | |
| | New Jersey Lawyers Service to Henry Tyler, Esq. | 3.67 | |
| | New Jersey Lawyers Service to Richard Hertzberg, Esq. | 3.67 | |
| | New Jersey Lawyers Service to Richard Berkey, Esq. | 3.67 | |
| Mar-17-06 | photocopy expense | 66.89 | |
| | Totals | $81.57 | $0.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | $35,724.07 |
| Previous Balance | $15,892.18 |
| Previous Payments | $0.00 |
| **Balance Due Now** | $51,616.25 |

# *BOWE & FERNICOLA, LLC*

The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600        Fax:(732)345-5117

Gloucester New Communities Co. Inc.                     June 1, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

|  |  | File #: | 1047-05 |
|---|---|---|---|
| **Attention:** | Akos L. Nagy | Inv #: | 3425 |

**RE:**   v. Remington Vernick

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Apr-17-06 | Telephone call with Henry Tyler & Rob Moore | 1.00 | WJB |
|  | Legal Research in preparation for motion to retain jurisdiction. | 5.60 | REM |
| Apr-18-06 | Telephone call with Henry Tyler | 0.50 | WJB |
|  | Review of prior pleadings and research for Motion on Jurisdiction | 5.00 | WJB |
|  | Telephone call with Henry Tyler | 0.50 | WJB |
|  | Telephone call with Akos Nagy | 0.50 | WJB |
|  | Telephone call with Akos Nagy | 0.20 | WJB |
|  | Review of transcripts for statement of facts | 2.50 | WJB |
|  | Preparation of answers to supplemental interrogatories. | 2.50 | ATB |
|  | Preparation of answers to supplemental interrogatories. | 2.00 | ATB |
|  | Review of motion transcipts. | 1.70 | REM |
| Apr-19-06 | Telephone call with Henry Tyler (2) | 0.50 | WJB |
|  | Telephone call with Akos Nagy (2) | 0.50 | WJB |
|  | Drafting of motion to retain jurisdiction. | 7.10 | REM |
| Apr-24-06 | Review of motion | 0.50 | WJB |
|  | Telephone call with Henry Tyler | 0.30 | WJB |
|  | Review of Appellate ruling in Killiam Associates case; review of cited case law | 2.50 | WJB |
|  | Telephone call with Anthony Zappasodi | 0.50 | WJB |
|  | Telephone call with Michelle Gibson | 0.20 | WJB |
|  | Telephone call with Henry Tyler | 1.00 | WJB |
|  | Drafting of motion to retain jurisdiction. | 5.90 | REM |
| Apr-25-06 | Telephone call with Akos Nagy | 1.00 | WJB |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Telephone call with Henry Tyler | 1.00 | WJB |
| | Telephone call with Akos Nagy | 0.30 | WJB |
| | Revision of Lease Amendment | 1.00 | WJB |
| | Legal Research re: inspection escrow accounts | 2.80 | REM |
| | Review of prior pleading exhibits. | 1.50 | REM |
| | Drafting of motion to retain jurisdiction. | 3.20 | REM |
| Apr-26-06 | Telephone call with Michelle Gibson | 0.50 | WJB |
| | Telephone call with Henry Tyler | 0.30 | WJB |
| | Conference/meeting with Rob Moore regarding motion | 0.50 | WJB |
| | Drafting of motion to retain jurisdiction. | 4.60 | REM |
| Apr-27-06 | Review of and revisions to Motion on jurisdiction | 2.50 | WJB |
| | Telephone call with Henry Tyler (3) | 0.70 | WJB |
| | Telephone call with Henry Tyler and Rob Moore | 2.20 | WJB |
| | Legal Research re: Killam decision. | 3.50 | REM |
| Apr-28-06 | Drafting of motion to retain jurisdiction. | 2.10 | REM |
| May-01-06 | Review of answers to interrogatories | 1.50 | WJB |
| | Telephone call with Henry Tyler | 0.60 | WJB |
| | Telephone call with Akos Nagy | 1.00 | WJB |
| | Telephone call with Akos Nagy | 0.40 | WJB |
| | Preparation of answers to supplemental interrogatories. | 1.50 | ATB |
| | Drafting of motion to retain jurisdiction. | 2.70 | REM |
| May-02-06 | Attendance at meeting with Dave Kutz and Henry Tyler re: damages | 6.00 | WJB |
| May-03-06 | Telephone call with Henry Tyler | 0.50 | WJB |
| | Conference/meeting with Robert Moore regarding brief on jurisdiction | 1.00 | WJB |
| | Drafting of motion to retain jurisdiction. | 7.20 | REM |
| May-04-06 | Revision of motion regarding jurisdiction | 3.50 | WJB |
| | Drafting of motion to retain; compilation of exhibits to attach to brief. | 5.90 | REM |
| May-05-06 | Drafting of motion to retain jurisdiction. | 5.30 | REM |
| May-06-06 | Review of and revisions to the Motion on jurisdiction | 1.50 | WJB |
| May-08-06 | Attendance at documents examination and production | 12.00 | WJB |
| | Drafting of motion to retain jurisdiction. | 10.10 | REM |
| May-09-06 | Telephone call with Henry Tyler & Rob Moore; Henry Tyler & Anthony Zappazodi; Henry Tyler (2) | 1.50 | WJB |
| | Telephone call with Henry Tyler | 0.50 | WJB |
| | Revision of motion to retain jurisdiction; call with H. Tyler. | 2.20 | REM |
| May-10-06 | Revision of Motion | 1.00 | WJB |

