IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO, *et al.*, | ) | Case No. 01-01139 |
| | ) | |
| Debtors. | ) | **Objections due by: July 7, 2006** |
| | ) | **Hearing Date: July 24, 2006 at 2:00 p.m.** |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 12644**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Motion for Leave to File Late Claim filed on June 15, 2006. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than July 7, 2006.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

DATED: <u>July 11, 2006</u>

<u>/s/ John Waters-Tuesday, July 11, 2006</u>
JOHN WATERS, IS9999946
Attorney At Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306
(515) 281-6427
Fax: (515) 281-0763