**CERTIFICATE OF SERVICE**

I hereby certify that on July 11th, 2006, copies of the foregoing Iowa Department of Revenue's Certification of No Objection Regarding Docket No. 12644 were served by U.S. Mail, First Class, postage prepaid, on the parties listed on the attached list.

/s/ John Waters – Tuesday, July 11, 2006
JOHN WATERS

Kirkland & Ellis
James H.M. Sprayregen, Esq.
Janet S. Baer, Esq.
200 East Randolph Drive
Chicago, IL  60601

Pachulski, Stang, Ziehl, Young, Jones,
Weintraub, LLP
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
919 North Market, Suite 1600
Wilmington, DE  19899-8705

Stroock & Stroock & Lavan, LLP
Lewis Kruger, Esq.
Arlene Krieger, Esq.
180 Maiden Lane
New York, NY  10038-4982

Kramer, Lavine, Naftalis & Frankel, LLP
Gary M. Becker, Esq.
Philip Bentley, Esq.
919 Third Avenue
New York, NY  10022

Caplin & Drysdale
Elihu Inselbuch, Esq.
Rita Tobin, Esq.
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Campbell & Levine
Marla Rosoff Eskin Esq.
Mark T. Hurford Esq.
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE  19801

Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2336

David Krauder
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801