# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# MAY 1-31, 2006



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 15, 2006
Client No. 17367
Invoice No. 1017990

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 2 - Case Administration**

| | | | |
|---|---|---|---|
| 05/02/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/04/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/05/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/05/06 | D. Fullem | Review docket updates in main and related cases (.2); prepare update to calendar of hearings and deadlines (.8). | 1.00 |
| 05/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/12/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/13/06 | D. Fullem | Review docket updates on main case and related cases (.4); update calendar of hearings and deadlines (.5); circulate to R. Wyron and D. Felder (.1). | 1.00 |
| 05/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/15/06 | D. Fullem | Prepare revised calendars with additional comments by D. Felder and circulate current update to R. Wyron. | 0.30 |
| 05/16/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/16/06 | D. Fullem | Review e-mail from D. Felder regarding information for calendar update. | 0.10 |
| 05/16/06 | D. Fullem | Review daily docket update. | 0.10 |
| 05/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/18/06 | D. Fullem | Review docket updates (.5); update Grace calendar and circulate to R. Wyron and D. Felder (1.0). | 1.50 |
| 05/18/06 | D. Fullem | Confer with P. Reyes regarding certain returned mail packages and updating of service list. | 0.10 |
| 05/19/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/19/06 | D. Fullem | Review and respond to D. Felder's comments to calendar (.2); prepare revised version of calendar and circulate to R. Wyron and D. Felder (.8). | 1.00 |
| 05/22/06 | D. Fullem | Review and update dockets; circulate to interested parties. | 0.10 |
| 05/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

June 15, 2006
Invoice No. 1017990

| 05/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/25/06 | D. Fullem | Review docket updates for the week (.4); prepare updated calendar of hearings and deadlines (.5); forward to R. Wyron and D. Felder (.1). | 1.00 |
| 05/26/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

|  | Total Hours | 9.60 |  |
|  | Total For Services |  | $1,778.00 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Rachael Barainca | 3.40 | 140.00 | 476.00 |
| Debra O. Fullem | 6.20 | 210.00 | 1,302.00 |
| Total All Timekeepers | 9.60 | $185.21 | $1,778.00 |

Disbursements

| Court Photocopy/Document Retrieval Fee | 314.24 |  |
| Duplicating Expense | 19.65 |  |
| Express Delivery | 7.27 |  |
| Telephone | 0.20 |  |
| Total Disbursements |  | $341.36 |

**Total For This Matter**                     **$2,119.36**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 7 – Insurance Matters**

| | | | |
|---|---|---|---|
| 05/02/06 | Y. Even | Review of memos from Swidler Berlin regarding analysis of Grace's insurance assets. | 6.50 |
| 05/04/06 | Y. Even | Review of decisions on allocation of liability of Grace's insurers. | 4.30 |
| 05/09/06 | Y. Even | Review of decisions in Maryland v. Grace. | 3.50 |
| 05/15/06 | M. Stolper | Call with R. Wyron and S. Foresta to provide context for proposed settlement agreement. | 1.00 |
| 05/15/06 | R. Wyron | Confer with M. Stolper (.2); review pending Equitas issues (.6); organize call on Equitas (.6). | 1.40 |
| 05/24/06 | M. Stolper | Call with S. Foresta and R. Wyron regarding issues arising out of settlement agreement. | 0.50 |
| 05/24/06 | R. Wyron | Call with insurance coverage lawyers regarding Equitas deal and follow-up. | 0.60 |
| 05/24/06 | S. Foresta | Analyze various allocation scenarios to determine reasonableness of Lloyd's settlement (2.5); review revised settlement agreement and discuss issues and concerns with M. Stolper (2.0). | 4.50 |
| 05/25/06 | M. Stolper | Review revised draft of settlement agreement with Lloyds and discuss same with S. Foresta and R. Wyron. | 4.00 |
| 05/25/06 | S. Foresta | Review and analyze revised settlement agreement between Grace and Lloyd's of London (.8); meeting with M. Stolper to discuss same (.2); telephone conference with R. Wyron and J. Guy (.3). | 1.30 |
| 05/26/06 | R. Wyron | Review file and pleadings on Equitas settlement (1.2); call with S. Forester and M. Stolper regarding issues, strategy and follow-up (1.1); call to J. Baer and follow-up (.2). | 2.50 |
| 05/26/06 | S. Foresta | Prepare for and participate in conference call with R. Wyron and M. Stolper to review revised Settlement Agreement between Grace and Lloyd's (1.3); follow up review of file (.6). | 1.80 |
| 05/30/06 | S. Foresta | Continue review and analysis of allocation materials to assess reasonableness of Lloyd's Underwriters proposed settlement (2.9); review e-mail exchange between R. Wyron and R. Horkovich re conference call with Grace's counsel (.2). | 3.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

June 15, 2006
Invoice No. 1017990

| 05/31/06 | S. Foresta | Meet with M. Stolper to discuss settlement issues (.2); review e-mails re upcoming conference call with Grace's counsel (.1); continue analysis of settlement proposal (1.5). | 1.80 |

|  | Total Hours | 36.80 |  |
|  | Total For Services |  | $17,417.50 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Yonatan Even | 14.30 | 200.00 | 2,860.00 |
| Stephen G. Foresta | 12.50 | 675.00 | 8,437.50 |
| Michael T. Stolper | 5.50 | 585.00 | 3,217.50 |
| Richard H. Wyron | 4.50 | 645.00 | 2,902.50 |
| Total All Timekeepers | 36.80 | $473.30 | $17,417.50 |

