IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: July 31, 2006 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-FIRST MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2006 THROUGH MAY 31, 2006**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | May 1, 2006 through May 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $4,200.00 |
| 80% of fees to be paid: | $3,360.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 693.60 |
| Total Fees @ 80% and 100% Expenses: | $4,893.60 |

This is an: ___ interim  X  monthly  ___ final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's twenty-first interim fee application for the period May 1-31, 2006; the FCR previously filed the following fee applications in this case during 2006: twentieth interim fee application for the period April 1-30, 2006 in the amount of $3,440.00 (80% of $4,300.00) in fees and expenses in the amount of $709.60; nineteenth interim fee application for the period March 1-31, 2006 in the amount of $6,960.00 (80% of $8,700.00) in fees and expenses in the amount of $1,077.44; eighteenth interim fee application for the period February 1-28, 2006 in the amount of $2,720.00 (80% of $3,400.00) in fees and expenses in the amount of $300.01; seventeenth interim fee application for the period December 1-31, 2005 in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses; sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; and fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses.

## COMPENSATION SUMMARY
## MAY 2006

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 8.40 | $4,200.00 |
| Grand Total: | | | 8.40 | $4,200.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:     $4,200.00
Total Hours:        8.40
Blended Rate:   $ 500.00

## COMPENSATION BY PROJECT CATEGORY
## MAY 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 6.40 | $3,200.00 |
| Non-Working Travel | 2.00 | $1,000.00 |
| TOTAL | 8.40 | $4,200.00 |

## EXPENSE SUMMARY
## MAY 2006

| Expense Category | Total |
|---|---|
| Parking | $15.00 |
| Taxi | $42.00 |
| Airfare | $636.60 |
| **TOTAL** | **$693.60** |

Respectfully submitted,

*/s/ David T. Austern*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: July 7, 2006