## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## MAY 2006

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| May 8 | Telephone conference Dr. John Parker re expert witness engagement (.4); telephone conference with R. Wyron re same (.1) | .50 | $500 | $ 250.00 |
| May 16 | Attendance via telephone (at mediation session in New York) | 1.20 | $500 | $ 600.00 |
| May 24 | Telephone conference R. Wyron and R. Frankel re mediation (.2); telephone conference Mark Schelnitz (Grace General Counsel) re Montana criminal case (.3) | .50 | $500 | $ 250.00 |
| May 30 | Pre-mediation conference with R. Frankel, R. Wyron, J. Radecki (.7); Mediation session (3.0); post-mediation conference with Frankel (.5) | 4.20 | $500 | $2,100.00 |
| | SUBTOTAL (Litigation) | 6.40 | $500 | $3,200.00 |
| *Non-Working Travel* | | | | |
| May 30 | Mediation in New York: Travel to New York (2 hours reduced to 1) (1.0); Return travel to D.C. (2 hours reduced to 1) (1.0) 2.0 | 2.00 | $500 | $1,000.00 |
| | **TOTAL** | **8.40** | | **$4,200.00** |

## DAVID T. AUSTERN/W.R. GRACE & CO.

## MAY 2006

## EXPENSE SUMMARY

| Date   | Expense   | Description of Expense      |
|--------|-----------|-----------------------------|
| May 30 | $ 15.00   | Parking at National Airport |
| May 30 | $ 636.60  | Airfare to New York         |
| May 30 | $ 42.00   | Taxis in New York           |

**TOTAL**      $693.60