IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-1139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket Nos. 9301, 11023, 11403 |
| | ) | |

## WATERS & KRAUS CLAIMANTS' GENERAL OBJECTIONS AND RESPONSES TO DEBTORS' ASBESTOS PERSONAL INJURY QUESTIONNAIRE

All claimants represented by Waters & Kraus, LLP hereby makes the following general objections to debtors "standard questionnaire" to personal injury claimants:

1. Claimants object to the jurisdiction of this Court and that of the United States Bankruptcy Court for the District of Delaware. By filing these answers and objections, claimants do not submit to these Courts' jurisdiction, and reserve all objections to such jurisdiction.

2. Claimants object to the questionnaire to the extent that it seeks information broader or more extensive than that properly discoverable in the cases in the tort system in which claimants are seeking, or have sought, compensation for the injuries in question. Since state law governs claimants' claims, information that would not be discoverable under state law is likewise not discoverable in this proceeding.

3. Claimants hereby incorporate, as additional objections, all objections and arguments set forth in any other parties or committees' objections.

4. Claimants object to the questionnaire pursuant to Fed. R. Civ. Proc. 26(b)(2), on the ground that it is unduly burdensome, and that the burden and expense of providing this information outweighs its likely benefit in any permissible bankruptcy estimation proceeding.

GENERAL OBJECTIONS AND RESPONSES TO DEBTORS' STANDARD                                    Page 1
QUESTIONNAIRE TO SELECT PERSONAL INJURY ASBESTOS CLAIMANTS

5. Claimants object to any part of the questionnaire that seeks production of confidential information such as settlements with other defendants.

Subject to and without waiving these objections, all Waters & Kraus claimants have answered the questionnaire by attaching the interrogatory answers and other discovery products filed by claimant in the case filed by claimant in the tort system. All of the information within claimant's knowledge that is responsive to the questionnaire is contained in these interrogatory answers and their exhibits. Cf. Fed. R. Civ. Proc. 33(d) and 26(b)(2). These answers were submitted to the Claims Processing Agent.

Dated: July 11th, 2006.

Respectfully submitted,

_____
Charles S. Siegel
State Bar No. 18341875
WATERS & KRAUS, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 (Fax)

Attorneys for Claimant