IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: )<br>)<br>W.R. Grace & Co., et al., )<br>)<br>Debtor. )<br>) | In Proceedings for a<br>Reorganization under<br>Chapter 11<br><br>Case No. 01-1139-JKF<br>Related to Original Document<br>#7192 filed 12/16/2004<br>Related to Amended Document<br>#8129 filed 3/28/2005<br>Related to Amended Document<br>#8986 filed 7/13/2005<br>Related to Amended Document<br>#9578 filed 10/06/2005<br>Related to Amended Document<br>#11548 filed 1/16/2006<br>Related to Amended Document<br>#12271 filed 4/20/2006 |

**AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION**
<u>OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019</u>

S. Bradley Cooper, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with The David Law Firm, P.C. (hereinafter, "The David Law Firm"), 10655 Six Pines Dr., Ste. 260, The Woodlands, TX 77380.

2. This Amended and Restated Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order") ") and the Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated June 17, 2005.

3. The David Law Firm has been retained as counsel for individual creditors in the

above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed an employment agreement and/or power of attorney authorizing The David Law Firm to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to the injuries or deaths that resulted from the asbestos-related activities of the Debtor. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The David Law Firm does not hold any claims against or interest in the Debtor.

8. The David Law Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Amended and Restated Verified Statement, should any such changes occur.

S. Bradley Cooper
TX Bar No. 00796399

The David Law Firm, P.C.
10655 Six Pines Dr., Ste. 260
The Woodlands, TX 77380
(281) 296-9090

Sworn to before me this 11th day of July, 2006.

Martha M. Goldman
Notary Public



MARTHA M. GOLDMAN
Notary Public, State of Texas
My Commission Expires 02-06-09