KIRKLAND + ELLIS — ATTN JANET BAER   FAX# 312-861-2200

PACHULSKI - STANG ETAL   ATTN: JAMES O'NEILL   FAX# 302-652-4400

COPY FOR → CLERK OF U.S. BANKRUPTCY COURT (HONORABLE JUDITH FITZGERALD)

RE: W.R. GRACE ETAL BANKRUPTCY — DEBTORS 15th OMNIBUS OBJECTION ASSOCIATED WITH WILLIAM R. WITTENBERG CLAIM ID # 01724.

CLAIMANT SPECIFICALLY ENTERS OBJECTION TO DEBTORS "OBJECTION(S) UNDER ADVISEMENT"; CLASSIFIED AS C-3(C) PAGE 48 OF 49 EXHIBITS #1 & #3. AND ASKS COURT TO INVALIDATE OBJECTION AND REVALIDATE AS LEGITIMATE PROPERTY DAMAGE CLAIM.

FURTHER; CLAIMANT SUBMITS CEILING ASBESTOS PROPERTY DAMAGE RENDERS SINGLE FAMILY RESIDENCE VIRTUALLY IMPOSSIBLE TO SELL WITHOUT REMOVAL OF ASBESTOS HAZARDOUS MATERIAL.

*[signature]*
WILLIAM R. WITTENBERG
PD CLAIM # 01724