IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: August 1, 2006 at 4:00 p.m. |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MAY 1, 2006 THROUGH MAY 31, 2006

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED TO CEMENT COMPOSITION PLASTICIZER

| | | | |
|---|---|---|---|
| 05/03/2006 | GHL | Consideration of possible relevance of third-party patents directed to polymeric cement dispersants to Grace's alternatively-proposed dispersant, with newly-proposed method of manufacture; including receipt of communication from Mr. Baker on the proposed modification, review of the patents and prosecution histories and consideration of issues of literal infringement, doctrine of equivalents, and prosecution history estoppel; | 0.80 |
| 05/04/2006 | GHL | Further consideration of issues of doctrine of equivalents and prosecution history estoppel in view of Grace's newly-proposed alternative manufacture of dispersant, including further review of prosecution history of the patents and case law on estoppel; | 1.00 |
| 05/04/2006 | JL | Office conference with Mr. Levin regarding estoppel issues raised by claim amendments on copolymerization technique; | 0.30 |
| 05/05/2006 | GHL | Review of further prior art references as received from Mr. Baker relevant to related proceeding on this patent in Europe; | 0.70 |
| 05/08/2006 | GHL | Review of papers and prior art submitted in European proceedings on related patent, and consideration of invalidity positions applicable to U.S. patent based on same; | 1.30 |
| 05/09/2006 | GHL | Continued review of submissions and prior art in opposition proceedings against European counterpart of the third-party patent at issue in preparation for scheduled telephone conference with Grace counsel; | 1.20 |
| 05/10/2006 | GHL | Preparation for conference, and telephone conference with Messrs. Baker and Leon regarding application of prior art against third-party patent at issue and relevance of the patent to plasticizer as made by possible new manufacturing method; | 1.50 |
| 05/16/2006 | GHL | Telephone conference with Mr. Baker regarding new prior art and status of evaluation; | 0.40 |

| 05/22/2006 | GHL | Telephone conference with Messrs. Baker and Leon regarding prior art and further testing of same to confirm relevance to third-party patents; further telephone conference with Messrs. Maggio, Baker, and Leon regarding prior art and status of evaluation; review of prosecution history of patents to determine need for terminal disclaimer in second-to-issue patent, and legal research on issue of retroactive cure of failure to file disclaimer while application still pending; | 1.50 |
| --- | --- | --- | --- |
| 05/26/2006 | GHL | Review of prosecution histories of MBT patents with consideration of issues of need for terminal disclaimer; review of art proposed for replication by Grace on inherency issues. | 1.50 |

SERVICES    $   5,128.50

| | GHL | GARY H. LEVIN | 9.90 | hours @ | $505.00 |
| --- | --- | --- | --- | --- | --- |
| | JL | JOSEPH LUCCI | 0.30 | hours @ | $430.00 |

**DISBURSEMENTS:**

| COMPUTER SEARCH | 21.24 |
| --- | --- |

| DISBURSEMENT TOTAL | $ | 21.24 |
| --- | --- | --- |
| SERVICE TOTAL | $ | 5,128.50 |
| **INVOICE TOTAL** | **$** | **5,149.74** |

## WRG-0076
## VALVED COVER SYSTEM

| 05/16/2006 | NG | Receipt of tentative serial number and filing date from the United States Patent and Trademark Office, preparation of Declaration and Assignment for execution by inventors and attendance to forwarding same to client for execution and advising of tentative filing particulars; | 1.00 |
|---|---|---|---|
| 05/23/2006 | FTC | Reviewed draft formal drawings and marked required changes thereon for correction by draftsman; | 0.50 |
| 05/26/2006 | FTC | Reviewed revised formal drawings and verified that required corrections have been made thereto; | 0.10 |
| 05/31/2006 | NG | Receipt and verification of Official Filing Certificate, Confirmation Number, Publication Date, Notice to File Missing Parts of Application from the United States Patent and Trademark Office; preparation of correspondence to client, forwarding copy of same; formalization of application to reflect particulars and updating intellectual property portfolio. | 1.00 |

SERVICES                                          $     545.00

|  | FTC | FRANK T. CARROLL | 0.60 | hours @ | $325.00 |
|---|---|---|---|---|---|
|  | NG | NOREEN GARONSKI | 2.00 | hours @ | $175.00 |

