## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2006, THROUGH MARCH 31, 2006 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 05/23/06 | 1/01/06-1/31/06 | $39,042.00 | $ 9,134.32 | $31,233.60 | $ 9,134.32 | $ 7,808.40 |
| 05/23/06 | 2/01/06-2/28/06 | $62,377.00 | $142.09 | $49,901.60 | $ 142.09 | $12,475.40 |
| 05/23/06 | 3/01/06-03/31/06 | $20,321.00 | $ 85.95 | $16,256.80 | $ 85.95 | $ 4,064.28 |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 19.60 | $ 9,702.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 185.50 | $112,038.00 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | Total | 205.10 | $121,740.00 |

### CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 12.64 |
| Copies – Matter 32 (Fee Applications) | $ 81.15 |
| Copies – Matter 46 (Tax Litigation) | $ 108.30 |
| Computer Database Research | $ 35.17 |
| Local Messenger | $ 40.87 |
| Federal Express/Overnight Messenger | $ 0 |
| Facsimile | $ 0 |
| Postage | $ 0 |
| Meals | $ 27.23 |
| Hotel | $ 0 |
| Local Transportation | $ 18.00 |
| Consultant Fee | $ 9,039.00 |
| Total | $ 9,362.36 |