# EXHIBIT A

## EXHIBIT A

## W. R. Grace & Co., et al.

## District of Delaware, Bankruptcy Case No. 01-1139

## Report on *De Minimis* Asset Sales April 1, 2006 through June 30, 2006

**Part I – Sales in excess of $25,000, but less than $250,000**

NONE

**Part II – Sales equal to or less than $25,000**

NONE

DOCS_DE:119673.1