# EXHIBIT A

## EXHIBIT A

### W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action April 1, 2006 through June 30, 2006

| State of Massachusetts Department of Revenue | W. R. Grace & Co.-Conn. 7500 Grace Drive Columbia, Maryland 21044 | In April 2006, W. R. Grace & Co.-Conn. received payments from the Massachusetts Department of Revenue in the amounts of $2,543,604 and $22,627 (total $2,566,231) representing refunded tax and accrued interest for taxes previously paid for the 1988 and 1990 tax years. |
| --- | --- | --- |

3