IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 2, 2006 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO TWELFTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MAY 1, 2006 THROUGH MAY 31, 2006**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | May 1, 2006 through May 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $10,975.00 |
| 80% of fees to be paid: | $ 8,780.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |
| Total Fees @ 80% and 100% Expenses: | $ 8,780.00 |

This is an:  ___ interim   _X_ monthly   ___ final application.

## COMPENSATION SUMMARY
### May 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | $625 | 1.30 | $812.50 |
| Atul Malhotra | Consulting Actuary (6 years) FCAS | $425 | 4.50 | $1,912.50 |
| Melissa Chung | Analyst (1 year) | $250 | 33.00 | $8,250.00 |
| Total Blended Rate: $282.86 | | | 38.80 | $10,975.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 38.80 | $10,975.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0 |

| May 2006 – Grand Total | $10,975.00 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _____
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: July 11, 2006

2