# EXHIBIT A

# W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Category | Description |
|---|---|---|---|---|---|---|
| | | | | | **May-06** | |
| Jenni Biggs | 5/9/2006 | 0.30 | $625 | $187.50 | Planning | Consideration of other bankruptcy funding/status update |
| Jenni Biggs | 5/11/2006 | 0.50 | $625 | $312.50 | Analysis | CMIS database |
| Jenni Biggs | 5/26/2006 | 0.50 | $625 | $312.50 | Planning | Conversation with Rick Wyron |
| | | 1.30 | | $812.50 | | |
| Atul Malhotra | 5/12/2006 | 0.50 | $425 | $212.50 | Analysis | Expert report |
| Atul Malhotra | 5/30/2006 | 2.00 | $425 | $850.00 | Analysis | Expert report |
| Atul Malhotra | 5/31/2006 | 2.00 | $425 | $850.00 | Analysis | Discussion regarding data questions |
| | | 4.50 | | $1,912.50 | | |
| Melissa Chung | 5/26/2006 | 0.50 | $250 | $125.00 | Analysis | Database integrity validation |
| Melissa Chung | 5/27/2006 | 10.00 | $250 | $2,500.00 | Analysis | Database integrity validation |
| Melissa Chung | 5/28/2006 | 10.00 | $250 | $2,500.00 | Analysis | Database integrity validation |
| Melissa Chung | 5/29/2006 | 8.50 | $250 | $2,125.00 | Analysis | Compiled data for analysis |
| Melissa Chung | 5/31/2006 | 4.00 | $250 | $1,000.00 | Analysis | Summarize database indications |
| | | 33.00 | | $8,250.00 | | |
| | **Total** | 38.80 | | $10,975.00 | | |