

123 East Broad Street
Souderton, PA 18964-0120
(215) 721-2120
Notifications

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2006 | 44206 |

| BILL TO |
|---|
| Scott Baena<br>Bilzin Sumberg Dunn Baena Price & Axelro<br>First Union Financial Center, Suite 2501<br>Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W. R. Grace Bankru... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| TH | 2.1 | 10/14/2004 | Staff time and out of pocket expenses in connection with notice planning, re: Zonolite Attic Insulation. Correspondence with counsel, re: background on notice planning request for Zonolite notice campaign; calls with staff, re: notice planning; review with staff the notice recommendations and strategies during the voluntary campaign sought in Washington State; study Bankruptcy notice planning issues and recommendations during stages when Bar Date was sought by debtor and debtor's notice expert (Kinsella) positions, re: lack of notice for Zonolite. | 350.00 | 735.00 |
| BC | 2 | 10/14/2004 | Discuss overview of assignment with staff; study previous Zonolite Notice Plan for Washington and ZAI recommendation within the W.R. Grace Bankruptcy Notice Plan for situation and target audience background. | 275.00 | 550.00 |
| TH | 2.2 | 10/15/2004 | Calls with staff on planning issues; review objectives and media options; study preliminary data on target and media costs for certain audience levels. | 350.00 | 770.00 |

Fed Tax ID 23-2785427
Thank You.

**Total**


123 East Broad Street
Souderton, PA 18964-0120
(215) 721-2120
Notifications

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/1/2006 | 44206 |

| BILL TO |
|---------|
| Scott Baena |
| Bilzin Sumberg Dunn Baena Price & Axelro |
| First Union Financial Center, Suite 2501 |
| Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| S. Baena | Due on receipt | W. R. Grace Bankru... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|------|----------|----------|-------------|------|--------|
| BC | 4.5 | 10/15/2004 | Research and outline details and costs from Hilsoft's recommendation vs. Debtors expert's proposal, as well as summary of final, approved W.R. Grace PD Plan in order to provide staff and client with appropriate situation analysis for planning for possible future Zonolite notices; discuss media strategies and options with staff; estimate effective TV GRP levels and daypart mixes; investigate and estimate costs for national broadcast and cable TV and various targeted consumer magazines, based on the Zonolite target audience. | 275.00 | 1,237.50 |
| TH | 4.8 | 10/18/2004 | Draft and edit notice planning outline; meet with staff to study cost data and audience coverage options; study reach and positions on notice in prior submissions. | 350.00 | 1,680.00 |
| BC | 6.25 | 10/18/2004 | Meet with staff to discuss media strategies, tactics and estimated costs of candidate options; review reach and frequency levels of various TV daypart mixes, GRP levels, and consumer magazine mixes to determine most effective and efficient avenue; develop schedule of notice "flights" to calculate total costs; draft proposal summary for client. | 275.00 | 1,718.75 |

Fed Tax ID 23-2785427
Thank You.

**Total**



**Hilsoft Notifications**
123 East Broad Street
Souderton, PA 18964-0120
(215) 721-2120

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2006 | 44206 |

**BILL TO**
Scott Baena
Bilzin Sumberg Dunn Baena Price & Axelro
First Union Financial Center, Suite 2501
Miami, Florida 33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W. R. Grace Bankru... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| GI | 8.3 | 10/18/2004 | Research and analyze the demographics of Zonolite class members to define targets; research and analyze leading publications, television programs, and cable networks among the Zonolite targets; create plan options for the launch and follow-up waves of activity; calculate the reach and estimated cost of the launch and follow-up waves of activity for both the print and television and their combined efforts; write the target analysis and plan option summaries for the planning memo; research trade magazines and associations reaching contractors who perform asbestos abatement -estimate their cost; summarize the earned media activity (press release, prepared news article, radio PSA) and calculate the cost of the effort; proof and edit the planning memo. | 250.00 | 2,075.00 |
| BC | 1.25 | 10/25/2004 | Study deposition documents from the W.R. Grace Bankruptcy proceedings to determine the primary geographic target areas in U.S. and Canada for ZAI; meet with staff, re: national media costs vs. regional costs. | 275.00 | 343.75 |
| GI | 3.3 | 10/25/2004 | Review background data on Zonolite and WR Grace for geographic data associated with the Zonolite product; research the Adult 18+ population of the key geographic states and calculate the percentage of the total U.S. population; request proposals from the media representatives for both national and regional editions to determine which purchasing method yields the lowest out-of-pocket cost; review WR Grace Canadian recommendations. | 250.00 | 825.00 |

Fed Tax ID 23-2785427
Thank You.

