UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 2, 2006 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary** |

## SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Hilsoft Notifications |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on September 23, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2004 through November 30, 2004 |
| Amount of Compensation sought as actual, reasonably and necessary for matters other than those related to the Sealed Air fraudulent transfer lawsuit: | $20,940.42 |
| Amount of Expense Reimbursement sought as actual, reasonably and necessary for matters other than those related to the Sealed Air fraudulent transfer lawsuit: | $15.94 |

This is a:____X_____monthly_____Interim_____final Application