IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtor. | Objection Deadline: July 7, 2006 at 4:00 p.m<br>Hearing Date: July 24, 2006 at 2:00 p.m.<br>Related Docket Nos. 12432, 12573, 12574, 12579 |

## LIBBY CLAIMANTS' PARTIAL WITHDRAWAL OF OBJECTION TO DEBTORS' MOTION TO APPROVE SETTLEMENT WITH LLOYD'S UNDERWRITERS

Claimants injured by exposure to tremolite asbestos from the Debtors' operations near Libby, Montana (the "Libby Claimants"),[1] by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby withdraw the Libby Claimants' Objection to Debtors' Motion to Approve Settlement with Lloyd's Underwriters dated June 2, 2006 [Docket No. 12574] (the "Objection"), except that the Libby Claimants continue to support and join in the objections to the Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters filed May 15, 2006 [Docket No. 12432] (the "Motion") filed by the Official Committee of Asbestos Personal Injury Claimants (the "PI Committee") [Docket No. 12579] and the Future Claimants' Representative [Docket No. 12573], including the key point made by the PI Committee that the Debtors' proposal to release $200 million in premises-operations coverage for no consideration is unreasonable, imprudent and not

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 12645], as it may be amended and restated from time to time.

393.001-13055.doc

in the best interests of the estates  The remaining arguments set forth in the Objection will not be pursued in the context of the settlement proposed in the Motion.

Dated: July 13, 2006

LANDIS RATH & COBB LLP

*/s/ Kerri Mumford*

Adam G. Landis, Esq. (No. 3407)
Kerri Mumford, Esq. (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for the Libby Claimants

393.001-13055.doc                    2