# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 5/1/2006 | 1.8 | Business operations | Review information on potential acquisition |
| Jonathan Brownstein | 5/1/2006 | 2.8 | Business operations | Review information on German loan and potential acquisition by Company |
| Ritwik Chatterjee | 5/1/2006 | 3.8 | Business operations | Review materials on international loan review materials on strategic acquisition / related analysis |
| Joseph Radecki | 5/2/2006 | 1.0 | Business operations | Conference call re: acquisition, pension/post-retirement benefits, etc. |
| Jonathan Brownstein | 5/2/2006 | 1.0 | Business operations | Conference call re: potential acquisition and pension information |
| Ritwik Chatterjee | 5/2/2006 | 1.0 | Business operations | Conference call on acquisition and other matters |
| Geoffrey Zbikowski | 5/2/2006 | 1.0 | Business operations | Analysis and review of materials re: German loan and business acquisition; Conference call |
| Jonathan Brownstein | 5/3/2006 | 2.3 | Financial analysis | Pension funding analysis and research |
| Ritwik Chatterjee | 5/3/2006 | 3.0 | Financial analysis | Financial analysis regarding Grace's acquisition |
| Geoffrey Zbikowski | 5/3/2006 | 4.0 | Financial analysis | Financial work and research on business acquisition |
| Joseph Radecki | 5/4/2006 | 2.8 | Business operations | Review data on pension funding received from Company |
| Jonathan Brownstein | 5/4/2006 | 4.0 | Business operations | Review information from Company on pension funding |
| Ritwik Chatterjee | 5/4/2006 | 3.8 | Business operations | Review information provided by Company on pension funding, etc. |
| Geoffrey Zbikowski | 5/4/2006 | 4.8 | Business operations | Financial work and research on acquisition; review and research of pension materials |
| Joseph Radecki | 5/5/2006 | 3.0 | Financial analysis | Review of motion on environmental issue; Review of financial materials provided |
| Jonathan Brownstein | 5/5/2006 | 3.0 | Financial analysis | Review information provided by Company prior to financial meeting; review motion re: environmental settlement |
| Ritwik Chatterjee | 5/8/2006 | 3.0 | Financial analysis | Review Grace's financial briefing packet |
| Geoffrey Zbikowski | 5/8/2006 | 1.0 | Financial analysis | Analysis related to quarterly results |
| Jonathan Brownstein | 5/9/2006 | 2.0 | Financial analysis | Review March 2006 financial briefing materials |
| Ritwik Chatterjee | 5/9/2006 | 4.0 | Financial analysis | Review March 2006 financial briefing materials |
| Geoffrey Zbikowski | 5/9/2006 | 3.8 | Financial analysis | Financial reporting package review; analysis related to quarterly results |
| Ritwik Chatterjee | 5/11/2006 | 2.0 | Financial analysis | Various financial analysis relating to potential strategic acquisition |
| Joseph Radecki | 5/12/2006 | 1.3 | Business operations | Review of analysis on potential acquisition |
| Ritwik Chatterjee | 5/12/2006 | 3.8 | Financial analysis | Various financial analysis relating to potential strategic acquisition |
| Geoffrey Zbikowski | 5/12/2006 | 4.0 | Financial analysis | Analysis relating to business acquisition |
| Joseph Radecki | 5/15/2006 | 5.8 | Financial analysis | Conference call re: pension issues; telephonic attendance of court hearing |
| Jonathan Brownstein | 5/15/2006 | 5.8 | Financial analysis | Review Q1 financial materials; call re: pension issues; court hearing; preparation for mediation |
| Ritwik Chatterjee | 5/15/2006 | 5.8 | Financial analysis | Review quarterly financial packet / Conference call regarding pension issues |
| Geoffrey Zbikowski | 5/15/2006 | 5.0 | Financial analysis | Analysis relating to business acquisition; conf call re: Company pension; mediation preparatory work |
| Joseph Radecki | 5/16/2006 | 5.5 | Business operations | Attend mediation |
| Jonathan Brownstein | 5/16/2006 | 5.5 | Business operations | Mediation attendance: Caplin & Drysdale/Kirkland & Ellis |
| Ritwik Chatterjee | 5/16/2006 | 4.0 | Business operations | Analysis related to ongoing mediation proceedings |
| Geoffrey Zbikowski | 5/16/2006 | 4.0 | Business operations | Analysis related to mediation proceedings |
| Joseph Radecki | 5/17/2006 | 2.0 | Business operations | Conference call re: pension/post-retirement benefits with FCR's counsel; additional conference call re: same topics with FCR & PD representatives |
| Jonathan Brownstein | 5/17/2006 | 2.0 | Business operations | Conference call re: pension with Orrick / Conference call re: pension with FCR & PD representatives |
| Ritwik Chatterjee | 5/17/2006 | 4.0 | Business operations | Conference call regarding pension issues and other case matters with FCR counsel / Conference call regarding pension issues and other case matters with counsel and others / Related analysis |
| Geoffrey Zbikowski | 5/17/2006 | 5.3 | Business operations | Conference calls re: pension matters; analysis for mediation |
| Geoffrey Zbikowski | 5/18/2006 | 2.0 | Financial analysis | Analysis for mediation |
| Geoffrey Zbikowski | 5/19/2006 | 2.8 | Financial analysis | Analysis for mediation; industry research |
| Geoffrey Zbikowski | 5/22/2006 | 3.0 | Business operations | Research on competitors post-retirement benefits, etc. |
| Joseph Radecki | 5/23/2006 | 2.0 | Business operations | Conference call re: pension/post-retirement benefits; review of analysis regarding same |
| Jonathan Brownstein | 5/23/2006 | 3.0 | Business operations | Conference call re: pension; follow-up analysis |
| Ritwik Chatterjee | 5/23/2006 | 4.3 | Business operations | Pension analysis and related research |
| Geoffrey Zbikowski | 5/23/2006 | 4.3 | Business operations | Research on competitors post-retirement benefits, etc. |
| Joseph Radecki | 5/26/2006 | 1.8 | Business operations | Conference call re: pension/post-retirement benefits issues; review of related materials |
| Jonathan Brownstein | 5/26/2006 | 3.3 | Business operations | Conference call re: pension issues / review of related materials |
| Ritwik Chatterjee | 5/26/2006 | 1.0 | Business operations | Conference call regarding pension issues |
| Geoffrey Zbikowski | 5/26/2006 | 1.0 | Business operations | Conference call re: pension matters |
| Joseph Radecki | 5/29/2006 | 2.3 | Business operations | Mediation preparation work |
| Jonathan Brownstein | 5/29/2006 | 1.8 | Business operations | Preparation for mediation |
| Ritwik Chatterjee | 5/29/2006 | 3.0 | Business operations | Analysis related to ongoing mediation proceedings |
| Joseph Radecki | 5/30/2006 | 4.3 | Business operations | Mediation preparation work; mediation attendance |
| Jonathan Brownstein | 5/30/2006 | 4.0 | Business operations | Mediation attendance |
| Ritwik Chatterjee | 5/30/2006 | 4.3 | Business operations | Analysis related to ongoing mediation proceedings |
| Geoffrey Zbikowski | 5/30/2006 | 1.3 | Business operations | Industry research |
| Geoffrey Zbikowski | 5/31/2006 | 2.8 | Business operations | Industry research |