# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

| | | |
|---|---|---|
| Data Services (Court Filings, Research Databases, etc.) | | |
| Geoffrey Zbikowski | 5/04/06 | $ 49.56 |
| **Total Misc. Data Services:** | | **49.56** |
| | | |
| Telephone | | |
| Joseph Radecki | 5/01/06 | 35.50 |
| Joseph Radecki | 5/01/06 | 70.14 |
| Ritwik Chatterjee | 5/08/06 | 60.31 |
| Jonathan Brownstein | 5/18/06 | 31.32 |
| Ritwik Chatterjee | 5/31/06 | 29.91 |
| **Total Telephone:** | | **227.18** |
| | | |
| **TOTAL EXPENSES:** | | **$276.74** |