IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket Nos. 9301, 11023 |

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Sharon D. Matthews, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of Camp Fiorante Matthews (hereinafter the "Firm") located at 555 West Georgia Street, Suite 400, Vancouver, British Columbia, V6B 1Z6.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P.2019 dated October 25, 2004 (the "Revised Order").

3. The Firm has been retained as counsel for the Workers Compensation Board of British Columbia (the "WCB of BC"). The WCB of BC is subrogated to the claims of all creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto as Exhibit "A".

4. Once a worker elects compensation from the WCB of BC, any right of action against a third party is subrogated to the WCB of BC. The relevant provisions of the *Workers Compensation Act*, RSBC 1996 Chapter 492 are attached hereto as Exhibit "B".

4. The Firm is authorized to act on behalf of the creditors named on the attached list at Exhibit "A" and the WCB of BC in the above-referenced bankruptcy. For reference, an exemplar of the form of fee agreement authorizing the Firm to represent the WCB of BC is attached hereto as Exhibit "C".

93015-004\3822

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to exposure to asbestos or asbestos containing products manufactured, marketed, distributed sold, installed or produced by the Debtors and others. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Firm does not hold any claim against or interest in the Debtor.

8. The Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Sworn to before me this 11th day of July, 2006.

_____
Sharon D. Matthews
Camp Fiorante Matthews
555 West Georgia Street, Suite 400
Vancouver, BC   V6B 1Z6
Tel: 604-689-7555
Fax: 604-689-7554

Sworn to before me this 11th day of July, 2006.

_____
Notary Public

**REIDAR M. MOGERMAN**
BARRISTER & SOLICITOR
4th Floor Randall Building
555 West Georgia Street, Vancouver, Canada   V6B 1Z5
**Tel: 604-689-7555   Fax: 604-689-7554**

93015-004\3822