THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**DEBTORS' NOTICE OF ACQUIESCENCE TO CITADEL'S NOTICE OF INTENT TO PURCHASE, ACQUIRE OR OTHERWISE ACCUMULATE EQUITY SECURITIES**

On July 6, 2006, Citadel Investment Group LLC and related entities ("Citadel") filed a "Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities of the Debtors." In response to Citadel's Notice, Debtors respond as follows:

1. Citadel is a sophisticated hedge fund headquartered in Chicago. Pursuant to its Notice, Citadel desires to acquire an additional one million shares of Debtors' publicly traded common stock. Together with stock of the Debtors that it currently owns, Citadel would then own approximately four million shares of the Debtors' common stock, representing approximately six percent of the Debtors' equity.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.       Pursuant to this Court's Final Order dated January 24, 2005 "Limiting Certain Transfers of Equity Securities of the Debtors and Approving Related Notice Procedures," Debtors must determine whether to object to Citadel's intent to purchase Debtors' stock. In evaluating whether to object, Debtors' sole objective is to ensure that Citadel's purchases not have any potential prejudicial effect on Debtors' ability to utilize their net operating loss carryforwards and claim future tax deductions for certain built-in loss items for federal and state income tax purposes.

3.       Under Section 382 of the Internal Revenue Code of 1986, as amended, Debtors' ability to utilize their net operating loss carryforwards and claim future deductions for built-in loss items could be limited if an "ownership change" within the meaning of Section 382 occurred. For purposes of Section 382, an ownership change would occur if the amount of Debtors' stock held by certain five-percent shareholders increases by 50 percentage points or more over a rolling three-year period.

4.       At present, an ownership change of approximately 44 percentage points has occurred.[2] Once Citadel has acquired the additional one million shares that it intends to purchase according to its Notice, an ownership change of approximately 45 percentage points will have occurred. The amount of ownership change caused by Citadel's purchase is relatively insignificant because Citadel has previously held more than five percent of Debtors' stock.

5.       Debtors believe that it is prudent and appropriate to retain a cushion against an ownership change of approximately five percentage points. Debtors therefore are willing to acquiesce to Citadel's purchases of its common stock, but in general will not be in a position to approve other such purchases until mid-2007, at which time more than three years

---

[2] Taking into account potential sales by existing shareholders that may occur that Grace cannot prevent.

will have passed from certain other transactions that are contributing toward Debtors' potential ownership change.

6. In particular, Debtors will in the future object to any proposed purchases of its common stock if such purchases would cause any shareholder to own five percent or more of Debtors' equity, if such shareholder has not previously been a five percent shareholder. Any such acquisition would potentially cause Debtors to experience a more than 50 percentage point ownership change for federal and state income tax purposes. Such an occurrence would not be in the best interest of the Debtors, their stockholders, or holders of claims against the Debtors.

Wilmington, Delaware                                   Respectfully submitted,

Dated: July 14, 2006

KIRKLAND & ELLIS, LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

Laura Davis Jones (#2436)
James O'Neil (#4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:119695.1