IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) ) ) | Case No. 01-01139 (JKF) Jointly Administered |
| Debtors. | ) ) ) ) ) | Related to Docket Nos. 11067, 12246, 12405, and 12765 Hearing: July 24, 2006] |

### CERTIFICATE OF SERVICE

I, Daniel K. Hogan, hereby certify that on the 14th day of July, 2006, I caused a copy of the following document to be served on the individuals on the attached service list by first class mail, postage prepaid:

**Response of the Tort Victims' law Firms in Opposition to Debtor's Supplemental Brief in Support of a Further Exclusivity Extension**

/s/ Daniel K. Hogan
Daniel K. Hogan (ID no. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dan@dkhogan.com