# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

**ORDER AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN LEASES FOR REAL PROPERTY IN HOUSTON, TEXAS**

Upon the Motion of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order under sections 105(a), 363(b)(1), 365(a), and 365(f)(2) of the Bankruptcy Code[2] authorizing the Debtors to assign the Prime Lease and the Sublease (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not otherwise defined in this Order have the meanings given to them in the Motion.

venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and the creditors and all parties-in-interest; and it appearing that the terms and conditions of the Assignment Agreement are fair and reasonable; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

1.   The Motion is granted.

*2.*   *The Assignment and Assumption Agreement is approved.*

*3.*   *2.* There currently are no defaults arising under the Prime Lease or Sublease and therefore no defaults need to be cured.

*4.*   *3.* CF&F is authorized to assume and assign the Prime Lease and Sublease to the Prime Landlord in all respects.

*5.*   *4.* Prime Landlord shall pay CF&F $50,000 pursuant to the terms of the Assignment and Assumption Agreement.

*6.*   *5.* The Prime Landlord and Subtenant are hereby barred from asserting any claims against any of the Debtors ~~related to the curing~~ *or their estates relating to the Prime Lease, the Sublease or the Premises and any claims for amounts relating to the cure* of defaults *by CF&F* under section 365(b)(1)(A) of the Bankruptcy Code.

*7.*   *6.* The Debtors are authorized and empowered to take all actions and execute such other documents as may be necessary to implement the relief granted herein.

2

3

**8.**   ~~7.~~ *The stay of order authorizing the assignment of an executory contract or unexpired lease provided for in Fed. R. Bank. Proc. 6006(d) shall not apply to this Order, and this Order is hereby immediately effective and enforceable.*

**9.**   ~~8.~~ *This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, which is final.*

Dated: _____, 2006

                                                Judith K. Fitzgerald
                                                United States Bankruptcy Judge

Document comparison done by DeltaView on Thursday, July 13, 2006 11:13:25 AM

| Inputs | |
|---|---|
| Document 1 | file://C:/Documents and Settings/jnuckles/Desktop/Grace/Houston Lease Order.doc |
| Document 2 | file://C:/Documents and Settings/jnuckles/Desktop/Grace/Revised Houston Lease Order.doc |
| Rendering set | Basic K&E |

| Legend | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Redline Summary | | |
|---|---|---|
| No. | Change | Text |
| 1-2 | Change | "K&E -9994.1" changed to "K&E -9995.1" |
| 3-4 | Change | "K&E -9994.1" changed to "K&E -9995.1" |
| 5-6 | Insertion | 2.    The Assignment and...Agreement is approved. |
| 7 | Change | "There currently" changed to "2. There currently" |
| 8 | Change | "CF&F is authorized" changed to "3. CF&F is authorized" |
| 9 | Change | "Prime Landlord" changed to "4. Prime Landlord" |
| 10 | Change | "The Prime Landlord" changed to "5. The Prime Landlord" |
| 11-12 | Change | "the Debtors related to the curing of defaults" changed to "the Debtors or their...to the cure of defaults" |
| 13 | Change | "of defaults under section" changed to "of defaults |

|    |        | by CF&F under section" |
|----|--------|------------------------|
| 14 | Change | "The Debtors" changed to "6. The Debtors" |
| 15 | Change | "The stay of" changed to "7. The stay of" |
| 16 | Change | "This Court shall" changed to "8. This Court shall" |

| Statistics |  |
|---|---|
|  | Count |
| Insertions | 6 |
| Deletions | 10 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 16 |

]

2

DOCS_DE:119736.1