IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | Re: Docket Nos. 9302, 11549, 12150, |
| Debtors | ) | 12405 |
| | ) | |

**Hearing Date: July 24, 2006, 2:00 p.m.**

**CERTIFICATION OF COUNSEL REGARDING ORDER
MODIFYING VARIOUS DEADLINES REGARDING
<u>ASBESTOS PROPERTY DAMAGE ESTIMATION AND DISCOVERY</u>**

1. The Court has entered various orders and set and continued various deadlines with respect to the estimation of Asbestos Property Damage ("PD") liabilities and discovery therein (the "PD Estimation").

2. On May 12, 2006, nunc pro tunc to April 17, 2006, the Court entered an Order (Docket No. 12405) which, among other things, continued the deadlines for the PD Estimation once again while the parties concentrated on discussions with respect to a potential consensual Plan of Reorganization.

3. On June 19, 2006, the parties reported to the Court that the discussions with respect to a potential consensual Plan of Reorganization had been unsuccessful and as a result the Court directed the parties to discuss new dates for PD Estimation and submit an order setting such new dates.

4. The Debtors, the PD Committee and their special counsel, Martin Dies, thereafter had several discussions with respect to new dates for the PD Estimation. The parties

were unable to agree on hearing dates for the PD Estimation Phases I and II. The Court set dates of January 29, 30 and 31, 2007 for Phase I and March 26, 27 and 28, 2007 for Phase II.

5. As a result, the Debtors have prepared the attached Order Modifying Various Deadlines Regarding Asbestos Property Damage Estimation and Discovery (the "Order"). The PD Committee and Mr. Dies have not agreed to the dates outlined in the Order and have indicated to the Debtors that they intend to object to the Order setting forth such dates.

6. The dates outlined herein are based on the Court's setting of the Estimation trial dates, the Debtors are agreeable to the dates set by the Court and the Debtors request entry of the attached Order setting such dates and the discovery dates that relate thereto.

Dated: July 14, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

- and -

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB LLP

*[signature]*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession