IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | Re: Docket Nos. 9302, 11549, 12150, |
| Debtors | ) | 12405 |
| | ) | |

**ORDER MODIFYING VARIOUS DEADLINES REGARDING**
**ASBESTOS PROPERTY DAMAGE ESTIMATION AND DISCOVERY**

WHEREAS, the Court has entered various orders and set and continued various deadlines with respect to the estimation of Asbestos Property Damage ("PD") liabilities and discovery therein (the "PD Estimation") as outlined on the attached Exhibit A; and

WHEREAS, on May 12, 2006, nunc pro tunc to April 17, 2006, the Court entered an Order (Docket No. 12405) which, among other things, continued the deadlines for the PD Estimation once again while the parties concentrated on discussions with respect to a potential consensual Plan of Reorganization;

WHEREAS, on June 19, 2006, the parties reported to the Court that the discussions with respect to a potential consensual Plan of Reorganization had been unsuccessful and as a result the Court directed the parties to discuss new dates for PD Estimation and submit an order setting forth such new dates;

WHEREAS, based on those discussions and the Court's calendar, the PD Estimation dates have been revised as outlined below.

WHEREFORE, IT IS HEREBY:

2

1.  ORDERED that all matters with respect to PD Estimation, as outlined on the attached Exhibit A, are re-set for the New Deadlines outlined therein; and it is further

2.  ORDERED that within ten (10) days of entry of this Order, the Debtors will serve the Order on all parties who are affected by this Order.

Dated: _____, 2006

The Honorable Judith K. Fitzgerald<br>
United States Bankruptcy Judge