**Exhibit A to Order Modifying Various Deadlines re PD Estimation and Discovery**

| I. | **PD Estimation Phase I (Daubert hearing: dust sampling methodology)** | | **Previous Deadline Docket # 11549** | **Previous Deadline Docket # 12150** | **New Deadline** |
|---|---|---|---|---|---|
| | A. | Depositions of expert and non-expert witnesses may begin | | | 9/5/06 |
| | B. | Last day for depositions of expert and non-expert witnesses (per ¶ 2) | 4/7/06 | 6/9/06 | 10/20/06 |
| | C. | Final fact witness/expert witness list due (per ¶ 4) | 4/12/06 | 6/14/06 | 10/30/06 |
| | D. | Pre-trial motions, including motions in limine, Daubert and summary judgment motions (per ¶ 5) | | | |
| | | 1.    Opening papers due | 4/21/06 | 6/23/06 | 11/10/06 |
| | | 2.    Responses due | 5/8/06 | 7/10/06 | 12/1/06 |
| | | 3.    Replies due | 5/15/06 | 7/17/06 | 12/15/06 |
| | | 4.    Hearing on pre-trial motions | 5/17/06, 9:00 a.m., Pittsburgh | July 20, 2006 9:30 a.m. Pittsburgh | TBD |
| | E. | Preliminary pre-trial conference (per ¶ 6) | 4/17/06 omnibus hrg | 6/19/06 omnibus hrg | 11/20/06 omnibus |
| | F. | Trial on Phase 1 issues (per ¶ 7) | 6/1/06, 6/2/06, and if necessary 6/12/06 | 9/18/06, 9/19/06 and if necessary, 9/28/06 9:00 a.m. Pittsburgh | 1/29/07, 1/30/07, 1/31/07 9:00 a.m. Pittsburgh |

| | | | | | |
|---|---|---|---|---|---|
| **II.** | | **PD Estimation Phase 2 (Estimation of Asbestos PD Liabilities)** | | | |
| | A. | PD Committee Motion to Compel, Docket No. 11787 (per 2/6/06 order, Docket 11830) | | | |
| | | 1. Debtors' response due | 3/3/06 | 5/1/06 | 8/7/06 |
| | | 2. PD Committee's reply due | 3/13/06 | 5/8/06 | 8/14/06 |
| | | 3. Hearing: None. Court to decide in Chambers. | None | None | None |
| | B. | Debtors to designate experts and submit expert reports on Phase II issues (per ¶ 21) | 5/1/06 | 6/30/06 | 10/2/06 |
| | C. | Debtors to identify Phase II fact witnesses and general subject matter of testimony (per ¶ 21) | 5/1/06 | 6/30/06 | 10/2/06 |
| | D. | PD Estimation Participants (other than the Debtors) to designate experts and submit responsive expert reports on Phase II issues (per ¶ 22) | 5/29/06 | 7/28/06 | 10/30/06 |
| | E. | PD Estimation Participants (other than the Debtors) to identify Phase II fact witnesses and general subject matter of testimony (per ¶ 22) | 5/29/06 | 7/28/06 | 10/30/06 |
| | F. | Debtors' rebuttal expert reports and rebuttal fact witness disclosures due (per ¶ 23) | 6/19/06 | 8/18/06 | 11/20/06 |
| | G. | Depositions of expert and non-expert witnesses on Phase II issues may begin (per ¶ 24) | 6/19/06 | 8/25/06 | 11/27/06 |
| | H. | Preliminary pre-trial conference on PD estimation (per ¶ 26) | 6/19/06 omnibus hrg | 8/21/06 omnibus hrg | 12/18/06 omnibus |
| | I. | All written fact discovery must be completed (per ¶ 20) | 8/7/06 | 10/9/06 | 1/15/07 |

K&E 11240990.1

| | | | | |
|---|---|---|---|---|
| J. | Depositions of expert and non-expert witnesses on Phase II issues must be completed (per ¶ 24) | 8/7/06 | 10/9/06 | 2/5/07 |
| K. | Final fact witness/expert witness lists due for Phase II Estimation hearing (per ¶ 25) | 8/14/06 | 10/13/06 | 2/9/07 |
| L. | Pre-trial motions, including motions in limine, Daubert and summary judgment motions (per ¶ 27) | | | |
| | 1.    Opening papers due | 8/18/06 | 10/16/06 | 2/16/06 |
| | 2.    Responses due | 9/9/06 | 11/2/06 | 3/9/07 |
| | 3.    Replies due | 9/13/06 | 11/6/06 | 3/16/07 |
| | 4.    Hearing, if any | TBD | 11/8/06 9:00 a.m. Pittsburgh | TBD |
| M. | Trial briefs and trial exhibits (per ¶ 28) | Due 14 calendar days before Phase II trial | 11/20/06 | 3/12/07 |
| N. | Final pretrial conference (per ¶ 26) | TBD | 11/8/06 | TBD |
| O. | Trial (per ¶ 26) | 9/06 | 12/04/06, 12/5/06 and 12/6/06 9:00 a.m. Pittsburgh | 3/26/07, 3/27/07, 3/28/07 9:00 a.m. Pittsburgh |

3