IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Dkt. No. 12679, 12751, 12752, 12753, 12754, 12755, 12757, 12758, 12759, 12760, 12761, and 12762** |

**Hearing Date:  July 24, 2006 at 2:00 p.m. Agenda Matter No. 12**

## DEBTORS' MOTION FOR LEAVE TO FILE  A REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR A SCHEDULING ORDER REGARDING CERTAIN OF THE DEBTORS' FIFTEENTH OMNIBUS OBJECTIONS TO PD CLAIMS (SUBSTANTIVE)

The above-captioned debtors and debtors in possession (collectively, the

"Debtors") hereby request authority pursuant to Del.Bankr.LR 9006-1(d) to file a reply in further

support of the *Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors'*

*Fifteenth Omnibus Objections to PD Claims (Substantive)* (the "Motion") (Docket No. 12679),

which is currently scheduled for hearing before the Court on July 24, 2006 at 2 PM ET.

Several objections have been filed in response to the Motion. *See* Docket Nos.

12751, 12752, 12753, 12754, 12757, 12757, 12758, 12759, 12760, 12761, and 12762.  The

objections mischaracterize the Debtors' request and make misstatements of fact and law with

respect to history in these Chapter 11 Cases and relevant bankruptcy law governing estimation

and abstention.  Given the importance of the estimation process to the Debtors' reorganization

efforts, the Debtors request an opportunity to file a Reply that (i) clarifies the record with respect

to the misstatements in the objections and (ii) responds to certain of the arguments asserted in the

objections.

      WHEREFORE, the Debtors respectfully request the entry of an Order granting it

authority to file the Reply, a copy of which is attached hereto as Exhibit 1.

Dated: July 14, 2006

                KIRKLAND & ELLIS LLP
                David M. Bernick, P.C.
                Janet S. Baer
                200 East Randolph Drive
                Chicago, Illinois 60601
                Telephone:  (312) 861-2000
                Facsimile:  (312) 861-2200

                - and -

                PACHULSKI STANG ZIEHL YOUNG JONES
                & WEINTRAUB LLP

                *James E. O'Neill*

                Laura Davis Jones (Bar No. 2436)
                James E. O'Neill (Bar No. 4042)
                919 North Market Street, 17th Floor
                P.O. Box 8705
                Wilmington, DE  19899-8705 (Courier 19801)
                Telephone:  (302) 652-4100
                Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession
SO ORDERED this ___ day

of July, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge