IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Docket Nos: 11067, 12765 and 12756 |
| | ) | |

**Hearing: July 24, 2006 2:00 p.m.**

## DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO EXTEND EXCLUSIVITY

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby request authority pursuant to Del.Bankr.LR 9006-1(d) to file a reply in further support of their Motion to Extend Exclusivity (Docket No. 11067), which is currently scheduled for hearing before the Court on July 24, 2006 at 2:00 p.m.

On July 7, 2006 the asbestos committees filed a supplemental objection to the Debtors' Exclusivity Motion (Docket No. 12756) (the "Supplemental Objection"). The Supplemental Objection contains new matters and issues with respect to estimation and the chapter 11 plan process never previously addressed. The Debtors request an opportunity to file a reply that responds to the new matters and issues raised by the asbestos committees.

91100-001\DOCS_DE:119755.1

WHEREFORE, the Debtors respectfully request the entry of an Order granting it authority to file the Reply, a copy of which is attached hereto as **Exhibit 1**.

Dated: July 14, 2006

                      KIRKLAND & ELLIS LLP
                      David M. Bernick P.C.
                      Janet S. Baer
                      200 East Randolph Drive
                      Chicago, Illinois 60601
                      Telephone: (312) 861-2000
                      Facsimile: (312) 861-2200

                      And

                      PACHULSKI STANG ZIEHL YOUNG JONES
                      & WEINTRAUB LLP.

                      */s/ James E. O'Neill*
                      Laura Davis Jones (Bar No. 2436)
                      James E. O'Neill, III (Bar No. 4042)
                      919 North Market Street, 17th Floor
                      P.O. Box 8705
                      Wilmington, DE 19899-8705 (Courier 19801)
                      Telephone: (302) 652-4100
                      Facsimile: (302) 652-4400

                      Co-Counsel for the Debtors and Debtors in Possession