IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 9301, 12151 12314 and 12405 |

**CERTIFICATION OF COUNSEL REGARDING ORDER AMENDING CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY DAMAGE LIABILITIES**

The undersigned hereby certifies that:

1. On August 29, 2005, the Court entered its Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Docket No. 9301) (the "PI CMO").

2. On December 19, 2005, upon the oral motion of the PI Committee, the Court granted an additional 60 days to persons who hold Asbestos PI Pre-Petition Litigation Claims (as defined in the attached proposed Order) to complete and return the Questionnaire.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3. On February 21, 2006 the Court granted Official Committee of Asbestos Personal Injury Claimants' request to extend the time for holders of Asbestos PI Pre-Petition Litigation Claims to complete and serve the Questionnaire to May 12, 2006.

4. On May 12, 2006, nunc pro tunc to April 17, 2006, the Court entered an Order (Docket No. 12405) which, among other things, continued the deadlines for the PI Estimation once again while the parties concentrated on discussions with respect to a potential consensual Plan of Reorganization and, by separate Order, extended the time for holders of Asbestos PI Pre-Petition Litigation Claims to complete the Questionnaires to July 12, 2006.

5. On June 19, 2006, the parties reported to the Court that the discussions with respect to a potential consensual Plan of Reorganization had been unsuccessful and as a result the Court directed the parties to discuss new dates for PI Estimation and submit an order setting such new dates.

6. Counsel for the Debtors, counsel for the Official Committee of Asbestos Personal Injury Claimants, counsel for the Future Claimants Representative, counsel for the Official Committee of Asbestos Property Damage Claimants, counsel for the Equity Holders Committee, counsel for the Official Committee of Unsecured Creditors, and counsel for the Libby Claimants have agreed on the proposed form of Order attached hereto amending the PI CMO.

7. Accordingly, the Debtors respectfully request that the Court enter the Order attached hereto as Exhibit A.

Dated: July 14, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Barbara Harding
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession