IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. Docket No. 9622** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR AN ORDER ESTABLISHING A PROOF OF CLAIM BAR DATE FOR ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMS

The undersigned hereby certifies that:

1. On October 10, 2005, the Debtors filed their Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims (Docket No. 9622) (the "Bar Date Motion").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.	The Bar Date Motion was originally scheduled for hearing on November 14, 2005 but, after colloquy with the Court and the parties, consideration of the Bar Date Motion was deferred.

3.	At the June 19, 2006 hearing, the Court requested that the Debtors relist the Bar Date Motion for hearing and circulate revised versions of the following: (1) W.R. Grace & Co. Asbestos PI Proof Of Claim Form; (2) Notice of Asbestos PI Pre-Petition Litigation Bar Date Notice; and (3) Order As To All Asbestos Personal Injury Pre-Petition Litigation Claims: (i) Establishing Bar Date; (ii) Approving Proof Of Claim Forms And (iii) Approving Notice Of Asbestos PI Pre-Petition Litigation Bar Date (collectively, the "Revised Bar Date Materials") copies of which are attached hereto as Exhibit A, so that the parties might arrive at an agreed upon order.

4.	Pursuant to the Court's instruction, counsel for the Debtors circulated the Bar Materials to counsel for the Official Committee of Asbestos Personal Injury Claimants, counsel for the Future Claimants Representative, counsel for the Official Committee of Asbestos Property Damage Claimants, counsel for the Equity Holders Committee, counsel for the Official Committee of Unsecured Creditors, and counsel for the Libby Claimants.

5.	The parties have agreed to the Revised Bar Date Materials.

6.     Accordingly, the Debtors respectfully request that the Court approve the Revised Bar Date Materials attached hereto as Exhibit A and enter: (1) the Notice of Asbestos PI Pre-Petition Litigation Bar Date Notice; and (2) Order As To All Asbestos Personal Injury Pre-Petition Litigation Claims: (i) Establishing Bar Date; (ii) Approving Proof Of Claim Forms And (iii) Approving Notice Of Asbestos PI Pre-Petition Litigation Bar Date.

Dated: July 14, 2006

>KIRKLAND & ELLIS LLP
>David M. Bernick, P.C.
>Janet S. Baer
>Barbara Harding
>200 East Randolph Drive
>Chicago, Illinois 60601
>(312) 861-2000
>
>and
>
>PACHULSKI STANG ZIEHL YOUNG JONES
>& WEINTRAUB LLP
>
>
>Laura Davis Jones (Bar No. 2436)
>James E. O'Neill (Bar No. 4042)
>919 North Market Street, 17th Floor
>P.O. Box 8705
>Wilmington, DE 19899-8705 (Courier 19801)
>Telephone: (302) 652-4100
>Facsimile: (302) 652-4400
>
>Co-Counsel for the Debtors and Debtors in Possession