**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 01-1139(JKF)** |
| **W.R. GRACE & CO., et al** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Hearing Date: August 21, 2006 @ 12:00 p.m. |
| | | Objections Due: August 4, 2006 |

**NOTICE OF CLAIMAINTS' MOTION TO AMEND
CASE MANAGEMENT ORDER FOR THE ESTIMATION
OF ASBESTOS PERSONAL INJURY LIABILITIES**

To:   Persons Identified on Attached Service List

Claimants filed, on July 17, 2006, a Motion to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (the "Motion"), which sought the following relief: opportunity to conduct discovery of Debtors' and non-debtor third parties in connection with the Asbestos Estimation (as defined in the Motion).

You are required to file a response/objection to the Motion by: **August 4, 2006**

At the same time, you must also serve a copy of the response upon Movant's counsel:

| | |
|---|---|
| Patricia P. McGonigle, Esq. | Robert W. Phillips, Esq. |
| SEITZ, VAN OGTROP & GREEN, P.A. | SimmonsCooper LLC |
| 222 Delaware Avenue, Suite 1500 | 707 Berkshire Blvd |
| P. O. Box 68 | East Alton, IL 62024 |
| Wilmington, DE 19899 (Courier 19801) | (618) 259-2251 (fax) |
| (302) 888-0606 (fax) | rphillips@simmonscooper.com |
| pmcgonigle@svglaw.com | |

HEARING ON THE MOTION WILL BE HELD: **August 21, 2006 at 12:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Date:   July 17, 2006

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ Patricia P. McGonigle*

Patricia P. McGonigle (ID#3126)
R. Karl Hill (ID#2747)
Kevin A. Guerke (ID#4096)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone (302) 888-0600
Fax (302) 888-0606

       -and-

Robert W. Phillips
SimmonsCooper LLC
707 Berkshire Boulevard
East Alton, IL 62024
Phone (618) 259-2222
Fax (618) 259-2251
rphillips@simmonscooper.com

Counsel for Claimants