**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 01-1139(JKF)** |
| **W.R. GRACE & CO., et al** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **RE:  D.I.  _____** |

### ORDER GRANTING MOTION TO AMEND
### CASE MANAGEMENT ORDER FOR THE ESTIMATION
### OF ASBESTOS PERSONAL INJURY LIABILITIES

Upon consideration of the Motion to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (the "Motion"), and any opposition filed in response thereto, and it appearing that proper and sufficient notice has been given to all parties and that no further notice need be given; it is hereby:

ORDERED that the Motion be, and hereby is, GRANTED; and it is further

ORDERED that Claimants are granted _____ days to conduct discovery of both Debtors and non-debtor third parties in connection with the Asbestos Estimation.

Dated:_____, 2006

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge