## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing *Motion to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities* has been served this 17th day of July, 2006, in the manner so noted, on the following persons:

James E. O'Neill, Esquire                        By Hand
Pachulski, Stang, Ziehl, Young Jones &
Weintraub, PC
919 North Market Street, 16th Floor
Wilmington, DE 19801
*Counsel to the Debtors*

Frank J. Perch , Esquire                          By Hand
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

This will further certify that a true and correct copy of the foregoing *Motion to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities* has been served this 17th day of July, 2006 via first class mail, postage prepaid, on the attached Service List.


/s/ *Kevin A. Guerke*
Kevin A. Guerke (DE 4096)

55007v1