## EXHIBIT B

Form of Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

## ORDER DISALLOWING AND EXPUNGING CLAIM 5703, WITH PREJUDICE

Upon consideration of the Debtors' Objection to David Slaughter's Claim [No. 5703] (the "Objection"); and the Court having considered the Claim and the Objection and finding that the relief requested therein is in the best interest of the Debtors and their estates; and due and proper notice have been given with no other notice being required; and no further notice on the Objection being required; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Objection is sustained; and

2. Claim Number 5703, which was filed by David Slaughter in these chapter 11 cases, is disallowed and expunged, with prejudice.

Wilmington, Delaware

Dated: _____, 2006      _____
                                  UNITED STATES BANKRUPTCY JUDGE