IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JULY 24, 2006, AT
2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

**STATUS REPORT ON CONSENSUAL PLAN DISCUSSIONS**

1.    Status Report on Consensual Plan Discussions

   Status: Pursuant to the Court's Order on June 19, 2006 the parties will provide the Court
   with a report on discussions between the Debtors and the Asbestos Committees with
   respect to plan discussions and any agreement reached among the asbestos constituents.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXCLUSIVITY**

2.  Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors'
    Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon
    [Filed: 11/14/05] (Docket No. 11067)

    Related Documents:

    a.  [Proposed] Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive
        Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed:
        11/14/05] (Docket No. 11067)

    b.  [Signed] Order Extending Debtors' Exclusivity Periods in Which to File a
        Chapter 11 Plan and Solicit Votes Thereon and Appointing a Plan Mediator
        [Filed: 3/10/06] (Docket No. 12031)

    c.  [Signed] Order Extending (i) Debtors' Exclusive Periods in Which to File a
        Chapter 11 Plan and Solicit Votes Thereon (ii) Term of the Plan Mediator and (iii)
        Matters with Respect to PI and PD Estimation [Filed: 5/12/06] (Docket No.
        12405)

    d.  Debtors' Supplemental Brief in Support of a Further Exclusivity Extension [Filed:
        7/7/06] (Docket No. 12765)

    Response Deadline: December 2, 2005 at 4:00 p.m. *(extended for the General Unsecured
        Creditors Committee until December 7, 2005 at 12:00 noon.)*

    Responses Received:

    a.  Objection of the Official Committee of Asbestos Property Damage Claimants to
        Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending
        Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes
        Thereon [Filed: 12/2/05] (Docket No. 11243)

    b.  Future Claimants Representative's Objection to Debtors' Ninth Motion for Order
        Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes
        Thereon [Filed: 12/2/05] (Docket No. 11244)

    c.  Response in Opposition to Debtors' Ninth Motion for an Order Pursuant to 11
        U.S.C. 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter
        11 Plan and to Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11246)

    d.  Official Committee of Asbestos Personal Injury Claimants' Objection to The
        Debtors' Ninth Motion For An Order Pursuant To 11 U.S.C. §1121(d) Extending
        Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit
        Votes Thereon [Filed: 12/2/05] (Docket No. 11247)

    e.  Limited Response of State of Montana to Debtors' Ninth Motion for an Order
        Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which
        to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 2/10/06] (Docket
        No. 11747)

f.    Limited Response of Her Majesty the Queen in Right of Canada as Represented by the Attorney General of Canada to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Period in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 2/10/06] (Docket No. 11748)

g.    Supplemental Objection of the Future Claimants' Representative, Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants to Debtors' Ninth Motion for Order Further Extending Claimants to Debtors' Ninth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon, and the Asbestos Constituents' Proposal for a Quicker Exit From Chapter 11 [Filed: 7/7/06] (Docket No. 12756)

**h.    Supplemental Limited Response of Her Majesty the Queen in right of Canada as Represented By the Attorney General of Canada to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 7/14/06] (Docket No. 12803)**

**i.    Response of the Tort Victims' Law Firms in Opposition to Debtor's Supplemental Brief In Support of a Further Exclusivity Extension [Filed: 7/14/06] (Docket No. 12807)**

Replies Received:

a.    Debtors' Reply in Further Support of Its Ninth motion for an Order Extending Exclusivity [Filed: 12/9/05] (Docket No. 11309)

b.    Grace's Status Report on the Progress of the Case [Filed: 2/13/06] (Docket No. 11756)

**c.    Debtors' Motion for Leave to File a Reply in Support of its Motion to Extend Exclusivity [Filed: 7/14/06] (Docket No. 12813)**

**a.    Grace's Reply Brief in Support of its Motion to Extend Exclusivity [Filed: 7/14/06] (Docket No. 12813, Exhibit 1)**

Status:  This matter will go forward.


