# EXHIBIT C

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire





10315607141485

Robles & Gonazalez, P A
One Bayfront Plaza
100 S Biscayne Boulevard, Suite 900
Miami FL 33131-0201

**REDACTED**



000461141485

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                                    )   Chapter 11
                                                          )
. W. R. GRACE & CO., et al.,                              )   Case No. 01-01139 (JKF)
                                                          )   Jointly Administered
        Debtors.                                          )
                                                          )



# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

<u>IF SENT BY U.S. MAIL</u>                    <u>IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE</u>

RUST CONSULTING, INC.                         RUST CONSULTING, INC.
CLAIMS PROCESSING AGENT                        CLAIMS PROCESSING AGENT
RE: W.R. GRACE & CO. BANKRUPTCY                RE: W.R. GRACE & CO. BANKRUPTCY
P.O. BOX 1620                                 201 S. LYNDALE AVE.
FARIBAULT, MN 55021                           FARIBAULT, MN 55021

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL <u>NOT</u> BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES <u>NOT</u> MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

**. PART III – Direct Exposure to Grace Asbestos-Containing Products**

a Part III, please provide the requested information for the job and site at which you were exposed to Grace sbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure as a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the adustry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the ourt has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III e attached as Appendix D to this Questionnaire.

ttach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial usal role in the development of the disease.

## Occupation Codes

1. Air conditioning and heating installer/maintenance
2. Asbestos miner
3. Asbestos plant worker/asbestos manufacturing worker
4. Asbestos removal/abatement
5. Asbestos sprayer/spray gun mechanic
6. Assembly line/factory/plant worker
7. Auto mechanic/bodywork/brake repairman
8. Boilermaker
9. Boiler repairman
10. Boiler worker/cleaner/inspector/engineer/installer
11. Building maintenance/building superintendent
12. Brake manufacturer/installer
13. Brick mason/layer/hod carrier
14. Burner operator
15. Carpenter/woodworker/cabinetmaker
16. Chipper
17. Clerical/office worker
18. Construction - general
19. Custodian/janitor in office/residential building
20. Custodian/janitor in plant/manufacturing facility
. Electrician/inspector/worker
. Engineer
. Firefighter
. Fireman
. Flooring installer/tile installer/tile mechanic
. Foundry worker
. Furnace worker/repairman/installer
. Glass worker
. Heavy equipment operator (includes truck, forklift, & crane)
. Insulator

31. Iron worker
32. Joiner
33. Laborer
34. Longshoreman
35. Machinist/machine operator
36. Millwright/mill worker
37. Mixer/bagger
38. Non-asbestos miner
39. Non-occupational/residential
40. Painter
41. Pipefitter
42. Plasterer
43. Plumber - install/repair
44. Power plant operator
45. Professional (e.g., accountant, architect, physician)
46. Railroad worker/carman/brakeman/machinist/conductor
47. Refinery worker
48. Remover/installer of gaskets
49. Rigger/stevedore/seaman
50. Rubber/tire worker
51. Sandblaster
52. Sheet metal worker/sheet metal mechanic
53. Shipfitter/shipwright/ship builder
54. Shipyard worker (md. repair, maintenance)
55. Steamfitter
56. Steelworker
57. Warehouse worker
58. Welder/blacksmith
59. Other

## Industry Codes

1. Asbestos abatement/removal
2. Aerospace/aviation
0. Asbestos mining
1. Automotive
2. Chemical
3. Construction trades
4. Iron/steel
5. Longshore
6. Maritime
7. Military (other than U.S. Navy)
8. Non-asbestos products manufacturing

109. Petrochemical
110. Railroad
111. Shipyard-construction/repair
112. Textile
113. Tire/rubber
114. U.S. Navy
115. Utilities
116. Grace asbestos manufacture or milling
117. Non-Grace asbestos manufacture or milling
118. Other

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

### GENERAL INFORMATION

Name of Claimant: _____    2. Gender: ☐ Male ☐ Female
      First          MI            Last

Race (for purposes of evaluating Pulmonary Function Test results):......................☐ White/Caucasian
                                    ☐ African American
                                    ☐ Other

Last Four Digits of Social Security Number: __ __ __ __     5. Birth Date: __ __ / __ __ / __ __ __ __

Mailing Address: _____
              Address                City           State/Province    Zip/Postal Code

Daytime Telephone Number:...........................................................( __ __ __ ) __ __ __ - __ __ __ __

### LAWYER'S NAME AND FIRM

Name of Lawyer: _____

Name of Law Firm With Which Lawyer is Affiliated: _____

Mailing Address of Firm: _____
              Address                City          State/Province    Zip/Postal Code

Law Firm's Telephone Number or Lawyer's Direct Line:............................( __ __ __ ) __ __ __ - __ __ __ __

☐ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in
lieu of sending such materials to you.

### CAUSE OF DEATH (IF APPLICABLE)

Is the injured person living or deceased?...........................................................☐ Living  ☐ Deceased
If deceased, date of death: ............................................................................ __ __ / __ __ / __ __ __ __

If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete
the following:
    Primary Cause of Death (as stated in the Death Certificate): _____
    Contributing Cause of Death (as stated in the Death Certificate): _____

### [PART II: ASBESTOS-RELATED CONDITION(S)]

rk the box next to the conditions with which you have been diagnosed and provide all information required in the
tructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and
gnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis
f any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your
ivenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer     ☐ Mesothelioma

☐ Asbestosis     ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

☐ Other Asbestos Disease     ☐ Clinically Severe Asbestosis

a.  **Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the
    following (check all that apply):

    ☐  diagnosis from a pathologist certified by the American Board of Pathology

    ☐  diagnosis from a second pathologist certified by the American Board of Pathology

    ☐  diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial
      causal role in the development of the condition

    ☐  other (please specify):_____

d.  **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐   a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐   a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐   asbestosis determined by pathology

☐   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating total lung capacity less than 65% predicted

☐   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐   other (please specify): _____

e.  **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐   a chest x-ray reading   conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses (2000)*

☐   a chest x-ray reading   conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses (2000)*

☐   asbestosis determined by pathology

☐   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐   other (please specify): _____

3

**2. Information Regarding Diagnosis**

Date of Diagnosis: ..................................................................... __ __ / __ __ / __ __ __ __

Diagnosing Doctor's Name: _____

Diagnosing Doctor's Specialty: _____

Diagnosing Doctor's Mailing Address: _____
<div style="text-align:center">Address</div>

_____

City                                      State/Province                    Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ....................................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

