IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | |
| ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, ) | Jointly Administered |
| ) | Re: Docket No. ____ and _____ |
| Debtors ) | 8/24/06 Agenda Item ___ |

## ORDER GRANTING DEBTORS' MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Upon consideration of the Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire; all Responses thereto; all other relevant papers and filings; and all argument on the Motion;

IT IS HEREBY ORDERED that the Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire is **GRANTED**; and

IT IS FURTHER ORDERED that:

1. All objections on the basis of the form or content of the questions contained in the Questionnaire (including, but not limited to, objections on the grounds of relevance, burden, breadth, vagueness) are **OVERRULED**. All claimants who have made such objections are ORDERED to provide narrative answers to all such questions within 60 days of the date of this order;

2. Answers to the questions contained in the Questionnaire **MAY NOT** be provided solely by means of attachment. All claimants who have provided attachments in lieu of providing narrative answers to the questions contained in the Questionnaire are **ORDERED** to provide narrative answers to all such questions within 60 days of the date of this order;

3. All claimants are **ORDERED** to sign, under penalty of perjury, the attestation contained in Part X of the Questionnaire, certifying that to the best of his or her knowledge all information contained in the Questionnaire "is true accurate and

complete" within 60 days of this order. If a claimant is deceased, the attestation must be signed by a person (other than the claimants' counsel) with legal authority to bind the estate of the claimant; and

4. "Legal Representative" as used in Part X of the Questionnaire means and shall mean the claimant's **ATTORNEY OF RECORD**. Accordingly, it is **ORDERED** that counsel for the claimants must sign the attestation contained in Part X of the Questionnaire certifying that "all information contained in [the] Questionnaire is true, accurate and complete" within 60 days of the date of this Order.

**SO ORDERED** on this ____ day of _____ 2006.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge