**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Docket Nos: 11067, 12813 |
| | ) | July 24, 2006 Agenda Item No. 2 |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A REPLY
IN SUPPORT OF ITS MOTION TO EXTEND EXCLUSIVITY**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for authority to file a reply (the "Reply") in Support of its Motion to Extend Exclusivity, and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Debtors to file the Reply with the Court.

Dated: Wilmington, Delaware
_____, 2006

_____
The Honorable Judith K. Fitzgerald

91100-001\DOCS_DE:119755.2