**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 6, 2006

Bill Number  94673
File Number  0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through May 31, 2006

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/01/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read correspondence re: Canadian ZAI sales and re: production of documents to PI creditors' committee. | 0.10 Hrs | $25.00 |
| 05/01/06 | MTM | Work on exhibit stipulation project (1.7); receipt and review of emails from Holme Roberts paralegal re: same (.4); conference with ARA re: same (.3). | 2.40 Hrs | $528.00 |
| 05/01/06 | ARA | Telephone calls to and from MTM and meeting with MTM re: exhibit stipulation project (.3); compare exhibits to originals in the production set (4.4). Receipt of Canadian tapes from copy service (.2) | 4.90 Hrs | $465.50 |
| 05/02/06 | MTM | Continue to work on exhibit stipulation project (2.0); telephone call from ARA re: same (.3). | 2.30 Hrs | $506.00 |
| 05/02/06 | ARA | Per MTM's instructions, compare government exhibits to original documents in the production set re: exhibit stipulation project (6.9). Document control (.7). Discussion with Merrill representative re: retrieval of CDs from Canadian project (.2). | 7.80 Hrs | $741.00 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/03/06 | MTM | Work on exhibit stipulation project (.8); telephone call from ARA re: same (.2). | 1.00 Hrs | $220.00 |
| 05/03/06 | ARA | Compare government exhibits with original documents in the production set re: exhibit stipulation project (6.3); telephone call to MTM re: exhibit stipulation project (.2). | 6.50 Hrs | $617.50 |
| 05/04/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $50.00 |
| 05/04/06 | MTM | Work on exhibit stipulation project. | 2.40 Hrs | $528.00 |
| 05/04/06 | ARA | Compare government exhibits with original documents in the production set re: exhibit stipulation project. | 7.00 Hrs | $665.00 |
| 05/05/06 | DBM | Search for documents for exhibit stipulation project in criminal trial per MTM. | 1.80 Hrs | $405.00 |
| 05/05/06 | MTM | Telephone call from Holme Roberts paralegal re: status of exhibit stipulation project (.2); work on same (1.7); receipt and review of emails from K&E counsel and Holme Roberts paralegal re: same (.5); conference with ARA re: same (.4). | 2.80 Hrs | $616.00 |
| 05/05/06 | ARA | Compare government exhibits with original documents in the production set re: exhibit stipulation project (6.1); conference with MTM re: same (.4). Receipt of originals from copy service re: PI Creditors' Committee production (.6). | 7.10 Hrs | $674.50 |
| 05/08/06 | DBM | Finalize search for documents for exhibit stipulation project for criminal case per MTM. | 1.00 Hrs | $225.00 |
| 05/08/06 | MTM | Work on exhibit stipulation project at Winthrop Square (6.1); receipt and review of emails from Merrill re: coding of documents gathered during Canadian sweep (.2); meeting with ARA re: same (.2). | 6.50 Hrs | $1,430.00 |
| 05/08/06 | ARA | Compare government exhibits with original documents in the production set re: exhibit stipulation project. (8.7); discussion and review of documents with MTM (.2). | 8.90 Hrs | $845.50 |
| 05/09/06 | MTM | Finish work on exhibit stipulation project (1.1); telephone call from in-house counsel re: copies of ZAI sales documents (.1); locate copy set of same (.2); letter to in-house counsel re: same (.2); conference with ARA re: exhibit stipulation project (.3); receipt and review of complete spreadsheet from Holme Roberts paralegal re: same (.4); email to K&E counsel re: same (.2); email from in-house counsel re: ZAI sales documents (.2); letter to in-house counsel re: same (.2); review and respond to emails from Grace local counsel in Canada re: coding project (.2); email to Merrill re: same (.1). | 3.20 Hrs | $704.00 |

