**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 6, 2006

Bill Number 94675
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2006

FEDERAL EXPRESS

| | | |
|---|---|---:|
| 05/11/06 | To W R Grace, in-house counsel from Casner and Edwards on 04/07/06 by MTM. | 18.46 |
| 05/11/06 | To Kirkland & Ellis, Terrell Stansbury from Casner and Edwards on 04/13/06 by MTM. | 47.00 |
| 05/11/06 | To 1909 K St., Mayer Brown Rowe and Maw, Jennifer Long from Merrill Corporation on 4/22/06. | 76.68 |
| 05/11/06 | To 1909 K St., Mayer Brown Rowe and Maw, Jennifer Long from Merrill Corporation on 4/22/06. | 104.26 |
| 05/11/06 | To W R Grace & Co., in-house counsel from Casner and Edwards on 04/14/06 by MTM. | 32.86 |
| 05/11/06 | To 1909 K Street, Mayer Brown Rowe and Maw, Jennifer Long from Casner and Edwards on 04/14/06 by MTM. | 73.48 |
| 05/11/06 | To 1909 K St., Mayer Brown Rowe and Maw, Jennifer Long from Casner and Edwards on 4/26/06 by MTM. | 29.98 |
| 05/11/06 | To W R Grace & Co., in-house counsel from Casner and Edwards on 4/26/06 by MTM. | 29.98 |
| 05/11/06 | To 1909 K St., Mayer Brown Rowe and Maw, Jennifer Long from Merrill Corporation on 4/22/06. | 76.66 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2006

### FEDERAL EXPRESS

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 05/22/06 | To 919 N Market St., W R Grace & Co., in-house counsel from Casner and Edwards on 5/10/06 by MTM. | 27.18 | |
| | | | $516.54 |

### OUTSIDE PHOTOCOPYING

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 05/08/06 | MERRILL COMM - Employee depositions for criminal defense counsel (4/12/06). | 123.35 | |
| 05/08/06 | MERRILL COMM - Employee depositions for criminal defense counsel (4/13/06). | 616.26 | |
| 05/08/06 | MERRILL COMM - Documents copied by PI Creditor's Committee at Winthrop Square - 8 CD's (4/20/06). | 210.00 | |
| 05/08/06 | MERRILL COMM - Ore shipment records for in-house counsel (4/13/06) | 188.43 | |
| 05/08/06 | MERRILL COMM - Canadian ZAI sales documents (4/25/06). | 192.47 | |
| 05/08/06 | MERRILL COMM - Employee transcripts for criminal defense counsel (4/21/06). | 1,201.68 | |
| 05/08/06 | MERRILL COMM - Libby personnel file (4/27/06) | 44.73 | |
| 05/08/06 | MERRILL COMM - Employee transcripts for criminal defense counsel (4/25/06). | 32.45 | |
| 05/22/06 | MERRILL COMM - ZAI Sales in Canada documents for in-house counsel (5/09/06) | 68.95 | |
| | | | $2,678.32 |

### PHOTOCOPYING

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 05/08/06 | 15 copies at .12 per copy | 1.80 | |
| 05/17/06 | 25 copies at .12 per copy | 3.00 | |
| 05/23/06 | 7 copies at .12 per copy | 0.84 | |
| 05/30/06 | 5 copies at .12 per copy | 0.60 | |
| | | | $6.24 |

### TELEPHONE

| Date | | | Amount |
|---|---|---|---:|
| 05/05/06 | 329 | 3038660691 | 0.66 |
| 05/09/06 | 328 | 3026525338 | 1.10 |
| 05/17/06 | 357 | 5613621583 | 2.20 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2006

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 05/25/06 | 329 | 3038660691 | 1.10 | |
| 05/31/06 | 329 | 9018202023 | 0.88 | |
| | | | | $5.94 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 05/01/06 | RREEF AMERICA REIT III-Rent and utilities for document repository at One Winthrop Square-May 2006. | 11,653.16 | |
| | | | $11,653.16 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 05/08/06 | RECORDKEEPER ARCHIVE-Storage 5/01/06 through 5/31/06. | 402.30 | |
| 05/22/06 | RECORDKEEPER ARCHIVE - box retrieval (April 2006) | 27.00 | |
| | | | $429.30 |
| | | TOTAL DISBURSEMENTS | $15,289.50 |
| | | TOTAL THIS BILL | $15,289.50 |

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 6, 2006

Bill Number  94676
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through May 31, 2006

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 05/11/06 | To 919 North Market St., Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 4/26/06 by RAM. | 13.89 |
| | | $13.89 |

### PHOTOCOPYING

| | | |
|---|---|---|
| 05/02/06 | 65 copies at .12 per copy | 7.80 |
| 05/12/06 | 111 copies at .12 per copy | 13.32 |
| | | $21.12 |

### TELEPHONE

| | | | |
|---|---|---|---|
| 05/17/06 | 357 | 4105314545 | 3.30 |
| 05/31/06 | 357 | 4105314545 | 2.20 |
| | | | $5.50 |

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $40.51 |
| TOTAL THIS BILL | $40.51 |