**EXHIBIT 2**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_060228**

| Period Ending | 2/28/2006 | Expense Type | Amount |
|---|---|---|---|
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $558.25 |
| | | **Total** | **$1,408.25** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| **BANK:** | Citibank |
| | 15233 Ventura Blvd. 1st Floor |
| | Sherman Oaks, CA 91403 |
| **ABA/Routing#:** | 322271724 |
| **Account #:** | 201381993 - BMC Group |
| **Tax ID #:** | 52-2083477 |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20060201-1 | 2/1/2006 | $30.60 |
| | Total | $30.60 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd, 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/1/2006
Invoice #: 021-20060201-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 11669 - 17th Omni 5 Continuation Order MF 17658 | 5 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.39 each | $1.95 |
| | | | Production | Copy | 25 Pieces @ $.12 each | $3.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |

**Total Due:** $30.60

EXHIBIT 2
*Invoice Due Upon Receipt*