IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| W. R. GRACE & CO., et al., | ) | |
| | ) | |
| Debtors. | ) | |

### BILLING STATEMENT OF PLAN MEDIATOR

Attached is the billing statement of Sam C. Pointer, Jr., the Plan Mediator, covering his services for the month of June 2006 in the amount of $300.00, and also reflecting a past-due bill for fees and expenses for the preceding month in the amount of $20,894.50. This statement is being served by email on the persons specified in paragraph 4(d) of the Order dated March 9, 2006, appointing the Mediator. Payment in the amount of $21,194.50 should be made to Lightfoot, Franklin & White, LLC, EIN#63-1015138.

Dated: July 11, 2006

Sam C. Pointer, Jr.
Lightfoot, Franklin & White
Clark Building
400 North 20th Street
Birmingham, AL 35203
205-581-0778
spointer@lfwlaw.com

# LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

The Clark Building
400 20th Street North
BIRMINGHAM, ALABAMA 35203-3200
Telephone (205) 581-0700
Facsimile (205) 581-0799
FEIN - 63-1015138

July 11, 2006

SCP Mediation/Arbitration

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP                                      Invoice # 90627

For Services Rendered Through June 30, 2006

| | | |
|---|---|---|
| Previous Balance | | $  20,894.50 |
| Current Fees | 300.00 | |
| Total Charges for this Bill | 300.00 | |
| Total Due | | $  21,194.50 |

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

July 11, 2006
Invoice # 90627

SCP Mediation/Arbitration                                    Page 2

Re: W.R. Grace & Co. Bankruptcy - Mediation
I.D. MN016-00064- SCP

FOR PROFESSIONAL SERVICES RENDERED

06-15-06    SCP    Telephone report to Court re: status of
                   mediation.
                                    0.50 hrs   600.00 /hr        300.00
                                                            ------------
                   Total Fees for this Matter      $         300.00
BILLING SUMMARY

        Sam C. Pointer Jr.          0.50 hrs   600.00 /hr        300.00
                                                            ------------
        TOTAL FEES                  0.50                $        300.00

        TOTAL CHARGES FOR THIS BILL                     $        300.00

        PREVIOUS BALANCE                       20,894.50

        TOTAL DUE                                       $     21,194.50