# EXHIBIT A

**EXHIBIT A**

## FEES FOR THE FEE PERIOD MARCH 1, 2006 THROUGH MARCH 31, 2006[2]

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 03/03/06 | Review docket and send email to J. O'Neill regarding CNOs for October, November and December 2005. | | |
| 18 | K. Jasket | 0.5 | 135.00 |
| 03/09/06 | Drafted fee application for January 2006 and forward to S. Zuber for review. | | |
| 18 | K. Jasket | 2.8 | 756.00 |
| 03/14/06 | Review and revise Pitney Hardin's January 2006 Fee Application. | | |
| 18 | S. Zuber | 0.3 | 130.50 |
| 03/17/06 | Revised January 2006 fee application and sent same to J. O'Neill for filing. | | |
| 18 | K. Jasket | 1.3 | 351.00 |
| 03/31/06 | Drafted fee application for February 2006 and forwarded to S. Zuber for review. | | |
| 18 | K. Jasket | 2.7 | 729.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 435.00 | 130.50 |
| K. Jasket | 18 | 7.3 | 270.00 | 1,971.00 |
| TOTAL | | 7.6 | | 2,101.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 01/23/06 | Review materials regarding appointment of environmental prosecutor and extending statute of limitations for environmental harm. | | |
| 3 | J. Mandel | 0.8 | 228.00 |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

1421935A01052606

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/01/06 3 | Work with M. Morgan re: interview and re: statute of limitations implications of proposed legislation; review newspaper editorial re: same. | B. Moffitt | 0.6 | 216.00 |
| 03/01/06 3 | Review proposed legislation affecting statutes of limitation and research ex post facto and related issues re: same; work with M. Morgan re: same. | B. Moffitt | 3.9 | 1,404.00 |
| 03/01/06 3 | Participate in interview. | M. Morgan | 10.0 | 2,350.00 |
| 03/01/06 3 | Research client documents and public materials for information for M. Morgan on interviews. | J. Mandel | 0.8 | 228.00 |
| 03/01/06 14 | Review documents and code key information into Summation database. | Y. Day | 2.8 | 336.00 |
| 03/01/06 1 | Review and code documents. | K. Stehnacs | 2.5 | 312.50 |
| 03/01/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A. Marchetta, B. Moffitt and M. Morgan. | S. Parker | 0.4 | 54.00 |
| 03/01/06 14 | Review EPA production documents and enter relevant data into summation database. | D. Florence | 3.8 | 475.00 |
| 03/02/06 14 | Follow up on various issues re: case. | A. Marchetta | 0.3 | 165.00 |
| 03/02/06 3 | Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information. | B. Moffitt | 5.9 | 2,124.00 |
| 03/02/06 3 | Prepare summary of interview. | M. Morgan | 3.2 | 752.00 |
| 03/02/06 14 | Review EPA production documents and enter relevant data into database. | D. Florence | 2.3 | 287.50 |
| 03/02/06 14 | Review documents and code key information into database. | Y. Day | 3.1 | 372.00 |

1421935A01052606

| | | | |
|---|---|---|---|
| 03/02/06<br>1 | Review and code documents.<br>K. Stehnacs | 4.9 | 612.50 |
| 03/02/06<br><br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A. Marchetta, B. Moffitt and M. Morgan.<br>S. Parker | 0.3 | 40.50 |
| 03/03/06<br><br>3 | Continued research re: proposed legislation affecting statutes of limitation and re ex post facto and related issues re: same; prepare memorandum re: legislation and research re: same.<br>B. Moffitt | 4.8 | 1,728.00 |
| 03/03/06<br>14 | Review EPA production documents and enter relevant data into summation database.<br>D. Florence | 3.3 | 412.50 |
| 03/03/06<br>14 | Review documents and code key information into database.<br>Y. Day | 4.1 | 492.00 |
| 03/03/06<br>1 | Review and code documents.<br>K. Stehnacs | 4.4 | 550.00 |
| 03/03/06<br><br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to AJ Marchetta, B. Moffitt and M. Morgan.<br>S. Parker | 0.2 | 27.00 |
| 03/03/06<br><br><br>14 | Searched re: compilation of information on Assembly Bills 1839 and 1840 and related statutes as requested by B. Moffitt re: preparation of memo on legislation eliminating SOL for certain environmental crimes; Worked with B. Moffitt re: status of same.<br>S. Parker | 1.1 | 148.50 |
| 03/06/06<br><br><br>14 | Work with M. Morgan and B. Moffitt re interviews and document review; telephone call with DAG Dickinson re settlement; follow up with client re same; telephone call with R. Weinroth re potential meeting with Assistant District Attorney General concerning global settlement.<br>A. Marchetta | 1.7 | 935.00 |
| 03/06/06<br>3 | Review e-mails re: status of proposed legislation re: A-1839.<br>B. Moffitt | 0.2 | 72.00 |
| 03/06/06<br>3 | Prepare for interview.<br>M. Morgan | 2.7 | 634.50 |

