# EXHIBIT B

**EXHIBIT B**

## EXPENSES FOR THE FEE PERIOD MARCH 1, 2006 THROUGH MARCH 31, 2006

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 03/17/06 | PD UPS TO WILMINGTON DE; KMJ; CK# 284330 | 10.59 |
| 03/25/06 | REC UPS CREDIT ADJUSTMENT; KMJ; INV# 81207126 | -1.72 |
| | Duplicating | 20.58 |
| | Matter Total Engagement Cost | 29.45 |

Engagement Costs – NJDEP v. W.R. Grace et al.

| | | |
|---|---|---|
| 12/23/05 | PD DUPLICATING CHARGES; BEM; CK# 283586[3] | 107.33 |
| 01/03/06 | Paid N. Susalis Assoc. #10501 S#7549[4] | 16779.76 |
| 01/25/06 | PD GENESYS CONFERENCING INC FOR SERVICES; AJM; CK# 283999[5] | 19.67 |
| 02/09/06 | PD TRAVEL EXPENSE FOR M. MORGAN AND N. SUSALIS FOR INTERVIEWS; MSM; UH&P7P; 3/15/06[6] | 4126.21 |
| 02/27/06 | PD TRAVEL EXPENSE; MSM; UH&P7P; 3/15/06[7] | 9.95 |
| 02/27/06 | PD MEAL EXPENSE; MSM; UH&P7P; 3/15/06[8] | 92.00 |
| 02/27/06 | PD TRAVEL EXPENSES TO/FROM TRENTON, NJ; BEM; UH-3/31/06 | 48.06 |
| 02/28/06 | PD TRAVEL EXPENSE; MSM; UH&P7P; 3/15/06[9] | 299.50 |
| 02/28/06 | PD TRAVEL EXPENSE; MSM; UH&P7P; 3/15/06[10] | 1253.70 |
| 03/01/06 | PD MEAL EXPENSE; MSM; UH&P7P; 3/15/06[11] | 7.31 |
| 03/01/06 | PD MEAL EXPENSE; MSM; UH&P7P; 3/15/06[12] | 7.40 |
| 03/01/06 | PD TRAVEL EXPENSE; MSM; UH&P7P; 3/15/06[13] | 72.00 |
| 03/06/06 | PD TRAVEL, AIRFARE AND LODGING EXPENSES TO/FROM FLORIDA-DATES ARE 3-6 THROUGH 3-8- | 1806.57 |

---

[3] Merrill Communications LLC Invoice #: 469321 dated December 23, 2005 attached hereto as Exhibit 1.

[4] N. Susalis and Associates, Inc. Invoice # 1745 dated 1/3/2006 attached hereto as Exhibit 2.

[5] Genesys Conferencing Invoice No. I – 333128 dated 2/7/2006 attached hereto as Exhibit 3.

[6] Direct Reimbursement Expense Report for Mark S. Morgan, Esq. for February 9-22, 2006 attached hereto as Exhibit 4.

[7] Direct Reimbursement Expense Report for Mark S. Morgan, Esq. for February 27 – March 1, 2006 attached hereto as Exhibit 5.

[8] Id.

[9] Id.

[10] Id.

[11] Id.

[12] Id.

[13] Id.

1421935A01053006

|            |                                                                      |           |
|------------|----------------------------------------------------------------------|-----------|
|            | 06; MSM; UH-3/31/06[14]                                               |           |
| 03/06/06   | PD MEAL EXPENSES; MSM; UH-3/31/06[15]                                 | 46.10     |
| 03/09/06   | PD TRAVEL EXPENSES TO/FROM TRENTON, NJ; BEM; UH-3/31/06[16]           | 48.06     |
| 03/24/06   | PD UPS TO FLEMINGTON NJ; MSM; INV# 81207126                          | 12.59     |
|            | Computer Assisted Research                                            | 120.69    |
|            | Duplicating                                                          | 72.10     |
|            | Matter Total Engagement Cost                                         | 24,929.00 |

