# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006[2]**

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 04/03/06 | Review and revise PH's February, 2006 Fee Application. | | |
| 18 | S. Zuber | 0.3 | 130.50 |
| | | | |
| 04/11/06 | Revised January 2006 fee application and attention to sending same to J. O'Neill for filing and service. | | |
| 18 | K. Jasket | 1.5 | 405.00 |
| | | | |
| 04/19/06 | Call with N. Alt regarding Intercat's failure to have paid April, 2006 quarterly payment to Grace under confirmed Plan, and background regarding patent infringement litigation (Intercat chapter 11). | | |
| 14 | S. Zuber | 0.2 | 87.00 |
| | | | |
| 04/19/06 | Call with D. Posner regarding Intercat's failure to pay to Grace April, 2006 Plan payment (Intercat chapter 11). | | |
| 14 | S. Zuber | 0.2 | 87.00 |
| | | | |
| 04/24/06 | Correspondence to and from D. Posner regarding Intercat's payment due Grace under confirmed plan. | | |
| 14 | S. Zuber | 0.2 | 87.00 |
| | | | |
| 04/24/06 | Several calls with N. Alt regarding Intercat's payment due Grace under confirmed plan. | | |
| 14 | S. Zuber | 0.2 | 87.00 |
| | | | |
| 04/24/06 | Several calls with D. Posner regarding Intercat's payment due Grace under confirmed plan. | | |
| 14 | S. Zuber | 0.4 | 174.00 |
| | | | |
| 04/25/06 | Obtain and review Third Amended Plan and Confirmation Order, to assess Grace's rights and remedies upon payment default. | | |
| 14 | S. Zuber | 0.4 | 174.00 |
| | | | |
| 04/27/06 | Numerous correspondence to and from N. Alt regarding status of April payment due from Intercat (Intercat bankruptcy). | | |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| | | | |
|---|---|---|---|
| 14 | S. Zuber | 0.5 | 217.50 |

04/27/06    Further review of confirmed Plan, and prepare default letter to J. Sylvester.
14    S. Zuber    1.4    609.00

04/27/06    Numerous correspondence to and from N. Alt regarding draft default letter
and past due amount (Intercat).
14    S. Zuber    0.4    174.00

04/28/06    Call with D. Posner regarding Grace's demand letter to Intercat.
14    S. Zuber    0.2    87.00

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 14 | 4.1 | 435.00 | 1,783.50 |
| | 18 | 0.3 | 435.00 | 130.50 |
| K. Jasket | 18 | 1.5 | 270.00 | 405.00 |
| TOTAL | | 5.9 | | 2,319.00 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

03/03/06    Call with A. Nagy on matter.
14    W. Hatfield    0.1    36.50

03/06/06    Memo to counsel on status call with client
14    W. Hatfield    0.2    73.00

04/10/06    Memos with clients on subdivision/deed notice status and Pennoni issues
14    W. Hatfield    0.4    146.00

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 0.7 | 365.00 | 255.50 |
| TOTAL | | 0.7 | | 255.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

04/03/06    Follow up re settlement and potential meeting with Attorney General.
14    A. Marchetta    0.6    330.00

1422449A01052606

| 04/03/06 3 | Review summary interview and information concerning witnesses.<br>B. Moffitt | 0.3 | 108.00 |

| 04/03/06 3 | Review summary of interview and information concerning witnesses.<br>B. Moffitt | 0.3 | 108.00 |

| 04/03/06<br>3 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures.<br>B. Moffitt | 2.8 | 1,008.00 |

| 04/03/06<br>3 | Telephone calls to and with USEPA On-Scene Coordinator re: obtaining complete copy of Quality Assurance Project Plan for off-site soil sampling near Trenton Plant; follow up re: same.<br>B. Moffitt | 0.4 | 144.00 |

| 04/03/06 3 | Review and analyze documents for interviews.<br>B. Moffitt | 1.8 | 648.00 |

| 04/03/06 3 | Review summary of interview and information concerning witnesses.<br>B. Moffitt | 0.4 | 144.00 |

| 04/03/06 3 | Review summary of interview and information concerning witnesses.<br>B. Moffitt | 0.4 | 144.00 |

