# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006

Engagement Costs – Chapter 11 Administration

| Date | Description | Amount |
|---|---|---|
| 04/11/06 | PD UPS TO WILMINGTON, DE; KMJ; CK# 285678 | 9.15 |
| | Duplicating | 15.96 |
| | Matter Total Engagement Cost | 25.11 |

Engagement Costs – NJDEP v. W.R. Grace et al.

| Date | Description | Amount |
|---|---|---|
| 03/22/06 | PD TRAVEL EXPENSE; BEM; UH&P7P; 4-14-06[3] | 46.28 |
| 04/01/06 | PD UPS ADJUSTMENT; MSM; CK# 285065 | 1.74 |
| | Duplicating | 8.26 |
| | Matter Total Engagement Cost | 56.28 |

Engagement Costs – Tahari Ltd.

| Date | Description | Amount |
|---|---|---|
| 04/08/06 | Pd UPS to New York NY; BMB; Ck# 285506 | 6.93 |
| | Computer Assisted Research[4] | 275.49 |
| | Matter Total Engagement Cost | 282.42 |

---

[3] Direct Reimbursement Expense Report for Brian E. Moffitt, Esq. for March 22, 2006 attached hereto as Exhibit 1.

[4] Engagement Cost Report dated 1/1/2006 – 1/31/2006 attached hereto as Exhibit 2.

# EXHIBIT 1

PITNEY HARDIN LLP

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: Brian E. Moffitt

Period From: March 22, 2006
To: March 22, 2006

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

RECEIVED MAR 28 2006

| DATE | DESCRIPTION OR DEPARTURE DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking or Tolls | | | | |
| 3/22/2006 | Travel to and from public meeting in Hamilton Township, NJ | 104.00 | $46.28 | | | | $46.28 | 082910.114715 |

Show details on Page 2

Expenses Reported $ 46.28

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _[signed]_    Date 3/28/06

3/20/2006

ENTERED IN COMPUTER BY: _[initials]_ 4/12/06

32510

421BEM

10521

PAID APR 14 2006

# EXHIBIT 2

# Pitney Hardin LLP
## Engagement Cost Report

Includes: Hard, Soft, Billed, Unbilled  
Periods: 200601 To 200601   Dates: 1/1/2006 To 1/31/2006

**Client: 082910  W.R. GRACE & CO.**  
**Matter: 114715  NJDEP v. W.R. Grace et al.**

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Client: 082910  W.R. GRACE & CO.** | | | | | | | | | |
| **Cost Code: CAR  Computer Assisted Research** | | | | | | | | | |
| 1/31/2006 | CAR | | 1920587 | 55 | 2102200 | 2/16/2006 | $275.49 | $275.49 | $275.49 |
| Cost Code CAR Totals: | | | | | | | $275.49 | $275.49 | $275.49 |
| Matter 114715 Totals: | | | | | | | $275.49 | $275.49 | $275.49 |
| Client 082910 Totals: | | | | | | | $275.49 | $275.49 | $275.49 |
| **Report Totals** | | | | | | | $275.49 | $275.49 | $275.49 |

Page: 1