## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 8 , 2006 |
| | : | Hearing Date: September 25, 2006 |

## SUMMARY COVERSHEET TO TWENTIETH QUARTERLY FEE APPLICATION OF PITNEY HARDIN LLP
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR JANUARY 1, 2006 THROUGH MARCH 31, 2006

| | |
|---|---|
| Name of Applicant: | **Pitney Hardin LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO., *et al.*** |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc to* April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **January 1, 2006 – March 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$346,260.50** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$39,538.32** |

This is a: ___ monthly **X** quarterly interim ___final application

The total time expended for fee application preparation is approximately 10 hours and the corresponding compensation requested is approximately $2,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

1422718A01053106

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967 Amended Exhibit B October 30, 2001 #1050 CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00 Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28,2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

3

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved @ 100% |
| November 14, 2002 #2977 CNO Filed 12/11/02 # 3139 | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Approved @ 80% ($41,396.40) | Approved @ 100% |
| November 20, 2002 #3039 CNO filed 12/11/02 # 3135 | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Approved @ 80% ($23,432.88) | Approved @ 100% |
| November 27, 2002 #3084 & #3087 Order | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Approved for $182,143.10 | Approved |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| filed 3/14/03; #3511 | | | | | |
| December 16, 2002 #3165 CNO filed 1/14/03 #3250 | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Approved @ 80% ($20,848.80) | Approved @ 100% |
| December 27, 2002 #3198 Order signed 3/3/03 # 3446 | 4/4/01 – 12/3/01 | $240,000.00 | N/A | Approved | N/A |
| January 13, 2003 #3238 CNO filed 2/6/03 #3227 | 11/1/02 – 11/30/02 | $28,150.50 | $4,980.91 | Approved @ 80% ($22,520.40) | Approved @ 100% |
| February 6, 2003 #3345 CNO filed 3/27/03 #3557 | 12/1/02 – 12/31/02 | $21,414.00 | $3,594.17 | Approved @ 80% ($17,131.20) | Approved @ 100% |
| February 14, 2003 Order signed on 7/28/03 | 10/1/03 – 12/31/03 | $75,625.50 | $13,915.34 | Approved for $72,625.50 | Approved @ 100% |
| March 21, 2003 # 3536 CNO filed 4/15/03 #3666 | 1/1/03 – 1/31/03 | $77,836.00 | $6,477.81 | Approved @ 80% ($62,268.80) | Approved @ 100% |
| April 22, 2003 #3701 CNO filed 5/15/03 #3794 | 2/1/03 – 2/28/03 | $28,050.00 | $3,923.92 | Approved @ 80% ($22,440.00) | Approved @ 100% |
| May 28, 2003 #3836 CNO filed 7/3/03 #3999 | 3/1/03 – 3/31/03 | $14,142.00 | $471.79 | Approved @ 80% ($11,313.60) | Approved @ 100% |
| June 3, 2003 #3864 Order signed 9/22/03 #4480 | 1/1/03 – 3/31/03 | $120,028.00 | $10,873.52 | Approved for $118,379.00 | Approved @ 100% |
| June 18, 2003 #3912 CNO filed 7/11/03 #4054 | 4/1/03 – 4/30/03 | $21,507.50 | $370.10 | Approved @ 80% ($17,206.00) | Approved @ 100% |
| August 7, 2003 #4181 CNO filed 9/24/03 #4475 | 5/1/03 – 5/31/03 | $22,184.50 | $864.72 | Approved @ 80% ($17,747.60) | Approved @ 100% |
