IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO, *et al.*, | ) |
| | ) Case No. 01-01139 |
| Debtors. | ) |
| | ) |

**NOTICE OF ENTRY OF APPEARANCE AND CERTIFICATE OF COUNSEL
APPEARING ON BEHALF OF GOVERNMENT AGENCY**

John E. Waters hereby enters his appearance as counsel for the Iowa Department of Revenue and submits the following certification pursuant to Del. Bankr. L.R. 9010-1(c)(ii).

1. I am an attorney employed by the Iowa Department of Revenue.

2. I am a member in good standing of the Bar of the State of Iowa.

3. I am admitted to practice before the United States Districts Courts for the Northern District of Iowa, the Southern District of Iowa, the Eastern District of Wisconsin, and the Central District of Illinois. I am also admitted to practice before the Eighth Circuit Court of Appeals.

4. I am in good standing in all jurisdictions where I have been admitted.

5. I agree to be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

IOWA DEPARTMENT OF REVENUE

By: /S/ John Waters – Thursday, July 20, 2006
JOHN WATERS, Attorney At Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306
(515) 281-6427
Fax: (515) 281-0763

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 20th, 2006, copies of the foregoing Iowa Department of Revenue's Notice of Entry of Appearance and Certificate of Counsel Appearing on Behalf of Government Agency were served by U.S. Mail, First Class, postage prepaid, on the parties listed on the attached list.

/S/ John Waters – Thursday, July 20, 2006
JOHN WATERS

Kirkland & Ellis
James H.M. Sprayregen, Esq.
Janet S. Baer, Esq.
200 East Randolph Drive
Chicago, IL  60601

Pachulski, Stang, Ziehl, Young, Jones,
Weintraub, LLP
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
919 North Market, Suite 1600
Wilmington, DE  19899-8705

Stroock & Stroock & Lavan, LLP
Lewis Kruger, Esq.
Arlene Krieger, Esq.
180 Maiden Lane
New York, NY  10038-4982

Kramer, Lavine, Naftalis & Frankel, LLP
Gary M. Becker, Esq.
Philip Bentley, Esq.
919 Third Avenue
New York, NY  10022

Caplin & Drysdale
Elihu Inselbuch, Esq.
Rita Tobin, Esq.
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Campbell & Levine
Marla Rosoff Eskin Esq.
Mark T. Hurford Esq.
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE  19801

Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2336

David Krauder
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801