**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors | : | **Objections Deadline: August 10, 2006@ 4:00 p.m.** |

**FORTY-THIRD MONTHLY FEE APPLICATION OF**
**PRICEWATERHOUSECOOPERS LLP, AUDITORS**
**AND TAX CONSULTANTS FOR DEBTORS,**
**FOR ALLOWANCE OF COMPENSATION AND**
<u>**REIMBURSEMENT OF EXPENSES FOR APRIL 2006**</u>

Name of Applicant:                PricewaterhouseCoopers LLP

Authorized to Provide
Professional Services to:         The Debtors and Debtors in Possession

Date of Retention:                June 18, 2002 *nunc pro tunc* to January 10, 2002

Period for which compensation
and reimbursement is sought:      April 1, 2006 – April 30, 2006

Amount of fees and expenses sought
as actual, reasonable and necessary:  <u>$125,300.81</u>

This is a(n):                     <u> x </u> interim         <u>   </u> final application.

The total time expended for the preparation of this application is approximately  hours <u>18.1</u> by all professionals for a total of <u>$1,892.50.</u>

Prior Applications:  *First, Second and Third Quarterly Fee Applications of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed November 15, 2002*

*First Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2002; filed December 30, 2002*

{10015761.DOC}

*Second Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2002; filed December 30, 2002*

*Third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2002; filed April 12, 2003*

*Fourth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed April 14, 2003*

*Fourth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2003; filed April 3, 2003*

*Fifth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2003; filed April 17, 2003*

*Fifth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed May 13, 2003*

*Sixth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2003; filed May 13, 2003*

*Seventh Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2003; filed July 9, 2003*

*Eighth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2003; filed July 9, 2003*

*Ninth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2003; filed August 14, 2003*

*Ninth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed August 14, 2003*

*Tenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2003; filed September 9, 2003*

*Eleventh Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2003; filed October 22, 2003*

*Twelfth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2003; filed November 11, 2003*

*Tenth Quarterly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2003 through September 30, 2003, filed November 11, 2003*

*Thirteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2003; filed December 12, 2003*

*Fourteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2003; filed January 14, 2004*

*Fifteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2003; filed January 14, 2004*

*Eleventh Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period October 1, 2003 through December 3 1, 2003, filed April 12, 2004*

*Sixteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2004; filed March 10, 2004*

*Seventeenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2004; filed April 14, 2004*

*Eighteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2004; filed May 13, 2004*

*Twelfth Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period January 1, 2004 through March 31, 2004, filed May 7, 2004*

*Nineteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2004; filed June 7, 2004*

*Twentieth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2004; filed June 30, 2004*

*Twenty-First Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2004; filed July 30, 2004*

*Thirteenth Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period April 1, 2004 through June 30, 2004, filed July 30, 2004*

*Twenty-second Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2004; filed September 14, 2004*

*Twenty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2004; filed October 15, 2004*

*Twenty-fourth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2004; filed November 5, 2004*

*Fourteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2004 through August 30, 2004; filed November 15, 2004*

*Twenty-fifth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2004; filed December 20, 2004*

*Twenty-sixth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2004; filed January 14, 2005*

*Twenty-seventh Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2004; filed April 17, 2005*

*Fifteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period September 1, 2004 through December 31, 2004; filed April 17, 2005*

*Twenty-eighth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2005; filed March 18, 2005*

*Twenty-ninth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February 2005; filed April 21, 2005*

*Thirtieth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March 2005; filed May 17, 2005*

*Sixteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period January 1, 2005 and March, 2005; filed July 7, 2005*

*Thirty-first Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April 2005; filed June 17, 2005*

*Thirty-second Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May 2005; filed August 2, 2005*

*Thirty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2005; filed August 12, 2005*

*Thirty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2005; filed September 12, 2005*

*Seventeenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period April 1, 2005 and June, 2005; filed October 3, 2005*

*Thirty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2005; filed October 17, 2005*

*Thirty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2005; filed November 29, 2005*

*Thirty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2005; filed December 20, 2005*

*Thirty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2005; filed January 9, 2006*

*Eighteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2005 and September, 2005*; filed January 1, 2006*

*Thirty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2005; filed February 13, 2006*

*Fortieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2006; filed March 16, 2006*

*Nineteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2005 and December, 2005*; filed May 4, 2006.*

*Forty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2006; filed May 5, 2006*

*Forty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and*

*Reimbursement of Expenses for the Month of March, 2006; filed May 19, 2006*