<u>**Attachment B**</u>
<u>**To Fee Application**</u>

**Summary of PwC's Fees By Professional**
**April 2006**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended April 30, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 16.6 | $ 10,275.40 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $815.00 | 2.0 | $ 1,630.00 |
| Bruce Clouser | Risk Partner? | 20+ | Integrated Audit | $882.00 | 1.0 | $ 882.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 3.7 | $ 1,665.00 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $425.00 | 2.5 | $ 1,062.50 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 4.3 | $ 1,526.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 41.6 | $ 14,768.00 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 24.1 | $ 6,868.50 |
| Marvin de Guzman | Audit Manager | 10+ | Integrated Audit | $285.00 | 63.0 | $ 17,955.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $204.00 | 1.5 | $ 306.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 81.0 | $ 14,985.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 101.2 | $ 18,722.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 28.0 | $ 4,816.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 49.4 | $ 6,175.00 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 64.5 | $ 6,837.00 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | 76.5 | $ 13,158.00 |
| Lyndsay B Signori | Audit Associate | 1 | Integrated Audit | $125.00 | 13.5 | $ 1,687.50 |
| Nicholas P Barrett | Audit Associate | 1 | Integrated Audit | $125.00 | 9.0 | $ 1,125.00 |
| | | | **TOTAL** | | 583.4 | $ 124,444.40 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | | | |
|---|---|---|---|
| **Totals** | 18.0 | | $ 1,892.50 |

## Summary of PwC's Fees By Project Category:
## April 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **18.0** | **$1,892.50** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |

| | | |
|---|---|---|
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 583.4 | $124,444.40 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 601.5 | $126,336.90 |

**Expense Summary**
**March 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $708.29 |
| Lodging | N/A | $0 |
| Sundry | N/A | $75.32 |
| Business Meals | N/A | $72.80 |
| TOTAL: | | $856.41 |