# Exhibit – A

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended April 30, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 16.6 | $ 10,275.40 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $815.00 | 2.0 | $ 1,630.00 |
| Bruce Clouser | Risk Partner? | 20+ | Integrated Audit | $882.00 | 1.0 | $ 882.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 3.7 | $ 1,665.00 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $425.00 | 2.5 | $ 1,062.50 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 4.3 | $ 1,526.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 41.6 | $ 14,768.00 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 24.1 | $ 6,868.50 |
| Marvin de Guzman | Audit Manager | 10+ | Integrated Audit | $285.00 | 63.0 | $ 17,955.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $204.00 | 1.5 | $ 306.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 81.0 | $ 14,985.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 101.2 | $ 18,722.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 28.0 | $ 4,816.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 49.4 | $ 6,175.00 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 64.5 | $ 6,837.00 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | 76.5 | $ 13,158.00 |
| Lyndsay B Signori | Audit Associate | 1 | Integrated Audit | $125.00 | 13.5 | $ 1,687.50 |
| Nicholas P Barrett | Audit Associate | 1 | Integrated Audit | $125.00 | 9.0 | $ 1,125.00 |
| | | TOTAL | | | 583.4 | $ 124,444.40 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/3/2006 | 1.0 | Attend audit debrief meeting |
| 4/13/2006 | 1.0 | Discuss internal audit activities in first quarter and plan for 2006 with E Bull, B Kenny (Grace), D Lloyd, M de Guzman and J Afuang (PwC) |
| 4/13/2006 | 1.0 | Discuss quarter review and audit planning items with D Lloyd and M de Guzman |
| 4/18/2006 | 1.5 | Attend quarterly earnings meeting |
| 4/18/2006 | 0.5 | Read Grace's LIFO calculation memo |
| 4/19/2006 | 1.4 | Discuss quarter accounting and reporting issues and bankruptcy process with B Tarola (Grace), D Lloyd and M de Guzman (PwC) |
| 4/19/2006 | 1.2 | Discuss quarter accounting issues (LIFO calculation and stock appreciation rights) with D Lloyd and M de Guzman (PwC) |
| 4/20/2006 | 0.5 | Discuss tax accrual process with P Woolf, G Baccash, D Lloyd and M de Guzman (PwC) |
| 4/24/2006 | 0.9 | Read draft press release |
| 4/24/2006 | 0.3 | Read NY Times article about Libby |
| 4/24/2006 | 1.3 | Review quarter review issues and documentation |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Robert Eydt** | | |
| 4/29/2006 | 2.0 | Review Grace 10-Q and give comments to audit. |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Bruce Clouser**

| 4/20/2006 | 1.0 | Discuss stock appreciation right valuation with D Lloyd (PwC). |
|-----------|-----|---------------------------------------------------------------|
|           | **1.0** | **Total Grace Integrated Audit Charged Hours** |
|           | **1.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended April 30, 2006

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Peter Woolf**

| | | |
|------|-------|----------------------------------|
| 4/11/2006 | 1.0 | Calls to Joe Gibb, discussion about provisions/reserve,e-mail |
| 4/12/2006 | 1.0 | Discussions/meeting with Joe Gibbs.Alan Gibbons regarding provision |
| 4/17/2006 | 0.5 | Accrual calculations and questions |
| 4/18/2006 | 1.0 | Accrual calls/email |
| 4/24/2006 | 0.2 | Discusssion regarding reserves and provisions |
| | **3.7** | **Total Grace Integrated Audit Charged Hours** |
| | **3.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  George Baccash**

