# Exhibit - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended April 30, 2006

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William Bishop | Integrated Audit | 4/13/06 | | | $ 75.32 | | Audit team lunch - Michael's Pub, Columbia, MD - D Lloyd, M de Guzman, J Afuang, L Margolius (PwC) |
| | Integrated Audit | 4/27/06 | $ 10.00 | | | | Parking for audit committee meeting |
| David Lloyd | Integrated Audit | 4/21/06 | | | | $ 72.80 | Lunch - D Lloyd, M de Guzman, J Afuang, L Keurlet and L Minier - discuss quarterly review issues |
| | Integrated Audit | 4/20/06 | $ 5.79 | | | | Mileage from office to Grace (13 miles) |
| | Integrated Audit | 4/27/06 | $ 20.92 | | | | Roundtrip mileage to audit committee meeting in Washington, DC - 47 miles |
| Marvin de Guzman | Integrated Audit | 4/5/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| | Integrated Audit | 4/13/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| | Integrated Audit | 4/18/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| | Integrated Audit | 4/19/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| | Integrated Audit | 4/20/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| | Integrated Audit | 4/21/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| | Integrated Audit | 4/24/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| | Integrated Audit | 4/25/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| | Integrated Audit | 4/26/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| | Integrated Audit | 4/28/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles* 445) |
| Lauren Minier | Integrated Audit | 4/3/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/5/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/6/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/17/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/18/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/19/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/20/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/24/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/25/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/26/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| | Integrated Audit | 4/27/06 | $ 11.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office))* 445 = $11.125 |
| Pam Reinhardt | Integrated Audit | 4/3/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/17/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/18/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/19/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/20/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/21/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/24/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/25/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/26/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/27/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| | Integrated Audit | 4/28/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * 445 = $5.34) |
| Lynda Keorlet | Integrated Audit | 4/19/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 4/20/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 4/21/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 4/24/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 4/25/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 4/26/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 4/27/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 4/28/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| Michael Mcdonnell | Integrated Audit | 4/19/2006 | $ 6.68 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 4/20/2006 | $ 2.00 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 4/21/2006 | $ 21.00 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |

| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
|---|---|---|---|---|---|---|---|
| | | $ 856.41 | $ 708.29 | - | $ 75.32 | $ 72.80 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended April 30, 2006

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William Bishop | 4/13/06 | Audit Partner | $ 75.32 | Audit team lunch - Michael's Pub, Columbia, MD - D Lloyd, M de Guzman, J Afuang, E Margolius (PwC) |
| | 4/27/06 | Audit Partner | $ 16.00 | Parking for audit committee meeting |
| | | | **$ 91.32** | |
| David Lloyd | 4/21/06 | Audit Senior Manager | $ 72.80 | Lunch - D Lloyd, M de Guzman, J Afuang, L Keorlet and L Misler - discuss quarterly review issues |
| | 4/20/06 | Audit Senior Manager | $ 5.79 | Mileage from office to Grace (13 miles) |
| | 4/27/06 | Audit Senior Manager | $ 20.92 | Roundtrip mileage to audit committee meeting in Washington, DC - 47 miles |
| | | | **$ 99.51** | |
| Marvin de Guzman | 4/6/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 4/13/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 4/18/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 4/19/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 4/20/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 4/21/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 4/24/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 4/25/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 4/26/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 4/28/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | | | **$ 329.30** | |
| Lauren Misler | 4/3/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/5/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/6/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/17/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/18/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/19/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/20/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/24/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/25/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/26/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | 4/27/06 | Audit Senior | $ 11.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.445 = $11.125 |
| | | | **$ 122.38** | |
| Pam Reinhardt | 4/3/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/17/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/18/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/19/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/20/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/21/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/24/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/25/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/26/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/27/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 4/28/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | | | **$ 58.74** | |
| Lynda Keorlet | 4/19/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 4/20/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 4/21/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 4/24/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 4/25/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 4/26/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 4/27/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 4/28/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | | | **$ 125.49** | |
| Michael Mcdonnell | 4/19/2006 | Audit Associate | $ 6.68 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 4/20/2006 | Audit Associate | $ 2.00 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 4/21/2006 | Audit Associate | $ 21.00 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | | | **$ 29.68** | |
| | | **Grand Total** | **$ 856.41** | |