## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: |
| | ) | Hearing Date: |

### SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL & ROONEY PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

Name of Applicant:                                  Buchanan Ingersoll & Rooney PC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                            June 1, 2006 through
                                                    June 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $ 1,948.00

Amount of Expenses Reimbursement:                   $ 1,371.45

This is a: X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] Buchanan Ingersoll & Rooney PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the designation of Edward Westbrook, who was appointed Lead Special counsel to the ZAI Claimants by Order dated August 26, 2002. That Order made the appointment of counsel to the ZAI Claimants retroactive to July 22, 2002.

| Application | Period Covered | Date filed | CNO filed | Fees Sought | Expenses Sought | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|---|---|
| 1st Monthly | Sept. 24 through Oct. 31, 2004 | 11/29/04 (7044) | 2/9/05 | $13,472.00 | $74.40 | No objections served on counsel | No objections served on counsel |
| 2nd Monthly | November, 2004 | 1/12/05 (7528) | 2/14/05 | $5,765.00 | $2,317.07 | No objections served on counsel | No objections served on counsel |
| 3rd Monthly | December, 2004 | 5/4/05 (8366) | 6/28/05 | $5,815.50 | $1,542.81 | No objections served on counsel | No objections served on counsel |
| First Quarterly | September 24, 2004 through December 31, 2004 | 8/12/05 (9187) | | $25,052.50 | $3,934.28 | No objections served on counsel | No objections served on counsel |
| 4th Monthly | January, 2005 | 5/4/05 (8367) | 7/7/05 | $6,297.00 | $4,167.75 | No objections served on counsel | No objections served on counsel |
| 5th Monthly | February, 2005 | 5/4/05 (8368) | 7/7/05 | $6,066.50 | $698.29 | No objections served on counsel | No objections served on counsel |
| 6th Monthly | March, 2005 | 5/4/05 (8369) | 7/7/05 | $1,128.00 | $47.64 | No objections served on counsel | No objections served on counsel |
| Second Quarterly | January - March 2005 | 8/12/05 (9188) | | $13,491.50 | $4,913.68 | No objections served on counsel | No objections served on counsel |
| 7th Monthly | April, 2005 | No application filed | n/a | n/a | n/a | No objections served on counsel | No objections served on counsel |
| 8th Monthly | May, 2005 | 8/9/05 (9155) | 9/14/05 | $3,835.00 | $508.16 | No objections served on counsel | No objections served on counsel |
| 9th Monthly | June, 2005 | 8/9/05 (9157) | 9/14/05 | $2,737.00 | $1,102.30 | No objections served on counsel | No objections served on counsel |
| Third Quarterly | April - June 2005 | 9/28/05 (9524) | | $6,332.00 | $1,610.46 | No objections served on counsel | No objections served on counsel |
| 10th Monthly | July 2005 | 9/13/05 (9416) | 10/18/05 | $477.50 | $110.56 | No objection | No objection |

2

| | | | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|---|---|
| 11th Monthly | August 2005 | 9/14/05 (9417) | 10/18/05 | $5,127.50 | $3,184.52 | No objection served on counsel | No objection served on counsel |
| 12th Monthly | September 2005 | 12/27/05 (11437) | 2/15/06 | $7,404.50 | $1,110.57 | No objection served on counsel | No objection served on counsel |
| Fourth Quarterly | July-September 2005 | 2/20/06 (11861) | | $13,009.50 | $4,385.83 | No objections served on counsel | No objections served on counsel |
| 13th Monthly | October 2005 | 12/27/05 (11441) | 2/15/06 | $2,729.00 | $0.00 | No objection served on counsel | No objection served on counsel |
| 14th Monthly | November 2005 | 1/20/06 (11598) | 2/16/06 | $1,948.00 | $754.67 | No objection served on counsel | No objection served on counsel |
| 15th Monthly | December 2005 | 1/20/06 (11599) | 2/16/06 | $4,906.00 | $313.37 | No objection served on counsel | No objection served on counsel |
| Fifth Quarterly | October-December 2005 | 3/8/06 (11995) | | $9,583.00 | $1,068.04 | No objection served on counsel | No objection served on counsel |
| 16th Monthly | January 2006 | 2/16/06 (11832) | 3/9/06 | $4,966.00 | $366.26 | No objection served on counsel | No objection served on counsel |
| 17th Monthly | February 2006 | 3/14/2006 (12050) | 4/17/06 | $5,248.00 | $417.58 | No objection served on counsel | No objection served on counsel |
| 18th Monthly | March 2006 | 4/17/2006 (12246) | 5/8/06 | $5,504.00 | $923.11 | No objection served on counsel | No objection served on counsel |
| 19th Monthly | April 2006 | 5/18/2006 (12451) | 6/12/06 | $2,232.00 | $171.37 | No objection served on counsel | No objection served on counsel |
| 20th Monthly | May 2006 | 6/16/2006 (12652) | 7/21/06 | $2,968.00 | $413.59 | No objection served on counsel | No objection served on counsel |

