## CERTIFICATE OF SERVICE

I, Margaret M. Manning, hereby certify that I caused a true and correct copy of the

foregoing *Application of Buchanan Ingersoll PC for Compensation for Services and*

*Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from June 1, 2006*

*through June 30, 2006* to be served the upon those parties identified on the attached service list

via hand delivery or US Mail.

Dated: July 21, 2006                                    /s/    *Margaret M. Manning*
                                                       Margaret M. Manning (#4183)