IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W. R. Grace & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JFK)<br>Jointly Administered<br><br>Re: Docket Nos. 9301, 11023, 11403 |

## LAW OFFICES OF MATTHEW BERGMAN CLAIMANTS' GENERAL OBJECTIONS AND RESPONSES TO DEBTORS' ASBESTOS PERSONAL INJURY QUESTIONNAIRE

All claimants represented by the Law Offices of Matthew Bergman, a Professional Services Corporation, hereby makes the following general objections to debtors' "standard questionnaire" to personal injury claimants:

1. Claimants object to the jurisdiction of this Court and that of the United States Bankruptcy Court for the District of Delaware. By filing these answers and objections, claimants do not submit to these Courts' jurisdiction, and reserve all objections to such jurisdiction.

2. Claimants object to the questionnaire to the extent that it seeks information broader or more extensive than that properly discoverable in the cases in the tort system in which claimants are seeking, or have sought, compensation for the injuries in question. Since state law governs claimants' claims, information that would not be discoverable under state law is likewise not discoverable in this proceeding.

3. Claimants hereby incorporate, as additional objections, all objections and arguments set forth in any other parties or committees' objections.

4. Claimants object to this questionnaire pursuant to Fed. R. Civ. Proc. 26(b)(2), on the ground that it is unduly burdensome, and that the burden and expense of providing this

LAW OFFICES OF MATTHEW BERGMAN CLAIMANTS'
GENERAL OBJECTIONS AND RESPONSES TO DEBTORS'
ASBESTOS PERSONAL INJURY QUESTIONNAIRE- 1
V:\Defendants\WR Grace\W. R. Grace - General Objections\PLD_General Objections and Responses to Debtors' Standard Questionnaire.doc

LAW OFFICES OF
MATTHEW BERGMAN
P.O. BOX 2010, 17530 VASHON HIGHWAY SW
VASHON, WA 98070
TELEPHONE: 206.463.4264
FACSIMILE: 206.463.4470

1. information outweighs its likely benefit in any permissible bankruptcy estimation proceeding.

2. 5. Claimants object to any part of the questionnaire that seeks production of confidential information such as settlements with other defendants.

Subject to and without waiving these objections, all Law Offices of Matthew Bergman claimants have answered the questionnaire by attaching the interrogatory answers and other discovery products filed by claimants in the case filed by claimant in the tort system. All of the information within claimants' knowledge that is responsive to the questionnaire is contained in these interrogatory answers and their exhibits. Cf. Fed. R. Civ. Proc. 33(d) and 26(b)(2). These answers were submitted to the Claims Processing Agent.

RESPECTFULLY SUBMITTED this 20 day of July, 2006.

LAW OFFICES OF MATTHEW BERGMAN

By_____
Matthew P. Bergman, WSBA #20894
P.O. Box 2010
17530 Vashon Hwy S.W.
Vashon, WA 98070
(206) 957-9510
(206) 463-4470 - fax

Attorneys for Claimant

LAW OFFICES OF MATTHEW BERGMAN CLAIMANTS'
GENERAL OBJECTIONS AND RESPONSES TO DEBTORS'
ASBESTOS PERSONAL INJURY QUESTIONNAIRE- 2
V:\Defendants\WR Grace\W. R. Grace - General Objections\PLD_General Objections and Responses to Debtors' Standard Questionnaire.doc

LAW OFFICES OF
MATTHEW BERGMAN
P.O. BOX 2010, 17530 VASHON HIGHWAY SW
VASHON, WA 98070
TELEPHONE: 206.463.4264
FACSIMILE: 206.463.4470