IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 01-01139 |
| W.R. GRACE & CO., *et al.*, ) | Jointly Administered |
| ) | related to 12644 |
| Debtors. ) | Chapter 11 |

**ORDER GRANTING THE IOWA DEPARTMENT OF REVENUE'S
MOTION FOR LEAVE TO FILE LATE CLAIM**

Upon consideration of the Iowa Department of Revenue's Motion for Leave to File Late Claim; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Iowa Department of Revenue is granted leave to file a proof of claim for 1990 and 1994 income taxes and that such claim be deemed timely filed.

Dated: July 25, 2006
Wilmington, Delaware

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge