IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **NO ORDER REQUIRED** |
| | ) |
| | ) **Rel. D.I. 12720** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 12720

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twenty-Eighth Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the Period May 1, 2006 through May 31, 2006 (the "Application") [Docket No. 12720] filed on June 28, 2006.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 18, 2006, 2006, 2006 at 4:00 p.m.

DM3\383255.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation ($117,117.20) and one hundred percent (100%) of expenses ($965.43) without further order from the court.

Dated: July 25, 2006
      Wilmington, DE

*[signature]*

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302)-657-4900
Facsimile:  (302)-657-4901
Email:  mlastowski@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*