# SIGN-IN-SHEET

**CASE NAME:**  W.R. Grace

**CASE NO.:**  01-1139(JKF)

**COURTROOM LOCATION: Courtroom #1**

**DATE: July 24, 2006 @2:00p.m.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Martin Dies | Dies & Hile | PD Committee |
| Theodore Tacconelli | Ferry Joseph & Pearce | " |
| Richard Paulco | Ashby & Geddes | National Union Fire Ins. Co. of Pittsburgh |
| Ken Pasquale | Stroock + Stroock + Lavan LLP | VCC |
| Lewis Kruger | " | " |
| Michaella Masteski | Drane Morris LLP | " |
| Alex Mueller | Reades & Maynd LLP | London Market Insurers |
| Amanda M. Winfree | Ashby + Geddes | Macerich |
| Elisa Alcabes | Simpson Thacher Bartlett LLP | Travelers |
| Tiffany Strelow Cobb | Vorys Sater Seymour and Pease LLP | The Scotts Company |
| Mark Plevin | CARM LLC | Arrowood (CNA) |
| Jeffrey Wisler | Connolly Bove | Maryland Casualty |
| Frank Mauro | Nongard Manes LLP | Century Industry |
| Marc S. Casarino | White and Williams LLP | Century Industry |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN-SHEET**

**CASE NAME: W.R. Grace**

**COURTROOM LOCATION: Courtroom #1**

**CASE NO.:    01-1139(JKF)**

**DATE: July 24, 2006 @2:00p.m.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Hughes | Nutter Rice LLC | telephonic appearance Nutter Rice Claimants |
| Laura Mullick | Mama Schloamer Woffron | Local pastanial and nutler Rice Yourd |
| Jacob Cohn | Cozen O'Connor | Fed Rail Insdo |
| J Marigan | JP Morgan | |
| Elihu Inselbuch | Caplin & Drysdale | Asbestos PI Committee |
| Peter Lockwood | " | = |
| Jeffrey Liesemer | " | = |
| Roger Frankel | Orrick Herrington | Future Claims Rep. |
| Joseph Kagefeld | Ocm Z,FF | |
| Scott Baena | Bilzin Sumberg | PD Committee |
| Jay Sakalo | " | " , " |
| Mark T. Hurford | Campbell + Levine | ACC / UF |
| Philip Bentzey | Kramer Levin | EQUITY COMMITTEE |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN-SHEET**

**CASE NAME:** W.R. Grace

**COURTROOM LOCATION: Courtroom #1**

**CASE NO.:** 01-1139(JKF)

**DATE: July 24, 2006 @2:00p.m.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Kleeder | UST | UST |
| Robert W Phillips | SimmonsCooper LLC | SimmonsCooper Claimants |
| Darrell W Scott | The Scott Law Group P.S. | ZAI Claimants |
| Sonny Essmann | SBEP | various firm |
| James O'Neill | PB&JW | Grace |
| Jan Baer | Kirkland Ellis LLP | " |
| David Bernick | " | " |
| Michelle Browdy | " | " |
| Mark Shelnitz | W. R. Grace & Co. | " |
| Tom Geoflo | Reed Smith | " |
| Andrew Craig | Cyber Buk | Allstate Ins. Co |
| Tom Warren | Stevens + Lee | Fireman's Fund |
| Curtis Platzer | Riker Danzig Scheer | Prudential |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

SIGN-IN SHEET

CASE NAME: W. R. Grace

CASE NO.: 01-1139 (JKF)

COURTROOM NO.: 1

DATE: 7/24/06

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Dan Glosberg | Goodwin Procter | CNA Insurance |
| David Premack | Drinker Biddle & Reath | One Beacon, Seaton Ins. Co. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

Court Conference

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 07/24/2006
Calendar Time: 02:00 PM

Operator: Angell



| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1422550 | Robert Tarola | 410-531-4185 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1422571 | Alfred Festa | 410-531-4405 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1422613 | Jay Hughes | 617-498-2826 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1422305 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Official Committee of Asbestos Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1423089 | Richard Mansouri | 212-527-7366 | Para Partners | Para Partners / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1411979 | Sara Gooch | 212-933-3180 | Bank of America Securities | Bank of America Securities / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1412901 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Share Holder for W. R Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1365021 | Robert Guttman (ext. 637) | 212-223-0400 | Zeichner Ellman & Krause, LLP | AIG / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1363039 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1370288 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1422459 | David Siegel | 800-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1419872 | Joshua Katz | 631-531-4682 | Hamilton, Rabinovitz & Alshuler | Expert for Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1419983 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1420026 | Richard M. Park | 213-896-6510 | Sidley Austin (900873) | Federal-Mogul / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1420311 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Co-Counsel to the Libby Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1420324 | Daniel C. Cohn | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Co-Counsel to the Libby Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1420417 | Alan Median | 202-973-9878 | LECG | Asbestos Property Damage Committee / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1420450 | Christina J. Kang | 212-478-7410 | Hahn & Hessen | State of California Department of General Service / LIVE |

