**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Obj. Deadline: August 14, 2006 |

**THIRTY-EIGHTH APPLICATION OF THE BLACKSTONE GROUP L.P. AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| | | |
|---|---|---|
| Name of Applicant: | The Blackstone Group L.P. | |
| Authorized to Provide Professional Services to: | Debtors | |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 | |
| Period for which compensation and reimbursement is sought: | January 1, 2006 through January 31, 2006 | |
| Amount of Compensation sought as actual, reasonable and necessary: | Total<br>$50,000.00 | (Holdback (@ 20%)<br>($10,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,369.41 | |

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | $525,000.00 | $2,833.02 |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | $525,000.00 | $22,009.84 |

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| November 24, 2004 | October 2004 | $175,000.00 | $3,635.27 | $175,000.00 | $3,635.27 |
| January 24, 2005 | November 2004 | $175,000.00 | $4,369.47 | $175,000.00 | $4,369.47 |
| January 24, 2005 | December 2004 | $175,000.00 | $1,129.94 | $175,000.00 | $1,129.94 |
| March 4, 2005 | January 2005 | $175,000.00 | $2,347.64 | $175,000.00 | $2,347.64 |
| May 19, 2005 | February 2005 | $175,000.00 | $742.42 | $175,000.00 | $742.42 |
| May 19, 2005 | March 2005 | $175,000.00 | $1,106.33 | $175,000.00 | $1,106.33 |
| August 19, 2005 | April 2005 | $100,000.00 | $3,082.08 | $100,000.00 | $3,082.08 |
| August 19, 2005 | May 2005 | $50,000.00 | $1,709.38 | $50,000.00 | $1,709.38 |
| August 19, 2005 | June 2005 | $50,000.00 | $2,917.10 | $50,000.00 | $2,917.10 |
| May 8, 2006 | July 2005 | $75,000.00 | $2,289.24 | $75,000.00 | $2,289.24 |
| May 8, 2006 | August 2005 | $50,000.00 | $2,304.36 | $50,000.00 | $2,304.36 |
| May 8, 2006 | September 2005 | $25,000.00 | $679.00 | $25,000.00 | $679.00 |
| June 21, 2006 | October 2005 | $100,000.00 | $786.97 | -- | -- |
| June 21, 2006 | November 2005 | $100,000.00 | $1,854.08 | -- | -- |
| June 21, 2006 | December 2005 | $100,000.00 | $488.35 | -- | -- |
| | January 2006 | $50,000.00 | 1,369.41 | -- | -- |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 14, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The Blackstone Group®

July 18, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of January 1, 2006 through January 31, 2006: | | $ | 50,000.00 |
| Less a 20% holdback pursuant to the Court's Adminsitrative Order: | | | (10,000.00) |
| Out-of-pocket expenses processed for the period through January 31, 2006:[1] | | | |
| Airfare | $ 315.40 | | |
| Ground Transportation | 110.00 | | |
| Communications | 320.00 | | |
| Lodging | 209.43 | | |
| Research | 414.58 | | 1,369.41 |
| **Total Amount Due** | | **$** | **41,369.41** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 10234

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 10234**

| | GL Detail Jan-06 | Total Expenses |
|---|---|---|
| Airfare | $ 315.40 | **$ 315.40** |
| Ground Transportation - Railroad | 110.00 | **110.00** |
| Communications - Teleconferencing | 320.00 | **320.00** |
| Lodging | 209.43 | **209.43** |
| External Research - Thomson | 270.60 | **270.60** |
| External Research - Dow Jones | 143.98 | **143.98** |
| **Total Expenses** | **$ 1,369.41** | **$ 1,369.41** |

