THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Obj. Deadline: August 14, 2006 |

### THIRTY-NINTH APPLICATION OF THE BLACKSTONE GROUP L.P. AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| | |
|---|---|
| Name of Applicant: | The Blackstone Group L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2006 through February 28, 2006 |

| Amount of Compensation sought as actual, reasonable and necessary: | Total $100,000.00 | (Holdback (@ 20%) ($20,000.00) |
|---|---|---|

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $560.94 |

This is a __x__ monthly ___ interim ___ final application

WRG re. Feb '06 Monthly Fee App

Summary of Monthly Applications:

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | $525,000.00 | $2,833.02 |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | $525,000.00 | $22,009.84 |

|              |                | Requested    |            | Approved     |            |
| Date Filed   | Period Covered | Fees         | Expenses   | Fees         | Expenses   |
| November 24, 2004 | October 2004   | $175,000.00 | $3,635.27 | $175,000.00 | $3,635.27 |
| January 24, 2005 | November 2004 | $175,000.00 | $4,369.47 | $175,000.00 | $4,369.47 |
| January 24, 2005 | December 2004 | $175,000.00 | $1,129.94 | $175,000.00 | $1,129.94 |
| March 4, 2005 | January 2005  | $175,000.00 | $2,347.64 | $175,000.00 | $2,347.64 |
| May 19, 2005  | February 2005 | $175,000.00 | $742.42   | $175,000.00 | $742.42   |
| May 19, 2005  | March 2005    | $175,000.00 | $1,106.33 | $175,000.00 | $1,106.33 |
| August 19, 2005 | April 2005   | $100,000.00 | $3,082.08 | $100,000.00 | $3,082.08 |
| August 19, 2005 | May 2005     | $50,000.00  | $1,709.38 | $50,000.00  | $1,709.38 |
| August 19, 2005 | June 2005    | $50,000.00  | $2,917.10 | $50,000.00  | $2,917.10 |
| May 8, 2006   | July 2005    | $75,000.00  | $2,289.24 | $75,000.00  | $2,289.24 |
| May 8, 2006   | August 2005  | $50,000.00  | $2,304.36 | $50,000.00  | $2,304.36 |
| May 8, 2006   | September 2005 | $25,000.00 | $679.00   | $25,000.00  | $679.00   |
| June 21, 2006 | October 2005  | $100,000.00 | $786.97   | --           | --         |
| June 21, 2006 | November 2005 | $100,000.00 | $1,854.08 | --           | --         |
| June 21, 2006 | December 2005 | $100,000.00 | $488.35   | --           | --         |
|              | January 2006  | $50,000.00  | $1,369.41 | --           | --         |
|              | February 006  | $100,000.00 | $560.94   |              |            |

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 14, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
07/25/06 3:52 PM

# The Blackstone Group®

July 18, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of February 1, 2006 through February 28, 2006: | $ | 100,000.00 |
| Less a 20% holdback pursuant to the Court's Adminsitrative Order: | | (20,000.00) |

Out-of-pocket expenses processed for the period through February 28, 2006:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 187.98 | |
| Communications | | 199.32 | |
| Meals | | 53.74 | |
| Lodging | | 119.90 | 560.94 |
| **Total Amount Due** | | | **$ 80,560.94** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 10684

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 10684

|  | GL Detail Feb-06 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 77.98 | $ 77.98 |
| Ground Transportation - Railroad | 110.00 | 110.00 |
| Communications - Teleconferencing | 199.32 | 199.32 |
| Employee Meals | 53.74 | 53.74 |
| Lodging | 119.90 | 119.90 |
| **Total Expenses** | $ 560.94 | $ 560.94 |

| | | |
|---|---|---|
| **Ground Transportation** | $ | 187.98 |
| **Communications** | | 199.32 |
| **Meals** | | 53.74 |
| **Lodging** | | 119.90 |
| **Total Expenses** | $ | 560.94 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through February 28, 2006**
**Invoice No. 10684**

### Ground Transportation - Car Service - Elite

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Zilly (car to client meeting in New York, NY from Blackstone) | 10/18/05 | 31.57 | |
| Zilly (car to LaGuardia Airport in Queens, NY from Blackstone) | 11/03/05 | 46.41 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 77.98 |

### Ground Transportation - Railroad

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (one-way trip to New York, NY from Baltimore, MD) | 12/15/05 | 110.00 | |
| Subtotal - Ground Transportation - Railroad | | | 110.00 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell | 12/14/05 | 27.13 | |
| O'Connell | 12/21/05 | 160.00 | |
| Zilly | 01/30/06 | 12.19 | |
| Subtotal - Communications - Teleconferencing | | | 199.32 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (weeknight working meal @ Blackstone while working late) | 12/14/05 | 7.03 | |
| O'Connell (in-room dinner meal @ hotel in Columbia, MD) | 12/14/05 | 21.78 | |
| O'Connell (working meal @ hotel in Columbia, MD) | 12/15/05 | 10.22 | |
| O'Connell (meal while traveling in Baltimore, MD) | 12/15/05 | 14.71 | |
| Subtotal - Employee Meals | | | 53.74 |

