THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Obj. Deadline: August 14, 2006 |

**FORTIETH APPLICATION OF THE BLACKSTONE GROUP L.P.
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF MARCH 1, 2006 THROUGH MARCH 31, 2006**

| | |
|---|---|
| Name of Applicant: | The Blackstone Group L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2006 through March 31, 2006 |

| Amount of Compensation sought as actual, reasonable and necessary: | Total $100,000.00 | (Holdback (@ 20%) ($20,000.00) |
|---|---|---|

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,273.41 |

This is a _x_ monthly __ interim ___ final application

WRG re. Mar '06 Monthly Fee App

Summary of Monthly Applications:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | $525,000.00 | $2,833.02 |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | $525,000.00 | $22,009.84 |

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 24, 2004 | October 2004 | $175,000.00 | $3,635.27 | $175,000.00 | $3,635.27 |
| January 24, 2005 | November 2004 | $175,000.00 | $4,369.47 | $175,000.00 | $4,369.47 |
| January 24, 2005 | December 2004 | $175,000.00 | $1,129.94 | $175,000.00 | $1,129.94 |
| March 4, 2005 | January 2005 | $175,000.00 | $2,347.64 | $175,000.00 | $2,347.64 |
| May 19, 2005 | February 2005 | $175,000.00 | $742.42 | $175,000.00 | $742.42 |
| May 19, 2005 | March 2005 | $175,000.00 | $1,106.33 | $175,000.00 | $1,106.33 |
| August 19, 2005 | April 2005 | $100,000.00 | $3,082.08 | $100,000.00 | $3,082.08 |
| August 19, 2005 | May 2005 | $50,000.00 | $1,709.38 | $50,000.00 | $1,709.38 |
| August 19, 2005 | June 2005 | $50,000.00 | $2,917.10 | $50,000.00 | $2,917.10 |
| May 8, 2006 | July 2005 | $75,000.00 | $2,289.24 | $75,000.00 | $2,289.24 |
| May 8, 2006 | August 2005 | $50,000.00 | $2,304.36 | $50,000.00 | $2,304.36 |
| May 8, 2006 | September 2005 | $25,000.00 | $679.00 | $25,000,00 | $679.00 |
| June 21, 2006 | October 2005 | $100,000.00 | $786.97 | -- | -- |
| June 21, 2006 | November 2005 | $100,000.00 | $1,854.08 | -- | -- |
| June 21, 2006 | December 2005 | $100,000.00 | $488.35 | -- | -- |
|  | January 2006 | $50,000.00 | $1,369.41 | -- | -- |
|  | February 2006 | $100,000.00 | $560.94 |  |  |
|  | March 2006 | $100,000.00 | 1,273.41 |  |  |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 14, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR THE BLACKSTONE
# GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE
# PERIOD FROM MARCH 1, 2006 THROUGH MARCH 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
07/25/06 3:52 PM

# The Blackstone Group®

July 18, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of March 1, 2006 through March 31, 2006: | | $ | 100,000.00 |
| Less a 20% holdback pursuant to the Court's Adminsitrative Order: | | | (20,000.00) |

Out-of-pocket expenses processed for the period through March 31, 2006:[1]

| | | | | |
|---|---|---|---|---|
| | Airfare | $ | 574.10 | |
| | Ground Transportation | | 411.64 | |
| | Communications | | 80.00 | |
| | Meals | | 28.95 | |
| | Lodging | | 178.72 | 1,273.41 |
| **Total Amount Due** | | $ | | **81,273.41** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 10716

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 10716**

|  | GL Detail Mar-06 | Total Expenses |
|---|---:|---:|
| Airfare | $ 574.10 | $ 574.10 |
| Ground Transportation - Car Service - Elite | 134.64 | 134.64 |
| Ground Transportation - Local Travel | 103.00 | 103.00 |
| Ground Transportation - Out of Town Travel | 174.00 | 174.00 |
| Communications - Teleconferencing | 80.00 | 80.00 |
| Employee Meals | 28.95 | 28.95 |
| External Research - Dow Jones | 10.08 | 10.08 |
| External Research - Securities Data | 125.44 | 125.44 |
| External Research - Online Database | 43.20 | 43.20 |
| **Total Expenses** | **$ 1,273.41** | **$ 1,273.41** |

| | |
|---|---:|
| **Airfare** | $ 574.10 |
| **Ground Transportation** | 411.64 |
| **Communications** | 80.00 |
| **Meals** | 28.95 |
| **Research** | 178.72 |
| **Total Expenses** | **$ 1,273.41** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through March 31, 2006**
**Invoice No. 10716**

