**EXHIBIT A**

The **Blackstone** Group®

July 18, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of January 1, 2006 through January 31, 2006:    $    50,000.00

Out-of-pocket expenses processed for the period through January 31, 2006:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 315.40 | |
| Ground Transportation | | 110.00 | |
| Communications | | 320.00 | |
| Lodging | | 209.43 | |
| Research | | 414.58 | 1,369.41 |
| **Total Amount Due** | | | **$    51,369.41** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 10234

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 10234**

| | GL Detail Jan-06 | | Total Expenses | |
|---|---|---|---|---|
| Airfare | $ | 315.40 | $ | 315.40 |
| Ground Transportation - Railroad | | 110.00 | | 110.00 |
| Communications - Teleconferencing | | 320.00 | | 320.00 |
| Lodging | | 209.43 | | 209.43 |
| External Research - Thomson | | 270.60 | | 270.60 |
| External Research - Dow Jones | | 143.98 | | 143.98 |
| **Total Expenses** | **$** | **1,369.41** | **$** | **1,369.41** |
| | | | | |
| **Airfare** | | | **$** | **315.40** |
| **Ground Transportation** | | | | **110.00** |
| **Communications** | | | | **320.00** |
| **Lodging** | | | | **209.43** |
| **Research** | | | | **414.58** |
| **Total Expenses** | | | **$** | **1,369.41** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through January 31, 2006**
**Invoice No. 10234**

### Airfare

| | | | |
|---|---|---|---|
| O'Connell (travel agency fee for booking of flight to Boston, MA dated 02/14/05 | 12/12/05 | 20.00 | |
| O'Connell (one-way coach class fight to Boston, MA from Queens, NY) | 12/14/05 | 137.70 | |
| Zilly (travel agency fee for booking of flight to Boston, MA dated 12/14/05 | 12/12/05 | 20.00 | |
| Zilly (one-way coach class flight to Boston, MA from Queens, NY) | 12/14/05 | 137.70 | |
| | **Subtotal - Airfare** | | $ 315.40 |

### Ground Transportation - Railroad

| | | | |
|---|---|---|---|
| Zilly (one-way trip to New York, NY from Baltimore, MA) | 12/15/05 | 110.00 | |
| | **Subtotal - Ground Transportation - Railroad** | | 110.00 |

### Communications - Teleconferencing

| | | | |
|---|---|---|---|
| O'Connell | 11/01/05 | 120.00 | |
| O'Connell | 11/17/05 | 200.00 | |
| | **Subtotal - Communications - Teleconferencing** | | 320.00 |

### Lodging

| | | | |
|---|---|---|---|
| Zilly (1 day hotel stay in Columbia, MD) | 12/14/05 - 12/15/05 | 209.43 | |
| | **Subtotal - Lodging** | | 209.43 |

### External Research - Thomson

| | | | |
|---|---|---|---|
| Munfa (online database research) | 12/11/05 - 12/17/05 | 270.60 | |
| | **Subtotal - External Research - Thomson** | | 270.60 |

