## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

### MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert Horkovich of Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020, to represent the Official Committee of Asbestos Personal Injury Claimants in this case.

Dated: July 26, 2006
Wilmington, Delaware

**CAMPBELL & LEVINE, LLC**

*/s/ Mark T. Hurford*

Mark T. Hurford (No. 3299)
Suite 300
800 N. King Street
Wilmington, DE 19801
(302) 426-1900
(302) 426-9947 (Fax)

{D0063676.1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of New York, the U.S. District Court, Southern and Eastern Districts of New York, the U.S. Court of Appeals, Second Circuit and the U.S. Court of Military Appeals; the State of Maryland and the U.S. District Court, District of Maryland; the U.S. Court of Appeals, Tenth Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 24, 2006

Robert Horkovich
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1322
(212) 278-1733 (fax)

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
United States Bankruptcy Judge

{D0063676.1}2