## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 01-01139-JKF** |
| **W.R. GRACE & CO.,** | § | |
| | § | **Chapter 11** |
| | § | |
| Debtor. | § | |

## AMENDED VERIFIED STATEMENT OF BRUEGGER & MCCULLOUGH, P.C.
## PURSUANT TO FED. R. BANKR. P. 2019

Comes now, Bruegger & McCullough, P.C., by and through one of its partners, Joseph F. Bruegger, and files this its amended verified statement pursuant to Fed. R. Bankr. P. 2019 and would show as follows:

1. The original verified statement from this firm was filed 12/29/04 and has document number 7402.
2. I, Joseph F. Bruegger, am an attorney licensed in Texas and a partner in the law firm of Bruegger & McCullough, P.C. The address for the firm is as set out under my signature line.
3. This firm represents numerous personal injury claimants in this bankruptcy. These creditors are identified in Exhibits to this Statement. This firm does not hold any claims against or any interest in this debtor.
4. Pursuant to Court Order the exhibits to this Statement have not been filed but have been submitted to the Clerk of Court.

Respectfully submitted,

BRUEGGER & MCCULLOUGH, P.C.
Attorneys for Plaintiffs

By:_____
    Joseph F. Bruegger
    State Bar No. 03243800
    9400 North Central Expressway, Suite 1305
    Dallas, Texas 75231
    (214) 365-9000
    (214) 365-9003 (Fax)

## VERIFICATION

Sworn to before me, , on this the 25th day of July, 2006.

[SEAL]

LIZ MCGEE
Notary Public, State of Texas
My Commission Expires
April 14, 2010

Notary Public, In and for the
State of Texas

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has

been served on all parties on the official service list, Debtor's counsel and the U.S. Trustee by

U.S. mail on this _____ day of July, 2006.

_____

Joseph F. Bruegger