IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                        Chapter 11

W.R. GRACE & Co., et al.,                     Case No. 01-01139 (JKF)
                                              (Jointly Administered)

            Debtors

TWENTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | June 1, 2006 through June 30, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $140,368.50): | $ 112,294.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $     1,263.86 |
| Total Amount Due: | $ 113,558.66 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 15.00 hours and corresponding compensation requested is approximately $ 5,111.00.

This is the Twenty-ninth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

TWENTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

TWENTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

TWENTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

TWENTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006)

| | | | | |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |

TWENTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006)</u>

**ATTACHMENT B**
**TO FEE APPLICATION**

1.  Summary of Fees by Professional
2.  Summary of Fees by Task Code
3.  Detailed Time Description by Task Code
4.  Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 6/1/06 through 6/30/06

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $555 | 36.40 | $20,202.00 |
| S. Cunningham | Member | $555 | 46.70 | $25,918.50 |
| R. Frezza | Consultant | $450 | 36.40 | $16,380.00 |
| W. Dlugolecki | Consultant | $450 | 73.90 | $33,255.00 |
| L. Hamilton | Consultant | $365 | 75.10 | $27,411.50 |
| D. O'Rourke | Consultant | $250 | 63.30 | $15,825.00 |
| C. Walker | Consultant | $175 | 1.90 | $332.50 |
| M. Desalvio | Research | $150 | 6.00 | $900.00 |
| J. Woods | Paraprofessional | $90 | 1.60 | $144.00 |
| **For the Period 6/1/06 through 6/30/06** | | | **341.30** | **$140,368.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 6/1/06 through 6/30/06

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant prepared numerous detailed analyses regarding a potential acquisition including review of Debtors' presentation materials, multi-year financial model, and comparable peer and industry data.  A report to the  Committee was prepared thereon. | 114.50 | $55,147.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses including distributable values and recoveries under various assumptions. | 13.70 | $6,417.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including recovery scenarios, Q1 performance, proposed acquisitions, LTIP, the Lloyds' settlement, state tax motions and a proposed lease assignment with counsel and Committee members. | 21.10 | $10,389.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the  May Fee Statement and reviewed the status of CNOs and payments. | 15.00 | $5,111.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q1results including sales trends and cash activity, and prepared a report to the Committee thereon. | 12.30 | $6,826.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant prepared numerous analyses and reports regarding the proposed Lloyds' settlement, the LTIP motion, peer group comparative financial data, state tax motions, and a proposed lease assignment. | 146.60 | $47,611.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant reviewed counsel's position regarding the status of mediation efforts. | 0.90 | $499.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant prepared for and participated in a discussions with the Debtors and advisors regarding acquisitions, state taxes and a lease assignment. | 17.20 | $8,366.50 |
| **For the Period 6/1/06 through 6/30/06** | | **341.30** | **$140,368.50** |

**Capstone Advisory Group, LLC**
**Invoice for the June Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 6/1/06 through 6/30/06

