# Ferry, Joseph & Pearce, P.A.

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee

June 1, 2006 to June 30, 2006

Invoice No. 20838

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 16.50 | 3,505.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.40 | 837.00 |
| B18 | Fee Applications, Others - | 20.00 | 2,552.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 4.10 | 1,025.00 |
| B25 | Fee Applications, Applicant - | 4.20 | 580.50 |
| B32 | Litigation and Litigation Consulting - | 6.50 | 1,483.50 |
| B36 | Plan and Disclosure Statement - | 4.00 | 1,000.00 |
| B37 | Hearings - | 3.40 | 850.00 |
| | Total | 62.10 | $11,833.00 |
| | Grand Total | 62.10 | $11,833.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 185.00 | 8.20 | 1,517.00 |
| Rick S. Miller | 240.00 | 2.70 | 648.00 |
| Steven G. Weiler | 160.00 | 0.30 | 48.00 |
| Theodore J. Tacconelli | 250.00 | 30.20 | 7,550.00 |
| Legal Assistant - MH | 100.00 | 20.70 | 2,070.00 |
| Total | | 62.10 | $11,833.00 |

## DISBURSEMENT SUMMARY

Expense -                                                                          2,661.82

**Total Disbursements**                                                    **$2,661.82**

| Invoice No. 20838 | Page 2 of 14 | | July 28, 2006 |
|---|---|---|---|
| Date | Description | Hours | Lawyer |
| Jun-01-06 | *Case Administration* - Return calls to J. O'Neal re: Dies & Speights Fee Applications | 0.10 | LLC |
| | *Case Administration* - Review notice of appearance and forward same to legal assistant | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: potential filing for 6/2 | 0.20 | LLC |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - review notice of change of address for P. Henderson and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of counsel for Wesco | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from J. Sakalo re objection to debtors' motion to settle with Lloyd's of London | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re objection to debtors' motion to settle with Lloyd's of London | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to settle with Lloyd's of London | 0.20 | TJT |
| | *Fee Applications, Others* - e-mail to L. Flores re reminder to submit Hilsoft and HRA quarterlies | 0.10 | MH |
| Jun-02-06 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: status of filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: joinder to objections | 0.40 | LLC |
| | *Litigation and Litigation Consulting* - Review PI Committee and Futures Rep's objections to Lloyd's settlement | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: joinder to objections to Lloyd's settlement | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review, revise, finalize, e-file and coordinate service of joinder to objections to Lloyd's settlement | 0.50 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: status of filing joinder to objections | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - send filed versions of joinder and objections to J. Sakalo | 0.20 | LLC |
| | *Case Administration* - Review request for service of papers by Iowa Dept. of Revenue and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review DBR article re fair act update | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by C. Kimplinger | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re possible objection to Lloyd's settlement motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Teleconferences with L. Coggins re | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | joinder in PI committee's objection to debtors' Lloyds settlement motion | | |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re joinder in PI committee's objection to debtors' Lloyds settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder in PI committee's objection to debtors' Lloyds settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby claimants' motion to defer hearing on Lloyds settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's objection to debtors' Lloyds settlement motion | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review PI committee's objection to debtors' Lloyds settlement motion | 0.40 | TJT |
| | *Case Administration* - update service lists and labels | 0.20 | MH |
| Jun-03-06 | *Case Administration* - Review Caplin Drysdale April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for April 06 | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from L. Coggins re joinder in PI committee's objection to Lloyds settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby claimants' objection to Lloyds settlement motion | 0.50 | TJT |
| Jun-04-06 | *Case Administration* - Review Casner Edwards' 20th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag 20th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J 20th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review K&E April 06 Fee Application | 0.30 | TJT |
| | *Case Administration* - Review PG&S 8th quarterly Fee Application | 0.10 | TJT |
| Jun-05-06 | *Fee Applications, Others* - Confer with legal assistant re: preparation of Certificates of No Objection re: Fee Applications of Dies & Speights | 0.10 | LLC |
| | *Fee Applications, Others* - Review and revise Certificates of No Objection re: Fee Applications of Dies & Speights and confer with legal assistant re: same | 0.20 | LLC |
| | *Case Administration* - Review order denying BDM Construction Company's motion to lift stay | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Swidler Berlin 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Stroock 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Scott Law Group 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Bilzin Sumberg | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | 19th interim period | | |
