**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| Debtors. | ) | Objection Deadline: July 19, 2006 |
| | ) | Ref. No. 12732 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 12732 (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the Tenth Fee Application (the "Application")

of Towers Perrin Tillinghast ("Tillinghast"), Actuarial Consultants to David T. Austern, Future

Claimants' Representative  for the period from March 1, 2006 through March 31, 2006 (the

"Period"), filed with the Court on June 29, 2006, and entered on the Court's docket as Docket

No. 12732.  The undersigned further certifies that he has caused the Court's docket in this case to

be reviewed and no answer, objection or other responsive pleading to the Application appears

thereon.  Pursuant to the Application, objections to the Application were to be filed no later than

July 19, 2006.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement for Expenses for

Professionals and Official Committee Members signed April 17, 2002, amending the Court's

Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing

Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement

of Expenses of Professionals, entered May 3, 2001 ("the Amended Administrative Order") dated

March 17, 2003, the Debtors are authorized to pay Tillinghast $9,225.20 (80% of $11,531.50)

and no expenses for a total of $9,225.20 requested in the Application for the Period upon the

filing of this Certification and without the need for entry of a Court order approving the

Application.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

--and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: July 31, 2006

2