# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# JUNE 1-30, 2006



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 15, 2006
Client No. 17367
Invoice No. 1021091

Orrick Contact: Roger Frankel

For Legal Services Rendered Through June 30, 2006 in Connection With:

**Matter: 2 - Case Administration**

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/02/06 | D. Fullem | Review docket and update calendar. | 0.50 |
| 06/05/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/05/06 | R. Barainca | Update pleadings binders. | 2.00 |
| 06/05/06 | R. Barainca | Prepare Certificates of No Objection for D. Austern's Eighth Quarterly, Swidler Seventh and Eighth Quarterly and CIBC's Seventh Quarterly. | 1.00 |
| 06/06/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/09/06 | D. Fullem | Prepare calendar update and forward to R. Wyron and D. Felder. | 0.50 |
| 06/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/14/06 | D. Fullem | Review comments and corrections to Grace calendar; update calendar with new docket entries through today. | 0.80 |
| 06/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/15/06 | R. Barainca | Update pleadings binders. | 1.70 |
| 06/15/06 | D. Fullem | Review Court docket entries updated through today. | 0.20 |
| 06/15/06 | D. Fullem | Follow up, finalize, and forward case calendar to R. Wyron and D. Felder; e-mail to P. Cuniff regarding status of Debtors' fifteenth omnibus objection; e-mail regarding fee application order for D. Austern earlier time period of 10/1/05 - 12/31/05. | 0.60 |
| 06/16/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/19/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/20/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/20/06 | D. Fullem | Review docket update and prepare update to case calendar. | 0.20 |
| 06/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/22/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/22/06 | D. Fullem | Review daily docket updates this week. | 0.20 |
| 06/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

July 15, 2006
Invoice No. 1021091

| | | | |
|---|---|---|---|
| 06/23/06 | D. Fullem | Review e-mails from D. Felder and R. Wyron regarding motion to allow late claim filed by tax authority; review docket for information relating to same. | 0.30 |
| 06/23/06 | D. Fullem | Prepare updated case calendar. | 1.00 |
| 06/26/06 | R. Barainca | Update pleadings binders. | 2.10 |
| 06/26/06 | D. Fullem | Prepare updates to case calendar; forward to R. Wyron and D. Felder. | 0.80 |
| 06/26/06 | D. Fullem | Prepare docket updates and circulate to attorneys and interested parties. | 0.20 |
| 06/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/29/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 06/29/06 | D. Fullem | Review docket entries from the week (.2); prepare updated case calendar (.5); prepare e-mail and forward to R. Wyron and D. Felder. | 0.80 |
| 06/30/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

Total Hours        16.50
Total For Services        $2,737.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 10.40 | 140.00 | 1,456.00 |
| Debra O. Fullem | 6.10 | 210.00 | 1,281.00 |
| Total All Timekeepers | 16.50 | $165.88 | $2,737.00 |

Disbursements
Duplicating Expense        4.20
Secretarial/Staff Overtime        110.77
Telephone        2.38
Total Disbursements        $117.35

**Total For This Matter**        **$2,854.35**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

July 15, 2006
Invoice No. 1021091

For Legal Services Rendered Through June 30, 2006 in Connection With:

**Matter:  5 - Due Diligence**

Disbursements
    Online Database          733.07
    Outside Services      1,243.52
                  Total  Disbursements      $1,976.59


                **Total For This Matter**      **$1,976.59**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

July 15, 2006
Invoice No. 1021091

For Legal Services Rendered Through June 30, 2006 in Connection With:

**Matter:  7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 06/01/06 | M. Stolper | Conference call with R. Wyron, S. Foresta and Grace representatives to discuss objections to settlement. | 1.00 |
| 06/01/06 | R. Wyron | Review issues in Equitas settlement with S. Foresta and follow-up notes (.4); participate in call on Equitas settlement, and follow-up e-mail (1.1); review e-mails and draft documents on Equitas settlement (1.7); draft response on Equitas settlement (3.6). | 6.80 |
| 06/01/06 | S. Foresta | Review materials in preparation for conference call with Grace (.8); participate in conference call with Grace to discuss proposed settlement agreement with Lloyd's (.8); follow up teleconference with R. Wyron (.2); analyze proposed objections prepared by Asbestos Claimants Committee (.6); research on allocation issues and case law on number of occurrences (2.0). | 4.40 |
| 06/01/06 | R. Frankel | Review Grace motion to approve London markets settlement, related agreement (1.1); confer with R. Wyron re same (.3). | 1.40 |
| 06/02/06 | R. Wyron | Review, revise and finalize objection to Equitas settlement (3.9); calls regarding Equitas objection (.3). | 4.20 |
| 06/02/06 | S. Foresta | Telephone conference with R. Wyron re upcoming conference call with counsel for other committees (.2); participate in conference call (.5); review and revise proposed objections of FCR (.6); telephone conference with R. Wyron conveying suggested changes to FCR's objections (.1); review revised objection from PIC (.3) | 1.70 |
| 06/05/06 | D. Felder | Review FCR's objection to Debtors' motion to approve settlement with Lloyd's Underwriters. | 0.10 |
| 06/06/06 | R. Frankel | Review objections to Lloyds settlement with Debtor filed by FCR, ACC and Libby claimants. | 1.20 |
| 06/07/06 | S. Foresta | Review e-mail from R. Wyron updating status of motion to approve Lloyd's settlement. | 0.10 |
| 06/15/06 | R. Wyron | Review materials for call on Equitas settlement. | 0.40 |
| 06/16/06 | R. Wyron | Participate in conference call on Equitas settlement and follow-up. | 1.40 |

|  |  |  |
|---|---|---|
| Total Hours | 22.70 | |
| Total For Services | | $14,951.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

July 15, 2006
Invoice No. 1021091

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 405.00 | 40.50 |
| Stephen G. Foresta | 6.20 | 675.00 | 4,185.00 |
| Roger Frankel | 2.60 | 725.00 | 1,885.00 |
| Michael T. Stolper | 1.00 | 585.00 | 585.00 |
| Richard H. Wyron | 12.80 | 645.00 | 8,256.00 |
| Total All Timekeepers | 22.70 | $658.66 | $14,951.50 |

