# EXHIBIT 2

## Dkt No.12853 - 23rd Omni 5 Con't Order
## for WR Grace

Total number of parties: 2

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20510 | ANDREWS & KURTH LLP, (TRANSFEROR: WEATHERFORD INTERNATIONAL INC), 450 LEXINGTON AVE 15TH FL, NEW YORK, NY 10017 | US Mail (1st Class) |
| 20510 | WEATHERFORD INTERNATIONAL INC, ATTN: BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX 77027 | US Mail (1st Class) |

Subtotal for this group: 2