# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: August 21, 2006<br>Hearing Date: TBD only if necessary |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 34.1 | $15,856.50 |
| TOTAL | | | | 34.1 | $15,856.50 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 7.92 |
| Taxi Fare | $ 8.00 |
| TOTAL | $ 15.92 |


## FOLEY
## HOAG LLP
**ATTORNEYS AT LAW**

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2006
Invoice No.: 366541
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through June 30, 2006

|  |  |
|---|---|
| Fees | $15,856.50 |
| Disbursements | 15.92 |
| **Total Fees and Disbursements** | **$15,872.42** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 366541
July 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/01/06 | Jaffe | Draft letter to EPA and research for same (1.8). | 1.8 |
| 06/02/06 | Jaffe | Team telephone conference (0.7); draft letter to Ms. Muench and research for same (1.8). | 2.5 |
| 06/04/06 | Jaffe | Draft letter to Ms. Muench and research for same (3.1). | 3.1 |
| 06/05/06 | Jaffe | Draft, revise letter to Ms. Muench and emails with team regarding same (2.7). | 2.7 |
| 06/06/06 | Jaffe | Review revised sediment scope and emails with team regarding same (1.6). | 1.6 |
| 06/07/06 | Jaffe | Review arsenic issues and emails with team regarding same (1.7). | 1.7 |
| 06/08/06 | Jaffe | Emails with team regarding arsenic issues (0.3). | 0.3 |
| 06/09/06 | Jaffe | Review comment on letter to EPA and revise same (1.7). | 1.7 |
| 06/12/06 | Jaffe | Draft letter to EPA and research for same (2.7). | 2.7 |
| 06/13/06 | Jaffe | Review letter to Ms. Muench and emails with team regarding same (0.8); review final draft SOW and emails regarding same (1.1). | 1.9 |
| 06/14/06 | Jaffe | Review revised draft letter to Ms. Muench (0.8). | 0.8 |
| 06/15/06 | Jaffe | Final revisions to letter to Ms. Muench and emails with team regarding same (1.1). | 1.1 |
| 06/21/06 | Jaffe | Team telephone conference with EPA and preparing for same (3.9). | 3.9 |
| 06/23/06 | Jaffe | Team telephone conference with EPA and preparing for same (3.1). | 3.1 |
| 06/27/06 | Jaffe | Review revised draft SOW (1.3). | 1.3 |
| 06/29/06 | Jaffe | Team telephone conference with EPA and review draft final scope of work as preparation for same (2.7); research regarding arsenic ARAR issue and email to team regarding same (1.2). | 3.9 |
| | | **Total Hours** | **34.1** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 366541
July 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe      | 34.1  |

**Total Fees**                    **$15,856.50**

## Disbursement Summary

| Date | | Amount |
|------|--|--------|
| 06/30/06 | In-House Photocopying | 1.92 |
| 06/30/06 | In-House Color Photocopying | 6.00 |
| 06/30/06 | Taxi Fare | 8.00 |

**Total Disbursements**            **$15.92**

| | |
|--|--|
| **Total Fees** | **$15,856.50** |
| **Total Disbursements** | **15.92** |
| **Total Fees and Disbursements** | **$15,872.42** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 28, 2006
Invoice No.: 366541
Matter No.: 08743.00088

Re:    **Acton Site OU3**

**Total Fees and Disbursements**          **$15,872.42**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Wire Instructions: | ABA: 011500120 |
|---|---|
| Citizens Bank | Swift #: CTZIUS33 |
| I Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 366541
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 93 - Concord Landfill Closure

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 5.6 | $2,604.00 |
| | | | | | |
| **TOTAL** | | | | **5.6** | **$2,604.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2006
Invoice No.: 366542
Matter No.: 08743.00093

**Re:    Concord Landfill Closure**

For Professional Services rendered through June 30, 2006

|  |  |
|---|---|
| Fees | $2,604.00 |
| **Total Fees and Disbursements** | **$2,604.00** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 366542
July 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/01/06 | Jaffe | Emails with team regarding endangered species issues (0.3). | 0.3 |
| 06/02/06 | Jaffe | Emails with team (0.3). | 0.3 |
| 06/04/06 | Jaffe | Review, revise draft letter to Mr. Nein and research regarding same (0.9). | 0.9 |
| 06/05/06 | Jaffe | Telephone conferences and emails with team regarding endangered species issues and revise letter to Concord regarding same (1.4). | 1.4 |
| 06/13/06 | Jaffe | Emails with team (0.3). | 0.3 |
| 06/14/06 | Jaffe | Review MEPA Certificate and emails with team regarding same (0.5). | 0.5 |
| 06/15/06 | Jaffe | Review, revise draft letter to Concord and emails with team regarding same (0.8). | 0.8 |
| 06/20/06 | Jaffe | Emails with team (0.3). | 0.3 |
| 06/28/06 | Jaffe | Review draft storm water plan and email with team regarding same (0.8). | 0.8 |
| | | **Total Hours** | **5.6** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 366542
July 28, 2006
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 5.6 |

