IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,
Debtors

Bankruptcy No. 01-01139 (JKF)
Jointly Administered
Chapter 11

Related to Doc. No. 9315, Debtors' Fifteenth Omnibus Objection (Substantive) To Asbestos Property Damage Claims; Doc. No. **10834**, Northeast Minneapolis Residents' Response to Debtors' Fifteenth Omnibus Objection to Claims; Doc. No. **11428**, Debtors' Reply in Support of their Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims; Doc. No. **11612**, Northeast Minneapolis Residents' Surreply to Debtors' Fifteenth Omnibus Objection to Claims.

## ORDER SUSTAINING OBJECTION TO CLAIMS

AND NOW, this 31st day of July, **2006**, for the reasons expressed int the foregoing Memorandum Opinion, it is **ORDERED, ADJUDGED, and DECREED** that Debtors' objection to the claims of 53 non-traditional asbestos property damage claims filed by the law firm of Biersdorf and Associates for claimants in Minneapolis, Minnesota, included in the 15th Omnibus Objections to Claims, is sustained. The claims are disallowed.

_____
Judith K. Fitzgerald                    jmd
United States Bankruptcy Judge

cc:   Dan Biersdorf
      Bill Butler
      Biersdorf & Associates, P.A.
      Suite 4100
      33 South Sixth Street
      Minneapolis, Minnesota 55402

1

David M. Bernick
Janet S. Baer
Salvatore F. Bianca
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois  60601

Laura Davis Jones
James E. O'Neill
Pachulski, Stang, Ziehl, Young,
    Jones, & Weintraub, P.C.
919 North Market Street, 17th  Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (courier 19801)

U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE  19801

The case administrator shall electronically send copies of the opinion and order to the parties listed on the current service list.

Dated: 8/1/2006
8:12:42

2