REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1429955
One Town Center Road                     Invoice Date        07/31/06
Boca Raton, FL    33486                  Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              4,019.00
    Expenses                              0.00

              TOTAL BALANCE DUE UPON RECEIPT        $4,019.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | Invoice Number | 1429955 |
|---|---|---|
| One Town Center Road | Invoice Date | 07/31/06 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

==========================================================================

(60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2006

| Date | Name | | Hours |
|---|---|---|---|
| 06/15/06 | Cameron | Review materials from K&E regarding Asbestos PD Claims Estimation. | .50 |
| 06/16/06 | Cameron | Review materials and multiple e-mails from K&E regarding Asbestos PD Claims Estimation. | .90 |
| 06/17/06 | Cameron | Attention to Asbestos PD Claims Estimation materials. | 1.00 |
| 06/19/06 | Cameron | Review materials relating to Asbestos PD Claims Estimation. | .90 |
| 06/19/06 | Lord | Update 2002 Service List. | .20 |
| 06/23/06 | Cameron | Review materials relating to Asbestos PD Estimation schedule. | .50 |
| 06/29/06 | Cameron | Telephone call with J. Restivo and L. Flatley regarding asbestos PD claims. | .50 |
| 06/29/06 | Restivo | Telephone calls with R. Finke, L. Flatley and D. Cameron re: Asbestos PD Claims. | 1.00 |
| 06/30/06 | Cameron | Review materials from J Restivo and R. Finke regarding asbestos PD claims. | 1.40 |
| 06/30/06 | Restivo | Telephone call with R. Finke re: Asbestos PD Claims. | .60 |

```
172573 W. R. Grace & Co.                 Invoice Number  1429955
60026  Litigation and Litigation Consulting   Page   2
       July 31, 2006
```

```
                                                    ------
                                       TOTAL HOURS    7.50


TIME SUMMARY              Hours        Rate        Value
------------------------  ---------------------  -------
James J. Restivo Jr.      1.60  at  $  600.00  =    960.00
Douglas E. Cameron        5.70  at  $  530.00  =  3,021.00
John B. Lord              0.20  at  $  190.00  =     38.00

             CURRENT FEES                        4,019.00


                                               ------------
             TOTAL BALANCE DUE UPON RECEIPT       $4,019.00
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W. R. Grace | Invoice Number | 1429956 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 07/31/06 |
| Boca Raton, FL 33487 | Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

```
        Fees                            2,200.00
        Expenses                            0.00

                TOTAL BALANCE DUE UPON RECEIPT        $2,200.00
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1429956
5400 Broken Sound Blvd., N.W.        Invoice Date        07/31/06
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60027

==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 06/13/06 | Restivo | Non-working travel to Washington, DC for meeting with D. Evans and W. Jacobson (one-half of time). | 2.00 |
| 06/29/06 | Klapper | Drive to and from Richmond to prepare P. Sanner and M. Rutkowski regarding cross examination project (one-half of time). | 2.00 |

                                              TOTAL HOURS    4.00

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 2.00 | at | $  600.00 | = | 1,200.00 |
| Antony B. Klapper | 2.00 | at | $  500.00 | = | 1,000.00 |

                CURRENT FEES                            2,200.00

                TOTAL BALANCE DUE UPON RECEIPT         $2,200.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1429957
5400 Broken Sound Blvd., N.W.        Invoice Date       07/31/06
Boca Raton, FL 33487                 Client Number       172573


=======================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          819.00
        Expenses                        0.00

            TOTAL BALANCE DUE UPON RECEIPT        $819.00
                                             ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W. R. Grace | | Invoice Number | 1429957 |
| 5400 Broken Sound Blvd., N.W. | | Invoice Date | 07/31/06 |
| Boca Raton, FL 33487 | | Client Number | 172573 |
| | | Matter Number | 60028 |

==========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2006

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 06/05/06 | Cameron | Review materials from R. Finke regarding ZAI claims. | .30 |
| 06/22/06 | Restivo | Telephone call with W. Sparks re: ZAI Claims. | .70 |
| 06/25/06 | Restivo | Receipt and review of new bankruptcy materials. | .40 |
| | | | ------ |
| | | TOTAL HOURS | 1.40 |

| TIME SUMMARY | Hours | Rate | | Value |
| --- | --- | --- | --- | --- |
| James J. Restivo Jr. | 1.10 at | $ 600.00 | = | 660.00 |
| Douglas E. Cameron | 0.30 at | $ 530.00 | = | 159.00 |

CURRENT FEES                                    819.00

                                            ------------
TOTAL BALANCE DUE UPON RECEIPT               $819.00
                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1429958
5400 Broken Sound Blvd., N.W.        Invoice Date      07/31/06
Boca Raton, FL 33487                 Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          2,860.00
        Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,860.00
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W. R. Grace | Invoice Number | 1429958 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 07/31/06 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60029 |

