REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1429967
One Town Center Road                     Invoice Date      07/31/06
Boca Raton, FL   33486                   Client Number      172573

===========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                      1,825.24

        TOTAL BALANCE DUE UPON RECEIPT          $1,825.24
                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1429967
One Town Center Road                     Invoice Date      07/31/06
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        1.70
        IKON Copy Services                    1,673.76
        PACER                                    3.28
        Duplicating/Printing/Scanning          134.40
        Postage Expense                         12.10

                CURRENT EXPENSES                     1,825.24
                                                    ---------
                TOTAL BALANCE DUE UPON RECEIPT      $1,825.24
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1429967 |
| One Town Center Road | Invoice Date    07/31/06 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number    60026 |

================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/31/06 | PACER--Electronic docket retrieval charges. | 3.28 |
| 06/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/05/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 06/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 2.10 |
| 06/08/06 | IKON Copy Services - -Notice of filing for 20th<br>Quarterly fee application. | 464.00 |
| 06/09/06 | Telephone Expense<br>770-377-7159/ATLANTA NE, GA/3 | .10 |
| 06/09/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/15 | .75 |
| 06/09/06 | Telephone Expense<br>770-377-7159/ATLANTA NE, GA/2 | .10 |
| 06/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 06/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .60 |
| 06/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 46 COPIES | 6.90 |

172573 W. R. Grace & Co.                          Invoice Number  1429967
60026  Litigation and Litigation Consulting       Page    2
July 31, 2006

| Date | Description | Amount |
|---|---|---|
| 06/14/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 30 COPIES | 4.50 |
| 06/15/06 | IKON Copy Services - -Copying and service of<br>April 2006 monthly fee app. on 3 parties, per<br>admin. order. | 31.91 |
| 06/15/06 | IKON Copy Services - -Copying and service of<br>CNO for March monthly fee app. | 56.20 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 108 COPIES | 16.20 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 75 COPIES | 11.25 |
| 06/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 2.25 |
| 06/23/06 | Telephone Expense<br>724-387-1869/EXPORT, PA/13 | .65 |
| 06/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 212 COPIES | 31.80 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 5 COPIES | .75 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0710: 25 COPIES | 3.75 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0710: 24 COPIES | 3.60 |
| 06/28/06 | IKON Copy Services - -Copying and service of<br>CNO for 20th Quarterly fee app. | 1121.65 |
| 06/28/06 | Postage Expense | 12.10 |
| 06/28/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 209 COPIES | 31.35 |
| 06/28/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 60 COPIES | 9.00 |

172573 W. R. Grace & Co.                          Invoice Number   1429967
60026  Litigation and Litigation Consulting       Page     3
July 31, 2006


    06/28/06    Duplicating/Printing/Scanning                      4.65
                ATTY # 3984; 31 COPIES

                    CURRENT EXPENSES                            1,825.24
                                                               ---------
                TOTAL BALANCE DUE UPON RECEIPT                 $1,825.24
                                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1429968
One Town Center Road                     Invoice Date       07/31/06
Boca Raton, FL   33486                   Client Number       172573


=============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

          Fees                               0.00
          Expenses                       5,386.26

                 TOTAL BALANCE DUE UPON RECEIPT       $5,386.26
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      1429968
One Town Center Road                         Invoice Date        07/31/06
Boca Raton, FL   33486                       Client Number        172573
                                             Matter Number         60035

========================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                         10.45
        Courtlink                                 42.00
        Documentation Charge                     128.40
        Duplicating/Printing/Scanning          2,926.20
        Westlaw                                  882.12
        Postage Expense                            2.70
        Courier Service - Outside                136.27
        Parking/Tolls/Other Transportation        17.00
        Air Travel Expense                     1,098.60
        Taxi Expense                              38.00
        Telephone - Outside                      100.02
        General Expense                            4.50

            CURRENT EXPENSES                          5,386.26
                                                 -------------

            TOTAL BALANCE DUE UPON RECEIPT       $5,386.26
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1429968
One Town Center Road                     Invoice Date    07/31/06
Boca Raton, FL   33486                   Client Number    172573
                                         Matter Number     60035

