# Buchanan Ingersoll ⚕ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 24, 2006
                                            MATTER :  W9600-001
                                            INVOICE :  213173


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

     RE:  ASSET ANALYSIS AND RECOVERY


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
  ----  ----   -------------------------------                    -----

06/07/06 TC    REVIEWED ORDER AUTHORIZING DEBTORS TO ACQUIRE       .40
               CERTAIN ASSETS (THE TARGET BUSINESS)


                    T I M E   S U M M A R Y
                    -----------------------

                           RATE    HOURS         TOTALS
                           ----    -----         ------

  T CURRIER             475.00     .40          190.00
                TOTALS             .40          190.00


             TOTAL FEES :                            190.00


             TOTAL DUE  :                            190.00
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

#IVAX60-v25-1698000

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 24, 2006
MATTER : W9600-002
INVOICE : 213174

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/02/06 | TC | REVIEWED OBJECTION BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO MOTION TO APPROVE SETTLEMENT WITH LLOYDS | .80 |
| 06/02/06 | TC | REVIEWED JOINDER OF OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS TO THE OBJECTIONS OF OTHERS TO THE MOTION TO APPROVE SETTLEMENT WITH LLOYDS | .50 |
| 06/02/06 | TC | REVIEWED DAVID AUSTERN OBJECTION TO MOTION TO APPROVE SETTLEMENT WITH LLOYDS | .70 |
| 06/02/06 | TC | REVIEWED LIBBY CLAIMANTS' OBJECTION TO MOTION TO APPROVE LLOYDS SETTLEMENT | .80 |
| 06/02/06 | TC | REVIEWED LIBBY CLAIMANTS' MOTION TO CONTINUE HEARING ON APPROVAL OF SETTLEMENT WITH LLOYDS | .50 |
| 06/05/06 | TC | REVIEWED DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS | .50 |
| 06/07/06 | TC | REVIEWED ORDER ON LIBBY CLAIMANTS' MOTION TO DEFER CONSIDERATION OF APPROVAL OF LLOYDS SETTLEMENT | .40 |
| 06/21/06 | TC | REVIEWED MOTION FOR ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN A LEASE AND SUBLEASE FOR REAL PROPERTY IN HOUSTON TX | 1.60 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   JULY 24, 2006
MATTER :   W9600-002
INVOICE :   213174

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:  ASSET DISPOSITION

## T I M E   S U M M A R Y
-----------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T CURRIER    |        | 475.00 | 5.80  | 2755.00 |
|              | TOTALS |        | 5.80  | 2755.00 |

TOTAL FEES :                         2,755.00

TOTAL DUE  :                         2,755.00

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 24, 2006
                                            MATTER :  W9600-003
                                            INVOICE : 213175


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

    RE:  BUSINESS OPERATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/02/06 | TC | REVIEWED DIP MONTHLY OPERATING REPORT FOR APRIL 2006 | .90 |
| 06/21/06 | TC | REVIEWED MOTION TO AMEND ORDER AUTHORIZING USE OF PROFESSIONALS IN THE ORDINARY COURSE | .50 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                             RATE     HOURS        TOTALS
                             ----     -----        ------

    T CURRIER               475.00     1.40         665.00
                   TOTALS               1.40         665.00


                   TOTAL FEES :                      665.00


                   TOTAL DUE  :                      665.00
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# IXXXD.v25-1698000

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :   JULY 24, 2006
                                               MATTER : W9600-004
                                               INVOICE : 213176
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 06/01/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/02/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/05/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/06/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/07/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# Buchanan Ingersoll &amp; Rooney PC

### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 24, 2006
MATTER :  W9600-004
INVOICE :  213176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 06/08/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/09/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/09/06 | TC | REVIEWED UPDATED DOCKET | .50 |
| 06/12/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/12/06 | TC | REVIEWED UPDATED DOCKET IN CASE | .60 |
| 06/13/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/14/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 24, 2006
MATTER :  W9600-004
INVOICE :  213176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---:|
| 06/15/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/16/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/19/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/20/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/21/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/21/06 | TC | REVIEWED UPDATED DOCKET | .60 |
| 06/22/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# Buchanan Ingersoll ⟍ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 24, 2006
MATTER :  W9600-004
INVOICE :  213176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 06/23/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/23/06 | TC | REVIEWED UPDATED DOCKET | .50 |
| 06/27/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/27/06 | TC | REVIEWED UPDATED DOCKET | .50 |
| 06/28/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADINGS TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

### T I M E   S U M M A R Y
-----------------------

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| M N FLORES | | 140.00 | 19.00 | 2660.00 |
| T CURRIER | | 475.00 | 2.70 | 1282.50 |
| | TOTALS | | 21.70 | 3942.50 |

TOTAL FEES :           3,942.50

TOTAL DUE   :           3,942.50

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 24, 2006
                                              MATTER :  W9600-006
                                              INVOICE :  213177
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 06/01/06 | TC | REVIEWED CLAIMS SETTLEMENT NOTICE AND NEGATIVE NOTICE PROCEDURES | .40 |
| 06/07/06 | TC | REVIEWED ORDER AUTHORIZING SETTLEMENT OF CLAIM NO. 851 OF CHL ADMINISTRATION | .40 |
| 06/07/06 | TC | REVIEWED ORDER WITHDRAWING OBJECTIONS TO CLAIMS OF HARRINGTON TOOLS, MADISON COMPLEX, AND C. DOUGLAS MEYERS | .30 |
| 06/07/06 | TC | REVIEWED TWENTY FIRST CONTINUATION ORDER GRANTING RELIEF SOUNT IN 5TH OMNIBUS SUBSTANTIVE OBJECTION TO CLAIMS | .50 |
| 06/07/06 | TC | REVIEWED ORDER APPROVING STIPULATION RESOLVING CLAIMS OF SOUTH CAROLINA DEPT OF HEALTH | .50 |
| 06/15/06 | TC | REVIEWED MOTION OF DIVISION OF REVENUE FOR IOWA TO FILE A LATE CLAIM | .50 |
| 06/20/06 | TC | REVIEWED ORDER AND STIPULATION CONCERNING THE WAUCONDA SITE | .40 |
| 06/20/06 | TC | REVIEWED MOTION FOR A SCHEDULING ORDER REGARDING CLAIMS UNDER 15TH OMNIBUS OBJECTION TO PD CLAIMS | 2.20 |
| 06/21/06 | TC | REVIEWED TWENTYSECOND CONTINUATION ORDER FOR CLAIMS OBJECTIONS | .40 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 24, 2006
                                              MATTER :  W9600-006
                                              INVOICE : 213177

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


                    T I M E   S U M M A R Y
                    -----------------------
                          RATE      HOURS           TOTALS
                          ----      -----           ------
T CURRIER                475.00      5.60          2660.00
                 TOTALS              5.60          2660.00

                    TOTAL FEES :                        2,660.00

                    TOTAL DUE  :                        2,660.00
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   JULY 24, 2006
MATTER :  W9600-008
INVOICE :  213178

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/07/06 | TC | REVIEWED ORDER AUTHORIZING DEBTORS' TO CONTRIBUTE FUNDS TO THE CHICAGO 51ST STREET PENSION PLAN TRUST | .40 |
| 06/16/06 | TC | REVIEWED ORDER AUTHORIZING DEFINED BENEFIT CONTRIBUTIONS TO PENSION PLANS | .50 |
| 06/21/06 | TC | REVIEWED MOTION OF DEBTORS FOR ORDER AUTHORIZING THE IMPLEMENTATION OF LONG TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES | 1.30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T CURRIER | 475.00 | 2.20 | 1045.00 |
| TOTALS | | 2.20 | 1045.00 |

