```
Date: 07/20/06            Legal Analysis Systems, Inc.
Time: 7:00pm                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 05/01/06  Peterson  / (07) Committee, Creditors'              0.6     420.00
 #4801     telephone Relles re: W. R. Grace memo to Inselbuch  700.00

 05/01/06  Relles    / (07) Committee, Creditors'              0.6     255.00
 #5001     telephone Peterson re: W. R. Grace memo to Inselbuch 425.00

 05/02/06  Peterson  / (07) Committee, Creditors'              0.3     210.00
 #4805     telephone Relles re: memo to Inselbuch              700.00

 05/02/06  Peterson  / (07) Committee, Creditors'              4.2    2940.00
 #4806     review results of latest forecasts; draft memo for  700.00
           Inselbuch re: forecasts

 05/02/06  Relles    / (07) Committee, Creditors'              1.4     595.00
 #5004     read, edit, and send memo to Inselbuch (1.1);       425.00
           telephone Peterson (.3) re: same

 05/03/06  Ebener    / (07) Committee, Creditors'              2.0     600.00
 #5303     read materials describing Rust data collection      300.00
           process and preliminary database structure; email
           Liesemer

 05/05/06  Peterson  / (07) Committee, Creditors'              2.7    1890.00
 #4808     conference call with Inselbuch, committee re:       700.00
           liability forecasts (0.7); prepare for call (2.0)

 05/05/06  Peterson  / (07) Committee, Creditors'              0.3     210.00
 #4809     review Inselbuch memo and materials                 700.00

 05/05/06  Relles    / (07) Committee, Creditors'              0.4     170.00
 #5006     participate in conference call with committee       425.00

 05/08/06  Ebener    / (07) Committee, Creditors'              0.3      90.00
 #5305     telephone Liesemer re: documentation; email Relles  300.00
           re: Update

 05/09/06  Ebener    / (07) Committee, Creditors'              0.2      60.00
 #5306     email Liesemer re:case management order and timeline 300.00

 05/10/06  Ebener    / (07) Committee, Creditors'              0.3      90.00
 #5307     email Liesemer re: access to Rust web site          300.00
```

{D0063690.1 }

```
Date: 07/20/06              Legal Analysis Systems, Inc.
Time: 7:00pm                                                              Page 2

                        W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 05/18/06  Peterson   / (07) Committee, Creditors'               2.6      1820.00
 #4814     review Inselbuch memorandum on status of case;      700.00
           review LAS preliminary liability forecasts

 05/26/06  Ebener     / (07) Committee, Creditors'               0.1        30.00
 #5310     telephone Liesemer re: Update                       300.00

 05/30/06  Ebener     / (07) Committee, Creditors'               0.3        90.00
 #5311     telephone Liesemer re: Update                       300.00

 05/31/06  Ebener     / (07) Committee, Creditors'               0.2        60.00
 #5312     telephone Liesemer re: Rust visit                   300.00
```

{D0063690.1 }

```
Date: 07/20/06            Legal Analysis Systems, Inc.
Time: 7:00pm                                                          Page 3

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/01/06  Ebener    / (28) Data Analysis                        0.5    150.00
 #5301     telephone Peterson re: claims data                  300.00

 05/01/06  Peterson  / (28) Data Analysis                        0.3    210.00
 #4802     telephone Relles re: review status of work,         700.00
           production schedule

 05/01/06  Peterson  / (28) Data Analysis                        0.5    350.00
 #4803     telephone Ebener re: claims data                    700.00

 05/01/06  Peterson  / (28) Data Analysis                        1.3    910.00
 #4804     work on new forecast of asbestos liability; review  700.00
           parameters

 05/01/06  Relles    / (28) Data Analysis                        1.4    595.00
 #5002     revise projections for alternative payment values   425.00

 05/01/06  Relles    / (28) Data Analysis                        0.3    127.50
 #5003     telephone Peterson re: review status of work,       425.00
           production schedule

 05/02/06  Ebener    / (28) Data Analysis                        1.4    420.00
 #5302     conference call re: data collection with Peterson   300.00
           and Relles

 05/02/06  Peterson  / (28) Data Analysis                        2.4   1680.00
 #4807     telephone Ebener and Relles re: Rust data collection 700.00
           (1.4); review claims data elements (1.0)

 05/02/06  Relles    / (28) Data Analysis                        1.4    595.00
 #5005     telephone Ebener and Peterson re: Rust data         425.00
           collection

 05/06/06  Ebener    / (28) Data Analysis                        1.0    300.00
 #5304     review documentation of Rust process                300.00

 05/08/06  Relles    / (28) Data Analysis                        0.3    127.50
 #5007     email correspondence, Ebener re: Rust data          425.00
           collection issues

 05/11/06  Peterson  / (28) Data Analysis                        1.4    980.00
 #4810     address claims data issues                          700.00

 05/12/06  Peterson  / (28) Data Analysis                        2.9   2030.00
 #4811     review claims data and documentation                700.00
```

