```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/13/06  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    140.00
 #5117     Telephone Relles re: Rabinovitz request                700.00

 06/13/06  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2     85.00
 #5323     Telephone Peterson re: Rabinovitz request              425.00

 06/16/06  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    280.00
 #5120     Review material requested by Rabinovitz                700.00

 06/20/06  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    140.00
 #5126     Telephone Relles re: Rabinovitz                        700.00

 06/20/06  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2     85.00
 #5330     Telephone Peterson re: Rabinovitz                      425.00

 06/21/06  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    700.00
 #5127     Review materials sent to Rabinovitz                    700.00
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 2

                  W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 06/05/06  Ebener     / (07) Committee, Creditors'          0.3        90.00
 #5606     telephone Liesemer, Finch re: CD documentation 300.00

 06/05/06  Ebener     / (07) Committee, Creditors'          0.3        90.00
 #5608     telephone Davis re: site visit                 300.00

 06/11/06  Relles     / (07) Committee, Creditors'          0.4       170.00
 #5319     telephone Finch re: Rust data, additional data 425.00
           collection

 06/13/06  Relles     / (07) Committee, Creditors'          0.4       170.00
 #5324     email Inselbuch re: Rabinovitz request for     425.00
           information

 06/14/06  Ebener     / (07) Committee, Creditors'          0.4       120.00
 #5630     telephone Peterson, Finch                      300.00

 06/14/06  Peterson   / (07) Committee, Creditors'          0.4       280.00
 #5118     Telephone Finch and Ebener re: claims data     700.00

 06/14/06  Peterson   / (07) Committee, Creditors'          2.5      1750.00
 #5119     Meet with Finch re: claims data                700.00

 06/16/06  Peterson   / (07) Committee, Creditors'          1.1       770.00
 #5121     Telephone Finch and review emails re: claims data 700.00

 06/19/06  Peterson   / (07) Committee, Creditors'          0.5       350.00
 #5122     Conference call with Finch, Relles re: claims data 700.00

 06/19/06  Relles     / (07) Committee, Creditors'          0.5       212.50
 #5325     conference call with Finch and Peterson re: Rust 425.00
           shipments

 06/20/06  Relles     / (07) Committee, Creditors'          0.1        42.50
 #5327     telephone Kathy Davis (Rust) re: sample selection 425.00
           database

 06/23/06  Peterson   / (07) Committee, Creditors'          1.3       910.00
 #5130     Telephone Relles (several) (.8) re: law firm lists, 700.00
           Eveland; telephone Finch (.5) re: same

 06/23/06  Relles     / (07) Committee, Creditors'          1.8       765.00
 #5336     determine top 20 law firms; email Finch and others 425.00
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 3

                   W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 06/27/06  Peterson  / (07) Committee, Creditors'                 1.3   910.00
 #5133     Telephone Finch; Relles; address Rust data          700.00
           processing issues

 06/27/06  Relles    / (07) Committee, Creditors'                 0.4   170.00
 #5341     email Liesemer and Finch re: Grace sampling database 425.00

 06/27/06  Relles    / (07) Committee, Creditors'                 1.3   552.50
 #5342     Telephone Finch; Peterson; address Rust data         425.00
           processing issues
```

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 4

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 06/01/06  Ebener    / (28) Data Analysis                       0.4     120.00
 #5601     Telephone Peterson re: data collection             300.00

 06/01/06  Peterson  / (28) Data Analysis                       0.7     490.00
 #5101     Telephone Ebener (.4); telephone Rust (.3) re: data 700.00
           collection for bodily injury claims

 06/01/06  Relles    / (28) Data Analysis                       0.2      85.00
 #5301     search old emails for contact at Rust              425.00

 06/02/06  Ebener    / (28) Data Analysis                       0.2      60.00
 #5602     call Rust re: site visit                           300.00

 06/02/06  Ebener    / (28) Data Analysis                       0.2      60.00
 #5603     email Peterson and Relles re: site visit           300.00

