## EXHIBIT A

### Case Administration (15.10 Hours; $ 8,381.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 9.40 | $760 | 7,144.00 |
| Rita C. Tobin | .60 | $435 | 261.00 |
| Kirsten Burmester | 1.80 | $205 | 369.00 |
| Andrew D. Katznelson | 3.00 | $185 | 555.00 |
| Velma Wright | .30 | $175 | 52.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/06 | PVL | 760.00 | 0.50 | Review 8 miscellaneous filings (.1); review e-mail (.3); review Equitas motion (.1). |
| 06/01/06 | ADK | 185.00 | 0.50 | Retrieved and duplicated Court documents for RCT. |
| 06/02/06 | PVL | 760.00 | 1.10 | Review e-mail (.1); review draft Equitas opposition and e-mail comments (.6); review Libby cls. obj. to Equitas (.2); review JAL memo (.2). |
| 06/06/06 | ADK | 185.00 | 0.50 | Review, classify and annotate payment Orders and Schedules records. |
| 06/07/06 | PVL | 760.00 | 0.20 | Review e-mail (.1); review 7 miscellaneous filings (.1). |
| 06/07/06 | ADK | 185.00 | 0.50 | Prepared all necessary materials for upcoming conference call for EI. |
| 06/09/06 | PVL | 760.00 | 0.10 | Review Harding letter to Meyer. |
| 06/09/06 | VW | 175.00 | 0.30 | Organize case file documents |
| 06/12/06 | RCT | 435.00 | 0.20 | Review local counsel recommendation re EI update. |
| 06/13/06 | PVL | 760.00 | 0.20 | Review Judge Molloy opinion re Libby indictment. |
| 06/14/06 | PVL | 760.00 | 0.10 | Review 6 miscellaneous filings. |
| 06/15/06 | PVL | 760.00 | 0.50 | Review AKO memo re Equitas (.2); review motion to exclude med. testimony in MDL 875 (.3). |

| 06/15/06 | ADK | 185.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
|----------|-----|--------|------|---------------------------------------------------------------------------------|
| 06/15/06 | KB | 205.00 | 1.80 | Read opinion dismissing counts against Grace; discussed case with JAL. |
| 06/16/06 | PVL | 760.00 | 0.10 | Review e-mail re Equitas. |
| 06/18/06 | PVL | 760.00 | 0.40 | Prep for hearing (.3); review RMQ motion for judgment (.1). |
| 06/19/06 | PVL | 760.00 | 5.10 | Confer Baena, Frankel, EI re hearing (1.5); attend omni hearing (2.6); confer Hurford, EI (.6); confer Frankel (.4). |
| 06/21/06 | PVL | 760.00 | 0.70 | Review e-mail re Equitas (.3); confer NDF (.1); review Hurford memo and e-mail (.1); review 16 miscellaneous filings (.2). |
| 06/21/06 | RCT | 435.00 | 0.20 | Review docket and local counsel recommendations re EI update. |
| 06/22/06 | PVL | 760.00 | 0.40 | Teleconference EI, NDF. |
| 06/28/06 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 06/30/06 | RCT | 435.00 | 0.20 | Review docket, local counsel recommendations re EI update. |

**Total Task Code .04          15.10**


## Claim Analysis Objection & Resolution (Asbestos) (.60 Hours; $ 456.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .60 | $760 | 456.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 06/12/06 | PVL | 760.00 | 0.10 | Confer NDF. |

| 06/23/06 | PVL | 760.00 | 0.50 | Review WRG motion re PD scheduling. |
|---|---|---|---|---|

**Total Task Code .05**        **.60**

## Committee, Creditors', Noteholders' or Equity Holders' (1.50 Hours; $ 685.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $835 | 501.00 |
| Kirsten Burmester | .90 | $205 | 184.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/13/06 | EI | 835.00 | 0.60 | Committee call re: status (.6). |
| 06/27/06 | KB | 205.00 | 0.10 | Meeting with EI re issues to be researched. |
| 06/29/06 | KB | 205.00 | 0.30 | Researched amount of compensation allowed for restitution award. |
| 06/30/06 | KB | 205.00 | 0.50 | Researched amount of compensation allowed for restitution award. |

