**EXHIBIT B**

**Case Administration (15.1 Hours; $ 8,381.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   15.1**

**Claim Analysis Objection & Resolution (Asbestos) (.6 Hours; $ 456.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05   .6**

**Committee, Creditors', Noteholders' or Equity Holders' (1.5 Hours; $ 685.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07   1.5**

**Employee Benefits/Pension (.3 Hours; $ 174.00)**

   Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08   .3**

**Employment Applications, Others (.3 Hours; $ 121.50)**

   Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10   .3**

**Fee Applications, Applicant (3.8 Hours; $ 1,100.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         3.8**

**Hearings (8.3 Hours; $ 6,930.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15         8.3**

**Litigation and Litigation Consulting (418.7 Hours; $ 137,588.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         418.7**

**Plan & Disclosure Statement (7.0 Hours; $ 5,665.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         7.0**

**Relief from Stay Proceedings (.1 Hours; $ 76.00)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18         .1**

**Tax Litigation (.9 Hours; $ 382.50)**

Services rendered in this category relate to adversary actions and other litigation regarding the Debtors' tax liabilities or tax matters relating to a potential reorganization plan.

**Total Task Code .20         .9**
**Travel Non-Working (8.6 Hours; $ 3,496.75)**

- 3 -

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        8.6**

**Fee Auditor Matters (5.4 Hours; $ 2,349.00)**

Services rendered in this category pertain to the review of and response to report by the fee auditor.

**Total Task Code .32        5.4**