**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 980.00 |
| Air Freight & Express Mail | 35.06 |
| Charge of Cell and/or Home Phone Useage | 91.75 |
| Conference Meals | 482.27 |
| Database Research | 1,657.21 |
| Local Transportation - DC | 10.00 |
| Long Distance-Equitrac In-House | 6.34 |
| Miscellaneous: Client Advances | 56.84 |
| Outside Photocopying/Duplication Service | 1,706.59 |
| Postage | 1.95 |
| Professional Fees & Expert Witness Fees | 11,320.60 |
| Research Material | 726.19 |
| Telecopier/Equitrac | 7.50 |
| Travel Expenses - Ground Transportation | 124.00 |
| Xeroxing | 257.60 |
| Total: | $17,463.90 |