```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                      Page:   1
Matter     000                          Disbursements                                                                 7/25/2006
                                                                                                                Print Date/Time:
                                                                                                                      07/25/2006
                                                                                                                       9:15:04AM
Attn:                                                                                                                 Invoice #

                                              PREBILL / CONTROL REPORT
                                                          Trans Date Range:  1/1/1950  to: 6/30/2006
Matter     000
Disbursements
Bill Cycle:       Monthly            Style:          i1         Start:      4/16/2001
                                                          Last Billed : 6/29/2006                       13,655
```

Trust Amount Available

Total Expenses Billed To Date        $527,555.04

```
                                                                 Billing Empl:          0120     Elihu  Inselbuch
                                                                 Responsible Empl:      0120     Elihu  Inselbuch
                                                                 Alternate Empl:        0120     Elihu  Inselbuch
                                                                 Originating Empl:      0120     Elihu  Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
| --- | --- | --- | --- | --- | --- | --- |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 368.00 | 0.00 | 368.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 630.80 | 0.00 | 630.80 |
| 0187 | NDF | Nathan D Finch | 0.00 | 11,784.60 | 0.00 | 11,784.60 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 27.50 | 0.00 | 27.50 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.60 | 0.00 | 1.60 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.10 | 0.00 | 0.10 |
| 0251 | JO | Joan  O'Brien | 0.00 | 27.50 | 0.00 | 27.50 |
| 0308 | DBS | David B Smith | 0.00 | 2,233.59 | 0.00 | 2,233.59 |
| 0310 | DKG | Danielle K Graham | 0.00 | 56.84 | 0.00 | 56.84 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 93.15 | 0.00 | 93.15 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 37.50 | 0.00 | 37.50 |
| 0337 | EGB | Erroll G Butts | 0.00 | 263.95 | 0.00 | 263.95 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,938.77 | 0.00 | 1,938.77 |
|  |  |  | **0.00** | **17,463.90** | **0.00** | **17,463.90** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1959911 | Photocopy | E | 06/01/2006 | 0220  SKL |  | 0.00 | $0.30 |  | 0.00 | $0.30 | 0.30 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                    Page:      1
Matter     000                    Disbursements                                                                               7/25/2006
                                                                                                                          Print Date/Time:
                                                                                                                             07/25/2006
                                                                                                                              9:15:04AM
Attn:                                                                                                                         Invoice #
1960050    Federal Express to Katie Hemming from EI on 5/25    E  06/02/2006   0120   EI    0.00    $2.73     0.00    $2.73      3.03
1962060    Photocopy                                           E  06/02/2006   0232   LK    0.00    $0.30     0.00    $0.30      3.33
1962197    Photocopy                                           E  06/05/2006   0308   DBS   0.00   $11.60     0.00   $11.60     14.93
1962484    Photocopy                                           E  06/06/2006   0317   JAL   0.00    $1.40     0.00    $1.40     16.33
1962924    Equitrac - Long Distance to 3024261900              E  06/06/2006   0999   C&D   0.00    $0.11     0.00    $0.11     16.44
1963245    Travel Expenses - Ground Transportation- EI to      E  06/06/2006   0999   C&D   0.00   $97.00     0.00   $97.00    113.44
           airport for trip to DC re: team strategy meeting
