# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2006 - JUNE 30, 2006**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 15.7 | $ 8,951.00 |
| 0008 | Asset Analysis and Recovery | 4.6 | 2,667.50 |
| 0013 | Business Operations | 1.1 | 632.50 |
| 0014 | Case Administration | 39.1 | 8,182.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 5.9 | 3,392.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 49.2 | 29,917.50 |
| 0018 | Fee Application, Applicant | 10.6 | 3,330.00 |
| 0019 | Creditor Inquiries | 2.9 | 1,917.50 |
| 0020 | Fee Application, Others | 1.8 | 270.00 |
| 0021 | Employee Benefits, Pension | 1.8 | 1,035.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.5 | 287.50 |
| 0023 | Executory Contracts/Unexpired Leases (Assumption and Rejection) | 5.5 | 3,162.50 |
| 0028 | Insurance | 30.9 | 17,835.00 |
| 0031 | Investigations | 2.4 | 1,600.00 |
| 0032 | Litigation (Non-Bankruptcy/General) | 0.2 | 115.00 |
| 0035 | Travel - Non Working | 5.6 | 4,270.00 |
| 0036 | Plan and Disclosure Statement | 4.6 | 2,408.00 |
| 0037 | Hearings | 9.9 | 7,017.50 |
| | | | |
| | **SUB TOTAL** | **192.3** | **$ 96,991.50** |
| | **LESS 50% TRAVEL** | **(2.8)** | **(2,135.00)** |
| | **TOTAL:** | **189.5** | **$ 94,856.50** |

# STROOCK

## INVOICE

| DATE | July 20, 2006 |
|---|---|
| INVOICE NO. | 388246 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through June 30, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2006 | Attention to status of discovery (.2); attention to sample of questionnaires produced to date (1.2). | Pasquale, K. | 1.4 |
| 06/06/2006 | Exchanged memoranda with KP re: discovery conference call re: production of Libby Claimants files and attend to Whitehouse discovery order (.5). | Krieger, A. | 0.5 |
| 06/07/2006 | Exchanged memoranda with D. Scarcella re: Whitehouse discovery conference call (.1). | Krieger, A. | 0.1 |
| 06/08/2006 | Whitehouse discovery call and notes thereon (.9); memorandum to KP re: conference call (.1). | Krieger, A. | 1.0 |
| 06/09/2006 | Prepare memorandum re: 6/8/06 Whitehouse discovery conference call (1.6). | Krieger, A. | 1.6 |
| 06/12/2006 | Attention to Libby medical records issues (.3); attention to questionnaires status (.2); attention | Pasquale, K. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | to expert witness retention issues and prior reports of prospective expert (1.6). | | |
| 06/21/2006 | Attend to J. Baer memorandum re: PD Estimation trial dates and S. Baena re: proposed dates and exchange memoranda with LK, KP re: same (.2). | Krieger, A. | 0.2 |
| 06/22/2006 | Attend to memoranda re: PD CMOs (.2). | Krieger, A. | 0.2 |
| 06/23/2006 | Attention to emails re: status of discovery (.3). | Pasquale, K. | 0.3 |
| 06/26/2006 | Attend to recent third circuit case law re asbestos related issues for application to Grace case (1.8). | Krieger, A. | 1.8 |
| 06/27/2006 | Reviewed recently filed documents (.3); attention to e-mail from A. Krieger re: Debtors' motion for scheduling order re: PD claims (.1); reviewed Debtors' brief re: same (.4); t/c w/ A. Krieger re: same (.1). | Papir, R. | 0.9 |
| 06/27/2006 | Telephone conference R. Cantor regarding questionnaire issues (.2); attention to debtors' letter regarding questionnaire objections (.2). | Pasquale, K. | 0.4 |
| 06/28/2006 | Attend to case law re: insurance coverage for asbestos-related claims (1.8); office conference R. Papir re: Debtors' position regarding application of Phase II ruling to individual PD claims and prior pleadings re: same (.2). | Krieger, A. | 2.0 |
| 06/28/2006 | Reviewed Debtors' brief re: motion for scheduling order re: PD claims (.3); reviewed docket and various filings by PD Committee for documents re: use of estimation process to address individual claims (.8); drafted e-mail to A. Krieger re: same (.1);  t/c w/ A. Krieger re: same (.2). | Papir, R. | 1.4 |
| 06/28/2006 | Attention to questionnaire issues and ACC letter re: same (.3). | Pasquale, K. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/29/2006 | Attend to Debtors' brief and transcript from 1/25 and 26 PD-Claims hearings and Privest cases (1.3). | Krieger, A. | 1.3 |
| 06/30/2006 | Attend to memorandum from A. Basta re: Libby claimants revised proposal on CARD records production and exchanged memoranda with KP re: same (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.9 | $ 575 | $ 5,117.50 |
| Papir, Ryan M. | 2.3 | 395 | 908.50 |
| Pasquale, Kenneth | 4.5 | 650 | 2,925.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,951.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 8,951.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Asset Analysis and Recovery<br>699843  0008 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/06/2006 | Telephone call S. Cunningham re: discussion re: acquisition status, due diligence and meeting to discuss (.2). | Krieger, A. | 0.2 |
| 06/07/2006 | Exchanged memoranda with S. Cunningham re: meeting on Project Spaghetti (.2). | Krieger, A. | 0.2 |
| 06/15/2006 | Memorandum to J. McFarland re: inquiry re: closure of Catalyst Components acquisition (.1). | Krieger, A. | 0.1 |
| 06/20/2006 | Telephone call S. Cunningham re: 6/23/06 meeting (.6). | Krieger, A. | 0.6 |
| 06/21/2006 | Memorandum to M. Wintner re: information on Project Spaghetti (.3); attend to presentation materials from J. O'Connell (.7). | Krieger, A. | 1.0 |
| 06/22/2006 | Exchanged memoranda with S. Cunningham re: analysis on acquisition and discussion re: same (.1); attend to review of analysis (.5); office conference LK re: analysis (.3); telephone call T. Maher, S. Cunningham re: acquisition (.6); telephone call and exchange of e-mails with Walt Dlugolecki (Capstone) re: Capstone analysis (.4); attend to revised analysis (.2). | Krieger, A. | 2.1 |
| 06/28/2006 | Memorandum to J. McFarland re: preliminary position on Project Spaghetti; related infringement issues (.1). | Krieger, A. | 0.1 |
| 06/28/2006 | Attention to Project Spaghetti presentation and | Pasquale, K. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | status (.3). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.3 | $ 575 | $ 2,472.50 |
| Pasquale, Kenneth | 0.3 | 650 | 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,667.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,667.50 |
|-----------------------|-----------|

