# EXHIBIT B

SSL-DOCS1 1693816v1

## WR GRACE & CO
## SUMMARY OF FEES
## JUNE 1, 2006 - JUNE 30, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 15.3 | $ 825 | $ 12,622.50 |
| Pasquale, Kenneth | 18.0 | 650 | 11,700.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 111.7 | 575 | 64,227.50 |
| Papir, Ryan M. | 2.3 | 395 | 908.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 9.4 | 225 | 2,115.00 |
| Jarashow, Mark S. | 1.2 | 190 | 228.00 |
| Mohamed, David | 34.0 | 150 | 5,100.00 |
| Wojcik, Mark R. | 0.4 | 225 | 90.00 |
| | | | |
| **SUB TOTAL:** | 192.3 | | $ 96,991.50 |
| **LESS 50% TRAVEL:** | (2.8) | | (2,135.00) |
| **TOTAL:** | 189.5 | | $ 94,856.50 |

SSL-DOCS1 1693816v1