# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JUNE 1, 2006 - JUNE 30, 2006**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 49.50 |
| Meals | | 1,164.71 |
| Long Distance Telephone | | 77.02 |
| Duplicating Costs-in House | | 4.30 |
| Facsimile Charges | | 11.00 |
| Travel Expenses - Transportation | | 65.37 |
| Westlaw | | 497.76 |
| | | |
| **TOTAL** | | **$ 1,869.66** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | July 18, 2006 |
|---|---|
| INVOICE NO. | 388246 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES RENDERED in the captioned matter for the period through June 30, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 06/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827226; DATE: 06/03/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190011142 on 05/30/2006 | 6.38 |
| 06/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827226; DATE: 06/03/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190708720 on 05/30/2006 | 6.38 |
| 06/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827226; DATE: 06/03/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190903554 on 05/30/2006 | 6.38 |
| 06/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827226; DATE: 06/03/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192407533 on 05/30/2006 | 8.80 |
| 06/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827226; DATE: 06/03/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195775149 on 05/31/2006 | 6.38 |
| 06/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827226; DATE: 06/03/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195914337 on 05/31/2006 | 8.80 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1693816v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827226; DATE: 06/03/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270197146128 on 05/31/2006 | 6.38 |
| | **Outside Messenger Service Total** | **49.50** |

**Meals**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/07/2006 | VENDOR: Seamless Web; Invoice#: 123949; Date: 06/04/2006 - Petaks Catering; Lewis Kruger; Order Date: 06/01/06 16:27:00 | 193.03 |
| 06/07/2006 | VENDOR: Seamless Web; Invoice#: 123949; Date: 06/04/2006 - Petaks Catering; Lewis Kruger; Order Date: 06/01/06 16:57:00 | 493.02 |
| 06/07/2006 | VENDOR: Seamless Web; Invoice#: 123949; Date: 06/04/2006 - Food Merchants Catering by Peter Krasnov; Lewis Kruger/Arlene Kreiger; Order Date: 05/26/06 17:06:00 | 53.99 |
| 06/29/2006 | VENDOR: Seamless Web; Invoice#: 125857; Date: 06/25/2006 - Petaks Catering; Lewis Kruger; Order Date: 06/22/06 15:56:00 | 424.67 |
| | **Meals Total** | **1,164.71** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01/2006 | EXTN.5544, TEL.201-587-7114, S.T.09:43, DUR.00:02:54 | 1.29 |
| 06/06/2006 | VENDOR: Genesys Conferencing; INVOICE#: I-351625; DATE: 4/7/2006 - Teleconf. | 1.92 |
| 06/06/2006 | EXTN.5562, TEL.518-213-6000, S.T.11:00, DUR.00:01:18 | 0.86 |
| 06/07/2006 | EXTN.5544, TEL.201-587-7111, S.T.15:16, DUR.00:06:36 | 3.00 |
| 06/09/2006 | EXTN.5431, TEL.310-858-4241, S.T.15:33, DUR.00:11:24 | 5.15 |
| 06/12/2006 | EXTN.5431, TEL.973-424-2000, S.T.10:32, DUR.00:12:42 | 5.58 |
| 06/12/2006 | EXTN.5544, TEL.201-587-7123, S.T.10:44, DUR.00:00:24 | 0.43 |
| 06/12/2006 | EXTN.5562, TEL.215-665-2147, S.T.17:25, DUR.00:24:00 | 10.30 |
| 06/13/2006 | EXTN.5431, TEL.410-531-4212, S.T.14:24, DUR.00:00:48 | 0.43 |
| 06/14/2006 | EXTN.5760, TEL.973-424-2031, S.T.11:20, DUR.00:00:18 | 0.43 |
| 06/15/2006 | EXTN.2004, TEL.410-531-4212, S.T.10:08, DUR.00:06:24 | 3.00 |
| 06/16/2006 | EXTN.5544, TEL.617-722-4024, S.T.16:00, DUR.00:12:06 | 5.58 |
| 06/20/2006 | EXTN.3544, TEL.617-722-4024, S.T.11:52, DUR.00:12:24 | 5.58 |
| 06/20/2006 | EXTN.5544, TEL.201-587-7111, S.T.09:39, DUR.00:01:42 | 0.86 |
| 06/20/2006 | EXTN.5544, TEL.201-587-7111, S.T.11:00, DUR.00:00:06 | 0.43 |
| 06/20/2006 | EXTN.5544, TEL.617-722-4024, S.T.11:39, DUR.00:12:24 | 5.58 |
| 06/21/2006 | EXTN.5544, TEL.617-722-4024, S.T.12:41, DUR.00:00:54 | 0.43 |
| 06/21/2006 | EXTN.5544, TEL.617-722-4024, S.T.15:11, DUR.00:17:00 | 7.29 |
| 06/22/2006 | EXTN.5544, TEL.201-587-7125, S.T.14:15, DUR.00:14:18 | 6.44 |
| 06/27/2006 | EXTN.5004, TEL.202-973-7203, S.T.15:54, DUR.00:05:06 | 2.57 |
| 06/30/2006 | EXTN.5544, TEL.410-531-4795, S.T.11:33, DUR.00:22:36 | 9.87 |
| | **Long Distance Telephone Total** | **77.02** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Duplicating Costs-in House** | | |
| 06/01/2006 | | 1.10 |
| 06/19/2006 | | 0.20 |
| 06/22/2006 | | 0.40 |
| 06/23/2006 | | 0.20 |
| 06/26/2006 | | 0.20 |
| 06/26/2006 | | 2.20 |
| | **Duplicating Costs-in House Total** | **4.30** |
| | | |
| **Facsimile Charges** | | |
| 06/01/2006 | Fax # 212-421-6234 | 11.00 |
| | **Facsimile Charges Total** | **11.00** |
| | | |
| **Travel Expenses - Transportation** | | |
| 06/23/2006 | VENDOR: Ken Pasquale; INVOICE#: KP062006; DATE: 6/23/2006 - 06/19/06   Trip to Willmington, De - Parking, tolls and mileage | 65.37 |
| | **Travel Expenses - Transportation Total** | **65.37** |
| | | |
| **Westlaw** | | |
| 06/05/2006 | Search by Krieger, Arlene G. | 120.95 |
| 06/13/2006 | Search by Krieger, Arlene G. | 143.35 |
| 06/15/2006 | Search by Krieger, Arlene G. | 31.76 |
| 06/15/2006 | Duration 0:02:57; by Krieger, Arlene G. | 36.77 |
| 06/27/2006 | Search by Krieger, Arlene G. | 21.99 |
| 06/29/2006 | Search by Krieger, Arlene G. | 21.99 |
| 06/29/2006 | Search by Krieger, Arlene G. | 21.99 |
| 06/30/2006 | Search by Krieger, Arlene G. | 98.96 |
| | **Westlaw Total** | **497.76** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 49.50 |
| Meals | 1164.71 |
| Long Distance Telephone | 77.02 |
| Duplicating Costs-in House | 4.30 |
| Facsimile Charges | 11.00 |
| Travel Expenses - Transportation | 65.37 |
| Westlaw | 497.76 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,869.66 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1

# STROOCK

---
PAGE: 4
---

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1693816v1