

# NAVIGANT
## CONSULTING

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

July 7, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - June 2006*

**Professional Fees:**

| | | | |
|---|---|---|---|
| LC | 5.00 hrs. @ $510 | $2,550.00 | |
| RC | 10.50 hrs. @ $450 | 4,725.00 | |
| PM | 22.50 hrs. @ $400 | 9,000.00 | |
| RL | 9.00 hrs. @ $325 | 2,925.00 | |
| JS | 42.25 hrs. @ $270 | 11,407.50 | |
| JM | 13.25 hrs. @ $260 | 3,445.00 | |
| MR | 6.25 hrs. @ $225 | 1,406.25 | |
| KE | 6.00 hrs. @ $175 | 1,050.00 | |
| MO | 10.00 hrs. @ $150 | 1,500.00 | |
| PD | 13.50 hrs. @ $40 | 540.00 | |

**Total Professional Fees** ................................................................................ **$38,548.75**

**Expenses:**

None billable at this time.

**Total Amount Due for June Services and Expenses** .................................. **$38,548.75**

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 172744 | April 25, 2006 | $25,838.37 |
| Inv No. | 174216 | May 18, 2006 | 7,425.00 |
| Inv No. | 176320 | June 21, 2006 | 17,493.75 |

**Total Outstanding Invoices** ............................................................................ **$50,757.12**

**Total Amount Due For June Services, Expenses and Outstanding Invoices** ............... **$89,305.87**

Navigant Consulting, Inc. Project No.: 113758           Invoice No.: 177281



**NAVIGANT CONSULTING**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 6/8/2006 | 1.00 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 6/9/2006 | 1.50 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 6/12/2006 | 0.50 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 6/13/2006 | 0.50 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 6/14/2006 | 1.50 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 6/16/2006 | 1.00 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 6/21/2006 | 1.00 | Analyzed data and liability estimation issues. |
| CANTOR, ROBIN | 6/26/2006 | 1.00 | Analyzed data and liability estimation issues. |
| CANTOR, ROBIN | 6/27/2006 | 1.00 | Analyzed data and liability estimation issues. |
| CANTOR, ROBIN | 6/28/2006 | 1.50 | Analyzed data and liability estimation issues. |
| CHAMBERS, LETITIA | 6/26/2006 | 2.00 | Worked on liability estimation issues |
| CHAMBERS, LETITIA | 6/28/2006 | 3.00 | Worked on liability estimation issues |
| DWYER, PATRICK | 6/13/2006 | 2.00 | Read over database |
| DWYER, PATRICK | 6/14/2006 | 1.25 | Worked on occupational characteristics database |
| DWYER, PATRICK | 6/14/2006 | 1.25 | Worked on database/spreadsheet to find dates that surveys were received |
| DWYER, PATRICK | 6/15/2006 | 3.00 | Worked on Grace database as well as spreadsheets |
| DWYER, PATRICK | 6/16/2006 | 6.00 | Worked on occupational characteristics spreadsheets |
| ERTUG, KERIM CAN | 6/13/2006 | 1.50 | Meeting with staff to review the project status and survey data received. |
| ERTUG, KERIM CAN | 6/16/2006 | 1.75 | Review of survey results |
| ERTUG, KERIM CAN | 6/19/2006 | 1.75 | Review of survey database. |
| ERTUG, KERIM CAN | 6/27/2006 | 1.00 | Review of survey data base. |
| LAMB, RUSSELL | 6/13/2006 | 2.50 | Reviewed estimation analysis. |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 177281



