30 June, 2006

In the United States Bankruptcy Court for the District of Delaware

W.R. Grace and Co. et al debtor

Chapter 11    Case No. 01-01139 (JFK)    (Jointly Administered)

Re: Debtor's Fifteenth Omnibus Objection (substantive) To Asbestos Property Damage Claims

Woodbury Place Apartments claimant #2763
2834 Woodbury Dr., San Antonio, Texas 78217 (location)
3942 Pleasure Hill, San Antonio, Texas 78229 (mailing address)

Contact information:

Alfred V. Williams, President Tamale Blanca, General Partner for Woodbury Place Apts. Ltd.

Reply to the:
"Notice of Motion for a Scheduling Order Regarding Certain of the Debtor's Fifteenth Omnibus Objections to PD Claims"

Comments and Objections: This notice wasn't received until 27 June, due to misspelling of the mailing address. Also there were three exhibits which were only lists of claimants, and exhibit 1 and 3 were identical. There was no exhibit of the Omnibus Objections. Due to the untimely delivery this compromises my response time.

Claim Objections are as follows: C-3 (D), C-3 (F), D-2, D-3, D-4, D-6, E-1

C-3 (D)- Find enclosed an exhibit from Astex Inc., a licensed environmental consulting firm. This document confirms the use of asbestos (a known Grace, et al, product) in this building complex.

C-3 (F)- As the submitted exhibit shows, this was not some bulk sample, but a sample from a specific area in a specific apartment unit. This unit is representative of all 81 units as well as 3 separate laundry rooms.

D-2- Original claim amount was filed on 15 October, 2005 which was a timely filing as per court request.

D-3- When one purchases a property, one does not sign away rights. If a property has damage it should be corrected. I did not receive a purchase discount due to asbestos damage.

D-4- This is a federal lawsuit and filing was timely under federal guidelines.

D-6- The proof of claim form was timely mailed. A timely filing does not unreasonably prejudice Grace, et al.

E-1- Am not claiming asbestos levels in the air. When the building is no longer habitable and has to be demolished it is going to cost $181,007.91 (based on a now approximate 6 year old estimate) more to demolish as compared to non asbestos containing properties. This estimate is different from the original submitted as I included lost rents; however, with inflation I'm sure the figure will be closer to 3 times as much if the property lasts 30 more years. ( see enclosed estimate). In addition I contacted Grace about their new process to neutralize asbestos but I was informed the process wasn't applicable to my property.

Thank you,

*Alfred V. Williams* (signature)
Alfred V. Williams

cc: Council for debtors- Janet Baer, Kirkland & Ellis LLP.   and     O'Neil, Pachulski Et al
Official Committee of Unsecured Creditors- Lewis Kruger et al and Lastowski, Duane et al
Official Committee of Property Damage Claims – Scott L. Baena, Bilzin et al. and Joseph, Ferry & Joseph PA
Official Committee of Personal Injury Claims- Inselbuch, Calpin et al and Eskin, Campbell & Levine
Official Committee of Equity Holders- Mayer, Levin et al LLP. And Teresa K.D., Currier et al
Future Claims Representative- Wyron, Swidler et al LLP. AndPhillips, Phillips et al
Office of the United States Trustee-David Klauder

**ASTEX, INC.**
ENVIRONMENTAL CONSULTANTS

RECEIVED JAN 19 1989

January 12, 1989

Mr. Mike Lynd
MLK Inc
5710 NW Expressway
San Antonio, TX 78201

Dear Mike:

Enclosed herein are the results and opinions of a Phase I, walk through Environmental Liability Assessment study conducted at "The Woodbury Place" apartment complex in San Antonio, Texas.

The 5 hazards screened were asbestos, waste disposal, radon, underground storage tanks, and polychlorinated biphenyls (PCB).

The screening was conducted by Mr. Enrique Delgado and Mr. Ron Greenberg, both of Astex, Inc. Mr. Delgado's credentials are included in this report.

We appreciate the opportunity to work with you on this project and look forward to serving you again in the near future. If you have any questions concerning this report, please call.

