*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/06 10:07:53 Work Thru : 06/30/06

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 3.00 | 965.00 | 215.00 | 1,180.00 | BENTLEY PHILIP - | 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 12.60 | 6,894.00 | 3.90 | 6,897.90 | BENTLEY PHILIP - | 02495 | M | B |
| 00005 | BANKR. MOTIONS | 3.40 | 1,836.00 | 0.00 | 1,836.00 | BENTLEY PHILIP - | 02495 | M | B |
| 00007 | REORGANIZATION PLAN | 3.40 | 1,878.00 | 6.00 | 1,884.00 | BENTLEY PHILIP - | 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 5.80 | 1,532.00 | 177.90 | 1,709.90 | BENTLEY PHILIP - | 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 11.60 | 3,733.00 | 11.50 | 3,744.50 | BENTLEY PHILIP - | 02495 | M | B |
| 00019 | HEARINGS | 5.80 | 3,132.00 | 311.00 | 3,443.00 | BENTLEY PHILIP - | 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 5.30 | 1,431.00 | 0.00 | 1,431.00 | BENTLEY PHILIP - | 02495 | M | B |
| | Client Total | 50.90 | 21,401.00 | 725.30 | 22,126.30 | | | | |

Run Date & Time: 07/21/2006 10:07:52

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**UNBILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Total Unbilled Amount |
|---|---|---|---|---|---|---|
| 00358 | FRIEDMAN, ALAN R. | PARTNER | 06/20/06 | 06/20/06 | 0.30 | 204.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 06/09/06 | 06/29/06 | 1.80 | 1,134.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 06/19/06 | 06/19/06 | 5.30 | 1,431.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 06/02/06 | 06/30/06 | 28.90 | 15,606.00 |
| | PARAPROFESSIONALS | | | | | |
| 03691 | LANE, JOANNE | OTHER TKPR | 06/01/06 | 06/21/06 | 2.10 | 441.00 |
| 06451 | GAVIGAN, JAMES C | PARALEGAL | 06/01/06 | 06/28/06 | 7.00 | 1,540.00 |
| 85424 | DOMINGUEZ, ORLANDO | OTHER TKPR | 06/01/06 | 06/02/06 | 5.50 | 1,045.00 |
| | Total: | | | | 50.90 | 21,401.00 |

**UNBILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Unbilled Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 04/13/06 | 06/13/06 | 165.00 |
| 0930 | MESSENGER/COURIER | 05/19/06 | 05/19/06 | 16.80 |
| 0940 | CAB FARES | 05/15/06 | 05/30/06 | 35.50 |
| 0950 | OUT-OF-TOWN TRAVEL | 06/22/06 | 06/22/06 | 508.00 |
| | Total | | | 725.30 |
| | Grand Total | | | 22,126.30 |

**ACCOUNTS RECEIVABLE** (Reflects Payments As of 07/21/06 10:07:52)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/31/06 | 12/31/05 | 429349 | 74,504.50 | 2,953.30 | | 62,348.90 | 03/28/06 | 15,108.90 |
| 05/19/06 | 03/31/06 | 437384 | 74,750.00 | 5,452.00 | | 45,658.61 | | 34,543.39 |
| 06/30/06 | 05/31/06 | 438747 | 34,354.00 | 1,337.49 | | .00 | | 35,691.49 |
| | Total: | | 183,608.50 | 9,742.79 | | 108,007.51 | | 85,343.78 |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M
Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 | Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 06/09/2006 TO: 06/30/2006
UNBILLED DISB FROM: 06/22/2006 TO: 06/22/2006

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 965.00 | 215.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/30/2006 | 06/22/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 134.68 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 134.68 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

### BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 06/30/06 | LAST PAYMENT DATE: | 06/26/06 |
| LAST BILL NUMBER: | 438747 | ACTUAL FEES BILLED TO DATE: | 252,184.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 252,184.50 |
| LAST BILL THRU DATE: | 05/31/06 | FEES WRITTEN OFF TO DATE: | 79,053.50 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee (4) Excessive Legal Time (7) Fixed Fee
(2) Late Time & Costs Posted (5) Business Development (8) Premium
(3) Pre-arranged Discount (6) Summer Associate (9) Rounding (10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | Total Unbilled | | | |
| 02495 | BENTLEY, PHILIP | CRED | 06/09/06 | 06/09/06 | 0.20 | 126.00 |
| 05292 | BECKER, GARY M. | CRED | 06/15/06 | 06/30/06 | 0.70 | 378.00 |
| | PARAPROFESSIONALS | | | | | |
| 03691 | LANE, JOANNE | Lega | 06/21/06 | 06/21/06 | 0.10 | 21.00 |
| 06451 | GAVIGAN, JAMES C | CRED | 06/21/06 | 06/22/06 | 2.00 | 440.00 |
| | Total: | | | | 3.00 | 965.00 |

