```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   15
Run Date & Time: 07/21/2006 10:07:44                     *PRIVILEGED AND CONFIDENTIAL*

Matter.No: 056772-00007                                                      Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ---------------- Total Unbilled ------------
Emp Id Employee Name                    Group            Oldest      Latest         Hours       Amount

00358  FRIEDMAN, ALAN R.                LITI             06/20/06    06/20/06        0.30        204.00
05292  BECKER, GARY M.                  CRED             06/08/06    06/20/06        3.10      1,674.00
                       Total:                                                        3.40      1,878.00

Sub-Total Hours :    0.30 Partners     3.10 Counsels     0.00 Associates      0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  --------- Total Unbilled ---------
Code Description                         Oldest      Latest        Total
                                         Entry       Entry         Amount

0940  CAB FARES                          05/16/06    05/16/06         6.00
                       Total                                          6.00
                                                                  ==========
                       Grand Total                                1,884.00
                                                                  ==========

A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 07/21/06 10:07:44)
                         --------- Billed --------         Applied      ---- Collections ----       Balance
Bill Date Thru Date Bill#   Fee & OA     Disbursement      From OA      Total         Date          Due

05/19/06 03/31/06 437384   16,416.00         7.00                      16,423.00  06/26/06
06/30/06 05/31/06 438747   14,670.00          .00                            .00                   14,670.00
                         ----------                                  ----------                    ----------
          Total:          31,086.00          7.00                      16,423.00                   14,670.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   16
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00007                               Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name           Work Date    Description                                             Hours      Amount     Index#   Batch Date  Task Act
-------------           ---------    -----------                                             -----      ------     ------   ----------  --------

FRIEDMAN, ALAN R.       06/20/06     T/c Mr. Becker.                                          0.30      204.00     6359142  06/22/2006

    Total For FRIEDMAN A - 00358                                                              0.30      204.00

BECKER, GARY M.         06/08/06     Attention email from Bernick                             0.10       54.00     6344815  06/12/2006
BECKER, GARY M.         06/13/06     Research re Montana action and decision                  1.80      972.00     6348752  06/14/2006
                                     dismissing part of conspiracy count (1.4);
                                     conf. Baer re mediation and re Montana action
                                     (0.4)
BECKER, GARY M.         06/20/06     Conf. Glosban re omnibus hearing events (0.4);           0.80      432.00     6356072  06/21/2006
                                     conf. A. Freidman re SEC issues (0.4)
BECKER, GARY M.         06/20/06     Review Grace pleadings                                   0.40      216.00     6356073  06/21/2006

    Total For BECKER G - 05292                                                                3.10    1,674.00

                                                     Fee Total                                3.40    1,878.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                         Employee                       Date       Amount    Index#   Batch No  Batch Date
----------------                         --------                       ----       ------    ------   --------  ----------

CAB FARES                    0940
  JULIET RAMDIN, CASHIER                 BECKER, G M                  05/16/06       6.00    7480215   379566    06/09/06
    CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
     0940 CAB FARES Total :                                                          6.00

            Costs Total :                                                            6.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    17
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:44

Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status   : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name             Hours       Amount          Bill        W/o / W/u    Transfer To   Clnt/Mtr    Carry Forward

FRIEDMAN, ALAN R.          0.30        204.00
BECKER, GARY M.            3.10      1,674.00
        Total:             3.40      1,878.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                      Amount          Bill        W/o / W/u    Transfer To   Clnt/Mtr    Carry Forward

0940 CAB FARES                          6.00

         Costs Total :                  6.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   18
Run Date & Time: 07/21/2006 10:07:44                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

Special Billing Instructions:

                                       PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   06/01/2006                TO: 06/28/2006
          UNBILLED DISB FROM:   04/13/2006                TO: 05/19/2006

                                     FEES                              COSTS

    GROSS BILLABLE AMOUNT:           1,532.00                          177.90
    AMOUNT WRITTEN DOWN:
              PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
            THRU DATE:                            06/28/2006                       05/19/2006
CLOSE MATTER/FINAL BILLING?       YES      OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                    ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

        FEES:                       7,292.33       UNIDENTIFIED RECEIPTS:         0.00
DISBURSEMENTS:                         12.45           PAID FEE RETAINER:         0.00
FEE RETAINER:                           0.00          PAID DISB RETAINER:         0.00
DISB RETAINER:                          0.00        TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:                  7,304.78              TRUST BALANCE:
