# HR&A                                                     INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

July 5, 2006

Invoice No. HRA20060705

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of June, 2006.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>36.5 hours @ $ 550 per hour | $ 20,075.00 |
| Robert H. Sims<br>15.1 hours @ $ 400 per hour | 6,040.00 |
| Paul K. Honig<br>29.0 hours @ $ 275 per hour | 7,975.00 |
| Joshua S. Katz<br>2.2 hours @ $ 200 per hour | 240.00 |
| **TOTAL DUE:** | **$ 34,530.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES             NEW YORK

JUNE, 2006 TIME LOG OF FRANCINE F. RABINOVITZ

DATE      TIME  TASK

06/01/06  2.5   Start review of data conversion to analytic form.

06/02/06  3.7   Continue review of data conversion to analytic form.

06/05/06  3.5   Continue review of data conversion.

06/06/06  4.5   Continue review of data conversion and begin to vet assumptions.

06/12/06  6.0   Read Institute of Medicine Report on asbestos causation with regard to Other Cancers (3.0); talk with Jay Sakalo re meso only estimate (0.5); talk with Robert H. Sims re meso estimate (0.5); work on meso estimate, investigate Manville recent history re mesos (2.0.).

06/13/06  3.0   Continue to work on data base (2.5); talk w. Dan Relles (0.5).

06/14/06  5.3   Continue to work on basis for estimate (4.0); review tables (0.5); talk with Robert H. Sims (0.3); compose and send note to Jay Sakalo, Scott Baena re results (0.5).

06/15/06  1.5   Work on NPV version of estimate (1.0); talk with Dan Relles of LAS about counts (0.3); talk with Robert H. Sims about check on averages and counts (0.2).

06/21/06  0.5   Talk with Scott Baena re outcome of mediation and proposed meeting.

06/22/06  3.0   Review tabulations from Dan Relles (1.5); talk with Robert H. Sims re Relles response (0.5); attend committee phone call (1.0).

06/23/06  2.5   Review revised baseline calculations per Relles response.

06/29/06  0.5   Update from Joshua S. Katz re committee phone call.

TOTAL:    36.5

JUNE, 2006 TIME LOG OF ROBERT H. SIMS

DATE      TIME TASK

06/02/06  0.4  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/05/06  1.2  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/06/06  1.4  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/07/06  0.7  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/08/06  0.3  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/12/06  1.0  Review and comment on Paul Honig e-mail regarding Grace claims data processing (0.5); talk with Francine F. Rabinovitz re meso estimate (0.5).

06/14/06  3.4  Prepare initial analysis of liabilities (3.1), discuss with Francine F. Rabinovitz (0.3).

06/15/06  1.2  Revise initial analysis of liabilities (1.0); talk with Francine F. Rabinovitz re check on averages and counts (0.2).

06/21/06  1.5  Review Dan Relles' runs of Grace claims & discuss with Paul Honig.

06/22/06  1.0  Review Paul Honig spreadsheet of Relles' analysis (0.5); discuss Relles' response with Francine F. Rabinovitz (0.5).

06/23/06  1.0  Further review and analysis of Honig runs.

06/30/06  2.0  Initial reviews of potential revision to Grace liability forecast.

TOTAL:    15.1

JUNE, 2006 TIME LOG OF PAUL K. HONIG

DATE      TIME TASK

06/01/06   3.0  Investigate multiple attorney records for the set of records for a given matter: claimant.

06/02/06   1.5  Continue identifying relationship of attorney records (primary, secondary, etc) with claimant records.

06/05/06   3.5  Continue multiple attorney record investigation; draw random samples to examine attorney names.

06/06/06   7.5  Move forward on creating analytic file; where choice unclear we document our decisions for later review; after law firm edits, bring the file through to Manmgr; once again, charkey Manmrg is nearly zero.

06/08/06   3.5  Create program flow of work & document decisions made to produce file for review later.

06/12/06   0.5  Produce several tables for Robert H. Sims.

06/14/06   0.5  Subdivide analysis file and e-mail parts to Robert H. Sims.

06/15/06   0.5  Contact Dan Relles on Robert H. Sims' behalf for "reality check" on our filed/closed, settled amounts by disease; Dan Relles needs more info from Francine F. Rabinovitz before disclosing.

06/21/06   3.5  Create various spreadsheets based on Dan Relles' txt file of tables.

06/22/06   3.5  Rerun our dedup with Dan Relles' definition of "Closed" & compared to our earlier results.

06/24/06   1.5  Incorporate cpi values inflating $ to Yr2005 for our data & resend updated spreadsheet.

TOTAL:    29.0

JUNE, 2006 TIME LOG OF JOSHUA S. KATZ

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

06/01/06   0.2  Review of e-mail from Jay Sakalo regarding Lloyd's motion.

06/06/06   0.7  Review of memo and CDs/DVDs from Bilzin paralegal Wanda Roman (0.3); review of PI database CD from Wanda (0.4).

06/29/06   1.0  Committee conference call (0.5); call with Francine F. Rabinovitz re Committee call (0.5).

06/30/06   0.3  Per Francine F. Rabinovitz request, brief call with Jay Sakalo regarding the case schedule moving forward (0.2); e-mail to Francine F. Rabinovitz relaying information from the call (0.1).

TOTAL:     2.2