# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & Co., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Related to Docket No.** 12817 |
| ) | |
| ) | **Hearing Date:** |
| ) | August 21, 2006 at 12:00 p.m. |
| ) | |

### JOINDER OF BRAYTON˜ PURCELL L.L.P. IN THE MOTION OF SIMMONSCOOPER L.L.C. TO AMEND CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

Brayton˜ Purcell, L.L.P. represents certain asbestos personal injury claimants in receipt of the "W.R. Grace Asbestos Personal Injury Questionnaire." Brayton˜ Purcell, L.L.P. hereby joins in the motion of SimmonsCooper, L.L.C. to amend the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities to allow for discovery to be propounded to Debtors and certain non-debtor third parties by each of the claimants. For the reasons set forth in the Motion to Amend, Brayton˜ Purcell, L.L.P. respectfully requests that this Court grant the relief sought, enter an order amending the Case Management Order to allow discovery to be propounded to Debtors and certain non-debtor third parties by each of the Brayton˜ Purcell, L.L.P. claimants and SimmonsCooper, L.L.C. claimants, and grant such other and further relief to which this Court deems said claimants are entitled.

Dated: August 2, 2006                    Respectfully submitted,

/s/Daniel K. Hogan
Daniel K. Hogan (De. Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599

*and*

STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, A Professional Corporation
Sander L. Esserman
Texas Bar No. 06671500
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR BRAYTON˜ PURCELL, L.L.P.