## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 2nd day of August, 2006, a true and correct copy of the foregoing Joinder of Brayton Purcell to the Motion to Amend was served via the manner indicated to the all parties on the 2002 service list.

                                                              */s/ Daniel. K. Hogan*
                                                             Daniel K. Hogan