IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: August 22, 2006 at 4:00 p.m. |

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Scott Whittier  
7500 Grace Drive  
Columbia, MD  21044

July 27, 2006  
Invoice 754397  Page  1

Our Matter #            02399/01527                    For Services Through 06/30/06  
Docket No.              2005-CP-02-879  
Name of Matter:         Quality Maintenance, Inc.

| | | | |
|---|---|---|---|
| 06/05/06 | Review Deposition transcript of Dan Priebe (0.9) | | |
| | C.E. MANNING                              0.90 hrs.    260.00/hr | | $234.00 |
| 06/06/06 | Draft letter to Lil Ann Gray regarding document requests (0.1); review deposition transcript of Rhonda Hatfield (0.9); draft e-mail to Scott Whittier regarding status of the case (0.2) | | |
| | C.E. MANNING                              1.20 hrs.    260.00/hr | | $312.00 |

Less Courtesy Discount.................................................................................... $-546.00

**Fees for Legal Services** ................................................................................. **$0.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C.E. MANNING | 2.10 | 260.00 | 546.00 |
| TOTAL | 2.10 | 260.00 | 546.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/19/2006 | Courier charge | 12.00 |
| 06/04/2006 | VENDOR: Cory E. Manning; INVOICE#: 053006; DATE: 6/4/2006 - Travel to Aiken, SC to tour plant | 52.80 |
| 06/09/2006 | VENDOR: CompuScripts, Inc.; INVOICE#: 24015; DATE: 6/9/2006 - Deposition transcripts of Tirey Voorhies and John Jendrek (5/16/06) | 1,160.55 |
| 06/20/2006 | VENDOR: CompuScripts, Inc.; INVOICE#: 24062; DATE: 6/20/2006 - Deposition transcripts Rhonda Hatfield (5/30/06) and Dan Priebe (5/26/06) | 763.35 |
| 06/20/2006 | VENDOR: CompuScripts, Inc.; INVOICE#: 24057; DATE: 6/20/2006 - Deposition transcripts Rhonda Hatfield (5/30/06) and Dan Priebe (5/26/06) | 1,058.40 |
| 06/20/2006 | Telephone 1-812-849-5415 | 0.05 |
| 06/22/2006 | VENDOR: Ikon Office Solutions; INVOICE#: L0706050304; DATE: 6/22/2006 - May Copies | 24.33 |

**Total Charges for Other Services Provided/Expenses Incurred** ................. **$3,071.48**

## DISBURSEMENT SUMMARY

W. R. Grace & Co.

July 27, 2006
Invoice 754397  Page 2

| Description | Dollars |
|---|---:|
| CopyOut | 24.33 |
| Court Reporters | 2,982.30 |
| Courier - In | 12.00 |
| Telephone | 0.05 |
| Travel | 52.80 |
| TOTAL | $3,071.48 |

**Net current billing for this invoice** ....................................................................... **$3,071.48**

**GRAND TOTAL**............................................................................................................ **$3,071.48**

W. R. Grace & Co.

July 27, 2006
Invoice 754397  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/06

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | |
|---|---:|
| Fees for Professional Services | $546.00 |
| Less Courtesy Discount | $-546.00 |
| Charges for Other Services Provided/Expenses Incurred | $3,071.48 |
| **Net current billing for this invoice** ................................................................ | **$3,071.48** |
| **GRAND TOTAL**........................................................................................... | **$3,071.48** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 20, 2006
Invoice 753554  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 06/30/06 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

06/27/06  Confer with Mr. English regarding revisions to settlement agreement and regarding our clients' concerns.
R.T. CARLISLE          0.70 hrs.     270.00/hr          $189.00

06/30/06  Review site file documents relevant to settlements and stipulations (0.3); draft revisions to stipulation to reflect comments from Ms. Duff and discussion with Mr. English (0.8); draft electronic mail memorandum to Ms. Duff regarding position of PRP Group and regarding my revised draft (0.1); review Ms. Duff's further revisions and comments (0.2).
R.T. CARLISLE          1.40 hrs.     270.00/hr          $378.00

06/30/06  Research file to locate Settlement Agreements between multiple entities for Attorney Carlisle.
L.J. JENNINGS          0.50 hrs.     135.00/hr          $67.50

**Fees for Legal Services** ..................................................................................... $634.50

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 2.10 | 270.00 | 567.00 |
| L.J. JENNINGS | 0.50 | 135.00 | 67.50 |
| TOTAL | 2.60 | $244.04 | $634.50 |

**Net current billing for this invoice** ................................................................ $634.50

**GRAND TOTAL**........................................................................................... $634.50

W. R. Grace & Co.
July 20, 2006
Invoice 753554  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/06

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $634.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$634.50** |
| **GRAND TOTAL** | **$634.50** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Robert Emmett  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044  

July 11, 2006  
Invoice 751356  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 06/30/06 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

