## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 28, 2006 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR PITNEY HARDIN LLP'S
### SIXTY-FIRST INTERIM FEE APPLICATION FOR THE PERIOD
### FROM MAY 1, 2006 THROUGH MAY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD MAY 1, 2006 THROUGH MAY 31, 2006[2]

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/11/06 14 | Conference with S. Zuber regarding handling of Intercat claim.<br>A. Marchetta | 0.3 | 165.00 |
| 05/15/06 14 | (Intercat) Receipt and review of correspondence from J. Sylvester regarding payment to Grace of quarterly plan payment, and various correspondence to and from N. Alt regarding same.<br>S. Zuber | 0.4 | 174.00 |
| 05/25/06 18 | Drafted fee application for March 2006.<br>K. Jasket | 3.5 | 945.00 |
| 05/26/06 18 | Drafted fee application for April 2006.<br>K. Jasket | 3.5 | 945.00 |
| 05/30/06 18 | Review and revise PH's March, 2006 Fee Application.<br>S. Zuber | 0.3 | 130.50 |
| 05/30/06 18 | Review and revise PH's April, 2006 Fee Application.<br>S. Zuber | 0.3 | 130.50 |
| 05/30/06 14 | (Intercat) Review file, per N. Alt's request for copy of Plan and Warrant; and prepare correspondence to N. Alt regarding above.<br>S. Zuber | 0.6 | 261.00 |
| 05/30/06 3 | Work with A. Marchetta re: providing information to J. Posner re: prior litigation with CNA litigation in New York; work with D. Florence re: same.<br>B. Moffitt | 0.5 | 180.00 |
| 05/30/06 18 | Drafted fee application for the 20th Interim Period.<br>K. Jasket | 3.2 | 864.00 |
| 05/30/06 18 | Revised March 2006 fee application and sent same for filing to J. O'Neill.<br>K. Jasket | 0.4 | 108.00 |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 05/30/06 | Revised April 2006 fee application and sent same to J. O'Neill for filing. | | | |
| 18 | K. Jasket | | 0.4 | 108.00 |
| 05/31/06 | (Intercat) Prepare correspondence to N. Alt regarding confirmed Plan, Confirmation Order, Escrow Agreement and Warrant. | | | |
| 14 | S. Zuber | | 0.4 | 174.00 |
| 05/31/06 | Review and revise PH's Twentieth Quarterly Fee Application (January through March, 2006). | | | |
| 18 | S. Zuber | | 0.4 | 174.00 |
| 05/31/06 | Revised Quarterly fee application for the 20th interim period and forward to J. O'Neill for filing. | | | |
| 18 | K. Jasket | | 0.5 | 135.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.3 | 550.00 | 165.00 |
| S. Zuber | 14 | 1.4 | 435.00 | 609.00 |
|  | 18 | 1.0 | 435.00 | 435.00 |
| K. Jasket | 18 | 11.5 | 270.00 | 3,105.00 |
| B. Moffitt | 3 | 0.5 | 360.00 | 180.00 |
| TOTAL | | 14.7 | | 4,494.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 05/01/06 | Memos with URS on report submission to DEP. | | | |
| 14 | W. Hatfield | | 0.3 | 109.50 |
| 05/01/06 | Review historical documents re: evidence of employee knowledge of asbestos content and additional documentation of Grace's efforts at employee education and medical surveillance. | | | |
| 3 | B. Moffitt | | 6.3 | 2,268.00 |
| 05/01/06 | Telephone call regarding potential interview; telephone call with N. Susalis re: same. | | | |
| 3 | B. Moffitt | | 0.4 | 144.00 |
| 05/02/06 | Travel to Riverside, CA for interview, including prepare for interview. | | | |
| 3 | B. Moffitt | | 6.5 | 2,340.00 |
| 05/02/06 | Searched re: compilation of information on current status of investigation of | | | |

3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 14 | Hamilton plant and related issues. | S. Parker | 0.3 | 40.50 |
| 05/03/06 3 | Preparation for and interview; work with investigator N. Susalis re: same. | B. Moffitt | 6.2 | 2,232.00 |
| 05/03/06 14 | Respond to N. Susalis request for information about former Trenton site. | Y. Day | 0.8 | 96.00 |
| 05/03/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt. | S. Parker | 0.4 | 54.00 |
| 05/04/06 14 | Address memos on report to DEP | W. Hatfield | 0.4 | 146.00 |
| 05/04/06 3 | Review e-mail from M. Meyer re: further production of documents by EPA Region II. | B. Moffitt | 0.1 | 36.00 |
| 05/04/06 3 | Review e-mail from W. Hatfield re: revisions to RI report and strategy re: obtaining deed notice. | B. Moffitt | 0.1 | 36.00 |
| 05/04/06 3 | Travel for interview, including preparation for interview. | B. Moffitt | 12.5 | 4,500.00 |
| 05/05/06 14 | Review documents for references to company used by Hamilton facility. | Y. Day | 1.3 | 156.00 |
| 05/05/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.2 | 27.00 |
| 05/08/06 14 | Address case issues post-report on deed notice | W. Hatfield | 0.2 | 73.00 |
| 05/08/06 3 | Telephone call with DAG Dickinson re: settlement issues and re: pending motions in Bankruptcy Court; follow up re: same. | B. Moffitt | 0.4 | 144.00 |
| 05/08/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.2 | 27.00 |

