# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD MAY 1, 2006 THROUGH MAY 31, 2006

Engagement Costs – Chapter 11 Administration

| Date | Description | Amount |
|---|---|---|
| 04/27/06 | PD UPS TO MANASQUAN NJ; SAZ; CK# 286050 | 9.15 |
|  | Computer Assisted Research | 14.08 |
|  | Matter Total Engagement Cost | 23.23 |

Engagement Costs – NJDEP v. W.R. Grace et al.

| Date | Description | Amount |
|---|---|---|
| 03/03/06 | Paid N. Susalis and Associates fees for services rendered #10501; S#7761[3] | 8554.69 |
| 04/04/06 | Paid n. Susalis and Associates fees for services rendered #10501; S#7761[4] | 3954.71 |
| 04/06/06 | PD AMEX FOR TELEPHONE SERVICE; AJM; CK# 285935[5] | 19.00 |
| 04/27/06 | PD UPS TO FLEMINGTON NJ; YD; CK# 286050 | 9.15 |
| 05/02/06 | PD AIRFARE, LODGING & TRAVEL EXPENSES TO/FROM RIVERSIDE, CA-DATES ARE 5/2, 5/3 & 5/4/06; BEM; UH-5/31/06[6] | 3180.99 |
| 05/02/06 | PD MEAL EXPENSES-DATES ARE 5/2, 5/3 & 5/4/06; BEM; UH-5/31/06[7] | 149.74 |
| 05/05/06 | PD EXPENSE FOR COLOR COPIES; 10 X .75; AJM | 7.50 |
| 05/06/06 | PD UPS ADJUSTMENT; YD; INV# 81207186 | 1.72 |
| 05/13/06 | PD UPS TO FLEMINGTON NJ; YD; INV# 81207196 | 10.00 |
| 05/15/06 | PD TRAVEL EXPENSES TO/FROM TRENTON, NJ; BEM; UH-5/31/06[8] | 48.06 |
|  | Duplicating | 20.44 |
|  | Matter Total Engagement Cost | 15,956.00 |

Engagement Costs – Tahari, Ltd.

| Date | Description | Amount |
|---|---|---|
| 03/26/06 | Pd SeamlessWeb Professional Solutions, Inc. for services | 127.10 |

---

[3] N. Susalis and Associates, Inc. Invoice #1781 dated 3/3/2006 attached hereto as Exhibit 1.
[4] N. Susalis and Associates, Inc. Invoice #1808 dated 4/4/2006 attached hereto as Exhibit 2.
[5] Invoice for telephone charges for A. Marchetta attached hereto as Exhibit 3.
[6] Direct Reimbursement Expense Report for Brian E. Moffitt dated May 2, 2006-May 4, 2006 attached hereto as Exhibit 3.
[7] Id.
[8] Direct Reimbursement Expense Report for Brian E. Moffitt dated May 15, 2006 attached hereto as Exhibit 4.

12

| | | |
|---|---|---:|
| 04/22/06 | rendered; AJM; Ck# 285913[9] | |
| | Pd UPS to Columbia MD; Ck# 285920 | 6.93 |
| | Duplicating | 45.50 |
| | Postage | 1.26 |
| | Matter Total Engagement Cost | 180.79 |

---

[9] Seamless Web Invoice Number 112385 dated 3/26/2006 attached hereto as Exhibit 5.

# EXHIBIT 1

**N. Susalis and Associates, Inc.**
P.O. Box 35
Stanton, NJ 08885
Telephone 908.237.0907
Facsimile 908.782.7319

EIN 22-381-6872

| Date | Invoice # |
|---|---|
| 3/3/2006 | 1781 |

**Bill To**

Pitney Hardin, LLP
ATT: Brian E. Moffitt
PO Box 1945
Morristown, NJ 07962-1945

PAID ..................................
APPROVED ... *RSW*
VENDOR NO. *06690*
CHECK NO. *286166*
CHARGE */0501*

| Reference |
|---|
| W. R. Grace |

*153 AJm*

| Customer Number | Case/Job Number | Reference |
|---|---|---|
| P-350 | 4-1104 | Morgan, Mark |

