IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM   JANUARY 1, 2006 THROUGH JANUARY 31, 2006
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 139952 v1
2850487-000001 02/03/2006

**EXHIBIT B**

## JANUARY 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 1/11 | 1 | Review prospects for upcoming legislative activity in the Senate |
| 1/12 | 1 | Review prospects for upcoming legislative activity in the Senate |
| 1/17 | 3 | Conference call with Grace officials and other consultants regarding upcoming asbestos bill; telephone calls to Senate leadership regarding budget Point of order issues |
| 1/18 | 4 | Conference call with Grace officials and other consultants; telephone conferences with Senate Budget Committee staff regarding stance on upcoming asbestos legislation |
| 1/19 | 4 | Coordinate with other consultants regarding upcoming legislation; work with Grace officials and Senate staff regarding Montana issues that might impact upcoming Senate debate |
| 1/23 | 2 | Work with Grace officials regarding support of certain individual Senate members for procedural motions regarding asbestos legislation and legislation in general |
| 1/24 | 2 | Work with Grace officials and other consultants regarding support of certain Senators for procedural motions regarding asbestos legislation and legislation in general |
| 1/25 | 5 | Contact staff and/or Senate members regarding informational needs and positions with regard to upcoming asbestos bill; telephone conferences with Grace officials and allies regarding problems associated with vote on upcoming asbestos bill |
| 1/27 | 4 | Work with Senate staff regarding their problems with the upcoming Senate Judiciary Committee proposal; telephone conferences with Grace officials regarding same and other related problems |
| 1/30 | 3 | Work with Senate staff regarding their problems with the upcoming Senate Judiciary Committee proposal; telephone conferences with Grace officials regarding same and other related problems |
| 1/31 | 3 | Meet with Grace officials to go over plans for consideration of asbestos legislation; attend luncheon meeting with Grace officials and other consultants regarding same |

W JDR 139952 v1
2850487-000001 02/03/2006

EXPENSES ITEMIZED AND SUMMARIZED FOR JANUARY 2006

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 01/31/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 12/06/05 | $0.35 |
| Long Distance | 12/14/05 | $1.40 |
| Long Distance | 12/23/05 | $0.35 |
| Photo Reproduction Charge | 01/03/06 | $0.40 |
| Mobile/ Cell Phone Charges | 01/11/06 | $12.31 |
| Long Distance | 01/18/06 | $0.35 |
| Long Distance | 01/18/06 | $1.05 |
| Long Distance | 01/18/06 | $1.05 |
| Long Distance | 01/19/06 | $1.40 |
| Long Distance | 01/24/06 | $0.35 |
| Long Distance | 01/24/06 | $1.75 |
| Long Distance | 01/25/06 | $0.35 |
| Long Distance | 01/26/06 | $0.35 |
| Long Distance | 01/26/06 | $3.50 |
| Long Distance | 01/27/06 | $2.10 |
| Long Distance | 01/30/06 | $0.35 |
| Long Distance | 01/30/06 | $0.70 |
| Photo Reproduction Charge | 01/31/06 | $0.20 |
| **Itemized Totals** | | **$28.31** |

**Summarized:**

| | Amount |
|---|---|
| Long Distance | $15.40 |
| Photo Reproduction Charge | $0.60 |
| Mobile/ Cell Phone Charges | $12.31 |
| **Summarized Totals** | **$28.31** |

W JDR 139952 v1
2850487-000001 02/03/2006