IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM    FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT
B**

## FEBRUARY 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 2/1 | 4 | Telephone calls to South Carolina for help with certain Senate members on asbestos legislation; luncheon meeting with asbestos coalition and Grace officials to discuss strategy for work on pending Senate legislation |
| 2/2 | 3 | Calls with Grace officials, Senate staff and consultants for the asbestos coalition regarding the upcoming legislation |
| 2/3 | 3 | Telephone conferences with Grace officials and others from asbestos alliance on contacts and strategy development for upcoming debate |
| 2/6 | 2 | Monitor ongoing activities in Congress regarding upcoming cloture vote and consideration of asbestos legislation |
| 2/7 | 10 | Attend meetings with Senate staff, along with other asbestos coalition representatives; work throughout the evening with Grace officials in preparation for consideration of asbestos legislation |
| 2/8 | 10 | Attend meetings with Senate staff, along with other asbestos coalition representatives; work throughout the evening with Grace officials in preparation for consideration of asbestos legislation |
| 2/9 | 10 | Monitor Senate floor action regarding asbestos legislation; numerous discussions with Grace officials and allied representatives of other companies affected by the legislation; telephone conferences with Senate staff regarding same |
| 2/10 | 8 | Monitor Senate floor action regarding asbestos legislation; numerous discussions with Grace officials and allied representatives of other companies affected by the legislation; telephone conferences with Senate staff regarding same |
| 2/13 | 10 | Work with Grace officials, asbestos coalition and Congressional staff and members on procedural motions affecting the consideration of asbestos legislation |
| 2/14 | 10 | Work with Grace officials, asbestos coalition and Congressional staff and members on procedural motions affecting the consideration of asbestos legislation |
| 2/15 | 10 | Work with Grace officials, asbestos coalition and Congressional staff and members on procedural motions affecting the consideration of asbestos legislation |
| 2/16 | 2 | Telephone conferences with Grace officials regarding asbestos legislation |
| 2/23 | 2 | Read and inquire about potential for re-consideration of asbestos legislation in the Senate |
| 2/28 | 3 | Work on issues dealing with legislation on pension reform; telephone conferences with Grace officials and Senate staff regarding Department of HHS |

## EXPENSES ITEMIZED AND SUMMARIZED FOR FEBRUARY 2006

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 02/28/2006**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charges | 01/25/06 | $11.69 |
| Client Meals | 02/13/06 | $103.27 |
| Photo Reproduction Charge | 02/21/06 | $0.60 |
| Cab Fare | 02/21/06 | $20.00 |
| Cab Fare | 02/21/06 | $20.00 |
| **Itemized Totals** | | **$155.56** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $11.69 |
| Client Meals | $103.27 |
| Photo Reproduction Charge | $0.60 |
| Cab Fare | $40.00 |
| **Summarized Totals** | **$155.56** |