IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re: ) Chapter 11
)
W.R.GRACE & CO., et al.[1] ) Case No. 01-01139 (JKF)
) (Jointly Administered)
)

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM   MARCH 1, 2006 THROUGH MARCH 31, 2006
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 140619 v1
2850487-000001  04/05/2006

**EXHIBIT
B**

## MARCH 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 3/1 | 2 | Work with Grace officials of Libby Health Care Systems regarding potential visit to Libby by the Secretary of Health & Human Services |
| 3/6 | 3 | Work with Grace officials and representatives of HNA regarding the visit by Secretary of HHS to Libby, MT |
| 3/7 | 3 | Work with Grace officials and representatives of HNA regarding the visit by Secretary of HHS to Libby, MT |
| 3/8 | 2 | Work with Grace officials and representatives of HNA regarding the visit by Secretary of HHS to Libby, MT |
| 2/9 | 2 | Work with Grace officials and representatives of HNA regarding the visit by Secretary of HHS to Libby, MT |
| 3/13 | 2 | Participate in asbestos alliance conference call |
| 3/14 | 2 | Participate in asbestos alliance conference call |
| 3/15 | 2 | Read materials regarding HHS Secretary's visit to Libby, MT; telephone calls to Congressional staff and other interested parties regarding same |
| 3/23 | 2 | Work on contacting Senate offices regarding negotiations on Libby, MT provisions in asbestos legislation |
| 3/24 | 2 | Work on contacting Senate offices regarding negotiations on Libby, MT provisions in asbestos legislation |
| 2/27 | 2 | Cover asbestos alliance/NAM meeting on behalf of WR Grace |
| 2/28 | 2 | Cover asbestos alliance/NAM meeting on behalf of WR Grace |
| 3/29 | 3 | Review materials; conference call with Grace officials and Libby City Council members and others |
| 3/30 | 3 | Work on strategy for negotiating with Libby citizens group in the coming week; contact Senate staff regarding prospects for upcoming negotiations |
| 3/31/ | 3 | Work on strategy for negotiating with Libby citizens group in the coming week; contact Senate staff regarding prospects for upcoming negotiations |

EXPENSES ITEMIZED AND SUMMARIZED FOR MARCH 2006
**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 03/31/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 03/07/06 | $13.60 |
| Cab Fare | 03/20/06 | $20.00 |
| **Itemized Totals** | | **$33.60** |

| Summarized: | | Amount |
|---|---|---|
| Long Distance | | $13.60 |
| Cab Fare | | $20.00 |
| **Summarized Totals** | | **$33.60** |

W JDR 140619 v1
2850487-000001 04/05/2006