IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM MARCH 1, 2006 THROUGH MARCH 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 140736 v1
0-0 08/01/2006

**EXHIBIT
D**

## MARCH, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 3/13 | 4 | Meet with CVEC on behalf of client in China |
| 3/15 | 8 | Meet with China Building Material Assn and W.R. Grace in China |
|      |   | Meet with NDRC and W.R. Grace in China |
| 3/16 | 4 | Meet with SMERT and W.R. Grace in China |
| 3/17 | 4 | Meet with Vice Mayor of Shanghai and W.R. Grace in China |
| 3/26 | 4 | Send Thank You letters to Chinese officials |

EXPENSES ITEMIZED AND SUMMARIZED FOR MARCH, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 3/31/2006**
**Bill #6809371 dated 04/11/2006**

| Description | Date | Amount |
|---|---|---|
| Airfare (r/t Washington-Beijing-Washington) | 03/18/06 | $9,386.20 |
| Lodging (Beijing & Shanghai) | 03/13/06 | $2,065.91 |
| Meals | 03/13/06 | $1,210.66 |
| Ground Transportation/Tips | 03/13/06 | $427.06 |
| **Bill #6809371 itemized totals** | | **$13,089.83*** |

| Summarized: | Amount |
|---|---|
| Travel expense | $13,089.83 |
| **Bill #6809371 summarized totals** | **$13,089.83** |

*Detail on expenses:

- Airfare is for roundtrip business class ticket

- Lodging- six(6) nights in Beijing and two(2) nights in Shanghai

- Meals- six(6) breakfasts, seven(7) lunches, and eight(8) dinners

- The costs of expenses stated represents 66% of the total costs which were allocated to W.R. Grace.