IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 141353 v1
2850487-000001 5/16/2006

**EXHIBIT B**

## APRIL 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 4/3  | 6 | Work with Grace officials and Senate staff regarding potential negotiations involving Libby, MT; participate in asbestos alliance conference call |
| 4/4  | 6 | Work with Grace officials and Senate staff regarding potential negotiations involving Libby, MT; participate in asbestos alliance conference call |
| 4/5  | 4 | Work with Grace officials and Senate staff regarding potential negotiations involving Libby, MT; |
| 4/6  | 2 | Attend meetings with Grace officials and senate staff regarding asbestos legislation |
| 4/11 | 4 | Contact Senate offices regarding conference call with Libby City Council; work with Grace officials in preparation for call |
| 4/12 | 2 | Receive briefing from Grace officials regarding their call with City Council of Libby, Mt regarding settlement agreement |
| 4/17 | 2 | Participate in asbestos alliance conference call; telephone conferences with Senate staff and Grace officials |
| 4/25 | 1 | Participate in asbestos alliance conference call |

E

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 04/30/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 01/31/06 | $1.40 |
| Long Distance | 02/01/06 | $0.35 |
| Long Distance | 02/03/06 | $3.50 |
| Long Distance | 02/07/06 | $1.05 |
| Long Distance | 02/07/06 | $0.70 |
| Long Distance | 02/07/06 | $1.75 |
| Long Distance | 02/07/06 | $2.45 |
| Long Distance | 02/08/06 | $1.40 |
| Long Distance | 02/08/06 | $3.15 |
| Long Distance | 02/08/06 | $0.35 |
| Long Distance | 02/09/06 | $0.70 |
| Long Distance | 02/09/06 | $1.05 |
| Long Distance | 02/09/06 | $0.35 |
| Long Distance | 02/09/06 | $0.70 |
| Long Distance | 02/09/06 | $0.35 |
| Long Distance | 02/09/06 | $0.70 |
| Long Distance | 02/13/06 | $3.50 |
| Long Distance | 02/14/06 | $0.70 |
| Long Distance | 02/14/06 | $0.70 |
| Long Distance | 02/14/06 | $1.75 |
| Long Distance | 02/14/06 | $0.70 |
| Long Distance | 02/14/06 | $0.35 |
| Long Distance | 02/14/06 | $0.35 |
| Long Distance | 02/14/06 | $1.40 |
| Long Distance | 02/14/06 | $1.05 |
| Long Distance | 02/15/06 | $0.70 |
| Long Distance | 02/27/06 | $2.45 |
| Long Distance | 02/28/06 | $1.05 |
| Long Distance | 02/28/06 | $1.75 |
| Long Distance | 03/01/06 | $0.35 |
| Long Distance | 03/01/06 | $0.35 |
| Long Distance | 03/20/06 | $1.40 |
| Long Distance | 03/30/06 | $0.70 |
| Mobile/ Cell Phone Charges | 04/04/06 | $13.60 |
| Photo Reproduction Charge | 04/20/06 | $8.60 |
| Photo Reproduction Charge | 04/20/06 | $15.40 |
| Shipping Expense | 04/20/06 | $25.09 |

WJDR 141353 v1
2850487-000001 5/16/2006

|  |  |
|---|---|
| **Itemized Totals** | $101.89 |

| **Summarized:** | **Amount** |
|---|---|
| Long Distance | $39.20 |
| Mobile/ Cell Phone Charges | $13.60 |
| Photo Reproduction Charge | $24.00 |
| Shipping Expense | $25.09 |
| **Summarized Totals** | **$101.89** |