IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JMM 142137 v1
2850487-000002 07/31/2006

**EXHIBIT D**

## APRIL, 2006 FEES FOR JOAN M. MCENTEE

| Date  | Hours | Description |
|-------|-------|-------------|
| 4/7/  | 4     | Arrange follow- up meetings for client with NDRC and SMERT |
| 4/10/ | 6     | Contact from client requesting NDRC meeting |
| 4/12/ | 6     | Begin to discuss and arrange technical meeting for WRG |
| 4/14/ | 4     | Respond to arrangements from Client and Chinese side |

EXPENSES ITEMIZED AND SUMMARIZED FOR APRIL, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 4/30/2006**
**Bill # 6816111 dated 5/5/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 4/10/06 | $263.95 |
| China representative expense for March 06 | 4/21/06 | $1,159.62 |
| Travel Shanghai, China for client meetings | | |
| | | |
| Bill #6816111 itemized totals | | $1,423.57 |

**Summarized:** | **Amount**

| | |
|---|---|
| Travel Expenses on behalf of client | $1,159.62* |
| Long Distance on behalf of client | $263.95 |
| Bill #6816111 summarized totals | $1,423.57 |

*See attached for detail of expenses. W.R. Grace allocated 66% of China Representative's expenses for this trip.

WJMM 142137 v1
2850487-000002 07/31/2006

**March 12th through March 17th, 2006**

|  | Julia (China Representative) | WR Grace % of expenses |
|---|---:|---:|
| Airfare | $843.00 | $556.38 |
| Ground Transportation | $447.00 | $295.02 |
| Hotel | $334.00 | $220.44 |
| Meals and Tips | $133.00 | $87.78 |
| Julia Total Expenses | $1,757.00 | $1,159.62 |

WR Grace charged 66% of Julia's Expenses