# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 141741 v1
2850487-000001 6/20/2006

**EXHIBIT B**

## MAY 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 5/18 | 1 | Telephone conferences with Grace officials and other consultants regarding status |
| 5/22 | 2 | Asbestos alliance conference call |
| 5/23 | 3 | Work with Grace officials and other representatives of asbestos alliance on upcoming Senate hearing and strategy for helping Senate Majority Leader achieve the necessary 60 votes to move the legislation |
| 5/24 | 3 | Work with Grace officials and other representatives of asbestos alliance on upcoming Senate hearing and strategy for helping Senate Majority Leader achieve the necessary 60 votes to move the legislation |
| 5/25 | 2 | Work with Grace officials and other representatives of asbestos alliance on upcoming Senate hearing and strategy for helping Senate Majority Leader achieve the necessary 60 votes to move the legislation |
| 5/26 | 1 | Telephone conferences with Grace officials |
| 5/30 | 1 | Telephone conferences with Grace officials |

## EXPENSES FOR MAY, 2006

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 05/31/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 04/06/06 | $0.35 |
| Mobile/ Cell Phone Charges | 04/04/06 | $13.37 |
| **Itemized Totals** | | **$13.72** |

| Summarized: | Amount |
|---|---|
| Long Distance | $0.35 |
| Mobile/ Cell Phone Charges | $13.37 |
| **Summarized Totals** | **$13.72** |

WJDR 141741 v1
2850487-000001 6/20/2006