IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JMM 142138 v1
2850487-000002 07/31/2006

**EXHIBIT
D**

## MAY, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|---|---|---|
| 5/8 | 6 | Follow-up with NDRC |
| 5/10-24 | 20 | Travel to China for client meetings |
| 5/10 | 4 | Meeting with NDRC in China for client |
| 5/10 | 3 | Arrange follow up by Julia Zhang to meet NDRC and discuss client's needs |
| 5/24 | 2 | Assist in administering visa applications |
| 5/24 | 4 | Prepare special Memorandum of Understanding to establish special relationship |
| 5/31 | 3 | Arrange meetings for Chinese Construction Association to visit client |
| 5/31 | 8 | Investigate increase construction sales in China for client |
| 5/31 | 6 | Prepare and arrange invitation assistance for Chinese ministry to visit WRG |

EXPENSES ITEMIZED AND SUMMARIZED FOR MAY, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 5/31/2006**
**Bill # 6823991 dated 6/9/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 5/12/06 | $84.95 |
| Travel to China for client meetings | 5/27/06 | $6,891.30 |
| Travel Shanghai, China for client meetings | | |
| **Bill #6823991 itemized totals** | | **$6,976.25** |

**Summarized:**                                             **Amount**

| | |
|---|---|
| Travel Expenses on behalf of client | $6,891.30* |
| Long Distance on behalf of client | $84.95 |
| **Bill #6823991 summarized totals** | **$6,976.25** |

*See attached page for detail of expenses incurred. W.R. Grace allocated 34% of Ms. McEntee's expenses for this trip.

WJMM 142138 v1
2850487-000002 07/31/2006

| Joan McEntee | May 15th | May 16th | May 17th | May 18th | May 19th | May 20th | May 21st | May 22nd | May 23rd | May 24th | Totals | WR Grace |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | $6,723.72 | | | | | | | | | | $6,723.72 | $4,653.59 |
| Ground Transportation | | $103.37 | | | $239.58 | $79.42 | $51.69 | $113.45 | $315.14 | $170.18 | $834.33 | $283.74 |
| Lodging | | $489.99 | $489.99 | $489.99 | $1.27 | $489.99 | $489.99 | $457.67 | $456.65 | | $3,854.26 | $1,310.45 |
| Breakfast | | | | | | | $3.53 | | $37.70 | $98.44 | $139.67 | $47.49 |
| Lunch | | | $133.23 | | $45.61 | $33.05 | | $8.70 | $4.36 | $226.15 | $76.85 |
| Dinner | | $128.74 | | $120.03 | $45.38 | $872.32 | | $55.53 | $71.76 | | $1,293.76 | $439.88 |
| Telephone | | | | | | | $0.20 | | | | $0.20 | $0.07 |
| Entertainment | | | | | | $104.63 | | | | | $104.63 | $35.57 |
| Non-Meal Tips | | | | | | | | | | | $0.00 | $0.00 |
| Laundry | | | $41.76 | | $41.17 | | | | $46.39 | | $129.32 | $43.97 |
| Joan's Expenses | $6,723.72 | $722.10 | $664.98 | $610.02 | $363.20 | $1,579.41 | $546.41 | $626.65 | $938.34 | $6,996.71 | $20,268.54 | $6,891.30 |

WR Grace is charged 34% of Joan's Expenses.