IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re:                                                    )    Chapter 11
                                                          )
W.R.GRACE & CO., et al.[1]                                )    Case No. 01-01139 (JKF)
                                                          )    (Jointly Administered)
                                                          )

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 142154 v1
2850487-000001 7/19/2006

**EXHIBIT
B**

## JUNE 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 6/5  | 1 | Participate in asbestos alliance conference call |
| 6/6  | 1 | Participate in asbestos alliance conference call |
| 6/8  | 4 | Work with Senate officials regarding export plant issue that has arisen in Libby, MT |
| 6/9  | 2 | Check with Senate leadership on status of pending asbestos legislation |
| 6/19 | 2 | Work with Grace officials and consultants on Congressional funding proposal regarding Grace |
| 6/20 | 2 | Work with Grace officials and consultants on Congressional funding proposal regarding Grace |
| 6/20 | 2 | Work with Grace officials and consultants on Congressional funding proposal regarding Grace |
| 6/27 | 8 | Travel to Maryland with Grace official to work on Federal funding issue |

## EXPENSES FOR JUNE, 2006

| W.R. Grace Expenses | | |
|---|---|---|
| Client # 2850487-000001 | | |
| Itemized and summarized through 06/30/2006 | | |
| Description | Date | Amount |
| Mobile/ Cell Phone Charges | 06/14/06 | $11.74 |
| Itemized Totals | | $11.74 |
| **Summarized:** | | Amount |
| Mobile/ Cell Phone Charges | | $11.74 |
| Summarized Totals | | $11.74 |

W JDR 142154 v1
2850487-000001 7/19/2006