IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Curibe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhem Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JMM 142141 v1
2850487-000002 07/31/2006

EXHIBIT
D

## JUNE, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 6/1 | 4 | Discuss follow- up meeting with J. Healy and Dr. Young and others |
| 6/5 | 4 | Discussions with client proposal for technical meetings in China |
| 6/6 | 6 | Arrangements with China government for meeting |
| 6/9 | 4 | Conversation with client regarding meeting and focus; contact colleagues |
| 6/13 | 5 | Arrange technical meeting with NDRC for WRG |
| 6/20 | 3 | Discuss CEO's trip in September to China |
| 6/23 | 6 | Begin arrangements for Festa and others for trip |

# EXPENSES ITEMIZED AND SUMMARIZED FOR JUNE, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 6/30/2006**
**Bill # 6830275 dated 7/7/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 6/21/06 | $212.07 |
| China office representative travel expenses | 6/21/06 | $613.14 |
| Travel to China for client meetings | 6/28/06 | $5,310.55 |
| **Bill #6830275 itemized totals** | | **$6,135.76** |

**Summarized:**       **Amount**

| | Amount |
|---|---|
| Travel Expenses on behalf of client | $5,923.69* |
| Long Distance on behalf of client | $212.07 |
| **Bill #6830275 summarized totals** | **$6,135.76** |

*See attached pages for detail of expenses. W.R. Grace allocated 30% of Ms. McEntee's expenses and 33% of the China Representative's expenses for this trip.

**Joan McEntee**

| | June 21st | June 22nd | June 23rd | June 24th | June 25th | June 26th | June 27th | June 28th | Totals | WR Grace |
|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | $8,173.50 | | | $225.65 | | | | $5,908.70 | $14,307.75 | $4,292.33 |
| Ground Transportation | | | $51.81 | | $154.15 | $90.97 | $90.97 | | $387.90 | $116.37 |
| Lodging | | $489.68 | $489.68 | $489.68 | $150.11 | $489.68 | $489.68 | | $2,598.61 | $779.55 |
| Breakfast | | | | | | $9.35 | | | $9.35 | $2.81 |
| Lunch | | | | | | | $31.97 | | $31.97 | $9.59 |
| Dinner | | $120.94 | | $51.45 | | | | | $172.39 | $51.72 |
| Telephone | | | | $0.82 | | | $0.05 | $0.05 | $0.92 | $0.28 |
| Entertainment | | | | | | | | $35.38 | $35.38 | $10.61 |
| Non-Meal Tips | | | | | $120.00 | | | | $120.00 | $36.00 |
| Laundry | | | | | | $37.65 | | | $37.65 | $11.30 |
| **Joan's Expenses** | $8,173.50 | $810.92 | $541.49 | $767.50 | $424.26 | $627.66 | $612.67 | $6,944.13 | $17,701.82 | $5,310.55 |

WR Grace is charged 30% of Joan's Expenses

**May 15th through May 24th, 2006**

| | Julia (China Representative | WR Grace % of expenses |
|---|---|---|
| Airfare | $514.00 | $169.62 |
| Ground Transportation | $400.00 | $132.00 |
| Hotel | $713.00 | $235.29 |
| Meals | $231.00 | $76.23 |
| Julia Total Expenses | $1,858.00 | $613.14 |

WR Grace charged 33% of Julia's Expenses

M EFC 975089 v1
2850487-000002 07/31/2006