# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 28, 2006 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR PITNEY HARDIN LLP'S
## SIXTY-SECOND INTERIM FEE APPLICATION FOR THE PERIOD
## FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1440924A01080206

# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006[2]

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 05/31/06 | Address correspondence on subdivision at landfill. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 73.00 |
| 06/08/06 | Memo with client on subdivision and survey issues. | | |
| 14 | W. Hatfield | 0.3 | 109.50 |
| 06/14/06 | Review client correspondence. | | |
| 14 | W. Hatfield | 0.1 | 36.50 |
| 06/20/06 | Call with B. Bowe on subdivision issues and Pennoni work at site; review file on Pennoni issues; memos with B. Bowe; memo to clients on case status; memos with V. Finkelstein on GNCC matter; memos with AJM on matter. | | |
| 14 | W. Hatfield | 1.4 | 511.00 |
| 06/26/06 | Review Pennoni subdivision proposal. | | |
| 14 | W. Hatfield | 0.1 | 36.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 2.1 | 365.00 | 766.50 |
| TOTAL | | 2.1 | | 766.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 06/01/06 | Follow up re: correspondence with NJDEP and Court; follow up re interviews. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 275.00 |
| 06/01/06 | Emails and follow up with J. Hughes regarding location of documents; information for J. Posner re CNA matter. | | |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

1440924A01073106

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 165.00 |
| 06/01/06 | Analyze historical documents for additional information concerning knowledge of employees re: presence of asbestos. | | |
| 3 | B. Moffitt | 5.2 | 1,872.00 |
| 06/01/06 | Review W. Hatfield e-mail and attachments re: NJDEP policies re: public participation, including references therein to Grace. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 06/01/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 06/02/06 | Follow up with B. Moffitt re interviews. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 06/02/06 | Analyze historical documents for additional information concerning knowledge of employees re: presence of asbestos. | | |
| 3 | B. Moffitt | 6.3 | 2,268.00 |
| 06/02/06 | Review article re: joint hearing of the NJ Assembly's Environment and Judiciary Committees re various sites in New Jersey. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 06/02/06 | Assemble documents needed by J. Spielberg re: drafting of deed notice; confer with A. Marchetta re: same; review file re: same. | | |
| 3 | B. Moffitt | 0.8 | 288.00 |
| 06/02/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 06/03/06 | Follow up regarding request for documents. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 06/04/06 | E-mail exchange with N. Susalis re: potential witnesses. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 06/05/06 | Follow up with S. Parker regarding documents for client. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 06/05/06 | Analyze historical documents for additional information concerning knowledge of employees re: presence of asbestos. | | |

1440924A01073106

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 2.1 | 756.00 |
| 06/05/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 06/05/06 | Reviewed file index and corresponding boxes re: identification of files requested by J. Hughes; Worked with vendor representative re: coordination of project to copy same. | | |
| 14 | S. Parker | 0.7 | 94.50 |
| 06/06/06 | Review Senate Committee agenda re: environmental legislation. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 06/06/06 | Prepared deed notice documents regarding proposed remediation. | | |
| 3 | J. Spielberg | 2.1 | 525.00 |
| 06/07/06 | Address ISRA correspondence and memos on access agreement issues. | | |
| 14 | W. Hatfield | 0.5 | 182.50 |
| 06/07/06 | Follow up regarding new omnibus hearing date; information regarding statute of limitations legislation and interviews; follow up with S. Parker re documents. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 06/07/06 | E-mail from J. Baer re: pending motions in Bankruptcy Court; preparation of response re: same and follow up re: same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 06/07/06 | Review e-mail from N. Susalis re: interviews and respond. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 06/07/06 | Preparation of e-mail to client re: upcoming legislative meeting re: proposed legislation concerning statute of limitations. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 06/07/06 | Work with W. Hatfield and J. Spielberg re: documents needed re: access agreement; review file and provide required documents. | | |
| 3 | B. Moffitt | 1.1 | 396.00 |
| 06/07/06 | Analyze historical documents for additional information concerning knowledge of employees re: presence of asbestos. | | |
| 3 | B. Moffitt | 2.2 | 792.00 |
| 06/07/06 | Continued to prepare deed notice documents. | | |
| 3 | J. Spielberg | 1.2 | 300.00 |

