# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006

Engagement Costs – NJDEP v. W.R. Grace et. al.

| | | |
|---|---|---|
| 05/01/06 | Paid N. Susalis fees for services rendered #10501; S#7873[3] | 10782.10 |
| 05/08/06 | PD AMEX TO CINGULAR WIRELESS; AJM; CK# 286966[4] | 16.00 |
| 05/22/06 | PD UPS TO FLEMINGTON, NJ; YMD; INV# 81207216 | 14.76 |
| 05/23/06 | PD TRAVEL EXPENSE; BEM; UH&P7P; 6-15-06[5] | 252.46 |
| 05/23/06 | PD MEAL EXPENSE; BEM; UH&P7P; 6-15-06[6] | 76.74 |
| 05/27/06 | PD UPS ADJUSTMENT; YD; INV# 81207216 | 1.73 |
| 06/06/06 | PD UPS WASHINGTON DC; SP; INV# 81207236 | 36.83 |
| 06/08/06 | PD MEAL EXPENSE; JAG[7] | 1.80 |
| 06/08/06 | PD MEAL EXPENSE; BEM[8] | 10.18 |
| 06/12/06 | PD TRAVEL EXPENSE TO AND FROM TRENTON, NJ ON DATES 6/12 AND 6/15; BEM; UH&P7P[9] | 96.12 |
| | Matter Total Engagement Cost | 11,288.72 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 04/26/06 | Pd Aetna Central Judicial Services for services rendered; MED; Ck# 287361[10] | 5.00 |
| 06/06/06 | Pd Fedex to New York NY; BMB; Ck# 287128 | 13.69 |
| 06/06/06 | Pd Fedex to New York NY; BMB; Ck# 287128 | 15.70 |
| 06/07/06 | FEE PAID CLERK OF COURT, COUNTY OF NY, FOR FILING MOTION; BMB; S #7863[11] | 45.00 |
| | Matter Total Engagement Cost | 79.39 |

---

[3] N. Susallis and Associates, Inc. Invoice # 1825 dated 5/1/2006 attached hereto as Exhibit 1.

[4] Invoice for A. Marchetta attached hereto as Exhibit 2.

[5] Direct Reimbursement Expense Report for Brian E. Moffitt dated May 23, 2006-May 24, 2006 attached hereto as Exhibit 3.

[6] Id.

[7] Pitney, Hardin, Kipp & Szuch Client Service Charge dated 6/8/06 attached hereto as Exhibit 4.

[8] Pitney Hardin Menu Order Form dated 6/8/06 attached hereto as Exhibit 5.

[9] Direct Reimbursement Expense Report for Brian E. Moffitt dated June 12, 2006-15, 2006 attached hereto as Exhibit 6.

[10] Aetna Central Judicial Services Invoice #: 47 dated 4/26/2006 attached hereto as Exhibit 7.

[11] Pitney, Hardin, Kipp & Szuch Check Requisition dated 6/7/06 attached hereto as Exhibit 8.

1440924A01080206

# EXHIBIT 1

N. Susalis and Associates, Inc.
P.O. Box 35
Stanton, NJ 08885
Telephone 908.237.0907
Facsimile 908.782.7319

EIN 22-381-6872

| Date | Invoice # |
|------|-----------|
| 5/1/2006 | 1825 |

**Bill To**

Pitney Hardin, LLP
ATT: Brian E. Moffitt
PO Box 1945
Morristown, NJ 07962-1945

PAID ...................
APPROVED ...............
VENDOR NO. ............ 00090
CHECK NO. ............ 28.1076
CHARGE ............ 1050

| Reference |
|-----------|
| W. R. Grace |

OK- to pay. 114715
082910. Brian E. Moffitt
6/7/06

421 BEM

| | Customer Number | Case/Job Number | Reference |
|--|-----------------|-----------------|-----------|
| | P-350 | 4-1104 | Moffit, Brian |

