**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 139952 v1
2850487-000001 02/03/2006

**APPENDIX C**

**JANUARY 2006 FEES FOR JAMES D. RANGE**

| Date | Hours | Description |
|---|---|---|
| 1/11 | 1 | Review prospects for upcoming legislative activity in the Senate |
| 1/12 | 1 | Review prospects for upcoming legislative activity in the Senate |
| 1/17 | 3 | Conference call with Grace officials and other consultants regarding upcoming asbestos bill; telephone calls to Senate leadership regarding budget Point of order issues |
| 1/18 | 4 | Conference call with Grace officials and other consultants; telephone conferences with Senate Budget Committee staff regarding stance on upcoming asbestos legislation |
| 1/19 | 4 | Coordinate with other consultants regarding upcoming legislation; work with Grace officials and Senate staff regarding Montana issues that might impact upcoming Senate debate |
| 1/23 | 2 | Work with Grace officials regarding support of certain individual Senate members for procedural motions regarding asbestos legislation and legislation in general |
| 1/24 | 2 | Work with Grace officials and other consultants regarding support of certain Senators for procedural motions regarding asbestos legislation and legislation in general |
| 1/25 | 5 | Contact staff and/or Senate members regarding informational needs and positions with regard to upcoming asbestos bill; telephone conferences with Grace officials and allies regarding problems associated with vote on upcoming asbestos bill |
| 1/27 | 4 | Work with Senate staff regarding their problems with the upcoming Senate Judiciary Committee proposal; telephone conferences with Grace officials regarding same and other related problems |
| 1/30 | 3 | Work with Senate staff regarding their problems with the upcoming Senate Judiciary Committee proposal; telephone conferences with Grace officials regarding same and other related problems |
| 1/31 | 3 | Meet with Grace officials to go over plans for consideration of asbestos legislation; attend luncheon meeting with Grace officials and other consultants regarding same |

# EXPENSES ITEMIZED AND SUMMARIZED FOR JANUARY 2006

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 01/31/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 12/06/05 | $0.35 |
| Long Distance | 12/14/05 | $1.40 |
| Long Distance | 12/23/05 | $0.35 |
| Photo Reproduction Charge | 01/03/06 | $0.40 |
| Mobile/ Cell Phone Charges | 01/11/06 | $12.31 |
| Long Distance | 01/18/06 | $0.35 |
| Long Distance | 01/18/06 | $1.05 |
| Long Distance | 01/18/06 | $1.05 |
| Long Distance | 01/19/06 | $1.40 |
| Long Distance | 01/24/06 | $0.35 |
| Long Distance | 01/24/06 | $1.75 |
| Long Distance | 01/25/06 | $0.35 |
| Long Distance | 01/26/06 | $0.35 |
| Long Distance | 01/26/06 | $3.50 |
| Long Distance | 01/27/06 | $2.10 |
| Long Distance | 01/30/06 | $0.35 |
| Long Distance | 01/30/06 | $0.70 |
| Photo Reproduction Charge | 01/31/06 | $0.20 |
| **Itemized Totals** | | **$28.31** |

| **Summarized:** | **Amount** |
|---|---|
| Long Distance | $15.40 |
| Photo Reproduction Charge | $0.60 |
| Mobile/ Cell Phone Charges | $12.31 |
| **Summarized Totals** | **$28.31** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 140732 v1
0-0 04/12/2006

**JANUARY, 2006 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|---|---|---|
| 1/8 | 2 | Discussions regarding March Festa visit to China |
| 1/11 | 2 | Coordination of China visit |
| 1/13 | 2 | Draft visit plan |
| 1/23 | 4 | Meeting w/ W.R. Grace about upcoming visit by Fred Festa |

