# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM    APRIL 1, 2006 THROUGH APRIL 30, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 141353 v1
2850487-000001 5/16/2006

Appendix C

## APRIL 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 4/3 | 6 | Work with Grace officials and Senate staff regarding potential negotiations involving Libby, MT; participate in asbestos alliance conference call |
| 4/4 | 6 | Work with Grace officials and Senate staff regarding potential negotiations involving Libby, MT; participate in asbestos alliance conference call |
| 4/5 | 4 | Work with Grace officials and Senate staff regarding potential negotiations involving Libby, MT; |
| 4/6 | 2 | Attend meetings with Grace officials and senate staff regarding asbestos legislation |
| 4/11 | 4 | Contact Senate offices regarding conference call with Libby City Council; work with Grace officials in preparation for call |
| 4/12 | 2 | Receive briefing from Grace officials regarding their call with City Council of Libby, Mt regarding settlement agreement |
| 4/17 | 2 | Participate in asbestos alliance conference call; telephone conferences with Senate staff and Grace officials |
| 4/25 | 1 | Participate in asbestos alliance conference call |

E

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 04/30/2006**

| Description | Date | Amount |
| --- | --- | --- |
| Long Distance | 01/31/06 | $1.40 |
| Long Distance | 02/01/06 | $0.35 |
| Long Distance | 02/03/06 | $3.50 |
| Long Distance | 02/07/06 | $1.05 |
| Long Distance | 02/07/06 | $0.70 |
| Long Distance | 02/07/06 | $1.75 |
| Long Distance | 02/07/06 | $2.45 |
| Long Distance | 02/08/06 | $1.40 |
| Long Distance | 02/08/06 | $3.15 |
| Long Distance | 02/08/06 | $0.35 |
| Long Distance | 02/09/06 | $0.70 |
| Long Distance | 02/09/06 | $1.05 |
| Long Distance | 02/09/06 | $0.35 |
| Long Distance | 02/09/06 | $0.70 |
| Long Distance | 02/09/06 | $0.35 |
| Long Distance | 02/09/06 | $0.70 |
| Long Distance | 02/13/06 | $3.50 |
| Long Distance | 02/14/06 | $0.70 |
| Long Distance | 02/14/06 | $0.70 |
| Long Distance | 02/14/06 | $1.75 |
| Long Distance | 02/14/06 | $0.70 |
| Long Distance | 02/14/06 | $0.35 |
| Long Distance | 02/14/06 | $0.35 |
| Long Distance | 02/14/06 | $1.40 |
| Long Distance | 02/14/06 | $1.05 |
| Long Distance | 02/15/06 | $0.70 |
| Long Distance | 02/27/06 | $2.45 |
| Long Distance | 02/28/06 | $1.05 |
| Long Distance | 02/28/06 | $1.75 |
| Long Distance | 03/01/06 | $0.35 |
| Long Distance | 03/01/06 | $0.35 |
| Long Distance | 03/20/06 | $1.40 |
| Long Distance | 03/30/06 | $0.70 |
| Mobile/ Cell Phone Charges | 04/04/06 | $13.60 |
| Photo Reproduction Charge | 04/20/06 | $8.60 |
| Photo Reproduction Charge | 04/20/06 | $15.40 |
| Shipping Expense | 04/20/06 | $25.09 |

| **Itemized Totals** | **$101.89** |
|---|---|

| **Summarized:** | **Amount** |
|---|---|
| Long Distance | $39.20 |
| Mobile/ Cell Phone Charges | $13.60 |
| Photo Reproduction Charge | $24.00 |
| Shipping Expense | $25.09 |
| **Summarized Totals** | **$101.89** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## APRIL, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 4/7/ | 4 | Arrange follow- up meetings for client with NDRC and SMERT |
| 4/10/ | 6 | Contact from client requesting NDRC meeting |
| 4/12/ | 6 | Begin to discuss and arrange technical meeting for WRG |
| 4/14/ | 4 | Respond to arrangements from Client and Chinese side |

EXPENSES ITEMIZED AND SUMMARIZED FOR APRIL, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 4/30/2006**
**Bill # 6816111 dated 5/5/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 4/10/06 | $263.95 |
| China representative expense for March 06 | 4/21/06 | $1,159.62 |
| Travel Shanghai, China for client meetings | | |

| | Amount |
|---|---|
| **Bill #6816111 itemized totals** | **$1,423.57** |

**Summarized:**                                                    **Amount**

| | |
|---|---|
| Travel Expenses on behalf of client | $1,159.62* |
| Long Distance on behalf of client | $263.95 |
| **Bill #6816111 summarized totals** | **$1,423.57** |

*See attached for detail of expenses.   W.R. Grace allocated 66% of China Representative's expenses for this trip.

