IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

**CERTIFICATION OF COUNSEL REGARDING THE WITHDRAWAL AND EXPUNGMENT OF 194 CANADIAN ASBETOS PROPERTY DAMAGE CLAIMS LACKING PROOF OF W.R. GRACE PRODUCT IDENTIFICATION**

Undersigned Delaware counsel to the Speights & Runyan claimants (the "Claimants") hereby certifies as follows:

1. The Claimants have agreed in the stipulation attached as Exhibit "A" hereto (the "Stipulation") to the withdrawal of certain asbestos property damage claims identified on Exhibit "1" to the Stipulation.

2. Accordingly, the Claimants request that the Court enter the proposed order approving the Stipulation attached as Exhibit "2" to the Stipulation.

Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

Dated: August 3, 2006

1060803153931.doc