# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**STIPULATION BETWEEN THE DEBTORS AND SPEIGHTS & RUNYAN REGARDING THE WITHDRAWAL OF 194 CANADIAN ASBESTOS PROPERTY DAMAGE CLAIMS LACKING PROOF OF W.R. GRACE PRODUCT IDENTIFICATION**

As proposed by Speights & Runyan at the January 25, 2006 hearing with respect to certain claims filed by Speights & Runyan for properties located in Canada included in Exhibit C-3(e) to the Debtors' 15th Omnibus Objection (Substantive), and agreed to by the Debtors and approved by the Court, Speights & Runyan and the Debtors hereby agree that pursuant to the attached Order: (1) Speights & Runyan shall withdraw the 194 Canadian PD Claims identified on Exhibit 1 hereto, for which it has not filed amended claims forms; and (2) such claims shall be expunged. The Debtors agree to make no argument that Speights & Runyan's withdrawal of these claims pursuant to this stipulation, and/or the expungement of these claims, is in any way improper or in any way reflects improper conduct by Speights & Runyan.

Dated: August 2, 2006

_____
For Speights & Runyan

_____
For the Debtors

K&E 10707189.1