# EXHIBIT 1

# EXHIBIT A (Canada Grace Claims - NO PRODUCT ID)

| BLDG # | STATE | CLAIMANT | PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 1 | CANADA | Avalon East School Board - Holy Heart of Mary School | Bonaventure Ave., St. John's, NL | 12492 |
| 2 | CANADA | Bristol Investments - Bakerview Apartments | 1040 Howie Ave., Coquitlam, BC | 11637 |
| 3 | CANADA | Bristol Investments - Berkeley Manor | 2150 Pandora St., Vancouver, BC | 11643 |
| 4 | CANADA | Bristol Investments - Braemar Gardens | 995 Adair Ave., Coquitlam, BC | 11640 |
| 5 | CANADA | Bristol Investments - Braemar Gardens | 1000 Brunette Ave., Coquitlam, BC | 11639 |
| 6 | CANADA | Bristol Investments - Braemar Gardens, 985 Adair Ave | 985 Adair Ave., Coquitlam, BC | 11641 |
| 7 | CANADA | Bristol Investments - Cheryl Manor | 210 E. 2nd St., N. Vancouver, BC | 11646 |
| 8 | CANADA | Bristol Investments - Daylin Manor | 515 9th St., New Westminster, BC | 11647 |
| 9 | CANADA | Bristol Investments - Gary Manor | 2225 W 8th Ave., Vancouver, BC | 11644 |
| 10 | CANADA | Bristol Investments - Hampton Apartments | 540 Rochester Ave., Coquitlam, BC | 11638 |
| 11 | CANADA | Bristol Investments - Kingsley Manor | 2121 Franklin St., Vancouver, BC | 11642 |
| 12 | CANADA | Bristol Investments - Parkview Manor | 201 Kensington Ave., Burnaby, BC | 11633 |
| 13 | CANADA | Bristol Investments - Regency Court | 10520 132nd St., Surrey, BC | 11634 |
| 14 | CANADA | Bristol Investments - Regency Square | 13225 105th Ave., Surrey, BC | 11635 |
| 15 | CANADA | Bristol Investments - Shelley Court | 230 E. 2nd St., N. Vancouver, BC | 11645 |
| 16 | CANADA | Bristol Investments - Silver Manor | 6420 Silver Ave., Burnaby, BC | 11648 |
| 17 | CANADA | Bristol Investments - Villa Monaco | 33263 Bourquin Crescent, Abbotsford, BC | 11636 |
| 18 | CANADA | British Columbia Institute - SW1 | 3700 Willingdon Ave., Burnaby, BC | 12505 |
| 19 | CANADA | British Columbia Institute - SW14 | 3700 Willingdon Ave., Burnaby, BC | 12355 |
| 20 | CANADA | British Columbia Institute - SW3 | 3700 Willingdon Ave., Burnaby, BC | 12507 |
| 21 | CANADA | British Columbia Institute - SW5 | 3700 Willingdon Ave., Burnaby, BC | 12506 |
| 22 | CANADA | Calgary Board of Education - A.E Cross | 3445 37 St. SW, Calgary, AB | 12566 |
| 23 | CANADA | Calgary Board of Education - Acadia Elementary School | 9603 5 St. SE, Calgary, AB | 12567 |
| 24 | CANADA | Calgary Board of Education - Alex Ferguson | 1704 26 St. SW, Calgary, AB | 12568 |
| 25 | CANADA | Calgary Board of Education - Banff Trail | 3232 Cochrane Rd., Calgary, AB | 12571 |
| 26 | CANADA | Calgary Board of Education - Belfast Elementary | 1229 17A St. NW, Calgary, AB | 12408 |

