**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al*. | ) | Case No. 01-01139 (JFK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 12817** |
| | ) | |
| | ) | Hearing Date: August 21, 2006 at 2:00 p.m. |
| | ) | Objection Deadline: August 4, 2006 at 4:00 p.m. |

**JOINDER OF THORNTON & NAUMES, LLP IN THE MOTION OF SIMMONSCOOPER LLC TO AMEND CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

NOW COME certain asbestos personal injury claimants (each, a "Claimant") in receipt of the "W.R. Grace Asbestos Personal Injury Questionnaire," (hereinafter, "Questionnaire"), by and through their counsel, Thornton & Naumes, LLP, and hereby join in the motion of SimmonsCooper LLC to amend the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities to allow for discovery to be propounded to Debtors and certain non-debtor third parties by each of the claimants.

WHEREFORE, for the reasons set forth in the Motion to Amend, Thornton & Naumes, LLP respectfully requests that this Court grant the relief sought, enter an order amending the Case Management order to allow discovery to be propounded to Debtors and certain non-debtor third parties by each of the claimants represented by Thornton & Naumes, LLP and SimmonsCooper LLC, and grant such other and further relief to which this Court deems said claimants are entitled.

Dated: August 4, 2006

Respectfully submitted,

  /s/ Daniel K. Hogan
Daniel K. Hogan (De. Bar. No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Phone: (302) 656-7540
Facsimile: (302) 656-7599

*and*

Garrett J. Bradley, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
Phone: (617) 720-1333
Facsimile: (617) 720-2445

Counsel for Claimants