## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JFK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: August 21, 2006 at 2:00 p.m. |
| | ) | Objection Deadline: August 4, 2006 at 4:00 p.m. |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of August, 2006, a true and correct copy of the foregoing Joinder of Thornton & Naumes, LLP to the Motion to Amend was served via the manner indicated to all of the parties on the 2002 service list.

/s/ Daniel K. Hogan
Daniel K. Hogan