IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al*. | ) | Case No. 01-01139 (JFK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 12823** |
| | ) | |
| | ) | Hearing Date: August 21, 2006 at 2:00 p.m. |
| | ) | Objection Deadline: August 4, 2006 at 4:00 p.m. |

## OPPOSITION TO DEBTORS' MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO THE W.R. GRACE PERSONAL INJURY QUESTIONNAIRE

NOW COME certain asbestos personal injury claimants (each, a "Claimant") in receipt of the "W.R. Grace Asbestos Personal Injury Questionnaire," (hereinafter, "Questionnaire"), by and through their counsel, Thornton & Naumes, LLP, and hereby oppose the Debtors' Motion to compel asbestos personal injury claimants to respond to the questionnaire because, contrary to the Debtors' assertions, these claimants have properly completed the questionnaire. In support of this Motion, Plaintiff relies upon the Memorandum of law filed in conjunction with this Opposition.

WHEREFORE Claimants respectfully requests that this Court deny Debtors' Motion to compel asbestos personal injury claimants to respond to the W.R. Grace Personal Injury Questionnaire.

Dated: August 4, 2006

Respectfully submitted,

_/s/ Daniel K. Hogan_
Daniel K. Hogan (De. Bar. No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Phone: (302) 656-7540
Facsimile: (302) 656-7599

*and*

Garrett J. Bradley, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
Phone: (617) 720-1333
Facsimile: (617) 720-2445

Counsel for Claimants