# EXHIBIT A

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire



10315607000750
RE: Arcese, Wallace B
Thornton Early & Naumes
100 Summer Street, 30th Floor
Boston MA 02110

000487000750

## PART I. IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

### a. GENERAL INFORMATION

1. **Name of Claimant:** _Wallace_ _B._ _Arcese_     2. **Gender:** ☒ Male ☐ Female
   First                  MI                Last

3. **Race (for purposes of evaluating Pulmonary Function Test results):** ☒ White/Caucasian
   ☐ African American
   ☐ Other

4. **Last Four Digits of Social Security Number:** _1 8 3 6_     5. **Birth Date:** _05/28/1924_

6. **Mailing Address:** _4 Nelson Place_     _Rutland_     _VT_     _05701_
   Address                City             State/Province   Zip/Postal Code

7. **Daytime Telephone Number:** _(802) 775-1802_

### b. LAWYER'S NAME AND FIRM

1. **Name of Lawyer:** Michael P. Thornton

2. **Name of Law Firm With Which Lawyer is Affiliated:** Thornton and Naumes, LLP

3. **Mailing Address of Firm:** 100 Summer St, 30th Floor   Boston   MA   02110
   Address                City      State/Province   Zip/Postal Code

4. **Law Firm's Telephone Number or Lawyer's Direct Line:** ( 617 ) 720 - 1333

   ☒ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. **Is the injured person living or deceased?** ☒ Living  ☐ Deceased
   If deceased, date of death: ___ / ___ / ___

2. **If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:**
   Primary Cause of Death (as stated in the Death Certificate): _____
   Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II. ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. **Please check the box next to the condition being alleged:**
   ☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma
   ☒ Asbestosis                            ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☐ Other Asbestos Disease                ☐ Clinically Severe Asbestosis

   a. **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      ☐ other (please specify): _____

b. **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify): _____

c. **Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon ☐ pharyngeal ☐ esophageal ☐ laryngeal ☐ stomach cancer

☐ other, please specify: _____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

2

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

*See attached Exhibit A*

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

3

f.  **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐  diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐  diagnosis determined by pathology

☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading  other than those described above

☐  a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐  a pulmonary function test other than that discussed above

☐  a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐  a CT Scan or similar testing

☐  a diagnosis other than those above

☐  other (please specify): _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

4

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

2.  **Information Regarding Diagnosis**

Date of Diagnosis:    <u>See Attached EXHIBIT A</u> ............................................. __ __ / __ __ / __ __ __ __

Diagnosing Doctor's Name:  <u>See Attached EXHIBIT A</u> _____

Diagnosing Doctor's Specialty:    <u>See Attached EXHIBIT A</u> _____

Diagnosing Doctor's Mailing Address: <u>See Attached EXHIBIT A</u> _____
Address

_____ <u>See Attached EXHIBIT A</u> _____

City                                     State/Province                          Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ...............................................**( <u>See Attached EXHIBIT A</u>)**

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

Was the diagnosing doctor your personal physician?            **<u>See OBJECTION 1 & 4</u>**..........☐ Yes ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? **<u>See OBJECTION 1 & 4</u>**☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? **<u>See OBJECTION 1, 3, & 4</u>**                                                                                                   ☐ Yes ☐ No

Was the diagnosing doctor referred to you by counsel?   **<u>See OBJECTION 1 & 3</u>**....................☐ Yes ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? **<u>See OBJECTION 1,3 & 4</u>** .....
☐ Yes ☐ No

*If yes, please explain:* _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?            **<u>See OBJECTION 2</u>**.......................................☐ Yes ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?            **<u>See OBJECTION 2</u>**.......................................☐ Yes ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?       **<u>See OBJECTION 2</u>** ...................................................................☐ Yes ☐ No

Did the diagnosing doctor perform a physical examination?  **<u>See Attached EXHIBIT A</u>** .................☐ Yes ☐ No

Do you currently use tobacco products? ...................................................................☐ Yes ☒ No

