**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al*. | ) | Case No. 01-01139 (JFK) |
| Debtors. | ) | Jointly Administered |
|  | ) | Objection Deadline: August 4, 2006 @ 4:00 |
|  | ) | Hearing Date:    September 11, 2006 |
|  | ) | Ref. Docket No. 12823 |

## CERTIFICATE OF SERVICE

I, January E. Reif, hereby certify that I caused a true and correct copy of the within **Objection of Asbestos Claimants Represented by the Law Office of Christopher E. Grell to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire and Declaration of Claimant's Counsel Richard F. Rescho, In Support of the Objection** to be sent on August 4, 2006 to those on the attached list as indicated.

*/s/ January E. Reif*
January E. Reif, Legal Assistant
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800