EXHIBIT A

# DAVID W. BOGGS
## FIRST AMENDED EMPLOYMENT HISTORY
## PRODUCT IDENTIFICATION LIST

**1968**

| | |
|---|---|
| Employer: | E. R. Sink Operators |
| Jobsite: | Compressor Station, Carthage, Texas |
| Supervisor: | Elbert Nation |
| Co-Workers: | Ken Robinson, Steve Arney |
| Position: | Laborer |
| Hourly Wage: | $1.65 per hour |
| Reason for Leaving: | Plaintiff found another job. |

**1968-1970**

| | |
|---|---|
| Employer: | Alfred Glassell, Jr. |
| Jobsite: | Compressor Station, Carthage, Texas |
| Supervisor: | Elbert Nation |
| Co-Workers: | Jim Davis, Dennis Chambless |
| Position: | Laborer |
| Hourly Wage: | $2.00 per hour |
| Reason for Leaving: | Plaintiff found another job. |

**1970**

| | |
|---|---|
| Employer: | Fish Engineering & Construction |
| Jobsite: | Mobile plant in Holly Beach Louisiana |
| Supervisor: | Joe Dickminter |
| Co-Workers: | Richard Anderson, Butch Hammons |
| Position: | Welder's helper |
| Hourly Wage: | $2.25 per hour |
| Reason for Leaving: | Reduction of work force. |

**1970**

| | |
|---|---|
| Employer: | Tri-State Construction |
| Jobsite: | Tolebend Driving Piling, Milam, Texas |
| Supervisor: | Joe Dickminter |
| Co-Workers: | Richard Anderson, Les Minter |
| Position: | Helper |
| Hourly Wage: | $2.00 per hour |
| Reason for Leaving: | Reduction of work force. |

**1971**

| | |
|---|---|
| Employer: | H. B. Zachry |
| Jobsite: | pipeline in Mongtomery, Alabama |
| Supervisor: | Carter Clayton |
| Co-Workers: | Butch Hammons, Randall Wilkerson |
| Position: | Laborer |
| Hourly Wage: | $2.50 per hour |
| Reason for Leaving: | Plaintiff found another job. |

| 1971-1972 | Employer: | Brown & Root |
| | Jobsite: | Lay Barge #282, Bellechase, Louisiana |
| | Supervisor: | C. L. Brooks |
| | Co-Workers: | Lonnie Poss, Buddy Hammons |
| | Position: | helper |
| | Hourly Wage: | $2.35 per hour |
| | Reason for Leaving: | Reduction of work force. |

| 1972-1973 | Employer: | American Energy Co. |
| | Jobsite: | El Paso National Gas, Odessa, Texas |
| | Supervisor: | Curtis Leslie |
| | Co-Workers: | Art Smith, Leon Tidwell |
| | Position: | helper |
| | Hourly Wage: | $4.00 per hour |
| | Reason for Leaving: | Reduction of work force |

| 1973 | Employer: | Brown & Root |
| | Jobsite: | Owens Corning Fiberglas, Waxahachie, Texas |
| | Supervisor: | Ken Gay |
| | Co-Workers: | Don Cheshire, Buck Davis |
| | Position: | Pipefitter's helper |
| | Hourly Wage: | $4.50 per hour |
| | Reason for Leaving: | Reduction of work force |

| 1973-1974 | Employer: | Brown & Root |
| | Jobsite: | Texas Eastman, Longview, Texas |
| | Supervisor: | Curtis Leslie |
| | Co-Workers: | Robert Rodgers, Danny Greer |
| | Position: | Pipefitter's helper |
| | Hourly Wage: | $5.90 per hour |
| | Reason for Leaving: | Reduction of work force |

| 1975 | Employer: | Brown & Root |
| | Jobsite: | Champion paper, Courtland, Alabama |
| | Supervisor: | Jack Cook |
| | Co-Workers: | Donald Pierce, Larry Tipton |
| | Position: | Pipefitter |
| | Hourly Wage: | $6.90 per hour |
| | Reason for Leaving: | Reduction of work force |

| 1975 | Employer: | U. S. Contractors |
| | Jobsite: | Air Products, Pasadena, Texas |
| | Supervisor: | James Douglas |
| | Co-Workers: | Johnny Whimbly, Ricky Pride |
| | Position: | Pipefitter |

Reason for Leaving:    Reduction of work force

1975

Employer:               Brown & Root
Jobsite:                Exxon Chemical, Baytown, Texas
Supervisor:             Pat Patterson
Position:               Pipefitter
Hourly Wage:            $7.65 per hour
Reason for Leaving:     Reduction of work force

1976

Employer:               B&R Foreign Subsidiaries
Jobsite:                Offshore platform, Jakarato, Indonesia
Supervisor:             Plaintiff does not recall
Co-Workers:             Dan Seals, Aubry Ward
Position:               Pipefitter
Hourly Wage:            $7.65 per hour
Reason for Leaving:     Reduction of work force

1976

Employer:               Mark III Inc.
Jobsite:                Costal State Station, Edna, Texas
Supervisor:             Curtis Leslie
Co-Workers:             Charlie Flemming, Bobby Pellamon
Position:               Pipefitter
Hourly Wage:            $7.65 per hour
Reason for Leaving:     Reduction of work force

