THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER ON W. R. GRACE & COMPANY'S MOTION TO COMPEL

After considering W. R. Grace & Company's Motion to Compel and the response, the

Court

DENIES the motion.


SIGNED on this _____day of August, 2006.



_____

PRESIDING JUDGE