**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. Grace & Company | ) | |
| | ) | Case No. 01-01139 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: August 21, 2006, 2:00 p.m.** |
| | ) | **Objection Deadline: August 4, 2006** |
| | ) | **Related to Docket Nos. 6301, 6371, 6654, 6852,** |
| | ) | **6853, 12819** |

**NOTICE OF RESPONSE TO DEBTOR'S MOTION TO COMPEL FURTHER RESPONSES FROM ASBESTOS CLAIMANTS REPRESENTED BY JACOBS & CRUMPLAR, P.A., TO ITS QUESTIONNAIRE FOR ESTIMATING CLAIMS**

**TO:**

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 N. Market Street, 17th Floor
Wilmington, Delaware 19801
*Co-Counsel for Debtors*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, Delaware 19806
*Counsel to the Future Claimants' Representative*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
*Counsel to the Official Committee of Unsecured Creditors*

Teresa K. D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, Delaware 19801
*Counsel to the Official Committee of Equity Holders*

Michael B. Joseph, Esquire
Ferry, Joseph, & Pearce, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, Delaware 19899
*Counsel to the Official Committee of Property Damage Claimants*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Counsel to the Official Committee of Personal Injury Claimants*

Janet Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Co-counsel for the Debtors*

Barbara Harding, Esquire
Kirkland & Ellis, LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005-5793
*Co-counsel for the Debtors*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Counsel to the Official Committee of Unsecured Creditors*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
*Counsel to the Official Committee of Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor,
New York, NY 10152-3500
*Counsel to the Official Committee of Personal Injury Claimants*

Thomas M. Mayer, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
*Counsel to the Official Committee of Equity Holders*

Richard H. Wyron, Esquire
Swidler, Berlin, Shereff, Friedman, LLP
3000 K Street, NW, Suite 300
Washington, D. C. 20007
*Counsel to the Future Claimants' Representative*

The Office of the United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, Delaware 19801

**PLEASE TAKE NOTICE** that Plaintiffs represented by Jacobs & Crumplar,

object to the Defendants *Omnibus* Motion to compel asbestos personal injury Claimant's further response to the W. R. Grace asbestos personal injury questionnaire.

**JACOBS & CRUMPLAR, P.A.**

By: */s/ Robert Jacobs, Esquire*

Robert Jacobs, Esquire (Bar ID# 0244)
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
*Attorney for Asbestos Injury Creditors*

Dated: August 4, 2006

F:\WP70\Bankruptcies\Bankruptcies\SLAUGHTER, David v. W.R. Grace & Co\Pleadings\080306_Response to WRGRACE MottoCompel.Notice.doc