IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. Grace & Company | ) |
| | ) Case No. 01-01139 |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: August 21, 2006, 2:00 p.m. |
| | ) Objection Deadline: August 4, 2006 |
| | ) Related to Docket Nos. 6301, 6371, 6654, 6852, |
| | )    6853, 12819 |

## ORDER

**IT IS SO ORDERED**, this _____ day of _____, 2006 as follows:

The Court having reviewed the answers of Jacobs & Crumplar orders that no further information need be supplied for the questionnaire other than that given to W. R. Grace.

_____
J.

F:\WP70\Bankruptcies\Bankruptcies\SLAUGHTER, David v. W.R. Grace & Co\Pleadings\080306_OrderWRGRACE.rj.doc