## CERTIFICATE OF SERVICE

I, Robert Jacobs, hereby certify that on this 4th day of August 2006 I caused one copy of the above ASBESTOS CLAIMANTS' RESPONSE TO OBJECTIONS TO DEFENDANT W. R. GRACE'S MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO W. R. GRACE'S PERSONAL QUESTIONNAIRE to be served upon the following counsel in the manner indicated:

**VIA HAND DELIVERY**

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, LLP
919 N. Market Street, 17th Floor
Wilmington, Delaware 19801
 *Co-Counsel for Debtors*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
*Counsel to the Official Committee of
Unsecured Creditors*

Michael B. Joseph, Esquire
Ferry, Joseph & Pearce, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, Delaware 19899
*Counsel to the Official Committee
 of Property Damage Claimants*

The Office of the United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, Delaware 19801

**VIA HAND DELIVERY**

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, Delaware 19806
*Counsel to the Future Claimants'
Representative*

Teresa K. D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, Delaware 19801
*Counsel to the Official Committee
of Equity Holders*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Counsel to the Official Committee
 of Personal Injury Claimants*

**VIA FIRST CLASS MAIL**

Janet Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Co-counsel for the Debtors*

**VIA FIRST CLASS MAIL**

Barbara Harding, Esquire
Kirkland & Ellis, LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005-5793
*Co-counsel for the Debtors*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Counsel to the Official Committee
of Unsecured Creditors*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
*Counsel to the Official Committee
of Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor,
New York, NY 10152-3500
*Counsel to the Official Committee
of Personal Injury Claimants*

Thomas M. Mayer, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
*Counsel to the Official Committee of
Equity Holders*

Richard H. Wyron, Esquire
Swidler, Berlin, Shereff, Friedman, LLP
3000 K Street, NW, Suite 300
Washington, D.C. 20007
*Counsel to the Future Claimants'
Representative*

**JACOBS & CRUMPLAR, P.A.**

By: /s/ *Robert Jacobs, Esquire*
Robert Jacobs, Esquire (Bar ID# 0244)
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
*Attorney for Asbestos Injury Creditors*

Dated: August 4, 2006