IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al*. | ) | Case No. 01-01139 (JFK) |
| Debtors. | ) | Jointly Administered |
|  | ) | Objection Deadline: August 4, 2006 @ 4:00 |
|  | ) | Hearing Date:    September 11, 2006 |
|  | ) | Ref. Docket No. 12823 |

## CERTIFICATE OF SERVICE

I, January E. Reif, hereby certify that I caused a true and correct copy of the within **General Objections to Discovery Questionnaire and Response to Debtor's Motion to Compel Submitted on Behalf of Luckey & Millins, LLC's Personal Injury Claimants** to be sent on August 4, 2006 to those on the attached list as indicated.

> */s/ January E. Reif*
> January E. Reif, Legal Assistant
> Heiman, Gouge & Kaufman, LLP
> 800 King Street, Suite 303
> P.O. Box 1674
> Wilmington, DE 19899-1674
> (302) 658-1800