UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>          Debtors. | Chapter 11<br><br>Case No. 01-01139(JFK)<br>(Jointly Administered)<br><br>Objection Deadline: August 4, 2006 @ 4:00<br><br>Hearing Date: September 11, 2006<br><br>Ref. Docket No. 12823 |

**CLAIMANTS REPRESENTED BY ODOM & ELLIOTT, P.A.'S
RESPONSE TO MOTION TO COMPEL FILED BY THE DEBTORS**

Comes now Claimants represented by Odom & Elliott, P.A., and for their response to the Debtors' Motion to Compel states and alleges as follows:

1. Odom & Elliott, P.A. represents potential claimants in the Debtors' bankruptcy.

2. Odom & Elliott, P.A. was served with questionnaires pursuant to orders of the Court. The purpose of these questionnaires is allegedly to assist the debtor in quantifying its potential asbestos liabilities.

3. Odom & Elliott has served its responses to these questionnaires on the debtors in the time and manner allowed by the Court.

4. Odom & Elliott's clients have responded to the questionnaires in one or more ways that the debtors considers objectionable and outside of the scope of what the Court has ordered.

5. Odom & Elliott was served with a copy of a motion to compel filed by the debtor seeking, *inter alia*, to compel Odom & Elliott's clients to answer each question in a narrative form and to prohibit Odom & Elliott's clients from objecting to questions and supplying documents in response to certain questions.

6.    Odom & Elliott's clients have associated the law firm of Motley Rice LLC on these cases, and Odom & Elliott adopts in whole the response to the debtors' motion to compel that has been filed by Motley Rice LLC (Docket No. 12927).

WHEREFORE, PREMISES CONSIDERED, Odom & Elliott and its clients hereby request that the debtors' motion to compel be denied.

Respectfully submitted,

/S/ Russell B. Winburn
_____

**RUSSELL B. WINBURN**
Bar #87193
Odom & Elliott, P.A.
1 East Mountain
P.O. Drawer 1868
Fayetteville, Arkansas 72701
Telephone: (479) 442-7575

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
800 King Street
Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
skaufman@hgkde.com

Date:  August 4, 2006