**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al*. | ) | Case No. 01-01139 (JFK) |
| Debtors. | ) | Jointly Administered |
|  | ) | Objection Deadline: August 4, 2006 @ 4:00 |
|  | ) | Hearing Date:    September 11, 2006 |
|  | ) | Ref. Docket No. 12823 |

### **CERTIFICATE OF SERVICE**

I, January E. Reif, hereby certify that I caused a true and correct copy of the within **Claimant's Objection and Response to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire** to be sent on August 4, 2006 to those on the attached list as indicated.

*/s/ January E. Reif*
January E. Reif, Legal Assistant
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800