

R.S.C. 1985, c. C-36, s.  
R.S.C. 1985, c. C-36, s. 18.6

Page 1

**C**

Canada Federal Statutes

  Companies' Creditors Arrangement Act

    Part II -- Jurisdiction of Courts

      International Insolvencies

    s 18.6

Federal English Statutes reflect

amendments current to July 26, 2006

Federal English Regulations are current to

Gazette Vol. 140:15 (July 26, 2006)

**18.6**

**18.6(1) Definitions**

In this section,

**"foreign proceeding"** means a judicial or administrative proceeding commenced outside Canada in respect of a debtor under a law relating to bankruptcy or insolvency and dealing with the collective interests of creditors generally;

**"foreign representative"** means a person, other than a debtor, holding office under the law of a jurisdiction outside Canada who, irrespective of the person's designation, is assigned, under the laws of the jurisdiction outside Canada, functions in connection with a foreign proceeding that are similar to those performed by a trustee in bankruptcy, liquidator or other administrator appointed by the court.

**18.6(2) Powers of court**

The court may, in respect of a debtor company, make such orders and grant such relief as it considers appropriate to facilitate, approve or implement arrangements that will result in a co-ordination of proceedings under this Act with any foreign proceeding.

**18.6(3) Terms and conditions of orders**

An order of the court under this section may be made on such terms and conditions as the court considers appropriate in the circumstances.

**18.6(4) Court not prevented from applying certain rules**

Copr. © West 2006 No Claim to Orig. Govt. Works



R.S.C. 1985, c. C-36, s.  Page 2
R.S.C. 1985, c. C-36, s. 18.6

Nothing in this section prevents the court, on the application of a foreign representative or any other interested person, from applying such legal or equitable rules governing the recognition of foreign insolvency orders and assistance to foreign representatives as are not inconsistent with the provisions of this Act.

**18.6(5) Court not compelled to give effect to certain orders**

Nothing in this section requires the court to make any order that is not in compliance with the laws of Canada or to enforce any order made by a foreign court.

**18.6(6) Court may seek assistance from foreign tribunal**

The court may seek the aid and assistance of a court, tribunal or other authority in a foreign proceeding by order or written request or otherwise as the court considers appropriate.

**18.6(7) Foreign representative status**

An application to the court by a foreign representative under this section does not submit the foreign representative to the jurisdiction of the court for any other purpose except with regard to the costs of the proceedings, but the court may make any order under this section conditional on the compliance by the foreign representative with any other order of the court.

**18.6(8) Claims in foreign currency**

Where a compromise or arrangement is proposed in respect of a debtor company, a claim for a debt that is payable in a currency other than Canadian currency shall be converted to Canadian currency as of the date of the first application made in respect of the company under section 10 unless otherwise provided in the proposed compromise or arrangement.

*Proposed Repeal -- 18.6*

*18.6*

[Repealed 2005, c. 47, s. 131. Not in force at date of publication.]

1997, c. 12, s. 125

Copyright © CARSWELL,

a Division of Thomson Canada Ltd. or its Licensors. All rights reserved.

END OF DOCUMENT