# **<u>Exhibit 5</u>**

Court File No. 01-CL-4081

## SUPERIOR COURT OF JUSTICE

## COMMERCIAL LIST

| | |
|---|---|
| THE HONOURABLE | ) THURSDAY, THE 5TH DAY OF |
| MR. JUSTICE FARLEY | ) DECEMBER, 2002 |

**IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF GRACE CANADA, INC.**

## ORDER

**THIS MOTION** made by Grace Canada, Inc. (hereinafter referred to as the "Applicant"), for an Order recognizing and implementing certain relief granted in the United States to the Applicant's affiliates was heard this day at 393 University Avenue, Toronto, Ontario.

**ON READING** the Notice of Motion, the 6th Report of Pierre Le Bourdais, Information Officer, dated November 25, 2002 and on hearing the submissions of counsel for the Applicant and no other person who might be interested in these proceedings appearing:

1.   **THIS COURT ORDERS** that the time for service of the Notice of Motion and Motion Record in support of this Motion be and it is hereby abridged such that the Motion is properly returnable today, and, further, that any requirement for service of the Notice of Motion and of the Motion Record upon any interested party, other than the parties herein mentioned, is hereby dispensed with.

- 2 -

2.  **THIS COURT ORDERS** that the Order of The Honourable Judith K. Fitzgerald of the United States Bankruptcy Court for the District of Delaware dated April 22, 2002 providing for, *inter alia*:

> (a) a claims bar date of March 31, 2003 for the filing of proofs of claim with respect to Asbestos Property Damage Claims, Medical Monitoring Claims and Non-Asbestos Claims against W.R. Grace & Co. and 61 of its affiliates (collectively, the "U.S. Debtors") being affiliates of the Applicant;
>
> (b) the procedure for notifying potential claimants of the U.S. Debtors of the claims process and the claims bar date; and
>
> (c) the form of the proof of claim

is hereby recognized and shall be implemented and be effective in Canada in accordance with its terms.

_____
Registrar

ENTERED AT/INSCRIT
ON/BOOK NO
LE/DANS LE REG:

DEC 0 5 2002

PER/PAR:

| IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED AND IN THE MATTER OF GRACE CANADA, INC | Court File No: 01-CL-4081 |
|---|---|
| | *ONTARIO* **SUPERIOR COURT OF JUSTICE** Proceeding commenced at Toronto |
| | **O R D E R** |
| | **OGILVY RENAULT** SUITE 1100, BOX 11 MERRILL LYNCH CANADA TOWER 200 KING STREET WEST TORONTO, CANADA M5H 3T4 **DERRICK C. TAY** LSUC # 21152A Tel: 416.340.6032 Fax: 416.340.5900 **ORESTES PASPARAKIS** LSUC # 36851T Tel.: 416.340.6015 Fax: 416.340.6115 Solicitors for the Applicant |