IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |

### ORDER

Upon consideration of the Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to W.R. Grace Asbestos Personal Injury Questionnaire, the Responses thereto, and all argument on the Motion;

IT IS HEREBY ORDERED that Debtors' Motion is DENIED.

SO ORDERED on this _____ day of _____, 2006.

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge