**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co.,, et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Answer & Memorandum of Law of Claimants Represented by Hal Pitkow, Esquire in Opposition to Debtors' Motion to Compel Response to W.R. Grace Asbestos Personal Injury Questionnaire was served upon all counsel of record on the Core Service List by means of first class mail on August 3, 2006.

Hal Pitkow, Esquire

David Klauder, Esquire
Office of U.S. Trustee
844 King St, 2d Floor
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney
Brandywine Building
1000 West St, Suite 1410
Wilmington, DE 19801

Mark Hurford, Esquire
Campbell & Levine
800 N.King St., Ste 300
Wilmington, DE 19801

Michael Joseph, Esquire
Ferry & Joseph
824 Market St, Ste 904
Wilmington, DE 19801

Michael Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St, Ste 1200
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski Stang
919 N. Market St, 17th Fl
Wilmington, DE 19899-8705

David Bernick, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale
375 Park Ave, 35th Fl
New York, NY 10152-3500

Peter Van N. Lockwood, Esq
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, DC 20005

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Lewis Kruger, Esquire
Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott Baena, Esquire
Bilzin Sumberg
2500 1st Union Finl. Ctr
200 S. Biscayne Blvd
Miami, FL 33131

Philip Bentley, Esquire
Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

John C. Phillips, Jr. Esquire
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

Roger Frankel, Esquire
Orrick Herrington & Sutcliffe
The Washington Harbour
3050 K St, N.W., Ste 200
Washington, D.C. 20007

# Hal Pitkow
Attorney at Law

Member Pennsylvania and New Jersey Bar

138 North State Street

Newtown, PA 18940

215-860-2900

fax: 215-860-0908

pitkow@aol.com

August 3, 2006

Office of the Clerk
U.S. Bankruptcy Court
District of Delaware
3rd Floor
824 Market Street
Wilmington, DE 19801

Re: In re: W.R. Grace & Co., et al., Debtors
Chapter 11 Case, No. 01-1139

Dear Sir or Madam:

Enclosed please find the Answer & Memorandum of Law of Claimants Represented by Hal Pitkow, Esquire in Opposition to Debtors' Motion to Compel Response to the W.R. Grace Asbestos Personal Injury Questionnaire, along with the following:

1 - affidavit of Hal Pitkow, Esquire;
2 - proposed Order; and
3 - certificate of service.

Kindly file same of record. Thank you very much.

Very truly yours,

Hal Pitkow

cc: All Counsel on Attached List