Service List

Janet Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Barbara Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005-5793

James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY
10038-4982

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale
Chartered
375 Park Avenue
35th Floor
New York, NY 10152-3500

Marla Eskin
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801

Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington DC 20007

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

David Klauder
844 N. King Street
Wilmington, DE 19801

LAW OFFICES
# COONEY & CONWAY

30TH FLOOR
120 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602

(312) 236-6166
FAX (312) 236-3029
MAINDESK@COONEYCONWAY.COM

ROBERT J. COONEY (1924-1995)
KEVIN J. CONWAY
ROBERT J. COONEY, JR.
JOHN D. COONEY
WILLIAM R. FAHEY

JAMES T. NEWMAN
TIMOTHY R. OCASEK
DANIEL T. STANTON
JAMES E. OCASEK
JAMES R. HOPKINSON
KATHY BYRNE
MICHAEL D. MULVIHILL
MICHAEL J. LUBECK
MICHAEL T. EGAN
LAWRENCE R. WEISLER
TIMOTHY G. MARTIN
DANIEL T. RYAN

August 3, 2006

Judge Judith K. Fitzgerald
824 N. Market Street
Wilmington, De 19801-3024

RE: IN RE: ALL ASBESTOS LITIGATION v W.R. GRACE & CO., ET.AL (Debtors)
Case No. 01-01139 (JFK)
IN THE UNITED STATES BANKRUPTCY COURT FOR THE FIRST DISTRICT OF DELAWARE

Dear Judge Fitzgerald:

Enclosed please find the Original and (3) copies of Plaintiff's Motion to Compel to be heard on August 21, 2006 2:00 pm.

Please return a file stamped copy to the attention of the undersigned in the enclosed self-addressed stamped envelope provided. Thank you for your anticipated cooperation in this regard.

Very Truly Yours,

COONEY & CONWAY

Andrea Lipps
Assistant to Kathy Crane Byrne