# AFFIDAVIT

Upon first being duly sworn on oath, I depose and state as follows:

1. My name is Kathy Byrne and my business address is 120 N. LaSalle Suite 3000 Chicago, IL 60602.

2. I am an attorney at Cooney and Conway and the supervising attorney for the W.R. Grace questionnaire project.

3. I directed five Cooney and Conway support staff in their work on the W.R. Grace questionnaires.

4. The estimated time spent on the project was in excess of 575 hours.

5. In order to complete the questionnaire the staff had to:

    - retrieve files that had been stored
    - gather discovery and depositions
    - collect medical records
    - input information required on questionnaire
    - scan documents gathered
    - send claims for client's signatures
    - answer Clients' questions about questionnaire's sent to them

6. After receiving Grace's motion to compel, I directed one of the project staff to input the information from consolidated interrogatories and Social Security print-outs that we originally attached one to the questionnaires. I did this in order to see how long it would take to do this. If the information was to be retyped and entered into the fill-in form, it would take on average, more then 180 minutes per questionnaire (90 minutes for the Interrogatories, and 90 minutes for the Social Security report).

If called, I could competently testify to the above facts.

FURTHER AFFIANT SAYESTH NOT

_____

Subscribed and Sworn to before
me this 3rd day of August, 2006



"OFFICIAL SEAL"
BOBBI WALTON
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 06/26/2007



PLAINTIFF'S
EXHIBIT
B