IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: August 28, 2006 at 4:00 p.m.<br>Hearing Date: September 25, 2006 at 2:00 p.m.<br>(only if objections are filed) |

## NOTICE OF MOTION

TO:    All parties on the attached list

The Official Committee of Equity Security Holders (the "Equity Committee") has filed the attached Motion of the Official Committee of Equity Security Holders to Amend the Retention Order of Klett Rooney Lieber & Schorling to Reflect Firm Name Change to Buchanan Ingersoll & Rooney PC (the "Motion").

You are required to file a response to the Motion on or before **August 28, 2006 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon the Equity Committee's attorneys:

| | |
|---|---|
| Teresa K.D. Currier, Esquire<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 552-4200 | Philip Bentley, Esquire<br>Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone:(212) 715-9100 |

**IF OBJECTIONS ARE RECEIVED, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, ON SEPTEMBER 25, 2006 AT 2:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

BUCHANAN INGERSOLL & ROONEY PC

By: _____
Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100

Counsel to the Official Committee of Equity Holders

Dated: August 8, 2006