# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Date:  August 21, 2006 at 4:00 p.m.**
**Hearing Date:  To be determined.**

**FIFTY-FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JUNE 1, 2006 THROUGH JUNE 30, 2006**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **June 1, 2006 through June 30, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$25,877.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,968.78** |

This is an: ☒ monthly  ☐ interim  ☐ final application

This is the fifty-fourth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,162.50 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | 615.00 | 29.50 | $18,142.50 |
| Michael R. Lastowski | Partner/26 years | 550.00 | 10.50 | $5,775.00 |
| Daniel I. Small | Partner/2 years | 440.00 | 0.70 | $308.00 |
| Eric R. Breslin | Partner/2 years | 395.00 | 0.30 | $118.50 |
| Michael F. Hahn | Associate/8 years | 355.00 | 1.70 | $603.50 |
| Beth A. Gruppo | Paralegal | 215.00 | 1.20 | $258.00 |
| Christopher Clark | Paralegal | 170.00 | 0.20 | $34.00 |
| Stephanie Lenkiewicz | Legal Assistant | 125.00 | 5.10 | $637.50 |

Total Fees:        $25,877.00
Total Hours:       49.20

5

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.50 | $275.00 |
| Case Administration (04) | 7.00 | $3,661.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 0.60 | $213.00 |
| Claims Analysis Objection Resolution and Estimation (Non-Asbestos) (06) | 1.70 | $896.00 |
| Employee Benefits/Pension (08) | 1.10 | $605.00 |
| Fee Applications, Applicant (12) | 3.30 | $540.00 |
| Fee Applications, Others (13) | 2.10 | $347.50 |
| Hearings (15) | 6.90 | $3,795.00 |
| Other (25) | 26.00 | $15,544.50 |
| **TOTAL** | **49.2** | **$$25,877.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Travel (Local) | | $25.50 |
| Legal Research | Lexis | $9.00 |
| Overnight Mail | Federal Express | $67.01 |
| Travel (Taxi Fares) | | $30.37 |
| Photocopies/Messenger Service | Parcels, Inc. | $1,619.65 |
| Dinner (Local) | | $217.25 |
| **TOTAL** | | **$1,968.78** |

6

WHEREFORE, Duane Morris LLP respectfully requests that, for the period June 1, 2006 through June 30, 2006 an interim allowance be made to Duane Morris LLP for compensation in the amount of $20,701.60 (80% of allowed fees) and $1,968.78 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated:  August 10, 2006

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com
E-mail:         rwriley@duanemorris.com

-and-

William S. Katchen
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, NJ  07102
Telephone:   (973) 424-2031
Facsimile:   (973) 424-2001

*Co-Counsel to the Official Committee
of Unsecured Creditors*

7

# EXHIBIT A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

August 9, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1194486                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 10.50 | hrs. at | $550.00 /hr. = | $5,775.00 | |
| WS KATCHEN | PARTNER | 29.50 | hrs. at | $615.00 /hr. = | $18,142.50 | |
| DI SMALL | PARTNER | 0.70 | hrs. at | $440.00 /hr. = | $308.00 | |
| ER BRESLIN | PARTNER | 0.30 | hrs. at | $395.00 /hr. = | $118.50 | |
| MF HAHN | ASSOCIATE | 1.70 | hrs. at | $355.00 /hr. = | $603.50 | |
| BA GRUPPO | PARALEGAL | 1.20 | hrs. at | $215.00 /hr. = | $258.00 | |
| C CLARK | PARALEGAL | 0.20 | hrs. at | $170.00 /hr. = | $34.00 | |
| S LENKIEWICZ | LEGAL ASSISTAN | 5.10 | hrs. at | $125.00 /hr. = | $637.50 | |
| | | | | | | $25,877.00 |

DISBURSEMENTS
DINNER - LOCAL                        217.25
LEXIS LEGAL RESEARCH                    9.00
MESSENGER SERVICE                   1619.65
OVERNIGHT MAIL                        67.01
TAXI FARES                            30.37
TRAVEL - LOCAL                        25.50
TOTAL DISBURSEMENTS                              $1,968.78

BALANCE DUE THIS INVOICE                         $27,845.78

PREVIOUS BALANCE                                 $51,583.26

TOTAL BALANCE DUE                                $79,429.04

Duane Morris
August 9, 2006
Page 2

File # K0248-00001                                      INVOICE #  1194486
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/10/2006 | 003 | MR LASTOWSKI | ANALYSIS OF DEBTORS' APPLICATION TO MAKE CONTRIBUTION TO DEFINED BENEFIT PLANS | 0.30 | $165.00 |
| 6/30/2006 | 003 | MR LASTOWSKI | REVIEW APRIL 2006 MOR | 0.20 | $110.00 |
| | | | Code Total | 0.50 | $275.00 |

