# EXHIBIT A

| | | |
|---|---|---|
| Request ID:       008370145 | Province of Ontario | Date Report Produced:   2006/08/09 |
| Transaction ID:  30045985 | Ministry of Consumer and Business Services | Time Report Produced:   16:29:53 |
| Category ID:      UN/E | Companies and Personal Property Security Branch | Page:                              1 |

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name | | Amalgamation Date |
|---|---|---|---|
| 1283668 | GRACE CANADA, INC. | | 1998/03/01 |

Jurisdiction

ONTARIO

| Corporation Type | Corporation Status | | Former Jurisdiction |
|---|---|---|---|
| ONTARIO BUSINESS CORP. | ACTIVE | | NOT APPLICABLE |

| Registered Office Address | | Date Amalgamated | Amalgamation Ind. |
|---|---|---|---|
| GRACE CANADA, INC.<br>294 CLEMENTS RD. WEST | | NOT APPLICABLE | A |
| | | New Amal. Number | Notice Date |
| AJAX<br>ONTARIO<br>CANADA   L1S 3C6 | | NOT APPLICABLE | NOT APPLICABLE |
| | | | Letter Date |
| Mailing Address | | | NOT APPLICABLE |
| | | Revival Date | Continuation Date |
| 1345 FEWSTER DRIVE | | NOT APPLICABLE | NOT APPLICABLE |
| | | Transferred Out Date | Cancel/Inactive Date |
| MISSISSAUGA<br>ONTARIO<br>CANADA   L5C 4P9 | | NOT APPLICABLE | NOT APPLICABLE |
| | | EP Licence Eff.Date | EP Licence Term.Date |
| | | NOT APPLICABLE | NOT APPLICABLE |

| | Number of Directors | | Date Commenced | Date Ceased |
|---|---|---|---|---|
| | Minimum | Maximum | in Ontario | in Ontario |
| | 00001 | 00011 | NOT APPLICABLE | NOT APPLICABLE |

Activity Classification

NOT AVAILABLE

Request ID:        008370145
Transaction ID:  30045985
Category ID:      UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced:   2006/08/09
Time Report Produced:   16:29:53
Page:                            2

# CORPORATION PROFILE REPORT

Ontario Corp Number

1283668

Corporation Name

GRACE CANADA, INC.

Corporate Name History

GRACE CANADA, INC.

Effective Date

1998/03/01

Current Business Name(s) Exist:          NO

Expired Business Name(s) Exist:          NO

Amalgamating Corporations

| Corporation Name | Corporate Number |
|---|---|
| 1282824 ONTARIO INC. | 1282824 |
| GRACE CANADA, INC. | 1268066 |

| Request ID: | 008370145 | Province of Ontario | Date Report Produced: | 2006/08/09 |
|---|---|---|---|---|
| Transaction ID: | 30045985 | Ministry of Consumer and Business Services | Time Report Produced: | 16:29:53 |
| Category ID: | UN/E | Companies and Personal Property Security Branch | Page: | 3 |

# CORPORATION PROFILE REPORT

Ontario Corp Number

1283668

Corporation Name

GRACE CANADA, INC.

Administrator:
Name (Individual / Corporation)

SUSAN
E
FARNSWORTH

Address

62 WHITTEMORE AVENUE

CAMBRIDGE
MASSACHUSETTS
UNITED STATES OF AMERICA   02140

Date Began

2003/04/23

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

VICE-PRESIDENT

Resident Canadian

Administrator:
Name (Individual / Corporation)

SUSAN
E
FARNSWORTH

Address

62 WHITTEMORE AVENUE

CAMBRIDGE
MASSACHUSETTS
UNITED STATES OF AMERICA   02140

Date Began

2003/05/19

First Director

NOT APPLICABLE

Designation

OFFICER

Officer Type

OTHER

Resident Canadian

| Request ID: | 008370145 | Province of Ontario | Date Report Produced: | 2006/08/09 |
| Transaction ID: | 30045985 | Ministry of Consumer and Business Services | Time Report Produced: | 16:29:53 |
| Category ID: | UN/E | Companies and Personal Property Security Branch | Page: | 4 |

# CORPORATION PROFILE REPORT

Ontario Corp Number

1283668

Corporation Name

GRACE CANADA, INC.

Administrator:
Name (Individual / Corporation)

O.
MARIO
FAVORITO

Address

62 WHITTEMORE AVENUE

CAMBRIDGE
MASSACHUSETTS
UNITED STATES OF AMERICA   02140

| Date Began | First Director | |
|---|---|---|
| 1998/03/01 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | SECRETARY | |

Administrator:
Name (Individual / Corporation)

DENIS

GENDRON

Address

294 CLEMENTS ROAD WEST

AJAX
ONTARIO
CANADA   L1S 3C6

| Date Began | First Director | |
|---|---|---|
| 2003/05/19 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| DIRECTOR | | Y |

| | | |
|---|---|---|
| Request ID: 008370145 | Province of Ontario | Date Report Produced: 2006/08/09 |
| Transaction ID: 30045985 | Ministry of Consumer and Business Services | Time Report Produced: 16:29:53 |
| Category ID: UN/E | Companies and Personal Property Security Branch | Page: 5 |

# CORPORATION PROFILE REPORT

Ontario Corp Number

1283668

Corporation Name

GRACE CANADA, INC.

