IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 6301, 6371, 6654, 6852, 6853, 12819, and 12921 |
| | ) | Hrg date: August 21, 2006 @ 2:00 PM |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR OBJECTION TO DAVID SLAUGHTER'S CLAIM**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for authority to file a reply (the "Reply") in support of their Objection to David Slaughter's Claim, and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Debtors to file the Reply with the Court.

Dated: Wilmington, Delaware
_____, 2006

_____
The Honorable Judith K. Fitzgerald