# EXHIBIT B
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 8, 2006

Bill Number 95834
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through June 30, 2006

FEDERAL EXPRESS

| | | |
|---|---|---|
| 06/28/06 | To 1050 Connecticut Ave., Nancy Heermen from Casner and Edwards on 06/09/06 by MTM. | 37.26 |
| | | $37.26 |

PHOTOCOPYING

| | | |
|---|---|---|
| 06/02/06 | 5 copies at .12 per copy | 0.60 |
| 06/02/06 | 4 copies at .12 per copy | 0.48 |
| 06/09/06 | 172 copies at .12 per copy | 20.64 |
| 06/27/06 | 46 copies at .12 per copy | 5.52 |
| 06/28/06 | 1 copies at .12 per copy | 0.12 |
| 06/28/06 | 20 copies at .12 per copy | 2.40 |
| 06/29/06 | 3 copies at .12 per copy | 0.36 |
| | | $30.12 |

TELEPHONE

| | | | |
|---|---|---|---|
| 06/02/06 | 329 | 5619011486 | 1.32 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through June 30, 2006

TELEPHONE

| 06/26/06 | 329 | 9018202023 | 1.10 | |
| --- | --- | --- | --- | --- |
| | | | | $2.42 |

RENT REIMBURSEMENT

| 06/06/06 | Rent and utilities for document repository at One Winthrop Square-June 2006. | 11,457.66 | |
| --- | --- | --- | --- |
| | | | $11,457.66 |

MISCELLANEOUS

| 06/07/06 | RECORDKEEPER ARCHIVE-Storage from 5/01/06 to 5/31/06 | 402.30 | |
| --- | --- | --- | --- |
| | | | $402.30 |

| | TOTAL DISBURSEMENTS | $11,929.76 |
| --- | --- | --- |
| | TOTAL THIS BILL | $11,929.76 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 8, 2006

Bill Number  95835
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through June 30, 2006

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 06/06/06 | To 919 North Market St., Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 5/16/06 by RAM. | 22.04 | |
| 06/20/06 | To 919 North Market St., Pachulski Stang Ziehl Young-Patricia Cuniff from Casner and Edwards on 06/05/06 by RAM. | 14.38 | |
| | | | $36.42 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 06/05/06 | 93 copies at .12 per copy | 11.16 | |
| | | | $11.16 |
| | TOTAL DISBURSEMENTS | | $47.58 |

Mark A. Shelnitz

| | |
|---|---|
| TOTAL THIS BILL | $47.58 |