# Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

### BRAYTON PURCELL'S
### SUPPLEMENT TO THE JOINT RESPONSE OF VARIOUS LAW FIRMS REPRESENTING ASBESTOS PERSONAL INJURY CLAIMANTS IN OPPOSITION TO DEBTOR'S MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Brayton Purcell, by and through its undersigned attorneys, hereby files the following as a supplement ("Supplement") to the Joint Response of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (the "Response" and the "Motion to Compel", respectively) and would respectfully show the Court as follows:

In addition to the matters raised in the Response, which is incorporated herein in its entirety, Brayton Purcell submits the attached Declaration of Ryan Poole (the "Declaration") in support of the Response.  As established in the Declaration, Brayton Purcell would respectfully show the Court the following:

1.      Brayton Purcell completed and returned 543 questionnaires to Debtors. The questionnaire was extremely complicated and difficult to answer. The following is a summary of the time that Brayton Purcell expended in answering the questionnaires that it returned to Debtors:

a.      One person worked approximately 8 hours a day for 2 weeks to sort through the questionnaires, match them to Brayton Purcell's clients and determine who needed to respond. (80 man hours).

b.      One person worked approximately 8 hours a day for 2 weeks to create an Access database and format the output to match the questionnaire. (80 man hours).

c.      It took one person approximately 8 hours a day for 2 days to re-program Brayton Purcell's output of product identification and work site history. (16 man hours).

d.      Twelve (12) persons worked approximately an average of 1.5 hours per claim (543) to pull and verify documents and data. (814.5 man hours).

e.      Twelve (12) persons averaged approximately 0.5 hour per claim (543) to consolidate supporting documents into one file. (271.5 man hours).

f.      Twelve (12) persons averaging approximately 0.25 hour per claim (543) worked to consolidate supporting documents and questionnaires into one file. (135.75 man hours).

g.      Three (3) persons averaging approximately 0.50 hour per claim (100) were necessary to obtain powers of attorney (POA) that allowed Brayton

Purcell to sign the questionnaire on the client's behalf; this included calling the client, mailing the POA, and getting the POA back.

    h.    One person took 2 hours to create master files and burn them to CD-ROM (2 man hours).

    i.    **The approximate total man hours expended on the project by Brayton Purcell so far is  1,449.75.**

    2.    Additionally, this project was strung out over most of a year's time.  So, Brayton Purcell would often have to stop working on other time sensitive projects in order to accommodate the constantly changing deadline of the questionnaire submission.  The time lost in this regard cannot be calculated, nonetheless, it was substantial.

    3.    Brayton Purcell responded to some of the questions by providing attachments.  If Brayton Purcell were not allowed to do so, the huge burden already imposed on it would have been multiplied many fold.  Generally the attachments contain information that could not fit in the small space provided on the questionnaire, or otherwise contained information that does not lend itself to narrative response.  Even if there were enough room on the questionnaire, it would be a totally unnecessary burden on Brayton Purcell to be required to repeat and re-write verbatim the information from the attachment into the questionnaire.

    4.    Mr. Poole estimates that it will take one person 6-8 hours per questionnaire to provide fully narrative answers in lieu of using attachments.  As

Brayton Purcell completed 543 questionnaires, it would require 3,258 to 4,344 additional man hours to complete the questionnaires.

WHEREFORE, for the foregoing reasons set forth in this Supplement, as well as the reasons set forth in the Response, Brayton Purcell prays that the Motion to Compel be denied, and for such other and further relief requested in the Response and to which Brayton Purcell is entitled.

Dated: August 14, 2006

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**COUNSEL FOR BRAYTON PURCELL**

/s/ Daniel K. Hogan
Daniel K. Hogan (ID no. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dan@dkhogan.com

**LOCAL COUNSEL FOR
BRAYTON PURCELL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |

### DECLARATION OF RYAN POOLE

1. I declare under penalty of perjury that the following is true and correct. I have personal knowledge of the matters stated herein.
2. My name is Ryan Poole. I am the supervisor of the bankruptcy claims department at the law firm of Brayton Purcell. Brayton Purcell represents certain individuals with claims against W.R. Grace, et al. ("Debtors") for personal injuries caused by exposure to asbestos-containing products.
3. Brayton Purcell completed and returned 543 questionnaires to Debtors. The questionnaire was extremely complicated and difficult to answer. The following is a summary of the time that this firm expended in answering the questionnaires that we returned to Debtors:
   - One person worked approximately 8 hours a day for 2 weeks to sort through the questionnaires, match them to our clients and determine who needed to respond. (80 man hours).
   - One person worked approximately 8 hours a day for 2 weeks to create an Access database and format the output to match the questionnaire. (80 man hours).
   - It took one person approximately 8 hours a day for 2 days to re-program our output of product identification and work site history. (16 man hours).
   - Twelve (12) persons worked approximately an average of 1.5 hours per claim (543) to pull and verify documents and data. (814.5 man hours).
   - Twelve (12) persons averaged approximately 0.5 hour per claim (543) to consolidate supporting documents into one file. (271.5 man hours).

- Twelve (12) persons averaging approximately 0.25 hour per claim (543) worked to consolidate supporting documents and questionnaires into one file. (135.75 man hours).
- Three (3) persons averaging approximately 0.50 hour per claim (100) were necessary to obtain powers of attorney (POA) that allowed our firm to sign the questionnaire on the client's behalf; this included calling the client, mailing the POA, and getting the POA back.
- One person took 2 hours to create master files and burn them to CD-ROM. (2 man hours).
- **The approximate total man hours expended on the project so far is 1,449.75.**

4. Additionally, this project was strung out over most of a year's time. So, we would often have to stop working on other time sensitive projects in order to accommodate the constantly changing deadline of the questionnaire submission. The time lost in this regard cannot be calculated, nonetheless, it was substantial.

5. We responded to some of the questions by providing attachments. If we were not allowed to do so, the huge burden already imposed on us would have been multiplied many fold. Generally the attachments contain information that could not fit in the small space provided on the questionnaire, or otherwise contained information that does not lend itself to narrative response. Even if there were enough room on the questionnaire, it would be a totally unnecessary burden on us to be required to repeat and re-write verbatim the information from the attachment into the questionnaire.

6. We estimate that it will take one person 6-8 hours per questionnaire to provide fully narrative answers in lieu of using attachments. As we have 543 questionnaires, it would require 3,258 to 4,344 additional man hours to complete the questionnaires.

Executed at Novato (city), CA (state), on August 10, 2006.

_J. R. R._
Ryan Poole