# Exhibit 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**FOSTER & SEAR, L.L.P.'S
SUPPLEMENT TO THE JOINT RESPONSE OF VARIOUS LAW FIRMS
REPRESENTING ASBESTOS PERSONAL INJURY CLAIMANTS IN OPPOSITION TO DEBTOR'S
MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO THE
<u>W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE</u>**

Foster & Sear, L.L.P. ("Foster & Sear"), by and through its undersigned attorneys, hereby files the following as a supplement ("Supplement") to the Joint Response of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (the "Response" and the "Motion to Compel", respectively) and would respectfully show the Court as follows:

In addition to the matters raised in the Response, which is incorporated herein in its entirety, Foster & Sear submits the attached Declaration of Scott Wert (the "Declaration") in support of the Response. As established in the Declaration, Foster & Sear would respectfully show the Court the following:

1. Foster & Sear had a crew of 7 people working on the questionnaires full time, gathering documents, making copies, and getting them ready to be mailed to clients. This was very time consuming and made worse by the fact that the questionnaires had to be completed by hand because only a PDF document was offered online. There was a Word document provided, but it was difficult to work with because Foster & Sear was instructed not to change the format (which would happen automatically if anything were entered).

2. Questionnaires began to come back to Foster & Sear's office from the clients in about a week to 10 days after they were mailed. At that point, each individual questionnaire was logged into a database as returned. Foster & Sear reviewed each individual questionnaire to make sure that the client completed, signed, and dated the questionnaire. Further, firm staff checked that all appropriate documents were attached. The completed questionnaires were then copied and scanned into the database.

3. Foster & Sear responded to some of the questions by providing attachments. If the firm were forced to respond otherwise, especially with regard to Page 11 of the Questionnaire, "Part V: Exposure to Non GraceAsbestos Containing Products", it could not have completed the questionnaires. To answer in any other way would have more than tripled the amount of time necessary to complete the questionnaire.

4. In all, it took seven (7) Foster & Sear employees working full-time for six (6) months and part-time for another four (4) months to complete the

questionnaires in their present form. The costs they incurred to respond to the questionnaires in staff salaries and wages alone was over $160,500.

5. For six months these 7 people were only working on these questionnaires. For another 4 months, half of their time was devoted to these questionnaires. In all, that equals approximately 8,960 hours of time taken away from working on income producing projects.

6. Foster & Sear also incurred a tremendous amount of expense in paper and postage. Copy costs alone are in excess of $2,646.00. At a postage rate of approximately $4.00 per Questionnaire (mail out and return), postage costs totaled approximately $3,528.00.

7. The questionnaires were completed despite the fact that Grace has already been provided the answers to most of the questions and documents in discovery responses for most of Foster & Sear's clients.

WHEREFORE, for the foregoing reasons set forth in this Supplement, as well as the reasons set forth in the Response, Foster & Sear prays that the Motion to Compel be denied, and for such other and further relief requested in the Response and to which Foster & Sear is entitled.

Dated: August 14, 2006    Sander L. Esserman
              Van J. Hooker
              David A. Klingler
              David J. Parsons
              **STUTZMAN, BROMBERG,**
              **ESSERMAN & PLIFKA,**
              **A Professional Corporation**
              2323 Bryan Street, Suite 2200
              Dallas, Texas 75201
              Telephone: (214) 969-4900
              Facsimile: (214) 969-4999

              **COUNSEL FOR FOSTER & SEAR, L.L.P.**


              /s/ Daniel K. Hogan
              Daniel K. Hogan (ID no. 2814)
              **THE HOGAN FIRM**
              1311 Delaware Avenue
              Wilmington, Delaware 19806
              Telephone: (302) 656-7540
              Facsimile: (302) 656-7599
              E-mail: dan@dkhogan.com

              **LOCAL COUNSEL FOR**
              **FOSTER & SEAR, L.L.P.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) ) ) | Case No. 01-01139 (JKF) Jointly Administered |
| Debtors. | ) ) ) |  |

## DECLARATION OF SCOTT WERT

1. I declare under penalty of perjury that the following is true and correct. I have personal knowledge of the matters stated herein.

2. My name is Scott Wert. I am an attorney practicing law in the state of Texas with the law firm of Foster & Sear. Foster & Sear represents certain individuals with claims against W.R. Grace, et al. ("Debtors") for personal injuries caused by exposure to asbestos-containing products. I am familiar with the time and expense required to respond to discovery in asbestos litigation cases.

3. My firm was provided with approximately 4,458 questionnaires. The great majority of our clients had previously settled their cases against Debtors and had submitted qualifying materials to Debtors prior to bankruptcy. We reviewed our client files and determined that 882 of our clients did not have settlement agreements and would thus be required to return the questionnaires. We returned responses for 583 persons, as the remainder did not return the questionnaire to our office.

4. We had a crew of 7 people working on this full time, gathering documents, making copies, and getting them ready to be mailed to clients. This was very time consuming and made worse by the fact that the questionnaires had to be completed by hand because only a PDF document was offered online. There was a Word document provided, but it was difficult to work with because we were instructed not to change the format (which would happen automatically if anything were entered).

5. Questionnaires began to come back to our office from the clients in about a week to 10 days after they were mailed from our office. At that point, each individual questionnaire was logged into our database as returned. We reviewed each individual questionnaire to make sure that the client completed, signed, and dated the questionnaire. Further, we checked that all appropriate documents

were attached. The completed questionnaires were then copied and scanned into our database.

6. We responded to some of the questions by providing attachments. If we were forced to respond otherwise, especially with regard to Page 11 of the Questionnaire, "Part V: Exposure to Non GraceAsbestos Containing Products", we could not have completed the project. To answer in any other way would have more than tripled the amount of time necessary to complete the questionnaire

7. In all, it took seven (7) employees working full-time for six (6) months and part-time for another four (4) months to complete the questionnaires in their present form. The costs we incurred to respond to the questionnaires in staff salaries and wages alone was over $160,500.

8. For six months these 7 people were only working on these questionnaires. For another 4 months, half of their time was devoted to these questionnaires. In all, that equals approximately 8,960 hours of work. That is 8,960 hours of time taken away from working on income producing projects.

9. Foster & Sear also incurred a tremendous amount of expense in paper and postage. Copy costs alone are in excess of $2,646.00. At a postage rate of approximately $4.00 per Questionnaire (mail out and return), postage costs totaled approximately $3,528.00.

10. These questionnaires were completed despite the fact that Grace has already been provided the answers to most of the questions and documents in discovery responses for most of our clients

11. In the normal course of litigation, we would not usually be required to respond to such detailed discovery for so many clients all at once. To be required to do so here is an unreasonable burden which we undertook to the best of our ability.

Executed at _Arlington_ (city), Texas, on August _11_, 2006.

_Scott Wert_ (signature)
Scott Wert