IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Objection Deadline: September 5, 2006 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: To Be Determined, Only If Timely Objections Are Filed**

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| 06/01/2006 | GHL | Further review of prosecution histories of third-party patents relating to cement plasticizers on issue of possible need for terminal disclaimer in second application; telephone conference with Mr. Maggio regarding same. | 0.80 |
|---|---|---|---|

SERVICES                              $    404.00

| | GHL | GARY H. LEVIN | 0.80 | hours @ | $505.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                    $    **404.00**

## WRG-0077
## STUDY OF THIRD PARTY PATENT RELATING TO CEMENT COMPOSITIONS OF FAST DEVELOPING STRENGTH

| 06/08/2006 | RBL | Review, draft and edit opinion regarding validity of third-party patent relating to cement composition, | 5.00 |
|---|---|---|---|
| 06/09/2006 | GHL | Work on written opinion of invalidity. | 1.50 |
| 06/09/2006 | RBL | Review, draft and edit opinion regarding validity of third-party patent relating to cement composition. | 3.00 |

SERVICES                 $    3,757.50

| | GHL | GARY H. LEVIN | 1.50 | hours @ | $505.00 |
|---|---|---|---|---|---|
| | RBL | RICHARD B. LEBLANC | 8.00 | hours @ | $375.00 |

**DISBURSEMENTS:**

| COMPUTER SEARCH | 28.10 |
|---|---|

DISBURSEMENT TOTAL            $        28.10

SERVICE TOTAL                $    3,757.50

**INVOICE TOTAL**            **$    3,785.60**

**WRG-0078**
## EVALUTION OF THIRD-PARTY PATENT RELATING TO CATALYTIC CRACKING FOR INCREASED GASOLINE OCTANE

| 06/12/2006 | GHL | Further review of third-party patent related to catalyst additives and of prior art as received from Mr. Cross and Mr. Roberie, and consideration of potential relevance to Grace 's proposed additive sales, and preparation for scheduled telephone conference with Grace representatives regarding same; | 1.50 |
|---|---|---|---|
| 06/13/2006 | GHL | Further review of patent and related prior art; legal research directed to issues of indirect infringement and inherent anticipation; and telephone conference with representatives of Grace Davison to provide advice on issues of possible relevance of third-party patent directed to catalyst additive use to proposed Grace activities; | 3.00 |
| 06/14/2006 | GHL | Further analysis of issues of possible relevance of third-party patent directed to particular use of catalyst additive to proposed Grace activities, and begin draft of opinion letter; | 6.00 |
| 06/16/2006 | GHL | Further drafting of preliminary summary opinion and outline of additional matters to be addressed in formal opinion. | 4.00 |
| 06/19/2006 | GHL | Further work on preliminary opinion letter, and commence work on detailed formal opinion; | 1.00 |
| 06/20/2006 | GHL | Further work on preliminary opinion and development of outline of issues to be addressed in formal opinion; telephone conference with Mr. Cross regarding same; dispatch of draft opinion to Mr. Cross. For fact check. | 0.60 |

SERVICES                    $    8,130.50

| | GHL | GARY H. LEVIN | 16.10 | hours @ | $505.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                    $    **8,130.50**

