# EXHIBIT A

## (Questionnaire of Robert R. Barnes)

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

10315607050229
RE: BARNES, ROBERT R.
McGarvey, Heberling, Sullivan & McGarvey, P.C.
745 South Main
Kalispell MT  59901

[THIS PAGE INTENTIONALLY LEFT BLANK.]

{D0050647:1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

| IF SENT BY U.S. MAIL | IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE |
|---|---|
| RUST CONSULTING, INC. | RUST CONSULTING, INC. |
| CLAIMS PROCESSING AGENT | CLAIMS PROCESSING AGENT |
| RE: W.R. GRACE & CO. BANKRUPTCY | RE: W.R. GRACE & CO. BANKRUPTCY |
| P.O. BOX 1620 | 201 S. LYNDALE AVE. |
| FARIBAULT, MN 55021 | FARIBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

## INSTRUCTIONS

### A. GENERAL

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related personal injury or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will not be accepted and will not be deemed filed.

   Do not send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

### B. PART I -- Identity of Injured Person and Legal Counsel

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

### C. PART II -- Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

**D. PART III – Direct Exposure to Grace Asbestos-Containing Products**

In Part III, please provide the requested information for the job and site at which you were exposed to Grace asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease. **SEE NOTE 5**

## Occupation Codes

01. Air conditioning and heating installer/maintenance
02. Asbestos miner
03. Asbestos plant worker/asbestos manufacturing worker
04. Asbestos removal/abatement
05. Asbestos sprayer/spray gun mechanic
06. Assembly line/factory/plant worker
07. Auto mechanic/bodywork/brake repairman
08. Boilermaker
09. Boiler repairman
10. Boiler worker/cleaner/inspector/engineer/installer
11. Building maintenance/building superintendent
12. Brake manufacturer/installer
13. Brick mason/layer/hod carrier
14. Burner operator
15. Carpenter/woodworker/cabinetmaker
16. Chipper
17. Clerical/office worker
18. Construction - general
19. Custodian/janitor in office/residential building
20. Custodian/janitor in plant/manufacturing facility
21. Electrician/inspector/worker
22. Engineer
23. Firefighter
24. Fireman
25. Flooring installer/tile installer/tile mechanic
26. Foundry worker
27. Furnace worker/repairman/installer
28. Glass worker
29. Heavy equipment operator (includes truck, forklift, & crane)
30. Insulator

31. Iron worker
32. Joiner
33. Laborer
34. Longshoreman
35. Machinist/machine operator
36. Millwright/mill worker
37. Mixer/bagger
38. Non-asbestos miner
39. Non-occupational/residential
40. Painter
41. Pipefitter
42. Plasterer
43. Plumber - install/repair
44. Power plant operator
45. Professional (e.g., accountant, architect, physician)
46. Railroad worker/carman/brakeman/machinist/conductor
47. Refinery worker
48. Remover/installer of gaskets
49. Rigger/stevedore/seaman
50. Rubber/tire worker
51. Sandblaster
52. Sheet metal worker/sheet metal mechanic
53. Shipfitter/shipwright/ship builder
54. Shipyard worker (md. repair, maintenance)
55. Steamfitter
56. Steelworker
57. Warehouse worker
58. Welder/blacksmith
59. Other

## Industry Codes

001. Asbestos abatement/removal
002. Aerospace/aviation
100. Asbestos mining
101. Automotive
102. Chemical
103. Construction trades
104. Iron/steel
105. Longshore
106. Maritime
107. Military (other than U.S. Navy)
108. Non-asbestos products manufacturing

109. Petrochemical
110. Railroad
111. Shipyard-construction/repair
112. Textile
113. Tire/rubber
114. U.S. Navy
115. Utilities
116. Grace asbestos manufacture or milling
117. Non-Grace asbestos manufacture or milling
118. Other

iii

**E. PART IV – Indirect Exposure to Grace Asbestos-Containing Products**

In Part IV, please provide the information requested for any injury alleged to have been caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person. If you allege exposure through contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F. PART V – Exposure to Non-Grace Asbestos-Containing Products**

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party. If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G. PART VI – Employment History**

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V. Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H. PART VII – Litigation and Claims Regarding Asbestos and/or Silica**

In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I. PART VIII – Claims by Dependents or Related Persons**

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure. One example of such a claim would be a claim for loss of consortium. If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J. PART IX – Supporting Documentation**

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire. As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed. Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents. **SEE NOTE 5**

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K. PART X – Attestation that Information is True, Accurate and Complete**

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

### a.   GENERAL INFORMATION

1. Name of Claimant: <u>Robert</u>     <u>R</u>     <u>Barnes</u>     2. Gender: ☒ Male ☐ Female
First                MI          Last

3. Race (for purposes of evaluating Pulmonary Function Test results): ........................☒ White/Caucasian

        ☐ African American

        ☐ Other

4. Last Four Digits of Social Security Number: <u>3 5 6 8</u>     5. Birth Date: <u>12/02/1927</u>

6. Mailing Address: <u>P.O. Box 102</u>     <u>Libby</u>     <u>MT</u>     <u>59923</u>
        Address          City          State/Province     Zip/Postal Code

