IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 14th day of August, 2006, she caused a copy of the following

**LIBBY CLAIMANTS' OBJECTION TO DEBTORS' MOTION TO COMPEL RESPONSES TO THEIR QUESTIONNAIRES**

to be served upon the parties on the attached list via facsimile and first class mail or in the manner as otherwise indicated.

*Cathy A. Adams*
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 14th day of August, 2006.

*Linda M. Rogers*
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

393.001-13445.DOC

| NAME | COMPANY | FACSIMILE NUMBER |
|---|---|---|
| Janet Baer | Kirkland & Ellis LLP | 312-861-2200 |
| Barbara Harding | Kirkland & Ellis LLP | 202-879-5200 |
| James E. O'Neill | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302-652-4400 |
| Lewis Kruger | Stroock & Stroock & Lavan | 212-806-6006 |
| Michael R. Lastowski | Duane, Morris & Heckscher, LLP | 302-657-4901 |
| Scott L. Baena | Bilzin, Sumberg, Dunn, Baena, Price & Axelrod | 305-374-7593 |
| Michael B. Joseph | Ferry & Joseph, P.A. | 302-575-1714 |
| Elihu Inselbuch | Caplin & Drysdale, Chartered | 212-644-6755 |
| Marla Eskin | Campbell & Levine, LLC | 302-426-9947 |
| Thomas M. Mayer | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 |
| Teresa K.D. Currier | Klett Rooney Lieber & Schorling | 302-552-4220 |
| Richard H. Wyron | Swidler Berlin Shereff Friedman, LLP | 202-424-7643 |
| John C. Phillips, Jr. | Phillips, Goldman & Spence, P.A. | 302-655-4210 |
| David Klauder | Office of the United States Trustee | 302-573-6497 |

Janet Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Co-counsel for the Debtors)

Barbara Harding
Kirkland & Ellis, LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005-5793
(Co-counsel for the Debtors)

*Hand Deliver*
James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
(Co-counsel for the Debtors)

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
(Counsel to the Official Committee of Unsecured Creditors)

*Hand Deliver*
Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
(Counsel to the Official Committee of Property Damage Claimants)

*Hand Deliver*
Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801
(Counsel to the Official Committee of Property Damage Claimants)

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(Counsel to the Official Committee of Personal Injury Claimants)

*Hand Deliver*
Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Counsel to the Official Committee of Personal Injury Claimants)

Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
(Counsel to the Official Committee of Equity Holders)

*Hand Deliver*
Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to the Official Committee of Equity Holders)

Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington DC 20007
(Counsel to the Future Claimants' Representative)

*Hand Deliver*
John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel to the Future Claimants' Representative)

*Hand Deliver*
Office of the United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, DE 19801