Date: 05/31/06          Legal Analysis Systems, Inc.
Time: 4:00pm                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
04/25/06   Peterson  / (07) Committee, Creditors'        1.2     840.00
#4507      discussion with Inselbuch re: claims forecast (.2);  700.00
           emails to Liesemer and Ebener re: proof of claim
           data (1.0)

04/25/06   Relles    / (07) Committee, Creditors'        0.6     255.00
#4702      email Liesemer re: Rust data                  425.00

Date: 05/31/06          Legal Analysis Systems, Inc.
Time: 4:00pm                                                    Page 2

        W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/03/06 | Peterson  / (28) Data Analysis | 0.2 | 140.00 |
| #4501 | review request for PV analysis of liability and pv calculation of Lloyd's settlement | 700.00 | |
| 04/03/06 | Relles   / (28) Data Analysis | 0.5 | 212.50 |
| #4701 | compute discounted present value of Equitas allocation amounts | 425.00 | |
| 04/06/06 | Peterson  / (28) Data Analysis | 1.0 | 700.00 |
| #4502 | review emails and attachment re: claims data | 700.00 | |
| 04/13/06 | Peterson  / (28) Data Analysis | 2.0 | 1400.00 |
| #4503 | review data formatting issues for proofs of claim | 700.00 | |
| 04/13/06 | Peterson  / (28) Data Analysis | 3.4 | 2380.00 |
| #4504 | review forecasts and prior report | 700.00 | |
| 04/18/06 | Peterson  / (28) Data Analysis | 2.1 | 1470.00 |
| #4505 | review materials on proof of claim process | 700.00 | |
| 04/25/06 | Peterson  / (28) Data Analysis | 1.5 | 1050.00 |
| #4506 | review data and materials on claims | 700.00 | |
| 04/25/06 | Relles   / (28) Data Analysis | 2.6 | 1105.00 |
| #4703 | review April 2005 computations and methods, replicate projections | 425.00 | |
| 04/27/06 | Relles   / (28) Data Analysis | 3.8 | 1615.00 |
| #4704 | implement variations in data construction, run projections | 425.00 | |
| 04/28/06 | Peterson  / (28) Data Analysis | 0.6 | 420.00 |
| #4508 | telephone Relles re: projection methods and results | 700.00 | |
| 04/28/06 | Peterson  / (28) Data Analysis | 0.7 | 490.00 |
| #4509 | telephone Relles re: discuss final results | 700.00 | |
| 04/28/06 | Peterson  / (28) Data Analysis | 2.2 | 1540.00 |
| #4510 | review analyses and materials re: forecasts | 700.00 | |
| 04/28/06 | Relles   / (28) Data Analysis | 0.6 | 255.00 |
| #4705 | telephone Peterson re: projection methods and results | 425.00 | |
| 04/28/06 | Relles   / (28) Data Analysis | 1.2 | 510.00 |
| #4706 | modify analysis datasets | 425.00 | |

```
Date: 05/31/06            Legal Analysis Systems, Inc.
Time: 4:00pm                                                    Page 3

            W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
 04/28/06  Relles    / (28) Data Analysis                    3.6   1530.00
 #4707     rerun analyses with special treatment for      425.00
           asbestos-related disease

 04/28/06  Relles    / (28) Data Analysis                    0.7    297.50
 #4708     telephone Peterson re: discuss final results   425.00

 04/30/06  Peterson  / (28) Data Analysis                    3.3   2310.00
 #4511     work on plan for analyzing proof of claim data 700.00

 04/30/06  Relles    / (28) Data Analysis                    4.6   1955.00
 #4709     clean up duplicates, rerun projections, summarize 425.00
           effects
--------------------------------------------------------------------------
```

```
Date: 05/31/06           Legal Analysis Systems, Inc.
Time: 4:00pm                                                    Page 4

           W. R. Grace

         Summary Of Time Charges, By Month and Activity
                  April 2006 - April 2006

MONTH      ACTIVITY                              HOURS    AMOUNT
--------------------------------------------------------------------
April     - (07) Committee, Creditors'            1.8    1095.00
April     - (28) Data Analysis                   34.6   19380.00
April     - (99) Total                           36.4   20475.00

Total     - (07) Committee, Creditors'            1.8    1095.00
Total     - (28) Data Analysis                   34.6   19380.00
Total     - (99) Total                           36.4   20475.00

--------------------------------------------------------------------------------
```

{D0060917:1 }

```
Date: 05/31/06          Legal Analysis Systems, Inc.
Time: 4:00pm                                                    Page 5

             W. R. Grace

             Summary Of Time Charges, By Month and Person
                    April 2006 - April 2006

MONTH        PERSON                              HOURS    AMOUNT
---------------------------------------------------------------------
April        - Relles                             18.2   7735.00
April        - Peterson                           18.2  12740.00
April        - Total                              36.4  20475.00

Total        - Relles                             18.2   7735.00
Total        - Peterson                           18.2  12740.00
Total        - Total                              36.4  20475.00
```

--------------------------------------------------------------------------------

```
Date: 05/31/06          Legal Analysis Systems, Inc.
Time: 4:00pm                                              Page 6

          W. R. Grace

      Summary Of Time Charges, By Activity, Month, and Person
              April 2006 - April 2006

MONTH      PERSON                        HOURS   RATE    AMOUNT
---------------------------------------------------------------------
(07) Committee, Creditors'

April      - Relles                        0.6   425.    255.00
April      - Peterson                      1.2   700.    840.00

(28) Data Analysis

April      - Relles                       17.6   425.   7480.00
April      - Peterson                     17.0   700.  11900.00

-------------------------------------------------------------------------------
```

{D0060917:1 }