```
Date: 07/20/06              Legal Analysis Systems, Inc.
Time: 7:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/01/06  Peterson  / (07) Committee, Creditors'            0.6        420.00
 #4801     telephone Relles re: W. R. Grace memo to Inselbuch  700.00

 05/01/06  Relles    / (07) Committee, Creditors'            0.6        255.00
 #5001     telephone Peterson re: W. R. Grace memo to Inselbuch 425.00

 05/02/06  Peterson  / (07) Committee, Creditors'            0.3        210.00
 #4805     telephone Relles re: memo to Inselbuch           700.00

 05/02/06  Peterson  / (07) Committee, Creditors'            4.2       2940.00
 #4806     review results of latest forecasts; draft memo for  700.00
           Inselbuch re: forecasts

 05/02/06  Relles    / (07) Committee, Creditors'            1.4        595.00
 #5004     read, edit, and send memo to Inselbuch (1.1);    425.00
           telephone Peterson (.3) re: same

 05/03/06  Ebener    / (07) Committee, Creditors'            2.0        600.00
 #5303     read materials describing Rust data collection   300.00
           process and preliminary database structure; email
           Liesemer

 05/05/06  Peterson  / (07) Committee, Creditors'            2.7       1890.00
 #4808     conference call with Inselbuch, committee re:    700.00
           liability forecasts (0.7); prepare for call (2.0)

 05/05/06  Peterson  / (07) Committee, Creditors'            0.3        210.00
 #4809     review Inselbuch memo and materials              700.00

 05/05/06  Relles    / (07) Committee, Creditors'            0.4        170.00
 #5006     participate in conference call with committee    425.00

 05/08/06  Ebener    / (07) Committee, Creditors'            0.3         90.00
 #5305     telephone Liesemer re: documentation; email Relles 300.00
           re: Update

 05/09/06  Ebener    / (07) Committee, Creditors'            0.2         60.00
 #5306     email Liesemer re:case management order and timeline 300.00

 05/10/06  Ebener    / (07) Committee, Creditors'            0.3         90.00
 #5307     email Liesemer re: access to Rust web site       300.00
```

{D0063690.1 }

```
Date: 07/20/06              Legal Analysis Systems, Inc.
Time: 7:00pm                                                              Page 2

                       W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/18/06  Peterson   / (07) Committee, Creditors'              2.6     1820.00
 #4814     review Inselbuch memorandum on status of case;     700.00
           review LAS preliminary liability forecasts

 05/26/06  Ebener     / (07) Committee, Creditors'              0.1       30.00
 #5310     telephone Liesemer re: Update                      300.00

 05/30/06  Ebener     / (07) Committee, Creditors'              0.3       90.00
 #5311     telephone Liesemer re: Update                      300.00

 05/31/06  Ebener     / (07) Committee, Creditors'              0.2       60.00
 #5312     telephone Liesemer re: Rust visit                  300.00
```

{D0063690.1 }

```
Date: 07/20/06            Legal Analysis Systems, Inc.
Time: 7:00pm                                                          Page 3

                          W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 05/01/06  Ebener    / (28) Data Analysis                    0.5      150.00
 #5301     telephone Peterson re: claims data              300.00

 05/01/06  Peterson  / (28) Data Analysis                    0.3      210.00
 #4802     telephone Relles re: review status of work,     700.00
           production schedule

 05/01/06  Peterson  / (28) Data Analysis                    0.5      350.00
 #4803     telephone Ebener re: claims data                700.00

 05/01/06  Peterson  / (28) Data Analysis                    1.3      910.00
 #4804     work on new forecast of asbestos liability; review 700.00
           parameters

 05/01/06  Relles    / (28) Data Analysis                    1.4      595.00
 #5002     revise projections for alternative payment values 425.00

 05/01/06  Relles    / (28) Data Analysis                    0.3      127.50
 #5003     telephone Peterson re: review status of work,   425.00
           production schedule

 05/02/06  Ebener    / (28) Data Analysis                    1.4      420.00
 #5302     conference call re: data collection with Peterson 300.00
           and Relles

 05/02/06  Peterson  / (28) Data Analysis                    2.4     1680.00
 #4807     telephone Ebener and Relles re: Rust data collection 700.00
           (1.4); review claims data elements (1.0)

 05/02/06  Relles    / (28) Data Analysis                    1.4      595.00
 #5005     telephone Ebener and Peterson re: Rust data     425.00
           collection

 05/06/06  Ebener    / (28) Data Analysis                    1.0      300.00
 #5304     review documentation of Rust process            300.00

 05/08/06  Relles    / (28) Data Analysis                    0.3      127.50
 #5007     email correspondence, Ebener re: Rust data      425.00
           collection issues

 05/11/06  Peterson  / (28) Data Analysis                    1.4      980.00
 #4810     address claims data issues                      700.00

 05/12/06  Peterson  / (28) Data Analysis                    2.9     2030.00
 #4811     review claims data and documentation            700.00
```

