```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/13/06  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    140.00
 #5117     Telephone Relles re: Rabinovitz request               700.00

 06/13/06  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2     85.00
 #5323     Telephone Peterson re: Rabinovitz request             425.00

 06/16/06  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    280.00
 #5120     Review material requested by Rabinovitz               700.00

 06/20/06  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    140.00
 #5126     Telephone Relles re: Rabinovitz                      700.00

 06/20/06  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2     85.00
 #5330     Telephone Peterson re: Rabinovitz                    425.00

 06/21/06  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    700.00
 #5127     Review materials sent to Rabinovitz                  700.00
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 2

                    W. R. Grace


Date/Slip#  Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 06/05/06   Ebener    / (07) Committee, Creditors'             0.3       90.00
 #5606      telephone Liesemer, Finch re: CD documentation   300.00

 06/05/06   Ebener    / (07) Committee, Creditors'             0.3       90.00
 #5608      telephone Davis re: site visit                   300.00

 06/11/06   Relles    / (07) Committee, Creditors'             0.4      170.00
 #5319      telephone Finch re: Rust data, additional data   425.00
            collection

 06/13/06   Relles    / (07) Committee, Creditors'             0.4      170.00
 #5324      email Inselbuch re: Rabinovitz request for       425.00
            information

 06/14/06   Ebener    / (07) Committee, Creditors'             0.4      120.00
 #5630      telephone Peterson, Finch                        300.00

 06/14/06   Peterson  / (07) Committee, Creditors'             0.4      280.00
 #5118      Telephone Finch and Ebener re: claims data       700.00

 06/14/06   Peterson  / (07) Committee, Creditors'             2.5     1750.00
 #5119      Meet with Finch re: claims data                  700.00

 06/16/06   Peterson  / (07) Committee, Creditors'             1.1      770.00
 #5121      Telephone Finch and review emails re: claims data 700.00

 06/19/06   Peterson  / (07) Committee, Creditors'             0.5      350.00
 #5122      Conference call with Finch, Relles re: claims data 700.00

 06/19/06   Relles    / (07) Committee, Creditors'             0.5      212.50
 #5325      conference call with Finch and Peterson re: Rust 425.00
            shipments

 06/20/06   Relles    / (07) Committee, Creditors'             0.1       42.50
 #5327      telephone Kathy Davis (Rust) re: sample selection 425.00
            database

 06/23/06   Peterson  / (07) Committee, Creditors'             1.3      910.00
 #5130      Telephone Relles (several) (.8) re: law firm lists, 700.00
            Eveland; telephone Finch (.5) re: same

 06/23/06   Relles    / (07) Committee, Creditors'             1.8      765.00
 #5336      determine top 20 law firms; email Finch and others 425.00
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 3

                         W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 06/27/06  Peterson  / (07) Committee, Creditors'               1.3     910.00
 #5133     Telephone Finch; Relles; address Rust data         700.00
           processing issues

 06/27/06  Relles    / (07) Committee, Creditors'               0.4     170.00
 #5341     email Liesemer and Finch re: Grace sampling database 425.00

 06/27/06  Relles    / (07) Committee, Creditors'               1.3     552.50
 #5342     Telephone Finch; Peterson; address Rust data        425.00
           processing issues
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page  4

                    W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/01/06  Ebener    / (28) Data Analysis                        0.4     120.00
 #5601     Telephone Peterson re: data collection              300.00

 06/01/06  Peterson  / (28) Data Analysis                        0.7     490.00
 #5101     Telephone Ebener (.4); telephone Rust (.3) re: data 700.00
           collection for bodily injury claims

 06/01/06  Relles    / (28) Data Analysis                        0.2      85.00
 #5301     search old emails for contact at Rust               425.00

 06/02/06  Ebener    / (28) Data Analysis                        0.2      60.00
 #5602     call Rust re: site visit                            300.00

 06/02/06  Ebener    / (28) Data Analysis                        0.2      60.00
 #5603     email Peterson and Relles re: site visit            300.00

 06/02/06  Ebener    / (28) Data Analysis                        0.6     180.00
 #5604     discuss Caplin-Drysdale claims with Peterson        300.00

 06/02/06  Peterson  / (28) Data Analysis                        0.6     420.00
 #5102     discuss with Ebener claims form data forwarded by  700.00
           Caplin and Drysdale

 06/02/06  Relles    / (28) Data Analysis                        1.5     637.50
 #5302     look through tiff files, email Ebener and Peterson  425.00

 06/03/06  Ebener    / (28) Data Analysis                        0.5     150.00
 #5605     download tiff file, examine contents                300.00

 06/05/06  Ebener    / (28) Data Analysis                        0.3      90.00
 #5607     telephone Rust re: site visit                       300.00

 06/05/06  Ebener    / (28) Data Analysis                        0.3      90.00
 #5609     telephone Washburn re: site visit                   300.00

 06/05/06  Ebener    / (28) Data Analysis                        0.8     240.00
