# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:      100055.WRG01

May 25, 2006                                                INVOICE:         208391

c/o Peter Vanlockwood, Esq.                                 DATE:      May 25, 2006
Caplin & Drysdale                                           MATTER:    100055.WRG01
One Thomas Circle                                           INVOICE:         208391
Washington, DC 20005

**MATTER:** CLAIMANTS COMMITTEE                                            Robert M Horkovich

**PROFESSIONAL SERVICES through 04/30/06**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/03/06 | Created CD's for distribution to committees. | W001 | MCN | 0.30 |
| 04/03/06 | Relate info to PD committee (.20); review and approve memo (.10); transmit Grace policies to PD committee (.10). | W001 | RMH | 0.40 |
| 04/04/06 | Producing excess policy documents for H. Gershman. | W001 | DL | 0.80 |
| 04/04/06 | Insurance policy analysis re: asbestos exclusions. | W001 | GFF | 0.40 |
| 04/04/06 | Began post-1984 asbestos-exclusion analysis project: policies located, reproduced, reviewed, discussed and charted for relevant asbestos exclusion language. | W001 | HEG | 7.00 |
| 04/04/06 | Began to review 1984-1985 insurance policies re: type of "asbestos" exclusion. | W001 | IF | 1.60 |
| 04/04/06 | Meeting with Future Rep counsel regarding Lloyd's settlement (1.00); meeting with Mr. Inselbuch and conference with Mr. Budd (1.00); confer with Mr. Posner (.20). | W001 | RMH | 2.20 |
| 04/05/06 | Analysis of selected umbrella/excess policies re: asbestos exclusions. | W001 | GFF | 1.70 |
| 04/05/06 | Continued to organize, review and discuss post-1984 asbestos exclusion policy language and chart same. | W001 | HEG | 4.50 |
| 04/05/06 | Reviewed W.R. Grace insurance policies 1984-1985 re: "type of asbestos exclusion." | W001 | IF | 1.90 |
| 04/05/06 | Preparation of CD's for distribution to committees | W001 | MCN | 0.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE     MATTER:     100055.WRG01

