# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| July 25, 2006 | INVOICE:              210457 |

| | |
|---|---|
| c/o Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE:       July 25, 2006<br>MATTER:   100055.WRG01<br>INVOICE:              210457 |

**MATTER:** CLAIMANTS COMMITTEE                                Robert M Horkovich

### PROFESSIONAL SERVICES through 06/30/06

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/01/06 | Analysis of selected umbrella policies (1980's) re: asbestos exclusion/bodily injury coverage issues. | W001 | GFF | 0.90 |
| 06/01/06 | Continued to analyze, discuss and chart various Grace CGL policy issues for R. Horkovich & R. Chung (1.70); primary policies reviewed for language (.60); All Lloyd's policies analyzed for Underwriter participation issues (1.90); all pre-1962 policies reviewed and charted for possible inclusion in any settlement (.80). | W001 | HEG | 5.00 |
| 06/01/06 | Continued to review Grace insurance policies re: "asbestos exclusion" and "premises BI coverage." | W001 | IF | 1.50 |
| 06/01/06 | Continued to review Grace insurance policy for Premises BI Limits of Liability information. | W001 | IF | 1.60 |
| 06/01/06 | Create color-coded insurance chart. | W001 | KS | 0.80 |
| 06/01/06 | Edit opposition to London settlement. | W001 | RMH | 3.00 |
| 06/02/06 | Loading Rust Consulting document images into Ipro project for review by I. Feldgreber | W001 | DL | 0.20 |
| 06/02/06 | Continued review and analysis of all CGL primaries as well as certain excess umbrellas for language issues | W001 | HEG | 3.00 |
| 06/02/06 | Continued to review and revise BI premises Limit information for 1985-1987 and primary GL insurance policies. | W001 | IF | 1.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| July 25, 2006 | | INVOICE: | | 210457 |

| Date | Description | | | Hours |
|---|---|---|---|---|
| 06/02/06 | Review and provide comments on opposition to London settlement. | W001 | RMH | 1.00 |
| 06/02/06 | Claimants' meeting re: objections to Grace settlement and Grace's remaining coverage (1.5); final review and comments re: objections to Equitas settlement including joinder by future claimants (1.3); review documentation received in connection with Libby claimants (1.2). | W001 | RYC | 4.00 |
| 06/05/06 | Continued CGL policy review, color chart editing and specific London Market coverage issue analysis. | W001 | HEG | 6.00 |
| 06/05/06 | Continued to review and update W.R. Grace insurance policy Per Occurrence Limit information for 1985-1987. | W001 | IF | 2.80 |
| 06/05/06 | Revisions to color-coded insurance chart. | W001 | KS | 0.50 |
| 06/05/06 | Draft e-mail and comment upon committee inquiries re: strategy in connection with Lloyd's settlement with Grace (1.8); research coverage impediments in connection with Lloyd's policies (3.0). | W001 | RYC | 4.80 |
| 06/06/06 | Continued review and analysis of 1980's Grace CGL policies for potential BI/Premises coverage (3.20); excel & color charts edited as necessary (.80). | W001 | HEG | 4.00 |
| 06/06/06 | Continued to update the W.R. Grace 1960-1987 Primary insurance policies and 1985-1987 insurance policy available limits. | W001 | IF | 2.30 |
| 06/06/06 | Digest and draft e-mail summary re: CNA's stayed declaratory judgment lawsuit against Grace (1.6); research potential coverage impediments in connection with Lloyd's policies (1.0). | W001 | RYC | 2.60 |
| 06/07/06 | Reviewed and revised time entries. | W011 | ACS | 2.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| July 25, 2006 | | INVOICE: | | 210457 |

| Date | Description | | | Hours |
|---|---|---|---|---|
| 06/07/06 | Continued to review insurance policy information and finish memorandum re: "amount of available BI Premises Per Occurrence Limits." | W001 | IF | 2.90 |
| 06/07/06 | Read opposition to London settlement (.50); conference call with Libby claimants regarding strategy (1.0); Research standing to file certain pleadings (.50). | W001 | RMH | 2.00 |
| 06/07/06 | Prepare for, participate, and follow-up re: meeting with Grace committee members re: Lloyd's settlement and general coverage issues (2.7); research and draft e-mail re: Grace positions on premises liability coverage and Libby claimants (.8). | W001 | RYC | 3.50 |
| 06/08/06 | Review/revise memo on asbestos bodily injury coverage. | W001 | GFF | 0.80 |
| 06/08/06 | BI/Premises issues reviewed (1.30); charts edited and submitted (1.70). | W001 | HEG | 3.00 |
| 06/08/06 | Reviewed and revised materials re: "availability of BI Premises Coverage" and materials summarized for Robert Chung. | W001 | IF | 3.00 |
| 06/08/06 | Prepare summary response to committee members re. Grace's insurance coverage portfolio. | W001 | RYC | 4.20 |
| 06/09/06 | Prepared and updated information re: "availability of BI Premises coverage in primary and umbrella/excess insurance policies." | W001 | IF | 1.80 |
| 06/09/06 | Preparation of policy cd for distribution. | W001 | MCN | 0.10 |
| 06/09/06 | Work with ILSS and IT on the uploading and filing of Rust Consulting Proof of Claims Images. | W001 | NJB | 1.00 |
| 06/09/06 | Research committee standing with regard to undertaking certain actions. | W001 | RMH | 0.50 |
| 06/09/06 | Prepare and review summary response to committee members re: Grace's insurance coverage portfolio. | W001 | RYC | 3.80 |
| 06/12/06 | Analysis of selected umbrella/excess policies (1960's-1980's) re: premises property damage coverage. | W001 | GFF | 1.60 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| July 25, 2006 | | INVOICE: | | 210457 |

