**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $105.48 |
| Research Material | $1,330.82 |
| Professional Fees & Expert Witness Fees | $21,169.10 |
| Charge of Cell and/or Home Phone Useage | $119.75 |
| Air & Train Transportation | $2,621.20 |
| Meals Related to Travel | $46.47 |
| Conference Meals | $791.98 |
| Court Reporting/Transcript Service | $145.00 |
| Outside Photocopying/Duplication Service | $110,229.93 |
| Miscellaneous: Client Advances | $56.84 |
| Travel Expenses - Ground Transportation | $714.41 |
| Local Transportation - DC | $10.00 |
| Database Research | $2,677.41 |
| Xeroxing | $236.80 |
| Postage | $2.73 |
| Telecopier/Equitrac | $90.15 |
| Long Distance-Equitrac In-House | $15.71 |
| NYO Long Distance Telephone | $373.46 |
| **Total** | **$140,737.34** |