```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                       Page:   1
Matter     000                   Disbursements                                                                  5/23/2006
                                                                                                          Print Date/Time:
                                                                                                               05/23/2006
                                                                                                               11:24:37AM
Attn:                                                                                                           Invoice #
                                           PREBILL  / CONTROL  REPORT
                                                     Trans Date Range:  1/1/1950  to: 4/30/2006
Matter     000
Disbursements
Bill Cycle:       Monthly         Style:         i1         Start:     4/16/2001
                                                      Last Billed : 4/27/2006                          13,655




  Trust Amount Available

                                  Total Expenses Billed To Date        $404,281.60

                                                             Billing Empl:        0120      Elihu   Inselbuch
                                                             Responsible Empl:    0120      Elihu   Inselbuch
                                                             Alternate Empl:      0120      Elihu   Inselbuch
                                                             Originating Empl:    0120      Elihu   Inselbuch




Summary   by Employee
                                                 ---------- A C T U A L ----------         ---------- B I L L I N G---------
 Empl     Initials     Name                      Hours                 Amount              Hours                 Amount

 0020     PVL          Peter Van N Lockwood       0.00                  589.00              0.00                  435.00
 0120     EI           Elihu  Inselbuch           0.00                    7.17              0.00                    7.17
 0122     SME          Stacie M Evans             0.00                    1.20              0.00                    1.20
 0187     NDF          Nathan D Finch             0.00                3,490.39              0.00                3,490.39
 0213     DAR          Deborah A Russell          0.00                    6.00              0.00                    6.00
 0220     SKL          Suzanne K Lurie            0.00                    0.90              0.00                    0.90
 0232     LK           Lauren  Karastergiou       0.00                    9.60              0.00                    9.60
 0308     DBS          David B Smith              0.00                2,333.06              0.00                2,333.06
 0310     DKG          Danielle K Graham          0.00                  809.60              0.00                  809.60
 0317     JAL          Jeffrey A Liesemer         0.00               70,749.31              0.00               70,749.31
 0327     ALV          Adam L VanGrack            0.00                  731.48              0.00                  731.48
 0332     NEF          Natalie E Fay              0.00                   17.40              0.00                   17.40
 0999     C&D          Caplin &. Drysdale         0.00               11,885.18              0.00               11,885.18
                                                  0.00               90,630.29              0.00               90,476.29
Total Fees




Summary   by Employee
                                                 ---------- A C T U A L ----------         ---------- B I L L I N G---------
 Empl     Initials     Name                      Rate        Hours            Amount       Rate        Hours            Amount

Total Fees




Detail Time / Expense  by  Date
                                                                ---------- A C T U A L ----------   ---------- B I L L I N G---------
TransNo.      Description                TransType  Trans Date   Work Empl    Rate   Hours   Amount   Rate   Hours   Amount   Cumulative

1936035       Photocopy                   E  04/03/2006   0220   SKL           0.00           $0.90    0.00           $0.90       0.90
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/23/2006 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 05/23/2006 |
| | | | | | | | | | | 11:24:37AM |
| Attn: | | | | | | | | | | Invoice # |
| 1936080 | Photocopy | | E | 04/03/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 1.65 |
| 1936810 | Federal Express to Katie Hemming from EI on 3/23 | E | 04/04/2006 | 0120 | EI | 0.00 | $2.37 | 0.00 | $2.37 | 4.02 |
| 1936834 | Equitrac - Long Distance to 7708663200 | E | 04/04/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 4.07 |
| 1937829 | Federal Express to Barry Castleman from JPW on 3/17 | E | 04/05/2006 | 0332 | NEF | 0.00 | $17.40 | 0.00 | $17.40 | 21.47 |
| 1938021 | Photocopy | E | 04/05/2006 | 0232 | LK | 0.00 | $0.45 | 0.00 | $0.45 | 21.92 |
| 1938083 | Fax Transmission to 512145201181 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 22.37 |
| 1938084 | Fax Transmission to 512148248100 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 22.82 |
| 1938085 | Fax Transmission to 513125516759 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 23.27 |
| 1938086 | Fax Transmission to 518432169290 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 23.72 |
| 1938088 | Fax Transmission to 514067527124 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 24.17 |
| 1938089 | Fax Transmission to 513026565875 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 24.62 |
| 1938090 | Fax Transmission to 515108354913 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 25.07 |
| 1938091 | Fax Transmission to 514124718308 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 25.52 |
| 1938092 | Fax Transmission to 512123440994 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 25.97 |
| 1938093 | Fax Transmission to 513024269947 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 26.42 |
| 1938094 | Fax Transmission to 514122615066 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 26.57 |
| 1938095 | Fax Transmission to 518432169450 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 27.02 |
| 1938096 | Fax Transmission to 517136501400 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 27.17 |
| 1938097 | Fax Transmission to 512165750799 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 27.62 |
| 1938098 | Fax Transmission to 514122615066 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 27.92 |
| 1938099 | Fax Transmission to 517136501400 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 28.22 |
| 1938195 | Petty Cash  Travel parking and cab expenses for PVNL in Wilmington for hearing on 3/27 | E | 04/06/2006 | 0020 | PVL | 0.00 | $24.00 | 0.00 | $24.00 | 52.22 |
| 1939106 | Blue Star Group;  Car service for ALV on 3/29 to National airport | E | 04/10/2006 | 0327 | ALV | 0.00 | $48.41 | 0.00 | $48.41 | 100.63 |
