IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTY-FIRST INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2006 THROUGH JUNE 30, 2006**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2006 through June 30, 2006

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $337,931.75

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $140,737.24

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $270,345.40

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $140,737.24

Total Amount of Holdback Fees Sought for applicable period:  $67,586.35

{D0070414.1 }
DOC# - 170098DOC# 170098 v1 - 05/08/2006

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2006 THROUGH JUNE 30, 2006**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 5/31/06; 12565 | 4/1/06-4/30/06 | $75,561.20 (80% of $94,451.50) | $90,476.29 | $75,561.20 (80% of $94,451.50) | $90,476.29 |
| 6/30/06; 12741 | 5/1/06-5/31/06 | $60,858.40 (80% of $76,073.00) | $32,797.15 | $60,858.40 (80% of $76,073.00) | $32,797.15 |
| 8/01/06; 12895 | 6/1/06-6/30/06 | $133,925.80 (80% of $167,407.25) | $17,463.90 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June, 2006 Hours | Cumulative April to June, 2006 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | 2.1 | $ 1,419.50 |
| Asset Disposition | .0 | .00 | 2.6 | 1,668.00 |
| Business Operations | .0 | .00 | 17.2 | 7,459.00 |
| Case Administration | 54.0 | 22,983.00 | 2,440.9 | 592,266.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 9.4 | 5,704.00 | 1,510.9 | 488,795.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 12.0 | 7,213.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 2.0 | 1,103.00 | 101.9 | 59,590.50 |
| Employee Benefits/Pension | 1.4 | 1,010.00 | 12.7 | 7,475.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment | .3 | 121.50 | 45.5 | 18,061.00 |

| | | | | |
|---|---:|---:|---:|---:|
| Applications, Others | | | | |
| Fee Applications, Applicant | 13.0 | 3,510.00 | 359.2 | 93,266.50 |
| Fee Applications, Others | .0 | .00 | 116.2 | 44,161.50 |
| Financing | .2 | 167.00 | 4.1 | 3,387.00 |
| Hearings | 12.0 | 9,795.00 | 101.0 | 63,088.00 |
| Litigation and Litigation Consulting | 840.5 | 274,030.00 | 4,863.8 | 1,684,769.50 |
| Plan & Disclosure Statement | 14.6 | 11,390.50 | 638.2 | 305,882.50 |
| Relief from Stay Proceedings | .1 | 76.00 | 2.6 | 1,648.00 |
| Tax Issues | .0 | .00 | 70.2 | 23,501.50 |
| Tax Litigation | .9 | 382.50 | 29.5 | 10,076.00 |
| Travel-Non-Working | 12.8 | 5,092.75 | 524.0 | 110,640.75 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 5.9 | 2,566.50 | 21.5 | 9,054.50 |
| **Totals** | **967.1** | **$337,931.75** | **10,933.1** | **$3,550,409.75** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 4/1/06 – 6/30/06 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 2,677.41 | $ 124,717.02 |
| Research Material | 1,330.82 | 5,720.06 |
| Air Freight & Express Mail | 105.48 | 10,976.37 |
| Outside Local Deliveries | .00 | 927.38 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 791.98 | 2,552.99 |
| Outside Photocopy Service | 110,229.93 | 150,971.42 |
| Professional Fees & Expert Witness Fees | 21,169.10 | 68,385.16 |
| Court Reporting/Transcript Service | 145.00 | 6,826.92 |
| Miscellaneous Client Advances | 56.84 | 1,385.16 |
| Air & Train Transportation | 2,621.20 | 68,672.93 |
| Meals Related to Travel | 46.47 | 7,026.92 |
| Travel Expenses – Hotel Charges | .00 | 21,475.75 |
| Travel Expenses – Ground Transportation | 714.41 | 11,835.70 |
| Travel Expenses – Miscellaneous | .00 | 142.75 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,121.91 |
| Local Transportation - DC | 10.00 | 413.45 |
| Local Transportation – NY | .00 | 267.09 |
| Xeroxing | 236.80 | 50,138.05 |
| Postage | 2.73 | 178.48 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 90.15 | 2,130.25 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 15.71 | 1,951.89 |
| NYO Long Distance Telephone | 373.46 | 5,249.73 |
| Use of Cell/Home Phone | 119.75 | 687.52 |
| **TOTAL** | **$ 140,737.24** | **$ 545,018.84** |