# EXHIBIT A

**RESPONSE TO INTERROGATORY NO. 30:**

| Employer: | Date: |
|---|---|
| Ivy's Café, Hawthorne, CA | 4/64 to 6/64 |

Job title/duties: Dishwasher. Decedent cleaned dishes.

| | |
|---|---|
| Bowlerland Van Nuys, CA | 7/64 to 9/64 |

Job title/duties: Decedent cleaned bowling lanes.

| | |
|---|---|
| Rafael's Originals Inc North Hollywood, CA | 7/64 to 9/64 |

Job title/duties: Decedent attached buttons on pillows.

| | |
|---|---|
| Seers Lumber Company Hawthorne, CA | 7/65 to 9/65 |

Job title/duties: Laborer. Decedent stacked wood & cleaned yard.

| | |
|---|---|
| Burger Chef of Hawthorne Hawthorne, CA | 7/65 to 9/65 |

Job title/duties: Decedent was a counter person.

| | |
|---|---|
| Clark Drugs Hawthorne, CA | 10/65 to 12/65 |

Job title/duties: Decedent stocked and cleaned shelves.

| | |
|---|---|
| Bob's Big Boy Restaurant Glendale, CA | 4/66 to 9/66 |

Job title/duties: Dishwasher. Decedent cleaned dishes.

| | |
|---|---|
| A&W Rootbeer Glendale, CA | 4/66 to 9/66 |

Job title/duties: Decedent was a counter person.

| | |
|---|---|
| HY-Q Tool Co. Wixom, Michigan | 7/66 to 9/66 |

Job title/duties: Decedent made metal parts.

| | |
|---|---|
| Nordskog Company Van Nuys, CA | 9/66 to 9/68 |

Job title/duties: Sheet Metal Mechanic. Decedent assembled ovens for commercial airline galleys. The galleys, including ovens were built according to the specifications of purchasers which required installation of asbestos-containing products by decedent and his coworkers.

Wonder Valley Dude Ranch                      10/69 to 6/70
Sanger, CA

Job title/duties: Dishwasher. Decedent cleaned dishes.

API Systems                                    7/71 to 12/71
Pacoima, CA

Job title/duties: Laboratory Technician. Decedent worked in a laboratory mixing and testing polyurethane foam formulations.

Los Angeles Dept. of Water and Power           1972 to 1973

Job title/duties: Assistant Steam Plant Operator. Decedent worked at Scattergood Steam Plant, El Segundo, CA, Harbor Steam Plant, Wilmington, CA; and Valley Steam Plant, Wilmington, CA. Decedent worked around maintenance crews.

Kelly Construction/Brand-S Lumber Company   7/73 to 9/74
Lewistown and Missoula, Montana

Job title/duties: Carpenter. Decedent worked on the construction of a log cabin. Decedent worked on the demolition and salvage of lumber mills. Decedent also worked on the construction of facilities at Brand-S Lumber Company.

Sturdi-Built Homes, Inc.                       1/74 to 3/74
Livingston, Montana

Job title/duties: Electrician. Decedent did wiring of mobile homes in a mobile homes factory.

Seismograph Service Corporation                4/74 to 6/74
Wyoming

Job title/duties: Decedent worked on Indian reservations to locate oil deposits.

Ted's Western Appliance Repair                 10/74 to 12/75
Livingston, Montana

Job title/duties: Appliance Repairman. Decedent repaired, removed and installed appliances and furnaces.

Gallatin Mobile Homes                          1/76 to 6/76
Bozeman, Montana

Job title/duties: Decedent installed acoustical ceiling tiles to roofing trusses and attached them to mobile home units.

Sumners House of Carpets                       1976
Livingston, Montana

Job title/duties: Flooring Mechanic. Decedent installed and/or removed asbestos sheet flooring, vinyl asbestos tile, and other flooring included related accessory products such as mastics, and adhesives.

///

| | | |
|---|---|---|
| 1 | Hanson and Hanson Construction | 10/76 to 3/77 |
| | Livingston, Montana | |

2

3   Job title/duties: Laborer. Decedent worked on demolition of a portion of Winan School Gymnasium, and the related new construction of that portion of the Gymnasium.

