## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 14, 2006, one hard copy of the attached was served on the following parties by first class postage prepaid mail:

SEE SERVICE LIST ATTACHED.

Date:  August 14, 2006                     By:            /s/ Noel C. Burnham
                                                                    Noel C. Burnham, Esq. [DE Bar #3483]
                                                                    **Montgomery, McCracken,**
                                                                    **Walker & Rhoads, LLP**
                                                                    300 Delaware Avenue, Suite 750
                                                                    Wilmington, DE  19801
                                                                    (302) 504-7800 (Telephone)
                                                                    (302) 504-7820 (Facsimile)

2102743v1