Service List August 14, 2006

| | |
|---|---|
| Mark D. Collins<br>Deborah E. Spivak, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19899 | Steven J. Kherkher, Esq.<br>Laurence G. Tien, Esq.<br>Williams Bailey Law Firm LLP<br>8441 Gulf Freeway, Suite #600<br>Houston, TX  77017 |
| Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899 | Paul M. Baisier, Esq.<br>SEYFARTH SHAW<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA  30309 |
| Mark S. Chehi, Esquire<br>Kevin Brady, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE  19801 | Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD  21226-1595 |
| Theresa K.D. Currier, Esquire<br>Klett Rooney Lieber & Schorling, P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 | Todd C. Meyers, Esq.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309-4530 |
| Michael R. Lastowski, Esquire<br>Duane Morris & Heckscher LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE  19801 | Lewis Kruger, Esquire<br>Robert Raskin, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038-4982 |
| D.J. Baker, Esquire<br>Sheila Birnbaum, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 | William E. Frese, Esquire<br>Attn:  Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box  570<br>Newark, NJ  07101 |
| District Director<br>IRS 409 Silverside Road<br>Wilmington, DE  19809 | State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH  43215 |

2101448v1

Case 01-01139-AMC    Doc 12970-3    Filed 08/14/06    Page 2 of 13

-2-

| | |
|---|---|
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, NY 10019-0602 |
| Laura Davis Jones, Esquire<br>James O'Neill, Esquire<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705 | Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Jeffrey C. Wisler, Esquire<br>Michelle McMahon, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, 10th Floor<br>Wilmington, DE 19899 | Steven T. Hoort, Esq.<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 |
| Joseph Grey, Esquire<br>Stevens & Lee<br>1105 N. Market St. – Ste 700<br>Wilmington, DE 19801-1270 | William S. Katchen, Esquire<br>Duane, Morris & Heckscher LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ 07102 |
| Robert Jacobs, Esquire<br>Jacobs & Crumplar, PA<br>Two East 7th Street<br>Wilmington, DE 19801 | Paul D. Henderson, Esquire<br>Dies, Dies & Henderson<br>1009 W. Green Avenue<br>Orange, TX 77630 |
| David Klauder, Esquire<br>Office of the United States Trustee<br>844 King St., 2nd Floor<br>Wilmington, DE 19801 | Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 |
| Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 N. Market Street, Suite 904<br>Wilmington, DE 19801 | C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA 94903 |
| Nancy Worth Davis, Esquire<br>Ness, Motley, Loadhold, Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | Damon J. Chargois, Esquire<br>Emerg' Soft<br>524 E. Lamar Blvd. – Ste 200<br>Arlington, TX 76011 |

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA  30326-1232

Dorine Vork
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

James D. Freeman, Esquire
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO  80294

Randall A. Rios, Esq.
Floyd Isgur Rios & Wahrlich, P.D.
700 Louisiana, Suite 4600
Houston, TX  77002

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box  1347
Wilmington, DE  19899

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002

Carmella Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19899

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-7078

Francis A. Monaco, Jr., Esquire
Frederick B. Rosner, Esquire
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE  19801

Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX  75201-2689

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA  19103

Bill Sullivan
Buchanan Ingersoll, P.C.
1201 N. Market Street, Suite 1501
Wilmington, DE 19801

Brad N. Friedman, Esquire
Rachel S. Fleishman, Esq.
Milberg Weiss Bershad Hynes & Learch
One Pennsylvania Plaza
New York, NY  10019

| | |
|---|---|
| J. Douglas Bacon, Esquire<br>David S. Heller, Esquire<br>Lathan & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 | Thomas J. Noonan, Jr.<br>Herman's Sporting Goods in Liquidation<br>c/o R&S Liquidation Company, Inc.<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ  07920-1928 |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave. N.W.<br>Washington, DE  20020 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA  31208-3708 |
| Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE  19903 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>2900 Commonwealth Boulevard, MS 35<br>Tallahassee, FL  32399-3000 |
| David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL  60606-5096 | Anton Volovsek<br>Rt2 – Box 200 #42<br>Kamiah, Idaho  83536-9229 |
| Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX  77002-5012 | Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC  20036 |
| Stephen H. Case, Esquire<br>Nancy L. Lazar, Esquire<br>David D. Tawil, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Thomas O. Bean, Esq.<br>Eric P. Magnuson, Esq.<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA  02210 |
| Meridee Moore & Kirsten Lynch<br>Farallon Capital Management LLC<br>One Maritime Plaza<br>Suite 1325<br>San Francisco, CA  94111 | Deirdre Woulfe Pacheo, Esq.<br>Wilentz Goldman & Spitzer<br>P.O. Box 10<br>Woodbridge Center Drive<br>Woodbridge, NJ  07095 |

