# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2006 THROUGH APRIL 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 20.6 | $9,579.00 |
| | | | | | |
| **TOTAL** | | | | **20.6** | **$9,579.00** |



## FOLEY HOAG LLP
### ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2006
Invoice No.: 361971
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through April 30, 2006

| | |
|---|---|
| Fees | $9,579.00 |
| **Total Fees and Disbursements** | **$9,579.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 361971
May 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 04/04/06 | Jaffe | Review, revise revised draft work plan and telephone conference and email with client regarding same (2.1). | 2.1 |
| 04/05/06 | Jaffe | Telephone conference and email with Ms. Johns (0.5). | 0.5 |
| 04/06/06 | Jaffe | Review sediment scope of work (0.8). | 0.8 |
| 04/07/06 | Jaffe | Review, revise draft scope of work for sediment and emails with team regarding same (1.4). | 1.4 |
| 04/10/06 | Jaffe | Team telephone conference and prepare for same (3.2). | 3.2 |
| 04/11/06 | Jaffe | Emails with team regarding agenda, BOC gases (1.0). | 1.0 |
| 04/12/06 | Jaffe | Review draft agenda and emails with team regarding same (0.7). | 0.7 |
| 04/13/06 | Jaffe | Telephone conference with team and government parties and prepare for same (2.7). | 2.7 |
| 04/24/06 | Jaffe | Review, revise revised draft Scope of Work (2.2). | 2.2 |
| 04/25/06 | Jaffe | Review, revise revised draft Scope of Work and telephone conference and email with client regarding same (2.1). | 2.1 |
| 04/26/06 | Jaffe | Telephone conference with Ms. Johns and Mr. Obradovic (0.2); review revised Scope of Work (1.2). | 1.4 |
| 04/27/06 | Jaffe | Review, revise revised draft scope of work and emails with team regarding same (1.9). | 1.9 |
| 04/28/06 | Jaffe | Telephone conference and email with Ms. Johns. | 0.6 |
| | | **Total Hours** | **20.6** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 361971
May 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 20.6 |

|  |  |
|---|---|
| Total Fees | $9,579.00 |

|  |  |
|---|---|
| Total Fees | $9,579.00 |
| **Total Fees and Disbursements** | **$9,579.00** |

 **FOLEY HOAG** LLP

ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2006
Invoice No.: 361971
Matter No.: 08743.00088

Re:    **Acton Site OU3**

**Total Fees and Disbursements**            **$9,579.00**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 361971
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 93 - Concord Landfill Closure

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 2.0 | $930.00 |
| | | | | | |
| TOTAL | | | | 2.0 | $930.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2006
Invoice No.: 361972
Matter No.: 08743.00093

**Re:** **Concord Landfill Closure**

For Professional Services rendered through April 30, 2006

| | |
|---|---|
| Fees | $930.00 |
| **Total Fees and Disbursements** | **$930.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 361972
May 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 04/06/06 | Jaffe | Review, revise draft Notice of Intent and email to team regarding same (1.1); emails regarding Army Corps filings (0.2). | 1.3 |
| 04/11/06 | Jaffe | Emails with team and telephone conference with Mr. Hultstrom regarding wetlands issues. | 0.7 |
| | | **Total Hours** | **2.0** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 361972
May 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 2.0 |

| | |
|---|---|
| **Total Fees** | **$930.00** |

| | |
|---|---|
| **Total Fees** | **$930.00** |
| **Total Fees and Disbursements** | **$930.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2006
Invoice No.: 361972
Matter No.: 08743.00093

Re:    **Concord Landfill Closure**

**Total Fees and Disbursements**            **$930.00**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP -- Wire Receipt Account

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 361972
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

### Matter 100 - Woburn Lease Environmental Issues

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 6.9 | $3,208.50 |
| | | | | | |
| TOTAL | | | | 6.9 | $3,208.50 |

#### Expenses

| Description | Total |
|---|---|
| Telephone | $  2.24 |
| | |
| TOTAL | $  2.24 |



**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2006
Invoice No.: 361976
Matter No.: 08743.00100

**Re:    Woburn Lease Environmental Issues**

For Professional Services rendered through April 30, 2006

|  |  |
|---|---|
| Fees | $3,208.50 |
| Disbursements | 2.24 |
| **Total Fees and Disbursements** | **$3,210.74** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 361976
May 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 04/05/06 | Jaffe | Telephone conference and email with Ms. Johns (1.2). | 1.2 |
| 04/07/06 | Jaffe | Review, revise draft investigation plan (0.9). | 0.9 |
| 04/10/06 | Jaffe | Review, revise investigation plan and email to team regarding same (1.1). | 1.1 |
| 04/12/06 | Jaffe | Emails with team (0.4). | 0.4 |
| 04/24/06 | Jaffe | Review, revise draft PCB plan and investigation plan and telephone conference and email with client regarding same (2.7). | 2.7 |
| 04/25/06 | Jaffe | Telephone conference with client (0.2). | 0.2 |
| 04/26/06 | Jaffe | Email from Mr. Hamel regarding PCB plan (0.4). | 0.4 |
| | | **Total Hours** | **6.9** |

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 361976
May 28, 2006
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 6.9 |

Total Fees      $3,208.50

### Disbursement Summary

| Date | | Amount |
|------|------|--------|
| 04/30/06 | Telephone | 2.24 |

Total Disbursements      $2.24

| | |
|--------------------------------|-----------|
| Total Fees | $3,208.50 |
| Total Disbursements | 2.24 |
| Total Fees and Disbursements | $3,210.74 |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2006
Invoice No.: 361976
Matter No.: 08743.00100

**Re:**   **Woburn Lease Environmental Issues**

**Total Fees and Disbursements**            **$3,210.74**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 361976
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 0.9 | $ 418.50 |
| Adam P. Kahn | Partner | Environmental | $450.00 | 0.3 | $ 135.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 1.7 | $ 297.50 |
| | | | | | |
| TOTAL | | | | 2.9 | $ 851.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2006
Invoice No.: 361975
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

For Professional Services rendered through April 30, 2006

| | |
|---|---:|
| Fees | $851.00 |
| **Total Fees and Disbursements** | **$851.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 361975
May 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 04/25/06 | Jaffe | Prepare quarterly summaries (0.9). | 0.9 |
| 04/27/06 | Kahn | Review and revise fee application (0.3). | 0.3 |
| 04/27/06 | Rice | Prepare and review fee applications. | 1.7 |
| | | **Total Hours** | **2.9** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 361975
May 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Kahn | 0.3 |
| Rice | 1.7 |
| Jaffe | 0.9 |

| | |
|---|---|
| **Total Fees** | **$851.00** |

| | |
|---|---|
| **Total Fees** | **$851.00** |
| **Total Fees and Disbursements** | **$851.00** |



**FOLEY HOAG** LLP

ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

May 28, 2006
Invoice No.: 361975
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

**Total Fees and Disbursements**          **$851.00**

**Remittance Address:**
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Federal Tax ID: 04-2150535

**Wire Instructions:**
Citizens Bank
1 Citizens Drive
Providence, RI 02915

ABA: 011500120
Swift #: CTZIUS33
Account #: 1133945993
Beneficiary: Foley Hoag LLP – Wire Receipt Account

Reference
Information:

**Client/Matter #: 08743.00101, Invoice #: 361975**
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company