# **EXHIBIT B**
May Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 7, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF THE FIFTY-SIXTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2006 through May 31, 2006 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $27,090.50  (80% = $21,672.40)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $15,330.01

This is an:   X monthly   __ interim   __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | Pending | Pending |

As indicated above, this is the fifty-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $625.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

### Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the Applicant | Number of years in position as attorney | Department | Hourly billing rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 39 | Litigation | $250.00 | 10.30 | $2,575.00 |
| Robert A. Murphy | Senior Counsel | 39 | Litigation | No charge | 0.15 | $0.00 |
| Donna B. MacKenna | Partner | 22 ½ | Litigation | $225.00 | 2.80 | $630.00 |
| Matthew T. Murphy | Associate | 18 | Litigation | $220.00 | 51.70 | $11,374.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 22 | Litigation | $95.00 | 131.70 | $12,511.50 |
| **TOTALS** | | | | | 196.65 | $27,090.50 |

**Total Fees:**     **$27,090.50**

## Expense Summary

### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Federal Express | $530.43 |
| Outside Photocopying | $2,678.32 |
| Photocopying ($0.12/page) | $27.36 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $11.44 |
| Rent Reimbursement | $11,653.16 |
| Miscellaneous | $429.30 |
| TOTAL | $15,330.01 |

**Total Expenses:**     **$15,330.01**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 188.90 | $25,165.50 |
| Fee Applications, Applicant | 7.75 | $1,925.00 |
| Expenses | N/A | $15,330.01 |
| TOTALS | 196.65 | $42,420.51 |

Dated: July 13, 2006

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

Special Litigation Counsel

52000.57/387665.1

8

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 7, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### FIFTY-SIXTH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 6, 2006

