# **EXHIBIT C**
June Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: September 5, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF THE FIFTY-SEVENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2006 through June 30, 2006 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:  $33,544.50  (80% = $26,835.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:  $11,977.34

This is an:  __X__ monthly  ___ interim  ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | Pending | Pending |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | Pending | Pending |

As indicated above, this is the fifty-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $625.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years is an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 39 | Litigation | $250.00 | 4.30 | $1,075.00 |
| Robert A. Murphy | Senior Counsel | 39 | Litigation | No charge | 0.10 | $0.00 |
| Donna B. MacKenna | Partner | 22 ½ | Litigation | $225.00 | 7.40 | $1,665.00 |
| Matthew T. Murphy | Associate | 18 | Litigation | $220.00 | 80.30 | $17,666.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 22 | Litigation | $95.00 | 138.30 | $13,138.50 |
| TOTALS | | | | | 230.40 | $33,544.50 |

**Total Fees:**     **$33,544.50**

## Expense Summary

### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Federal Express | $73.68 |
| Photocopying ($0.12/page) | $41.28 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $2.42 |
| Rent Reimbursement | $11,457.66 |
| Miscellaneous | $402.30 |
| TOTAL | $11,977.34 |

**Total Expenses:**     **$11,977.34**

7

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 228.60 | $33,094.50 |
| Fee Applications, Applicant | 1.80 | $450.00 |
| Expenses | N/A | $11,977.34 |
| TOTALS | 230.40 | $45,521.84 |

Dated:  August 10, 2006

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/390295.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: September 5, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### FIFTY-SEVENTH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 8, 2006

Bill Number  95832
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through June 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/01/06 | DBM | Search for and locate documents and invoices re: shipments of vermiculite to certain entities in Texas per request of MTM. | 3.50 Hrs | $787.50 |
| 06/01/06 | MTM | Conference with DBM re: search for documents requested by TCEQ. | 0.10 Hrs | $22.00 |
| 06/01/06 | ARA | Document control (1.7). Quality control exhibits removed from depositions prior to copying for K&E request and return depositions to the deposition library (3.0). | 4.70 Hrs | $446.50 |
| 06/02/06 | MTM | Telephone call from in-house counsel re: discovery requests in ERISA class action (.3); review lists for sales of vermiculite to Texas facilities re: requests from TCEQ (1.4); work on analysis of documents taken by PI Creditors' Committee (1.1); conference with ARA re: TCEQ request and production to PI Creditors' Committee (.5); receipt and review of information from Holme Roberts paralegal re: request for box of criminal indictment correspondence (.5); email to Grace employee re: same; email from employee re: same (.2); telephone call to Holme Roberts paralegal re: same (.2). | 4.20 Hrs | $924.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/02/06 | ARA | Quality control exhibits removed from depositions prior to copying for K&E request and return depositions to the employee deposition library (2.2). Per MTM's instructions, obtain documents re: TX project (5.0). Receipt of files from MTM; return same to privilege box (.5). | 7.70 Hrs | $731.50 |
| 06/05/06 | RAM | Telephone conference with in-house counsel re: which firms worked on Woburn grand jury matter. | 0.10 Hrs | No charge |
| 06/05/06 | MTM | Conference with ARA re: TCEQ document request. | 0.20 Hrs | $44.00 |
| 06/05/06 | ARA | Conference with MTM re: Texas project (.2); determine number ranges of invoices to be obtained and determine which boxes invoices are in (7.3). | 7.50 Hrs | $712.50 |
| 06/06/06 | MTM | Receipt and review of discovery requests from plaintiffs in ERISA class action (2.8); conference with ARA re: search for documents requested by TCEQ (.4). | 3.20 Hrs | $704.00 |
| 06/06/06 | ARA | Continue Texas project; determine number ranges of invoices and determine which boxes invoices are in (6.6); discussion with MTM re: same (.4). | 7.00 Hrs | $665.00 |
| 06/07/06 | RAM | Conference with MTM re: status of identifying documents reviewed by PI creditors' committee. | 0.10 Hrs | $25.00 |
| 06/07/06 | MTM | Telephone call from Grace consultant re: TCEQ project (.8); conference with ARA re: obtaining documents re: same (.8); review shipment binders re: same (4.0); receipt and review of email from Grace consultant re: same (.9). | 6.50 Hrs | $1,430.00 |
| 06/07/06 | ARA | Quality control documents produced to PI Creditors' Committee (.3). Per MTM's instructions, obtain documents re: TX project (5.0). | 5.30 Hrs | $503.50 |
| 06/08/06 | RAM | Conference with MTM re: photographs obtained from E. Lovick (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.20 Hrs | $50.00 |
| 06/08/06 | MTM | Work on TCEQ document request (3.8); meeting with ARA re: same (.6); telephone call from Holme Roberts paralegal re: box of Lovick photos (.2); receipt and review of list from Holme Roberts paralegal (.4); telephone call to ARA re: same (.3); conference with RAM re: same (.1); email to in-house counsel re: same (.3); telephone call from in-house counsel re: TCEQ project and box of criminal indictment correspondence (.3); email to in-house counsel re: box of criminal indictment correspondence (.3); telephone call from ARA re: TCEQ project and box of Lovick photos (.3); email to Grace consultant re: scope of production request from TCEQ (.5); email from K&E counsel re: discovery in ERISA matter (.2). | 7.30 Hrs | $1,606.00 |

