IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>Objection Deadline: August 4, 2006 at 4:00 p.m.<br>(Extended to August 14, 2006)<br>Hearing Date: September 11, 2006 at 10:00 a.m.<br>Related Docket Nos. 12823, 12929, 12930, 12935, 12937, 12947, and 12960 |

### JOINDER OF CAMPBELL~CHERRY~HARRISON~DAVIS~DOVE, P.C., TO CERTAIN OBJECTIONS AND RESPONSES TO THE MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Campbell~Cherry~Harrison~Davis~Dove, P.C. ("Campbell-Cherry"), by and through its attorneys, Joseph D. Frank and the law firm of Frank/Gecker LLP and Adam G. Landis and the law firm of Landis Rath & Cobb LLP, hereby joins in certain objections and responses (collectively the "Objections") to the Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (the "Motion to Compel," Docket No. 12823) filed by W.R. Grace & Co. and its affiliated companies (the "Debtors").[1]

#### Prefatory Statement

On July 10, 2006, Campbell-Cherry sent 174 questionnaire responses to the Debtors via Federal Express for delivery on July 11, 2006. Each questionnaire response was complete except where a response was not required due to an appropriate objection specifically raised in the response. Campbell-Cherry's attorneys and staff devoted approximately 570 hours to the questionnaire responses and also engaged the assistance of outside counsel for the project.

---

[1] The Debtors have agreed to extend Campbell-Cherry's time to respond to August 14, 2006.

{ CAMPBELL / 001 / 00007558.DOC /}

- 2 -

Campbell-Cherry copied a total of approximately 15,000 pages in order to complete the responses.

## Joinder

Campbell-Cherry adopts and incorporates by reference all appropriate portions[2] of the following objections[3] to the Motion to Compel:

1. Opposition to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Personal Injury Questionnaire (Docket No. 12929);

2. Objection of Claimants Represented by Goldberg, Persky & White to Debtors' Motion to Compel (Docket No. 12930);

3. Opposition of the Official Committee of Asbestos Personal-Injury Claimants to the Debtors' Motion to Compel Responses to Their Questionnaires (Docket No. 12933);

4. Joint Memorandum of Kelley * Ferraro, LLP and The Ferraro Law Firm in Response to Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (Docket No. 12937);

5. Response to Motion to Compel (Docket No. 12947); and

6. Joint Response of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (D.R. 12823) (Docket No. 12960).

---

[2] Because the Debtors do not make specific motions to compel with respect to particular responses, Campbell-Cherry does not know which elements of the Motion to Compel relate to responses provided by Campbell-Cherry and, therefore, is unable to limit its joinder to specific issues or arguments.

[3] Campbell-Cherry also adopts and incorporates by reference any and all responses to the Motion to Compel filed by other parties in interest to the extent such responses are applicable to, and not inconsistent with, Campbell-Cherry's particularized circumstances.

- 3 -

WHEREFORE, for those reasons set forth in the Objections, Campbell-Cherry requests that the Court enter an order:

(i) denying the Debtors' Motion to Compel; and

(ii) granting any further relief this Court deems necessary.

Dated: Wilmington, Delaware
August 14, 2006

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: 302-467-4400
Facsimile: 302-467-4450

and

Joseph D. Frank (IL ARDC # 6216085)
**FRANK/GECKER LLP**
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
Tel: (312) 276-1400
Fax: (312) 276-0035

Counsel to Campbell-Cherry-Harrison-Davis-Dove, P.C.; Robins, Cloud, Greenwood & Lubel; and The Eaves Law Firm