## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on **August 14, 2006**, I caused a copy of the foregoing **Joinder of Campbell~Cherry~Harrison~Davis~Dove, P.C., to Certain Objections and Responses to the Motion to Compel Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire** to be filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, a copy was served on each party on the attached Service List via facsimile transmission.

／s／ *Joseph D. Frank*

{ CAMPBELL / 001 / 00007558.DOC /}

*In re W. R. Grace & Co, et al.*
Case No. 01-01139 (JKF)

**SERVICE LIST**

*Co-Counsel for Debtors*
Janet Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2200 – fax

*Co-Counsel for Debtors*
James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street
17th Floor
Wilmington, Delaware 19801
(302) 652-4400 – fax

*Counsel to the Official Committee of Unsecured Creditors*
Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 North Market Street
Suite 1200
Wilmington, Delaware 19801-1246
(302) 657-4901 – fax

*Counsel to the Official Committee of Property Damage Claimants*
Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 575-1714 – fax

*Counsel to the Official Committee of Personal Injury Claimants*
Marla Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300 Avenue
35th Floor
Wilmington, Delaware 19801
(302) 426-9947 – fax

*Co-Counsel for Debtors*
Barbara Harding
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005-5793
(202) 879-5200 – fax

*Counsel to the Official Committee of Unsecured Creditors*
Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, New York 10038-4982
(212) 806-6006 – fax

*Counsel to the Official Committee of Property Damage Claimants*
Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
(305) 374-7593 – fax

*Counsel to the Official Committee of Personal Injury Claimants*
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
(212) 644-6755 – fax

*Counsel to the Official Committee of Equity Holders*
Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022
(212) 715-8000 – fax

*Counsel to the Official Committee of Equity Holders*
Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, Delaware 19899
*(302) 552-4220 – fax*

*Office of the United States Trustee*
Attn: David Klauder
844 North King Street
Wilmington, Delaware 19801
*(302) 573-649 – fax*

*Counsel to the Future Claimants Representative*
Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW
Suite 300
Washington, D.C. 20007
*(202) 424-7643 – fax*