IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 21, 2006, AT 2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [Docket No. 7709]**

## CONTINUED MATTERS

1.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.    Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b.    [Signed] Twenty-Third Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 7/25/06] (Docket No. 12853)

Response Deadline: June 4, 2004, at 4:00 p.m.

Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to September 25, 2006, at 2:00 p.m.

2.    Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

Related Documents:

a.    [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

b.    [Signed] Fourth Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 3/27/06] (Adv. Pro. No. 05-52724, Docket No. 13)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a.    Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

Related Document

a.    Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

Replies Received:

a.    Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

Status: The parties have agreed to continue this matter until September 25, 2006, at 2:00 p.m.

91100-001\DOCS_DE:120168.5

3.     Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell,
       Commissioner of the New Jersey Department of Environmental Protection [Filed:
       9/19/05] (Adv. Pro. No. 05-52724)

       Related Documents:

       a.     Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No.
              05-52724, Docket No. 1)

       b.     Summons and Notice of Scheduling Conference in an Adversary Proceeding
              [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

       Response Deadline: October 7, 2005, at 4:00 p.m.

       Responses Received:

       a.     Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and
              Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed:
              10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

       Related Document

       a.     Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for
              Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an
              Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

       Replies Received:

       a.     Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv.
              Pro. No. 05-52724, Docket No. 8)

       Status: The parties have agreed to continue this matter until September 25, 2006, at 2:00
       p.m.


**CONTESTED MATTERS**

4.     Motion of Debtors for an Order Approving the Settlement Agreement and Mutual
       Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

       Related Documents:

       a.     Debtors' [Proposed] Order Approving the Debtors' Settlement Agreement and
              Mutual Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

       b.     Libby Claimants' Partial Withdrawal of Objection to Debtors' Motion to Approve
              Settlement with Lloyd's Underwriters [Filed: 7/13/06] (Docket No. 12794)

       Response Deadline: June 2, 2006, at 4:00 p.m.

Responses Received:

a.      The Future Claimants' Representative's Objection to the Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12573)

b.      Libby Claimants' Objection to Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12574)

c.      Objection of the Official Committee of Asbestos Personal Injury Claimants to the Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12579)

d.      Joinder of Official Committee of Asbestos Property Damage Claimants to the Objections of (A) the Official Committee of Asbestos Personal Injury Claimants and (B) the Future Claimants' Representative to the Motion of the Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12580)

Status: This matter will go forward for argument only.  If evidence is required, this matter will be continued to September 11, 2006, at 10:00 a.m.


## CLAIMS OBJECTIONS

5.      Debtors' Objection to David Slaughter's Claim [No. 5703] [Filed: 7/17/06] (Docket No. 12819)

Related Documents:

a.      [Proposed] Order Disallowing and Expunging Claim No. 5703, With Prejudice [Filed: 7/17/06] (Docket No. 12819)

Response Deadline:  August 4, 2006 at 2:00 p.m.

Responses Received:

a.      Creditor David Slaughter's Response to Debtors' Objection to David Slaughter's Claim (No. 5703) [Filed: 8/3/06] (Docket No. 12921)

**Replies Received:**

**a.      Debtors' Motion for Leave to File a Reply In Support of Their Objection to David Slaughter's Claim [Filed: 8/11/06] (Docket No. 12958)**

**(i)      Debtors' Reply In Further Support of Their Objection to David Slaughter's Claim [No. 5703] [Filed: 8/11/06] (Docket No. 12958, Exhibit A)**

Status: This matter will go forward.

91100-001\DOCS_DE:120168.5

## MATTERS RELATING TO ASBESTOS PD CLAIMS

6.    Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 6/19/06] (Docket No. 12679)

Related Documents:

a.    [Proposed] Scheduling Order Regarding Debtors' Fifteenth Omnibus Objection to Claims (Substantive) [Filed: 6/19/06] (Docket No. 12679, Exhibit 6)

Response Deadline: July 7, 2006, at 4:00 p.m.

