IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: W.R. Grace                              Chapter

                                               Case No.01-1139 (MFW) through
Debtors                                              01-1200 (MFW)


THIRD AMENDED VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019


Arthur Luxenberg, being first duly sworn, hereby deposes and states as follows:

1.  I am an attorney with Weitz & Luxenberg, 180 Maiden Lane, New York 10038, address.

2.  This Third Amended Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated, June 17, 2005 (Supplement to Revised Order).

3.  The law firm of Weitz & Luxenberg has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4.  The order signed certifies that each creditor named on the attached list has executed a Power of Attorney or other document authorizing Weitz & Luxenberg to represent the creditor in bankruptcy proceedings.

5.  The address of each Creditor for purposes hereof is c/o 180 Maiden Lane, New York, NY 10038.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

6. The Creditors hold claims in varying amounts for monetary damages due to asbestos related disease. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Offices of Weitz & Luxenberg does not hold any claims against or interest in the Debtor.

8. The Law Offices of Weitz & Luxenberg will file a fourth amended and supplemental statement setting forth any material changes in the facts contained in this Third Amended Verified Statement, should any such changes occur.

Arthur Luxenberg, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Fl.
New York, NY 10038

Sworn to before me this ___ day of _____, 2006.

Notary Public

MONICA E HIDALGO
Notary Public, State of New York
No. 01HI6067659
Qualified in New York County
Commission Expires 12/10/2009