## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01—01139 (JFK) |
|              Debtors ) | Jointly Administered |
| ) | Objection Deadline: Aug. 4, 2006 |
| ) | Hearing Date: Sept. 11, 2006 |

### General and Specific Objections to Discovery Questionnaire and Response to Debtos' Motion to Compel Submitted on Behalf of the Personal Injury Claimants of Early, Ludwick, Sweeney & Strauss

Early, Ludwick & Sweeney, LLC and Early & Strauss, LLC (collectively "Early, Ludwick, Sweeney & Strauss" or "ELSS") are counsel for asbestos personal injury claimants ("claimants") upon whom the Debtors served, or attempted or may have intended to serve, a copy of the W.R. Grace Asbestos Personal Injury Questionnaire.

To the extent that objections by claimants represented by ELSS have not been made by other counsel on its behalf, ELSS opposes the Debtors' Motion to compel. As a matter of efficiency, desiring not to be repetitive and respecting this Court's time, ELSS simply joins and reiterates the general and specific objections when appropriate made by all other counsel representing similarly situated claimants in this matter.

Respectfully submitted,

                                                           /s/ Ethan Early
                                                           Ethan Early
                                                           Early, Ludwick, Sweeney & Strauss
                                                           360 Lexington Ave., 20th Floor
                                                           New York, NY 10017
                                                           P: 212.986.2233
                                                           F: 212.986.2255
                                                           E: eearly@elslaw.com

Dated: August 11, 2006

## CERTIFICATE OF SERVICE

I, Ethan Early, certify that I am not less than 18 years of age, and that service of this opposition to Debtors' motion was made on August 11, 2006, to the below parties by U.S. First Class Mail:

*Co-Counsel for the Debtors*

Janet Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Barbara Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW, Ste. 1200
Washington, DC 20005-5793

James E. O'Neil
Pachulski Stang Ziehl Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Counsel to the Official Committee of Unsecured Creditors*

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Ste. 1200
Wilmington, DE 19801-1246

*Counsel to the Official Committee of Property Damage Claimants*

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Ste. 2500
Miami, FL 33131

Michael B. Joseph
Ferry & Joseph, P.A.

824 Market Street, Ste. 904
P.O. Box 1351
Wilmington, DE 19899

*Counsel to the Official Committee of Personal Injury Claimants*

Elihu Inselbuch
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Ste. 300
Wilmington, DE 19801

*Counsel to the Official Committee of Equity Holders*

Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Ave.
New York, NY 10022

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Ste. 1410
P.O. Box 1397
Wilmington, DE 19899-1397

*Counsel to the Future Claimants' Representative*

Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Ste. 300
Washington, DC 20007

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom St.
Wilmington, DE 19806

*Office of the United States Trustee*

Attn: David Klauder
United States Trustee
844 N. King Street

Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

August 11, 2006                    /s/ Ethan Early
                                   Early, Ludwick, Sweeney & Strauss
                                   360 Lexington Ave., 20th Floor
                                   New York, NY 10017
                                   P: 212.986.2233
                                   F: 212.986.2255
                                   E: eearly@elslaw.com