IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W.R. GRACE & CO., et al | )  Chapter 11 |
| | )CASE NO. 01-1139 through |
| | )CASE NO. 01-1200 |
| Debtor. | ) |
| | ) |

**FOURTH AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019**

PAUL M. MATHENY, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the Law Offices of Peter G. Angelos, P.C., 5905 Harford Road, Baltimore, Maryland 21214.

2. This Fourth Amended and Restated Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure. The original Verified Statement is docket number 7411 in this proceeding. Subsequent updated Verified Statements are docket numbers 8038, 9171, 9701 and 12102.

3. The law firm of Peter G. Angelos, P.C. has been retained as counsel and/or co-counsel for individual creditors in the above-referenced bankruptcy cases.

4. As of the date of this statement each creditor listed on Exhibit A (filed per court order with clerk of the bankruptcy court, but not attached hereto) has executed an Addendum to Representation Agreement authorizing the Law Offices of Peter G. Angelos, P.C. to act on behalf of each creditor in these cases. Per court order, an exemplar of said Addendum to Representation Agreement has been filed with the clerk of the bankruptcy as Exhibit B, but is not attached hereto. The address of each Creditor is included on Exhibit A. However, for purposes hereof,

each creditor's address is c/o Paul M. Matheny, Law Offices of Peter G. Angeles, P.C., 5905 Harford Road, Baltimore, Maryland 21214.

5. The Creditors hold either unliquidated claims or, claims in varying amounts for monetary damages due to personal injury caused by the Debtor[s] for manufacturing, marketing, distributing, selling, installing, producing and/or specifying the use of asbestos or asbestos containing products.

6. The Law Offices of Peter G. Angeles, P.C. does not hold any claims against or interest in the Debtor[s].

7. The Law Offices of Peter G. Angeles, P.C. will file amended and restated verified statements setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur. Any material changes from previously filed exhibits, i.e., deleted, changed or superseded information, will be clearly identified and the retained on separate lists to the exhibit.

Dated: Aug 8, 2006

THE LAW OFFICES OF
PETER G. ANGELES, P.C.

PAUL M. MATHENY
5905 Harford Road
Baltimore, Maryland 21214
(410) 426-3200
(410) 426-6166

Sworn to before me this 8 day of August, 2006.

Notary Public

M. K. SHANAHAN
Notary Public
Baltimore County, MD
My Comm. Exps. 7/1/2009