IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: September 5, 2006 at 4:00 p.m.** |
| | ) | **Hearing Date: December 18, 2006 at 2:00 p.m.** |

**NOTICE OF APPLICATION**

TO:    PARTIES ON THE 2002 SERVICE LIST

        PLEASE TAKE NOTICE that on August 15, 2006, the **Twenty-First Quarterly Fee Application Request Of Ferry, Joseph & Pearce, P.A. For Approval And Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses as Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period Of April 1, 2006 through June 30, 2006** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware.

        PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of $36,798.00 and reimbursement of expenses in the amount of $5,268.23.

        PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed **on or before September 5, 2006 at 4:00 p.m. prevailing Eastern Time** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

        A HEARING ON THE APPLICATION WILL BE HELD ON **DECEMBER 18, 2006 AT 2:00 P.M.**

        IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2006                              FERRY, JOSEPH & PEARCE, P.A.

                                                      /s/ Lisa L. Coggins
                                                    Michael B. Joseph (No. 392)
                                                    Theodore J. Tacconelli (No. 2678)
                                                    Lisa L. Coggins (No. 4234)
                                                    824 Market Street, Suite 904
                                                    P.O. Box 1351
                                                    Wilmington, DE. 19899
                                                    (302) 575-1555
                                                    *Counsel to the Official Committee of*
                                                    *Asbestos Property Damage Claimants*