**MOTLEY RICE LLC**
**28 BRIDGESIDE BLVD.**
**P.O. BOX 1792**
**MT. PLEASANT, SOUTH CAROLINA 29465**

Re:   W.R. Grace Official Committee of Asbestos Claimants

**Travel Expenses**

Trip to NY re Committee Meeting
11/19/02

    Airfare
    Taxi
                                         $370.99

Trip to New York re Committee Meeting
7/28/02

    Hotel
    Meals
    Taxi
                                         $98.15

Trip to Washington DC re Committee Meeting
10/14/04

    Hotel                                  $332.05

        Total Expenses:          $801.19



## LAW OFFICES
## NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE

**WEEKLY EXPENSE REPORT**

EMPLOYEE NAME: Joe Rice
EMPLOYEE NO.: 1085

| EXPENSE ITEMS | 7/28/03 | 7/29/03 | / / | / / | / / | / / | / / | TOTALS |
|---|---|---|---|---|---|---|---|---|
| **MEALS & MISC** | | | | | | | | |
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | 96.40 | | | | | | | 96.40 |
| TIPS | | | | | | | | |
| MISC. | | | | | | | | |
| OTHER | | | | | | | | |
| TOTALS | | | | | | | | $96.40 |
| **LODGING & TRANS** | | | | | | | | |
| LODGING | | 372.53 | | | | | | 372.53 |
| TAXI/LIMO | 60.00 | 60.00 | | | | | | 120.00 |
| OTHER | | | | | | | | |
| TIPS | | | | | | | | |
| PARKING | | | | | | | | |
| TELEPHONE | | | | | | | | |
| AIR TRANSPORTATION | | | | | | | | |
| OTHER TRANSPORTATION | | | | | | | | |
| TOTALS | | | | | | | | $492.53 |

**PAID AUG 04 2003**

| TRAVEL | | | | | | | | TOTAL MILEAGE |
|---|---|---|---|---|---|---|---|---|
| DAILY MILEAGE | | | | | | | | |
| TRAVEL FROM | | | | | | | | |
| TRAVEL TO | | | | | | | | |
| PURPOSE | | | | | | | | TOTAL MILEAGE EXP. $ |

| ENTERTAIN | | | | | | | | BE SURE TO ATTACH ALL RECEIPTS |
|---|---|---|---|---|---|---|---|---|
| PLACE | | | | | | | | |
| BUSINESS AFFILIATION | | | | | | | | |
| # PERSONS | | | | | | | | |
| AMOUNT | | | | | | | | $588.93 |
| Totals | | | | | | | | |

| FILE NO. | CASE NAME | DATES | CITY | Description for Expense Ledger | | Amount |
|---|---|---|---|---|---|---|
| Sabella | | 7/28 & 7/29 | NY | meetings see attached sheet | | |
| 999604.35 | Congoleum BK | | | | 98.16 | 99.83 |
| 999604.6 | Pittsburgh Corning BK | | | | 98.16 | 99.83 |
| 999604.9 | Armstrong World BK | | | | 98.16 | 99.83 |
| 999604.7 | Owens Corning BK | | | | 98.15 | 99.83 |
| 999604.12 | WR Grace BK | | | | 98.15 | 99.83 |
| 999604.13 | US Gypsum BK | | | | 98.15 | 99.78 |
| | | | | | Total | 588.93 |

# RIHGA ROYAL
## NEW YORK
### A JW MARRIOTT HOTEL

151 West 54th Street, New York, NY 10019, Tel. 212.307.5000 Fax 212.765.6530

**GUEST FOLIO**

For your protection we have NOT included a credit card receipt in this express checkout. Please accept this statement as a receipt. Any additional charges will be added to the total amount charged to your credit card. If you need an updated receipts or credit card voucher, please stop by the Front Desk. Thank you.

| ROOM | NAME | RATE | DEPART | ACCT# |
|---|---|---|---|---|
| 2006 | RICE/JOSEPHF | | 07/29/03 13:00 | 21024 |

| ROOM TYPE | | | ARRIVE | TIME |
|---|---|---|---|---|
| NKNS | | | 07/28/03 | 15:12 |

CLERK: 6

MR#:

| DATE | REFERENCE | ADDRESS | CHARGES | PAYMENT | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|---|
| 07/28 | LOUNGE | 72502006 | 54.80 | | | |
| 07/28 | LOCAL | 2961-LOC | 1.26 | | | |
| 07/28 | ROOM-TR | 2006, 1 | 275.00 | | | |
| 07/28 | STATE TX | 2006, 1 | 23.72 | | A | |
| 07/28 | CITY TAX | 2006, 1 | 13.75 | | B | |
| 07/28 | $4 OCCTX | 2006, 1 | 4.00 | | C | |
| 07/29 | AX CARD | | | $372.53 | | |

