# EXHIBIT A

SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT
ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR
THE PERIOD FROM APRIL 1, 2006 THROUGH JUNE 30, 2006

I. **ASSET DISPOSITION (TASK CODE NO. 002)**

Applicant reviewed Bassell USA asset purchase agreement.

II. **BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports, debtors' application to make contribution to pension plan trust and defined benefits plans

III. **CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant maintained case files, reviewed pleadings and monitored dockets.

IV. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant reviewed numerous pleadings.

V. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)**

Applicant reviewed motion to file late proof of claim and settlements with Wauconda and Lloyd's.

VI. **EMPLOYEE BENEFITS/PENSION (TASK CODE NO. 008)**

Applicant reviewed KERP motion and related pleadings.

VII. **EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant reviewed retention applications filed by other parties.

VIII. **FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

IX.     **FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

X.     **HEARINGS (TASK CODE NO. 015)**

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

XI.     **PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant spent time reviewing plan issues and status of plan negotiations and issues.

XII.     **RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)**

Applicant reviewed various Motions for Relief from the Automatic Stay.

XIII.     **OTHER (TASK CODE NO. 25)**

Applicant reviewed and retrieved miscellaneous pleadings and memos.

XIV.     **BUSINESS ANALYSIS (TASK CODE NO. 27)**

Applicant reviewed business plan.