| Date | Description | Hours | Atty |
|---|---|---|---|
|  | Telephone call with Henry Tyler | 0.50 | WJB |
| May-12-06 | Revision of motion to retain jurisdiction. | 0.60 | REM |
| May-15-06 | Telephone call with Akos Nagy (2) | 1.00 | WJB |
|  | Review of motion | 2.50 | WJB |
| May-16-06 | Telephone call with Henry Tyler | 0.50 | WJB |
|  | Telephone call with Akos Nagy | 0.50 | WJB |
|  | Telephone call with Akos Nagy | 1.00 | WJB |
|  | Revision of Motion and Brief | 1.50 | WJB |
|  | Preparation of certification in support of motion to retain jurisdiction. | 8.70 | REM |
| May-17-06 | Preparation of motion to retain jurisdiction for filing. | 5.70 | REM |
| May-18-06 | Preparation for conference with Judge Rafferty | 2.50 | WJB |
|  | Telephone call with Henry Tyler (2) | 1.00 | WJB |
|  | Telephone call with Judge Rafferty's chambers re: page numbers; receipt of emails re: same. | 0.40 | REM |
| May-22-06 | Telephone call with Akos Nagy | 1.50 | WJB |
|  | Telephone call with Henry Tyler | 1.00 | WJB |
| May-23-06 | Telephone call with Henry Tyler | 0.80 | WJB |
| May-24-06 | Attendance at strategy meeting with Henry Tyler; Akos Nagy & Dan Ljoka | 6.00 | WJB |
| May-30-06 | Telephone call with Akos Nagy - update | 0.50 | WJB |
|  | Telephone call with Henry Tyler; H. Tyler & Bob Kinney; Anthony Zapposodi | 1.00 | WJB |
| May-31-06 | Telephone call with Henry Tyler | 1.00 | WJB |
|  | Telephone call with Anthony Zappozodi | 0.50 | WJB |
|  | Totals | 173.30 | $43,017.50 |

## DISBURSEMENTS

| Date | Description | Disbursements | Receipts |
|---|---|---|---|
| May-08-06 | overnight mail | 11.89 |  |
| May-17-06 | New Jersey Lawyers Service to Henry Tyler, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Michelle Gibson, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Timothy Scaffidi, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Richard Berkey, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Theodore Baker, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Steven Slaven, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Michael A. Spero, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Clerk, Superior Court | 3.67 |  |

|  |  |  |
|---|---:|---:|
| Totals | $41.25 | $0.00 |
| **Total Fees, Disbursements** |  | **$43,058.75** |
| Previous Balance |  | $51,616.25 |
| Previous Payments |  | $0.00 |
| **Balance Due Now** |  | **$94,675.00** |

# BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600             Fax:(732)345-5117

Gloucester New Communities Co. Inc.  
Village Center Dr.  
Suite 210  
Swedesboro, NJ 08085