Disbursements
    Duplicating Expense       12.00
    Westlaw Research       6.00
             Total Disbursements    $18.00

**Total For This Matter**    **$17,435.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter:  8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/01/06 | D. Felder | Review recently filed pleadings. | 0.30 |
| 05/01/06 | G. Rasmussen | Conference with L. West concerning his research regarding debtors' experts. | 0.30 |
| 05/01/06 | R. Wyron | Review proposed orders (.3); participate in conference call with mediator on Libby issues (.6); follow-up notes and e-mails (.3); confer with D. Felder regarding follow-up (.2). | 1.40 |
| 05/01/06 | R. Frankel | Telephone conference with D. Cohn re Libby trust issues (.5); confer with R. Wyron re same (.3); consider various Libby claims structures (.4). | 1.20 |
| 05/02/06 | D. Felder | Review proposed orders regarding Whitehouse discovery and e-mail Debtors' counsel regarding same (.2); review recently filed pleadings (.2). | 0.40 |
| 05/03/06 | R. Frankel | Review issues re possible Libby structures. | 0.70 |
| 05/04/06 | A. Kim | Analysis of materials on experts to date in support of cross-examination work. | 0.50 |
| 05/05/06 | K. Neureiter | Per G. Rasmussen, perform Lexis research in third circuit re exclusion of expert witnesses and review numerous results. | 3.60 |
| 05/05/06 | K. Neureiter | Begin summary of cases addressing reliability/credibility of witness. | 1.60 |
| 05/05/06 | D. Felder | Review calendar and docket and e-mails to D. Fullem regarding same. | 0.20 |
| 05/05/06 | R. Wyron | Review materials on retirement plans and e-mails regarding same. | 0.90 |
| 05/08/06 | K. Neureiter | Continue analysis of cases re exclusion of expert and/or expert report. | 5.90 |
| 05/08/06 | D. Felder | Review docket and recently filed pleadings (.3); review agenda for May omnibus hearing (.1); review e-mail correspondence regarding proposed orders on Whitehouse discovery (.2); review memorandum regarding status of mediation (.1). | 0.70 |
| 05/08/06 | R. Wyron | Review 5/15 hearing agenda (.3); e-mails to and from B. Harding on Whitehouse orders and follow-up (.4); call to J. Biggs on status and follow-up (.6); review e-mails on database information required for Grace and follow-up (.5); confer with R. Frankel and follow-up on estimation issues (.7). | 2.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

June 15, 2006
Invoice No. 1017990

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/08/06 | R. Frankel | Series of e-mails with Messrs. Inselbuch, Baena, Wyron re mediation, plan issues. | 0.70 |
| 05/08/06 | R. Frankel | Review E. Inselbuch memo, Peterson memos re claims (.7); confer with R. Wyron re status, Towers Perrin (.6). | 1.30 |
| 05/09/06 | A. Kim | Review of scholarly materials of NERA and Tillinghast in preparation for expert cross-examination (.3); conference with G. Rasmussen and K. Neureiter regarding research projects and action items for fact discovery in support of expert work (.5). | 0.80 |
| 05/09/06 | K. Neureiter | Continue research on exclusion of expert and/or expert report. | 1.40 |
| 05/09/06 | K. Neureiter | Meet with G. Rasmussen and T. Kim to discuss expert litigation strategy and refined case research to address expert reliance/assumption on prior reports. | 0.30 |
| 05/09/06 | K. Neureiter | Review binder prepared by T. Kim with various research re asbestos future claims. | 1.20 |
| 05/09/06 | D. Felder | Review opinion regarding claims estimation (.1); review pleadings regarding New Jersey adversary proceeding (.2); conference with K. Neureiter regarding expert discovery (.1). | 0.40 |
| 05/09/06 | G. Rasmussen | Review of research relating to expert cross examination and conference with K. Neureiter re important areas of potential cross examination. | 0.70 |
| 05/09/06 | R. Wyron | Review status and e-mails on extension (.3); call with J. Biggs and follow-up (.6 ); review notes and confer with R. Frankel (.6) review environmental information from J. Brownstein (.4). | 1.90 |
| 05/09/06 | R. Wyron | Review e-mails on mediation issues and status. | 0.30 |
| 05/09/06 | R. Frankel | E-mails, telephone conference with D. Austern re meetings in NY on May 16 (.4); telephone conference with E. Inselbuch re mediation (.2). | 0.60 |
| 05/09/06 | R. Frankel | Review agenda for 5/15 hearing, prepare for hearing. | 0.60 |
| 05/10/06 | R. Barainca | Retrieve documents from PACER relating to payment to pension plans for D. Felder. | 0.50 |
| 05/10/06 | K. Neureiter | Perform research re asbestos and expert's cases per G. Rasmussen and review results. | 3.80 |
| 05/10/06 | D. Felder | Review Debtors' pension plan motion and previously filed pension plan motions and e-mail to R. Wyron regarding same. | 0.70 |
| 05/10/06 | D. Felder | Review docket and recently filed pleadings. | 0.20 |
| 05/10/06 | D. Felder | Conference with J. Radecki, J. Brownstein, R. Frankel and R. Wyron regarding strategy and update. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