**DISBURSEMENTS:**

| POSTAGE & DELIVERY | 0.63 |
|---|---|
| FORMAL DRAWINGS | 870.00 |
| PHOTOCOPYING | 1.05 |

DISBURSEMENT TOTAL                         $     871.68

SERVICE TOTAL                                    $     545.00

**INVOICE TOTAL**                              $   1,416.68

## WRG-0077
## STUDY OF THIRD PARTY PATENT RELATING TO CEMENT COMPOSITIONS OF FAST DEVELOPING STRENGTH

| | | | |
|---|---|---|---|
| 05/04/2006 | GHL | Further evaluation of validity of U.S. Patent 6,858,074 and possible relevance of the patent to Grace's proposed cement additives, including review of background materials relating to the patent and the Grace products as received from Mr. Leon, review of the patent and portions of prosecution history, and review of additional prior art as received from Mr. Leon, consideration of claim construction issues and develop comparisons of prior art to claims; | 3.00 |
| 05/05/2006 | GHL | Further review of this matter and of Mr. Leon's memorandum regarding prior art; | 0.80 |
| 05/18/2006 | RBL | Review and consider materials for invalidity opinion; draft notes for same; | 6.00 |
| 05/21/2006 | RBL | Legal research for cases to include in opinion re indefiniteness, preamble as limitation, and public use; draft notes for opinion re patent validity; | 4.00 |
| 05/22/2006 | RBL | Draft and edit opinion re patent validity; | 8.50 |
| 05/23/2006 | RBL | Draft and edit section of opinion relating to file history; | 4.00 |
| 05/28/2006 | RBL | Draft and edit opinion re patent validity; | 2.00 |
| 05/29/2006 | RBL | Draft and edit opinion re patent invalidity; | 4.00 |
| 05/30/2006 | RBL | Draft and edit opinion re patent invalidity; | 3.00 |
| 05/31/2006 | GHL | Further evaluation of invalidity of third-party patent directed to particular fast-setting cement compositions, including review of the patent and its prosecution history, review of prior art materials as received from Mr. Leon, development of claim construction for purposes of the analysis, consideration of invalidity arguments in view of prior art and conference with Mr. LeBlanc to discuss same; preparation of outline of proposed invalidity contentions and written opinion for same; | 4.00 |

| 05/31/2006 | RBL | Meeting with Mr. Levin to discuss status and substance of validity opinion and preparation for same. | 1.50 |
|---|---|---|---|

|  | SERVICES | | | | $ | 16,314.00 |
|---|---|---|---|---|---|---|

| | GHL | GARY H. LEVIN | 7.80 | hours @ | $505.00 |
|---|---|---|---|---|---|
| | RBL | RICHARD B. LEBLANC | 33.00 | hours @ | $375.00 |

**DISBURSEMENTS:**

| PATENT COPIES (Prosecution History) | 659.00 |
|---|---|
| PHOTOCOPYING | 40.20 |
| COMPUTER SEARCH | 224.20 |

DISBURSEMENT TOTAL  $  923.40

SERVICE TOTAL  $  16,314.00

**INVOICE TOTAL**  $  17,237.40

## WRG-0078
## EVALUTION OF THIRD-PARTY PATENT RELATING TO
## CATALYTIC CRACKING FOR INCREASED GASOLINE OCTANE

| | | | |
|---|---|---|---|
| 05/01/2006 | GHL | Further evaluation of issues of license and royalty obligations to Grace's proposed commercialization of certain cracking catalysts, including review of third-party patent and its prosecution history; review of notes discussions with Grace technical and marketing representatives relating to formulations and marketing of cracking catalysts and additives for same; review of Grace industry publications relating to catalysts and particular additives pre-dating the third-party patent, and development of outline of further issues to be addressed in evaluation for discussion with Mr. Cross; | 2.80 |
| 05/02/2006 | GHL | Further evaluation of this matter, with study of prior art materials received from Mr. Roberie; | 0.80 |
| 05/03/2006 | GHL | Further review of prior art materials on Y-zeolite and ZSM-5 type zeolite use as received from Mr. Roberie, and consideration of effect of same as establishing pre-existing non-infringing use of proposed Grace catalyst blends. | 1.20 |
| 05/05/2006 | GHL | Further review of prior art materials from Mr. Roberie relating to prior uses of Grace's proposed catalyst additives and uses otherwise unrelated to third-party patent; further development of issues outline to be discussed with Grace representatives, and preliminary telephone conference with Mr. Cross regarding same; further legal research into issues of indirect infringement; | 1.50 |
| 05/08/2006 | GHL | Further analysis of notes of Grace's history of marketing additives at issue and consideration of issue of substantial non-infringing uses for combination of additives with catalyst. | 0.50 |
| 05/09/2006 | GHL | Further review of file materials on prior art usage and telephone conference with Mr. Cross regarding further materials needed for the evaluation; | 0.40 |
| 05/10/2006 | GHL | Further review of file materials in preparation for scheduled telephone conference with Mr. Roberie and Mr. Cross; | 0.50 |
| 05/11/2006 | GHL | Telephone conference with Mr. Cross and Mr. Roberie regarding mechanisms of sales and marketing of the catalysts and additives at issue and their effects in FCC units; review of prior art patents identified in patent at issue and further telephone conference with Mr. Cross regarding effects of same; | 2.50 |
| 05/12/2006 | GHL | Further extensive telephone conference with Messrs. | 4.70 |