**Total**



123 East Broad Street
Souderton, PA 18964-0120
(215) 721-2120

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2006 | 44206 |

**BILL TO**

Scott Baena
Bilzin Sumberg Dunn Baena Price & Axelro
First Union Financial Center, Suite 2501
Miami, Florida 33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W. R. Grace Bankru... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| BC | 3.75 | 10/26/2004 | Meet with staff to review findings from geographic research, including target states and DMA's in US and target Provinces and markets in Canada; investigate cost for TV schedules in all target US DMA's and compare to national TV costs; draft summary of TV cost comparison to set media strategies. | 275.00 | 1,031.25 |
| GI | 5.7 | 10/26/2004 | Staff meeting to discuss television planning strategies; contact U.S. and Canadian media representatives to request proposals; research Canadian adult population; research Canadian newspaper audiences; research the leading Canadian publications among Adults 35+ and homeowners; review newspaper proposals and input data into a Canadian Media Planning analysis. | 250.00 | 1,425.00 |
| BC | 3.25 | 10/27/2004 | Investigate cost difference between national and regional television advertising in Canada to determine the most cost efficient direction; estimate cost for effective national TV schedule in Canada against Adults 35+; meet with staff, re: media costs and revisions to media recommendation based on geographic target findings. | 275.00 | 893.75 |
| GI | 3.2 | 10/27/2004 | Review publication proposals; input publication details into the Media Planning Analyses; staff meeting to discuss strategies and timing; contact media representatives to request missing information. | 250.00 | 800.00 |

Fed Tax ID 23-2785427
Thank You.

**Total**



123 East Broad Street
Souderton, PA 18964-0120
(215) 721-2120
Notifications

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2006 | 44206 |

| BILL TO |
|---|
| Scott Baena<br>Bilzin Sumberg Dunn Baena Price & Axelro<br>First Union Financial Center, Suite 2501<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W. R. Grace Bankru... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| TH | 3.1 | 10/27/2004 | Study geographics; meet with staff regarding geographics for Canada and U.S.; study information provided by debtor and debtor's notice expert in witness discovery during the W.R. Grace bar date notice process; study population statistics. | 350.00 | 1,085.00 |
| BC | 3.25 | 10/28/2004 | Contact Canadian television representatives to request and discuss avails, rates, audience numbers, etc. for 1st Quarter 2005; edit media write-up for client, to address the geographic concentration in US and how the media recommendation would be affected, and add data for inclusion of Canada in the notice effort. | 275.00 | 893.75 |

Fed Tax ID 23-2785427
Thank You.

**Total**



**123 East Broad Street**
Souderton, PA 18964-0120
(215) 721-2120
Notifications

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2006 | 44206 |

| BILL TO |
|---|
| Scott Baena<br>Bilzin Sumberg Dunn Baena Price & Axelro<br>First Union Financial Center, Suite 2501<br>Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W. R. Grace Bankru... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| BC | 7.5 | 10/29/2004 | Review US publication proposals resulting from further negotiations and 30-state buy options; determine which publications can deliver geographical coverage desired at lower cost than national buy; edit US magazine plans for the launch schedule and "waves," to reflect lower costs and regional costs where appropriate; generate analysis for Canadian TV, comparing out-of-pocket costs, target audience ratings, and efficiencies among the various networks and programs; study the various TV schedule options for Canada and compare GRP levels and costs to determine most effective program and network selections; review proposals from Canadian newspapers and magazines; meet with staff to provide direction for updating these schedules and estimates; determine most practicable and effective frequency of insertions for Canadian print; combine the recommended Canadian TV, magazine and newspaper schedules to determine total cost for the launch and follow-up "waves;" edit media write-up. | 275.00 | 2,062.50 |
| CP | 2.33333 | 10/29/2004 | Look up newspaper and periodical rates; contact media representative regarding Canadian rate; enter information into Canadian media plan; determine TV broadcast states for specified markets. | 95.00 | 221.67 |

Fed Tax ID 23-2785427
Thank You.

**Total**



123 East Broad Street
Souderton, PA 18964-0120
(215) 721-2120
Notifications

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2006 | 44206 |

| BILL TO |
|---|
| Scott Baena<br>Bilzin Sumberg Dunn Baena Price & Axelro<br>First Union Financial Center, Suite 2501<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W. R. Grace Bankru... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| BC | 3.5 | 11/1/2004 | Determine daypart mix for recommended US and Canada television schedules and review the resulting A35+ reach estimates; research population figures for major metros in Southern Canada; meet with staff to discuss schedules for any follow-up waves in Canada, and revise the schedules to reflect change in number of newspaper and magazine insertions to maximize reach and efficiencies; estimate new costs for launch and "waves;" edit media write-up for client; summarize costs, etc. for staff. | 275.00 | 962.50 |
| GI | 2.4 | 11/1/2004 | Staff meeting to discuss Canadian activity levels; estimate the reach for Canada to determine the adequacy of the recommended launch and waves of activity; edit and proof the campaign planning memo. | 250.00 | 600.00 |
| TH | 1.8 | 11/1/2004 | Study geographics and cost and reach calculations; meet with staff and study revised write-up of outline of notice plan for Zonolite. | 350.00 | 630.00 |
| GI | 1.6 | 11/2/2004 | Write and send an email summarizing the planning memo; revise the media planning analysis to reflect quoted rates | 250.00 | 400.00 |
|  |  | 4/23/2004 | Phone call on 04/13/04. | 1.08 | 1.08 |
| COPY | 17 |  | Photocopies of Documents through 11/05/04. | 0.04 | 0.68 |
| tel |  |  | Phone calls from 10/26/04 to 11/05/04 | 14.18 | 14.18 |

Fed Tax ID 23-2785427
Thank You.

**Total** $20,956.36