## UNCONTESTED MATTERS

3.    Motion of Debtors for Entry of an Order Approving a Stipulation Settling Claims Concerning the Wauconda Site and Authorizing Payment Thereunder [Filed: 5/15/06] (Docket No. 12431)

Related Documents:

a.    [Signed] Order Approving a Stipulation Settling Claims Concerning the Wauconda Site and Authorizing Payment Thereunder [Filed: 6/16/06] (Docket No. 12659)

91100-001\DOCS_DE:117610.5

    b.        Notice of Lodging Settlement Agreement [Filed: 5/18/06] (Docket No. 12454)

    c.        Certification of No Objection Regarding Docket No. 12431 [Filed: 6/12/06] (Docket No. 12631)

    **d.**        **Certificate of Counsel Regarding Order Approving Settlement Agreement Regarding Environmental Protection Agency Claims at the Wauconda Site [Filed: 7/13/06] (Docket No. 12791)**

<u>Response Deadline:</u> June 2, 2006, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

<u>Status:</u> The Court has entered the Order with respect to the Motion. **The United States Department of Justice submitted a revised Settlement Agreement and a separate Order with respect to the Notice of Lodging under the Certificate of Counsel listed as Related Document d. above. The parties request that the Court enter the form of Order attached to the Certificate of Counsel filed in connection with this matter.**

4.      Iowa Department of Revenue's Motion for Leave to File Late Claim [Filed: 6/15/06] (Docket No. 12644)

    <u>Related Documents:</u>

    a.        [Proposed] Order Granting the Iowa Department of Revenue's Motion for Leave to File Late Claim [Filed: 6/15/06] (Docket No. 12644)

    **b.**        **Certification of No Objection Regarding Docket No. 12644 [Filed: 12773] (Docket No. 12773)**

<u>Response Deadline:</u> July 7, 2006, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

**<u>Status:</u> No party objected to the relief requested in the Motion. Accordingly, counsel for the Iowa Department of Revenue has filed a certificate of no objection regarding this matter.**

5.      Motion for Entry of an Order Authorizing the Debtors to Assume and Assign a Lease and Sublease for Certain Real Property in Houston, Texas [Filed: 6/19/06] (Docket No. 12676)

    <u>Related Documents:</u>

    a.        [Proposed] Order Authorizing the Debtors to Assume and Assign a Lease and Sublease for Certain Real Property in Houston, Texas [Filed: 6/19/06] (Docket No. 12676)

    **b.**        **Certification of Counsel Regarding Revised Order Authorizing the Debtors to Assume and Assign Leases for Real Property in Houston, Texas [Filed: 7/14/06] (Docket No. 12809)**

Response Deadline: July 7, 2006, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Debtors agreed to make changes to the proposed Order requested by the Official Committee of Unsecured Creditors. The Debtors request that the Court enter the revised form of Order attached to the Certification of Counsel filed in connection with this matter.**

6.      Motion to Amend the Order Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses [Filed: 6/19/06] (Docket No. 12677)

Related Documents:

a.      [Proposed] Second Amended Order Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses [Filed: 6/19/06] (Docket No. 12677)

**b.      Certification of No Objection Regarding Docket No. 12677 [Filed: 7/14/06] (Docket No. 12808)**

Response Deadline: July 7, 2006, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

7.      Motion of the Debtors for an Order Authorizing the Implementation of the 2006-2008 Long-Term Incentive Program for Key Employees [Filed: 6/19/06] (Docket No. 12678)

Related Documents:

a.      Affidavit of W. Brian McGowan in Support of the Debtors' Motion for an Order Authorizing, the Implementation of the 2006-2008 Long-Term Incentive Program for Key Employees [Filed: 6/19/06] (Docket No. 12678)

b.      [Proposed] Order Authorizing, But Not Requiring, the Implementation of the 2006-2008 Long-Term Incentive Program for Key Employees [Filed: 6/19/06] (Docket No. 12678)

**c.      Certification of Counsel Regarding Revised Order Authorizing, But Not Requiring, the Implementation of the 2006-2008 Long-Term Incentive Program for Key Employees [Filed: 7/14/06] (Docket No. 12810)**

Response Deadline: July 7, 2006, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