Was the diagnosing doctor your personal physician?................................................. ☐ Yes  ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed?................... ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor?........... ☐ Yes  ☐ No

Was the diagnosing doctor referred to you by counsel? .............................................. ☐ Yes  ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel?......................... ☐ Yes  ☐ No

*If yes, please explain:* _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ................................................................... ☐ Yes  ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?................................................................................................ ☐ Yes  ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?................................................................................................ ☐ Yes  ☐ No

Did the diagnosing doctor perform a physical examination? ......................................... ☐ Yes  ☐ No

Do you currently use tobacco products? ............................................................. ☐ Yes  ☐ No

Have you ever used tobacco products?................................................................ ☐ Yes  ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐ Cigarettes    Packs Per Day (half pack = .5) _____   Start Year __ __ __ __  End Year __ __ __ __

☐ Cigars    Cigars Per Day _____   Start Year __ __ __ __  End Year __ __ __ __

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
Amount Per Day _____   Start Year __ __ __ __  End Year __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ................... ☐ Yes  ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

**3. Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

Address where chest x-ray taken: _____
<div style="text-align:center">Address</div>

_____

City                                      State/Province                    Zip/Postal Code

<div style="text-align:center">5</div>

**PART III. ASBESTOS RELATED CONDITIONS (Continued)**

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? ........................ ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel?................................................. ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel?............. ☐ Yes ☐ No

*If yes, please explain:* _____

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? ................................................................... ☐ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? ................................................................... ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ..................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ................................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................... ☐ Yes ☐ No

*If yes, please explain* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?.............................. ☐ Yes ☐ No

6. **Information Regarding Pathology Reports:**

Date of Pathology Report: ................................................................... __ __ / __ __ / __ __ __ __

**Findings:** _____

**Name of Doctor Issuing Report:** _____

**Doctor's Specialty:** _____

**Doctor's Mailing Address:** _____
                   Address

_____
City                          State/Province          Zip/Postal Code

Doctor's Daytime Telephone Number:................................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ................................................................... ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ..................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ................................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................... ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

................................................................... ☐ Yes ☐ No

7

## PART IV. GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

**Site of Exposure:**

Site Name: _____    Location: _____

Site Type: ☐ Residence  ☐ Business    Site Owner: _____

Employer During Exposure: _____    Unions of which you were a member during your employment: _____

| | | | | | | |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

9

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** | Job 1 Description: | | | | | | | |
| Site Name: | | | | | | | | |
| Address: | Job 2 Description: | | | | | | | |
| City and State: | | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | | |
| **Site of Exposure 2** | Job 1 Description: | | | | | | | |
| Site Name: | | | | | | | | |
| Address: | Job 2 Description: | | | | | | | |
| City and State: | | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | | |
| **Site of Exposure 3** | Job 1 Description: | | | | | | | |
| Site Name: | | | | | | | | |
| Address: | Job 2 Description: | | | | | | | |
| City and State: | | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | | |

11

PART VII LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA

## a. LITIGATION

. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?............................................ ☐ Yes ☐ No

*If yes, please complete the rest of this Part VII(a) for each lawsuit.  For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

Caption: _____

Case Number: _____    File Date: __ __ / __ __ / __ __ __ __

Court Name: _____

. Was Grace a defendant in the lawsuit? ............................................................... ☐ Yes ☐ No

. Was the lawsuit dismissed against any defendant? .................................................. ☐ Yes ☐ No

*If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

_____

_____

. Has a judgment or verdict been entered?........................................................... ☐ Yes ☐ No

*If yes, please indicate verdict amount for each defendant(s):* _____

. Was a settlement agreement reached in this lawsuit? ............................................. ☐ Yes ☐ No

*If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

a.  Settlement amount for each defendant: _____

b.  Applicable defendants: _____

c.  Disease or condition alleged: _____

d.  Disease or condition settled (if different than disease or condition alleged): _____

. Were you deposed in this lawsuit? .................................................................. ☐ Yes ☐ No

*If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

## b. CLAIMS

. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ....................................... ☐ Yes ☐ No

*If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

. Date the claim was submitted:.................................................................... __ __ / __ __ / __ __ __ __

. Person or entity against whom the claim was submitted: _____

. Description of claim: _____

. Was claim settled? ............................................................................. ☐ Yes ☐ No

. Please indicate settlement amount: ................................................... $ _____

. Was the claim dismissed or otherwise disallowed or not honored? ............................. ☐ Yes ☐ No

*If yes, provide the basis for dismissal of the claim:* _____

13

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

## IMPORTANT REMINDERS

- Each Questionnaire has been assigned a unique claimant identification number. Please use Questionnaires only for the claimant listed on the front cover.

- Your completed and signed Questionnaire, together with copies of your supporting documentation, must be sent via U.S. Mail or other carrier so that it is received by January 12, 2006 to:

  Rust Consulting, Inc.
  Claims Processing Agent
  Re: W. R. Grace & Co. Bankruptcy
  201 S. Lyndale Avenue
  P.O. Box 1620
  Faribault, MN 55021

- A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed.

- Complete your Questionnaire in blue or black ink to facilitate processing.

- Be sure to retain copies of all materials sent to the Claims Processing Agent, including a copy of your completed Questionnaire.

- For your convenience, additional copies of Part II, Part III, Part IV, Part V and Part VI of the Questionnaire have been included in this packet as Appendices C, D, E, F and G.

- If you have any questions concerning the Questionnaire, you should contact your attorney. The Claims Processing Agent cannot answer questions about the completion of this Questionnaire.

- If you need additional copies of the Questionnaire, you can contact the Claims Processing Agent by calling 1-800-432-1909 or by mail at the address listed above.