Page 2

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/09/06 | ARA | Discussion with MTM re: exhibit stipulation project (.3); compare government exhibits with original documents in the production set re: exhibit stipulation project (4.2). | 4.50 Hrs | $427.50 |
| 05/10/06 | RAM | Review updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 05/10/06 | ARA | Telephone call to Merrill to confirm they have returned all originals from PI Creditors' Committee production; locate inventory of boxes. | 0.30 Hrs | $28.50 |
| 05/11/06 | ARA | Inventory boxes of documents from the production set (2.0). Quality control documents re: PI Creditors' Committee production (2.0). | 4.00 Hrs | $380.00 |
| 05/12/06 | ARA | Quality control documents from the PI Creditors' Committee Production. | 5.50 Hrs | $522.50 |
| 05/15/06 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $100.00 |
| 05/15/06 | MTM | Conference with ARA re: last production to personal injury creditors' committee. | 0.20 Hrs | $44.00 |
| 05/15/06 | ARA | Quality control documents from the PI Creditors' Committee production (6.8); conference with MTM (.2). | 7.00 Hrs | $665.00 |
| 05/16/06 | ARA | Quality control documents from the PI Creditors' Committee Production. | 6.50 Hrs | $617.50 |
| 05/17/06 | RAM | Telephone call from in-house counsel asking what documents were reviewed by PI creditors' committee; message to MTM re: same. | 0.10 Hrs | No charge |
| 05/17/06 | ARA | Quality control documents from the PI Creditors' Committee Production (4.5). Retrieve document from MTM and return documents to attorney review production set re: exhibit stipulation project (.5). | 5.00 Hrs | $475.00 |
| 05/18/06 | RAM | Telephone conference with MTM re: in-house counsel's request for information re: documents received by PI Creditors' Committee; emails to/from MTM to schedule conference call with in-house counsel. | 0.20 Hrs | $50.00 |
| 05/18/06 | MTM | Telephone call from Grace employee re: locating box requested by in-house counsel (.3); telephone call to another Grace employee re: same (.3); review indices and inventories re: same (1.9); telephone call to ARA re: same (.5); telephone call from RAM re: request from in-house counsel for analysis of production to personal injury creditors' committee (.2); meeting with ARA re: same (.3); email to Holme Roberts paralegal re: box issue (.3); email to in-house counsel re: production to personal injury creditors' committee issue (.4); prepare for call tomorrow with in-house counsel re: same (.6); work on production to personal injury creditors' committee project (1.7). | 6.50 Hrs | $1,430.00 |

Page 3

Mark A. Shelnitz

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/18/06 | ARA | Quality control documents from the PI Creditors' Committee Production (3.2); discuss same with MTM (.3). Per MTM's telephone calls, review consolidated box documents and Winthrop Square Information binder for documents that Grace employee is looking for (2.8). | 6.30 Hrs | $598.50 |
| 05/19/06 | RAM | Read memo listing documents reviewed by PI Creditors' Committee. | 0.10 Hrs | $25.00 |
| 05/19/06 | MTM | Work on production to personal injury creditors' committee project (.9); email to in-house counsel re: box request from Grace employee (.2); telephone call from another Grace employee re: same (.3); telephone call from consultant re: shipment of ZAI material (.2); telephone call to in-house counsel re: same (.2); email from K&E counsel requesting information on personal injury creditors' committee production (.5); respond to same (.3). | 2.60 Hrs | $572.00 |
| 05/19/06 | ARA | Quality control documents from the PI Creditors' Committee Production (6.4); return MTM's call re: PI Creditors' Committee documents that were tagged (.1). | 6.50 Hrs | $617.50 |
| 05/22/06 | MTM | Conference with ARA re: request from K&E counsel for information on personal injury creditors' committee productions in Boston (.4); telephone call from in-house counsel re: analysis of documents copied by personal injury creditors' committee (.3); telephone call from in-house counsel re: Recordkeeper billing issue (.2); work on analysis of personal injury creditors' committee production (3.7). | 4.60 Hrs | $1,012.00 |
| 05/22/06 | ARA | Per MTM's telephone call requesting information re: PI Creditors' Committee production, review file, notes and back-up time sheets (3.0); discuss findings with MTM (.4); update information in the file re: PI Creditors' Committee Production (3.1). | 6.50 Hrs | $617.50 |
| 05/23/06 | RAM | Prepare for (.3) and participate in conference call with in-house counsel and MTM to discuss review of documents by PI creditors' committee (.4). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.90 Hrs | $225.00 |
| 05/23/06 | MTM | Telephone call from in-house counsel re: shipment of ZAI materials from consultant (.2); prepare for conference call with in-house counsel re: analysis of personal injury creditors' committee production (.9); call with in-house counsel and RAM re: same (.4); email to Holme Roberts paralegal re: box requested by Grace employee (.5); receipt and review of email from Holme Roberts paralegal re: same (.4); review indices to locate box (.9); revise spreadsheet and email to in-house Grace counsel re: analysis of personal injury creditors' committee production (.9). Telephone call to ARA re: box sought by | 4.80 Hrs | $1,056.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | Grace employee (.3); email to Holme Roberts paralegal re: same (.3). | | |
| 05/23/06 | ARA | Quality control documents from the PI Creditors' Committee production (4.0). Per MTM's request, review HRO consolidated boxes for Libby consent decree (3.2); discuss same with MTM (.3). | 7.50 Hrs | $712.50 |
| 05/24/06 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $50.00 |
| 05/24/06 | MTM | Meeting with ARA re: search for box requested by Grace employee (.3); telephone call to Grace employee re: same (.2); email to Holme Roberts paralegal re: same (.3); receipt and review of fax from Grace employee re: same (.2); work on analysis of personal injury creditors' committee production project (.9). | 1.90 Hrs | $418.00 |
| 05/24/06 | ARA | Quality control documents from the PI Creditors' Committee Production (3.5). Produce consent decree to MTM and discuss (.3). Review other boxes of documents per Grace employee's request and telephone call to MTM with findings (2.4). | 6.20 Hrs | $589.00 |
| 05/25/06 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $75.00 |
| 05/25/06 | MTM | Work on analysis of personal injury creditors' committee production project (4.5); telephone call from ARA re: ZAI material shipment (.3); telephone call from Holme Roberts paralegal re: box requested by Grace employee (.3); telephone call from in-house Grace counsel re: same (.2). | 5.30 Hrs | $1,166.00 |
| 05/25/06 | ARA | Quality control documents from the PI Creditors' Committee Production (5.9). Receipt of ZAI material from Fed-ex (.2); telephone call to MTM re: same (.3). Instructions from MTM re: review of "copy all" boxes from PI Creditors' Committee production for in-house counsel (.3). | 6.70 Hrs | $636.50 |
| 05/26/06 | MTM | Telephone call from Grace employee re: her box request (.3); review Winthrop Square inventories re: same (1.5); email to Holme Roberts paralegal re: same (.4). Telephone call from another Grace employee re: same (.3). | 2.50 Hrs | $550.00 |
| 05/26/06 | ARA | Quality control documents from the PI Creditors' Committee Production (1.8). Review "copy all" boxes of documents from PI Creditors' Committee production re: in-house counsel's request (4.0). | 5.80 Hrs | $551.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/30/06 | MTM | Work on analysis of personal injury creditors' committee production project (1.5); telephone call from in-house counsel re: box requested by Grace employee (.3). | 1.80 Hrs | $396.00 |
| 05/30/06 | ARA | Review "copy all" boxes of documents from PI Creditors' Committee production re: in-house counsel's request. | 4.10 Hrs | $389.50 |
| 05/31/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 05/31/06 | MTM | Telephone call from Grace consultant re: request for documents from Texas agency (.2); telephone call from Grace employee re: search for box sought by Grace employee (.2); email to in-house counsel re: request from Texas agency (.2); telephone call from in-house counsel re: same (.2); email to DBM re: invoice search re: same (.1) | 0.90 Hrs | $198.00 |
| 05/31/06 | ARA | Continue review of "copy all" boxes of documents from PI Creditors' Committee production re: in-house counsel's request (4.7). Document control (2.4). | 7.10 Hrs | $674.50 |
| | | TOTAL LEGAL SERVICES | | $25,165.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.60 Hrs | 250/hr | $650.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 250/hr | No charge |
| DONNA B. MACKENNA | 2.80 Hrs | 225/hr | $630.00 |
| MATTHEW T. MURPHY | 51.70 Hrs | 220/hr | $11,374.00 |
| ANGELA R. ANDERSON | 131.70 Hrs | 95/hr | $12,511.50 |
| | 188.90 Hrs | | $25,165.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $25,165.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 6, 2006