4

| 03/06/06 3 | Further prepare summary of interview for review by N. Susalis. M. Morgan | 3.7 | 869.50 |

| 03/06/06 14 | Review EPA and AUSA production documents and enter relevant data into summation. D. Florence | 5.1 | 637.50 |

| 03/06/06 14 | Review documents and code key information into Summation database. Y. Day | 5.2 | 624.00 |

| 03/06/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to AJ Marchetta, B. Moffitt and M. Morgan. S. Parker | 0.5 | 67.50 |

| 03/06/06 14 | Review documents and code key information into Summation database. S. Kegler | 3.5 | 437.50 |

| 03/07/06 14 | Work with M. Morgan and B. Moffitt regarding settlement issues, interviews and assembly hearings. A. Marchetta | 1.3 | 715.00 |

| 03/07/06 3 | Continued research re: proposed legislation affecting statutes of limitation and re ex post facto and related issues re: same; prepare memorandum re: legislation and research re: same. B. Moffitt | 2.4 | 864.00 |

| 03/07/06 3 | Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information. B. Moffitt | 2.2 | 792.00 |

| 03/07/06 3 | Further prepare for and interview witness. M. Morgan | 8.0 | 1,880.00 |

| 03/07/06 14 | Review documents and code key information into database. S. Kegler | 7.0 | 875.00 |

| 03/07/06 14 | Review AUSA documents and enter relevant data into database. D. Florence | 3.6 | 450.00 |

| 03/07/06 14 | Review documents and code key information into database. Y. Day | 5.4 | 648.00 |

| 03/07/06 | Review and code documents. | | |

1421935A01052606

| | | | |
|---|---|---|---|
| 1 | K. Stehnacs | 3.3 | 412.50 |

03/08/06 Follow up with B. Moffitt regarding Assembly hearings; follow up regarding interview and DEP settlement issues.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.9 | 495.00 |

03/08/06 Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 4.6 | 1,656.00 |

03/08/06 Review pending legislation and confer with A. Marchetta re: attending hearing of NJ State Assembly's Environment and Solid Waste Committee hearing.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 144.00 |

03/08/06 Interview witness.

| | | | |
|---|---|---|---|
| 3 | M. Morgan | 10.5 | 2,467.50 |

03/08/06 Review AUSA documents and enter relevant data.

| | | | |
|---|---|---|---|
| 14 | D. Florence | 3.1 | 387.50 |

03/08/06 Review documents and code key information into Summation database.

| | | | |
|---|---|---|---|
| 14 | Y. Day | 2.4 | 288.00 |

03/08/06 Respond to M. Morgan request for contact information re: former employees.

| | | | |
|---|---|---|---|
| 14 | Y. Day | 4.3 | 516.00 |

03/08/06 Review and code documents.

| | | | |
|---|---|---|---|
| 1 | K. Stehnacs | 5.3 | 662.50 |

03/08/06 Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to AJ Marchetta, B. Moffitt and M. Morgan.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 54.00 |

03/08/06 Searched re: compilation of information on Senate Bill, and Assembly Bill and Resolution which will be discussed at the next meeting of the Assembly Environment and Solid Waste Committee, including compilation of background information on Lisa Jackson, NJDEP Commissioner, who will be participating in same as requested by B. Moffitt; Worked with B. Moffitt re: status of same.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 1.2 | 162.00 |

03/08/06 Review documents and code key information into database.

6

| 14 | S. Kegler | 1.9 | 237.50 |

03/09/06   Work with M. Morgan regarding interview and settlement; follow up re: State hearing emails and follow up regarding further witness interviews.

| 14 | A. Marchetta | 1.3 | 715.00 |

03/09/06   Telephone calls re: stay issues and Chapter 11 mediation plan; follow up with State regarding same; work with J. O'Reilly regarding settlement approval with Criminal Deputy Attorney General.

| 14 | A. Marchetta | 0.6 | 330.00 |

03/09/06   Attendance at hearing of NJ State Assembly Environment and Solid Waste Committee re: proposed legislation; call with A. Marchetta re: same.

| 3 | B. Moffitt | 5.4 | 1,944.00 |

03/09/06   Review various legislation pending before NJ State Assembly Environment and Solid Waste Committee re: proposed legislation.

| 3 | B. Moffitt | 1.2 | 432.00 |

03/09/06   Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information.

| 3 | B. Moffitt | 1.1 | 396.00 |

03/09/06   Prepare summary of interview.