### Engagement Costs – Tahari, Ltd.

|            |                                                                         |          |
|------------|-------------------------------------------------------------------------|----------|
| 12/23/05   | Pd Aetna Central Judicial Services; MED; Ck# 281031[17]                 | 35.00    |
| 01/13/06   | Pd Aetna Central Judicial Services; MED; Ck# 281031[18]                 | 34.00    |
| 03/02/06   | Pd Aetna Central Judicial Services for services rendered; MED; Ck# 284747[19] | 5.00     |
|            | Duplicating                                                            | 214.34   |
|            | Matter Total Engagement Cost                                           | 288.34   |

---

[14] Direct Reimbursement Expense Report for Mark S. Morgan, Esq. for March 6-8, 2006 attached hereto as Exhibit 6.

[15] Id.

[16] Direct Reimbursement Expense Report for Brian e. Moffitt, Esq. for February 27 – March 9, 2006 attached hereto as Exhibit 7.

[17] Aetna Central Judicial Services Invoice #: 43 dated 1/20/2006 attached hereto as Exhibit 8.

[18] Id.

[19] Aetna Central Judicial Services Invoice #: 45 attached hereto as Exhibit 9.

1421935A01053006

# EXHIBIT 1

# MERRILL
# COMMUNICATIONS LLC

**Location:** DMS-UNION 654 RAHWAY

Pitney Hardin, LLP
200 Campus Drive
Florham Park, NJ 07932-9999 US
Attn: Brian Moffitt

**Any Inquiries Call: 908-688-7300**

**Invoice #:** 469321
**Invoice Date:** 23-DEC-05
**Merrill Order #:** 002-937308
**Client Matter #:** 082910/114715
**Date Received:** 30-NOV-05
**Salesperson:** KAYE, KENNETH

**TERMS: DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|------------|-------|
| | **082910.114715 - 1 Copy** | | |
| 675 | Litigation Copies | $.15 | $101.25 |
| | Client Approval : -------------------------- | | |

| | | |
|---|---|---|
| **Subtotal:** | | $101.25 |
| **Messenger and Freight:** | | $.00 |
| **Postage and Handling:** | | $.00 |
| **Tax:** | | $6.08 |
| **Total Invoice:** | | $107.33 |

*OK to pay*
*082910.114715*
*Brian Moffitt*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

PAID.............
APPROVED.......
VENDOR NO. *10440*
CHECK NO. *283586*
CHARGE........ *1254*

ENTERED IN
COMPUTER BY·

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

# EXHIBIT 2

Associates, Inc.
.. Box 35
Stanton, NJ 08885
Telephone 908.237.0907
Facsimile 908.782.7319

EIN 22-381-6872

| Date | Invoice # |
|------|-----------|
| 1/3/2006 | 1745 |

Bill To

Pitney Hardin, LLP
ATT: Mark Morgan
PO Box 1945
Morristown, NJ  07962-1945

| Reference |
|-----------|
| W. R. Grace |

| Customer Number | Case/Job Number | Reference |
|-----------------|-----------------|-----------|
| P-350 | 4-1104 | |

| Date | Professional Services Description | Rate | Hours | Amount |
|------|-----------------------------------|------|-------|--------|
| 2/20/2006 | Case work activities--reviewed documents, preparation for ▒▒▒ interview. | 150.00 | 3 hrs. 30 min. | 525.00 |
| 2/22/2006 | Case work activities--traveled to Newark Airport, destination ▒▒▒▒▒. Arrived in ▒▒▒▒ and interviewed ▒▒▒▒ Traveled back to Newark. | 150.00 | 19 hrs. 30 min. | 2,925.00 |
| 2/22/2006 | Round trip mileage. | 0.44 | | 39.60 |
| 2/22/2006 | Miscellaneous Fees: airport parking-30.00, food for Mr. Morgan and myself-106.38. | 106.38 | | 106.38 |
| 2/27/2006 | Case work activities--traveled to Neewark airport, flew to ▒▒▒▒ reviewed documents for interview. | 150.00 | 18 hrs. | 2,700.00 |
| 2/27/2006 | Round trip mileage ▒▒ | 0.44 | | 19.80 |
| 2/28/2006 | Case work activities--reviewed documents, discussed case with Mr. Morgan. Interviewed ▒▒▒▒ Began to travel back to New Jersey. | 150.00 | 15 hrs. | 2,250.00 |
| 3/1/2006 | Case work activities--completed trip back to New Jersey. | 150.00 | 9 hrs. | 1,350.00 |
| 3/1/2006 | Round trip mileage ▒▒ | 0.44 | | 19.80 |
| 3/1/2006 | Meals for M. Morgan and N. Susalis 48.34, 4.64, 4.72 | 57.70 | | 57.70 |
| 3/1/2006 | Miscellaneous Fees--airport parking. | 52.84 | | 52.84 |
| 3/1/2006 | Lodging Expenses -- Hyatt | 431.22 | | 431.22 |