| 04/03/06<br>14 | Searched re: information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt.<br>S. Parker | 0.4 | 54.00 |

| 04/04/06<br>14 | Review interviews and issues re same; emails and telephone calls with client re same.<br>A. Marchetta | 1.3 | 715.00 |

| 04/04/06 3 | Draft e-mail to client re: interviews; confer with A. Marchetta re: same.<br>B. Moffitt | 0.7 | 252.00 |

| 04/04/06<br>3 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures.<br>B. Moffitt | 3.9 | 1,404.00 |

| 04/04/06<br>3 | Review historical documents re: employee knowledge and Grace's employee education and medical surveillance.<br>B. Moffitt | 2.4 | 864.00 |

| 04/04/06 | Searched re: compilation of information on current status of investigation of |

1422449A01052606

|  |  |  |  |
|---|---|---|---|
|  | Hamilton plant and related issues. |  |  |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/04/06 | Reviewed database and compile documents for B. Moffitt re: exposure, and worked with B. Moffitt re: status of same. |  |  |
| 14 | S. Parker | 3.1 | 418.50 |
| 04/05/06 | Work with B. Moffitt regarding interviews and testing. |  |  |
| 14 | A. Marchetta | 0.9 | 495.00 |
| 04/05/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. |  |  |
| 3 | B. Moffitt | 1.9 | 684.00 |
| 04/05/06 | Work with N. Susalis witnesses and e-mail client re: same. |  |  |
| 3 | B. Moffitt | 0.9 | 324.00 |
| 04/05/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. |  |  |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/05/06 | Worked with B. Moffitt re: compilation of information. |  |  |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/06/06 | Follow up with B. Moffitt regarding information for interviews. |  |  |
| 14 | A. Marchetta | 0.8 | 440.00 |
| 04/06/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. |  |  |
| 3 | B. Moffitt | 2.8 | 1,008.00 |
| 04/06/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. |  |  |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/07/06 | E-mails and follow up re interviews and information from DEP re off site property inspections. |  |  |
| 14 | A. Marchetta | 0.9 | 495.00 |
| 04/07/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. |  |  |
| 3 | B. Moffitt | 2.8 | 1,008.00 |
| 04/07/06 | Per M. Meyer instructions - analyze EPA produced documents to identify documents relevant to potential criminal matter. |  |  |
| 14 | Y. Day | 2.4 | 288.00 |

5

| | | | |
|---|---|---|---|
| 04/07/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/10/06 | Telephone calls from client re Chapter 11 hearing; follow up re interviews and information for hearing. | | |
| 14 | A. Marchetta | 1.4 | 770.00 |
| 04/10/06 | E-mail exchanges with N. Susalis re: upcoming interviews. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 04/10/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 04/11/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/12/06 | Telephone call with Deputy Attorney General and follow up with client re settlement proposal; follow up re court conference date. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 04/12/06 | E-mail exchanges with N. Susalis re: interviews. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 04/12/06 | Review A. Marchetta summary of telephone call with DAG Dickinson re: monitoring and re: further adjourning pending motions. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 04/12/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/13/06 | Follow up re AG request re medical monitoring and call to court. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 04/13/06 | Telephone calls re court adjournment and information re testing. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 04/13/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/14/06 | Telephone calls and follow up re court conference and conference call re | | |