| September 9, | 6/1/03 – | $28,764.50 | $9,472.70 | Approved @ | Approved @ |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 2003 #4407 CNO filed 10/2/03 #4524 | 6/30/03 | | | 80% ($23,011.60) | 100% |
| September 26, 2003 #4495 & 4496 | 4/1/03 – 6/30/03 | $72,456.50 | $10,707.52 | Approved for $72,456.50 | Approved @ 100% |
| October 17, 2003 #4583 CNO filed 11/12/03 #4685 | 7/1/03 – 7/31/03 | $11,104.50 | $2,829.93 | Approved @ 80% ($8,883.60) | Approved @ 100% |
| November 6, 2003 #4666 CNO filed 12/9/03 #4798 | 8/1/03 – 8/31/03 | $3,427.50 | $2,242.92 | Approved @ 80% ($2,742.00) | Approved @ 100% |
| November 25, 2003 #4751 CNO filed 12/16/03 #4813 | 9/1/03 – 9/30/03 | $9,912.00 | $2,311.40 | Approved @ 80% ($7,929.60) | Approved @ 100 % |
| December 16, 2003 #4822 & 4823 Order filed 4/26/04 | 7/1/03- 9/30/03 | $24,444.00 | $7,370.04 | Approved for $24,440.00 | Approved @ 100% |
| November 25, 2003 # 4752 CNO filed 12/16/03 #4814 | 10/1/03- 10/31/03 | $6,779.00 | $3,507.88 | Approved @ 80% ($5,423.20) | Approved @ 100% |
| December 31, 2003 #4893 CNO filed 2/3/04 #5052 | 11/1/03 – 11/30/03 | $16,464.50 | $2,478.06 | Approved @ 80% ($13,171.60) | Approved @ 100% |
| February 20, 2004 #5144 CNO filed 4/1/04 #5459 | 12/1/03 – 12/31/03 | $18,088.50 | $2,839.22 | Approved @ 80% ($14,470.80) | Approved @ 100% |
| February 25, 2004 #5165 Order filed 6/16/04 #5822 | 10/1/04 – 12/31/04 | $41,332.00 | $8,825.16 | Approved for $41,332.00 | Approved @ 100% |
| March 29, 2004 #5362 CNO filed 4/22/04 | 1/1/04 – 1/31/04 | $39,097.50 | $2,315.38 | Approved @ 80% ($31,278.00) | Approved @ 100% |
| April 20, 2004 #5464 CNO filed 6/22/04 #5872 | 2/1/04 – 2/29/04 | $61,379.50 | $2,435.48 | Approved @ 80% ($49,103.60) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 1, 2004 #5678 CNO filed 6/22/04 #5873 | 3/1/04 – 3/31/04 | $266,775.00 | $9,819.15 | Approved @ 80% ($213,420.00) | Approved @ 100% |
| June 9, 2004 #5766 & 5767 Order filed 9/27/04 #6465 | 1/1/04 – 3/31/04 | $367,258.00 | $14,570.01 | Approved @ 100% ($367,258.00) | Approved @ 100% |
| July 1, 2004 #5915 CNO filed 7/28/04 | 4/1/04 – 4/30/04 | $242,320.50 | $33,506.28 | Approved @ 80% ($293,806.40) | Approved @ 100% |
| July 29, 2004 #6066 CNO filed 8/19/04 #6219 | 5/1/04 – 5/31/04 | $205,386.50 | $3,393.87 | Approved @ 80% ($164,309.20) | Approved @ 100% |
| August 12, 2004 #6162 CNO filed 9/7/04 #6325 | 6/1/04 – 6/30/04 | $181,394.50 | $41,141.14 | Approved @ 80% ($145,115.60) | Approved @ 100% |
| September 1, 2004 ## 6302; 6303 Order filed 1/26/05 #7622 | 4/1/04 – 6/30/04 | $629,101.50 | $78,003.35 | Approved for $629,101.50 | Approved @ 100% |
| September 17, 2004 #6416 CNO filed 10/13/04 #6609 | 7/1/04- 7/31/04 | $22,957.00 | $8,896.12 | Approved @ 80% ($18,365.60) | Approved @ 100% |
| October 14, 2004 #6631 CNO filed 11/9/04 #6854 | 8/1/04- 8/31/04 | $28,122.50 | $2,338.02 | Approved @ 80% (22,490.00) | Approved @ 100% |
| November 16, 2004 #6943 CNO filed 12/13/04 #7152 | 9/1/2004- 9/30/2004 | $25,615.50 | $3,246.99 | Approved @ 80% (20,492.40) | Approved @ 100% |
| November 17, 2004 #6966 Order filed 3/22/05 #8081 | 7/1/04- 9/30/04 | $76,695.00 | $14,481.13 | Approved for $76,695.00 | Approved @ 100% |
| December 16, 2004 #7198 CNO filed 1/25/05 #7621 | 10/1/04 – 10/31/04 | $27,632.50 | $4,766.94 | Approved @ 80% (22,106.00) | Approved @ 100% |