| | | |
|---|---|---|
| 4/20/2006 | 2.5 | Review of 1st quarter provision and discussions with audit team and management regarding effective tax rate for 2006. |
| | 2.5 | **Total Grace Integrated Audit Charged Hours** |
| | 2.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  John Newstead** | | |
| 4/3/2006 | 1.0 | conference call with B Kenny WR Grace |
| 4/5/2006 | 0.5 | follow up emails to planning call |
| 4/10/2006 | 0.3 | emails |
| 4/14/2006 | 1.0 | planning for IT approach and timing |
| 4/17/2006 | 0.2 | Email |
| 4/20/2006 | 0.8 | IT resource planning |
| 4/26/2006 | 0.5 | call with D Lloyd PwC re planning |
| | **4.3** | **Total Grace Integrated Audit Charged Hours** |
| | **4.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: David Lloyd**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/3/2006 | 1.3 | Debrief meeting with B Kenny, B Dockman, M Brown (Grace) and B Bishop, J Newstead, R Grady and P Reinhardt (PwC) to discuss year-end results. |
| 4/6/22006 | 1.2 | Attend legal reserves meeting with L Misler (PwC) and various Grace personnel including M. Shelnitz, B Dockman and R Tarola |
|  | 1.2 | Meet with M de Guzman (PwC) on planning for the first quarter review. |
| 4/13/2006 | 1.0 | Meeting with E Bull and B Kenny (Grace) and B Bishop, J Afuang, M de Guzman (PwC) for update on internal audit activities and 404 plan for 2006. |
|  | 1.5 | Presentation on XBRL |
|  | 1.5 | Meet with B Bishop and M de Guzman (PwC) on planning for first quarter review and year-end audit. |
|  | 1.5 | Review MyClient file for first quarter review work |
| 4/17/2006 | 0.5 | Call with B Dockman and M Brown (Grace) on first quarter issues |
|  | 0.5 | Call with P Reinhardt, L Misler and E Margolius (PwC) on first quarter issues |
|  | 0.5 | Review MyClient file for first quarter review. |
| 4/18/2006 | 3.0 | Listen to GPC earnings call |
|  | 1.5 | Listen to Davison earnings call |
| 4/19/2006 | 1.5 | Meet with R Tarola (Grace), B Bishop and M de Guzman (PwC) on first quarter issues |
|  | 0.5 | Meet with B Bishop and M de Guzman (PwC) on first quarter review status. |
|  | 3.0 | Review MyClient file for first quarter review. |
| 4/20/2006 | 0.5 | Meet with M Shelnitz and R Finke (Grace) and J Afuang and M de Guzman (PwC) on legal issues update |
|  | 0.5 | Call with G Baccash, B Bishop and M de Guzman (PwC) on tax issues for the first quarter |
|  | 0.5 | Call with M McDonnell, P Reinhardt and M de Guzman (PwC) on Darex Puerto Rico issues |
|  | 3.5 | Review MyClient file for first quarter review. |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours |
|------|-------|

**Name:  Sandra David**

| Date | Hours |
|------|-------|
| 4/5/2006 | 0.5 |
| 4/12/2006 | 1.5 |
| 4/13/2006 | 1.6 |
| 4/18/2006 | 4.0 |
|  | 5.0 |
| 4/19/2006 | 4.5 |
|  | 2.2 |
|  | 1.5 |
|  | 0.8 |
| 4/20/2006 | 2.0 |
| 4/24/2006 | 0.5 |
|  | **24.1** |
|  | **24.1** |

**Description of Services Provided**

Update on year-end audit issues with senior
Planning for Q1
Review schedule request, discussion with German regarding results of quarter
Review 2nd quarter trial balance and fluctuation analysis
Earnings Call with Senior Management
Review Americas, Europe and Asia Pacific Q2 information and fluctuations
Meet with accounting staff to discuss Americas fluxes
Prepare for closing meeting with management
Q2 closing meeting with Michael Brown and German Huerta
Review final analytics for Q2
Review Q2 database step