This is the twenty-first application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $480.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $320.00 | 2.9 | $928.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $200.00 | 5.1 | $1,020.00 |
| TOTALS | | | | | 8.0 | $1,948.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 5.8 | $1,244.00 |
| 20 - Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 2.2 | $704.00 |
| TOTALS | 8.0 | $1,948.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Messenger Service | $1,293.72 |
| Copying - In-house ($0.07 per page) | $45.71 |
| Postage for fee applications | $19.14 |
| On-line Search Service (CM/ECF) | $12.88 |
| Total | $1,371.45 |

Dated: July 21, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Margaret M. Manning*
Margaret M. Manning (No. 4183)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **Hearing Date:** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL & ROONEY PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>JUNE 1, 2006 THROUGH JUNE 30, 2006</u>**

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

July 19, 2006
Invoice No. 9921464

**For Legal Services Rendered in Connection With:**

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #0051677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 06/05/06 | W.D. Sullivan | 0.30 | 96.00 | Review miscellaneous pleadings filed by Debtors |
| 06/12/06 | I. D. Lindley | 1.60 | 320.00 | Prepare and attention to filing, service of certificates of no objection for BIPC's April 2006 fee application (0.8) and Scott Law Group's March 2006 fee application (0.8). |
| 06/14/06 | I. D. Lindley | 1.50 | 300.00 | Draft Notice of Hearing for Scott Law Group's 20th Quarterly Fee Application (0.4) Review and revise draft application and attention to preparation of exhibits (1.1) |
| 06/15/06 | W.D. Sullivan | 0.30 | 96.00 | Review miscellaneous pleadings filed with Court |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

```
ZAI PLAINTIFFS                                      July 19, 2006
W.R. GRACE                                          Invoice No. 9921464
Ref. No. 0051677-000001                             Page    2

06/16/06  I. D. Lindley        2.00      400.00    Draft BIPC's May 2006
                                                    fee application (1.6),
                                                    review same with W.
                                                    Sullivan (0.1) and
                                                    attention to filing and
                                                    service of same.  (0.3)
06/16/06  W.D. Sullivan        0.30       96.00    Review agenda for
                                                    hearing; review
                                                    proposed fee
                                                    application order and
                                                    certification of counsel
06/16/06  W.D. Sullivan        0.20       64.00    Review and approve B.I.
                                                    fee application for
                                                    filing
06/19/06  W.D. Sullivan        1.50      480.00    Attend hearing on
                                                    status of case and
                                                    mediation
06/22/06  W.D. Sullivan        0.30       96.00    Review and approve for
                                                    filing Scott Law Group
                                                    20th Quarterly Fee
                                                    Application, and Notice
                                                    thereof


                       Total Hours             8.00

                            Total Legal Services       $1,948.00


Disbursements

05/01/06   On-Line Search Service Pacer                    1.00       9.52
05/08/06   On-Line Search Service Pacer                    1.00       3.36
05/19/06   Messenger/Delivery Service PARCELS, INC.        1.00     492.78
06/12/06   Photocopies I. D. Lindley                     264.00      18.48
06/12/06   Postage                                        22.00      19.14
06/16/06   Photocopies I. D. Lindley                       6.00       0.42
06/16/06   Photocopies I. D. Lindley                     330.00      23.10
06/22/06   Photocopies I. D. Lindley                      53.00       3.71
06/22/06   Messenger/Delivery Service Parcels, Inc.        1.00     170.00
06/22/06   Messenger/Delivery Service Parcels, Inc.        1.00      18.00
06/22/06   Messenger/Delivery Service Parcels, Inc.        1.00      18.00
06/22/06   Messenger/Delivery Service Parcels, Inc.        1.00      18.00
06/22/06   Messenger/Delivery Service Parcels, Inc.        1.00     402.12
06/22/06   Messenger/Delivery Service Parcels, Inc.        1.00     174.82
```

```
ZAI PLAINTIFFS                                    July 19, 2006
W.R. GRACE                                        Invoice No. 9921464
Ref. No. 0051677-000001                           Page    3
```

|  |  |
|---|---|
| Disbursements | $1,371.45 |
| Total Due this Invoice | $3,319.45 |

```
ZAI PLAINTIFFS                                    July 19, 2006
W.R. GRACE                                        Invoice No. 9921464
Ref. No. 0051677-000001                           Page    4
```

* * * * *   ATTORNEY SUMMARY   * * * * *

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| William D. Sullivan | 2.90 | 320.00 | 928.00 |
| I. D. Lindley | 5.10 | 200.00 | 1,020.00 |
| Total All Attorneys | 8.00 |  | 1,948.00 |