| ID | Name | Company | Case | Type | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| 1421074 | Andrew Chan | W. R. Grace & Co. | 01-01139 | Hearing | 212-526-4503 | Lehman Brothers | Lehman Brothers / LISTEN ONLY |
| 1421078 | Stuart Kovensky | W. R. Grace & Co. | 01-01139 | Hearing | 201-541-2121 | GK Capital | GK Capital / LISTEN ONLY |
| 1421091 | David J. Parsons | W. R. Grace & Co. | 01-01139 | Hearing | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LIVE |
| 1421097 | Martin Dies | W. R. Grace & Co. | 01-01139 | Hearing | 512-476-4994 | Dies & Hile LLP | Property Damage Committee / LIVE |
| 1421123 | Oliver Butt | W. R. Grace & Co. | 01-01139 | Hearing | 212-270-3228 | JP Morgan Chase Bank | JP Morgan Chase / LISTEN ONLY |
| 1421212 | Sal Bianca | W. R. Grace & Co. | 01-01139 | Hearing | 312-861-2248 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| 1421225 | Theodore Freedman | W. R. Grace & Co. | 01-01139 | Hearing | 212-446-4800 | Kirkland & Ellis, LLP | W. R. Grace & Co. / LIVE |
| 1421534 | Brian L. Kasprzak | W. R. Grace & Co. | 01-01139 | Hearing | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, P.C | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| 1421539 | Oscar Mockridge | W. R. Grace & Co. | 01-01139 | Hearing | 212-303-9499 | Halcyon Asset Management, LLC | Halcyon Asset Management, LLC / LISTEN ONLY |
| 1421659 | Mark Plevin | W. R. Grace & Co. | 01-01139 | Hearing | 202-624-2689 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| 1421568 | Leslie A. Epley | W. R. Grace & Co. | 01-01139 | Hearing | 202-624-2500 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| 1421967 | Marti Murray | W. R. Grace & Co. | 01-01139 | Hearing | 212-582-5505 | Murray Capital Management, Inc. | Murray Capital Management, Inc. / LIVE |
| 1422311 | John Walters | W. R. Grace & Co. | 01-01139 | Hearing | 515-281-6427 | Department of Revenue Services-State o | Iowa Department of Revenue / LIVE |
| 1422425 | Paul J. Norris | W. R. Grace & Co. | 01-01139 | Hearing | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| 1395740 | Simon Porter | W. R. Grace & Co. | 01-01139 | Hearing | 212-756-3352 | First Manhattan | Investor / LISTEN ONLY |
| 1419576 | Carl Pernicone | W. R. Grace & Co. | 01-01139 | Hearing | 212-490-3000 | Wilson, Elser, Moskowitz, Edelman & D | Royal Insurance / LISTEN ONLY |
| 1419646 | James M. Hughes | W. R. Grace & Co. | 01-01139 | Hearing | 843-216-9133 | Motley Rice, LLC | American Legion, State of Washington, et al / LIVE |
| 1419520 | David Liebman | W. R. Grace & Co. | 01-01139 | Hearing | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| 1419522 | Jacob C. Cohn | W. R. Grace & Co. | 01-01139 | Hearing | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| 1418710 | Alex Jachimiwh | W. R. Grace & Co. | 01-01139 | Hearing | 212-703-2134 | Venor Capital | Venor Capital / LIVE |
| 1418659 | Kenneth Thomas | W. R. Grace & Co. | 01-01139 | Hearing | 707-553-9617 | Kenneth Thomas | Pro Se, Kenneth Thomas / LISTEN ONLY |
| 1418540 | Guy Baron | W. R. Grace & Co. | 01-01139 | Hearing | 212-301-8312 | Dune Capital Management | Investor / LISTEN ONLY |
| 1418230 | Stephanie Kwong | W. R. Grace & Co. | 01-01139 | Hearing | 212-608-7465 | Korn Capital, LLC | Investor / LISTEN ONLY |
| 1418120 | Barbara Seniawski | W. R. Grace & Co. | 01-01139 | Hearing | 212-455-3835 | Simpson Thacher & Bartlett LLP (9040 | Travelers Casualty Insurance Company / LISTEN ONLY |
| 1418124 | Andrew Craig | W. R. Grace & Co. | 01-01139 | Hearing | 973-734-3200 | Cuyler Burk, LLP | Allstate Insurance Company / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | | | Ford & Martin | 212-269-4800 | Continental Casualty Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1418140 | Elizabeth DeCristofaro | | | |
| W. R. Grace & Co. | 01-01139 | Hearing | 1418111 | Andy Chiang | Linden Advisors, LP | 646-840-3537 | Linden Advisors, LP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1414805 | John O'Connell | The Blackstone Group | 212-583-5677 | Financial Advisor to the Debtor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1419633 | Arlene Krieger | Stroock & Stroock & Lavan, LLP (New Y | 212-806-5544 ext. 00 | Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1419799 | Debra Felder | Orrick, Herrington & Sutcliffe (CC-2041 | 202-339-8567 | David T. Austern The Future Claimants Rep. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1419828 | Matthew Kramer | Bilzin, Sumberg, Baena, Price & Axelrod | 305-350-7246 | Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1419892 | Stephen B. Vogel | Willkie Farr & Gallagher LLP | 212-728-8961 ext. 00 | DK Acquisition Partners / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1419962 | Joseph Radecki | Piper Jaffray & Co. | 212-284-9588 | Financial Advisor for the FCR / LISTEN ONLY |

Raymond Reyes

CourtConfCal