| | |
|---|---|
| **Airfare** | **$ 315.40** |
| **Ground Transportation** | **110.00** |
| **Communications** | **320.00** |
| **Lodging** | **209.43** |
| **Research** | **414.58** |
| **Total Expenses** | **$ 1,369.41** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through January 31, 2006**
**Invoice No. 10234**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| **Airfare** | | | |
| O'Connell (travel agency fee for booking of flight to Boston, MA dated 02/14/05 | 12/12/05 | 20.00 | |
| O'Connell (one-way coach class fight to Boston, MA from Queens, NY) | 12/14/05 | 137.70 | |
| Zilly (travel agency fee for booking of flight to Boston, MA dated 12/14/05 | 12/12/05 | 20.00 | |
| Zilly (one-way coach class flight to Boston, MA from Queens, NY) | 12/14/05 | 137.70 | |
| | **Subtotal - Airfare** | | $ **315.40** |
| **Ground Transportation - Railroad** | | | |
| Zilly (one-way trip to New York, NY from Baltimore, MA) | 12/15/05 | 110.00 | |
| | **Subtotal - Ground Transportation - Railroad** | | **110.00** |
| **Communications - Teleconferencing** | | | |
| O'Connell | 11/01/05 | 120.00 | |
| O'Connell | 11/17/05 | 200.00 | |
| | **Subtotal - Communications - Teleconferencing** | | **320.00** |
| **Lodging** | | | |
| Zilly (1 day hotel stay in Columbia, MD) | 12/14/05 - 12/15/05 | 209.43 | |
| | **Subtotal - Lodging** | | **209.43** |
| **External Research - Thomson** | | | |
| Munfa (online database research) | 12/11/05 - 12/17/05 | 270.60 | |
| | **Subtotal - External Research - Thomson** | | **270.60** |
| **External Research - Dow Jones** | | | |
| Munfa (online database research) | 12/11/05 - 12/17/05 | 143.98 | |
| | **Subtotal - External Research - Dow Jones** | | **143.98** |
| | **Total Expenses** | | **$ 1,369.41** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 42.7 |
| Jamie O'Connell | Associate | 29.8 |
| JP Munfa | Analyst | 2.0 |
| | **Total** | **74.5** |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/03/06 | 1.0 | Business Analysis | Review cash flow forecasts |
| Jamie O'Connell | 01/05/06 | 1.0 | Business Analysis | Analysis of BASF takeover bid for Engelhard |
| Pamela Zilly | 01/05/06 | 1.0 | Business Analysis | Review financial analyses |
| Pamela Zilly | 01/06/06 | 0.5 | Business Analysis | Review BASF material |
| Pamela Zilly | 01/15/06 | 1.0 | Business Analysis | Review Monthly Operating reports |
| Pamela Zilly | 01/19/06 | 0.8 | Business Analysis | Read memo and analysis re: investment options |
| Jamie O'Connell | 01/20/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 01/23/06 | 0.5 | Business Analysis | Call with management regarding cash and short-term investments |
| Pamela Zilly | 01/23/06 | 0.8 | Business Analysis | Call with E. Filon, R. Tarola re: investment options |
| Jamie O'Connell | 01/27/06 | 1.0 | Business Analysis | Analysis of Delphi trade claims pricing with respect to Grace A/R due from Delphi |
| Jamie O'Connell | 01/27/06 | 0.5 | Business Analysis | Call with G. Young of Grace regarding business update |
| | | **8.6** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/08/06 | 0.5 | Case Administration | Read various motions including Modification of Hearing Dates |
| | | **0.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/05/05 | 0.5 | Claims Analysis Objection/Resolution | Review correspondence re: GAF claims |
| Pamela Zilly | 01/06/06 | 1.0 | Claims Analysis Objection/Resolution | Review materials re: Port Authority Settlement |
| Pamela Zilly | 01/13/06 | 0.2 | Claims Analysis Objection/Resolution | Read Debtors' Reply in Opposition to Motion for Summary Judgment (Pearson |
| Pamela Zilly | 01/13/06 | 0.3 | Claims Analysis Objection/Resolution | Read Debtors" Objection to Anderson Memorial Motion for Relief from Automatic Stay |
| | | **2.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/04/06 | 0.5 | Committee | Draft correspondence to financial advisor group regarding 2006 Operating Plan review |
| Jamie O'Connell | 01/09/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding miscellaneous matters |
| Jamie O'Connell | 01/12/06 | 0.5 | Committee | Coordinate 2006 Operating Plan review with financial advisors and management |
| Jamie O'Connell | 01/17/06 | 0.5 | Committee | Coordinate 2006 Operating Plan review with financial advisors and management |
| Jamie O'Connell | 01/30/06 | 0.5 | Committee | Correspondence with financial advisors to various creditor committees |
| | | 2.3 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/06 | 0.5 | Financing | Review materials related to DIP renewal |
| Jamie O'Connell | 01/03/06 | 1.0 | Financing | Calls with Grace management regarding DIP renewal |
| Jamie O'Connell | 01/03/06 | 1.0 | Financing | Call with Grace management and Bank of America personnel regarding DIP renewal |
| JP Munfa | 01/03/06 | 1.0 | Financing | Calls with Grace management regarding DIP renewal |
| JP Munfa | 01/03/06 | 1.0 | Financing | Call with Grace management and Bank of America personnel regarding DIP renewal |
| Pamela Zilly | 01/03/06 | 0.5 | Financing | Call with E. Filon re: DIP renewal |
| Pamela Zilly | 01/03/06 | 0.5 | Financing | Preparatory call with R. Tarola, E. Filon re: DIP renewal |
| Pamela Zilly | 01/03/06 | 1.0 | Financing | Call with Bank of America re: DIP renewal |
| Pamela Zilly | 01/03/06 | 0.6 | Financing | Call with E. Filon re: DIP renewal |
| Pamela Zilly | 01/09/06 | 1.0 | Financing | Review analysis for DIP renewal provisions |
| Jamie O'Connell | 01/10/06 | 0.5 | Financing | Call with management and Bank of America personnel regarding DIP renewal |
| Pamela Zilly | 01/10/06 | 1.0 | Financing | Call with E. Filon re: DIP |
| Pamela Zilly | 01/12/06 | 1.0 | Financing | Review correspondence on DIP renewal issues |
| Pamela Zilly | 01/20/06 | 1.2 | Financing | Review DIP term sheet |
| Jamie O'Connell | 01/21/06 | 1.5 | Financing | Review of DIP renewal materials and comparable DIP terms |
| Jamie O'Connell | 01/22/06 | 0.5 | Financing | Call with R. Lapidaro of Grace regarding DIP renewal |
| Jamie O'Connell | 01/23/06 | 0.5 | Financing | Call with management regarding DIP renewal |
| Jamie O'Connell | 01/23/06 | 0.5 | Financing | Call with management and Bank of America personnel regarding DIP renewal |
| Pamela Zilly | 01/25/06 | 1.0 | Financing | Review revised DIP term sheet |
| Pamela Zilly | 01/25/06 | 0.7 | Financing | Call with E. Filon re: DIP |
| Pamela Zilly | 01/26/06 | 0.8 | Financing | Review comments to DIP term sheet |
| Pamela Zilly | 01/27/06 | 0.6 | Financing | Call with E. Filon re: DIP renewal |
| Jamie O'Connell | 01/30/06 | 0.5 | Financing | Call with R. Lapidaro of Grace regarding DIP renewal |
| Jamie O'Connell | 01/31/06 | 0.5 | Financing | Call with R. Lapidaro and E. Filon of Grace regarding DIP renewal |
| Jamie O'Connell | 01/31/06 | 0.5 | Financing | Call with J. McFarland of Grace regarding DIP renewal |
| Pamela Zilly | 01/31/06 | 1.0 | Financing | Review revised DIP term sheet |
| | | 20.4 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/24/06 | 2.0 | Hearings | Participate telephonically in the January 24, 2006 court hearing |
| Pamela Zilly | 01/24/06 | 2.0 | Hearings | Attend Court hearing telephonically |
| | | **4.0** | | |