### Lodging

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell | 12/14/05 | 119.90 | |
| Subtotal - Lodging | | | 119.90 |

| | | | |
|---|---|---|---:|
| **Total Expenses** | | $ | **560.94** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Title | Hours |
| --- | --- | --- |
| Pamela Zilly | Senior Managing Director | 66.0 |
| Jamie O'Connell | Associate | 66.8 |
| JP Munfa | Analyst | 5.5 |
| | Total | **138.3** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/01/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 02/01/06 | 1.0 | Business Analysis | Financial analysis re: business update |
| Jamie O'Connell | 02/02/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 02/02/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Pamela Zilly | 02/06/06 | 1.0 | Business Analysis | Review Project Omega materials |
| Jamie O'Connell | 02/07/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Pamela Zilly | 02/07/06 | 1.0 | Business Analysis | Review insurance underwriters terms sheet and analysis |
| Pamela Zilly | 02/08/06 | 2.0 | Business Analysis | Analysis and discussion with F. Festa, R. Tarola, M. Shelnitz re: cash and debt levels |
| Jamie O'Connell | 02/09/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 02/09/06 | 0.5 | Business Analysis | Call with M. Brown of Grace regarding 10-K |
| Pamela Zilly | 02/09/06 | 1.5 | Business Analysis | Review draft 10:K |
| Jamie O'Connell | 02/10/06 | 0.5 | Business Analysis | Review business analysis |
| Jamie O'Connell | 02/10/06 | 0.5 | Business Analysis | Call with R. Tarola and B. Sarikas of Grace regarding business analysis |
| Jamie O'Connell | 02/10/06 | 0.8 | Business Analysis | Call with M. Brown of Grace regarding 10-K |
| Jamie O'Connell | 02/13/06 | 0.5 | Business Analysis | Call with J. Posner regarding insurance |
| Pamela Zilly | 02/16/06 | 0.5 | Business Analysis | Correspondence with E. Filon re: potential acquisitions |
| Pamela Zilly | 02/17/06 | 0.5 | Business Analysis | Analysis and discussion with E. Filon, R. Tarola re: cash and debt levels |
| Jamie O'Connell | 02/20/06 | 1.0 | Business Analysis | Analysis of comparable company operating metrics |
| Pamela Zilly | 02/22/06 | 0.2 | Business Analysis | Read Motion to Amend ART Credit Agreement |
| Jamie O'Connell | 02/24/06 | 1.0 | Business Analysis | Internal preparation meeting with Grace management |
| Jamie O'Connell | 02/24/06 | 3.5 | Business Analysis | Participate in 2006 Operating Plan review with Grace management and committee financial advisors |
| Pamela Zilly | 02/24/06 | 1.0 | Business Analysis | Pre-meeting with F. Festa, R. Tarola, E. Filon re: business issues |
| Pamela Zilly | 02/24/06 | 3.5 | Business Analysis | Operating Plan review meeting with Grace management, Committees' financial advisors |
| Pamela Zilly | 02/24/06 | 2.0 | Business Analysis | Travel to NY; review operating plans |
| Jamie O'Connell | 02/27/06 | 0.5 | Business Analysis | Call with J. Gado of GPC regarding business update |
| Jamie O'Connell | 02/27/06 | 0.5 | Business Analysis | Analysis of GPC business update materials |
| Jamie O'Connell | 02/28/06 | 1.0 | Business Analysis | Business update call with Grace personnel |
| Pamela Zilly | 02/28/06 | 1.0 | Business Analysis | Call on Project Spaghetti |
| Pamela Zilly | 02/28/06 | 1.0 | Business Analysis | Discussions with E. Filon re: pension funding motion, transaction funding |
| | | **29.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/08/06 | 1.0 | Case Administration | Read various court motions |
| Pamela Zilly | 02/14/06 | 0.7 | Case Administration | Read Debtor's Status Report filed with the Court |
| Pamela Zilly | 02/19/06 | 1.0 | Case Administration | Read various motions |
| Pamela Zilly | 02/22/06 | 0.2 | Case Administration | Read Libby Claimant's Motion for Payment of Expenses |
| | | **2.9** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/02/06 | 0.5 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 02/08/06 | 0.8 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 02/13/06 | 0.5 | Committee | Call with M. Berkin regarding business inquiries |
| Jamie O'Connell | 02/13/06 | 0.5 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 02/15/06 | 0.8 | Committee | Call with M. Berkin regarding business analysis |
| Jamie O'Connell | 02/15/06 | 0.5 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 02/16/06 | 0.5 | Committee | Call with L. Hamilton regarding various requests |
| Jamie O'Connell | 02/16/06 | 1.0 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/17/06 | 0.5 | Committee | Call with L. Hamilton regarding various requests |
| Jamie O'Connell | 02/17/06 | 0.5 | Committee | Call with B. Sarikas of Grace regarding committee-related requests |
| Jamie O'Connell | 02/17/06 | 0.5 | Committee | Call with M. Brown of Grace regarding committee-related requests |
| Jamie O'Connell | 02/17/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/20/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/21/06 | 0.5 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 02/21/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/22/06 | 0.5 | Committee | Call with M. Berkin regarding various requests |
| JP Munfa | 02/22/06 | 0.5 | Committee | Call with Michael Brown, Libby Hamilton regarding claims |
| Jamie O'Connell | 02/23/06 | 0.5 | Committee | Call with M. Brown regarding committee requests |
| Jamie O'Connell | 02/23/06 | 0.5 | Committee | Respond to Tersigni information request |
| Jamie O'Connell | 02/23/06 | 0.5 | Committee | Call with J. McFarland regarding Piper Jaffray confidentiality agreement |
| Jamie O'Connell | 02/23/06 | 0.5 | Committee | Correspondence with Piper Jaffray re: due diligence requests |
| Jamie O'Connell | 02/24/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/27/06 | 1.0 | Committee | Manage various committee requests |
| Pamela Zilly | 02/27/06 | 1.0 | Committee | Review advisors requests, responses to claim balance information |
| Jamie O'Connell | 02/28/06 | 0.3 | Committee | Call with E. Filon regarding committee request |
| Jamie O'Connell | 02/28/06 | 0.5 | Committee | Call with J. Brownstein and R. Chatterjee of Piper Jaffray regarding claims |
| Jamie O'Connell | 02/28/06 | 0.5 | Committee | Call with M. Berkin of Tersigni regarding claims |
| | | **15.3** | | |