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Zilly (travel agency fee for booking of flight to Baltimore, MD dated 02/24/06) | 02/22/06 | 20.00 | |
| Zilly (one-way coach class flight to Baltimore, MD from Queens, NY) | 02/24/06 | 394.80 | |
| Zilly (travel agency fee for booking of flight to Queens, NY dated 02/24/06) | 02/24/06 | 20.00 | |
| Zilly (one-way coach class flight to Queens, NY from Washington, DC) | 02/24/06 | 139.30 | |
| **Subtotal - Airfare** | | | **$ 574.10** |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (car to LaGuardia Airport in Queens, NY from home) | 12/14/05 | 41.82 | |
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 12/14/05 | 46.41 | |
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 01/16/06 | 46.41 | |
| **Subtotal - Ground Transportation - Car Service - Elite** | | | **134.64** |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (early morning taxi to Blackstone from home) | 01/16/06 | 18.00 | |
| O'Connell (weekend taxi to Blackstone from home) | 02/05/06 | 18.00 | |
| O'Connell (weekend taxi home from Blackstone) | 02/05/06 | 18.00 | |
| O'Connell (weeknight taxi home from Blackstone after working late) | 02/07/06 | 17.00 | |
| O'Connell (weeknight taxi home from Blackstone after working late) | 02/08/06 | 15.00 | |
| O'Connell (weeknight taxi home from Blackstone after working late) | 02/13/06 | 17.00 | |
| **Subtotal - Ground Transportation - Local Travel** | | | **103.00** |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (taxi to client's offices in Columbia, MD from airport in Baltimore, MD) | 12/14/05 | 50.00 | |
| O'Connell (taxi to BWI station from client's offices in Columbia, MD) | 12/15/05 | 40.00 | |
| Zilly (taxi to client's offices in Columbia, MD from BWI airport in Baltimore, MD) | 02/24/06 | 42.00 | |
| Zilly (taxi to airport in Washington, DC from client's offices in Columbia, MD) | 02/24/06 | 42.00 | |
| **Subtotal - Ground Transportation - Out of Town Travel** | | | **174.00** |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell | 01/26/06 | 80.00 | |
| **Subtotal - Communications - Teleconferencing** | | | **80.00** |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Munfa (weeknight working dinner meal @ Blackstone while working late) | 12/20/05 | 20.00 | |
| O'Connell (weekend working meal @ Blackstone) | 02/05/06 | 8.95 | |
| **Subtotal - Employee Meals** | | | **28.95** |

### External Research - Dow Jones

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Munfa (online data research) | 01/01/06 - 01/07/06 | 10.08 | |
| **Subtotal - External Research - Dow Jones** | | | **10.08** |

### External Research - Securities Data

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (online data research) | 08/22/05 | 9.12 | |
| O'Connell (online data research) | 08/22/05 | 116.32 | |
| **Subtotal - External Research - Securities Data** | | | **125.44** |

### External Research - Online Database

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 10/11/05 | 2.40 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 11/15/05 | 2.48 | |
| Munfa (online data research) | 02/06/06 | 38.32 | |
| **Subtotal - External Research - Online Database** | | | **43.20** |