### External Research - Dow Jones

| | | | |
|---|---|---|---|
| Munfa (online database research) | 12/11/05 - 12/17/05 | 143.98 | |
| | **Subtotal - External Research - Dow Jones** | | 143.98 |
| | **Total Expenses** | | $ 1,369.41 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 42.7 |
| Jamie O'Connell | Associate | 29.8 |
| JP Munfa | Analyst | 2.0 |
| Total | | 74.5 |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/03/06 | 1.0 | Business Analysis | Review cash flow forecasts |
| Jamie O'Connell | 01/05/06 | 1.0 | Business Analysis | Analysis of BASF takeover bid for Engelhard |
| Pamela Zilly | 01/05/06 | 1.0 | Business Analysis | Review financial analyses |
| Pamela Zilly | 01/06/06 | 0.5 | Business Analysis | Review BASF material |
| Pamela Zilly | 01/15/06 | 1.0 | Business Analysis | Review Monthly Operating reports |
| Pamela Zilly | 01/19/06 | 0.8 | Business Analysis | Read memo and analysis re: investment options |
| Jamie O'Connell | 01/20/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 01/23/06 | 0.5 | Business Analysis | Call with management regarding cash and short-term investments |
| Pamela Zilly | 01/23/06 | 0.8 | Business Analysis | Call with E. Filon, R. Tarola re: investment options |
| Jamie O'Connell | 01/27/06 | 1.0 | Business Analysis | Analysis of Delphi trade claims pricing with respect to Grace A/R due from Delphi |
| Jamie O'Connell | 01/27/06 | 0.5 | Business Analysis | Call with G. Young of Grace regarding business update |
| | | 8.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/08/06 | 0.5 | Case Administration | Read various motions including Modification of Hearing Dates |
|  |  | 0.5 |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/05/05 | 0.5 | Claims Analysis Objection/Resolution | Review correspondence re: GAF claims |
| Pamela Zilly | 01/06/06 | 1.0 | Claims Analysis Objection/Resolution | Review materials re: Port Authority Settlement |
| Pamela Zilly | 01/13/06 | 0.2 | Claims Analysis Objection/Resolution | Read Debtors' Reply in Opposition to Motion for Summary Judgment (Pearson |
| Pamela Zilly | 01/13/06 | 0.3 | Claims Analysis Objection/Resolution | Read Debtors' Objection to Anderson Memorial Motion for Relief from Automatic Stay |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/04/06 | 0.5 | Committee | Draft correspondence to financial advisor group regarding 2006 Operating Plan review |
| Jamie O'Connell | 01/09/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding miscellaneous matters |
| Jamie O'Connell | 01/12/06 | 0.5 | Committee | Coordinate 2006 Operating Plan review with financial advisors and management |
| Jamie O'Connell | 01/17/06 | 0.5 | Committee | Coordinate 2006 Operating Plan review with financial advisors and management |
| Jamie O'Connell | 01/30/06 | 0.5 | Committee | Correspondence with financial advisors to various creditor committees |
| | | 2.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/06 | 0.5 | Financing | Review materials related to DIP renewal |
| Jamie O'Connell | 01/03/06 | 1.0 | Financing | Calls with Grace management regarding DIP renewal |
| Jamie O'Connell | 01/03/06 | 1.0 | Financing | Call with Grace management and Bank of America personnel regarding DIP renewal |
| JP Munfa | 01/03/06 | 1.0 | Financing | Calls with Grace management regarding DIP renewal |
| JP Munfa | 01/03/06 | 1.0 | Financing | Call with Grace management and Bank of America personnel regarding DIP renewal |
| Pamela Zilly | 01/03/06 | 0.5 | Financing | Call with E. Filon re: DIP renewal |
| Pamela Zilly | 01/03/06 | 0.5 | Financing | Preparatory call with R. Tarola, E. Filon re: DIP renewal |
| Pamela Zilly | 01/03/06 | 1.0 | Financing | Call with Bank of America re: DIP renewal |
| Pamela Zilly | 01/03/06 | 0.6 | Financing | Call with E. Filon re: DIP renewal |
| Pamela Zilly | 01/09/06 | 1.0 | Financing | Review analysis for DIP renewal provisions |
| Jamie O'Connell | 01/10/06 | 0.5 | Financing | Call with management and Bank of America personnel regarding DIP renewal |
| Pamela Zilly | 01/10/06 | 1.0 | Financing | Call with E. Filon re: DIP |
| Pamela Zilly | 01/12/06 | 1.0 | Financing | Review correspondence on DIP renewal issues |
| Pamela Zilly | 01/20/06 | 1.2 | Financing | Review DIP term sheet |
| Jamie O'Connell | 01/21/06 | 1.5 | Financing | Review of DIP renewal materials and comparable DIP terms |
| Jamie O'Connell | 01/22/06 | 0.5 | Financing | Call with R. Lapidaro of Grace regarding DIP renewal |
| Jamie O'Connell | 01/23/06 | 0.5 | Financing | Call with management regarding DIP renewal |
| Jamie O'Connell | 01/23/06 | 0.5 | Financing | Call with management and Bank of America personnel regarding DIP renewal |
| Pamela Zilly | 01/25/06 | 1.0 | Financing | Review revised DIP term sheet |
| Pamela Zilly | 01/25/06 | 0.7 | Financing | Call with E. Filon re: DIP |
| Pamela Zilly | 01/26/06 | 0.8 | Financing | Review comments to DIP term sheet |
| Pamela Zilly | 01/27/06 | 0.6 | Financing | Call with E. Filon re: DIP renewal |
| Jamie O'Connell | 01/30/06 | 0.5 | Financing | Call with R. Lapidaro of Grace regarding DIP renewal |
| Jamie O'Connell | 01/31/06 | 0.5 | Financing | Call with R. Lapidaro and E. Filon of Grace regarding DIP renewal |
| Jamie O'Connell | 01/31/06 | 0.5 | Financing | Call with J. McFarland of Grace regarding DIP renewal |
| Pamela Zilly | 01/31/06 | 1.0 | Financing | Review revised DIP term sheet |
| | | 20.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/24/06 | 2.0 | Hearings | Participate telephonically in the January 24, 2006 court hearing |
| Pamela Zilly | 01/24/06 | 2.0 | Hearings | Attend Court hearing telephonically |
| | | 4.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/20/06 | 0.8 | Other | Call with bank debt holder |
| | | 0.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/03/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR status, Court hearings |
| Pamela Zilly | 01/03/06 | 0.3 | Plan and Disclosure Statement | Call with S. Cunningham re: Interest rate discussions |
| Pamela Zilly | 01/03/06 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman re: POR |
| Pamela Zilly | 01/03/06 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein re: POR |
| Pamela Zilly | 01/03/06 | 1.4 | Plan and Disclosure Statement | Review Owens Corning filings |
| Pamela Zilly | 01/05/06 | 2.0 | Plan and Disclosure Statement | Review of Owens Corning Plan, interest rate provisions, credit agreements |
| Jamie O'Connell | 01/08/06 | 3.0 | Plan and Disclosure Statement | Analysis of other asbestos-related Chapter 11 cases |
| Jamie O'Connell | 01/09/06 | 4.0 | Plan and Disclosure Statement | Analysis of other asbestos-related Chapter 11 cases |
| Pamela Zilly | 01/09/06 | 0.7 | Plan and Disclosure Statement | Review interest rate data on OC |
| Pamela Zilly | 01/09/06 | 1.0 | Plan and Disclosure Statement | Review financial analyses re: distributable value |
| Pamela Zilly | 01/09/06 | 0.6 | Plan and Disclosure Statement | Discussions with M. Shelnitz re: OC POR interest rate |
| Pamela Zilly | 01/09/06 | 1.0 | Plan and Disclosure Statement | Review Owens Corning interest rate analysis |
| Jamie O'Connell | 01/10/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 01/10/06 | 1.0 | Plan and Disclosure Statement | Call with counsel re: POR and motions pending |
| Pamela Zilly | 01/10/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR |
| Pamela Zilly | 01/10/06 | 1.3 | Plan and Disclosure Statement | Review provisions and documents of POR re: K&E call |
| Pamela Zilly | 01/10/06 | 1.3 | Plan and Disclosure Statement | Call with T. Freedman, D. Boll, J. Baer re: POR |
| Pamela Zilly | 01/15/06 | 0.3 | Plan and Disclosure Statement | Read Brief re: Debtors' Bar Date Notice Program |
| Jamie O'Connell | 01/16/06 | 2.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/16/06 | 3.0 | Plan and Disclosure Statement | Conference call with Grace management, D. Bernick re: POR |
| Pamela Zilly | 01/17/06 | 0.6 | Plan and Disclosure Statement | Call with T. Freedman re: POR |
| Pamela Zilly | 01/17/06 | 2.5 | Plan and Disclosure Statement | Various financial analysis re: Plan structure outline |
| Pamela Zilly | 01/23/06 | 2.2 | Plan and Disclosure Statement | Financial analysis re: Plan structure outline |
| Pamela Zilly | 01/26/06 | 1.4 | Plan and Disclosure Statement | Financial analysis re: plan structure outline |
| Jamie O'Connell | 01/27/06 | 0.5 | Plan and Disclosure Statement | Call with counsel re: POR and motions pending |
| Jamie O'Connell | 01/31/06 | 0.5 | Plan and Disclosure Statement | Call with counsel re: POR and motions pending |
| Pamela Zilly | 01/31/06 | 0.5 | Plan and Disclosure Statement | Call with counsel regarding other asbestos cases |
| Jamie O'Connell | 01/31/06 | 1.3 | Plan and Disclosure Statement | Analysis of other asbestos-related Chapter 11 cases |
| | | **35.9** | | |