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Acquisitions** | | | |
| 6/1/2006 | E. Ordway | 1.90 | Read Debtors' updated materials regarding a proposed acquisition and prepared list of issues for staff to further investigate. |
| 6/5/2006 | R. Frezza | 0.60 | Discussed schedule for Committee presentation and timetable for information request response with Blackstone. |
| 6/5/2006 | R. Frezza | 2.60 | Began review of Spaghetti presentation. |
| 6/6/2006 | E. Ordway | 1.00 | Directed staff in analyzing proposed acquisition. |
| 6/6/2006 | S. Cunningham | 3.50 | Prepared analysis of Spaghetti acquisition. |
| 6/6/2006 | R. Frezza | 3.90 | Continued detailed analysis of Spaghetti data provided by Debtors, including financial model and cash repatriation plan. |
| 6/6/2006 | W. Dlugolecki | 1.50 | Read and analyzed Project Spaghetti presentation prepared by Debtors. |
| 6/6/2006 | W. Dlugolecki | 1.90 | Analyzed Project Spaghetti model prepared by Debtors. |
| 6/7/2006 | S. Cunningham | 3.50 | Read and analyzed acquisition documents. |
| 6/7/2006 | R. Frezza | 2.80 | Continued detailed analysis of Spaghetti data provided by Debtors, including financial model and cash repatriation plan. |
| 6/7/2006 | W. Dlugolecki | 0.60 | Analyzed model and developed questions for follow up with Blackstone and Debtors. |
| 6/7/2006 | W. Dlugolecki | 0.70 | Analyzed various presentations prepared by Debtors related to Project Spaghetti. |
| 6/7/2006 | W. Dlugolecki | 0.30 | Analyzed German promissory note related to Project Spaghetti. |
| 6/7/2006 | W. Dlugolecki | 3.10 | Analyzed multi-year financial model for Project Spaghetti. |
| 6/8/2006 | E. Ordway | 0.90 | Read and analyzed Blackstone model regarding proposed acquisition. |
| 6/8/2006 | W. Dlugolecki | 0.70 | Analyzed cash flow portion of Project Spaghetti model. |
| 6/8/2006 | R. Frezza | 2.20 | Continued detailed analysis of Spaghetti data provided by Debtors, including financial model and cash repatriation plan. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/8/2006 | W. Dlugolecki | 1.60 | Analyzed data provided by Debtors regarding proposed acquisition. |
| 6/9/2006 | W. Dlugolecki | 1.70 | Prepared draft report to the Committee regarding Project Spaghetti. |
| 6/9/2006 | W. Dlugolecki | 0.30 | Draft outline for format of report on Project Spaghetti. |
| 6/9/2006 | W. Dlugolecki | 0.70 | Obtained and analyzed data related to acquisition comparables for Project Spaghetti. |
| 6/9/2006 | R. Frezza | 1.40 | Continued detailed analysis of Spaghetti data provided by Debtors, including financial model and cash repatriation plan. |
| 6/12/2006 | S. Cunningham | 3.00 | Reviewed information provided by Debtors and prepared analysis of Spaghetti acquisition. |
| 6/12/2006 | R. Frezza | 1.40 | Continued detailed analysis of Spaghetti data provided by Debtors, including financial model and cash repatriation plan. |
| 6/12/2006 | W. Dlugolecki | 6.30 | Prepared draft report to the Committee regarding Project Spaghetti. |
| 6/13/2006 | S. Cunningham | 3.50 | Reviewed information provided by Debtors and prepared analysis of Spaghetti acquisition. |
| 6/13/2006 | W. Dlugolecki | 0.60 | Analyzed financial data supporting Project Spaghetti provided by Blackstone. |
| 6/13/2006 | W. Dlugolecki | 0.70 | Prepared draft report to the Committee regarding Project Spaghetti. |