| | *Case Administration* - Review Orrick Feb. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick March 06 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re Certificates of No Objection for Dies & Hile and Speights & Runyan first and final Fee Applications re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re S&R first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re Dies & Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re preparation of Certificates of No Objection re S&R and D&H final Fee Application in sealed air actions | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re S&R final Fee Application in the sealed air actions, confer with L. Coggins, revise same | 0.40 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re S&R final Fee Application in the sealed air actions | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re D&H final Fee Application in the sealed air actions, confer with L. Coggins, revise same | 0.40 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re D&H final Fee Application in the sealed air actions, confer with L. Coggins, revise same | 0.50 | MH |
| | *Fee Applications, Others* - trade e-mails with T. Tacconelli and phone call to P. Reyes re 1st and 2nd interim Fee Applications of Orrick | 0.10 | MH |
| Jun-06-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - e-mail from S. Bossay re: 19th Quarter fee spreadsheet and expense chart; forward same to legal assistant | 0.20 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: CDG 20th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: CDG 23rd Monthly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: CDG 22nd Monthly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: CDG 21st Monthly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HR&A 41st monthly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: 57th Monthly Fee Application of Bilzin for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 20th | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | quarterly Fee Application for filing | | |
| | *Case Administration* - Review weekly case status memo for week ending 6/2/06 | 0.10 | TJT |
| | *Case Administration* - Review LAS April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - download and review debtors' notice of proposed settlement with State of Michigan and review attachment | 0.20 | TJT |
| | *Case Administration* - download and review forwarded email from L. Coggins re fee auditor's fee/expense chart for 19th quarter, review respective fee apps to confirm amounts on chart | 0.20 | MH |
| | *Case Administration* - Review docket and prepare weekly case status report for week ending 6/2/06 | 0.40 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Hamilton's March 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hamilton's March 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's March 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's March 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's Jan. 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's Jan. 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's Feb. 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's Feb. 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's March 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's March 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's 20th quarterly Fee Application | 0.30 | TJH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's 20th quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 20th quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 20th quarterly Fee Application | 0.50 | MH |
| Jun-07-06 | *Case Administration* - e-mail from legal assistant re: submission of Certificates of No Objection to chambers; confer with legal assistant re: | 0.20 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | same | | |
| | *Fee Applications, Others* - Confer with legal assistant re: expense application for committee members | 0.10 | LLC |
| | *Case Administration* - Review e-mail from S. Bossay re 19th interim period fee chart | 0.10 | TJT |
| | *Case Administration* - Review Orrick April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review CIBC Jan. 06 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re committee expense reimbursement request | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting Libby Claimants' motion to defer hearing on Lloyd's settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re Lloyd's settlement motion | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review 19th interim period chart for Ferry, Joseph & Pearce's fees | 0.10 | TJT |
| | *Case Administration* - Review e-mail from R. Baker (at Bankruptcy Court) re CNOs emailed to J. Johnston, confer with L. Coggins re same, review current JKF procedures, e-mail to R. Baker and J. Johnston re same | 0.20 | MH |
| | *Case Administration* - trade e-mails with R. Baker re no longer necessary to e-mail Certificates of No Objection, confer with L. Coggins re same | 0.10 | MH |
| | *Fee Applications, Others* - download and review e-mail from L. Flores re PD committee's Mar. to Apr. expense notice, compare to prior notice filed (Jan.-Mar.), confer with L. Coggins, telephone call to L. Flores re same (left message) | 0.30 | MH |
| Jun-08-06 | *Fee Applications, Others* - e-mail from legal assistant re: PD Committee April 2006 expense statement | 0.10 | LLC |
| | *Fee Applications, Others* - Review and revise PD Committee April 2006 expense statement; confer with legal assistant re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Review HR&A 20th quarterly Fee Application and confer with legal assistant re: same | 0.10 | LLC |
| | *Fee Applications, Others* - Review 6th quarterly Fee Application of Hilsoft for filing | 0.10 | LLC |
| | *Case Administration* - Review Caplin Drysdale response to fee auditor's final report re 19th interim period | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Case Administration* - update fee app/CNO completion chart | 0.10 | MH |
| | *Fee Applications, Others* - Review e-mail from L. Flores re response to my question re March-April 06 PD committee Fee Application, e-mail to L. Coggins re same | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's 15th quarterly Fee Application documents, attach current notice parties list, draft Certificate of Service re same, arrange for service of Notice on 2002 list | 0.60 | MH |