**Total For This Matter**          $14,951.50



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

July 15, 2006
Invoice No. 1021091

For Legal Services Rendered Through June 30, 2006 in Connection With:

**Matter:  8 - Litigation**

| 06/01/06 | D. Fullem | Review D. Felder's task list for upcoming deadlines on Congo matters. | 0.20 |
|---|---|---|---|
| 06/01/06 | R. Frankel | Review issues re status of term sheet (.4); confer with R. Wyron re dischargeability of fines (.4). | 0.80 |
| 06/02/06 | W. Berry | Telephone conference with Altman re pension funding, Watson Wyatt study. | 0.30 |
| 06/04/06 | R. Wyron | Draft terms of agreement on potential pension objection. | 0.30 |
| 06/05/06 | W. Berry | Review R. Wyron e-mail to J. Baer re pension funding, redesign issues. | 0.30 |
| 06/05/06 | R. Wyron | Work on outline of pension issues for discussion with Grace, and e-mails regarding same (1.1); review correspondence on Libby document production and respond (.3). | 1.40 |
| 06/06/06 | W. Berry | Review J. Baer e-mail re sharing of Watson Wyatt requests, prepare e-mail to R. Wyron. | 0.30 |
| 06/06/06 | R. Wyron | Calls to and from B. Harding re Libby issues (.3); work on pension issues for certificate of counsel, and follow-up e-mails (1.1). | 1.40 |
| 06/06/06 | R. Frankel | Review with R. Wyron case issues. | 0.20 |
| 06/07/06 | W. Berry | Review R. Wyron revised pension redesign report disclosure provision, prepare e-mail to R. Wyron. | 0.30 |
| 06/07/06 | R. Wyron | Review certificate of counsel on pension motion and provide comments (.8); review Equitas update and respond to e-mail re same (.8); confer with R. Frankel re litigation issues at  next hearing and follow-up (.7). | 2.30 |
| 06/07/06 | R. Frankel | Confer with D. Austern re litigation strategy. | 0.60 |
| 06/07/06 | R. Frankel | Telephone conference with E. Inselbuch re litigation issues (.2); consider litigation strategy (.2); confer with R. Wyron re same (.4); notes re same (.1). | 0.90 |
| 06/08/06 | R. Wyron | Prepare for call on estimation discovery issues (.7); participate in call on discovery issues and follow-up (1.4). | 2.10 |
| 06/09/06 | R. Wyron | Review information from J. Biggs re extension issues and follow-up (.8); participate in call on estimation issues with Tillinghast and follow-up (.6); review changes to Certificate of Counsel on pension issues (.4). | 1.80 |
| 06/09/06 | R. Frankel | Review with D. Austern issues re Towers Perrin; series of e-mails re staffing. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

July 15, 2006
Invoice No. 1021091

| | | | |
|---|---|---|---|
| 06/11/06 | R. Wyron | Review e-mails and respond regarding litigation issues (.5); confer with R. Frankel and follow-up (.4). | 0.90 |
| 06/12/06 | D. Felder | Review recently filed pleadings. | 1.10 |
| 06/12/06 | R. Wyron | Call with D. Austern and J. Biggs on database issues and follow-up (.6); confer with K. Neureiter on fines issues and review memo (.7); review case law re fines (.4); review calendar and agenda (.8). | 2.50 |
| 06/13/06 | D. Felder | Review personal injury case management orders regarding estimation (.3); review June 19 hearing agenda and docket regarding same (.2). | 0.50 |
| 06/13/06 | R. Wyron | Review proposed changes to PI CMO and follow-up with Caplin. | 0.40 |
| 06/14/06 | K. Neureiter | Confer with G. Rasmussen re status of research for assumption made by expert witnesses. | 0.20 |
| 06/14/06 | K. Neureiter | Continue research and review case law re assumptions made by expert witnesses. | 1.80 |
| 06/14/06 | D. Felder | Telephone conference with R. Wyron regarding confidentiality issues (.1); review materials regarding same (.3); telephone conference with G. Rasmussen regarding status of estimation litigation (.1); telephone conference with J. Liesemer regarding PI CMO (.1); conferences with R. Wyron regarding status (.2). | 0.80 |
| 06/14/06 | G. Rasmussen | Review of status of Debtor's response to ACC's interrogatories and outline areas re additional discovery. | 1.50 |
| 06/14/06 | R. Wyron | Review CMO re scheduling and follow-up. | 0.30 |
| 06/14/06 | R. Mullady, Jr. | Review In re Roman Catholic Archdiocese decision and related e-mails. | 0.50 |
| 06/14/06 | R. Frankel | Review Oregon Archdiocese decision re estimation. | 1.10 |
| 06/15/06 | K. Neureiter | Continue review of expert testimony cases in preparation for meeting. | 3.00 |
| 06/15/06 | K. Neureiter | Attend meeting with R. Frankel, R. Wyron, G. Rasmussen, D. Felder and R. Mullady to discuss strategy as requested by G. Rasmussen. | 1.80 |
| 06/15/06 | D. Felder | Telephone conference with G. Rasmussen regarding update (.1); review estimation materials and PI CMOs in preparation for meeting (1.2); conference with R. Frankel, R. Wyron, G. Rasmussen and R. Mullady regarding estimation hearing, overview and strategy (1.8); conferences with R. Wyron regarding confidentiality issues (.2); review confidentiality agreements and other materials and prepare memorandum regarding same (3.4); review daily docket (.1). | 6.80 |
| 06/15/06 | G. Rasmussen | Continue review of ACC's discovery and Debtor's response and drafting of FCR's interrogatories. | 2.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -        July 15, 2006
17367                                                                      Invoice No. 1021091
page 8