| | |
|---|---|
| Total Fees | $2,604.00 |

| | |
|---|---|
| Total Fees | $2,604.00 |
| Total Fees and Disbursements | $2,604.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 28, 2006
Invoice No.: 366542
Matter No.: 08743.00093

**Re:    Concord Landfill Closure**

**Total Fees and Disbursements**              **$2,604.00**

| **Remittance Address:** | **Fed-Ex Remittance Address:** |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| **Wire Instructions:** | |
|---|---|
| Citizens Bank | ABA: 011500120 |
| 1 Citizens Drive | Swift #: CTZIUS33 |
| Providence, RI 02915 | Account # 1133945993 |
| | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 366542
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

---

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

### Matter 100 - Woburn Lease Environmental Issues

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 8.3 | $3,859.50 |
| | | | | | |
| **TOTAL** | | | | **8.3** | **$3,859.50** |

#### Expenses

| Description | Total | |
|---|---|---|
| Taxi Fare | $ | 9.00 |
| | | |
| **TOTAL** | **$** | **9.00** |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2006
Invoice No.: 366543
Matter No.: 08743.00100

**Re:     Woburn Lease Environmental Issues**

For Professional Services rendered through June 30, 2006

| | |
|---|---|
| Fees | $3,859.50 |
| Disbursements | 9.00 |
| **Total Fees and Disbursements** | **$3,868.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 366543
July 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/05/06 | Jaffe | Telephone conferences with Ms. Johns (0.3). | 0.3 |
| 06/08/06 | Jaffe | Team meeting with Decathlon and preparing for same (4.1). | 4.1 |
| 06/13/06 | Jaffe | Emails with team regarding adverse possession case (0.3); telephone conference with Mr. Child (0.5). | 0.8 |
| 06/19/06 | Jaffe | Review Mr. Guswa's memorandum regarding EPA comments (0.5). | 0.5 |
| 06/20/06 | Jaffe | Team telephone conference and preparing for same (1.5). | 1.5 |
| 06/30/06 | Jaffe | Review revised investigation plan (1.1). | 1.1 |
| | | **Total Hours** | **8.3** |

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 366543
July 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 8.3 |

**Total Fees**      $3,859.50

### Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 06/30/06 | Taxi Fare | 9.00 |

**Total Disbursements**      $9.00

| | |
|---|---|
| **Total Fees** | $3,859.50 |
| **Total Disbursements** | 9.00 |
| **Total Fees and Disbursements** | $3,868.50 |



**FOLEY HOAG** LLP

ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 28, 2006
Invoice No.: 366543
Matter No.: 08743.00100

Re:    **Woburn Lease Environmental Issues**

**Total Fees and Disbursements**          **$3,868.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Wire Instructions: | ABA: 011500120 |
|---|---|
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 366543
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 1.2 | $ 210.00 |
| | | | | | |
| **TOTAL** | | | | **1.2** | **$ 210.00** |



**FOLEY HOAG** LLP

ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2006
Invoice No.: 366544
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through June 30, 2006

|  |  |
|---|---|
| Fees | $210.00 |
| **Total Fees and Disbursements** | **$210.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP         BOSTON         WASHINGTON, DC         www.foleyhoag.com

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 366544
July 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/28/06 | Rice | Contact P. Cuniff regarding fee application; attention to filing same (1.2). | 1.2 |
| | | **Total Hours** | **1.2** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 366544
July 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Rice | 1.2 |

| | |
|---|---|
| **Total Fees** | **$210.00** |

| | |
|---|---|
| **Total Fees** | **$210.00** |
| **Total Fees and Disbursements** | **$210.00** |


## FOLEY
## HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 28, 2006
Invoice No.: 366544
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

**Total Fees and Disbursements**          **$210.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| **Wire Instructions:** | |
|---|---|
| Citizens Bank | ABA: 011500120 |
| 1 Citizens Drive | Swift #: CTZIUS33 |
| Providence, RI 02915 | Account # 1133945993 |
| | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00101, Invoice #: 366544**
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company