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 06/01/06 | Lord | E-mail to A. Muha and D. Cameron re: extension for fee auditor to 20th quarterly application. | .10 |
| 06/07/06 | Ament | E-mail to D. Cameron and A. Muha re: May monthly fee application. | .10 |
| 06/13/06 | Lankford | Draft CNO re: RS's 20th Quarterly Fee Application. | .40 |
| 06/13/06 | Lankford | Research regarding objection for Quarterly Application per A. Muha. | .30 |
| 06/13/06 | Lord | E-mails with L. Lankford & D. Cameron re: quarterly fee application and hearing. | .20 |
| 06/14/06 | Cameron | Attention to Grace fee applications. | .70 |
| 06/15/06 | Lankford | Scan, e-file and perfect service of RS's 20th Quarterly CNO. | .50 |
| 06/15/06 | Muha | Extensive review and revisions to DBR for May 2006 monthly fee application. | 1.90 |
| 06/20/06 | Ament | E-mails with A. Muha re: monthly and quarterly fee applications (.10); e-mails with C. Gadsden re: invoices for same (.10). | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1429958
60029  Fee Applications-Applicant                 Page    2
       July 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/22/06 | Ament | Review invoices and begin calculating fees and expenses for 59th monthly fee application (.80); prepare spreadsheet re: same (.50); draft monthly fee application (.50); draft monthly fee and expense detail (.20); e-mail to A. Muha and D. Cameron re: same (.10). | 2.10 |
| 06/23/06 | Ament | E-mails with J. Lord and A. Muha re: monthly fee application. | .20 |
| 06/23/06 | Lord | E-mails with S. Ament and A. Muha re: monthly and quarterly fee application issues (.2); research docket and draft CNO to April monthly fee application (.4). | .60 |
| 06/23/06 | Muha | Make additional revisions to fee/expense details for May 2006 fee application. | .70 |
| 06/26/06 | Lord | E-file and perfect service of CNO to Reed Smith April fee application (.3); prepare correspondence to R. Finke re: same (.1). | .40 |
| 06/27/06 | Muha | Review and revise parts of summary form for May 2006 monthly application (0.7); review and revise final fee and expense details and multiple e-mails to billing department re: use of incorrect rates (0.9). | 1.60 |
| 06/28/06 | Lankford | Confer with J. Lord; Perfect service of RS's 59th Monthly Fee Application (0.6); Correspondence e-mail to S. Ament regarding same (0.2). | .80 |
| 06/28/06 | Lord | E-mails with A. Muha re: May fee application (.1); review, revise and e-file Reed Smith May fee application (.9); perfect e-service for same (.1). | 1.10 |

```
172573 W. R. Grace & Co.                    Invoice Number   1429958
60029  Fee Applications-Applicant           Page    3
       July 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/28/06 | Muha | Make final revisions to May 2006 monthly fee application and prepare same for filing. | .80 |