==========================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 04/20/06 | Telephone - Outside Chorus Call -conference call re: motions in limine. | 50.33 |
| 04/21/06 | Telephone - Outside Chorus Call Telephone -conference call re: motions in limine. | 49.69 |
| 06/02/06 | Duplicating/Printing/Scanning ATTY # 3928: 5 COPIES | .75 |
| 06/04/06 | Duplicating/Printing/Scanning ATTY # 0887: 31 COPIES | 4.65 |
| 06/04/06 | Duplicating/Printing/Scanning ATTY # 0887: 65 COPIES | 9.75 |
| 06/04/06 | Duplicating/Printing/Scanning ATTY # 0887: 33 COPIES | 4.95 |
| 06/05/06 | Telephone Expense 202-879-5969/WASHINGTON, DC/3 | .15 |
| 06/05/06 | Duplicating/Printing/Scanning ATTY # 3928: 9 COPIES | 1.35 |
| 06/05/06 | Duplicating/Printing/Scanning ATTY # 0887: 32 COPIES | 4.80 |
| 06/05/06 | Duplicating/Printing/Scanning ATTY # 0887: 60 COPIES | 9.00 |
| 06/05/06 | Duplicating/Printing/Scanning ATTY # 0887: 30 COPIES | 4.50 |
| 06/05/06 | Duplicating/Printing/Scanning ATTY # 0887: 1 COPIES | .15 |

172573 W. R. Grace & Co.                        Invoice Number  1429968
60035  Grand Jury Investigation                 Page    2
July 31, 2006

| Date | Description | Amount |
|---|---|---|
| 06/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 32 COPIES | 4.80 |
| 06/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 85 COPIES | 12.75 |
| 06/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 32 COPIES | 4.80 |
| 06/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 32 COPIES | 4.80 |
| 06/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 32 COPIES | 4.80 |
| 06/07/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/25 | 1.25 |
| 06/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3625; 20 COPIES | 3.00 |
| 06/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 06/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .15 |
| 06/08/06 | Telephone Expense<br>202-263-3273/WASHINGTON, DC/26 | 1.30 |
| 06/08/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/6 | .25 |
| 06/08/06 | Telephone Expense<br>202-263-3273/WASHINGTON, DC/4 | .20 |
| 06/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 34 COPIES | 5.10 |
| 06/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 408 COPIES | 61.20 |
| 06/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 937 COPIES | 140.55 |
| 06/08/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to Ms. Terrell<br>Stansbury, Kirkland & Ellis (WASHINGTON DC<br>20005). | 3.96 |

172573 W. R. Grace & Co.                          Invoice Number  1429968
60035  Grand Jury Investigation                   Page    3
July 31, 2006

| | | | |
|---|---|---|---|
| 06/09/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/17 | | .85 |
| 06/09/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/23 | | 1.10 |
| 06/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 06/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | | 1.05 |
| 06/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | | .30 |
| 06/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | | .15 |
| 06/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | | .15 |
| 06/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 169 COPIES | | 25.35 |
| 06/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 197 COPIES | | 29.55 |
| 06/13/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to Ms. Terrell<br>Stansbury, Kirkland & Ellis (WASHINGTON DC<br>20005). | | 3.96 |
| 06/13/06 | Westlaw -Legal research for motion in limine(A.<br>Bernasconi). | | 123.56 |
| 06/14/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/3 | | .15 |
| 06/14/06 | Telephone Expense<br>202-263-3273/WASHINGTON, DC/2 | | .10 |
| 06/14/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/11 | | .55 |
| 06/15/06 | Air Travel Expense - - VENDOR: JAMES J.<br>RESTIVO, JR. TRAVEL TO AND FROM WASH DC FOR<br>MEETING WITH DAVE EVANS (6/13/06). | | 1098.60 |
| 06/15/06 | Taxi Expense - - VENDOR: JAMES J. RESTIVO, JR.<br>TRAVEL TO AND FROM WASH DC FOR MEETING WITH<br>DAVE EVANS (6/13/06). | | 38.00 |

172573 W. R. Grace & Co.                        Invoice Number  1429968
60035  Grand Jury Investigation                 Page   4
July 31, 2006


06/15/06    Parking/Tolls/Other Transportation - - VENDOR:          17.00
            JAMES J. RESTIVO, JR. TRAVEL TO AND FROM WASH
            DC FOR MEETING WITH DAVE EVANS (6/13/06).

06/15/06    Documentation Charge - - charge for accessing          128.40
            scientific publication database.