TOTAL FEES :                    1,045.00

TOTAL DUE  :                    1,045.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# 1593002.v25-1698000

# Buchanan Ingersoll ▲ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 24, 2006
                                            MATTER :  W9600-011
                                            INVOICE : 213179

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/14/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 20TH QUARTERLY FEE APP OF KRLS (.1); DRAFT CNO RE: 20TH QUARTERLY FEE REQUEST OF KRLS (.5) | .60 |
| 06/15/06 | MNF | PREPARE SERVICE RE: CNO FOR 20TH QUARTERLY FEE APP OF KRLS (.2); E-FILE AND SERVE CNO RE: 20TH QUARTERLY FEE APP OF KRLS (.5) | .70 |
| 06/15/06 | MNF | REVIEW PRE-BILLS FOR MAY 2006 TIME | .50 |
| 06/16/06 | TC | REVIEWED QUARTERLY FEE ORDER | .50 |
| 06/16/06 | TC | REVIEWED NARRATIVE FOR OUR REGULAR FEE APPLICATION PROCESS | .60 |
| 06/19/06 | TC | REVIEWED DRAFT OF OUR MONTHLY FEE APPLICATION | .70 |
| 06/20/06 | FAP | PREPARE MONTHLY FEE AND EXPENSE SUMMARIES FOR MAY 2006 | .20 |
| 06/20/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO CNO(.1); DRAFT CNO RE: 54TH MONTHLY FEE APP OF KRLS (.5) | .60 |
| 06/20/06 | MNF | DRAFT 55TH MONTHLY FEE APP OF KRLS FOR 5/1/06-5/31/06 | 1.00 |
| 06/21/06 | MNF | E-FILE AND SERVE CNO RE: 54TH MONTHLY FEE APP OF KRLS | 1.00 |
| 06/21/06 | MNF | EDITS TO 55TH MONTHLY FEE APP OF KRLS FOR MAY 2006 | .50 |
| 06/21/06 | MNF | PREPARE SERVICE RE: CNO'S FOR 54TH FEE APP OF KRLS & 57TH FEE APP OF KRAMER LEVIN | .50 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 24, 2006
                                              MATTER :  W9600-011
                                              INVOICE : 213179

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

    RE:  FEE APPLICATIONS, APPLICANT

06/27/06 TC    REVIEWED DRAFT MONTHLY FEE APPLICATION                .80

06/27/06 TC    REVIEWED CNOS FOR EQUITY COMMITTEE                    .50
               PROFESSIONALS

06/29/06 MNF   E-FILE AND SERVE 55TH MONTHLY FEE APP OF KRLS        1.50
               (1.0); CALENDAR DATES (.1); CONVERT AND SEND
               SAME TO FEE AUDITOR(.4)


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE     HOURS        TOTALS
                          ----     -----        ------

    F A PANCHAK          150.00     .20          30.00
    M N FLORES           140.00    6.90         966.00
    T CURRIER            475.00    3.10        1472.50
               TOTALS              10.20       2468.50


               TOTAL FEES :                    2,468.50


               TOTAL DUE   :                   2,468.50

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 24, 2006
                                              MATTER : W9600-012
                                              INVOICE : 213180
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/14/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 16TH QUARTERLY FEE REQUEST OF KRAMER LEVIN (.1); DRAFT CNO RE: 16TH QUARTERLY FEE REQUEST OF KRAMER LEVIN (.5) | .60 |
| 06/15/06 | MNF | E-FILE AND SERVE CNO RE: 16TH QUARTERLY FEE APP OF KRAMER LEVIN | .60 |
| 06/20/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO CNO (.1); DRAFT CNO RE: 57TH MONTHLY FEE APP OF KRAMER LEVIN (.5) | .60 |
| 06/20/06 | TC | REVIEWED AND EXECUTED FEE APP CNOS FOR US AND KRAMER LEVIN | .50 |
| 06/21/06 | MNF | E-FILE AND SERVE 57TH MONTHLY FEE APP OF KRAMER LEVIN | 1.00 |
| 06/21/06 | TC | APPROVED OF FINAL CNOS AND DOCKET CHECK FOR CASE | .50 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| M N FLORES | 140.00 | 2.80 | 392.00 |
| T CURRIER | 475.00 | 1.00 | 475.00 |
| TOTALS | | 3.80 | 867.00 |