{D0063690.1 }

```
Date: 07/20/06              Legal Analysis Systems, Inc.
Time: 7:00pm                                                             Page  4

                         W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/13/06  Ebener    / (28) Data Analysis                         1.5      450.00
 #5308     review Asbestos Claimants questionnaire and         300.00
           appendices

 05/13/06  Peterson  / (28) Data Analysis                         2.8     1960.00
 #4812     review claims data and documentation                700.00

 05/14/06  Ebener    / (28) Data Analysis                         3.0      900.00
 #5309     review case management order; draft questions re:   300.00
           Instruments and procedures

 05/16/06  Peterson  / (28) Data Analysis                         3.4     2380.00
 #4813     review Sealed Air forecasts                         700.00

 05/19/06  Peterson  / (28) Data Analysis                         1.8     1260.00
 #4815     review claim filings                                700.00

 05/31/06  Peterson  / (28) Data Analysis                         4.2     2940.00
 #4816     review Debtor's claims database                     700.00
-------------------------------------------------------------------------------
```

{D0063690.1 }

```
Date: 07/20/06              Legal Analysis Systems, Inc.
Time: 7:00pm                                                          Page 5

                    W. R. Grace

              Summary Of Time Charges, By Month and Activity
                       May 2006 - May 2006

   MONTH       ACTIVITY                                    HOURS    AMOUNT
   ----------------------------------------------------------------------
   May       - (07) Committee, Creditors'                   16.5   9530.00
   May       - (28) Data Analysis                           31.8  18365.00
   May       - (99) Total                                   48.3  27895.00

   Total     - (07) Committee, Creditors'                   16.5   9530.00
   Total     - (28) Data Analysis                           31.8  18365.00
   Total     - (99) Total                                   48.3  27895.00

   -----------------------------------------------------------------------
```

{D0063690.1 }

```
Date: 07/20/06             Legal Analysis Systems, Inc.
Time: 7:00pm                                                          Page 6

                 W. R. Grace

             Summary Of Time Charges, By Month and Person
                      May 2006 - May 2006

   MONTH       PERSON                                      HOURS      AMOUNT
   ---------------------------------------------------------------------------
   May         - Relles                                      5.8     2465.00
   May         - Peterson                                   31.7    22190.00
   May         - Ebener                                     10.8     3240.00
   May         - Total                                      48.3    27895.00

   Total       - Relles                                      5.8     2465.00
   Total       - Peterson                                   31.7    22190.00
   Total       - Ebener                                     10.8     3240.00
   Total       - Total                                      48.3    27895.00

   ---------------------------------------------------------------------------
```

{D0063690.1 }

```
Date: 07/20/06              Legal Analysis Systems, Inc.
Time: 7:00pm                                                               Page 7

                    W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                          May 2006 - May 2006

 MONTH        PERSON                                HOURS    RATE     AMOUNT
 -----------------------------------------------------------------------------
 (07) Committee, Creditors'

 May        - Relles                                  2.4    425.    1020.00
 May        - Peterson                               10.7    700.    7490.00
 May        - Ebener                                  3.4    300.    1020.00

 (28) Data Analysis

 May        - Relles                                  3.4    425.    1445.00
 May        - Peterson                               21.0    700.   14700.00
 May        - Ebener                                  7.4    300.    2220.00

-------------------------------------------------------------------------------
```

{D0063690.1 }