 06/02/06  Ebener    / (28) Data Analysis                       0.6     180.00
 #5604     discuss Caplin-Drysdale claims with Peterson       300.00

 06/02/06  Peterson  / (28) Data Analysis                       0.6     420.00
 #5102     discuss with Ebener claims form data forwarded by  700.00
           Caplin and Drysdale

 06/02/06  Relles    / (28) Data Analysis                       1.5     637.50
 #5302     look through tiff files, email Ebener and Peterson 425.00

 06/03/06  Ebener    / (28) Data Analysis                       0.5     150.00
 #5605     download tiff file, examine contents               300.00

 06/05/06  Ebener    / (28) Data Analysis                       0.3      90.00
 #5607     telephone Rust re: site visit                      300.00

 06/05/06  Ebener    / (28) Data Analysis                       0.3      90.00
 #5609     telephone Washburn re: site visit                  300.00

 06/05/06  Ebener    / (28) Data Analysis                       0.8     240.00
 #5610     email Peterson, Relles on CD and site visit        300.00
           discussion with Washburn

 06/05/06  Relles    / (28) Data Analysis                       0.4     170.00
 #5303     correspondence with Ebener re: visit to Rust       425.00

 06/06/06  Ebener    / (28) Data Analysis                       0.9     270.00
 #5611     email Peterson, Relles re: notes on Rust process   300.00
           from Call with Washburn
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 5

                   W. R. Grace


Date/Slip#  Description                                 HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/06/06   Ebener    / (28) Data Analysis                     0.3     90.00
 #5612      email Liesemer to update on travel to Rust       300.00

 06/06/06   Ebener    / (28) Data Analysis                     0.4    120.00
 #5613      email G.Washburn with advance documentation request  300.00

 06/06/06   Ebener    / (28) Data Analysis                     0.9    270.00
 #5614      review sample PIQ and note questions on processing  300.00

 06/06/06   Peterson  / (28) Data Analysis                     0.5    350.00
 #5103      telephone Relles re: claims data                 700.00

 06/06/06   Relles    / (28) Data Analysis                     2.9   1232.50
 #5304      work on deciphering Rust summary database        425.00

 06/06/06   Relles    / (28) Data Analysis                     0.5    212.50
 #5305      correspondence with Ebener re: trip to Rust      425.00

 06/06/06   Relles    / (28) Data Analysis                     1.8    765.00
 #5306      convert several personal injury questionnaires to  425.00
            pdfs for viewing

 06/06/06   Relles    / (28) Data Analysis                     0.5    212.50
 #5307      send personal injury questionnaires to Peterson and  425.00
            Ebener

 06/06/06   Relles    / (28) Data Analysis                     0.5    212.50
 #5308      telephone Peterson re: claims data               425.00

 06/07/06   Peterson  / (28) Data Analysis                     5.3   3710.00
 #5104      Review copies of claims questionnaires           700.00

 06/08/06   Ebener    / (28) Data Analysis                     0.2     60.00
 #5615      telephone Peterson re: Rust                      300.00

 06/08/06   Ebener    / (28) Data Analysis                     1.3    390.00
 #5616      inspect PDF files from Rust transmittal CD       300.00

 06/08/06   Ebener    / (28) Data Analysis                     0.3     90.00
 #5617      email Washburn re: visit                         300.00

 06/08/06   Peterson  / (28) Data Analysis                     2.1   1470.00
 #5105      Review claims data                               700.00
```

{D0063706.1 }

```
Date: 07/21/06           Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 6

                    W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 06/08/06  Peterson   / (28) Data Analysis                    0.5    350.00
 #5106     Telephone Relles (.3), Ebener (.2) re: access to 700.00
           Rust

 06/08/06  Relles     / (28) Data Analysis                    0.3    127.50
 #5309     Telephone Peterson re: access to Rust            425.00