**Total Task Code .07**        **1.50**

## Employee Benefits/Pension (.30 Hours; $ 174.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | .30 | $580 | 174.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/30/06 | RER | 580.00 | 0.30 | Review memo re: LTIP. |

**Total Task Code .08**        **.30**

**Employment Applications, Others (.30 Hours; $ 121.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| James P. Wehner | .30 | $405 | 121.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/23/06 | JPW | 405.00 | 0.30 | Review revised CMO |

**Total Task Code .10          .30**


**Fee Applications, Applicant (3.80 Hours; $ 1,100.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $835 | 83.50 |
| Peter Van N. Lockwood | .10 | $760 | 76.00 |
| Rita C. Tobin | 1.10 | $435 | 478.50 |
| Andrew D. Katznelson | 2.50 | $185 | 462.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/06 | EI | 835.00 | 0.10 | Fee app extension (.1). |
| 06/06/06 | PVL | 760.00 | 0.10 | Review draft response to Smith and e-mail RCT. |
| 06/07/06 | ADK | 185.00 | 0.50 | Worked on Fee Auditor Response. |
| 06/16/06 | RCT | 435.00 | 0.50 | Review Fee app exhibits |
| 06/27/06 | RCT | 435.00 | 0.50 | Review monthly fee apps |
| 06/27/06 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 06/28/06 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 06/28/06 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |

| 06/30/06 | RCT | 435.00 | 0.10 | Review fee app schedule for July. |
|---|---|---|---|---|

**Total Task Code .12**          **3.80**


## Hearings (8.30 Hours; $ 6,930.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 8.30 | $835 | 6,930.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/16/06 | EI | 835.00 | 0.50 | Prep for hearing. |
| 06/19/06 | EI | 835.00 | 7.80 | Travel to Wilmington preparing for hearing on train (3.0); prep conf. with Hurford, PVNL, Frankel and Baena (1.5); status conference at court (2.5); conf. PVNL/Baena/Frankel re: next steps (.3); conf. Bernick on train to NY re: Libby, etc. (.5). |

**Total Task Code .15**          **8.30**


## Litigation and Litigation Consulting (418.70 Hours; $ 137,588.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 10.10 | $835 | 8,433.50 |
| Walter B. Slocombe | 18.70 | $650 | 12,155.00 |
| Nathan D. Finch | 31.50 | $525 | 16,537.50 |
| Jeffrey A. Liesemer | 36.20 | $425 | 15,385.00 |
| James P. Wehner | 15.10 | $405 | 6,115.50 |
| Adam L. VanGrack | 195.60 | $250 | 48,900.00 |
| Danielle K. Graham | 80.70 | $290 | 23,403.00 |
| Stacie M. Evans | 7.80 | $205 | 1,599.00 |
| David B. Smith | 23.00 | $220 | 5,060.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/06 | NDF | 525.00 | 1.20 | Review new publication about asbestos claims estimation (Stallard, et al.). |