           on June 6/7, 2006
1963094    Photocopy                                           E  06/07/2006   0232   LK    0.00    $0.30     0.00    $0.30    113.74
1963106    Photocopy                                           E  06/07/2006   0999   C&D   0.00    $0.70     0.00    $0.70    114.44
1963186    Fax Transmission to 512145201181                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    114.89
1963187    Fax Transmission to 512148248100                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    115.34
1963188    Fax Transmission to 517136501400                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    115.79
1963190    Fax Transmission to 513125516759                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    116.24
1963191    Fax Transmission to 518432169290                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    116.69
1963192    Fax Transmission to 514067527124                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    117.14
1963193    Fax Transmission to 513026565875                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    117.59
1963194    Fax Transmission to 515108354913                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    118.04
1963195    Fax Transmission to 512165750799                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    118.49
1963196    Fax Transmission to 514124718308                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    118.94
1963197    Fax Transmission to 512123440994                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    119.39
1963199    Fax Transmission to 513024269947                    E  06/07/2006   0999   C&D   0.00    $0.30     0.00    $0.30    119.69
1963200    Fax Transmission to 514122615066                    E  06/07/2006   0999   C&D   0.00    $0.15     0.00    $0.15    119.84
1963201    Fax Transmission to 518432169450                    E  06/07/2006   0999   C&D   0.00    $0.45     0.00    $0.45    120.29
1963202    Fax Transmission to 513024269947                    E  06/07/2006   0999   C&D   0.00    $0.15     0.00    $0.15    120.44
1963204    Fax Transmission to 514122615066                    E  06/07/2006   0999   C&D   0.00    $0.15     0.00    $0.15    120.59
1962618    Fax Transmission to 514122615066                    E  06/07/2006   0999   C&D   0.00    $0.15     0.00    $0.15    120.74
1962618    Columbia Catering; NDF/EI luncheon on 6/6 with      E  06/07/2006   0187   NDF   0.00  $151.13     0.00  $151.13    271.87
           DKG, JPW, JAL,  WBS, ALV
1963452    Fax Transmission to 513122661194                    E  06/08/2006   0999   C&D   0.00    $0.45     0.00    $0.45    272.32
1963453    Fax Transmission to 513122661194                    E  06/08/2006   0999   C&D   0.00    $0.75     0.00    $0.75    273.07
1963518    EI; Travel expense Shuttle to DC for meeting        E  06/09/2006   0120   EI    0.00  $308.00     0.00  $308.00    581.07
           w/staff to discuss on going agenda on 6/6  for
           r/t airfare
1964049    Photocopy                                           E  06/12/2006   0308   DBS   0.00    $3.90     0.00    $3.90    584.97
1964051    Photocopy                                           E  06/12/2006   0308   DBS   0.00    $3.90     0.00    $3.90    588.87
1964053    Photocopy                                           E  06/12/2006   0237   SRB   0.00    $0.10     0.00    $0.10    588.97
1964063    Photocopy                                           E  06/12/2006   0999   C&D   0.00   $78.00     0.00   $78.00    666.97
1964168    Petty Cash  Late night cab home for DBS on 6/5      E  06/13/2006   0308   DBS   0.00   $10.00     0.00   $10.00    676.97
           (split between 3403 and 4642)
1964356    Document Tech;  CD duplication and DVD              E  06/13/2006   0308   DBS   0.00   $95.18     0.00   $95.18    772.15
           duplication
1964357    Landmark Document;  Copying:Medium litigation       E  06/13/2006   0308   DBS   0.00  $261.20     0.00  $261.20  1,033.35
1964362    JAL;   To reimburse for phone calls made from       E  06/13/2006   0317   JAL   0.00   $91.75     0.00   $91.75  1,125.10
           cell phone on 6/8
1964380    Snyder Miller & Orton;  Services rendered           E  06/13/2006   0187   NDF   0.00 $1,320.60    0.00 $1,320.60 2,445.70
           through 5/31
1964628    Equitrac - Long Distance to 3122366166              E  06/13/2006   0999   C&D   0.00    $0.12     0.00    $0.12  2,445.82