# STROOCK

PAGE: 6

| RE | Business Operations<br>699843 0013 |
|----|---------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/12/2006 | Attend to Capstone's report on first quarter 2006 performance (.9); telephone call Bob Frezza re: Capstone report (.2). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.1 | $ 575 | $ 632.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 632.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 632.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 06/02/2006 | Exchanged memoranda with P. Zilly re: scheduling for Company presentation on Project Spaghetti (.1). | Krieger, A. | 0.1 |
| 06/02/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case for attorney review (.9). | Mohamed, D. | 1.4 |
| 06/05/2006 | Telephone call with W. Katchen regarding NJ Attorney General's action (.2). | Kruger, L. | 0.2 |
| 06/05/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); review case file documents in preparation for central file supplementation (.6). | Mohamed, D. | 2.2 |
| 06/06/2006 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (.6); attention to retrieval of certain pleading for attorney review (.3); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.3). | Mohamed, D. | 1.9 |
| 06/07/2006 | Attend to proposed schedule from S. Bossary on 19th quarterly and memo to E. Holzberg re: | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | same and revisions to cumulative fee schedule (.2); attend to newly filed pleadings (.2); office conference EH, DM re: modification of fee schedules (.2). | | |
| 06/07/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); attention to retrieval of pleading for attorney review (.3). | Mohamed, D. | 1.2 |
| 06/08/2006 | Review and update case docket no. 01-1139 (.4). | Mohamed, D. | 0.4 |
| 06/09/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review client documents in preparation for central file supplementation (.7); attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 2.0 |
| 06/12/2006 | Attend to newly filed certifications, applications and memorandum to D. Mohamed, E. Holzberg re: review of fee category schedule (.3). | Krieger, A. | 0.3 |
| 06/12/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 06/13/2006 | Office conference EH re: Court Call arrangements for 6/19/06 hearings (.1); exchanged memoranda with J. Baer re: 12:00 noon hearing (.1); office conference D. Mohamed re: review of order re: approving 19th Quarterly applications and related schedule of categories (.2). | Krieger, A. | 0.4 |
| 06/13/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 1.1 |
| 06/13/2006 | Review project category charts re: Stroock's | Mohamed, D. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | nineteenth quarterly fee application (.8). | | |
| 06/14/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.8); attention to retrieval of certain pleadings for attorney review (.7). | Mohamed, D. | 2.1 |
| 06/15/2006 | Discussions regarding review of fee examiner's schedules of categories. | Holzberg, E. | 1.5 |
| 06/15/2006 | Exchanged memoranda with D. Mohamed re: review and revisions to charts. | Krieger, A. | 0.1 |
| 06/15/2006 | Exchanged memoranda with D. Mohamed re: review of certifications on project category amounts (.3); attend to newly filed certifications, notices (.2). | Krieger, A. | 0.5 |
| 06/15/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.7); attention to retrieval of certain pleadings for attorney review (.3). | Mohamed, D. | 1.6 |
| 06/16/2006 | Attend to newly filed orders, certifications (4); office conference D. Mohamed re schedule of fee categories (.1). | Krieger, A. | 0.5 |
| 06/16/2006 | Review and update case docket no. 01-1139 (.8); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.9 |
| 06/16/2006 | Review certain quarterly fee applications of Stroock regarding project categories and fee auditors schedules (1.1). | Mohamed, D. | 1.1 |
| 06/19/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 06/20/2006 | Attend to material for call with Grace | Krieger, A. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | representatives (.3); conference call Grace representatives re: 6/19/06 hearing, pending motions, newly filed pleading (1.0). | | |
| 06/20/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 06/21/2006 | Attend to Debtors motion for increase on cap on ordinary course professionals (.1); attend to order re: Hamilton litigation and exchanged memoranda with J. Baer re: same (.3). | Krieger, A. | 0.4 |
| 06/21/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.5); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.3); attention to retrieval of pleadings relating to plan support agreement as form for attorney review (.5). | Mohamed, D. | 1.9 |
| 06/22/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7). | Mohamed, D. | 1.1 |
| 06/23/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.4 |
| 06/26/2006 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (.4); attention to docket search re: modified case management order relating to estimation of asbestos property damage liabilities and retrieve hard copies for attorney review (.4); attention to retrieval of pleadings relating to plan support agreement for attorney review (.8). | Mohamed, D. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/27/2006 | Review and update case docket no. 01-1139 (.4); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 1.4 |
| 06/28/2006 | Attend to recently filed pleadings, applications, certifications (.3). | Krieger, A. | 0.3 |
| 06/28/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.4); review adversary proceeding case docket no. 04-55083 (.2); retrieve and distribute recently filed pleadings regarding certain adversary proceedings (.4). | Mohamed, D. | 1.5 |
| 06/29/2006 | Reviewed court docket sheet for new pleadings filed with the Court on 6/29/06. | Wojcik, M. | 0.2 |
| 06/30/2006 | Attend to newly filed pleadings, certifications (.3). | Krieger, A. | 0.3 |
| 06/30/2006 | Reviewed docket sheet for new pleadings filed with the Court. | Wojcik, M. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 1.5 | $ 225 | $ 337.50 |
| Krieger, Arlene G. | 4.8 | 575 | 2,760.00 |
| Kruger, Lewis | 0.2 | 825 | 165.00 |
| Mohamed, David | 32.2 | 150 | 4,830.00 |
| Wojcik, Mark R. | 0.4 | 225 | 90.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,182.50 |
|-------------------------------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