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LAMB, RUSSELL | 6/15/2006 | 1.25 | Reviewed liability estimates. |
| LAMB, RUSSELL | 6/16/2006 | 1.00 | Reviewed liability estimates. |
| LAMB, RUSSELL | 6/19/2006 | 1.50 | Reviewed case materials. |
| LAMB, RUSSELL | 6/21/2006 | 1.25 | Reviewed analysis. |
| LAMB, RUSSELL | 6/22/2006 | 1.50 | Reviewed analysis. |
| MCGRATH, PATRICK J. | 6/5/2006 | 3.75 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 6/6/2006 | 4.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 6/7/2006 | 0.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 6/8/2006 | 0.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 6/13/2006 | 1.50 | Analysis of proposed Equitas insurance recovery settlement agreement |
| MCGRATH, PATRICK J. | 6/14/2006 | 2.00 | Analysis of proposed Equitas insurance recovery settlement agreement |
| MCGRATH, PATRICK J. | 6/15/2006 | 2.00 | Analysis of proposed Equitas insurance recovery settlement agreement |
| MCGRATH, PATRICK J. | 6/21/2006 | 2.75 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 6/22/2006 | 1.75 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 6/23/2006 | 2.00 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 6/26/2006 | 1.25 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCINTIRE, JAMES | 6/8/2006 | 1.75 | Review Libby exposure estimates |
| MCINTIRE, JAMES | 6/9/2006 | 2.75 | Review Libby exposure estimates |
| MCINTIRE, JAMES | 6/12/2006 | 0.50 | Internal staff discussions regarding Libby exposure estimates |
| MCINTIRE, JAMES | 6/13/2006 | 0.75 | Review survey database |
| MCINTIRE, JAMES | 6/14/2006 | 1.25 | Review survey database |
| MCINTIRE, JAMES | 6/19/2006 | 2.25 | Review survey data, staff discussions |

Navigant Consulting, Inc. Project No.: 113758                Invoice No.: 177281



**NAVIGANT CONSULTING**

1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 6/22/2006 | 2.75 | Review revised survey database, staff discussions |
| MCINTIRE, JAMES | 6/23/2006 | 1.25 | Review survey database with other staff |
| OSBORN, MATTHEW | 6/9/2006 | 1.75 | Analyzed personal injury questionnaire database and discussed with staff. |
| OSBORN, MATTHEW | 6/12/2006 | 0.50 | Discussions with staff regarding personal injury questionnaire database. |
| OSBORN, MATTHEW | 6/13/2006 | 1.25 | Discussions with staff regarding estimation assumptions. |
| OSBORN, MATTHEW | 6/14/2006 | 0.25 | Discussions with staff regarding questionnaire |
| OSBORN, MATTHEW | 6/15/2006 | 0.25 | Discussion with staff regarding questionnaire |
| OSBORN, MATTHEW | 6/16/2006 | 0.75 | Discussions with staff regarding personal injury questionnaire database. |
| OSBORN, MATTHEW | 6/19/2006 | 0.25 | Drafted memo of questions regarding questionnaire |
| OSBORN, MATTHEW | 6/22/2006 | 1.25 | Drafted memo of questions regarding questionnaire |
| OSBORN, MATTHEW | 6/23/2006 | 0.25 | Discussions regarding questionnaire database. |
| OSBORN, MATTHEW | 6/26/2006 | 1.75 | Reviewed data issues and discussed outstanding questions. |
| OSBORN, MATTHEW | 6/27/2006 | 1.75 | Reviewed database documentation. |
| RULE, MICHELLE | 6/15/2006 | 3.50 | Reviewed primary and excess insurance policies for non-products/premises/operations coverage language. |
| RULE, MICHELLE | 6/26/2006 | 1.25 | Reviewed primary and excess insurance policies for non-products/premises/operations coverage language. |
| RULE, MICHELLE | 6/27/2006 | 1.50 | Reviewed primary and excess insurance policies for non-products/premises/operations coverage language. |
| SIRGO, JORGE | 6/5/2006 | 4.25 | Assist with data analyses. |
| SIRGO, JORGE | 6/6/2006 | 4.00 | Assist with data analyses. |
| SIRGO, JORGE | 6/7/2006 | 4.25 | Assist with data analyses. |

Navigant Consulting, Inc. Project No.: 113758                              Invoice No.: 177281



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 6/8/2006 | 4.00 | Assist with data analyses. |
| SIRGO, JORGE | 6/9/2006 | 4.25 | Assist with data analyses. |
| SIRGO, JORGE | 6/12/2006 | 4.25 | Assist with data analyses. |
| SIRGO, JORGE | 6/13/2006 | 4.25 | Assist with data analyses. |
| SIRGO, JORGE | 6/14/2006 | 3.75 | Assist with data analyses. |
| SIRGO, JORGE | 6/19/2006 | 2.75 | Assist with data analyses. |
| SIRGO, JORGE | 6/22/2006 | 2.25 | Assist with data analyses. |
| SIRGO, JORGE | 6/23/2006 | 4.25 | Assist with data analyses. |

Navigant Consulting, Inc. Project No.: 113758         Invoice No.: 177281