Sincerely,

ASTEX, INC. by

Enrique Delgado
Industrial Hygienist
Vice President

Ron Greenberg
President

RG/kdh

One International Centre · 100 N.E. Loop 410 · Suite 1160 · San Antonio, Texas 78216 · Telephone & FAX (512) 342-9503

Woodbury Apt    1-213-111

# ENVIRONMENTAL MONITORING SERVICE, INC.
## ANALYTICAL SERVICES LABORATORY
### ASBESTOS IDENTIFICATION REPORT OF ANALYSIS

DATE 9/23/88     potential    ANALYST Don Dupherdson

CUSTOMER Walnut Grove Apt. - purchaser

| SAMPLE I.D.# | ANALYTICAL METHOD | GROSS SAMPLE APPEARANCE | SAMPLE TREATMENT | ASBESTOS PRESENT | TOTAL % ASBESTOS | FIBROUS MATERIAL | NON-FIBROUS MATERIAL |
|---|---|---|---|---|---|---|---|
| WDBY #1/64 | 2 | 3 - white | 1 | 2-5% 5% chrysotile asbestos | 5% | 3-5% 5% cellulose | 1-90% filler-binder 90% |

**ANALYTICAL METHOD**
ENTER NUMBER
1. POLARIZED LIGHT MICROSCOPY (PLM)
2. PLM + DISPERSION STAINING
3. X-RAY DIFFRACTION

**GROSS SAMPLE APPEARANCE**
ENTER NUMBER, NOTE COLOR
1. HOMOGENOUS, FIBROUS
2. HOMOGENOUS, NON-FIBROUS
3. HETEROGENOUS, FIBROUS
4. HETEROGENOUS, NON-FIBROUS
5. HETEROGENOUS, MIXED

**SAMPLE TREATMENT**
ENTER NUMBER
1. HOMOGENIZED
2. UNTREATED
3. OTHER, SPECIFY

**ASBESTOS PRESENT**
ENTER NUMBER & %
1. AMOSITE
2. CHRYSOTILE
3. CROCIDOLITE
4. OTHER, SPECIFY

**OTHER FIBROUS MATERIALS**
ENTER NUMBER & %
1. MINERAL
2. MINERAL WOOL
3. CELLULOSE
4. SYNTHETIC FIBERS
5. OTHER, SPECIFY

**NON-FIBROUS MATERIALS**
ENTER NUMBER & %
1. FILLER BINDER
2. PAPER
3. PLASTER
4. VERMICULITE
5. PAINT
6. QUARTZ, CACO
7. PVT
8. OTHER

**ASTEX, INC.**
ENVIRONMENTAL CONSULTANTS

## CONCLUSIONS

After a careful review and a walk through inspection of buildings along with a drive by and research of the area within a 1 mile radius, the following conclusions have been drawn by the appraisal team:

Asbestos - It is being assumed that all ceiling stipple material is ACM. HVAC closets appear to be clean. Incandescent light fixtures could contain ACM heat shields. Mechanical rooms appear to be clean.

Waste Disposal - No evident waste disposal problems or high risk neighbors in the area near the complex.

Radon - The possibility of radon gas contamination is not likely.

Underground Storage Tank - There are no UST's on this property or in the immediate area around the property.

Polychlorinated Biphenyls (PCB) - At least 2 transformers in area show evidence of some past or present leakage.

Enrique Delgado
Industrial Hygienist
Vice President

ED/kdh

Page 2

Woodbury Apartments

## SCOPE OF WORK & SCHEDULING:

A. Removal and disposal of approximately 72,000 square feet of asbestos containing textured ceiling.

TOTAL                                          $102,007.01

We would like to express our appreciation for the opportunity to quote this project and look forward to your favorable response. Should you have any questions, please contact me at (210) 684-0126 at your earliest convenience.

Respectfully Submitted,

Certified/LVI Environmental Services, Inc.
N. Mark Buescher
Branch Manager

NMB/arz

Cc:   Randy Wallace

An authorized representative must sign for acceptance of this proposal. No work shall commence until client has executed and returned this agreement. This proposal is based upon Certified/ LVI Environmental Services, Inc. receiving full payment within 30 days of work completion. Contracts in excess of $25,000.00 shall require an AIA A107 Contract Document or Equivalent Contract Form.

_____           _____           _____
Name of Authorized Representative      Date              Authorized Signature

## In Re W.R. Grace & Co. et al., Case No. 01-01139 (JFK)

### Confirmation of Receipt of Claim Form

We have received your completed Proof of Claim Form. Your claim has been assigned the claim number (CN) that appears on the front of this card, above your name, along with the Claim Form receipt date.

If you have any questions about your claim, you may call the Claims Agent toll-free from the United States, Canada and Puerto Rico at 1-800-432-1909.

If your address changes at any time during the claims period, you must notify the Claims Agent in writing at: Claims Agent, Re: WR Grace, P.O. Box 1620, Faribault, MN 55021-1620. Please include your full name, claim number and signature on all correspondence.

Sincerely,

Claims Agent

If you are calling from another country, you may make a toll call to the United States at 1-507-333-4565.

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Claims Processing Agent
   WR Grace & Co. Bankruptcy
   P.O. Box 1620
   Faribault
   MN. 55021-1620

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Received by Rust Consulting, Inc.
B. Date of Delivery: 2-13-03
C. Signature: X ☒ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes / ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0002 9078 8262

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424