Sub-Total Hours : 0.20 Partners 0.70 Counsels 0.00 Associates 2.00 Legal Assts 0.10 Others

UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| | | Total Unbilled | | |
| 0950 | OUT-OF-TOWN TRAVEL | 06/22/06 | 06/22/06 | 215.00 |
| | Total | | | 215.00 |
| | Grand Total | | | 1,180.00 |

ACCOUNTS RECEIVABLE (Reflects Payments As of 07/21/06 10:07:44)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/31/06 | 12/31/05 | 429349 | 1,529.00 | 314.52 | | 1,843.52 | 03/28/06 | |
| 05/19/06 | 03/31/06 | 437384 | 999.00 | 482.88 | | 1,481.88 | 05/19/06 | |
| 06/30/06 | 05/31/06 | 438747 | .00 | 134.68 | | .00 | | 134.68 |
| Total: | | | 2,528.00 | 932.08 | | 3,325.40 | | 134.68 |

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M
Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 | Status : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 06/09/06 | Review emails | 0.20 | 126.00 | 6373545 | 06/30/2006 | | |
| **Total For BENTLEY P - 02495** | | | **0.20** | **126.00** | | | | |
| BECKER, GARY M. | 06/15/06 | Review docket and new pleadings | 0.50 | 270.00 | 6357942 | 06/21/2006 | | |
| BECKER, GARY M. | 06/30/06 | emails Baer re fee applications | 0.20 | 108.00 | 6378290 | 07/05/2006 | | |
| **Total For BECKER G - 05292** | | | **0.70** | **378.00** | | | | |
| GAVIGAN, JAMES C | 06/21/06 | looking into SQL database to see if there is anything more we have to do with it | 0.80 | 176.00 | 6364476 | 06/27/2006 | | |
| GAVIGAN, JAMES C | 06/22/06 | organizing files | 1.20 | 264.00 | 6364477 | 06/27/2006 | | |
| **Total For GAVIGAN J - 06451** | | | **2.00** | **440.00** | | | | |
| LANE, JOANNE | 06/21/06 | E-mail to Jamie Gavigan re SQL database. | 0.10 | 21.00 | 6358525 | 06/23/2006 | | |
| **Total For LANE J - 03691** | | | **0.10** | **21.00** | | | | |
| | | **Fee Total** | **3.00** | **965.00** | | | | |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL 0950 | | | | | | |
| DINERS CLUB CITICORP DIN OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB CITICORP DINERS CLUB AMTRAK 02/21/06 | BECKER, G M | 06/22/06 | 215.00 | 7500386 | 380342 | 06/28/06 |
| | **0950 OUT-OF-TOWN TRAVEL Total :** | | 215.00 | | | |
| **Costs Total :** | | | 215.00 | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00001 Orig Prtnr : CRED. RGTS - 06975 Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : CASE ADMINISTRATION Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 Status : ACTIVE

*B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D T I M E S U M M A R Y*

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.20 | 126.00 | | | | |
| BECKER, GARY M. | 0.70 | 378.00 | | | | |
| LANE, JOANNE | 0.10 | 21.00 | | | | |
| GAVIGAN, JAMES C | 2.00 | 440.00 | | | | |
| Total: | 3.00 | 965.00 | | | | |

*B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D C O S T S S U M M A R Y*

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0950 OUT-OF-TOWN TRAVEL | 215.00 | | | | |
| Costs Total : | 215.00 | | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 06/02/2006 | TO: | 06/30/2006 |
| UNBILLED DISB FROM: | 06/13/2006 | TO: | 06/13/2006 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 6,894.00 | 3.90 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/30/2006 | 06/13/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

## ACCOUNTS RECEIVABLE TOTALS / UNAPPLIED CASH

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 9,288.00 | | |
| DISBURSEMENTS: | 6.15 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 9,294.15 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

## BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 06/30/06 | LAST PAYMENT DATE: | 06/26/06 |
| LAST BILL NUMBER: | 438747 | ACTUAL FEES BILLED TO DATE: | 226,564.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 226,564.50 |
| LAST BILL THRU DATE: | 05/31/06 | FEES WRITTEN OFF TO DATE: | 21,567.50 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest (Total Unbilled) | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 06/12/06 | 06/19/06 | 1.00 | 630.00 |
| 05292 | BECKER, GARY M. | CRED | 06/02/06 | 06/30/06 | 11.60 | 6,264.00 |
| | Total: | | | | 12.60 | 6,894.00 |