                                              BILLING HISTORY
   DATE OF LAST BILL:             06/30/06           LAST PAYMENT DATE:       06/26/06
   LAST BILL NUMBER:               438747   ACTUAL FEES BILLED TO DATE:     111,841.00
                                            ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                 TOTAL FEES BILLED TO DATE: 111,841.00
   LAST BILL THRU DATE:           05/31/06         FEES WRITTEN OFF TO DATE:   4,424.50

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee          (4) Excessive Legal Time         (7) Fixed Fee
   (2) Late Time & Costs Posted    (5) Business Development         (8) Premium
   (3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE   19
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00008                                                      Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status      : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y            ------------- Total Unbilled -------------
Emp Id Employee Name              Group              Oldest       Latest       Hours       Amount

05292  BECKER, GARY M.            CRED             06/09/06    06/27/06        0.80       432.00
       PARAPROFESSIONALS
06451  GAVIGAN, JAMES C           CRED             06/01/06    06/28/06        5.00     1,100.00

                      Total:                                                   5.80     1,532.00

Sub-Total Hours :    0.00 Partners     0.80 Counsels     0.00 Associates     5.00 Legal Assts     0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y    ------------- Total Unbilled -------------
Code  Description                          Oldest       Latest        Total
                                           Entry        Entry         Amount

0820  PHOTOCOPYING                       04/13/06     04/13/06       161.10
0930  MESSENGER/COURIER                  05/19/06     05/19/06        16.80

                      Total                                          177.90

                      Grand Total                                  1,709.90
                                                                   ==========

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 07/21/06 10:07:45)
                                 ------- Billed --------    Applied    ---- Collections ----   Balance
Bill Date Thru Date Bill#        Fee & OA   Disbursement    From OA    Total         Date        Due

01/31/06 12/31/05  429349        8,200.00        33.42                 8,233.42  03/28/06
05/19/06 03/31/06  437384        8,636.00        41.52                 5,220.19  06/26/06      3,457.33
06/30/06 05/31/06  438747        3,835.00        12.45                      .00                3,847.45

                   Total:       20,671.00        87.39                13,453.61                7,304.78
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    20
Run Date & Time: 07/21/2006 10:07:45                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name        Work Date    Description                                           Hours       Amount    Index#   Batch Date Task Act
-------------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.      06/09/06 Review and revise invoice                                  0.50       270.00   6344816  06/12/2006
BECKER, GARY M.      06/27/06 Conf. Gavigan re fee application                           0.30       162.00   6367362  06/28/2006
                                                                                        -----     --------
 Total For BECKER G - 05292                                                              0.80       432.00

GAVIGAN, JAMES C     06/01/06 sending Angela filed versions of both monthly              0.50       110.00   6350548  06/15/2006
                              and quarterly fee apps
GAVIGAN, JAMES C     06/02/06 working with Joanne Lane on SQL Database                   0.90       198.00   6350549  06/15/2006
GAVIGAN, JAMES C     06/06/06 checking Fees and Expense chart against are                0.80       176.00   6350550  06/15/2006
                              fees to make sure they match up
GAVIGAN, JAMES C     06/28/06 producing April fee app                                    2.80       616.00   6375093  06/30/2006
                                                                                        -----    ---------
 Total For GAVIGAN J - 06451                                                             5.00     1,100.00

                                                    Fee Total                            5.80     1,532.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code          Employee                                  Date              Amount     Index#  Batch No  Batch Date
-----------------------------------------------------------------------------------------------------------------------------

PHOTOCOPYING    0820
   PHOTOCOPYING           BENTLEY, P                              04/13/06            161.10    7497606   380366   06/28/06
                          0820 PHOTOCOPYING Total :               161.10

MESSENGER/COURIER    0930
   FEDERAL EXPRESS CORPORAT   GAVIGAN, J C                        05/19/06              8.40    7479058   379527   06/09/06
       Klett Rooney Lieber & Shorling
   FEDERAL EXPRESS CORPORAT   GAVIGAN, J C                        05/19/06              8.40    7479059   379527   06/09/06
       Klett Rooney Lieber & Shorling
                          0930 MESSENGER/COURIER Total :           16.80

                   Costs Total :                                  177.90
```

```
alp_132r: Matter Detail                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   21
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status       : ACTIVE

    B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y
    Employee Name                    Hours      Amount             Bill       W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

    BECKER, GARY M.                   0.80       432.00
    GAVIGAN, JAMES C                  5.00     1,100.00
                      Total:         5.80     1,532.00

    B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
    Code Description                       Amount                  Bill       W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

    0820 PHOTOCOPYING                       161.10
    0930 MESSENGER/COURIER                   16.80
                 Costs Total :              177.90
```