06/15/06    Review Title V/PSD applicability issues with Mr. O'Connell and Mr. Emmett.  
B.F. HAWKINS, JR.                         0.60 hrs.    310.00/hr            $186.00

**Fees for Legal Services** ............................................................................................. **$186.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.60 | 310.00 | 186.00 |
| TOTAL | 0.60 | $310.00 | $186.00 |

**Net current billing for this invoice** ........................................................................ $186.00

**GRAND TOTAL**............................................................................................................. **$186.00**

W. R. Grace & Co.

July 11, 2006
Invoice 751356  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/06

W. R. Grace & Co.
Enoree Site Management
Our Matter # 02399/06011

| | |
|---|---:|
| Fees for Professional Services | $186.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$186.00** |
| **GRAND TOTAL** | **$186.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 11, 2006
Invoice 751357  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 06/30/06 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

06/01/06    Message from Mr. Bucens regarding wetland mitigation credits; telephone conference with Ms. Thompson at Beidler Mitigation Bank to confirm reservation and information to be submitted to close purchase (0.2); prepare correspondence to Ms. Thompson to purchase credits (0.2); follow up with Mr. Bucens on same.
             N.J. SMITH                              0.40 hrs.    310.00/hr              $124.00

**Fees for Legal Services** ................................................................................... **$124.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.40 | 310.00 | 124.00 |
| TOTAL | 0.40 | $310.00 | $124.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/04/2006 | Courier charge | 7.50 |
| 05/12/2006 | Courier charge | 18.00 |
| 05/16/2006 | Courier charge | 7.50 |
| 05/19/2006 | Courier charge | 7.50 |
| 06/06/2006 | VENDOR: Francis Beidler Forest Mitigation Bank; INVOICE#: 060206; DATE: 6/6/2006 - Three migration bank credits | 6,000.00 |
| 06/07/2006 | Federal Express charge | 10.67 |
| 06/15/2006 | Telephone 1-617-498-4594 | 1.90 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................................... | | **$6,053.07** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Courier - In | 40.50 |
| Fed Ex | 10.67 |
| Outside Services | 6,000.00 |
| Telephone | 1.90 |
| TOTAL | $6,053.07 |

W. R. Grace & Co.

July 11, 2006
Invoice 751357  Page 2

| | |
|---|---:|
| **Net current billing for this invoice** .................................................................................. | **$6,177.07** |
| **GRAND TOTAL**............................................................................................................... | **$6,177.07** |

W. R. Grace & Co.

July 11, 2006
Invoice 751357  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/06

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $124.00 |
| Charges for Other Services Provided/Expenses Incurred | $6,053.07 |
| **Net current billing for this invoice** | **$6,177.07** |
| **GRAND TOTAL** | **$6,177.07** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

July 11, 2006  
Invoice 751358  Page 1

Our Matter #            02399/06091            For Services Through 06/30/06  
Name of Matter:        Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/02/06 | Draft letters regarding 20th Quarterly and April fee applications and Federal Express for filing. <br> A.R. PRICE | 0.80 hrs. | 115.00/hr | $92.00 |
| 06/08/06 | Follow up on status of outstanding fee applications. <br> B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |
| 06/16/06 | Analyze billing invoices and draft May fee application for attorney review. <br> A.R. PRICE | 2.80 hrs. | 115.00/hr | $322.00 |
| 06/19/06 | Edit and review May fee application. <br> B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 06/21/06 | Provide materials for Attorney Hawkins' review. <br> K. TURNER | 0.10 hrs. | 85.00/hr | $8.50 |

**Fees for Legal Services** .................................................................................................. **$514.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.40 | 230.00 | 92.00 |
| A.R. PRICE | 3.60 | 115.00 | 414.00 |
| K. TURNER | 0.10 | 85.00 | 8.50 |
| TOTAL | 4.10 | 125.49 | 514.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 06/02/2006 | Federal Express charge | 11.99 |
| 06/02/2006 | Federal Express charge | 11.99 |
| 06/02/2006 | Photocopies 120 Page(s) | 6.00 |
| 06/06/2006 | Federal Express charge | 13.05 |
| 06/20/2006 | Federal Express charge | 12.25 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................................. | **$55.28** |

### DISBURSEMENT SUMMARY

W. R. Grace & Co.

July 11, 2006
Invoice 751358  Page 2

| Description | Dollars |
|---|---|
| Photocopies | 6.00 |
| Fed Ex | 49.28 |
| TOTAL | $55.28 |

**Net current billing for this invoice** ................................................................................... **$569.78**

**GRAND TOTAL**............................................................................................................... **$569.78**

W. R. Grace & Co.

July 11, 2006
Invoice 751358  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $514.50 |
| Charges for Other Services Provided/Expenses Incurred | $55.28 |
| **Net current billing for this invoice** | **$569.78** |
| **GRAND TOTAL** | **$569.78** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701