4

| Date / Code | Description / Timekeeper | Hours | Amount |
|---|---|---|---|
| 05/09/06 14 | Address URS issues.<br>W. Hatfield | 0.1 | 36.50 |
| 05/09/06 3 | Telephone call with DAG Dickinson re: settlement issues and re: adjournment of pending motions in Bankruptcy Court; follow up re: same; review Notice of Agenda re upcoming Bankruptcy Court hearing and preparation of e-mail to Mr. Dickinson re: same.<br>B. Moffitt | 0.6 | 216.00 |
| 05/09/06 3 | Review Letter Order regarding stay of pending motions in the District of New Jersey.<br>B. Moffitt | 0.1 | 36.00 |
| 05/09/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to AJ Marchetta and B. Moffitt.<br>S. Parker | 0.4 | 54.00 |
| 05/09/06 14 | Accessed USDNJ website re: retrieval of current docket sheet and memo endorsed order and forwarded same to B. Moffitt as requested.<br>S. Parker | 0.3 | 40.50 |
| 05/10/06 14 | Follow up re call with Deputy Attorney General and court conference.<br>A. Marchetta | 0.2 | 110.00 |
| 05/11/06 14 | Follow up regarding communication with Attorney General's office regarding settlement and court hearings; follow up regarding information for investigators; email to client re same.<br>A. Marchetta | 1.0 | 550.00 |
| 05/11/06 3 | Review e-mail from R. Van Wagner re: upcoming Assembly Judiciary Committee meeting and confer with A. Marchetta re: same; review agenda for meeting and work with S. Parker to obtain additional proposed legislation.<br>B. Moffitt | 0.5 | 180.00 |
| 05/11/06 3 | Confer with A. Marchetta re: telephone call from D.A.G. Dickinson re: status of settlement negotiations.<br>B. Moffitt | 0.1 | 36.00 |
| 05/11/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including status of pending legislation.<br>S. Parker | 0.4 | 54.00 |
| 05/11/06 | Worked with B. Moffitt re: upcoming NJ Assembly Session on pending legislation; Compilation and organization of all current versions of same. | | |

5

| Date | Code | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| | 14 | | S. Parker | 0.7 | 94.50 |
| 05/12/06 | 14 | Work with B. Moffitt and follow up regarding interviews; legislative meeting, and settlement discussions. | A. Marchetta | 1.0 | 550.00 |
| 05/12/06 | 3 | Revise site summary and forward to investigator N. Susalis; confer with A. Marchetta and telephone call with N. Susalis re: same. | B. Moffitt | 0.7 | 252.00 |
| 05/12/06 | 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt. | S. Parker | 0.3 | 40.50 |
| 05/13/06 | 14 | Follow up regarding emails for Marriam regarding issues and emails to B. Moffitt and B. Hatfield re same. | A. Marchetta | 0.3 | 165.00 |
| 05/15/06 | 14 | Emails regarding information from Marriam on URS, Bork and letter from DEP concerning "at risk" Remedial Investigation. | A. Marchetta | 0.3 | 165.00 |
| 05/15/06 | 3 | Attendance at hearing of New Jersey Assembly Judiciary Committee regarding proposed legislation eliminating the statute of limitations for certain environmental crimes and related legislation. | B. Moffitt | 5.9 | 2,124.00 |
| 05/15/06 | 3 | Draft memo summarizing issues discussed at hearing of New Jersey Assembly Judiciary Committee regarding proposed legislation eliminating the statute of limitations for certain environmental crimes and related legislation. | B. Moffitt | 0.9 | 324.00 |
| 05/16/06 | 14 | Follow up regarding Deputy Attorney General and settlement. | A. Marchetta | 0.2 | 110.00 |
| 05/16/06 | 14 | Work with W. Hatfield and B. Moffitt regarding URS information and letter from DEP regarding RI/RAW and streamlining and work. | A. Marchetta | 0.8 | 440.00 |
| 05/16/06 | 14 | Follow up on deed notice strategy issues and correspondence on same. | W. Hatfield | 1.5 | 547.50 |
| 05/16/06 | | Continued preparation of memo summarizing issues discussed at hearing of New Jersey Assembly Judiciary Committee regarding proposed legislation | | | |