| Date | Professional Services Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/3/2006 | Report preparation. | 150.00 | 1 hr. | 150.00 |
| 3/5/2006 | Case work activities--report preparation regarding interviews. | 150.00 | 8 hrs. 30 min. | 1,275.00 |
| 3/7/2006 | Case work activities--reviewed documents for ▉ interview. Traveled to Newark Airport, destination. ▉ | 150.00 | 8 hrs. 30 min. | 1,275.00 |
| 3/7/2006 | Round trip mileage 45. | 0.44 | | 19.80 |
| 3/7/2006 | Meals | 13.85 | | 13.85 |
| 3/8/2006 | Case work activities--reviewed documents for ▉ interview. Interview of ▉ ▉ Returned to Newark Airport then to office. | 150.00 | 13 hrs. 30 min. | 2,025.00 |
| 3/8/2006 | Round trip mileage 45. | 0.44 | | 19.80 |
| 3/8/2006 | Lodging Expenses and meal. | 231.54 | | 231.54 |
| 3/8/2006 | Miscellaneous Fees--airport parking. | 45.00 | | 45.00 |
| 3/12/2006 | Database search activities-▉ | 150.00 | 2 hrs. 20 min. | 349.50 |
| 3/12/2006 | Database event charge. | 35.00 | | 245.00 |
| 3/12/2006 | Report preparation. | 150.00 | 1 hr. 30 min. | 225.00 |
| 3/15/2006 | Case work activities--contacted witness Huber. Telephone call to Mr. Morgan. Began travel arrangements to interview ▉ Report preparation, ▉ Report preparation on ▉ | 150.00 | 6 hrs. | 900.00 |
| 3/19/2006 | Case work activities--▉ | 150.00 | 4 hrs. 30 min. | 675.00 |
| 3/26/2006 | Report preparation. | 150.00 | 30 min. | 75.00 |
| 3/27/2006 | Database search activities-▉ | 150.00 | 1 hrs. 30 min. | 225.00 |
| 3/27/2006 | Database event charge 3. | 35.00 | | 105.00 |

Payment due upon receipt.

**Total**

*082910 · 114715    WR91 NJDES*

Page 1

...is and Associates, Inc.  
...Box 35  
Stanton, NJ 08885  
Telephone 908.237.0907  
Facsimile 908.782.7319

EIN 22-381-6872

| Date | Invoice # |
|---|---|
| 3/3/2006 | 1781 |

**Bill To**

Pitney Hardin, LLP  
ATT: Brian E. Moffitt  
PO Box 1945  
Morristown, NJ 07962-1945

| Reference |
|---|
| W. R. Grace |

| Customer Number | Case/Job Number | Reference |
|---|---|---|
| P-350 | 4-1104 | Morgan, Mark |

| Date | Professional Services Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/28/2006 | Case work activities--document review. | 150.00 | 30 min. | 75.00 |
| 3/29/2006 | Case work activities--traveled to Pitney Hardin for defense meeting. | 150.00 | 4 hrs. | 600.00 |
| 3/29/2006 | Round trip mileage 70. | 0.36 | | 25.20 |

Payment due upon receipt.

**Total** $8,554.69

Page 2

# EXHIBIT 2

N. Susalis and Associates, Inc.  
P.O. Box 35  
Stanton, NJ 08885  
Telephone 908.237.0907  
Facsimile 908.782.7319  

EIN 22-381-6872

| Date | Invoice # |
|---|---|
| 4/4/2006 | 1808 |

**Bill To**

Pitney Hardin, LLP  
ATT: Brian E. Moffitt  
PO Box 1945  
Morristown, NJ 07962-1945

| Reference |
|---|
| W. R. Grace |

| Customer Number | Case/Job Number | Reference |
|---|---|---|
| P-350 | 4-1104 | Moffitt, Brian |

| Date | Professional Services Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 4/4/2006 | Database search activities--for ▓▓▓ Telephone call to possible family member. Database search for ▓▓▓ and report preparation. | 150.00 | 1 hr. 30 min. | 225.00 |
| 4/4/2006 | Database event charge | 70.00 | | 70.00 |
| 4/10/2006 | Case work activities--traveled to Pitney Hardin, received and trained on updated database. | 150.00 | 3 hrs. | 450.00 |
| 4/10/2006 | Round trip mileage 78. | 0.44 | | 34.32 |
| 4/11/2006 | Case work activities--database review for documents. | 150.00 | 30 min. | 75.00 |
| 4/12/2006 | Case work activities--telephone call t▓▓▓ d report preparation. | 150.00 | 30 min. | 75.00 |
| 4/18/2006 | Case work activities--telephone call from Mr. Moffitt. Telephone call ▓▓▓ d Mr. Moffitt. | 150.00 | 30 min. | 75.00 |
| 4/23/2006 | Telephone call fro▓▓▓ cheduled interview. | 150.00 | 10 min. | 24.00 |
| 4/24/2006 | Telephone call from Mr. Moffitt, telephone call t▓ | 150.00 | 30 min. | 75.00 |
| 4/25/2006 | Case work activities--traveled to ▓▓▓ Telephone call to Mr. Moffitt. | 150.00 | 14 hrs. | 2,100.00 |
| 4/25/2006 | Round trip mileage 582. | 0.44 | | 256.08 |
| 4/24/2006 | Meals: lunch 5.50, dinner 20.81. | 26.31 | | 26.31 |
| 4/26/2006 | Case work activities--request name look up by Pitney. | 150.00 | 10 min. | 24.00 |
| 4/27/2006 | Case work activities--telephone call ▓▓▓ researched locations fo▓ Telephone call fro▓▓▓ and call to Mr. Moffitt. | 150.00 | 2 hrs. 30min. | 375.00 |
| 4/27/2006 | Database event charge | 70.00 | | 70.00 |

Payment due upon receipt.