4

| 06/07/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 27.00 |

| 06/07/06 | Accessed NJ Legislature's website re: retrieval of Senate bill which is on the Senate Environment Committee's agenda for June 12th; Created electronic version of same and forwarded same to B. Moffitt as requested; Worked with B. Moffitt re: same. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 40.50 |

| 06/08/06 | Address URS schedule and draft letter; memo to clients on access issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 146.00 |

| 06/08/06 | Address case strategy with AJM. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 109.50 |

| 06/08/06 | Work with B. Moffitt regarding court scheduling, work with W. Hatfield regarding remediation issues with DEP; follow up re; legislative hearing. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.2 | 660.00 |

| 06/08/06 | Work with N. Susalis re: strategy; review documents with N. Susalis; preparation for meeting; telephone call with N. Susalis. | | |
|---|---|---|---|
| 3 | B. Moffitt | 3.5 | 1,260.00 |

| 06/08/06 | Analyze historical documents for additional information concerning knowledge of employees re: presence of asbestos. | | |
|---|---|---|---|
| 3 | B. Moffitt | 4.3 | 1,548.00 |

| 06/08/06 | Continued to prepare deed notice agreement. | | |
|---|---|---|---|
| 3 | J. Spielberg | 2.0 | 500.00 |

| 06/09/06 | Follow up re remediation issues with W. Hatfield and clients; follow up re settlement discussion with Deputy Attorney General. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.9 | 495.00 |

| 06/09/06 | Memos to and from AJM and client on client strategy on ISRA schedule and response to NJDEP. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.9 | 328.50 |

| 06/09/06 | Analyze historical documents for additional information concerning knowledge of employees re: presence of asbestos. | | |
|---|---|---|---|
| 3 | B. Moffitt | 5.2 | 1,872.00 |

| 06/09/06 | Review e-mail from W. Hatfield re: site access agreement. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.1 | 36.00 |

1440924A01073106

| 06/09/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 27.00 |

| 06/10/06 | Follow up re remediation issues. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 165.00 |

| 06/12/06 | Follow up regarding remediation issues and scheduling in light of settlement delays. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 330.00 |

| 06/12/06 | Attendance at New Jersey Senate Environment Committee meeting re: bill eliminating statute of limitations for certain environmental crimes and crimes causing widespread injury or damage. | | |
|---|---|---|---|
| 3 | B. Moffitt | 4.3 | 1,548.00 |

| 06/12/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 40.50 |

| 06/12/06 | Worked with B. Moffitt re: reports of interviews. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 27.00 |

| 06/13/06 | Telephone call from Deputy Attorney General regarding settlement and scheduling of Chapter 11 proceedings; follow up re same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 385.00 |

| 06/13/06 | Work with B. Moffitt on hearing re Trenton and follow up re same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 330.00 |

| 06/13/06 | Telephone call with A. Marchetta and J. Dickinson re: settlement and follow up re: same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 108.00 |

| 06/13/06 | Preparation of summary of June 12, 2006 meeting of New Jersey State Senate's Environment Committee. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 108.00 |

| 06/13/06 | Analyze historical documents for additional information concerning knowledge of employees re: presence of asbestos. | | |
|---|---|---|---|
| 3 | B. Moffitt | 4.8 | 1,728.00 |

| 06/14/06 | Numerous emails, telephone calls and follow up re court scheduling, status of criminal matter and settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.6 | 880.00 |