| Date | Professional Services Description | Rate | Hours | Amount |
|------|-----------------------------------|------|-------|--------|
| 4/30/2006 | Report preparation. | 150.00 | 2 hrs. 30 min. | 375.00 |
| 5/1/2006 | Telephone call t▨▨▨▨. | 150.00 | 10 min. | 24.00 |
| 5/2/2006 | Case work activities--trav▨▨▨▨ Newark Airport for destinati▨▨ ▨▨▨▨▨▨▨r an interview ▨▨▨▨▨▨. Review of doc▨▨▨▨. | 150.00 | 16 hrs. | 2,400.00 |
| 5/3/2006 | Case work activities--▨▨▨▨▨▨▨d review of documents with Mr. Moffitt. | 150.00 | 8 hrs. | 1,200.00 |
| 5/4/2006 | Case work activities--review documents with Mr. Moffitt; returned to New Jersey. | 150.00 | 12 hrs. 30 min. | 1,875.00 |
| 5/4/2006 | Round trip mileage 94. | 0.44 | | 41.36 |
| 5/4/2006 | Miscellaneous Fees -- parking. | 90.00 | | 90.00 |
| 5/4/2006 | Miscellaneous Fees -- Meals 6.63 + 2.83 + 4.61 | 14.07 | | 14.07 |
| 5/16/2006 | Case work activities--document review. | 150.00 | 1 hr. | 150.00 |
| 5/20/2006 | Case work activities--located and spoke via telephone to ▨▨▨▨▨▨▨▨▨ cheduled interview. Attempted to loca▨▨▨▨▨▨▨▨eport preparation. | 150.00 | 1 hr. 30 min. | 225.00 |
| 5/21/2006 | Case work activities--document review. | 150.00 | 45 min. | 112.50 |
| 5/22/2006 | Case work activities--telephone call from Mr. Moffitt; ▨▨▨▨▨reserved hotel; telephone call to Mr. Moffitt and Mr. Jacobson. Document review. | 150.00 | 2 hrs. 15 min. | 337.50 |
| 5/23/2006 | Case work activities--reviewed documents fo▨▨▨ traveled t▨▨▨▨▨▨▨r interview. | 150.00 | 14 hrs. | 2,100.00 |
| 5/24/2006 | Case work activities--interviewed▨▨▨▨ ▨▨▨veled back to New Jersey. | 150.00 | 9 hrs. | 1,350.00 |
| 5/24/2006 | Round trip mileage 470. | 0.44 | | 206.80 |
| 5/24/2006 | Lodging Expenses | 168.37 | | 168.37 |
| 5/25/2006 | Case work activities--telephone call from Mr. Moffitt; report preparation. | 150.00 | 45 min. | 112.50 |

Payment due upon receipt.

| | Total | $10,782.10 |
|--|-------|------------|

# EXHIBIT 2

| Prepared For<br>ANGELA BARON<br>PITNEY HARDIN K & S | Account Number<br>3782-913510-73001 | 153AJM - LIT |
|---|---|---|

\* 10501 ○

5/8/06    Cingular Wireless                                                    124.98

✳) 54.00

082910.114715 WRG/NJDEP/Trenton $ 16.00

| | New Charges/Other Debits | 3,578.1 |
|---|---|---|
| **Total for A J MARCHETTA** | Payments/Other Credits | 0.0 |

ENTERED IN
COMPUTER BY
33274        6/23/06

# EXHIBIT 3

# RECEIVED
JUN 05 2006

**DIRECT REIMBURSEMENT EXPENSE REPORT**
NAME _____ BRIAN E. MOFFITT _____

Period From: _____ May 23, 2006
To: _____ May 24, 2006

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | Show details on Page 2 | | |
| 5/23/2006 | Hotel room for B. Moffitt [____] for conducting interview; including breakfast set up for former employee/witness | | | | | | $252.46 | $252.46 | 082910.114715 |
| 5/23/2006 | Dinner for B. Moffitt and N. Susalis at Grimaldi's restaurant | | | | | $76.74 | | $76.74 | 082910.114715 |