EXPENSES ITEMIZED AND SUMMARIZED FOR JANUARY, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 1/31/2006**
**Bill #6809368 dated 04/11/2006**

| Description | Date | Amount |
|---|---|---|
| Bill #6809368 itemized totals | | $0 |

| Summarized: | Amount |
|---|---|
| Bill #6809368 summarized totals | $0 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006 FOR LEGISLATIVE AFFAIRS SERVICES**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.); Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**FEBRUARY 2006 FEES FOR JAMES D. RANGE**

| Date | Hours | Description |
|---|---|---|
| 2/1 | 4 | Telephone calls to South Carolina for help with certain Senate members on asbestos legislation; luncheon meeting with asbestos coalition and Grace officials to discuss strategy for work on pending Senate legislation |
| 2/2 | 3 | Calls with Grace officials, Senate staff and consultants for the asbestos coalition regarding the upcoming legislation |
| 2/3 | 3 | Telephone conferences with Grace officials and others from asbestos alliance on contacts and strategy development for upcoming debate |
| 2/6 | 2 | Monitor ongoing activities in Congress regarding upcoming cloture vote and consideration of asbestos legislation |
| 2/7 | 10 | Attend meetings with Senate staff, along with other asbestos coalition representatives; work throughout the evening with Grace officials in preparation for consideration of asbestos legislation |
| 2/8 | 10 | Attend meetings with Senate staff, along with other asbestos coalition representatives; work throughout the evening with Grace officials in preparation for consideration of asbestos legislation |
| 2/9 | 10 | Monitor Senate floor action regarding asbestos legislation; numerous discussions with Grace officials and allied representatives of other companies affected by the legislation; telephone conferences with Senate staff regarding same |
| 2/10 | 8 | Monitor Senate floor action regarding asbestos legislation; numerous discussions with Grace officials and allied representatives of other companies affected by the legislation; telephone conferences with Senate staff regarding same |
| 2/13 | 10 | Work with Grace officials, asbestos coalition and Congressional staff and members on procedural motions affecting the consideration of asbestos legislation |
| 2/14 | 10 | Work with Grace officials, asbestos coalition and Congressional staff and members on procedural motions affecting the consideration of asbestos legislation |
| 2/15 | 10 | Work with Grace officials, asbestos coalition and Congressional staff and members on procedural motions affecting the consideration of asbestos legislation |
| 2/16 | 2 | Telephone conferences with Grace officials regarding asbestos legislation |
| 2/23 | 2 | Read and inquire about potential for re-consideration of asbestos legislation in the Senate |
| 2/28 | 3 | Work on issues dealing with legislation on pension reform; telephone conferences with Grace officials and Senate staff regarding Department of HHS |

# EXPENSES ITEMIZED AND SUMMARIZED FOR FEBRUARY 2006

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 02/28/2006**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charges | 01/25/06 | $11.69 |
| Client Meals | 02/13/06 | $103.27 |
| Photo Reproduction Charge | 02/21/06 | $0.60 |
| Cab Fare | 02/21/06 | $20.00 |
| Cab Fare | 02/21/06 | $20.00 |
| **Itemized Totals** | | **$155.56** |

| **Summarized:** | **Amount** |
|---|---|
| Mobile/ Cell Phone Charges | $11.69 |
| Client Meals | $103.27 |
| Photo Reproduction Charge | $0.60 |
| Cab Fare | $40.00 |
| **Summarized Totals** | **$155.56** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**FEBRUARY, 2006 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|---|---|---|
| 2/15 | 4 | Correspondence with W.R. Grace regarding dates of March visit |
| 2/17 | 4 | Discussion with W.R. Shanghai re Emission and March visit |
| 2/20 | 4 | Request meetings for W.R. Grace with CVEC, Commerce Ministry, Vice Mayor of Shanghai |
| 2/22 | 4 | Follow-up on meetings for W.R. Grace with CVEC, Commerce Ministry, Vice Mayor of Shanghai |
| 2/28 | 6 | Finalize schedule for March visit |

EXPENSES ITEMIZED AND SUMMARIZED FOR FEBRUARY, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 2/28/2006**
**Bill #6809370 dated 04/11/2006**

| Description | Date | Amount |
|---|---|---|
| Airfare (r/t Beijing-Shanghai-Beijing) | 01/23/06 | $480.00 |
| Lodging | 01/23/06 | $123.00 |
| Ground Transportation/Tips | 01/23/06 | $41.00 |
| Dinner with Shanghai SMERT Officials | 01/23/06 | $160.00 |
| Gifts for Officials | 01/23/06 | $95.00 |
| **Bill #6809370 itemized totals** | | **$899.00** |

| Summarized: | Amount |
|---|---|
| Travel expense | $899.00 |
| **Bill #6809370 summarized totals** | **$899.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2006 THROUGH MARCH 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhem Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.