**March 12th through March 17th, 2006**

|  | Julia (China Representative) | WR Grace % of expenses |
|---|---|---|
| Airfare | $843.00 | $556.38 |
| Ground Transportation | $447.00 | $295.02 |
| Hotel | $334.00 | $220.44 |
| Meals and Tips | $133.00 | $87.78 |
| Julia Total Expenses | $1,757.00 | $1,159.62 |

WR Grace charged 66% of Julia's Expenses

M EFC 975091 v1
0-0 07/31/2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

In re:                                    )    Chapter 11
                                          )
W.R.GRACE & CO., et al.[1]                )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                                          )

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
### FOR THE PERIOD FROM    MAY 1, 2006 THROUGH MAY 31, 2006
### FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## MAY 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 5/18 | 1 | Telephone conferences with Grace officials and other consultants regarding status |
| 5/22 | 2 | Asbestos alliance conference call |
| 5/23 | 3 | Work with Grace officials and other representatives of asbestos alliance on upcoming Senate hearing and strategy for helping Senate Majority Leader achieve the necessary 60 votes to move the legislation |
| 5/24 | 3 | Work with Grace officials and other representatives of asbestos alliance on upcoming Senate hearing and strategy for helping Senate Majority Leader achieve the necessary 60 votes to move the legislation |
| 5/25 | 2 | Work with Grace officials and other representatives of asbestos alliance on upcoming Senate hearing and strategy for helping Senate Majority Leader achieve the necessary 60 votes to move the legislation |
| 5/26 | 1 | Telephone conferences with Grace officials |
| 5/30 | 1 | Telephone conferences with Grace officials |

# EXPENSES FOR MAY, 2006

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 05/31/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 04/06/06 | $0.35 |
| Mobile/ Cell Phone Charges | 04/04/06 | $13.37 |
| **Itemized Totals** | | **$13.72** |

| Summarized: | Amount |
|---|---|
| Long Distance | $0.35 |
| Mobile/ Cell Phone Charges | $13.37 |
| **Summarized Totals** | **$13.72** |

W JDR 141741 v1
2850487-000001 6/20/2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## MAY, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 5/8 | 6 | Follow-up with NDRC |
| 5/10-24 | 20 | Travel to China for client meetings |
| 5/10 | 4 | Meeting with NDRC in China for client |
| 5/10 | 3 | Arrange follow up by Julia Zhang to meet NDRC and discuss client's needs |
| 5/24 | 2 | Assist in administering visa applications |
| 5/24 | 4 | Prepare special Memorandum of Understanding to establish special relationship |
| 5/31 | 3 | Arrange meetings for Chinese Construction Association to visit client |
| 5/31 | 8 | Investigate increase construction sales in China for client |
| 5/31 | 6 | Prepare and arrange invitation assistance for Chinese ministry to visit WRG |

EXPENSES ITEMIZED AND SUMMARIZED FOR MAY, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 5/31/2006**
**Bill # 6823991 dated 6/9/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 5/12/06 | $84.95 |
| Travel to China for client meetings | 5/27/06 | $6,891.30 |
| Travel Shanghai, China for client meetings | | |
| | | |
| **Bill #6823991 itemized totals** | | **$6,976.25** |

| Summarized: | Amount |
|---|---|
| Travel Expenses on behalf of client | $6,891.30* |
| Long Distance on behalf of client | $84.95 |
| **Bill #6823991 summarized totals** | **$6,976.25** |

*See attached page for detail of expenses incurred.  W.R. Grace allocated 34% of Ms. McEntee's expenses for this trip.

**Joan McEntee**

| | May 15th | May 16th | May 17th | May 18th | May 19th | May 20th | May 21st | May 22nd | May 23rd | May 24th | Totals | WR Grace |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | $6,723.72 | | | | | | | | | | $13,687.02 | $4,653.59 |
| Ground Transportation | | $103.37 | | | $239.58 | $79.42 | $5.60 | | | | $654.53 | $283.74 |
| Lodging | | $469.99 | $469.99 | $469.99 | $469.99 | $469.99 | $469.99 | $457.67 | $315.14 | $170.19 | $3,854.26 | $1,310.45 |
| Breakfast | | | | | | | $3.53 | $8.70 | $8.70 | | $139.67 | $47.49 |
| Lunch | | | | | $45.81 | $33.05 | | $55.53 | $8.70 | | $225.15 | $76.55 |
| Dinner | | $128.74 | $133.23 | $120.03 | $45.38 | $872.32 | | | $57.70 | $4.36 | $1,293.76 | $439.88 |
| Telephone | | | | | | | $0.20 | | | | $0.20 | $0.07 |
| Entertainment | | | | | | $104.63 | | | | | $104.63 | $35.57 |
| Non-Meal Tips | | | | | | | | | | | $0.00 | $0.00 |
| Laundry | | | $41.76 | | $41.17 | | | | $46.39 | | $129.32 | $43.97 |
| **Joan's Expenses** | $6,723.72 | $722.10 | $664.98 | $610.02 | $883.20 | $1,879.41 | $545.41 | $625.66 | $398.34 | $5,996.71 | $20,268.54 | $6,891.30 |

WR Grace is charged 34% of Joan's Expenses.