# EXHIBIT A (Canada Grace Claims - NO PRODUCT ID)

| BLDG # | STATE | CLAIMANT | PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 27 | CANADA | Calgary Board of Education - Branton Junior High | 2103 20th St., Calgary, AB | 12409 |
| 28 | CANADA | Calgary Board of Education - Capital Hill | 2210 18TH St., Calgary, AB | 12413 |
| 29 | CANADA | Calgary Board of Education - Clinton Ford | 5003 20 St. SW, Calgary, AB | 12573 |
| 30 | CANADA | Calgary Board of Education - Colonel Sanders | 226 Northmount Dr., Calgary, AB | 12350 |
| 31 | CANADA | Calgary Board of Education - Dr. Oakley | 3904 20th St. SW, Calgary, AB | 12352 |
| 32 | CANADA | Calgary Board of Education - Ernest Manning | 3600 16th Ave., Calgary, AB | 12354 |
| 33 | CANADA | Calgary Board of Education - Eugene Coste | 10 Hillgrove, Calgary, AB | 12356 |
| 34 | CANADA | Calgary Board of Education - Fairview | 7840 Fairmount Dr., Calgary, AB | 12357 |
| 35 | CANADA | Calgary Board of Education - FE Osborne | 5315 Varsity Dr., Calgary, AB | 12358 |
| 36 | CANADA | Calgary Board of Education - Forest Lawn | 1304 44th St., Calgary, AB | 12359 |
| 37 | CANADA | Calgary Board of Education - Glamorgan | 50 Grafton Dr., Calgary, AB | 12361 |
| 38 | CANADA | Calgary Board of Education - Glenbrook | 4725 33rd Ave., Calgary, AB | 12362 |
| 39 | CANADA | Calgary Board of Education - Glendale | 2415 Kelwood Dr., Calgary, AB | 12363 |
| 40 | CANADA | Calgary Board of Education - Glenmeadows | 4931 Grove Hill Rd., Calgary, AB | 12449 |
| 41 | CANADA | Calgary Board of Education - Greenview | 211 McKnight Blvd., Calgary, AB | 12450 |
| 42 | CANADA | Calgary Board of Education - Haysboro | 1123 87 Ave., Calgary, AB | 12451 |
| 43 | CANADA | Calgary Board of Education - Henry Wise Wood | 910 75 Ave., Calgary, AB | 12452 |
| 44 | CANADA | Calgary Board of Education - Huntington Hills Elementary | 820 64 Ave., Calgary, AB | 12453 |
| 45 | CANADA | Calgary Board of Education - Killarney Elementary | 3008 33 St. SW, Calgary, AB | 12455 |
| 46 | CANADA | Calgary Board of Education - King Edward Elementary | 1720 30 Ave. SW, Calgary, AB | 12456 |
| 47 | CANADA | Calgary Board of Education - Knob Hill Elementary | 2036 20 Ave., Calgary, AB | 12458 |
| 48 | CANADA | Calgary Board of Education - Lord Beaverbrook High | 9019 Fairmount Dr SE, Calgary, AB | 12461 |
| 49 | CANADA | Calgary Board of Education - Lord Shaughnessy High | 2336 53 Ave., Calgary, AB | 12462 |
| 50 | CANADA | Calgary Board of Education - Ogden Elementary | 1919 76 Ave. SE, Calgary, AB | 12588 |
| 51 | CANADA | Calgary Board of Education - Rosedale Junior High | 905 13 Ave., Calgary, AB | 12593 |
| 52 | CANADA | Calgary Board of Education - Rosemount Elementary | 19 Rosevale Dr., Calgary, AB | 12594 |