Have you ever used tobacco products? .....................................................................☐ Yes ☒ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐  **Cigarettes**      **Packs Per Day (half pack = .5)** _____   **Start Year** __ __ __ __  **End Year** __ __ __ __

☐  **Cigars**      **Cigars Per Day** _____      **Start Year** __ __ __ __  **End Year** __ __ __ __

☐  If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
**Amount Per Day** _____   **Start Year** __ __ __ __   **End Year** __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")?<u>See Attached EXHIBIT A</u>
☐ Yes ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

3.  **Information Regarding Chest X-Ray    <u>See OBJECTION 1</u>**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐  Mobile laboratory ☐ Job site ☐ Union Hall ☐ Doctor office ☐ Hospital ☐ Other: _____

**Address where chest x-ray taken:** _____
Address

_____
City                                     State/Province                          Zip/Postal Code

5

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

4.  **Information Regarding Chest X-Ray Reading**   *✱ See attached Exhibit A*

    **Date of Reading:** _____   **ILO score:** _____

    **Name of Reader:** _____   _____

    **Reader's Daytime Telephone Number**……………………………………( __ __ ) - __ __ __ - __ __ __ __

    **Reader's Mailing Address:** _____
                     Address

    _____
    City                          State/Province           Zip/Postal Code

    **With respect to your relationship to the reader, check all applicable boxes:**

    Was the reader paid for the services that he/she performed  **See OBJECTION 1 & 4** …………………………☐ Yes  ☐ No

    *If yes, please indicate who paid for the services performed:* _____

    Did you retain counsel in order to receive any of the services performed by the reader? **See OBJECTION 1,3 & 4**
                                                               ☐ Yes  ☐ No

    Was the reader referred to you by counsel?  **See OBJECTION 1 & 3**……………………………………………☐ Yes  ☐ No

    Are you aware of any relationship between the reader and your legal counsel? **See OBJECTION 1,3, & 4**☐ Yes  ☐ No

    *If yes, please explain:* _____

    **Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**
        **See OBJECTION 2** ………………………………………………………………………………☐ Yes  ☐ No

    *If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through*
    *which the reading was made:* _____

5.  **Information Regarding Pulmonary Function Test:** …………………… **Date of Test:** __ __ / __ __ / __ __ __ __

    List your height in feet and inches when test given: ……………………………………_____ ft _____ inches

    List your weight in pounds when test given: ………………………………………………………_____ lbs

    Total Lung Capacity (TLC):……………………………………………………………_____% of predicted

    Forced Vital Capacity (FVC):……………………………………………………_____% of predicted

    FEV1/FVC Ratio: ……………………………………………………………………_____% of predicted

    **Name of Doctor Performing Test (if applicable):** _____

    **Doctor's Specialty:** _____

    **Name of Clinician Performing Test (if applicable):** _____

    **Testing Doctor or Clinician's Mailing Address:** _____
                           Address

    _____
    City                          State/Province           Zip/Postal Code

    **Testing Doctor or Clinician's Daytime Telephone Number:**………………………( __ __ __ ) __ __ __ - __ __ __ __

    **Name of Doctor Interpreting Test:** _____

    **Doctor's Specialty:** _____

    **Interpreting Doctor's Mailing Address:** _____
                          Address

    _____
    City                          State/Province           Zip/Postal Code

    **Interpreting Doctor's Daytime Telephone Number:** …………………………( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician?  **See OBJECTION 1 & 4** ☐ Yes  ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? **See OBJECTION 1&4** ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:*_____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician? **See OBJECTION 1, 3 ,4**

☐ Yes  ☐ No

Was the testing doctor or clinician referred to you by counsel?   **See OBJECTION 1 & 3** ....................... ☐ Yes  ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............. ☐ Yes  ☐ No

*If yes, please explain ... ... ... ... ...*

      See OBJECTION 1, 3 & 4

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?  See OBJECTION 2** ................................................................. ☐ Yes  ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician?      **See OBJECTION 1 & 4** ..................................................... ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed? **See OBJECTION 1 & 4** ............................ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:*_____

Did you retain counsel in order to receive any of the services performed by the doctor? **See OBJECTION 1,3,4**