1976

Employer:               Brown & Root
Jobsite:                Texas Eastman, Longview, Texas
Supervisor:             Ken Gay
Co-Workers:             David Holmes, Jeff Holmes
Position:               Pipefitter
Hourly Wage:            $6.00 per hour
Reason for Leaving:     Reduction of work force

1977

Employer:               Lamb Service Inc.
Jobsite:                El Paso Natural Gas, Odessa, Texas
Supervisor:             David Milburn
Position:               Pipefitter
Hourly Wage:            $7.65 per hour
Reason for Leaving:     Reduction of work force

1978

Employer:               Brown & Root
Jobsite:                Exxon Chemical, Baytown, Texas
Supervisor:             Pat Patterson
Co-Workers:             Don Cheshire, Larry Ware
Position:               Pipefitter

|  | Hourly Wage: | $7.65 per hour |
|---|---|---|
|  | Reason for Leaving: | Plaintiff found another job. |

| 1978 | Employer: | Brown & Root |
|---|---|---|
|  | Jobsite: | Celanese Chemical plant, Bay City, Texas |
|  | Supervisor: | Plaintiff does not recall |
|  | Position: | Pipefitter |
|  | Hourly Wage: | $7.65 per hour |
|  | Reason for Leaving: | Reduction of work force |

| 1979 | Employer: | Brown & Root |
|---|---|---|
|  | Jobsite: | Kerr-McGee, Wynnewood, Oklahoma |
|  | Supervisor: | Plaintiff does not recall |
|  | Position: | Pipefitter |
|  | Hourly Wage: | $7.65 per hour |
|  | Reason for Leaving: | Reduction of work force |

| 1979 | Employer: | Brown & Root |
|---|---|---|
|  | Jobsite: | LaGloria Oil, Tyler, Texas |
|  | Supervisor: | John Greer |
|  | Co-Workers: | Norman Brown, Ricky Jones |
|  | Position: | Pipefitter |
|  | Hourly Wage: | $8.00 per hour |
|  | Reason for Leaving: | Reduction of work force |

| 1979 | Employer: | Brown & Root |
|---|---|---|
|  | Jobsite: | Nekosal Paper, Ashdown, Arkansas |
|  | Supervisor: | Robert Cook |
|  | Co-Workers: | Danny Rogers |
|  | Position: | Pipefitter |
|  | Hourly Wage: | $8.35 per hour |
|  | Reason for Leaving: | Reduction of work force |

| 1979-1980 | Employer: | Brown & Root |
|---|---|---|
|  | Jobsite: | Boise Southern Paper, DeRiddle, Louisiana |
|  | Supervisor: | Plaintiff does not recall |
|  | Position: | Pipefitter |
|  | Hourly Wage: | $8.65 per hour |
|  | Reason for Leaving: | Reduction of work force |

| 1980 | Employer: | Brown & Root |
|---|---|---|
|  | Jobsite: | Phillips Petro, Old Ocean, Texas |
|  | Supervisor: | Don Brown |
|  | Position: | Pipefitter |
|  | Hourly Wage: | $8.65 per hour |

Reason for Leaving:   Reduction of work force

1980
| | |
|---|---|
| Employer: | Bluewater Const. |
| Jobsite: | United Gas Plant, Carthage, Texas |
| Supervisor: | Plaintiff does not recall |
| Co-Workers: | Larry Pittman, Curry Boyd |
| Position: | Pipe foreman |
| Hourly Wage: | $8.65 per hour |
| Reason for Leaving: | Reduction of work force |

1980-1981
| | |
|---|---|
| Employer: | Brown & Root |
| Jobsite: | International Paper, Mansfield, Louisiana |
| Supervisor: | Key Gay |
| Co-Workers: | Buck Davis, Jeff Holmes |
| Position: | Pipe foreman |
| Hourly Wage: | $9.65 per hour |
| Reason for Leaving: | Reduction of work force |

1981
| | |
|---|---|
| Employer: | GSH Inc. |
| Jobsite: | Tenaco, Amaco, New Iberia, Louisiana |
| Supervisor: | Jimmy Whitby |
| Co-Workers: | Larry Field, Billy Joe Jones |
| Position: | Pipefitter |
| Hourly Wage: | $9.65 per hour |
| Reason for Leaving: | Reduction of work force |

1982-1983
| | |
|---|---|
| Employer: | Blount International LTD |
| Jobsite: | Big 3 plant, Houston, Texas |
| Supervisor: | Curtis Leslie |
| Co-Workers: | Murrel Cherry, Roger Lellie |
| Position: | Pipefitter |
| Hourly Wage: | $9.65 per hour |
| Reason for Leaving: | Reduction of work force |

1982 - 1983
| | |
|---|---|
| Employer: | Blount International LTD |
| Jobsite: | Lone Star Steel, Lone Star, Texas |
| Supervisor: | Larry Woods |
| Position: | Pipefitter |
| Hourly Wage: | $9.65 |
| Reason for Leaving: | Reduction of work force |