Duane Morris
August 9, 2006
Page 3

File # K0248-00001                                    INVOICE #  1194486
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/1/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 6/5/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 6/6/2006 | 004 | ER BRESLIN | CONFER BILL KATCHEN. | 0.30 | $118.50 |
| 6/7/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 6/9/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 6/12/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 6/12/2006 | 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER AND K. PASQUALE REGARDING LIBBY AND NEW JERSEY SITES | 0.50 | $307.50 |
| 6/12/2006 | 004 | WS KATCHEN | REVIEW MOTION  INSURANCE | 0.40 | $246.00 |
| 6/12/2006 | 004 | WS KATCHEN | WORK ON PROJECT (LIBBY) | 1.60 | $984.00 |
| 6/13/2006 | 004 | WS KATCHEN | ADDITIONAL RESEARCH FOR NJ DEP ISSUES | 2.80 | $1,722.00 |

Duane Morris
August 9, 2006
Page 4

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1194486

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 6/15/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 6/16/2006 | 004 | S LENKIEWICZ | REVIEW DOCKET RE: MOTIONS AND OBJECTIONS | 0.20 | $25.00 |
| 6/19/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF REQUEST FROM M.HAHN / W.S.KATCHEN REGARDING COPIES OF ORDERS IN RE ASARCO CASE; OBTAINED IMAGES OF SAID ORDERS AND FORWARDED TO M.HAHN AND W.S.KATCHEN | 0.20 | $43.00 |
| 6/19/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 6/21/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 6/23/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 6/27/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| | | | Code Total | 7.00 | $3,661.00 |

Duane Morris
August 9, 2006
Page 5

File # K0248-00001                                  INVOICE # 1194486
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/13/2006 | 005 | MF HAHN | REVIEW PLEADINGS IN NJ DEP ACTION; CONFERENCE WITH W. KATCHEN REGARDING SAME | 0.60 | $213.00 |
| | | | Code Total | 0.60 | $213.00 |

Duane Morris
August 9, 2006
Page 6

File # K0248-00001                                    INVOICE # 1194486
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/6/2006 | 006 | MF HAHN | REVIEW STATUS OF DEP ACTION; PROVIDE COPIES OF ORDERS AND CORRESPONDENCE TO WSK | 0.20 | $71.00 |
| 6/15/2006 | 006 | MR LASTOWSKI | REVIEW STATE OF IOWA'S MOTION TO FILE LATE PROOF OF CLAIM | 1.50 | $825.00 |
| | | | Code Total | 1.70 | $896.00 |

Duane Morris
August 9, 2006
Page 7

File # K0248-00001                                      INVOICE #  1194486
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/20/2006 | 008 | MR LASTOWSKI | REVIEW KERP MOTION | 1.10 | $605.00 |
| | | | Code Total | 1.10 | $605.00 |

Duane Morris
August 9, 2006
Page 8

File # K0248-00001                                    INVOICE # 1194486
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/28/2006 | 012 | S LENKIEWICZ | FINALIZE, E-FILE AND SERVE DUANE MORRIS LLP'S MARCH 2006 MONTHLY FEE APPLICATION | 0.30 | $37.50 |
| 6/5/2006 | 012 | S LENKIEWICZ | DRAFT, FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING NINETEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP | 0.30 | $37.50 |
| 6/14/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 53RD MONTHLY FEE APPLICATION | 0.20 | $110.00 |
| 6/14/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS LLP'S FIFTY-THIRD MONTHLY FEE APPLICATION FOR PERIOD MAY 1, 2006 THROUGH MAY 31, 2006 | 0.50 | $62.50 |
| 6/14/2006 | 012 | S LENKIEWICZ | PREPARE NINETEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP | 1.20 | $150.00 |
| 6/16/2006 | 012 | S LENKIEWICZ | E-FILE AND SERVE DUANE MORRIS LLP'S MONTHLY FEE AND EXPENSE INVOICE FOR MAY, 2006 | 0.30 | $37.50 |
| 6/19/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR DUANE MORRIS 52D FEE APPLICATION | 0.10 | $55.00 |
| 6/19/2006 | 012 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS LLP'S APRIL, 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| 6/21/2006 | 012 | S LENKIEWICZ | E-FILE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS LLP'S APRIL, 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| | | | Code Total | 3.30 | $540.00 |