Administrator:
Name (Individual / Corporation)

SALIM

HASHAM

Address

294 CLEMENTS ROAD WEST

AJAX
ONTARIO
CANADA   L1S 3C6

| Date Began | First Director | |
|---|---|---|
| 2003/05/19 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| DIRECTOR | | Y |

Administrator:
Name (Individual / Corporation)

SALIM

HASHAM

Address

294 CLEMENTS ROAD WEST

AJAX
ONTARIO
CANADA   L1S 3C6

| Date Began | First Director | |
|---|---|---|
| 2003/05/19 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | VICE-PRESIDENT | Y |

| | | |
|---|---|---|
| Request ID: 008370145 | Province of Ontario | Date Report Produced: 2006/08/09 |
| Transaction ID: 30045985 | Ministry of Consumer and Business Services | Time Report Produced: 16:29:53 |
| Category ID: UN/E | Companies and Personal Property Security Branch | Page: 6 |

# CORPORATION PROFILE REPORT

Ontario Corp Number

1283668

Corporation Name

GRACE CANADA, INC.

Administrator:
Name (Individual / Corporation)

PIERRE

LEBOURDAIS

Address

294 CLEMENTS ROAD WEST

AJAX
ONTARIO
CANADA   L1S 3C6

| Date Began | First Director | |
|---|---|---|
| 1998/03/01 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| DIRECTOR | | Y |

Administrator:
Name (Individual / Corporation)

PIERRE

LEBOURDAIS

Address

294 CLEMENTS ROAD WEST

AJAX
ONTARIO
CANADA   L1S 3C6

| Date Began | First Director | |
|---|---|---|
| 1998/03/01 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | TREASURER | Y |

Request ID: 008370145
Transaction ID: 30045985
Category ID: UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced: 2006/08/09
Time Report Produced: 16:29:53
Page: 7

# CORPORATION PROFILE REPORT

Ontario Corp Number

1283668

Corporation Name

GRACE CANADA, INC.

Administrator:
Name (Individual / Corporation)

ROBERT

SORRENTINO

Address

62 WHITTEMORE AVENUE

CAMBRIDGE
MASSACHUSETTS
UNITED STATES OF AMERICA   02140

| Date Began | First Director | |
|---|---|---|
| 1998/03/01 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| DIRECTOR | | N |

Administrator:
Name (Individual / Corporation)

ROBERT

SORRENTINO

Address

62 WHITTEMORE AVENUE

CAMBRIDGE
MASSACHUSETTS
UNITED STATES OF AMERICA   02140

| Date Began | First Director | |
|---|---|---|
| 2003/05/19 | NOT APPLICABLE | |
| Designation | Officer Type | Resident Canadian |
| OFFICER | PRESIDENT | N |

Request ID:        008370145
Transaction ID:   30045985
Category ID:       UN/E

Province of Ontario
Ministry of Consumer and Business Services
Companies and Personal Property Security Branch

Date Report Produced:   2006/08/09
Time Report Produced:   16:29:53
Page:                              8

# CORPORATION PROFILE REPORT

Ontario Corp Number

1283668

Corporation Name

GRACE CANADA, INC.

Last Document Recorded

| Act/Code | Description | Form | Date |
|----------|-------------|------|------|
| CIA | CHANGE NOTICE | 1 | 2003/08/12 (ELECTRONIC FILING) |

THIS REPORT SETS OUT THE MOST RECENT INFORMATION FILED BY THE CORPORATION ON OR AFTER JUNE 27, 1992, AND RECORDED IN THE ONTARIO BUSINESS INFORMATION SYSTEM AS AT THE DATE AND TIME OF PRINTING. ALL PERSONS WHO ARE RECORDED AS CURRENT DIRECTORS OR OFFICERS ARE INCLUDED IN THE LIST OF ADMINISTRATORS.

PLEASE NOTE THAT WHEN THE SAME INDIVIDUAL HOLDS MULTIPLE 'OTHER UNTITLED' OFFICER POSITIONS, AS INDICATED ON A FORM 1 UNDER THE *CORPORATIONS INFORMATION ACT*, ONLY ONE OF THESE 'OTHER UNTITLED' POSITIONS HELD BY THAT INDIVIDUAL WILL BE REFLECTED ON THIS REPORT. FOR COMPLETE INFORMATION, CONTACT COMPANIES AND PERSONAL PROPERTY SECURITY BRANCH.

ADDITIONAL HISTORICAL INFORMATION MAY EXIST ON THE COMPANIES AND PERSONAL PROPERTY SECURITY BRANCH MICROFICHE.

The issuance of this report in electronic form is authorized by the Director of Companies and Personal Property Security Branch