**WRG-0079**
## DUE DILIGENCE ANALYSIS RELATED TO PROPOSED PURCHASE OF ASSETS RELATING TO PRECIPITATED INORGANICS

| | | | |
|---|---|---|---|
| 06/01/2006 | GHL | Telephone conference with Grace technical expert, Dr. Herrig regarding technical issues arising from study of third-party patents; further telephone conference with Mr. Maggio and Mr. Bunch regarding status of the evaluation and further information required; review of additional product specs and financial information received from prospective business partner; | 1.80 |
| 06/01/2006 | HDP | Continued review of materials from Seller to prepare for telephone conference with Horst Herrig; telephone conference with Horst Herrig as to technical issues in conjunction with Mr. Levin; Bob Maggio and Bill Bunch; multiple further telephone conferences with Bob Maggio and Bill Bunch as to strategy and searching issues; meeting with Mr. Timmins to discuss patent search and related issues; beginning detailed review and analysis of Seller financials to cross-reference with products analyzed by Seller to third-party patents. | 3.80 |
| 06/01/2006 | SCT | Analyzing and reviewing third-party patents to organize for detailed relevance review. | 0.40 |
| 06/02/2006 | GHL | Meeting with Woodcock counsel to review scope of project and begin to correlate products of potential business partner with possibly relevant third-party patents; review of information as received from Mr. Herrig regarding classification of silica products; telephone conference with Mr. Bunch regarding scope of previous freedom-to-operate searches and development of search parameters for complementary search; review of background reference as received from Mr. Bunch relating to particular species of products and issues, and consideration of use of same to refine patent search parameters; | 3.00 |
| 06/02/2006 | HDP | | 3.90 |
| 06/05/2006 | GHL | Further review of third-party patents of possible relevance to proposed business; development of questions for scheduled telephone conference with technical representative of potential business partner relating to products at issue and their method of manufacture; | 1.30 |
| 06/05/2006 | HDP | Detailed review and analysis of technical article received from Bill Bunch as to highly dispersible silicas; detailed review and analysis of long list of patents from Bill Bunch and determining which ones might need further analysis by examining claims thereof; various patent searching | 3.70 |

| | | related thereto to uncover additional related patents. | |
|---|---|---|---|
| 06/06/2006 | GHL | Further work on evaluation, including meeting with evaluation team to prepare outline of topics for scheduled discussions with representatives of potential business partner, review of product and sales data as received from that party, and extensive telephone conference with legal and technical representatives of potential business partner to receive information necessary for the evaluation; telephone conference with Mr. Bunch to provide summary of the status of the evaluation; preparation of modified product-blind chart of general sales summary information for discussion with Grace to refine scope of evaluation; | 4.50 |
| 06/06/2006 | HDP | Extensive consideration of materials to formulate list of specific questions to ask of Seller counsel and technical person; extended meeting with Mr. Levin and Mr. Timmins to discuss strategy, action items, and specifics of patent search; extended telephone conference with Seller counsel and technical person in conjunction with Mr. Levin and Mr. Timmins to discuss a variety of issues; telephone conference with Bob Maggio thereafter to discuss ongoing strategy; telephone conference with Bill Bunch to discuss specifics of patent searching; beginning work on analysis of Seller financial information and preparation of various Excel spreadsheets related thereto. | 6.90 |
| 06/06/2006 | SCT | Due diligence project; teleconference with Seller's counsel regarding additional Seller product information; reviewing and analyzing third-party U.S. patents of possible relevance. | 2.60 |
| 06/07/2006 | GHL | Further review of third-party patent and financial information relating to ales possibly affected by patents; and telephone conference with Mr. Maggio and Mr. Young regarding same and project status; | 0.80 |
| 06/07/2006 | HDP | Continued detailed work on analysis of Seller financial information and preparation of various Excel spreadsheets related thereto for sending to client; meetings with Mr. Levin to discuss format; review of agreement with Seller to determine what can be shared with client; drafting and sending detailed cover email for sending spreadsheets to client; discussions with Mr. Timmins about specifics of patent searching; exchange of multiple emails with client related thereto and as to financial information; telephone conference with Seller counsel concerning request for additional financial information; detailed review and analysis of product brochure sent by Seller. | 3.70 |
| 06/07/2006 | SCT | Analyzing and reviewing third-party patents; preparing memo regarding the same. | 1.00 |