7. Daytime Telephone Number: ................................................................................................<u>(406) 293-6655</u>

### b.   LAWYER'S NAME AND FIRM

1. Name of Lawyer: <u>Jon L. Heberling</u>

2. Name of Law Firm With Which Lawyer is Affiliated: <u>McGarvey, Heberling, Sullivan & McGarvey, P.C.</u>

3. Mailing Address of Firm: <u>745 South Main</u>     <u>Kalispell</u>     <u>MT</u>     <u>59901</u>
        Address          City          State/Province     Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line:................................................<u>(406) 752-5566</u>

☒ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c.   CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased?............................................................................☒ Living ☐ Deceased
If deceased, date of death:.................................................................. __ __ / __ __ / __ __ __ __

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
Primary Cause of Death (as stated in the Death Certificate): _____

Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

☐ Asbestos-Related Lung Cancer     ☐ Mesothelioma

☐ Asbestosis     ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

☒ Other Asbestos Disease **SEE NOTE 1**     ☐ Clinically Severe Asbestosis

    a. **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

      ☐ diagnosis from a pathologist certified by the American Board of Pathology

      ☐ diagnosis from a second pathologist certified by the American Board of Pathology

      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

      ☐ other (please specify):_____

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

b. **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify): _____

c. **Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon        ☐ pharyngeal        ☐ esophageal        ☐ laryngeal        ☐ stomach cancer

☐ other, please specify: _____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

**PART II: ASBESTOS RELATED CONDITION(S) (Continued)**

**d. Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

**e. Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

3

**PART II ASBESTOS-RELATED CONDITION(S) (Continued)**

f.   **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

[X]   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

[ ]   diagnosis determined by pathology

[ ]   a chest x-ray reading   conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

[ ]   a chest x-ray reading   conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

[X]   a chest x-ray reading  other than those described above

[X]   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

[ ]   a pulmonary function test other than that discussed above

[X]   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition **SEE NOTE 1**

[ ]   a CT Scan or similar testing

[ ]   a diagnosis other than those above

[ ]   other (please specify): _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

4

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

2. **Information Regarding Diagnosis**

   Date of Diagnosis: ...................................................................................................07/01/1998

   Diagnosing Doctor's Name: Dr. Alan C. Whitehouse

   Diagnosing Doctor's Specialty: Pulmonology

   Diagnosing Doctor's Mailing Address: 214 East 3rd Street

   <table>
   <tr><td></td><td>Address</td><td></td></tr>
   </table>

   | Libby | MT | 59923 |
   |---|---|---|
   | City | State/Province | Zip/Postal Code |

   Diagnosing Doctor's Daytime Telephone Number:...........................................................(406) 293-9274

   With respect to your relationship to the diagnosing doctor, check all applicable boxes:

   Was the diagnosing doctor your personal physician?....................................................☒ Yes ☐ No

   Was the diagnosing doctor paid for the diagnostic services that he/she performed? .....................☒ Yes ☐ No

   *If yes, please indicate who paid for the services performed:* **I DON'T KNOW**

   Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? ☐ Yes ☒ No

   Was the diagnosing doctor referred to you by counsel?....................................................☐ Yes ☒ No

   Are you aware of any relationship between the diagnosing doctor and your legal counsel? ...............☐ Yes ☒ No

   *If yes, please explain:* **SEE NOTE 4**

   Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ☒ Yes ☐ No

   Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?...........................................................................................☐ Yes ☒ No

   Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? **I DON'T KNOW** ...........................................................................☐ Yes ☐ No

   Did the diagnosing doctor perform a physical examination?.............................................☒ Yes ☐ No

   Do you currently use tobacco products? ......................................................................☐ Yes ☒ No

   Have you ever used tobacco products? .......................................................................☒ Yes ☐ No

   *If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

   ☐ Cigarettes    Packs Per Day (half pack = .5) _____    Start Year _ _ _ _    End Year _ _ _ _

   ☒ Cigars    Cigars Per Day  1/month    Start Year 1951    End Year 1966

   ☒ If Other Tobacco Products, please specify (e.g., chewing tobacco):  Pipe Tobacco
   Amount Per Day  2 bowls/week    Start Year 1950    End Year 1966

   Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ☐ Yes ☒ No

   *If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

3. **Information Regarding Chest X-Ray    SEE ATTACHED CHEST X-RAY REPORTS, SEE NOTE 3**

   Please check the box next to the applicable location where your chest x-ray was taken (check one):

   ☐ Mobile laboratory ☐ Job site ☐ Union Hall ☐ Doctor office ☐ Hospital ☐ Other: _____

   Address where chest x-ray taken: _____
   
   Address

   | | | |
   |---|---|---|
   | City | State/Province | Zip/Postal Code |

**PART III: ASBESTOS-RELATED CONDITION(S) (Continued)**

4. Information Regarding Chest X-Ray Reading  **SEE ATTACHED CHEST X-RAY REPORTS, SEE NOTE 3**

Date of Reading:  __ __ / __ __ / __ __ __ __        ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number: ................................................ ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
                                              Address

_____
City                                                    State/Province                            Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:  **APPLIES FOR ALL CHX**