{D0063690.1 }

```
Date: 07/20/06            Legal Analysis Systems, Inc.
Time: 7:00pm                                                           Page  4

                     W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 05/13/06  Ebener   / (28) Data Analysis                          1.5     450.00
 #5308     review Asbestos Claimants questionnaire and          300.00
           appendices

 05/13/06  Peterson  / (28) Data Analysis                         2.8    1960.00
 #4812     review claims data and documentation                 700.00

 05/14/06  Ebener   / (28) Data Analysis                          3.0     900.00
 #5309     review case management order; draft questions re:    300.00
           Instruments and procedures

 05/16/06  Peterson  / (28) Data Analysis                         3.4    2380.00
 #4813     review Sealed Air forecasts                          700.00

 05/19/06  Peterson  / (28) Data Analysis                         1.8    1260.00
 #4815     review claim filings                                 700.00

 05/31/06  Peterson  / (28) Data Analysis                         4.2    2940.00
 #4816     review Debtor's claims database                      700.00
-------------------------------------------------------------------------------
```

```
Date: 07/20/06              Legal Analysis Systems, Inc.
Time: 7:00pm                                                            Page 5

                     W. R. Grace

               Summary Of Time Charges, By Month and Activity
                         May 2006 - May 2006

   MONTH        ACTIVITY                                     HOURS     AMOUNT
   ----------------------------------------------------------------------------
   May        - (07) Committee, Creditors'                    16.5    9530.00
   May        - (28) Data Analysis                            31.8   18365.00
   May        - (99) Total                                    48.3   27895.00

   Total      - (07) Committee, Creditors'                    16.5    9530.00
   Total      - (28) Data Analysis                            31.8   18365.00
   Total      - (99) Total                                    48.3   27895.00

   -----------------------------------------------------------------------------
```

{D0063690.1 }

```
Date: 07/20/06              Legal Analysis Systems, Inc.
Time: 7:00pm                                                                    Page 6

                     W. R. Grace

               Summary Of Time Charges, By Month and Person
                       May 2006 - May 2006

    MONTH       PERSON                                            HOURS     AMOUNT
    ------------------------------------------------------------------------------
    May         - Relles                                            5.8     2465.00
    May         - Peterson                                         31.7    22190.00
    May         - Ebener                                           10.8     3240.00
    May         - Total                                            48.3    27895.00

    Total       - Relles                                            5.8     2465.00
    Total       - Peterson                                         31.7    22190.00
    Total       - Ebener                                           10.8     3240.00
    Total       - Total                                            48.3    27895.00

    ------------------------------------------------------------------------------
```

{D0063690.1 }

```
Date: 07/20/06            Legal Analysis Systems, Inc.
Time: 7:00pm                                                           Page 7

                  W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                       May 2006 - May 2006

 MONTH      PERSON                              HOURS    RATE    AMOUNT
------------------------------------------------------------------------
 (07) Committee, Creditors'

 May       - Relles                               2.4    425.    1020.00
 May       - Peterson                            10.7    700.    7490.00
 May       - Ebener                               3.4    300.    1020.00

 (28) Data Analysis

 May       - Relles                               3.4    425.    1445.00
 May       - Peterson                            21.0    700.   14700.00
 May       - Ebener                               7.4    300.    2220.00

------------------------------------------------------------------------
```

{D0063690.1 }