 #5610     email Peterson, Relles on CD and site visit         300.00
           discussion with Washburn

 06/05/06  Relles    / (28) Data Analysis                        0.4     170.00
 #5303     correspondence with Ebener re: visit to Rust        425.00

 06/06/06  Ebener    / (28) Data Analysis                        0.9     270.00
 #5611     email Peterson, Relles re: notes on Rust process    300.00
           from Call with Washburn
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 5

                    W. R. Grace


Date/Slip#  Description                                 HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/06/06   Ebener   / (28) Data Analysis                     0.3      90.00
 #5612      email Liesemer to update on travel to Rust      300.00

 06/06/06   Ebener   / (28) Data Analysis                     0.4     120.00
 #5613      email G.Washburn with advance documentation request  300.00

 06/06/06   Ebener   / (28) Data Analysis                     0.9     270.00
 #5614      review sample PIQ and note questions on processing  300.00

 06/06/06   Peterson / (28) Data Analysis                     0.5     350.00
 #5103      telephone Relles re: claims data                700.00

 06/06/06   Relles   / (28) Data Analysis                     2.9    1232.50
 #5304      work on deciphering Rust summary database       425.00

 06/06/06   Relles   / (28) Data Analysis                     0.5     212.50
 #5305      correspondence with Ebener re: trip to Rust    425.00

 06/06/06   Relles   / (28) Data Analysis                     1.8     765.00
 #5306      convert several personal injury questionnaires to  425.00
            pdfs for viewing

 06/06/06   Relles   / (28) Data Analysis                     0.5     212.50
 #5307      send personal injury questionnaires to Peterson and  425.00
            Ebener

 06/06/06   Relles   / (28) Data Analysis                     0.5     212.50
 #5308      telephone Peterson re: claims data              425.00

 06/07/06   Peterson / (28) Data Analysis                     5.3    3710.00
 #5104      Review copies of claims questionnaires          700.00

 06/08/06   Ebener   / (28) Data Analysis                     0.2      60.00
 #5615      telephone Peterson re: Rust                    300.00

 06/08/06   Ebener   / (28) Data Analysis                     1.3     390.00
 #5616      inspect PDF files from Rust transmittal CD     300.00

 06/08/06   Ebener   / (28) Data Analysis                     0.3      90.00
 #5617      email Washburn re: visit                       300.00

 06/08/06   Peterson / (28) Data Analysis                     2.1    1470.00
 #5105      Review claims data                             700.00
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 6

                  W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/08/06   Peterson   / (28) Data Analysis                      0.5     350.00
 #5106      Telephone Relles (.3), Ebener (.2) re: access to   700.00
            Rust

 06/08/06   Relles     / (28) Data Analysis                      0.3     127.50
 #5309      Telephone Peterson re: access to Rust              425.00

 06/09/06   Ebener     / (28) Data Analysis                      0.2      60.00
 #5618      email Rust re: site visit                          300.00

 06/09/06   Ebener     / (28) Data Analysis                      0.8     240.00
 #5619      inspect PDFs from CD                               300.00

 06/09/06   Peterson   / (28) Data Analysis                      2.1    1470.00
 #5107      Review data from Rust                              700.00

 06/09/06   Relles     / (28) Data Analysis                      3.8    1615.00
 #5310      organize 26 tables from Rust into flat files, clean 425.00
            up dictionaries

 06/10/06   Ebener     / (28) Data Analysis                      0.8     240.00
 #5620      telephone Relles re: travel plans, Rust coding and 300.00
            documentation

 06/10/06   Ebener     / (28) Data Analysis                      2.0     600.00
 #5621      compare PDF and database records                   300.00

 06/10/06   Ebener     / (28) Data Analysis                      0.8     240.00
 #5622      prepare for site visit                             300.00

 06/10/06   Ebener     / (28) Data Analysis                      0.9     270.00
 #5623      telephone Relles and Peterson re: Rust visit       300.00

 06/10/06   Peterson   / (28) Data Analysis                      1.2     840.00
 #5108      telephone Relles re; Grace data, Rust coding,      700.00
            printouts

 06/10/06   Peterson   / (28) Data Analysis                      2.4    1680.00
 #5109      Review data from Rust                              700.00

 06/10/06   Peterson   / (28) Data Analysis                      0.6     420.00
 #5110      Review data collection structure                   700.00

 06/10/06   Peterson   / (28) Data Analysis                      0.9     630.00
 #5111      conference call with Ebener and Relles re: Rust   700.00
            coding of data
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 7

                    W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 06/10/06  Relles    / (28) Data Analysis                       2.3    977.50
 #5311     develop formatted printouts of all Rust tables for  425.00
           review; review printouts

 06/10/06  Relles    / (28) Data Analysis                       1.2    510.00
 #5312     telephone Peterson re; Grace data, Rust coding,     425.00
           printouts

 06/10/06  Relles    / (28) Data Analysis                       0.8    340.00
 #5313     telephone Ebener re: travel plans, Rust coding and  425.00
           documentation