May 25, 2006     INVOICE:     208391

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/05/06 | Attention to Lloyd's settlement. | W001 | RMH | 1.10 |
| 04/06/06 | Ongoing policy review and discussions re relevant asbestos exclusion language in post-1984 policies (3.30); determinations charted for eventual distribution with position memo (3.70) | W001 | HEG | 7.00 |
| 04/07/06 | Analysis of selected umbrella/excess policies re: follow form issues and asbestos exclusions. | W001 | GFF | 1.40 |
| 04/07/06 | Continued asbestos exclusion language review and charting as requested | W001 | HEG | 2.50 |
| 04/07/06 | Continued to review W.R. Grace insurance policies 1984-1987 re: "asbestos exclusion." | W001 | IF | 1.80 |
| 04/10/06 | Review of time entries. | W011 | ACS | 0.10 |
| 04/10/06 | Review and analyze existing Grace settlement with Lloyd's (1.00); communicate with future rep. counsel (.10). | W001 | RMH | 1.10 |
| 04/10/06 | Review potential Lloyds settlement issues. | W001 | RYC | 0.40 |
| 04/11/06 | Producing excess policy documents for R. Chung and H. Gershman | W001 | DL | 1.30 |
| 04/11/06 | Policy wording research and analysis completed (2.90); data memorialized and findings presented to R. Horkovich (1.70); R. Chung provided with necessary backup documents to further evaluate findings (.40). | W001 | HEG | 5.00 |
| 04/11/06 | Reviewed information re: "asbestos exclusion" in 1984-1987 W.R. Grace insurance policies. | W001 | IF | 1.90 |
| 04/11/06 | Analysis of policies with asbestos exclusions. | W001 | RMH | 1.00 |
| 04/11/06 | Meeting re. outstanding available unsettled insurance coverage (3.00); and review policy and settlement information and documents (2.20). | W001 | RYC | 5.20 |
| 04/12/06 | Communicate info to PD committee. | W001 | RMH | 0.10 |
| 04/12/06 | Draft memo and research regarding potential collection of post-1984 insurance policies. | W001 | RYC | 5.20 |
| 04/13/06 | Logged, filed and coordinated with records department in updating materials | W001 | NJB | 1.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 25, 2006 | | INVOICE: | | 208391 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/13/06 | Review historical settlements for potential recovery from unsettled policies. | W001 | RYC | 5.50 |
| 04/14/06 | Additional settlement agreement documentation requested by R. Chung. | W001 | HEG | 2.50 |
| 04/14/06 | Review historical settlements for potential recovery from unsettled policies and research re. follow-form issues. | W001 | RYC | 5.50 |
| 04/17/06 | Review unsettled policies for potential asbestos coverage and research in connection therewith. | W001 | RYC | 6.00 |
| 04/18/06 | Review and comment upon fee applications. | W011 | RYC | 0.10 |
| 04/18/06 | Examine unsettled insurance policies for potential asbestos coverage and research re. asbestos exclusions. | W001 | RYC | 6.20 |
| 04/19/06 | Examine unsettled insurance policies for potential asbestos coverage and prepare memo regarding same. | W001 | RYC | 6.50 |
| 04/20/06 | Research regarding follow-form clauses. | W001 | RYC | 2.00 |
| 04/21/06 | Searched files and in-house database resources re: "pre-printed terms" language and "following form" endorsement (.90); gave materials to Robert Chung (.10). | W001 | IF | 1.00 |
| 04/21/06 | Examine unsettled insurance policies for potential asbestos coverage (3.10); follow-up research re. follow-form clauses (1.90). | W001 | RYC | 5.00 |
| 04/24/06 | Research and revise memo regarding potential collection of post-1984 insurance policies. | W001 | RYC | 3.30 |
| 04/25/06 | Finalized and forward time entries to local counsel. | W011 | ACS | 0.20 |
| 04/25/06 | Spoke to Robert Chung and began to search files and in-house resources re: insurance company parent/group information, "asbestos exclusion" and "following form endorsement" (.90); gave materials and information to Robert Chung (.10) | W001 | IF | 1.00 |
| 04/25/06 | Research and revise memo regarding asbestos exclusions. | W001 | RYC | 5.80 |
| 04/26/06 | Additional post-1984 policy data requested by R. Chung | W001 | HEG | 2.00 |

{D0060674:1 }NYDOCS1-823635.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

|  |  |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| May 25, 2006 | INVOICE:              208391 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/26/06 | Searched files and in-house resources re: insurance company parent/group information, "asbestos exclusion" and "following form endorsement" (1.40); gave materials and information to Robert Chung (.10). | W001 | IF | 1.50 |
| 04/26/06 | Research and revise memo regarding potential collection of post-1984 insurance policies. | W001 | RYC | 7.20 |
| 04/27/06 | Searched files and in-house resources re: "asbestos exclusions" and "following form endorsement" (.40); gave materials and information to Robert Chung (.10). | W001 | IF | 0.50 |
| 04/27/06 | Research and revise memo regarding potential collection of post-1984 insurance policies. | W001 | RYC | 6.40 |
| 04/28/06 | Research re. coverage issues and revise memo regarding potential collection of post-1984 insurance policies. | W001 | RYC | 6.50 |

**TOTAL FEES:**                                                                       **$45,257.00**

### FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 0.30 | 60.00 |
| Daryl Lyew | 190.00 | 2.10 | 399.00 |
| Glenn F Fields | 250.00 | 3.50 | 875.00 |
| Harris E Gershman | 210.00 | 30.50 | 6,405.00 |
| Izak Feldgreber | 220.00 | 11.20 | 2,464.00 |
| Michaela C Nitoi | 80.00 | 0.80 | 64.00 |
| Nicholas J Balsdon | 140.00 | 1.00 | 140.00 |
| Robert M Horkovich | 700.00 | 5.90 | 4,130.00 |
| Robert Y Chung | 400.00 | 76.80 | 30,720.00 |
| **TOTAL FEES:** |  |  | **$45,257.00** |