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/12/06 | New phase of CGL policy review: limits for Property Damage/Premises claims begun (3.80); charts amended as necessary to reflect difference in coverage (1.20). | W001 | HEG | 5.00 |
| 06/12/06 | Began to review Lloyd's Underwriters insurance policies re: PD Premises Coverage (1.2); review Lloyd's Underwriters 1995 Settlement Agreement (.7). | W001 | IF | 1.90 |
| 06/12/06 | Research and analysis of Grace/Equitas settlement (1.5); review of policies in connection with outstanding coverage impediments (3.2). | W001 | RYC | 4.70 |
| 06/13/06 | Further review of time entries. | W011 | ACS | 0.40 |
| 06/13/06 | Analysis of umbrella/excess policies (from 1970's-1980's) re: premises property damage coverage. | W001 | GFF | 0.60 |
| 06/13/06 | Continued PD/Premises Lloyd's policy review and charting. | W001 | HEG | 1.50 |
| 06/13/06 | Continued to review and prepare insurance policy information re Lloyd's Underwriters PD Premises Coverage. | W001 | IF | 2.70 |
| 06/13/06 | Create new color-coded insurance chart. | W001 | KS | 1.00 |
| 06/13/06 | Attention to background re: fee application disbursements. | W011 | RYC | 0.20 |
| 06/13/06 | Prepare premises coverage analysis for various claimant committees' review. | W001 | RYC | 3.60 |
| 06/14/06 | Reviewed Grace new insurance policy charts and spreadsheet information for Christopher Candon. | W001 | IF | 0.80 |
| 06/14/06 | Reviewed Grace insurance policy analysis spreadsheet re: insurance company group information. | W001 | IF | 2.90 |
| 06/14/06 | Prepare information re: coverage analysis for asbestos related committees. | W001 | RYC | 5.80 |
| 06/15/06 | Continued to review insurance policy spreadsheet for current insurance company parent information. | W001 | IF | 1.50 |
| 06/15/06 | Revise memo re: analysis of settlement agreement with Lloyd's. | W001 | RYC | 2.80 |
| 06/16/06 | Insurance company parent company research. | W001 | HEG | 4.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| July 25, 2006 | | INVOICE: | | 210457 |

| Date | Description | | | Hours |
|---|---|---|---|---|
| 06/16/06 | Continued to review insurance company parent company information on spreadsheet. | W001 | IF | 2.20 |
| 06/16/06 | Conference call with local counsel regarding strategy (.60); follow-up (90). | W001 | RMH | 1.50 |
| 06/16/06 | Participate in conference call with debtor and committees re: motion to approve settlement with Lloyd's (1.00); respond to e-mail inquiries re. premises analysis (1.20); research coverage issues in connection with London settlement (3.00). | W001 | RYC | 5.20 |
| 06/19/06 | Continue London Market Insurance Company parent company research. | W001 | HEG | 2.00 |
| 06/19/06 | Hearing with Judge Fitzgerald. | W001 | RMH | 2.20 |
| 06/19/06 | Research and review coverage issues in connection with London settlement. | W001 | RYC | 0.30 |
| 06/20/06 | Review and prepare analysis of outstanding potential coverage issues in connection with London settlement. | W001 | RYC | 2.00 |
| 06/21/06 | Analyze W.R. Grace's response to Libby and Future Claimant's questions (1.30); report to Claimants' Committee (.70). | W001 | RMH | 2.00 |
| 06/21/06 | Review and draft e-mail comments re: debtor's settlement analysis re: premises coverage. | W001 | RYC | 2.70 |
| 06/22/06 | Review and comment upon fee applications. | W011 | RYC | 0.40 |
| 06/22/06 | Review comment re: debtor's settlement analysis re. premises coverage | W001 | RYC | 0.30 |
| 06/22/06 | Review and research potential impediments for coverage under W.R. Grace's general insurance portfolio. | W001 | RYC | 3.20 |
| 06/23/06 | Review and research potential impediments to coverage under W.R. Grace's general insurance portfolio. | W001 | RYC | 3.40 |
| 06/26/06 | Review and research potential impediments to coverage under W.R. Grace's insurance portfolio. | W001 | RYC | 3.10 |
| 06/28/06 | Finalized and forwarded invoice to local counsel. | W011 | ACS | 0.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                                         MATTER:        100055.WRG01