| 1939111 | ADA Travel  Coach fare for DKG to Boston on 3/14 | E | 04/10/2006 | 0310 | DKG | 0.00 | $624.60 | 0.00 | $624.60 | 725.23 |
| 1939112 | ADA Travel agency fee on DKG 3/14 travel to Boston | E | 04/10/2006 | 0310 | DKG | 0.00 | $40.00 | 0.00 | $40.00 | 765.23 |
| 1939125 | ADA Travel  for PVNL on 3/27 to Wilmington (split w/2814)   (coach fare $218.00) | E | 04/10/2006 | 0020 | PVL | 0.00 | $164.00 | 0.00 | $109.00 | 874.23 |
| 1939127 | ADA Travel   agency fee on PVNL travel to Wilmington (split with 2814) | E | 04/10/2006 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 894.23 |
| 1939130 | ADA Travel   coach fare for ALV to Boston on 3/29 | E | 04/10/2006 | 0327 | ALV | 0.00 | $549.60 | 0.00 | $549.60 | 1,443.83 |
| 1939131 | ADA Travel   agency fee on ALV travel to Boston on 3/29 | E | 04/10/2006 | 0327 | ALV | 0.00 | $40.00 | 0.00 | $40.00 | 1,483.83 |
| 1939453 | Photocopy | E | 04/11/2006 | 0232 | LK | 0.00 | $3.30 | 0.00 | $3.30 | 1,487.13 |
| 1940081 | Snyder Miller & Orton; Professional service thru 3/31 | E | 04/12/2006 | 0187 | NDF | 0.00 | $3,490.00 | 0.00 | $3,490.00 | 4,977.13 |
| 1940120 | Terri W. Anderson;  Havner hearing on 4/4/06 | E | 04/12/2006 | 0310 | DKG | 0.00 | $145.00 | 0.00 | $145.00 | 5,122.13 |
| 1940123 | Landmark Document;  Copying: heavy litigation | E | 04/12/2006 | 0308 | DBS | 0.00 | $527.53 | 0.00 | $527.53 | 5,649.66 |
| 1940126 | Landmark document;   Copying heavy litigation | E | 04/12/2006 | 0308 | DBS | 0.00 | $486.98 | 0.00 | $486.98 | 6,136.64 |
| 1940715 | Postage | E | 04/13/2006 | 0187 | NDF | 0.00 | $0.39 | 0.00 | $0.39 | 6,137.03 |
| 1940550 | Equitrac - Long Distance to 3129276420 | E | 04/14/2006 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 6,138.39 |
| 1940551 | Equitrac - Long Distance to 3053502403 | E | 04/14/2006 | 0999 | C&D | 0.00 | $0.91 | 0.00 | $0.91 | 6,139.30 |
| 1940893 | Equitrac - Long Distance to 6177201333 | E | 04/17/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 6,139.35 |
| 1942060 | Photocopy | E | 04/18/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,139.65 |
| 1942076 | Photocopy | E | 04/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 6,140.40 |
| 1942221 | ADA Travel  for PVNL travel to Wilmington on 4/17   (coach fare 218.00) | E | 04/19/2006 | 0020 | PVL | 0.00 | $317.00 | 0.00 | $218.00 | 6,358.40 |
| 1942222 | ADA Travel   for Agency fee on PVNL 4/17 travel to Wilmington | E | 04/19/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 6,398.40 |
| 1942233 | Petty Cash   PVNL travel expenses for cabs and parking in Wilmington for hearing on 4/17 | E | 04/19/2006 | 0020 | PVL | 0.00 | $24.00 | 0.00 | $24.00 | 6,422.40 |
| 1942316 | Equitrac - Long Distance to 2125889686 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 6,422.62 |
| 1942347 | Photocopy | E | 04/19/2006 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 6,422.92 |
| 1942358 | Photocopy | E | 04/19/2006 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 6,423.07 |
| 1942360 | Photocopy | E | 04/19/2006 | 0213 | DAR | 0.00 | $6.00 | 0.00 | $6.00 | 6,429.07 |
| 1942404 | Photocopy | E | 04/19/2006 | 0232 | LK | 0.00 | $2.10 | 0.00 | $2.10 | 6,431.17 |
| 1942427 | Photocopy | E | 04/19/2006 | 0232 | LK | 0.00 | $1.50 | 0.00 | $1.50 | 6,432.67 |
| 1942439 | Fax Transmission to 512145201181 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,433.57 |
| 1942440 | Fax Transmission to 512148248100 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,434.47 |
| 1942441 | Fax Transmission to 517136501400 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,435.37 |
| 1942442 | Fax Transmission to 513125516759 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,436.27 |
| 1942444 | Fax Transmission to 518432169290 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,437.17 |
| 1942445 | Fax Transmission to 514067527124 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,438.07 |
| 1942446 | Fax Transmission to 513026565875 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,438.97 |
| 1942447 | Fax Transmission to 515108354913 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,439.87 |
| 1942448 | Fax Transmission to 512165750799 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,440.77 |
| 1942449 | Fax Transmission to 514124718308 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,441.07 |
| 1942450 | Fax Transmission to 512123440994 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,441.97 |
| 1942451 | Fax Transmission to 513024269947 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,442.87 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | | 5/23/2006 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 05/23/2006 |
| | | | | | | | | | | 11:24:37AM |
| Attn: | | | | | | | | | | Invoice # |
| 1942452 | Fax Transmission to 514122615066 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,443.77 |
| 1942453 | Fax Transmission to 518432169450 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,444.07 |
| 1942454 | Fax Transmission to 514124718308 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6,444.67 |
| 1942456 | Fax Transmission to 518432169450 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6,445.27 |
| 1942497 | Landmark Document Service; Copying: heavy litigation | | E | 04/20/2006 | 0308 | DBS | 0.00 | $744.64 | 0.00 | $744.64 | 7,189.91 |
| 1942519 | ALV; Travel expenses to Boston to review documents on 3/29 for meals | | E | 04/20/2006 | 0327 | ALV | 0.00 | $46.47 | 0.00 | $46.47 | 7,236.38 |
| 1942520 | ALV; Travel expenses to Boston to review documents on 3/29 for cabs | | E | 04/20/2006 | 0327 | ALV | 0.00 | $47.00 | 0.00 | $47.00 | 7,283.38 |
| 1942533 | Pacer Service Center; Period January thru March 2006 | | E | 04/20/2006 | 0999 | C&D | 0.00 | $25.92 | 0.00 | $25.92 | 7,309.30 |
| 1942736 | Equitrac - Long Distance to 3128612162 | | E | 04/20/2006 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 7,309.61 |
| 1942824 | Photocopy | | E | 04/20/2006 | 0122 | SME | 0.00 | $1.20 | 0.00 | $1.20 | 7,310.81 |
| 1942911 | Pacer Service Center for period 1/1/06 thru 3/31/06 | | E | 04/21/2006 | 0120 | EI | 0.00 | $4.80 | 0.00 | $4.80 | 7,315.61 |
| 1943647 | Photocopy | | E | 04/24/2006 | 0232 | LK | 0.00 | $1.80 | 0.00 | $1.80 | 7,317.41 |
| 1943741 | Fax Transmission to 512145201181 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,318.31 |
| 1943742 | Fax Transmission to 512148248100 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,319.21 |
| 1943743 | Fax Transmission to 517136501400 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,320.11 |
| 1943744 | Fax Transmission to 513125516759 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,321.01 |
| 1943745 | Fax Transmission to 512148248100 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 7,321.16 |
| 1943746 | Fax Transmission to 518432169290 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7,321.76 |
| 1943747 | Fax Transmission to 512148248100 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 7,322.51 |
| 1943748 | Fax Transmission to 514067527124 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,323.41 |