4   Burlington Northern Railroad (BNRR)        1977
    Livingston, Montana

5

6   Job title/duties: Truck Driver/Carpenter. Decedent prepared and painted track signals and steel bridges.

7   Burlington Northern Railroad (BNRR)        1978 to 1986
    Interbay, Washington and Vancouver, Washington

8

9   Job title/duties: Waste Water Treatment Operator. Decedent worked at various jobsites in Oregon and Washington including, Auburn, Washington; Inner Bay, Washington; and Vancouver, Washington. Decedent worked at industrial waste water treatment plants

10  located adjacent to repair facilities for locomotives. Decedent had to regularly go to the repair facilities at those sites.

11

    Stereo Super Stores        1/88 to 12/89
12  Portland, Oregon

13  Job title/duties: Salesman. Decedent sold stereo equipment.

14  Environmental Management Resources        1989

15  Job title/duties: Decedent traveled to Lincoln, Nebraska and Galesburg, Illinois to operate Burlington Northern Railroad owned industrial wastewater treatment plants.

16
    CH2M Hill, Inc.        1992 to 11/2/00
17  Portland, Oregon

18  Job title/duties: Environmental Technologist. Decedent performed environmental field investigations and was being trained and mentored for promotion to a certified project

19  manager.

20        For additional information regarding this response, plaintiff refers to decedent's

21  Responses to Joint Defense Interrogatories and decedent's deposition testimony.

22  Discovery and investigation are continuing.

23  **RESPONSE TO INTERROGATORY NO. 31:**

24        (a)   See Response to Interrogatory No. 30 above. Discovery and investigation

25  are continuing;

26        (b)   Plaintiff refers defendants to her response to Interrogatory No. 30 above for

27  the information sought here. Discovery and investigation are continuing;

28

AZAN, MCCLAIN,
DISES, ABRAMS,
FERNANDEZ
IONS & FARRISE
A PROFESSIONAL
CORPORATION
1 TWELFTH STREET
THIRD FLOOR
LAND, CA 94607
(510) 465-7728
(510) 893-7211
K (510) 835-4913

ARTWRIGHT/17677.1 Plaintiff's Response to Joint Defense Interrogatories (Wrongful Death)        15

# EXHIBIT B

# Death Certificate

# Medical Reports

# Interrogatory Responses

# Depositions

# EXHIBIT C

Steven Kazan, Esq. (C.S.B. #46855)
KAZAN, McCLAIN, EDISES, SIMON & ABRAMS
A Professional Law Corporation
171 Twelfth Street, Third Floor
Oakland, California 94607
Telephone: (510) 465-7728

REDACTED

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

|  |  |
|---|---|
| Plaintiffs,<br><br>vs.<br><br>ACandS, INC., et al.,<br><br>Defendants. | COMPROMISE AND RELEASE OF ALL CLAIMS, INCLUDING UNKNOWN AND FUTURE CLAIMS |

1.   Release Of All Personal Injury and Death Claims

(a)   THIS RELEASE EXTINGUISHES ALL CLAIMS FOR ALL INJURIES ARISING FROM OR RELATED TO ANY EXPOSURE TO ASBESTOS EXPERIENCED BY             INCLUDING, BUT NOT LIMITED TO, THOSE INJURIES NOW KNOWN, THOSE NOW EXISTING BUT UNKNOWN, THOSE THAT MANIFEST THEMSELVES IN THE FUTURE, AND THOSE THAT CAUSE HIS DEATH. THIS RELEASE SPECIFICALLY EXTINGUISHES ALL CLAIMS BASED ON ANY CANCER OR MALIGNANCY.

19.  **The Undersigned Acknowledge and Understand the Following Provisions of the California Insurance Code**

It is unlawful to: (1) Knowingly present or cause to be presented any false or fraudulent claim for the payment of a loss under a contract of insurance; (2) Knowingly file multiple claims for the same loss or injury with more than one insurer with an intent to defraud the insurer; (3) Knowingly prepare, make, or subscribe any writing, with intent to present or use the same, or to allow it to be presented or used in support of any such claim.

20.  **Confidentiality**

Each party to this Release agrees not to make public or otherwise reveal or disclose to any third party, except as may be required by law or agreed to in writing in advance by each of the parties to this Release, any of the terms of this Compromise and Release.

_____  Dated: _____
Releasor.

State of _____
County of _____

On _____ before me, _____, personally appeared, _____, \_\_\_\_ personally known to me - OR - \_\_\_\_ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

REDACTED

ASE/145327.1                    9.