-5-

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box  13708
Macon, GA  31208-3708

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Washington, DC  20005-4026

Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801-4226

Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Richard S. Lewis, Esquire
Cohen Milstein Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005

Thomas M. Sobol, Esquire
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA  02142

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE  19899

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA  19027

Paul P. Daley, Esq.
George W. Shuster, Jr., Esq.
Hale and Dorr LLP
60 State Street
Boston, MA  02109

Janet M. Weiss, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

| | |
|---|---|
| Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA  70130-6103 | Allan M. McGarvey, Esquire<br>John L. Heberling, Esquire<br>Roger M. Sullivan, Esquire<br>McGarvey Heberling Sullivan & McGarvey<br>745 South Main<br>Kalispell, MT  59901 |
| John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS  66210 | John G. Stoia, Jr., Esquire<br>Timothy G. Blood, Esquire<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B. Street, Suite 1600<br>San Diego, CA  92101 |
| T. Kellan Grant<br>Wildman, Harrold, Allen & Dixson<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 | Ralph R. Mabey, Esquire<br>Penrod W. Keith, Esquire<br>LeBroeuf Lamb Greene & MacRae LLP<br>1000 Kearns Building<br>Salt Lake City, UT  84101 |
| W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA  19103 | Marsha A. Penn, Esquire<br>P.O. Box 7325<br>Houston, TX  77253 |
| Elizabeth S. Kardos, Esquire<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ  07102-5497 | Robert J. Dehney, Esquire<br>Michael G. Busenkell, Esquire<br>Morris Nicholas Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE  19899 |
| Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA  94945 | Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE  19899 |

| | |
|---|---|
| Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219 | Peninsula Capital, L.P.<br>404B East Main Street, 2nd Floor<br>Charlottesville, VA  22902<br>Attn: Ted Weschler |
| Pamela Zilly<br>Richard Schinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY  10154 | Vahe Melkonian, Pres.<br>Newco Management Company LLC<br>6320 Canoga Avenue, Suite 1430<br>Woodland Hills, CA  91367 |
| David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 | Craig A. Slater, Esq.<br>Angela M. Demerle, Esq.<br>Harter Secrest & Emery LLP<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, NY  14202-2293 |
| Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC  29465 | Neil Berger, Esquire<br>Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY  10119 |
| Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard<br>Los Angeles, CA  90067-4100 | Philip Bentley, Esq.<br>Gary M. Becker, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 |
| Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor<br>Dallas, TX  75204 | James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1201 Connecticut Ave., NW<br>Suite 600<br>Washington, DC  20036 |
| Richard S. Cobb, Esquire<br>Megan N. Harper, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE  19801 | Darrell W. Scott<br>The Scott Law Group, P.S.<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA  99201 |

| | |
|---|---|
| Thomas J. Noonan, Jr.<br>c/o R & S Liquidation Company<br>Five Lyons Mall PMB #530<br>Basking Ridge, NJ  07920-1928 | David Pastor, Esquire<br>Edward L. Manchur, Esquire<br>Gilman & Pastor LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA  01906 |
| Jonathan W. Young<br>T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 | Thomas G. Whalen, Esquire<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE  19801 |
| Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer, Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX  78471 | Jordan N. Malz, Esq.<br>Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY  10017 |
| Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI  54306 | Christopher R. Momjian, Esq.<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA  19107 |
| Joseph T. Kremer, Esquire<br>Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY  14202 | Mr. Harvey Schultz<br>The Schultz Organization<br>900 Route 9 North<br>Woodbridge, NJ  07095 |
| Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd., Suite G<br>Brownsville, TX  78520 | Charles L. Finke, Assistant Attorney General<br>Brad Rogers, Attorney<br>Pension benefit Guarantee Corporation<br>Office of the General Counsel<br>1200 K Street, NW<br>Washington, DC  20005-4026 |

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
Wilmington, DE  19801

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067


Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY  10006



Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

Daniel C. Cohn, Esq.
Christopher M. Candon
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA  02110

Jeffrey L. Roelofs, Esquire
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA  02141

James E. Wimberley, Esquire
McPhearson, Monk, Hughes, Bradley &
Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX  77642

Kirk A. Patrick III
Donohue Patrick
1500 Bank One Centre-North Tower
PO Box 1629
Baton Rouge, LA  70821-1629


Mr. Eugene Paul Sullivan
29-B Plaza Delas Flores
Freehold, NJ  07728



Frederick P. Furth
Michael P. Lehmann
Christopher L. Lebsock
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA  94104