Bill Number  94673
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through May 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/01/06 | RAM | Read updated bankruptcy court docket entries to select documents to read.  Read correspondence re: Canadian ZAI sales and re: production of documents to PI creditors' committee. | 0.10 Hrs | $25.00 |
| 05/01/06 | MTM | Work on exhibit stipulation project (1.7); receipt and review of emails from Holme Roberts paralegal re: same (.4); conference with ARA re: same (.3). | 2.40 Hrs | $528.00 |
| 05/01/06 | ARA | Telephone calls to and from MTM and meeting with MTM re: exhibit stipulation project (.3); compare exhibits to originals in the production set (4.4). Receipt of Canadian tapes from copy service (.2) | 4.90 Hrs | $465.50 |
| 05/02/06 | MTM | Continue to work on exhibit stipulation project (2.0); telephone call from ARA re: same (.3). | 2.30 Hrs | $506.00 |
| 05/02/06 | ARA | Per MTM's instructions, compare government exhibits to original documents in the production set re: exhibit stipulation project (6.9). Document control (.7). Discussion with Merrill representative re: retrieval of CDs from Canadian project (.2). | 7.80 Hrs | $741.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/03/06 | MTM | Work on exhibit stipulation project (.8); telephone call from ARA re: same (.2). | 1.00 Hrs | $220.00 |
| 05/03/06 | ARA | Compare government exhibits with original documents in the production set re: exhibit stipulation project (6.3); telephone call to MTM re: exhibit stipulation project (.2). | 6.50 Hrs | $617.50 |
| 05/04/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $50.00 |
| 05/04/06 | MTM | Work on exhibit stipulation project. | 2.40 Hrs | $528.00 |
| 05/04/06 | ARA | Compare government exhibits with original documents in the production set re: exhibit stipulation project. | 7.00 Hrs | $665.00 |
| 05/05/06 | DBM | Search for documents for exhibit stipulation project in criminal trial per MTM. | 1.80 Hrs | $405.00 |
| 05/05/06 | MTM | Telephone call from Holme Roberts paralegal re: status of exhibit stipulation project (.2); work on same (1.7); receipt and review of emails from K&E counsel and Holme Roberts paralegal re: same (.5); conference with ARA re: same (.4). | 2.80 Hrs | $616.00 |
| 05/05/06 | ARA | Compare government exhibits with original documents in the production set re: exhibit stipulation project (6.1); conference with MTM re: same (.4). Receipt of originals from copy service re: PI Creditors' Committee production (.6). | 7.10 Hrs | $674.50 |
| 05/08/06 | DBM | Finalize search for documents for exhibit stipulation project for criminal case per MTM. | 1.00 Hrs | $225.00 |
| 05/08/06 | MTM | Work on exhibit stipulation project at Winthrop Square (6.1); receipt and review of emails from Merrill re: coding of documents gathered during Canadian sweep (.2); meeting with ARA re: same (.2). | 6.50 Hrs | $1,430.00 |
| 05/08/06 | ARA | Compare government exhibits with original documents in the production set re: exhibit stipulation project. (8.7); discussion and review of documents with MTM (.2). | 8.90 Hrs | $845.50 |
| 05/09/06 | MTM | Finish work on exhibit stipulation project (1.1); telephone call from in-house counsel re: copies of ZAI sales documents (.1); locate copy set of same (.2); letter to in-house counsel re: same (.2); conference with ARA re: exhibit stipulation project (.3); receipt and review of complete spreadsheet from Holme Roberts paralegal re: same (.4); email to K&E counsel re: same (.2); email from in-house counsel re: ZAI sales documents (.2); letter to in-house counsel re: same (.2); review and respond to emails from Grace local counsel in Canada re: coding project (.2); email to Merrill re: same (.1). | 3.20 Hrs | $704.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/09/06 | ARA | Discussion with MTM re: exhibit stipulation project (.3); compare government exhibits with original documents in the production set re: exhibit stipulation project (4.2). | 4.50 Hrs | $427.50 |
| 05/10/06 | RAM | Review updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 05/10/06 | ARA | Telephone call to Merrill to confirm they have returned all originals from PI Creditors' Committee production; locate inventory of boxes. | 0.30 Hrs | $28.50 |
| 05/11/06 | ARA | Inventory boxes of documents from the production set (2.0). Quality control documents re: PI Creditors' Committee production (2.0). | 4.00 Hrs | $380.00 |
| 05/12/06 | ARA | Quality control documents from the PI Creditors' Committee Production. | 5.50 Hrs | $522.50 |
| 05/15/06 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $100.00 |
| 05/15/06 | MTM | Conference with ARA re: last production to personal injury creditors' committee. | 0.20 Hrs | $44.00 |
| 05/15/06 | ARA | Quality control documents from the PI Creditors' Committee production (6.8); conference with MTM (.2). | 7.00 Hrs | $665.00 |
| 05/16/06 | ARA | Quality control documents from the PI Creditors' Committee Production. | 6.50 Hrs | $617.50 |
| 05/17/06 | RAM | Telephone call from in-house counsel asking what documents were reviewed by PI creditors' committee; message to MTM re: same. | 0.10 Hrs | No charge |
| 05/17/06 | ARA | Quality control documents from the PI Creditors' Committee Production (4.5). Retrieve document from MTM and return documents to attorney review production set re: exhibit stipulation project (.5). | 5.00 Hrs | $475.00 |
| 05/18/06 | RAM | Telephone conference with MTM re: in-house counsel's request for information re: documents received by PI Creditors' Committee; emails to/from MTM to schedule conference call with in-house counsel. | 0.20 Hrs | $50.00 |
| 05/18/06 | MTM | Telephone call from Grace employee re: locating box requested by in-house counsel (.3); telephone call to another Grace employee re: same (.3); review indices and inventories re: same (1.9); telephone call to ARA re: same (.5); telephone call from RAM re: request from in-house counsel for analysis of production to personal injury creditors' committee (.2); meeting with ARA re: same (.3); email to Holme Roberts paralegal re: box issue (.3); email to in-house counsel re: production to personal injury creditors' committee issue (.4); prepare for call tomorrow with in-house counsel re: same (.6); work on production to personal injury creditors' committee project (1.7). | 6.50 Hrs | $1,430.00 |