Mark A. Shelnitz

| 06/08/06 | ARA | Meet with MTM re: TX project (.6); review documents and obtain attachments re: TX project (1.9). Per MTM's request, review Libby common exhibit index to determine who created list of Lovick photos (2.6). | 5.10 Hrs | $484.50 |
|---|---|---|---|---|
| 06/09/06 | MTM | Telephone call from Holme Roberts paralegal re: contents of Libby storage box (.2); conference with ARA re: same (.3). Prepare for conference call with in-house counsel and Grace local counsel re: discovery in ERISA matter (1.1); telephone call with counsel at Arent Fox, K&E and in-house counsel re: ERISA discovery (1.0); telephone call from Holme Roberts paralegal re: Libby storage box (.2); email to Holme Roberts paralegal re: Lovick photo inventory (.2); email to Holme Roberts paralegal re: TCEQ request (.1); work on TCEQ request (3.9). | 7.00 Hrs | $1,540.00 |
| 06/09/06 | ARA | Search for and obtain invoices re: TX project (4.5). Quality control documents from Government exhibit project (2.0). Per MTM's request, review Libby storage box; report findings to MTM (.4). | 6.90 Hrs | $655.50 |
| 06/12/06 | MTM | Receipt and respond to email from Holme Roberts paralegal re: contents of Libby storage boxes (.3); receipt and review of email from K&E counsel re: exhibits of questionable authenticity (.3); telephone call to ARA re: same (.2); receipt and respond to email from paralegal for individual defense counsel in criminal matter re: copy of redacted documents (.5). | 1.30 Hrs | $286.00 |
| 06/12/06 | ARA | Search for and obtain invoices re: Texas project (6.3). Per MTM's request, locate Attorney Review index and documents (1.9); discuss and produce documents to MTM (.4). | 8.60 Hrs | $817.00 |
| 06/13/06 | MTM | Work on identifying originals of questionable government exhibits per request from K&E counsel (1.6); receipt and review of email from criminal defense counsel paralegal re: redacted document (.3); email to K&E counsel re: government exhibit matter (.2); review file from last production to counsel for criminal defendant re: request from paralegal for unredacted original documents (.6); telephone call to ARA re: same (.3); email from Holme Roberts counsel re: government exhibit (.2); receipt and respond to emails from paralegal for criminal defendant re: redacted documents (.2); telephone call from in-house counsel and paralegal re: request from TCEQ (.4). | 3.80 Hrs | $836.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/13/06 | ARA | Per MTM's instructions, search for documents for criminal defense counsel (5.0). Search for and obtain invoices re: Texas project (2.0). | 7.00 Hrs | $665.00 |
| 06/14/06 | MTM | Telephone call from ARA re: TCEQ project. | 0.50 Hrs | $110.00 |
| 06/14/06 | ARA | Search for and obtain invoices re: Texas project (8.3). Produce invoices to MTM and discussion re: same (.5). | 8.80 Hrs | $836.00 |
| 06/15/06 | MTM | Email from K&E paralegal requesting deposition transcripts (.2); conference with ARA re: same (.2); work on TCEQ project (1.6). | 2.00 Hrs | $440.00 |
| 06/15/06 | ARA | Search for and obtain invoices re: Texas project (3.5). Per email from K&E, obtain depositions requested (2.3); discussion with MTM (.2) and email depositions to K&E (.5). | 6.50 Hrs | $617.50 |