Responses Received:

a.    Limited Response of Canadian ZAI Claimants to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12751)

b.    Objection of the Prudential Insurance Company of America to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12752)

c.    Objection of Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12753)

d.    Joinder of the Motley Rice LLC Claimants in the Objection of Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for A Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12754)

e.    Joinder of the Motley Rice LLC Claimants in the Objection of the State of Arizona to Debtors' Motion for A Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12755)

f.    Objection of the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive), and Joinder in the Objection of the Official Committee of Asbestos Property Damage Claimants [Filed: 7/7/06] (Docket No. 12757)

g.    Joinder of the State of Oregon, By though the State Board of Higher Education, in the Opposition Filed By the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12758)

h.    Joinder of the State of Arkansas in the Opposition Filed By the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12759)

i.    Joinder of the City of Phoenix, Arizona in the Opposition Filed By the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12760)

j.    Joinder of Cook County, Illinois in the Opposition Filed By the State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12761)

k.    Speights & Runyan Claimants' Response to Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 7/7/06] (Docket No. 12762)

l.    Letter Response of William R. Wittenberg Regarding Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 7/11/06] (Docket No. 12779)

m.    Letter Response of Jamie G. Shartzer Letter Response of Alfred V. Williams Regarding Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) [Filed: 7/11/06] (Docket No. 12801)

n.    Letter Response of Alfred V. Williams Regarding Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objection to PD Claims (Substantive) **[Filed: 7/5/06] (Docket No. 12900)**

Replies Received:

a.    Debtors' Reply in Further Support of Their Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/14/06] (Docket No. 12812, Exhibit 1)

    i.    [Signed] Order Granting Debtors' Motion for Leave to File a Reply in Further Support of Their Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) [Filed: 7/20/06] (Docket No. 12837)

Further Briefing:

a.    Debtors' Supplemental Memorandum in Support of Protocol for Disposition of Canadian Property Damage Claims [Filed: 8/4/06] (Docket No. 12941)

b.    **Reply of the Official Committee of Asbestos Property Damage Claimants to the Debtors' Supplemental Memorandum in Support of Protocol for Disposition of Canadian Property Damage Claims [Filed: 8/11/06] (Docket No. 12957)**

Deadline to File Brief: August 4, 2006, at 4:00 p.m.

Deadline to File Opposition Brief: August 11, 2006, at 4:00 p.m.

6

Status: This matter will go forward.

7.    PD Claims Objections Continued From the January 24, 2006 Hearing Through the January 26, 2006 Hearing

    A.    Unauthorized Claims (per 13th omnibus objection)

        6 claims remaining, no proof of authority to file

        68 claims remaining, no proof of authority to file as of Bar Date

        i.    Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By the Law Firm Speights & Runyan (Substantive) [Filed: 9/1/05] (Docket No. 9311)

        ii.    Response of Speights & Runyan to Debtors' Thirteenth Omnibus Objection [Filed: 10/7/05] (Docket No. 9607)

    Further Briefing:

        iii.    Sur-Reply in Support of the Disallowance of 71 Claims for which Speights & Runyan has not Established Authority to File as of the March 31, 2003 Bar Date [Filed: 01/24/2006](Docket No. 11621)

        iv.    Further Memorandum in Opposition to Debtors' Thirteenth Omnibus Objection: Ratification of Authority by Claimants filed by Anderson Memorial Hospital [Filed: 02/03/2006](Docket No. 11709)

        v.    Debtors' Brief in Further Support of the Disallowance of 71 Claims where Speight Lacked Authority as of the Bar Date [Filed: 2/3/06] (Docket No. 11712)

    B.    Previously Settled Claims, 2 claims, Objection B-2:
        (Only 2 Settled British Columbia Claims will go forward)

        i.    Claim No. 12299

        ii.    Claim No. 12355

        iii.    Certification of Counsel Regarding the Withdrawal and Expungment of 194 Canadian Asbestos Property Damage Claims Lacking Proof of W. R. Grace Product Identification [Filed: 8/3/06] (Docket No. 12925)

**Status: This matter will go forward as to item 7A only.  No hearing will be necessary for item 7B as the claims have been withdrawn.**

91100-001\DOCS_DE:120168.5

Related Documents

a.      Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property
        Damage Claims [Filed: 9/1/05] (Docket No. 9315)

Responses Received:

a.      Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos
        Property Damage Claims Re: Claim No. 12355 [Filed: 10/22/05] (Docket No.
        10212)

b.      Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos
        Property Damage Claims Re: Claim No. 12299 [Filed: 10/25/05] (Docket No.
        10815)

Replies Received:

a.      Debtors' Reply Brief in Support of Fifteenth Omnibus Objection to Claims
        (Substantive) [Filed 12/22/2005] (Docket No. 11428)

Sur-Replies Received:

a.      Certain Speights & Runyan Claimants' Sur-Reply in Opposition to the Debtors'
        Thirteenth and Fifteenth Omnibus Objections [Filed: 1/20/06] (Docket No.
        11594)

Status: This matter will go forward.