TO BE SETTLED TO:    AMERICAN EXPRESS    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

```
------------------ SUMMARY OF TAXES ------------------
    DESCRIPTION                    TAXED AMOUNT              TAX
J   INTERNET TAX 8.625%                     .00              .00
K   LAUNDRY 8.625% TAX                      .00              .00
M   PHONE/INTERNET TAX                      .00              .00
N   MOVIE TAX                               .00              .00

    NET CHARGES              TAX           CREDITS         FOLIO
        372.53               .00               .00        372.53
```



# RIHGA ROYAL
## NEW YORK
### A JW MARRIOTT HOTEL



RIHGA ROYAL
NEW YORK
A JW MARRIOTT HOTEL

151 West 54th Street, New York, NY 10019, Tel. 212.307.5000 Fax 212.765.6530

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charge to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collecting, including attorney fees.

Signature X _____

For Reservations At Any Marriot Hotel Call 1-800-228-9290

```
            0328
         IL TINELLO
          NEW YORK
       6311044804000000         01
                        APPROVAL CODE
JUL 28, 03                    541680

JF RICE
371383876301004
AMEX                          06/02

         SALE
ROC #                    TERMINAL #
371570                    50028171

  FOOD AND BEVERAGE
BASE AMOUNT                  $81.40

TIP AMOUNT                    12 00

CAPT TIP                       3 00

TOTAL                         96 40
```

[signature]

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT     BOTTOM COPY-CUSTOMER

## LAW OFFICES
## NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE

### WEEKLY EXPENSE REPORT

**EMPLOYEE NAME:** Joseph F. Rice
**EMPLOYEE NO.:**

| EXPENSE ITEMS | 10/14/04 | / / | / / | / / | / / | / / | / / | TOTALS |
|---|---|---|---|---|---|---|---|---|
| BREAKFAST | | | | | | | | |
| LUNCH | | | | | | | | |
| DINNER | | | | | | | | |
| TIPS | | | | | | | | |
| MISC. | | | | | | | | |
| OTHER | | | | | | | | |
| TOTALS | | | | | | | | $ |
| LODGING | 332.05 | | | | | | | 332.05 |
| TAXI/LIMO | | | | | | | | |
| OTHER | | | | | | | | |
| TIPS | | | | | | | | |
| PARKING | | | | | | | | |
| TELEPHONE | | | | | | | | |
| AIR TRANSPORTATION | | | | | | | | |
| OTHER TRANSPORTATION | | | | | | | | |
| TOTALS | 332.05 | | | | | | | $332.05 |
| DAILY MILEAGE | | | | | | | | TOTAL MILEAGE |
| TRAVEL FROM | | | | | | | | |
| TRAVEL TO | | | | | | | | |
| PURPOSE | | | | | | | | TOTAL MILEAGE EXP $ |
| PLACE | | | | | | | | |
| BUSINESS AFFILIATION | | | | | | | | BE SURE TO ATTACH ALL RECEIPTS |
| # PERSONS | | | | | | | | |
| AMOUNT | | | | | | | | $ |
| Totals | | | | | | | | |

PAID NOV 12 2004

| FILE NO. | CASE NAME | DATES | CITY | Description for Expense Ledger | Amount |
|---|---|---|---|---|---|
| 9604.12 | WR Grace | 10/14/04 | Wash, DC | Mtg. w/ WR Grace | 332.05 |
| | E090 | | | | |

Total 332.05



**THE Fairmont**
**WASHINGTON, D.C.**

2401 M STREET NW
WASHINGTON, D.C., U.S.A. 20037
T 202 429 2400  F 202 457 5010

Arrival  14OCT,04          Folio Number 011606 0903

Departure 15OCT,04         Balance 332.05+

Name: Mr. Joseph F. Rice     Nights 1    Status Reg    Folio Date 14OCT,04  Time 7:02p  ID CO

Address: Motley Rice Pa
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant      SC 29465     US

Guaranteed By

Remarks: MOT

| Line No. | Date  | Room    | Description | Reference | Amount  | ID |
|----------|-------|---------|-------------|-----------|---------|----|
| 002      | 14OCT | 1 /0903 | Room Tax    | Rm 0903   | 42.05+  | OT |

Guest Signature X _____

I agree that my liability for this bill is not waived, and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. All accounts deemed delinquent may be subject to finance charges, legal fees and all other costs. Account is payable on presentation or departure.
I have requested weekday delivery of USA Today. If refused, a credit of $0.50 will be applied to my account.

For information or reservations visit us at
www.fairmont.com or call Fairmont Hotels & Resorts from:
US/Canada    1 (800) 441-1414

Thank you for choosing to stay with Fairmont Hotels & Resorts

TIR002