March 4, 2006

**Attention:** Akos L. Nagy

File #:   1047-03  
Inv #:    3232

RE:   GNCC to Summit Ventures, LLC

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Feb-02-06 | Telephone call with Akos Nagy | 1.20 | WJB |
| Feb-06-06 | Telephone call with Akos Nagy (2) | 1.00 | WJB |
|  | Review of Woolwich Checklist for subdivision | 0.50 | WJB |
|  | Telephone call with Pennoni Associates (2) | 0.50 | WJB |
|  | Preparation of subdivision application | 1.00 | WJB |
| Feb-07-06 | Attendance at meeting with Akos Nagy & Mike Lee | 10.00 | WJB |
| Feb-16-06 | Review of Motions and Judge Rafferty's order | 1.00 | WJB |
| Feb-22-06 | Telephone call with Akos Nagy - status of issues | 1.00 | WJB |
|  | Review of COAH settlement issues | 1.00 | WJB |
| Feb-27-06 | Telephone call with Akos Nagy | 0.50 | WJB |
| Feb-28-06 | Telephone call with Sal Bianca (2); review of file | 1.00 | WJB |
| Mar-01-06 | Telephone call with Akos Nagy | 1.00 | WJB |
|  | Review of client materials | 1.00 | WJB |
|  | Telephone call with Sal Bianca (2) | 0.80 | WJB |
|  | Review of file | 0.50 | WJB |
| Mar-02-06 | Preparation of response to Creditor's committee | 1.50 | WJB |
|  | Telephone call with Akos Nagy | 0.50 | WJB |
|  | Telephone call with Akos Nagy | 1.00 | WJB |
|  | Revision of letter to Sal Bianca | 0.50 | WJB |
|  | Telephone call with Bob Gunther | 0.50 | WJB |

Totals                                26.00     $7,125.00

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---:|---:|
| Jan-20-06 | NY Times | 3.95 | |
| | Totals | $3.95 | $0.00 |
| | **Total Fees, Disbursements** | | $7,128.95 |
| | Previous Balance | | $2,237.00 |
| | Previous Payments | | $2,237.00 |
| | **Balance Due Now** | | **$7,128.95** |

# BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600　　　　　　　Fax:(732)345-5117

Gloucester New Communities Co. Inc.　　　　　　　April 19, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

|  |  |
|---|---|
| File #: | 1047-03 |
| Inv #: | 3288 |

**Attention:** Akos L. Nagy

**RE:** GNCC to Summit Ventures, LLC

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Mar-06-06 | Review of Consent Order; review of Regulations | 2.50 | WJB |
| Mar-07-06 | Telephone call with Sal Bianca | 0.20 | WJB |
| Mar-08-06 | Telephone call with Akos Nagy | 0.50 | WJB |
| Mar-10-06 | Review of letter from K Hovnanian | 0.50 | WJB |
| Mar-15-06 | Preparation of conflicts letter | 1.00 | WJB |
| Mar-21-06 | Telephone call with Patti Wood | 0.50 | WJB |
| Mar-22-06 | Telephone call with Akos Nagy | 0.20 | WJB |
| Mar-30-06 | Attendance at meeting with Patti Wood - Weatherby issues | 2.00 | WJB |
| Apr-10-06 | Review of County road easements and plans (revised) | 1.00 | WJB |
|  | Telephone call with Pennoni Associates | 0.50 | WJB |
|  | Telephone call with Patti Wood status of outstanding items | 1.00 | WJB |
|  | Totals | 9.90　$2,722.50 |  |

| | |
|---|---|
| **Total Fees, Disbursements** | **$2,722.50** |
| Previous Balance | $7,128.95 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$9,851.45** |

## BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600           Fax:(732)345-5117

Gloucester New Communities Co. Inc.                    June 1, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

|            |                  | File #: | 1047-03 |
|------------|------------------|---------|---------|
| **Attention:** | Akos L. Nagy | Inv #:  | 3422    |