June 15, 2006
Invoice No. 1017990

| | | | |
|---|---|---|---|
| 05/10/06 | R. Wyron | Review estimation issues and follow-up on litigation status (.7); review open items on Tillinghast expert reports and follow-up (.6). | 1.30 |
| 05/10/06 | R. Wyron | Confer with Piper Jaffray on open issues and follow-up. | 0.40 |
| 05/10/06 | R. Frankel | Telephone conference with R. Hinkel re mediation session; series of e-mails re same. | 0.70 |
| 05/10/06 | R. Frankel | Review article/report on Minneapolis vermiculite exposure. | 0.90 |
| 05/10/06 | R. Frankel | Confer with Messrs. Radecki and Brownstein re pension funding, commercial creditors; notes re same. | 1.20 |
| 05/11/06 | D. Felder | Review agenda for May 15 hearing and contested motions regarding same (.2); conference with R. Frankel regarding same (.1). | 0.30 |
| 05/11/06 | D. Felder | Review Judge Buckwalter's opinion regarding Libby Claimants' appeal and prepare summary e-mail to R. Frankel and R. Wyron (.4); review Grace's finalized asset purchase agreement for catalyst business and prepare summary e-mail to R. Frankel and R. Wyron regarding same (1.0); conference with K. Neureiter regarding expert witness issues (.1). | 1.50 |
| 05/11/06 | W. Berry | Review R. Wyron e-mail re pension status. | 0.20 |
| 05/11/06 | W. Berry | Telephone conference with R. Wyron re pension funding, telephone conference with I. Altman, prepare e-mails to I. Altman. | 0.50 |
| 05/11/06 | R. Wyron | Call with B. Berry, and follow-up notes (.6); follow-up calls (.3); review data from plan information and draft response to Kirkland (1.2). | 1.80 |
| 05/11/06 | R. Wyron | Review mediation proposals and follow-up on e-mails. | 0.60 |
| 05/11/06 | R. Frankel | Review agenda re hearing (.2); confer with R. Wyron re same (.3); confer with D. Felder re same (.2). | 0.70 |
| 05/11/06 | R. Frankel | Review issues re mediation, process. | 0.50 |
| 05/11/06 | R. Frankel | Review, send series of e-mails re mediation session. | 0.40 |
| 05/12/06 | M. Wallace | Review lien search results for non-debtor US subsidiaries and forward to Piper Jaffray with cover note for review. | 0.20 |
| 05/12/06 | W. Berry | Review R. Wyron e-mails, prepare e-mails to I. Altman re pension funding issues. | 0.30 |
| 05/12/06 | W. Berry | Review pension funding e-mails, actuarial report, telephone conference with I. Altman re funding alternatives, prepare e-mail to R. Wyron. | 1.00 |
| 05/12/06 | R. Wyron | Review notes on pension issues and plan for call with Debtors (.9); review Whitehouse discovery orders and e-mails re same (.6). | 1.50 |
| 05/12/06 | R. Wyron | Review term sheet and notes for 5/16 mediation session. | 0.90 |
| 05/12/06 | R. Frankel | Review series of e-mails re pension issues (.3); review issues re underfunding, alternatives to full funding (.5). | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

June 15, 2006
Invoice No. 1017990

| 05/15/06 | D. Felder | Review docket and recently filed pleadings (.2); telephonic participation in omnibus hearing (1.2). | 1.40 |
|---|---|---|---|
| 05/15/06 | W. Berry | Telephone conference with I. Altman, R. Wyron re pension funding, pension plan redesign alternatives; review pension documents. | 1.00 |
| 05/15/06 | W. Berry | Telephone conference Grace personnel, attorneys for creditors re pension funding, pension redesign issues. | 1.00 |
| 05/15/06 | W. Berry | Telephone conference with I. Altman re projected pension contributions. | 0.50 |
| 05/15/06 | R. Wyron | Review pension materials (.8); call with B. Berry, and follow-up notes (1.1); prepare notes for pension call (.4); participate in pension call and follow-up (1.4). | 3.70 |
| 05/15/06 | R. Frankel | Review with R. Wyron issues re pension, mediation, strategy issues re pension; notes re same. | 0.70 |
| 05/15/06 | R. Frankel | Review agenda in preparation for hearing. | 0.40 |
| 05/15/06 | R. Frankel | Attend telephonic hearing (omnibus); notes re same. | 1.20 |
| 05/16/06 | R. Barainca | Print motions for D. Felder. | 0.30 |
| 05/16/06 | D. Felder | Review motion to approve settlement agreement with Equitas and settlement agreement (.7); review motion to approve stipulation of environmental claims (.4); prepare e-mail summary regarding same (.2); review recently filed pleadings (.3); telephone conference with K. Thomas regarding claims register (.1). | 1.70 |
| 05/16/06 | W. Berry | Prepare e-mail to R. Wyron re future pension funding levels. | 0.30 |
| 05/16/06 | R. Wyron | Review e-mails regarding environmental matter and docket for 6/19 (.4); review e-mails regarding Equitas settlement (.3); confer with J. Radecki regarding follow-up on pension call (.3); attend session with PI and PD on mediation issues and follow-up (4.1); attend mediation session at Kirkland (1.2). | 6.30 |
| 05/16/06 | R. Frankel | Confer with Messrs. Inselbuch, Baena, Wyron and Radecki in preparation for mediation session at C&D (NY). | 3.30 |
| 05/16/06 | R. Frankel | Prepare for mediation session during travel to NY and confer with R. Wyron, M. Dies before mediation pre-meeting. | 2.70 |
| 05/17/06 | R. Barainca | Research public information on reporting future asbestos claims for R. Wyron. | 0.70 |
| 05/17/06 | D. Felder | Review docket and recently filed pleadings. | 1.50 |
| 05/17/06 | W. Berry | Telephone conference with R. Wyron and other creditor's attorneys re pension plan alternatives. | 1.30 |
| 05/17/06 | W. Berry | Telephone conference with R. Wyron, J. Radecki re pension termination, freeze, funding, PBGC claim issues. | 1.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