| | | | |
|---|---|---|---|
| | | Cross and Roberie regarding functions in various environments of catalysts and additives at issue and manner of Grace's sales/marketing for each use, further evaluation of prior art to the third-party at issue, further telephone conferences with Mr. Cross and Mr. Roberie on same, and consideration of possible relevance of the patent to Grace's proposed sales of these combinations or additive components, and preliminary advice provided to Mr. Cross regarding same; | |
| 05/15/2006 | GHL | Further analysis of prior art and consideration of invalidity issues and evidence from prior art of substantial non-infringing use; | 1.40 |
| 05/16/2006 | DRB | Analysis of third-party patent and prior art to same for determination of proper claim scope for the patent. | 1.80 |

                                              SERVICES                                               $    8,978.50

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 16.30 | hours @ | $505.00 |
| | DRB | DAVID R. BAILEY | 1.80 | hours @ | $415.00 |

                                    **INVOICE TOTAL**                                             $    **8,978.50**

## WRG-0077
## DUE DILIGENCE ANALYSIS RELATED TO PROPOSED PURCHASE OF ASSETS RELATING TO PRECIPITATED INORGANICS

| | | | |
|---|---|---|---|
| 05/01/2006 | GHL | Work in preparation for due diligence evaluation of Grace's proposed purchase of silica-related patents and assets, including telephone conferences with Messrs. Maggio and Bunch relating to background of the business and proposed scope of the evaluation, and consideration of privilege and confidentiality issues attendant to the proposed evaluation; | 1.00 |
| 05/01/2006 | HDP | Preparing for and conducting two lengthy telephone conferences with Bob Maggio and bill Bunch as to scope of due diligence work and strategy issues surrounding community of interest and confidentiality agreements; beginning analysis of proposed list of issues to discuss with seller as prepared by Mr. Maggio; | 2.40 |
| 05/02/2006 | GHL | Review of proposed common-interest and confidentiality agreements as received from Mr. Bunch; | 0.50 |
| 05/02/2006 | HDP | Discussions with Mr. Levin as to appropriate strategy and procedure going forward; beginning detailed review and analysis of draft Community of Interest Agreement and Confidentiality Agreement drafted by seller; | 1.40 |
| 05/03/2006 | GHL | Review of Mr. Maggio's proposed revisions to community-of-interest agreement, consideration of case law directed to retention of attorney client privilege with respect to materials disclosed during asset-purchase negotiations, and telephone conference with Messrs. Maggio and Bunch regarding the proposed agreement and protocol for the due diligence study; | 1.30 |
| 05/03/2006 | HDP | Continued detailed review and analysis of both the draft Community of Interest Agreement and the Confidentiality Agreement and preparing comments and suggested edits thereon; detailed review and analysis of proposed revisions from Mr. Maggio; detailed review and analysis of proposed revisions from Mr. Bunch; discussions with Mr. Levin thereon; extended telephone conference with Messrs. Maggio and Bunch in conjunction with Mr. Levin; further editing of draft agreements and forwarding to client cover email; | 5.90 |
| 05/04/2006 | HDP | Review and analysis of revised draft agreements as sent by Mr. Maggio to seller; | 0.40 |
| 05/11/2006 | HDP | Beginning detailed review and analysis of new draft of confidentiality and community of interest agreements from seller; | 0.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/12/2006 | GHL | Review of further changes to proposed Common Interest Agreement and Outside Counsel agreement by third-party counsel, telephone conference with Mr. Maggio regarding same, and further telephone conference with third-party counsel to discuss the changes and possible refinements, and revising the agreements to reflect the further agreed-upon changes; | 1.80 |
| 05/12/2006 | HDP | Further analysis of current drafts of confidentiality and community of interest agreements; discussions with Mr. Levin thereon; working to obtain certain of the third-party patents involved and beginning to review them; | 3.60 |
| 05/15/2006 | HDP | Beginning to examine third-party patents; | 0.80 |
| 05/16/2006 | HDP | Review of email from Mr. Bunch; discussions with Mr. Levin as to action plan; telephone conference with Mr. Bunch about obtaining various file histories and other papers; continuing analysis of patents; | 1.10 |
| 05/17/2006 | HDP | Detailed review and analysis of third-party patents of possible relevance to business; | 2.90 |
| 05/18/2006 | GHL | Review signed agreements on confidentiality and common interest, and development of list of materials required from third party to commence analysis in view of matters to be presented to Grace in contemplated diligence report; | 0.40 |
| 05/18/2006 | HDP | Discussions with Mr. Levin as to action items, communication with seller counsel; consideration of prioritization of action items; | 0.40 |
| 05/19/2006 | HDP | Various communications with Mr. Levin, counsel for seller, and Mr. Bunch as to obtaining materials for due diligence review; reviewing notice letter and other communications with seller; | 1.60 |
| 05/22/2006 | GHL | Review of product spec sheets received from potential business partner and preliminary comparison of same against list of possibly relevant third-party patents; | 0.70 |
| 05/22/2006 | HDP | Communications concerning materials for review, obtaining file histories and action plan; | 0.40 |
| 05/23/2006 | GHL | Commence review of third-party patents possibly relevant to potential Grace purchase; | 1.50 |
| 05/23/2006 | HDP | Obtaining file histories of third-party patents; beginning detailed review and analysis of specifications of patents; | 0.40 |
| 05/25/2006 | GHL | Continued review of third-party patents; | 1.50 |