91100-001\DOCS_DE:117610.5

<u>Status:</u>  **The Debtors agreed to make changes to the proposed Order requested by certain creditors' committees. The Debtors request that the Court enter the revised form of Order attached to the Certification of Counsel filed in connection with this matter.**

## CONTESTED MATTERS

8.     Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

<u>Related Motions:</u>

a.     Libby Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12575)

(i)     [Signed] Modified Order Granting Claimants' Motion to Defer Consideration of Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 6/7/06] (Docket No. 12609)

<u>Related Documents:</u>

a.     Debtors' [Proposed] Order Approving the Debtors' Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

b.     **Libby Claimants' Partial Withdrawal of Objection to Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 7/13/06] (Docket No. 12794)**

<u>Response Deadline:</u> June 2, 2006, at 4:00 p.m.

<u>Responses Received:</u>

a.     The Future Claimants' Representative's Objection to the Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12573)

b.     Libby Claimants' Objection to Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12574)

c.     Objection of the Official Committee of Asbestos Personal Injury Claimants to the Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12579)

d.     Joinder of Official Committee of Asbestos Property Damage Claimants to the Objections of (A) the Official Committee of Asbestos Personal Injury Claimants and (B) the Future Claimants' Representative to the Motion of the Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12580)

<u>Status:</u> This matter will go forward.

9.      Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and
        Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the
        Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic
        Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret
        Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

        Response Deadline: December 15, 2004 at 4:00 p.m.

        Responses Received:

        a.      Objection of Maryland Casualty Company to Motion of the Scotts Company
                Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of
                Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified
                Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay
                [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

        b.      Response of One Beacon America Insurance Company and Seaton Insurance
                Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil
                Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the
                Extent Necessary From the Modified Preliminary Injunction Order Dated January
                22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083,
                Docket No. 14)

        c.      Objection of Continental Casualty Company and Boston Old Colony Insurance
                Company to the Scotts Company's Motion Seeking Relief From the Automatic
                Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed:
                2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

        Status:  A status conference will go forward on this matter.


## STATUS CONFERENCE ON ADVERSARY PROCEEDING 02-01657

10.     Motion for Entry of Judgment Filed by Environmental Litigation Group, P.C.
        [Filed: 6/16/06] (Adv. Pro. No. 02-01657, Docket No. 58)

        **Related Documents:**

        a.      **Certification of Counsel Regarding Stipulation and Order Regarding
                Briefing Schedule for Motion for Entry of Judgment of Reaud, Morgan &
                Quinn, Inc. and Environmental Litigation Group, P.C. [Filed: 7/13/06] (Adv.
                Pro. No. 02-01657, Docket No. 60)**

        **Status: A status conference will go forward on this matter. The parties request that
        the Court enter the Stipulation and Order attached to the Certification of Counsel
        filed in connection with this matter.**

## CLAIMS OBJECTIONS

11.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

Related Documents:

a.    [Signed] Twenty-Second Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 6/20/06] (Docket No. 12680)

b.    Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

Response Deadline: June 4, 2004, at 4:00 p.m.

Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

Replies Received: None as of the date of this Notice of Agenda.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to August 21, 2006, at 2:00 p.m.


## MATTERS RELATING TO ASBESTOS PD CLAIMS

### *I.    MATTERS RELATING TO SCHEDULING ORDER REGARDING DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS*

12.    Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 6/19/06] (Docket No. 12679)

Related Documents:

a.    [Proposed] Scheduling Order Regarding Debtors' Fifteenth Omnibus Objection to Claims (Substantive) [Filed: 6/19/06] (Docket No. 12679, Exhibit 6)

Response Deadline: July 7, 2006, at 4:00 p.m.