## APPENDIX C
### Additional Copies of Part II of the Questionnaire

### PART II: ASBESTOS-RELATED CONDITION(S)

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer        ☐ Mesothelioma

☐ Asbestosis        ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

☐ Other Asbestos Disease        ☐ Clinically Severe Asbestos

**a. Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

  ☐ diagnosis from a pathologist certified by the American Board of Pathology

  ☐ diagnosis from a second pathologist certified by the American Board of Pathology

  ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

  ☐ other (please specify):_____

**b. Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

  ☐ findings by a pathologist certified by the American Board of Pathology

  ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

  ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

  ☐ evidence of asbestosis determined by pathology

  ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

  ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

  ☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

  ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

  ☐ other (please specify):_____

1

## APPENDIX C
### Additional Copies of Part II of the Questionnaire

### PART II: ASBESTOS-RELATED CONDITION(S)

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

e.    **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

f.    **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

APPENDIX C
**Additional Copies of Part II of the Questionnaire**

**PART II: ASBESTOS-RELATED CONDITION(S)**

ame of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

**Information Regarding Chest X-Ray Reading**

Date of Reading: ___ / ___ / __ __ __ __    ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number: ..................................................... ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
             Address

_____
City                                          State/Province                           Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed ......................................... ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the reader? ............................ ☐ Yes  ☐ No

Was the reader referred to you by counsel?.......................................................................... ☐ Yes  ☐ No

Are you aware of any relationship between the reader and your legal counsel? ......................... ☐ Yes  ☐ No

*If yes, please explain:* _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

.................................................................................................................................... ☐ Yes  ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

Information Regarding Pulmonary Function Test: ................................Date of Test: ___ / ___ / __ __ __ __

List your height in feet and inches when test given: ....................................................... _____ ft _____ inches

List your weight in pounds when test given: ................................................................................ _____ lbs

Total Lung Capacity (TLC): .................................................................................... _____ % of predicted

Forced Vital Capacity (FVC): ................................................................................. _____ % of predicted

FEV1/FVC Ratio: ...................................................................................................... _____ % of predicted

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
             Address

_____
City                                          State/Province                           Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: ......................... ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
             Address

_____
City                                          State/Province                           Zip/Postal Code..

Interpreting Doctor's Daytime Telephone Number: ..................................... ( __ __ __ ) __ __ __ - __ __ __ __

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II: ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

7. **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?**
................................................................................................................................................ ☐ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:** _____

**Treating Doctor's Specialty:** _____

**Treating Doctor's Mailing Address:** _____
                                    Address

| City | State/Province | Zip/Postal Code |
|---|---|---|

**Treating Doctor's Daytime Telephone number:**.......................................... ( __ __ __ ) __ __ __ - __ __ __ __

**Was the doctor paid for the services that he/she performed?**................................................ ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

**Did you retain counsel in order to receive any of the services performed by the doctor?** ..................... ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

7

### APPENDIX C
### Additional Copies of Part II of the Questionnaire

### PART II: ASBESTOS-RELATED CONDITION(S)

ame of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

lark the box next to the conditions with which you have been diagnosed and provide all information required in the
structions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and
iagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis
id any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your
onvenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

. **Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer      ☐ Mesothelioma

☐ Asbestosis      ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

☐ Other Asbestos Disease      ☐ Clinically Severe Asbestosis

a. **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the
following (check all that apply):

     ☐ diagnosis from a pathologist certified by the American Board of Pathology

     ☐ diagnosis from a second pathologist certified by the American Board of Pathology

     ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial
causal role in the development of the condition

     ☐ other (please specify):_____

b. **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary
lung cancer based on the following (check all that apply):

     ☐ findings by a pathologist certified by the American Board of Pathology

     ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in
compliance with the standards set forth in the International Labour Organization's *2000 International
Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for
Occupational Safety and Health

     ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in
compliance with the standards set forth in the International Labour Organization's *2000 International
Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National
Institute for Occupational Safety and Health

     ☐ evidence of asbestosis determined by pathology

     ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO
grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's
*2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the
National Institute for Occupational Safety and Health

     ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO
grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's
*2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by
the National Institute for Occupational Safety and Health

     ☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the
ILO International Classification of Radiographs and Pneumoconioses* (2000)

     ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace
asbestos-containing products had a substantial causal role in the development of the lung cancer

     ☐ other (please specify):_____

1

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II: ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

f. **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

3

**APPENDIX C**
Additional Copies of Part II of the Questionnaire

## PART II: ASBESTOS-RELATED CONDITIONS

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

4.  **Information Regarding Chest X-Ray Reading**

Date of Reading: __ __ / __ __ / __ __ __ __    ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number: ...................................................... ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
                              Address

_____
City                               State/Province               Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed ....................................................... ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the reader? ............................ ☐ Yes  ☐ No

Was the reader referred to you by counsel?........................................................................... ☐ Yes  ☐ No

Are you aware of any relationship between the reader and your legal counsel? .......................................... ☐ Yes  ☐ No

*If yes, please explain:* _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?
........................................................................................................................ ☐ Yes  ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

5.  **Information Regarding Pulmonary Function Test:** .............................Date of Test: __ __ / __ __ / __ __ __ __

List your height in feet and inches when test given: ............................................. _____ ft _____ inches

List your weight in pounds when test given: ............................................................................ _____ lbs

Total Lung Capacity (TLC): ................................................................................ _____ % of predicted

Forced Vital Capacity (FVC): ............................................................................. _____ % of predicted

FEV1/FVC Ratio:........................................................................................ _____ % of predicted

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty:_____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
                                                 Address

_____
City                               State/Province               Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: ........................ ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
                                         Address

_____
City                               State/Province               Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: ................................... ( __ __ __ ) __ __ __ - __ __ __ __

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II: ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

7. With respect to the condition alleged, have you received medical treatment from a doctor for the condition?

.............................................................................................................................................. ☐ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:** _____

**Treating Doctor's Specialty:** _____

**Treating Doctor's Mailing Address:** _____
                                          Address

_____
City                                    State/Province            Zip/Postal Code

**Treating Doctor's Daytime Telephone number:** ........................................... ( __ __ __ ) __ __ __ - __ __ __ __

**Was the doctor paid for the services that he/she performed?** ................................................................ ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

**Did you retain counsel in order to receive any of the services performed by the doctor?** ..................... ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

7

**APPENDIX D**

**Additional Copies of Part III of the Questionnaire**    Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

**ASBESTOS-CONTAINING PRODUCTS**

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

**Site of Exposure:**

Site Name: _____

Site Type: ☐ Residence ☐ Business    Site Owner: _____    Location: _____

Employer During Exposure: _____    Unions of which you were a member during your employment: _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

**APPENDIX E**
Additional Copies of Part IV of the Questionnaire

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Name of Claimant: _____   Last 4 Digits of SSN: __ __ __ __

1.  Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity
    with another injured person? ........................................................................................................ ☐ Yes ☐ No
    *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to
    Grace asbestos-containing products.  For your convenience, additional copies of Part IV are attached as Appendix E
    to this Questionnaire.*

2.  Please indicate the following information regarding the other injured person:
    Name of Other Injured Person: _____   Gender: ☐ Male ☐ Female
    Last Four Digits of Social Security Number: __ __ __ __   Birth Date: __ __ / __ __ / __ __ __ __

3.  What is your Relationship to Other Injured Person: ................................................. ☐ Spouse ☐ Child ☐ Other

4.  Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
    _____

5.  Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:
    From: __ __ / __ __ / __ __ __ __   To: __ __ / __ __ / __ __ __ __