Bill Number 94674
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through May 31, 2006

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/01/06 | RAM | Work on March fee application. | 1.20 Hrs | $300.00 |
| 05/02/06 | RAM | Work on March fee application. | 1.20 Hrs | $300.00 |
| 05/03/06 | RAM | Work on March fee application. | 0.50 Hrs | $125.00 |
| 05/06/06 | RAM | Work on March fee application. | 1.10 Hrs | $275.00 |
| 05/09/06 | RAM | Send March fee application to in-house counsels to review. | 0.10 Hrs | $25.00 |
| 05/10/06 | RAM | Finalize March fee application and send it to Delaware counsel to file (.3). Work on quarterly fee application (.3). | 0.60 Hrs | $150.00 |
| 05/11/06 | RAM | Read email from in-house counsel that fee application may be filed. | 0.05 Hrs | No charge |
| 05/16/06 | RAM | Send quarterly fee application to Delaware counsel to file. | 0.10 Hrs | $25.00 |
| 05/27/06 | RAM | Work on April fee application. | 0.10 Hrs | $25.00 |
| 05/28/06 | RAM | Work on April fee application. | 0.40 Hrs | $100.00 |
| 05/29/06 | RAM | Work on April fee application. | 1.40 Hrs | $350.00 |
| 05/30/06 | RAM | Read Fee Auditor's Final Report re: Fee Applications for 19th Interim Period (.1). Work on April fee application (.7); send it to in-house counsels to review (.1). | 0.90 Hrs | $225.00 |

Page 1

Mark A. Shelnitz

Re: Fee Applications, Applicant

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/31/06 | RAM | Telephone calls from in-house counsels that April fee application may be filed. | 0.10 Hrs | $25.00 |
| | | TOTAL LEGAL SERVICES | | $1,925.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 7.70 Hrs | 250/hr | $1,925.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 250/hr | No charge |
| | 7.75 Hrs | | $1,925.00 |

TOTAL THIS BILL    $1,925.00