| 3 | M. Morgan | 2.7 | 634.50 |

03/09/06   Further prepare interview summary.

| 3 | M. Morgan | 3.2 | 752.00 |

03/09/06   Review AUSA documents and enter relevant data.

| 14 | D. Florence | 1.8 | 225.00 |

03/09/06   Review documents and code key information into Summation database.

| 14 | Y. Day | 4.2 | 504.00 |

03/09/06   Respond to M. Morgan request for employee contact information.

| 14 | Y. Day | 1.3 | 156.00 |

03/09/06   Review and code documents.

| 1 | K. Stehnacs | 5.1 | 637.50 |

03/09/06   Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.

| 14 | S. Parker | 0.2 | 27.00 |

| | | | |
|---|---|---|---|
| 03/09/06 | Worked with B. Moffitt re: preparation for attendance at meeting of the Assembly Environment and Solid Waste Committee concerning pending legislation. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 03/09/06 | Review documents and code key information. | | |
| 14 | S. Kegler | 4.4 | 550.00 |
| 03/10/06 | Letter to DEP; follow up with B. Moffitt re: Legislature hearings and emails re: same; conference with M. Morgan regarding letter to DAG Bonanno; call from DAG re: settlement; telephone call with J. O'Reilly regarding discussion and emails regarding the same. | | |
| 14 | A. Marchetta | 3.0 | 1,650.00 |
| 03/10/06 | Phone conference with DAG E. Bonanno; conference with Mark Morgan; phone conference with Mark Morgan and Anthony Marchetta. | | |
| 3 | J. O'Reilly | 0.8 | 384.00 |
| 03/10/06 | Preparation of memo re: attendance at hearing of NJ State Assembly Environment and Solid Waste Committee re: proposed legislation and summarizing legislation; review newspaper article re: same. | | |
| 3 | B. Moffitt | 1.6 | 576.00 |
| 03/10/06 | Further preparation of interview summary. | | |
| 3 | M. Morgan | 2.8 | 658.00 |
| 03/10/06 | Review documents and code key information into database. | | |
| 14 | Y. Day | 5.4 | 648.00 |
| 03/10/06 | Review and code documents. | | |
| 1 | K. Stehnacs | 4.9 | 612.50 |
| 03/10/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to AJ Marchetta, B. Moffitt and M. Morgan. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 03/13/06 | Follow up regarding telephone call from Dickinson; call with M. Shelnitz and follow up re: statue of limitations issue and timing re: settlement; call with DAG re: same; work with B. Moffitt regarding requests from client on information regarding monitoring program. | | |
| 14 | A. Marchetta | 2.3 | 1,265.00 |
| 03/13/06 | Work with A. Marchetta re: telephone calls to DAG Dickinson and client and follow up re: same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |

1421935A01052606

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 03/13/06 3 | Work with M. Meyer re: statute of limitations implications of pending legislation.<br>B. Moffitt | | 0.2 | 72.00 |
| 03/13/06 14 | Review documents and code key information.<br>Y. Day | | 5.3 | 636.00 |
| 03/13/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | | 0.3 | 40.50 |
| 03/13/06 14 | Conducted searches re: identification and retrieval of photographs of site and adjacent properties, and worked with B. Moffitt re: same.<br>S. Parker | | 0.5 | 67.50 |
| 03/13/06 14 | Identification and retrieval of ATSDR report for site and corresponding documents as requested by B. Moffitt.<br>S. Parker | | 0.1 | 13.50 |
| 03/14/06 14 | Work with B. Moffitt regarding monitoring issues; assembly bill/senate bill, statue of limitations issue research and follow up to settlement discussions; work with M. Morgan regarding statue of limitations info.<br>A. Marchetta | | 2.4 | 1,320.00 |
| 03/14/06 3 | Work with A. Marchetta re: issues pertaining to potential monitoring; follow up re: same.<br>B. Moffitt | | 0.5 | 180.00 |
| 03/14/06 3 | Work with M. Meyer re: statute of limitations implications of pending legislation.<br>B. Moffitt | | 0.2 | 72.00 |
| 03/14/06 3 | Research client documents and public materials for information for M. Morgan on those interviewed and being interviewed.<br>J. Mandel | | 1.2 | 342.00 |
| 03/14/06 3 | Discussed NJ state statute of limitation issues with A. Marchetta; followed up with B. Moffitt.<br>M. Meyer | | 0.4 | 90.00 |
| 03/14/06 3 | Reviewed correspondence from B. Moffitt re: proposed assembly bills.<br>M. Meyer | | 0.2 | 45.00 |
| 03/14/06 14 | Review documents and code key information into database.<br>Y. Day | | 3.4 | 408.00 |