Payment due upon receipt.

| Total | $16,779.76 |
|-------|------------|

....ans and Associates, Inc.
P.O. Box 35
Stanton, NJ 08885
Telephone 908.237.0907
Facsimile 908.782.7319

EIN 22-381-6872

| Date | Invoice # |
|---|---|
| 1/3/2006 | 1745 |

**Bill To**

Pitney Hardin, LLP
ATT:  Mark Morgan
PO Box 1945
Morristown, NJ  07962-1945

PAID................
APPROVED..........
VENDOR NO. 06690
CHECK NO. 283849
CHARGE. 10501

| Reference |
|---|
| W. R. Grace |

RECEIVED - ACCT

MAR 0 9 2006

PITNEY, HARDIN, ..P & SZUCH LLP

| Customer Number | Case/Job Number | Reference |
|---|---|---|
| P-350 | 4-1104 | |

| Date | Professional Services Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 1/3/2006 | Telephone call to Mr. Morgan. | 150.00 | 20 min. | 49.50 |
| 1/5/2006 | Telephone call from Mr. ▆▆▆▆ Telephone call from Mr. Morgan. | 150.00 | 20 min. | 49.50 |
| 1/10/2006 | Case work activities--telephone call from Morgan; telephone call to/from Mr. ▆▆▆ | 150.00 | 20 min. | 49.50 |
| 1/11/2006 | Case work activities--telephone call to Mr. Morgan. Database inquiries for: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 150.00 | 8 hrs. | 1,200.00 |
| 1/11/2006 | Database event charge | 35.00 | | 490.00 |
| 1/12/2006 | Case work activities--report preparation on individuals. | 150.00 | 1 hrs. 30 min. | 225.00 |
| 1/23/2006 | Case work activities--reviewed documents for ▆▆▆▆ interview. | 150.00 | 3 hrs. | 450.00 |
| 1/24/2006 | Case work activities--document review; traveled to Newark Airport, traveled to ▆▆▆▆▆ met with attorney ▆▆▆▆ and Morgan; interviewed ▆▆▆▆ | 150.00 | 15 hrs. | 2,250.00 |
| 1/25/2006 | Case work activities--returned to New Jersey from ▆▆▆▆ | 150.00 | 7 hrs. | 1,050.00 |
| 1/25/2006 | Round trip mileage ▆▆▆ | 0.44 | | 19.80 |
| 1/25/2006 | Miscellaneous Fees:  Parking 42.00; breakfast 4.12 | 46.12 | | 46.12 |
| 1/25/2006 | Telephone call from Mr. Morgan. | 150.00 | 10 min. | 24.00 |
| 1/27/2006 | Case work activities--document review; telephone call to Mr. ▆▆▆▆ telephone call to Mr. Morgan. | 150.00 | 2 hrs. | 300.00 |
| 1/28/2006 | Case work activities--telephone call to ▆▆▆▆▆▆ Report preparation. | 150.00 | | 49.50 |
| 2/17/2006 | Case work activities--telephone calls from Mr. Morgan. Call to ▆▆▆▆ | 150.00 | 20 min. | 49.50 |

| Payment due upon receipt. | | Total | |
|---|---|---|---|

082910- 114715
NJDEP ~ Grace

# EXHIBIT 3

## Genesys Conferencing

*World's Leading Conferencing Specialist*

| Account No. | Invoice No. | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|---|
| APIT1 | I - 333128 | 2/7/2006 | 3/31/2006 | 60.03 | USD |