1422449A01052606

|  |  |  |  |
|---|---|---|---|
|  | medical monitoring issue; review information regarding interviews. |  |  |
| 14 | A. Marchetta | 0.9 | 495.00 |
| 04/14/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. |  |  |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/17/06 | Review URS Report and follow up with B. Moffitt re :same; telephone call to client; telephone call with DAG and telephone call to court re: motions and status. |  |  |
| 14 | A. Marchetta | 1.4 | 770.00 |
| 04/17/06 | Prepare for and participate in conference call with Judge Bongiovanni re: adjournment of status conference to permit further settlement discussions. |  |  |
| 3 | B. Moffitt | 0.4 | 144.00 |
| 04/17/06 | Review URS Corp.'s Remedial Investigation Report re: Non Asbestos Issues. |  |  |
| 3 | B. Moffitt | 0.5 | 180.00 |
| 04/17/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. |  |  |
| 3 | B. Moffitt | 1.3 | 468.00 |
| 04/17/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including search of NJ Legislature's website re: status of all pending legislation. |  |  |
| 14 | S. Parker | 0.6 | 81.00 |
| 04/17/06 | Worked with B. Moffitt re: update to Judge Bongiovanni on status of settlement discussions. |  |  |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/18/06 | Telephone calls regarding DAG and medical monitoring issues; emails re conference call on same; follow up with court regarding requested adjournment; work with B. Moffitt re same; telephone calls with court re: motions; work with B. Moffitt re: correspondence and orders re same. |  |  |
| 14 | A. Marchetta | 1.4 | 770.00 |
| 04/18/06 | Research details of Libby monitoring protocols for purpose of negotiations with NJDAG; work with A. Marchetta and Y. Day re: same. |  |  |
| 3 | B. Moffitt | 4.3 | 1,548.00 |
| 04/18/06 | Work with N. Susalis re: interviews. |  |  |
| 3 | B. Moffitt | 0.4 | 144.00 |

1422449A01052606

| | | | |
|---|---|---|---|
| 04/18/06 | Draft letter to Judge Bongiovanni re: staying pending motions and adjournment of conference call; e-mail to DAG Dickinson re: same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |
| | | | |
| 04/18/06 | Search for documents detailing Libby community medical monitoring per B. Moffitt. | | |
| 14 | Y. Day | 1.8 | 216.00 |
| | | | |
| 04/18/06 | Worked with B. Moffitt re: compilation of information on Libby medical monitoring protocols; Searched re: compilation of information on same, including review of file documents in other litigations regarding medical monitoring protocols in New Jersey. | | |
| 14 | S. Parker | 1.3 | 175.50 |
| | | | |
| 04/18/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| | | | |
| 04/19/06 | Telephone calls and emails re: conference with Judge Bongiovanni and follow up to Deputy Attorney General re settlement issues; review re same. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| | | | |
| 04/19/06 | Continued research re details of Libby medical monitoring protocols for purpose of negotiations with NJDAG; draft memorandum detailing same. | | |
| 3 | B. Moffitt | 2.6 | 936.00 |
| | | | |
| 04/19/06 | Work with A. Marchetta re: proposed letter to Judge Bongiovanni re: staying pending motions and adjournment of conference call; continued preparation of e-mail to DAG Dickinson re: same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| | | | |
| 04/19/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. | | |
| 3 | B. Moffitt | 3.8 | 1,368.00 |
| | | | |
| 04/19/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| | | | |
| 04/20/06 | Telephone calls and follow up with AG's office regarding court conference; review information from B. Moffitt regarding medical monitoring program; follow up regarding witness interviews and information for same. | | |
| 14 | A. Marchetta | 1.3 | 715.00 |
| | | | |
| 04/21/06 | Address RI issues and historic fill; review draft URS report | | |
| 14 | W. Hatfield | 1.3 | 474.50 |

1422449A01052606

| 04/21/06 | Telephone call with client and follow up with W. Hatfield regarding URS report and addressing issues as per R. Merriam; teleconference with client regarding settlement with NJDEP and features thereof. | | |
| 14 | A. Marchetta | 2.4 | 1,320.00 |
| 04/21/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 04/24/06 | Attend to case issues; complete review of draft URS report; calls with client | | |
| 14 | W. Hatfield | 1.4 | 511.00 |
| 04/24/06 | Telephone calls with DAG Dickinson and follow up with B. Moffitt re: settlement/medical monitoring issues; revise letter to court re: adjournment. | | |
| 14 | A. Marchetta | 1.3 | 715.00 |
| 04/24/06 | Participate in conference call with A. Marchetta and DAG Dickinson re: settlement inquiry re: medical monitoring; follow up re: same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |
| 04/24/06 | Work with N. Susalis re: interviews. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 04/24/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. | | |
| 3 | B. Moffitt | 2.9 | 1,044.00 |
| 04/24/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Worked with B. Moffitt re: issuance of opinion from NJ Supreme Court that may be analogous to instant action. | | |
| 14 | S. Parker | 0.5 | 67.50 |
| 04/25/06 | Prepare for and attend conference call with clients and URS on draft report and strategy on fill issues. | | |
| 14 | W. Hatfield | 1.5 | 547.50 |
| 04/25/06 | Review URS memo to client. | | |
| 14 | W. Hatfield | 0.1 | 36.50 |
| 04/25/06 | Memo from URS on revised figure. | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 04/25/06 | Follow up regarding URS information and follow up with DEP regarding court communication; follow up with W. Hatfield regarding modifications to URS report. | | |