| January 10, 2005 #7521 CNO filed 2/2/05 #7670 | 11/1/04 – 11/30/04 | $31,261.00 | $11,977.87 | Approved @ 80% (25,008.80) | Approved @ 100% |
| February 11, | 12/1/04- | $112,852.00 | $4,502.70 | Approved @ | Approved @ |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 2005 #7745 CNO filed 3/8/05 #7992 | 12/31/04 | | | 80% ($90,281.60) | 100% |
| March 16, 2005 ##8051-52 Order filed 6/29/05 #8728 | 10/1/04-12/31/04 | $171,475.50 | $21,247.51 | Approved for $171,475.50 | Approved @ 100% |
| March 18, 2005 #8076 CNO filed 4/26/05 #8286 | 1/1/05-1/31/05 | $44,219.00 | $3,351.01 | Approved @ 80% ($35,375.50) | Approved @ 100% |
| May 10, 2005 #8391 CNO filed 6/24/05 #8683 | 2/1/05-2/28/05 | $38,780.50 | $7,826.47 | Approved @ 80% ($31,024.40) | Approved @ 100% |
| May 16, 2005 #8443 CNO filed 6/24/05 #8684 | 3/1/05-3/31/05 | $42,702.00 | $3,222.62 | Approved @ 80% ($34,161.60) | Approved @ 100% |
| May 26, 2005 ##8511-12 Order filed 9/27/05 #9513 | 1/1/05 – 3/31/05 | $125,701.50 | $14,400.10 | Approved for $125,701.50 | Approved @ 100% |
| June 27, 2005 #8691 CNO filed 7/26/05 #9090 | 4/1/05-4/30/05 | $76,920.50 | $3,699.77 | Approved @ 80% ($61,536.40) | Approved @ 100% |
| July 20, 2005 #9035 CNO filed 8/19/05 #9220 | 5/1/05-5/31/05 | $73,041.00 | $4,608.05 | Approved @ 80% ($57,112.80) | Approved @ 100% |
| August 11, 2005 #9175 CNO filed 9/8/05 #9360 | 6/1/05 – 6/30/05 | $246,447.50 | $5,298.28 | Approved @ 80% ($197,158.00) | Approved @ 100% |
| August 19, 2005 #9210 Order filed 12/21/05 #11402 | 4/1/05 – 6/30/05 | $396,409.00 | $13,606.10 | Approved for $396,409.00 | Approved @ 100% |
| October 4, 2005 #9572 CNO filed 10/31/05 #10938 | 7/1/05 – 7/31/05 | $363,936.00 | $10,742.66 | Approved @ 80% ($291,148.80) | Approved @ 100% |
| October 20, 2005 #9708 CNO filed 11/15/05 #11091 | 8/1/05 – 8/31/05 | $276,504.50 | $21,554.17 | Approved @ 80% ($221,203.60) | Approved @ 100% |
| November 23, 2005 #11156 CNO filed December 16, | 9/1/05 – 9/30/05 | $243,011.00 | $7,658.60 | Approved @ 80% ($194,408.80) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 2005 #11359 | | | | | |
| November 23, 2005 #11162 Order filed 3/27/06 #12121 | 7/1/05 – 9/30/05 | $883,451.50 | $39,955.43 | Approved for $883,451.50 | Approved @ 100% |
| January 31, 2006 #11681 CNO filed 3/9/06 #12027 | 10/1/05 – 10/31/05 | $189,747.50 | $9,364.24 | Approved @ 80% ($151,798.00) | Approved @ 100% |
| January 31, 2006 #11677 CNO filed 3/9/06 #12024 | 11/1/05 – 11/30/05 | $170,059.00 | $25,007.67 | Approved @ 80% ($136,047.20) | Approved @ 100% |
| February 14, 2006 #11774 CNO filed 3/9/06 #12028 | 12/1/05 – 12/31/05 | $135,672.00 | $2,489.35 | Approved @ 80% ($108,537.60) | Approved @ 100% |
| February 14, 2006 #11785 (Objections due 3/6/06; Hearing 6/19/06) | 10/1/05 – 12/31/05 | $495,478.50 | $36,861.26 | Pending | Pending |
| April 5, 2006 #12205 CNO filed 5/20/06 # 12479 | 1/1/06- 1/31/06 | $136,335.50 | $7,996.90 | Approved @ 80% ($109,084.40) | Approved @ 100% |
| April 14, 2006 #12243 CNO filed 5/20/06 #12478 | 2/1/06 – 2/28/06 | $101,184.50 | $6,294.63 | Approved @ 80% ($809,947.60) | Pending |
| Pending | 3/1/06 – 3/31/06 | $108,740.50 | $25,246.79 | Pending | Pending |
| Pending | 1/1/06 – 3/31/06 | $346,260.50 | $39,538.32 | Pending | Pending |