**Total Grace Integrated Audit Charged Hours**


**Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours |
|------|-------|
| **Name: Marvin de Guzman** | |
| 4/3/2006 | 2.0 |
| | 2.0 |
| 4/6/2006 | 2.0 |
| | 2.0 |
| 4/13/2006 | 1.0 |
| | 1.0 |
| | 3.0 |
| | 3.0 |
| 4/18/2006 | 8.0 |
| 4/19/2006 | 1.4 |
| | 1.2 |
| | 0.5 |
| | 0.9 |
| 4/20/2006 | 0.5 |
| | 0.5 |
| | 1.0 |
| | 2.0 |
| | 1.0 |
| 4/21/2006 | 2.0 |
| | 1.0 |
| | 1.0 |
| | 2.0 |
| 4/24/2006 | 0.5 |
| | 1.0 |
| | 0.5 |
| | 0.5 |
| | 3.5 |
| 4/25/2006 | 0.6 |
| | 1.0 |
| | 1.0 |
| | 1.5 |
| | 1.9 |
| 4/26/2006 | 1.0 |
| | 0.5 |
| | 0.5 |
| 4/27/2006 | 2.0 |
| | 1.0 |
| 4/27/2006 | 1.0 |
| 4/28/2006 | 1.0 |
| | 1.0 |
| | 1.0 |
| | 3.0 |
| | **63.0** |

63.0

## Description of Services Provided

Read Grace's 2005 10-K for 2006 planning
Reviewed 2005 database for 2006 planning
Read 2006 Operational plan for planning
Reviewed 2005 database for 2006 planning
Discuss internal audit activities in first quarter and plan for 2006 with E Bull, B Kenny (Grace),B. Bishop,  D Lloyd and J Afuang (PwC)
Discuss quarter review and audit planning items with B. Bishop and D Lloyd
Reviewed 2005 database for 2006 planning
Working on the planning section of the database
Attend Earnings call meeting for GPC and Davison
Discuss quarter accounting and reporting issues and bankruptcy process with B Tarola (Grace), B. Bishop and D Lloyd (PwC)
Discuss quarter accounting issues (LIFO calculation and stock appreciation rights) with B. Bishop and D Lloyd (PwC)
Reviewing Q1 issues with P. Reinhardt (PwC)
Updating the issues list for discussion with B Tarola (Grace) and PwC
Discuss tax accrual process with P Woolf, G Baccash, B. Bishop and D Lloyd (PwC)
Consolidation of 2005 actual fees
Legal update meeting with M. Shelnitz (Grace), D. Lloyd and J. Afuang (PwC)
Budget preparation for 2006
Engagement letter prepartion for 2006
Reviewing 2005 integrated audit plan
Review and updating of the open items list
Coordinating integrated audit schedule plan with E. Bull (Grace)
Reviewing planning steps in the database.
Meeting with M.Brown (Grace) to discuss open items and questions
Read draft press release
Review and updating of the open items list
Call update meeting with G Baccash, and B. Bishop (PwC)
Review quarter review issues and documentation
Attend audit committee earnings release meeting
Reading the stock appreication memo
Reading the natural gas memo
Review and updating of interim rep letter
Review status of quarter review procedures and issues
Attended the town hall meeting (tone at the top)
Review status of quarter review procedures and issues
Review draft Form 10-Q
Attend pre-audit commitee meeting with B Tarola, E Bull, B Dockman (Grace), D Lloyd, and Marvin de Guzman (PwC)
Attend audit committee meeting
Review draft Form 10-Q
Reviewing guidance on natural gas hedge
Reviewing the SAR analysis
Reading through the updated bankruptcy news
Review status of quarter review procedures and issues