**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/20/06 | 0.8 | Other | Call with bank debt holder |
| | | **0.8** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/03/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR status, Court hearings |
| Pamela Zilly | 01/03/06 | 0.3 | Plan and Disclosure Statement | Call with S. Cunningham re: Interest rate discussions |
| Pamela Zilly | 01/03/06 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman re: POR |
| Pamela Zilly | 01/03/06 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein re: POR |
| Pamela Zilly | 01/03/06 | 1.4 | Plan and Disclosure Statement | Review Owens Corning filings |
| Pamela Zilly | 01/05/06 | 2.0 | Plan and Disclosure Statement | Review of Owens Corning Plan, interest rate provisions, credit agreements |
| Jamie O'Connell | 01/08/06 | 3.0 | Plan and Disclosure Statement | Analysis of other asbestos-related Chapter 11 cases |
| Jamie O'Connell | 01/09/06 | 4.0 | Plan and Disclosure Statement | Analysis of other asbestos-related Chapter 11 cases |
| Pamela Zilly | 01/09/06 | 0.7 | Plan and Disclosure Statement | Review interest rate data on OC |
| Pamela Zilly | 01/09/06 | 1.0 | Plan and Disclosure Statement | Review financial analyses re: distributable value |
| Pamela Zilly | 01/09/06 | 0.6 | Plan and Disclosure Statement | Discussions with M. Shelnitz re: OC POR interest rate |
| Pamela Zilly | 01/09/06 | 1.0 | Plan and Disclosure Statement | Review Owens Corning interest rate analysis |
| Jamie O'Connell | 01/10/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 01/10/06 | 1.0 | Plan and Disclosure Statement | Call with counsel re: POR and motions pending |
| Pamela Zilly | 01/10/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR |
| Pamela Zilly | 01/10/06 | 1.3 | Plan and Disclosure Statement | Review provisions and documents of POR re: K&E call |
| Pamela Zilly | 01/10/06 | 1.3 | Plan and Disclosure Statement | Call with T. Freedman, D. Boll, J. Baer re: POR |
| Pamela Zilly | 01/15/06 | 0.3 | Plan and Disclosure Statement | Read Brief re: Debtors' Bar Date Notice Program |
| Jamie O'Connell | 01/16/06 | 2.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/16/06 | 3.0 | Plan and Disclosure Statement | Conference call with Grace management, D. Bernick re: POR |
| Pamela Zilly | 01/17/06 | 0.6 | Plan and Disclosure Statement | Call with T. Freedman re: POR |
| Pamela Zilly | 01/17/06 | 2.5 | Plan and Disclosure Statement | Various financial analysis re: Plan structure outline |
| Pamela Zilly | 01/23/06 | 2.2 | Plan and Disclosure Statement | Financial analysis re: Plan structure outline |
| Pamela Zilly | 01/26/06 | 1.4 | Plan and Disclosure Statement | Financial analysis re: plan structure outline |
| Jamie O'Connell | 01/27/06 | 0.5 | Plan and Disclosure Statement | Call with counsel re: POR and motions pending |
| Jamie O'Connell | 01/31/06 | 0.5 | Plan and Disclosure Statement | Call with counsel re: POR and motions pending |
| Jamie O'Connell | 01/31/06 | 0.5 | Plan and Disclosure Statement | Call with counsel regarding other asbestos cases |
| Jamie O'Connell | 01/31/06 | 1.3 | Plan and Disclosure Statement | Analysis of other asbestos-related Chapter 11 cases |
| | | 35.9 | | |