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/27/06 | 1.0 | Employee Benefits/Pension | Read pension funding motions |
| Pamela Zilly | 02/28/06 | 1.5 | Employee Benefits/Pension | Review, call, discussion on pension funding |
| | | 2.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/07/06 | 1.5 | Financing | Meeting at Bank of America regarding DIP renewal |
| Pamela Zilly | 02/07/06 | 1.5 | Financing | Meeting with Bank of America and syndicate banks re: DIP renewal |
| Jamie O'Connell | 02/08/06 | 0.5 | Financing | Analysis of DIP facility |
| Jamie O'Connell | 02/09/06 | 0.5 | Financing | Call with R. Lapidaro of Grace regarding DIP renewal |
| Jamie O'Connell | 02/09/06 | 0.5 | Financing | Call with R. Lapidaro of Grace regarding DIP comparables |
| Pamela Zilly | 02/15/06 | 1.3 | Financing | Read draft DIP renewal motion |
| Pamela Zilly | 02/16/06 | 0.5 | Financing | Call with E. Filon re: DIP participants |
| Pamela Zilly | 02/19/06 | 1.0 | Financing | Read final DIP motion |
| | | **7.3** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/21/06 | 2.0 | Hearings | Participate telephonically in the February 21, 2006 court hearing |
| Pamela Zilly | 02/21/06 | 2.5 | Hearings | Attend Grace Hearing via telephone |
| | | **4.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/24/06 | 3.5 | Non-Working Travel Time | Travel from New York to Grace offices in Columbia, Maryland |
| Jamie O'Connell | 02/24/06 | 4.0 | Non-Working Travel Time | Travel from Grace offices in Columbia, Maryland to New York |
| Pamela Zilly | 02/24/06 | 2.0 | Non-Working Travel Time | Travel to Columbia |
| | | **9.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/01/06 | 1.0 | Plan and Disclosure Statement | Review Plan structure outline ; financial analysis' |
| Pamela Zilly | 02/03/06 | 2.0 | Plan and Disclosure Statement | Financial analysis re: plan structure outline |
| Pamela Zilly | 02/06/06 | 1.3 | Plan and Disclosure Statement | Financial analysis in preparation for call |
| Pamela Zilly | 02/06/06 | 1.0 | Plan and Disclosure Statement | Call with Bernick, Shelnitz, Festa, Tarola re: Plan outline |
| Pamela Zilly | 02/06/06 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman re: Plan outline |
| Pamela Zilly | 02/06/06 | 2.5 | Plan and Disclosure Statement | Dinner meeting with E. Filon, R. Tarola re: Plan outline |
| Jamie O'Connell | 02/07/06 | 2.5 | Plan and Disclosure Statement | Financial analysis re: claims |
| Pamela Zilly | 02/07/06 | 0.8 | Plan and Disclosure Statement | Review plan structure outline materials |
| Jamie O'Connell | 02/08/06 | 2.0 | Plan and Disclosure Statement | Analysis of claims and pro forma balance sheet amounts as of December 31, 2005 |
| Pamela Zilly | 02/08/06 | 0.8 | Plan and Disclosure Statement | Review claims and payout analysis |
| Pamela Zilly | 02/10/06 | 1.5 | Plan and Disclosure Statement | Review updated claims analyses |
| Pamela Zilly | 02/10/06 | 0.6 | Plan and Disclosure Statement | Review distributable value analyses |
| Pamela Zilly | 02/10/06 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: financial analysis |
| Pamela Zilly | 02/13/06 | 0.6 | Plan and Disclosure Statement | Correspondence/discussion with R. Tarola re: distributable value analysis |
| Pamela Zilly | 02/13/06 | 1.0 | Plan and Disclosure Statement | Review plan structure outline materials |
| Jamie O'Connell | 02/14/06 | 0.8 | Plan and Disclosure Statement | Call with D. Bernick, counsel re: POR and motions pending |