| | | | |
|---|---|---:|---:|
| **Total Expenses** | | | **$ 1,273.41** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 1, 2006 THROUGH MARCH 31, 2006**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 61.5 |
| Jamie O'Connell | Associate | 48.4 |
| | Total | 109.9 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/06 | 0.7 | Business Analysis | Research, discussion with K. Myers re: Delphi claim |
| Jamie O'Connell | 03/03/06 | 0.5 | Business Analysis | Call with J. Gado of GPC regarding business update |
| Pamela Zilly | 03/03/06 | 1.0 | Business Analysis | Review monthly operating report |
| Pamela Zilly | 03/03/06 | 0.8 | Business Analysis | Correspondence with requests for stock purchases; limitations |
| Jamie O'Connell | 03/04/06 | 1.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 03/06/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace regarding business analysis |
| Jamie O'Connell | 03/08/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace regarding business analysis |
| Jamie O'Connell | 03/10/06 | 0.5 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Pamela Zilly | 03/10/06 | 0.3 | Business Analysis | Review materials re: status of Project Nike |
| Pamela Zilly | 03/13/06 | 0.5 | Business Analysis | Project Spaghetti discussion with G. Young, G. Poling |
| Jamie O'Connell | 03/14/06 | 0.5 | Business Analysis | Call with J. Gado of GPC regarding business update |
| Jamie O'Connell | 03/14/06 | 0.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 03/15/06 | 0.4 | Business Analysis | Discussion with P. Zilly re: sales procedure |
| Pamela Zilly | 03/15/06 | 0.4 | Business Analysis | Discussion with J. O'Connell re: sales procedure |
| Pamela Zilly | 03/17/06 | 1.0 | Business Analysis | Discussions with D. Neuberger, G. Young re: Project Spaghetti |
| Pamela Zilly | 03/18/06 | 1.0 | Business Analysis | Review projections and cash needs schedules |
| Pamela Zilly | 03/21/06 | 2.0 | Business Analysis | Review global cash flows |
| Jamie O'Connell | 03/22/06 | 0.5 | Business Analysis | Call with Grace management regarding cash flow forecast |
| Jamie O'Connell | 03/22/06 | 1.0 | Business Analysis | Review insurance-related documents |
| Pamela Zilly | 03/22/06 | 1.0 | Business Analysis | Review segment, geographic cash flows |
| Pamela Zilly | 03/22/06 | 0.5 | Business Analysis | Call with Grace management re: cash flows |
| Pamela Zilly | 03/23/06 | 1.0 | Business Analysis | Read draft Equitas settlement |
| Jamie O'Connell | 03/26/06 | 2.0 | Business Analysis | Review Grace's 2005 10-K |
| Jamie O'Connell | 03/27/06 | 0.5 | Business Analysis | Call with G. Young and C. Schult of Grace regarding business update |
| Pamela Zilly | 03/27/06 | 1.0 | Business Analysis | Review and provide comments on Project Spaghetti presentation |
| Jamie O'Connell | 03/28/06 | 0.5 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 03/28/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Pamela Zilly | 03/28/06 | 1.0 | Business Analysis | Review and provide comments on Project Spaghetti presentation |
| Jamie O'Connell | 03/29/06 | 1.3 | Business Analysis | Call with Davison management regarding business update |
| Pamela Zilly | 03/29/06 | 1.5 | Business Analysis | Call with D. Neuberger, G. Young, G. Poling re Spaghetti presentation |
| Jamie O'Connell | 03/30/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace regarding business analysis |
| Jamie O'Connell | 03/30/06 | 0.5 | Business Analysis | Review correspondence regarding treasury matters |
| Jamie O'Connell | 03/31/06 | 1.0 | Business Analysis | Review of business update presentation |
| Pamela Zilly | 03/31/06 | 0.8 | Business Analysis | Global cash flow review |
| Pamela Zilly | 03/31/06 | 0.4 | Business Analysis | Review status of Equitas settlement |
| | | **28.1** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/18/06 | 0.7 | Case Administration | Read Debtors' Opposition to Libby Claimants Request for Payment |
| Pamela Zilly | 03/22/06 | 1.0 | Case Administration | Read various motions |
| Pamela Zilly | 03/31/06 | 0.6 | Case Administration | Read various orders |
| | | 2.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/06/06 | 0.5 | Claims Analysis Objection/Resolution | Review and discuss with P. Zilly language in EPA settlement |