The **Blackstone** Group®

July 18, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of February 1, 2006 through February 28, 2006:  $    100,000.00

Out-of-pocket expenses processed for the period through February 28, 2006:[1]

| | | |
|---|---|---|
| Ground Transportation | $ | 187.98 |
| Communications | | 199.32 |
| Meals | | 53.74 |
| Lodging | | 119.90 |

560.94

**Total Amount Due**    $    **100,560.94**

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 10684

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 10684**

| | GL Detail Feb-06 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 77.98 | $ | 77.98 |
| Ground Transportation - Railroad | | 110.00 | | 110.00 |
| Communications - Teleconferencing | | 199.32 | | 199.32 |
| Employee Meals | | 53.74 | | 53.74 |
| Lodging | | 119.90 | | 119.90 |
| **Total Expenses** | **$** | **560.94** | **$** | **560.94** |

| | | |
|---|---|---|
| **Ground Transportation** | **$** | **187.98** |
| **Communications** | | **199.32** |
| **Meals** | | **53.74** |
| **Lodging** | | **119.90** |
| **Total Expenses** | **$** | **560.94** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through February 28, 2006**
**Invoice No. 10684**

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| Zilly (car to client meeting in New York, NY from Blackstone) | 10/18/05 | 31.57 | |
| Zilly (car to LaGuardia Airport in Queens, NY from Blackstone) | 11/03/05 | 46.41 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 77.98 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| O'Connell (one-way trip to New York, NY from Baltimore, MD) | 12/15/05 | 110.00 | |
| | Subtotal - Ground Transportation - Railroad | | 110.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell | 12/14/05 | 27.13 | |
| O'Connell | 12/21/05 | 160.00 | |
| Zilly | 01/30/06 | 12.19 | |
| | Subtotal - Communications - Teleconferencing | | 199.32 |

**Employee Meals**

| | | | |
|---|---|---|---|
| O'Connell (weeknight working meal @ Blackstone while working late) | 12/14/05 | 7.03 | |
| O'Connell (in-room dinner meal @ hotel in Columbia, MD) | 12/14/05 | 21.78 | |
| O'Connell (working meal @ hotel in Columbia, MD) | 12/15/05 | 10.22 | |
| O'Connell  (meal while traveling in Baltimore, MD) | 12/15/05 | 14.71 | |
| | Subtotal - Employee Meals | | 53.74 |

**Lodging**

| | | | |
|---|---|---|---|
| O'Connell | 12/14/05 | 119.90 | |
| | Subtotal - Lodging | | 119.90 |