| 6/14/2006 | W. Dlugolecki | 1.10 | Analyzed PPG forecast for fiscal 2006 provided by Blackstone. |
| 6/15/2006 | W. Dlugolecki | 0.40 | Reviewed analyses of PP&E for various locations of target acquisition. |
| 6/15/2006 | W. Dlugolecki | 0.60 | Analyzed data regarding customer sales and product line profitability. |
| 6/15/2006 | W. Dlugolecki | 1.10 | Prepared revisions to preliminary draft of report regarding Project Spaghetti. |
| 6/15/2006 | R. Frezza | 1.10 | Reviewed draft report to Committee on Spaghetti acquisition. |
| 6/16/2006 | R. Frezza | 0.80 | Continued analyzing distributable value scenarios based on proposed acquisition. |
| 6/16/2006 | W. Dlugolecki | 0.90 | Analyzed property leases related to Project Spaghetti. |
| 6/16/2006 | W. Dlugolecki | 2.30 | Analyzed additional data provided by Debtors and Blackstone related to Project Spaghetti, including royalty agreements. |
| 6/16/2006 | W. Dlugolecki | 2.60 | Prepared summary of preliminary observations related to Project Spaghetti. |
| 6/19/2006 | W. Dlugolecki | 0.40 | Preparation of list of follow up questions for Debtors and their advisors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/19/2006 | S. Cunningham | 3.30 | Reviewed information provided by Debtors and prepared analysis of Spaghetti acquisition. |
| 6/19/2006 | W. Dlugolecki | 0.40 | Obtained and analyzed industry comparable data. |
| 6/19/2006 | W. Dlugolecki | 1.70 | Prepare draft of bullet point presentation on Spaghetti acquisition. |
| 6/19/2006 | S. Cunningham | 3.30 | Reviewed information provided by Debtors and prepared analysis of Spaghetti acquisition. |
| 6/19/2006 | W. Dlugolecki | 2.70 | Analyzed data provided by Debtors and Blackstone regarding Project Spaghetti. |
| 6/20/2006 | S. Cunningham | 4.00 | Reviewed information provided by Debtors and prepared analysis of Spaghetti acquisition. |
| 6/20/2006 | W. Dlugolecki | 2.50 | Prepared report to the Committee regarding Project Spaghetti. |
| 6/20/2006 | W. Dlugolecki | 3.40 | Analyzed additional data provided by Debtors related to Project Spaghetti. |
| 6/21/2006 | W. Dlugolecki | 2.90 | Prepared revisions to Committee report. |
| 6/21/2006 | S. Cunningham | 4.50 | Reviewed information provided by Debtors and prepared analysis of Spaghetti acquisition. |
| 6/21/2006 | W. Dlugolecki | 1.90 | Prepared charts for inclusion in Committee report. |
| 6/22/2006 | S. Cunningham | 2.10 | Reviewed information provided by Debtors and prepared analysis of Spaghetti acquisition. |
| 6/22/2006 | W. Dlugolecki | 1.10 | Analyzed data provided by the Debtors and Blackstone. |
| 6/22/2006 | W. Dlugolecki | 2.60 | Revised Committee report to reflect comments of counsel. |
| 6/23/2006 | W. Dlugolecki | 0.90 | Prepared revisions to Committee report. |
| 6/26/2006 | W. Dlugolecki | 4.10 | Obtained and analyzed data from Debtors and Blackstone in response to Capstone's follow up questions. |
| 6/27/2006 | W. Dlugolecki | 3.90 | Analyzed data provided by the Debtors and Blackstone. |
| 6/28/2006 | W. Dlugolecki | 2.10 | Continued to prepare report to the Committee regarding Project Spaghetti. |
| 6/29/2006 | W. Dlugolecki | 1.60 | Analyzed data provided by Debtors. |
| 6/30/2006 | W. Dlugolecki | 1.30 | Prepared revisions to Committee report. |
| Subtotal | | 114.50 | |