| | | | |
|---|---|---:|---|
| **Invoice No. 20838** | **Page 7 of 14** | | **July 28, 2006** |
| | *Fee Applications, Others* - prepare for filing, e-file and serve HRA's 15th quarterly Fee Application, arrange for service | 0.70 | MH |
| | *Fee Applications, Others* - download, review and revise PD committee's 18th interim statement documents, draft Certificate of Service re same | 0.60 | MH |
| | *Fee Applications, Others* - Prepare for filing, e-file and serve PD committee's 18th interim statement | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise Hilsoft's Jan.-March 06 quarterly Fee Application documents, attach current notice parties list, draft Certificate of Service re same | 0.60 | MH |
| | *Fee Applications, Others* - Prepare for filing, e-file and serve Hilsoft's Jan.-March 06 Fee Application, arrange for service on 2002 list | 0.70 | MH |
| Jun-09-06 | *Case Administration* - Review Casner Edwards April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection re proposed contributions to pension funds and review proposed order | 0.20 | TJT |
| | *Case Administration* - Prepare e-mail to J. Sakalo re opposing counsel leaving K & E | 0.10 | TJT |
| Jun-11-06 | *Case Administration* - Review Nelson Mullins quarterly Fee Application for 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review response by K&E to fee auditor's final report for 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review affidavit of A. Jones | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order re production of Whitehorse medical records with attachment | 0.20 | TJT |
| Jun-12-06 | *Case Administration* - Review supplemental affidavit of E. Flaagan | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of fee auditor's final report re Swidler Berlin | 0.10 | TJT |
| Jun-13-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: 6/19 hearing and upcoming case issues | 0.20 | LLC |
| | *Case Administration* - confer with T. Tacconelli re: conflict issues arising from merger of two law firms involved in case | 0.30 | RSM |
| | *Case Administration* - Review agenda for 6/19/06 hearing | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re order re 19th quarterly Fee Application category summaries | 0.10 | TJT |
| | *Case Administration* - Confer with RSM re potential merger between Buchanan Ingersoll and Klett Rooney and related issues re ZAI | 0.20 | TJT |
| | *Case Administration* - Review Certificate of Counsel re proposed order re 19th interim period quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 6/9/06 | 0.10 | TJT |
| | *Case Administration* - Review docket and prepare weekly case status report for week ending 6/9/06 | 0.30 | MH |