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/15/06 | G. Rasmussen | Conference with R. Frankel and R. Wyron planning for next steps in discovery. | 2.00 |
| 06/15/06 | R. Wyron | Meet with litigation team re estimation issues (1.7); follow-up on documents and related pleadings for litigation team (1.2). | 2.90 |
| 06/15/06 | R. Mullady, Jr. | Strategy meeting with litigation team (1.2); review materials (.5). | 1.70 |
| 06/15/06 | R. Frankel | Confer with R. Wyron, R. Mullady and G. Rasmussen re litigation strategy for estimation (1.7); notes re same (.1). | 1.80 |
| 06/15/06 | R. Frankel | Telephone conference with Messrs. Inselbuch, Lockwood, Baena, Wyron re plan litigation, hearing (.4); notice re same (.2); confer with R. Wyron re same (.3). | 0.90 |
| 06/15/06 | R. Frankel | Review agenda; prepare for hearing in Delaware. | 0.80 |
| 06/16/06 | D. Felder | Review order regarding pension plan motion (.1); review June 19 hearing agenda and mediation orders (.3); review case law regarding estimation of asbestos liabilities (1.8). | 2.20 |
| 06/16/06 | R. Wyron | Review confidentiality issues on documents being produced in discovery and CMS database (.4); organize materials and prepare for litigation strategy session with Caplin (1.7); prepare outline for strategy discussion (.4). | 2.50 |
| 06/16/06 | R. Mullady, Jr. | Telephone conversation with R. Wyron (.2); review and reply to e-mails regarding scheduling of meetings (.2); review case management order and order supplementing same (.6). | 1.00 |
| 06/16/06 | R. Frankel | Review Owens Corning and Federal Mogel decisions re estimation of asbestos claims. | 1.60 |
| 06/16/06 | R. Frankel | Confer with R. Wyron, J. Guy re staffing, strategy for Grace litigation. | 0.60 |
| 06/19/06 | D. Felder | Review estimation materials in preparation for meeting with D. Austern (1.0); overview meeting regarding asbestos with D. Austern, R. Wyron, R. Mullady and G. Rasmussen (2.3); telephonic participation in omnibus hearing (2.3); telephone conference with R. Frankel regarding same (.2). | 5.80 |
| 06/19/06 | J. Guy | Conference with D. Austern and Orrick counsel re genesis and analysis of asbestos claims. | 1.50 |
| 06/19/06 | G. Rasmussen | Meeting with D. Austern concerning analysis of claims in preparation for our discovery. | 2.80 |
| 06/19/06 | R. Wyron | Meet with D. Austern on litigation strategy and asbestos medicine issues (2.1); attend omnibus hearing telephonically on mediation issues (1.1); review order on discovery mediation and outline discovery issues (.7); work on confidentiality memo (.9). | 4.80 |
| 06/19/06 | R. Mullady, Jr. | Attend meeting with D. Austern (2.1); discussions with R. Frankel and R. Wyron (.5); review materials (.2). | 2.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -    July 15, 2006
17367                                                                  Invoice No. 1021091
page 9

| 06/19/06 | R. Frankel | Prepare for omnibus hearing during travel to Wilmington. | 2.40 |
|---|---|---|---|
| 06/19/06 | R. Frankel | Confer with Messrs. Inselbuch, Baena, Lockwood and Sakalo in preparation for omnibus hearing. | 1.50 |
| 06/19/06 | R. Frankel | Attend omnibus hearing in DE, status conference re mediation, estimation. | 2.60 |
| 06/19/06 | R. Frankel | Telephone conferences with R. Wyron, D. Felder re hearing, next steps (.2); prepare notes re same during travel to DC (.3); confer with Lockwood during travel (1.4). | 1.90 |
| 06/20/06 | D. Felder | Review estimation proceeding materials and prepare same for R. Mullady (1.3); review designation lists of expert and non-expert witnesses submitted by Debtors, PI Committee, PD Committee, Libby Claimants, Equity Committee, Unsecured Creditors Committee, and FCR (1.6); review other estimation materials regarding same (1.7); review pleadings and hearing transcripts regarding discovery mediator and e-mails to R. Wyron regarding same (1.2). | 5.80 |
| 06/20/06 | G. Rasmussen | Conference with R. Mullady on discovery issues in preparation for meeting the current claimants. | 0.30 |
| 06/20/06 | R. Mullady, Jr. | Review Federal Mogul and Owens Corning opinions (1.0); e-mail to G. Rasmussen regarding expert materials (.1); review discovery materials, pleadings, hearing transcripts and other materials relating to estimation proceeding and prepare for meeting at Caplin and Drysdale on 6/21 (4.9). | 6.00 |
| 06/20/06 | R. Frankel | Exchange series of e-mails with R. Mullady re asbestos disclosures. | 0.30 |
| 06/20/06 | R. Frankel | Telephone conference with D. Austern re omnibus hearing in DE, next steps; notes re same. | 0.40 |
| 06/20/06 | R. Frankel | Series of e-mails with Messrs. Bernick, Baena and Inselbuch to set up meeting per court order. | 0.70 |
| 06/21/06 | R. Barainca | Review Grace SEC Filings from 1999-2006 re asbestos liabilities. | 6.00 |
| 06/21/06 | D. Felder | Review materials in preparation for meeting with counsel for PI Committee (1.0); meeting with counsel for the FCR and PI Committee regarding estimation proceeding (6.0); conference with R. Wyron, G. Rasmussen and R. Mullady regarding estimation proceeding (1.0); review materials from June 19 omnibus hearing (.2); revise case management order for PI estimation and prepare summary chart regarding same (3.0); review estimation materials and update list of witnesses and expert witnesses (1.7). | 12.90 |
| 06/21/06 | G. Rasmussen | Draft interrogatories to Debtors. | 0.80 |
| 06/21/06 | G. Rasmussen | Review of notes of meeting and follow-up discovery planning meeting with R. Mullady and R. Wyron. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