```
                                                       ------
                                          TOTAL HOURS   12.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.70 | at | $ 530.00 | = | 371.00 |
| Andrew J. Muha | 5.00 | at | $ 295.00 | = | 1,475.00 |
| John B. Lord | 2.40 | at | $ 190.00 | = | 456.00 |
| Sharon A. Ament | 2.60 | at | $ 130.00 | = | 338.00 |
| Lisa Lankford | 2.00 | at | $ 110.00 | = | 220.00 |

```
                  CURRENT FEES                          2,860.00


                                                     ------------
                  TOTAL BALANCE DUE UPON RECEIPT       $2,860.00
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1429959
One Town Center Road                     Invoice Date        07/31/06
Boca Raton, FL    33486                  Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                              281,027.50
    Expenses                               0.00

        TOTAL BALANCE DUE UPON RECEIPT     $281,027.50
                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                    Invoice Number      1429959
One Town Center Road               Invoice Date       07/31/06
Boca Raton, FL    33486            Client Number       172573
                                   Matter Number         60035


==========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 06/01/06 | Aten | Reviewed revised draft of consultant's report. | .30 |
| 06/01/06 | Cameron | Multiple e-mails regarding historical testing issues (.40); review of several government motions in limine and e-mails regarding same (1.90). | 2.30 |
| 06/01/06 | Gatewood | Research/analysis in connection with motions in limine and drafting same (6.0); examine/review expert reports (1.0); examine/review legislative history in connection with pleural registries so as to incorporate information/argument into draft Daubert Motion and communicate with R. Aten concerning same (2.0). | 9.00 |
| 06/01/06 | Klapper | Participate in conference call meetings with consultants regarding ACS project. | 1.20 |
| 06/02/06 | Aten | Conference with C. Gatewood re: motion in limine. | .20 |
| 06/02/06 | Cameron | Multiple e-mails regarding government motions in limine and responses (.70); telephone call with R. Finke and consultant regarding testing and analysis issues (.30); review materials relating to expert testimony prep | 1.90 |

172573 W. R. Grace & Co.                          Invoice Number  1429959
60035  Grand Jury Investigation                   Page    2
       July 31, 2006


| Date | Name | | Hours |
|------|------|--|-------|
| | | (.90). | |
| 06/02/06 | Flatley | Reviewing and forwarding numerous e-mails. | 1.00 |
| 06/02/06 | Gatewood | Research/writing Daubert Motion addressing pleural plaque and factors bearing upon admissibility standards. | 8.30 |
| 06/02/06 | Klapper | Continue work on ACS project by interfacing with consultants and other outside counsel. | 1.80 |
| 06/03/06 | Gatewood | Examination/analysis of expert reports submitted by Government (2.0); continue research/drafting Daubert motion (7.0). | 9.00 |
| 06/04/06 | Aten | Conference with C. Gatewood re: motion in limines (.3); review filed motions in limine (.3). | .60 |
| 06/04/06 | Cameron | Review of multiple motions in limine filed by government. | 1.80 |
| 06/04/06 | Gatewood | Continue research/analysis and drafting Daubert motion and research supporting same. | 9.50 |
| 06/05/06 | Aten | Read and edit/revise motion in limine re: pleural plaques (7.6); call with S. Bianca re consultant's reports (.1); and call with B. Stansbury re: motion in limine (0.1). | 7.80 |
| 06/05/06 | Cameron | Multiple e-mails regarding motion in limine issues (.60); telephone call with R. Finke regarding same (.30); review motions in limine seeking to exclude Lee, Blake and Pooley testimony and begin to prepare outlines for response (2.40). | 3.30 |
| 06/05/06 | Flatley | E-mails and replies regarding status of motion in limine. | .30 |

172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation            Page    3
       July 31, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 06/05/06 | Gatewood | Revise draft motion (2.0); meet with R. Aten concerning drafted motions, various studies, additional expert reports to incorporate into draft motion (1.5); additional research/drafting motion (4.0); meet with C. Tedesco concerning selection of cited cases, pulling supporting documents/reports to attach to draft Daubert motion and review same (1.0). | 8.50 |
| 06/05/06 | Klapper | Review and comment on government's motions in limine (1.8); draft initial thoughts regarding knowledge motion limine (1.5); continue work on ACS project (.7); begin draft of response to government motion in limine (2.5). | 6.50 |
| 06/05/06 | Tedesco | Research Westlaw re cases cited in defendant's motion to preclude testimony of plaintiff's expert witnesses (2.9); compile authoritative case law binder and created accompanying table of authorities per request of C. Gatewood (2.6). | 5.50 |
| 06/06/06 | Aten | Finalize draft of pleural plaque and organize support materials for L. Flatley (.7); review and analyze expert report and filed motions in limine (2.2); conference with L. Flatley re motions in limine and expert reports (.7). | 3.60 |
| 06/06/06 | Cameron | Attention to motions in limine relating to multiple witnesses and begin responses thereto (1.9); e-mails regarding witness preparation issues (0.3); e-mails regarding E. Anderson work (0.4). | 2.60 |
| 06/06/06 | Flatley | Meet with R. Aten regarding status (0.5); organizing regarding review of motion in limine (0.2). | .70 |

172573 W. R. Grace & Co.                         Invoice Number  1429959
60035  Grand Jury Investigation                  Page    4
        July 31, 2006


    Date    Name                                                    Hours
 -------- -----------                                               -----

 06/06/06 Gatewood        Examine/analyze cases cited in            1.50
                          motions in limine and motions to
                          strike and review law review
                          article addressing risk assessment.

 06/06/06 Klapper         Continue work on ACS project by           4.20
                          interfacing with consultants to
                          clarify issues (1.0); begin direct
                          examination outline for expert
                          witness (3.2).

 06/06/06 Tedesco         Prepare copies of plaintiff's              .50
                          expert witness reports as exhibits
                          to defendant's motion to preclude
                          testimony per request of R. Aten.

 06/07/06 Aten            Call with S. Bianca re: expert            2.20
                          reports (.3); e-mail to L. Flatley
                          re: call with S. Bianca (.2); call
                          with L. Flatley re same (.2);
                          continue to review reports and
                          motions in limine (1.5).

 06/07/06 Atkinson        Per email request from Kirkland &          .50
                          Ellis, review files re:  witnesses
                          and e-mail to D. Cameron.

 06/07/06 Cameron         Prepare for call with R. Finke and        4.50
                          consultants regarding motion in
                          limine issues (0.7); participate
                          in call regarding same (1.2);
                          factual and legal research for
                          responses to motions in limine
                          (1.9); telephone call with T.
                          Klapper regarding motion in limine
                          issues (0.3); e-mails with K&E
                          regarding witness meetings (0.4).

 06/07/06 Evans           Review and respond to emails             1.00
                          regarding June 13 meeting.

 06/07/06 Flatley         Voice-mail and forwarding it to          2.80
                          others (0.2); e-mail from R. Aten
                          and to R. Senftleben (0.2); review
                          issues regarding expert reports
                          (2.3); scheduling conference call
                          (0.1).

172573 W. R. Grace & Co.                      Invoice Number  1429959
60035  Grand Jury Investigation               Page    5
        July 31, 2006


    Date    Name                                                    Hours
    --------  -----------                                           -----

    06/07/06 Gatewood        Review/examine government expert's      4.20
                             study and compare to opinions
                             stated in report and examine
                             Lockey's report.

    06/07/06 Klapper         Participate on call regarding          7.20
                             knowledge Motion in Limine (.5);
                             exchange ideas for responding to
                             knowledge Motion in Limine (1.2);
                             begin work on cross preparation
                             document to be used in preparation
                             of expert witnesses (4.7); discuss
                             Motion in Limine regarding expert
                             witnesses with A. Bernasconi (.8).

    06/07/06 Restivo         Prepare for meeting with D. Evans.      .50

    06/08/06 Aten            Conference call with L. Flatley,       5.30
                             R. Senftleben, S. Bianca, G.
                             Winters re expert's reports (0.6);
                             review expert's report (3.6); call
                             with G. Winters and S. Bianca re
                             specific comments (0.5);
                             conference call with L. Flatley re
                             mesothelioma and call with G.
                             Winters re same (0.6).

    06/08/06 Atkinson        Prepare binders of documents          2.10
                             received in preparation for
                             meeting on June 13 (1.1); review
                             Grace files re: Hamilton
                             deposition (0.4);   research
                             Summation database re: science
                             articles and request others from
                             Library (0.6).

    06/08/06 Bernasconi      Research Daubert databases.           1.60

    06/08/06 Cameron         Meet with J. Restivo regarding        3.40
                             witness preparation issues (0.4);
                             review expert report issues per R.
                             Aten request (0.7); continued
                             legal and factual research for
                             motion in limine responses (1.8);
                             e-mails regarding witness
                             cross-examination issues (0.5).

    06/08/06 Evans           Telephone conference regarding new     .50
                             documents (0.2); review documents
                             (0.3).

172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation            Page   6
       July 31, 2006


    Date    Name                                              Hours
  -------- -----------                                        -----

  06/08/06 Flatley          E-mails and replies (0.1);         2.50
                            conference call with R.
                            Senftleben, R. Aten, et al. and
                            follow-up with R. Aten (1.0);
                            review expert materials (0.5);
                            meet with R. Aten regarding
                            conference call results and call
                            with G. Winters (0.4); follow-up
                            e-mails and reports logistics
                            (0.5).

  06/08/06 Klapper          Meet with experts regarding ACS    3.90
                            project (.7); draft substantive
                            outline of arguments for
                            opposition to government Motion in
                            Limine (3.2).

  06/08/06 Restivo          Review documents sent by W.        3.00
                            Jacobson.

  06/09/06 Aten             E-mails to L. Flatley, B.          1.00
                            Stansbury re expert's report
                            (0.4); e-mails, conference call
                            with G. Winters re logistics of
                            filing/serving expert reports
                            (0.6).

  06/09/06 Cameron          Telephone call with consultant     2.90
                            regarding Motion in Limine issues
                            (0.7); telephone call with R.
                            Finke regarding same (0.4);
                            continued research for Motion in
                            Limine responses (1.8).

  06/09/06 Evans            Review multiple letters and        4.50
                            documents to prepare for meeting
                            with counsel.

  06/09/06 Flatley          E-mails and replies regarding      3.50
                            expert reports (0.4); review
                            opinion and expert information
                            (1.4); call with G. Winters et al.
                            and follow-up on call, including
                            call with R. Senftleben (1.7).

  06/09/06 Gatewood         Receipt/examination of additional  6.00
                            expert reports and outline of
                            issues to address/follow-up on
                            with litigation team (3.0);
                            additional research  and prepare
                            outline of issues to address with

172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation            Page    7
       July 31, 2006


    Date    Name                                              Hours
    -------- -----------                                       -----

                        L. Flatley and R. Aten (3.0).

06/10/06 Bernasconi     Read and analyze expert report and     4.30
                        government motion in limine (1.2);
                        case law research regarding
                        regulatory expertise (3.1).

06/10/06 Evans          Review multiple letters and            1.80
                        documents to prepare for meeting
                        with counsel.

06/11/06 Bernasconi     Research treatises on evidentiary      4.80
                        law in search of case law and
                        commentary regarding regulatory
                        expertise.

06/12/06 Aten           Read and analyze expert reports.       6.90

06/12/06 Atkinson       Forward via e-mail to expert            .30
                        witness.

06/12/06 Bernasconi     Research case law re:                  5.60
                        compliance/regulatory consultant.

06/12/06 Cameron        Continued research and beginning       4.10
                        drafts of responses to Motions in
                        Limine (2.9); meet with L. Flatley
                        regarding expert issues (0.3);
                        review issues relating to medical
                        expert report and e-mail to
                        counsel regarding same (0.6);
                        e-mails regarding witness meetings
                        (0.3).

06/12/06 Evans          Review multiple letters and            3.20
                        documents to prepare for meeting
                        with counsel.

06/12/06 Flatley        E-mails and replies and               7.30
                        preliminary reviews of experts'
                        materials (1.3); review and
                        detailed analysis of experts'
                        materials and e-mails about them
                        (5.2); follow-up e-mails and calls
                        (0.8).

06/12/06 Klapper        Meet with expert regarding trial       3.20
                        issues (2.5); continue work on ACS
                        issues (.7).