06/15/06    Duplicating/Printing/Scanning                             .45
            ATTY # 1048; 3 COPIES

06/15/06    Duplicating/Printing/Scanning                            1.20
            ATTY # 1048; 8 COPIES

06/15/06    Duplicating/Printing/Scanning                            1.50
            ATTY # 1048; 10 COPIES

06/15/06    Duplicating/Printing/Scanning                            3.90
            ATTY # 0856; 26 COPIES

06/15/06    Duplicating/Printing/Scanning                           92.70
            ATTY # 4967; 618 COPIES

06/15/06    Duplicating/Printing/Scanning                           88.20
            ATTY # 4967; 588 COPIES

06/15/06    Duplicating/Printing/Scanning                           83.55
            ATTY # 0887; 557 COPIES

06/15/06    Duplicating/Printing/Scanning                           63.75
            ATTY # 4967; 425 COPIES

06/15/06    Duplicating/Printing/Scanning                           89.85
            ATTY # 4967; 599 COPIES

06/15/06    Duplicating/Printing/Scanning                           45.90
            ATTY # 4967; 306 COPIES

06/15/06    Duplicating/Printing/Scanning                            5.40
            ATTY # 4967; 36 COPIES

06/15/06    Duplicating/Printing/Scanning                          213.00
            ATTY # 4967; 1420 COPIES

06/15/06    Duplicating/Printing/Scanning                           68.10
            ATTY # 4967; 454 COPIES

06/15/06    Duplicating/Printing/Scanning                           75.75
            ATTY # 4967; 505 COPIES

06/15/06    Duplicating/Printing/Scanning                           12.30
            ATTY # 4967; 82 COPIES

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
July 31, 2006

Invoice Number  1429968
Page   5

| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0887; 1065 COPIES | 159.75 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 96 COPIES | 14.40 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1649 COPIES | 247.35 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 280 COPIES | 42.00 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.50 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 32 COPIES | 4.80 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 32 COPIES | 4.80 |
| 06/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3625: 18 COPIES | 2.70 |

172573  W. R. Grace & Co.
60035  Grand Jury Investigation
July 31, 2006

Invoice Number  1429968
Page  6

| | | |
|---|---|---:|
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 27 COPIES | 4.05 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 126 COPIES | 18.90 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 6 COPIES | .90 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 24 COPIES | 3.60 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 365 COPIES | 54.75 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 19 COPIES | 2.85 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 3.00 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 64 COPIES | 9.60 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 3.00 |
| 06/16/06 | Duplicating/Printing/Scanning<br>ATTY # 3625: 43 COPIES | 6.45 |
| 06/16/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped  to PAUL J. WATERS (LARGO<br>FL 33770). | 57.94 |
| 06/16/06 | Westlaw -Legal research for motion in limine(A.<br>Bernasconi). | 76.12 |
| 06/16/06 | Westlaw -Legal research for motion in limine(A.<br>Bernasconi). | 8.73 |
| 06/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3625: 28 COPIES | 4.20 |
| 06/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3625: 19 COPIES | 2.85 |

172573 W. R. Grace & Co.                          Invoice Number  1429968
60035  Grand Jury Investigation                   Page    7
July 31, 2006


| 06/18/06 | Westlaw -Legal research for motion in limine(A. Bernasconi). | 294.41 |
| 06/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3625: 23 COPIES | 3.45 |
| 06/19/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 20 COPIES | 3.00 |
| 06/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/19/06 | Duplicating/Printing/Scanning<br>ATTY # 3625: 46 COPIES | 6.90 |
| 06/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 4 COPIES | .60 |
| 06/19/06 | Westlaw -Legal research for motion in limine(A. Bernasconi). | 116.00 |
| 06/19/06 | Courtlink | 42.00 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 3.00 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 21 COPIES | 3.15 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 3.00 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |

172573 W. R. Grace & Co.                        Invoice Number  1429968
60035  Grand Jury Investigation                 Page    8
July 31, 2006

| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.50 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.50 |
| 06/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 22 COPIES | 3.30 |
| 06/20/06 | Westlaw -Legal research for motion in limine(J.<br>Spencer). | 2.95 |
| 06/20/06 | Westlaw -Legal research for motion in limine(J.<br>Spencer). | 100.55 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 69 COPIES | 10.35 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 22 COPIES | 3.30 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 22 COPIES | 3.30 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 30 COPIES | 4.50 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 36 COPIES | 5.40 |