TOTAL FEES :                                    867.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

#IXXX02.v25-1698000

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    JULY 24, 2006
MATTER :   W9600-012
INVOICE :  213180

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:  FEE APPLICATIONS, OTHERS


TOTAL DUE   :                              867.00

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 24, 2006
                                            MATTER : W9600-014
                                            INVOICE :  213181


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

    RE:  HEARINGS


 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
 ----  ----   --------------------------------                     -----

06/13/06 TC    REVIEWED AGENDA NOTICE FOR HEARING 6/19              .60


                   T I M E   S U M M A R Y
                   ----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

  T CURRIER             475.00    .60          285.00
                 TOTALS           .60          285.00


              TOTAL FEES :                        285.00

              TOTAL DUE  :                        285.00
```

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 24, 2006
MATTER :  W9600-015
INVOICE :   213182

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/06/06 | TC | REVIEWED ORDER AUTHORIZING DISCOVERY FROM DR ALAN WHITEHOUSE AND OTHERS ON PRIVACY ISSUES | .50 |
| 06/06/06 | TC | REVIEWED PROTECTIVE ORDER ON PRODUCTION OF CERTAIN MEDICAL RECORDS | .60 |

## T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T CURRIER  |        | 475.00 | 1.10  | 522.50 |
|            | TOTALS |        | 1.10  | 522.50 |

TOTAL FEES :            522.50

TOTAL DUE  :            522.50

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    JULY 24, 2006
                                           MATTER :  W9600-017
                                           INVOICE : 213183

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 06/05/06 | TC | REVIEWED ORDER DENYING BDM CONSTRUCTION RELIEF FROM THE AUTOMATIC STAY | .50 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 475.00 | .50 | 237.50 |
| TOTALS |  | .50 | 237.50 |

TOTAL FEES :        237.50

TOTAL DUE  :        237.50

# Buchanan Ingersoll ▲ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
T: 412-562-8800
F: 412-562-1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 24, 2006
                                              MATTER :  W9600-000
                                              INVOICE :   213172


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/06    T C

     RE:  EXPENSES
```

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 05/25/06 | REPRODUCTION OF DOCUMENTS | 1.80 |
| 05/25/06 | REPRODUCTION OF DOCUMENTS | 3.90 |
| 05/30/06 | REPRODUCTION OF DOCUMENTS | 4.50 |
| 05/30/06 | REPRODUCTION OF DOCUMENTS | 18.90 |
| 06/07/06 | FEDERAL EXPRESS - FEDEX - # 1-033-15601 | 15.33 |
| 06/07/06 | FEDERAL EXPRESS - FEDEX - # 1-044-28929 | 25.56 |
| 06/15/06 | REPRODUCTION OF DOCUMENTS | 1.20 |
| 06/20/06 | FEDERAL EXPRESS - FEDEX - # 1-070-37460 | 15.67 |
| 06/27/06 | FEDERAL EXPRESS - FEDEX - # 1-083-47411 | 15.67 |
| 06/30/06 | MESSENGER SERVICES - PARCELS, INC. - # 38123 | 7.50 |
| 06/30/06 | MESSENGER SERVICES - PARCELS, INC. - # 37387 | 30.00 |
| 06/30/06 | MESSENGER SERVICES - PARCELS, INC. - # 37387 | 7.50 |

```
                      TOTAL EXPENSE ADVANCES :        147.53

                      TOTAL DUE   :                   147.53
```