 06/09/06  Ebener     / (28) Data Analysis                    0.2     60.00
 #5618     email Rust re: site visit                        300.00

 06/09/06  Ebener     / (28) Data Analysis                    0.8    240.00
 #5619     inspect PDFs from CD                             300.00

 06/09/06  Peterson   / (28) Data Analysis                    2.1   1470.00
 #5107     Review data from Rust                            700.00

 06/09/06  Relles     / (28) Data Analysis                    3.8   1615.00
 #5310     organize 26 tables from Rust into flat files, clean 425.00
           up dictionaries

 06/10/06  Ebener     / (28) Data Analysis                    0.8    240.00
 #5620     telephone Relles re: travel plans, Rust coding and 300.00
           documentation

 06/10/06  Ebener     / (28) Data Analysis                    2.0    600.00
 #5621     compare PDF and database records                 300.00

 06/10/06  Ebener     / (28) Data Analysis                    0.8    240.00
 #5622     prepare for site visit                           300.00

 06/10/06  Ebener     / (28) Data Analysis                    0.9    270.00
 #5623     telephone Relles and Peterson re: Rust visit     300.00

 06/10/06  Peterson   / (28) Data Analysis                    1.2    840.00
 #5108     telephone Relles re; Grace data, Rust coding,   700.00
           printouts

 06/10/06  Peterson   / (28) Data Analysis                    2.4   1680.00
 #5109     Review data from Rust                            700.00

 06/10/06  Peterson   / (28) Data Analysis                    0.6    420.00
 #5110     Review data collection structure                 700.00

 06/10/06  Peterson   / (28) Data Analysis                    0.9    630.00
 #5111     conference call with Ebener and Relles re: Rust 700.00
           coding of data
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 7

                   W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/10/06  Relles    / (28) Data Analysis                      2.3     977.50
 #5311     develop formatted printouts of all Rust tables for 425.00
           review; review printouts

 06/10/06  Relles    / (28) Data Analysis                      1.2     510.00
 #5312     telephone Peterson re; Grace data, Rust coding,    425.00
           printouts

 06/10/06  Relles    / (28) Data Analysis                      0.8     340.00
 #5313     telephone Ebener re: travel plans, Rust coding and 425.00
           documentation

 06/10/06  Relles    / (28) Data Analysis                      2.6    1105.00
 #5314     prepare listings of data, claim forms, and         425.00
           documentation for conference call with Ebener and
           Peterson

 06/10/06  Relles    / (28) Data Analysis                      1.2     510.00
 #5315     prepare additional listings for review; send to    425.00
           Ebener and Peterson

 06/10/06  Relles    / (28) Data Analysis                      1.3     552.50
 #5316     conference call with Ebener and Peterson re: Rust  425.00
           coding of data (0.9); develop strategy for what to
           seek at Rust (0.4)

 06/11/06  Ebener    / (28) Data Analysis                      0.3      90.00
 #5624     telephone Peterson re: Rust trip cancellation      300.00

 06/11/06  Ebener    / (28) Data Analysis                      0.4     120.00
 #5625     telephone Relles re: claims sampling process       300.00

 06/11/06  Ebener    / (28) Data Analysis                      0.3      90.00
 #5626     telephone Peterson re: claim sampling              300.00

 06/11/06  Ebener    / (28) Data Analysis                      0.2      60.00
 #5627     cancel travel arrangements                         300.00

 06/11/06  Ebener    / (28) Data Analysis                      0.4     120.00
 #5628     email Relles re: data capture                      300.00

 06/11/06  Peterson  / (28) Data Analysis                      1.2     840.00
 #5112     telephone Relles (several) re: Rust data, additional 700.00
           data collection
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 8

                  W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/11/06  Peterson  / (28) Data Analysis                      3.3    2310.00
 #5113     Review sample of claims data                      700.00

 06/11/06  Peterson  / (28) Data Analysis                      0.6     420.00
 #5114     telephone Ebener (2 calls) re: Rust trip          700.00
           cancellation, claims sampling