{D0063859.1 }

| 06/01/06 | JAL | 425.00 | 5.10 | Further drafting and revisions to memo re: mediation and questionnaire process (2.40); drafting and revisions to memo re: estimation-related discovery (2.20); teleconf. w/M. Hurford re: estimation issues (.50). |
|---|---|---|---|---|
| 06/01/06 | ALV | 250.00 | 9.30 | Review documents produced by from Boston repository for relevance (7.0); documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same (2.3). |
| 06/02/06 | EI | 835.00 | 0.70 | Memo re: status (.5); t/c NDF re: strategy session (.2). |
| 06/02/06 | JAL | 425.00 | 0.80 | Reviewed EI's mark-up of memo re: mediation and claimant questionnaire issues (.20); telephone call and message to M. Hurford re: estimation proceeding (.10); teleconf. w/M. Hurford re: memo on mediation and claimant questionnaire issues (.40); reviewed recommendation memo from local counsel (.10); |
| 06/02/06 | ALV | 250.00 | 8.10 | Review documents produced by from Boston repository for evidence (7.1); review documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same (1.0). |
| 06/05/06 | EI | 835.00 | 0.30 | Prep for meeting (.3). |
| 06/05/06 | DBS | 220.00 | 2.70 | Compile document production for expert review (.6); compile and organize case materials for upcoming strategy meeting (2.1). |
| 06/05/06 | JAL | 425.00 | 1.70 | Telephone call w/P. Ebiner re: claimants' questionnaire issues (.10); office conf. w/NDF re: tomorrow's meeting w/EI re: estimation (.10); telephone call w/M. Hurford re: same (.10); review and analysis of materials in prep. for meeting w/EI, NDF and other counsel re: estimation proceeding (1.40). |
| 06/05/06 | ALV | 250.00 | 9.20 | Review documents produced by from Boston repository for evidence. |
| 06/06/06 | WBS | 650.00 | 2.50 | Conference EI, others re strategy, work assignments for case. |
| 06/06/06 | EI | 835.00 | 2.50 | Conf. in DC with NDF, WBS, JPW, JAL, AS and DKG re: CMO, expert discovery, lay discovery, opening hearings, POR matters and staffing all in |

| | | | | light of end of mediation and resumption of litigation (2.5). |
|---|---|---|---|---|
| 06/06/06 | NDF | 525.00 | 3.00 | Meet with EI and Grace team to discuss case issues and discovery. |
| 06/06/06 | DBS | 220.00 | 0.40 | Compile and organize case materials for upcoming strategy meeting. |
| 06/06/06 | DKG | 290.00 | 2.50 | Strategy meeting. |
| 06/06/06 | JAL | 425.00 | 4.20 | Prep. for strategy meeting w/EI re: estimation proceeding and discovery (.50); meeting w/EI, NDF, WBS, JPW, DKG and ALV re: estimation strategy, discovery and related issues (2.60); reviewed e-mail from P. Ebiner re: Rust questionnaire processing issues (.10); review and analysis of materials in prep. for litigation and discovery planning session with NDF and WBS (.90); drafted memo to EI re: estimation issues (.10). |
| 06/06/06 | ALV | 250.00 | 7.20 | Meeting (and preparation for) with EI, NDF, JAL, JPW, WBS, DKG, SME to discuss progress and strategy (4.4); review documents produced by from Boston repository for evidence (2.8). |
| 06/06/06 | JPW | 405.00 | 3.20 | Meeting with Grace team re discovery |
| 06/07/06 | EI | 835.00 | 1.00 | Memo to Committee to set up call (.3); t/c Frankel re: status (.2); read opposition to insurance settlement (.5). |
| 06/07/06 | NDF | 525.00 | 0.60 | Review objection to London settlement agreement (0.3); meet with Lloyd's counsel regarding various issues (0.3). |
| 06/07/06 | ALV | 250.00 | 6.50 | Review documents produced by from Boston repository for evidence. |
| 06/08/06 | DKG | 290.00 | 1.20 | Attention to case background materials. |
| 06/08/06 | JAL | 425.00 | 0.80 | Reviewed e-mail correspondence in connection with estimation discovery (.20); conference call with counsel for parties in estimation proceeding and J. Heberling re: production of Libby medical records (.60). |
| 06/09/06 | NDF | 525.00 | 0.30 | Review Harding letter to Myer (0.1); draft email to Harding regarding RUST and CMO (0.2). |