1964763    Photocopy                                           E  06/13/2006   0327   ALV   0.00   $15.90     0.00   $15.90  2,461.72
1965588    Photocopy                                           E  06/13/2006   0308   DBS   0.00    $4.20     0.00    $4.20  2,465.92
1968197    Photocopy                                           E  06/13/2006   0999   C&D   0.00   $23.00     0.00   $23.00  2,488.92
1966113    Photocopy                                           E  06/13/2006   0220   SKL   0.00    $0.70     0.00    $0.70  2,489.62
1964830    Postage                                             E  06/14/2006   0187   NDF   0.00    $0.39     0.00    $0.39  2,490.01
1964874    Federal Express to Katie Hemming from EI on 6/7     E  06/14/2006   0120   EI    0.00   $12.55     0.00   $12.55  2,502.56
1964916    LexisNexis Courtlink  usage during May              E  06/14/2006   0308   DBS   0.00  $726.19     0.00  $726.19  3,228.75
1965180    Equitrac - Long Distance to 2123199240              E  06/15/2006   0999   C&D   0.00    $0.20     0.00    $0.20  3,228.95
1965335    DKG;  Reimburse for purchase of two asbestos        E  06/16/2006   0310   DKG   0.00   $56.84     0.00   $56.84  3,285.79
           books re Libby, Montana
1966275    Photocopy                                           E  06/16/2006   0251   JO    0.00    $0.10     0.00    $0.10  3,285.89
1965754    Landmark Document Serv; Copying:Heavy Litigation    E  06/19/2006   0308   DBS   0.00   $27.44     0.00   $27.44  3,313.33
1966003    Equitrac - Long Distance to 8054993572              E  06/19/2006   0999   C&D   0.00    $1.52     0.00    $1.52  3,314.85
1966004    Equitrac - Long Distance to 3105819309              E  06/19/2006   0999   C&D   0.00    $1.43     0.00    $1.43  3,316.28
1966005    Equitrac - Long Distance to 6094660427              E  06/19/2006   0999   C&D   0.00    $1.50     0.00    $1.50  3,317.78
1969110    Travel Expenses - Ground Transportation - EI        E  06/19/2006   0999   C&D   0.00   $27.00     0.00   $27.00  3,344.78
           trip to Wilmington for hearing on 6/19, 2006
1966576    Federal Express to Dan Relles from DBS on 6/5       E  06/20/2006   0308   DBS   0.00   $16.26     0.00   $16.26  3,361.04
1966938    Equitrac - Long Distance to 8432169198              E  06/20/2006   0999   C&D   0.00    $0.08     0.00    $0.08  3,361.12
1966942    Equitrac - Long Distance to 2032522564              E  06/20/2006   0999   C&D   0.00    $0.05     0.00    $0.05  3,361.17
1966944    Equitrac - Long Distance to 7708663200              E  06/20/2006   0999   C&D   0.00    $0.06     0.00    $0.06  3,361.23
1966946    Equitrac - Long Distance to 2123199240              E  06/20/2006   0999   C&D   0.00    $0.06     0.00    $0.06  3,361.29
1967073    Photocopy                                           E  06/20/2006   0999   C&D   0.00    $1.60     0.00    $1.60  3,362.89
1967421    High Noon;  Client luncheon with DKG and NDF on     E  06/21/2006   0187   NDF   0.00  $311.70     0.00  $311.70  3,674.59
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | 7/25/2006 |

Print Date/Time:
07/25/2006
9:15:04AM

Attn:                                                                                                                                      Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Amount | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6/21 with Wyron, Frankel, Mullady, Rasmussen, Felder, JAO,JPW,ALV,SME,WBS | | | | | | | | | |
| 1967513 | Photocopy | E | 06/21/2006 | 0327 | ALV | 0.00 | $10.80 | 0.00 | $10.80 | 3,685.39 |
| 1967519 | Photocopy | E | 06/21/2006 | 0327 | ALV | 0.00 | $10.80 | 0.00 | $10.80 | 3,696.19 |
| 1967545 | Photocopy | E | 06/21/2006 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 3,696.59 |
| 1967561 | Photocopy | E | 06/21/2006 | 0220 | SKL | 0.00 | $26.50 | 0.00 | $26.50 | 3,723.09 |
| 1967568 | Photocopy | E | 06/21/2006 | 0308 | DBS | 0.00 | $14.90 | 0.00 | $14.90 | 3,737.99 |
| 1967761 | Petty Cash  Muffins for meeting on 6/13 with ALV,NDF,DKG,,JAL,WBS,JPW | E | 06/22/2006 | 0999 | C&D | 0.00 | $19.44 | 0.00 | $19.44 | 3,757.43 |
| 1967829 | Equitrac - Long Distance to 2125889686 | E | 06/22/2006 | 0999 | C&D | 0.00 | $0.65 | 0.00 | $0.65 | 3,758.08 |
| 1968251 | Photocopy | E | 06/22/2006 | 0999 | C&D | 0.00 | $4.60 | 0.00 | $4.60 | 3,762.68 |
| 1968276 | Photocopy | E | 06/22/2006 | 0251 | JO | 0.00 | $27.40 | 0.00 | $27.40 | 3,790.08 |