---

---

| TOTAL FOR THIS MATTER | $ 8,182.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/07/2006 | Attend to settlement notice re: Michigan tax claim and memorandum to L. Hamilton re: same (.5). | Krieger, A. | 0.5 |
| 06/12/2006 | Exchanged memoranda with L. Hamilton re: proposed tax claim settlement (.1). | Krieger, A. | 0.1 |
| 06/13/2006 | Telephone call L. Hamilton re: proposed tax settlement, other (.2). | Krieger, A. | 0.2 |
| 06/15/2006 | Exchange memoranda with L. Hamilton re: information for review of proposed settlement with State of Michigan (.2); prepare memorandum to J. Baer re: same (.3); telephone call L. Hamilton re: conference call with Blackstone to discuss (.1). | Krieger, A. | 0.6 |
| 06/16/2006 | Exchanged memoranda with L. Hamilton re: conference call to discuss proposed State of Michigan tax settlement (.1); conference call with representatives for Grace, Blackstone and Capstone re: proposed settlement (.5); memoranda from L. Hamilton re: additional related material (.3). | Krieger, A. | 0.9 |
| 06/18/2006 | Review amended proofs of claim, and other materials re: proposed tax claims settlement with the State of Michigan and memoranda to J. O'Connell, D. Nakashige, L. Hamilton and J. Baer re: remaining questions and extension of time to respond (.7). | Krieger, A. | 0.7 |
| 06/19/2006 | Exchanged memoranda with J. Baer re: proposed settlement of tax claims with Michigan (.1); attend to memoranda with L. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Hamilton, J. O'Connell re: Michigan tax settlement inquiry (.1). | | |
| 06/20/2006 | Telephone call L. Hamilton and then conference call J. O'Connell, D. Nakashige re: Michigan State tax settlement (.6); exchanged memoranda with J. Baer re: settlement terms (.1). | Krieger, A. | 0.7 |
| 06/21/2006 | Telephone call J. Baer re: settlement with the State of Michigan (.2); telephone call Libby Hamilton re: same (.1). | Krieger, A. | 0.3 |
| 06/29/2006 | Attend to State of Iowa's motion for leave to file late tax claims (.2); exchanged memoranda with L. Hamilton re validity and classification of tax claim (.2); exchanged memoranda with J. Baer re Debtors' position on Iowa's claim (.4); review statutory provisions, case law re priority claims (.9). | Krieger, A. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.9 | $ 575 | $ 3,392.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,392.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 3,392.50 |