Sub-Total Hours : 1.00 Partners 11.60 Counsels 0.00 Associates 0.00 Legal Assts 0.00 Others

UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry (Total Unbilled) | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 06/13/06 | 06/13/06 | 3.90 |
| | Total | | | 3.90 |
| | Grand Total | | | 6,897.90 |

ACCOUNTS RECEIVABLE (Reflects Payments As of 07/21/06 10:07:44)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/31/06 | 12/31/05 | 429349 | 12,652.00 | 259.90 | | 12,911.90 | 03/28/06 | |
| 05/19/06 | 03/31/06 | 437384 | 17,928.00 | 99.00 | | 18,027.00 | 05/19/06 | |
| 06/30/06 | 05/31/06 | 438747 | 9,288.00 | 6.15 | | .00 | | 9,294.15 |
| | | Total: | 39,868.00 | 365.05 | | 30,938.90 | | 9,294.15 |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00002 — Orig Prtnr : CRED. RGTS - 06975 — Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE — Bill Prtnr : BENTLEY PHILIP - 02495 — Bill Frequency: M
Matter Name : CREDITOR COMMITTEE — Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 — Status : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 06/12/06 | Conf. with shareholder | 0.30 | 189.00 | 6373546 | 06/30/2006 | | |
| BENTLEY, PHILIP | 06/19/06 | TC with shareholder | 0.70 | 441.00 | 6373544 | 06/30/2006 | | |
| Total For BENTLEY P - 02495 | | | 1.00 | 630.00 | | | | |
| BECKER, GARY M. | 06/02/06 | conf Grace shareholder | 0.40 | 216.00 | 6337640 | 06/06/2006 | | |
| BECKER, GARY M. | 06/06/06 | conf shareholder re case issues | 0.50 | 270.00 | 6341190 | 06/07/2006 | | |
| BECKER, GARY M. | 06/08/06 | Conf. shareholder (0.4); conf. second shareholder (0.4); conf. third shareholder (0.5) | 1.30 | 702.00 | 6344813 | 06/12/2006 | | |
| BECKER, GARY M. | 06/09/06 | Conf. shareholder (0.3); conf. second shareholder (0.3) | 0.60 | 324.00 | 6344812 | 06/12/2006 | | |
| BECKER, GARY M. | 06/12/06 | Conf. shareholder re case issues | 0.50 | 270.00 | 6348751 | 06/14/2006 | | |
| BECKER, GARY M. | 06/13/06 | Email re Montana action to Equity Committee (0.3); conf. shareholder re case issues (0.5); conf. second shareholder (0.4) | 1.20 | 648.00 | 6348750 | 06/14/2006 | | |
| BECKER, GARY M. | 06/14/06 | Conf. shareholder re case issues (0.3); conf. Weschler re case issues (0.5) | 0.80 | 432.00 | 6351852 | 06/16/2006 | | |
| BECKER, GARY M. | 06/15/06 | Conf. shareholder (0.4); conf. second shareholder (0.5) | 0.60 | 324.00 | 6357943 | 06/21/2006 | | |
| BECKER, GARY M. | 06/16/06 | Conf. Shareholder re case issues (0.3); conf. second shareholder 90.3) | 0.60 | 324.00 | 6356070 | 06/21/2006 | | |
| BECKER, GARY M. | 06/20/06 | Conf. Weschler (x2) re omnibus hearing and other case issues and send him hearing exhibits(0.9); prepare and circulate memo to committee re status (1.0); conf. shareholder re case issues (0.5); conf. second shareholder re case issues 90.3) | 2.70 | 1,458.00 | 6356071 | 06/21/2006 | | |
| BECKER, GARY M. | 06/21/06 | Send status report to committee (0.2); conf. shareholder re case issues (0.3) | 0.50 | 270.00 | 6361793 | 06/25/2006 | | |
| BECKER, GARY M. | 06/26/06 | conf shareholder re case issues | 0.50 | 270.00 | 6365315 | 06/27/2006 | | |
| BECKER, GARY M. | 06/27/06 | Conf. shareholder re case issues (0.5); conf. second shareholder re case issues (0.3) | 0.80 | 432.00 | 6367361 | 06/28/2006 | | |
| BECKER, GARY M. | 06/30/06 | conf shareholder re case issues | 0.60 | 324.00 | 6378291 | 07/05/2006 | | |
| Total For BECKER G - 05292 | | | 11.60 | 6,264.00 | | | | |
| | | Fee Total | 12.60 | 6,894.00 | | | | |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 06/13/06 | 3.90 | 7483708 | 379740 | 06/14/06 |
| | 0820 PHOTOCOPYING Total : | | 3.90 | | | |
| Costs Total : | | | 3.90 | | | |