Case 01-01139-AMC   Doc 12901-2   Filed 08/02/06   Page 8 of 20

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    22
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00012                                Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:    06/01/2006            TO:  06/30/2006
      UNBILLED DISB FROM:    05/30/2006            TO:  05/30/2006

                        FEES                     COSTS
                     -----------              -----------
  GROSS BILLABLE AMOUNT:       3,733.00                 11.50
  AMOUNT WRITTEN DOWN:
             PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
           THRU DATE:                              05/30/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                               ACCOUNTS RECEIVABLE TOTALS            UNAPPLIED CASH
                    FEES:        20,628.00
           DISBURSEMENTS:         1,576.37       UNIDENTIFIED RECEIPTS:      0.00
             FEE RETAINER:            0.00          PAID FEE RETAINER:      0.00
            DISB RETAINER:            0.00         PAID DISB RETAINER:      0.00
        TOTAL OUTSTANDING:        22,204.37      TOTAL AVAILABLE FUNDS:     0.00
                                                        TRUST BALANCE:
                                                    BILLING HISTORY
       DATE OF LAST BILL:    06/30/06                LAST PAYMENT DATE:          06/26/06
        LAST BILL NUMBER:      438747    ACTUAL FEES BILLED TO DATE:       541,968.00
                                        ON ACCOUNT FEES BILLED TO DATE:         0.00
                                               TOTAL FEES BILLED TO DATE:  541,968.00
    LAST BILL THRU DATE:    05/31/06       FEES WRITTEN OFF TO DATE:         4,417.50

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:
                 (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
                 (2) Late Time & Costs Posted (5) Business Development     (8) Premium
                 (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    23
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00012                                            Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y    ---------------- Total Unbilled ----------------
Emp Id Employee Name              Group           Oldest       Latest        Hours         Amount
                                                  ------       ------        -----         ------
02495  BENTLEY, PHILIP            CRED             06/21/06    06/29/06       0.60         378.00
05292  BECKER, GARY M.            CRED             06/16/06    06/30/06       3.50       1,890.00
       PARAPROFESSIONALS
03691  LANE, JOANNE               Lega             06/01/06    06/05/06       2.00         420.00
85424  DOMINGUEZ, ORLANDO         Lega             06/01/06    06/02/06       5.50       1,045.00

                         Total:                                              11.60       3,733.00

Sub-Total Hours :       0.60 Partners     3.50 Counsels     0.00 Associates     0.00 Legal Assts    7.50 Others

U N B I L L E D   C O S T S   S U M M A R Y  ------ Total Unbilled ------
Code  Description                              Oldest     Latest       Total
                                               Entry      Entry        Amount
                                               ------     ------       ------
0940  CAB FARES                                05/30/06   05/30/06      11.50

                         Total                                          11.50
                  Grand Total                                        3,744.50
                                                                    ==========