| | | | |
|---|---|---|---|
| 3 | eliminating the statute of limitations for certain environmental crimes and related legislation; confer with A. Marchetta re: same.<br>B. Moffitt | 1.4 | 504.00 |
| 05/16/06<br>3 | Review NJDEP letter and letter from client to property owner re site remediation and deed notice issues; work with A. Marchetta and W. Hatfield re: same and re: site ownership history; follow up with R. Marriam re: letter to Amtrak counsel re: same.<br>B. Moffitt | 0.9 | 324.00 |
| 05/16/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.3 | 40.50 |
| 05/18/06<br>14 | Review and forward order of dismissal and follow up with B. Moffitt re same.<br>A. Marchetta | 0.2 | 110.00 |
| 05/18/06<br>3 | Review District Court's May 17, 2006 Order and draft e-mail to client re: same and re: settlement discussions with D.A.G. Dickinson; work with A. Marchetta re: same.<br>B. Moffitt | 0.5 | 180.00 |
| 05/19/06<br>14 | Follow up re client interviews with B. Moffitt and investigator.<br>A. Marchetta | 0.5 | 275.00 |
| 05/19/06<br>14 | Communications with URS on ISRA matter.<br>W. Hatfield | 0.2 | 73.00 |
| 05/19/06<br>3 | Review database documents in preparation for interview.<br>B. Moffitt | 3.3 | 1,188.00 |
| 05/19/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt.<br>S. Parker | 0.3 | 40.50 |
| 05/21/06<br>3 | Review e-mails from N. Susalis re: interview.<br>B. Moffitt | 0.3 | 108.00 |
| 05/21/06<br>3 | Work with A. Marchetta re: upcoming interview.<br>B. Moffitt | 0.2 | 72.00 |
| 05/22/06<br>14 | Work with B. Moffitt regarding interviews and update on new information; follow up re: settlement communications.<br>A. Marchetta | 0.8 | 440.00 |

7

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/22/06<br>3 | Continued review of documents in preparation for interview, confer with A. Marchetta and investigator N. Susalis re same. | B. Moffitt | 4.8 | 1,728.00 |
| 05/22/06<br>3 | Review client e-mail authorizing interview and e-mails and telephone calls with W. Jacobson and N. Susalis; continued preparation for interview. | B. Moffitt | 0.8 | 288.00 |
| 05/22/06<br>14 | Prepare documents for mailing to N. Susalis. | Y. Day | 0.3 | 36.00 |
| 05/22/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.3 | 40.50 |
| 05/23/06<br>14 | Prepare for and address case issues on DEP letter and strategy for response on call with clients and URS. | W. Hatfield | 1.3 | 474.50 |
| 05/23/06<br>14 | Correspondence with client on deed notice issue. | W. Hatfield | 0.3 | 109.50 |
| 05/23/06<br>14 | Telephone calls from DAG re: settlement and follow up; follow up regarding remediation; letter to DAG. | A. Marchetta | 0.7 | 385.00 |
| 05/23/06<br>3 | Travel to N.Y for interview, including preparation and continued review of documents re: same. | B. Moffitt | 5.1 | 1,836.00 |
| 05/23/06<br>3 | Preparation for interview including review of documents. | B. Moffitt | 2.4 | 864.00 |
| 05/23/06<br>3 | Review e-mails concerning consent agreement and deed notice. | B. Moffitt | 0.1 | 36.00 |
| 05/24/06<br>14 | Review memos and proposed remedial schedule from URS. | W. Hatfield | 0.6 | 219.00 |
| 05/24/06<br>14 | Memo to A. Marchetta on site strategy and proposed ISRA schedule. | W. Hatfield | 0.5 | 182.50 |
| 05/24/06<br>14 | Telephone calls to DAG re settlement terms and status with DAG; follow up re same. | A. Marchetta | 0.5 | 275.00 |