PAID  
APPROVED  
VENDOR NO. 06690  
CHECK NO. 286156  
CHARGE 10501  

Total $3,954.71

# EXHIBIT 3

| Prepared For<br>ANGELA BARON<br>PITNEY HARDIN K & S | Account Number<br>3782-913510-73001 | Page 6 of 41 |
|---|---|---|

**Activity Continued**                                                    Reference Code                                Amount $

| **Total for A J MARCHETTA** | | New Charges/Other Debits<br>Payments/Other Credits | 1,726.90<br>-105.99 |
|---|---|---|---|



Cingular Wireless

082910.114715 WRG/NJDEP/Trenton $ 19.00

ENTERED IN
COMPUTER BY: 🖐 5/31/06
33076

# EXHIBIT 4

PITNEY HARDIN LLP

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: BRIAN E. MOFFITT

Period From: May 2, 2006
To: May 4, 2006

DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

PAID MAY 31 2006

10SD1-3180.99
10S04-149.74
4318EM

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles | Auto Expenses Amount | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2006 | Airfare for B. Moffitt to travel to Riverside, CA for interview | | | | | | $1,247.70 | $1,247.70 | 082910.114715 |
| 5/2/2006 | Airfare for N. Susalis to travel to Riverside, CA for interview | | | | | | $1,247.70 | $1,247.70 | 082910.114715 |
| 5/2/2006 | Car rental in Riverside, CA | | | | | | $119.82 | $119.82 | 082910.114715 |
| 5/2/2006 | Hotel room for B. Moffitt in Riverside, CA and for conducting interview | | | | | | $231.99 | $231.99 | 082910.114715 |
| 5/2/2006 | Hotel parking for rental car | | | $6.00 | | | | $6.00 | 082910.114715 |
| 5/2/2006 | Dinner for B. Moffitt and N. Susalis at Mission Inn restaurant | | | | | $43.50 | | $43.50 | 082910.114715 |
| 5/3/2006 | Hotel room for B. Moffitt in Riverside, CA and for conducting interview | | | | | | $231.99 | $231.99 | 082910.114715 |
| 5/3/2006 | Hotel parking for rental car | | | $6.00 | | | | $6.00 | 082910.114715 |
| 5/3/2006 | Breakfast at hotel restaurant ("Ollo") for B. Moffitt and N. Susalis | | | | | $30.75 | | $30.75 | 082910.114715 |
| 5/3/2006 | Catering cart with coffee, fruit, and other breakfast foods for room during interview of witness | | | | | $31.06 | | $31.06 | 082910.114715 |
| 5/3/2006 | Lunch for B. Moffitt and N. Susalis at Kaiser Grille | | | | | $24.67 | | $24.67 | 082910.114715 |
| 5/4/2006 | Breakfast for B. Moffitt at Ontario California Airport ("Round Table") | | | | | $12.89 | | $12.89 | 082910.114715 |
| 5/4/2006 | Lunch at Dallas Fort Worth Airport ("McDonalds") for B. Moffitt | | | | | $6.86 | | $6.86 | 082910.114715 |
| 5/4/2006 | Parking at Newark International Airport (5/2/06 to 5/4/06) | | | $72.00 | | | | $72.00 | 082910.114715 |
| 5/4/2006 | Travel to and from Newark International Airport | 40.00 | $17.80 | | | | | $17.80 | 082910.114715 |

Expenses Reported $ 3,330.73

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 5/17/2006

5/17/2006

# EXHIBIT 5

RECEIVED
MAY 16 2006

PITNEY HARDIN LLP

# DIRECT REIMBURSEMENT EXPENSE REPORT

NAME: Brian E. Moffitt

Period From: May 15, 2006
To: May 15, 2006

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DESCRIPTION OR DEPARTURE DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | |
| 5/15/2006 | Travel to and from meeting in Trenton, NJ | 108.00 | $48.06 | | | | | $48.06 | 082910.114715 |

Show details on Page 2

Expenses Reported $ 48.06

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 5/16/06

PAID
MAY 31 2006

COMPUTER ENTERED BY:

10501

MOFFITT 421

5/16/2006

# EXHIBIT 6

| InvoiceNum | InvoiceDate | OrderId | AllocatedN | FimIntern | ExpenseCode | VendorNar | ProductTot | AllocationTot | TransactionF | InvoiceLineAmo | AllocationC | DeliveryCo | CostCode | DepartmentCode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 112385 | 3/26/2006 | 31759119 | Johnson S | 711MED | 082910-102292 | Paradise C | 104.75 | | | 124 | 3.1 | | 127.1 Anthony Marchetta | Reception |