6

1440924A01073106

| 06/14/06 | Conference with A. Marchetta and B. Moffitt regarding update on status of case. | | |
| 3 | J. O'Reilly | 0.8 | 384.00 |

| 06/14/06 | Review various e-mails re: status of investigation; confer with J. O'Reilly re: prosecution and strategy re: reaching out to DAG; confer with A. Marchetta and draft e-mail to client and co-counsel re: same | | |
| 3 | B. Moffitt | 1.7 | 612.00 |

| 06/14/06 | E-mail exchange with investigator and review database re: same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |

| 06/14/06 | Searched re: status of pending legislation relevant to instant action; Worked with B. Moffitt re: upcoming assembly session regarding same. | | |
| 14 | S. Parker | 0.3 | 40.50 |

| 06/14/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt; Searched U.S. District Court, District of Montana's website re: identification and retrieval of Judge Molloy's opinion which may impact instant action. | | |
| 14 | S. Parker | 0.6 | 81.00 |

| 06/15/06 | Follow up regarding legislative session; follow up regarding interviews. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |

| 06/15/06 | Attendance at New Jersey Assembly Judiciary Committee meeting re: bill eliminating statute of limitations for certain environmental crimes and crimes causing widespread injury or damage and related legislation. | | |
| 3 | B. Moffitt | 4.8 | 1,728.00 |

| 06/15/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 06/16/06 | Follow up re remedial investigation issues; forward information on same; follow up re Chapter 11 hearing; work with DAG re same and with B. Moffitt re same; call with client; follow up re soil sampling. | | |
| 14 | A. Marchetta | 1.8 | 990.00 |

| 06/16/06 | Review memo on sampling and news release from EPA on site; memo to clients and URS on schedule. | | |
| 14 | W. Hatfield | 0.4 | 146.00 |

| 06/16/06 | Telephone call from R. Marriam re: off-site soil sampling results; confer | | |

|   | with A. Marchetta and review file re: same; telephone call with R. Marriam re: same; preparation of e-mail re: same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.6 | 216.00 |
| 06/16/06 | Review e-mail from D.A.G. Dickinson re: pending motions; preparation of e-mail to J. Baer re: same; follow up re: same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 06/16/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 06/17/06 | Communications with URS on ISRA issues. | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 06/19/06 | Telephone calls from client re: omnibus hearing and settlement issues. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 06/19/06 | Review memo on EPA and DEP issues; review consultant correspondence. | | |
| 14 | W. Hatfield | 0.3 | 109.50 |
| 06/19/06 | Review articles re: asbestos issues as forwarded by client and S. Parker. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 06/19/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 06/20/06 | Telephone call with client and follow up re settlement issues. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 06/20/06 | Revise and supplement summary of interview. | | |
| 3 | B. Moffitt | 1.9 | 684.00 |
| 06/20/06 | Revise and supplement summary of interview. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 06/20/06 | Review news article re: soil sampling near Trenton Plant. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 06/20/06 | Work with A. Marchetta re: response to W. Sparks call re: interview. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 06/20/06 | Searched re: compilation of information on current status of investigation of | | |

8

| | | | |
|---|---|---|---|
| | Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 06/21/06 | Follow up with client re; status; work with B. Moffitt re: adjournment and information for Judge Bongiovanni; follow up re status of criminal matter. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 06/21/06 | Review news article re: Trenton soil sampling; e-mail exchange with investigator re: same. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 06/21/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 06/21/06 | Searched re: status of pending legislation relevant to instant action; Worked with B. Moffitt re: upcoming assembly session regarding same. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 06/22/06 | Follow up re: summary of legislative hearing and information re: GAO investigations; work with B. Moffitt re: investigations. Telephone call with co-counsel re: investigation. | | |
| 14 | A. Marchetta | 2.4 | 1,320.00 |
| 06/22/06 | Address article on site sampling. | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 06/22/06 | Conference with A. Marchetta and B. Moffitt re: status and update, and discuss strategy to conclude both, and investigation re: Hamilton Twp.; phone conference with L. Lustberg re: subpoena. | | |
| 3 | J. O'Reilly | 1.3 | 624.00 |
| 06/22/06 | Analyze history in Trenton for purposes of formulating arguments; identify same; work with A. Marchetta, J. O'Reilly and S. Parker re: same. | | |
| 3 | B. Moffitt | 5.4 | 1,944.00 |
| 06/22/06 | Meet with A. Marchetta and J. O'Reilly re: strategy re: approaching DAG re: investigation of Grace; follow up re: same with S. Parker. | | |
| 3 | B. Moffitt | 1.7 | 612.00 |
| 06/22/06 | Draft e-mail to client summarizing June 15, 2006 meeting of New Jersey Assembly's Judiciary Committee re: increased penalties and notice to be provided by responsible parties; review news article re: GAO probe of Trenton site and preparation of e-mail to client re: same; review press from | | |