Expenses Reported $ 329.20

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 6/2/2006

ENTERED IN
COMPUTER BY: 33230 6 6/20/06

P A I D
JUN 15 2006

10501 — 252.46
10504 — 76.74

321 Denn

6/2/2006

# EXHIBIT 4

Pitney, Hardin, Kipp & Szuch

Client Service Charge — Soda Bill

Date of Function ___6/8/06___

Day of Week __Thursday__

Requested By __B.Moffitt__

Number of People __2__

Time __1:30__

Conference Room __4F__

$1.80

Menu ___Soda___

Special Instructions _____

Business Purpose _____

People Attending: _____

Client/Matter Nos. __82910.114715__

Soda Bill __2x.75=1.50__

Tax _____

Sub Total _____

20% __0.30__

Total Bill __1.80__

Secretary _____

Extension _____

# EXHIBIT 5

**√ento, Jessica**

| | |
|---|---|
| **From:** | Dino, Kristie |
| **Sent:** | Thursday, June 08, 2006 11:26 AM |
| **To:** | MAIL-CATERING |
| **Cc:** | Sangemino, Jill |
| **Subject:** | PHKS-#1056304-v1-PH_Menu_Order_Form.DOC |

PH Menu Order Form
(Address email to: Mail-Catering )
Date of function:  06/08/06
Day of the week: Thursday
Time of function:  1:30pm
Client/Matter #: 082910.114715
Conference room: 4F
Number of people: 2
Requested By: Brian Moffitt
Secretary name: Kristie Dino

Extension: 7407

Meal type (Please specify Breakfast, Lunch, Dinner or Other):

Food Request: Cookies, Coffee, Soda

Special Instructions: ?????

Business Purpose: ?????

People attending: ?????

(For 10 or more visitors)
Open Elevators(s)/Front Door at  ????? am / till ?????  pm
If a sign is required, what should it say? ?????

        (Address email to:Mail-Catering)
DO NOT FILL IN (General Services use only):

Food Bill:  *8.00*

Tax:  *.48*

Subtotal:  *8.48*

20%  *1.70*

Total Bill:  *10.18*

*($8.48)*

# EXHIBIT 6

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: Brian E. Moffitt

Period From: June 12, 2006
To: June 15, 2006

PATKEY HARDIN LLP

DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
| | | Miles | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/12/2006 | Travel to and from meeting in Trenton, NJ | 108.00 | $48.06 | | | | | $48.06 | 082910.114715 |
| 6/15/2006 | Travel to and from meeting in Trenton, NJ | 108.00 | $48.06 | | | | | $48.06 | 082910.114715 |

Show details on Page 2

Expenses Reported $ 96.12

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 6/20/06

1/0501

421 BEM

PAID
JUN 30 2006

6/20/2006

# EXHIBIT 7

INVOICE #: 47   TO: PITNEY, HARDIN LLP

AETNA   CENTRAL   JUDICIAL   SERVICES

| INVK ATE | RECORD NUMBER | CLIENT FILE # | C A P T I O N | RECIPIENT | SERV CODE | FEES ADVANCE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|
| 4/26/2006 | 1PHKS198639 - 082910 | 1114 | TRIZECHURN 102282 v GRAZE | FILE NOTICE OF ENTRY | A | 0.00 | 5.00 |

# EXHIBIT 8



## PITNEY, HARDIN, KIPP & SZUCH LLP
### CHECK REQUISITION

PAYEE _Clerk of the Court, County of New York_

DATE _6/7/06_

NO: _0824110_

NO: _10-2290_

CLIENT _EPA R Grace_

MATTER _Tahari_

DESCRIPTION _filing of plahag_

AMOUNT $ _415.50_

PAID _____
APPROVED _____
VENDOR NO. _____
CHECK NO. _____
CHANGE _____

_____
AUTHORIZED SIGNATURE