**MARCH 2006 FEES FOR JAMES D. RANGE**

| Date | Hours | Description |
|---|---|---|
| 3/1 | 2 | Work with Grace officials of Libby Health Care Systems regarding potential visit to Libby by the Secretary of Health & Human Services |
| 3/6 | 3 | Work with Grace officials and representatives of HNA regarding the visit by Secretary of HHS to Libby, MT |
| 3/7 | 3 | Work with Grace officials and representatives of HNA regarding the visit by Secretary of HHS to Libby, MT |
| 3/8 | 2 | Work with Grace officials and representatives of HNA regarding the visit by Secretary of HHS to Libby, MT |
| 2/9 | 2 | Work with Grace officials and representatives of HNA regarding the visit by Secretary of HHS to Libby, MT |
| 3/13 | 2 | Participate in asbestos alliance conference call |
| 3/14 | 2 | Participate in asbestos alliance conference call |
| 3/15 | 2 | Read materials regarding HHS Secretary's visit to Libby, MT; telephone calls to Congressional staff and other interested parties regarding same |
| 3/23 | 2 | Work on contacting Senate offices regarding negotiations on Libby, MT provisions in asbestos legislation |
| 3/24 | 2 | Work on contacting Senate offices regarding negotiations on Libby, MT provisions in asbestos legislation |
| 2/27 | 2 | Cover asbestos alliance/NAM meeting on behalf of WR Grace |
| 2/28 | 2 | Cover asbestos alliance/NAM meeting on behalf of WR Grace |
| 3/29 | 3 | Review materials; conference call with Grace officials and Libby City Council members and others |
| 3/30 | 3 | Work on strategy for negotiating with Libby citizens group in the coming week; contact Senate staff regarding prospects for upcoming negotiations |
| 3/31/ | 3 | Work on strategy for negotiating with Libby citizens group in the coming week; contact Senate staff regarding prospects for upcoming negotiations |

# EXPENSES ITEMIZED AND SUMMARIZED FOR MARCH 2006

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 03/31/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 03/07/06 | $13.60 |
| Cab Fare | 03/20/06 | $20.00 |
| **Itemized Totals** | | **$33.60** |

| Summarized: | Amount |
|---|---|
| Long Distance | $13.60 |
| Cab Fare | $20.00 |
| **Summarized Totals** | **$33.60** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2006 THROUGH MARCH 31, 2006**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**MARCH, 2006 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|---|---|---|
| 3/13 | 4 | Meet with CVEC on behalf of client in China |
| 3/15 | 8 | Meet with China Building Material Assn and W.R. Grace in China<br>Meet with NDRC and W.R. Grace in China |
| 3/16 | 4 | Meet with SMERT and W.R. Grace in China |
| 3/17 | 4 | Meet with Vice Mayor of Shanghai and W.R. Grace in China |
| 3/26 | 4 | Send Thank You letters to Chinese officials |

# EXPENSES ITEMIZED AND SUMMARIZED FOR MARCH, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 3/31/2006**
**Bill #6809371 dated 04/11/2006**

| Description | Date | Amount |
|---|---|---|
| Airfare (r/t Washington-Beijing-Washington) | 03/18/06 | $9,386.20 |
| Lodging (Beijing & Shanghai) | 03/13/06 | $2,065.91 |
| Meals | 03/13/06 | $1,210.66 |
| Ground Transportation/Tips | 03/13/06 | $427.06 |
| **Bill #6809371 itemized totals** | | **$13,089.83*** |

| Summarized: | Amount |
|---|---|
| Travel expense | $13,089.83 |
| **Bill #6809371 summarized totals** | **$13,089.83** |

*Detail on expenses:

- Airfare is for roundtrip business class ticket
- Lodging- six(6) nights in Beijing and two(2) nights in Shanghai
- Meals- six(6) breakfasts, seven(7) lunches, and eight(8) dinners
- The costs of expenses stated represents 66% of the total costs which were allocated to W.R. Grace.