Wash Docs #142183 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re:                                        )      Chapter 11
                                              )
W.R.GRACE & CO., et al.[1]                    )      Case No. 01-01139 (JKF)
                                              )      (Jointly Administered)
                                              )

FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM    JUNE 1, 2006 THROUGH JUNE 30, 2006
FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 142154 v1
2850487-000001 7/19/2006

## JUNE 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 6/5 | 1 | Participate in asbestos alliance conference call |
| 6/6 | 1 | Participate in asbestos alliance conference call |
| 6/8 | 4 | Work with Senate officials regarding export plant issue that has arisen in Libby, MT |
| 6/9 | 2 | Check with Senate leadership on status of pending asbestos legislation |
| 6/19 | 2 | Work with Grace officials and consultants on Congressional funding proposal regarding Grace |
| 6/20 | 2 | Work with Grace officials and consultants on Congressional funding proposal regarding Grace |
| 6/20 | 2 | Work with Grace officials and consultants on Congressional funding proposal regarding Grace |
| 6/27 | 8 | Travel to Maryland with Grace official to work on Federal funding issue |

## EXPENSES FOR JUNE, 2006

| W.R. Grace Expenses | | |
| --- | --- | --- |
| Client # 2850487-000001 | | |
| Itemized and summarized through 06/30/2006 | | |
| | | |
| Description | Date | Amount |
| | | |
| Mobile/ Cell Phone Charges | 06/14/06 | $11.74 |
| | | |
| Itemized Totals | | $11.74 |
| | | |
| Summarized: | | Amount |
| | | |
| Mobile/ Cell Phone Charges | | $11.74 |
| | | |
| Summarized Totals | | $11.74 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    )        Chapter 11
                                                          )
W.R.GRACE & CO., et al.[1]                                )        Case No. 01-01139 (JKF)
                                                          )        (Jointly Administered)
                                                          )

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## JUNE, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 6/1 | 4 | Discuss follow- up meeting with J. Healy and Dr. Young and others |
| 6/5 | 4 | Discussions with client proposal for technical meetings in China |
| 6/6 | 6 | Arrangements with China government for meeting |
| 6/9 | 4 | Conversation with client regarding meeting and focus; contact colleagues |
| 6/13 | 5 | Arrange technical meeting with NDRC for WRG |
| 6/20 | 3 | Discuss CEO's trip in September to China |
| 6/23 | 6 | Begin arrangements for Festa and others for trip |

EXPENSES ITEMIZED AND SUMMARIZED FOR JUNE, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 6/30/2006**
**Bill # 6830275 dated 7/7/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 6/21/06 | $212.07 |
| China office representative travel expenses | 6/21/06 | $613.14 |
| Travel to China for client meetings | 6/28/06 | $5,310.55 |
| **Bill #6830275 itemized totals** | | **$6,135.76** |

| Summarized: | Amount |
|---|---|
| Travel Expenses on behalf of client | $5,923.69* |
| Long Distance on behalf of client | $212.07 |
| **Bill #6830275 summarized totals** | **$6,135.76** |

*See attached pages for detail of expenses.  W.R. Grace allocated 30% of Ms. McEntee's expenses and 33% of the China Representative's expenses for this trip.

## Joan McEntee

| | June 21st | June 22nd | June 23rd | June 24th | June 26th | June 26th | June 27th | June 28th | Totals | WR Grace |
|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | $8,173.50 | | | $225.55 | | | | $5,908.70 | $14,307.75 | $4,292.33 |
| Ground Transportation | | | $51.81 | | $154.15 | | | $35.38 | $387.90 | $116.37 |
| Lodging | | $489.68 | $489.68 | $489.68 | $150.11 | $489.68 | $489.68 | | $2,598.51 | $779.55 |
| Breakfast | | | | | | $9.35 | | | $9.35 | $2.81 |
| Lunch | | $120.94 | | $51.45 | | | | | $172.39 | $51.72 |
| Dinner | | | | | | $30.97 | $31.97 | | $30.97 | $9.29 |
| Telephone | | | | $0.82 | | | $0.05 | $0.05 | $0.92 | $0.28 |
| Entertainment | | | | | | | | | $36.38 | $10.91 |
| Non-Meal Tips | | | | | | $37.65 | | | $37.65 | $11.30 |
| Laundry | | | | | $120.00 | | | | $120.00 | $36.00 |
| Joan's Expenses | $8,173.50 | $810.62 | $541.49 | $767.60 | $424.26 | $627.65 | $612.67 | $5,944.13 | $17,701.82 | $5,310.55 |

WR Grace is charged 30% of Joan's Expenses

**May 15th through May 24th, 2006**

|  | Julia (China Representative | WR Grace % of expenses |
|---|---|---|
| Airfare | $514.00 | $169.62 |
| Ground Transportation | $400.00 | $132.00 |
| Hotel | $713.00 | $235.29 |
| Meals | $231.00 | $76.23 |
| Julia Total Expenses | $1,858.00 | $613.14 |

WR Grace charged 33% of Julia's Expenses