# EXHIBIT A (Canada Grace Claims - NO PRODUCT ID)

| BLDG # | STATE | CLAIMANT | PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 53 | CANADA | Calgary Board of Education - Rosscarrock Elementary | 1406 4th St., Calgary, AB | 12291 |
| 54 | CANADA | Calgary Board of Education - RT Alderman | 725 Mapleton Dr. SE, Calgary, AB | 12292 |
| 55 | CANADA | Calgary Board of Education - Senator Patrick Burns | 2155 Chilcotin Rd., Calgary, AB | 12330 |
| 56 | CANADA | Calgary Board of Education - Sir Winston Churchill | 5220 Northland Dr., Calgary, AB | 12334 |
| 57 | CANADA | Calgary Board of Education - Sunnyside Community | 211 77 St. NW, Calgary, AB | 12585 |
| 58 | CANADA | Calgary Board of Education - Thomas B. Riley | 3915 69 St. NW, Calgary, AB | 12435 |
| 59 | CANADA | Calgary Board of Education - Thorncliffe Elementary | 5646 Thornton Rd., Calgary, AB | 12436 |
| 60 | CANADA | Calgary Board of Education - Varsity Acres | 4255 40 St. NW, Calgary, AB | 12437 |
| 61 | CANADA | Calgary Board of Education - Westgate Elementary | 150 Westminster Dr., Calgary, AB | 12441 |
| 62 | CANADA | Calgary Board of Education - Woodman Junior High | 8706 Elbow Dr., Calgary, AB | 12444 |
| 63 | CANADA | Carleton University - Dunton Tower | 1125 Colonel Dr., Ottowa, ON | 12419 |
| 64 | CANADA | Carleton University - Glengary House | 1125 Colonel Dr., Ottowa, ON | 12417 |
| 65 | CANADA | Carleton University - Loeb | 1125 Colonel Dr., Ottowa, ON | 12416 |
| 66 | CANADA | Carleton University - Patterson Hall | 1125 Colonel Dr., Ottowa, ON | 12434 |
| 67 | CANADA | Carleton University - Robertson Hall | 1125 Colonel Dr., Ottowa, ON | 12420 |
| 68 | CANADA | Carleton University - Russell Granville | 1125 Colonel D., Ottowa, ON | 12415 |
| 69 | CANADA | Carleton University - The Commons | 1125 Colonel Dr., Ottowa, ON | 12418 |
| 70 | CANADA | City of Edmonton - Chauncey Hall | Sir Winston Churchill Sq., Edmonton, AB | 12399 |
| 71 | CANADA | City of Edmonton - ERD Ambulance Station | 10527 142 St., Edmonton, AB | 12402 |
| 72 | CANADA | City of Edmonton - ERD Station 12 | 9020 156 St., Edmonton, AB | 12403 |
| 73 | CANADA | City of Edmonton - ERD Station 13 | 4035 119th St., Edmonton, AB | 12385 |
| 74 | CANADA | City of Edmonton - Idylwyde Health Clinic | 8310 88 Ave., Edmonton, AB | 12404 |
| 75 | CANADA | City of Edmonton - Jasper Place Arena | 9200 163rd St., Edmonton, AB | 12386 |
| 76 | CANADA | City of Edmonton - Prince of Wales Armoury | 10404 108th St., Edmonton, AB | 12387 |
| 77 | CANADA | City of Richmond - Richmond Minoru Arena | 7551 Minorou Gate, Richmond, BC | 12513 |
| 78 | CANADA | City of Richmond - Richmond Old City Hall | 6911 No. 3 Rd, Richmond, BC | 12512 |