☐ Yes  ☐ No

Was the doctor referred to you by counsel?  **See OBJECTION 1, 3** ..................................................... ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel?  **See OBJECTION 1,3,4** . ☐ Yes  ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed? See OBJECTION 2** ☐ Yes  ☐ No

6.   **Information Regarding Pathology Reports:**

Date of Pathology Report:............................................................................. __ __ / __ __ / __ __ __ __

**Findings:**  _____

**Name of Doctor Issuing Report:** _____

**Doctor's Specialty:** _____

**Doctor's Mailing Address:** _____
Address

City                                          State/Province                         Zip/Postal Code

**Doctor's Daytime Telephone Number:** ........................................... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician?    **See OBJECTION 1 & 4** ................................................... ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed?    **See OBJECTION 1 & 3** ........................ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? **See OBJECTION 1,3,4**

☐ Yes  ☐ No

Was the doctor referred to you by counsel?  **See OBJECTION 1 & 3** ................................................... ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? **See OBJECTON 1, 3, 4.**□ Yes □ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?
_____ **See OBJECTION 2**................................................................................................................□ Yes □ No

7

7.  With respect to the condition alleged, have you received medical treatment from a doctor for the condition?

  **See Attached EXHIBIT A** ............................................................................................................☐ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:**   **See Attached EXHIBIT A**

**Treating Doctor's Specialty:**   See Attached EXHIBIT A

**Treating Doctor's Mailing Address:**   **See Attached EXHIBIT A**
                                          Address

| City | State/Province | Zip/Postal Code |
|---|---|---|

**Treating Doctor's Daytime Telephone number:** See Attached EXHIBIT A ( __ __ __ )  __ __ __ - __ __ __ __

**Was the doctor paid for the services that he/she performed?**  **See OBJECTION 1 & 4** ........................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:.*

**Did you retain counsel in order to receive any of the services performed by the doctor?** **See OBJECTION 1, 3, & 4**

                                                                              ☐ Yes ☐ No



**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

**PART III - DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS**

## ***FOR ALL AVAILABLE ANSWERS, SEE ATTACHED EXHIBIT B***

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

**Site of Exposure:**

Site Name: _____                   Location: _____

Site Type: ☐ Residence  ☐ Business     Site Owner: _____

Employer During Exposure: _____

Unions of which you were a member during your employment: _____

| | Employer(s) | Nature of Exposure (mixing, removing, cutting, installing, other) | Dates of Exposure (To and From, include approximate dates) | Occupation Code | Industry Code | Were you in the working area at the time when Grace products were being installed, mixed or removed? (Y/N) |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

9

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

1.  Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity

    with another injured person? ......................................................................................................... ☐ Yes ☒ No

    *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2.  Please indicate the following information regarding the other injured person:

    Name of Other Injured Person: _____ Gender: ☐ Male ☐ Female

    Last Four Digits of Social Security Number: __ __ __ __          Birth Date: __ __ / __ __ / __ __

3.  What is your Relationship to Other Injured Person: ................................................☐ Spouse ☐ Child ☐ Other

4.  Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

    _____          _____

5.  Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: _____

    From: __ __ / __ __ / __ __ __ __     To: __ __ / __ __ / __ __ __ __

6.  Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____          _____

7.  Has the Other Injured Person filed a lawsuit related to his/her exposure? ........................................... ☐ Yes ☐ No

    *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

    Caption: _____

    Case Number: _____     File Date: _____

    Court Name: _____

8.  Nature of Your Own Exposure to Grace Asbestos-Containing Product:

    _____

9.  Dates of Your Own Exposure to Grace Asbestos-Containing Product:

    From: __ __ / __ __ / __ __ __ __     To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify

### ***FOR ALL AVAILABLE ANSWERS, SEE ATTACHMENT EXHIBIT B&D***

| Party Against which Lawsuit or Claim was Filed: | | Product(s) | Dates and Frequency of Exposure (months/days/weeks) | Occupation Code (from the Part III list) | Industry Code (from the Part III list) | Was exposure due to working in, around, or in a space where products were being installed, mixed, removed or cut by others? (Please indicate with a letter/number from above) | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** | Job 1 Description: | | | | | | |
| Site Name: | | | | | | | |
| Address: | Job 2 Description: | | | | | | |
| City and State: | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | |
| **Site of Exposure 2** | Job 1 Description: | | | | | | |
| Site Name: | | | | | | | |
| Address: | Job 2 Description: | | | | | | |
| City and State: | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | |
| **Site of Exposure 3** | Job 1 Description: | | | | | | |
| Site Name: | | | | | | | |
| Address: | Job 2 Description: | | | | | | |
| City and State: | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | |

11

## PART VI. EMPLOYMENT HISTORY

### ***<u>FOR ALL AVAILABLE ANSWERS, SEE ATTACHMENT D</u>***

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____ If Code 59, specify: . _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __        **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
  Address

_____
City                        State/Province                Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: . _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __        **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
  Address

_____
City                        State/Province                Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: . _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __        **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
  Address

_____
City                        State/Province                Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: . _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __        **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
  Address

_____
City                        State/Province                Zip/Postal Code

## PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA

### a. LITIGATION

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?...............................................☒ Yes ☐ No
   *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:
   Caption:_____ See Attached Exhibit C_____
   Case Number: ____**Inactive Asbestos Docket**_____ File Date: _02/08/1990_
   Court Name: _New Hampshire Federal Court_____

3. Was Grace a defendant in the lawsuit? ...............................................................................☒ Yes ☐ No

4. Was the lawsuit dismissed against any defendant? **See OBJECTION 1 & 2** ...........................☐ Yes ☐ No
   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*
   _____
   _____

5. Has a judgment or verdict been entered? **See OBJECTION 1 & 2** ......................................☐ Yes ☐ No
   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit? **See OBJECTION 1 & 3**......................☐ Yes ☐ No
   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*
   a. Settlement amount for each defendant: _____
   b. Applicable defendants:_____
   c. Disease or condition alleged: _____
   d. Disease or condition settled (if different than disease or condition alleged):_____

7. Were you deposed in this lawsuit? .....................................................................................☐ Yes ☒ No
   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

### b. CLAIMS

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? **See OBJECTION 1 & 3** ...............☐ Yes ☐ No
   *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII.*

2. Date the claim was submitted: **See OBJECTION 1 & 3** ......................... __ __ / __ __ / __ __ __ __

3. Person or entity against whom the claim was submitted:     See OBJECTION 1 & 3_____

4. Description of claim: See OBJECTION 1 & 3_____

5. Was claim settled? **See OBJECTION 1 & 3**..........................................................................☐ Yes ☐ No

6. Please indicate settlement amount: **See OBJECTION 1 & 3** .............................$_____

7. Was the claim dismissed or otherwise disallowed or not honored? **See OBJECTION 1, 2, 3** ...........☐ Yes ☐ No
   *If yes, provide the basis for dismissal of the claim:* _____

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSONS

Name of Dependent or Related Person: _Betty Jean Arcese_    Gender: ☐ Male ☒ Female

Last Four Digits of Social Security Number: _ _ _ _    Birth Date: _0 6_ / _0 2_ / _1 9 2 3_

Financially Dependent: ....................................................................................................................... ☒ Yes ☐ No

Relationship to Injured Party: ☒ Spouse ☐ Child ☐ Other If other, please specify _____

Mailing Address: _4 Nelson Place_
             Address

_Rutland_          _VT_         _05701_
City                State/Province       Zip/Postal Code

Daytime Telephone number: ..................................................... ( _802_ ) _775_ - _1802_

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.
### ***SEE ATTACHED EXHIBITS – ALL ATTACHMENTS ARE COPIES***

**Copies:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

## PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571.
**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, **under penalty of perjury**, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _Wallace B. Arcese_    Date: _3_ / _27_ / _2006_

Please Print Name: _WALLACE B. ARCESE_

## TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _____    Date: __ / __ / ____

Please Print Name: _____

# **OBJECTIONS**

OBJECTION #1

Claimant objects to this question as not reasonably calculated to lead to the discovery of relevant and/or admissible evidence.