1983
| | |
|---|---|
| Jobsite: | Shell Oil, Deer Park, Texas |
| Supervisor: | Plaintiff does not recall |
| Position: | Pipefitter |
| Hourly Wage: | $9.65 per hour |
| Reason for Leaving: | Reduction of work force |

1983

| | |
|---|---|
| Employer: | SMC McEvers, Inc. |
| Jobsite: | Schenectady Plant, Oyster Creek, Texas |
| Supervisor: | Larry Woods |
| Co-Workers: | James Woods, Butch Hammons |
| Position: | Pipefitter |
| Hourly Wage: | $10.50 per hour |
| Reason for Leaving: | Reduction of work force |

1983

| | |
|---|---|
| Employer: | Gulf States, Inc. |
| Jobsite: | Dow plant, Freeport, Texas |
| Supervisor: | Ricky Jones |
| Co-Workers: | Tim Whitt |
| Position: | Pipefitter |
| Hourly Wage: | $10.50 per hour |
| Reason for Leaving: | Reduction of work force |

1984 - 1985

| | |
|---|---|
| Employer: | Gulf States, Inc. |
| Jobsite: | Dow plant, Oyster Creek |
| Supervisor: | Rickey Jones |
| Position: | Pipefitter |
| Hourly Wage: | 10.50 per hour |
| Reason for Leaving: | Reduction of work force |

1986

| | |
|---|---|
| Employer: | Gulf States, Inc. |
| Jobsite: | Dupont, Old Hickory, Tennessee |
| Supervisor: | Larry Breaux |
| Co-workers: | Dock Blancard, Paul Davis |
| Hourly Wage: | 11:00 per hour |
| Position: | Pipefitter |
| Reason for Leaving: | Reduction of work force |

1986

| | |
|---|---|
| Employer: | Gulf States, Inc. |
| Jobsite: | Dupont, Victory, Texas |
| Supervisor: | Ricky Jones |
| Co-workers: | Jerry Jones, Tim Whitt |
| Hourly Wage: | 11:50 per hour |
| Position: | Pipefitter |
| Reason for Leaving: | Reduction of work force |

1986 - 1987

| | |
|---|---|
| Employer: | Gulf States, Inc. |
| Jobsite: | Freeport Sulphur Mines, Grand Shenar, LA |
| Supervisor: | Pat Broussard |
| Co-workers: | Dock Blanchard, Jud Brexar |
| Hourly Wage: | 12:00 per hour |
| Position: | Pipefitter |

Reason for Leaving:    Reduction of work force

1987
| | |
|---|---|
| Employer: | Gulf States |
| Jobsite: | Dow, Placman, LA |
| Supervisor: | Rickey Jones |
| Co-workers: | A.C. Ckrips, Greg Porter |
| Hourly Wage: | 12.00 |
| Position: | Pipefitter |
| Reason for Leaving: | Reduction of work force |

1988
| | |
|---|---|
| Employer: | Gulf States |
| Jobsite: | Tranco, Eunice, LA |
| Supervisor: | Rickey Jones |
| Co-worker: | Tong Graves, Greg Porter |
| Hourly Wage: | 12.00 |
| Position: | Pipefitter |
| Reason for Leaving: | Reduction of work force |

1988
| | |
|---|---|
| Employer: | Gulf States |
| Jobsite: | Dupont, Pasadena, TX |
| Supervisor: | Randy Stevenson |
| Co-worker: | A.C. Crisp, Tim Whitt |
| Hourly Wage: | 12.75 |
| Position: | Pipefitter |
| Reason for Leaving: | Reduction of work force |

1988
| | |
|---|---|
| Employer: | GSI |
| Jobsite: | Air Products, Stockman, CA |
| Supervisor: | Randy Stevenson |
| Co-workers: | Tim Whitt, K. B. Stevenson |
| Hourly Wage: | 16.00 |
| Position: | Pipefitter |
| Reason for Leaving: | Reduction of work force |

1988
| | |
|---|---|
| Employer: | GSI |
| Jobsite: | Goldenwest Plant, Santa Fe, California |
| Supervisor: | Randy Stevenson |
| Co-workers: | Gary Minter, Joe Davis |
| Hourly Wage: | 16.00 |
| Position | Pipe foreman |
| Reason for Leaving: | Reduction of force |

1989
| | |
|---|---|
| Employer: | GSI |
| Jobsite: | Dow, Pittsburgh, California |
| Supervisor: | Ricky Jones |