Duane Morris
August 9, 2006
Page 9

File # K0248-00001                                                    INVOICE #  1194486
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/5/2006 | 013 | S LENKIEWICZ | DRAFT, FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING NINETEENTH QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.30 | $37.50 |
| 6/5/2006 | 013 | S LENKIEWICZ | DRAFT, FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING EIGHTH QUARTERLY FEE APPLICATION OF CAPSTONE ADVISORY GROUP | 0.30 | $37.50 |
| 6/7/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE AMENDED CERTIFICATION OF NO OBJECTION REGARDING EIGHT QUARTERLY APPLICATION OF CAPSTONE ADVISORY GOUP | 0.20 | $25.00 |
| 6/19/2006 | 013 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR CAPSTONE APRIL 2006 FEE APPLICATION | 0.10 | $55.00 |
| 6/19/2006 | 013 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR STROOCK 61D FEE APPLICATION | 0.10 | $55.00 |
| 6/19/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S APRIL, 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| 6/19/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN LLP'S APRIL, 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| 6/21/2006 | 013 | S LENKIEWICZ | E-FILE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S APRIL, 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| 6/22/2006 | 013 | S LENKIEWICZ | E-FILE CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S APRIL, 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| 6/28/2006 | 013 | S LENKIEWICZ | E-FILE CAPSTONE'S MONTHLY FEE APPLICATION FOR MAY, 2006 | 0.30 | $37.50 |
| | | | Code Total | 2.10 | $347.50 |

Duane Morris
August 9, 2006
Page 10

File # K0248-00001                                    INVOICE # 1194486
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/2/2006 | 015 | MR LASTOWSKI | REVIEW PROPOSED LLOYDS SETTLEMENT AND OBJECTIONS THERETO | 1.70 | $935.00 |
| 6/12/2006 | 015 | MR LASTOWSKI | REVIEW 6/19/06 AGENDA AND ITEMS IDENTIFIED THEREON | 1.50 | $825.00 |
| 6/19/2006 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 3.70 | $2,035.00 |
| | | | Code Total | 6.90 | $3,795.00 |

Duane Morris
August 9, 2006
Page 11

File # K0248-00001                                                    INVOICE #  1194486
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/31/2006 | 025 | WS KATCHEN | REVIEW ORDER APPROVING STIPULATION - CITY OF EAST HAMPTON CLAIM. | 0.10 | $61.50 |
| 5/31/2006 | 025 | WS KATCHEN | REVIEW ORDER AND STIPULATION REGARDING S. CAROLINA CLAIMS. | 0.10 | $61.50 |
| 5/31/2006 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING DEBTOR TO ACQUIRE CERTAIN ASSETS. | 0.10 | $61.50 |
| 6/2/2006 | 025 | WS KATCHEN | CONFERENCE L. KRUGER REGARDING LIBBY PLAN ISSUES. | 0.50 | $307.50 |
| 6/2/2006 | 025 | WS KATCHEN | WORK ON PLAN ISSUES. | 1.60 | $984.00 |
| 6/2/2006 | 025 | WS KATCHEN | ATTEND COMMITTEE MEETING AT STROOCK - TRAVEL AT 1/2. | 3.50 | $2,152.50 |
| 6/5/2006 | 025 | MF HAHN | REVIEW COMMITTEE OBJECTION TO LLOYD'S SETTLEMENT; PROVIDE COPY OF SAME TO W. KATCHEN | 0.20 | $71.00 |
| 6/5/2006 | 025 | WS KATCHEN | REVIEW LIBBY AND ACC OBJECTIONS TO SETTLEMENT WITH LLOYDS AND MOTION TO DEFER CONSIDERATION/ RESEARCH J.M. S.D.N.Y. OPINION (340 BR 49). | 1.70 | $1,045.50 |
| 6/5/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE OPEN ISSUES. | 0.30 | $184.50 |
| 6/5/2006 | 025 | WS KATCHEN | REVIEW FUTURE REP. OBJECTIONS LLOYDS. | 0.30 | $184.50 |
| 6/5/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO ON WAUCONDA SITE. | 0.30 | $184.50 |
| 6/5/2006 | 025 | WS KATCHEN | PHONE A. KRIEGER. | 0.10 | $61.50 |
| 6/5/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO ON LLOYDS SETTLEMENT. | 0.30 | $184.50 |
| 6/5/2006 | 025 | WS KATCHEN | 2 PHONE L. KRUGER. | 0.20 | $123.00 |
| 6/6/2006 | 025 | WS KATCHEN | PHONE L. KRUGER. | 0.30 | $184.50 |
| 6/6/2006 | 025 | WS KATCHEN | REVIEW NJ DEP. ISSUES. | 0.80 | $492.00 |
| 6/6/2006 | 025 | WS KATCHEN | PREP CONFERENCE L. KRUGER. | 0.70 | $430.50 |
| 6/6/2006 | 025 | WS KATCHEN | E-MAILS L. KRUGER. | 0.20 | $123.00 |
| 6/6/2006 | 025 | WS KATCHEN | PREP. PHONE CALL. | 0.90 | $553.50 |
| 6/7/2006 | 025 | WS KATCHEN | PHONE K. PASQUALE - PLAN ISSUE. | 0.20 | $123.00 |
| 6/8/2006 | 025 | WS KATCHEN | E-MAIL SCHEDULING. | 0.10 | $61.50 |
| 6/14/2006 | 025 | WS KATCHEN | PHONE T. MAHER - LIBBY ISSUE. | 0.20 | $123.00 |
| 6/14/2006 | 025 | WS KATCHEN | PHONE K. PASQUALE. | 0.10 | $61.50 |
| 6/14/2006 | 025 | WS KATCHEN | PHONE L. KRUEGER. | 0.10 | $61.50 |
| 6/16/2006 | 025 | C CLARK | LEGAL RESEARCH REGARDING LIBBY PLAN ISSUE | 0.20 | $34.00 |
| 6/16/2006 | 025 | DI SMALL | CONFERENCE WITH COUNSEL, REVIEW PLEADINGS. | 0.70 | $308.00 |
| 6/16/2006 | 025 | MF HAHN | RESEARCH LIBBY PLAN ISSUES | 0.70 | $248.50 |
| 6/16/2006 | 025 | WS KATCHEN | ADDITIONAL WORK ON LIBBY PLAN PROJECT. | 2.80 | $1,722.00 |
| 6/16/2006 | 025 | WS KATCHEN | REVIEW FURTHER DOCUMENTS FOR CONFERENCE WITH STROOCK ON LIBBY PLAN ISSUE. | 1.10 | $676.50 |