| 06/08/2006 | GHL | Consideration with client of scope of freedom-to-operate search, development of search parameters inclusive of end-use applications of the subject product; | 1.00 |
|---|---|---|---|
| 06/08/2006 | HDP | Multiple email communications with client as to various aspects of searching and other information to be obtained from Seller and consideration of comments therein; extended telephone conference with Bill Bunch thereon; multiple discussions with Mr. Levin thereon; drafting and sending additional email request to Seller counsel; beginning detailed review and analysis of file histories of the four specific third-party patents of particular interest. | 3.80 |
| 06/08/2006 | SCT | Due diligence project including analyzing and reviewing third-party patents; preparing memo regarding the same; communicating with Mr. Bunch and Mr. Maggio regarding same; | 5.10 |
| 06/09/2006 | GHL | Work on analysis of four third-party patents of interest and consideration of freedom-to-operate issues related to products of potential business partner in view of the patents; development of search strategy to identify additional third-party patents of interest, preparation of memorandum regarding same and communication of same to Messrs. Maggio and Bunch; | 1.80 |
| 06/09/2006 | HDP | Continued work on analyzing potential search parameters; extended meeting with Mr. Levin and .Mr. Timmins thereon and as to other related issues; review of new article sent by Bill Bunch relating to product uses; communications with Seller counsel as to information needed; beginning detailed work on analyzing third-party patents of particular interest as they relate to specific products. | 3.40 |
| 06/09/2006 | SCT | Due diligence project including analyzing and reviewing third-party patents; further work on memo regarding same. | 4.20 |
| 06/11/2006 | HDP | Analysis of '570 patent and beginning preparation both of a spreadsheet comparing products to specific claim elements and a chart detailing which claims have which elements. | 2.80 |
| 06/12/2006 | GHL | Further work on patent searches and evaluation of third-party patents potentially relevant to proposed product line; | 1.20 |

| 06/12/2006 | HDP | Extended meeting with Mr. Levin to discuss current state of analysis of four patents noticed by third-party versus the Seller patents; continued extensive analysis of the Seller financial data, the Seller technical data, and the noticed patents and their file histories; continued detailed work on preparation of spreadsheet relating thereto; review of various emails to and from client as to proper patent search parameters; exchange of emails with Seller counsel with respect to information needed. | 7.80 |
| --- | --- | --- | --- |
| 06/13/2006 | DOC | Review patents from due diligence search for possible relevance to proposed products and uses. | 6.00 |
| 06/13/2006 | GHL | Continued review of patents and further information on sales data as received from potential business partner; formulation of claim charts on analysis of possible relevance of the patents identified to date to silica products in question; preparation of memorandum to client regarding relative sales and dates-of-commercialization of certain categories of products for use in assessment of risk of continued sales; | 2.70 |
| 06/13/2006 | HDP | Continued extensive analysis of the Seller financial data, the Seller technical data, and the four noticed patents and their file histories including detailed review and analysis of newly-received data on dates of first commercialization, test methods and more on products possibly affected by patents; continued detailed work on preparation of a variety of spreadsheets relating thereto and analyzing material thereon; extended meeting with Mr. Levin to discuss status and report results; extended telephone conference with Bob Maggio and Bill Bunch in conjunction with Mr. Levin thereon. | 6.90 |
| 06/13/2006 | SCT | Due diligence project including analyzing and reviewing third-party patents; preparing memo regarding same. | 1.60 |
| 06/13/2006 | TAF | Review patents from due diligence search for possible relevance to proposed products and uses. | 4.00 |
| 06/13/2006 | TF | Review patents from due diligence searches for possible relevance to proposed products. | 6.00 |
| 06/14/2006 | DOC | Further review of patents from due diligence searches for possible relevance to proposed products. | 5.00 |
| 06/14/2006 | DOC | Researched laches defense and tacking of patentee's delays. | 1.60 |
| 06/14/2006 | GHL | Further analysis of freedom-to-operate issues; collation of sales and product data. | 0/80 |
| 06/14/2006 | HDP | Global review of communications with Seller counsel and of Seller financial and technical data to prepare and send lengthy communication to Seller counsel seeking various pieces of information; preparing and sending redacted | 5.20 |