Was the reader paid for the services that he/she performed ....................................................... [X] Yes [ ] No

*If yes, please indicate who paid for the services performed:* **I DON'T KNOW**

Did you retain counsel in order to receive any of the services performed by the reader?    [ ] Yes [X] No

Was the reader referred to you by counsel? ...................................................................... [ ] Yes [X] No

Are you aware of any relationship between the reader and your legal counsel? ......................... [ ] Yes [X] No

*If yes, please explain:* **SEE NOTE 4**

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

................................................................................................................ [ ] Yes [X] No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* **SEE NOTE 3**

5. Information Regarding Pulmonary Function Test: ........................................... **SEE ATTACHED RECORDS**

List your height in feet and inches when test given: ......................................................... **SEE NOTE 8**

List your weight in pounds when test given: ................................................................. _____ lbs

Total Lung Capacity (TLC): ................................................................................ _____% of predicted

Forced Vital Capacity (FVC): ............................................................................. _____% of predicted

FEV1/FVC Ratio: ............................................................................................ _____% of predicted

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
                                                                    Address

_____
City                                                    State/Province                            Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: ......................... ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
                                                              Address

_____
City                                                    State/Province                            Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: .................................... ( __ __ __ ) __ __ __ - __ __ __ __

6

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:                                                      **APPLIES FOR ALL PFTs**

If the test was performed by a doctor, was the doctor your personal physician? ......................... ☒ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? .............................. ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed*: **I DON'T KNOW**

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician? .. ☐ Yes ☒ No

Was the testing doctor or clinician referred to you by counsel? .................................................... ☐ Yes ☒ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............. ☐ Yes ☒ No

*If yes, please explain:* **SEE NOTE 4**

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? ................................................................................. ☒ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:                                                      **APPLIES FOR ALL PFTs**

Was the doctor your personal physician? ..................................................................... ☒ Yes ☐ No

Was the doctor paid for the services that he/she performed? ................................................. ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed*: **I DON'T KNOW**

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☒ No

Was the doctor referred to you by counsel? ....................................................................... ☐ Yes ☒ No

Are you aware of any relationship between the doctor and your legal counsel? ......................................... ☐ Yes ☒ No

*If yes, please explain* **SEE NOTE 4**

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed? ☒ Yes ☐ No

6.  **Information Regarding Pathology Reports:**

Date of Pathology Report: ...................................................................... __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
                   Address

_____
City                             State/Province            Zip/Postal Code

Doctor's Daytime Telephone Number: ........................................................(__ __ __) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ............................................................. ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ....................................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed*: _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ....................................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ......................................... ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?
.................................................................................................................... ☐ Yes ☐ No

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

7. With respect to the condition alleged, have you received medical treatment from a doctor for the condition?

..................................................................................................................................................................... ☒ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:** Dr. Alan C. Whitehouse

**Treating Doctor's Specialty:** Pulmonology

**Treating Doctor's Mailing Address:** 214 East 3rd Street

<table>
<tr><td></td><td>Address</td><td></td></tr>
<tr><td>Libby</td><td>MT</td><td>59923</td></tr>
<tr><td>City</td><td>State/Province</td><td>Zip/Postal Code</td></tr>
</table>

**Treating Doctor's Daytime Telephone number:** ........................................................................... (406) 293-9274

**Was the doctor paid for the services that he/she performed?**............................................................☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:* **I DON'T KNOW**

**Did you retain counsel in order to receive any of the services performed by the doctor?** ....................☐ Yes ☒ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

**PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS**

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify. **SEE NOTE 7**

**Site of Exposure:**

Site Name: __St. Regis Lumbermill__    Location: __In & Near Libby, MT__

Site Type: ☐ Residence ☒ Business    Site Owner: __St. Regis (Stimson) Lumbermill__

Employer During Exposure: __St. Regis Lumbermill__ Unions of which you were a member during your employment: __Lumber, Production and Industrial Workers; Local 2581__

| | Vermiculite Concentrate | Employer Knowledge | During Work Shifts | 36 | 118 Mill | No | Airborne Dust |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

9

D0659647:1

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(d) A worker who personally mixed Grace asbestos-containing products

(e) A worker who personally removed or cut Grace asbestos-containing products

(f) A worker who personally installed Grace asbestos-containing products

(g) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(h) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(i) If other, please specify. **SEE NOTE 7**

### Site of Exposure:

Site Name: **WR Grace Mine & Mill**   Location: **In & Near Libby, MT**

Site Type: ☐ Residence ☒ Business   Site Owner: **WR Grace**

Employer During Exposure: **WR Grace**

Unions of which you were a member during your employment: **International Union of Operating Engineers (IUOE)**

| | Ore and Vermiculite Concentrate | Mining | During Work Shifts | 02 | 116 | No | Airborne Dust |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

9a

[D063664711]

## PART IV INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?................................................................................................................☐ Yes ☒ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____ Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: __ __ __ __      Birth Date: __ __ / __ __ / __ __

3. What is your Relationship to Other Injured Person:..................................................☐ Spouse ☐ Child ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:

   From: __ __ / __ __ / __ __ __ __      To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure?...........................................☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____ File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:
   Community Exposure _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:

   From: 3/1/1952 To: Present

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    Libby, MT _____

## ATTACHED IS A COMMUNITY EXPOSURE HISTORY

[REMAINDER OF PAGE INTENTIONALLY BLANK]

10

## PART IV: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products

(b) A worker who personally removed or cut Non-Grace asbestos-containing products

(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

**Party Against which Lawsuit or Claim was Filed:**

Champion International Lumbermill

| | | Pipe Wrap and Insulation | Continuous | 36 | 118 Mill | Rarely – Sometimes portion of pipe wrap was replaced | Airborne |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name: _Champion_ Address: _Lumbermill_ City and State: _Libby, MT_ Site Owner: _Champion (Stimson) Lumbermill_ | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |
| **Site of Exposure 2** Site Name:_____ Address:_____ City and State:_____ Site Owner:_____ | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |
| **Site of Exposure 3** Site Name:_____ Address:_____ City and State:_____ Site Owner:_____ | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |

11

{D0056641:1}

## PART VI: EMPLOYMENT HISTORY

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____  If Code 59, specify: **SEE ATTACHED WORK HISTORY, SEE NOTE 7**

**Industry Code:** _____  If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
　　　　　Address

City                                State/Province                        Zip/Postal Code

**Occupation Code:** _____  If Code 59, specify: . _____

**Industry Code:** _____  If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
　　　　　Address

City                                State/Province                        Zip/Postal Code

**Occupation Code:** _____  If Code 59, specify: . _____

**Industry Code:** _____  If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
　　　　　Address

City                                State/Province                        Zip/Postal Code

**Occupation Code:** _____  If Code 59, specify: . _____

**Industry Code:** _____  If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
　　　　　Address

City                                State/Province                        Zip/Postal Code

12

## PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA

### a. LITIGATION

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?...............................☒ Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption: <u>Robert R. Barnes, et al. v. Burlington Northern, et al.</u>

   Case Number: <u>BDV-2001-406</u>                                       File Date: <u>06/28/2001</u>

   Court Name: <u>Montana First Judicial District Court, Lewis and Clark County</u>

3. Was Grace a defendant in the lawsuit? ...............................................................................☐ Yes ☒ No

4. Was the lawsuit dismissed against any defendant? ...........................................................☐ Yes ☒ No

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

   _____

   _____

5. Has a judgment or verdict been entered?.............................................................................☐ Yes ☒ No

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit? .........................................................☐ Yes ☒ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a. Settlement amount for each defendant:  _____

   b. Applicable defendants: _____

   c. Disease or condition alleged: _____

   d. Disease or condition settled (if different than disease or condition alleged): _____

7. Were you deposed in this lawsuit? .......................................................................................☐ Yes ☒ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

### b. CLAIMS

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ...............................................☐ Yes ☒ No

   *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII.*

2. Date the claim was submitted:.........................................................................___ ___ / ___ ___ / ___ ___ ___ ___

3. Person or entity against whom the claim was submitted: _____

4. Description of claim: _____

5. Was claim settled? ...............................................................................................................☐ Yes ☐ No

6. Please indicate settlement amount: .............................................................$ _____

7. Was the claim dismissed or otherwise disallowed or not honored? ......................................☐ Yes ☐ No

   *If yes, provide the basis for dismissal of the claim:* _____

13

## PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA

### a.  LITIGATION

1.  Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?............................................ ☒ Yes ☐ No

    *If yes, please complete the rest of this Part VII(a) for each lawsuit.   For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2.  Please provide the caption, case number, file date, and court name for the lawsuit you filed:

    Caption: <u>Robert R. Barnes and Donna M. Barnes v. Maryland Casualty</u>

    Case Number: <u>24-X-01-001043</u>                              File Date: <u>06/29/2001</u>

    Court Name: <u>Circuit Court for Baltimore City, Maryland</u>

3.  Was Grace a defendant in the lawsuit? ........................................................................................ ☐ Yes ☒ No

4.  Was the lawsuit dismissed against any defendant? ........................................................................ ☐ Yes ☒ No

    *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

    _____

    _____

5.  Has a judgment or verdict been entered?...................................................................................... ☐ Yes ☒ No

    *If yes, please indicate verdict amount for each defendant(s):* _____

6.  Was a settlement agreement reached in this lawsuit? .................................................................... ☐ Yes ☒ No

    *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

    **a.**  Settlement amount for each defendant: _____

    **b.**  Applicable defendants: _____

    **c.**  Disease or condition alleged: _____

    **d.**  Disease or condition settled (if different than disease or condition alleged): _____

7.  Were you deposed in this lawsuit? ............................................................................................... ☐ Yes ☒ No

    *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

### b.  CLAIMS

1.  Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ......................................................... ☐ Yes ☒ No

    *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

2.  Date the claim was submitted:....................................................................... __ __ / __ __ / __ __ __ __

3.  Person or entity against whom the claim was submitted: _____

4.  Description of claim: _____

5.  Was claim settled? ..................................................................................................................... ☐ Yes ☐ No

6.  Please indicate settlement amount: ............................................................. $_____

7.  Was the claim dismissed or otherwise disallowed or not honored? ............................................. ☐ Yes ☐ No

    *If yes, provide the basis for dismissal of the claim:* _____

13a

{D0050647:1 }

## PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA

**a.** **LITIGATION**

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?...............................................☒ Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption: <u>Robert R. Barnes and Donna M. Barnes v. Minnesota Mining Company</u>

   Case Number: <u>19-C-01-8333</u>                                    File Date: <u>05/22/2001</u>

   Court Name: <u>District Court, First Judicial District Court, Dakota County, Minnesota</u>

3. Was Grace a defendant in the lawsuit? ..................................................................................☐ Yes ☒ No

4. Was the lawsuit dismissed against any defendant? ................................................................☐ Yes ☒ No

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

   _____

   _____

5. Has a judgment or verdict been entered?................................................................................☐ Yes ☒ No

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit? ............................................................☐ Yes ☒ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a. Settlement amount for each defendant: _____

   b. Applicable defendants: _____

   c. Disease or condition alleged: _____

   d. Disease or condition settled (if different than disease or condition alleged): _____

7. Were you deposed in this lawsuit? .........................................................................................☐ Yes ☒ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

**b.** **CLAIMS**

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ...........................................................☐ Yes ☒ No

   *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII.*

2. Date the claim was submitted: ................................................................... __ __ / __ __ / __ __ __ __

3. Person or entity against whom the claim was submitted: _____

4. Description of claim: _____

5. Was claim settled? .................................................................................................................☐ Yes ☐ No

6. Please indicate settlement amount: ...................................................................$ _____

7. Was the claim dismissed or otherwise disallowed or not honored? ......................................☐ Yes ☐ No

   *If yes, provide the basis for dismissal of the claim:* _____

13b

## PART VII. LITIGATION AND CLAIMS REGARDING ASBESTOS AND OR SILICA

### a. LITIGATION

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?.............................................☒ Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit.   For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption: Robert R. Barnes and Donna M. Barnes v. WR Grace, et al.

   Case Number: DV-98-130                          File Date: 09/14/1998

   Court Name: Montana Nineteenth Judicial District Court, Lincoln County

3. Was Grace a defendant in the lawsuit? ......................................................................................☒ Yes ☐ No

4. Was the lawsuit dismissed against any defendant? ......................................................................☒ Yes ☐ No

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*
   Stipulation

5. Has a judgment or verdict been entered?......................................................................................☐ Yes ☒ No

   *If yes, please indicate verdict amount for each defendant(s):*

6. Was a settlement agreement reached in this lawsuit? ....................................................................☒ Yes ☐ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a.  Settlement amount for each defendant:   $396,000.00 on 3/7/2001

   b.  Applicable defendants:  WR Grace

   c.  Disease or condition alleged:   Asbestos Related Disease

   d.  Disease or condition settled (if different than disease or condition alleged):

7. Were you deposed in this lawsuit? ................................................................................................☐ Yes ☒ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

### b. CLAIMS

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ...................................................................☐ Yes ☒ No

   *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

2. Date the claim was submitted:...............................................................__ __ / __ __ / __ __ __ __

3. Person or entity against whom the claim was submitted:

4. Description of claim:

5. Was claim settled? ........................................................................................................................☐ Yes ☐ No

6. Please indicate settlement amount: ..............................................................$

7. Was the claim dismissed or otherwise disallowed or not honored? .............................................☐ Yes ☐ No

   *If yes, provide the basis for dismissal of the claim:*

13c

Name of Dependent or Related Person: _____    Gender: ☐ Male ☐ Female

Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __ __ __

Financially Dependent:..................................................................................................☐ Yes ☐ No

Relationship to Injured Party: ☐ Spouse ☐ Child ☐ Other  If other, please specify _____

Mailing Address: _____
　　　　　　　　　Address

_____

City                               State/Province                        Zip/Postal Code

Daytime Telephone number: ....................................................... ( __ __ __ ) __ __ __ - __ __ __ __

Please use the checklists below to indicate which documents you are submitting with this form. *SEE NOTE 6*
Copies:

☒ Medical records and/or report containing a diagnosis            ☐ X-rays
☒ Lung function test results    *SEE NOTE 9*                      ☒ X-ray reports/interpretations
☐ Lung function test interpretations                              ☐ CT scans
☐ Pathology reports                                               ☐ CT scan reports/interpretations
☒ Supporting documentation of exposure to Grace                   ☐ Depositions from lawsuits indicated in Part VII
　　asbestos-containing products                                      of this Questionnaire
☒ Supporting documentation of other asbestos exposure             ☐ Death Certification
　　*SEE NOTE 10*

Originals:  *SUBMITTING ORIGINALS MAY INTERFERE WITH TREATMENT*

☐ Medical records and/or report containing a diagnosis            ☐ Supporting documentation of other asbestos exposure
☐ Lung function test results                                      ☐ X-rays
☐ Lung function test interpretations                              ☐ X-ray reports/interpretations
☐ Pathology reports                                               ☐ CT scans
☐ Supporting documentation of exposure to Grace                   ☐ CT scan reports/interpretations
　　asbestos-containing products                                   ☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571.
TO BE COMPLETED BY THE INJURED PERSON.

I swear, **under penalty of perjury**, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _Robert R. Barnes_____    Date: _1_/_03_/_06___
Please Print Name: __ROBERT R. BARNES_____         0 1  0 3  2 0 0 6

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: ___Jon L. Heberling_____    Date: 0 6 / 0 7 / 2 0 0 6
Please Print Name: __JON L. HEBERLING_____

14

## NOTES TO LIBBY CLAIMANTS' RESPONSE TO W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

1.    **Page 1, Page 4.**

The diagnosis for Libby claimants is generally referred to as "asbestos related disease." This includes both parenchymal asbestosis and asbestos pleural disease. In addition, "asbestosis" is sometimes used as an umbrella term for interstitial fibrosis and asbestos pleural disease. See the general description of Libby tremolite asbestos disease in the General Affidavit of Dr. Whitehouse, dated 9/22/05, In the United States Bankruptcy Court for the District of Delaware, In Re: W.R. Grace & Co., et al, debtors, Case No. 01-1139.

There are no B readers in Montana. The B reader system is a research tool with little relevance to clinical medicine. We do not know what standards were used on B readers' reports, if any are attached.

2.    **Page 4, Page 5, Page 7.**

Dr. Alan C. Whitehouse (pulmonologist) Board Certified in Pulmonary Medicine and Internal Medicine, is responsible for Center for Asbestos Related Disease clinic patients in Libby, Montana, and concurs with the diagnoses entered by Dr. Brad Black, lung specialist at the CARD Clinic.

3.    **Page 5, Page 6.**

The three doctors with the greatest incidence of chest x-ray readings are as follows.

Dr. Alan C. Whitehouse (pulmonologist)
Center for Asbestos Related Disease
214 East 3rd Street
Libby  MT  59923
406-293-9274
Method:  Standard practice

1

Dr. Brad Black (lung specialist)
Center for Asbestos Related Disease
214 East 3rd Street
Libby  MT  59923
406-293-9274
Method:  Standard practice

Dr. Stephen Becker (radiologist)
St. John's Hospital
350 Louisiana Avenue
Libby  MT  59923
406-293-0100
Method:  Standard practice

**4.**    **Page 5, Page 6, Page 7.**

There have never been any private chest x-ray screenings in Libby.  All screenings have been done through the EPA, ATSDR, State of Montana, or Libby Asbestos Medical Plan Program, a Montana non-profit corporation. There have been no private screenings paid for by attorneys.

Dr. Whitehouse has performed work for the law firms of McGarvey, Heberling, Sullivan & McGarvey of Kalispell, Montana and Lewis, Slovak and Kovacich of Great Falls, Montana for over 10 years.  There is no on-going financial relationship.  Work on reports, expert witness testimony, opinion letters and the like is paid for on a fee for service basis.

**5.**    **Page iii, Page iv.**

Please refer to the exhibits in pre-petition litigation with W.R. Grace & Co. in Montana, in particular the exhibits listed on the final pretrial order, filed January 4, 2000, in *Ryan v. W.R. Grace & Co.,* Cause No. DV-98-100, Lincoln County, Montana.  All such exhibits, and many more exhibits and documents are in the possession of attorney Gary Graham, counsel for W.R. Grace & Co., Garlington, Lohn & Robinson, P O Box 7909, Missoula  MT  59804-7909.

2

6.   **Page 14.**

See the list of medical records attached. We have copied for you all medical records found in our possession which support or conflict with the diagnosis of asbestos related disease. If you wish a release to obtain other records, we will deliver one.

7.   **Page 9, Page 12.**

All jobs in or near Libby, Montana, involved breathing air with exposure to Grace's asbestos fibers. See attached work history with codes entered.

8.   **Page 6.**

The doctors with the greatest incidence of PFT readings are as follows:

Dr. Alan C. Whitehouse
Dr. Brad Black

The name of the respiratory technician is usually stated on the PFT best form. I have no further information on that person.

9.   **Page 14.**

There are additional medical records in possession of counsel. We do not know of any reference to asbestos disease in these records. If you wish to obtain copies arrangements can be made.

10.   **Page 14.**

Documents regarding asbestos exposure at the lumber mill are listed on the chart titled "Lumbermill/Common Exhibits." Please contact my attorney if you wish to have copies.

# EXPOSURE HISTORY

Name:     Robert Barnes (brother to Anson Barnes)
DOB:      12/2/27
SSN:      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

| Date | Place | Details |
|------|-------|---------|
| Apr 1965 - Aug 66 | WR Grace | Worked as a dry mill sweeper, dry mill operator, and on construction crew. |
| 49-50, 52-63 | Great Northern Railroad, Libby, MT | Robert worked for Great Northern from 49-63, less a two-year period in the Marine Corps. |
| 1958 - 62 | Great Northern Railroad, Libby, MT | Weighed cars of zonolite at Libby depot approx 2 hrs per day. |
| 4/46-3/47 & 7/50-2/52 | Marine Corps and Marine Corps Reserves | Telephone wireman.  Korea. |
| 66-91 | St. Regis & Champion | Transportation and billing of all outgoing shipments and incoming.  In charge of company Railroad. |
| 52-present | Libby Homes | Lived in Libby during these years. |

10/18/05

# WORK HISTORY

Name:   Robert R. Barnes

| NAME OF EMPLOYER & CITY / STATE | JOB CAPACITY/ RESPONSIBILITIES | DATES EMPLOYED | REASON FOR LEAVING | OCC. CODE | IND. CODE |
|---|---|---|---|---|---|
| Military Service: US Marine Corp and US Marine Corp Reserves | Telephone wireman | 4/46 - 3/47 8/50 - 2/52 | Honorable discharge | 59 telephone wireman | 107 |
| Great Northern Railroad, stationed out of Whitefish, MT | Telegraph operator | 1949 - 1950 1952 - 1963 | Became self-employed | 59 telegraph operator | 110 |
| Service Station Operator for Continental Oil (Conoco) Libby, MT | Service Station Operator | 1963 - 1965 | Left to take job at Zonolite | 33 | 118 Gas Station |
| W.R. Grace Libby, MT | Dry mill sweeper Small dry mill operator Test lab Expansion plant Bagging plant Euclid driver at mine Skip operator Construction crew Shift tester at dry mill | 1965 - 1966 | Left to take an office job at St. Regis Paper Co. | 36 | 116 |
| St. Regis Paper & Champion Internat'l Lumbermill Libby, MT | Transportation manager Traffic Coordinator Billing | 1966 - 1991 | Retired | 17 | 118 Lumbermill |

Lumbermill/Common Exhibits

06/08/2005

| Date | Description | Notes | No. | Reference | Number |
|---|---|---|---|---|---|
| 06/10/1991 | Memo: Cal Powell to R. Helhert re plywood makeup air | | 1 | LW Idaho Tab #9 | 910610 |
| 06/18/1991 | MSDS reviewed at safety meetings in 1991 | chrysotile asb. | 1 | LW Idaho Tab #11 | 910618 |
| 06/30/1991 | Asbestos air sampling data form | Violation on w side #9 boiler | 2 | LW Idaho Tab #6 | 910630 |
| 07/01/1991 | Proposal Asbestos Removal Champion International Libby by Bison Engineering | 1) remove 1,560 sq. ft. of asbestos from draft fan; 2) 1,235 sq.ft. from power plant; 3) 175 sq.ft. of asbestos insulation from tank in sawmill | 86 | , Lewis #37 | 910701 |
| 07/09/1991 | Executive Summary Investigation of Asbestos, Power House, Champion | one air violation (w side #9 boiler); bulk samples from insulation showed asb - incl tremolite | 18 | Crill, Lewis #10 | 910709 |
| 07/15/1991 | Champion memo Gary Hanson to Distribution | RE: Bison Report - Asbestos Libby Powerhouse | 2 | Crill, Lewis #10 | 910715 |
| 09/09/1991 | Champion memo Bob LeProwse to Gary Hanson | RE: Asbestos Testing | 5 | Crill, Lewis #10 | 910909 |
| 09/30/1991 | Champion - memo Bob Prowse to Distribution re Libby Environmental Audit | P.1 - Asbestos "a friable material throughout the plant" P.4 - "Libby's, main problems are asbestos, PCBs and air emissions." | 1 | LW Idaho Tab #14 | 910930 |
| 11/12/1991 | Champion memo Bob LeProwse to Carolyn Peck | RE: Asbestos Air Sampling | 12 | , Lewis #10 | 911112.1 |
| 11/12/1991 | Bison Engineering Inc., Record of samples taken | (asbestos) (1 sample none found) | 3 | , Lewis #36 | 911112.2 |
| 11/15/1991 | Chick Pliny Rie: Boiler #9 Asbestos projects | cleanup and vacuum plus scrubber and sawmill abatement. Final compliance acceptance 11/16/91 | 90 | LW Idaho Tab #5 | 911115 |
| 02/10/1992 | Champion - 23 PFTs, 24 blood work for fire brigade members | | 2 | LW Idaho Tab #13 | 920210 |
| 09/28/1992 | Champion - asb physical for Dean Grieg by Dr. Whitehouse | | 1 | LW Idaho Tab #13 | 920928 |
| 11/19/1992 | Safety Audit Report, Libby Complex | | 26 | , Lewis #44 | 921119 |
| 12/01/1992 | MSDS and mandatory subjects for 1992 safety meetings (asbestos training) | | 1 | LW Idaho Tab #11 | 921201 |
| 05/04/1993 | Champion - asb encapsulant for powerhouse | | 1 | LW Idaho Tab #13 | 930504 |
| 09/17/1993 | Champion - Purchase requisition asbestos disposal at Lincoln County landfill | | 5 | LW Idaho Tab #13 | 930917 |
| 05/11/1994 | Pacific Rim Asbestos Survey | | 101 | , Lewis #27 | 940511 |
| 09/09/2001 | Memo J. Chopot to Sweeney | re plant tours including Libby ref sawmill kiln & veneer drier asbestos | 6 | LW Idaho Tab #7 | 010909 |
| 10/03/2001 | Memo Chopot to Sturgess | re stud kiln and sawmill kiln asbestos abatement | 2 | | 011003 |
| 10/22/2001 | Memo re powerhouse operations, Rowland to Puz et al | | 1 | LW Idaho Tab #7 | 011022 |
| 12/23/2002 | EPA Region 8, Stimson Lumber Co., Libby, Draft Asbestos Sampling Report | | 194 | LW Idaho Tab #3 | 021223 |
| 06/07/2004 | Addendum to Response Action Work Plan Former Stimson Central Maintenance Building Removal Plan | and four on-site layouts figures 1 through 4 identified on first page of report | 22 | Crill, Lewis #7 / , Lewis #30 | 040607 |

06/08/2005

Lumbermill/Common Exhibits

| Date | Title | # | Description | Exhibit | ID |
|---|---|---|---|---|---|
| 06/01/1965 | Construction of Boiler #9 | 184 | 1965-66 | Lewis #46 | 559601 |
| 01/13/1972 | St. Regis Memorandum to All Safety Directors | 3 | Re: Exposure to Asbestos Dust - OSHA | Lewis | 720113 |
| 01/01/1975 | Source Emissions, Survey Results | 2 | samples by W.R. Grace | Crill, Lewis #21 | 750101 |
| 10/21/1975 | St. Regis Inter-Office Correspondence from FA Mills to Walter Sweeney | 3 | RE: cost of compliance OSHA citation inspection | Lewis #45 | 751021 |
| 11/30/1983 | Montana Light & Power Co. - J. Davidson. Sold to Granite Concrete | 1 | 7 sacks mixed zonolite concrete. | LW Idaho Tab #12 | 831130 |
| 05/05/1986 | Montana Light & Power Co. | 1 | study and est of time to remove asb pipe covering inside the Libby Powerhouse | LW Idaho Tab #12 | 860505 |
| 06/18/1987 | Champion letter from Ralph Heinert to Dan Miller | 1 | RE: Sample for asbestos, etc. | , Lewis #28 | 870618 |
| 06/29/1987 | Bison Engineering bill for bulk samples for asbestos content | 1 |  | LW Idaho Tab | 870629 |
| 10/06/1987 | Champion memo Shapiro to Kilner | 29 | RE: Industrial Hygiene Survey - Libby (only sampled asbestos in crane caps); WNI, also on fireman in Powerhouse WNI. ACGIH. Asb toxicity | , Lewis #40 | 871006 |
| 04/25/1988 | Champion "Plant Visit & Inspection of Roller Veneer Dryers" by E.W. Cook & Assoc. | 70 |  | LW Idaho Tab #10 | 880425 |
| 07/22/1989 | Champion purchase requisition to Bartels | 2 | remove asb gaskets on boiler #7 | LW Idaho Tab #13 | 890722 |
| 07/26/1989 | Champion Hazard Awareness Training Program (CHAT) | 4 | MSDS sheets on all matl purchased; see trlg on haz; | , Lewis #42 | 890726 |
| 09/20/1989 | Memo Larson to File | 6 | re Bartels removal of asb gaskets. R fit check; notice to MT DOH intent to remove asb; 2 samples | LW Idaho Tab #13 | 890920 |
| 02/13/1990 | Champion memo Heinert to Dan Larson | 3 | RE: Area responsibilities - Environmental and Related Areas. asb removal o/s powerhouse. | , Lewis #38 | 900213 |
| 02/14/1990 | Champion memo Lowel to LeProwse Libby Safety Review | 3 | Nelson in Powerhouse - Don Day. ref to ins carrier recs). | LW Idaho Tab #11 | 900214 |
| 07/10/1990 | Plant Asbestos Survey done after 7/10/90 | 4 | Summary of surveys done in 1987-1990. Planer I, finger jointer, stratan, maint complex, truck barn, fireball & finishop, dry kilns, sawmill, studmill, shed 6 planers | Crill, Lewis #8 | 900710 |
| 09/14/1990 | Purchase Requisition | 1 | 24 bags of 747 grout for dryers. 150 bags 50# premix grout | LW Idaho Tab #2 | 900914 |
| 10/12/1990 | Allendale Ins - Loss Prevention Report | 1 | incl. Mill history. "Special exposures" omits any ref to asb | LW Idaho Tab #11 | 901012 |
| 12/26/1990 | Dryers & Veneer drying text | 1 |  | LW Idaho Tab #3 | 901226 |
| 02/12/1991 | Memo "Cost Effective Smoke Ventilation," C. McAfee | 1 |  | LW Idaho Tab #8 | 910212 |
| 03/15/1991 | Memo Daniels to Safety Committee | 4 |  | LW Idaho Tab #8 | 910315 |
| 05/29/1991 | Memo: Gary Hansen re asbestos training - with certificates | 20 | re: Meeting agenda incl asbestos abatement. "Eng that will need to be done." | LW Idaho Tab #8 | 910529 |
| 06/04/1991 | Champion memo Bob LeProwse to Gary Hanson | 7 |  | , Lewis #31 | 910604 |
| 06/05/1991 | Asb license for Don Day, Bob Cody & Glen Doubek $25 ea (date per certificates) | 1 | RE: Asbestos Air Sampling at Libby boiler. All air samples below OSHA O2 | Crill, Lewis #10 / LW Idaho Tab #13 | 910605 |