 06/10/06  Relles    / (28) Data Analysis                       2.6   1105.00
 #5314     prepare listings of data, claim forms, and          425.00
           documentation for conference call with Ebener and
           Peterson

 06/10/06  Relles    / (28) Data Analysis                       1.2    510.00
 #5315     prepare additional listings for review; send to     425.00
           Ebener and Peterson

 06/10/06  Relles    / (28) Data Analysis                       1.3    552.50
 #5316     conference call with Ebener and Peterson re: Rust   425.00
           coding of data (0.9); develop strategy for what to
           seek at Rust (0.4)

 06/11/06  Ebener    / (28) Data Analysis                       0.3     90.00
 #5624     telephone Peterson re: Rust trip cancellation       300.00

 06/11/06  Ebener    / (28) Data Analysis                       0.4    120.00
 #5625     telephone Relles re: claims sampling process        300.00

 06/11/06  Ebener    / (28) Data Analysis                       0.3     90.00
 #5626     telephone Peterson re: claim sampling               300.00

 06/11/06  Ebener    / (28) Data Analysis                       0.2     60.00
 #5627     cancel travel arrangements                          300.00

 06/11/06  Ebener    / (28) Data Analysis                       0.4    120.00
 #5628     email Relles re: data capture                       300.00

 06/11/06  Peterson  / (28) Data Analysis                       1.2    840.00
 #5112     telephone Relles (several) re: Rust data, additional 700.00
           data collection
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 8

                    W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/11/06  Peterson  / (28) Data Analysis                        3.3     2310.00
 #5113     Review sample of claims data                        700.00

 06/11/06  Peterson  / (28) Data Analysis                        0.6      420.00
 #5114     telephone Ebener (2 calls) re: Rust trip            700.00
           cancellation, claims sampling

 06/11/06  Relles    / (28) Data Analysis                        0.4      170.00
 #5317     telephone Ebener re: Rust data, additional data     425.00
           collection

 06/11/06  Relles    / (28) Data Analysis                        1.2      510.00
 #5318     telephone Peterson (several) re: Rust data,         425.00
           additional data collection

 06/11/06  Relles    / (28) Data Analysis                        1.7      722.50
 #5320     review several Rust questionnaire forms, compare to 425.00
           database

 06/12/06  Ebener    / (28) Data Analysis                        0.7      210.00
 #5629     telephone Peterson, Relles re: coding sample of     300.00
           claims

 06/12/06  Peterson  / (28) Data Analysis                        0.7      490.00
 #5115     telephone Ebener and Relles re: supplementary Grace 700.00
           data

 06/12/06  Peterson  / (28) Data Analysis                        1.1      770.00
 #5116     Review claims submitted to Grace                    700.00

 06/12/06  Relles    / (28) Data Analysis                        1.3      552.50
 #5321     review status of Grace data for Ebener/Peterson     425.00
           phone call

 06/12/06  Relles    / (28) Data Analysis                        0.7      297.50
 #5322     telephone Ebener and Peterson re: supplementary     425.00
           Grace data

 06/19/06  Peterson  / (28) Data Analysis                        3.2     2240.00
 #5123     Review claims data                                  700.00

 06/19/06  Relles    / (28) Data Analysis                        1.4      595.00
 #5326     send sample of Rust images and database entries to  425.00
           Caplin-Drysdale's consultants
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 9

                      W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
06/20/06   Peterson   / (28) Data Analysis                   0.5      350.00
#5124      telephone Relles re: Rust data                  700.00

06/20/06   Peterson   / (28) Data Analysis                   3.2     2240.00
#5125      Review Rust data                                700.00

06/20/06   Relles     / (28) Data Analysis                   0.8      340.00
#5328      telephone Eveland re: Rust data                 425.00

06/20/06   Relles     / (28) Data Analysis                   0.5      212.50
#5329      telephone Peterson re: Rust data                425.00

06/21/06   Relles     / (28) Data Analysis                   0.8      340.00
#5331      emails to property damage experts regarding data 425.00
           processing

06/21/06   Relles     / (28) Data Analysis                   2.9     1232.50
#5332      work on linking Rust questionnaire data to Grace 425.00
           open claims files

06/22/06   Peterson   / (28) Data Analysis                   1.7     1190.00
#5128      Review claims database and analyses             700.00

06/22/06   Relles     / (28) Data Analysis                   2.7     1147.50
#5333      link questionnaire data to Grace open claims files; 425.00
           analyze differences in key forecast variables

06/23/06   Peterson   / (28) Data Analysis                   0.5      350.00
#5129      Conference call with Eveland and Relles re: Rust 700.00
           questionnaires

06/23/06   Peterson   / (28) Data Analysis                   1.7     1190.00
#5131      Review Verus issues; review Rust data collection 700.00

06/23/06   Relles     / (28) Data Analysis                   0.7      297.50
#5334      review Verus data dictionaries                  425.00

06/23/06   Relles     / (28) Data Analysis                   0.5      212.50
#5335      conference call with Eveland re: Rust questionnaires 425.00