### SUMMARY OF SERVICES BY ACTIVITY

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| May 25, 2006 | INVOICE: | 208391 |

**THIS BILLING PERIOD**

ACTIVITY CODE: W001       Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---:|---:|
| Daryl Lyew | 2.10 | 399.00 |
| Glenn F Fields | 3.50 | 875.00 |
| Harris E Gershman | 30.50 | 6,405.00 |
| Izak Feldgreber | 11.20 | 2,464.00 |
| Michaela C Nitoi | 0.80 | 64.00 |
| Nicholas J Balsdon | 1.00 | 140.00 |
| Robert M Horkovich | 5.90 | 4,130.00 |
| Robert Y Chung | 76.70 | 30,680.00 |
| **TOTAL:** | **131.70** | **45,157.00** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---:|---:|
| Anne C Suffern | 0.30 | 60.00 |
| Robert Y Chung | 0.10 | 40.00 |
| **TOTAL:** | **0.40** | **100.00** |

| | | |
|---|---|---:|
| **TOTAL LEGAL FEES** | | **$45,257.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:        100055.WRG01

May 25, 2006                                                            INVOICE:       208391

### COSTS through 04/30/06

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 03/28/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 342339381 Tracking Number: 791421390021 Reference: 100055 WRG01 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: W D Hilton, Jr, Fuller Austin Settlement Trust, 2716 Lee St, GREENVILLE, TX, 75401, US | E107 | 22.82 |
| 03/28/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 342339381 Tracking Number: 790861965286 Reference: 100055 WRG01 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mark T Hurford, Esq, Campbell & Levine, LLC, 800 King St, WILMINGTON, DE, 19801, US | E107 | 12.62 |
| 04/03/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 343652739 Tracking Number: 791431365672 Reference: 100055 WRG01 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: W D Hilton, Jr, Fuller Austin Settlement Trust, 2716 Lee St, GREENVILLE, TX, 75401, US | E107 | 15.13 |
| 04/05/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 344971008 Tracking Number: 790383451449 Reference: 100055 WRG01 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mark T Hurford, Esq, Campbell & Levine, LLC, 800 King St, WILMINGTON, DE, 19801, US | E107 | 9.21 |
| 04/05/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 344971008 Tracking Number: 790383404866 Reference: 100055 WRG01 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Nathan Finch, Esq, Caplin & Drysdale, 1 Thomas Cir NW, WASHINGTON, DC, 20005, US | E107 | 10.86 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:         100055.WRG01

May 25, 2006                                      INVOICE:              208391

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 04/05/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 344971008 Tracking Number: 790875321405 Reference: 100055 WRG01 Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americ as , NEW YORK CITY, NY, 10020, US To: W  D  Hil ton, Jr, Fuller Austin Settlement Trust, 2716 Le e St  , GREENVILLE, TX, 75401, US | E107 | 15.13 |
| 04/11/06 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 04/11/06 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/14/06 | DI - PHOTOCOPYING - | E101 | 605.00 |
| 04/14/06 | DI - PHOTOCOPYING - | E101 | 1.75 |
| 04/21/06 | DI - PHOTOCOPYING - | E101 | 3.50 |
| 04/26/06 | DI - PHOTOCOPYING - | E101 | 6.75 |
| 04/26/06 | DI - PHOTOCOPYING - | E101 | 2.25 |
| **TOTAL COSTS:** | | | **$705.77** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 85.77 |
| XE | DI - PHOTOCOPYING - | 620.00 |
| | **TOTAL COSTS:** | **$705.77** |