July 25, 2006                                                          INVOICE:           210457


| | | | | |
|---|---|---|---|---:|
| 06/29/06 | Review policy incorporation issues in connection with London policies. | W001 | RYC | 1.20 |
| 06/30/06 | Research policy incorporation issues in connection with London policies. | W001 | RYC | 2.70 |

**TOTAL FEES:**                                                                              **$49,941.00**

{D0063844.1 }NYDOCS1-829672.1

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| July 25, 2006 | INVOICE: | 210457 |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 3.40 | 680.00 |
| Daryl Lyew | 190.00 | 0.20 | 38.00 |
| Glenn F Fields | 250.00 | 3.90 | 975.00 |
| Harris E Gershman | 210.00 | 33.50 | 7,035.00 |
| Izak Feldgreber | 220.00 | 29.00 | 6,380.00 |
| Kathleen Samet | 150.00 | 2.30 | 345.00 |
| Michaela C Nitoi | 80.00 | 0.10 | 8.00 |
| Nicholas J Balsdon | 140.00 | 1.00 | 140.00 |
| Robert M Horkovich | 700.00 | 12.20 | 8,540.00 |
| Robert Y Chung | 400.00 | 64.50 | 25,800.00 |
| **TOTAL FEES:** | | | **$49,941.00** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:         100055.WRG01

July 25, 2006                                                          INVOICE:              210457

## SUMMARY OF SERVICES BY ACTIVITY

**THIS BILLING PERIOD**

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                     | HOURS  | TOTALS    |
|---------------------|--------|-----------|
| Daryl Lyew          | 0.20   | 38.00     |
| Glenn F Fields      | 3.90   | 975.00    |
| Harris E Gershman   | 33.50  | 7,035.00  |
| Izak Feldgreber     | 29.00  | 6,380.00  |
| Kathleen Samet      | 2.30   | 345.00    |
| Michaela C Nitoi    | 0.10   | 8.00      |
| Nicholas J Balsdon  | 1.00   | 140.00    |
| Robert M Horkovich  | 12.20  | 8,540.00  |
| Robert Y Chung      | 63.90  | 25,560.00 |
| **TOTAL:**          | **146.10** | **49,021.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                  | HOURS | TOTALS  |
|------------------|-------|---------|
| Anne C Suffern   | 3.40  | 680.00  |
| Robert Y Chung   | 0.60  | 240.00  |
| **TOTAL:**       | **4.00** | **920.00** |

**TOTAL LEGA FEES**                                                                $49,941.00

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:       100055.WRG01

July 25, 2006                                          INVOICE:         210457

**COSTS through 06/30/06**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 05/18/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 103011190 Tracking Number: 791485918618 Reference: 100055 wrg01 Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americ as , NEW YORK CITY, NY, 10020, US To: Daniel C Cohn, Esq, Cohn Whitesell & Goldberg LLP, 101 Arch Street  , BOSTON, MA, 02110, US | E107 | 16.15 |
| 05/26/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 104132578 Tracking Number: 791496361836 Reference: 100055 WRG01 Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americ as , NEW YORK CITY, NY, 10020, US To: Daniel C Cohn, Esq, Cohn Whitesell & Goldberg LLP, 101 A rch St  , BOSTON, MA, 02110, US | E107 | 14.18 |
| 06/01/06 | LIBRARY & LEGAL RESEARCH Westlaw Charges- May 1 - 31, 2006 | E106 | 12.67 |
| 06/01/06 | DI - PHOTOCOPYING - | E101 | 6.50 |
| 06/01/06 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 06/01/06 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 06/05/06 | DI - PHOTOCOPYING - | E101 | 5.25 |
| 06/08/06 | DI - PHOTOCOPYING - | E101 | 2.25 |
| 06/09/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 106712809 Tracking Number: 790952466975 Reference: 100055 wrg01 Billing Note:  From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas , NEW YORK CITY, NY, 10020, US To: Christopher M Candon, Esq, Cohn Whitesell & Goldberg LLP, 10 1 Arch Street  , BOSTON, MA, 02110, US | E107 | 17.64 |
| 06/09/06 | DI - PHOTOCOPYING - | E101 | 0.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| July 25, 2006 | | INVOICE: | 210457 |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 06/14/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 108040624 Tracking Number: 790465643370 Reference: 100055 wrg01 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas , NEW YORK CITY, NY, 10020, US To: Christopher M Candon, Esq, Cohn Whitesell & Goldberg LLP, 10 1 Arch Street  , BOSTON, MA, 02110, US | E107 | 17.64 |
| 06/14/06 | DI - PHOTOCOPYING - | E101 | 0.25 |
| **TOTAL COSTS:** | | | **$98.03** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 65.61 |
| LB | LIBRARY & LEGAL RESEARCH | 12.67 |
| XE | DI - PHOTOCOPYING - | 19.75 |
| | **TOTAL COSTS:** | **$98.03** |