| 1943749 | Fax Transmission to 513026565875 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,324.31 |
| 1943750 | Fax Transmission to 515108354913 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,325.21 |
| 1943751 | Fax Transmission to 512165750799 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,326.11 |
| 1943752 | Fax Transmission to 513053796222 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7,326.71 |
| 1943753 | Fax Transmission to 514124718308 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 7,327.16 |
| 1943755 | Fax Transmission to 512123440994 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,328.06 |
| 1943756 | Fax Transmission to 514122615066 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,328.96 |
| 1943757 | Fax Transmission to 518432169450 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,329.86 |
| 1943758 | Fax Transmission to 518432169290 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,330.16 |
| 1943759 | Fax Transmission to 513053796222 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,330.46 |
| 1943760 | Fax Transmission to 514124718308 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 7,330.61 |
| 1943761 | Fax Transmission to 513024269947 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,330.91 |
| 1943762 | Fax Transmission to 514124718308 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,331.21 |
| 1943763 | Fax Transmission to 513024269947 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 7,331.36 |
| 1943764 | Fax Transmission to 513024269947 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 7,331.81 |
| 1943865 | Access Litigation Support 1 CD-Hosting, Web seating | | E | 04/25/2006 | 0999 | C&D | 0.00 | $5,380.82 | 0.00 | $5,380.82 | 12,712.63 |
| 1943868 | Access Litigation 1 CD-On line hosting | | E | 04/25/2006 | 0999 | C&D | 0.00 | $5,229.33 | 0.00 | $5,229.33 | 17,941.96 |
| 1943993 | Photocopy | | E | 04/25/2006 | 0999 | C&D | 0.00 | $11.70 | 0.00 | $11.70 | 17,953.66 |
| 1944153 | Merrill Communications; Coding-unitization | | E | 04/26/2006 | 0317 | JAL | 0.00 | $63,393.75 | 0.00 | $63,393.75 | 81,347.41 |
| 1944154 | Merrill Communications; Scanning, Medium, OCR | | E | 04/26/2006 | 0317 | JAL | 0.00 | $7,327.56 | 0.00 | $7,327.56 | 88,674.97 |
| 1944155 | LexisNexis CourtLink; Usage period 3/1 thru 3/31 | | E | 04/26/2006 | 0308 | DBS | 0.00 | $573.91 | 0.00 | $573.91 | 89,248.88 |
| 1944520 | Photocopy | | E | 04/26/2006 | 0999 | C&D | 0.00 | $19.65 | 0.00 | $19.65 | 89,268.53 |
| 1944936 | Petty Cash to reimburse JAL for phone calls made on 3/13-14 | | E | 04/27/2006 | 0317 | JAL | 0.00 | $28.00 | 0.00 | $28.00 | 89,296.53 |
| 1944972 | Equitrac - Long Distance to 3024261900 | | E | 04/27/2006 | 0999 | C&D | 0.00 | $0.55 | 0.00 | $0.55 | 89,297.08 |
| 1945088 | Photocopy | | E | 04/27/2006 | 0999 | C&D | 0.00 | $38.40 | 0.00 | $38.40 | 89,335.48 |
| 1948422 | Database Research - WESTLAW by KB on 4/3-5 | | E | 04/30/2006 | 0999 | C&D | 0.00 | $422.69 | 0.00 | $422.69 | 89,758.17 |
| 1948423 | Database Research - WESTLAW by SME on 4/27 | | E | 04/30/2006 | 0999 | C&D | 0.00 | $308.36 | 0.00 | $308.36 | 90,066.53 |
| 1948424 | Database Research - WESTLAW by RER on 4/20 | | E | 04/30/2006 | 0999 | C&D | 0.00 | $159.13 | 0.00 | $159.13 | 90,225.66 |
| 1949410 | NYO Long Distance Telephone For March 2006/Negotiation Subcommittee Conf. Call on 3/6. | | E | 04/30/2006 | 0999 | C&D | 0.00 | $250.63 | 0.00 | $250.63 | 90,476.29 |
| **Total Expenses** | | | | | | | 0.00 | $90,630.29 | 0.00 | $90,476.29 | |

|  |  |  |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 90,630.29 | 90,476.29 |
| Matter Total | 0.00   90,630.29 | 0.00   90,476.29 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|
| Matter     000 | Disbursements | | | 5/23/2006 |
| | | | | Print Date/Time: |
| | | | | 05/23/2006 |
| | | | | 11:24:37AM |
| Attn: | | | | Invoice # |

Prebill Total Fees

Prebill Total Expenses $90,630.29 $90,476.29

Prebill Total 0.00 $90,630.29 0.00 $90,476.29

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 51,900 | 11/28/2005 | 128,956.00 | 25,791.20 |
| 52,377 | 12/24/2005 | 110,238.75 | 22,047.75 |
| 52,667 | 01/30/2006 | 160,926.00 | 32,185.20 |
| 52,957 | 02/27/2006 | 141,801.50 | 28,360.30 |
| 53,271 | 03/24/2006 | 104,812.50 | 20,962.50 |
| 53,663 | 04/27/2006 | 205,549.46 | 205,549.46 |
| | | 1,280,320.21 | 343,844.70 |

PREBILL  / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 5/31/2006

**Matter     000**
**Disbursements**
Bill Cycle:     Monthly          Style:          i1          Start:     4/16/2001

Last Billed : 5/26/2006                           13,655

Trust Amount Available

Total Expenses Billed To Date     $494,757.89

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                      Page:    1
Matter     000                     Disbursements                                                                                 5/23/2006
                                                                                                                           Print Date/Time:
                                                                                                                                05/23/2006
                                                                                                                                11:24:37AM
Attn:                                                                                                                            Invoice #


Summary  by Employee
                                              ---------- A C T U A L ----------       ---------- B I L L I N G---------
  Empl     Initials     Name                  Hours              Amount                Hours              Amount

  0020     PVL          Peter Van N Lockwood    0.00                  0.45               0.00                  0.45
  0120     EI           Elihu  Inselbuch        0.00                 28.78               0.00                 28.78
  0187     NDF          Nathan D Finch          0.00              6,358.89               0.00              6,358.89
  0220     SKL          Suzanne K Lurie         0.00                 25.10               0.00                 25.10
  0232     LK           Lauren  Karastergiou    0.00                  3.60               0.00                  3.60
  0237     SRB          Sidney R Barnes         0.00                  0.80               0.00                  0.80
  0308     DBS          David B Smith           0.00             25,454.70               0.00             25,454.70
  0327     ALV          Adam L VanGrack         0.00                168.50               0.00                168.50
  0999     C&D          Caplin &. Drysdale      0.00                756.33               0.00                756.33
                                                0.00             32,797.15               0.00             32,797.15
Total Fees


Summary  by Employee
                                              ---------- A C T U A L ----------               ---------- B I L L I N G---------