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  53215

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5906 Hartford Road
Baltimore, MD  21214

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Richard A. O'Halloran, Esq.
BURNS, WHITE & HICKTON, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA  19462

Elizabeth J. Cabraser, Esquire
Richard M. Heimann, Esquire
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111

Steven K. Kotanek, Esq.
Joanne B. Wills, Esq.
Klehr, Harrison, Harvey, Bransburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE  19801

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131

Marc Abrams, Esquire
Archer & Greiner, P.C.
1300 North Market Street
Suite 700
Wilmington, DE  19801

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Jeffrey A. Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
Suite 700
Wilmington, DE  19801

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
PO Box 1792
Mt. Pleasant, SC  29465

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Todd C. Schiltz
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001

| | |
|---|---|
| | Wilmington, DE 19801 |
| Charles E. Gibson, III<br>Gibson Law Firm<br>447 Northpark Drive<br>Ridgeland, MS 39157-5109 | John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806 |
| Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent &<br>  Sheinfeld, LLP<br>875 3rd Avenue<br>New York, NY 10022-6225 | Justin Shrader<br>Shrader & Williamson<br>16903 Red Oak Blvd.<br>Suite 220<br>Houston, TX 77090 |
| Paul D. Henderson, Esq.<br>Paul D. Henderson, P.C.<br>712 Division Avenue<br>Orange, TX 77630 | Gerald F. George, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228 |
| Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ 07663 | W. Wallace Finlator, Jr.<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| Derrick Tay, Esquire<br>Meighen Demers<br>Suite 1100, Box 11, Merrill Lynch Can. Tower<br>Sun Life Center, 200 Kint Street West<br>Toronto, Ontario M5H 3T4<br>CANADA | William P. Bowden, Esq.<br>Amanda M. Winfree, Esq.<br>Ashby & Geddes, P.A.<br>222 Delaware Avenue, 17th Street<br>P.O. Box 1150<br>Wilmington, DE 19899 |
| Edward W. Westbrook, Esquire<br>Robert M. Turkewitz, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>174 East Bay Street<br>Charleston, SC 29401 | Thomas Tew, Esquire<br>Tew Cardenas Robak Kellogg Lehman DeMaria Tague Raymond & Levine L.L.P.<br>201 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131 |
| Todd Meyer, Esq.<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 | Citadel Investment Group, L.L.C.<br>Attn: S. Jay Novatney<br>131 South Dearborn Street, 36th Floor<br>Chicago, IL 60603 |

| | |
|---|---|
| Peter A. Chapman<br>572 Fernwood Lane<br>Fairless Hills, PA  19030 | Roger W. Hammond<br>Kforce Inc.<br>1001 East Palm Avenue<br>Tampa, FL  33605 |
| Alan Kolod, Esq.<br>Moses & Singer LLP<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY  10019-6076 | Bruce D. Levin, Esq.<br>Peter B. McGlynn, Esq.<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, MA  02110 |
| John P. Dillman, Esq.<br>Linebarger Heard Goggan Blair<br>Graham Peña & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX  77253-3064 | Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, NW, Ste 200<br>Washington, DC  20007 |
| Sean Allen<br>BMC Group<br>720 Third Avenue, 23rd Floor<br>Seattle, WA  98104 | D. Alexander Barnes, Esq.<br>Obermayer Rebmann Maxwell &<br>Hippel LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd.<br>Philadelphia, PA  19103-1895 |
| Thomas A. Spratt, Jr., Esquire<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103 | Yves Lauzon<br>Michel Belanger<br>Lauzon Belanger, Inc.<br>286, rue St-Paul Quest, Bureau 100<br>Montreal Quebec<br>CANADA |
| Steven T. Davis<br>Obermayer Rebmann Maxwell & Hippel LLP<br>3 Mill Road, Suite 306A<br>Wilmington, DE  19806 | Steven J. McCardell, Esquire<br>Jared Inouye, Esquire<br>Duham Jones & Pinegar<br>111 E. Broadway, Suite 900<br>Salt Lake City, UT  84111 |
| John Waters, Esq.<br>Iowa Department of Revenue<br>Collections Section<br>P.O. Box  10457<br>Des Moines, Iowa  50306 | Daniel K. Hogan<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE  19806 |

          Marla R. Eskin, Esquire
          Kathleen Campbell Davis, Esquire
          Mark T. Hurford, Esquire
          Campbell & Levine, LLC
          800 N. King Street, Suite 300
          Wilmington, DE  19801