Mark A. Shelnitz

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 05/18/06 | ARA | Quality control documents from the PI Creditors' Committee Production (3.2); discuss same with MTM (.3). Per MTM's telephone calls, review consolidated box documents and Winthrop Square Information binder for documents that Grace employee is looking for (2.8). | 6.30 Hrs | $598.50 |
| 05/19/06 | RAM | Read memo listing documents reviewed by PI Creditors' Committee. | 0.10 Hrs | $25.00 |
| 05/19/06 | MTM | Work on production to personal injury creditors' committee project (.9); email to in-house counsel re: box request from Grace employee (.2); telephone call from another Grace employee re: same (.3); telephone call from consultant re: shipment of ZAI material (.2); telephone call to in-house counsel re: same (.2); email from K&E counsel requesting information on personal injury creditors' committee production (.5); respond to same (.3). | 2.60 Hrs | $572.00 |
| 05/19/06 | ARA | Quality control documents from the PI Creditors' Committee Production (6.4); return MTM's call re: PI Creditors' Committee documents that were tagged (.1). | 6.50 Hrs | $617.50 |
| 05/22/06 | MTM | Conference with ARA re: request from K&E counsel for information on personal injury creditors' committee productions in Boston (.4); telephone call from in-house counsel re: analysis of documents copied by personal injury creditors' committee (.3); telephone call from in-house counsel re: Recordkeeper billing issue (.2); work on analysis of personal injury creditors' committee production (3.7). | 4.60 Hrs | $1,012.00 |
| 05/22/06 | ARA | Per MTM's telephone call requesting information re: PI Creditors' Committee production, review file, notes and back-up time sheets (3.0); discuss findings with MTM (.4); update information in the file re: PI Creditors' Committee Production (3.1). | 6.50 Hrs | $617.50 |
| 05/23/06 | RAM | Prepare for (.3) and participate in conference call with in-house counsel and MTM to discuss review of documents by PI creditors' committee (.4). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.90 Hrs | $225.00 |
| 05/23/06 | MTM | Telephone call from in-house counsel re: shipment of ZAI materials from consultant (.2); prepare for conference call with in-house counsel re: analysis of personal injury creditors' committee production (.9); call with in-house counsel and RAM re: same (.4); email to Holme Roberts paralegal re: box requested by Grace employee (.5); receipt and review of email from Holme Roberts paralegal re: same (.4); review indices to locate box (.9); revise spreadsheet and email to in-house Grace counsel re: analysis of personal injury creditors' committee production (.9). Telephone call to ARA re: box sought by | 4.80 Hrs | $1,056.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | Grace employee (.3); email to Holme Roberts paralegal re: same (.3). | | |
| 05/23/06 | ARA | Quality control documents from the PI Creditors' Committee production (4.0). Per MTM's request, review HRO consolidated boxes for Libby consent decree (3.2); discuss same with MTM (.3). | 7.50 Hrs | $712.50 |
| 05/24/06 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $50.00 |
| 05/24/06 | MTM | Meeting with ARA re: search for box requested by Grace employee (.3); telephone call to Grace employee re: same (.2); email to Holme Roberts paralegal re: same (.3); receipt and review of fax from Grace employee re: same (.2); work on analysis of personal injury creditors' committee production project (.9). | 1.90 Hrs | $418.00 |
| 05/24/06 | ARA | Quality control documents from the PI Creditors' Committee Production (3.5). Produce consent decree to MTM and discuss (.3). Review other boxes of documents per Grace employee's request and telephone call to MTM with findings (2.4). | 6.20 Hrs | $589.00 |
| 05/25/06 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $75.00 |
| 05/25/06 | MTM | Work on analysis of personal injury creditors' committee production project (4.5); telephone call from ARA re: ZAI material shipment (.3); telephone call from Holme Roberts paralegal re: box requested by Grace employee (.3); telephone call from in-house Grace counsel re: same (.2). | 5.30 Hrs | $1,166.00 |
| 05/25/06 | ARA | Quality control documents from the PI Creditors' Committee Production (5.9). Receipt of ZAI material from Fed-ex (.2); telephone call to MTM re: same (.3). Instructions from MTM re: review of "copy all" boxes from PI Creditors' Committee production for in-house counsel (.3). | 6.70 Hrs | $636.50 |
| 05/26/06 | MTM | Telephone call from Grace employee re: her box request (.3); review Winthrop Square inventories re: same (1.5); email to Holme Roberts paralegal re: same (.4). Telephone call from another Grace employee re: same (.3). | 2.50 Hrs | $550.00 |
| 05/26/06 | ARA | Quality control documents from the PI Creditors' Committee Production (1.8). Review "copy all" boxes of documents from PI Creditors' Committee production re: in-house counsel's request (4.0). | 5.80 Hrs | $551.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/30/06 | MTM | Work on analysis of personal injury creditors' committee production project (1.5); telephone call from in-house counsel re: box requested by Grace employee (.3). | 1.80 Hrs | $396.00 |
| 05/30/06 | ARA | Review "copy all" boxes of documents from PI Creditors' Committee production re: in-house counsel's request. | 4.10 Hrs | $389.50 |
| 05/31/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 05/31/06 | MTM | Telephone call from Grace consultant re: request for documents from Texas agency (.2); telephone call from Grace employee re: search for box sought by Grace employee (.2); email to in-house counsel re: request from Texas agency (.2); telephone call from in-house counsel re: same (.2); email to DBM re: invoice search re: same (.1) | 0.90 Hrs | $198.00 |
| 05/31/06 | ARA | Continue review of "copy all" boxes of documents from PI Creditors' Committee production re: in-house counsel's request (4.7). Document control (2.4). | 7.10 Hrs | $674.50 |
| | | TOTAL LEGAL SERVICES | | $25,165.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.60 Hrs | 250/hr | $650.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 250/hr | No charge |
| DONNA B. MACKENNA | 2.80 Hrs | 225/hr | $630.00 |
| MATTHEW T. MURPHY | 51.70 Hrs | 220/hr | $11,374.00 |
| ANGELA R. ANDERSON | 131.70 Hrs | 95/hr | $12,511.50 |
| | 188.90 Hrs | | $25,165.50 |