| 06/16/06 | MTM | Work on TCEQ project (4.4); telephone call from Grace consultant and paralegal re: same (.4); telephone call to Holme Roberts paralegal re: same (.3); review redacted Libby documents, per request from individual criminal defense counsel (.5); email to paralegal at individual criminal defense counsel's office re: same (.3). | 5.90 Hrs | $1,298.00 |
| 06/16/06 | ARA | Search for and obtain invoices re: Texas project. | 6.60 Hrs | $627.00 |
| 06/19/06 | MTM | Work on TCEQ project. | 1.10 Hrs | $242.00 |
| 06/20/06 | DBM | Search for bulk and air samples for locations in TX per MTM. | 2.70 Hrs | $607.50 |
| 06/20/06 | MTM | Work on TCEQ project (2.3); telephone call from ARA re: same (.3); telephone call from Holme Roberts paralegal re: index to Lovick photo box (.2); telephone call from Grace consultant re: status of TCEQ project (.4). | 3.20 Hrs | $704.00 |
| 06/20/06 | ARA | Search for and obtain invoices re: Texas project (9.2); conference with MTM re: same (.3). | 9.50 Hrs | $902.50 |
| 06/21/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $50.00 |
| 06/21/06 | DBM | Finalize search for bulk and air samples for locations in Texas. | 0.50 Hrs | $112.50 |
| 06/21/06 | MTM | Work on TCEQ requests (5.8); review air sampling search results re: same (1.7); email to Holme Roberts paralegal re: same (.5). | 8.00 Hrs | $1,760.00 |
| 06/21/06 | ARA | Search for and obtain invoices re: Texas project. | 8.00 Hrs | $760.00 |
| 06/22/06 | MTM | Work on TCEQ requests (2.6); gather all privilege lists from asbestos related litigation for local counsel in ERISA class action (2.1); letter to Grace local counsel in ERISA action re: same (.4). | 5.10 Hrs | $1,122.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/23/06 | MTM | Telephone call from in-house counsel re: analysis of copies taken by PI Creditors' Committee from repository (.4); telephone call from in-house counsel re: expert's deposition transcripts (.2); work on TCEQ project (6.1). | 6.70 Hrs | $1,474.00 |
| 06/23/06 | ARA | Search for and obtain invoices re: Texas project (8.1); arrange for invoices to be copied re: same (.4). | 8.50 Hrs | $807.50 |
| 06/24/06 | RAM | Read selected documents filed in bankruptcy court (.1). Read letter explaining various privileged document logs and draft note to MTM re: same (.1). | 0.20 Hrs | $50.00 |
| 06/26/06 | RAM | Telephone call from in-house counsel re: obtaining dates when certain study was placed in repository and when it was first produced to plaintiffs; conference with MTM and telephone conference with in-house counsel re: same. | 0.20 Hrs | $50.00 |
| 06/26/06 | DBM | Discussions with MTM re: earliest date of production of certain studies. | 0.20 Hrs | $45.00 |
| 06/26/06 | MTM | Telephone call from Grace consultant re: TCEQ project (.3); telephone call from ARA re: same (.3); email to Grace consultant re: TCEQ project (.4); conference with RAM re: request from in-house Grace counsel for information on history of various studies (.3); conference with DBM re: same (.2); work on locating earliest date such studies were made available at repository (2.3); receipt and review of copies of TCEQ documents (1.1). | 4.90 Hrs | $1,078.00 |
| 06/26/06 | ARA | Search for and obtain documents re: TCEQ (1.9); conference with MTM re: same (.3). Review Recordkeeper production binder for copy sets prior to 1989 per MTM's request (.2). Per MTM, review deposition binders re: hamster study (1.1). Receipt of originals from Merrill Corp. re: Texas project (.2). | 3.70 Hrs | $351.50 |
| 06/27/06 | RAM | Read selected documents filed in bankruptcy court. | 1.40 Hrs | $350.00 |
| 06/27/06 | DBM | Search for dates of earliest availability of certain studies per MTM. | 0.50 Hrs | $112.50 |
| 06/27/06 | MTM | Work on project to establish earliest dates for various documents (2.8); work on TCEQ project (1.4); telephone call and meeting with ARA re: TCEQ project (.5). | 4.70 Hrs | $1,034.00 |
| 06/27/06 | ARA | Search for and obtain documents re: TCEQ (6.5); conference with MTM re: same (.5). | 7.00 Hrs | $665.00 |
| 06/28/06 | RAM | Conference with MTM re: status on locating information re: document issues requested by in-house counsel. | 0.20 Hrs | $50.00 |
| 06/28/06 | MTM | Work on TCEQ project (2.0); conference with ARA re: same (.3); work on project to assess copies taken from repository by PI Creditors' Committee (.4); conference with RAM and telephone call to in-house counsel re: same and project to establish earliest date certain documents were in repository (.4); email and telephone | 4.00 Hrs | $880.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | call to K&E paralegal re: same (.3); telephone call from and letter to Grace consultant re: TCEQ project (.6). | | |
| 06/28/06 | ARA | Search for and obtain documents re: TCEQ (5.3); conference with MTM re: same (.3). Receipt of boxes from Recordkeeper of early production to plaintiffs' counsel and review boxes for studies, per MTM (2.0). | 7.60 Hrs | $722.00 |
| 06/29/06 | MTM | Conference with ARA re: review of early copy set of documents produced to plaintiff's counsel re: earliest date of certain documents project (.2); receipt and review of email from K&E paralegal re: same (.1). | 0.30 Hrs | $66.00 |
| 06/29/06 | ARA | Continue review of boxes from early production for studies (1.3); conference with MTM re: same (.2). Search for depositions requested by K&E (5.9); arrange to have them copied by Merrill Corp. (.4). | 7.80 Hrs | $741.00 |
| 06/30/06 | MTM | Email to K&E paralegal re: information from certain Grace employee deposition. | 0.30 Hrs | $66.00 |
| 06/30/06 | ARA | Document control (2.5). Discussions with MTM and MB re: number of depositions copied (.8); receipt of depositions from Merrill (.2); quality control and return depositions to the deposition library (1.0). | 4.50 Hrs | $427.50 |
| | | | TOTAL LEGAL SERVICES | $33,094.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 0.10 Hrs | 250/hr | No charge |
| ROBERT A. MURPHY | 2.50 Hrs | 250/hr | $625.00 |
| DONNA B. MACKENNA | 7.40 Hrs | 225/hr | $1,665.00 |
| MATTHEW T. MURPHY | 80.30 Hrs | 220/hr | $17,666.00 |
| ANGELA R. ANDERSON | 138.30 Hrs | 95/hr | $13,138.50 |
| | 228.60 Hrs | | $33,094.50 |

TOTAL THIS BILL          $33,094.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 8, 2006

Bill Number  95833
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through June 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/04/06 | RAM | Finalize April fee application. | 0.20 Hrs | $50.00 |
| 06/05/06 | RAM | Send April fee application to Delaware counsel to file. | 0.10 Hrs | $25.00 |
| 06/28/06 | RAM | Work on May fee application. | 0.60 Hrs | $150.00 |
| 06/29/06 | RAM | Work on May fee application. | 0.60 Hrs | $150.00 |
| 06/30/06 | RAM | Work on May fee application. | 0.30 Hrs | $75.00 |
| | | TOTAL LEGAL SERVICES | | $450.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 1.80 Hrs | 250/hr | $450.00 |
| | 1.80 Hrs | | $450.00 |

Mark A. Shelnitz

| | |
|---|---|
| TOTAL THIS BILL | $450.00 |

## **EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 8, 2006

Bill Number  95834
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2006

FEDERAL EXPRESS

| | | |
|---|---|---|
| 06/28/06 | To 1050 Connecticut Ave., Nancy Heermen from Casner and Edwards on 06/09/06 by MTM. | 37.26 |
| | | $37.26 |

PHOTOCOPYING

| | | |
|---|---|---|
| 06/02/06 | 5 copies at .12 per copy | 0.60 |
| 06/02/06 | 4 copies at .12 per copy | 0.48 |
| 06/09/06 | 172 copies at .12 per copy | 20.64 |
| 06/27/06 | 46 copies at .12 per copy | 5.52 |
| 06/28/06 | 1 copies at .12 per copy | 0.12 |
| 06/28/06 | 20 copies at .12 per copy | 2.40 |
| 06/29/06 | 3 copies at .12 per copy | 0.36 |
| | | $30.12 |

TELEPHONE

| | | | |
|---|---|---|---|
| 06/02/06 | 329 | 5619011486 | 1.32 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through June 30, 2006

TELEPHONE

| 06/26/06 | 329 | 9018202023 | 1.10 | |
|---|---|---|---|---|
| | | | | $2.42 |

RENT REIMBURSEMENT

| 06/06/06 | Rent and utilities for document repository at One Winthrop Square-June 2006. | 11,457.66 | |
|---|---|---|---|
| | | | $11,457.66 |

MISCELLANEOUS

| 06/07/06 | RECORDKEEPER ARCHIVE-Storage from 5/01/06 to 5/31/06 | 402.30 | |
|---|---|---|---|
| | | | $402.30 |

|  | TOTAL DISBURSEMENTS | $11,929.76 |
|---|---|---|
|  | TOTAL THIS BILL | $11,929.76 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 8, 2006

Bill Number  95835
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through June 30, 2006

FEDERAL EXPRESS

| | | |
|---|---|---|
| 06/06/06 | To 919 North Market St., Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 5/16/06 by RAM. | 22.04 |
| 06/20/06 | To 919 North Market St., Pachulski Stang Ziehl Young-Patricia Cuniff from Casner and Edwards on 06/05/06 by RAM. | 14.38 |
| | | $36.42 |

PHOTOCOPYING

| | | |
|---|---|---|
| 06/05/06 | 93 copies at .12 per copy | 11.16 |
| | | $11.16 |
| | TOTAL DISBURSEMENTS | $47.58 |

Mark A. Shelnitz

TOTAL THIS BILL          $47.58

## VERIFICATION PURSUANT TO DEL.BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Robert A. Murphy, Esquire, verify as follows:

1.    I am Senior Counsel with the applicant firm, Casner & Edwards, LLP ("Casner") and have been admitted to the Bar of the Commonwealth of Massachusetts since 1966. Casner has rendered professional services in these Chapter 11 cases as Special Litigation Counsel.

2.    I have read the foregoing application of Casner for compensation and reimbursement of expenses (the "Nineteenth Quarterly Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Nineteenth Quarterly Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, Local Rule 2016-2, the Federal Rules of Bankruptcy Procedure, this Bankruptcy Court and the Executive Office for the United States Trustees.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on:  August 10, 2006

Robert A. Murphy

52000.57/390329