8.      Matters Relating to the Anderson Memorial Hospital's Motion for Class Certification

        A.      Status Report on the Debtors' 2002 Notice Program

Related Documents:

a.      Affidavit of Katherine Kinsella [Filed: 4/5/06] (Docket No. 12206)

B.      Debtors' Motion for Protective Order Against Anderson Memorial's Requests for
        30(b)(6) Depositions and Documents [Filed: 12/19/05] (Docket No. 11365)

        Response Deadline: None.

        Responses Received:

        a.      Anderson Memorial Hospital's Response to Debtors' Motion for
                Protective Order for 30(b)(6) Depositions and Documents [Filed: 1/10/09]
                (Docket No. 11522)

C.      Anderson Memorial Hospital's Motion for Limited Relief From Automatic Stay
        [Filed: 12/22/05] (Docket No. 11413)

Response Deadline: January 10, 2006, at 4:00 p.m.

Responses Received:

    a.    Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief from the Automatic Stay [Filed: 1/10/06] (Docket No. 11520)

**Status: This matter will go forward.**

9.    Status of Amended PD CMO and Notice

Related Documents:

    a.    Certification of Counsel Regarding Order Modifying Various Deadlines Regarding Asbestos Property Damage Estimation and Discovery [Filed: 7/14/06] (Docket No. 12811)

**Status: The parties are in the process of negotiating a revised Order and Notice. The Debtors anticipate filing revised materials with a certificate of counsel prior to the hearing and addressing any outstanding issues at the hearing.**

## MATTERS RELATING TO ASBESTOS PI CLAIMS

10.    Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/10/05] (Docket No. 9622)

Related Documents:

    a.    [Proposed] Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/10/05] (Docket No. 9622)

    b.    Debtors' (Revised) Proof of Claim Form [Filed: 7/14/06] (Docket No. 12816)

    c.    Debtors' (Revised) Notice of Asbestos PI Pre-Petition Litigation Bar Date [Filed: 7/14/06] (Docket No. 12816)

    d.    [Proposed] Debtors' (Revised) Order as to All Asbestos Personal Injury Pre-Petition Litigation Claims: (I) Establishing Bar Date; (II) Approving Proof of Claim Forms and (III) Approving Notice of Asbestos PI Pre-Petition Litigation Bar Date [Filed: 7/14/06] (Docket No. 12816)

    e.    Certification of Counsel Regarding Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 7/11/06] (Docket No. 12816)

Response Deadline: October 28, 2005 at 4:00 p.m.

Responses Received:

    a.    Response of Official Committee of Equity Security Holders in Support of Debtor's Motion for Order Establishing a Proof of Claim Bar Date for Asbestos

9

Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket No. 10910)

b.    Response to [In Opposition] Motion For An Order Establishing A Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket No. 10913)

c.    Future Claimants' Representatives Opposition to the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket No. 10917)

d.    Opposition of The Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket No. 10930)

Replies Received:

a.    Debtors' Reply in Support of its Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 11/4/05] (Docket No. 10999)

(i)    [Signed] Order Granting Debtors' Motion for Leave to File a Reply with Respect to its Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 7/20/06] (Docket No. 12838)

Status: This matter will go forward. **The parties are in the process of negotiating revised Bar Date materials. The Debtors anticipate filing revised materials with a certificate of counsel prior to the hearing and addressing any outstanding issues at the hearing.**

11.    Motion to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Filed by SimmonsCooper LLC) [Filed: 7/17/06] (Docket No. 12817)

Related Documents:

a.    [Proposed] Order Granting Motion to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Filed: 7/17/06] (Docket No. 12817)

b.    Joinder of Brayton Purcell L.L.P. in the Motion of SimmonsCooper L.L.C. to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Filed: 8/2/06] (Docket No. 12904)

c.    Joinder of Thornton & Naumes, LLP, In the Motion of SimmonsCooper LLC to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Filed 8/4/06] (Docket No. 12928)

Response Deadline: August 4, 2006, at 4:00 p.m.

Responses Received:

a.    (Corrected) Objection to Motion to Amend Case Management Order for the Estimation of Asbestos Personal Injury Claims [Filed: 08/04/06] (Docket No. 12943)

Status: This matter will go forward.

12.    Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 7/17/06] (Docket No. 12823)

Related Documents:

a.    [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 7/17/06] (Docket No. 12823)

Response Deadline: August 4, 2006, at 4:00 p.m. Extended with the approval of the Court for certain parties to August 14, 2006.

Responses Received:

a.    Claimant's Objections and Responses to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/3/06] (Docket No. 12924)

b.    General Objections to Discovery Questionnaire and Response to Debtors' Motion to Compel Submitted on Behalf of Motley Rice LLC Personal Injury Claimants [Filed 8/4/06] (Docket No. 12927)

c.    Opposition to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Questionnaire [Filed 8/4/06] (Docket No. 12929)

d.    Objection of Claimants Represented by Goldberg, Persky & White to Debtors' Motion to Compel [Filed 8/4/06] (Docket No. 12930)

e.    Objection of Asbestos Claimants Represented by the Law Office of Christopher E. Grell to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire [Filed 8/4/06] (Docket No. 12931)

    **(i)    Declaration in Support of Claimants' Counsel, Richard F. Rescho, in Support of Objection to Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/7/06] (Docket No. 12944)**

f.    General Objections to Discovery Questionnaire and Response to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Submitted on Behalf of George & Sipes Personal Injury Claimants [Filed 8/4/06] (Docket No. 12932)

g.    Opposition of the Official Committee of Asbestos Personal-Injury Claimants to the Debtors' Motion to Compel Responses to their Questionnaires [Filed 8/4/06] (Docket No. 12933)

11

h.   Wellborn Houston, L.L.P.'s Response to W. R. Grace & Company's Motion to Compel [Filed 8/4/06] (Docket No. 12934)

i.   Asbestos Claimants' Response to Objections to Defendant W.R. Grace's Motion to Compel Asbestos Personal Injury Claimants to Respond to W.R. Grace's Personal Questionnaire (Filed by Jacobs & Crumplar) [Filed 8/4/06] (Docket No. 12935)

j.   Objections to Discovery Questionnaire and Response to Debtor's Motion to Compel Submitted on Behalf of Luckey & Millins, LLC's Personal Injury Claimants [Filed 8/4/06] (Docket No. 12936)

k.   **Joint Memorandum of Kelley & Ferraro, LLP and The Ferraro Law Firm in Response to Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/4/06] (Docket No. 12937)**

l.   **General Objections to Discovery Questionnaire and Response to Debtors' Motion to Compel Submitted on Behalf of Hartley & O'Brien, PLLC Personal Injury Claimants [Filed: 8/4/06] (Docket No. 12938)**

m.   **Claimants Represented By Odom & Elliott, P.A.'s Response to Motion to Compel Filed By the Debtors [Filed: 8/4/06] (Docket No. 12939)**

n.   **Claimants' Objection and Response to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/4/06] (Docket No. 12940)**

o.   **James F. Humphreys' & Associates Claimants' Objections and Responses to Debtors' Asbestos Personal Injury Questionnaire [Filed: 8/4/06] (Docket No. 12945)**

p.   **Answer & Memorandum of Law of Claimants Represented By Hal Pitkow, Esquire in Opposition to Debtors' Motion to Compel Response to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/4/06] (Docket No. 12946)**

q.   **Response of Certain Asbestos Personal Injury Claimants Represented By Cooney and Conway Law Firm to Motion to Compel [Filed: 8/4/06] (Docket No. 12947)**

r.   **Joint Response of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtors' Motion to Compel Asbestos Person Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/14/06] (Docket No. 12960)**

s.   **Libby Claimants' Objection to Debtors' Motion to Compel Responses to Their Questionnaires [Filed: 8/14/06] (Docket No. 12963)**

t.   **Response of Grace Certain Cancer Claimants in Opposition to the W. R. Grace Motion to Compel Asbestos Personal Injury Claimants to Respond to**

the **W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/14/06] (Docket No. 12970)**

u.     **Joinder of Campbell~Cherry~Harrison~Davis~Dove, P.C., to Certain Objections and Responses to the Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/14/06] (Docket No. 12974)**

Reply Deadline:  August 30, 2006

Replies Received:  None through the date of the agenda.

Status: This matter will go forward as a status conference.  Arguments on the merits of this motion will take place on September 11, 2006 at 10:00 a.m. in Pittsburgh, PA.

Dated: August 14, 2006                    KIRKLAND & ELLIS LLP
                                          David M. Bernick P.C.
                                          Janet S. Baer
                                          200 East Randolph Drive
                                          Chicago, IL  60601
                                          Telephone: (312) 861-2000
                                          Facsimile: (312) 861-2200

                                          -and-

                                          PACHULSKI STANG ZIEHL YOUNG JONES
                                          & WEINTRAUB LLP

                                          Laura Davis Jones (Bar No. 2436)
                                          James E. O'Neill, III (Bar No. 4042)
                                          919 North Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, DE  19899-8705 (Courier 19801)
                                          Telephone:  (302) 652-4100
                                          Facsimile:  (302) 652-4400

                                          Co-Counsel for Debtors and Debtors in Possession

13