**RE:**    GNCC to Summit Ventures, LLC

| DATE | DESCRIPTION | HOURS | LAWYER |
|------|-------------|-------|--------|
| Apr-17-06 | Telephone call with Akos Nagy | 0.50 | WJB |
|           | Telephone call with Lori Heller | 0.30 | WJB |
|           | Telephone call with Patti Wood (2) | 0.30 | WJB |
|           | Telephone call with Chuck Smith-Pennoni | 0.50 | WJB |
| Apr-24-06 | Telephone call with Chuck Smith - Pennoni | 0.50 | WJB |
|           | Review of subdivision plan | 0.50 | WJB |
| Apr-25-06 | Telephone call with Mark D'Agostino | 0.50 | WJB |
| Apr-26-06 | Review of Franklin Bank easements | 1.00 | WJB |
|           | Telephone call with Patti Wood - easements and property line dispute | 1.00 | WJB |
|           | Review of property line dispute | 1.00 | WJB |
| May-01-06 | Telephone call with Title Company; Patti Wood | 0.80 | WJB |
|           | Review of old deeds | 0.50 | WJB |
| May-02-06 | Conference/meeting with Mark D'Agostino on title issue | 2.50 | WJB |
|           | Telephone call with Akos Nagy | 0.20 | WJB |
|           | Telephone call with Patti Wood | 0.20 | WJB |
| May-03-06 | Telephone call with Title company | 0.50 | WJB |
|           | Telephone call with Jackie Elder; Mike Lee (3) | 1.00 | WJB |
|           | Telephone call with Patti Wood | 0.20 | WJB |
| May-04-06 | Telephone call with Akos Nagy (2) | 0.60 | WJB |
| May-09-06 | Telephone call with Akos Nagy (3) | 1.00 | WJB |
| May-10-06 | Review of Amendment to Water Easement | 1.50 | WJB |
| May-16-06 | Telephone call with Chuck Smith | 0.50 | WJB |

| Date | Description | Hours | Atty |
|---|---|---|---|
|  | Telephone call with Patti Wood; Joe DeCord | 1.00 | WJB |
| May-22-06 | Telephone call with Mark D'Agostino and Joe DeCord | 0.50 | WJB |
|  | Telephone call with Patti Wood | 0.50 | WJB |
|  | Telephone call with Mike Lee | 0.40 | WJB |
|  | Review of deed descriptions | 0.50 | WJB |
| May-23-06 | Telephone call with Akos Nagy | 0.70 | WJB |
|  | Telephone call with Chuck Smith (2) | 1.00 | WJB |
|  | Telephone call with Akos Nagy | 0.30 | WJB |
|  | Telephone call with Mark D'Agostino | 0.70 | WJB |
|  | Telephone call with Patti Wood | 0.50 | WJB |
| May-24-06 | Attendance at meeting with Patti Wood regarding status of outstanding matters | 1.00 | WJB |
| May-25-06 | Attendance at meeting with client | 4.00 | WJB |
| May-26-06 | Attendance at meeting with client and staff regarding office closing | 4.00 | WJB |
| May-30-06 | Telephone call with Akos Nagy - status | 0.50 | WJB |
| May-31-06 | Telephone call with Chuck Smith (3); Akos Nagy (3); review proposal and waiver form | 1.50 | WJB |

|  | Totals | 32.70 | $8,945.00 |
|---|---|---|---|

| **DISBURSEMENTS** |  | **Disbursements** | **Receipts** |
|---|---|---|---|
| Apr-04-06 | conferencing service | 86.34 |  |
| May-08-06 | overnight mail | 11.89 |  |
|  | Totals | $98.23 | $0.00 |
|  | **Total Fees, Disbursements** |  | **$9,043.23** |
|  | Previous Balance |  | $9,851.45 |
|  | Previous Payments |  | $0.00 |
|  | **Balance Due Now** |  | **$18,894.68** |

# BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600         Fax:(732)345-5117

Gloucester New Communities Co. Inc.                March 4, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

|  |  | File #: | 1047-05 |
|---|---|---|---|
| **Attention:** | Akos L. Nagy | Inv #: | 3233 |

**RE:**    v. Remington Vernick

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Feb-01-06 | Telephone call with Henry Tyler; Henry Tyler, Tim Scaffiddi and Michelle Gibson; Judge Rafferty; Henry Tyler | 1.50 | WJB |
|  | Telephone call with Akos Nagy | 0.20 | WJB |
|  | Revision of and finalizing of answers to Interrogatories. | 2.00 | WJB |
|  | Telephone call with Henry Tyler, Anthony Zappazodi, Michelle Gibson | 0.50 | WJB |
|  | Telephone call with Sal Bianca - Kirkland Ellis | 0.50 | WJB |
|  | Telephone call with Lori Heller | 0.20 | WJB |
|  | Telephone call with Eric Eller | 0.20 | WJB |
|  | Preparation of answers to interrogatories. | 0.50 | ATB |
| Feb-02-06 | Telephone call with Henry Tyler; Henry Tyler & Judge Rafferty's clerk | 0.50 | WJB |
|  | Correspondence to attorney for Remington Vernick Re: enclosing answers to interrogatories. | 0.20 | ATB |
| Feb-03-06 | Attendance at status conference | 8.00 | WJB |
| Feb-06-06 | Review of form of Order | 0.20 | WJB |
|  | Telephone call with Henry Tyler | 0.50 | WJB |
| Feb-08-06 | Preparation of Donofrio deposition outline | 2.50 | WJB |
| Feb-09-06 | Attendance at deposition of A. Donofrio | 9.00 | WJB |
| Feb-20-06 | Preparation of outline for S. Osborn deposition | 1.50 | WJB |
|  | Correspondence to attorney for Woolwich Township Re: answers to interrogatories. | 0.20 | ATB |
| Feb-21-06 | Attendance at deposition of Susan Osborn | 11.00 | WJB |
| Feb-22-06 | Telephone call with Akos Nagy | 1.00 | WJB |
|  | Telephone call with Henry Tyler | 0.50 | WJB |

| Date | Description | Hours | | Atty |
|---|---|---|---|---|
| | Telephone call with Henry Tyler; Akos Nagy | 0.50 | | WJB |
| Feb-24-06 | Telephone call with Henry Tyler; Akos Nagy | 1.00 | | WJB |
| | Preparation of deposition outline for Mike Mayer's deposition. | 3.50 | | WJB |
| Feb-28-06 | Telephone call with Henry Tyler; Henry Tyler & Michelle Gibson | 0.50 | | WJB |
| | Review of and revise document request and Interrogatories | 0.50 | | WJB |
| | Preparation of response to supplemental interrogatories | 1.00 | | WJB |
| | Telephone call with HenryTyler | 1.00 | | WJB |
| | Telephone call with Akos Nagy | 0.20 | | WJB |
| Mar-03-06 | Attendance at document production of Van Note Harvey Engineers | 9.00 | | WJB |
| | Totals | 57.90 | $15,877.50 | |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| Feb-02-06 | New Jersey Lawyers Service to Henry Tyler, Esq. | 3.67 | |
| | New Jersey Lawyers Service to Richard F. Berkey, Esq. | 3.67 | |
| | New Jersey Lawyers Service to Timothy Scaffidi, Esq. | 3.67 | |
| | New Jersey Lawyers Service to Michele Gibson, Esq. | 3.67 | |
| | Totals | $14.68 | $0.00 |
| | **Total Fees, Disbursements** | | $15,892.18 |
| | Previous Balance | | $17,580.07 |
| | Previous Payments | | $17,580.07 |
| | **Balance Due Now** | | **$15,892.18** |

# BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600                Fax:(732)345-5117

Gloucester New Communities Co. Inc.                April 19, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

|  |  | File #: | 1047-03 |
|---|---|---|---|
| **Attention:** Akos L. Nagy |  | Inv #: | 3288 |

RE:    GNCC to Summit Ventures, LLC

| DATE | DESCRIPTION | HOURS |  | LAWYER |
|---|---|---|---|---|
| Mar-06-06 | Review of Consent Order; review of Regulations | 2.50 |  | WJB |
| Mar-07-06 | Telephone call with Sal Bianca | 0.20 |  | WJB |
| Mar-08-06 | Telephone call with Akos Nagy | 0.50 |  | WJB |
| Mar-10-06 | Review of letter from K Hovnanian | 0.50 |  | WJB |
| Mar-15-06 | Preparation of conflicts letter | 1.00 |  | WJB |
| Mar-21-06 | Telephone call with Patti Wood | 0.50 |  | WJB |
| Mar-22-06 | Telephone call with Akos Nagy | 0.20 |  | WJB |
| Mar-30-06 | Attendance at meeting with Patti Wood - Weatherby issues | 2.00 |  | WJB |
| Apr-10-06 | Review of County road easements and plans (revised) | 1.00 |  | WJB |
|  | Telephone call with Pennoni Associates | 0.50 |  | WJB |
|  | Telephone call with Patti Wood status of outstanding items | 1.00 |  | WJB |
|  | Totals | 9.90 | $2,722.50 |  |

| **Total Fees, Disbursements** | **$2,722.50** |
|---|---|
| Previous Balance | $7,128.95 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$9,851.45** |