June 15, 2006
Invoice No. 1017990

| 05/17/06 | R. Wyron | Review pension analysis (.3); calls with various parties concerning open issues, and follow-up e-mails (.6); review pleadings and information on proposed environmental settlement (.7); review information from J. Biggs and respond on extension issues (.3); calls with W. Berry and potential pension expert and follow-up (.6); call with PI and PD on pension issues and follow-up (1.1). | 3.60 |
|---|---|---|---|
| 05/18/06 | D. Felder | Review e-mail and calendar from D. Fullem regarding upcoming hearing dates and objection deadlines and prepare summary e-mail to R. Wyron and D. Fullem regarding same. | 0.80 |
| 05/18/06 | R. Frankel | Review, consider issues re asbestos plan. | 0.80 |
| 05/19/06 | R. Wyron | Review dockets from 5/18 and 5/19 (.2); review information on membership of Unsecureds Committee (.2). | 0.40 |
| 05/20/06 | R. Frankel | Consider plan of reorganization alternatives. | 0.40 |
| 05/22/06 | W. Berry | Telephone conference with I. Altman, prepare e-mail to R. Wyron re pension funding. | 0.30 |
| 05/22/06 | R. Wyron | Follow-up on open pension issues with W. Berry, PI/PD counsel and Piper Jaffray. | 0.40 |
| 05/22/06 | R. Frankel | Review, edit plan term sheet; review issues re terms of asbestos plan of reorganization. | 1.30 |
| 05/23/06 | W. Berry | Telephone conference with R. Wyron, I. Altman, and Piper Jaffray re pension funding, redesign issues. | 0.50 |
| 05/23/06 | W. Berry | Telephone conference with R. Wyron, other creditors' committee representatives, re pension funding, pension redesign, funding motion response issues. | 0.80 |
| 05/23/06 | R. Wyron | Re pension issues: call with B. Berry and I. Altman and follow-up (.9); prepare for group call (.6); participate in call with Grace personnel and follow-up (1.4). | 2.90 |
| 05/23/06 | R. Frankel | Review transcript of May 15 hearing; e-mail re next mediation session. | 0.80 |
| 05/23/06 | R. Frankel | Review with R. Wyron issues re pension, mediation. | 0.40 |
| 05/24/06 | R. Frankel | Telephone conference with D. Austern re plan structure, criminal fine; notes re same. | 0.50 |
| 05/24/06 | R. Frankel | Telephone conference with D. Austern, R. Wyron re mediation issues. | 0.40 |
| 05/24/06 | R. Frankel | Review mediator billing statement. | 0.30 |
| 05/24/06 | R. Frankel | Review issues re mediation. | 0.40 |
| 05/25/06 | D. Felder | Review docket and recently filed pleadings. | 0.50 |
| 05/25/06 | R. Wyron | Calls and e-mails with Piper Jaffray regarding mediation issues (.6); prepare notes for meeting on 5/30 (.3). | 0.90 |
| 05/25/06 | R. Frankel | Telephone conference with S. Pointer re status of mediation; prepare notes re same. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

June 15, 2006
Invoice No. 1017990

| | | | |
|---|---|---|---|
| 05/25/06 | R. Frankel | Review with R. Wyron implications of Grace fine in criminal proceedings; notes re same. | 0.60 |
| 05/26/06 | K. Neureiter | Perform Westlaw research re cases attacking reasonableness of assumptions made by experts in reports. | 2.70 |
| 05/26/06 | K. Neureiter | Review results. | 5.20 |
| 05/26/06 | W. Berry | Telephone conference with R. Wyron, other committee attorneys re pension funding motion, Watson Wyatt report issues. | 0.50 |
| 05/26/06 | R. Wyron | Call to J. Baer on pension issues and follow-up e-mail (.3); call to B. Berry and follow-up (.4); call with PI regarding strategy, and follow-up e-mails with PD (.4). | 1.10 |
| 05/26/06 | R. Wyron | Review e-mails on plan mediation issues and confer with R. Frankel. | 0.70 |
| 05/26/06 | R. Frankel | Review series of e-mails re mediation session. | 0.40 |
| 05/26/06 | R. Frankel | Review with R. Wyron issues re mediation, calls with J. Baer, D. Austern, S. Pointer (.6); telephone conference with D. Austern re mediation (.2). | 0.80 |
| 05/29/06 | R. Wyron | Work on pension issues outline (.5); review materials on environmental pending motion (.4). | 0.90 |
| 05/30/06 | K. Neureiter | Continue review of cases (state and federal all circuits) related to reasonableness of assumptions made by experts in reports. | 5.00 |
| 05/30/06 | R. Wyron | Review pension pleadings and draft outline for 5/31 call and objection/response. | 1.70 |
| 05/30/06 | R. Wyron | Review notes and prepare for Mediation Session (.7); confer with Piper Jaffray, R. Frankel and D. Austern on strategy and pending issues, and follow-up notes (1.1); attend Mediation Session (3.0). | 4.80 |
| 05/30/06 | R. Frankel | Review file re Grace assets and liabilities, capital structure during travel to NY for mediation (1.4); confer with R. Wyron during travel (1.2). | 2.60 |
| 05/30/06 | R. Frankel | Confer with client, J. Radecki (.8) and R. Wyron pre-mediation session and post-mediation session (.4). | 1.20 |
| 05/30/06 | R. Frankel | Attend mediation session at K&E (NY) with J. Pointer and others. | 3.60 |
| 05/30/06 | R. Frankel | Confer with D. Austern, R. Wyron re mediation during travel to LGA. | 0.70 |
| 05/30/06 | R. Frankel | Review, revise asbestos constituents' term sheet during travel to DC. | 1.80 |
| 05/31/06 | W. Berry | Review Wyron e-mails re pension funding issues, telephone conference with R. Wyron, prepare e-mail to I. Altman. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

June 15, 2006
Invoice No. 1017990

| 05/31/06 | R. Wyron | Draft outline of response on pension motion and circulate (.8), and begin draft response (2.1); organize materials for call on pension issues (.3); participate in various conference calls with W. Berry, J. Sakalo and M. Hurford and with Debtors regarding pension issues (.8). | 4.00 |
| 05/31/06 | R. Frankel | Telephone conference with E. Inselbuch re UCC telecon (.2); review with R. Wyron (.1); telephone conference with D. Austern re same (.3). | 0.60 |
| 05/31/06 | R. Frankel | Review status with R. Wyron re Term Sheet, mediation. | 0.50 |

Total Hours       137.80
Total For Services                                    $79,572.50

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- |
| Rachael Barainca | 1.50 | 140.00 | 210.00 |
| William D. Berry | 10.00 | 620.00 | 6,200.00 |
| Debra Felder | 10.90 | 405.00 | 4,414.50 |
| Roger Frankel | 37.30 | 725.00 | 27,042.50 |
| Antony P. Kim | 1.30 | 375.00 | 487.50 |
| Kimberly E. Neureiter | 30.70 | 375.00 | 11,512.50 |
| Garret G. Rasmussen | 1.00 | 645.00 | 645.00 |
| Mary A. Wallace | 0.20 | 500.00 | 100.00 |
| Richard H. Wyron | 44.90 | 645.00 | 28,960.50 |
| Total All Timekeepers | 137.80 | $577.45 | $79,572.50 |

Disbursements
| Duplicating Expense | 20.25 |
| Lexis Research | 653.50 |
| Local Taxi Expense | 86.45 |
| Out of Town Business Meals | 12.25 |
| Telephone | 4.07 |
| Travel Expense, Air Fare | 502.60 |
| Travel Expense, Local | 276.29 |
| Westlaw Research | 1,767.50 |

Total Disbursements                     $3,322.91

**Total For This Matter**          **$82,895.41**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 05/01/06 | M. Cheney | Review and analyze debtor's plan re administrative and tax claims. | 1.70 |
| 05/02/06 | M. Cheney | Analyze plan related issues re administrative and tax claims. | 3.40 |
| 05/03/06 | R. Barainca | Locate the schedule of assets and liabilities for WR Grace & Co. | 1.20 |
| 05/03/06 | C. Biberman | Research to locate liens against subsidiaries of WR Grace. | 0.80 |
| 05/03/06 | M. Cheney | Investigate and analyze plan re environmental claims. | 4.50 |
| 05/03/06 | M. Wallace | Review credit agreement regarding addition of borrowers (.7); discuss issues in credit agreement with R. Wyron and Piper Jaffray, respectively; research subsidiaries regarding lien searches and D&B reports (1.0). | 1.70 |
| 05/03/06 | R. Wyron | Call from Piper Jaffray regarding financial analysis (.3); follow-up on bank debt issue, including conference with M. Wallace (.4.) | 0.70 |
| 05/04/06 | C. Biberman | Research to locate information on foreign subsidiaries of W.R. Grace. | 2.00 |
| 05/04/06 | C. Biberman | Research on liens. | 0.50 |
| 05/04/06 | K. Thomas | Discuss scope of research re administrative and tax claim issues for plan treatment (.2); review treatise for research re same (.3); begin conducting research of administrative claims (4.1); begin drafting memo re same (1.5). | 6.10 |
| 05/04/06 | M. Cheney | Research re tax claims. | 1.20 |
| 05/05/06 | K. Thomas | Continue research and draft re administrative claims (3.3); discuss results of research and distribute memorandum to M. Cheney (.2); begin research of tax claims (2.4); discuss progress with M. Cheney (.1). | 6.00 |
| 05/05/06 | M. Cheney | Analyze plan re tax claims. | 1.30 |
| 05/08/06 | K. Thomas | Research and draft memo re tax priority claims (3.9); read plan of reorganization (1.0); research on tax priority issues (1.0). | 5.90 |
| 05/08/06 | M. Cheney | Research re administrative claim issues. | 0.20 |
| 05/09/06 | K. Thomas | Continue researching priority tax claim issues (3.0); draft memo re same (.9). | 3.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

June 15, 2006
Invoice No. 1017990

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/10/06 | K. Thomas | Review research on bankruptcy issues and environmental claims (.6); discuss with R. Wyron (.2); discuss with M. Cheney (.1); research re tax priority claims (.5); update M. Cheney re research on tax priority claims (.3). | 1.70 |
| 05/10/06 | M. Cheney | Research re administrative claim issue. | 0.30 |
| 05/15/06 | R. Barainca | Retrieve the pleading re the New Jersey Department of Environmental Protection for M. Cheney. | 0.30 |
| 05/15/06 | M. Cheney | Analyze environmental issues. | 0.60 |
| 05/16/06 | R. Barainca | Retrieve the docket entries to the New Jersey Department of Environmental Protection for M. Cheney. | 0.10 |
| 05/16/06 | K. Thomas | Finish research and drafting of memorandum re tax priority issues; discuss same with M. Cheney; e-mail copy re same to M. Cheney. | 5.70 |
| 05/16/06 | M. Cheney | Research re environmental claims. | 0.30 |
| 05/17/06 | K. Thomas | Read complaint from adversary proceeding against New Jersey DEP. | 0.20 |
| 05/19/06 | M. Cheney | Research re environmental claims. | 1.20 |
| 05/22/06 | M. Cheney | Research re environmental claims. | 0.60 |
| 05/24/06 | R. Wyron | Calls and follow-up regarding mediation sessions (.5); review data on stock ownership (.3). | 0.80 |
| 05/24/06 | R. Frankel | Review report re stockholder holdings; notes re same. | 0.50 |
| 05/25/06 | R. Frankel | Prepare revised Term Sheet re asbestos proponent plan. | 2.20 |
| 05/26/06 | R. Barainca | Research for the Social Security Administration's new ruling regarding asbestos disability benefits for R. Wyron. | 0.90 |
| 05/26/06 | R. Frankel | Review revised Term Sheet, analyze amounts and classes of claims. | 1.70 |
| 05/31/06 | K. Neureiter | Meet with R. Wyron re criminal fines in chapter 11 cases. | 0.40 |
| 05/31/06 | K. Neureiter | Conduct legal research and review results re criminal fines in chapter 11 cases. | 7.30 |
| 05/31/06 | R. Wyron | Begin review of draft Term Sheet. | 0.80 |
| 05/31/06 | R. Frankel | Review, revise Term Sheet for asbestos constituents' plan. | 1.80 |

Total Hours      68.50

Total For Services      $27,794.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 2.50 | 140.00 | 350.00 |
| Caren Biberman | 3.30 | 195.00 | 643.50 |
| Matthew W. Cheney | 15.30 | 490.00 | 7,497.00 |
| Roger Frankel | 6.20 | 725.00 | 4,495.00 |
| Kimberly E. Neureiter | 7.70 | 375.00 | 2,887.50 |
| Katherine S. Thomas | 29.50 | 325.00 | 9,587.50 |
| Mary A. Wallace | 1.70 | 500.00 | 850.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

June 15, 2006
Invoice No. 1017990

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Richard H. Wyron | 2.30 | 645.00 | 1,483.50 |
| Total All Timekeepers | 68.50 | $405.75 | $27,794.00 |

Disbursements
    Duplicating Expense             153.45
    Lexis Research                415.00
    Telephone                      8.52
    Westlaw Research            695.49

                   Total  Disbursements            $1,272.46

**Total For This Matter**            **$29,066.46**



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 10 – Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/08/06 | D. Fullem | Review Order entered by Court on Swidler's withdraw in case; forward to R. Malstrom at Swidler for information and records. | 0.20 |
| 05/29/06 | R. Wyron | Review materials on retention of pension consultant and forward to D. Fullem. | 0.40 |
| 05/30/06 | D. Fullem | Review e-mail from R. Wyron regarding Altman Cronin to be employed as the FCR's pension consulting expert; review attached bio and resume of Ian Altman. | 0.50 |

Total Hours         1.10
Total For Services                     $405.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.70 | 210.00 | 147.00 |
| Richard H. Wyron | 0.40 | 645.00 | 258.00 |
| Total All Timekeepers | 1.10 | $368.18 | $405.00 |

**Total For This Matter**                     $405.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 16

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/01/06 | D. Fullem | Confer with D. Felder; prepare notice of hearing on Tillinghast quarterly fee applications; coordinate with R. Barainca to obtain local counsel's signature. | 0.50 |
| 05/01/06 | D. Fullem | Review Tillinghast fee applications for status of consideration by Court; prepare e-mail to R. Wyron regarding same. | 0.30 |
| 05/01/06 | D. Fullem | Prepare e-mail to P. Cuniff to include Tillinghast quarterly fee applications in hearing agenda for June 19. | 0.20 |
| 05/01/06 | D. Fullem | Confer with R. Barainca regarding status of fee applications. | 0.20 |
| 05/02/06 | D. Fullem | Review e-mail from R. Chatterjee and his e-mail to CIBC regarding filing of January fee statement. | 0.10 |
| 05/03/06 | R. Barainca | Edit D. Austern's March 2006 Monthly and Eighth Quarterly Fee Applications. | 0.50 |
| 05/05/06 | R. Barainca | Scan and edit D. Austern's Eighth Quarterly fee application. | 0.60 |
| 05/05/06 | R. Barainca | Scan and edit D. Austern's March 2006 fee application. | 0.30 |
| 05/09/06 | R. Barainca | Edit, scan and prepare for service of D. Austern's March 2006 Monthly and Eighth Quarterly fee applications. | 2.70 |
| 05/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/09/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding Order withdrawing Swidler Berlin as counsel to FCR; prepare e-mail to R. Malstrom regarding preparing/filing of final fee application for Swidler in the case. | 0.20 |
| 05/12/06 | R. Barainca | Confer with C. Hartman regarding Eighteenth Monthly of D. Austern on ECF. | 0.40 |
| 05/12/06 | R. Barainca | Prepare Certificates of No Objection for D. Austern's August-December 2005 and February 2006 Monthly fee applications. | 1.50 |
| 05/15/06 | R. Barainca | Review and edit Tillinghast's March 2006 Monthly and Fifth Quarterly fee applications. | 1.40 |
| 05/15/06 | D. Fullem | Review e-mail from R. Chatterjee at Piper Jaffray regarding fee applications for February and March. | 0.10 |
| 05/16/06 | R. Barainca | Edit the April 2006 Monthly fee application for Tillinghast. | 0.70 |
| 05/16/06 | R. Barainca | Prepare D. Austern's April 2006 Monthly fee application. | 1.40 |
| 05/16/06 | D. Fullem | Confer with R. Barainca; review Piper Jaffray fee applications; prepare e-mail to R. Chatterjee regarding same. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

June 15, 2006
Invoice No. 1017990

| 05/16/06 | D. Fullem | Review Tillinghast April fee application; provide comments to R. Barainca. | 0.20 |
|---|---|---|---|
| 05/17/06 | R. Barainca | Confer with R. Wyron and D. Fullem separately regarding David Austern's Seventeenth Monthly fee application. | 0.30 |
| 05/17/06 | R. Barainca | Prepare a COC for D. Austern's Seventeenth Monthly fee application and a Notice of Error regarding Docket No. 12436. | 1.70 |
| 05/17/06 | R. Barainca | Review and edit Piper Jaffray's February and March 2006 Monthly fee applications and their First Quarterly fee application. | 1.10 |
| 05/17/06 | D. Fullem | Review draft of Tillinghast April monthly fee application; provide comments to R. Barainca. | 0.20 |
| 05/17/06 | D. Fullem | Confer with R. Barainca regarding Certification of Counsel for D. Austern's fee application and issue regarding incorrect filing and docket number reference; discuss necessary follow up with C. Hartman regarding same. | 0.20 |
| 05/18/06 | R. Barainca | Confer with D. Fullem regarding the COC for the Seventeenth Monthly for D. Austern. | 0.20 |
| 05/18/06 | R. Barainca | Edit the Notice of Document Entered in Error and the related COC for D. Austern. | 0.60 |
| 05/18/06 | R. Barainca | Edit the Certificates of No Objection referencing D. Austern's August-December 2005 and February 2006 Monthly fee applications. | 0.40 |
| 05/18/06 | R. Barainca | Edit Piper Jaffray's First and Second Monthly and First Quarterly fee applications. | 0.50 |
| 05/18/06 | R. Barainca | Prepare the Certificate of No Objection for D. Austern's Sixth and Seventh Quarterly fee applications. | 0.50 |
| 05/18/06 | D. Fullem | Review status of CNOs to be filed on various professionals fee applications; discuss with D. Felder and R. Barainca; note updates to be made to calendar. | 0.50 |
| 05/19/06 | R. Barainca | Edit Piper Jaffray's fee applications and resend to R. Chatterjee for signature. | 0.20 |
| 05/19/06 | R. Barainca | Prepare the Certificates of No Objection for D. Austern for service and filing. | 1.30 |
| 05/19/06 | D. Fullem | Confer with R. Barainca and review e-mail regarding revisions to Piper Jaffray fee applications. | 0.20 |
| 05/19/06 | R. Frankel | Review, sign CNOs re compensation. | 0.30 |
| 05/23/06 | R. Barainca | Continue preparing D. Austern's April 2006 fee application. | 1.00 |
| 05/23/06 | R. Barainca | Confer with R. Chatterjee regarding Piper's fee applications. | 0.20 |
| 05/23/06 | R. Barainca | Confer with D. Fullem regarding Piper's fee applications. | 0.20 |
| 05/23/06 | R. Barainca | Edit Piper Jaffray's February and March 2006 Monthly and First Quarterly fee applications. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

June 15, 2006
Invoice No. 1017990

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/23/06 | R. Barainca | Edit CIBC's January 2006 monthly fee application (.8); confer with R. Wyron re same (.1); e-mail with changes (.1). | 1.00 |
| 05/24/06 | R. Barainca | Confer with R. Chatterjee and D. Fullem separately regarding CIBC's January 2006 monthly fee application. | 0.40 |
| 05/25/06 | R. Barainca | Edit CIBC's January 2006 monthly fee application. | 0.60 |
| 05/25/06 | R. Barainca | Prepare Piper Jaffray's February-April 2006 monthly fee applications and their first quarterly fee application for filing. | 1.40 |
| 05/25/06 | D. Fullem | Review fee auditor's final report on certain professional fee applications for the December 2005 time period; respond to e-mail from R. Wyron regarding Swidler not included in final report; review docket for separate final report on Swidler and inform R. Wyron as to follow up with fee auditor. | 0.30 |
| 05/25/06 | D. Fullem | Review Piper Jaffray fee applications from R. Chatterjee; discuss filings with R. Barainca. | 0.30 |
| 05/26/06 | R. Barainca | Prepare D. Austern's April 2006 monthly fee application, Piper Jaffray's first, second and third monthly fee applications, and Piper Jaffray's First quarterly fee application for filing and service. | 2.60 |
| 05/26/06 | R. Barainca | Prepare Certificate of No Objection for D. Austern's March 2006 monthly fee application. | 0.20 |
| 05/26/06 | R. Barainca | Review docket for deadlines on monthly and quarterly fee applications. | 0.30 |
| 05/26/06 | R. Barainca | Review the docket for deadlines on monthly and quarterly fee applications. | 0.20 |
| 05/29/06 | R. Wyron | Review Tillinghast fee applications for March and Fifteenth Quarterly. | 0.30 |
| 05/30/06 | D. Fullem | Review and respond to S. Bossay and R. Wyron regarding final report on Swidler's December fees; update R. Malstrom at Swidler regarding same. | 0.30 |
| 05/31/06 | D. Fullem | Prepare filing of CNO for D. Austern's March fee application; coordinate with P. Reyes for service of same. | 0.20 |

Total Hours 29.90
Total For Services $4,821.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 24.90 | 140.00 | 3,486.00 |
| Roger Frankel | 0.30 | 725.00 | 217.50 |
| Debra O. Fullem | 4.40 | 210.00 | 924.00 |
| Richard H. Wyron | 0.30 | 645.00 | 193.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

June 15, 2006
Invoice No. 1017990

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Total All Timekeepers | 29.90 | $161.24 | $4,821.00 |

Disbursements
    Court Photocopy/Document Retrieval Fee        42.00
    Duplicating Expense        886.20
    Express Delivery        50.04
    Postage        261.30

Total  Disbursements        $1,239.54

**Total For This Matter**        **$6,060.54**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/18/06 | D. Fullem | Review e-mail from conflicts department regarding status of conflict search; telephone call with M. Walker in conflicts department regarding completion of conflict review; review new client form submitted to conflicts; prepare e-mail to R. Frankel and R. Wyron regarding completion of review. | 0.50 |
| 05/18/06 | R. Wyron | Review additional data on insurers and confirm original disclosures. | 0.20 |
| 05/30/06 | D. Fullem | Review language in R. Frankel's disclosure for Orrick regarding Chubb Insurance; prepare e-mail to R. Wyron with information relating to same. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 0.90 | |
| Total For Services | | $276.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.70 | 210.00 | 147.00 |
| Richard H. Wyron | 0.20 | 645.00 | 129.00 |
| Total All Timekeepers | 0.90 | $306.67 | $276.00 |

Disbursements
Express Delivery                    39.92
Postage                            151.20
                Total Disbursements        $191.12

**Total For This Matter**        **$467.12**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/06/06 | D. Fullem | Review and revise April prebills. | 0.50 |
| 05/08/06 | D. Fullem | Review April prebills with R. Wyron (.1); prepare e-mail to attorneys regarding lumping (.2); review responses thereto and forward to P. Reyes for updates on bills (.2). | 0.50 |
| 05/09/06 | D. Fullem | Review M. Stolper's e-mail regarding April prebills and inserting additional hours for his time entries; forward to P. Reyes. | 0.10 |
| 05/10/06 | R. Wyron | Review April prebills. | 0.50 |
| 05/12/06 | R. Barainca | Continue preparing Orrick's February 2006 fee application. | 0.70 |
| 05/12/06 | R. Barainca | Prepare Orrick's March 2006 fee application. | 0.50 |
| 05/15/06 | R. Barainca | Continue preparing the March 2006 Monthly fee application for Orrick. | 2.40 |
| 05/15/06 | D. Fullem | Confer with R. Barainca regarding bio information from attorneys to provide in fee application; review e-mail to attorneys. | 0.30 |
| 05/15/06 | D. Fullem | Discuss with R. Barainca regarding timing and filing of monthly fee applications for Orrick. | 0.10 |
| 05/15/06 | D. Fullem | Confer with R. Barainca and reply to e-mail regarding D. Felder's time in February for docket and calendar work. | 0.20 |
| 05/16/06 | R. Barainca | Continue preparing Orrick's April 2006 Monthly fee application. | 0.50 |
| 05/17/06 | R. Barainca | Confer with L. Blackhurst re writing off certain time (.3) and respond to D. Fullem and R. Wyron regarding same (.2). | 0.50 |
| 05/17/06 | D. Fullem | Review and reply to e-mail from R. Barainca regarding follow up on certain Orrick attorney bios as required for the monthly fee applications. | 0.10 |
| 05/17/06 | R. Wyron | Review application for potential UST questions. | 0.20 |
| 05/18/06 | R. Barainca | Edit the February and March 2006 Monthly fee applications for Orrick. | 1.10 |
| 05/29/06 | R. Wyron | Review monthly fee applications for February and March. | 0.40 |

Total Hours                 8.60

Total For Services                 $1,885.50

**Timekeeper Summary**                 **Hours**                 **Rate**                 **Amount**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

June 15, 2006
Invoice No. 1017990

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 5.70 | 140.00 | 798.00 |
| Debra O. Fullem | 1.80 | 210.00 | 378.00 |
| Richard H. Wyron | 1.10 | 645.00 | 709.50 |
| Total All Timekeepers | 8.60 | $219.24 | $1,885.50 |

Disbursements
    Postage                         4.41
               Total Disbursements             $4.41

**Total For This Matter**             **$1,889.91**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| 05/16/06 | R. Wyron | Travel to and from NY for mediation session. | 2.40 |
| 05/16/06 | R. Frankel | Non-working return travel from NY. | 2.00 |
| 05/30/06 | R. Wyron | Travel to NY for Mediation Session and return. | 3.00 |

|  | Total Hours | 7.40 |  |
|  | Total For Services |  | $2,466.50 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Roger Frankel | 2.00 | 362.50 | 725.00 |
| Richard H. Wyron | 5.40 | 322.50 | 1,741.50 |
| Total All Timekeepers | 7.40 | $333.31 | $2,466.50 |

**Total For This Matter**          **$2,466.50**

**\* \* \* COMBINED TOTALS \* \* \***

| Total Hours | 300.60 |  |
| Total Fees, all Matters |  | $136,416.00 |
| Total Disbursements, all Matters |  | $6,389.80 |
| Total Amount Due |  | $142,805.80 |