| 05/25/2006 | HDP | Beginning detailed review and analysis of materials from Mr. Bunch as to potentially relevant patents; telephone conference with Mr. Bunch as to various issues; review of product specification materials from seller; telephone conference with Mr. Levin as to action items; telephone conference with seller's attorney to discuss additional materials needed; further detailed review and analysis of third-party patents; | 3.40 |
|---|---|---|---|
| 05/26/2006 | GHL | Review of financial statements on products at issue and comparison to list of products studied with respect to specified third-party patents; preliminary review of patents identified in previous search by Mr. Bunch and cataloging of same for study; further study of specified third-party patents to be subject of clearance opinion; | 2.00 |
| 05/26/2006 | HDP | Detailed review and analysis of financial numbers delivered by seller, product specifications as delivered, and patent search results from Mr. Bunch; discussions with Mr. Levin as to various related issues; exchange of multiple communications with seller counsel; | 4.10 |
| 05/30/2006 | GHL | Telephone conference with counsel for seller regarding products and third-party patents at issue, and cataloging of identified product specifications with patents under which clearance to be evaluated; | 0.80 |
| 05/30/2006 | HDP | Preparing for and conducting telephone conference with seller counsel as to various matters; telephone conference with Mr. Bunch to discuss scope of work, strategy and patent searches that had been previously performed; telephone conference with Messrs. Bunch and Maggio to update on call with seller counsel and to discuss ongoing action items and strategy; further review of seller materials and beginning detailed review and analysis of third-party patent to prepare for technical discussions; | 2.80 |
| 05/31/2006 | HDP | Various communications with seller counsel including sending request to have paralegal visit; continuing detailed review and analysis of seller materials and third-party patents in preparation for telephone conference with Grace technical expert, Dr. Herring. | 3.90 |

SERVICES                                   $   23,050.00

| | GHL | GARY H. LEVIN | 11.50 | hours @ | $505.00 |
|---|---|---|---|---|---|
| | HDP | HENRIK D. PARKER | 36.30 | hours @ | $475.00 |

**DISBURSEMENTS:**

| | |
|---|---:|
| PATENT COPIES | 1,041.00 |
| TELEPHONE | 0.90 |
| PHOTOCOPYING | 2.85 |
| COMPUTER SEARCH | 10.78 |

| | | |
|---|---|---:|
| DISBURSEMENT TOTAL | $ | 1,055.53 |
| SERVICE TOTAL | $ | 23,050.00 |
| **INVOICE TOTAL** | $ | **24,105.53** |