Responses Received:

a.    Limited Response of Canadian ZAI Claimants to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12751)

b.    Objection of the Prudential Insurance Company of America to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12752)

8

c.    Objection of Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12753)

d.    Joinder of the Motley Rice LLC Claimants in the Objection of Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for A Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12754)

e.    Joinder of the Motley Rice LLC Claimants in the Objection of the State of Arizona to Debtors' Motion for A Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12755)

f.    Objection of the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive), and Joinder in the Objection of the Official Committee of Asbestos Property Damage Claimants [Filed: 7/7/06] (Docket No. 12757)

g.    **Joinder of the State of Oregon, By though the State Board of Higher Education, in the Opposition Filed By the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12758)**

h.    **Joinder of the State of Arkansas in the Opposition Filed By the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12759)**

i.    **Joinder of the City of Phoenix, Arizona in the Opposition Filed By the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12760)**

j.    **Joinder of Cook County, Illinois in the Opposition Filed By the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12761)**

k.    **Speights & Runyan Claimants' Response to Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12762)**

l.     Letter Response of William R. Wittenberg Regarding Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 7/11/06] (Docket No. 12779)

m.    Letter Response of Jamie G. Shartzer Letter Response of Alfred V. Williams Regarding Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 7/11/06] (Docket No. 12801)

n.     Letter Response of Alfred V. Williams Regarding Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: TBD] (Docket No. TBD)

<u>Replies Received:</u>

a.     Debtors' Motion for Leave to File a Reply in Further Support of Their Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/14/06] (Docket No. 12812)

    i.     Debtors' Reply in Further Support of Their Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/14/06] (Docket No. 12812, Exhibit 1)

<u>Status:</u> This matter will go forward.

## II.    *STATUS REPORT ON REMAINING PD CLAIMS [Including 225 Speights Canadian Claims without product ID and Speights Claimants' responses to PD Claim Form Question 18]*

## III.   *PD CLAIMS OBJECTIONS CONTINUED FROM THE 1/24/06 THROUGH 1/26/06 HEARING*

13.    <u>Traditional PD Claims, Speights & Runyan</u>

    *A.     Unauthorized Claims (per 13th omnibus objection)*

        **6 claims remaining**, no proof of authority to file

        **68 claims remaining**, no proof of authority to file as of Bar Date

        i.     Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By the Law Firm Speights & Runyan (Substantive) [Filed: 9/1/05] (Docket No. 9311)

        ii.    Response of Speights & Runyan to Debtors' Thirteenth Omnibus Objection [Filed: 10/7/05] (Docket No. 9607)

**Further Briefing**:

    iii. Sur-Reply in Support of the Disallowance of 71 Claims for which Speights & Runyan has not Established Authority to File as of the March 31, 2003 Bar Date [Filed: 01/24/2006](Docket No. 11621)

    iv. Further Memorandum in Opposition to Debtors' Thirteenth Omnibus Objection: Ratification of Authority by Claimants filed by Anderson Memorial Hospital [Filed: 02/03/2006](Docket No. 11709)

    v. Debtors' Brief in Further Support of the Disallowance of 71 Claims where Speight Lacked Authority as of the Bar Date [Filed: 2/3/06] (Docket No. 11712)

**B.**    *Previously Settled Claims,* 2 claims, Objection B-2:
        *(Only 2 Settled British Columbia Claims will go forward)*

    i. Claim No. 12299

    ii. Claim No. 12355

Status:  This matter will go forward.

Related Documents

a.    Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/1/05] (Docket No. 9315)

Responses Received:

a.    Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims Re: Claim No. 12355 [Filed: 10/22/05] (Docket No. 10212)

b.    Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims Re: Claim No. 12299 [Filed: 10/25/05] (Docket No. 10815)

Replies Received:

a.    Debtors' Reply Brief in Support of Fifteenth Omnibus Objection to Claims (Substantive) [Filed 12/22/2005] (Docket No. 11428)

Sur-Replies Received:

a.    Certain Speights & Runyan Claimants' Sur-Reply in Opposition to the Debtors' Thirteenth and Fifteenth Omnibus Objections [Filed: 1/20/06] (Docket No. 11594)

Status: This matter will go forward.

## IV.    MATTERS RELATING TO THE ANDERSON MEMORIAL HOSPITAL'S MOTION FOR CLASS CERTIFICATION

### A.    Status Report on the Debtors' 2002 Notice Program

#### Related Documents:

a.    Affidavit of Katherine Kinsella [Filed: 4/5/06] (Docket No. 12206)

b.    Debtors' Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents [Filed: 12/19/05] (Docket No. 11365)

Response Deadline: None.

Responses Received:

a.    Anderson Memorial Hospital's Response to Debtors' Motion for Protective Order for 30(b)(6) Depositions and Documents [Filed: 1/10/09] (Docket No. 11522)

c.    Anderson Memorial Hospital's Motion for Limited Relief From Automatic Stay [Filed: 12/22/05] (Docket No. 11413)

Response Deadline:  January 10, 2006, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief from the Automatic Stay [Filed: 1/10/06] (Docket No. 11520)

14.    Status of Amended PD CMO

#### Related Documents:

a    **Certification of Counsel Regarding Order Modifying Various Deadlines Regarding Asbestos Property Damage Estimation and Discovery [Filed: 7/14/06] (Docket No. 12811)**

Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

15.    Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/10/05] (Docket No. 9622)

12

Related Documents:

a.      [Proposed] Order Establishing a Proof of Claim Bar Date for Asbestos Personal
        Injury Pre-Petition Litigation Claims [Filed: 10/10/05] (Docket No. 9622)

b.      **Debtors' (Revised) Proof of Claim Form [Filed: 7/14/06] (Docket No. 12816)**

c.      **Debtors' (Revised) Notice of Asbestos PI Pre-Petition Litigation Bar Date
        [Filed: 7/14/06] (Docket No. 12816)**

d.      **[Proposed] Debtors' (Revised) Order as to All Asbestos Personal Injury Pre-
        Petition Litigation Claims: (I) Establishing Bar Date; (II) Approving Proof of
        Claim Forms and (III) Approving Notice of Asbestos PI Pre-Petition
        Litigation Bar Date [Filed: 7/14/06] (Docket No. 12816)**

e.      **Certification of Counsel Regarding Debtors' Motion for an Order
        Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-
        Petition Litigation Claims [Filed: 7/11/06] (Docket No. 12816)**

Response Deadline: October 28, 2005 at 4:00 p.m.

Responses Received:

a.      Response of Official Committee of Equity Security Holders in Support of
        Debtor's Motion for Order Establishing a Proof of Claim Bar Date for Asbestos
        Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket No.
        10910)

b.      Response to [In Opposition] Motion For An Order Establishing A Proof of Claim
        Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims
        [Filed: 10/28/05] (Docket No. 10913)

c.      Future Claimants' Representatives Opposition to the Debtors' Motion for an
        Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-
        Petition Litigation Claims [Filed: 10/28/05] (Docket No. 10917)

d.      Opposition of The Official Committee of Asbestos Personal Injury Claimants to
        the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for
        Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket
        No. 10930)

Replies Received:

a.      Debtors' Motion for Leave to File a Reply with Respect to its Motion for an
        Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-
        Petition Litigation Claims [Filed: 11/4/05] (Docket No. 10999)

        (i)     Debtors' Reply in Support of its Motion for an Order Establishing a Proof
                of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation
                Claims [Filed: 11/4/05] (Docket No. 10999)

91100-001\DOCS_DE:117610.5

Status: This matter will be going forward.

16.   Status Report on Questionnaires

      **Related Documents:**

      a.   **Plaintiff's Objections to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 7/11/06] (Docket No. 12772)**

      b.   **Waters & Kraus Claimants' General Objections and Responses to Debtors' Asbestos Personal Injury Questionnaire [Filed: 7/11/06] (Docket No. 12776)**

      c.   **Chris Parks & Associates Claimants' General Objections and Responses to Debtors' Asbestos Personal Injury Questionnaire [Filed: 7/12/06] (Docket No. 12780)**

      Status: The parties will provide the Court with a status report on Questionnaires.

17.   Status on Amended PI CMO

      **Related Documents:**

      a.   **Certification of Counsel Regarding Order Amending Case Management Order for the Estimation of Asbestos Personal Injury Damage Liabilities [Filed: 7/14/06] (Docket No. 12815)**

      Status: This matter will go forward.

Dated: July 17, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

14