6.  Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____

7.  Has the Other Injured Person filed a lawsuit related to his/her exposure? ........................................ ☐ Yes ☐ No
    *If yes, please provide caption, case number, file date, and court name for the lawsuit:*
    Caption: _____
    Case Number: _____   File Date: __ __ / __ __ / __ __ __ __
    Court Name: _____

8.  Nature of Your Own Exposure to Grace Asbestos-Containing Product:
    _____

9.  Dates of Your Own Exposure to Grace Asbestos-Containing Product:
    From: __ __ / __ __ / __ __ __ __   To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

**APPENDIX F**

**Additional Copies of Part V of the Questionnaire**     Name of Claimant: _____     Last 4 Digits of SSN: _____

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | | | | | | |
|---|---|---|---|---|---|---|
| Site of Exposure 1 | Job 1 Description: | | | | | |
| Site Name: | | | | | | |
| Address: | Job 2 Description: | | | | | |
| City and State: | | | | | | |
| Site Owner: | Job 3 Description: | | | | | |
| Site of Exposure 2 | Job 1 Description: | | | | | |
| Site Name: | | | | | | |
| Address: | Job 2 Description: | | | | | |
| City and State: | | | | | | |
| Site Owner: | Job 3 Description: | | | | | |
| Site of Exposure 3 | Job 1 Description: | | | | | |
| Site Name: | | | | | | |
| Address: | Job 2 Description: | | | | | |
| City and State: | | | | | | |
| Site Owner: | Job 3 Description: | | | | | |

## APPENDIX G
### Additional Copies of Part VI of the Questionnaire
### PART VI: EMPLOYMENT HISTORY

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

Occupation Code: _____    If Code 59, specify: . _____

Industry Code: _____    If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __    End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

City _____    State/Province _____    Zip/Postal Code _____

Occupation Code: _____    If Code 59, specify: . _____

Industry Code: _____    If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __    End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

City _____    State/Province _____    Zip/Postal Code _____

Occupation Code: _____    If Code 59, specify: . _____

Industry Code: _____    If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __    End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

City _____    State/Province _____    Zip/Postal Code _____

Occupation Code: _____    If Code 59, specify: . _____

Industry Code: _____    If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __    End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

City _____    State/Province _____    Zip/Postal Code _____

**APPENDIX A**
**List of Debtors**

R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.)
R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc.
:wife Boston Ltd.
:wife Land Corporation
iicon, Inc.
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.)
HP, Inc.
ilgrace, Inc.
ilgrace II, Inc.
ative Food 'N Fun Company
ex Puerto Rico, Inc.
Taco Restaurants, Inc.
vey and Almy, LLC (f/k/a Dewey and Almy Company)
rg, Inc.
: Alewife Boston Ltd.
Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.)
Management, Inc. (f/k/a Grace Cocoa Management, Inc.)
: Management Corporation
Holdings, Inc.
: Thomasville Corp.
icester New Communities Company, Inc.
:e A-B Inc.
:e A-B II Inc.
:e Chemical Company of Cuba
:e Culinary Systems, Inc.
:e Drilling Company
:e Energy Corporation
:e Environmental, Inc.
:e Europe, Inc.
e H-G Inc.
e H-G II Inc.
e Hotel Services Corporation
e International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.)
e Offshore Company
e PAR Corporation
e Petroleum Libya Incorporated
e Tarpon Investors, Inc.
: Ventures Corp.
: Washington, Inc.
. Grace Capital Corporation.
. Grace Land Corporation
ial, Inc.
ial II, Inc.
ica-Caribe Land Development Corporation
ver Square Corporation
:o International, Inc.
:nai Development Company
:ealty, Inc.
:tion Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.)
:lith Enterprises, Incorporated
:e Street, Inc.
Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation)
Intermedco, Inc. (f/k/a Nestor-BNA, Inc.)
Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.)
dium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.)
:rn Oil, Resin & Fiberglass, Inc.
Street Corporation
Basin Ranch Company
:rtners (f/k/a Cross Country Staffing)
n-Gulch West Coal Company, H-G Coal Company.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11   *Re item 17* |
| | ) | *8/2-9/05* |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CASE MANAGEMENT ORDER FOR THE ESTIMATION
## OF ASBESTOS PERSONAL INJURY LIABILITIES

WHEREAS, on April 2, 2001, each of the Debtors filed a voluntary petition for relief

under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"), which have

been consolidated for administrative purposes only; and

WHEREAS, on November 13, 2004, the Debtors filed their Motion for Entry of an Order

Seeking the Estimation of Asbestos Claims and Certain Related Relief (the "Estimation

Motion"); and

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

mail on or before September 12, 2005 (fourteen calendar days after entry of this Order);[2]

B.  The Debtors shall mail the Questionnaire to the Office of the United States Trustee, counsel to the official committees appointed in these Chapter 11 Cases, and counsel to the FCR on or before September 12, 2005 (fourteen calendar days after entry of this Order);

C.  Persons who believe that they hold, or attorneys who believe they represent persons who hold, Asbestos PI Pre-Petition Litigation Claims against any of the Debtors shall complete and serve the Questionnaire on or before 5:00 p.m. (Eastern Standard Time) on January 12, 2006; Questionnaires that are postmarked as mailed on or before January 12, 2006, but are actually received thereafter, will be considered timely served;

D.  The Debtors' claims processing agent shall compile the Questionnaire information into a navigable database and make it available to the Debtors and any parties in the estimation proceedings, including those parties' experts and advisors, on or before March 13, 2006;[3] and it is further

4.  ORDERED that the Debtors, the official committees, and the FCR will use their best efforts, consistent with their duties, to include in any trust distribution procedures approved as part of a plan of reorganization provisions prioritizing the processing of claims for which Questionnaires have been timely returned as completely and accurately as possible; and it is further

5.  ORDERED that all parties seeking to call one or more experts to testify shall designate the categories to be addressed by such experts on or before November 14, 2005. The categories of experts may be supplemented on or before November 28, 2005; and it is further

6.  ORDERED that all parties seeking to call one or more experts to testify shall designate such expert(s) on or before December 19, 2005. Subsequent to December 19, 2005, a

---

[2]  If any date provided in this Order conflicts with the parenthetical description of the number of days, the date listed shall control over the number of days listed in such parenthetical.

[3]  Upon request, any of the parties shall have access to the original Questionnaires and documents attached thereto.

3

*new¶* Ordered, that the Debtors' experts shall be deposed first, followed by experts of other parties, to be followed by supplemental depositions.

12.    ORDERED that depositions of expert and non-expert witnesses may commence at any time, but must be concluded by July 28, 2006; and it is further

13.    ORDERED that, pursuant to Rules 26(a)(3)(A) and 26(a)(3)(B) of the Federal Rules of Civil Procedure, parties shall file a final fact witness/expert list on or before July 28, 2006; and it is further

14.    ORDERED that any pre-trial motions, including *motions in limine, Daubert*, and summary judgment motions, shall be filed not later than August 1, 2006. Responses to such motions shall be filed not later than 21 days after the filing of any such motion. Replies shall be filed not later than 7 days after the filing of the response to the motion. *Replies shall be limited to 5 pages.* A hearing on such motions will be at the Court's direction; and it is further

15.    ORDERED that on or before 21 calendar days prior to the final pre-trial conference, pursuant to Rule 16.4(d) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "Local Rules") and Rule 26(a)(3)(C) of the Federal Rules of Civil Procedure, parties shall file with the Court: (i) a proposed pre-trial order, signed by counsel for each party participating in the PI Estimation; (ii) copies of all exhibits to be offered and all schedules and summaries to be used at the Asbestos PI Estimation Hearing; and (iii) stipulations regarding admissibility of exhibits; and it is further

16.    ORDERED that on or before 21 calendar days prior to the final pre-trial conference, pursuant to Rule 26(a)(3)(C) of the Federal Rules of Civil Procedure, parties shall exchange copies of (or, when appropriate, make available for inspection) all exhibits to be offered and all schedules and summaries to be used at the Asbestos PI Estimation Hearing; and it is further

5

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

The Ferraro Law Firm, PA
4000 Ponce DeLeon Blvd., Suite #700
Miami, FL 33146

**REDACTED**

{D0050647:1 }

[THIS PAGE INTENTIONALLY LEFT BLANK.]

{D0050647:1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                     )     Chapter 11

                           )

W. R. GRACE & CO., et al.,     )     Case No. 01-01139 (JKF)

                           )     Jointly Administered

Debtors.              )

                           )

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

| IF SENT BY U.S. MAIL | IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE |
|---|---|
| RUST CONSULTING, INC. | RUST CONSULTING, INC. |
| CLAIMS PROCESSING AGENT | CLAIMS PROCESSING AGENT |
| RE: W.R. GRACE & CO. BANKRUPTCY | RE: W.R. GRACE & CO. BANKRUPTCY |
| P.O. BOX 1620 | 201 S. LYNDALE AVE. |
| FARIBAULT, MN 55021 | FARIBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

## INSTRUCTIONS

### A. GENERAL

1.  This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related personal injury or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2.  Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will not be accepted and will not be deemed filed.

    Do not send any Questionnaire to the Debtors; counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3.  Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4.  All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5.  Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

### B. PART I -- Identity of Injured Person and Legal Counsel

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

### C. PART II -- Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors; please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

**D. PART III – Direct Exposure to Grace Asbestos-Containing Products**

In Part III, please provide the requested information for the job and site at which you were exposed to Grace asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

## Occupation Codes

| | |
|---|---|
| 01. Air conditioning and heating installer/maintenance | 31. Iron worker |
| 02. Asbestos miner | 32. Joiner |
| 03. Asbestos plant worker/asbestos manufacturing worker | 33. Laborer |
| 04. Asbestos removal/abatement | 34. Longshoreman |
| 05. Asbestos sprayer/spray gun mechanic | 35. Machinist/machine operator |
| 06. Assembly line/factory/plant worker | 36. Millwright/mill worker |
| 07. Auto mechanic/bodywork/brake repairman | 37. Mixer/bagger |
| 08. Boilermaker | 38. Non-asbestos miner |
| 09. Boiler repairman | 39. Non-occupational/residential |
| 10. Boiler worker/cleaner/inspector/engineer/installer | 40. Painter |
| 11. Building maintenance/building superintendent | 41. Pipefitter |
| 12. Brake manufacturer/installer | 42. Plasterer |
| 13. Brick mason/layer/hod carrier | 43. Plumber – install/repair |
| 14. Burner operator | 44. Power plant operator |
| 15. Carpenter/woodworker/cabinetmaker | 45. Professional (e.g., accountant, architect, physician) |
| 16. Chipper | 46. Railroad worker/carman/brakeman/machinist/conductor |
| 17. Clerical/office worker | 47. Refinery worker |
| 18. Construction - general | 48. Remover/installer of gaskets |
| 19. Custodian/janitor in office/residential building | 49. Rigger/stevedore/seaman |
| 20. Custodian/janitor in plant/manufacturing facility | 50. Rubber/tire worker |
| 21. Electrician/inspector/worker | 51. Sandblaster |
| 22. Engineer | 52. Sheet metal worker/sheet metal mechanic |
| 23. Firefighter | 53. Shipfitter/shipwright/ship builder |
| 24. Fireman | 54. Shipyard worker (md. repair, maintenance) |
| 25. Flooring installer/tile installer/tile mechanic | 55. Steamfitter |
| 26. Foundry worker | 56. Steelworker |
| 27. Furnace worker/repairman/installer | 57. Warehouse worker |
| 28. Glass worker | 58. Welder/blacksmith |
| 29. Heavy equipment operator (includes truck, forklift, & crane) | 59. Other |
| 30. Insulator | |

## Industry Codes

| | |
|---|---|
| 001. Asbestos abatement/removal | 109. Petrochemical |
| 002. Aerospace/aviation | 110. Railroad |
| 100. Asbestos mining | 111. Shipyard-construction/repair |
| 101. Automotive | 112. Textile |
| 102. Chemical | 113. Tire/rubber |
| 103. Construction trades | 114. U.S. Navy |
| 104. Iron/steel | 115. Utilities |
| 105. Longshore | 116. Grace asbestos manufacture or milling |
| 106. Maritime | 117. Non-Grace asbestos manufacture or milling |
| 107. Military (other than U.S. Navy) | 118. Other |
| 108. Non-asbestos products manufacturing | |

**E. PART IV – Indirect Exposure to Grace Asbestos-Containing Products**
In Part IV, please provide the information requested for any injury alleged to have been caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person. If you allege exposure through contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F. PART V – Exposure to Non-Grace Asbestos-Containing Products**
In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party. If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G. PART VI – Employment History**
In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V. Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H. PART VII – Litigation and Claims Regarding Asbestos and/or Silica**
In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I. PART VIII – Claims by Dependents or Related Persons**
Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure. One example of such a claim would be a claim for loss of consortium. If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J. PART IX – Supporting Documentation**
In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire. As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed. Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K. PART X – Attestation that Information is True, Accurate and Complete**
By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

**PART II: INJURED PERSON'S INFORMATION — PART I**

**a.   GENERAL INFORMATION**

1.  Name of Claimant: _____    2.  Gender: ✓ Male ☐ Female
    First            MI        Last

3.  Race (for purposes of evaluating Pulmonary Function Test results): <u>Objection: Relevancey Unduly Burdensome</u>

    ☐ White/Caucasian          **REDACTED**
    ☐ African American
    ☐ Other

4.  Last Four Digits of Social Security Number: _____   5.  Birth Date: _____

6.  Mailing Address: _____
    Address                City           State/Province    Zip/Postal Code

7.  Daytime Telephone Number: ................................................................ _____

**b.   LAWYER'S NAME AND FIRM**

1.  Name of Lawyer: <u>David A. Jagolinzer, Esq</u>

2.  Name of Law Firm With Which Lawyer is Affiliated: <u>The Ferraro Law Firm</u>

3.  Mailing Address of Firm: <u>4000 Ponce de Leon Blvd., Suite 700, Miami,</u>      <u>Florida</u>      <u>33146</u>
    Address                City           State/Province    Zip/Postal Code

4.  Law Firm's Telephone Number or Lawyer's Direct Line: ...........................................( 305 ) 375-0111

    X   Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

**c.   CAUSE OF DEATH (IF APPLICABLE)**

1.  Is the injured person living or deceased? ............................................................. X Living  ☐ Deceased
    If deceased, date of death: ........................................................ __ __ / __ __ / __ __ __ __

2.  If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
    Primary Cause of Death (as stated in the Death Certificate): _____
    Contributing Cause of Death (as stated in the Death Certificate): _____

**PART II: ASBESTOS-RELATED CONDITIONS**

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  Please check the box next to the condition being alleged:

    ☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma
    X Asbestosis                            ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
    ☐ Other Asbestos Disease                ☐ Clinically Severe Asbestosis

    a.  **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

        ☐ diagnosis from a pathologist certified by the American Board of Pathology
        ☐ diagnosis from a second pathologist certified by the American Board of Pathology
        ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

1

X   other (please specify):  Objection:  See attached medical information

███████████████ PART II: ASBESTOS-RELATED CONDITIONS (Cont'd) ███████████████

b.   **Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐   findings by a pathologist certified by the American Board of Pathology

☐   evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestosis determined by pathology

☐   evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐   diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

X   other (please specify):  Objection:  See attached medical information

c.   **Other Cancer:**

(i)   If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐   colon        ☐   pharyngeal        ☐   esophageal        ☐   laryngeal        ☐   stomach cancer

☐   other, please specify: _____

(ii)   Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐   findings by a pathologist certified by the American Board of Pathology

☐   evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestosis determined by pathology

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

X   other (please specify):  Objection:  See attached medical information

PART II: ASBESTOS-RELATED CONDITIONS (CONTINUED)

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

X other (please specify): Objection: See attached medical information

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

X other (please specify): Objection: See attached medical information

3

███████████████████████████████████████████████████████

f.  **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐  diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐  diagnosis determined by pathology

☐  a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading other than those described above

☐  a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a $FEV1/FVC$ ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐  a pulmonary function test other than that discussed above

☐  a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐  a CT Scan or similar testing

☐  a diagnosis other than those above

X   other (please specify):  Objection: See attached medical information

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

4

2.  **Information Regarding Diagnosis**

Date of Diagnosis: .................................................................................................................... 12/18/91

**Diagnosing Doctor's Name:** See attached

**Diagnosing Doctor's Specialty:** See attached

**Diagnosing Doctor's Mailing Address:** See attached
                                             Address

| City | State/Province | Zip/Postal Code |
|---|---|---|

**Diagnosing Doctor's Daytime Telephone Number:** ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician?    Objection. Relevance. ....................................☐ Yes  ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? Objection: relevance  ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:*  Objection: relevance

Did you retain counsel in order to receive any of the services performed by the

diagnosing doctor? Objection: relevance...............................................................................☐ Yes  ☐ No

Was the diagnosing doctor referred to you by counsel? Objection: relevance ...........................................☐ Yes  ☐ No

Are you aware of any relationship between the diagnosing doctor and your

legal counsel? Objection: relevance ......................................................................................☐ Yes  ☐ No

*If yes, please explain:* _____

_____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? See attached medical information ..................................................☐ Yes  ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? See attached medical information ....................................................................☐ Yes  ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? See attached medical information ...............................................................☐ Yes  ☐ No

Did the diagnosing doctor perform a physical examination? See attached medical information...........☐ Yes  ☐ No

Do you currently use tobacco products?    See attached medical information ...............................☐ Yes  ☐ No

Have you ever used tobacco products? See attached medical information................................☐ Yes  ☐ No

If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:  See attached medical information

☐  **Cigarettes**      Packs Per Day (half pack = .5) _____  **Start Year** __ __ __ __  **End Year** __ __ __ __

☐  **Cigars**        Cigars Per Day _____      **Start Year** __ __ __ __  **End Year** __ __ __ __

☐  **If Other Tobacco Products, please specify (e.g., chewing tobacco):** _____

        Amount Per Day _____      **Start Year** __ __ __ __  **End Year** __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ..................☐ Yes  ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____ See attached medical information...................................................................

3.  **Information Regarding Chest X-Ray**

**Please check the box next to the applicable location where your chest x-ray was taken (check one):**

☐  Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☒ Other: Objection: relevance

**Address where chest x-ray taken:** Objection: relevance
                                      Address

| City | State/Province | Zip/Postal Code |
|---|---|---|

<!-- black banner -->

4.  **Information Regarding Chest X-Ray Reading** See attached medical information

Date of Reading: __ __ / __ __ / __ __ __ __          ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number: ........................................................ ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
                          Address

_____
City                                   State/Province              Zip/Postal Code

**With respect to your relationship to the reader, check all applicable boxes:**

Was the reader paid for the services that he/she performed  Objection: relevance ..................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed

by the reader? Objection: relevance ................................................. ☐ Yes ☐ No

Was the reader referred to you by counsel?  Objection: relevance ............................. ☐ Yes ☐ No

Are you aware of any relationship between the reader and your legal counsel? Objection: relevance ........ ☐ Yes ☐ No

*If yes, please explain:* _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

....................................................................................................................... ☒ Yes ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

5.  **Information Regarding Pulmonary Function Test:** See attached medical information Date of Test: __ / __ __ / __ __

List your height in feet and inches when test given: See attached medical information .. _____ ft _____ inches

List your weight in pounds when test given:  See attached medical information ............................. _____ lbs

Total Lung Capacity (TLC): See attached medical information ....................................... _____ % of predicted

Forced Vital Capacity (FVC): See attached medical information .................................... _____ % of predicted

FEV1/FVC Ratio: See attached medical information ........................................................ _____ % of predicted

Name of Doctor Performing Test (if applicable):  See attached medical information

Doctor's Specialty:  See attached medical information

Name of Clinician Performing Test (if applicable): See attached medical information

Testing Doctor or Clinician's Mailing Address: See attached medical information
                                               Address

_____
City                                   State/Province              Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: ............................ ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
                                        Address

_____
City                                   State/Province              Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: ..................................... ( __ __ __ ) __ __ __ - __ __ __ __

**PART III: ASBESTOS-RELATED CONDITIONS (continued)**

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician? Objection: relevance........ ☐ Yes  ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? Objection: relevance ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:*. _____

Did you retain counsel in order to receive any of the services performed by the testing doctor

or clinician? Objection: relevance............................................................................................ ☐ Yes  ☐ No

Was the testing doctor or clinician referred to you by counsel? Objection: relevance ................... ☐ Yes  ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal

counsel? Objection: relevance ................................................................................................... ☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?** See attached medical information ........................................... ☐ Yes  ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? Objection: relevance ................................................. ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed? Objection: relevance ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the

doctor? Objection: relevance ................................................................................................... ☐ Yes  ☐ No

Was the doctor referred to you by counsel? Objection: relevance............................................... ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? Objection: relevance ....... ☐ Yes  ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?**.............................. ☐ Yes  ☐ No
See attached medical information

6. **Information Regarding Pathology Reports:**

**Date of Pathology Report:** See attached medical information ........................................... __ __ / __ __ / __ __ __ __

**Findings:**     See attached medical information

**Name of Doctor Issuing Report:**  See attached medical information

**Doctor's Specialty:**  See attached medical information

**Doctor's Mailing Address:**  See attached medical information
                                             Address

---

City                                    State/Province                          Zip/Postal Code

**Doctor's Daytime Telephone Number:** See attached medical information ...... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? Objection: relevance ................................................. ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed? Objection: relevance..................... ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the

doctor? Objection: relevance ................................................................................................... ☐ Yes  ☐ No

Was the doctor referred to you by counsel? Objection: relevance............................................... ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? <u>Objection: relevance</u> ....... ☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**
<u>See attached medical information</u> .............................................................................................................☐ Yes  ☐ No

7.  **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?**

_Objection. Relevance._ ........................................................................................................☐ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:** _____n/a_____

**Treating Doctor's Specialty:** _____n/a_____

**Treating Doctor's Mailing Address:** ___n/a_____
                               Address

| City | State/Province | Zip/Postal Code |
|------|----------------|-----------------|

**Treating Doctor's Daytime Telephone number:** _n/a_____( __ __ __ ) __ __ __ - __ __ __ __

**Was the doctor paid for the services that he/she performed?** ____n/a_____☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* ____n/a___

**Did you retain counsel in order to receive any of the services performed by the doctor?** n/a ...............☐ Yes ☐ No

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

**Site of Exposure:**

Site Name: <u>See Exhibit A</u>

Site Type: ☐ Residence  ☐ Business      Site Owner: _____      Location: _____

Employer During Exposure: _____      Unions of which you were a member during your employment: _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Job 1 Description:** | See Exhibit A | | | | | | |
| **Job 2 Description:** | | | | | | | |
| **Job 3 Description:** | | | | | | | |
| **Job 4 Description:** | | | | | | | |
| **Job 5 Description:** | | | | | | | |
| **Job 6 Description:** | | | | | | | |

9

[DOCS306471.1]

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? Objection. See complaint filed in COVINGTON DIVISION, KY 92-177. See F.S.A. 90.408 ☐ Yes ☐ No

*If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

Name of Other Injured Person: n/a    Gender: ☐ Male ☐ Female

Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __

3. What is your Relationship to Other Injured Person: n/a ☐ Spouse ☐ Child ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products: n/a

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: N/A
   From: __ __ / __ __ / __ __    To: __ __ / __ __ / __ __

6. Other Injured Person's Basis for Identification of Asbestos–Containing Product as Grace Product: n/a

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? Objection. Relevance. ☐ Yes ☐ No

*If yes, please provide caption, case number, file date, and court name for the lawsuit:*

Caption:

Case Number:    File Date: __ __ / __ __ / __ __

Court Name:

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product: See question 1 above

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product: See question 1 above.
   From: __ __ / __ __ / __ __    To: __ __ / __ __ / __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product: See question 1 above

[REMAINDER OF PAGE INTENTIONALLY BLANK]

10

{D0050647:1}

PART III: CLAIMS BASED UPON NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

Objection: Burdensome/Public Record

Party Against which Lawsuit or Claim was Filed:

See attached Complaint cover sheet

| | Industry Code (see instructions) | Occupation Code (see instructions) | Dates of Exposure (approximate) | Nature of Exposure (see instructions) | Product Exposed To | Identity of Manufacturer, Contractor or other source |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** | | | | | | |
| Site Name: | | | | | | |
| Job 1 Description: | | | | | | |
| Address: | | | | | | |
| Job 2 Description: | | | | | | |
| City and State: | | | | | | |
| Job 3 Description: | | | | | | |
| Site Owner: | | | | | | |
| **Site of Exposure 2** | | | | | | |
| Site Name: | | | | | | |
| Job 1 Description: | | | | | | |
| Address: | | | | | | |
| Job 2 Description: | | | | | | |
| City and State: | | | | | | |
| Job 3 Description: | | | | | | |
| Site Owner: | | | | | | |
| **Site of Exposure 3** | | | | | | |
| Site Name: | | | | | | |
| Job 1 Description: | | | | | | |
| Address: | | | | | | |
| Job 2 Description: | | | | | | |
| City and State: | | | | | | |
| Job 3 Description: | | | | | | |
| Site Owner: | | | | | | |

11

(2000504511)

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** ___33___ If Code 59, specify: Objection: Burdensome. See Exhibit A

**Industry Code:** ___103, 104___ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
            Address

City                              State/Province              Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: ._____

**Industry Code:** _____ If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
            Address

City                              State/Province              Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: ._____

**Industry Code:** _____ If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
            Address

City                              State/Province              Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: ._____

**Industry Code:** _____ If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
            Address

City                              State/Province              Zip/Postal Code

12

**a.** **LITIGATION**

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?.................................................**X** Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption: <u>See Complaint cover sheet</u>

   Case Number: <u>92-177</u>                                              File Date: <u>11/05/92</u>

   Court Name: <u>COVINGTON DIVISION, KY</u>

3. Was Grace a defendant in the lawsuit? <u>Prior to April 2, 2001, then yes</u> ........................................**X** Yes ☐ No

4. Was the lawsuit dismissed against any defendant?.................................................................................**X** Yes ☐No

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

   Objection: burdensome. For Voluntary Dismissals, please see docket and pleadings filed in the case which are public records

5. Has a judgment or verdict been entered? Objection: See Florida Statute § 90.408..................................☐ Yes ☐ No

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit? Objection: See Florida Statute § 90.408 ..............☐ Yes ☐ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a. Settlement amount for each defendant: _____

   b. Applicable defendants: _____

   c. Disease or condition alleged: _____

   d. Disease or condition settled (if different than disease or condition alleged): _____

7. Were you deposed in this lawsuit? ....................................................................................................☐ Yes **X** No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

**b.** **CLAIMS**

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? Objection: vague, irrelevant, ambiguous and unduly burdensome ☐ Yes ☐ No

   *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII.*

2. Date the claim was submitted:............................................................................... ___ / ___ / _____

3. Person or entity against whom the claim was submitted: _____

4. Description of claim: _____

5. Was claim settled? ................................................................................................................☐ Yes ☐ No

6. Please indicate settlement amount: Objection: See Florida Statute § 90.408 ..................$ _____

7. Was the claim dismissed or otherwise disallowed or not honored? ...................................................☐ Yes ☐ No

   *If yes, provide the basis for dismissal of the claim:* _____

{D0050647:1}

## PART VIII   CLAIMS BY DEPENDENTS OR RELATED PERSON

Name of Dependent or Related Person: Objection: relevance ............................................... Gender: ☐ Male ☐ Female

Last Four Digits of Social Security Number: __ __ __ __     Birth Date: __ __ / __ __ / __ __ __ __

Financially Dependent: ................................................................................................... ☐ Yes ☐ No

Relationship to Injured Party: ☐ Spouse ☐ Child ☐ Other  If other, please specify _____

Mailing Address: _____
          Address

_____

City                                State/Province                    Zip/Postal Code

Daytime Telephone number: ............................................................... ( __ __ __ ) __ __ __ - __ __ __ __

## PART IX   SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**  See attached medical information

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

## PART X   SIGNATURE OF INJURED PERSON

The information provided in this Questionnaire must be accurate and truthful.  This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim.  The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both.  18 U.S.C. §§ 152 & 3571.
**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, <u>under penalty of perjury</u>, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _____     Date: __ __ / __ __ / __ __ __ __

Please Print Name: _____

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _~~~~~_     Date: 06/12/2006

Please        Print        Name:        David        A.        Jagolinzer

14

{D0050647:1 }

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

Chapter 11

In Re:                                          Bankruptcy No.

Owens Corning                                   00-3837-JKF

Armstrong World Industries                      00-4471-JKF

W.R. Grace & Co.                                01-1139-JKF

USG Corp.                                       01-2094-JKF

United States Mineral Products Company          01-2471-JKF

Kaiser Aluminum Corporation, Inc.               02-10429-JKF

ACandS, Inc.                                    02-12687-JKF

Combustion Engineering, Inc.                    03-10495-JKF

The Flintkote Company                           04-11300-JKF


       Debtor(s)

### <u>POWER OF ATTORNEY/PROXY</u>

The undersigned Claimant hereby authorizes James L. Ferraro, Esq. and/or David A. Jagolinzer, Esq., THE FERRARO LAW FIRM, P.A., 4000 Ponce de Leon Blvd. Suite 700, Miami, Florida 33146, or any of its attorneys, as their delegates, to act as attorney-in-fact for the undersigned, with full power of substitution, to act and/or vote on any issue that may be submitted to or involve creditors or claimants of any debtor, associated debtor, related company or their insurers, in or related to the above-referenced bankruptcy actions and any other bankruptcy actions, and in general, to perform any act for the undersigned in these related bankruptcy matters, including matters arising, or related to Claimant's asbestos or silica claim, including the investigation, negotiation and settlement of any such claim and submission of any materials for settlement or processing of the claim.

Signed: _____

REDACTED

SWORN TO AND SUBSCRIBED TO, before me
this _31_ day of _DECEMBER_, 2005.

_Sharon A. Oliver_

NOTARY PUBLIC, My Commission Expires:    Notary Public, Kentucky State at Large
                                          My Commission Expires Feb. 27, 2007

R - Proxy



c/o The Ferraro Law Firm, P.A., 4000 Ponce de Leon Boulevard, Suite 700, Miami, Florida, 33146, Phone: (305) 375-0111

## Exposure Sheet

For

Sorted by Manufacturer then Date

REDACTED

The Ferraro Law Firm, P.A.
7/1/2006

**Manufacturer:** W.R. Grace & Company
**Products:** Plaster, Monokote, Cement

| Jobsite | City | State | Start Date | Stop Date |
|---------|------|-------|------------|-----------|
| Armco Steel Mill | Ashland | KY | 1/1/1969 | 12/31/1970 |
| Dayton Power & Light | Manchester | OH | 1/1/1970 | 12/31/1970 |
| Monogahela Power Company | Clarksburg | WV | 1/1/1971 | 12/31/1971 |
| Armco Steel Mill | Middletown | OH | 1/1/1973 | 12/31/1973 |
| Ohio Power Co. | Chesire | OH | 1/1/1974 | 12/31/1974 |

# RICHARD B. LEVINE, M.D.

*Practice Limited to Radiology*

304 Dogwood Lane
Elkins Park, PA 19117
(215) 884-1523

12-18-91

## REDACTED

**Chest:**

The chest in four projections demonstrates the trachea, mediastinal structures and cardiac silhouette to be intact. There is no acute infiltrate, congestion or evidence of mass lesion. Pleural thickening is observed bilaterally in frontal and oblique projections consistent with previous asbestos exposure indicating asbestos related disease. No calcified plaque or hemidiaphragmatic plaque is noted. The osseous and soft tissue structures are intact.

**Summary:**

Pleural thickening bilaterally consistent with previous asbestos exposure indicating asbestos related disease.

Richard B. Levine, M.D.
RBL/dmk

*Diplomate American Board of Radiology*
*N.I.O.S.H. "B" Reader*