9

1421935A01052606

| 03/14/06 14 | Respond to M. Morgan for contact information regarding employees.<br>Y. Day | 1.5 | 180.00 |
|---|---|---|---|
| 03/14/06 1 | Review and code documents.<br>K. Stehnacs | 1.8 | 225.00 |
| 03/14/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.2 | 27.00 |
| 03/14/06 14 | Worked with B. Moffitt re: photographs of site and adjacent properties.<br>S. Parker | 0.2 | 27.00 |
| 03/14/06 14 | Review WRG production and enter relevant data into summation.<br>D. Florence | 4.3 | 537.50 |
| 03/15/06 14 | Telephone calls with DAG regarding mediation, settlement issues and telephone calls to Judge Bongiovanni regarding adjournment.<br>A. Marchetta | 0.9 | 495.00 |
| 03/15/06 14 | Follow up regarding information to State; and follow up regarding mediation and letter to the Court.<br>A. Marchetta | 1.0 | 550.00 |
| 03/15/06 3 | Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information.<br>B. Moffitt | 4.6 | 1,656.00 |
| 03/15/06 3 | Work with A. Marchetta re: telephone call to Judge Bongiovanni and to DAG Dickinson re: further adjourning motions to facilitate settlement, and re: contacting bankruptcy counsel re: same.<br>B. Moffitt | 0.4 | 144.00 |
| 03/15/06 3 | Begin reviewing and compiling documents in anticipation of witness interviews.<br>M. Morgan | 5.0 | 1,175.00 |
| 03/15/06 3 | Discussed status of FOIA production of oversized documents with M. Morgan; discussed statute of limitation issues for criminal matter.<br>M. Meyer | 0.2 | 45.00 |
| 03/15/06 3 | Provided newest FOIA production to C. Warnke.<br>M. Meyer | 0.1 | 22.50 |

1421935A01052606

| 03/15/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 03/15/06 | Searched re: status of pending legislation related to the company. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 03/16/06 | Forward information regarding DEP testing program; review correspondence regarding court conference and adjournment of same; follow up regarding issue and Statute of Limitation research. | | |
| 14 | A. Marchetta | 1.1 | 605.00 |

| 03/16/06 | Follow up regarding FOIA request issue; emails and follow up regarding attendance at DEP information session regarding community testing etc. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |

| 03/16/06 | Preparation of memo re: monitoring; review prior reports re: information regarding potential recipients. | | |
| 3 | B. Moffitt | 2.8 | 1,008.00 |

| 03/16/06 | Further review and compile documents in anticipation of interviews. | | |
| 3 | M. Morgan | 5.1 | 1,198.50 |

| 03/16/06 | Review and code documents. | | |
| 1 | K. Stehnacs | 0.8 | 100.00 |

| 03/16/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to AJ Marchetta, B. Moffitt and M. Morgan. | | |
| 14 | S. Parker | 0.3 | 40.50 |

| 03/17/06 | Telephone calls with DAG re: motions and settlement; follow up with M. Morgan re: same; work with M. Morgan and M. Meyer re: Statute of Limitation issues and follow up with B. Moffitt re: meeting. | | |
| 14 | A. Marchetta | 1.3 | 715.00 |

| 03/17/06 | Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information. | | |
| 3 | B. Moffitt | 6.3 | 2,268.00 |

| 03/17/06 | Further review and compile from summation and stratify documents in anticipation interviews. | | |
| 3 | M. Morgan | 5.0 | 1,175.00 |

| 03/17/06 | Searched re: compilation of information on current status of investigation of | | |

1421935A01052606

| | | | |
|---|---|---|---|
| 14 | Hamilton plant and related issues.<br>S. Parker | 0.2 | 27.00 |
| 03/17/06<br>14 | Review WRG production and enter relevant data into summation.<br>D. Florence | 2.7 | 337.50 |
| 03/20/06<br>14 | Work with M. Morgan re: interview; and follow up re: meeting and monitoring pool.<br>A. Marchetta | 1.0 | 550.00 |
| 03/20/06<br>3 | Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information.<br>B. Moffitt | 3.4 | 1,224.00 |
| 03/20/06<br>3 | Further identify other witnesses that may have knowledge concerning the plant and its operations.  Review and compile documents concerning same.<br>M. Morgan | 4.0 | 940.00 |
| 03/20/06<br>14 | Review WRG production and enter relevant data into database.<br>D. Florence | 1.5 | 187.50 |
| 03/20/06<br>14 | Respond to attorney M. Morgan request for information re: employees.<br>Y. Day | 1.4 | 168.00 |
| 03/20/06<br>14 | Review documents and code key information into database.<br>Y. Day | 1.9 | 228.00 |
| 03/20/06<br>14 | Respond to attorney M. Morgan request for documents related to employees.<br>Y. Day | 0.8 | 96.00 |
| 03/21/06<br>3 | Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information.<br>B. Moffitt | 2.2 | 792.00 |
| 03/21/06<br>3 | Continued preparation of memo re: monitoring; review prior reports re: information regarding potential recipients.<br>B. Moffitt | 4.2 | 1,512.00 |
| 03/21/06<br>3 | Review article re: upcoming public information session.<br>B. Moffitt | 0.2 | 72.00 |
| 03/21/06 | Further identify other potential witnesses that may have knowledge concerning Plant and its operations.  Review and compile documents | | |

1421935A01052606

| Date | Description | | |
|---|---|---|---|
| 3 | concerning same.<br>M. Morgan | 3.5 | 822.50 |
| 03/21/06<br>3 | Work with M. Meyer on updating Grace Statute of Limitations Memo.<br>M. Morgan | 0.7 | 164.50 |
| 03/21/06<br>3 | Reviewed proposed legislation eliminating statute of limitations.<br>M. Meyer | 0.2 | 45.00 |
| 03/21/06<br>14 | Respond to M. Morgan request for contact information on physician.<br>Y. Day | 0.5 | 60.00 |
| 03/21/06<br>14 | Respond to M. Morgan request for documents related to former employees.<br>Y. Day | 4.0 | 480.00 |
| 03/21/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.3 | 40.50 |
| 03/22/06<br>14 | Follow up regarding public meeting and memorandum to client.<br>A. Marchetta | 0.6 | 330.00 |
| 03/22/06<br>3 | Attendance at public meeting with US EPA officials in Hamilton Township.<br>B. Moffitt | 5.2 | 1,872.00 |
| 03/22/06<br>3 | Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information.<br>B. Moffitt | 1.3 | 468.00 |
| 03/22/06<br>3 | Reviewed proposed legislation and effect of criminal statute of limitation amendments and ex post facto rulings in prior statue of limitation extensions.<br>M. Meyer | 2.2 | 495.00 |
| 03/22/06<br>3 | Further identify witnesses that may have knowledge concerning the Plant and its operations. Review and compile documents concerning same.<br>M. Morgan | 4.5 | 1,057.50 |
| 03/22/06<br>3 | Work with Y. Day on compiling documents.<br>M. Morgan | 1.5 | 352.50 |
| 03/22/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.2 | 27.00 |

13

1421935A01052606

| 03/22/06 | Searched re: compilation of information on USEPA meeting with Hamilton Township residents, and worked with B. Moffitt re: same. | | |
| 14 | S. Parker | 0.5 | 67.50 |

| 03/22/06 | Verify documents regarding employees. | | |
| 14 | Y. Day | 0.9 | 108.00 |

| 03/22/06 | Respond to M. Morgan request for documents related to employees. | | |
| 14 | Y. Day | 2.5 | 300.00 |

| 03/23/06 | Telephone call from DAG and follow up re: hearing and adjournment; e-mails and follow up regarding public meeting, newspaper articles, etc. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |

| 03/23/06 | Attended Association of Federal Bar Judicial Conference re; corporations under federal investigations. | | |
| 3 | M. Meyer | 4.7 | 1,057.50 |

| 03/23/06 | Research client documents and public materials for information for M. Morgan on those interviewed and being interviewed. | | |
| 3 | J. Mandel | 0.5 | 142.50 |

| 03/23/06 | Further identify witnesses that may have knowledge concerning the Plant and its operations. Review and compile documents concerning same. | | |
| 3 | M. Morgan | 5.0 | 1,175.00 |

| 03/23/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to AJ Marchetta, B. Moffitt and M. Morgan. | | |
| 14 | S. Parker | 0.5 | 67.50 |

| 03/23/06 | Searched re: compilation of EPA site documents. | | |
| 14 | S. Parker | 0.5 | 67.50 |

| 03/23/06 | Created docket entry re: release date of April 2006 soil sampling results. | | |
| 14 | S. Parker | 0.1 | 13.50 |

| 03/23/06 | Review documents and code key information into database. | | |
| 14 | Y. Day | 0.6 | 72.00 |

| 03/24/06 | Further identify witnesses that may have knowledge concerning the Trenton Plant and its operations. Review and compile documents concerning same. | | |
| 3 | M. Morgan | 5.0 | 1,175.00 |

| 03/24/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and | | |

| | | | |
|---|---|---|---|
| | forwarded same to AJ Marchetta, B. Moffitt and M. Morgan; Worked with B. Moffitt re: same. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 03/25/06 | Review press articles and follow up regarding interviews and memo to client regarding Statute of Limitations/Medical Monitoring. | | |
| 14 | A. Marchetta | 0.9 | 495.00 |
| 03/27/06 | Follow up regarding memos on witness interviews and ATSDR report. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 03/27/06 | Preparation of memo re: sampling; public meeting re: same; and re: potential scope of monitoring; review reports re: same. | | |
| 3 | B. Moffitt | 2.6 | 936.00 |
| 03/27/06 | Meet with M. Morgan re: resignation and re: transition; follow up re: same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |
| 03/27/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 03/27/06 | Respond to M. Morgan request for information regarding former employee. | | |
| 14 | Y. Day | 0.4 | 48.00 |
| 03/28/06 | Telephone calls with M. Morgan and follow up with B. Moffitt re: information for client on monitoring issue as regards potential settlement. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 03/28/06 | Continued preparation of memo re: off-site sampling; public meeting re: same; and re: potential scope of monitoring; review reports re: same. | | |
| 3 | B. Moffitt | 2.4 | 864.00 |
| 03/28/06 | Conference with B. Jacobson concerning Statute of Limitations memo and transition of file. | | |
| 3 | M. Morgan | 0.5 | 117.50 |
| 03/28/06 | Prepared memo on statute of limitations; discussed concerns of ex post fact limitations with M. Morgan; conference call with W. Jacobson to discuss concerns. | | |
| 3 | M. Meyer | 1.6 | 360.00 |
| 03/28/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

1421935A01052606

| | | | |
|---|---|---|---|
| 03/29/06<br>14 | Work with B. Moffitt and M. Morgan regarding memo to client; meeting regarding interviews.<br>A. Marchetta | 1.4 | 770.00 |
| 03/29/06<br>3 | Meet with M. Morgan re: transition; follow up re: same.<br>B. Moffitt | 0.5 | 180.00 |
| 03/29/06<br>3 | Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information.<br>B. Moffitt | 3.4 | 1,224.00 |
| 03/29/06<br>3 | Meet with M. Morgan and N. Susalis re: interview and strategy.<br>B. Moffitt | 3.4 | 1,224.00 |
| 03/29/06<br>3 | Meet with A. Marchetta and M. Morgan re: transition; follow up re: same.<br>B. Moffitt | 0.5 | 180.00 |
| 03/29/06<br>3 | Continued preparation of memo re: sampling; public meeting re: same; and re: potential scope of monitoring.<br>B. Moffitt | 0.6 | 216.00 |
| 03/29/06<br>3 | Meet with N. Susalis and B. Moffitt concerning interviews.<br>M. Morgan | 3.5 | 822.50 |
| 03/29/06<br>3 | Call to W. Jacobson regarding Statute of Limitations.<br>M. Meyer | 0.1 | 22.50 |
| 03/29/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.2 | 27.00 |
| 03/29/06<br>14 | Worked with B. Moffitt and M. Morgan re: case\discovery status.<br>S. Parker | 0.6 | 81.00 |
| 03/29/06<br>14 | Review topic summary document and edit same.<br>Y. Day | 4.0 | 480.00 |
| 03/29/06<br>14 | Meet with investigator and B. Moffitt regarding contacts and case update.<br>Y. Day | 0.2 | 24.00 |
| 03/29/06<br>14 | Emails to B. Moffitt re; privileged documents and searching in database.<br>Y. Day | 0.2 | 24.00 |
| 03/30/06<br>14 | Follow up regarding memo to client regarding Statute of Limitations.<br>A. Marchetta | 0.6 | 330.00 |

16

1421935A01052606

| 03/30/06 14 | Follow up regarding client request on information regarding sampling plan. |  |  |
|---|---|---|---|
|  | A. Marchetta | 0.6 | 330.00 |

| 03/30/06 | Review historical documents re: evidence of employee knowledge, as well as documentation of employee education, medical surveillance and other information. |  |  |
|---|---|---|---|
| 3 | B. Moffitt | 3.3 | 1,188.00 |

| 03/30/06 | Work with A. Marchetta and M. Meyer re: memo re: effect of pending legislation on statute of limitations analysis. |  |  |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 72.00 |

| 03/30/06 | Review client e-mail re: sampling and respond to same; work with A. Marchetta re: same; research re: potential source for USEPA position re: asbestos content threshold. |  |  |
|---|---|---|---|
| 3 | B. Moffitt | 1.6 | 576.00 |

| 03/30/06 3 | Drafted memorandum on statute of limitations defense. |  |  |
|---|---|---|---|
|  | M. Meyer | 0.8 | 180.00 |

| 03/30/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. |  |  |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 27.00 |

| 03/30/06 | Worked with B. Moffitt re: compilation of information re: communications with client. |  |  |
|---|---|---|---|
| 14 | S. Parker | 0.7 | 94.50 |

| 03/30/06 | Created docket entries reflecting upcoming deadlines, and reviewed recent correspondence re: confirmation of information needed to create same. |  |  |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 54.00 |

| 03/30/06 14 | Review topic summary document and edit same. |  |  |
|---|---|---|---|
|  | Y. Day | 3.0 | 360.00 |

| 03/30/06 14 | Further research for N. Susalis. |  |  |
|---|---|---|---|
|  | Y. Day | 2.4 | 288.00 |

| 03/31/06 | Follow up regarding Statute of Limitations brief; work with B. Moffitt regarding information regarding interviews. |  |  |
|---|---|---|---|
| 14 | A. Marchetta | 1.1 | 605.00 |

| 03/31/06 | Work with M. Morgan re: transition; follow up re: same with S. Parker and D. Florence. |  |  |
|---|---|---|---|
| 3 | B. Moffitt | 4.8 | 1,728.00 |

17

03/31/06    Work with A. Marchetta and M. Meyer re: memo re: effect of pending legislation on statute of limitations analysis; work with M. Meyer re: revisions to same.
3          B. Moffitt                                                    1.4            504.00

03/31/06    Revise and review Statute of Limitations memo for circulation to client
3          M. Morgan                                                     2.4            564.00

03/31/06    Call to W. Jacobson regarding memo on applicable statute of limitations.
3          M. Meyer                                                      0.1            22.50

03/31/06    Discussed revised memo on statute of limitations with B. Moffitt and A. Marchetta; revised memo.
3          M. Meyer                                                      1.4            315.00

03/31/06    Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.
14         S. Parker                                                     0.2            27.00

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 27.8 | 550.00 | 15,290.00 |
| J. O'Reilly | 3 | 0.8 | 480.00 | 384.00 |
| M. Morgan | 3 | 92.5 | 235.00 | 21,737.50 |
| M. Meyer | 3 | 12.0 | 225.00 | 2,700.00 |
| B. Moffitt | 3 | 91.2 | 360.00 | 32,832.00 |
| J. Mandel | 3 | 3.3 | 285.00 | 940.50 |
| Y. Day | 14 | 71.2 | 120.00 | 8,544.00 |
| D. Florence | 14 | 31.5 | 125.00 | 3,937.50 |
| S. Kegler | 14 | 16.8 | 125.00 | 2,100.00 |
| S. Parker | 14 | 12.3 | 135.00 | 1,660.50 |
| K. Stehnacs | 14 | 33.0 | 125.00 | 4,125.00 |
| TOTAL | | 392.4 | | 94,251.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 116434 Quick-Wright Electrical Distributors, Inc.

03/06/06    Telephone conference with Debtor's counsel regarding status of consent order.
3          G. Michael                                                    0.2            62.00

03/09/06    Emails to/from L. McCloskey regarding entry of consent order and

| | | | |
|---|---|---|---|
| 3 | dismissal of case.<br>G. Michael | 0.3 | 93.00 |
| 03/22/06<br>14 | Follow up on settlement, in light of receipt of consent order from Court.<br>S. Zuber | 0.2 | 87.00 |
| 03/22/06<br>3 | Review consent order approving settlement signed by Bankruptcy Court.<br>G. Michael | 0.2 | 62.00 |
| 03/22/06<br><br><br>3 | Telephone conference with Debtor's counsel regarding consent order approving settlement signed by Bankruptcy Court and eventual dismissal/closure of case.<br>G. Michael | 0.3 | 93.00 |
| 03/22/06<br><br>3 | Review file; email to client regarding consent order approving settlement and closure of case; prepare and close file.<br>G. Michael | 0.5 | 155.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 14 | 0.2 | 435.00 | 87.00 |
| G. Michael | 3 | 1.5 | 310.00 | 465.00 |
| TOTAL | | 1.7 | | 552.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 03/01/06<br><br><br>7 | Drafted Notice of Entry, drafted blue backs, prepared papers for service and filing, sent Notice of Entry to outside service for filing and mailed service copies to all opposing counsel and judicial support office.<br>H. Gonzalez | 0.4 | 60.00 |
| 03/06/06<br>14 | Follow up with B. Benjamin re: settlement issues.<br>A. Marchetta | 0.3 | 165.00 |
| 03/08/06<br><br>3 | Telephone conference with V. Finkelstein re: settlement conference, settlement authority and demands.<br>B. Benjamin | 0.2 | 83.00 |
| 03/16/06<br>14 | Follow up regarding discovery request.<br>A. Marchetta | 0.2 | 110.00 |
| 03/16/06 | Draft correspondence to A. Mack and C. Boubol re: court appearance before Special Referee on motion to compel. | | |

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |
| 03/16/06 | Telephone conference with C. Boubol re settlement conference with Kronish Lieb and Tahari. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 03/16/06 | Review/analysis claim for damages, preparation for settlement conference before Judge Tolub. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 03/16/06 | Draft correspondence to V. Finkelstein and A. Nagy re: settlement conference. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 03/17/06 | Telephone call with B. Benjamin re: Motion to Compel and settlement conference. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 03/17/06 | Draft correspondence to A. Nagy and V. Finkelstein re: outcome of settlement conference, scheduling Nagy deposition. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 03/17/06 | Attendance at Settlement Conference. | | |
| 3 | B. Benjamin | 3.2 | 1,328.00 |
| 03/20/06 | Draft correspondence to A. Nagy re: scheduling deposition and lack of contact with Tahari's counsel. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 03/21/06 | Follow up regarding deposition preparation for Akos Nagy. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 03/21/06 | Review/analysis documents and pleadings for deposition of A. Nagy. | | |
| 3 | B. Benjamin | 1.3 | 539.50 |
| 03/21/06 | Telephone conference with A. Mach confirming scheduling of Nagy deposition. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 03/21/06 | Draft correspondence to A. Nagy confirming deposition on 3/23 and scheduling preparation. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 03/21/06 | Draft correspondence to D. Rozenholc and A. Mack re: deposition of A. Nagy. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

1421935A01052606

| 03/22/06 14 | Collect information for depositions and follow up. A. Marchetta | 0.4 | 220.00 |

| 03/22/06 3 | Telephone conference with D. Rozenholc re: scheduling deposition of A. Nagy. B. Benjamin | 0.2 | 83.00 |

| 03/22/06 3 | Telephone conference with A. Nagy scheduling preparation for deposition. B. Benjamin | 0.2 | 83.00 |

| 03/22/06 3 | Continue review and analysis of pleadings and document production re: preparation for Nagy deposition. B. Benjamin | 2.1 | 871.50 |

| 03/23/06 14 | Preparation regarding meeting with client for deposition. A. Marchetta | 2.5 | 1,375.00 |

| 03/23/06 14 | Confer with A. Marchetta, and review file, re: prior meeting with Tahari. S. Zuber | 0.2 | 87.00 |

| 03/23/06 3 | Conference with A. Nagy re preparation for deposition and attendance at deposition. B. Benjamin | 7.0 | 2,905.00 |

| 03/23/06 3 | Analysis of issues re: possible questions to be asked at deposition of A. Nagy. M. Levison | 0.3 | 97.50 |

| 03/27/06 3 | Preparation for hearing re: Motion to Compel production of document, waiver of attorney client privilege. B. Benjamin | 0.4 | 166.00 |

| 03/28/06 3 | Draft correspondence to V. Finkelstein and A. Nagy re: results of hearing on Motion to Compel Production by Tahari. B. Benjamin | 0.3 | 124.50 |

| 03/28/06 3 | Attendance at oral argument for Motion to Compel production of documents against Tahari. B. Benjamin | 3.4 | 1,411.00 |

| 03/29/06 14 | Follow up regarding discovery conference and settlement conference. A. Marchetta | 0.3 | 165.00 |

| 03/29/06 | Draft correspondence to T. Soloway, counsel for Kronish Lieb, re: Nagy deposition exhibits | | |

1421935A01052606

| 3 | B. Benjamin | 0.2 | 83.00 |
|---|---|---|---|

| 03/31/06 | Follow up regarding settlement conference. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 110.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.5 | 550.00 | 2,475.00 |
| S. Zuber | 14 | 0.2 | 435.00 | 87.00 |
| B. Benjamin | 3 | 20.2 | 415.00 | 8,383.00 |
| M. Levison | 3 | 0.3 | 325.00 | 97.50 |
| H. Gonzalez | 3 | 0.4 | 150.00 | 60.00 |
| TOTAL | | 25.6 | | 11,102.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 03/01/06 | Address appeal issues on argument and status and call with M. Hunter, Case Manager on appeal. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.8 | 292.00 |

| 03/01/06 | Telephone from Sunoco counsel concerning settlement position; address submission of case to appellate panel. | | |
|---|---|---|---|
| 14 | R. Rose | 0.5 | 222.50 |

| 03/03/06 | Letter to client on Jersey City issue and call with A. Nagy on Sunoco offer and appeal status. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 146.00 |

| 03/06/06 | Memo to counsel on status call with client | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 73.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.5 | 445.00 | 222.50 |
| W. Hatfield | 14 | 1.4 | 365.00 | 511.00 |
| TOTAL | | 1.9 | | 733.50 |

1421935A01052606