# TeleDirect (Resrvd Unattended) -Usage Details

Conference date  **1/25/2006 09:54:37**

Meeting #  **51154417  NA**

Reservation ID  **847509**          Scheduler **Rachel Rosen**

Client Matter Number

Duration **00:15**

Moderator: **Marchetta Anthony**

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Anonymous User | 8004231988 | TeleDirect Toll Free | 1/25/2006 09:54:25 | US-VA | 15.00 mn | 4.35 |
| 2 | Anonymous User | 8004231988 | TeleDirect Toll Free | 1/25/2006 09:56:00 | US-VA | 13.00 mn | 3.77 |
| 3 | Anonymous User | 8004231988 | TeleDirect Toll Free | 1/25/2006 09:56:33 | US-VA | 13.00 mn | 3.77 |
| 4 | Anonymous User | 8004231988 | TeleDirect Toll Free | 1/25/2006 09:57:45 | US-VA | 12.00 mn | 3.48 |
| 5 | Anonymous User | 8004231988 | TeleDirect Toll Free | 1/25/2006 09:58:03 | US-VA | 11.00 mn | 3.19 |
| | | | | | | **Total Cost** | **18.56** |

### TeleDirect (Resrvd Unattended)

Summary

| Item | Quantity | Cost |
|---|---|---|
| TeleDirect Toll Free | 64.00 mn | 18.56 |

6% = 1.11

19.67

# EXHIBIT 4

DIRECT REIMBURSEMENT EXPENSE REPORT
NAME ——— MARK S. MORGAN ———

Period From: ___ February 9, 2006
To: ___ February 22, 2006

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | | Hotel or Lodging | Business Meals | Show details on Page 2 | | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking or Tolls | | | Other Expenses | Total Expenses | |
| 2/9/2006 | M. Morgan - purchase ticket for travel to ▮▮▮▮ interview | | | | | | $727.70 | $727.70 | 082910.114715 |
| 2/9/2006 | N. Susalis - purchase ticket for travel to ▮▮▮▮ interview | | | | | | $727.70 | $727.70 | 082910.114715 |
| 2/20/2006 | M. Morgan - purchase ticket for travel to ▮▮▮▮ interview | | | | | | $1,270.70 | $1,270.70 | 082910.114715 |
| 2/20/2006 | N. Susalis - purchase ticket for travel to ▮▮▮▮ interview | | | | | | $1,270.70 | $1,270.70 | 082910.114715 |
| 2/22/2006 | Car rental in ▮▮▮▮ | | | | | | $50.96 | $50.96 | 082910.114715 |
| 2/22/2006 | Lunch in ▮▮▮▮ | | | | | $14.45 | | $14.45 | 082910.114715 |
| 2/22/2006 | Parking in Newark Int'l Airport for trip to ▮▮▮▮ | | | $24.00 | | | | $24.00 | 082910.114715 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Expenses Reported    $  4,126.21

I certify that I have incurred all the expenses above on behalf of the Firm and that they are all are directly related to the active conduct of the Firm's business.

Signature _____    Date  2/23/06

ENTERED IN COMPUTER BY: _____

R E C E I V E D
FEB 2 3 2006

P A I D
MAR 15 2006

2/23/2006

10501- 4/11.76
10504 - 14.45

403 MSM

# EXHIBIT 5



# RECEIVED
## MAR 06 2006

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME _____ MARK S. MORGAN _____

Period From: February 27, 2006
To: March 1, 2006

**PITNEY HARDIN** LLP

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DESCRIPTION OF ALLOWABLE EXPENSE | DEPARTURE DESCRIPTION OR | Auto Expenses | | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|-----------|-----------|-------|--------|------------------|---------|---------|---------|-------|
| | | | Miles | Amount | Parking or Tolls | | Show details on Page 2 | | | |
| 2/27/2006 | Hotel in | | | | | $9.95 | | | $9.95 | 082910.114715 |
| 2/27/2006 | Dinner in | | | | | | $92.00 | | $92.00 | 082910.114715 |
| 2/28/2006 | Car rental in | | | | | | | $299.50 | $299.50 | 082910.114715 |
| 3/1/2006 | Meal in | | | | | | $7.31 | | $7.31 | 082910.114715 |
| 2/28/2006 | Suite hotel room | | | | | $1,253.70 | | | $1,253.70 | 082910.114715 |
| 3/1/2006 | Meal | | | | | | $7.40 | | $7.40 | 082910.114715 |
| 3/1/2006 | Parking in Newark Intl Airport for trip to | | | | $72.00 | | | | $72.00 | 082910.114715 |

Expenses Reported $ 1,741.86

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____    Date _____ 3/6/2006 _____

ENTERED IN
COMPUTER BY: _____

3/6/2006

10501 - 635.15
10504 - 106.71
**PAID**
**MAR 15 2006**

403 msn

# EXHIBIT 6

RECEIVI

MAR 0 8 2006

**DIRECT REIMBURSEMENT EXPENSE REPORT**
NAME ___ MARK S. MORGAN

Period From: ___ March 6, 2006
To: ___ March 8, 2006

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|------|------|------|------|------|------|------|------|------|
| | | Miles | Amount | | | | | | |
| 3/6/2006 | Airfare for M. Morgan & N. Susalis to travel to ▓▓▓▓ for interview | | | | | | $1,411.20 | $1,411.20 | 082910.114715 |
| 3/7/2006 | Car rental ▓▓ ▓▓▓ | | | | | | $127.36 | $127.36 | 082910.114715 |
| 3/7/2006 | Hotel - one night in ▓▓ | | | | | | $200.21 | $200.21 | 082910.114715 |
| 3/7/2006 | ▓▓▓ Turnpike toll | | | $2.50 | | | | $2.50 | 082910.114715 |
| 3/8/2006 | ▓▓▓ Turnpike toll | | | $2.50 | | | | $2.50 | 082910.114715 |
| 3/7/2006 | Meal in ▓▓ | | | | | $6.10 | | $6.10 | 082910.114715 |
| 3/8/2006 | Dinner in ▓▓ | | | | | $40.00 | | $40.00 | 082910.114715 |
| 3/8/2006 | Parking in Newark Int'l Airport | | | $45.00 | | | | $45.00 | 082910.114715 |
| 3/7/2006 | Travel to/from Newark Int'l Airport | 40.00 | $17.80 | | | | | $17.80 | 082910.114715 |
| | | | | | | | | | |

Expenses Reported   $ 1,852.67

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____   Date ___ 3/9/2006

P A I D
MAR 3 1 2006

ENTERED IN
COMPUTER REC.

10501- 1806.57

10504-4610

403 msm

# EXHIBIT 7

# RECEIVED
MAR 17 2006

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME _____
Brian E. Moffitt

Period From: ___February 27, 2006___
To: ___March 9, 2006___

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|----------------------------------|---------------|--------|------------------|------------------|----------------|----------------|----------------|----------------------------------------|
| | DEPARTURE DESCRIPTION OR | Miles | Amount | | | | | | |
| 2/27/2006 | Hearing in Trenton, NJ  Travel to and from New Jersey Assembly | 108.00 | $48.06 | | | | $48.06 | $48.06 | 082910.114715 |
| 3/9/2006 | Hearing in Trenton, NJ  Travel to and from New Jersey Assembly | 108.00 | $48.06 | | | | $48.06 | $48.06 | 082910.114715 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Show details on Page 2

Expenses Reported   $   96.12

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____   Date 3/17/06

3/17/2006

10501

421 BEN

PAID
MAR 3 1 2006

ENTERED IN COMPUTER BY:

# EXHIBIT 8

...o.    1                          INVOICE #: 43    TO: PITNEY, HARDIN LLP
01/20/2006

                                    AETNA  CENTRAL  JUDICIAL  SERVICES

| SERVE DATE | RECORD NUMBER | CLIENT FILE # | C A P T I O N | | R E C I P I E N T | SERV CODE | FEES ADVANCE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|
| 01/03/2005 | 2PHKS180920 | - | GELL 515999 | v SHAPIRO 109005 | SUBMIT JUDGMENT | EG | 0.00 | 35.00 |
| 01/03/2005 | 1PHKS198505 | - | ERA KENNEDY 055588 | v ERA FRANCHISE 113108 | COPY OF ORDER/ROCKLAND CTY | AGD | 1.00 | 36.00 |
| 12/20/2005 | 1PHKS198515 | - | HAWF 037376 | v BARRY 107130 | GET COPY OF ENTERED ORDER | ED | 3.00 | 13.00 |
| 12/20/2005 | 9PHKS198517 | - | HAWF 037376 | v BARRY 107130 | SUBMIT PLEADINGS | A | 0.00 | 5.00 |
| 12/23/2005 | 1PHKS198509 | - | FREIDLER 035588 | v PALOYMPICS 093090 | PICK UP COPIES OF ENTERED ORDERS | BED | 1.00 | 16.00 |
| 12/23/2005 | 1PHKS198518 | - | PABZ 007192 | v AW CHESTERTON 116915 | COPY AMENDED S/C | AD | 8.00 | 13.00 |
| 12/23/2005 | 1PHKS198522 | - | INTERNAIONAL 001776 | v THE INSURANCE CO 116820 | FILE S/C | B | 0.00 | 30.00 |
| 12/23/2005 | 1PHKS198520 | - | 1114 TRIZECHAHN 082910 | v - 102292 | SUBMIT OSC | BD | 0.00 | 35.00 |
| 12/27/2005 | 1PHKS198521 | - | MARSHALL 006373-112822 | v 426-4728 46TH STREET | FILE NOTICE OF ENTRY | ED | 3.00 | 13.00 |
| 12/28/2005 | 1PHKS198523 | - | HDWF 037371 | v BARRY 107176 | FILE NOTICE OF ENTRY | E | 0.00 | 10.00 |
| 12/29/2005 | 1PHKS198524 | ?? | IMO CHULING -CHAOSHEN | v - ?? | FILE PETITION | A | 0.00 | 5.00 |
| 12/29/2005 | 1PHKS198525 | / | GELL 515999 | v MEDICAL 109002 | FILE MOTION | BE | 0.00 | 10.00 |
| 12/30/2005 | 1PHKS198526 | - | KOSS 003715 | v THE WACKENHUNT 106497 | FILE OBJECTIONS | AG | 0.00 | 15.00 |
| 01/04/2006 | 1PHKS198528 | - | FREIDLER 035588 | v PALOYMPIS 093030 | OBTAIN COPY OF ORDER | AD | 1.00 | 6.00 |
| 01/06/2006 | 1PHKS198532 | - | HUDSON 037707 | v CENTRY 116743 | FILE S/C | AG | 0.00 | 25.00 |
| 01/09/2006 | 1PHKS198531 | - | U.S BANCORP 003517 | v MENSAH 117023 | FILE SUMMONS | EG | 0.00 | 25.00 |
| 01/11/2006 | 1PHKS198534 | - | MARSHALL 006373-112823 | v 426-428 A 46TH STREET | COPY OF NOTICE | ED | 4.00 | 14.00 |
| 01/13/2006 | 1PHKS198537 | - | DEPT 13 006343 | v COSITO 112666 | OBTAIN COPY OF PRE CONFERENCE | B | 0.00 | 25.00 |
| 01/13/2006 | 1PHKS198538 | - | KRONISH 082916 | v TAHARI 102292 | OBTAIN COPY OF ORDER | BD | 9.00 | 34.00 |
| 01/17/2006 | 1PHKS198539 | - | NEIL BROTHERS 006974 | v WORLDWINDE 115772 | DELIVER PRO HAC VICE | AG | 0.00 | 15.00 |
| 01/17/2006 | 1PHKS198543 | - | SGANGA 005080-000363 | v A.W CHESTERTON | FILE ACKNOWLEDGMENT OF SERVICE | B | 0.00 | 25.00 |
| 01/17/2006 | 1PHKS198542 | - | MARSHALL 006373 | v 428-428 112823 | FILE NOTICE OF APPEAL | B | 0.00 | 25.00 |

*** Total ***

                                                                                        30.00    430.00

Should be billed to Conrad Chiv's personal account.

                              ENTERED IN
                         COMPUTER BY: ____

# EXHIBIT 9

♂ 1
2006

INVOICE #: 45    TO: PITNEY, HARDIN LLP

AETNA  CENTRAL  JUDICIAL  SERVICES

| SERVE DATE | RECORD NUMBER | CLIENT FILE # | C A P T I O N | | R E C I P I E N T | SERV CODE | FEES ADVANCE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|
| 02/09/2006 | 1PHKS198566 - | | HOWF 037376 | v BARRY 107130 | OBTAIN 2 CERTIFIED COPIES | A | 0.00 | 5.00 |
| 02/15/2006 | 1PHKS198580 - | | DOMINGUEZ 001389 | v 207TH STREET 116983 | FILE STIPULATION | A | 0.00 | 5.00 |
| 02/21/2006 | 1PHKS198581 - | | KANS 006166 | v CITY CARPET 110913 | FILE NOTICE OF ENTRY | A | 0.00 | 5.00 |
| 02/24/2006 | 1PHKS198583 - | | EXPRESS BUS 003517 | v - 108570 | FILE PROOF OF CLAIM | AG | 0.00 | 15.00 |
| 02/27/2006 | 1PHKS198584 - 001876 | | INTERNATIONAL FLAVORS | v VAN EEGHAN 116821 | FILE MOTION | AG | 0.00 | 15.00 |
| 02/27/2006 | 9PHKS198575 - | | BOYLE 038037 | v PRE FORMANCE 113268 | FILE AMENDED MOTION | E | 0.00 | 10.00 |
| 02/28/2006 | 1PHKS198582 - | | U.S BANCORP 003517 | v LAU MARBLE 114410 | OBTAIN TRANSCRIPT | E | 0.00 | 10.00 |
| 03/01/2006 | 1PHKS198587 - | | WATHE 006276 | v PRL 112570 | OBTAIN COPIES OF S/C | E | 0.00 | 10.00 |
| 03/02/2006 | 1PHKS198589 - | | 1114 TRIZECHAIN 028910 | v W.R GRACE 002292 | FILE NOTICE OF ENTRY | A | 0.00 | 5.00 |
| 03/03/2006 | 1PHKS198590 - PERSONAL | | G I HOLDING  R.METH | v HEYMAN | COPY OF DOCUMENTS | ED | 67.50 | 117.50 |
| 03/06/2006 | 1PHKS198591 - | | WATHNE 006276 | v PRL 112570 | COPY MOTION | ED | 67.50 | 117.50 |
| 03/07/2006 | 1PHKS198588 - | | FINELLI 063963 | v HMEX 116162 | FILE NOTICE/WESTCHESTER CTY | AG | 0.00 | 30.00 |
| 03/08/2006 | 1PHKS196158 - 001876 | | INTERNATIONAL FLAVORS | v INS. CO STATE 116820 | OBTAIN COPY OF ORDER | B | 0.00 | 25.00 |
| 03/08/2006 | 1PHKS198592 - | | CALLAHAN 044493 | v JAQUES INC 000610 | FILE CONSENT TO CHANGE ATTY | A | 0.00 | 5.00 |
| 03/09/2006 | 1PHKS198594 - 001876 | | INTERNATIONAL | v INS. CO 116820 | FILE REPLY | A | 0.00 | 5.00 |
| 03/09/2006 | 1PHKS198593 - | | WATHNE 006276 | v PRL 112530 | COPY AFFIRMATION | ED | 34.50 | 64.50 |
| 03/14/2006 | 1PHKS198596 - | | IF 001876 | v VAN EEGHEN 116821 | PAY PRO HAC VICE FEE | AG | 0.00 | 15.00 |
| 03/15/2006 | 1PHKS198597 - 007342 | | MONEYGRAM | v PRIM 117075 | FILE S/C | AG | 0.00 | 15.00 |

*** Total ***

169.50    474.50

[signature] 9/28/06