9

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.7 | 935.00 |

| | | | |
|---|---|---|---|
| 04/25/06 | Work with A. Marchetta and W. Hatfield re: comments on URS Corp.'s Remedial Investigation Report re: Non Asbestos Issues and follow up re site ownership issues as relating to potential deed notice. | | |
| 3 | B. Moffitt | 0.5 | 180.00 |

| | | | |
|---|---|---|---|
| 04/25/06 | Follow up with inquiries from W. Hatfield re: comments on URS Corp.'s Remedial Investigation Report re: Non Asbestos Issues; telephone call with L. Gardner of Remedium re: current cost estimate, and follow up re: history of contacts with current site owner; prepare e-mail to W. Hatfield re: same. | | |
| 3 | B. Moffitt | 0.7 | 252.00 |

| | | | |
|---|---|---|---|
| 04/25/06 | Telephone call with N. Susalis re: interviews. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

| | | | |
|---|---|---|---|
| 04/25/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. | | |
| 3 | B. Moffitt | 4.3 | 1,548.00 |

| | | | |
|---|---|---|---|
| 04/25/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| | | | |
|---|---|---|---|
| 04/26/06 | Review memo and figures from URS and call with client and URS on same. | | |
| 14 | W. Hatfield | 1.3 | 474.50 |

| | | | |
|---|---|---|---|
| 04/26/06 | E-mail exchange with N. Susalis re: witnesses. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |

| | | | |
|---|---|---|---|
| 04/26/06 | Finalize letter to Judge Bongiovanni re: stay of pending motions and work with S. Parker re: service of same. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

| | | | |
|---|---|---|---|
| 04/26/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. | | |
| 3 | B. Moffitt | 4.1 | 1,476.00 |

| | | | |
|---|---|---|---|
| 04/26/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 67.50 |

| | | | |
|---|---|---|---|
| 04/26/06 | Attention to service of letter to Judge Bongiovanni and all counsel via facsimile; Worked with B. Moffitt re: status of same. | | |
| 14 | S. Parker | 0.3 | 40.50 |

1422449A01052606

| 04/26/06 | Search database for references to witnesses per N. Susalis. | | |
| 14 | Y. Day | 2.8 | 336.00 |

| 04/27/06 | Complete review and comments of report and call with URS on same. | | |
| 14 | W. Hatfield | 3.5 | 1,277.50 |

| 04/27/06 | Review articles and follow up with B. Moffitt re issues in case. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |

| 04/27/06 | Prepare for interview and confer with N. Susalis re: same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |

| 04/27/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. | | |
| 3 | B. Moffitt | 5.7 | 2,052.00 |

| 04/27/06 | Continued assembly of documents requested by N. Susalis and forward same. | | |
| 14 | Y. Day | 1.0 | 120.00 |

| 04/27/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 04/28/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. | | |
| 3 | B. Moffitt | 6.7 | 2,412.00 |

| 04/28/06 | Prepare for interview and confer with N. Susalis, re: same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |

| 04/28/06 | Review and respond to J. Baer e-mail re: status of New Jersey motions and re: proposed agenda for bankruptcy hearing; telephone call with J. Baer re: same and e-mail A. Marchetta. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |

| 04/28/06 | Review letter from DAG Dickinson to Judge Bongiovanni re: scheduling of conference call. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |

| 04/29/06 | Prepare for interview and confer with N. Susalis, re: same. | | |
| 3 | B. Moffitt | 0.5 | 180.00 |

| 04/30/06 | Review and analyze historical documents and identify additional documents reflecting employees' knowledge of occupational exposures. | | |

1422449A01052606

| | | | | |
|---|---|---|---|---|
| 3 | B. Moffitt | | 2.1 | 756.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 19.3 | 550.00 | 10,615.00 |
| W. Hatfield | 14 | 9.3 | 365.00 | 3,394.50 |
| B. Moffitt | 3 | 66.1 | 360.00 | 23,796.00 |
| Y. Day | 14 | 8.0 | 120.00 | 960.00 |
| S. Parker | 14 | 10.0 | 135.00 | 1,350.00 |
| TOTAL | | 112.7 | | 40,115.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 04/05/06 | Research/investigation re: waiver of attorney client privilege, sharing documents with real estate broker, commonality of interest argument. | | |
| 3 | B. Benjamin | 1.4 | 581.00 |
| 04/06/06 | Draft correspondence to Special Referee re: submission of Legal Memorandum. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 04/06/06 | Preparation of Legal Memorandum in support of claim of waiver of attorney client privilege and require production of withheld documents by Tahari. | | |
| 3 | B. Benjamin | 4.3 | 1,784.50 |
| 04/06/06 | Modify correspondence to Special Referee re: waiver of attorney client privilege. | | |
| 3 | M. Levison | 0.3 | 97.50 |
| 04/07/06 | Review/analysis Tahari's Memorandum in opposition to waiver of attorney client privilege. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |
| 04/10/06 | Review/analysis Tahari redacted document production pursuant to Order of Special Referee. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 04/11/06 | Preparation of summary memorandum and documents in preparation for upcoming settlement conference. | | |
| 3 | B. Benjamin | 0.8 | 332.00 |
| 04/11/06 | Conference with M. Levison and B. Benjamin regarding settlement | | |

1422449A01052606

| | | | |
|---|---|---|---|
| | conference and depositions. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 04/11/06 | Analysis of issues re: upcoming settlement conference. | | |
| 3 | M. Levison | 0.3 | 97.50 |
| 04/14/06 | Follow up regarding information for court hearing. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 04/18/06 | Preparation for Settlement Conference, including review, analysis and coordination of prior pleadings. | | |
| 3 | M. Levison | 1.1 | 357.50 |
| 04/19/06 | Attention to adjournment of upcoming settlement conference. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 04/19/06 | Review/analysis of correspondence from A. Mack re: adjournment of settlement conference. | | |
| 3 | M. Levison | 0.1 | 32.50 |
| 04/19/06 | Telephone conference with C. Boubol re: adjournment of settlement conference. | | |
| 3 | M. Levison | 0.1 | 32.50 |
| 04/19/06 | Telephone conference with A. Mack and C. Boubol re: adjournment of settlement conference. | | |
| 3 | M. Levison | 0.1 | 32.50 |
| 04/19/06 | Preparation of correspondence to A. Mack and C. Boubol re: adjournment of settlement conference. | | |
| 3 | M. Levison | 0.1 | 32.50 |
| 04/25/06 | Review/analysis Report and Recommendation of Special Referee Lowenstein re order to Tahari to produce documents. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 04/25/06 | Preparation and Service of Notice of Entry of Report and Recommendation of Special Referee. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 04/25/06 | Draft correspondence to V. Finkelstein re Report and Recommendation of Special Referee | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 04/25/06 | Review/analysis of Referee's Order re: claim of privilege. | | |
| 3 | M. Levison | 0.1 | 32.50 |

13

| 04/27/06 | Preparation of Motion to Confirm Referee's Report. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.7 | 290.50 |

| 04/27/06 | Telephone conference with A. Mack, counsel for Tahari, re request for extension of time to provide discovery and Affidavit re search for responsive documents. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 04/27/06 | Review/analysis and confirm extension of time for Tahari to produce documents and provide Affidavit re discovery. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.7 | 550.00 | 385.00 |
| B. Benjamin | 3 | 8.8 | 415.00 | 3,652.00 |
| M. Levison | 3 | 2.2 | 325.00 | 715.00 |
| TOTAL | | 11.7 | | 4,752.00 |

14