**SUMMARY OF COMPENSATION FOR THE FEE PERIOD**
**JANUARY 1, 2006 THROUGH MARCH 31, 2006**

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 550.00 | 71.9 | $39,545.00 |
| William S. Hatfield | 1993 | 365.00[2] | 4.6 | $1,673.00 |
| Barry M. Benjamin | 1993 | 415.00 | 45.3 | $18,799.50 |
| Scott A. Zuber | 1987 | 435.00 | 3.7 | $1,609.50 |
| John J. O'Reilly | 1973 | 480.00 | 0.8 | $384.00 |
| Robert G. Rose | 1974 | 445.00 | 0.5 | $222.50 |
| **COUNSEL** | | | | |
| Brian E. Moffitt | 1992 | 360.00 | 308.3 | $110,988.00 |
| **ASSOCIATES** | | | | |
| Mark S. Morgan | 2002 | 235.00 | 390.6 | $91,791.00 |
| Kristen M. Jasket | 2000 | 270.00 | 17.8 | $4,806.00 |
| Michael H. Levison | 1999 | 325.00 | 3.8 | $1,235.00 |
| Gary George Michael | 1993 | 310.00 | 10.9 | $3,379.00 |
| Marc A. Meyer | 2004 | 225.00 | 24.7 | $5,557.50 |
| Jeffrey S. Mandel | 1999 | 285.00 | 23.4 | $6,669.00 |
| Steven A. Muhlstock | 1999 | 285.00 | 42.5 | $12,112.50 |
| James Phillip Spielberg | 1999 | 250.00 | 29.8 | $7,450.00 |
| Frances Stella | 1991 | 285.00 | 0.6 | $171.00 |
| **PARAPROFESSIONALS** | | | | |
| S. Parker | N/A | 135.00 | 15.7 | $2,119.50 |
| H. Gonzalez | N/A | 150.00 | 0.4 | $60.00 |
| Y. Day | N/A | 120.00 | 199.3 | $23,916.00 |
| K. Stehnacs | N/A | 125.00 | 45.3 | $5,662.50 |
| D. Florence | N/A | 125.00 | 31.5 | $3,937.50 |

[2] This Quarterly Fee Application includes one entry for time billed in 2005. The billing rate for William S. Hatfield, Esq. in 2005 was $335.00.

| | | | | |
|---|---|---|---|---|
| S. Kegler | N/A | 125.00 | 16.8 | $2,100.00 |
| K. Drew | N/A | 125.00 | 10.2 | $1,275.00 |
| G. Netzke | N/A | 145.00 | 5.5 | $797.50 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period January 1, 2006 through March 31, 2006** | | | **1303.9 Total Hours** | **$346,260.50** |

SUMMARY OF EXPENSES FOR THE FEE PERIOD
JANUARY 1, 2006 THROUGH MARCH 31, 2006

| TYPE OF EXPENSE | |
|---|---|
| PD UPS FUEL CHARGE ADJUSTMENT; CK #282770 | $-1.74 |
| PD UPS TO WILMINGTON DE; KMJ; CK# 282540 | $13.87 |
| Duplicating | $1,783.88 |
| Paid N. Susalis & Assoc. Inc. for services rendered #10501; S#7339 | $4,033.48 |
| Paid N. Susalis & Assoc. Inc. for services rendered #10501; S#7339 | $1,529.00 |
| PD TRAVEL EXPENSE; MSM; UH&P7P; 1/15/06 | $57.87 |
| PD UPS TO WASHINGTON, DC; MSM; CK#282313 | $18.12 |
| PD UPS TO TRENTON, NJ; MSM; CK#282313 | $13.44 |
| PD UPS TO BOCA RATON FL; MSM; CK# 282313 | $26.09 |
| PD UPS TO COLUMBIA MD; MSM; CK# 282313 | $12.50 |
| PD UPS TO WASHINGTON DC; MSM; CK# 282313 | $12.50 |
| PD UPS TO WASHINGTON DC; MSM; CK# 282313 | $12.50 |
| PD UPS TO TRENTON NJ; MSM; CK# 282540 | $14.06 |
| Paid Array Technology Group for services rendered #10501; S#7383 | $298.30 |
| PD UPS TO WASHINGTON DC; MSM; CK# 282540 | $13.12 |
| PD UPS TO WASHINGTON DC; MSM; CK# 282540 | $13.12 |
| PD UPS TO WASHINGTON, DC; MM; CK #282770 | $28.62 |
| PD UPS FUEL CHARGE ADJUSTMENT; CK #282770 | $1.74 |
| PD UPS TO FLEMINGTON; MSM; CK# 282770 | $21.69 |
| PD UPS TO COLUMBIA, MD; MSM; CHECK # 282770 | $8.13 |
| PD UPS TO WASHINGTON, DC; MSM; CHECK # 282770 | $9.41 |
| PD UPS TO COLUMBIA, MD; MSM; CHECK # 282770 | $8.13 |
| PD UPS TO BOCA RATON, FL; MSM; CHECK # 282770 | $11.17 |
| PD UPS TO BOCA RATON FL; MSM; CK# 282853 | $22.07 |
| PD UPS TO WASHINGTON DC; MSM; CK# 282853 | $14.76 |
| PD UPS TO CHICAGO IL; MSM; CK# 282853 | $12.00 |
| PD UPS TO NEWARK NJ; MSM; CK# 282853 | $9.15 |
| PD UPS TO NEWARK NJ; MSM; CK# 282853 | $10.76 |
| PD UPS TO BOSTON MA; MSM; CK# 282853 | $14.76 |
| PD UPS TO WASHINGTON DC;  MSM; CK# 282853 | $15.54 |
| Computer Assisted Research | $490.03 |
| Telephone | $55.69 |
| Pd Fedex to New York NY; HEG; Ck# 282014 | $23.00 |
| Pd Fedex to New York NY; HEG; Ck# 282014 | $21.00 |
| Pd UPS to New York NY; BMB; Ck# 282537 | $6.93 |
| Pd UPS to New York NY; BMB; Ck# 282537 | $6.93 |
| PD UPS TO WILMINGTON DE; KMJ; CK# 283338 | $15.60 |
| REC UPS CREDIT ADJUSTMENT; KMJ; CK# 283338 | $-1.74 |
| PD UPS TO PHILADELPHIA PA; DFF; CK# 283157 | $9.15 |

| | |
|---|---|
| PD TRAVEL EXPENSE; MSM; UH&P7P; 2/15/06 | $1,322.20 |
| Paid Document Technologies, Inc. for services rendered  #10501; S#7462 | $3,801.10 |
| PD MEAL EXPENSE; MSM; UH&P7P; 2/15/06 | $99.03 |
| PD TRAVEL EXPENSE; MSM; UH&P7P; 2/15/06 | $707.01 |
| PD UPS TO WASHINGTON DC; MSM; CK# 283157 | $29.53 |
| PD UPS TO FLEMINGTON NJ; MSM; CK# 283157 | $22.15 |
| PD UPS TO ROSELAND NJ; MSM; CK# 282853 | $9.15 |
| PD UPS TO WASHINGTON DC; MSM; CK# 283157 | $18.07 |
| PD UPS TO FLEMINGTON NJ; MSM; CK# 283157 | $14.76 |
| PD UPS ADJUSTMENT; MSM; CK# 283157 | $1.73 |
| PD UPS TO UNION KY; MSM; CK# 283338 | $25.50 |
| PD UPS ADJUSTMENT; MSM; CK# 283338 | $1.73 |
| PD UPS ADJUSTMENT; MSM; CK# 283338 | $2.63 |
| PD UPS TO WILMINGTON DE; KMJ; CK# 284330 | $10.59 |
| REC UPS CREDIT ADJUSTMENT; KMJ; INV# 81207126 | $-1.72 |
| PD DUPLICATING CHARGES; BEM; CK# 283586 | $107.33 |
| Paid N. Susalis Assoc. #10501 S#7549 | $16,779.76 |
| PD GENESYS CONFERENCING INC FOR SERVICES; AJM; CK# 283999 | $19.67 |
| PD TRAVEL EXPENSE FOR M. MORGAN AND N. SUSALIS FOR INTERVIEWS; MSM; UH&P7P; 3/15/06 | $4,126.21 |
| PD TRAVEL EXPENSE; MSM; UH&P7P; 3/15/06 | $9.95 |
| PD MEAL EXPENSE; MSM; UH&P7P; 3/15/06 | $92.00 |
| PD TRAVEL EXPENSES TO/FROM TRENTON, NJ; BEM; UH-3/31/06 | $48.06 |
| PD TRAVEL EXPENSE; MSM; UH&P7P; 3/15/06 | $299.50 |
| PD TRAVEL EXPENSE; MSM; UH&P7P; 3/15/06 | $1,253.70 |
| PD MEAL EXPENSE; MSM; UH&P7P; 3/15/06 | $7.31 |
| PD MEAL EXPENSE; MSM; UH&P7P; 3/15/06 | $7.40 |
| PD TRAVEL EXPENSE; MSM; UH&P7P; 3/15/06 | $72.00 |
| PD TRAVEL, AIRFARE AND LODGING EXPENSES TO/FROM FLORIDA-DATES ARE 3-6 THROUGH 3-8-06; MSM; UH-3/31/06 | $1,806.57 |
| PD MEAL EXPENSES; MSM; UH-3/31/06 | $46.10 |
| PD TRAVEL EXPENSES TO/FROM TRENTON, NJ; BEM; UH-3/31/06 | $48.06 |
| PD UPS TO FLEMINGTON NJ; MSM; INV# 81207126 | $12.59 |
| Pd Aetna Central Judicial Services; MED; Ck# 281031 | $35.00 |
| Pd Aetna Central Judicial Services; MED; Ck# 281031 | $34.00 |
| Pd Aetna Central Judicial Services for services rendered; MED; Ck# 284747 | $5.00 |
| **Grand Total Expenses for the Fee Period January 1, 2006 through March 31, 2006** | **$39,538.32** |

| PROJECT CATEGORIES | Total of January 1, 2006 – January 31, 2006 | Total of January February 1, 2006 to February 28, 2006 | Total of March 1, 2006 to March 31, 2006 | Total of January 1, 2006 - March 31, 2006 | Total of April 2, 2001 - March 31, 2006 |
|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | | | | | $ 3,888.50 |
| 02 - Asset Disposition | | | | | $ 13,881.00 |
| 03 - Business Operations | | | | | $ 381,336.50 |
| 04 - Case Administration | $ 23,710.00 | $ 18,916.50 | $ 39,039.50 | $ 81,666.00 | $ 1,107,314.60 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | | | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | | | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | | | | $ 1,830.00 |
| 08 - Employee Benefits/ Pension | | | | | |
| 09 - Employment Applications, Applicant | | | | | $ 882.00 |
| 10 - Employment Applications, Others | | | | | |
| 11 - Fee Applications, Applicant | $ 3,000.00 | $ 270.00 | $ 2,101.50 | $ 5,371.50 | $ 100,409.50 |
| 12 - Fee Applications, Others | | | | | $ 1,179.00 |
| 13 - Financing | | | | | $ 201.00 |
| 14 - Hearings | | | | | $ 72,325.50 |
| 15 - Litigation and Litigation Consulting | $ 109,625.50 | $ 81,998.00 | $ 67,599.50 | $ 259,223.00 | $ 3,189,209.60 |
| 16 - Plan and Disclosure Statement | | | | | $ 41,393.00 |
| 17 - Relief from Stay Proceedings | | | | | $ 185.50 |
| 18 - Tax Issues | | | | | $ 4,247.00 |
| 19 - Tax Litigation | | | | | |
| 20 - Travel – Non Working | | | | | |
| 21 - Valuation | | | | | |
| 22 - ZAI Science Trial | | | | | |
| 23 - ZAI Science Trial – Expenses | | | | | |
| 24 - Other | | | | | $ 11,459.00 |
| 25 - Accounting/Auditing | | | | | |
| 26 - Business Analysis | | | | | |
| 27 - Corporate Finance | | | | | |
| 28 - Data Analysis | | | | | |
| TOTAL - FEES | $ 136,335.50 | $ 101,184.50 | $ 108,740.50 | $ 346,260.50 | $ 4,936,190.70 |
| TOTAL - EXPENSES | $ 7,996.90 | $ 6,294.63 | $ 25,246.79 | $ 39,538.32 | $ 481,551.61 |
| TOTAL FEES AND EXPENSES | $ 144,332.40 | $ 107,479.13 | $ 133,987.29 | $ 385,798.82 | $ 5,417,742.31 |