**Total Grace Integrated Audit Charged Hours**

**Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Daniel Spratt**

| | | |
|------|-------|--------------------------------|
| 4/24/2006 | 1.5 | First quarter tax provision review for WR Grace. |
| | 1.5 | **Total Grace Integrated Audit Charged Hours** |
| | 1.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 4/3/2006 | 2.0 | Working on the debrief presentation with Grace |
| | 1.0 | Debrief meeting with D.lloyd, B.Bishop, L.Misler, R. Grady (all PwC) B.kenny, M.Brown, B.Dockman, Internal audit (all Grace) |
| | 0.5 | Review Davison first quarter PBC |
| | 2.5 | Working on the planning section of the first quarter database |
| 4/17/2006 | 1.0 | Meeting with M. Guzman to get caught up on Grace's quarter work |
| | 1.0 | Review Davison Inventory Memo |
| | 2.0 | Reviewing Environmental spreadsheets |
| | 1.0 | Working on the planning section of the database |
| 4/18/2006 | 8.0 | Earnings call meeting for GPC and Davison |
| 4/19/2006 | 0.5 | Reviewing Q1 issues with M.Guzman (PwC) |
| | 2.0 | Reviewing the Pensions spreadsheets |
| | 2.0 | Finishing up the environmental review for the quarter |
| | 0.5 | Review agenda for M.Shelnitz meeting |
| | 1.0 | Update open items list |
| | 1.0 | Review the trial balances and flux questions |
| | 1.0 | Document the Environmental review in the database |
| 4/20/2006 | 0.5 | Update lead schedules with the new SOAR |
| | 3.0 | Working on Pensions review |
| | 0.5 | Updating the independence database and sending out confirmations |
| | 1.0 | Reviewing information received from Grace Singapore |
| | 2.0 | Reviewing the Grace portal for documenation on UK controls and evaluating their key controls |
| | 1.0 | Reviewing steps in the database |
| 4/21/2006 | 3.0 | Tying out the press release |
| | 1.0 | Reviewing the P&L flucuations |
| | 1.0 | Updating the open items list |
| | 1.0 | Reviewing the foreign flucuations |
| | 1.0 | Reviewing Self Insurance |
| | 1.0 | Documenting in the database |
| 4/24/2006 | 1.0 | Grace Australia Pension question review |
| | 1.0 | Update open items |
| | 2.0 | Tying out the press release |
| | 0.5 | Meeting with M.Brown (Grace) to discuss open items and questions |
| | 0.5 | Meeting with M.Bosseler (PwC) to discuss Journal entry testing |
| | 2.0 | Documenting the database |
| | 1.0 | Review international flucuations received |
| 4/25/2006 | 2.0 | Tying out cash flows |
| | 1.0 | Reading the stock appreciation memo |
| | 1.0 | Reading the natural gas memo |
| | 2.0 | Writing up the significant issues |
| | 1.0 | Reviewing the database |
| | 1.0 | Documenting the natural gas step |
| 4/26/2006 | 1.0 | Reviewing the SAR analysis |
| | 0.5 | Meeting with M. Bosseler (PwC) about Grace journal entry testing |
| | 2.0 | Tying out the 10-Q |
| | 1.0 | Review the balance sheet fluctuations |
| | 1.0 | Preparing the flucuations for the cash flows |
| | 1.0 | Documenting the cash flows tie out |
| | 1.5 | Documenting the completion steps |
| 4/27/2006 | 1.0 | Reading through the updated bankruptcy news |
| | 3.0 | Documenting the completion steps |
| | 1.0 | Reviewing the Management representation letter |

|  |  |  |
|---|---|---|
|  | 1.0 | Reviewing the budget and time reporting |
| 4/28/2006 | 2.0 | Documenting the completion steps |
|  | 1.0 | Reviewing guidance on natural gas hedge |
|  | 2.0 | Reviewing the database |
|  | 3.0 | Tying out the 10-Q |
|  | **81.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **81.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Maria Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/10/2006 | 1.2 | Review of 1st Quarter PBC List |
| | 2.4 | Update responsibility matrix |
| | 2.9 | Prepare materiality documentation |
| | 0.9 | Update and prepare questions for meeting with client |
| | 0.6 | Set up appointments for meeting with client |
| 4/12/2006 | 3.2 | Update quarterly checklist |
| | 0.3 | Discuss with Salena Anderson (Grace) regarding PBC list |
| | 0.8 | Discuss with Karen Russell (Grace) regarding PBC list |
| | 1.2 | Prepare agenda for discussion with meeting with Ed Bull |
| | 1.3 | Review April Financial Statements |
| | 1.7 | Review Audit committee materials |
| 4/13/2006 | 1.9 | Finish with the documentation of preliminary analytics |
| | 2.2 | Update documentation of materiality |
| | 1.0 | Meeting with Ed Bull (Grace) with Bill Bishop, David Lloyd, Marvin de Guzman (all PwC) |
| | 0.9 | Document minutes of meeting |
| | 2.5 | Document planning steps in the database |
| | 0.5 | Discussion with Karen Blood and Karen Russell (both Grace) regarding PBC lists |
| 4/17/2006 | 4.5 | Document planning steps in the database |
| | 3.5 | Set up expectations for account balance analytics |
| 4/18/2006 | 2.0 | Summarize minutes of Committee meeting |
| | 0.4 | Follow up with Eileen Burke (Grace) regarding contracts testing |
| | 2.9 | Set up expectations for account balance analytics |
| | 2.2 | Prepare agenda for legal update and organize meeting |
| 4/19/2006 | 0.6 | Set up SEC document review request |
| | 3.9 | Prepare fluxes for balance sheet accounts Co 001 and 543 |
| | 0.6 | Update open items list |
| | 2.1 | Review international fluxes |
| 4/20/2006 | 1.5 | Prepare expectations for consolidated flux |
| | 1.2 | Review planning steps in the database |
| | 3.6 | Document options and shares outstanding and EPS calculation |
| | 1.0 | Meeting with Richard Finke and Mark Shelnitz (Grace) with Marvin De Guzman (PwC) |
| | 0.8 | Discussion with Karen Russell regarding EPS calculation |
| | 0.9 | Summarize legal meeting |
| 4/21/2006 | 5.5 | Documentation and tie out of Divestment Reserve |
| | 1.0 | Documentation of legal meeting in the database |
| | 2.5 | Review income statement fluxes Co 001 and 543 and international fluxes |
| 4/24/2006 | 0.4 | Update open items list |
| | 4.0 | Review of long term incentive compensation (LTIP) tie out |
| | 0.9 | Discuss with Karen Russell (Grace) regarding LTIP payout and EPS |
| | 1.8 | Documentation of Intercompany out of balance analysis in the database |
| | 1.4 | Read and Review the press release |
| | 1.5 | Research and calculation regarding diluted earnings per share |
| 4/25/2006 | 2.5 | Review quarterly checklist prepared by the client |
| | 0.3 | Discussion with Bill Dockman and Michael Brown (Grace) regarding Whatman acquisition |
| | 0.5 | Discussion with Karen Blood regarding incentive compensation payout |
| | 1.8 | Documentation of the incentive compensation payout |
| | 2.4 | Documentation of Stock appreciation memo |
| | 1.5 | Address coaching notes in the database ie divestment reserve and planning steps |
| 4/27/2006 | 3.5 | Research on FAS 123 (R), for the stock appreciation memo documentation |
| | 1.5 | Finalize documentation on the EPS |
| | 0.4 | Discuss with Salena Anderson (Grace) regarding divestment reserve |
| | 1.4 | Document divestment reserves |
| | 0.4 | Discuss with Karen Russell (Grace) regarding LTIP |
| | 1.8 | Review steps in the database |
| 4/28/2006 | 3.9 | Work on the documentation of completion steps in the database |
| | 2.0 | Review representation letter |
| | 2.1 | Prepare and document consolidated fluxes |

| | |
|---|---|
| 101.2 | **Total Grace Integrated Audit Charged Hours** |

| | |
|---|---|
| 101.2 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Michael McDonnell**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/3/2006 | 1.0 | Planning for the Quarter |
| 4/4/2006 | 1.0 | Preparing the budget for GPC for FY 2006 |
| 4/5/2006 | 1.0 | Preparing the budget for FY 2006 for GPC |
| 4/6/2006 | 3.0 | Preparing the budget for GPC for FY 2006 |
| 4/7/2006 | 0.3 | Planning/discussions with Grace management regarding the quarter |
|  | 2.4 | Preparing the Budget for the 2006 audit and Controls work |
|  | 0.3 | Scheduling staffing for the upcoming year with HR |
| 4/19/2006 | 3.5 | Reviewing the North American (including Company 799 and 498) balance sheet fluxes, following up with GPC management. |
|  | 1.5 | reviewing the PL flux, following up with the GPC management team |
|  | 1.0 | Preparing the agenda for the review with Grace management |
|  | 1.0 | Review with GPC management and Corp Controller |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/3/2006 | 0.4 | Review 2006 Davison Q1 PBC list for completeness |
| 4/13/2006 | 2 | Perform updates in independence database and GEMS for first quarter data. Document in step "Perform required independence procedures" and mark step as complete. |
| 4/13/2006 | 1.2 | Document in step "Issue updated instructions to other locations" and mark step as complete. |
| 4/13/2006 | 2.4 | Review prior year database for testing of divestment & legal reserves. Begin tie out and analytics of Legal and Divestment Reserves |
| 4/13/2006 | 0.3 | Update first quarter open items list |
| 4/13/2006 | 2.1 | Set expectations for first quarter Long Term Incentive compensation balances. Begin documenting in step and set up analytics to put in first quarter values. |
| 4/17/2006 | 0.3 | Meet with B. Summerson (Grace) to reauthorize PwC access to SAP |
| 4/17/2006 | 1.4 | Perform worldwide accounts receivable analytics for Davison Engineered Materials. |
| 4/17/2006 | 2 | Perform worldwide accounts receivable analytics for Davison Specialty Catalysts. |
| 4/17/2006 | 1.8 | Review Davison Accounts Receivable aging schedule (company 32) for credit balances. Update documentation in step. |
| 4/18/2006 | 2.4 | Review Davison 3.31.2006 accounts receivable agings schedule. Compare balances to prior year first quarter and 12.31.05 balances. Perform analytics on buckets. |
| 4/18/2006 | 2 | Review Separations Group 3.31.2006 accounts receivable agings schedule. Compare balances to prior year first quarter and 12.31.05 balances. Perform analytics on buckets. |
| 4/18/2006 | 1 | Update 2006 PwC Grace engagement team and Grace key employee contact list. Email updated list to all PwC employees. |
| 4/19/2006 | 1.8 | Review Davison first quarter earnings call |
| 4/19/2006 | 2 | Review Davison fourth quarter earnings call |
| 4/19/2006 | 3 | Use information from earnings call to set expectations for worldwide Davison accounts receivable analytics. Begin documenting in Davison Accounts Receivable analytics step in first quarter database. |
| 4/19/2006 | 0.7 | Review first quarter trial balance |
| 4/19/2006 | 1 | Tie out Davison, Separations Group, and ART aging schedules to the trial balance. |
| 4/19/2006 | 2 | Complete divestment reserve analytics with preliminary information and put into first quarter database. |
| 4/20/2006 | 0.5 | Meeting with D. Nolte, Grace, about accounts receivable analytics questions. |
| 4/20/2006 | 1 | Obtain Accounts receivable reconciliations for Davison, ART and Separations Group. Review Tie out and agree to Trial balance. Note reconciling items. |
| 4/20/2006 | 2 | Perform worldwide accounts receivable analytics for Davison Refining Technologies. |
| 4/20/2006 | 1.4 | Perform worldwide accounts receivable analytics for Davison Separations Group. |
| 4/20/2006 | 2 | Perform worldwide accounts receivable analytics for Davison days sales outstanding. |
| 4/20/2006 | 1 | Perform worldwide accounts receivable analytics for Davison top 10 customers. |
| 4/21/2006 | 0.5 | Meet with K. Blood, Grace, to discuss incentive compensation and long term incentive compensation first quarter analysis and schedules. |
| 4/21/2006 | 2.5 | Create income statement fluctuation analysis worksheets for scoped in companies for first quarter analysis. |
| 4/21/2006 | 0.6 | Email L. Marchman, Grace, about follow up questions for first quarter accounts receivable. |
| 4/21/2006 | 0.3 | Document in step "Review the Press Release" for preparation of first quarter workpapers. |
| 4/21/2006 | 2.6 | Perform tie out of Long Term incentive compensation T-levels. Perform preliminary analytics. Document in long term incentive compensation and attach excel spreadsheet. |
| 4/21/2006 | 3 | Perform analytics on incentive compensation for first quarter. Document in step. |
| 4/22/2006 | 1 | Complete documentation of incentive compensation for first quarter and mark step as complete. |
| 4/25/2006 | 1.2 | Review email sent by J. Afuang, PwC, about Long term incentive compensation follow up questions. Review prior year database for Q1 2005 analytics. Reperform calculation and email to J. Afuang, PwC. |

| | 49.4 | **Total Grace Integrated Audit Charged Hours** |
|---|------|----|

**49.4**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/19/2006 | 2.5 | Update of Management Representation Letter, Grace Consent Letter, Grace Review Report, and Letter to CEO |
| 4/20/2006 | 2.0 | Update of Core Costs Trend Analysis through Q4 2005 in preparation for Q1 2006 numbers |
| | 1.0 | Look up environmental quarter end numbers in SAP system |
| | 4.0 | Prepare international flux spreadsheets |
| | 1.5 | Bring tailored steps into MyClient database 12/31/2006 |
| 4/21/2006 | 3.5 | Review Equity Rollforward for first quarter 2006 |
| | 4.5 | Review Self Insurance reserves for first quarter 2006 |
| 4/22/2006 | 2.5 | Begin Review of interest expense for first quarter 2006 |
| 4/24/2006 | 3.5 | Document & review environmental related interest expense for first quarter of 2006 |
| | 2.0 | Review Revolver Interest Expense for first quarter 2006 |
| | 2.5 | Review Health & Welfare account for first quarter of 2006 |
| 4/25/2006 | 8.0 | Tie-out of first quarter 2006 Press Release |
| 4/26/2006 | 8.5 | Tie-out of first quarter 2006 Press Release |
| 4/27/2006 | 4.5 | Review & document Non-Core Expenses for first quarter of 2006 |
| | 4.5 | Review & document Core Expenses for first quarter of 2006 |
| 4/28/2006 | 2.0 | Finalize review of insurance reserves / memo prepared by Karen Russell (Grace) |
| | 2.0 | Finalize review of Health & Welfare testing with IBNR data |
| | 2.5 | Update Equity Rollforward with finalized numbers |
| | 1.5 | Finalize review of core / non-core expenses with fluctuation explanations prepared by Karen Russell (Grace) |
| 4/29/2006 | 1.5 | Foot first version of 10Q for first quarter 2006 |
| | **64.5** | **Total Grace Financial Statement Audit Charged Hours** |
| | **64.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name: Lauren Misler**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 4/3/2006 | 1.0 | Meeting with Grace team members to discuss current year audit plan and point forward points to improve our audit approach and work |
| 4/7/2006 | 2.0 | Set up the GFS Audit 2006 Integrated Code for the WR Grace Audit |
| 4/17/2006 | 1.0 | Meeting with D. Lloyd (PwC), P. Reinhardt (PwC), E. Margolius (PwC) to discuss Q1 updates |
|  | 0.5 | Met with M. Brown (Grace) to discuss updates to LIFO calculation |
| 4/18/2006 | 1.0 | Update to the Davison PBC Listing |
|  | 1.3 | Review of the Accounts Receivable Aging Report |
|  | 5.7 | Review of the Inventory Obsolescence file provided by client for the first quarter |
|  | 3.0 | Attended the Davison Internal Earnings Call |
| 4/19/2006 | 2.5 | Summary of the Davison Internal Earnings Call Meeting |
|  | 2.8 | Tie out of the Davison and ART Inventory CAP |
|  | 2.6 | Tie out of the Davison and ART LIFO Calculation |
|  | 1.0 | Review of the ART LIFO memo provided by Michael Brown (Grace) |
|  | 1.1 | Initial review of the Davison trial balances |
| 4/20/2006 | 4.3 | Tie out of the GPC LIFO and Inventory Cap. Calculation |
|  | 1.1 | Discussion with Michael Brown of questions pertaining to LIFO calculation |
|  | 2.6 | Inventory Analytics |
| 4/21/2006 | 3.6 | Inventory Analytics |
|  | 2.0 | Format Balance Sheet Analytics |
|  | 0.6 | Discussion of LIFO update with Michael Brown (Grace) |
|  | 1.8 | ART Materiality calculation - for Q1 Review |
| 4/24/2006 | 2.1 | Revenue Analytics - Top 15 sales customers |
|  | 1.1 | Davison Fluctuation analysis of balance sheet and Income statement |
|  | 1.3 | Vydac Fluctuation qustions |
|  | 1.4 | ART fluctuation questions |
|  | 0.9 | Accounts receivable completion open items |
|  | 1.1 | Sales Analytics |
|  | 2.1 | Cost of Goods sold analytics |
| 4/25/2006 | 1.8 | Sales Analytics |
|  | 2.2 | Top 15 Customers Analytics |
|  | 4.0 | Analytics Research for general business movemenet |
| 4/26/2006 | 2.0 | Review of the Update to the Davison Inventory Cap calculation |
| 4/27/2006 | 2.3 | Davison balance sheet and income statement analytics |
|  | 2.3 | ART balance sheet and income statement analytics |
|  | 1.8 | Final Sales Expectations |
|  | 0.6 | Update to the Accounts Receivable footnote |
| 4/28/2006 | 3.0 | Automated Disclosure Checklist |
|  | 1.1 | Completion of the GPC LIFO tie-out |
|  | 1.2 | Completion of the Davison and ART LIFO tie out |
|  | 0.6 | Tie out of Footnote 4 support |
|  | 0.8 | Tie out of Footnote 5 support |
|  | 0.5 | Tie out of Footnote 7 support |
|  | 0.8 | Tie out of Footnote 8 support |
|  | **76.5** | **Total Grace Integrated Audit Charged Hours** |
|  | **76.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Lyndsay B Signori** | | |
| **4/21/2006** | 4.0 | Substantive Analytical procedures, North America Balance Sheet |
| **4/22/2006** | 1.0 | Substantive Analytical procedures, North America Balance Sheet |
| | 1.0 | Substantive Analytical procedures, Europe Balance Sheet |
| | 1.0 | Substantive Analytical procedures, Aisa Pac.  Balance Sheet |
| | 1.0 | Substantive Analytical procedures, Latin America  Balance Sheet |
| | 1.5 | Substantive Analytical procedures, North America P&L |
| | 1.0 | Substantive Analytical procedures, Europe P&L |
| | 1.0 | Substantive Analytical procedures,Asia Pac P&L |
| | 1.0 | Substantive Analytical procedures, Latin America  P&L |
| **4/23/2006** | 1.0 | Substantive Analytical procedures, World Wide P&L |
| | **13.5** | **Total Grace Integrated Audit Charged Hours** |
| | **13.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Nick Barrett**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/18/2006 | 5.0 | Attend Q1 earnings call. |
|  | 2.0 | Review European and Asia-Pacific fluxes and ensure all necessary information is included and appropriate. |
|  | 2.0 | Perform quarterly procedures and update as applicable in the database. |
|  | **9.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **9.0** | **Total Hours** |

WR Grace and Co.
Fee Application Preparation
Month ended April 30, 2006

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|-------|--------------------------------|-----------|--|--------------|--|
| **FEE APPLICATION PREPARATION** | | | | | | |
| | | | | | | |
| **Name: Ryan Neice** | | | | | | |
| 4/4/2006 | 1.9 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 186.20 |
| 4/5/2006 | 0.9 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 88.20 |
| 4/6/2006 | 2.3 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 225.40 |
| 4/7/2006 | 2.4 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 235.20 |
| 4/11/2006 | 0.7 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 68.60 |
| 4/13/2006 | 0.9 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 88.20 |
| 4/17/2006 | 2.6 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 254.80 |
| 4/25/2006 | 2.6 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 254.80 |
| 4/26/2006 | 1.4 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 137.20 |
| 4/28/2006 | 1.8 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 176.40 |
| | **17.5** | | | | | |
| | | | | | | |
| **Name: David Lloyd** | | | | | | |
| 4/4/2006 | 0.5 | Reviewing February fee application | $ | 355.00 | $ | 177.50 |
| | **0.5** | | | | | |
| | | | | | | |
| **Totals** | **18.0** | **Total Grace Time Tracking Charged Hours** | | | $ | **1,892.50** |