| Pamela Zilly | 02/14/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR |
| Pamela Zilly | 02/14/06 | 1.0 | Plan and Disclosure Statement | Financial analysis re: distributable value analysis backup |
| Pamela Zilly | 02/15/06 | 1.0 | Plan and Disclosure Statement | Review updated distributable value analysis |
| Pamela Zilly | 02/15/06 | 1.0 | Plan and Disclosure Statement | Review updated claims detail |
| Pamela Zilly | 02/16/06 | 1.0 | Plan and Disclosure Statement | Call with D. Bernick, R. Tarola, M. Shelnitz, P. Norris, F. Festa, D. Siegel re: Plan discussions |
| Jamie O'Connell | 02/20/06 | 1.0 | Plan and Disclosure Statement | Analysis of claims and pro forma balance sheet amounts as of December 31, 2005 |
| Pamela Zilly | 02/20/06 | 0.3 | Plan and Disclosure Statement | Call with D. Bernick |
| Pamela Zilly | 02/20/06 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 02/20/06 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 02/20/06 | 0.5 | Plan and Disclosure Statement | Review Capstone claims analysis |
| Jamie O'Connell | 02/21/06 | 0.5 | Plan and Disclosure Statement | Analysis of claims and pro forma balance sheet amounts as of December 31, 2005 |
| Jamie O'Connell | 02/23/06 | 1.0 | Plan and Disclosure Statement | Internal status meeting |
| Jamie O'Connell | 02/23/06 | 0.5 | Plan and Disclosure Statement | Analysis of claims and pro forma balance sheet amounts as of December 31, 2005 |
| Pamela Zilly | 02/23/06 | 1.0 | Plan and Disclosure Statement | Review POR model |
| Pamela Zilly | 02/23/06 | 1.4 | Plan and Disclosure Statement | Analysis of claims balances and payouts |
| Pamela Zilly | 02/23/06 | 1.0 | Plan and Disclosure Statement | Meeting with J. O'Connell, JP Munfa re: Plan, valuation analysis |
| Pamela Zilly | 02/27/06 | 1.5 | Plan and Disclosure Statement | Review claims and funding schedules |
| Jamie O'Connell | 02/28/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 02/28/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR |
| Pamela Zilly | 02/09/08 | 2.0 | Plan and Disclosure Statement | Review updated claims analyses |
| | | **38.1** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/03/06 | 2.0 | Valuation | Review valuation materials |
| Jamie O'Connell | 02/05/06 | 5.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/12/06 | 1.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/13/06 | 3.5 | Valuation | Valuation analysis |
| Pamela Zilly | 02/13/06 | 2.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/14/06 | 2.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/14/06 | 0.5 | Valuation | Call with F. Festa and M. Shelnitz regarding business analysis |
| Pamela Zilly | 02/14/06 | 1.0 | Valuation | Valuation analysis |
| Pamela Zilly | 02/14/06 | 1.0 | Valuation | Call with F. Festa and M. Shelnitz regarding business analysis |
| Jamie O'Connell | 02/15/06 | 1.0 | Valuation | Valuation analysis |
| JP Munfa | 02/20/06 | 2.0 | Valuation | Comparable company analysis |
| Pamela Zilly | 02/21/06 | 0.8 | Valuation | Review comparable company analysis |
| Jamie O'Connell | 02/25/06 | 2.5 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/27/06 | 1.5 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/27/06 | 0.5 | Valuation | Valuation analysis |
| JP Munfa | 02/27/06 | 1.5 | Valuation | Valuation analysis |
| JP Munfa | 02/28/06 | 1.5 | Valuation | Valuation analysis |
| | | **29.3** | | |