| Pamela Zilly | 03/06/06 | 0.5 | Claims Analysis Objection/Resolution | Review and discuss with J. O'Connell language in EPA consent decree |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/01/06 | 0.5 | Committee | Review correspondence re: Unsecured Creditors claims |
| Jamie O'Connell | 03/02/06 | 1.0 | Committee | Call with L. Hamilton of Capstone regarding various requests |
| Jamie O'Connell | 03/02/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/03/06 | 0.5 | Committee | Call with L. Hamilton of Capstone and C. Finke of Grace regarding Latham & Watkins retention |
| Jamie O'Connell | 03/05/06 | 0.5 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 03/07/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/08/06 | 0.5 | Committee | Call with J. Brownstein of Piper Jaffray |
| Jamie O'Connell | 03/08/06 | 0.5 | Committee | Respond to Piper Jaffray requests |
| Jamie O'Connell | 03/10/06 | 0.5 | Committee | Call with B. Corcoran of Grace, financial advisors to the Committees re: environmental claims |
| Pamela Zilly | 03/10/06 | 0.3 | Committee | Review responses to Committees' advisors compensation questions |
| Pamela Zilly | 03/10/06 | 0.5 | Committee | Call with R. Corcoran, Committee financial advisors re: environmental claims |
| Jamie O'Connell | 03/13/06 | 0.5 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 03/14/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/15/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/15/06 | 2.5 | Committee | Meeting with Piper Jaffray and Tersigni Consulting to review claims |
| Pamela Zilly | 03/15/06 | 2.8 | Committee | Meeting with R. Tarola, Tersigni and Piper Jaffrey representatives re: claims |
| Jamie O'Connell | 03/20/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/22/06 | 1.0 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/24/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/27/06 | 0.5 | Committee | Call with B. Sarikas regarding status of committee requests |
| Jamie O'Connell | 03/27/06 | 0.3 | Committee | Call with L. Hamilton and R. Frezza of Capstone |
| Jamie O'Connell | 03/29/06 | 0.8 | Committee | Call with Capstone, B. Tarola and B. Sarikas of Grace regarding business plan |
| Jamie O'Connell | 03/29/06 | 0.5 | Committee | Various committee calls regarding pension matters |
| Jamie O'Connell | 03/31/06 | 1.0 | Committee | Manage various committee requests |
| | | 17.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/20/05 | 1.0 | Employee Benefits/Pension | Comments, read correspondence re: pension funding motion |
| Pamela Zilly | 03/03/06 | 0.8 | Employee Benefits/Pension | Discussion with E. Filon re: pension funding motion |
| Jamie O'Connell | 03/14/06 | 1.0 | Employee Benefits/Pension | Review draft pension motion |
| Pamela Zilly | 03/14/06 | 1.3 | Employee Benefits/Pension | Read draft pension funding motion and provide comments |
| Pamela Zilly | 03/18/06 | 1.2 | Employee Benefits/Pension | Review draft pension funding motion |
| Pamela Zilly | 03/20/06 | 2.5 | Employee Benefits/Pension | Prepare schedules re: historical pension funding |
| Pamela Zilly | 03/21/06 | 2.0 | Employee Benefits/Pension | Prepare schedules re: historical pension funding; review, comment on pension funding motion |
| Pamela Zilly | 03/22/06 | 1.0 | Employee Benefits/Pension | Read revised pension funding motion; comments, correspondence with J. Forgash, R. McGowan |
| Pamela Zilly | 03/23/06 | 0.5 | Employee Benefits/Pension | Read revised pension funding motion |
| Pamela Zilly | 03/24/06 | 1.5 | Employee Benefits/Pension | Follow-up on pension funding motion, acquisition, claims information |
| Jamie O'Connell | 03/27/06 | 1.0 | Employee Benefits/Pension | Review draft pension motion |
| Jamie O'Connell | 03/27/06 | 0.5 | Employee Benefits/Pension | Circulate draft pension motion documents to financial advisors |
| Jamie O'Connell | 03/29/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding pension matters |
| Jamie O'Connell | 03/29/06 | 0.5 | Employee Benefits/Pension | Internal update regarding pension matters |
| Pamela Zilly | 03/29/06 | 0.5 | Employee Benefits/Pension | Internal discussion re: pension funding issues |
| Jamie O'Connell | 03/31/06 | 0.5 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding pension matters |
| Jamie O'Connell | 03/31/06 | 0.5 | Employee Benefits/Pension | Correspondence regarding pension matters |
| Pamela Zilly | 03/31/06 | 0.5 | Employee Benefits/Pension | Call with R. McGowan re: pension motion |
| | | 17.1 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/06 | 0.5 | Financing | Correspondence, discussion with J. O'Connell re: DIP motion |
| Pamela Zilly | 03/08/06 | 0.4 | Financing | Review of DIP needs |
| Pamela Zilly | 03/08/06 | 0.5 | Financing | Discussion with E. Filon re: B of A and LC commitments |
| Pamela Zilly | 03/09/06 | 0.5 | Financing | Discussion with E. Filon., R. Tarola re: B of A and LC commitments |
| Jamie O'Connell | 03/10/06 | 0.5 | Financing | Review DIP renewal analysis |
| Pamela Zilly | 03/14/06 | 1.0 | Financing | Discussion and distribute materials on B of A LC issues w/ T. Freedman |
| Pamela Zilly | 03/30/06 | 0.5 | Financing | Discussion with E. Filon re: B of A and LC commitments |
| | | 3.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/27/06 | 1.3 | Hearings | Participate telephonically in the March 27, 2006 court hearing |
| Pamela Zilly | 03/27/06 | 1.0 | Hearings | Attend Grace Hearing via telephone |
| | | **2.3** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/01/06 | 0.5 | Plan and Disclosure Statement | Claims call with CDG and M. Brown of Grace |
| Pamela Zilly | 03/01/06 | 0.5 | Plan and Disclosure Statement | Review interest rate accrual analysis |
| Jamie O'Connell | 03/04/06 | 0.5 | Plan and Disclosure Statement | Review claims materials |
| Jamie O'Connell | 03/06/06 | 0.5 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding environmental claims |
| Pamela Zilly | 03/06/06 | 0.7 | Plan and Disclosure Statement | Review claims schedules |
| Jamie O'Connell | 03/09/06 | 0.5 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding environmental claims |
| Pamela Zilly | 03/09/06 | 0.5 | Plan and Disclosure Statement | Call with W. Corcoran re: environmental claims |
| Jamie O'Connell | 03/10/06 | 1.0 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 03/10/06 | 1.0 | Plan and Disclosure Statement | Analysis of changes in claim amounts |
| Jamie O'Connell | 03/13/06 | 0.5 | Plan and Disclosure Statement | Claims analysis |
| Jamie O'Connell | 03/13/06 | 1.5 | Plan and Disclosure Statement | Call with S. Pointer, K&E and Grace personnel regarding case status |
| Jamie O'Connell | 03/14/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 03/14/06 | 1.2 | Plan and Disclosure Statement | Review claims schedules |
| Pamela Zilly | 03/14/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR, mediation |
| Jamie O'Connell | 03/15/06 | 2.0 | Plan and Disclosure Statement | Internal status meeting w/ R. Tarola |
| Jamie O'Connell | 03/15/06 | 0.5 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 03/15/06 | 2.0 | Plan and Disclosure Statement | Meeting with R. Tarola, TBG team re: status |
| Jamie O'Connell | 03/16/06 | 3.0 | Plan and Disclosure Statement | Mediation meeting at Kirkland & Ellis |
| Pamela Zilly | 03/16/06 | 6.0 | Plan and Disclosure Statement | Attend Grace mediation session |
| Pamela Zilly | 03/17/06 | 4.0 | Plan and Disclosure Statement | Attend Grace mediation session |
| Jamie O'Connell | 03/21/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 03/22/06 | 0.8 | Plan and Disclosure Statement | Review environmental claims analysis |
| Jamie O'Connell | 03/27/06 | 0.3 | Plan and Disclosure Statement | Call with M. Shelnitz and M. Conron of Grace |
| Pamela Zilly | 03/29/06 | 1.0 | Plan and Disclosure Statement | Discussion with T. Freedman re: POR alternatives |
| Pamela Zilly | 03/31/06 | 2.0 | Plan and Disclosure Statement | Review stock plan alternatives |
| Pamela Zilly | 03/31/06 | 0.8 | Plan and Disclosure Statement | Interest rate accrual on letters of credits discussion and review |
| | | **33.8** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/21/06 | 0.5 | Tax Issues | Call with J. Gibbs of Grace and G. Boyer of CDG regarding taxes |
| | | 0.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/01/06 | 1.0 | Valuation | Valuation analysis |
| Pamela Zilly | 03/16/06 | 1.0 | Valuation | Review distributable value, valuation analysis |
| Jamie O'Connell | 03/29/06 | 1.5 | Valuation | Valuation analysis |
| | | **3.5** | | |