| | | | |
|---|---|---|---|
| | **Total Expenses** | **$** | **560.94** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 66.0 |
| Jamie O'Connell | Associate | 66.8 |
| JP Munfa | Analyst | 5.5 |
| Total | | 138.3 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/01/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 02/01/06 | 1.0 | Business Analysis | Financial analysis re: business update |
| Jamie O'Connell | 02/02/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 02/02/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Pamela Zilly | 02/06/06 | 1.0 | Business Analysis | Review Project Omega materials |
| Jamie O'Connell | 02/07/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Pamela Zilly | 02/07/06 | 0.5 | Business Analysis | Review insurance underwriters terms sheet and analysis |
| Pamela Zilly | 02/08/06 | 2.0 | Business Analysis | Analysis and discussion with F. Festa, R. Tarola, M. Shelnitz re: cash and debt levels |
| Jamie O'Connell | 02/09/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 02/09/06 | 0.5 | Business Analysis | Call with M. Brown of Grace regarding 10-K |
| Pamela Zilly | 02/09/06 | 1.5 | Business Analysis | Review draft 10-K |
| Jamie O'Connell | 02/10/06 | 0.5 | Business Analysis | Review business analysis |
| Jamie O'Connell | 02/10/06 | 0.5 | Business Analysis | Call with R. Tarola and B. Sarkias of Grace regarding business analysis |
| Jamie O'Connell | 02/10/06 | 0.8 | Business Analysis | Call with M. Brown of Grace regarding 10-K |
| Jamie O'Connell | 02/13/06 | 0.5 | Business Analysis | Call with J. Posner regarding insurance |
| Pamela Zilly | 02/16/06 | 0.5 | Business Analysis | Correspondence with E. Filon re: potential acquisitions |
| Pamela Zilly | 02/17/06 | 0.5 | Business Analysis | Analysis and discussion with E. Filon, R. Tarola re: cash and debt levels |
| Jamie O'Connell | 02/20/06 | 1.0 | Business Analysis | Analysis of comparable company operating metrics |
| Pamela Zilly | 02/22/06 | 0.2 | Business Analysis | Read Motion to Amend ART Credit Agreement |
| Jamie O'Connell | 02/24/06 | 1.0 | Business Analysis | Internal preparation meeting with Grace management |
| Jamie O'Connell | 02/24/06 | 3.5 | Business Analysis | Participate in 2006 Operating Plan review with Grace management and committee financial advisors |
| Pamela Zilly | 02/24/06 | 1.0 | Business Analysis | Pre-meeting with F. Festa, R. Tarola, E. Filon re: business issues |
| Pamela Zilly | 02/24/06 | 3.5 | Business Analysis | Operating Plan review meeting with Grace management, Committees' financial advisors |
| Pamela Zilly | 02/24/06 | 2.0 | Business Analysis | Travel to NY, review operating plans |
| Jamie O'Connell | 02/27/06 | 0.5 | Business Analysis | Call with J. Gado of GPC regarding business update |
| Jamie O'Connell | 02/27/06 | 0.5 | Business Analysis | Analysis of GPC business update materials |
| Jamie O'Connell | 02/28/06 | 1.0 | Business Analysis | Business update call with Grace personnel |
| Pamela Zilly | 02/28/06 | 1.0 | Business Analysis | Call on Project Spaghetti |
| Pamela Zilly | 02/28/06 | 1.0 | Business Analysis | Discussions with E. Filon re: pension funding motion, transaction funding |
| | | **29.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/08/06 | 1.0 | Case Administration | Read various court motions |
| Pamela Zilly | 02/14/06 | 0.7 | Case Administration | Read Debtor's Status Report filed with the Court |
| Pamela Zilly | 02/19/06 | 1.0 | Case Administration | Read various motions |
| Pamela Zilly | 02/22/06 | 0.2 | Case Administration | Read Libby Claimant's Motion for Payment of Expenses |
| | | 2.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/02/06 | 0.5 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 02/08/06 | 0.8 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 02/13/06 | 0.5 | Committee | Call with M. Berkin regarding business inquiries |
| Jamie O'Connell | 02/13/06 | 0.5 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 02/15/06 | 0.8 | Committee | Call with M. Berkin regarding business analysis |
| Jamie O'Connell | 02/15/06 | 0.5 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 02/16/06 | 0.5 | Committee | Call with L. Hamilton regarding various requests |
| Jamie O'Connell | 02/16/06 | 1.0 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/17/06 | 0.5 | Committee | Call with L. Hamilton regarding various requests |
| Jamie O'Connell | 02/17/06 | 0.5 | Committee | Call with B. Sarikas of Grace regarding committee-related requests |
| Jamie O'Connell | 02/17/06 | 0.5 | Committee | Call with M. Brown of Grace regarding committee-related requests |
| Jamie O'Connell | 02/17/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/20/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/21/06 | 0.5 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 02/21/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/22/06 | 0.5 | Committee | Call with M. Berkin regarding various requests |
| JP Munfa | 02/22/06 | 0.5 | Committee | Call with Michael Brown, Libby Hamilton regarding claims |
| Jamie O'Connell | 02/23/06 | 0.5 | Committee | Call with M. Brown regarding committee requests |
| Jamie O'Connell | 02/23/06 | 0.5 | Committee | Respond to Tersigni information request |
| Jamie O'Connell | 02/23/06 | 0.5 | Committee | Call with J. McFarland regarding Piper Jaffray confidentiality agreement |
| Jamie O'Connell | 02/23/06 | 0.5 | Committee | Correspondence with Piper Jaffray re: due diligence requests |
| Jamie O'Connell | 02/24/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 02/27/06 | 1.0 | Committee | Manage various committee requests |
| Pamela Zilly | 02/27/06 | 1.0 | Committee | Review advisors requests, responses to claim balance information |
| Jamie O'Connell | 02/28/06 | 0.3 | Committee | Call with E. Filon regarding committee request |
| Jamie O'Connell | 02/28/06 | 0.5 | Committee | Call with J. Brownstein and R. Chatterjee of Piper Jaffray regarding claims |
| Jamie O'Connell | 02/28/06 | 0.5 | Committee | Call with M. Berkin of Tersigni regarding claims |
| | | **15.3** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/27/06 | 1.0 | Employee Benefits/Pension | Read pension funding motions |
| Pamela Zilly | 02/28/06 | 1.5 | Employee Benefits/Pension | Review, call, discussion on pension funding |
| | | 2.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/07/06 | 1.5 | Financing | Meeting at Bank of America regarding DIP renewal |
| Pamela Zilly | 02/07/06 | 1.5 | Financing | Meeting with Bank of America and syndicate banks re: DIP renewal |
| Jamie O'Connell | 02/08/06 | 0.5 | Financing | Analysis of DIP facility |
| Jamie O'Connell | 02/09/06 | 0.5 | Financing | Call with R. Lapidaro of Grace regarding DIP renewal |
| Jamie O'Connell | 02/09/06 | 0.5 | Financing | Call with R. Lapidaro of Grace regarding DIP comparables |
| Pamela Zilly | 02/15/06 | 1.3 | Financing | Read draft DIP renewal motion |
| Pamela Zilly | 02/16/06 | 0.5 | Financing | Call with E. Filon re: DIP participants |
| Pamela Zilly | 02/19/06 | 1.0 | Financing | Read final DIP motion |
| | | 7.3 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/21/06 | 2.0 | Hearings | Participate telephonically in the February 21, 2006 court hearing |
| Pamela Zilly | 02/21/06 | 2.5 | Hearings | Attend Grace Hearing via telephone |
| | | 4.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/24/06 | 3.5 | Non-Working Travel Time | Travel from New York to Grace offices in Columbia, Maryland |
| Jamie O'Connell | 02/24/06 | 4.0 | Non-Working Travel Time | Travel from Grace offices in Columbia, Maryland to New York |
| Pamela Zilly | 02/24/06 | 2.0 | Non-Working Travel Time | Travel to Columbia |
| | | 9.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/01/06 | 1.0 | Plan and Disclosure Statement | Review Plan structure outline ; financial analysis' |
| Pamela Zilly | 02/03/06 | 2.0 | Plan and Disclosure Statement | Financial analysis re: plan structure outline |
| Pamela Zilly | 02/06/06 | 1.3 | Plan and Disclosure Statement | Financial analysis in preparation for call |
| Pamela Zilly | 02/06/06 | 1.0 | Plan and Disclosure Statement | Call with Bernick, Shelnitz, Festa, Tarola re: Plan outline |
| Pamela Zilly | 02/06/06 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman re: Plan outline |
| Pamela Zilly | 02/06/06 | 2.5 | Plan and Disclosure Statement | Dinner meeting with E. Filon, R. Tarola re: Plan outline |
| Jamie O'Connell | 02/07/06 | 2.5 | Plan and Disclosure Statement | Financial analysis re: claims |
| Pamela Zilly | 02/07/06 | 0.8 | Plan and Disclosure Statement | Review plan structure outline materials |
| Jamie O'Connell | 02/08/06 | 2.0 | Plan and Disclosure Statement | Analysis of claims and pro forma balance sheet amounts as of December 31, 2005 |
| Pamela Zilly | 02/08/06 | 0.8 | Plan and Disclosure Statement | Review claims and payout analysis |
| Pamela Zilly | 02/10/06 | 1.5 | Plan and Disclosure Statement | Review updated claims analyses |
| Pamela Zilly | 02/10/06 | 0.6 | Plan and Disclosure Statement | Review distributable value analyses |
| Pamela Zilly | 02/10/06 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: financial analysis |
| Pamela Zilly | 02/13/06 | 0.6 | Plan and Disclosure Statement | Correspondence/discussion with R. Tarola re: distributable value analysis |
| Pamela Zilly | 02/13/06 | 1.0 | Plan and Disclosure Statement | Review plan structure outline materials |
| Jamie O'Connell | 02/14/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 02/14/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR |
| Pamela Zilly | 02/14/06 | 1.0 | Plan and Disclosure Statement | Financial analysis re: distributable value analysis backup |
| Pamela Zilly | 02/15/06 | 1.0 | Plan and Disclosure Statement | Review updated distributable value analysis |
| Pamela Zilly | 02/15/06 | 1.0 | Plan and Disclosure Statement | Review updated claims detail |
| Pamela Zilly | 02/16/06 | 1.0 | Plan and Disclosure Statement | Call with D. Bernick, R. Tarola, M. Shelnitz, P. Norris, F. Festa, D. Siegel re: Plan discussions |
| Jamie O'Connell | 02/20/06 | 1.0 | Plan and Disclosure Statement | Analysis of claims and pro forma balance sheet amounts as of December 31, 2005 |
| Pamela Zilly | 02/20/06 | 0.3 | Plan and Disclosure Statement | Call with D. Bernick |
| Pamela Zilly | 02/20/06 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 02/20/06 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 02/20/06 | 0.5 | Plan and Disclosure Statement | Review Capstone claims analysis |
| Jamie O'Connell | 02/21/06 | 0.5 | Plan and Disclosure Statement | Analysis of claims and pro forma balance sheet amounts as of December 31, 2005 |
| Jamie O'Connell | 02/23/06 | 1.0 | Plan and Disclosure Statement | Internal status meeting |
| Jamie O'Connell | 02/23/06 | 0.5 | Plan and Disclosure Statement | Analysis of claims and pro forma balance sheet amounts as of December 31, 2005 |
| Pamela Zilly | 02/23/06 | 1.0 | Plan and Disclosure Statement | Review POR model |
| Pamela Zilly | 02/23/06 | 1.4 | Plan and Disclosure Statement | Analysis of claims balances and payouts |
| Pamela Zilly | 02/23/06 | 1.0 | Plan and Disclosure Statement | Meeting with J. O'Connell, JP Munfa re: Plan, valuation analysis |
| Pamela Zilly | 02/27/06 | 1.5 | Plan and Disclosure Statement | Review claims and funding schedules |
| Jamie O'Connell | 02/28/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 02/28/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR |
| Pamela Zilly | 02/09/08 | 2.0 | Plan and Disclosure Statement | Review updated claims analyses |
| | | **38.1** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/03/06 | 2.0 | Valuation | Review valuation materials |
| Jamie O'Connell | 02/05/06 | 5.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/12/06 | 1.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/13/06 | 3.5 | Valuation | Valuation analysis |
| Pamela Zilly | 02/13/06 | 2.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/14/06 | 2.0 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/14/06 | 0.5 | Valuation | Call with F. Festa and M. Shelnitz regarding business analysis |
| Pamela Zilly | 02/14/06 | 1.0 | Valuation | Valuation analysis |
| Pamela Zilly | 02/14/06 | 1.0 | Valuation | Call with F. Festa and M. Shelnitz regarding business analysis |
| Jamie O'Connell | 02/15/06 | 1.0 | Valuation | Valuation analysis |
| JP Murfa | 02/20/06 | 2.0 | Valuation | Comparable company analysis |
| Pamela Zilly | 02/21/06 | 0.8 | Valuation | Review comparable company analysis |
| Jamie O'Connell | 02/25/06 | 2.5 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/27/06 | 1.5 | Valuation | Valuation analysis |
| Jamie O'Connell | 02/27/06 | 0.5 | Valuation | Valuation analysis |
| JP Murfa | 02/27/06 | 1.5 | Valuation | Valuation analysis |
| JP Murfa | 02/28/06 | 1.5 | Valuation | Valuation analysis |
| | | 29.3 | | |

The  Group®

July 18, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of March 1, 2006 through March 31, 2006:          $          100,000.00

Out-of-pocket expenses processed for the period through March 31, 2006:[1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 574.10 | |
| Ground Transportation | | 411.64 | |
| Communications | | 80.00 | |
| Meals | | 28.95 | |
| Lodging | | 178.72 | 1,273.41 |
| **Total Amount Due** | | | $ **101,273.41** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 10716

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 10716**

|  | GL Detail Mar-06 | | Total Expenses | |
|---|---|---|---|---|
| Airfare | $ | 574.10 | $ | 574.10 |
| Ground Transportation - Car Service - Elite | | 134.64 | | 134.64 |
| Ground Transportation - Local Travel | | 103.00 | | 103.00 |
| Ground Transportation - Out of Town Travel | | 174.00 | | 174.00 |
| Communications - Teleconferencing | | 80.00 | | 80.00 |
| Employee Meals | | 28.95 | | 28.95 |
| External Research - Dow Jones | | 10.08 | | 10.08 |
| External Research - Securities Data | | 125.44 | | 125.44 |
| External Research - Online Database | | 43.20 | | 43.20 |
| **Total Expenses** | $ | 1,273.41 | $ | 1,273.41 |
|  | | | | |
| **Airfare** | | | $ | 574.10 |
| **Ground Transportation** | | | | 411.64 |
| **Communications** | | | | 80.00 |
| **Meals** | | | | 28.95 |
| **Research** | | | | 178.72 |
|  | | | | |
| **Total Expenses** | | | $ | 1,273.41 |

W.R. Grace & Co.
Detail of Expenses Processed
Through March 31, 2006
Invoice No. 10716

**Airfare**

| | | | |
|---|---|---|---|
| Zilly (travel agency fee for booking of flight to Baltimore, MD dated 02/24/06) | 02/22/06 | 20.00 | |
| Zilly (one-way coach class flight to Baltimore, MD from Queens, NY) | 02/24/06 | 394.80 | |
| Zilly (travel agency fee for booking of flight to Queens, NY dated 02/24/06) | 02/24/06 | 20.00 | |
| Zilly (one-way coach class flight to Queens, NY from Washington, DC) | 02/24/06 | 139.30 | |
| | Subtotal - Airfare | | $    574.10 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| O'Connell (car to LaGuardia Airport in Queens, NY from home) | 12/14/05 | 41.82 | |
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 12/14/05 | 46.41 | |
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 01/16/06 | 46.41 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 134.64 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| O'Connell (early morning taxi to Blackstone from home) | 01/16/06 | 18.00 | |
| O'Connell (weekend taxi to Blackstone from home) | 02/05/06 | 18.00 | |
| O'Connell (weekend taxi home from Blackstone) | 02/05/06 | 18.00 | |
| O'Connell (weeknight taxi home from Blackstone after working late) | 02/07/06 | 17.00 | |
| O'Connell (weeknight taxi home from Blackstone after working late) | 02/08/06 | 15.00 | |
| O'Connell (weeknight taxi home from Blackstone after working late) | 02/13/06 | 17.00 | |
| | Subtotal - Ground Transportation - Local Travel | | 103.00 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi to client's offices in Columbia, MD from airport in Baltimore, MD) | 12/14/05 | 50.00 | |
| O'Connell (taxi to BWI station from client's offices in Columbia, MD) | 12/15/05 | 40.00 | |
| Zilly (taxi to client's offices in Columbia, MD from BWI airport in Baltimore, MD) | 02/24/06 | 42.00 | |
| Zilly (taxi to airport in Washington, DC from client's offices in Columbia, MD) | 02/24/06 | 42.00 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 174.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell | 01/26/06 | 80.00 | |
| | Subtotal - Communications - Teleconferencing | | 80.00 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Munfa (weeknight working dinner meal @ Blackstone while working late) | 12/20/05 | 20.00 | |
| O'Connell (weekend working meal @ Blackstone) | 02/05/06 | 8.95 | |
| | Subtotal - Employee Meals | | 28.95 |

**External Research - Dow Jones**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 01/01/06 - 01/07/06 | 10.08 | |
| | Subtotal - External Research - Dow Jones | | 10.08 |

**External Research - Securities Data**

| | | | |
|---|---|---|---|
| O'Connell (online data research) | 08/22/05 | 9.12 | |
| O'Connell (online data research) | 08/22/05 | 116.32 | |
| | Subtotal - External Research - Securities Data | | 125.44 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 10/11/05 | 2.40 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 11/15/05 | 2.48 | |
| Munfa (online data research) | 02/06/06 | 38.32 | |
| | Subtotal - External Research - Online Database | | 43.20 |

| | | | |
|---|---|---|---|
| | Total Expenses | | $    1,273.41 |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 61.5 |
| Jamie O'Connell | Associate | 48.4 |
| | Total | 109.9 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/06 | 0.7 | Business Analysis | Research, discussion with K. Myers re: Delphi claim |
| Jamie O'Connell | 03/03/06 | 0.5 | Business Analysis | Call with J. Gado of GPC regarding business update |
| Pamela Zilly | 03/03/06 | 1.0 | Business Analysis | Review monthly operating report |
| Pamela Zilly | 03/03/06 | 0.8 | Business Analysis | Correspondence with requests for stock purchases; limitations |
| Jamie O'Connell | 03/04/06 | 1.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 03/06/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace regarding business analysis |
| Jamie O'Connell | 03/08/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace regarding business analysis |
| Jamie O'Connell | 03/10/06 | 0.5 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Pamela Zilly | 03/10/06 | 0.3 | Business Analysis | Review materials re: status of Project Nike |
| Pamela Zilly | 03/13/06 | 0.5 | Business Analysis | Project Spaghetti discussion with G. Young, G. Poling |
| Jamie O'Connell | 03/14/06 | 0.5 | Business Analysis | Call with J. Gado of GPC regarding business update |
| Jamie O'Connell | 03/14/06 | 0.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 03/15/06 | 0.4 | Business Analysis | Discussion with P. Zilly re: sales procedure |
| Pamela Zilly | 03/15/06 | 0.4 | Business Analysis | Discussion with J. O'Connell re: sales procedure |
| Pamela Zilly | 03/17/06 | 1.0 | Business Analysis | Discussions with D. Neuberger, G. Young re: Project Spaghetti |
| Pamela Zilly | 03/18/06 | 1.0 | Business Analysis | Review projections and cash needs schedules |
| Pamela Zilly | 03/21/06 | 2.0 | Business Analysis | Review global cash flows |
| Jamie O'Connell | 03/22/06 | 0.5 | Business Analysis | Call with Grace management regarding cash flow forecast |
| Jamie O'Connell | 03/22/06 | 1.0 | Business Analysis | Review insurance-related documents |
| Pamela Zilly | 03/22/06 | 1.0 | Business Analysis | Review segment, geographic cash flows |
| Pamela Zilly | 03/22/06 | 0.5 | Business Analysis | Call with Grace management re: cash flows |
| Pamela Zilly | 03/23/06 | 1.0 | Business Analysis | Read draft Equitas settlement |
| Jamie O'Connell | 03/26/06 | 2.0 | Business Analysis | Review Grace's 2005 10-K |
| Jamie O'Connell | 03/27/06 | 0.5 | Business Analysis | Call with G. Young and C. Schult of Grace regarding business update |
| Pamela Zilly | 03/27/06 | 1.0 | Business Analysis | Review and provide comments on Project Spaghetti presentation |
| Jamie O'Connell | 03/28/06 | 0.5 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 03/28/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Pamela Zilly | 03/28/06 | 1.0 | Business Analysis | Review and provide comments on Project Spaghetti presentation |
| Jamie O'Connell | 03/29/06 | 1.3 | Business Analysis | Call with Davison management regarding business update |
| Pamela Zilly | 03/29/06 | 1.5 | Business Analysis | Call with D. Neuberger, G. Young, G. Poling re Spaghetti presentation |
| Jamie O'Connell | 03/30/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace regarding business analysis |
| Jamie O'Connell | 03/30/06 | 0.5 | Business Analysis | Review correspondence regarding treasury matters |
| Jamie O'Connell | 03/30/06 | 1.0 | Business Analysis | Review of business update presentation |
| Pamela Zilly | 03/31/06 | 0.8 | Business Analysis | Global cash flow review |
| Pamela Zilly | 03/31/06 | 0.4 | Business Analysis | Review status of Equitas settlement |
| | | 28.1 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2006 THROUGH MARCH 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/18/06 | 0.7 | Case Administration | Read Debtors' Opposition to Libby Claimants Request for Payment |
| Pamela Zilly | 03/22/06 | 1.0 | Case Administration | Read various motions |
| Pamela Zilly | 03/31/06 | 0.6 | Case Administration | Read various orders |
| | | 2.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/06/06 | 0.5 | Claims Analysis Objection/Resolution | Review and discuss with P. Zilly language in EPA settlement |
| Pamela Zilly | 03/06/06 | 0.5 | Claims Analysis Objection/Resolution | Review and discuss with J. O'Connell language in EPA consent decree |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/01/06 | 0.5 | Committee | Review correspondence re: Unsecured Creditors claims |
| Jamie O'Connell | 03/02/06 | 1.0 | Committee | Call with L. Hamilton of Capstone regarding various requests |
| Jamie O'Connell | 03/02/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/03/06 | 0.5 | Committee | Call with L. Hamilton of Capstone and C. Finke of Grace regarding Latham & Watkins retention |
| Jamie O'Connell | 03/05/06 | 0.5 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 03/07/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/08/06 | 0.5 | Committee | Call with J. Brownstein of Piper Jaffray |
| Jamie O'Connell | 03/08/06 | 0.5 | Committee | Respond to Piper Jaffray requests |
| Jamie O'Connell | 03/10/06 | 0.5 | Committee | Call with B. Corcoran of Grace, financial advisors to the Committees re: environmental claims |
| Pamela Zilly | 03/10/06 | 0.3 | Committee | Review responses to Committees advisors compensation questions |
| Pamela Zilly | 03/10/06 | 0.5 | Committee | Call with R. Corcoran, Committee financial advisors re: environmental claims |
| Jamie O'Connell | 03/13/06 | 0.5 | Committee | Respond to Capstone inquiries |
| Jamie O'Connell | 03/14/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/15/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/15/06 | 2.5 | Committee | Meeting with Piper Jaffray and Tersigni Consulting to review claims |
| Pamela Zilly | 03/15/06 | 2.8 | Committee | Meeting with R. Tarola, Tersigni and Piper Jaffray representatives re: claims |
| Jamie O'Connell | 03/20/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/22/06 | 1.0 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/24/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 03/27/06 | 0.5 | Committee | Call with B. Sarikas regarding status of committee requests |
| Jamie O'Connell | 03/27/06 | 0.3 | Committee | Call with L. Hamilton and R. Frezza of Capstone |
| Jamie O'Connell | 03/29/06 | 0.8 | Committee | Call with Capstone, B. Tarola and B. Sarikas of Grace regarding business plan |
| Jamie O'Connell | 03/29/06 | 0.5 | Committee | Various committee calls regarding pension matters |
| Jamie O'Connell | 03/31/06 | 1.0 | Committee | Manage various committee requests |
| | | **17.6** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/20/05 | 1.0 | Employee Benefits/Pension | Comments, read correspondence re: pension funding motion |
| Pamela Zilly | 03/03/06 | 0.8 | Employee Benefits/Pension | Discussion with E. Filon re: pension funding motion |
| Jamie O'Connell | 03/14/06 | 1.0 | Employee Benefits/Pension | Review draft pension motion |
| Pamela Zilly | 03/14/06 | 1.3 | Employee Benefits/Pension | Read draft pension funding motion and provide comments |
| Pamela Zilly | 03/18/06 | 1.2 | Employee Benefits/Pension | Review draft pension funding motion |
| Pamela Zilly | 03/20/06 | 2.5 | Employee Benefits/Pension | Prepare schedules re: historical pension funding |
| Pamela Zilly | 03/21/06 | 2.0 | Employee Benefits/Pension | Prepare schedules re: historical pension funding; review, comment on pension funding motion |
| Pamela Zilly | 03/22/06 | 1.0 | Employee Benefits/Pension | Read revised pension funding motion; comments, correspondence with J. Forgash, R. McGowan |
| Pamela Zilly | 03/23/06 | 0.5 | Employee Benefits/Pension | Read revised pension funding motion |
| Pamela Zilly | 03/24/06 | 1.5 | Employee Benefits/Pension | Follow-up on pension funding motion, acquisition, claims information |
| Jamie O'Connell | 03/27/06 | 1.0 | Employee Benefits/Pension | Review draft pension motion |
| Jamie O'Connell | 03/27/06 | 0.5 | Employee Benefits/Pension | Circulate draft pension motion documents to financial advisors |
| Jamie O'Connell | 03/29/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding pension matters |
| Jamie O'Connell | 03/29/06 | 0.5 | Employee Benefits/Pension | Internal update regarding pension matters |
| Pamela Zilly | 03/29/06 | 0.5 | Employee Benefits/Pension | Internal discussion re: pension funding issues |
| Jamie O'Connell | 03/31/06 | 0.5 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding pension matters |
| Jamie O'Connell | 03/31/06 | 0.5 | Employee Benefits/Pension | Correspondence regarding pension matters |
| Pamela Zilly | 03/31/06 | 0.5 | Employee Benefits/Pension | Call with R. McGowan re: pension motion |
| | | 17.1 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/06 | 0.5 | Financing | Correspondence, discussion with J. O'Connell re: DIP motion |
| Pamela Zilly | 03/08/06 | 0.4 | Financing | Review of DIP needs |
| Pamela Zilly | 03/08/06 | 0.5 | Financing | Discussion with E. Filon re: B of A and LC commitments |
| Pamela Zilly | 03/09/06 | 0.5 | Financing | Discussion with E. Filon., R. Tarola re: B of A and LC commitments |
| Jamie O'Connell | 03/10/06 | 0.5 | Financing | Review DIP renewal analysis |
| Pamela Zilly | 03/14/06 | 1.0 | Financing | Discussion and distribute materials on B of A LC issues w/ T. Freedman |
| Pamela Zilly | 03/30/06 | 0.5 | Financing | Discussion with E. Filon re: B of A and LC commitments |
| | | 3.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/27/06 | 1.3 | Hearings | Participate telephonically in the March 27, 2006 court hearing |
| Pamela Zilly | 03/27/06 | 1.0 | Hearings | Attend Grace Hearing via telephone |
| | | 2.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2006 THROUGH MARCH 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/01/06 | 0.5 | Plan and Disclosure Statement | Claims call with CDG and M. Brown of Grace |
| Pamela Zilly | 03/01/06 | 0.5 | Plan and Disclosure Statement | Review interest rate accrual analysis |
| Jamie O'Connell | 03/04/06 | 0.5 | Plan and Disclosure Statement | Review claims materials |
| Jamie O'Connell | 03/06/06 | 0.5 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding environmental claims |
| Pamela Zilly | 03/06/06 | 0.7 | Plan and Disclosure Statement | Review claims schedules |
| Jamie O'Connell | 03/09/06 | 0.5 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding environmental claims |
| Pamela Zilly | 03/09/06 | 0.5 | Plan and Disclosure Statement | Call with W. Corcoran re: environmental claims |
| Jamie O'Connell | 03/10/06 | 1.0 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 03/10/06 | 1.0 | Plan and Disclosure Statement | Analysis of changes in claim amounts |
| Jamie O'Connell | 03/13/06 | 0.5 | Plan and Disclosure Statement | Claims analysis |
| Jamie O'Connell | 03/13/06 | 1.5 | Plan and Disclosure Statement | Call with S. Pointer, K&E and Grace personnel regarding case status |
| Jamie O'Connell | 03/14/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 03/14/06 | 1.2 | Plan and Disclosure Statement | Review claims schedules |
| Pamela Zilly | 03/14/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR, mediation |
| Jamie O'Connell | 03/15/06 | 2.0 | Plan and Disclosure Statement | Internal status meeting w/ R. Tarola |
| Jamie O'Connell | 03/15/06 | 0.5 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 03/15/06 | 2.0 | Plan and Disclosure Statement | Meeting with R. Tarola, TBG team re: status |
| Jamie O'Connell | 03/16/06 | 3.0 | Plan and Disclosure Statement | Mediation meeting at Kirkland & Ellis |
| Pamela Zilly | 03/16/06 | 6.0 | Plan and Disclosure Statement | Attend Grace mediation session |
| Pamela Zilly | 03/17/06 | 4.0 | Plan and Disclosure Statement | Attend Grace mediation session |
| Jamie O'Connell | 03/21/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 03/22/06 | 0.8 | Plan and Disclosure Statement | Review environmental claims analysis |
| Jamie O'Connell | 03/27/06 | 0.3 | Plan and Disclosure Statement | Call with M. Shelnitz and M. Conron of Grace |
| Pamela Zilly | 03/29/06 | 1.0 | Plan and Disclosure Statement | Discussion with T. Freedman re: POR alternatives |
| Pamela Zilly | 03/31/06 | 2.0 | Plan and Disclosure Statement | Review stock plan alternatives |
| Pamela Zilly | 03/31/06 | 0.8 | Plan and Disclosure Statement | Interest rate accrual on letters of credits discussion and review |
| | | **33.8** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2006 THROUGH MARCH 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/21/06 | 0.5 | Tax Issues | Call with J. Gibbs of Grace and G. Boyer of CDG regarding taxes |
| | | 0.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2006 THROUGH MARCH 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/01/06 | 1.0 | Valuation | Valuation analysis |
| Pamela Zilly | 03/16/06 | 1.0 | Valuation | Review distributable value, valuation analysis |
| Jamie O'Connell | 03/29/06 | 1.5 | Valuation | Valuation analysis |
| | | 3.5 | | |