03. Claims Analysis & Valuation

**Capstone Advisory Group, LLC**
**Invoice for the June Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/13/2006 | R. Frezza | 1.20 | Began analyzing distributable value scenarios based on proposed acquisition. |
| 6/14/2006 | R. Frezza | 0.50 | Continued analyzing distributable value scenarios based on proposed acquisition. |
| 6/19/2006 | R. Frezza | 3.60 | Continued analyzing distributable value scenarios based on proposed acquisition |
| 6/20/2006 | R. Frezza | 2.80 | Prepared various analyses surrounding value scenarios with and without the impact of acquisitions. |
| 6/20/2006 | E. Ordway | 1.20 | Prepared analyses of creditor recoveries. |
| 6/21/2006 | R. Frezza | 3.20 | Revised/updated various analyses surrounding value scenarios with and without the impact of acquisitions. |
| 6/21/2006 | E. Ordway | 1.20 | Prepared analysis of creditor recoveries. |
| Subtotal | | 13.70 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/1/2006 | S. Cunningham | 3.50 | Prepared information regarding FY 2006 plan, Q1 performance and distributable value in preparation for Company meeting. |
| 6/1/2006 | R. Frezza | 1.20 | Preparation for Committee meeting with Debtors, including preparation of presentation materials related to distributable value and recovery scenarios. |
| 6/2/2006 | E. Ordway | 1.60 | Prepared for Committee meeting by reviewing notes and reports. |
| 6/2/2006 | E. Ordway | 3.60 | Attended meeting with Committee and Debtors' to discuss business plan and proposed acquisition. |
| 6/2/2006 | R. Frezza | 0.50 | Follow up of questions raised in Committee meeting with Debtors. |
| 6/6/2006 | E. Ordway | 0.20 | Corresponded with counsel and chairman regarding proposed acquisition. |
| 6/6/2006 | L. Hamilton | 0.40 | Discussed Lloyd's objections and related issues with counsel. |
| 6/6/2006 | S. Cunningham | 0.50 | Discussed upcoming meeting with Debtors with counsel. |
| 6/8/2006 | E. Ordway | 0.50 | Corresponded with counsel regarding LTIP and litigation matters. |
| 6/15/2006 | E. Ordway | 0.40 | Corresponded with counsel regarding peer group/valuation issues. |
| 6/16/2006 | L. Hamilton | 0.20 | Reviewed state tax responses of counsel. |
| 6/19/2006 | L. Hamilton | 0.20 | Discussed requirements/status of state tax information request with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/21/2006 | L. Hamilton | 0.50 | Discussed state tax, deferment of Lloyd's settlement, and newly filed motions with counsel. |
| 6/22/2006 | W. Dlugolecki | 0.40 | Participated in call with counsel and the Committee. |
| 6/22/2006 | W. Dlugolecki | 1.70 | Prepared for meeting with the Committee. |
| 6/23/2006 | W. Dlugolecki | 4.80 | Prepared for and participated in meeting with the Committee. |
| 6/26/2006 | L. Hamilton | 0.20 | Discussed July hearing items with counsel. |
| 6/27/2006 | L. Hamilton | 0.20 | Discussed lease assignment motion with counsel. |
| 6/30/2006 | L. Hamilton | 0.50 | Discussed case issues including state tax motion and lease assignment with counsel. |
| Subtotal | | 21.10 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/2/2006 | L. Hamilton | 1.50 | Checked on CNO status and updated receivable schedule. |
| 6/8/2006 | L. Hamilton | 1.00 | Prepared May fee application. |
| 6/12/2006 | J. Woods | 1.20 | Prepared fee statement. |
| 6/13/2006 | L. Hamilton | 1.00 | Prepared May fee application. |
| 6/15/2006 | L. Hamilton | 1.10 | Prepared May fee application. |
| 6/20/2006 | L. Hamilton | 1.90 | Prepared May fee application. |
| 6/21/2006 | L. Hamilton | 1.50 | Prepared May fee application. |
| 6/21/2006 | L. Hamilton | 1.80 | Updated receivable analysis and followed up on CNOs. |
| 6/23/2006 | J. Woods | 0.40 | Prepared fee statement. |
| 6/26/2006 | L. Hamilton | 2.70 | Prepared May fee application. |
| 6/26/2006 | E. Ordway | 0.40 | Prepared fee application. |
| 6/27/2006 | L. Hamilton | 0.50 | Followed up on CNOs with Debtors. |
| Subtotal | | 15.00 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/1/2006 | E. Ordway | 2.00 | Read and analyzed debtors' presentation materials regarding 2006 Business Plan. |
| 6/9/2006 | E. Ordway | 0.60 | Prepared reconciliation of net income to EBITDA for Debtor's 2003-2004 results. |
| 6/12/2006 | E. Ordway | 2.40 | Prepared/edited section of 1st Quarter report addressing cash activity. |
| 6/13/2006 | E. Ordway | 2.30 | Prepared/edited section of 1st Quarter report addressing sales trends. |
| 6/16/2006 | E. Ordway | 2.70 | Prepared/edited analyses comparing cash flow plan to actual for the first quarter. |
| 6/19/2006 | E. Ordway | 2.30 | Finalized review of 1st Quarter report for distribution. |
| Subtotal | | 12.30 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/6/2006 | L. Hamilton | 3.40 | Read and analyzed court filings and objections regarding Lloyd's settlement. |
| 6/7/2006 | D. O'Rourke | 1.20 | Reviewed available data from Debtors and Bloomberg in order to begin formulating Peer Group analysis. |
| 6/7/2006 | D. O'Rourke | 4.00 | Accumulated peer company historical financials for past five years and prepared analysis of same. |
| 6/7/2006 | L. Hamilton | 4.50 | Prepared analysis of Lloyd's settlement motion and objections filed by committees. |
| 6/8/2006 | D. O'Rourke | 2.20 | Prepared historical financials ratio analysis schedule for peer group. |
| 6/8/2006 | D. O'Rourke | 1.40 | Analyzed relevance of peer group compared to competitors that fall under same SIC and GICS codes. |
| 6/8/2006 | L. Hamilton | 2.40 | Read and analyzed information pertaining to proposed Michigan state tax settlement. |
| 6/8/2006 | D. O'Rourke | 1.10 | Prepared chart comparing EV/EBITDA for entire peer group. |
| 6/8/2006 | D. O'Rourke | 5.00 | Calculated peer company TTM financials using SEC quarterly reports. |
| 6/8/2006 | C. Walker | 1.50 | Obtained M&A data on Chemical industry for case team member. |
| 6/8/2006 | L. Hamilton | 1.10 | Prepared follow up questions regarding Michigan state tax settlement. |
| 6/9/2006 | D. O'Rourke | 1.20 | Calculated peer group growth rates (1yr, 3yr, 5yr) for Sales, EBITDA, and Total Assets. |
| 6/9/2006 | D. O'Rourke | 1.90 | Calculated peer group cash conversion cycle (DSI, DPO, DSO, CCC). |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/9/2006 | D. O'Rourke | 0.60 | Calculated SGA/Revenue for entire peer group. |
| 6/9/2006 | D. O'Rourke | 0.30 | Analyzed portions of Debtors' latest 10-K report. |
| 6/9/2006 | D. O'Rourke | 1.60 | Read and analyzed WR Grace 2006 plan. |
| 6/9/2006 | D. O'Rourke | 1.10 | Gathered chemical industry data from analyst reports (Credit Suisse). |
| 6/9/2006 | D. O'Rourke | 0.40 | Reviewed previous peer group analyst reports for outline and format options. |
| 6/12/2006 | D. O'Rourke | 1.60 | Calculated historical market cap (Bloomberg) for entire peer group over last 5yrs. |
| 6/12/2006 | D. O'Rourke | 1.10 | Downloaded an organized 10-k's for peer group. |
| 6/12/2006 | D. O'Rourke | 0.80 | Searched and collected missing data from Q1 2006 in WR Grace 10-K in order to complete TTM calculations. |
| 6/12/2006 | D. O'Rourke | 2.10 | Developed condensed financials (formatting) IS and BS for each member of peer group. |
| 6/12/2006 | D. O'Rourke | 1.30 | Read and analyzed findings from Q1 2006 Capstone WR Grace report. |
| 6/13/2006 | D. O'Rourke | 3.20 | Wrote business descriptions on ALB, DOW, DuPont, Englehard, and FMC Corp. |
| 6/13/2006 | D. O'Rourke | 1.20 | Formatted comparative charts and business descriptions into report. |
| 6/13/2006 | D. O'Rourke | 1.70 | Developed comparative charts on financial ratios and prepared group rankings. |
| 6/13/2006 | D. O'Rourke | 2.70 | Developed business descriptions for HB Fuller, IFF, PPG Industries, and Rohm and Haas. |
| 6/14/2006 | D. O'Rourke | 1.60 | Made adjustments to WR Grace operating financials to reflect new proforma BS. |
| 6/14/2006 | D. O'Rourke | 2.00 | Prepared presentation financials and developed individual graphs for HB Fuller, IFF, PPG Industries, Rohm and Haas. |
| 6/14/2006 | D. O'Rourke | 2.50 | Prepared financials and developed individual graphs for ALB, DOW, DuPont, Englehard, and FMC Corp. |
| 6/14/2006 | D. O'Rourke | 1.90 | Analyzed WR Grace proposed post emergence BS and developed hypothetical proforma BS for comparative analysis in order to accurately reflect company performance against peer group. |
| 6/15/2006 | E. Ordway | 1.50 | Analyzed Englehard transaction and relevance to Debtors'. |
| 6/15/2006 | L. Hamilton | 2.00 | Read and analyzed additional information provided by Debtors regarding a state tax settlement and corresponded with Debtors' advisors. |

**Capstone Advisory Group, LLC**  
**Invoice for the June Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/15/2006 | L. Hamilton | 0.20 | Discussed state tax motion information requirements with counsel. |
| 6/15/2006 | D. O'Rourke | 1.40 | Gathered information on Englehard acquisition transaction including news articles, financial information and analyst reports. |
| 6/15/2006 | D. O'Rourke | 2.20 | Recalculated and reformatted into report comparative charts to reflect changes in WR Grace financials resulting from new proforma BS. |
| 6/15/2006 | D. O'Rourke | 1.50 | Developed list of all available (Bloomberg) chemical industry M&A activity over the last 3 years. |
| 6/15/2006 | D. O'Rourke | 0.50 | Sorted through chemical industry data for relevant transactions with comparable financial data points. |
| 6/15/2006 | L. Hamilton | 2.20 | Read LTIP motion and corresponded with Blackstone regarding follow-up questions. |
| 6/15/2006 | D. O'Rourke | 1.50 | Edited and added product specific comments (how they compete with Grace) into peer group business overviews. |
| 6/16/2006 | L. Hamilton | 2.10 | Read and analyzed Debtors' responses and proofs of claim regarding tax assessment. |
| 6/16/2006 | L. Hamilton | 3.20 | Prepared report regarding state tax settlement. |
| 6/16/2006 | R. Frezza | 0.60 | Reviewed draft memo to counsel regarding Michigan tax settlement. |
| 6/16/2006 | S. Cunningham | 4.00 | Read and analyzed industry/peer group data. |
| 6/19/2006 | L. Hamilton | 0.50 | Updated state tax settlement analysis. |
| 6/19/2006 | M. Desalvio | 5.00 | Obtained industry data including precipitated silicas forecasted growth rates for case team member. |
| 6/19/2006 | L. Hamilton | 1.20 | Prepared follow-up questions regarding LTIP plan. |
| 6/19/2006 | L. Hamilton | 1.10 | Reviewed MI state tax basis at request of counsel. |
| 6/19/2006 | L. Hamilton | 0.40 | Read and analyzed recent docket items. |
| 6/19/2006 | L. Hamilton | 4.20 | Prepared analysis of LTIP motion. |
| 6/20/2006 | L. Hamilton | 2.00 | Read and analyzed final version of  LTIP motion. |
| 6/20/2006 | L. Hamilton | 3.70 | Continued to prepare analysis of LTIP. |
| 6/20/2006 | D. O'Rourke | 1.20 | Met with partner to discuss work product then developed outline to capture missing points. |
| 6/20/2006 | D. O'Rourke | 1.50 | Researched chemical industry and read recent analyst reports on industry to ensure other relevant data/happenings were included in analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/20/2006 | L. Hamilton | 0.40 | Reviewed responses from Blackstone and updated LTIP analyses accordingly. |
| 6/20/2006 | M. Desalvio | 1.00 | Retrieved multiples of BASF acquisition by Engelhard for case team member. |
| 6/20/2006 | D. O'Rourke | 1.70 | Compiled spreadsheet of relevant M&A activity financial data (EV, EBITDA, etc.). |
| 6/20/2006 | C. Walker | 0.40 | Obtained information regarding Albermarle and Crompton/Chemtura M&A deals for case team member. |
| 6/20/2006 | D. O'Rourke | 2.10 | Pulled articles and research reports from internet and investment research data bases on relevant M&A activity. |
| 6/21/2006 | L. Hamilton | 3.10 | Prepared draft LTIP presentation for Committee meeting. |
| 6/21/2006 | D. O'Rourke | 2.30 | Analyzed collected data and developed chart that offered a comprehensive overview of M&A environment in Chemical industry. |
| 6/21/2006 | D. O'Rourke | 1.70 | Developed working copy - final format for working (short) version of Grace peer group report. |
| 6/21/2006 | L. Hamilton | 1.50 | Discussed LTIP with case team member; updated analysis and information request. |
| 6/21/2006 | L. Hamilton | 0.60 | Read and analyzed recent court docket items. |
| 6/22/2006 | E. Ordway | 1.20 | Prepared/edited peer group analysis report. |
| 6/22/2006 | L. Hamilton | 2.70 | Prepared additional analyses of LTIP information. |
| 6/22/2006 | R. Frezza | 1.10 | Reviewed LTIP motion and reviewed Capstone analysis on year over year LTIP changes. |
| 6/22/2006 | L. Hamilton | 1.30 | Analyzed additional information provided by Debtors regarding LTIP. |
| 6/22/2006 | L. Hamilton | 0.20 | Read and analyzed motion regarding ordinary course professionals. |
| 6/22/2006 | L. Hamilton | 1.90 | Updated LTIP presentation. |
| 6/22/2006 | L. Hamilton | 2.80 | Read and analyzed information regarding lease assignment motion. |
| 6/26/2006 | L. Hamilton | 1.60 | Prepared LTIP report for the Committee. |
| 6/26/2006 | L. Hamilton | 1.50 | Analyzed information regarding lease assignment motion. |
| 6/26/2006 | E. Ordway | 1.50 | Revised peer group analysis to include additional companies. |
| 6/27/2006 | L. Hamilton | 1.80 | Prepared follow-up questions regarding Lease assignment. |
| 6/27/2006 | E. Ordway | 1.10 | Analyzed Debtor proposed settlement with insurance underwriter. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/27/2006 | S. Cunningham | 3.50 | Read and analyzed industry/peer group data. |
| 6/28/2006 | R. Frezza | 0.60 | Reviewed Houston lease issue and related support information. |
| 6/28/2006 | L. Hamilton | 1.00 | Updated questions regarding Houston lease. |
| 6/28/2006 | R. Frezza | 1.10 | Revised LTIP analysis and performed additional data review. |
| 6/28/2006 | L. Hamilton | 1.00 | Read and analyzed counsel's update regarding the Lloyd's Settlement. |
| 6/29/2006 | R. Frezza | 0.80 | Prepared revised LTIP report and responded to related counsel's questions. |
| 6/29/2006 | R. Frezza | 0.30 | Reviewed initial draft of Houston Lease report and provided comments. |
| 6/29/2006 | L. Hamilton | 0.80 | Read and analyzed court docket items. |
| 6/30/2006 | E. Ordway | 0.70 | Analyzed LTIP plan modification. |
| 6/30/2006 | R. Frezza | 0.50 | Prepared final draft of Houston lease and provided same to counsel. |
| 6/30/2006 | R. Frezza | 0.50 | Finalized LTIP report to counsel and discussed specific items presented in counsel's memo to the Committee regarding the LTIP. |
| Subtotal | | 146.60 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/21/2006 | E. Ordway | 0.90 | Read and analyzed counsel's memo regarding mediation status. |
| Subtotal | | 0.90 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/7/2006 | W. Dlugolecki | 1.70 | Prepared for and participated in call with Blackstone and Debtors to discuss Capstone data requests. |
| 6/7/2006 | R. Frezza | 1.10 | Participated in conference call with Debtors and Blackstone on follow-up on open request items. |
| 6/16/2006 | L. Hamilton | 0.50 | Discussed state tax responses with Debtors and their advisors. |
| 6/20/2006 | W. Dlugolecki | 0.70 | Prepared for and participated in call with Blackstone regarding Project Spaghetti. |
| 6/22/2006 | L. Hamilton | 0.30 | Prepared for and participated in call with  Debtors and their advisor regarding LTIP. |
| 6/22/2006 | W. Dlugolecki | 1.40 | Prepared for and participated in call with Debtors and Blackstone. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 6/23/2006 | E. Ordway | 1.20 | Prepared for meeting with Debtor regarding proposed acquisition. |
| 6/23/2006 | E. Ordway | 3.10 | Attended meeting with Committee and Debtor to review proposed acquisition and updated cash flow. |
| 6/23/2006 | S. Cunningham | 4.50 | Participated in meeting with Debtors to review Spaghetti acquisition. |
| 6/29/2006 | L. Hamilton | 1.20 | Prepared for and participated in conference call with Debtors and advisors regarding lease assignment. |
| 6/30/2006 | L. Hamilton | 1.50 | Prepared for and participated in conference call with Debtors and counsel regarding lease assignment. |
| Subtotal | | 17.20 | |
| **Total Hours** | | **341.30** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 6/1/06 through 6/30/06

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Copies** | | | |
| 6/30/2006 | Capstone Expenses | June copies:  59 @ $ .15 ea | $8.85 |
| Subtotal - Copies | | | $8.85 |
| **Hotel** | | | |
| 6/29/2006 | L. Hamilton | Hotel stay - 5/21, 5/22, 5/23 | $464.96 |
| Subtotal - Hotel | | | $464.96 |
| **Parking/Tolls** | | | |
| 6/23/2006 | E. Ordway | Parking $41.00 | $41.00 |
| 6/23/2006 | W. Dlugolecki | Parking/toll for committee mtg. at Stroock. | $39.00 |
| 6/23/2006 | S. Cunningham | Parking and Tolls | $39.00 |
| Subtotal - Parking/Tolls | | | $119.00 |
| **Research** | | | |
| 6/30/2006 | Capstone Expenses | Bloomberg June charges | $272.00 |
| Subtotal - Research | | | $272.00 |
| **Telecom Charges** | | | |
| 6/30/2006 | Capstone Expenses | Telephone: Saddle Brook Office | $399.05 |
| Subtotal - Telecom Charges | | | $399.05 |

**For the Period 6/1/06 through 6/30/06**                                      $1,263.86