| Invoice No. 20838 | Page 8 of 14 | | July 28, 2006 |
|---|---|---|---|
| Jun-14-06 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 20th quarterly Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Review article on criminal indictment dismissal | 0.10 | TJT |
| | *Case Administration* - Review affidavit of R. Paar | 0.10 | TJT |
| | *Fee Applications, Applicant* - memo to paralegal re 9th interim period quarterly Fee Application order | 0.10 | TJT |
| | *Case Administration* - update fee app/CNO completion chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's 20th quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Bilzin's 20th quarterly Fee Application | 0.50 | MH |
| Jun-15-06 | *Case Administration* - Review State of Iowa's motion to allow a late filed claim with attachment | 0.20 | TJT |
| | *Case Administration* - Review 3rd amended 2019 statement by Cohn Whitesell | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Dies re mediation | 0.10 | TJT |
| Jun-16-06 | *Case Administration* - Download and review order approving Fee Applications for 19th quarterly period | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli re: Dies & Speights Fee Applications; review docket re: status of same | 0.20 | LLC |
| | *Fee Applications, Others* - Download and review Speights & Dies signed Fee Application orders; confer with T. Tacconelli re: same | 0.30 | LLC |
| | *Fee Applications, Others* - e-mail to M. Dies, D. Speights & J. Sakalo re: signed Fee Application orders | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with legal assistant re: service of signed Fee Application orders; preparation of affidavit of service | 0.10 | LLC |
| | *Case Administration* - Review 2019 statement by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review supplemental affidavit of E. Flaagan | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mails from J. Sakalo re Dies & Hile and Speights & Runyan first and final Fee Applications and confer with L. Coggins re same | 0.40 | TJT |
| | *Fee Applications, Others* - Review e-mail from J. Sakalo re order approving first and final Fee Applications for Dies and Hile and Speights & Runyan and confer with L. Coggins re same | 0.20 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re 6/19/06 hearing coverage | 0.20 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re meeting with PI and FCR | 0.20 | TJT |
| | *Case Administration* - update fee app/CNO completion chart | 0.10 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's April 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file | 0.50 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | and serve Ferry, Joseph & Pearce's April 06 Fee Application | | |
| Jun-17-06 | *Fee Applications, Others* - Review e-mail from L. Coggins re Dies & Hile and Speights & Runyan first and final Fee Application orders | 0.10 | TJT |
| Jun-18-06 | *Case Administration* - Review order approving Wauconda settlement motion | 0.10 | TJT |
| | *Fee Applications, Others* - Review order approving Dies & Hile first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Fee Applications, Others* - Review order approving S&R first and final Fee Application re sealed air litigation | 0.10 | TJT |
| | *Hearings* - Prepare for 6/19/06 hearing | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Prepare for meeting with PI committee and FCR | 0.70 | TJT |
| Jun-19-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: 6/19 hearing and status of various case issues | 0.20 | LLC |
| | *Fee Applications, Others* - Review affidavit of service re: signed orders approving Dies & Speights Fee Applications for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with legal assistant re: filing of affidavit of service re: signed Fee Application orders | 0.10 | LLC |
| | *Case Administration* - request transcript from today's hearing | 0.10 | SGW |
| | *Case Administration* - Review Buchanan Ingersoll May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Caplin Drysdale 19th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re K&E 19th interim period with attachments | 0.20 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re 6/19/06 hearing followup | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 2.30 | TJT |
| | *Plan and Disclosure Statement* - Review 5/16/06 hearing transcript re mediation/plan issues | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Meeting with PI committee counsel and FCR counsel re mediation/plan issues | 1.00 | TJT |
| | *Case Administration* - Review docket and prepare weekly case status report for week ending 6/16/06 | 0.30 | MH |
| | *Fee Applications, Others* - Prepare affidavit of service re orders re D&H and S&R Fee Applications in Sealed Air and Fresenius adversary actions | 0.20 | MH |
| | *Fee Applications, Others* - Confer with L. Coggins re affidavit of service re orders re D&H and S&R Fee Applications in Sealed Air and Fresenius adversary actions, review docket for docket numbers of orders, edit affidavit of service | 0.20 | MH |
| Jun-20-06 | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's April 2006 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: 6/19/06 hearing | 0.50 | RSM |

| | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review weekly case status memo for week ending 6/16/06 | 0.10 | TJT |
| | *Case Administration* - Review letter from M. Shelnitz to Judge Fitzgerald re current financial information | 0.10 | TJT |
| | *Case Administration* - Review debtors' KERP motion with attachments | 0.40 | TJT |
| | *Case Administration* - Review debtors' motion to assume and assign sublease in Houston, TX with attachment | 0.40 | TJT |
| | *Case Administration* - Review debtors' motion to expand payment cap for ordinary course professionals | 0.20 | TJT |
| | *Case Administration* - Review amended 2019 statement by Baron and Budd | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from committee member re 6/19/06 hearing results | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re results of 6/19/06 hearing and plan issues | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena to committee re results of 6/19/06 hearing and related issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from E. Cabrazer re comments on memo by S. Baena | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re providing copies of fee applications to Judge Fitzgerald | 0.10 | TJT |
| | *Case Administration* - update fee app/cno chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Confer with T. Tacconelli re don't provide copies of fee applications to Judge Fitzgerald | 0.10 | MH |
| Jun-21-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for scheduling order re 15th omnibus objection to PD claims with attachments | 1.90 | TJT |
| | *Case Administration* - Review Duane Morris May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 7th amended 2019 statement by Leblanc and Waddell | 0.10 | TJT |
| | *Case Administration* - Review 7th amended 2019 statement by Silber Perlman | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review memo from S. Baena to committee re debtors' motion for scheduling order re 15th omnibus objection to claims | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PD estimation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Pointer re mediator's May fee details | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review mediator's May 06 fee and expense details | 0.10 | TJT |

**Invoice No. 20838**   **Page 11 of 14**   **July 28, 2006**

| Date | Description | Hours | Atty |
|---|---|---|---|
| Jun-22-06 | *Litigation and Litigation Consulting* - confer with T. Tacconelli re: PD claim Canadian estimation issues | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing debtors' motion for scheduling order re 15th omnibus objection to claims with attachments | 1.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 1/25/06 hearing transcript as cited in debtors' motion for scheduling order re 15th omnibus objection to claims | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 15th omnibus objection to claims as cited in debtors' motion for scheduling order re 15th omnibus objection to claims re Section F5 | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.20 | TJT |
| | *Case Administration* - Review docket and begin weekly case status report for week ending 6/23/06 | 0.30 | MH |
| Jun-23-06 | *Case Administration* - Confer with TJT re: 2AI representation issues | 0.10 | RSM |
| | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 1.30 | RSM |
| | *Case Administration* - Teleconference with E. Ryan re: status of 6/19 hearing transcript | 0.10 | SGW |
| | *Case Administration* - Review 3rd supplemental 2019 statement by Martzell | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by J. Burns | 0.10 | TJT |
| | *Case Administration* - Review Swidler Berlin final Fee Application | 0.10 | TJT |
| Jun-24-06 | *Case Administration* - Review billing statement affidavit by plan mediator re May bill | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Murray Law Firm | 0.10 | TJT |
| Jun-25-06 | *Case Administration* - Review 22nd continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review 19th supplemental affidavit of J. Sprayregen | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Dec. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone 15th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of A. Rolon | 0.10 | TJT |
| Jun-26-06 | *Case Administration* - Forward 6/19/06 hearing transcript to J. Sakalo and S. Baena | 0.10 | SGW |
| | *Case Administration* - Review W. Smith and Assoc. May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Jan.-Mar. quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Blackstone 19th interim quarterly Fee Application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review transcript of 6/19/06 hearing re estimation issues | 0.70 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 6/19/06 hearing follow-up | 0.10 | TJT |
| Jun-27-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Review May 2006 time entries for accuracy | 0.20 | LLC |
| | *Fee Applications, Others* - Review Bilzin April 2006 Fee Application; confer with legal assistant re: same | 0.20 | LLC |
| | *Case Administration* - Review weekly case status memo for week ending 6/23/06 | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re corrected order re State of New Jersey litigation | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's May 06 prebill | 0.60 | TJT |
| | *Case Administration* - review docket re 6/23, complete and modify weekly case status report for week ending 6/23/06 | 0.20 | MH |
| | *Case Administration* - update fee app/cno chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's April 06 Fee Application, attach current notice parties list, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Confer with L. Coggins re Bilzin's April 06 Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - Telephone call to L. Flores re Bilzin's April 06 Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - trade e-mails with L. Flores and confer with L. Coggins re Bilzin's April 06 Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's April 06 Fee Application | 0.50 | MH |
| Jun-28-06 | *Case Administration* - Review notice of appearance and forward same to legal assistant | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's May 2006 Fee Application for filing and confer with legal assistant re: same | 0.10 | LLC |
| | *Case Administration* - Review Foley Hoag April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - memo to paralegal re 6/19/06 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re 6/19/06 hearing impact | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from S. Baena to committee re meeting with debtors, FCR and PI committee | 0.30 | TJT |
| | *Case Administration* - scan 6/19/06 hearing transcript and file in appropriate system folder | 0.10 | MH |
| | *Case Administration* - update fee app/cno chart | 0.10 | MH |
| | *Fee Applications, Others* - review docket, draft Certificate of No Objection and Certificate of Service re PD committee's 18th interim Fee Application, confer with L. Coggins re filing and service of same | 0.40 | MH |

| Invoice No. 20838 | Page 13 of 14 | | July 28, 2006 |
|---|---|---|---|

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - review docket, draft Certificate of No Objection and Certificate of Service re Hamilton's 15th quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, draft Certificate of No Objection and Certificate of Service re Hilsoft's quarterly 6th Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's May 06 invoice, prepare notice, summary, and Certificate of Service re Ferry, Joseph & Pearce's May 06 Fee Application | 0.80 | MH |
| | *Fee Applications, Applicant* - prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's May 06 Fee Application | 0.50 | MH |
| Jun-29-06 | *Fee Applications, Others* - Review and revise Certificate of No Objection re: 15th HR&A quarterly Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Review and revise Certificate of No Objection re: 6th quarterly Hilsoft Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Review and revise Certificate of No Objection re: 18th expense statement of PD Committee | 0.20 | LLC |
| | *Case Administration* - Review entry of appearance for a Canadian CIA counsel | 0.10 | TJT |
| | *Case Administration* - Review Klett Rooney May 06 Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Case Administration* - update service lists and labels | 0.20 | MH |
| Jun-30-06 | *Fee Applications, Others* - Finalize, e-file and coordinate service of Certificate of No Objection re: Hilsoft 6th quarterly | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and coordinate service of HR&A 15th quarterly | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and coordinate service of 18th PD Committee expense statement | 0.30 | LLC |
| | *Case Administration* - update Fee Application/cno e-filed chart | 0.10 | TJT |
| | *Case Administration* - Review Capstone May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - update fee app/cno chart | 0.10 | MH |
| | Totals | 62.10 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jun-05-06 | *Expense* - Elaine M. Ryan - Transcript | 198.74 |
| Jun-06-06 | *Expense* - Blue Marble Logistics | 269.28 |
| | *Expense* - Copying cost | 40.50 |
| | *Expense* - Postage | 10.80 |
| Jun-08-06 | *Expense* - Blue Marble Logistics | 427.38 |
| | *Expense* - Copying cost 234 @ 0.10 | 23.40 |
| Jun-13-06 | *Expense* - Blue Marble Logistics | 148.00 |
| Jun-14-06 | *Expense* - Blue Marble Logistics | 244.08 |
| | *Expense* - TriState Courier & Carriage - delivery charge | 13.00 |

**Invoice No. 20838**                    **Page 14 of 14**                    **July 28, 2006**

|  |  |  |
|---|---|---|
|  | *Expense* - Copying cost  45 @ 0.10 | 4.50 |
|  | *Expense* - Postage  9 @ 0.63 | 5.67 |
| Jun-20-06 | *Expense* - Blue Marble Logistics | 75.00 |
| Jun-27-06 | *Expense* - Blue Marble Logistics | 156.00 |
|  | *Expense* - Cavanaugh's Restaurant- catered lunch | 129.50 |
|  | *Expense* - Copying cost | 11.70 |
|  | *Expense* - Postage | 2.22 |
| Jun-28-06 | *Expense* - Blue Marble Logistics | 315.35 |
|  | *Expense* - Copying cost | 6.60 |
|  | *Expense* - Postage | 2.22 |
| Jun-29-06 | *Expense* - Elaine M. Ryan - Transcript | 523.00 |
|  | *Expense* - TriState Courier & Carriage - delivery charge | 32.50 |
| Jun-30-06 | *Expense* - Copying cost | 13.50 |
|  | *Expense* - Postage | 8.88 |
|  | Totals | $2,661.82 |

**Total Fees & Disbursements**                    **$14,494.82**


**Balance Due Now**                    **$14,494.82**