July 15, 2006
Invoice No. 1021091

| | | | |
|---|---|---|---|
| 06/21/06 | G. Rasmussen | Preparation for and meeting with ACC counsel to formulate discovery strategy and agree on case management issues. | 6.50 |
| 06/21/06 | R. Wyron | Work on PI CMO extension (.7); meet with Caplin litigation team and follow-up (6.8). | 7.50 |
| 06/21/06 | R. Mullady, Jr. | Attend meeting at Caplin & Drysdale  (6.7); meet with litigation team (.7). | 7.40 |
| 06/21/06 | R. Frankel | Confer with R. Wyron re litigation meeting at Caplin, strategy for estimation (.7); review list of experts designated (.3); notes re estimation (.2). | 1.20 |
| 06/21/06 | R. Frankel | Confer with R. Wyron re hearing, Libby issues, estimation litigation prior to litigation strategy meeting; notes re same. | 0.80 |
| 06/22/06 | R. Barainca | Review Grace SEC Filings from 1999-2006 for all related asbestos liabilities. | 1.00 |
| 06/22/06 | D. Felder | Review pleadings and hearing transcripts regarding exclusivity and prepare summary outline regarding same (7.5); telephone conference with J. Brownstein regarding same (.1); review PI case management order and expert witness stipulation and telephone conference with G. Rasmussen and J. Biggs regarding same (.5); conference call with J. Biggs, P. Brooks, R. Wyron and G. Rasmussen regarding expert stipulation and case management order (.8); conference call with counsel for PI Committee and Debtors regarding case management order and expert stipulation (1.5). | 10.40 |
| 06/22/06 | G. Rasmussen | Conference  with Jenni Biggs (our expert) regarding the stipulation for expert discovery. | 0.50 |
| 06/22/06 | G. Rasmussen | Conference call with J. Biggs on status of expert report. | 0.80 |
| 06/22/06 | G. Rasmussen | Conference with Debtor's counsel and with ACC re possible agreement on a case management schedule. | 2.00 |
| 06/22/06 | G. Rasmussen | Revise Stipulation on Expert Discovery. | 0.80 |
| 06/22/06 | R. Wyron | Calls with Caplin and Kirkland regarding PI CMO and changes in dates (1.6); call with J. Biggs on confidentiality and status (.8); follow-up on CMO issues (.4). | 2.80 |
| 06/22/06 | R. Mullady, Jr. | Review and revise draft CMO (.6); participate in conference call regarding CMO (1.2); review draft expert discovery stipulation and participate in conference call with J. Biggs regarding same (1.2). | 3.00 |
| 06/22/06 | R. Frankel | Review revised expert designation list (with descriptions) (.4); review revised CMO (.5); review chart of key dates for estimation (.4). | 1.30 |
| 06/23/06 | R. Barainca | Review Grace SEC Filings from 1999-2006 for asbestos liabilities. | 2.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

July 15, 2006
Invoice No. 1021091

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/23/06 | D. Felder | Review and revise PI case management order and summary chart regarding same (1.9); continue review of hearing transcripts and pleadings regarding exclusivity and finalize outline regarding same (3.4); conference with T. Grosko regarding estimation documents and review regarding same (.4); review docket and recently filed pleadings and e-mail to D. Fullem regarding same (1.0). | 6.70 |
| 06/23/06 | G. Rasmussen | Review and sign off on CMO. | 0.30 |
| 06/23/06 | R. Wyron | Meet with D. Austern for litigation strategy update, and follow-up (.8); review e-mails and drafts on revised PI CMO (.9); review data from J. Biggs (1.3); review LTIP motion and call to Piper Jaffray (.7). | 3.70 |
| 06/23/06 | R. Mullady, Jr. | Review revised CMO and discuss same with counsel for ACC and internal team (.5); e-mails to/from B. Harding (.3); review letter from B. Harding to N. Finch, discuss same with team, and e-mail comments on letter to N. Finch (.6). | 1.40 |
| 06/23/06 | R. Frankel | Confer with D. Austern re litigation status, timetable strategy, experts; notes re same. | 0.70 |
| 06/23/06 | R. Frankel | Confer with R. Wyron re CMO, dates, strategy; notes re same. | 0.70 |
| 06/23/06 | R. Frankel | Review modified CMO, chart with dates. | 0.90 |
| 06/23/06 | R. Frankel | Review (preliminary) outline regarding exclusivity issues. | 0.60 |
| 06/24/06 | R. Frankel | Series of e-mails re methodology for estimation trial, staffing. | 0.50 |
| 06/25/06 | G. Rasmussen | Read cases pertaining to estimation. | 1.40 |
| 06/25/06 | R. Mullady, Jr. | Review Tillinghast paper and Kirkland powerpoint documents (.8); e-mails to/from R. Frankel and R. Wyron regarding briefing strategy on estimation theory (.4). | 1.20 |
| 06/26/06 | R. Barainca | Review Grace SEC Filings from 1999-2006 for all related asbestos liabilities. | 2.80 |
| 06/26/06 | D. Felder | Review recently filed pleadings (.9); review case law regarding estimation (1.2). | 2.10 |
| 06/26/06 | R. Wyron | Call to D. Cohn (.1); confer with estimation litigation team and follow-up notes (.7); re LTIP, review pleading and schedule call (.8). | 1.60 |
| 06/26/06 | R. Mullady, Jr. | E-mails to/from R. Frankel (.1); review Peterson report to USG estimation proceeding (.6); e-mails to/from R. Wyron (.2). | 0.90 |
| 06/26/06 | R. Frankel | Review Grace status report, related filings in connection with plan exclusivity; consider arguments re exclusivity. | 2.70 |
| 06/26/06 | R. Frankel | Confer with R. Wyron re estimation hearing, meeting in NY. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    July 15, 2006
17367                                                                                Invoice No. 1021091
page 12

| 06/27/06 | R. Barainca | Review Grace SEC Filings from 1999-2006 for asbestos liabilities. | 1.00 |
|---|---|---|---|
| 06/27/06 | R. Barainca | Review SEC documents from Federal Mogul and Owens Corning re asbestos liability information. | 0.70 |
| 06/27/06 | S. Venegas | Conference with D. Felder re estimation liability (.5); meeting with R. Mullady, R. Moyer, D. Felder re update (1.1); review materials (.4). | 2.00 |
| 06/27/06 | D. Felder | Conference with R. Wyron, R. Mullady and A. Venegas regarding estimation strategy (1.5); conference with A. Venegas regarding same (.1); review numerous estimation materials for review by litigation team (4.0). | 5.60 |
| 06/27/06 | R. Wyron | Meet with litigation team on estimation methodology issues and follow-up (1.2); call to D. Austern on Libby issues (.2); review materials from J. Biggs re prior testimony (.8). | 2.20 |
| 06/27/06 | R. Mullady, Jr. | Meet with estimation team regarding estimation methodology briefing (1.4); review documents, position papers and literature (.4) review and comment on electronic organization of estimation proceeding materials (.2). | 2.00 |
| 06/27/06 | R. Frankel | Confer with Messrs. Inselbuch, Baena and Bernick at K&E in NY re estimation, PI-PD agreement. | 2.60 |
| 06/27/06 | R. Frankel | Review file in preparation for meeting with Messrs. Bernick, Inselbuch and Baena during travel to NY. | 2.20 |
| 06/27/06 | R. Frankel | Prepare notes, outline for brief opposing further extension of exclusivity. | 1.80 |
| 06/28/06 | R. Barainca | Review Grace SEC Filings from 1999-2006 for all related asbestos liabilities. | 2.50 |
| 06/28/06 | K. Thomas | Research re exclusivity (1.3); meeting with R. Frankel and D. Felder re drafting motion (.6). | 1.90 |
| 06/28/06 | D. Felder | Conference with K. Thomas regarding exclusivity research (.1); research and review case law regarding same (1.8); review estimation materials for litigation team (.5); review SEC filings regarding Grace and other asbestos companies and prepare chart regarding same (1.8); conference with R. Frankel and K. Thomas regarding exclusivity (.8). | 5.00 |
| 06/28/06 | R. Mullady, Jr. | Review client's file on Libby issues (.6); e-mail to N. Finch (.2). | 0.80 |
| 06/28/06 | R. Frankel | Confer with D. Felder, K. Thomas re response on exclusivity; notes re same. | 0.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

July 15, 2006
Invoice No. 1021091

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/29/06 | D. Felder | Review materials regarding exclusivity and begin preparing pleadings regarding same (5.0); review recently filed pleadings and e-mails to D. Fullem regarding same (.9); conference with R. Frankel regarding exclusivity (.4); telephone conferences with J. Brownstein regarding various Grace financial issues (.5); telephone conference with R. Wyron, counsel for asbestos committees and financial advisors regarding Grace's LTIP motion and conference with R. Wyron regarding same (.9). | 7.70 |
| 06/29/06 | R. Wyron | Review LTIP issues and e-mail from M. Berkin (.6); call with Piper Jaffray re LTIP (.3); call with PI and PD regarding strategy, and follow-up re LTIP (.8); confer with R. Mullady re estimation (.2); call with D. Cohn re estimation litigation issues (.7); follow-up notes on call with D. Cohn (.3). | 2.90 |
| 06/29/06 | R. Mullady, Jr. | Review Libby materials (.5); meet with R. Wyron (.3); conference call with D. Cohn (.6); e-mails to/from D. Cohn and N. Finch (.4); review letter from N. Finch to debtor's counsel (.2). | 2.00 |
| 06/29/06 | R. Frankel | Review with R. Wyron issues re exclusivity, other pending matters. | 0.60 |
| 06/29/06 | R. Frankel | Review with R. Wyron issues re Libby; notes re same. | 0.60 |
| 06/29/06 | R. Frankel | Telephone conference with E. Inselbuch re outline of exclusivity response (.2); confer with D. Felder re same (.3); notes re same (.2). | 0.70 |
| 06/30/06 | R. Barainca | Review Grace SEC Filings from 1999-2006 re related asbestos liabilities. | 0.70 |
| 06/30/06 | K. Thomas | Discuss tax priority issues with D. Felder (.1); discuss preparation of response to motion (.1); begin research re Section 1114 (.2). | 0.40 |
| 06/30/06 | D. Felder | Telephone conference with N. Finch regarding estimation issues (.1); review e-mail correspondence regarding CARD clinic records (.1); review exclusivity materials and continuing drafting pleading regarding same (3.2); conference with K. Thomas regarding priority tax issues (.1). | 3.50 |
| 06/30/06 | R. Wyron | Call from J. Radecki on LTIP and follow-up (.3); update from J. Radecki on negotiations re LTIP and follow-up e-mails (.3); e-mails to and from Debtors on Equitas settlement issues and proposed language (.4); review hearing agenda for next omnibus (.2). | 1.20 |
| 06/30/06 | R. Mullady, Jr. | Telephone conversation with N. Finch (.5); meet with R. Wyron (.3). | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 14

July 15, 2006
Invoice No. 1021091

|  |  | Total Hours | 246.40 |  |
|---|---|---|---|---|
|  |  | Total For Services |  | $131,973.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 17.20 | 140.00 | 2,408.00 |
| William D. Berry | 1.20 | 620.00 | 744.00 |
| Debra Felder | 76.90 | 405.00 | 31,144.50 |
| Roger Frankel | 38.80 | 725.00 | 28,130.00 |
| Debra O. Fullem | 0.20 | 210.00 | 42.00 |
| Jonathan P. Guy | 1.50 | 605.00 | 907.50 |
| Raymond G. Mullady, Jr. | 31.50 | 660.00 | 20,790.00 |
| Kimberly E. Neureiter | 6.80 | 375.00 | 2,550.00 |
| Garret G. Rasmussen | 22.50 | 645.00 | 14,512.50 |
| Katherine S. Thomas | 2.30 | 325.00 | 747.50 |
| Shannon Dawn Venegas | 2.00 | 325.00 | 650.00 |
| Richard H. Wyron | 45.50 | 645.00 | 29,347.50 |
| Total All Timekeepers | 246.40 | $535.61 | $131,973.50 |

Disbursements

| Duplicating Expense | 444.90 |
|---|---|
| Express Delivery | 8.98 |
| Facsimile | 4.00 |
| Lexis Research | 280.00 |
| Local Taxi Expense | 13.00 |
| Outside Reproduction Services | 237.30 |
| Outside Services | 59.75 |
| Parking Expense | 9.00 |
| Postage | 163.50 |
| Secretarial/Staff Overtime | 233.08 |
| Telephone | 49.37 |
| Travel Expense, Air Fare | 243.97 |
| Westlaw Research | 63.00 |

Total Disbursements $1,809.85

**Total For This Matter** **$133,783.35**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

July 15, 2006
Invoice No. 1021091

For Legal Services Rendered Through June 30, 2006 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 06/01/06 | K. Thomas | Review plan treatment of tax priority claims. | 1.50 |
| 06/01/06 | K. Neureiter | Continue research related to criminal fines in chapter 11 context. | 1.70 |
| 06/01/06 | K. Neureiter | Meeting with R. Wyron to discuss research related to criminal fines in chapter 11 context. | 0.40 |
| 06/01/06 | M. Wallace | Review revised term sheet for asbestos constituencies' proposed Plan. | 0.40 |
| 06/01/06 | R. Wyron | Review research on fine issues. | 0.70 |
| 06/02/06 | K. Thomas | Draft memo re tax priority. | 4.50 |
| 06/02/06 | K. Neureiter | Conduct research re Sections 1141 and 18 USC 3613. | 5.60 |
| 06/02/06 | R. Wyron | Review information on tax priority claim and follow-up with K. Thomas. | 0.90 |
| 06/05/06 | K. Neureiter | Conduct research and review results re criminal fines in Chapter 11 context. | 3.80 |
| 06/05/06 | K. Neureiter | Confer with R. Wyron re results of research. | 0.20 |
| 06/05/06 | R. Wyron | Confer with R. Frankel and follow-up notes. | 0.90 |
| 06/05/06 | R. Frankel | Review with R. Wyron revisions to Plan Term Sheet. | 0.70 |
| 06/05/06 | R. Frankel | Revise Plan Term Sheet. | 0.60 |
| 06/06/06 | K. Thomas | Send e-mail to R. Wyron re follow-up on tax and environmental claims. | 0.10 |
| 06/06/06 | K. Neureiter | Continue research and review results re criminal fines. | 5.70 |
| 06/06/06 | K. Neureiter | Draft outline of memo and begin draft of memo on criminal fines. | 2.00 |
| 06/06/06 | K. Neureiter | Confer with R. Wyron re results of research. | 0.10 |
| 06/06/06 | R. Frankel | Finalize term sheet revisions. | 0.60 |
| 06/07/06 | K. Thomas | Discuss next steps with R. Wyron (.3); review tax priority claims and environmental claims issues (.1); review plan for discussion of same (.2); draft e-mail re follow-up re claims issues (.2); send same to R. Wyron for review (.1); incorporate edits re same (.3); send same to J. Brownstein for review (.1). | 1.30 |
| 06/07/06 | K. Neureiter | Draft memo and review legal research for R. Wyron re criminal fines. | 7.00 |
| 06/07/06 | M. Wallace | Review revised term sheet and note issues in same; discuss term sheet issues with R. Wyron; revise and distribute for internal review. | 0.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 16

July 15, 2006
Invoice No. 1021091

| 06/07/06 | R. Wyron | Review draft term sheet and provide comments (1.8); call to Piper Jaffray and confer with K. Thomas re non-asbestos claim and follow-up (.8). | 2.60 |
|---|---|---|---|
| 06/07/06 | R. Frankel | Review revised term sheet (1.1); telephone conference with R. Wyron re same (.2). | 1.30 |
| 06/08/06 | K. Thomas | Telephone call with J. Brownstein and R. Wyron re Grace claims issues; follow-up telephone call from J. Brownstein; discuss Grace claims issues with R. Wyron. | 0.50 |
| 06/08/06 | K. Neureiter | Draft memo and review legal research for R. Wyron re criminal fines. | 7.80 |
| 06/08/06 | M. Wallace | Review term sheet and distribute for comment. | 0.30 |
| 06/08/06 | R. Wyron | Continue review of proposed term sheet. | 0.60 |
| 06/09/06 | K. Neureiter | Confer with R. Wyron re results. | 0.20 |
| 06/09/06 | K. Neureiter | Finish memo to R. Wyron re dischargeability of Corp. Chapter 11 criminal fines. | 0.80 |
| 06/10/06 | M. Wallace | Review correspondence regarding conference call on asbestos plan term sheet. | 0.10 |
| 06/12/06 | R. Frankel | Telephone conference with S. Baena re hearing, Term Sheet; review Term Sheet. | 0.50 |
| 06/13/06 | R. Wyron | Call with Piper Jaffray re financial issues on plan term sheet and follow-up (.3); review documents on priority tax issues and follow-up with K. Thomas (.7). | 1.00 |
| 06/14/06 | K. Thomas | Telephone call with R. Wyron re tax and environmental claims (.2); review agreements provided by J. Brownstein (.4); discuss with R. Wyron (.2) | 0.80 |
| 06/14/06 | M. Wallace | Circulate call-in information for term sheet conference call (.1); review correspondence regarding Sealed Air issues in term sheet (.1). | 0.20 |
| 06/14/06 | R. Frankel | Review Term Sheet in preparation for conference call. | 0.80 |
| 06/15/06 | M. Wallace | Review Sealed Air settlement agreement regarding issues in asbestos plan term sheet and discuss same with R. Wyron. | 0.40 |
| 06/15/06 | R. Wyron | Review notes and revisions on proposed plan term sheet (.7); call with PI and PD on term sheet, and follow-up with R. Frankel (1.8). | 2.50 |
| 06/15/06 | R. Frankel | Review issues re structure of asbestos proponent plans, strip distribution, Sealed Air Settlement. | 1.20 |
| 06/16/06 | R. Wyron | Revise term sheet (.5); call with Piper Jaffray on term sheet issues and follow-up e-mail (.8). | 1.30 |
| 06/19/06 | K. Thomas | Review Fresenius settlement motion for tax implications. | 0.30 |
| 06/19/06 | R. Wyron | Review Piper Jaffray analysis on plan terms and asset allocations, and outline issues. | 1.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

July 15, 2006
Invoice No. 1021091

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/20/06 | K. Thomas | Review Fresenius Settlement Agreement, motion for order and order approving agreement (1.0); draft and send response to R. Wyron re impact on tax priority claims (.5); review Sealed Air Settlement Agreement (.5). | 2.00 |
| 06/20/06 | R. Wyron | Confer with J. Radecki (.2); review Piper Jaffray financial analysis regarding plan issues (.4). | 0.60 |
| 06/20/06 | R. Frankel | Review revised plan analysis presentation from Piper Jaffray. | 0.80 |
| 06/20/06 | R. Frankel | Review report from Piper Jaffray on pari passu plan analysis (.8); review different plan scenarios (.8). | 1.60 |
| 06/20/06 | R. Frankel | Telephone conferences with J. Radecki re plan analysis, different scenarios; notes re same. | 0.50 |
| 06/22/06 | R. Frankel | Prepare outline for meeting with D. Bernick, E. Inselbuch and S. Baena. | 1.80 |
| 06/22/06 | R. Frankel | Review with R. Wyron plan structure issues raised by Piper Jaffray. | 0.50 |
| 06/23/06 | R. Wyron | Confer with D. Austern on status and strategy. | 0.60 |
| 06/23/06 | R. Frankel | Revise talking points for meeting with D. Bernick (.7); e-mail to E. Inselbuch and S. Baena re same (.2). | 0.90 |
| 06/23/06 | R. Frankel | Telephone conference with P. Connors re plan tax issues. | 0.30 |
| 06/29/06 | R. Wyron | Review plan issues and confer with R. Frankel following meeting with Debtors, PI and PD. | 0.60 |

Total Hours          74.20
Total For Services                $35,471.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 12.10 | 725.00 | 8,772.50 |
| Kimberly E. Neureiter | 35.30 | 375.00 | 13,237.50 |
| Katherine S. Thomas | 11.00 | 325.00 | 3,575.00 |
| Mary A. Wallace | 2.10 | 500.00 | 1,050.00 |
| Richard H. Wyron | 13.70 | 645.00 | 8,836.50 |
| Total All Timekeepers | 74.20 | $478.05 | $35,471.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

July 15, 2006
Invoice No. 1021091

Disbursements

| | | |
|---|---|---|
| Duplicating Expense | 40.35 | |
| Express Delivery | 15.86 | |
| Lexis Research | 923.25 | |
| Outside Services | 224.18 | |
| Parking Expense | 28.00 | |
| Telephone | 1.00 | |
| Travel Expense, Air Fare | 704.74 | |
| Travel Expense, Local | 4.90 | |
| Westlaw Research | 236.83 | |
| Total Disbursements | | $2,179.11 |

**Total For This Matter**          **$37,650.61**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

July 15, 2006
Invoice No. 1021091

For Legal Services Rendered Through June 30, 2006 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 06/01/06 | D. Fullem | Review Altman Cronin website for information for use in employment application; begin initial draft of employment application. | 0.70 |
| 06/01/06 | D. Fullem | Review Grace docket for notices of appearance, employment of professionals, and fee applications by professionals for purposes of updating conflict list in connection with employment of Altman Cronin as pension consulting experts; discuss with R. Wyron the few updates to conflict list. | 0.60 |
| 06/02/06 | D. Fullem | Draft application to employ Altman Cronin as pension experts and related documents, affidavit, notice and proposed Order (2.7); provide draft to R. Wyron for review (.1). | 2.80 |
| 06/04/06 | R. Wyron | Work on application to employ consultant. | 0.50 |

Total Hours        4.60

Total For Services       $1,183.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra  O. Fullem | 4.10 | 210.00 | 861.00 |
| Richard  H. Wyron | 0.50 | 645.00 | 322.50 |
| Total All Timekeepers | 4.60 | $257.28 | $1,183.50 |

**Total For This Matter**       $1,183.50



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

July 15, 2006
Invoice No. 1021091

For Legal Services Rendered Through June 30, 2006 in Connection With:

## Matter:  11 - Compensation of Professionals - Other

| 06/06/06 | R. Barainca | Prepare the following for filing:  Certificates of No Objection for D. Austern's Sixth, Seventh and Eighth Quarterly, Swidler's Seventh and Eighth Quarterly, and CIBC's Seventh Quarterly. | 1.20 |
|---|---|---|---|
| 06/07/06 | R. Barainca | Prepare CIBC's January 2006 Monthly fee application for filing. | 1.10 |
| 06/14/06 | D. Fullem | Review proposed Order on quarterly fee applications to confirm all correct as to FCR and his professionals. | 0.20 |
| 06/16/06 | R. Barainca | Prepare the Certificate of No Objection for D. Austern's April Monthly for filing. | 0.90 |
| 06/16/06 | R. Barainca | Confer with R. Wyron regarding Certificates of No Objection regarding Piper Jaffray's Monthlys. | 0.60 |
| 06/16/06 | R. Barainca | Edit Tillinghast's March and April Monthly and Fifth Quarterly, and send to J. Biggs for signature. | 0.70 |
| 06/16/06 | R. Barainca | Prepare Certificates of No Objection for D. Austern's April Monthly and Piper Jaffray's First, Second and Third Monthly. | 0.90 |
| 06/19/06 | R. Barainca | Prepare Piper Jaffray's Certificates of No Objection for their First, Second and Third Monthlys for filing. | 1.50 |
| 06/19/06 | D. Fullem | Review Order on quarterly fee applications for the period October-December 2005; prepare e-mail with attached Order to professionals. | 0.30 |
| 06/19/06 | D. Fullem | Prepare e-mail to P. Cuniff at Pachulski regarding D. Austern's quarterly fee application to include in September hearing. | 0.10 |
| 06/20/06 | D. Fullem | Review and respond to e-mail from R. Malstrom regarding Swidler payment history. | 0.30 |
| 06/20/06 | D. Fullem | Review and respond to e-mail from R. Britt regarding Swidler's eighth quarterly fee application. | 0.10 |
| 06/22/06 | D. Fullem | Review information from R. Malstrom and prepare chart of payments received by Swidler this year; forward same to R. Wyron for review. | 0.80 |
| 06/23/06 | D. Fullem | Review and provide final comments on Swidler's Final Fee Application; assist with coordinating filing and serving. | 1.00 |
| 06/26/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding copies of Swidler final fee application filing. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

July 15, 2006
Invoice No. 1021091

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/27/06 | R. Barainca | Prepare a Certificate of No Objection for CIBC's January 2006 fee application. | 0.30 |
| 06/27/06 | D. Fullem | Review e-mail from R. Wyron regarding question from U.S. Trustee on Swidler's quarterly order for Oct-Dec 05; prepare e-mail to R. Britt regarding same. | 0.40 |
| 06/27/06 | R. Wyron | Review e-mails on Swidler reduction and follow-up. | 0.20 |
| 06/29/06 | R. Barainca | Prepare the Certificate of No Objection for CIBC's January 2006 Monthly for filing. | 0.70 |
| 06/29/06 | R. Barainca | Prepare Tillinghast's Fifth Quarterly fee application, and Tenth and Eleventh Monthly fee applications for filing. | 2.80 |
| 06/29/06 | D. Fullem | Telephone call to C. Hartman regarding revising Swidler order to reflect agreed-upon fee reduction with U.S. Trustee's office (.2); telephone call and e-mail to R. Britt regarding issue and Certification of Counsel and Amended Orders relating to quarterly and final periods (.3); review draft documents and provide initial comments (.6); forward same to R. Britt (.1); update R. Wyron with status and provide updated drafts for his review (.2). | 1.40 |
| 06/30/06 | D. Fullem | Review and prepare changes to Certification of Counsel and Amended Orders from R. Wyron on Swidler quarterly and final fee applications to reflect agreed-upon reduction with U.S. Trustee (.5); update R. Britt regarding same and review response (.2); prepare e-mail to C. Hartman regarding filing of same (.1); coordinate filing with C. Hartman and service with R. Britt (.2). | 1.00 |
| 06/30/06 | D. Fullem | Confer with R. Meade regarding D. Austern's billing for May and June; review e-mail from D. Austern regarding same. | 0.30 |

Total Hours — 17.00

Total For Services — $2,908.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 10.70 | 140.00 | 1,498.00 |
| Debra O. Fullem | 6.10 | 210.00 | 1,281.00 |
| Richard H. Wyron | 0.20 | 645.00 | 129.00 |
| Total All Timekeepers | 17.00 | $171.06 | $2,908.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                          July 15, 2006
17367                                                                                        Invoice No. 1021091
page 22

Disbursements
    Duplicating Expense          68.10
    Express Delivery           45.47
    Postage              4.05
            Total  Disbursements         $117.62


**Total For This Matter**         **$3,025.62**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

July 15, 2006
Invoice No. 1021091

For Legal Services Rendered Through June 30, 2006 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 06/01/06 | D. Fullem | Review and revise Orrick's February and March fee applications. | 1.00 |
| 06/02/06 | D. Fullem | Continue preparation of Orrick's February and March monthly fee applications. | 0.50 |
| 06/05/06 | D. Fullem | Finalize and coordinate filing and service of Orrick's February monthly fee application. | 1.00 |
| 06/05/06 | D. Fullem | Finalize and coordinate filing and service of Orrick's March monthly fee application. | 1.00 |
| 06/05/06 | R. Wyron | Review April monthly fee application. | 0.30 |
| 06/06/06 | R. Barainca | Edit and prepare Orrick's April 2006 Monthly fee application for filing. | 1.30 |
| 06/07/06 | R. Barainca | Continue preparing Orrick's April 2006 Monthly fee application. | 0.80 |
| 06/07/06 | D. Fullem | Review May prebills. | 0.50 |
| 06/11/06 | R. Wyron | Review May pre-bill and provide comments. | 0.60 |
| 06/19/06 | R. Barainca | Prepare Orrick's First Quarterly. | 2.00 |
| 06/19/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of Orrick fee applications and hearing date. | 0.20 |
| 06/20/06 | R. Barainca | Continue preparing Orrick's First Quarterly. | 1.70 |
| 06/22/06 | D. Fullem | Prepare Orrick's May fee application. | 1.00 |
| 06/23/06 | R. Barainca | Confer with D. Fullem regarding fee applications. | 0.40 |
| 06/23/06 | R. Barainca | Continue preparing Orrick's First Quarterly fee application. | 0.90 |
| 06/27/06 | R. Barainca | Edit Orrick's First Quarterly fee application. | 0.50 |
| 06/27/06 | R. Barainca | Prepare Certificates of No Objection for Orrick's First, Second and Third Monthly fee applications. | 1.00 |
| 06/28/06 | R. Barainca | Coordinate signatures, filing and serving of Certificates of No Objection for Orrick's First, Second and Third Monthly for filing. | 1.50 |
| 06/29/06 | R. Barainca | Prepare Orrick's First Quarterly fee application for filing. | 1.20 |
| 06/29/06 | R. Barainca | Edit Orrick's First Quarterly fee application. | 0.50 |
| 06/29/06 | D. Fullem | Finalize draft of Orrick May fee application (1.0); prepare e-mail and forward to R. Wyron for review and comment (.1). | 1.10 |

Total Hours            19.00

Total For Services                    $3,555.50



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 24

July 15, 2006
Invoice No. 1021091

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 11.80 | 140.00 | 1,652.00 |
| Debra O. Fullem | 6.30 | 210.00 | 1,323.00 |
| Richard H. Wyron | 0.90 | 645.00 | 580.50 |
| Total All Timekeepers | 19.00 | $187.13 | $3,555.50 |

Disbursements

| | | |
|---|---|---|
| Duplicating Expense | 105.30 | |
| Express Delivery | 79.19 | |
| Postage | 8.13 | |
| Total Disbursements | | $192.62 |

**Total For This Matter**                                       **$3,748.12**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

July 15, 2006
Invoice No. 1021091

For Legal Services Rendered Through June 30, 2006 in Connection With:

**Matter: 15 – Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 06/19/06 | R. Frankel | Travel to DC from Wilmington. | 1.60 |
| 06/28/06 | R. Frankel | Travel to DC from meeting with D. Bernick, et al. in NY. | 2.50 |

Total Hours 4.10
Total For Services $1,486.25

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 4.10 | 362.50 | 1,486.25 |
| Total All Timekeepers | 4.10 | $362.50 | $1,486.25 |

Disbursements
   Postage 2.55
      Total  Disbursements $2.55

**Total For This Matter** **$1,488.80**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours 404.50
Total Fees, all Matters $194,266.75
Total Disbursements, all Matters $6,395.69
Total Amount Due $200,662.44