```
172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation             Page   8
       July 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/13/06 | Aten | Review and revise expert report and draft e-mail re: same (1.4); review revised expert reports and calls with L. Flatley and G. Winters re same (3.9). | 5.30 |
| 06/13/06 | Atkinson | Review deposition exhibits to provide to Kirkland & Ellis. | .40 |
| 06/13/06 | Bernasconi | Draft outline of arguments for brief in opposition to Government's Motion in Limine to exclude testimony of B. Biles and research case law in support of arguments. | 6.90 |
| 06/13/06 | Cameron | Continued review of materials for Motions in Limine response (1.8); e-mails regarding same (0.4); prepare initial draft regarding Pooley/Blake motions (0.9). | 3.10 |
| 06/13/06 | Evans | Preparation for and meet with J. Restivo; meet with W. Jacobson re: Grace documents. | 6.50 |
| 06/13/06 | Flatley | Review J. Molloy opinion (1.0); review draft of motion in limine and related materials (4.1); review experts materials and e-mail comments on them (4.4). | 9.50 |
| 06/13/06 | Gatewood | Examination of draft motions prepared by litigation team and research/analysis of cases/issues to incorporate into Daubert motion (5.0); communicate with R. Aten concerning status of pending draft motions (.50); examine/select data/citations to incorporate into Motion to Strike/Daubert motion (1.5). | 7.00 |
| 06/13/06 | Klapper | Work on responses to motions in limine (3.0); discuss affidavit with Biles (.5). | 3.50 |
| 06/13/06 | Restivo | Meeting with D. Evans and W. Jacobson in Washington, DC. | 4.00 |

172573  W. R. Grace & Co.                    Invoice Number  1429959
60035   Grand Jury Investigation            Page   9
        July 31, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 06/14/06 | Aten | Review revised reports and general reference report. | 3.40 |
| 06/14/06 | Atkinson | Review Summation database of documents and review file contents reports requested by Kirkland & Ellis (1.60); send summary e-mail to D. Cameron re:  same (.20). | 1.80 |
| 06/14/06 | Bernasconi | Read, analyze, and synthesize cases in support of arguments on evidentiary grounds to permit testimony of B. Biles (3.8); begin drafting brief in opposition to Government's motion in limine (4.4). | 8.20 |
| 06/14/06 | Cameron | Additional work on responses to motions in limine (4.9); e-mails regarding same (0.4); meet with J. Restivo regarding witness meetings (0.3). | 5.60 |
| 06/14/06 | Flatley | E-mails and replies (0.2); multiple e-mails and calls regarding various expert issues (2.9); expert reports' issues and follow-up (0.7); final review of reports and communications about them (1.5). | 5.30 |
| 06/14/06 | Klapper | Finish initial draft of cross-examination template (2.3); discuss subpoena issues with W. Jacobson and others (.6). | 2.90 |
| 06/14/06 | Restivo | Post Evans meeting review. | .50 |
| 06/15/06 | Ash | Review indictment (1.0); review Dr. Vernon Rose expert report, including prior depositions and publications in preparation for cross outline (2.4); meeting with A. Klapper re: asbestos background, indictment and expert cross outlines (0.4). | 3.80 |
| 06/15/06 | Aten | Conference with L. Flatley and C. Gatewood re motions in limine. | 1.50 |

172573 W. R. Grace & Co.                        Invoice Number  1429959
60035  Grand Jury Investigation                 Page  10
       July 31, 2006


| Date | Name | | Hours |
|------|------|--|-------|
| 06/15/06 | Atkinson | Review regulatory files, correspondence files and database re: Kirkland & Ellis request. | 1.40 |
| 06/15/06 | Bernasconi | Draft brief in opposition to government's motion in limine regarding expert testimony of B. Biles. | 7.70 |
| 06/15/06 | Cameron | Extensive work on responses to Motions in Limine, including factual and legal research, drafting and review of reports. | 9.70 |
| 06/15/06 | Flatley | E-mails and replies regarding experts reports (0.2); review and analysis of draft motion in limine (3.2); meet with C. Gatewood and R. Aten regarding comments on draft motion in limine and changes to be made (1.8); follow-up regarding motion in limine, including e-mails (0.7). | 5.90 |
| 06/15/06 | Gatewood | Examine expert reports forwarded by litigation team and evaluate impact, if any, on draft motions to strike, and discuss same with R. Aten (2.0); prepare for and meet with L. Flatley and R. Aten concerning Daubert motion and develop strategy for incorporating additional materials, case law and factors (2.0); examine/analyze expert report, legislative/judicial history relevant to pleural plaque and stay of civil proceedings so as to incorporate into Daubert motion and redrafting same (4.0). | 8.00 |
| 06/15/06 | Howard | Conference with T. Klapper, E. Ransom, J. Ash, and P. Waters regarding W.R. Grace assignment (0.8); compiled and distributed various documentation (including articles and depositions) for reproduction of same (1.2). | 2.00 |

172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation            Page  11
       July 31, 2006


    Date    Name                                                    Hours
  -------- -----------                                              -----

  06/15/06 Klapper          Discuss with co-counsel impact of       4.90
                            judge's ruling regarding Count 1
                            (.5); review judge's order for
                            purposes of identifying impact on
                            pending motions in limine (1.0);
                            prepare for team meeting regarding
                            cross projects (1.2); meet with P.
                            Waters, J. Ashe, and E. Ransom
                            regarding cross-examination
                            project (1.4); discuss with A.
                            Bernasconi opposition to
                            government motion in limine (.4);
                            review draft of motion in limine
                            opposition and forward comments to
                            A. Bernasconi (.4).

  06/15/06 Ransom           Review indictment (0.9);               1.60
                            conference with Mr. Klapper re
                            same (0.7).

  06/15/06 Waters           Review indictment (2.6) and attend     4.00
                            conference with T. Klapper re:
                            expert witness cross-examination
                            outlines (1.4).

  06/16/06 Ash              Meetings with A. Klapper and M.         2.50
                            Howard re: Dr. Rose publications
                            for review in preparation for Rose
                            cross outline (0.7); review prior
                            Dr. Rose deposition transcript in
                            preparation for cross outline
                            (1.8).

  06/16/06 Aten             Review government's article expert       .90
                            relies on, review reports for
                            cites for motion in limine (.6);
                            conference with C. Gatewood re
                            motion in limine (.3).

  06/16/06 Bernasconi       Research, draft and revise brief       9.20
                            in opposition to government's
                            motion in limine to exclude expert
                            testimony of B. Biles.

  06/16/06 Cameron          Continued work on Motions in           5.60
                            Limine (4.6); multiple e-mails
                            regarding same (0.7); e-mails with
                            B. Jacobson regarding experts
                            (0.3).

172573 W. R. Grace & Co.                          Invoice Number  1429959
60035  Grand Jury Investigation                   Page  12
       July 31, 2006


| Date | Name | | Hours |
|------|------|--|-------|
| 06/16/06 | Gatewood | Continued research and analysis concerning motion to strike expert testimony (pleural plaques) (2.0); revise/draft motion (5.0); multiple communications with R. Aten concerning same (0.5). | 7.50 |
| 06/16/06 | Howard | Compile and reproduce government's expert documentation and distribute same to W.R. Grace litigation team. | 4.70 |
| 06/16/06 | Klapper | Continue work on opposition to government motion in limine. | 5.20 |
| 06/17/06 | Cameron | Continued preparation and revisions to responses to several Motions in Limine. | 4.50 |
| 06/17/06 | Klapper | Continue work on opposition to government's motions in limine. | 8.70 |
| 06/18/06 | Bernasconi | Keycite and update case law; review updated draft of brief in opposition to government's motion in limine (regarding B. Biles expert testimony) (1.4); research local rules regarding citation to unpublished cases (0.7). | 2.10 |
| 06/18/06 | Cameron | Review draft responses to Motion in Limine. | 1.80 |
| 06/18/06 | Klapper | Finish cross-examination template. | 3.50 |
| 06/19/06 | Atkinson | Review Grace chronology and documents for information requested by Kirkland & Ellis. | 2.40 |
| 06/19/06 | Bernasconi | Review updated draft of brief (0.6); research additional case law in further attempt to distinguish key cases cited by government in its motion in limine (1.7). | 2.30 |
| 06/19/06 | Cameron | Attention to responses to Motions in Limine (2.3); e-mails relating to same (1.2). | 3.50 |

172573 W. R. Grace & Co.                         Invoice Number  1429959
60035  Grand Jury Investigation                  Page  13
       July 31, 2006


| Date | Name | | Hours |
|------|------|--|-------|

| 06/19/06 | Flatley | E-mails regarding scheduling conference call. | .10 |
| 06/19/06 | Howard | Create W.R. Grace expert summary for deposition and article review (1.1);  begin research and compilation of articles for J. Ash (6.1); conference with A. Denniston regarding local court documentation for same (0.8). | 8.00 |
| 06/19/06 | Klapper | Continue work on oppositions to motions in limine (7.2); discuss same with A. Bernasconi (1.0); discuss affidavit with witness (.7). | 8.90 |
| 06/19/06 | Ransom | Review expert witness report materials | 3.60 |
| 06/20/06 | Atkinson | Review and forward library compilation of scientific journal materials to expert witnesses (0.2);  review information and documents re: TSCA Section 8(e) (1.8). | 2.00 |
| 06/20/06 | Cameron | Review and revise draft responses to Motions in Limine and telephone calls regarding same (2.8); multiple e-mails with counsel regarding same (0.8); review materials from consultant (0.9); telephone call with consultant regarding same (0.9). | 5.40 |
| 06/20/06 | Flatley | E-mails regarding motion in limine briefs. | .40 |
| 06/20/06 | Gatewood | Drafting, revising Daubert motion pursuant to comments provided by L. Flatley and B. Stansbury and additional research re: same (4.0). | 4.00 |
| 06/20/06 | Howard | Continue expert summary for deposition and article review (5.3); continue research and compilation of articles for J. Ash (4.2). | 9.50 |

172573 W. R. Grace & Co.        Invoice Number  1429959
60035  Grand Jury Investigation      Page  14
      July 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/20/06 | Klapper | Work on edits to brief in opposition to government's motion to exclude Grace expert (2.3); conference with W. Jacobson regarding obstruction counts (.3); analyze topic ideas for inclusion in expert's affidavit in support of opposition to motion to exclude his testimony (.7); finish draft of opposition brief to motion to exclude J. Rodricks (5.2). | 8.50 |
| 06/21/06 | Atkinson | Review files and memo to D. Cameron re:  TSCA Section 8(e) information and related documents (2.20); review files for Lee Affidavit exhibits and prepare binder copy per D. Cameron request (0.60). | 2.80 |
| 06/21/06 | Cameron | Extensive work on responses to Motions in Limine (5.5); multiple telephone calls with in-house counsel and consultants regarding Motions in Limine materials (1.2); e-mails to defense counsel regarding same (0.9); telephone call with consultant (0.3). | 7.90 |
| 06/21/06 | Gatewood | Drafting/revising motion to strike expert testimony, including analysis of expert reports. | 12.00 |
| 06/21/06 | Howard | Continue updating expert worksheet for deposition and article review (2.2);  continue research and compilation of articles for J. Ash (4.1);  conference with E. Ransom regarding research and compilation of expert articles (0.9); begin research and compilation of same (3.3). | 10.50 |
| 06/21/06 | Klapper | Continue work on opposition to government's motion to exclude Grace's witness (5.3); conference with E. Ransom (.3); conference with Kirkland counsel and other counsel at other firms working on asbestos matters regarding acquiring expert materials (.5); | 6.10 |

172573 W. R. Grace & Co.                          Invoice Number  1429959
60035  Grand Jury Investigation                   Page  15
       July 31, 2006


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 06/21/06 | Ransom | Identify scientific articles for review re cross examination outline (0.7); begin reviewing deposition re same (1.4). | 2.10 |
| 06/21/06 | Waters | Review expert materials and prepare cross examination topic outline. | 1.30 |
| 06/22/06 | Aten | Review pleural plaque motion in limine (.5); conference with L. Flatley and C. Gatewood re: same (.7); further revisions to motion in limine (1.5). | 2.70 |
| 06/22/06 | Atkinson | Review and prepare exhibits to Affidavit of Dr. Richard Lee. | 1.40 |
| 06/22/06 | Bernasconi | Research background and application of Fed. R. Evid. 803(10) hearsay exception. | 1.90 |
| 06/22/06 | Cameron | Extensive work on oppositions to Motions in Limine, including revisions, research, conference calls with defense counsel and consultants and meetings with consultants. | 10.50 |
| 06/22/06 | Flatley | Review and revise draft motion in limine brief (2.3); meet with C. Gatewood and R. Aten to discuss comments on the draft motion in limine brief (0.8); call with B. Stansbury regarding status of briefing and follow-up on call (0.4); e-mails regarding various motions (0.2). | 3.70 |
| 06/22/06 | Gatewood | Preparation for and participation in meeting with L. Flatley and R. Aten concerning Daubert motions and discussion concerning suggested revisions and discussion concerning outstanding motions (1.5); examine/outline issues raised by L. Flatley, communicate with R. Aten concerning same and incorporate additional edits (4.0). | 5.50 |

172573 W. R. Grace & Co.                          Invoice Number  1429959
60035  Grand Jury Investigation                   Page  16
       July 31, 2006


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 06/22/06 | Howard | Continue updating expert summary for deposition and article review (3.1); continue research and compilation of expert articles (6.6). | 9.70 |
| 06/22/06 | Klapper | Meet with expert witness regarding opposition brief to motion to exclude testimony (1.0); make edits to opposition brief to government's motion to expert testimony (1.2); review key cases that Government may cite in reply, evaluating need to respond (2.2); review materials received from Kirkland, identifying key materials to circulate to team (.5); conference with B. Harding (.5); make final changes to opposition brief to government's motion in limine (4.2). | 9.60 |
| 06/23/06 | Aten | Revise pleural plaque motion in limine. | 5.50 |
| 06/23/06 | Atkinson | Cite check Defendants' Opposition to Government's Motion In Limine #7 re:  Richard Lee Testimony (1.4); cite check Defendants' Opposition to Government's Motion In Limine #8 To Exclude Expert Opinions That Lack Sufficient Bases (.9) | 2.30 |
| 06/23/06 | Cameron | Review and revise draft response to motion in limine relating to Rich Lee (0.7); review and revise draft response to motion in limine relating to Charlie Blake and Fred Pooley (1.7); multiple telephone calls with A. Muha regarding same (1.6); telephone calls with consultant regarding same (0.5); multiple e-mails regarding same (0.9); e-mails regarding scheduling issues (0.3). | 5.70 |
| 06/23/06 | Flatley | E-mails and calls regarding draft motion in limine brief. | .50 |

172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation            Page  17
       July 31, 2006


  Date    Name                                               Hours
-------- -----------                                         -----

06/23/06 Gatewood          Communicate with L. Flatley, R.    7.50
                           Aten and B. Stansbury concerning
                           expert in limine motions (1.0);
                           examine/analyze draft motions
                           prepared by litigation team in
                           relation to medical experts and
                           provide comments concerning same
                           (3.5); draft/revise motion in
                           limine in connection with
                           government's experts and transmit
                           same to various litigation team
                           members (3.0).

06/23/06 Howard            Continue updating expert worksheet 10.00
                           for deposition and article review
                           (5.2); conference with A.
                           Denniston regarding update on
                           article compilation for W.R. Grace
                           experts (0.8); continue research
                           and compilation of expert articles
                           (4.0).

06/23/06 Klapper           Meet with consultant (.5); finish   8.20
                           final edits to motion in limine
                           opposition brief (1.5); begin work
                           on reply to soil sampling motion
                           (6.2).

06/23/06 Muha              Assist D. Cameron in making final   7.60
                           revisions to responses to
                           government's motions in limine
                           Nos. 7 and 8, including multiple
                           calls and e-mails with D. Cameron,
                           local counsel and expert witness's
                           staff.

06/25/06 Klapper           Finish initial draft of reply       8.50
                           brief in support of motion to
                           exclude government witnesses
                           opining about soil sampling done
                           by government.

06/26/06 Aten              Read and analyze draft motion in    4.10
                           limine re government expert (2.8);
                           conference calls with C. Gatewood
                           and L. Flatley re same (.7);
                           research government responses to
                           W.R. Grace's motions in limine and
                           organize for L. Flatley (.6).

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
     July 31, 2006

Invoice Number  1429959
Page  18

| Date | Name | | Hours |
|------|------|------|-------|
| 06/26/06 | Atkinson | Review Grace Responses to Motions in Limine #7 and #8 and Lee Affidavit Exhibits (0.6); search databases for journal articles requested by expert and prepare library request (0.6). | 1.20 |
| 06/26/06 | Cameron | Prepare for and participate in call with defense counsel regarding motions in limine (2.4); e-mails relating to motions in limine (0.9). | 3.30 |
| 06/26/06 | Flatley | Begin review of B. Stansbury draft (0.5); conference call with defense group regarding motions and short follow-up on call (2.6). | 3.10 |
| 06/26/06 | Gatewood | Examination/analysis of draft motions prepared by litigation team and outline issues to address with L. Flatley (4.0); communicate with R. Aten, L. Flatley and B. Stansbury concerning same (1.0). | 5.00 |
| 06/26/06 | Howard | Conference with J. Lillis regarding W.R. Grace research (0.6);  conference with P. Waters regarding supplemental expert witness disclosures (1.7); continue compilation and research of expert documentation regarding W.R. Grace (7.0). | 9.30 |
| 06/26/06 | Klapper | Participate in team call to discuss impact of judge's rulings on briefs (2.0); conference with W. Jacobson on additional obstruction count issues (.5); discuss logistics with P. Waters regarding cross examination project (.3); begin draft of reply in support of motion in limine to preclude certain experts from opining about Grace's knowledge (5.2); speak with consultant regarding topics for discussion at meeting (.3). | 8.30 |

172573 W. R. Grace & Co.                    Invoice Number   1429959
60035  Grand Jury Investigation            Page   19
       July 31, 2006


   Date    Name                                              Hours
 --------  -----------                                       -----

06/26/06 Sanner            Email discussion with T. Klapper    .40
                           re factual background of grand
                           jury investigation.

06/26/06 Waters            Review expert materials and        3.50
                           conference call with T. Klapper
                           regarding staffing (0.9); review
                           expert disclosure of and select
                           articles for ordering and review
                           (1.4); multiple conferences with
                           M. Howard regarding expert
                           articles (1.2).

06/27/06 Aten              Read and analyze motion in limine  5.10
                           re government witness (1.8);
                           conference with L. Flatley and C.
                           Gatewood re motion in limine and
                           draft e-mail re: same (1.4);
                           revise motion in limine (1.9).

06/27/06 Atkinson          Review Grace experts' reports and   .20
                           exhibits for repository.

06/27/06 Cameron           Review e-mails and drafts relating 1.80
                           to motions in limine.

06/27/06 Flatley           Review B. Stansbury MIL brief      5.10
                           (1.6); meet with C. Gatewood and
                           R. Aten to discuss B. Stansbury
                           motion in limine brief and
                           follow-up message for B. Stansbury
                           (1.8); e-mails to/from R.
                           Senftleben (0.2); issues regarding
                           RS motion in limine draft and
                           circulating it (1.5).

06/27/06 Howard            Continued compilation and research 9.20
                           of expert documentation regarding
                           W.R. Grace.

06/27/06 Klapper           Prepare for meeting with expert    9.60
                           (1.0); meet with expert to prepare
                           for cross examination (3.2);
                           continue work on product testing
                           reply brief (1.6); continue work
                           on reply brief in support of
                           motion to exclude testimony of
                           Government experts regarding
                           Grace's knowledge (3.4); conference
                           with M. Grummer and others regarding
                           CAS document found (.4).

172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation             Page  20
       July 31, 2006


   Date    Name                                              Hours
 --------  -----------                                       -----


 06/27/06 Rutkowski       Review indictment in preparation    1.10
                          for meeting with A. Klapper.

 06/27/06 Sanner          Email discussion with T. Klapper     .40
                          and M. Rutkowski re Grace issues.

 06/27/06 Waters          Review expert documents and          .80
                          forward pertinent documents to M.
                          Rutkowski.

 06/28/06 Aten            Conference call with B. Stansbury    5.10
                          and C. Gatewood re: motion in
                          limine (1.0); read motion in
                          limine re: government expert (.2);
                          revise motion in limine (.7);
                          confirm citations and revise
                          motion in limine (3.2).

 06/28/06 Atkinson        Forward science journal articles     .60
                          to consultant (.20); review and
                          prepare expert files for
                          Repository (.40).

 06/28/06 Flatley         E-mails regarding status of brief    .60
                          (0.2); call with R. Aten and
                          follow-up (0.2); arrangements
                          regarding review of draft motion
                          in limine brief (0.2).

 06/28/06 Gatewood        Examine/analyze draft motion        7.00
                          concerning government expert's
                          proposed testimony and outline
                          potential issues (1.0); prepare
                          for and participate in conference
                          call with R. Aten and B. Stansbury
                          concerning pleural plaque motions
                          and potential edits/revisions to
                          same (1.0); draft/revise motion to
                          strike testimony of expert
                          witnesses and provide re-draft to
                          litigation team (5.0).

 06/28/06 Klapper         Prepare for meeting with P. Sanner   3.90
                          and M. Rutkowski in Richmond
                          (1.0); make edits to reply brief
                          regarding soil sampling (1.2);
                          finish initial draft of product
                          testing motion (1.7).

172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation            Page   21
       July 31, 2006


| Date | Name | | Hours |
|------|------|------|-------|
| 06/28/06 | Rutkowski | Review cross-examination information and discuss with M. Sanner. | .80 |
| 06/28/06 | Sanner | Review indictment (0.9); preliminary overview of expert materials (0.5); conference with M. Rutkowski re same (1.9). | 1.90 |
| 06/29/06 | Aten | Read the revised motion in limine (1.0); call with B. Stansbury and C. Gatewood re pleural plaque motion in limine (.8); revise pleural plaque motion in limine (4.1). | 5.90 |
| 06/29/06 | Atkinson | Review and prepare for files from PACER docket (.50); review government exhibits (.20); send via e-mail/pdf articles requested by consultant (.30). | 1.00 |
| 06/29/06 | Cameron | Multiple e-mails regarding motions in limine and new indictment (0.9); telephone call with T. Klapper regarding motions in limine (0.6); review draft motion replies (0.9). | 2.40 |
| 06/29/06 | Flatley | Calls and e-mails with R. Aten regarding status of motion in limine briefs (0.7); meet with J. Restivo and call with D. Cameron (0.5). | 1.20 |
| 06/29/06 | Gatewood | Further examination/analysis of expert reports in connection with filing of motions in limine (2.0); multiple communications with B. Stansbury re: motions in limine (1.0); examine/edit/comment on draft motions concerning preclusion of experts (2.0); editing and revising draft motion regarding pleural plaques, including, addition of supporting citations to various defendant motions/reports (3.5). | 8.50 |

172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation            Page  22
       July 31, 2006


| Date | Name | | Hours |
|------|------|--|-------|

06/29/06 Klapper          Meet with P. Sanner and M.              6.00
                          Rutkowski regarding cross
                          examination project (3.0); finish
                          initial draft of reply brief in
                          support of motion to exclude
                          expert testimony regarding Grace's
                          knowledge (2.7); conference with
                          J. Han regarding research findings
                          on expert testimony (.3).

06/29/06 Rutkowski        Review cross-examination               3.50
                          information (2.7); meeting with A.
                          Klapper and M. Sanner on case
                          issues and cross-examination
                          project (0.8).

06/29/06 Sanner           Conference with T. Klapper and M.      2.50
                          Rutkowski re W. R.   Grace
                          background.

06/29/06 Waters           Review expert's articles for           1.40
                          cross-examination outline and
                          document retrieval.

06/30/06 Aten             Conference with C. Gatewood re           .20
                          comments received re motions in
                          limine filed 6/29/06.

06/30/06 Atkinson         Review government exhibits for           .30
                          Repository.

06/30/06 Cameron          Review draft replies relating to       1.30
                          motions in limine.

06/30/06 Flatley          E-mails to/from R. Aten and review     1.80
                          additional comments on MIL (0.6);
                          reorganizing after motion in
                          limine work (1.2).

06/30/06 Klapper          Work with D. Hird and N. Karch         8.20
                          regarding CAS numbers (.6); make
                          additional edits to reply briefs
                          (1.3); finish revisions on brief
                          regarding Defendants' knowledge
                          and intent (3.2); review case law
                          forwarded by J. Han regarding
                          historical experts (2.3); address
                          questions regarding to cross of
                          government expert(.8).

172573 W. R. Grace & Co.                    Invoice Number  1429959
60035  Grand Jury Investigation             Page  23
       July 31, 2006


     Date   Name                                              Hours
     ------ ----------                                        -----


06/30/06 Rutkowski        Review categories for Grace          3.40
                          project (1.7); telephone
                          conference with P. Waters and M.
                          Sanner on Grace work (0.4); meet
                          with team on creating source
                          document (0.7); emails to A.
                          Klapper and team on expert witness
                          issues; review expert's CV (0.6).


06/30/06 Waters           Conference call with M. Rutkowski     .80
                          and P. Sanner regarding government
                          expert witness cross-examination
                          outline.

                                                              ------
                                           TOTAL HOURS        719.00


| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| James J. Restivo Jr. | 8.00 | at $ | 600.00 | = | 4,800.00 |
| David C. Evans | 17.50 | at $ | 530.00 | = | 9,275.00 |
| Lawrence E. Flatley | 55.30 | at $ | 535.00 | = | 29,585.50 |
| Douglas E. Cameron | 98.90 | at $ | 530.00 | = | 52,417.00 |
| Antony B. Klapper | 142.50 | at $ | 500.00 | = | 71,250.00 |
| Paul Waters | 11.80 | at $ | 400.00 | = | 4,720.00 |
| Margaret L. Sanner | 5.20 | at $ | 415.00 | = | 2,158.00 |
| Carol J. Gatewood | 128.00 | at $ | 380.00 | = | 48,640.00 |
| Andrew J. Muha | 7.60 | at $ | 295.00 | = | 2,242.00 |
| Jesse J. Ash | 6.30 | at $ | 330.00 | = | 2,079.00 |
| Margaret Rutkowski | 8.80 | at $ | 315.00 | = | 2,772.00 |
| Andrew C. Bernasconi | 54.60 | at $ | 295.00 | = | 16,107.00 |
| Rebecca E. Aten | 67.60 | at $ | 270.00 | = | 18,252.00 |
| Elizabeth A. Ransom | 7.30 | at $ | 260.00 | = | 1,898.00 |
| Maureen L. Atkinson | 20.70 | at $ | 180.00 | = | 3,726.00 |
| Mariel T. Howard | 72.90 | at $ | 140.00 | = | 10,206.00 |
| Cindy R. Tedesco | 6.00 | at $ | 150.00 | = | 900.00 |

              CURRENT FEES                          281,027.50


                                                  ------------
           TOTAL BALANCE DUE UPON RECEIPT          $281,027.50
                                                  ============