172573 W. R. Grace & Co.                           Invoice Number  1429968
60035  Grand Jury Investigation                    Page    9
July 31, 2006

| | | |
|---|---|---:|
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 50 COPIES | 7.50 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 5 COPIES | .75 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 3 COPIES | .45 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 4 COPIES | .60 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 21 COPIES | 3.15 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 21 COPIES | 3.15 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 18 COPIES | 2.70 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 17 COPIES | 2.55 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 3.00 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 724 COPIES | 108.60 |
| 06/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 131 COPIES | 19.65 |
| 06/21/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Jane Solly, Reed Smith<br>LLP - Washington to Paul Waters (LARGO FL<br>33770). | 14.32 |
| 06/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 25 COPIES | 3.75 |
| 06/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |
| 06/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 06/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | 1.05 |
| 06/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |

172573 W. R. Grace & Co.                          Invoice Number  1429968
60035  Grand Jury Investigation                   Page   10
July 31, 2006


06/22/06    Duplicating/Printing/Scanning                     1.65
            ATTY # 0559: 11 COPIES

06/22/06    Duplicating/Printing/Scanning                     3.30
            ATTY # 0559: 22 COPIES

06/22/06    Duplicating/Printing/Scanning                     3.15
            ATTY # 0559: 21 COPIES

06/22/06    Duplicating/Printing/Scanning                     3.15
            ATTY # 0559: 21 COPIES

06/22/06    Duplicating/Printing/Scanning                     3.00
            ATTY # 0559: 20 COPIES

06/22/06    Duplicating/Printing/Scanning                     3.00
            ATTY # 0559: 20 COPIES

06/22/06    Duplicating/Printing/Scanning                     3.75
            ATTY # 0887: 25 COPIES

06/22/06    Duplicating/Printing/Scanning                     5.70
            ATTY # 0559: 38 COPIES

06/22/06    Duplicating/Printing/Scanning                     4.05
            ATTY # 0559: 27 COPIES

06/22/06    Duplicating/Printing/Scanning                     2.55
            ATTY # 0559: 17 COPIES

06/22/06    Duplicating/Printing/Scanning                     2.85
            ATTY # 0559: 19 COPIES

06/22/06    Duplicating/Printing/Scanning                     2.40
            ATTY # 0559: 16 COPIES

06/22/06    Duplicating/Printing/Scanning                     4.50
            ATTY # 0559: 30 COPIES

06/22/06    Duplicating/Printing/Scanning                     2.25
            ATTY # 0559: 15 COPIES

06/22/06    Telephone Expense                                  .10
            202-879-5969/WASHINGTON, DC/3

06/22/06    Duplicating/Printing/Scanning                   342.60
            ATTY # 0856; 2284 COPIES

06/22/06    Duplicating/Printing/Scanning                     7.65
            ATTY # 0856; 51 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1429968
60035  Grand Jury Investigation                   Page  11
July 31, 2006


| | | |
|---|---|---|
| 06/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 207 COPIES | 31.05 |
| 06/22/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 2 COPIES | .30 |
| 06/22/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to KATHLEEN L. DE SOTO,<br>GARLINGTON, LOHN & ROBINSON (MISSOULA MT<br>59807). | 41.77 |
| 06/22/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to KATHLEEN L. DE SOTO,<br>GARLINGTON, LOHN & ROBINSON (MISSOULA MT<br>59802). | 41.77 |
| 06/22/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to KATHLEEN L. DE SOTO,<br>GARLINGTON, LOHN & ROBINSON (MISSOULA MT<br>59802). | -41.77 |
| 06/22/06 | Westlaw -Legal research for motion in limine(A.<br>Bernasconi). | 71.25 |
| 06/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |
| 06/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |
| 06/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 24 COPIES | 3.60 |
| 06/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 3.00 |
| 06/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 40 COPIES | 6.00 |
| 06/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 3.00 |
| 06/23/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 60 COPIES | 9.00 |
| 06/23/06 | Telephone Expense<br>406-523-2500/MISSOULA, MT/4 | .20 |

172573  W. R. Grace & Co.                          Invoice Number  1429968
60035  Grand Jury Investigation                    Page  12
July 31, 2006

| | | |
|---|---|---|
| 06/26/06 | Telephone Expense<br>727-518-9248/CLEARWATER, FL/2 | .10 |
| 06/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 601 COPIES | 90.15 |
| 06/26/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 06/27/06 | Postage Expense<br>Postage Expense: ATTY # 7015 User: JONES, JOHN R | 2.70 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 41 COPIES | 6.15 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 271 COPIES | 40.65 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 360 COPIES | 54.00 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 10 COPIES | 1.50 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 2 COPIES | .30 |
| 06/27/06 | Telephone Expense<br>202-879-5969/WASHINGTON, DC/2 | .10 |
| 06/27/06 | Westlaw -Legal research for motion in limine(A.<br>Klapper). | 15.46 |
| 06/27/06 | Westlaw -Legal research for motion in limine(A.<br>Klapper). | 62.79 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # : 1 COPIES | .15 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # : 1 COPIES | .15 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # : 1 COPIES | .15 |
| 06/27/06 | Duplicating/Printing/Scanning<br>ATTY # : 1 COPIES | .15 |
| 06/27/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Jane Solly, Reed Smith<br>LLP - Washington to Paul Waters(LARGO FL<br>33770). | 14.32 |

172573 W. R. Grace & Co.                          Invoice Number  1429968
60035  Grand Jury Investigation                   Page  13
July 31, 2006

| | | |
|---|---|---:|
| 06/27/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Paul Waters, Reed Smith LLP - Washington to Meg Rutkowski, Reed Smith LLP (RICHMOND VA 23219). | 18.12 |
| 06/27/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Paul Waters, Reed Smith LLP - Washington to Meg Rutkowski, Reed Smith LLP (RICHMOND VA 23219). | -18.12 |
| 06/28/06 | Duplicating/Printing/Scanning ATTY # 5295; 439 COPIES | 65.85 |
| 06/28/06 | Duplicating/Printing/Scanning ATTY # 7015; 13 COPIES | 1.95 |
| 06/28/06 | Duplicating/Printing/Scanning ATTY # 7015; 492 COPIES | 73.80 |
| 06/28/06 | Telephone Expense 202-879-5969/WASHINGTON, DC/22 | 1.10 |
| 06/28/06 | Duplicating/Printing/Scanning ATTY # 0887: 22 COPIES | 3.30 |
| 06/28/06 | Duplicating/Printing/Scanning ATTY # : 4 COPIES | .60 |
| 06/29/06 | Duplicating/Printing/Scanning ATTY # 3928; 55 COPIES | 8.25 |
| 06/29/06 | Duplicating/Printing/Scanning ATTY # 0856; 266 COPIES | 39.90 |
| 06/29/06 | Duplicating/Printing/Scanning ATTY # 0856; 343 COPIES | 51.45 |
| 06/29/06 | Telephone Expense 202-879-5969/WASHINGTON, DC/2 | .10 |
| 06/29/06 | Telephone Expense 202-879-5969/WASHINGTON, DC/25 | 1.25 |
| 06/29/06 | Telephone Expense 703-477-7558/ALEXANDRIA, VA/13 | .65 |
| 06/29/06 | Duplicating/Printing/Scanning ATTY # 0887: 1 COPIES | .15 |
| 06/29/06 | Duplicating/Printing/Scanning ATTY # 0887: 3 COPIES | .45 |

172573 W. R. Grace & Co.                          Invoice Number  1429968
60035  Grand Jury Investigation                   Page  14
July 31, 2006

| Date | Description | Amount |
|------|-------------|--------|
| 06/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 22 COPIES | 3.30 |
| 06/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 22 COPIES | 3.30 |
| 06/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 1 COPIES | .15 |
| 06/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 22 COPIES | 3.30 |
| 06/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 22 COPIES | 3.30 |
| 06/30/06 | General Expense- VENDOR: ALL-STATE<br>INTERNATIONAL, INC.<br>TABS | 1.50 |
| 06/30/06 | General Expense- VENDOR: ALL-STATE<br>INTERNATIONAL, INC.<br>TABS | 3.00 |
| 06/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 5 COPIES | .75 |
| 06/30/06 | Telephone Expense<br>703-447-0352/ALEXANDRIA, VA/19 | .95 |
| 06/30/06 | Westlaw -Legal research for motion in limine(A.<br>Klapper). | 10.30 |

                         CURRENT EXPENSES                5,386.26
                                                       ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $5,386.26
                                                       ============