 06/11/06  Relles    / (28) Data Analysis                      0.4     170.00
 #5317     telephone Ebener re: Rust data, additional data   425.00
           collection

 06/11/06  Relles    / (28) Data Analysis                      1.2     510.00
 #5318     telephone Peterson (several) re: Rust data,       425.00
           additional data collection

 06/11/06  Relles    / (28) Data Analysis                      1.7     722.50
 #5320     review several Rust questionnaire forms, compare to 425.00
           database

 06/12/06  Ebener    / (28) Data Analysis                      0.7     210.00
 #5629     telephone Peterson, Relles re: coding sample of   300.00
           claims

 06/12/06  Peterson  / (28) Data Analysis                      0.7     490.00
 #5115     telephone Ebener and Relles re: supplementary Grace 700.00
           data

 06/12/06  Peterson  / (28) Data Analysis                      1.1     770.00
 #5116     Review claims submitted to Grace                  700.00

 06/12/06  Relles    / (28) Data Analysis                      1.3     552.50
 #5321     review status of Grace data for Ebener/Peterson   425.00
           phone call

 06/12/06  Relles    / (28) Data Analysis                      0.7     297.50
 #5322     telephone Ebener and Peterson re: supplementary   425.00
           Grace data

 06/19/06  Peterson  / (28) Data Analysis                      3.2    2240.00
 #5123     Review claims data                                700.00

 06/19/06  Relles    / (28) Data Analysis                      1.4     595.00
 #5326     send sample of Rust images and database entries to 425.00
           Caplin-Drysdale's consultants
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 9

                    W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/20/06 #5124 | Peterson / (28) Data Analysis<br>telephone Relles re: Rust data | 0.5<br>700.00 | 350.00 |
| 06/20/06 #5125 | Peterson / (28) Data Analysis<br>Review Rust data | 3.2<br>700.00 | 2240.00 |
| 06/20/06 #5328 | Relles / (28) Data Analysis<br>telephone Eveland re: Rust data | 0.8<br>425.00 | 340.00 |
| 06/20/06 #5329 | Relles / (28) Data Analysis<br>telephone Peterson re: Rust data | 0.5<br>425.00 | 212.50 |
| 06/21/06 #5331 | Relles / (28) Data Analysis<br>emails to property damage experts regarding data processing | 0.8<br>425.00 | 340.00 |
| 06/21/06 #5332 | Relles / (28) Data Analysis<br>work on linking Rust questionnaire data to Grace open claims files | 2.9<br>425.00 | 1232.50 |
| 06/22/06 #5128 | Peterson / (28) Data Analysis<br>Review claims database and analyses | 1.7<br>700.00 | 1190.00 |
| 06/22/06 #5333 | Relles / (28) Data Analysis<br>link questionnaire data to Grace open claims files; analyze differences in key forecast variables | 2.7<br>425.00 | 1147.50 |
| 06/23/06 #5129 | Peterson / (28) Data Analysis<br>Conference call with Eveland and Relles re: Rust questionnaires | 0.5<br>700.00 | 350.00 |
| 06/23/06 #5131 | Peterson / (28) Data Analysis<br>Review Verus issues; review Rust data collection | 1.7<br>700.00 | 1190.00 |
| 06/23/06 #5334 | Relles / (28) Data Analysis<br>review Verus data dictionaries | 0.7<br>425.00 | 297.50 |
| 06/23/06 #5335 | Relles / (28) Data Analysis<br>conference call with Eveland re: Rust questionnaires | 0.5<br>425.00 | 212.50 |
| 06/23/06 #5337 | Relles / (28) Data Analysis<br>Conference call with Eveland and Peterson re: Rust questionnaires | 0.5<br>425.00 | 212.50 |

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 10

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE      AMOUNT
-------------------------------------------------------------------------------
 06/23/06  Relles    / (28) Data Analysis                       0.8       340.00
 #5338     Telephone Peterson (several) re: law firm lists,   425.00
           Eveland

 06/24/06  Relles    / (28) Data Analysis                       2.5      1062.50
 #5339     run projections with transition matrix based on    425.00
           questionnaire data

 06/25/06  Peterson  / (28) Data Analysis                       1.2       840.00
 #5132     Address issues with regard to claims data          700.00

 06/25/06  Relles    / (28) Data Analysis                       0.3       127.50
 #5340     email Eveland re: Grace data collection            425.00

 06/27/06  Peterson  / (28) Data Analysis                       4.3      3010.00
 #5134     Compare response from claimants to Rust data       700.00
-------------------------------------------------------------------------------
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 11

                    W. R. Grace

              Summary Of Time Charges, By Month and Activity
                        June 2006 - June 2006

    MONTH       ACTIVITY                                         HOURS    AMOUNT
    ----------------------------------------------------------------------------
    June      - (05) Claims Anal Objectn/Resolutn (Asbest)         2.2    1430.00
    June      - (07) Committee, Creditors'                        13.0    7352.50
    June      - (28) Data Analysis                                97.0   50327.50
    June      - (99) Total                                       112.2   59110.00

    Total     - (05) Claims Anal Objectn/Resolutn (Asbest)         2.2    1430.00
    Total     - (07) Committee, Creditors'                        13.0    7352.50
    Total     - (28) Data Analysis                                97.0   50327.50
    Total     - (99) Total                                       112.2   59110.00

    ----------------------------------------------------------------------------
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 12

                          W. R. Grace

                Summary Of Time Charges, By Month and Person
                         June 2006 - June 2006

 MONTH        PERSON                                        HOURS      AMOUNT
 ------------------------------------------------------------------------------
 June         - Relles                                       46.8    19890.00
 June         - Peterson                                     49.0    34300.00
 June         - Ebener                                       16.4     4920.00
 June         - Total                                       112.2    59110.00

 Total        - Relles                                       46.8    19890.00
 Total        - Peterson                                     49.0    34300.00
 Total        - Ebener                                       16.4     4920.00
 Total        - Total                                       112.2    59110.00

 ------------------------------------------------------------------------------
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 13

                    W. R. Grace

           Summary Of Time Charges, By Activity, Month, and Person
                        June 2006 - June 2006

 MONTH       PERSON                                HOURS    RATE     AMOUNT
 ----------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 June      - Relles                                  0.4    425.     170.00
 June      - Peterson                                1.8    700.    1260.00

 (07) Committee, Creditors'

 June      - Relles                                  4.9    425.    2082.50
 June      - Peterson                                7.1    700.    4970.00
 June      - Ebener                                  1.0    300.     300.00

 (28) Data Analysis

 June      - Relles                                 41.5    425.   17637.50
 June      - Peterson                               40.1    700.   28070.00
 June      - Ebener                                 15.4    300.    4620.00

 ----------------------------------------------------------------------------
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 14

                    W. R. Grace Expenses



    Thousand Oaks-Minneapolis Travel Expenses (Ebener)           $210.00




       Explanation of Expenses
       ----------------------

       I am out of pocket $844.60 because of a trip booked to Minneapolis
       to visit Rust consulting, the debtor's data collection agent.
       This trip was canceled last-minute through objections by Barbara
       Harding of Kirkland-Ellis.

       I submit now only for $210, which is the rebooking fee on my
       tickets because it was two different itineraries since I was
       enroute to NY instead of Roundtrip from LA, plus the Expedia
       booking fee of $5 per itinerary.

       The credit on Northwest Airlines is for $634.60 of the $844.60 IF
       the ticket is rebooked on NW, w/in 90 days of the orginal flight
       date, which was June 11th.  So after 90 days if I have not
       rebooked the flight the credit is gone and I will then submit for
       reimbursement of an additional $644.60.

       Patricia Ebener

-------------------------------------------------------------------------------
```

{D0063706.1 }