| | | | | |
|---|---|---|---|---|
| 06/09/06 | ALV | 250.00 | 7.50 | Review documents produced by from Boston repository for evidence (5.0); review documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same (2.5). |
| 06/10/06 | SME | 205.00 | 0.20 | Review materials re: recent developments in asbestos litigation. |
| 06/11/06 | NDF | 525.00 | 0.70 | Telephone conference with Relles regarding questionnaire project (0.5); telephone conference with Peterson regarding same (0.2). |
| 06/11/06 | ALV | 250.00 | 3.10 | Review documents produced by from Boston repository for evidence. |
| 06/12/06 | WBS | 650.00 | 2.30 | Review status reports, Questionnaire briefs, other docs in prep for conference on Grace strategy. |
| 06/12/06 | EI | 835.00 | 0.30 | T/c JPW to set up conf. (.2); t/c Sinclair re: expense in Libby (.1). |
| 06/12/06 | NDF | 525.00 | 1.50 | Planning and analysis for strategy meeting on 6/13. |
| 06/12/06 | DBS | 220.00 | 0.70 | Compile deposition transcript and disclosure statement for attorney review. |
| 06/12/06 | DKG | 290.00 | 6.50 | Attention to Grace background materials. |
| 06/12/06 | JAL | 425.00 | 0.30 | Review and analysis of materials relating to estimation issues. |
| 06/12/06 | ALV | 250.00 | 8.70 | Review documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same. |
| 06/13/06 | WBS | 650.00 | 5.00 | Conference NDF, others re analysis and planning of strategy for case (2.3); conference call committee on Questionnaire issues, plans for strategy (.6); rev Sealed Air transcripts for possible use in lieu of trial deps, info on necessary followup (2.1). |
| 06/13/06 | EI | 835.00 | 1.00 | Review of Roman Catholic case. |
| 06/13/06 | NDF | 525.00 | 3.40 | Strategy meeting with WBS et al to discuss trial strategy for estimation (2.3); telephone conference with Grace ACC re questionnaires (0.7); telephone conference with Cooney re case issue (0.1); analysis of Grace materials re estimation (0.3). |

| 06/13/06 | DBS | 220.00 | 0.80 | Compile deposition transcripts for attorney review. |
| 06/13/06 | DKG | 290.00 | 8.60 | Strategy meeting (2.5); read and analyze case background materials (6.1). |
| 06/13/06 | JAL | 425.00 | 6.00 | Preparation for Grace estimation strategy meeting w/NDF, WBS and other counsel (.30); reviewed message from B. Harding re: production of medical records from the CARD clinic (.10); preparation for telephone conference w/the Committee re: estimation discovery (.40); telephone conf. w/EI, WBS, NDF, and Committee re: estimation discovery (.60); preparation for estimation discovery planning session w/JPW and ALV (1.00); office conf. w/JPW and ALV re: estimation discovery planning and expert reports (.40); telephone call w/EI re: estimation litigation issues (.10); drafted and revised memo to JPW, ALV and DKG re: estimation-related expert reports (.30); review and analysis of materials related to estimation litigation (.30); trial strategy and planning session re: estimation proceeding w/NDF, WBS, JPW, ALV and DKG (2.50). |
| 06/13/06 | ALV | 250.00 | 8.90 | Review documents produced by from Boston repository for evidence (6.9); internal planning meeting (and preparation for same) with NDF, DKG. JAL, JPW, WBS (2.0). |
| 06/13/06 | JPW | 405.00 | 3.40 | Meeting with team re discovery (2.3); telephone conference with EI and PNVL re plan proposal (.7); meeting with ALV and JAL re experts (.4) |
| 06/14/06 | WBS | 650.00 | 3.30 | Rev Sealed Air dep transcripts and documents . |
| 06/14/06 | EI | 835.00 | 0.60 | T/c D. Relles re: Rabinovitz inquiry (.1); t/c Peterson/NDF re: questionnaire (.2); memos re: criminal case decision (.3). |
| 06/14/06 | SME | 205.00 | 0.50 | Prepare deposition notices. |
| 06/14/06 | NDF | 525.00 | 3.10 | Confer with Peterson re data issues and other case issues (2.5); telephone conference with Peterson and LAS re data issue (0.5); telephone conference with D. Myer re case issue (0.1). |
| 06/14/06 | DKG | 290.00 | 4.00 | Read and analyze case background materials. |

| 06/14/06 | JAL | 425.00 | 5.20 | Review and analysis of materials in preparation of memo to Committee re: estimation-related issues and caselaw (1.70); drafted and revised memo to Committee regarding estimation-related issues and caselaw (3.20); telephone call w/D. Felder, FCR's counsel, re: new case management order in estimation case (.10); drafted and revised memo to EI re: estimation-related issues (.20). |
| 06/14/06 | ALV | 250.00 | 8.60 | Preparation and discussion with RSB regarding trial opening/closing research assignment |
| 06/14/06 | JPW | 405.00 | 1.00 | Review Libby medical record protective orders |
| 06/15/06 | WBS | 650.00 | 2.50 | Review additional prior transcripts/testimony of potential estimation witnesses for both sides, outline of issues covered and not covered. |
| 06/15/06 | EI | 835.00 | 1.50 | T/c PVNL re: cram down issues (.7); t/c Frankel, Wyron, Baena, PVNL re: hearing Monday (.6); t/c JAL re: criminal case (.2). |
| 06/15/06 | SME | 205.00 | 0.90 | Prepare deposition notices. |
| 06/15/06 | NDF | 525.00 | 0.70 | Telephone conference with Eveland re data issue (0.3); telephone conference with Peterson re same (0.4). |
| 06/15/06 | DKG | 290.00 | 8.20 | Read and analyze case background materials. |
| 06/15/06 | JAL | 425.00 | 0.90 | Telephone call w/EI re: estimation-related issues (.10); telephone call w/Lynee re: claimants' questionnaire issues (.10); drafted and revised memo re: claimants' questionnaire issues (.30); office conf. w/KB re: estimation issues and Libby, Montana criminal proceeding (.40). |
| 06/15/06 | ALV | 250.00 | 9.30 | Review documents produced by from Boston repository for evidence (7.2); draft Fact Witness List (and research fact witness) (2.1). |
| 06/15/06 | JPW | 405.00 | 0.50 | Coordinate expert issues |
| 06/16/06 | WBS | 650.00 | 3.10 | Continue work on potential Grace witnesses and their prior statements. |
| 06/16/06 | SME | 205.00 | 0.60 | Prepare deposition notices and subpoenas. |
| 06/16/06 | NDF | 525.00 | 0.50 | Review and respond to emails re case issues. |

| 06/16/06 | DBS | 220.00 | 1.20 | Compile documents for attorney review and case files. |
|----------|-----|--------|------|----------------------------------------------------|
| 06/16/06 | DKG | 290.00 | 7.80 | Read and analyze case background materials. |
| 06/16/06 | ALV | 250.00 | 9.60 | Review documents produced by from Boston repository for evidence (4.4); draft Fact Witness List (and research fact witness) (2.2); draft 30(b)(6) notices for Grace, Rust Consulting, and Casner & Edwards (3.0). |
| 06/16/06 | JPW | 405.00 | 1.70 | Review draft 30(b)(6) notices |
| 06/18/06 | ALV | 250.00 | 9.60 | Review documents produced by from Boston repository for evidence (4.4); draft Fact Witness List (and research fact witness) (2.2); draft 30(b)(6) notices for Grace, Rust Consulting, and Casner & Edwards (3.0). |
| 06/19/06 | NDF | 525.00 | 1.20 | Telephone conference with Peterson and Eveland re data coding issues (0.7); prepare for meeting with FCR lawyers re case issues (0.5). |
| 06/19/06 | DBS | 220.00 | 1.70 | Compile documents for attorney review and case files. |
| 06/19/06 | DKG | 290.00 | 6.50 | Read and analyze case background materials. |
| 06/19/06 | JAL | 425.00 | 1.10 | Teleconf. w/NDF, M. Peterson, D. Relles, and M. Eveland re: Grace claimants questionnaire and Rust database issues (.80); reviewed comments from JPW re: draft deposition notices (.10); office conf. w/JPW re: draft deposition notices (.10); office conf. w/PVNL re: today's omnibus hearing and next steps (.10). |
| 06/19/06 | ALV | 250.00 | 8.90 | Review documents produced by from Boston repository for evidence (6.6); draft 30(b)(6) notices for Grace, Rust Consulting, and Casner & Edwards (1.0); draft Fact Witness List (and research fact witness) (1.3). |
| 06/19/06 | JPW | 405.00 | 0.50 | Meeting with JAL re subpoenas (.3); meeting with ALV re subpoenas (.2) |
| 06/20/06 | EI | 835.00 | 0.30 | T/c Peterson and memo Relles re: Rabinovitz (.2); memo re: exclusivity (.1). |

| 06/20/06 | NDF | 525.00 | 1.50 | Plan estimation case and meet with FCR lawyers. |
| 06/20/06 | DBS | 220.00 | 1.50 | Compile documents for attorney review and case files. |
| 06/20/06 | DKG | 290.00 | 8.50 | Read and analyze case materials. |
| 06/20/06 | JAL | 425.00 | 1.20 | Review and analysis of materials relating to estimation discovery (.80); drafted e-mail to B. Harding re: request for list of questionnaire recipients (.10); telephone calls (2x) with Committee's estimation experts re: expert reports (.20); drafted memo to estimation litigation team re: expert reports (.10). |
| 06/20/06 | ALV | 250.00 | 10.80 | Review documents produced by from Boston repository for evidence (5.8); conversations with experts regarding CMO schedule (0.5); draft 30(b)(6) notices for Grace, Rust Consulting, and Casner & Edwards (1.5); draft Fact Witness List (and research fact witness) (3.0). |
| 06/21/06 | EI | 835.00 | 0.90 | Meeting prep (.2); edited hearing memo (.7). |
| 06/21/06 | SME | 205.00 | 5.60 | Meet w/NDF, DKG, JPW, JAL and futures representative re: strategy planning. |
| 06/21/06 | NDF | 525.00 | 6.30 | Meet with FCR lawyers to discuss estimation case issues and strategy (5.5); respond to JAL emails re discovery mediation (0.5); respond to constituent email re discovery (0.3). |
| 06/21/06 | DBS | 220.00 | 5.20 | Compile deposition transcripts and other documents for attorney review and case files. |
| 06/21/06 | DKG | 290.00 | 8.50 | Strategy meeting (6.0); read and analyze case materials (2.5). |
| 06/21/06 | JAL | 425.00 | 6.20 | Reviewed e-mail correspondence from B. Harding re: estimation matters and responded to her e-mail re: production of Libby medical records (.10); prep. for meeting w/the FCR's counsel (.20); meeting w/NDF, JPW DKG, ALV, SME and the FCR's counsel from Orrick re: estimation proceeding strategy and discovery planning (5.80); drafted and revised e-mail to NDF re: timetable for estimation proceeding (.10). |
| 06/21/06 | ALV | 250.00 | 11.30 | Strategy meeting (and preparation for meeting) with attorneys for the ACC and the Futures Representative |

| | | | | |
|---|---|---|---|---|
| | | | | (7.0); review material from strategy meeting with attorneys for the ACC and the Futures Representative (1.4); review documents produced by from Boston repository for evidence (2.9). |
| 06/21/06 | JPW | 405.00 | 3.00 | Meeting with Future Rep. re discovery |
| 06/22/06 | EI | 835.00 | 0.50 | T/c JAL re: Court rulings (.3); t/c and conf. NDF re: same (.2). |
| 06/22/06 | NDF | 525.00 | 4.20 | Conference call with Grace lawyers re CMO and discovery issues (2.1); conference call with FCR lawyers re same (0.6); conference call with PVNL and EI re Libby issue (0.5); conference call with Peterson re RUST issue (0.5); review Harding letter re RUST (0.5). |
| 06/22/06 | DBS | 220.00 | 4.80 | Compile deposition transcripts and other documents for attorney review and case files. |
| 06/22/06 | DKG | 290.00 | 3.60 | Attention to case strategy (0.6); read and analyze case background materials (3.0). |
| 06/22/06 | JAL | 425.00 | 2.70 | Telephone call w/EI re: litigation scheduling issues and proposed revisions to CMO (.10); telephone call w/NDF re: proposed revisions to CMO (.10); correspondence w/counsel re: telephone conference to discuss proposed revisions to CMO (.10); drafted reply e-mail to B. Harding re: timing of discovery mediation (.10); review and analysis of draft of revised CMO (.30); telephone call w/NDF re: proposed revisions to CMO and timing of discovery mediation (.10); conf. call w/counsel for Grace, PI Committee, and FCR re: discussions on revising case management order (1.40); telephone conf. w/NDF, JPW, and FCR's counsel re: proposed revisions to case management order (.30); telephone calls (2x) w/NDF re: estimation discovery issues (.10); drafted cover memo to B. Harding, enclosing CMO from Armstrong case (.10). |
| 06/22/06 | ALV | 250.00 | 8.10 | Conversations with experts regarding CMO schedule (0.2); review documents produced by from Boston repository for evidence (7.9). |
| 06/22/06 | JPW | 405.00 | 1.50 | Telephone meet and confer with Debtor re CMO |
| 06/23/06 | DBS | 220.00 | 1.10 | Compile deposition transcripts and other documents for attorney review and case files. |

| 06/23/06 | DKG | 290.00 | 4.50 | Read and analyze case materials. |
| 06/23/06 | ALV | 250.00 | 8.90 | Review documents produced by from Boston repository for evidence. |
| 06/26/06 | DBS | 220.00 | 1.20 | Compile documents for attorney review and case files. |
| 06/26/06 | DKG | 290.00 | 3.80 | Read and analyze case materials. |
| 06/26/06 | ALV | 250.00 | 7.80 | Review documents produced by from Boston repository for evidence. |
| 06/27/06 | NDF | 525.00 | 0.30 | Read Harding letter re discovery mediation (0.1); draft memo re same (0.2). |
| 06/27/06 | DBS | 220.00 | 0.90 | Compile deposition transcripts for attorney review and case files. |
| 06/27/06 | DKG | 290.00 | 5.70 | Read and analyze case materials (4.7); attention to case logistics (1.0). |
| 06/27/06 | ALV | 250.00 | 9.20 | Review documents produced by from Boston repository for evidence. |
| 06/28/06 | NDF | 525.00 | 1.00 | Draft letter to Harding re questionnaire mediations. |
| 06/28/06 | DKG | 290.00 | 0.80 | Read and analyze case background materials. |
| 06/28/06 | ALV | 250.00 | 9.50 | Review documents produced by from Boston repository for evidence (5.5); review documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same (4.0). |
| 06/28/06 | JPW | 405.00 | 0.30 | Review correspondence on mediator |
| 06/29/06 | EI | 835.00 | 0.50 | T/c Frankel re: brief (.3); t/c NDF re: same (.2). |
| 06/29/06 | NDF | 525.00 | 0.10 | Conference call with EI re case issue. |
| 06/29/06 | ALV | 250.00 | 8.00 | Review documents re past asbestos settlements from debtors' |
| 06/30/06 | NDF | 525.00 | 1.90 | Respond by phone to various claimant attorneys' questions about mediation (1.5); conference call with Felder re cancers only estimation (0.3); conference call with EI re same (0.1). |

| 06/30/06 | DBS | 220.00 | 0.80 | Compile documents for attorney review and case files. |
| 06/30/06 | ALV | 250.00 | 7.50 | Review documents from Boca Raton repository and address concerns re past asbestos settlements (5.3); review hearing transcripts for relevance to discovery issues (1.0); review documents from Boston repository for relevance (1.2). |

**Total Task Code .16**      **418.70**


**Plan & Disclosure Statement (7.00 Hours; $ 5,665.00)**


| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 4.60 | $835 | 3,841.00 |
| Peter Van N. Lockwood | 2.40 | $760 | 1,824.00 |


| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/06 | EI | 835.00 | 0.20 | CMO issue. |
| 06/06/06 | PVL | 760.00 | 0.20 | Confer EI. |
| 06/08/06 | PVL | 760.00 | 0.40 | Review draft term sheet. |
| 06/13/06 | PVL | 760.00 | 0.90 | Teleconference EI and JPW (.7); e-mail Wyron and EI (.2). |
| 06/13/06 | EI | 835.00 | 1.00 | T/c PVNL/JPW re: term sheet (.7); t/c PVNL re: same (.3). |
| 06/15/06 | PVL | 760.00 | 0.90 | Teleconference EI (.4); teleconference Frankel, Baena, EI (.5). |
| 06/27/06 | EI | 835.00 | 3.40 | Conf. Baena and Frankel to prepare for meeting with Bernick (1.0); conf. Baena, Frankel and Bernick to discuss plan issues (1.5); conf. Frankel (.2); memo (.5); t/c KB to give her assignment (.2). |

**Total Task Code .17**      **7.00**

{D0063859.1 }

## Relief From Stay Proceedings (.10 Hours; $ 76.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $760 | 76.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/06/06 | PVL | 760.00 | 0.10 | Review 12 miscellaneous filings. |

**Total Task Code .18          .10**

## Tax Litigation (.90 Hours; $ 382.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | .90 | $425 | 382.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/16/06 | JAL | 425.00 | 0.90 | Drafted and revised memo to ALV re: expert witnesses in estimation proceeding (.20); review and analysis of materials relating to estimation (.40); meeting w/WBS re: Sealed Air discovery and other estimation-related issues (.30). |

**Total Task Code .20          .90**

## Travel – Non Working (8.60 Hours; $ 3,496.75)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.10 | $417.50 | 2,546.75 |
| Peter Van N. Lockwood | 2.50 | $380 | 950.00 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 06/06/06 | EI | 417.50 | 5.00 | Travel from NY to DC and return. |
| 06/19/06 | PVL | 380.00 | 2.50 | Travel to/from Wilmington (half). |
| 06/19/06 | EI | 417.50 | 1.10 | Return to NY less time working (1.1). |
| **Total Task Code .21** | | | **8.60** | |

## Fee Auditor Matters (5.40 Hours; $ 2,349.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Rita C. Tobin | 5.40 | $435 | 2,349.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 06/01/06 | RCT | 435.00 | 0.50 | Address fee issue - emails M. Eskin, PVNL re same. |
| 06/01/06 | RCT | 435.00 | 0.20 | Review additional repts. |
| 06/02/06 | RCT | 435.00 | 0.50 | Email M. Eskin re fee auditor response (.3); conference EI re UST request (.1); email M. Eskin re UST request (.1) |
| 06/05/06 | RCT | 435.00 | 0.20 | Email M. Eskin re response (.2). |
| 06/06/06 | RCT | 435.00 | 2.50 | Draft Grace response to Fee Auditor - email |
| 06/07/06 | RCT | 435.00 | 0.80 | Revise response to Fee Auditor (final report) (.5); conference EI re same (.2); email PVNL re same (.1). |
| 06/09/06 | RCT | 435.00 | 0.40 | T/C  S. Bossay re amended fee audit report (.1) review amended report (.1);  email PVNL re same (.2) |
| 06/23/06 | RCT | 435.00 | 0.30 | Response to query re fee issue. |
| **Total Task Code .32** | | | **5.40** | |

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 980.00 |
| Air Freight & Express Mail | 35.06 |
| Charge of Cell and/or Home Phone Useage | 91.75 |
| Conference Meals | 482.27 |
| Database Research | 1,657.21 |
| Local Transportation - DC | 10.00 |
| Long Distance-Equitrac In-House | 6.34 |
| Miscellaneous: Client Advances | 56.84 |
| Outside Photocopying/Duplication Service | 1,706.59 |
| Postage | 1.95 |
| Professional Fees & Expert Witness Fees | 11,320.60 |
| Research Material | 726.19 |
| Telecopier/Equitrac | 7.50 |
| Travel Expenses - Ground Transportation | 124.00 |
| Xeroxing | 257.60 |

Total:    $17,463.90