| 1968277 | Photocopy | E | 06/22/2006 | 0999 | C&D | 0.00 | $4.10 | 0.00 | $4.10 | 3,794.18 |
| 1968278 | Photocopy | E | 06/22/2006 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 3,797.18 |
| 1968799 | Federal Express to Katie Hemming from EI on 6/9 | E | 06/23/2006 | 0120 | EI | 0.00 | $3.52 | 0.00 | $3.52 | 3,800.70 |
| 1968810 | EI;  Travel expenses to Wilmington for meetings and court hearing on 6/19  for Amtrak to Wilmington  (business class $77.00) | E | 06/23/2006 | 0120 | EI | 0.00 | $134.00 | 0.00 | $134.00 | 3,934.70 |
| 1968811 | EI;  Travel expenses to Wilmington for meetings and court hearing on 6/19 Amtrak fare back to NYC (business class $113.00) | E | 06/23/2006 | 0120 | EI | 0.00 | $170.00 | 0.00 | $170.00 | 4,104.70 |
| 1968889 | Equitrac - Long Distance to 8054993572 | E | 06/23/2006 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 4,105.02 |
| 1969022 | Photocopy | E | 06/23/2006 | 0232 | LK | 0.00 | $1.00 | 0.00 | $1.00 | 4,106.02 |
| 1971586 | Equitrac - Long Distance to 6094660427 | E | 06/26/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 4,106.08 |
| 1969936 | Access Litigation;  Black and White Blowback copies | E | 06/27/2006 | 0337 | EGB | 0.00 | $263.95 | 0.00 | $263.95 | 4,370.03 |
| 1969937 | Document Tech;  Color copies | E | 06/27/2006 | 0308 | DBS | 0.00 | $1,058.82 | 0.00 | $1,058.82 | 5,428.85 |
| 1969993 | ADA Travel    PVNL train fare to Wilmington on 6/19  (business class $218.00) | E | 06/28/2006 | 0020 | PVL | 0.00 | $328.00 | 0.00 | $328.00 | 5,756.85 |
| 1969994 | ADA Travel    PVNL train fare to Wilmington on 6/19  (business class $218.00)   agency fee | E | 06/28/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 5,796.85 |
| 1970012 | Verus Claims Service;  Retainer for professional services to be rendered | E | 06/28/2006 | 0187 | NDF | 0.00 | $5,000.00 | 0.00 | $5,000.00 | 10,796.85 |
| 1970013 | Claims Management Services;  Retainer for professional services to be rendered | E | 06/28/2006 | 0187 | NDF | 0.00 | $5,000.00 | 0.00 | $5,000.00 | 15,796.85 |
| 1971372 | Photocopy | E | 06/28/2006 | 0999 | C&D | 0.00 | $5.80 | 0.00 | $5.80 | 15,802.65 |
| 1971559 | Postage | E | 06/30/2006 | 0187 | NDF | 0.00 | $0.78 | 0.00 | $0.78 | 15,803.43 |
| 1971715 | Equitrac - Long Distance to 3024269910 | E | 06/30/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 15,803.51 |
| 1971724 | Equitrac - Long Distance to 8054993572 | E | 06/30/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 15,803.56 |
| 1971822 | Equitrac - Long Distance to 2123199240 | E | 06/30/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 15,803.61 |
| 1972040 | Postage for June from NYO | E | 06/30/2006 | 0999 | C&D | 0.00 | $0.78 | 0.00 | $0.78 | 15,804.39 |
| 1972047 | Xeroxing | E | 06/30/2006 | 0999 | C&D | 0.00 | $2.30 | 0.00 | $2.30 | 15,806.69 |
| 1973108 | Database Research - Westlaw by SME on 6/14 | E | 06/30/2006 | 0999 | C&D | 0.00 | $31.10 | 0.00 | $31.10 | 15,837.79 |
| 1973109 | Database Research - Westlaw by JAL on 6/14 & 21 | E | 06/30/2006 | 0999 | C&D | 0.00 | $1,561.28 | 0.00 | $1,561.28 | 17,399.07 |
| 1973110 | Database Research - Westlaw by JAL/MLR on 6/13 | E | 06/30/2006 | 0999 | C&D | 0.00 | $64.83 | 0.00 | $64.83 | 17,463.90 |
| **Total Expenses** | | | | | | 0.00 | $17,463.90 | 0.00 | $17,463.90 | |

Matter Total Fees                                                                                   0.00                            0.00

Matter Total Expenses                                                                       17,463.90                     17,463.90

Matter Total                                                                      0.00       17,463.90        0.00       17,463.90

Prebill Total Fees

Prebill Total Expenses                                                                     $17,463.90                    $17,463.90

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|
| **Matter    000** | **Disbursements** | | | 7/25/2006 |
| | | | | Print Date/Time: |
| | | | | 07/25/2006 |
| | | | | 9:15:04AM |
| Attn: | | | | Invoice # |

|  | Prebill Total | 0.00 | $17,463.90 | 0.00 | $17,463.90 |
|---|---|---|---|---|---|

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 52,667 | 01/30/2006 | 160,926.00 | 342.00 |
| 52,957 | 02/27/2006 | 141,801.50 | 28,360.30 |
| 53,271 | 03/24/2006 | 104,812.50 | 20,962.50 |
| 53,663 | 04/27/2006 | 167,844.00 | 33,568.80 |
| 54,090 | 05/26/2006 | 94,451.50 | 18,890.30 |
| 54,510 | 06/29/2006 | 108,870.15 | 108,870.15 |
| | | 1,206,741.65 | 219,942.34 |