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2006 | Telephone call LK re: POR analysis (.1); memorandum to Ed Ordway re: POR analysis (.1); attend to Capstone analysis (.8); prepare materials for Committee meeting with the Debtors (.6); exchanged memoranda with Committee member re: meeting (.3); exchanged memoranda with Pam Zilly re: meeting participants (.2); attend to presentation materials for the June 2, 2006 meeting with the Debtors (.6). | Krieger, A. | 2.7 |
| 06/01/2006 | Preparation for meeting with company/review of company's presentation materials (.5). | Pasquale, K. | 0.5 |
| 06/02/2006 | Committee meeting with Grace representatives (4.3); office conference LK re: bank debt holder inquiry on accrued interest rate (.1); memo to LK re: interest rate inquiry (.1). | Krieger, A. | 4.5 |
| 06/02/2006 | Preparation for and conference with Committee and Tarola, Shelnitz, Baer, et al. regarding 2006 business plan, legal issues and strategy (4.0). | Kruger, L. | 4.0 |
| 06/02/2006 | Committee meeting with company and professionals re: business plan, status (4.0). | Pasquale, K. | 4.0 |
| 06/05/2006 | Exchanged memoranda with Pam Zilly and representatives of Capstone re: meeting on Project Spaghetti with the Committee (.2); memorandum to LK, KP and S. Cunningham re: meeting with the Company in June (.1). | Krieger, A. | 0.3 |
| 06/07/2006 | Telephone call Tom Maher re: Committee | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | meeting on Project Spaghetti (.2); memorandum to S. Cunningham re: same (.1); memorandum to the Committee re: 6/23/06 meeting (.3). | | |
| 06/08/2006 | Memorandum to the Committee re: 6/23/06 meeting with the Debtors (.2); exchanged memoranda with Committee members re: meeting (.1); exchanged memoranda with Ed Ordway re: analysis (.3). | Krieger, A. | 0.6 |
| 06/12/2006 | Exchanged memoranda with Committee member 6/23/06 meeting (.1); telephone call R. Douglas, T. Carplunky re: change in contract information (.2). | Krieger, A. | 0.3 |
| 06/13/2006 | Exchanged memoranda with Pam Zilly re: 6/23/06 meeting with the Committee to discuss Project Spaghetti (.1). | Krieger, A. | 0.1 |
| 06/15/2006 | Prepare memorandum to the Committee re: proposed settlement of State of Michigan claim (1.1); exchanged memoranda with Ed Ordway re: preparation of POR related analysis (.2). | Krieger, A. | 1.3 |
| 06/15/2006 | Review memo to Committee regarding State of Michigan claim settlement (.2); reviewed Ordway memo regarding POR analysis (.2). | Kruger, L. | 0.4 |
| 06/19/2006 | Attend to memorandum to the Committee re: Lloyd's settlement-related matters (2.4); memorandum to R. Frezza re: report on lst quarter results (.2); memoranda re: change of JP Morgan's counsel (.1); exchanged memoranda with P. Zilly re: June 23, 2006 meeting with the Committee (.3); telephone call L. Kruger re: 6/23/06 meeting (.1); exchanged memoranda with E. Ordway, S. Cunningham re: June 23 meeting (.2). | Krieger, A. | 3.3 |
| 06/20/2006 | Attend to memorandum to the Committee re: 6/19/06 hearing (2.5); attend to memoranda re: discussion with Grace representatives (2.3); exchanged memoranda with R. Frezza and then | Krieger, A. | 5.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to the Committee re: Capstone's report on the lst quarter 2006 operating performance (.6). | | |
| 06/21/2006 | Attend to memorandum re: discussion with the Debtors' representatives on pending matters (1.3); office conference LK re: 6/19/06 hearing, memorandum to the Committee (.3); attend to memorandum re: 6/19/06 hearing (.2); memorandum to J. O'Connell re: attendees at 6/23/06 Committee meeting (.1); memorandum to the Committee re: presentation materials and other information re: 6/23/06 meeting (.2). | Krieger, A. | 2.1 |
| 06/21/2006 | Attention to memo re: conference call with debtors. | Pasquale, K. | 0.2 |
| 06/22/2006 | Attend to memorandum to the Committee re: Lloyds' settlement related matters (3.2); exchanged memoranda with P. McGrath re: additional analyses on Lloyd's matter (.2); attend to additional analyses (.2); office conferences LK re: substance of conversation with T. Maher and S. Cunningham (.2); memorandum to the Committee re: acquisition analyses (.3). | Krieger, A. | 4.1 |
| 06/23/2006 | Attend to supplemental memorandum to the Committee re: Lloyds' settlement (3.1); Committee meeting with the Debtors' representatives re: Project Spaghetti (2.5); office conferences S. Cunningham re: Project Spaghetti (.4); memorandum to LK, KP re: Committee meeting (.1). | Krieger, A. | 6.1 |
| 06/26/2006 | Attend to supplemental memorandum to the Committee re Lloyd's settlement (1.8); exchanged memorandum with P. McGrath re comments on memorandum (.3). | Krieger, A. | 2.1 |
| 06/26/2006 | Review presentation regarding Spaghetti project. | Kruger, L. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/27/2006 | Attend to memorandum to the Committee re: pending motions including 2006-2008 LTIP, CF&F lease motion (3.6); attend to supplemental memorandum to the Committee re: Lloyds' settlement (.3). | Krieger, A. | 3.9 |
| 06/27/2006 | Review memo to Committee regarding LTIP, CF&F lease motion and pending motions (.4). | Kruger, L. | 0.4 |
| 06/28/2006 | Review and revise memorandum to the Committee re: pending motion (.6). | Krieger, A. | 0.6 |
| 06/29/2006 | Prepare memorandum to the Committee re Debtors' motion on PD claims estimation and adjudication of Canadian claims (.8). | Krieger, A. | 0.8 |
| 06/30/2006 | Revise memorandum to the Committee to reflect Capstone materials (.3); memorandum to T. Maher re LTIP motion memorandum (.1); attend to revised memorandum to the Committee re LTIP motion (.2). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 39.4 | $ 575 | $ 22,655.00 |
| Kruger, Lewis | 5.1 | 825 | 4,207.50 |
| Pasquale, Kenneth | 4.7 | 650 | 3,055.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 29,917.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 29,917.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/21/2006 | Started to review time in preparation of working on Monthly Application. | Holzberg, E. | 1.5 |
| 06/22/2006 | Attend to time records. | Krieger, A. | 0.6 |
| 06/23/2006 | Revised time in preparation of working on Monthly Bill. | Holzberg, E. | 2.4 |
| 06/28/2006 | Made additional revisions. | Holzberg, E. | 0.9 |
| 06/28/2006 | Attend to May 2006 fee statement (2.1). | Krieger, A. | 2.1 |
| 06/30/2006 | Worked on fee application. | Holzberg, E. | 3.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 7.9 | $ 225 | $ 1,777.50 |
| Krieger, Arlene G. | 2.7 | 575 | 1,552.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,330.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,330.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/02/2006 | Telephone call with Creditors regarding Grace status (.2). | Kruger, L. | 0.2 |
| 06/05/2006 | T/c bank debt holder re: interest issues (.3). | Pasquale, K. | 0.3 |
| 06/08/2006 | Telephone call bank debt holder re: estimation, stock price changes (.2). | Krieger, A. | 0.2 |
| 06/09/2006 | Telephone call with  debtholder regarding status (.2). | Kruger, L. | 0.2 |
| 06/12/2006 | Telephone conference bank debt holder re: interest issues (.5). | Pasquale, K. | 0.5 |
| 06/13/2006 | Telephone conference bank debt holders re: status (.4). | Pasquale, K. | 0.4 |
| 06/19/2006 | Telephone call bank debt holder re: Grace hearing (.3). | Krieger, A. | 0.3 |
| 06/20/2006 | Telephone conferences bank debtholders re: status and results of court hearing (.8). | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 575 | $ 287.50 |
| Kruger, Lewis | 0.4 | 825 | 330.00 |
| Pasquale, Kenneth | 2.0 | 650 | 1,300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,917.50 |
|------------------------------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

PAGE: 21

| TOTAL FOR THIS MATTER | $ 1,917.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/27/2006 | Review Capstone Advisory Group May 2006 monthly fee statement in preparation for filing (.5); prepare notice and affidavit of service regarding same and forward to local counsel for filing (.7). | Mohamed, D. | 1.2 |
| 06/28/2006 | Preparation of service re: Capstone Advisory Group May 2006 monthly fee statement (.6). | Mohamed, D. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Mohamed, David | 1.8 | $ 150 | $ 270.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 270.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 270.00 |
|-----------------------|----------|

# STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/01/2006 | Telephone call J. Baer re: pension plan motion and agreement on modified relief with asbestos claimants (.2); memorandum to LK, KP and MW re: pension motion (.3). | Krieger, A. | 0.5 |
| 06/06/2006 | Attend to revised pension order and certificate of counsel and memorandum to M. Wintner re: requested changes (.5); memorandum to J. Baer re: requested changes (.1). | Krieger, A. | 0.6 |
| 06/21/2006 | Attend to Debtors motion for 2006-2008 LTIP program (.5). | Krieger, A. | 0.5 |
| 06/30/2006 | Attend to Capstone memorandum re 2006-2008 LTIP and exchange memoranda with R. Frezza re same (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.8 | $ 575 | $ 1,035.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,035.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,035.00 |
|-----------------------|------------|

# STROOCK

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2006 | Telephone calls J. Baer re: modified government agreement and inquiry on public comment period for Wauconda Settlement (.2); memorandum to M. Berg, L. Hamilton re: same (.2); exchanged further memoranda with J. Baer re: publication notice of government's agreement (.1). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 575 | $ 287.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 287.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 287.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Executory Contracts/Unexpired Leases (Assumption and Rejection) 699843 0023 |
|----|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/21/2006 | Attend to Debtors' motion to assume assign lease and sublease on Houston property (1.1). | Krieger, A. | 1.1 |
| 06/26/2006 | Attend to memorandum to L. Hamilton re: inquiries with respect to CF&F real property leases (.1); telephone call L. Hamilton re same (.1). | Krieger, A. | 0.2 |
| 06/27/2006 | Telephone calls L. Hamilton re: information request on the Houston Leases with CF&F (.3); attend to information request and proposed additions thereto (.2); exchange memoranda with L. Hamilton re: same (.3). | Krieger, A. | 0.8 |
| 06/29/2006 | Exchanged memoranda with L. Hamilton re: documentation requested and conference call to discuss CF&F Lease matters (.2). | Krieger, A. | 0.2 |
| 06/30/2006 | Conference call V. Finkelstein (Grace) and L. Hamilton re: Houston lease motion (.5); attend to applicable case law (.8); exchange memoranda with J. Baer re: response time on motion (.1); memoranda to L. Hamilton re: Houston motion (.1); attend to additional lease-related documentation (1.7). | Krieger, A. | 3.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.5 | $ 575 | $ 3,162.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,162.50 |
|------------------------------------------|------------|

# STROOCK

PAGE: 27

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 3,162.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1693816v1

# STROOCK

| RE | Insurance<br>699843  0028 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 06/01/2006 | Attend to Lloyd's settlement-related material (2.1). | Krieger, A. | 2.1 |
| 06/05/2006 | Attend to objections filed to the Lloyd's settlement (2.8); exchanged memoranda with J. Baer re: insurance policies, premises liability issues raised, other (.3); attend to case law cited to (2.4); extended telephone conference P. McGrath re: issues raised by objections (.7); exchanged memoranda with KP re: disc of insurance policies (.1); attend to Lloyd's settlement materials forwarded by P. McGrath (.6). | Krieger, A. | 6.9 |
| 06/06/2006 | Preparation of memorandum to J. Baer re: objections raised to Lloyd's settlement (.8); attend to case law cited to in objections (2.3); exchanged memoranda with P. McGrath re: additional questions for Grace on premises liability issues (1.6). | Krieger, A. | 4.7 |
| 06/06/2006 | Attention to opposition filed to Equitas Settlement (.7). | Pasquale, K. | 0.7 |
| 06/07/2006 | Attend to Court's order continuing the hearing and response deadlines (.1); attend to applicable case law (1.2). | Krieger, A. | 1.3 |
| 06/08/2006 | Exchanged memorandum with J. Baer re: conference call on Lloyd's settlement (.2); memo to P. McGrath re: conference call and | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | continuance of hearing (.1). | | |
| 06/12/2006 | Exchanged memoranda with J. Baer re: inquiry re: insurance policy/agreement disc, conference call with all parties to discuss settlement (.1); exchanged memoranda with P. McGrath re: same and conference call to discuss settlement (.1). | Krieger, A. | 0.2 |
| 06/13/2006 | Exchange memoranda J. Baer re: conference call on Lloyd's settlement and disc of insurance policies and agreements (.3); exchanged memoranda with P. McGrath re: same (.2). | Krieger, A. | 0.5 |
| 06/15/2006 | Exchanged memoranda with P. McGrath re: insurance policies/agreements (.3); attend to review of policies, agreements (2.8); attend to material forwarded by P. McGrath (.6); attend to related case law (1.8). | Krieger, A. | 5.5 |
| 06/16/2006 | Exchange memoranda with P. McGrath re: Lloyd's coverage and attend to related schedules (.2); prepare for and attend extended conference call with representatives for Grace, and all parties re: Lloyd's Settlement background, remaining issues (1.9); follow-up telephone call P. McGrath re: outstanding questions (.3). | Krieger, A. | 2.4 |
| 06/21/2006 | Telephone call J. Baer re: Lloyds' settlement analysis and NY law (.2); attend to memorandum from J. Baer re: supplemental analysis (.2); memorandum to P. McGrath re: substance of conversation with J. Baer (.3); telephone call L. Hamilton re: Lloyds' settlement (.1). | Krieger, A. | 0.8 |
| 06/22/2006 | Telephone call P. McGrath re: Navigant analysis and supplemental analysis from Grace and related e-mails (.7); memoranda to J. Baer re: additional inquiries on analyses (.2). | Krieger, A. | 0.9 |
| 06/26/2006 | Memorandum to J. Baer re: inquiry re: position | Krieger, A. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | of Debtors asbestos committee/claimants and applicable NY law citations (.1); memorandum to LK, KP re: same (.1); exchanged memoranda with P. McGrath re: insurance coverage and attend to related documentation (.6). | | |
| 06/27/2006 | Attend to NY case law re: treatment of pi asbestos claims as one or multiple occurrences (3.3); exchanged memoranda with J. Baer, P. McGrath re: case law (.1). | Krieger, A. | 3.4 |
| 06/28/2006 | Attend to memorandum from J. Baer re: additional information on Lloyd's allocation analysis and memorandum to P. McGrath re: same (.2). | Krieger, A. | 0.2 |
| 06/28/2006 | Attention to status of Equitas' settlement (.2). | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 30.0 | $ 575 | $ 17,250.00 |
| Pasquale, Kenneth | 0.9 | 650 | 585.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,835.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,835.00 |
|-----------------------|-------------|

# STROOCK

| RE | Investigations 699843 0031 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/09/2006 | Exchanged memoranda with M. Shelnitz re: Judge Molloy's decision dismissing endangerment prong of the conspiracy count (.1). | Krieger, A. | 0.1 |
| 06/12/2006 | Attend to Judge Molloy's 6/8/06 decision on motion by defendant (Eichenbach) to dismiss/limit count 1 of the indictment (1.0). | Krieger, A. | 1.0 |
| 06/12/2006 | Review criminal case order dismissing company issue (.2); conference call with K. Pasquale and W. Katchen regarding status and environmental issues (.3); review Libby medical records issues (.2). | Kruger, L. | 0.7 |
| 06/12/2006 | Attention to order in criminal case dismissing conspiracy prong (.3); conference call with L. Kruger, Katchen re: status (.3). | Pasquale, K. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 575 | $ 632.50 |
| Kruger, Lewis | 0.7 | 825 | 577.50 |
| Pasquale, Kenneth | 0.6 | 650 | 390.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,600.00 |
|---|---|

# STROOCK

| PAGE: 32 | |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,600.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Litigation (Non-Bankruptcy/General)<br>699843  0032 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/07/2006 | Attend to District Court order re: NJDEP action (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 575 | $ 115.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 115.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 115.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

PAGE: 34

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/19/2006 | Travel attending Grace hearing (3.6). | Kruger, L. | 3.6 |
| 06/19/2006 | Travel attendant to omnibus hearing (split w/USG) (2.0). | Pasquale, K. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 3.6 | $ 825 | $ 2,970.00 |
| Pasquale, Kenneth | 2.0 | 650 | 1,300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,270.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,270.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|----|----------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/01/2006 | Incorporated revisions from Ken Pasquale for memo re: mediation issues. | Jarashow, M. | 0.8 |
| 06/01/2006 | Review questionnaire (.4); review of materials for meeting with Company (.3); review POR scenarios (.2). | Kruger, L. | 0.9 |
| 06/02/2006 | Incorporated revisions from Ken Pasquale for memo re: mediation issues. | Jarashow, M. | 0.4 |
| 06/21/2006 | Attend to plan-related issues in Owens for application to Grace cases (1.3). | Krieger, A. | 1.3 |
| 06/28/2006 | Attend to arguments in another asbestos chapter 11 case for application to Grace (1.2). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Jarashow, Mark S. | 1.2 | $ 190 | $ 228.00 |
| Krieger, Arlene G. | 2.5 | 575 | 1,437.50 |
| Kruger, Lewis | 0.9 | 825 | 742.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,408.00 |
|------------------------------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| TOTAL FOR THIS MATTER | $ 2,408.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

| RE | Hearings<br>699843  0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/13/2006 | Attend to agenda notice for 6/19/06 hearing (.1). | Krieger, A. | 0.1 |
| 06/16/2006 | Preparation for Omnibus hearing (.5); telephone call with M. Shelnitz regarding upcoming Court hearing  and NJ issues (.3). | Kruger, L. | 0.8 |
| 06/16/2006 | Preparation for omnibus hearing (.5). | Pasquale, K. | 0.5 |
| 06/19/2006 | Attend hearing (telephonically) before Judge Fitzgerald re: status of plan mediation (2.3); memo to LK, KP re: hearing (.1). | Krieger, A. | 2.4 |
| 06/19/2006 | Preparation for and participation in Omnibus Hearing regarding mediation and bar date (2.7). | Kruger, L. | 2.7 |
| 06/19/2006 | Participation for and participated in omnibus hearing (2.5). | Pasquale, K. | 2.5 |
| 06/21/2006 | Office conference with A. Krieger regarding 6/19 hearing and memo to Committee regarding same (.3); review memo regarding discussion with Debtors representatives (.6). | Kruger, L. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.5 | $ 575 | $ 1,437.50 |
| Kruger, Lewis | 4.4 | 825 | 3,630.00 |
| Pasquale, Kenneth | 3.0 | 650 | 1,950.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,017.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,017.50 |
|---|---|

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 96,991.50 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1