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00002 Orig Prtnr : CRED. RGTS - 06975 Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : CREDITOR COMMITTEE Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 Status : ACTIVE

*B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D T I M E S U M M A R Y*

| *Employee Name* | *Hours* | *Amount* | *Bill* | *W/o / W/u* | *Transfer To Clnt/Mtr* | *Carry Forward* |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.00 | 630.00 | | | | |
| BECKER, GARY M. | 11.60 | 6,264.00 | | | | |
| **Total:** | **12.60** | **6,894.00** | | | | |

*B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D C O S T S S U M M A R Y*

| *Code Description* | *Amount* | *Bill* | *W/o / W/u* | *Transfer To Clnt/Mtr* | *Carry Forward* |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 3.90 | | | | |
| **Costs Total :** | **3.90** | | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 06/06/2006 TO: 06/28/2006
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,836.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/28/2006 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 1,782.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 1,782.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 06/30/06 | LAST PAYMENT DATE: | 06/26/06 |
| LAST BILL NUMBER: | 438747 | ACTUAL FEES BILLED TO DATE: | 128,505.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 128,505.00 |
| LAST BILL THRU DATE: | 05/31/06 | FEES WRITTEN OFF TO DATE: | 444.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Total Unbilled Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 06/06/06 | 06/28/06 | 3.40 | 1,836.00 |
| | Total: | | | | 3.40 | 1,836.00 |

Sub-Total Hours : 0.00 Partners 3.40 Counsels 0.00 Associates 0.00 Legal Assts 0.00 Others

A C C O U N T S   R E C E I V A B L E (Reflects Payments As of 07/21/06 10:07:44)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/31/06 | 12/31/05 | 429349 | 1,196.00 | .00 | | 1,196.00 | 03/28/06 | |
| 05/19/06 | 03/31/06 | 437384 | 2,052.00 | .00 | | 2,052.00 | 05/19/06 | |
| 06/30/06 | 05/31/06 | 438747 | 1,782.00 | .00 | | .00 | | 1,782.00 |
| | Total: | | 5,030.00 | .00 | | 3,248.00 | | 1,782.00 |

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/06/06 | review fee auditor report (0.3); review objections to Lloyd's settlement motion (0.6) | 0.90 | 486.00 | 6341191 | 06/07/2006 | | |
| BECKER, GARY M. | 06/07/06 | Review grace pension motion and order | 0.40 | 216.00 | 6344814 | 06/12/2006 | | |
| BECKER, GARY M. | 06/21/06 | Review documents re Equitas settlement (0.8); review other motions and pleadings (0.4) | 1.20 | 648.00 | 6361794 | 06/25/2006 | | |
| BECKER, GARY M. | 06/28/06 | Review motion to assume and assign houston lease; review motion to continue LTIP; prepare email to Weschler re two motions | 0.90 | 486.00 | 6374235 | 06/30/2006 | | |
| Total For BECKER G - 05292 | | | 3.40 | 1,836.00 | | | | |
| | | Fee Total | 3.40 | 1,836.00 | | | | |

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M
Status : ACTIVE

*B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D T I M E S U M M A R Y*

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 3.40 | 1,836.00 | | | | |
| Total: | 3.40 | 1,836.00 | | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:44

| | | |
|---|---|---|
| Matter No: 056772-00007 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : REORGANIZATION PLAN | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 06/08/2006 | TO: | 06/20/2006 |
| UNBILLED DISB FROM: | 05/16/2006 | TO: | 05/16/2006 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,878.00 | 6.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 06/20/2006 | 05/16/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 14,670.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 14,670.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 06/30/06 | LAST PAYMENT DATE: | 06/26/06 |
| LAST BILL NUMBER: | 438747 | ACTUAL FEES BILLED TO DATE: | 136,481.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 136,481.50 |
| LAST BILL THRU DATE: | 05/31/06 | FEES WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

| | | | |
|---|---|---|---|
| (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee | |
| (2) Late Time & Costs Posted | (5) Business Development | (8) Premium | |
| (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding | (10) Client Arrangement |

BILL NUMBER:__________ DATE OF BILL:__________ Processed by:__________ FRC:__________ CRC:__________