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 07/21/06 10:07:45)
                      ------ Billed ------                         Applied   ---- Collections ----    Balance
Bill Date Thru Date Bill#       Fee & OA       Disbursement        From OA   Total          Date      Due
                                --------       ------------        -------   -----          ----      ---
01/31/06 12/31/05  429349     29,220.50          1,542.46                   30,762.96   03/28/06      18,614.66
05/19/06 03/31/06  437384     18,225.00          2,844.20                    2,454.54   06/26/06       3,589.71
06/30/06 05/31/06  438747      2,403.00          1,186.71                         .00

           Total:             49,848.50          5,573.37                   33,217.50                 22,204.37
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    24
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status       : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                                Hours      Amount     Index#   Batch Date  Task Act

BENTLEY, PHILIP         06/21/06    Discs GB and review his memo re yesterday's                 0.30      189.00    6373547  06/30/2006
                                    hearing
BENTLEY, PHILIP         06/29/06    Review recent correspondence and discs GB                   0.30      189.00    6373548  06/30/2006
                                                                                               ------    --------
        Total For BENTLEY P - 02495                                                             0.60      378.00

BECKER, GARY M.         06/16/06    Review and annotate Petersen USG report                     1.00      540.00    6356074  06/21/2006
BECKER, GARY M.         06/21/06    Attention Baer email re CMO and emails re same              1.30      702.00    6361795  06/25/2006
                                    (0.9); conf. Bentley re asbestos claims (0.4)
BECKER, GARY M.         06/29/06    Conf. Bentley re PI estimation procedures                   0.60      324.00    6374236  06/30/2006
BECKER, GARY M.         06/30/06    emails Pasquale re DI questionnaire.                        0.60      324.00    6378292  07/05/2006
                                                                                               ------    --------
        Total For BECKER G - 05292                                                              3.50     1,890.00

DOMINGUEZ, ORLANDO      06/01/06    Checking contents of DVDs and CD for J. Lane;               2.50      475.00    6353291  06/19/2006
                                    Copying of entire DVD/CD contents onto the
                                    network; import of images into IPRO
DOMINGUEZ, ORLANDO      06/02/06    Copying DVDs/CDs onto the network; importing of             3.00      570.00    6353292  06/19/2006
                                    images into existing IPRO project.
                                                                                               ------    --------
        Total For DOMINGUEZ O - 85424                                                           5.50     1,045.00

LANE, JOANNE            06/01/06    Creating IPRO project for images received on                0.50      105.00    6337415  06/06/2006
                                    DVD; Conferring with, E-mail to/From Orlando
                                    Dominguez re data on DVDs and CDs; Reviewing
                                    inventory re same.
LANE, JOANNE            06/02/06    Conferring with Orlando Dominguez re loading                1.20      252.00    6337414  06/06/2006
                                    tiff images into IPRO; Reviewing images in
                                    IPRO; E-mail to/from, conferring with others in
                                    TSG re SQL database received; Reviewing list of
                                    SQL tables; E-mail to Jamie Gavigan re same.
LANE, JOANNE            06/05/06    Updating image database; Telephone                          0.30       63.00    6343251  06/09/2006
                                    conversations with Jamie Gavigan, Gary Becker
                                    re same; E-mail to Orlando Dominguez re same.
                                                                                               ------    --------
        Total For LANE J - 03691                                                                2.00      420.00

                                                         Fee Total                             11.60     3,733.00

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                                        Date            Employee              Amount       Index#    Batch No   Batch Date
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   25
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status       : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code              Employee                      Date         Amount        Index#    Batch No   Batch Date

CAB FARES          0940
  JULIET RAMDIN, CASHIER       BENTLEY, P                   05/30/06      11.50        7501701   380440     06/29/06
    CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
                                    0940 CAB FARES Total :                11.50


              Costs Total :                                               11.50
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    26
                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00012                                           Orig Prtnr : CRED. RGTS     - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
   Employee Name              Hours        Amount         Bill        W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

BENTLEY, PHILIP                0.60         378.00  _____  _____                              _____
BECKER, GARY M.                3.50       1,890.00
LANE, JOANNE                   2.00         420.00
DOMINGUEZ, ORLANDO             5.50       1,045.00  _____  _____                              _____
       Total:                 11.60       3,733.00


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                         Amount                Bill        W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

0940 CAB FARES                            11.50  _____  _____                              _____

       Costs Total :                      11.50
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   27
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00019                              Orig Prtnr  : CRED. RGTS        - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP    - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status       : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------
                                                PRE-BILLING SUMMARY REPORT

             UNBILLED TIME  FROM:   06/12/2006                    TO:   06/19/2006
             UNBILLED DISB. FROM:   05/15/2006                    TO:   06/22/2006

                                    FEES                                    COSTS
                                    ----                                    -----
    GROSS BILLABLE AMOUNT:            3,132.00                                311.00
       AMOUNT WRITTEN DOWN:
                   PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                THRU DATE:                              06/19/2006                         06/22/2006
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------
                 ACCOUNTS RECEIVABLE TOTALS                                              UNAPPLIED CASH

                      FEES:          15,329.90          UNIDENTIFIED RECEIPTS:                 0.00
              DISBURSEMENTS:          2,157.50              PAID FEE RETAINER:                 0.00
              FEE RETAINER:               0.00             PAID DISB RETAINER:                 0.00
             DISB RETAINER:               0.00          TOTAL AVAILABLE FUNDS:                 0.00
         TOTAL OUTSTANDING:          17,487.40                 TRUST BALANCE:
                                                               BILLING HISTORY
        DATE OF LAST BILL:          06/30/06          LAST PAYMENT DATE:              06/26/06
         LAST BILL NUMBER:            438747    ACTUAL FEES BILLED TO DATE:         134,145.50
                                                ON ACCOUNT FEES BILLED TO DATE:           0.00
                                                   TOTAL FEES BILLED TO DATE:       134,145.50
      LAST BILL THRU DATE:          05/31/06         FEES WRITTEN OFF TO DATE:         5,087.68

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
         (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
         (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
         (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____           CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    28
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ---------------- Total Unbilled ----------
Emp Id Employee Name          Group            Oldest       Latest         Hours       Amount

05292 BECKER, GARY M.         CRED             06/12/06    06/19/06         5.80      3,132.00
                    Total:                                                  5.80      3,132.00

Sub-Total Hours :    0.00 Partners      5.80 Counsels       0.00 Associates      0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ----- Total Unbilled -----
Code  Description                      Oldest       Latest           Total
                                       Entry        Entry           Amount

0940  CAB FARES                        05/15/06    05/15/06           18.00
0950  OUT-OF-TOWN TRAVEL               06/22/06    06/22/06          293.00
                    Total:                                           311.00
              Grand Total                                          3,443.00
                                                                 ===========

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 07/21/06 10:07:45)
                              -------- Billed --------    Applied    ---- Collections ----     Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement    From OA    Total        Date           Due

01/31/06 12/31/05 429349      13,936.00       803.00                 7,401.10  03/28/06       7,337.90
05/19/06 03/31/06 437384       6,426.00     1,977.40                      .00                 8,403.40
06/30/06 05/31/06 438747       1,566.00       180.10                      .00                 1,746.10
                    Total:   21,928.00     2,960.50                  7,401.10                17,487.40
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    29
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name          Work Date    Description                                      Hours      Amount      Index#   Batch Date  Task Act
-----------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.        06/12/06   Review agenda for omnibus hearing                   0.30      162.00     6348753   06/14/2006
BECKER, GARY M.        06/16/06   prepare for omnibus hearing                         0.50      270.00     6356075   06/21/2006
BECKER, GARY M.        06/19/06   Prepare for and attend omnibus hearing,             5.00    2,700.00     6356076   06/21/2006
                                  including conf. client in connection with same

Total For BECKER G - 05292                                                            5.80    3,132.00

                                          Fee Total                                   5.80    3,132.00

U N B I L L E D    C O S T S    D E T A I L
Description/Code                        Employee                   Date          Amount      Index#   Batch No   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------
CAB FARES                    0940
  JULIET RAMDIN, CASHIER               BECKER, G M               05/15/06         18.00     7480214    379566    06/09/06
  CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
                          0940 CAB FARES Total :                                  18.00

OUT-OF-TOWN TRAVEL           0950
  DINERS CLUB CITICORP DIN             BECKER, G M               06/22/06        293.00     7492051    380108    06/26/06
  OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS
  CLUB STM/WIL - 06/19/06
                          0950 OUT-OF-TOWN TRAVEL Total :                        293.00

          Costs Total :                                                          311.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    30
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00019                                  Orig Prtnr : CRED. RGTS    - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name           Hours      Amount             Bill      W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward

BECKER, GARY M.          5.80     3,132.00
         Total:          5.80     3,132.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount             Bill      W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward

0940 CAB FARES                       18.00
0950 OUT-OF-TOWN TRAVEL             293.00
         Costs Total :              311.00
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   31
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00028                                                      Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                              Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate


                                                     PRE-BILLING SUMMARY REPORT

                        UNBILLED TIME FROM:  06/19/2006                 TO:  06/19/2006
                        UNBILLED DISB FROM:                             TO:


                                             FEES                     COSTS

        GROSS BILLABLE AMOUNT:            1,431.00                     0.00
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                         06/19/2006
  CLOSE MATTER/FINAL BILLING?  YES    OR    NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:



                                ACCOUNTS RECEIVABLE TOTALS                                                UNAPPLIED CASH

                 FEES:                   12,649.00            UNIDENTIFIED RECEIPTS:           0.00
         DISBURSEMENTS:                    -182.60               PAID FEE RETAINER:            0.00
         FEE RETAINER:                        0.00              PAID DISB RETAINER:            0.00
        DISB RETAINER:                        0.00           TOTAL AVAILABLE FUNDS:            0.00
      TOTAL OUTSTANDING:                 12,466.40                    TRUST BALANCE:
                                                                    BILLING HISTORY
 DATE OF LAST BILL:         06/30/06              LAST PAYMENT DATE:       06/26/06
 LAST BILL NUMBER:           438747     ACTUAL FEES BILLED TO DATE:      59,659.00
                                          ON ACCOUNT FEES BILLED TO DATE:     0.00
                                              TOTAL FEES BILLED TO DATE: 59,659.00
 LAST BILL THRU DATE:       05/31/06           FEES WRITTEN OFF TO DATE: 25,258.50


FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee            (4) Excessive Legal Time       (7) Fixed Fee
         (2) Late Time & Costs Posted      (5) Business Development       (8) Premium
         (3) Pre-arranged Discount         (6) Summer Associate           (9) Rounding          (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    32
                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00028                                           Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                  Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y        ------------- Total Unbilled -------------
Emp Id Employee Name              Group           Oldest       Latest          Hours         Amount

05292  BECKER, GARY M.            CRED             06/19/06    06/19/06         5.30        1,431.00
                       Total:                                                   5.30        1,431.00

Sub-Total Hours :   0.00 Partners    5.30 Counsels    0.00 Associates    0.00 Legal Assts   0.00 Others

A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 07/21/06:10:07:45)
                                        Billed          -----  Applied -----  ---- Collections ----     Balance
Bill Date Thru Date Bill#       Fee & OA     Disbursement       From OA         Total        Date         Due

01/31/06 12/31/05 429349        7,771.00            .00             .00           .00                    7,771.00
05/19/06 03/31/06 437384        4,068.00            .00             .00           .00                    4,068.00
06/30/06 05/31/06 438747          810.00        -182.60             .00           .00                      627.40
                                ---------    ----------                                                  ---------
                 Total:        12,649.00        -182.60             .00                                 12,466.40
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   33
                                             *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00028                             Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                  Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date      Description                              Hours      Amount        Index#    Batch Date  Task Act
-----------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.         06/19/06  Non working travel in connection with omnibus  5.30    1,431.00      6356077   06/21/2006
                                  hearing attendance

  Total For BECKER G - 05292                                                     5.30    1,431.00

                                                        Fee Total                5.30    1,431.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   34
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/21/2006 10:07:45

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                   Status      : ACTIVE

      B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name          Hours       Amount            Bill      W/o / W/u     Transfer To   Clnt/Mtr    Carry Forward

BECKER, GARY M.         5.30      1,431.00

      Total:            5.30      1,431.00
```