8

| Date | Code | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 05/24/06 | 3 | Interview in Syracuse, NY. | B. Moffitt | 8.9 | 3,204.00 |
| 05/24/06 | 3 | Review W. Hatfield e-mail summarizing discussions with client and URS re: site investigation and schedule. | B. Moffitt | 0.1 | 36.00 |
| 05/24/06 | 3 | Review A. Marchetta e-mail re: discussions with DAG Dickinson re: settlement. | B. Moffitt | 0.1 | 36.00 |
| 05/24/06 | 3 | Review article re: alleged worker exposure at Portland, OR expansion plant. | B. Moffitt | 0.1 | 36.00 |
| 05/24/06 | 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.2 | 27.00 |
| 05/25/06 | 3 | Review e-mail from W. Jacobson re: subpoena; telephone call N. Susalis re: same; review and revise interview summary and forward to W. Jacobson. | B. Moffitt | 0.9 | 324.00 |
| 05/25/06 | 3 | Draft e-mail to W. Jacobson and client. | B. Moffitt | 0.3 | 108.00 |
| 05/25/06 | 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.2 | 27.00 |
| 05/27/06 | 14 | Follow up re conference and witness interviews. | A. Marchetta | 0.4 | 220.00 |
| 05/30/06 | 14 | Address deed notice issues. | W. Hatfield | 0.3 | 109.50 |
| 05/30/06 | 14 | Preparation for and conference call with court. | A. Marchetta | 0.8 | 440.00 |
| 05/30/06 | 3 | Preparation for and participation in conference call with Magistrate Bongiovanni and D.A.G. Dickinson; follow up re: same. | B. Moffitt | 0.5 | 180.00 |
| 05/30/06 | 3 | Confer with A. Marchetta re: strategy re: further interviews; follow up re: same. | B. Moffitt | 0.2 | 72.00 |

| Date | Description | Hours | Fee |
|---|---|---|---|
| 05/30/06 3 | Strategized w/ B. Hatfield re: remediation agreement.<br>J. Spielberg | 0.2 | 50.00 |
| 05/31/06 14 | Address form of consent and remediation agreement.<br>W. Hatfield | 0.4 | 146.00 |
| 05/31/06 14 | Work with B. Moffitt re call from V. Broderick of Weil Gotshal on call with Judge Bongiovanni.<br>A. Marchetta | 0.2 | 110.00 |
| 05/31/06 3 | Telephone call with R. Bettachi's counsel, V. Broderick, re: May 30, 2006 conference call with Magistrate Judge Bongiovanni.<br>B. Moffitt | 0.2 | 72.00 |
| 05/31/06 3 | Telephone call to counsel.<br>B. Moffitt | 0.1 | 36.00 |
| 05/31/06 3 | Review historical documents re evidence of employee knowledge of asbestos content, as well as additional documentation of Grace's efforts at employee education.<br>B. Moffitt | 3.6 | 1,296.00 |
| 05/31/06 3 | Work with J. Spielberg re: information needed to draft deed notice.<br>B. Moffitt | 0.3 | 108.00 |
| 05/31/06 3 | Reviewed URS report. Prepared deed notice documents. Strategized with W. Hatfield re: deed notice documents.<br>J. Spielberg | 1.3 | 325.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.9 | 550.00 | 4,345.00 |
| W. Hatfield | 14 | 6.1 | 365.00 | 2,226.50 |
| B. Moffitt | 3 | 76.4 | 360.00 | 27,504.00 |
| J. Spielberg | 3 | 1.5 | 250.00 | 375.00 |
| Y. Day | 14 | 2.4 | 120.00 | 288.00 |
| S. Parker | 14 | 4.5 | 135.00 | 607.50 |
| TOTAL | | 98.8 | | 35,346.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

10

| Date | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|
| 04/25/06 | Sent Notice of Entry to an outside service for filing. | | | |
| 3 | | H. Gonzalez | 0.1 | 15.00 |
| 04/27/06 | Obtained filed stamped copy of Notice of Entry, obtained recent order via eCourts, forward all copies to and entered future appearance and due dates into the docket system. | | | |
| 3 | | H. Gonzalez | 0.3 | 45.00 |
| 05/08/06 | Draft correspondence to A. Mack re Verification and Errata sheet for deposition transcript of A. Nagy. | | | |
| 3 | | B. Benjamin | 0.2 | 83.00 |
| 05/08/06 | Work on and revise Motion to Confirm Referee's Report and Recommendation. | | | |
| 3 | | B. Benjamin | 1.2 | 498.00 |
| 05/16/06 | Review/analysis of Affidavit of H. Jafferjee re: document production. | | | |
| 3 | | M. Levison | 0.1 | 32.50 |
| 05/16/06 | Review/analysis of Tahari's responses to Grace's Second Set of Discovery Demands. | | | |
| 3 | | M. Levison | 0.3 | 97.50 |
| 05/18/06 | Telephone conferences with A. Mack, counsel for Tahari, re adjournment of settlement conference. | | | |
| 3 | | B. Benjamin | 0.1 | 41.50 |
| 05/18/06 | Draft correspondence to V. Finkelstein re rescheduling of settlement conference. | | | |
| 3 | | B. Benjamin | 0.1 | 41.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| B. Benjamin | 3 | 1.6 | 415.00 | 664.00 |
| M. Levison | 3 | 0.4 | 325.00 | 130.00 |
| H. Gonzalez | 3 | 0.4 | 150.00 | 60.00 |
| TOTAL | | 2.4 | | 854.00 |

11