9

|          | Congressman Smith and preparation of e-mail to client. | | |
|----------|---------------------------------------------------------|-----|--------|
| 3        | B. Moffitt                                              | 1.1 | 396.00 |

| 06/22/06 | Identification and retrieval of Judge Molloy's recent SOL opinion as requested by A.J. Marchetta. | | |
|----------|---------------------------------------------------------------------------------------------------|-----|--------|
| 14       | S. Parker                                                                                         | 0.2 | 27.00  |

| 06/22/06 | Worked with B. Moffitt re: scope of project to retrieve records; Conducted searches and reviewed search results re: compilation of same; Worked with B. Moffitt re: review and analysis of same. | | |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
| 14       | S. Parker                                                                                                                                                                                        | 4.2 | 567.00 |

| 06/22/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
| 14       | S. Parker                                                                                                                                                                                                | 0.4 | 54.00  |

| 06/23/06 | Work with B. Moffitt re: survey; telephone calls with J. O'Reilly and L. Lustberg regarding subpoenas, emails re same. | | |
|----------|-----------------------------------------------------------------------------------------------------------------------|-----|--------|
| 14       | A. Marchetta                                                                                                          | 1.5 | 825.00 |

| 06/23/06 | Conference with A. Marchetta re: discussion with L. Lustberg, Esq. | | |
|----------|-------------------------------------------------------------------|-----|--------|
| 3        | J. O'Reilly                                                       | 0.1 | 48.00  |

| 06/23/06 | Work with A. Marchetta and S. Parker re: analysis for purposes of formulating arguments; preparation of e-mail to client re: same. | | |
|----------|-----------------------------------------------------------------------------------------------------------------------------------|-----|--------|
| 3        | B. Moffitt                                                                                                                        | 0.8 | 288.00 |

| 06/23/06 | Work with S. Parker re: preparation for upcoming Senate and Assembly sessions re: elimination of statute of limitations and related legislation. | | |
|----------|-------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
| 3        | B. Moffitt                                                                                                                                       | 0.2 | 72.00  |

| 06/23/06 | Work with A. Marchetta re: upcoming testimony. | | |
|----------|------------------------------------------------|-----|--------|
| 3        | B. Moffitt                                     | 0.2 | 72.00  |

| 06/23/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
| 14       | S. Parker                                                                                                                                                                                                | 0.3 | 40.50  |

| 06/23/06 | Searched re: status of pending legislation relevant to instant action; Prepared email to A. Marchetta and B. Moffitt outlining same; Worked with B. Moffitt re: upcoming Assembly and Senate sessions regarding same. | | |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
| 14       | S. Parker                                                                                                                                                                                                            | 0.5 | 67.50  |

| 06/26/06 | Telephone call with client; follow up with B. Moffitt re: legislature | | |

10

| | | | |
|---|---|---|---|
| | hearings. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| | | | |
| 06/26/06 | Review news articles re: Grace issues, including reports re: GAO probe. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| | | | |
| 06/26/06 | Review A. Marchetta and W. Jacobson e-mails re: meeting and obtaining EPA soil sampling results via FOIA request. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| | | | |
| 06/26/06 | Attendance at New Jersey Senate meeting re: bill eliminating statute of limitations for certain environmental crimes and crimes causing widespread injury or damage; attendance at Assembly meeting re: related legislation concerning notice to municipalities. | | |
| 3 | B. Moffitt | 5.8 | 2,088.00 |
| | | | |
| 06/26/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| | | | |
| 06/26/06 | Searched U.S. District Court of Montana's website for Judge Molloy's recent ruling re: potentially excluding soil evidence at the Libby trial. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| | | | |
| 06/26/06 | Searched re: status of pending legislation relevant to instant action; Worked with B. Moffitt re: Assembly and Senate sessions regarding same. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| | | | |
| 06/27/06 | Phone conference with DAG Bonanno re: investigations; confer with B. Moffitt regarding update. | | |
| 3 | J. O'Reilly | 0.9 | 432.00 |
| | | | |
| 06/27/06 | E-mails and follow up re conference call with counsel for Bettachi. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| | | | |
| 06/27/06 | E-mails and follow up with DAG re scheduling conference call with Court. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| | | | |
| 06/27/06 | Follow up re FOIA request for EPA status and information re legislative hearing. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| | | | |
| 06/27/06 | Confer with A. Marchetta re: FOIA request for results of off-site soil sampling and re: Senate vote on bill eliminating statute of limitations; work with S. Parker re: FOIA request. | | |

11

1440924A01073106

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 144.00 |

| | | | |
|---|---|---|---|
| 06/27/06 | E-mail exchange with DAG. Dickinson re: conference call with Magistrate Bongiovanni. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |

| | | | |
|---|---|---|---|
| 06/27/06 | Follow up with J. O'Reilly re: his conversation with D.A.G. Bonanno. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

| | | | |
|---|---|---|---|
| 06/27/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| | | | |
|---|---|---|---|
| 06/27/06 | Searched re: status of pending legislation relevant to instant action; Worked with B. Moffitt re: status of same. | | |
| 14 | S. Parker | 0.4 | 54.00 |

| | | | |
|---|---|---|---|
| 06/27/06 | Worked with B. Moffitt re: FOIA request to the EPA for the results of recent soil sampling. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| | | | |
|---|---|---|---|
| 06/28/06 | Telephone call with attorney for Bettachi regarding status conference; with J. O'Reilly re: call with AG; conference with client re same; telephone call with court and Deputy Attorney General regarding status and settlement. | | |
| 14 | A. Marchetta | 1.3 | 715.00 |

| | | | |
|---|---|---|---|
| 06/28/06 | Telephone call with A. Marchetta and R. Bettachi's counsel re: conference call with Judge Bongiovanni and re: grand jury testimony; telephone call with client re: same. | | |
| 3 | B. Moffitt | 0.9 | 324.00 |

| | | | |
|---|---|---|---|
| 06/28/06 | Telephone call with D.A.G. Dickinson and then Magistrate Bongiovanni re: settlement; draft e-mail to client re: same. | | |
| 3 | B. Moffitt | 0.8 | 288.00 |

| | | | |
|---|---|---|---|
| 06/28/06 | Attention to FOIA request for off-site soil sample results; telephone call with EPA attorney re: same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |

| | | | |
|---|---|---|---|
| 06/29/06 | Review various issues and e-mail to client and co-counsel re soil issue. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

| | | | |
|---|---|---|---|
| 06/29/06 | Follow up re: four year results on EPA Studies and forward email re same. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |

| | | | |
|---|---|---|---|
| 06/29/06 | Review email from J. Baer and follow up with B. Moffitt re report for | | |

12

1440924A01073106

asbestos committee.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 165.00 |

06/29/06      Telephone call with EPA attorney B. Carr re: providing copies of soil sampling results; e-mail to A. Marchetta re: same.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 108.00 |

06/29/06      Review and supplement summary of interview.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.2 | 432.00 |

06/29/06      Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 27.00 |

06/30/06      Follow up re information for committees and FOIA report; work with J. O'Reilly re meeting with L. Lustberg; follow up with B. Moffitt re same.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.2 | 660.00 |

06/30/06      Memo to AJM on Grace issues

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 73.00 |

06/30/06      Review J. Baer e-mail re: status update; confer with A. Marchetta and draft e-mail to J. Baer re: status of investigation; review W. Jacobson e-mail re: same.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 108.00 |

06/30/06      Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 40.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 23.6 | 550.00 | 12,980.00 |
| J. O'Reilly | 3 | 3.1 | 480.00 | 1,488.00 |
| W. Hatfield | 14 | 3.4 | 365.00 | 1,241.00 |
| B. Moffitt | 3 | 72.7 | 360.00 | 26,172.00 |
| J. Spielberg | 3 | 5.3 | 250.00 | 1,325.00 |
| S. Parker | 14 | 13.6 | 135.00 | 1,836.00 |
| TOTAL | | 121.7 | | 45,042.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

13

1440924A01073106

| | | | |
|---|---|---|---|
| 06/06/06 | Work on and revise Motion to Confirm Referee's Report. | | |
| 3 | B. Benjamin | 1.8 | 747.00 |
| | | | |
| 06/08/06 | Work with B. Benjamin re issues for court hearing. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| | | | |
| 06/08/06 | Draft correspondence to V. Finkelstein re adjournment of settlement conference. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 06/08/06 | Telephone conference with A. Mack re adjournment of conference. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 06/08/06 | Telephone conference with T. Soloway re adjournment of conference. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| | | | |
| 06/08/06 | Telephone conference with V. Finkelstein re adjournment of conference. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 06/14/06 | Telephone conference with R. Lauder, counsel for Tahari (Rozenholc office) re adjournment of return date of motion to confirm referee's report. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| | | | |
| 06/14/06 | Review/revise Stipulation of Adjournment re Motion to Confirm Referee's report. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| | | | |
| 06/14/06 | Draft correspondence to R. Laudor re revised Stipulation of Adjournment. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| | | | |
| 06/15/06 | Draft correspondence to R. Laudor re response to query re letter brief to Referee, re motion to confirm report. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 06/22/06 | Follow up regarding settlement and authorization. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| | | | |
| 06/22/06 | Review/analysis attorneys fees and costs billed re preparation for settlement conference. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| | | | |
| 06/23/06 | Telephone calls regarding settlement. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| | | | |
| 06/23/06 | Preparation for and attendance at Settlement Conference before Judge Tolub. | | |

14

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 3.3 | 1,369.50 |
| 06/23/06 | Obtained Notice of Cross motion via personal service and forward copy to partner. | | |
| 3 | H. Gonzalez | 0.1 | 15.00 |
| 06/26/06 | Draft correspondence to V. Finkelstein re settlement conference result, continuing with discovery. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 06/26/06 | Review/analysis Tahari opposition to confirmation of Referee's Report and cross-motion to vacate and remand. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |
| 06/27/06 | Work on and revise Reply papers in further support of Motion to Confirm Referee's Report requiring production of documents Tahari withheld on basis of privilege. | | |
| 3 | B. Benjamin | 4.8 | 1,992.00 |
| 06/28/06 | Follow up regarding documents motion. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 06/28/06 | Telephone conference with C. Boubol, re motion to confirm Referee's Report, assertion of attorney client privilege, waiver argument. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 06/28/06 | Draft correspondence to D. Rozenholc, counsel for Tahari, requesting deposition dates for Tahari witnesses. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 06/28/06 | Work on, revise and finalize Reply Affirmation in further support of motion to confirm Referee's Report, in Opposition to Tahari's cross-motion to vacate, and for order entering discovery cutoff date. | | |
| 3 | B. Benjamin | 1.9 | 788.50 |
| 06/28/06 | Review/revise Reply Affirmation in Further Support of Motion To Confirm Referee's Report. | | |
| 3 | M. Levison | 0.8 | 260.00 |
| 06/29/06 | Reviewed reply papers to be submitted at calendar call, prepared papers for submission and sent papers for submission at calendar call. | | |
| 3 | H. Gonzalez | 0.3 | 45.00 |
| 06/30/06 | Follow up re discovery motion and settlement. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |

15

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.6 | 550.00 | 880.00 |
| B. Benjamin | 3 | 14.1 | 415.00 | 5,851.50 |
| M. Levison | 3 | 0.8 | 325.00 | 260.00 |
| H. Gonzalez | 3 | 0.4 | 150.00 | 60.00 |
| TOTAL | | 16.9 | | 7,051.50 |

1440924A01073106