# EXHIBIT A (Canada Grace Claims - NO PRODUCT ID)

| BLDG # | STATE | CLAIMANT | PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 79 | CANADA | City of Vancouver - Central Library | 750 Burrard St., Vancouver, BC | 12338 |
| 80 | CANADA | City of Vancouver - City Hall | 453 W 12th Ave., Vancouver, BC | 12340 |
| 81 | CANADA | City of Vancouver - Commercial Building | 1830-1836 W 5th St., Vancouver, BC | 12337 |
| 82 | CANADA | City of Vancouver - Former Fletcher Lumber | 1615 Main St., Vancouver, BC | 12342 |
| 83 | CANADA | City of Vancouver - Fraser Academy | 2294 W 10 Ave., Vancouver, BC | 12584 |
| 84 | CANADA | City of Vancouver - Kerrisdale Library | 2112 W 42nd Ave., Vancouver, BC | 12344 |
| 85 | CANADA | City of Vancouver - Planetarium | 1100 Chestnut, Vancouver, BC | 12347 |
| 86 | CANADA | City of Vancouver - Public Safety Building | 312-324 Main St., Vancouver, BC | 12475 |
| 87 | CANADA | Edmonton Public Schools - Argyll | 8540 69th Ave., Edmonton, AB | 12389 |
| 88 | CANADA | Edmonton Public Schools - Avalon | 5425 114th St., Edmonton, AB | 12390 |
| 89 | CANADA | Edmonton Public Schools - Avonmore | 7340 78th St., Edmonton, AB | 12391 |
| 90 | CANADA | Edmonton Public Schools - Belgravia | 11605 74th Ave., Edmonton, AB | 12398 |
| 91 | CANADA | Edmonton Public Schools - Bellevue | 11515 71st St., Edmonton, AB | 12392 |
| 92 | CANADA | Edmonton Public Schools - Britannia | 16018 104th Ave., Edmonton, AB | 12375 |
| 93 | CANADA | Edmonton Public Schools - Crestwood | 9735 144th St., Edmonton, AB | 12376 |
| 94 | CANADA | Edmonton Public Schools - Delwood | 7315 Delwood Rd., Edmonton, AB | 12378 |
| 95 | CANADA | Edmonton Public Schools - Donnan | 7803 87th St., Edmonton, AB | 12379 |
| 96 | CANADA | Edmonton Public Schools - Ellerslie Jr. High | 521 66 St., Edmonton, AB | 12558 |
| 97 | CANADA | Edmonton Public Schools - Hardisty | 10534 62 St., Edmonton, AB | 12563 |
| 98 | CANADA | Edmonton Public Schools - Harry Ainlay | 4350 111 St., Edmonton, AB | 12564 |
| 99 | CANADA | Edmonton Public Schools - Highlands | 11509 62 St., Edmonton, AB | 12575 |
| 100 | CANADA | Edmonton Public Schools - Jasper Place | 8950 163 St., Edmonton, AB | 12577 |
| 101 | CANADA | Edmonton Public Schools - King Edward | 8530 101 St., Edmonton, AB | 12580 |
| 102 | CANADA | Edmonton Public Schools - L.Y. Cairns | 10510 45 Ave., Edmonton, AB | 12578 |
| 103 | CANADA | Edmonton Public Schools - Lauderdale | 10610 129 Ave., Edmonton, AB | 12579 |
| 104 | CANADA | Edmonton Public Schools - M.E. Lazerte | 6804 144 Ave., Edmonton, AB | 12486 |

# EXHIBIT A (Canada Grace Claims - NO PRODUCT ID)

| BLDG # | STATE | CLAIMANT | PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 105 | CANADA | Edmonton Public Schools - McKernan | 11330 76 Ave., Edmonton, AB | 12582 |
| 106 | CANADA | Edmonton Public Schools - McNally | 8440 105 Ave., Edmonton, AB | 12583 |
| 107 | CANADA | Edmonton Public Schools - McQueen | 14425 Mcqueen Rd, Edmonton, AB | 12485 |
| 108 | CANADA | Edmonton Public Schools - Mill Creek | | 12487 |
| 109 | CANADA | Edmonton Public Schools - Montrose | 11931 62 St., Edmonton, AB | 12488 |
| 110 | CANADA | Edmonton Public Schools - Mount Pleasant | 10541 60A Ave., Edmonton, AB | 12543 |
| 111 | CANADA | Edmonton Public Schools - Mount Royal | 11303 55th St., Edmonton, AB | 12540 |
| 112 | CANADA | Edmonton Public Schools - Old Administration Bldg | 10010 107A Ave., Edmonton, AB | 12538 |
| 113 | CANADA | Edmonton Public Schools - Parkallen | 6703 112th St., Edmonton, AB | 12539 |
| 114 | CANADA | Edmonton Public Schools - Prince Charles | 12323 127 St., Edmonton, AB | 12495 |
| 115 | CANADA | Edmonton Public Schools - Princeton | 7720 130 Ave., Edmonton, AB | 12497 |
| 116 | CANADA | Edmonton Public Schools - Queen Elizabeth | 9425 132 Ave., Edmonton, AB | 12499 |
| 117 | CANADA | Edmonton Public Schools - Rutherford | 8620 91 St., Edmonton, AB | 12502 |
| 118 | CANADA | Edmonton Public Schools - Strathearn | 8728 93 Ave., Edmonton, AB | 12547 |
| 119 | CANADA | Edmonton Public Schools - W.P. Wagner | 6310 Wagner Rd, Edmonton, AB | 12535 |
| 120 | CANADA | Edmonton Public Schools - Westbrooke | 11915 40th Ave., Edmonton, AB | 12550 |
| 121 | CANADA | Edmonton Public Schools - Westminster | 13712 104 Ave., Edmonton, AB | 12552 |
| 122 | CANADA | Edmonton Public Schools - Winterburn | 9527 Winterburn, Edmonton, AB | 12553 |
| 123 | CANADA | Fraser Health Authority - Burnaby Hospital | 3935 Kincaid St., Burnaby, BC | 12297 |
| 124 | CANADA | Fraser Health Authority - Fellburn Care Center | 6050 E. Hastings St., Burnaby, BC | 12299 |
| 125 | CANADA | Fraser Health Authority - Ridge Meadows Hospital | 1166 Laity St., Maple Ridge, BC | 12298 |
| 126 | CANADA | Fraser Health Authority - Sherbrooke Center | 330 E. Columbia St., New Westminster, BC | 12302 |
| 127 | CANADA | Great West Life - Great West Life Insurance Building | 60 Osborne, Winnipeg, MB | 12524 |
| 128 | CANADA | Hamilton School District - Barton, | 75 Palmer Road, Hamilton, ON | 11665 |
| 129 | CANADA | Hamilton School District - Bell Stone, | 6025 White Church and Nebo Rd, Mount Hope, ON | 11666 |
| 130 | CANADA | Hamilton School District - Buchanan Park, | 30 Laurier Avenue, Hamilton, ON | 11667 |

| EXHIBIT A (Canada Grace Claims - NO PRODUCT ID) ||||||
|---|---|---|---|---|
| BLDG # | STATE | CLAIMANT | PHYSICAL ADDRESS | WRG Claim Number |
| 131 | CANADA | Hamilton School District - Cardinal Heights, | 70 Bobolink Rd, Hamilton, ON | 11668 |
| 132 | CANADA | Hamilton School District - Dale Wood, | 1150 Main Street West, Hamilton, ON | 11669 |
| 133 | CANADA | Hamilton School District - Education Centre, | 100 Main Street West, Hamilton, ON | 11670 |
| 134 | CANADA | Hamilton School District - Glen Brae, | 50 Secord Drive, Hamilton, ON | 11671 |
| 135 | CANADA | Hamilton School District - Glendale | 145 Rainbow Street | 11672 |
| 136 | CANADA | Hamilton School District - Grange | 306 Woodworth Drive | 11673 |
| 137 | CANADA | Hamilton School District - Greenville, | 625 Harvest Rd, Hamilton, ON | 11674 |
| 138 | CANADA | Hamilton School District - Highland, | 310 Governor's Rd, Dundas, ON | 11675 |
| 139 | CANADA | Hamilton School District - Mount Hope, | 9149 Airport Rd, Hamilton, ON | 11676 |
| 140 | CANADA | Hamilton School District - Parkdale, | 139 Parkdale Avenue North, Hamilton, ON | 11677 |
| 141 | CANADA | Hamilton School District - Ryerson, | 222 Robinson Street, Hamilton, ON | 11679 |
| 142 | CANADA | Health Care Corp. of St. John's (HCCSJ) - St. Clares Mercy Hospital, | 154 LeMarchant Rd, St. John's NL | 12494 |
| 143 | CANADA | Hudson's Bay Company - Bay 1631 / Ottawa, | 73 Rideau Street, Ottawa, ON | 12529 |
| 144 | CANADA | Hyatt Equities - Hyatt Regency / Vancouver | 655 Burrard St., Vancouver, BC | 12514 |
| 145 | CANADA | ISPCO Inc. - ERW Mill Building | 6735 75 St., Edmonton, AB | 12510 |
| 146 | CANADA | ISPCO Inc. - Rolling Mill Building | P O Box 1670, Regina, SK | 12511 |
| 147 | CANADA | Morguard Investments - 350 Sparks Street | 350 Sparks Street, Ottawa, ON | 12429 |
| 148 | CANADA | Morguard Investments - | 444 St. Mary's Street, Winnipeg, ON | 12366 |
| 149 | CANADA | Morguard Investments - Bramalea City Centre | 25 Peel Centre Drive, Brampton, ON | 12428 |
| 150 | CANADA | Morguard Investments - Town and Country | 3447-3651 Douglas St. & 3436-3494 Saanich Rd, Victoria, BC | 12367 |
| 151 | CANADA | Morguard Real Estate Investment Trust - Devonian | 11150 Jasper Avenue, Edmonton, AB | 12426 |
| 152 | CANADA | Morguard Real Estate Investment Trust - UK Building | 409 Granville Street, Vancouver, BC | 12425 |
| 153 | CANADA | Northwoodcare Inc. - Northwood Manor | 2630 Gottigen Street, Halifax, NS | 12544 |
| 154 | CANADA | Northwoodcare Inc. - Northwood Tower | 2651 Northwood Terrace, Halifax, NS | 12555 |
| 155 | CANADA | Providence Health Care - Holy Family Hospital | 7801 Argyle St., Vancouver, BC | 12519 |

# EXHIBIT A (Canada Grace Claims - NO PRODUCT ID)

| BLDG # | STATE | CLAIMANT | PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 156 | CANADA | Providence Health Care - Mt. St. Joseph | 3080 Prince Edward St., Vancouver, BC | 12520 |
| 157 | CANADA | Providence Health Care - St. Vincent's Hospital | 749 W 33 St., Vancouver, BC | 12521 |
| 158 | CANADA | Providence Health Care - Youville Residence | 4950 Heather St., Vancouver, BC | 12523 |
| 159 | CANADA | Ryerson University - Howard Kerr Building | 40, 50, 60 Gould St., Toronto, ON | 12328 |
| 160 | CANADA | Sask Power Corp. | 2025 Victoria Avenue, Regina, SK | 12470 |
| 161 | CANADA | Saskatchewan Property Management Corporation - Royal Saskatchwan Museum | 2445 Albert St., Regina, SK | 12508 |
| 162 | CANADA | Saskatchewan Property Management Corporation - Saskatchwan Legislative Building | 2901 Albert St., Regina, SK | 12509 |
| 163 | CANADA | School District 68 Nanaimo-Ladysmith - Bayview Elementary | 140 View St., Nanaimo, BC | 11621 |
| 164 | CANADA | School District 68 Nanaimo-Ladysmith - Cedar Jr. Secondary School (renamed North Cedar Intermediate) | 2215 Gould Rd., Nanaimo, BC | 11626 |
| 165 | CANADA | School District 68 Nanaimo-Ladysmith - Chase River Elementary | 1503 Cranberry Ave., Nanaimo, BC | 11622 |
| 166 | CANADA | School District 68 Nanaimo-Ladysmith - Cilaire Elementary | 25 Claire Dr., Nanaimo, BC | 11623 |
| 167 | CANADA | School District 68 Nanaimo-Ladysmith - John Barsby Secondary School | 765 Bruce Ave., Nanaimo, BC | 11624 |
| 168 | CANADA | School District 68 Nanaimo-Ladysmith - Ladysmith | 710 Sixth St., Ladysmith, BC | 11625 |
| 169 | CANADA | School District 68 Nanaimo-Ladysmith - Princess Anne | 1951 Estivan Rd., Nanaimo, BC | 11628 |
| 170 | CANADA | School District 68 Nanaimo-Ladysmith - Rutherford | Rutherford Elem. Rd., Nanaimo, BC | 11629 |
| 171 | CANADA | School District 68 Nanaimo-Ladysmith - Seaview | 7000 School Rd., Lantzville, BC | 11630 |
| 172 | CANADA | School District 68 Nanaimo-Ladysmith - Woodbank | RR #4 Morland Rd., Nanaimo, BC | 11631 |
| 173 | CANADA | Shell Canada Products - Shellburn Terminal Office Building | 201 Kensington Ave., Burnaby, BC | 12517 |
| 174 | CANADA | Telus - Grande Prairie Toll | 10103 99 Ave., Grand Prarie, AB | 12474 |
| 175 | CANADA | Telus - Len Werry Building | 622 1 St. SW, Calgary, AB | 12589 |
| 176 | CANADA | Telus - Plaza South Tower | 10020 100 St. NW, Edmonton, AB | 12472 |
| 177 | CANADA | Tonko - Telus Plaza | 72 Telus Plaza, Edmonton, AB | 12471 |

# EXHIBIT A (Canada Grace Claims - NO PRODUCT ID)

| BLDG # | STATE | CLAIMANT | PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 178 | CANADA | University of Saskatchewan - Arts Building | 9 Campus Dr., Saskatoon, SK | 12445 |
| 179 | CANADA | University of Saskatchewan - Health Sciences Building | 107 Wiggins Rd, Saskatoon, SK | 12446 |
| 180 | CANADA | University of Saskatchewan - Lutheran Seminary | 114 Seminary Cres., Saskatoon, SK | 12447 |
| 181 | CANADA | University of Saskatchewan - Physics Building | 116 Science Pl, Saskatoon, SK | 12448 |
| 182 | CANADA | University of Western Ontario | 31151 Richmond St., London, ON | 12295 |
| 183 | CANADA | Vancouver Board of Parks & Recreation - Hastings C.C. | 3096 E. Hastings St., Vancouver, BC | 12343 |
| 184 | CANADA | Vancouver Board of Parks & Recreation - Kerrisdale C.C. | 5851 West blvd., Vancouver, BC | 12479 |
| 185 | CANADA | Vancouver Board of Parks & Recreation - Killarney C.C. | 6260 Killarney St., Vancouver, BC | 12480 |
| 186 | CANADA | Vancouver Board of Parks & Recreation - Renfrew C.C. | 2929 E. 22nd Ave., Vancouver, BC | 12483 |
| 187 | CANADA | Vancouver Board of Parks & Recreation - Sunset C.C. | 404 East 51st Ave., Vancouver, BC | 12467 |
| 188 | CANADA | Vancouver Board of Parks & Recreation - Trout Lake C.C. | 3350 Victoria Dr., Vancouver, BC | 12468 |
| 189 | CANADA | Vancouver Board of Parks & Recreation - West End C.C. | 870 Denman Street, Vancouver, BC | 12469 |
| 190 | CANADA | Westin Habour Castle | 1 Harbour Sq., Toronto, ON | 12323 |
| 191 | CANADA | York University - # 2 | 4700 Keele St., Toronto, ON | 12325 |
| 192 | CANADA | York University - # 4 | 122 Assiniboine Rd., Toronto, ON | 12324 |
| 193 | CANADA | York University - # 6 | 4700 Keele St., Toronto, ON | 12327 |
| 194 | CANADA | York University - # 8 | 4700 Keele St., Toronto, ON | 12326 |