OBJECTION #2

Claimant objects to this question because the information it seeks is equally available to the defendant.


OBJECTION #3

Claimant objects to this question as it calls for information that is confidential in nature and subject to attorney/client privilege.


OBJECTION #4

Claimant objects to this question as it calls for information that is confidential in nature and subject to doctor/patient privilege.

# EXHIBIT   A

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]



# Norfolk County Hospital

**FOR RESPIRATORY CARE**

JOHN A. BARMACK, M.B.A.
HOSPITAL ADMINISTRATOR

MEHBOOBA ANWAR, M.D.
MEDICAL DIRECTOR

March 6, 1981

BOARD OF TRUSTEES
NORFOLK COUNTY COMMISSIONERS
JAMES J. COLLINS, MILTON
CHAIRMAN
DAVID C. AHEARN, NORWOOD
GEORGE B. McDONALD, QUINCY

Mr. Wallace Arcese
270 Broadmeadow Road
Marlborough, MA 01752

Dear Mr. Arcese:

I am writing to report to you the results of the recent medical
screening program performed here for members of your Union, to
evaluate the health effects of your chronic exposure to asbestos in
your job. These tests were designed to provide screening only for
asbestos-related conditions. The overall results of our evaluation
indicate that a significant percentage of your fellow workers has
evidence of asbestos-related disease in the lungs. Fortunately,
relatively few individuals have evidence of significant lung
impairment. Very few of the family members of sheet metal workers
showed evidence of asbestos-related disease. We are in the process
of following up on all of those who are in need of additional medical
evaluations to define the extent and nature of their lung conditions.

Your individual results showed no significant abnormalities of
the lungs or other systems tested. Your blood pressure was normal
and your physical examination was entirely normal. The only finding
noted on your evaluation was the presence of a mild degree of
thickening of the pleura, the lining of the lung. This thickening is
usually caused by exposure to asbestos, but shows no evidence of
causing any significant impairment of the function of your lungs at
the present time.

In view of the minor abnormality noted on your chest X-Ray in
this evaluation, we would recommend that you be re-evaluated in one
year with tests which are similar to those performed during this
evaluation. If you would prefer to have follow-up evaluations
performed by your personal physician, we will be able to transmit the
results of your screening tests to your physician at your request. A
written request to the clinic is necessary in order for us to release
your records.

In the meantime, if you are a smoker, the most important thing
that you can do for yourself is to stop smoking. Studies have shown
that workers exposed to asbestos who smoke are ten times more likely
to get lung cancer than their co-workers who do not smoke. It has
been found, as well, that by stopping smoking, you significantly
increase your chances of staying well and you slow down the rate at

which asbestos fibers damage your lungs. Please do yourself a great favor and stop smoking.

Norfolk County Hospital will be offering a smoking cessation program co-sponsored by your Union, primarily for smokers exposed to asbestos. Please contact Nancy Fox at the Hospital Occupational Health Clinic, 843-0690, extension 66, or Bob Spinney at the Union Hall, 296-1680, if you are interested in participating.

If you find that you are required to work in a dusty area, where you are exposed to asbestos or hazardous concentrations of other dusts, you should notify your Union Representative immediately, so that appropriate preventive action can be taken.

Individuals diagnosed as having asbestos-related changes can seek financial compensation through the Massachusetts Workmen's Compensation Program or through third party suits against asbestos manufacturers. You should contact Bob Spinney at the Union Hall for more information about this. It is important to speak to a lawyer and report the exposure even if you do not want to pursue compensation now.

Thank you for your cooperation in this evaluation. A copy of your pulmonary function test results is enclosed and should be retained for your records. Please contact me if you have any questions regarding the results of this testing.

Sincerely yours,

Edward L. Baker, M.D., M.P.H.
Director, Occupational Health Clinic

ELB/hp
Enclosure

# OCCUPATIONAL MEDICINE & INDUSTRIAL HEALTH SERVICES

5071 Savarese Circle • Tampa West Industrial Park • Tampa, Florida 33614

P.O. Box 15551 • Tampa, Florida 33684

Phone: (813) 885-1435 or 885-1436

*Wilkee Arcese*

| WORKER'S Social Security Number | TYPE OF READING | FACILITY IDENTIFICATION |
|---|---|---|
| 0 3 1 7 2 7 8 3 6 | A A P | ☐☐☐☐ |

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | If Not Grade 1 Give Reason: | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|---|
| MONTH DAY YEAR 11 10 84 | ☒1 2 3 U/R | | YES ☐ Proceed to Section 5  NO ☒ Proceed to Section 2 |

| 2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? | YES ☒ COMPLETE 2B and 2C  NO ☐ | PROCEED TO SECTION 3 |
|---|---|---|

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

PRIMARY: p ☒ q t r u

SECONDARY: p s q r u

b. ZONES R L (marked)

c. PROFUSION
0/- 0/0 0/1
1/0 1/1 1/2
2/1 2/2 ☒2/3
3/2 3/3 3/+

**2C. LARGE OPACITIES**

SIZE ☒ A B C

PROCEED TO SECTION 3

| 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? | YES ☒ COMPLETE 3B, 3C and 3D  NO ☐ | PROCEED TO SECTION 4 |
|---|---|---|

**3B. PLEURAL THICKENING**

a. DIAPHRAGM (plaque)

SITE ☒ R L

b. COSTOPHRENIC ANGLE

SITE ☒ R L

**3C. PLEURAL THICKENING . . . Chest Wall**

a. CIRCUMSCRIBED (plaque)

| | SITE ☒ R | O ☒ |
|---|---|---|
| IN PROFILE i. WIDTH | O A B C | O A ☒ C |
| ii. EXTENT | O 1 2 3 | O 1 ☒ 3 |
| FACE ON iii. EXTENT | O 1 2 3 | O 1 ☒ 3 |

b. DIFFUSE

| | SITE ☒ R | ☒ L |
|---|---|---|
| IN PROFILE i. WIDTH | O A B C | O A B C |
| ii. EXTENT | O 1 2 3 | O 1 2 3 |
| FACE ON iii. EXTENT | O 1 2 3 | O 1 2 3 |

**3D. PLEURAL CALCIFICATION**

| SITE ☒ R EXTENT | | | | SITE ☒ L EXTENT | | | |
|---|---|---|---|---|---|---|---|
| a. DIAPHRAGM | 0 | 1 | 2 | 3 | a. DIAPHRAGM | 0 1 2 3 |
| b. WALL | 0 | 1 | 2 | 3 | b. WALL | 0 1 2 3 |
| c. OTHER SITES | 0 | 1 | 2 | 3 | c. OTHER SITES | 0 1 2 3 |

PROCEED TO SECTION 4

| 4A. ANY OTHER ABNORMALITIES? | YES ☒ COMPLETE 4B and 4C  NO ☐ | PROCEED TO SECTION 5 |
|---|---|---|

**4B. OTHER SYMBOLS (OBLIGATORY)**

O | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb

Report items which may be of present clinical significance in this section.

(SPECIFY od.)   OD

Date Personal Physician notified?

MONTH DAY YR

**4C. OTHER COMMENTS** *Rotter mark date read 11-16-84*

*Pleat Chest*

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C.   YES ☒ NO   PROCEED TO SECTION 5

# EXHIBIT  B

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

File No. 86.2963

### Affidavit of Wallace B. Arcese

I, Wallace B. Arcese, under oath depose and say:

1. I currently reside at 4 Nelson Place, Rutland, VT 05701.

2. I have personal knowledge of the facts hereinafter set forth.

3. The Affidavit I am about to give concerns my work as a/an Sheet Metal Worker and my exposure to asbestos-containing products manufactured by W.R. GRACE.

4. I worked as a/an Sheet Metal Worker from approximately 1948 to 1976 at various jobsites located throughout New England and other states.

5. I recall using, or being present while, the following W.R. GRACE asbestos-containing products were in use:

| PRODUCTS | JOBSITES | YEARS |
|---|---|---|
| Zonolite Vermiculite | Victor & Horecek Co. & M Sheet Metal Co. | 1947+ or 9 |
| | Supreme Store equipment Co. & H.G. Shirer Co. | 1960-? |
| Univ. of Mass, Bow N.H. Power plant other buildings IN N.H. and out of state | Spray Type | 1960's to 1950's |

6. I was exposed to the asbestos-containing dust created by the use of the above-mentioned products.

7. There may have been other occasions where I was exposed to asbestos and asbestos-containing products, but this is the only location(s) I recall today.

### SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

DATE: 11/14/05

Wallace B. Arcese
Wallace B. Arcese

I used Vermiculite as an insulation when building combustion chambers in furnaces, I also crawled around Attics installing Air condition ducts etc, many time where it was used in the bays of Home Attics, I also worked on Jobsites where it was sprayed on ceiling etc As a fire Retardent I'm sorry I can not remember All the jobs or dates.

# EXHIBIT C

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW HAMPSHIRE

------------------------------------------------X

WALLACE B. AND BETTY JEAN ARCESE,          Civil Action
                                           No.
              Plaintiffs,                      C87890

v.

OWENS-ILLINOIS, INC.                       COMPLAINT
OWENS-CORNING FIBERGLAS CORPORATION
PITTSBURGH-CORNING CORPORATION             PLAINTIFFS
EAGLE PICHER INDUSTRIES, INC.              DEMAND A TRIAL
THE SOUTHERN TEXTILE CORPORATION           BY JURY
H.K. PORTER COMPANY, INC.
RAYMARK INDUSTRIES, INC., a/k/a
   RAYBESTOS-MANHATTAN, INC.
OWENS-ILLINOIS GLASS COMPANY
THE CELOTEX CORPORATION
NICOLET INDUSTRIES
KEENE CORPORATION
GAF CORPORATION
CAREY CANADA, INC.
ARMSTRONG WORLD INDUSTRIES, INC.
FIBREBOARD CORPORATION
NATIONAL GYPSUM COMPANY
UNITED STATES GYPSUM COMPANY
W.R. GRACE & COMPANY
A C and S, INC.
GARLOCK, INC.
TURNER & NEWALL PLC

              Defendants.

------------------------------------------------X

JURISDICTION

1.  Party Plaintiffs.

1A.  The plaintiffs, Wallace B. and Betty Jean
Arcese, husband and wife, reside at 270 Broadmeadow
Road, Lot 51, Marlboro, Massachusetts.

2.  Party Defendants.

THORNTON & EARLY
ATTORNEYS AT LAW
       PORTLAND STREET
        MASSACHUSETTS 02114

PAGE    1

PLEADING FILE COMPLAINT
01/31/06

FILE#: 86.2963          SSNO: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      ARCESE, WALLACE B

CAPTION:

DOCKET NO: IAD      CRT: NHF        DATE FILED: 1990/02/08
CLAIM TYPE:

PAGE    2

PLEADING FILE COMPLAINT
01/31/06

FILE#: 86.2963        SSNO: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     ARCESE, WALLACE B

CAPTION:WALLACE B. AND BETTY JEAN ARCESE

DOCKET NO: C8788D      CRT: NHF       DATE FILED: 1987/03/05
CLAIM TYPE: PERSONAL INJURY/LOSS OF CONSORTIUM

TN          TURNER & NEWALL

USG         U.S. GYPSUM

WG          W.R. GRACE AND COMPANY

PAGE    1

PLEADING FILE COMPLAINT
01/31/06

FILE#: 86.2963        SSNO: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    ARCESE, WALLACE B

CAPTION:WALLACE B. AND BETTY JEAN ARCESE

DOCKET NO: C8788D    CRT: NHF    DATE FILED: 1987/03/05
CLAIM TYPE: PERSONAL INJURY/LOSS OF CONSORTIUM

| | |
|---|---|
| AC | ARMSTRONG/KEASBY MAT |
| ACS | A C AND S, INC. |
| CC | CAREY CANADA |
| CL | CELOTEX |
| EP | EAGLE-PICHER INDUSTRIES INC. |
| FB | FIBREBOARD CORP./PABCO PRODUCTS |
| GAR | GARLOCK INDUSTRIES |
| GFRB | GAF CORP/RUBEROID |
| HKP | H.K. PORTER COMPANY |
| KBEH | KEENE/BALDWIN/EHRET CORPORATION |
| NG | ASBESTOS CLAIMS MANAGEMENT CORP. F/K/A NATIONAL GYPSUM CO. |
| NIKM | NICOLET IND KEAS-MAT |
| OC | OWENS-CORNING |
| OI | OWENS-ILLINOIS INC. |
| OIG | OWENS-ILLINOIS GLASS COMPANY |
| PC | PITTSBURGH CORNING |
| RM | RAYBESTOS-MANHATTAN INC./GENERAL ASBESTOS AND RUBBER CO. |

SOUTHERN TEXTILE CORP.

50

# EXHIBIT   D

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

PAGE    1

CLIENT JOBSITE HISTORY - 1900 TO 2006
01/31/06

| SSN<br>--- | | FILE<br>---- | FR<br>-- | TO<br>-- | | BEG<br>--- | END<br>--- | | LOCAL<br>----- |
|---|---|---|---|---|---|---|---|---|---|
| 032127836 ARCESE, WALLACE B<br>ARTHUR D LITTLE | | 86.2963<br>01157 CAMBRIDGE | 1948 | 0 SHEET METAL WORKER<br>MA | | 0 | 0 | | |
| B F GOODRICH | | 02151 WATERTOWN | | MA | | 1966 | 0 | | |
| BOSTON CITY HOSPITAL | | 00450 BOSTON | | MA | | 0 | 0 | | |
| BOSTON EDISON/L ST STA/PH | | 00033 SOUTH BOSTON | | MA | | 1966 | 0 | | |
| BOSTON UNIVERSITY | | 00494 BOSTON | | MA | | 1966 | 0 | | |
| BRIDGEPORT BRASS COMPANY | | 10425 BRIDGEPORT | | CT | | 1966 | 0 | | |
| CANAL ELECTRIC CO/PH | | 04842 SANDWICH | | MA | | 0 | 0 | | |
| CHILDRENS HOSPITAL | | 00100 BOSTON | | MA | | 0<br>1966 | 0<br>0 | | |
| CIBA GEIGY CHEMICAL CO | | 33787 CRANSTON | | RI | | 1966 | 0 | | |
| E C A MEMORIAL DRIVE | | 33786 CAMBRIDGE | | MA | | 1966 | 0 | | |
| GENERAL ELECTRIC--LYNN | | 00376 LYNN | | MA | | 1966 | 0 | | |
| GENERAL MOTORS | | 00276 FRAMINGHAM | | MA | | 1966 | 0 | | |
| GILLETTE | | 05000 SOUTH BOSTON | | MA | | 1966 | 0 | | |
| M I T | | 00128 CAMBRIDGE | | MA | | 1966 | 0 | | |
| MEMORIAL DRIVEER BLDG | | 33785 CAMBRIDGE | | MA | | 0 | 0 | | |
| POLAROID | | 00605 CAMBRIDGE | | MA | | 1966 | 0 | | |
| PSNH SCHILLER STA | | 33467 NEWINGTON | | NH | | 1969 | 1969 | | |
| RAYTHEON | | 01152 WALTHAM<br>04357 QUINCY | | MA<br>MA | | 1966<br>0 | 0<br>0 | | |
| STATLER HOTEL | | 04815 BOSTON | | MA | | 1966 | 0 | | |
| U MASS BUILDINGS | | 06268 | | MA | | 1966 | 0 | | |
| WALTER FERNALD SCHOOL | | 33784 WALTHAM | | MA | | 1966 | 0 | | |
| WYMAN GORDON | | 04229<br>18679 WORCESTER | | MA | | 1966<br>1966 | 0<br>0 | | |

--------------------------------------------------------------------------------