|                    |                     |                                      |
|--------------------|---------------------|--------------------------------------|
|                    | Hourly Wage:        | 16.00                                |
|                    | Position:           | Pipefitter                           |
|                    | Reason for Leaving: | Reduction of force                   |
| 1989               | Employer:           | GSI                                  |
|                    | Jobsite:            | Magnum Power (Dow), Brawley, California |
|                    | Supervisor:         | Ricky Stevens                        |
|                    | Co-worker:          | Greg Porter, Mike Stone              |
|                    | Hourly Wage:        | 18.00                                |
|                    | Position:           | Pipe foreman                         |
|                    | Reason for Leaving: | Reduction of force                   |
| 1990 - 1992        | Employer:           | GSI                                  |
|                    | Jobsite:            | Exxon, Benica, California            |
|                    | Supervisor:         | C. L. Sparks                         |
|                    | Co-worker:          | Allen Dyer, Mike Teague              |
|                    | Hourly Wage:        | 18.00                                |
|                    | Position:           | Pipe foreman                         |
|                    | Reason for Leaving: | Reduction of force                   |
| 1993               | Employer:           | Gulf States                          |
|                    | Jobsite:            | Dow plant, Freeport, Texas           |
|                    | Supervisor:         | Ricky Jones                          |
|                    | Co-Workers:         | Mike Stone, Danny Rogers             |
|                    | Position:           | Pipefitter                           |
|                    | Hourly Wage:        | $19.00 per hour                      |
|                    | Reason for Leaving: | Reduction of work force              |
| 1994-1995          | Employer:           | Instruments & Electrical Corp.       |
|                    | Jobsite:            | Unical, Whimington, California       |
|                    | Supervisor:         | Rick Stevens                         |
|                    | Co-Workers:         | Bill Murphy, Davis Minter            |
|                    | Position:           | Pipe foreman                         |
|                    | Hourly Wage:        | $24.00 per hour                      |
|                    | Reason for Leaving: | Reduction of work force              |
| 1995               | Employer:           | Instruments & Electrical Corp.       |
|                    | Jobsite:            | North Star Steel, Kingman, Arizona   |
|                    | Supervisor:         | Ricky Jones                          |
|                    | Co-Workers:         | Davis Minter, Mike Stone             |
|                    | Hourly Wage:        | 24.00                                |
|                    | Position:           | Pipe foreman                         |
|                    | Reason for Leaving: | Reduction of work force              |

| 1995 - 1996 | Employer: | Instruments & Electrical Corp. |
|---|---|---|
| | Jobsite: | Unical, Mojave, Arizona |
| | Supervisor: | Ricky Jones |
| | Co-Workers: | Ronnie Deloise, Jim Stagnaro |
| | Hourly Wage: | 24.00 |
| | Reason for Leaving: | Reduction of work force |

| 1998 | Employer: | U.S.Contractors |
|---|---|---|
| | Jobsite: | Valero, Texas City, Texas |
| | Supervisor: | Davis Minter |
| | Co-Workers: | Bruce Marks, Craig Robbins |
| | Position: | Pipe foreman |
| | Hourly Wage: | 20.00 |
| | Reason for Leaving: | Reduction of work force |

| 1999 | Employer: | Instruments & Electrical Corp. |
|---|---|---|
| | Jobsite: | Bayer, Baytown, Texas |
| | Supervisor: | Davis Minter |
| | Co-Workers: | Bruce Marks, Robert Valdez |
| | Hourly Wage: | 20.00 |
| | Position: | Pipe Foreman |
| | Reason for Leaving: | Reduction of work force |

| 2000 | Employer: | Instruments & Electrical Corp. |
|---|---|---|
| | Jobsite: | Valero, Texas City, Texas |
| | Supervisor: | Ralph Jordon |
| | Co-Workers: | Marvin Jenkins, Doug Goings |
| | Hourly Wage: | 17.00 |
| | Position: | Pipefitter |
| | Reason for Leaving: | Reduction of work force |

| 2000 - 2001 | Employer: | Instruments & Electrical Corp. |
|---|---|---|
| | Jobsite: | Valero, Houston, Texas |
| | Supervisor: | Robert Brush |
| | Co-Workers: | Robert Maddox, Joe Esponzia |
| | Hourly Wage: | 21.00 |
| | Position: | Pipe foreman |
| | Reason for Leaving: | Still employed |

## AcandS, INC., AND ITS PREDECESSOR
## ARMSTRONG CONTRACTING AND SUPPLY CORPORATION

LIMPET SPRAY
ARMASPRAY
85% MAGNESIA PIPECOVERING AND BLOCK INSULATION
CALCIUM SILICATE PIPECOVERING AND BLOCK INSULATION
ASBESTOS INSULATING AND FINISHING CEMENTS
ASBESTOS-CONTAINING SPRAY-APPLIED INSULATION PRODUCTS
ASBESTOS MASTICS
ASBESTOS CLOTH
ASBESTOS FIRE-RESISTANT JACKETS

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## ALLIED-SIGNAL, INC.

BENDIX DISC BRAKE PADS

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## AMCHEM PRODUCTS, INC.
## (FORMERLY KNOWN AS BENJAMIN FOSTER COMPANY)

FOAMSEAL SEALANT MASTIC, GRAY
THERMAFAS EXTRUDED HEAT TRANSFER CEMENT, BLACK
INSULATION WEATHERCOATING
FOAMSEAL COATING

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# ANCHOR PACKING CO.

GASKETS
ASBESTOS CONTAINING PACKING MATERIAL

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## A. P. GREEN REFRACTORIES COMPANY

A. P. GREEN INSULATING CEMENT
INSULATION COATING
INSUBLOCK 19
GREEN PC
THERM-O-FLAKE L.B. BLOCK
SK-7 INSULATING CASTABLE
KAST-O-LITE GUNNING REFRACTORY
CASTABLE BLOCK MIX
STEELKON BLAST FURNACE
GREENCAST 22L GUNNING REFRACTORY
KAST-O-LITE 30 GUNNING REFRACTORY
MC-30
MISSOU GUNNING REFRACTORY
STEELKON GUNNING REFRACTORY
STEELPLANT CASTABLE B
CASTABLE MIX 204
GREENCAST 97 L GUNNING REFRACTORY
GREENCAST 94 GUNNING REFRACTORY
INSULATION ADHESIVE
THERM-O-FLAKE COATING

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## ARMSTRONG WORLD INDUSTRIES, INC., FORMERLY KNOWN AS ARMSTRONG CORK COMPANY

AIRCELL PIPECOVERING, BLOCK AND SHEETS
AMBLEREX NO. 2 CEMENT
ARMABESTOS PIPECOVERING AND BLOCK
ARMASPRAY
ARMATEMP #10
KAYTHERM BLOCK
85% MAGNESIA PIPECOVERING AND BLOCK
BESTFELT PIPECOVERING, BLOCK AND SHEETS
CEILING TILE
DUPLEX WOOL FELT PIPE INSULATION
HI-TEMP PIPECOVERING AND BLOCK
HY-TEMP CEMENT
K. P. ASBESTOS FLOATS
LT. CORK PIPECOVERING
SIMPLEX PIPE INSULATIONS
#152 ASBESTOS CEMENT
85% MAGNESIA CEMENT
MINERAL WOOL CEMENT

| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# CERTAINTEED CORPORATION
## (FORMERLY KNOWN AS CERTAIN-TEED PRODUCTS CORPORATION)

PLASTIC CEMENT
NO. 15 PERFORATED SATURATED ASBESTOS FELT

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## COMBUSTION ENGINEERING, INC.

A-1199 INSULATING CEMENT
AIR CHECK
ASBESTOS ROPE
BLOCK STICK
BUCK STAY CEMENT A-1360
CASING CEMENT
CALCRETE 30 CEMENT
CASTABLOCK
DURISEAL
EXPANSION JOINT MATERIAL
FIBROUS ADHESIVE
GRIPTEX MINERAL WOOL BLOCK
GUNISUL
HILITE INSULATING AND FINISHING CEMENT
HYTEMPT FLEXIBLE COMPOUND
K-12 CALCIUM SILICATE PIPECOVERING AND BLOCK
K-20 INSULATING BLOCK
KAISER M BLOCK
KAISER MINERAL WOOL CEMENT
LIGHT WATE 22
LIGHT WATE 50
MHD FINISHING CEMENT
MIX A
PERMISEAL
PYROSCAT FIREPROOFING CEMENT
SDK 50 CEMENT
STIC-TITE CEMENT
STIRRUP CEMENT
SUPER FINISH CEMENT
SUPER FINISH STIC-TITE
SUPER STIC-TITE
SUPER 711 CEMENT
THERMALCOAT
UTILITY THERMAL FINISHING CEMENT
WEATHERKOTE
#12 INSULATING BLOCK
#19 INSULATING BLOCK
RYDER CEMENT
KAYLO PIPECOVERING AND BLOCK

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# CROWN CORK & SEAL COMPANY, INC.,
## (FORMERLY KNOWN AS MUNDET CORK CORPORATION)

115 CEMENT
CALCIUM SILICATE PIPECOVERING AND BLOCK
85% MAGNESIA INSULATION AND CEMENT
MINERAL WOOL BLANKET

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## DRESSER INDUSTRIES, INC.
## a/k/a HARBISON WALKER REFRACTORIES CO.

ASBESTOS ROPE
ASBESTOS CEMENT
ASBESTOS TAPE
ASBESTOS CLOTH

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# FIBREBOARD CORPORATION OR PABCO

CALTEMP
FI CEMENT
PABCO
PRASCO
SUPER CALTEMP
85% MAGNESIA PIPECOVERING AND BLOCK
NO. 127 CEMENT
"LK" INSULATION
PYROCAL

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## FLEXITALLIC, INC., FORMERLY KNOWN AS
## FLEXITALLIC GASKET COMPANY, INC.

SPIRAL WOUND INDUSTRIAL GASKETS

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# THE FLINTKOTE COMPANY

FIBREX CEMENT
THERMALKOTE
ASBESTOS CEMENT BOARD
ASBESTOS CEMENT PIPE

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# FULLER AUSTIN INSULATION COMPANY

THERMASIL SEGMENTAL PIPECOVERING
THERMASIL CURVED BLOCK
THERMASIL FLAT BLOCK
THERMASIL PIPECOVERING
KAYLO FLAT BLOCKS
KAYLO PIPECOVERING
B-E-H NO. 1 CEMENT
B-E-H POWERHOUSE CEMENT
B-E-H SUPER POWERHOUSE CEMENT
CALCIUM SILICATE BLOCK
CALCIUM SILICATE SINGLE SCORE FLAT BLOCK
CALCIUM SILICATE PIPECOVERING
CALCIUM SILICATE FLAT BLOCK
THERMALKOTE
SCORED CALCIUM SILICATE BLOCK
SEGMENTAL PIPECOVERING
HI-TEMP PIPECOVERING

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# GARLOCK CORPORATION

## GASKET AND PACKING PRODUCTS AND MATERIALS

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# GEORGIA PACIFIC CORP.

ALL PURPOSE JOINT COMPOUND
JOINT COMPOUND
KALITE
READY MIX

1973-1974        Texas Eastman, Longview, Texas
1976             Texas Eastman, Longview, Texas

## GREFCO, INC.

DICALITE 5000 DIATOMACEOUS EARTH
DICALITE 200 NAW, 100% ASBESTOS
DIASBESTOS FILTERAID
SHEET ASBESTOS
CEMENT

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# GUARD-LINE, INC.

GLOVES

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## M. H. DETRICK COMPANY

ASBESTOS ROPE
THERMAL COAT
ASBESTOS BOARDS
FIBROUS ADHESIVE
PERMISEAL
DURISEAL
GRIPTEX MINERAL WOOL BLOCK
SUPER 711 INSULATING CEMENT
UTILITY THERMAL FINISHING CEMENT
CASING CEMENT
MHD FINISHING CEMENT
PYROSCAT FIREPROOFING CEMENT
HILITE INSULATING CEMENT

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## NATIONAL GYPSUM COMPANY

GOLD BOND ROCK WOOL INSULATING CEMENT
ASBESTOS STRIPPING TAPE
GYPSUM BOARD

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## ORIENTAL GASKET AND PACKING COMPANY

ASBESTOS TAPE 2" WIDE X 1/16" THICK X 100' ROLLS #201 PLAIN
   COMMERCIAL GRADE
ASBESTOS TAPE 1" WIDE X 1/10" THICK X 100' WOVEN
ASBESTOS TAPE 2" WIDE X 1/16" THICK X 100' WOVEN
ASBESTOS CONTAINING BRAIDED PACKING
ASBESTOS SPIRAL WOUND GASKETS
ASBESTOS MILLBOARD
COMPRESSED ASBESTOS SHEET PACKING

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## <u>OWENS-CORNING FIBERGLAS CORPORATION</u>

FRENCO ALL-PURPOSE CEMENT
KAYLO
KAYLO CORE
KAYLO-10
KAYLO-20
KAYLO CLAD
UNIBESTOS
HY-LO

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# OWENS-ILLINOIS, INC.

KAYLO PIPECOVERING AND BLOCK INSULATION
KAYLO-20

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# PITTSBURGH CORNING CORPORATION

UNIBESTOS

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# PPG INDUSTRIES, INC.

THERMAL INSULATION-PYROCAL

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# RAPID-AMERICAN CORPORATION

ASBESTOS PAPER & ROLL BOARD
CAREY AIRCELL PIPE COVERING
CAREY ALLTEMP PIPE COVERING & BLOCK
CAREY ASBESTOS FELTS
CAREY ASBESTOS MILLBOARD
CAREY ASBESTOS SPONGE PIPE COVERING & BLOCK
CAREY ASBESTOS WATERPROOF JACKET
CAREY BTU CEMENT
CAREY CALCIUM SILICATE PIPE & BLOCK INSULATION
CAREY CORRUGATED ASBESTOS PAPER
CAREY DUCT ADHESIVE
CAREY DUCT-ASBESTOS INSULATED DUCT
CAREY EXCEL PIPE COVERING & BLOCK
CAREY FIBRATED EMULSION
CAREY FIBROUS ADHESIVE
CAREY FIRECLAD JACKETING
CAREY FIREFOIL BOARD & PANEL
CAREY FIREGUARD
CAREY FIRE RESISTANT INSULATION SEAL
CAREY GLOSSCELL COVERING & BLOCK
CAREY HIGHTEMP #19 PIPE COVERING, BLOCK & CEMENT
CAREY INDUSTRIAL A-C BOARD
CAREY INSULATION SEAL
CAREY MULTI-PLY PIPE COVERING & BLOCK
CAREY STONE SHEATHING
CAREY SUPER LIGHT 85% MAGNESIA PIPE COVERING & BLOCK
CAREY SUPER 606 CEMENT
CAREY TEMPCHECK PIPECOVERING & BOARD, BLOCK & CEMENT
CAREY THERMO-BORD
CAREY VITRICEL CEMENT
CAREY 100 CEMENT
CAREY 303 ASBESTOS CEMENT
CAREY 707 ASBESTOS CEMENT
CAREY 7M-90 ASBESTOS SHORTS INSULATION
CAREY MW-40 CEMENT
CAREY MW-50 CEMENT
CAREY LF 20 ASBESTOS CEMENT
CAREYCEL PIPE COVERING & BLOCK
CAREYFLEX BOARD
CAREYTEMP
CAREYTEMP 2000 BLOCK & CEMENT
CAREYTEMP ADHESIVE

CAREYTEMP ALUMINUM JACKETED AND TRACED PIPE INSULATION
CAREYTEMP PREMOLDED ELBOW INSULATION
CAROCEL PIPE COVERING
DUAL CAREYTEMP PIPE COVERING
THERMOTEX B
VITRICEL ASBESTOS SHEETS
4.2 CAREY STONE CORRUGATED SHEETS
85% MAGNESIA PIPE COVERING, BLOCK & CEMENT

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# ROCK WOOL MANUFACTURING COMPANY

DELTA MAID ONE SHOT INSULATING CEMENT

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## RUBEROID COMPANY & GAF CORP.

AIRCELL
ASBESTOS MILLBOARD
ASBESTOS PAPER
CALSILITE PIPECOVERING AND BLOCK
CALSILITE INSULATING CEMENT
DURA-COLOR
DURA SHAKE
ETERNIT
GRADE 115 OR 7M CEMENT
GRADE 214 OR 7K CEMENT
PANELSTONE
STONEWALL
T/NA-100 INSULATING JACKETING
ASBESTOS FURNACE TAPE

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## THORPE PRODUCTS COMPANY

THERMO PIPECOVERING
THERMO-12
THERMOBESTOS
NO. 301 CEMENT

| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## T&N PLC
## FORMERLY KNOWN AS TURNER & NEWELL PLC

SPRAYED LIMPET ASBESTOS

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## UNARCO INDUSTRIES, INC.

ASBESTOS GASKETS
ASBESTOS ROPE
BRAIDED ASBESTOS PACKING
UNIBESTOS PIPE COVERING, BLOCK & SHEETS
UNIBESTOS #750 PIPECOVERING
UNIBESTOS #1200 PIPECOVERING

1973-1974          Texas Eastman, Longview, Texas
1976              Texas Eastman, Longview, Texas

# UNIROYAL, INC.

ASBESTOS TAPES
ASBESTON BLANKET

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# UNITED STATES GYPSUM COMPANY

ASBESTOS AIR CELL PIPECOVERING
WOOL FELT PIPECOVERING
ASBESTOS AIR CELL BOARD

1973-1974          Texas Eastman, Longview, Texas
1976               Texas Eastman, Longview, Texas

# WESTINGHOUSE ELECTRIC CORPORATION

MOTORS
BREAKERS
CONDENSER FANS
GENERATORS
OKONITE SINGLE CONDUCTOR
AIR CONDITIONERS AND COMPRESSORS
ARMATURES
BRAKES FOR MOTORS, BRIDGE HOISTS, CRANES AND OTHER INDUSTRIAL
     EQUIPMENT AND LININGS
CONDENSERS
CONTROL EQUIPMENT (including...air core reactors, arc chutes, bus duct, bushints,
capacitors, circuit breakers, contractors, controllers, cutouts, fuses, fuse blocks, power rectifiers,
relays, resistors, rheostats, shunts, starters, switchboards, switches and switch-gears)
ELECTRICAL INSULATING MATERIALS
ELECTRONIC TUBES
ELEVATORS
FANS
FLOODLIGHTS, AVIATION LIGHTS AND LIGHT FIXTURES
FLUORESCENT LIGHTS
GASKETS IN EQUIPMENT
GOVERNORS
HEATING COILS
HIGH VOLTAGE INCANDESCENT LAMP, 230V
LIGHTNING ARRESTORS
MERCURY LAMP AND MERCURY VAPOR RECTIFIER
MICART
MOLDED PARTS FOR ELECTRICAL EQUIPMENT
MOTORS
POWER RECLOSERS
PUMPS AND PACKING
TRANSFORMERS
VALVES
WIRE WOUND RESISTOR ASSEMBLY
ASBESTOS INSULATED HEAT-RESISTING FIXTURE CORD, TYPE AF

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1973-1974 | Texas Eastman, Longview, Texas | |
| 1976 | Texas Eastman, Longview, Texas | |

# W. R. GRACE & COMPANY

ZONOLITE HIGH TEMPERATURE INSULATING CEMENT
ZONOLITE MONO-KOTE (MK-3) SPRAY FIREPROOFING

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## JOHNS-MANVILLE SALES CORPORATION AND
## JOHNS-MANVILLE PRODUCTS CORPORATION

THERMOBESTOS
THERMO-TAPE
NO. 302 CEMENT
85% MAGNESIA PIPECOVERING AND BLOCK
85% MAGNESIA INSULATING CEMENT
SILICATED THERMOBESTOS
THERMOBESTOS CEMENT

1973-1974          Texas Eastman, Longview, Texas
1976              Texas Eastman, Longview, Texas

## EAGLE - PICHER INDUSTRIES, INC.

SUPERTEMP BLOCK
E-P 85% MAGNESIA PC & INSULATION (Manuf. By & purchased from Phillip Carey)
EAGLE 20 (7M Asbestos)

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

# FORTY-EIGHT INSULATION, INC.

FORTY-EIGHT INSULATION HI TEMP BLOCK
QUICK-SET FITTING CEMENT (one-coat for insulating fittings)
QUICK-SET INSULATING FINISHING CEMENT (one coat for industrial applications).

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## A. W. CHESTERTON COMPANY

GASKETS
PACKING

| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## JOHN CRANE, INC. A/K/A JOHN CRANE HOUDAILLE, INC.

GASKETS

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## MINNESOTA MINING & MANUFACTURING COMPANY A/K/A 3M

MASK

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## QUIGLEY COMPANY, INC.

DAMIT LIQUID PIPE JOINT SEALANT

| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## SEPCO CORPORATION

PACKING & SEALS
GASKETS
PIPE COVERING
FLEXIBLE BLANKET
SHEET AND DIE CUT GASKETS

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## AQUA-CHEM, INC. D/B/A CLEAVER-BROOKS DIVISION

BOILERS

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

# KELLY MOORE PAINT COMPANY, INC.


BEDDING CEMENT
FINISHING COMPOUND
QUIK-SET JOINT COMPOUND
READY MIX ALL PURPOSE JOINT COMPOUND
TEXTURE PAINT

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## GENERAL ELECTRIC COMPANY

LAND-BASED STEAM TURBINES
GENERATORS

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

# U. S. MINERAL PRODUCTS COMPANY

CAFCO SPRAY PRODUCTS

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## ACE HARDWARE CORPORATION

NO. 917 ALUMINUM COATING

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## GREENE, TWEED & COMPANY

PACKINGS
GASKET MATERIAL
MOLDED PACKINGS
ASBESTOS CONTAINING BRAIDED MATERIAL

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## MOBIL OIL CORPORATION

JOINTITE
AMINE EPOXY PRIMER YELLOW-BROWN
AMINE EPOXY HI-BUILD PRIMER
EPOXY METAL PRIMER
HI-BUILD TANK EPOXY
AMINE EPOXY ENAMEL
EPOXY SURFACING COMPOUND OR PATCHING COMPOUND

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## J. A. SEXAUER, INC.

GASKETS

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

# KAISER GYPSUM COMPANY, INC.

ONE DAY JOINT COMPOUND
PRE-MIX JOINT COMPOUND

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## ABLE SUPPLY COMPANY

JOHNS-MANVILLE PIPE COVERING
JOHNS-MANVILLE CEMENT
JOHNS-MANVILLE CLOTH
JOHNS-MANVILLE PAPER
JOHNS-MANVILLE BLANKETS
JOHNS-MANVILLE JOHNS-MANVILLE ANTI-SWEAT BLOCK
JOHNS-MANVILLE FIREITE ASBESTOS FURNACE CEMENT


| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## FOSTER WHEELER CORPORATION

BOILERS

| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

# INGERSOLL-RAND COMPANY

COMPRESSORS
PUMPS

| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

# RICHARD KLINGER COMPANY

KLINGERLIT 400 UNIVERSAL
BLACK RK
KLINGER 41
KLINGER 61
KLINGERFLEX CBI
KLINGER PAC
RED RK

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## AMERAFLEX RUBBER & GASKET COMPANY, INC.

RUBBER ECAPSULATED COMPRESSED ASBESTOS GASKET MATERIAL
PRE-CUT GASKETS
RUBBER ENCAPSULATED LUBRICATED PACKING MATERIAL

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

# OGLEBAY NORTON COMPANY

FORROSEAL GASKETS

| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
|---|---|---|
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

## A-BEST PRODUCTS COMPANY

KEVLAR TERRYBEST, LIGHTWEIGHT CUFF, FULLY LINED in 11, 13, 18 and 23 in"
length

| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

# ALLIED GLOVE CORPORATION

ASBESTOS GLOVES
ASBESTOS BLANKETS

| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

# DURABLA MANUFACTURING COMPANY

DURABLA BLACK GASKET MATERIAL
DURABLA WHITE GASKET MATERIAL

| | | |
|---|---|---|
| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |

# OKONITE INCORPORATED

CABLE

| | |
|---|---|
| 1973-1974 | Texas Eastman, Longview, Texas |
| 1976 | Texas Eastman, Longview, Texas |

## WHEELER PROTECTIVE APPAREL CORPORATION

FIRE KING ALUMINIZED ASBESTOS SUITS
GLOVES
FIRE BLANKET AND/OR COVER

| 1968 | Employer: | E. R. Sink Operators, Compressor Station, Carthage, Texas |
| 1968-1970 | Employer: | Alfred Glassell, Jr., Compressor Station, Carthage, Texas |
| 1970 | Employer: | Fish Engineering & Construction, Mobile plant in Holly Beach Louisiana |
| 1970 | Employer: | Tri-State Construction, Tolebend Driving Piling, Milam, Texas |
| 1971 | Employer: | H. B. Zachry pipeline in Mongtomery, Alabama |
| 1971-1972 | Employer: | Brown & Root, Lay Barge #282, Bellechase, Louisiana |
| 1972-1973 | Employer: | American Energy Co., El Paso National Gas, Odessa, Texas |
| 1973 | Employer: | Brown & Root, Owens Corning Fiberglas, Waxahachie, Texas |
| 1973-1974 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1975 | Employer: | Brown & Root, Champion paper, Courtland, Alabama |
| 1975 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1976 | Employer: | Brown & Root, Texas Eastman, Longview, Texas |
| 1977 | Employer: | Lamb Service Inc., El Paso Natural Gas, Odessa, Texas |
| 1978 | Employer: | Brown & Root, Exxon Chemical, Baytown, Texas |
| 1978 | Employer: | Brown & Root, Celanese Chemical plant, Bay City, Texas |
| 1979 | Employer: | Brown & Root, LaGloria Oil, Tyler, Texas |