Duane Morris
August 9, 2006
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1194486

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/16/2006 | 025 | WS KATCHEN | PHONE D. SMALL REGARDING COLLATERAL ISSUES. | 0.30 | $184.50 |
| 6/16/2006 | 025 | WS KATCHEN | PHONE A. KRIEGER SCHEDULING. | 0.10 | $61.50 |
| 6/20/2006 | 025 | WS KATCHEN | CONSIDERATION OF NAVIGANT ISSUE. | 0.20 | $123.00 |
| 6/20/2006 | 025 | WS KATCHEN | REVIEW ORDER - LIBBY. | 0.10 | $61.50 |
| 6/23/2006 | 025 | WS KATCHEN | CONFERENCE AT STROOCK. | 3.80 | $2,337.00 |
| 6/23/2006 | 025 | WS KATCHEN | REVIEW CAPSTONE CONFIDENTIAL MATERIALS ON TRANSACTION. | 0.30 | $184.50 |
| 6/23/2006 | 025 | WS KATCHEN | CONFERENCE MEMBER OF COMMITTEE CHAPTER 11 CASE STATUS. | 0.40 | $246.00 |
| 6/23/2006 | 025 | WS KATCHEN | PREP. STRATEGY | 0.80 | $492.00 |
| 6/26/2006 | 025 | WS KATCHEN | CONFERENCE CAPSTONE REGARDING CONFIDENTIAL PROJECT. | 0.60 | $369.00 |
| 6/26/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION SECTION 365 TO ASSUME - ASSIGN LEASE - HOUSTON. | 0.20 | $123.00 |
| 6/26/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION REGARDING 2006-2008 LONG TERM INCENTIVE PROGRAM. | 0.20 | $123.00 |
| 6/28/2006 | 025 | WS KATCHEN | REVIEW STROOCK SUPPLEMENTAL MEMO. | 0.60 | $369.00 |
| | | | Code Total | 26.00 | $15,544.50 |

Duane Morris
August 9, 2006
Page 13

File # K0248-00001                                    INVOICE #  1194486
    W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 49.20 | $25,877.00 |

Duane Morris
August 9, 2006
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1194486

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 6/30/2006 | DINNER – LOCAL | | 58.00 |
| 6/30/2006 | DINNER – LOCAL | | 159.25 |
| | | Total: | $217.25 |
| | | | |
| 6/30/2006 | TRAVEL – LOCAL | | 25.50 |
| | | Total: | $25.50 |
| | | | |
| 6/16/2006 | LEXIS LEGAL RESEARCH CLARK, CHRISTOPHER | | 3.50 |
| 6/16/2006 | LEXIS LEGAL RESEARCH CLARK, CHRISTOPHER | | 5.50 |
| | | Total: | $9.00 |
| | | | |
| 5/30/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791498216877) | | 27.82 |
| 5/30/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791498212518) | | 8.13 |
| 6/16/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791019926599) | | 6.76 |
| 6/16/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790960073930) | | 24.30 |
| | | Total: | $67.01 |
| | | | |
| 5/10/2006 | WSK/FARES@NJT NY PENN/MEETING | | 21.37 |
| 6/14/2006 | TAXI FARES CABFARE ON 06/05/06 | | 9.00 |
| | | Total: | $30.37 |
| | | | |
| 6/30/2006 | MESSENGER SERVICE | | 1,619.65 |
| | | Total: | $1,619.65 |
| | | | |
| | TOTAL DISBURSEMENTS | | $1,968.78 |