| | | version thereof to client with cover email; further analysis of Seller technical data versus particular third-party patents; continued detailed work on variety of spreadsheets relating thereto and analyzing material thereon; discussions with Mr. Levin as to various related issues. | |
|---|---|---|---|
| 06/14/2006 | TAF | Further review of patens from due diligence searches for possible relevance to proposed products. | 2.00 |
| 06/14/2006 | TF | Further review of patents from due diligence searches for possible relevance to proposed products. | 2.00 |
| 06/15/2006 | GHL | Continued analysis of freedom-to-operate issues; review of communication from counsel for prospective business partner regarding further information for analysis and scheduled for same, and formulation of response to same. | 1.50 |
| 06/15/2006 | HDP | Detailed consideration of lengthy response from Seller counsel as to various outstanding questions; extended discussions with Mr. Levin thereon; further analysis of four noticed third-party patents. | 2.60 |
| 06/15/2006 | SCT | Due diligence project including analyzing and reviewing third-party patents; preparing memo regarding major assignment holders of 800 patents identified. | 2.20 |
| 06/16/2006 | GHL | Continued analysis of freedom-to-operate issues; review of further product and commercial information  received from counsel for prospective business partner, development of charts and protocol for presentation of summary of preliminary findings on initial group of third-party patents of relevance, and telephone conference with Mr. Maggio regarding same; | 2.00 |
| 06/16/2006 | HDP | Continuing work on analysis of Seller data and technical information; extended meeting with Mr. Levin to discuss format to analyze and present information to client; extended telephone conference with client thereon in conjunction with Mr. Levin; drafting and sending email to Seller counsel seeking additional information. | 5.90 |
| 06/17/2006 | HDP | In-depth analysis of specific manner in which to collate information and present it to client as to primary third-party patents of interest; drafting and sending lengthy email thereon to Mr. Levin and Mr. Timmins; continuing creation and modification of various Excel spreadsheets of relevant information. | 3.50 |
| 06/19/2006 | GHL | Review of further info received from Seller relating to silica products; meeting with diligence team to develop protocol for delivery to Grace of preliminary assessment of freedom-to-operate issues raised by four patents of particular third-party; telephone conference with Mr. Maggio and Mr. Bunch regarding same; and continued | 2.50 |

| | | evaluation of various products based on further information related to manufacturing and testing of the products as received from the potential business partner; | |
|---|---|---|---|
| 06/19/2006 | HDP | Continued in-depth analysis of financial and technical data; extended meeting with Mr. Levin and Mr. Timmins to discuss form of first report to client and strategy for moving forward; reading and sending multiple emails both to client and to Seller regarding both logistical matters and technical substance; research as to proper testing procedures; beginning analysis of extensive new financial information received from Seller; drafting lengthy email to Grace technical expert dr. Herrig as to technical issues; continuing creation of various spreadsheets for analysis and presentation to client. | 10.60 |
| 06/19/2006 | SCT | Analyzing and reviewing patents concerning proposed products; preparing memo regarding same and meeting regarding the same. | 2.40 |
| 06/20/2006 | GHL | Analysis of further financial information from potential business partner; review of technical specifications as received for analysis of infringement issues; work on format of chart for presentation of risk-analysis issues to Grace; | 3.00 |
| 06/20/2006 | HDP | Continued in-depth analysis of financial and technical data; hour-long telephone conference with Seller counsel and technical expert to discuss various technical and financial issues; extended meeting with Mr. Levin and Mr. Timmins to discuss form of first report to client and strategy for moving forward; reading and sending multiple emails both to client and to Seller regarding both logistical matters and technical substance; beginning analysis of extensive new technical information received from Seller; review of email from Horst Herrig as to technical issues; continuing creation of various spreadsheets for analysis and presentation to client; beginning drafting of initial report. | 8.40 |
| 06/20/2006 | SCT | Preparing communication to Seller counsel with extensive requests for technical information on concerning Seller's products and manufacturing processes; analyzing and reviewing third-party patents concerning proposed products; preparing memo regarding same. | 3.60 |
| 06/21/2006 | GHL | Further work on risk analysis for presentation to Grace arising from proposed arrangement with potential business partner regarding silica manufacture and sale; review of additional information received from counsel for potential partner relating to sales information and technical and manufacturing specifications for additional | 3.50 |

| | | products at issue; | |
|---|---|---|---|
| 06/21/2006 | HDP | Continued analysis, creation of Excel spreadsheets, and data manipulation concerning potentially at risk products and product sales in relation to third-party patents of particular interest; multiple extended meetings with Mr. Levin and/or Mr. Timmins to discuss format of report and substantive details; multiple communications with Seller counsel as to various technical issues including .telephone conference with Seller controller; further drafting and editing of report for client; lengthy email to team thereon. | 14.60 |
| 06/21/2006 | SCT | Analyzing and reviewing third-party patents and Seller products; preparing memo regarding same. | 8.10 |
| 06/22/2006 | GHL | Review of spreadsheets on products sales and infringement analyses; preparation for, and participation in, telephone conference with Grace representatives to provide preliminary conclusions on freedom-to-operate issues; | 2.40 |
| 06/22/2006 | HDP | Continued analysis, creation of Excel spreadsheets, and data collection/presentation concerning potentially at risk products and product sales in relation to third-party patents of interest; multiple extended meetings with Mr. Levin and/or Mr. Timmins to discuss format of report and substantive details; multiple communications with Seller counsel as to various technical issues; final drafting of oral report for client; telephone conference with various Grace lawyers and business people to report current findings and to discuss ongoing strategy. | 10.20 |
| 06/22/2006 | SCT | Communicating with Seller in-house counsel regarding the need for additional technical information; analyzing and reviewing third-party patents and Seller precipitated products; preparing memo regarding same; teleconference with Mr. Maggio and Mr. Bunch regarding infringement issue findings. | 8.60 |
| 06/23/2006 | HDP | Researching Seller website as to tire company issues; communications with Seller counsel as to discrepancies related thereto; continued drafting, editing and finalizing of report to client as to financial and other issues relating to third-party patents of particular interest and delivering report with cover email. | 3.20 |
| 06/26/2006 | HDP | Detailed review and analysis of new information received from Seller counsel; beginning preparation of multiple new and updated spreadsheets to analyze tire company sales specifically. | 4.30 |
| 06/27/2006 | HDP | Continued work on analysis of new tire product information from Seller and preparation of various spreadsheets thereon including ones for transmission to | 4.70 |

| | | | |
|---|---|---|---|
| | | client; discussions with Bob Maggio thereon; email to Mr. Timmins thereon; exchange of emails with Seller counsel seeking additional information; beginning drafting of memo to client thereon. | |
| 06/28/2006 | HDP | Detailed review and analysis of additional new information received from Seller counsel; continuing preparation of multiple new and updated spreadsheets to analyze tire company sales specifically and memo thereon with conclusions. | 2.70 |
| 06/29/2006 | HDP | Finalizing multiple spreadsheets analyzing tire company information; continued drafting and finalizing of lengthy memo thereon; sending spreadsheets and memo to Bob Maggio with explanatory email; telephone conference with Bob Maggio thereon; detailed review and analysis of information just received from Seller as to specific tire company break-down of 2005 sales; reconsidering spreadsheets and memo in light thereof; email to client as to error in earlier report and alerting to coming revised and supplemental report. | 7.20 |
| 06/30/2006 | HDP | Modifying multiple spreadsheets analyzing tire company information in view of newly-received information; modifying and continued drafting and finalizing of memo thereon; sending spreadsheets and memo to Bob Maggio with explanatory email; telephone conference with Bob Maggio thereon; emails to and from Bill Bunch as to Michelin patent. | 3.00 |

SERVICES                    $    95,975.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 33.20 | hours @ | $505.00 |
| | HDP | HENRIK D. PARKER | 132.80 | hours @ | $475.00 |
| | SCT | STEPHEN C. TIMMINS | 39.80 | hours @ | $305.00 |
| | DOC | DEREK O. COLLA | 12.60 | hours @ | $150.00 |
| | TF | TAO FENG | 8.00 | hours @ | $150.00 |
| | TAF | THOMAS A. FRANKLIN | 6.00 | hours @ | $150.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| PATENT COPIES | 30.00 |
| TELEPHONE | 1.90 |
| PHOTOCOPYING | 154.65 |
| COMPUTER SEARCH | 454.85 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 641.40 |
| SERVICE TOTAL | $ | 95,975.00 |
| **INVOICE TOTAL** | $ | **96,616.40** |