06/23/06   Relles     / (28) Data Analysis                   0.5      212.50
#5337      Conference call with Eveland and Peterson re: Rust 425.00
           questionnaires
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 10

                        W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 06/23/06  Relles    / (28) Data Analysis                     0.8    340.00
 #5338     Telephone Peterson (several) re: law firm lists,  425.00
           Eveland

 06/24/06  Relles    / (28) Data Analysis                     2.5   1062.50
 #5339     run projections with transition matrix based on   425.00
           questionnaire data

 06/25/06  Peterson  / (28) Data Analysis                     1.2    840.00
 #5132     Address issues with regard to claims data         700.00

 06/25/06  Relles    / (28) Data Analysis                     0.3    127.50
 #5340     email Eveland re: Grace data collection           425.00

 06/27/06  Peterson  / (28) Data Analysis                     4.3   3010.00
 #5134     Compare response from claimants to Rust data      700.00
-----------------------------------------------------------------------------
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 11

                                 W. R. Grace

                  Summary Of Time Charges, By Month and Activity
                             June 2006 - June 2006

    MONTH       ACTIVITY                                        HOURS      AMOUNT
    ---------------------------------------------------------------------------
    June     - (05) Claims Anal Objectn/Resolutn (Asbest)         2.2     1430.00
    June     - (07) Committee, Creditors'                        13.0     7352.50
    June     - (28) Data Analysis                                97.0    50327.50
    June     - (99) Total                                       112.2    59110.00

    Total    - (05) Claims Anal Objectn/Resolutn (Asbest)         2.2     1430.00
    Total    - (07) Committee, Creditors'                        13.0     7352.50
    Total    - (28) Data Analysis                                97.0    50327.50
    Total    - (99) Total                                       112.2    59110.00

    ---------------------------------------------------------------------------
```

{D0063706.1 }

```
Date: 07/21/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 12

                         W. R. Grace

                Summary Of Time Charges, By Month and Person
                          June 2006 - June 2006

    MONTH       PERSON                                          HOURS      AMOUNT
    ---------------------------------------------------------------------------
    June        - Relles                                         46.8   19890.00
    June        - Peterson                                       49.0   34300.00
    June        - Ebener                                         16.4    4920.00
    June        - Total                                         112.2   59110.00

    Total       - Relles                                         46.8   19890.00
    Total       - Peterson                                       49.0   34300.00
    Total       - Ebener                                         16.4    4920.00
    Total       - Total                                         112.2   59110.00

    ---------------------------------------------------------------------------
```

{D0063706.1 }

```
Date: 07/21/06          Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 13

                    W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                      June 2006 - June 2006

 MONTH      PERSON                                HOURS    RATE     AMOUNT
 ---------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 June      - Relles                                 0.4    425.      170.00
 June      - Peterson                               1.8    700.     1260.00

 (07) Committee, Creditors'

 June      - Relles                                 4.9    425.     2082.50
 June      - Peterson                               7.1    700.     4970.00
 June      - Ebener                                 1.0    300.      300.00

 (28) Data Analysis

 June      - Relles                                41.5    425.    17637.50
 June      - Peterson                               40.1   700.    28070.00
 June      - Ebener                                15.4    300.     4620.00

 ---------------------------------------------------------------------------
```

{D0063706.1 }

```
Date: 07/21/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 14

                  W. R. Grace Expenses



   Thousand Oaks-Minneapolis Travel Expenses (Ebener)          $210.00




       Explanation of Expenses
       -----------------------

       I am out of pocket $844.60 because of a trip booked to Minneapolis
       to visit Rust consulting, the debtor's data collection agent.
       This trip was canceled last-minute through objections by Barbara
       Harding of Kirkland-Ellis.

       I submit now only for $210, which is the rebooking fee on my
       tickets because it was two different itineraries since I was
       enroute to NY instead of Roundtrip from LA, plus the Expedia
       booking fee of $5 per itinerary.

       The credit on Northwest Airlines is for $634.60 of the $844.60 IF
       the ticket is rebooked on NW, w/in 90 days of the orginal flight
       date, which was June 11th.  So after 90 days if I have not
       rebooked the flight the credit is gone and I will then submit for
       reimbursement of an additional $644.60.

       Patricia Ebener

--------------------------------------------------------------------------------
```

{D0063706.1 }