  Empl     Initials     Name                  Rate        Hours         Amount                Rate        Hours         Amount

Total Fees


Detail Time / Expense  by  Date
                                                                                      ---------- A C T U A L ----------  ---------- B I L L I N G---------
 TransNo.   Description                         TransType Trans Date  Work Empl   Rate      Hours      Amount      Rate      Hours      Amount    Cumulative

 1966090    Photocopy                           E         01/24/2006  0308  DBS             0.00        $0.10               0.00        $0.10        0.10
 1947710    Equitrac - Long Distance to 6179512505  E     05/01/2006  0999  C&D             0.00        $1.49               0.00        $1.49        1.59
 1947790    Photocopy                           E         05/01/2006  0999  C&D             0.00       $20.10               0.00       $20.10       21.69
 1949296    Photocopy                           E         05/02/2006  0999  C&D             0.00        $0.10               0.00        $0.10       21.79
 1949574    Photocopy                           E         05/03/2006  0220  SKL             0.00        $7.90               0.00        $7.90       29.69
 1949578    Photocopy                           E         05/03/2006  0220  SKL             0.00       $14.10               0.00       $14.10       43.79
 1949590    Photocopy                           E         05/03/2006  0220  SKL             0.00        $2.40               0.00        $2.40       46.19
 1949612    Photocopy                           E         05/03/2006  0999  C&D             0.00        $0.10               0.00        $0.10       46.29
 1949663    Photocopy                           E         05/03/2006  0232  LK              0.00        $0.60               0.00        $0.60       46.89
 1949676    Photocopy                           E         05/03/2006  0999  C&D             0.00       $20.30               0.00       $20.30       67.19
 1949724    Fax Transmission to 512145201181    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       67.79
 1949725    Fax Transmission to 512032522562    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       68.39
 1949726    Fax Transmission to 517136501400    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       68.99
 1949727    Fax Transmission to 513125516759    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       69.59
 1949728    Fax Transmission to 518432169290    E         05/03/2006  0999  C&D             0.00        $0.30               0.00        $0.30       69.89
 1949729    Fax Transmission to 514067527124    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       70.49
 1949730    Fax Transmission to 515108354913    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       71.09
 1949732    Fax Transmission to 512165750799    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       71.69
 1949733    Fax Transmission to 513053796222    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       72.29
 1949734    Fax Transmission to 514124718308    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       72.89
 1949735    Fax Transmission to 512123440994    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       73.49
 1949736    Fax Transmission to 518432169450    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       74.09
 1949737    Fax Transmission to 512148248100    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       74.69
 1949738    Fax Transmission to 518432169290    E         05/03/2006  0999  C&D             0.00        $0.30               0.00        $0.30       74.99
 1949739    Fax Transmission to 513026565875    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       75.59
 1949740    Fax Transmission to 514122615066    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       76.19
 1949741    Fax Transmission to 513024269947    E         05/03/2006  0999  C&D             0.00        $0.60               0.00        $0.60       76.79
 1950031    Equitrac - Long Distance to 6195271295 E      05/05/2006  0999  C&D             0.00        $0.28               0.00        $0.28       77.07
 1949922    BostonCoach  service for Judge Sam Pointer t/f E 05/08/2006 0999 C&D            0.00      $278.50               0.00      $278.50      355.57
            BWI airport in Washington, D.C. on 3/22
 1949923    BostonCoach service for ALV t/f Logan airport in E 05/08/2006 0327 ALV          0.00      $168.50               0.00      $168.50      524.07
            Boston on 3/29
 1949936    Federal Express to David Smith from Dan Tibor on E 05/08/2006 0308 DBS          0.00       $21.87               0.00       $21.87      545.94
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/23/2006 |

Print Date/Time: 05/23/2006 11:24:37AM

Attn:  
4/19                                                                                                                                                     Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Amount | Invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| 1949957 | Federal Express to Katie Hemming from EI on 4/25 | E | 05/08/2006 | 0120 | EI | 0.00 | $2.84 | 0.00 | $2.84 | 548.78 |
| 1950659 | Photocopy | E | 05/09/2006 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 550.88 |
| 1950736 | Fax Transmission to 13033126517 | E | 05/09/2006 | 0020 | PVL | 0.00 | $0.45 | 0.00 | $0.45 | 551.33 |
| 1950797 | Merrill Communications; Coding-Intl-Bibliographic; Scanning; OCR | E | 05/10/2006 | 0308 | DBS | 0.00 | $25,432.73 | 0.00 | $25,432.73 | 25,984.06 |
| 1952315 | Photocopy | E | 05/12/2006 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 25,984.76 |
| 1952342 | Photocopy | E | 05/12/2006 | 0999 | C&D | 0.00 | $3.40 | 0.00 | $3.40 | 25,988.16 |
| 1952343 | Photocopy | E | 05/12/2006 | 0999 | C&D | 0.00 | $14.20 | 0.00 | $14.20 | 26,002.36 |
| 1952101 | Equitrac - Long Distance to 2125889686 | E | 05/14/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 26,002.42 |
| 1952473 | Snyder Miller & Orton; Services rendered thru 4/30/06 | E | 05/15/2006 | 0187 | NDF | 0.00 | $6,358.50 | 0.00 | $6,358.50 | 32,360.92 |
| 1953425 | Equitrac - Long Distance to 8054435160 | E | 05/15/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 32,360.97 |
| 1953674 | Postage | E | 05/15/2006 | 0187 | NDF | 0.00 | $0.39 | 0.00 | $0.39 | 32,361.36 |
| 1954784 | Federal Express to Warren Smith from EI on 5/5 | E | 05/18/2006 | 0120 | EI | 0.00 | $17.31 | 0.00 | $17.31 | 32,378.67 |
| 1954957 | Photocopy | E | 05/18/2006 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 32,379.57 |
| 1955028 | Fax Transmission to 512032522562 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,380.32 |
| 1955029 | Fax Transmission to 512145201181 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,381.07 |
| 1955030 | Fax Transmission to 512148248100 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,381.82 |
| 1955032 | Fax Transmission to 517136501400 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,382.57 |
| 1955033 | Fax Transmission to 513125516759 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,383.32 |
| 1955034 | Fax Transmission to 518432169290 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,384.07 |
| 1955035 | Fax Transmission to 514067527124 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,384.82 |
| 1955036 | Fax Transmission to 513026565875 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,385.57 |
| 1955037 | Fax Transmission to 515108354913 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,386.32 |
| 1955038 | Fax Transmission to 512165750799 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,387.07 |
| 1955039 | Fax Transmission to 513053796222 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,387.82 |
| 1955040 | Fax Transmission to 514124718308 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,388.57 |
| 1955041 | Fax Transmission to 512123440994 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,389.32 |
| 1955042 | Fax Transmission to 513024269947 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,390.07 |
| 1955043 | Fax Transmission to 514122615066 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,390.22 |
| 1955044 | Fax Transmission to 518432169450 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 32,390.67 |
| 1955045 | Fax Transmission to 514122615066 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,390.82 |
| 1955046 | Fax Transmission to 518432169450 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 32,391.12 |
| 1955047 | Fax Transmission to 514122615066 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 32,391.57 |
| 1955048 | Fax Transmission to 512148248100 | E | 05/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,392.32 |
| 1955331 | Equitrac - Long Distance to 5042326665 | E | 05/19/2006 | 0999 | C&D | 0.00 | $0.26 | 0.00 | $0.26 | 32,392.58 |
| 1956150 | Conference Meals - Lunch meeting of attorneys, principals and advisors prior to mediation on May 16, 2006 | E | 05/23/2006 | 0999 | C&D | 0.00 | $309.71 | 0.00 | $309.71 | 32,702.29 |
| 1956743 | NYO Long Distance Telephone For April 2006/Hearing Prep with NDF, PVNL, EI, Mark Hurford on 4/11. | E | 05/25/2006 | 0999 | C&D | 0.00 | $122.83 | 0.00 | $122.83 | 32,825.12 |
| 1957053 | Federal Express to Katie Hemming from EI on 5/12 (split between 5518/4642) | E | 05/25/2006 | 0120 | EI | 0.00 | $8.63 | 0.00 | $8.63 | 32,833.75 |
| 1957310 | Photocopy | E | 05/25/2006 | 0999 | C&D | 0.00 | $6.20 | 0.00 | $6.20 | 32,839.95 |
| 1957198 | Equitrac - Long Distance to 3024261900 | E | 05/26/2006 | 0999 | C&D | 0.00 | $1.91 | 0.00 | $1.91 | 32,841.86 |
| 1957205 | Equitrac - Long Distance to 2122781322 | E | 05/26/2006 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 32,842.22 |
| 1957206 | Equitrac - Long Distance to 2122781322 | E | 05/26/2006 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 32,842.58 |
| 1957579 | Equitrac - Long Distance to 2123199240 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 32,843.26 |
| 1957605 | Photocopy | E | 05/30/2006 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 32,844.36 |
| 1957606 | Photocopy | E | 05/30/2006 | 0999 | C&D | 0.00 | $1.60 | 0.00 | $1.60 | 32,845.96 |
| 1957635 | Photocopy | E | 05/30/2006 | 0237 | SRB | 0.00 | $0.80 | 0.00 | $0.80 | 32,846.76 |
| 1957642 | Photocopy | E | 05/30/2006 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 32,847.76 |
| 1957684 | Photocopy | E | 05/30/2006 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 32,848.36 |
| 1957736 | Fax Transmission to 516179510679 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,848.96 |
| 1957737 | Fax Transmission to 512145201181 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,849.56 |
| 1957738 | Fax Transmission to 512148248100 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,850.31 |
| 1957739 | Fax Transmission to 512032522562 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,850.91 |
| 1957740 | Fax Transmission to 517136501400 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,851.51 |
| 1957741 | Fax Transmission to 513125516759 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,852.11 |
| 1957742 | Fax Transmission to 518432169290 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,852.71 |
| 1957743 | Fax Transmission to 514067527124 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,853.31 |
| 1957744 | Fax Transmission to 513026565875 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,853.91 |
| 1957745 | Fax Transmission to 515108354913 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,854.51 |
| 1957746 | Fax Transmission to 512165750799 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,855.11 |
| 1957747 | Fax Transmission to 514124718308 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,855.71 |
| 1957748 | Fax Transmission to 512123440994 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,856.31 |
| 1957749 | Fax Transmission to 513024269947 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,856.91 |
| 1957750 | Fax Transmission to 514122615066 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,857.51 |
| 1957751 | Fax Transmission to 518432169450 | E | 05/30/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,858.11 |
| 1958950 | Equitrac - Long Distance to 2123199240 | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 32,858.58 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | | 5/23/2006 |

Print Date/Time: 05/23/2006 11:24:37AM

Attn:                                                                                                                                                                                                                                              Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1958998 | Photocopy | | E | 05/31/2006 | 0232 | LK | 0.00 | $1.50 | 0.00 | $1.50 | 32,860.08 |
| 1959100 | Fax Transmission to 512145201181 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,861.13 |
| 1959101 | Fax Transmission to 512032522562 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,862.18 |
| 1959102 | Fax Transmission to 512148248100 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,863.23 |
| 1959103 | Fax Transmission to 517136501400 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,864.28 |
| 1959104 | Fax Transmission to 513125516759 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,865.33 |
| 1959105 | Fax Transmission to 514067527124 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,866.38 |
| 1959106 | Fax Transmission to 513026565875 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,867.43 |
| 1959108 | Fax Transmission to 515108354913 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,868.48 |
| 1959109 | Fax Transmission to 512165750799 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,869.53 |
| 1959110 | Fax Transmission to 514124718308 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 32,869.83 |
| 1959111 | Fax Transmission to 512123440994 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,870.88 |
| 1959112 | Fax Transmission to 513024269947 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,871.93 |
| 1959113 | Fax Transmission to 514122615066 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 32,872.83 |
| 1959114 | Fax Transmission to 518432169450 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 32,873.28 |
| 1959115 | Fax Transmission to 513053796222 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,874.33 |
| 1959116 | Fax Transmission to 518432169290 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,875.38 |
| 1959117 | Fax Transmission to 514124718308 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,875.98 |
| 1959118 | Fax Transmission to 518432169450 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,876.58 |
| 1959119 | Fax Transmission to 514124718308 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,876.73 |
| 1959120 | Fax Transmission to 514122615066 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,876.88 |
| 1960016 | Xeroxing - Credit due for rate reduction from $.15 to $.10 Retroactive February 1 to April 30, 2006 (4,195 copies) | | E | 05/31/2006 | 0999 | C&D | 0.00 | -$209.75 | 0.00 | -$209.75 | 32,667.13 |
| 1960358 | Database Research - Westlaw  by SME on 5/11-19 | | E | 05/31/2006 | 0999 | C&D | 0.00 | $130.02 | 0.00 | $130.02 | 32,797.15 |
| **Total Expenses** | | | | | | | 0.00 | $32,797.15 | 0.00 | $32,797.15 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 32,797.15 | 32,797.15 |
| Matter Total | 0.00 | 32,797.15 | 0.00 | 32,797.15 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $32,797.15 | $32,797.15 |
| Prebill Total | 0.00 | $32,797.15 | 0.00 | $32,797.15 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|---|
| **Matter      000** | | **Disbursements** | | | | 5/23/2006 |
| | | | | | | Print Date/Time: |
| | | | | | | 05/23/2006 |
| | | | | | | 11:24:37AM |
| Attn: | | | | | | Invoice # |
| 51,900 | 11/28/2005 | | 128,956.00 | 25,791.20 | | |
| 52,377 | 12/24/2005 | | 110,238.75 | 22,047.75 | | |
| 52,667 | 01/30/2006 | | 160,926.00 | 32,185.20 | | |
| 52,957 | 02/27/2006 | | 141,801.50 | 28,360.30 | | |
| 53,271 | 03/24/2006 | | 104,812.50 | 20,962.50 | | |
| 53,663 | 04/27/2006 | | 205,549.46 | 205,549.46 | | |
| 54,090 | 05/26/2006 | | 184,927.79 | 184,927.79 | | |
| | | | 1,465,248.00 | 528,772.49 | | |


                              PREBILL  / CONTROL  REPORT
                                 Trans Date Range:  1/1/1950  to: 6/30/2006

**Matter      000**
**Disbursements**
Bill Cycle:      Monthly         Style:        i1         Start:    4/16/2001
                                              Last Billed : 6/29/2006                        13,655




Trust Amount Available

                    Total Expenses Billed To Date        $527,555.04

                                              Billing Empl:      0120     Elihu  Inselbuch
                                              Responsible Empl:  0120     Elihu  Inselbuch
                                              Alternate Empl:    0120     Elihu  Inselbuch
                                              Originating Empl:  0120     Elihu  Inselbuch


**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 368.00 | 0.00 | 368.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 630.80 | 0.00 | 630.80 |
| 0187 | NDF | Nathan D Finch | 0.00 | 11,784.60 | 0.00 | 11,784.60 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 27.50 | 0.00 | 27.50 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.60 | 0.00 | 1.60 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.10 | 0.00 | 0.10 |
| 0251 | JO | Joan  O'Brien | 0.00 | 27.50 | 0.00 | 27.50 |
| 0308 | DBS | David B Smith | 0.00 | 2,233.59 | 0.00 | 2,233.59 |
| 0310 | DKG | Danielle K Graham | 0.00 | 56.84 | 0.00 | 56.84 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 93.15 | 0.00 | 93.15 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 37.50 | 0.00 | 37.50 |
| 0337 | EGB | Erroll G Butts | 0.00 | 263.95 | 0.00 | 263.95 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,938.77 | 0.00 | 1,938.77 |
| | | | **0.00** | **17,463.90** | **0.00** | **17,463.90** |

**Total Fees**


**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                               Page:  1
Matter      000                   Disbursements                                                                          5/23/2006
                                                                                                                         Print Date/Time:
                                                                                                                         05/23/2006
                                                                                                                         11:24:37AM
Attn:                                                                                                                    Invoice #

Total Fees
```

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate (Actual) | Hours (Actual) | Amount (Actual) | Rate (Billing) | Hours (Billing) | Amount (Billing) | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1959911 | Photocopy | E | 06/01/2006 | 0220 | SKL | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 0.30 |
| 1960050 | Federal Express to Katie Hemming from EI on 5/25 | E | 06/02/2006 | 0120 | EI | 0.00 | 0.00 | $2.73 | 0.00 | 0.00 | $2.73 | 3.03 |
| 1962060 | Photocopy | E | 06/02/2006 | 0232 | LK | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 3.33 |
| 1962197 | Photocopy | E | 06/05/2006 | 0308 | DBS | 0.00 | 0.00 | $11.60 | 0.00 | 0.00 | $11.60 | 14.93 |
| 1962484 | Photocopy | E | 06/06/2006 | 0317 | JAL | 0.00 | 0.00 | $1.40 | 0.00 | 0.00 | $1.40 | 16.33 |
| 1962924 | Equitrac - Long Distance to 3024261900 | E | 06/06/2006 | 0999 | C&D | 0.00 | 0.00 | $0.11 | 0.00 | 0.00 | $0.11 | 16.44 |
| 1963245 | Travel Expenses - Ground Transportation- EI to airport for trip to DC re: team strategy meeting on June 6/7, 2006 | E | 06/06/2006 | 0999 | C&D | 0.00 | 0.00 | $97.00 | 0.00 | 0.00 | $97.00 | 113.44 |
| 1963094 | Photocopy | E | 06/07/2006 | 0232 | LK | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 113.74 |
| 1963106 | Photocopy | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.70 | 0.00 | 0.00 | $0.70 | 114.44 |
| 1963186 | Fax Transmission to 512145201181 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 114.89 |
| 1963187 | Fax Transmission to 512148248100 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 115.34 |
| 1963188 | Fax Transmission to 517136501400 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 115.79 |
| 1963189 | Fax Transmission to 513125516759 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 116.24 |
| 1963190 | Fax Transmission to 518432169290 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 116.69 |
| 1963191 | Fax Transmission to 514067527124 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 117.14 |
| 1963192 | Fax Transmission to 513026565875 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 117.59 |
| 1963193 | Fax Transmission to 515108354913 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 118.04 |
| 1963194 | Fax Transmission to 512165750799 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 118.49 |
| 1963195 | Fax Transmission to 514124718308 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 118.94 |
| 1963196 | Fax Transmission to 512123440994 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 119.39 |
| 1963197 | Fax Transmission to 513024269947 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 119.69 |
| 1963199 | Fax Transmission to 514122615066 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.15 | 0.00 | 0.00 | $0.15 | 119.84 |
| 1963200 | Fax Transmission to 518432169450 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 120.29 |
| 1963201 | Fax Transmission to 513024269947 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.15 | 0.00 | 0.00 | $0.15 | 120.44 |
| 1963202 | Fax Transmission to 514122615066 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.15 | 0.00 | 0.00 | $0.15 | 120.59 |
| 1963204 | Fax Transmission to 514122615066 | E | 06/07/2006 | 0999 | C&D | 0.00 | 0.00 | $0.15 | 0.00 | 0.00 | $0.15 | 120.74 |
| 1962618 | Columbia Catering; NDF/EI luncheon on 6/6 with DKG, JPW, JAL, WBS, ALV | E | 06/07/2006 | 0187 | NDF | 0.00 | 0.00 | $151.13 | 0.00 | 0.00 | $151.13 | 271.87 |
| 1963452 | Fax Transmission to 513122661194 | E | 06/08/2006 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 272.32 |
| 1963453 | Fax Transmission to 513122661194 | E | 06/08/2006 | 0999 | C&D | 0.00 | 0.00 | $0.75 | 0.00 | 0.00 | $0.75 | 273.07 |
| 1963518 | EI; Travel expense Shuttle to DC for meeting w/staff to discuss on going agenda on 6/6 for r/t airfare | E | 06/09/2006 | 0120 | EI | 0.00 | 0.00 | $308.00 | 0.00 | 0.00 | $308.00 | 581.07 |
| 1964049 | Photocopy | E | 06/12/2006 | 0308 | DBS | 0.00 | 0.00 | $3.90 | 0.00 | 0.00 | $3.90 | 584.97 |
| 1964051 | Photocopy | E | 06/12/2006 | 0308 | DBS | 0.00 | 0.00 | $3.90 | 0.00 | 0.00 | $3.90 | 588.87 |
| 1964053 | Photocopy | E | 06/12/2006 | 0237 | SRB | 0.00 | 0.00 | $0.10 | 0.00 | 0.00 | $0.10 | 588.97 |
| 1964063 | Photocopy | E | 06/12/2006 | 0999 | C&D | 0.00 | 0.00 | $78.00 | 0.00 | 0.00 | $78.00 | 666.97 |
| 1964168 | Petty Cash Late night cab home for DBS on 6/5 (split between 3403 and 4642) | E | 06/13/2006 | 0308 | DBS | 0.00 | 0.00 | $10.00 | 0.00 | 0.00 | $10.00 | 676.97 |
| 1964356 | Document Tech; CD duplication and DVD duplication | E | 06/13/2006 | 0308 | DBS | 0.00 | 0.00 | $95.18 | 0.00 | 0.00 | $95.18 | 772.15 |
| 1964357 | Landmark Document; Copying:Medium litigation | E | 06/13/2006 | 0308 | DBS | 0.00 | 0.00 | $261.20 | 0.00 | 0.00 | $261.20 | 1,033.35 |
| 1964362 | JAL; To reimburse for phone calls made from cell phone on 6/8 | E | 06/13/2006 | 0317 | JAL | 0.00 | 0.00 | $91.75 | 0.00 | 0.00 | $91.75 | 1,125.10 |
| 1964380 | Snyder Miller & Orton; Services rendered through 5/31 | E | 06/13/2006 | 0187 | NDF | 0.00 | 0.00 | $1,320.60 | 0.00 | 0.00 | $1,320.60 | 2,445.70 |
| 1964628 | Equitrac - Long Distance to 3122366166 | E | 06/13/2006 | 0999 | C&D | 0.00 | 0.00 | $0.12 | 0.00 | 0.00 | $0.12 | 2,445.82 |
| 1964763 | Photocopy | E | 06/13/2006 | 0327 | ALV | 0.00 | 0.00 | $15.90 | 0.00 | 0.00 | $15.90 | 2,461.72 |
| 1965588 | Photocopy | E | 06/13/2006 | 0308 | DBS | 0.00 | 0.00 | $4.20 | 0.00 | 0.00 | $4.20 | 2,465.92 |
| 1968197 | Photocopy | E | 06/13/2006 | 0999 | C&D | 0.00 | 0.00 | $23.00 | 0.00 | 0.00 | $23.00 | 2,488.92 |
| 1966113 | Photocopy | E | 06/13/2006 | 0220 | SKL | 0.00 | 0.00 | $0.70 | 0.00 | 0.00 | $0.70 | 2,489.62 |
| 1964830 | Postage | E | 06/14/2006 | 0187 | NDF | 0.00 | 0.00 | $0.39 | 0.00 | 0.00 | $0.39 | 2,490.01 |
| 1964874 | Federal Express to Katie Hemming from EI on 6/7 | E | 06/14/2006 | 0120 | EI | 0.00 | 0.00 | $12.55 | 0.00 | 0.00 | $12.55 | 2,502.56 |
| 1964916 | LexisNexis Courtlink usage during May | E | 06/14/2006 | 0308 | DBS | 0.00 | 0.00 | $726.19 | 0.00 | 0.00 | $726.19 | 3,228.75 |
| 1965180 | Equitrac - Long Distance to 2123199240 | E | 06/15/2006 | 0999 | C&D | 0.00 | 0.00 | $0.20 | 0.00 | 0.00 | $0.20 | 3,228.95 |
| 1965335 | DKG; Reimburse for purchase of two asbestos books re Libby, Montana | E | 06/16/2006 | 0310 | DKG | 0.00 | 0.00 | $56.84 | 0.00 | 0.00 | $56.84 | 3,285.79 |
| 1966275 | Photocopy | E | 06/16/2006 | 0251 | JO | 0.00 | 0.00 | $0.10 | 0.00 | 0.00 | $0.10 | 3,285.89 |

```
Client Number:  4642           Grace Asbestos Personal Injury Claimants                                                                    Page:   1
Matter      000                Disbursements                                                                                               5/23/2006
                                                                                                                                    Print Date/Time:
                                                                                                                                          05/23/2006
                                                                                                                                        11:24:37AM
Attn:                                                                                                                                      Invoice #
1965754    Landmark Document Serv; Copying:Heavy Litigation      E  06/19/2006  0308  DBS       0.00         $27.44    0.00       $27.44   3,313.33
1966003    Equitrac - Long Distance to 8054993572                E  06/19/2006  0999  C&D       0.00          $1.52    0.00        $1.52   3,314.85
1966004    Equitrac - Long Distance to 3105819309                E  06/19/2006  0999  C&D       0.00          $1.43    0.00        $1.43   3,316.28
1966005    Equitrac - Long Distance to 6094660427                E  06/19/2006  0999  C&D       0.00          $1.50    0.00        $1.50   3,317.78
1969110    Travel Expenses - Ground Transportation - EI          E  06/19/2006  0999  C&D       0.00         $27.00    0.00       $27.00   3,344.78
           trip to Wilmington for hearing on 6/19, 2006
1966576    Federal Express to Dan Relles from DBS on 6/5         E  06/20/2006  0308  DBS       0.00         $16.26    0.00       $16.26   3,361.04
1966938    Equitrac - Long Distance to 8432169198                E  06/20/2006  0999  C&D       0.00          $0.08    0.00        $0.08   3,361.12
1966942    Equitrac - Long Distance to 2032522564                E  06/20/2006  0999  C&D       0.00          $0.05    0.00        $0.05   3,361.17
1966944    Equitrac - Long Distance to 7708663200                E  06/20/2006  0999  C&D       0.00          $0.06    0.00        $0.06   3,361.23
1966946    Equitrac - Long Distance to 2123199240                E  06/20/2006  0999  C&D       0.00          $0.06    0.00        $0.06   3,361.29
1967073    Photocopy                                             E  06/20/2006  0999  C&D       0.00          $1.60    0.00        $1.60   3,362.89
1967421    High Noon;  Client luncheon with DKG and NDF on       E  06/21/2006  0187  NDF       0.00        $311.70    0.00      $311.70   3,674.59
           6/21 with Wyron, Frankel, Mullady, Rasmussen,
           Felder, JAO,JPW,ALV,SME,WBS
1967513    Photocopy                                             E  06/21/2006  0327  ALV       0.00         $10.80    0.00       $10.80   3,685.39
1967519    Photocopy                                             E  06/21/2006  0327  ALV       0.00         $10.80    0.00       $10.80   3,696.19
1967545    Photocopy                                             E  06/21/2006  0999  C&D       0.00          $0.40    0.00        $0.40   3,696.59
1967561    Photocopy                                             E  06/21/2006  0220  SKL       0.00         $26.50    0.00       $26.50   3,723.09
1967568    Photocopy                                             E  06/21/2006  0308  DBS       0.00         $14.90    0.00       $14.90   3,737.99
1967761    Petty Cash  Muffins for meeting on 6/13 with          E  06/22/2006  0999  C&D       0.00         $19.44    0.00       $19.44   3,757.43
           ALV,NDF,DKG,,JAL,WBS,JPW
1967829    Equitrac - Long Distance to 2125889686                E  06/22/2006  0999  C&D       0.00          $0.65    0.00        $0.65   3,758.08
1968251    Photocopy                                             E  06/22/2006  0999  C&D       0.00          $4.60    0.00        $4.60   3,762.68
1968276    Photocopy                                             E  06/22/2006  0251  JO        0.00         $27.40    0.00       $27.40   3,790.08
1968277    Photocopy                                             E  06/22/2006  0999  C&D       0.00          $4.10    0.00        $4.10   3,794.18
1968278    Photocopy                                             E  06/22/2006  0999  C&D       0.00          $3.00    0.00        $3.00   3,797.18
1968799    Federal Express to Katie Hemming from EI on 6/9       E  06/23/2006  0120  EI        0.00          $3.52    0.00        $3.52   3,800.70
1968810    EI;  Travel expenses to Wilmington for meetings       E  06/23/2006  0120  EI        0.00        $134.00    0.00      $134.00   3,934.70
           and court hearing on 6/19  for Amtrak to
           Wilmington  (business class $77.00)
1968811    EI;  Travel expenses to Wilmington for meetings       E  06/23/2006  0120  EI        0.00        $170.00    0.00      $170.00   4,104.70
           and court hearing on 6/19 Amtrak fare back to
           NYC (business class $113.00)
1968889    Equitrac - Long Distance to 8054993572                E  06/23/2006  0999  C&D       0.00          $0.32    0.00        $0.32   4,105.02
1969022    Photocopy                                             E  06/23/2006  0232  LK        0.00          $1.00    0.00        $1.00   4,106.02
1971586    Equitrac - Long Distance to 6094660427                E  06/26/2006  0999  C&D       0.00          $0.06    0.00        $0.06   4,106.08
1969936    Access Litigation;  Black and White Blowback          E  06/27/2006  0337  EGB       0.00        $263.95    0.00      $263.95   4,370.03
           copies
1969937    Document Tech;  Color copies                          E  06/27/2006  0308  DBS       0.00      $1,058.82    0.00    $1,058.82   5,428.85
1969993    ADA Travel    PVNL train fare to Wilmington on        E  06/28/2006  0020  PVL       0.00        $328.00    0.00      $328.00   5,756.85
           6/19  (business class $218.00)
1969994    ADA Travel    PVNL train fare to Wilmington on        E  06/28/2006  0020  PVL       0.00         $40.00    0.00       $40.00   5,796.85
           6/19  (business class $218.00)  agency fee
1970012    Verus Claims Service;  Retainer for professional      E  06/28/2006  0187  NDF       0.00      $5,000.00    0.00    $5,000.00  10,796.85
           services to be rendered
1970013    Claims Management Services;  Retainer for             E  06/28/2006  0187  NDF       0.00      $5,000.00    0.00    $5,000.00  15,796.85
           professional services to be rendered
1971372    Photocopy                                             E  06/28/2006  0999  C&D       0.00          $5.80    0.00        $5.80  15,802.65
1971559    Postage                                               E  06/30/2006  0187  NDF       0.00          $0.78    0.00        $0.78  15,803.43
1971715    Equitrac - Long Distance to 3024269910                E  06/30/2006  0999  C&D       0.00          $0.08    0.00        $0.08  15,803.51
1971724    Equitrac - Long Distance to 8054993572                E  06/30/2006  0999  C&D       0.00          $0.05    0.00        $0.05  15,803.56
1971822    Equitrac - Long Distance to 2123199240                E  06/30/2006  0999  C&D       0.00          $0.05    0.00        $0.05  15,803.61
1972040    Postage for June from NYO                             E  06/30/2006  0999  C&D       0.00          $0.78    0.00        $0.78  15,804.39
1972047    Xeroxing                                              E  06/30/2006  0999  C&D       0.00          $2.30    0.00        $2.30  15,806.69
1973108    Database Research - Westlaw by SME on 6/14            E  06/30/2006  0999  C&D       0.00         $31.10    0.00       $31.10  15,837.79
1973109    Database Research - Westlaw by JAL on 6/14 & 21       E  06/30/2006  0999  C&D       0.00      $1,561.28    0.00    $1,561.28  17,399.07
1973110    Database Research - Westlaw by JAL/MLR on 6/13        E  06/30/2006  0999  C&D       0.00         $64.83    0.00       $64.83  17,463.90
Total Expenses                                                                                  0.00     $17,463.90    0.00   $17,463.90


              Matter Total Fees                                                                             0.00                    0.00


              Matter Total Expenses                                                                    17,463.90               17,463.90
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                              Page:   1
Matter      000                    Disbursements                                                                       5/23/2006
                                                                                                                  Print Date/Time:
                                                                                                                       05/23/2006
                                                                                                                      11:24:37AM
Attn:                                                                                                                  Invoice #
              Matter Total                                                      0.00      17,463.90      0.00        17,463.90



              Prebill Total Fees



              Prebill Total Expenses                                                      $17,463.90                 $17,463.90



              Prebill Total                                                     0.00      $17,463.90     0.00        $17,463.90
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 52,667 | 01/30/2006 | 160,926.00 | 342.00 |
| 52,957 | 02/27/2006 | 141,801.50 | 28,360.30 |
| 53,271 | 03/24/2006 | 104,812.50 | 20,962.50 |
| 53,663 | 04/27/2006 | 167,844.00 | 33,568.80 |
| 54,090 | 05/26/2006 | 94,451.50 | 18,890.30 |
| 54,510 | 06/29/2006 | 108,870.15 | 108,870.15 |
|   |   | 1,206,741.65 | 219,942.34 |