TOTAL THIS BILL            $25,165.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 6, 2006

Bill Number  94674
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through May 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/01/06 | RAM | Work on March fee application. | 1.20 Hrs | $300.00 |
| 05/02/06 | RAM | Work on March fee application. | 1.20 Hrs | $300.00 |
| 05/03/06 | RAM | Work on March fee application. | 0.50 Hrs | $125.00 |
| 05/06/06 | RAM | Work on March fee application. | 1.10 Hrs | $275.00 |
| 05/09/06 | RAM | Send March fee application to in-house counsels to review. | 0.10 Hrs | $25.00 |
| 05/10/06 | RAM | Finalize March fee application and send it to Delaware counsel to file (.3). Work on quarterly fee application (.3). | 0.60 Hrs | $150.00 |
| 05/11/06 | RAM | Read email from in-house counsel that fee application may be filed. | 0.05 Hrs | No charge |
| 05/16/06 | RAM | Send quarterly fee application to Delaware counsel to file. | 0.10 Hrs | $25.00 |
| 05/27/06 | RAM | Work on April fee application. | 0.10 Hrs | $25.00 |
| 05/28/06 | RAM | Work on April fee application. | 0.40 Hrs | $100.00 |
| 05/29/06 | RAM | Work on April fee application. | 1.40 Hrs | $350.00 |
| 05/30/06 | RAM | Read Fee Auditor's Final Report re: Fee Applications for 19th Interim Period (.1). Work on April fee application (.7); send it to in-house counsels to review (.1). | 0.90 Hrs | $225.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

| Date | Atty | Description | | Time | Value |
|------|------|-------------|--|------|-------|
| 05/31/06 | RAM | Telephone calls from in-house counsels that April fee application may be filed. | | 0.10 Hrs | $25.00 |
| | | | TOTAL LEGAL SERVICES | | $1,925.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 7.70 Hrs | 250/hr | $1,925.00 | |
| ROBERT A. MURPHY | 0.05 Hrs | 250/hr | No charge | |
| | 7.75 Hrs | | $1,925.00 | |

TOTAL THIS BILL     $1,925.00

**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 6, 2006

Bill Number  94675
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through May 31, 2006

FEDERAL EXPRESS

| | | |
|---|---|---|
| 05/11/06 | To W R Grace, in-house counsel from Casner and Edwards on 04/07/06 by MTM. | 18.46 |
| 05/11/06 | To Kirkland & Ellis, Terrell Stansbury from Casner and Edwards on 04/13/06 by MTM. | 47.00 |
| 05/11/06 | To 1909 K St., Mayer Brown Rowe and Maw, Jennifer Long from Merrill Corporation on 4/22/06. | 76.68 |
| 05/11/06 | To 1909 K St., Mayer Brown Rowe and Maw, Jennifer Long from Merrill Corporation on 4/22/06. | 104.26 |
| 05/11/06 | To W R Grace & Co., in-house counsel from Casner and Edwards on 04/14/06 by MTM. | 32.86 |
| 05/11/06 | To 1909 K Street, Mayer Brown Rowe and Maw, Jennifer Long from Casner and Edwards on 04/14/06 by MTM. | 73.48 |
| 05/11/06 | To 1909 K St., Mayer Brown Rowe and Maw, Jennifer Long from Casner and Edwards on 4/26/06 by MTM. | 29.98 |
| 05/11/06 | To W R Grace & Co., in-house counsel from Casner and Edwards on 4/26/06 by MTM. | 29.98 |
| 05/11/06 | To 1909 K St., Mayer Brown Rowe and Maw, Jennifer Long from Merrill Corporation on 4/22/06. | 76.66 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through May 31, 2006

### FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 05/22/06 | To 919 N Market St., W R Grace & Co., in-house counsel from Casner and Edwards on 5/10/06 by MTM. | 27.18 | |
| | | | $516.54 |

### OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/08/06 | MERRILL COMM - Employee depositions for criminal defense counsel (4/12/06). | 123.35 | |
| 05/08/06 | MERRILL COMM - Employee depositions for criminal defense counsel (4/13/06). | 616.26 | |
| 05/08/06 | MERRILL COMM - Documents copied by PI Creditor's Committee at Winthrop Square - 8 CD's (4/20/06). | 210.00 | |
| 05/08/06 | MERRILL COMM - Ore shipment records for in-house counsel (4/13/06) | 188.43 | |
| 05/08/06 | MERRILL COMM - Canadian ZAI sales documents (4/25/06). | 192.47 | |
| 05/08/06 | MERRILL COMM - Employee transcripts for criminal defense counsel (4/21/06). | 1,201.68 | |
| 05/08/06 | MERRILL COMM - Libby personnel file (4/27/06) | 44.73 | |
| 05/08/06 | MERRILL COMM - Employee transcripts for criminal defense counsel (4/25/06). | 32.45 | |
| 05/22/06 | MERRILL COMM - ZAI Sales in Canada documents for in-house counsel (5/09/06) | 68.95 | |
| | | | $2,678.32 |

### PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/08/06 | 15 copies at .12 per copy | 1.80 | |
| 05/17/06 | 25 copies at .12 per copy | 3.00 | |
| 05/23/06 | 7 copies at .12 per copy | 0.84 | |
| 05/30/06 | 5 copies at .12 per copy | 0.60 | |
| | | | $6.24 |

### TELEPHONE

| | | | |
|---|---|---|---|
| 05/05/06 | 329 | 3038660691 | 0.66 |
| 05/09/06 | 328 | 3026525338 | 1.10 |
| 05/17/06 | 357 | 5613621583 | 2.20 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through May 31, 2006

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 05/25/06 | 329 | 3038660691 | 1.10 | |
| 05/31/06 | 329 | 9018202023 | 0.88 | |
| | | | | $5.94 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 05/01/06 | RREEF AMERICA REIT III-Rent and utilities for document repository at One Winthrop Square-May 2006. | 11,653.16 | |
| | | | $11,653.16 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 05/08/06 | RECORDKEEPER ARCHIVE-Storage 5/01/06 through 5/31/06. | 402.30 | |
| 05/22/06 | RECORDKEEPER ARCHIVE - box retrieval (April 2006) | 27.00 | |
| | | | $429.30 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $15,289.50 |
| TOTAL THIS BILL | $15,289.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 6, 2006

Bill Number  94676
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through May 31, 2006

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 05/11/06 | To 919 North Market St., Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 4/26/06 by RAM. | 13.89 | |
| | | | $13.89 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/02/06 | 65 copies at .12 per copy | 7.80 | |
| 05/12/06 | 111 copies at .12 per copy | 13.32 | |
| | | | $21.12 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 05/17/06 | 357 | 4105314545 | 3.30 | |
| 05/31/06 | 357 | 4105314545 | 2.20 | |
| | | | | $5.50 |

Mark A. Shelnitz

| | |
|---|---|
| TOTAL DISBURSEMENTS | $40.51 |
| TOTAL THIS BILL | $40.51 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                 )      Chapter 11
                                       )
W. R. GRACE & CO., et al.,             )      Case No. 01-1139 (JKF)
                                       )      Jointly Administered
            Debtors.                   )

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 18th day of July, 2006, I caused a

copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

> **Summary of the Fifty-Sixth Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period from May 1, 2006 Through May 31, 2006; Fee Detail; Exhibit A; Exhibit B.**

James E. O'Neill (Bar No. 4042)

Grace Fee Application Service List
Case Number:  01-1139 (JKF)
Document Number:  45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail


smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: elawler@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: meskin@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail: james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail: *pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: *elawler@stroock.com***
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: *jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: *david.heller@lw.com* and
*carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: *pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP