# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Date: July 6, 2006 at 4:00 p.m.**
**Hearing Date: To be determined.**

**FIFTY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MAY 1, 2006 THROUGH MAY 31, 2006**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **May 1, 2006 through May 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$15,350.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$38.60** |

This is an: ☒ monthly ☐ interim ☐ final application

This is the fifty-third monthly fee application of Duane Morris LLP.

6/16/06
12651

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,162.50 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | Pending | Pending |
| April 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | 615.00 | 10.40 | $6,396.00 |
| Michael R. Lastowski | Partner/26 years | 550.00 | 11.00 | $6,050.00 |
| Richard W. Riley | Partner/18 years | 440.00 | 0.20 | $88.00 |
| Michael F. Hahn | Associate/8 years | 355.00 | 5.80 | $2,059.00 |
| Beth A. Gruppo | Paralegal | 215.00 | .50 | $107.50 |
| Stephanie Lenkiewicz | Legal Assistant | 125.00 | 5.20 | $650.00 |

**Total Fees:**      **$15,350.50**
**Total Hours:**    **33.10**

5

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (02) | 0.50 | $275.00 |
| Business Operations (03) | 0.40 | $220.00 |
| Case Administration (04) | 1.60 | $452.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 4.00 | $1,498.00 |
| Claims Analysis Objection Resolution and Estimation (Non-Asbestos) (06) | 1.00 | $550.00 |
| Employment Applications, Others (10) | 1.10 | $413.00 |
| Fee Applications, Applicant (12) | 2.60 | $665.00 |
| Fee Applications, Others (13) | 3.00 | $460.00 |
| Hearings (15) | 5.50 | $3,025.00 |
| Plan and Disclosure Statement (17) | 1.70 | $935.00 |
| Other (25) | 11.70 | $6,857.50 |
| **TOTAL** | **33.10** | **$15,350.50** |

6

WHEREFORE, Duane Morris LLP respectfully requests that, for the period May 1, 2006 through May 31, 2006, an interim allowance be made to Duane Morris LLP for compensation in the amount of $12,280.40 (80% of allowed fees) and $38.60 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated:  June 16, 2006

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:      (302) 657-4900
Facsimile:       (302) 657-4901
E-mail:           mlastowski@duanemorris.com
E-mail:           rwriley@duanemorris.com
*Co-Counsel to the Official Committee
of Unsecured Creditors*

7

# EXHIBIT A

## DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

June 12, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1181157                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 11.00 | hrs. at | $550.00 | /hr. = | $6,050.00 |
| RW RILEY | PARTNER | 0.20 | hrs. at | $440.00 | /hr. = | $88.00 |
| WS KATCHEN | PARTNER | 10.40 | hrs. at | $615.00 | /hr. = | $6,396.00 |
| MF HAHN | ASSOCIATE | 5.80 | hrs. at | $355.00 | /hr. = | $2,059.00 |
| BA GRUPPO | PARALEGAL | 0.50 | hrs. at | $215.00 | /hr. = | $107.50 |
| S LENKIEWICZ | LEGAL ASSISTAN | 5.20 | hrs. at | $125.00 | /hr. = | $650.00 |

$15,350.50

DISBURSEMENTS
DINNER - LOCAL                                          22.89
OVERNIGHT MAIL                                         15.71
TOTAL DISBURSEMENTS                                            $38.60

BALANCE DUE THIS INVOICE                                       $15,389.10

PREVIOUS BALANCE                                              $73,836.07

TOTAL BALANCE DUE                                            $89,225.17

Duane Morris
June 12, 2006
Page 2

File # K0248-00001
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/12/2006 | 002 | MR LASTOWSKI | REVIEW BASSELL USA, INC.L ASSET PURCHASE AGREEMENT | 0.50 | $275.00 |
| | | | Code Total | 0.50 | $275.00 |

Duane Morris
June 12, 2006
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1181157

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/5/2006 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING REPORT FOR MARCH 2006 | 0.40 | $220.00 |
| | | | Code Total | 0.40 | $220.00 |

Duane Morris
June 12, 2006
Page 4

File # K0248-00001                                         INVOICE # 1181157
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/1/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 5/2/2006 | 004 | MF HAHN | REVIEW PLEADINGS RECEIVED FROM COURT; REVIEW ORDER AMENDING ESTIMATION ORDER EXTENDING DEADLINE FOR CLAIMANTS TO RESPOND TO QUESTIONAIRES | 0.30 | $106.50 |
| 5/2/2006 | 004 | S LENKIEWICZ | UPDATE EMAIL SERVICE LIST; UPDATE SERVICE LIST FOR MONTHLY FEE APPLICATIONS | 0.20 | $25.00 |
| 5/3/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 5/3/2006 | 004 | MF HAHN | REVIEW PLEADINGS RECEIVED | 0.20 | $71.00 |
| 5/10/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 5/12/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 5/16/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

Duane Morris
June 12, 2006
Page 5

File # K0248-00001                                    INVOICE # 1181157
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 5/19/2006 | 004 | MF HAHN | REVIEW SETTLEMENTS AND MOTIONS RECEIVED | 0.40 | $142.00 |
| | | | Code Total | 1.60 | $452.00 |

Duane Morris
June 12, 2006
Page 6

File # K0248-00001                                        INVOICE # 1181157
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/4/2006 | 005 | MF HAHN | REVIEW STIPULATION AND ORDER RESOLVING PROPERTY DAMAGE CLAIMS OF G-I HOLDINGS | 0.40 | $142.00 |
| 5/22/2006 | 005 | MF HAHN | RESEARCH ESTIMATION ISSUES | 3.20 | $1,136.00 |
| 5/31/2006 | 005 | MR LASTOWSKI | REVIEW WHITEHOUSE DISCOVERY ORDER | 0.40 | $220.00 |
| | | | Code Total | 4.00 | $1,498.00 |

Duane Morris
June 12, 2006
Page 7

File # K0248-00001                                         INVOICE # 1181157
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|------|-------|-------|
| 5/16/2006 | 006 | MR LASTOWSKI | REVIEW WAUCONDA SITE SETTLEMENT | 0.40 | $220.00 |
| 5/31/2006 | 006 | MR LASTOWSKI | REVIEW LLOYD'S UNDERWRITERS SETTLEMENT | 0.60 | $330.00 |
| | | | Code Total | 1.00 | $550.00 |

Duane Morris
June 12, 2006
Page 8

File # K0248-00001                                         INVOICE # 1181157
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/9/2006 | 010 | MR LASTOWSKI | REVIEW RETENTION ORDERS | 0.40 | $220.00 |
| 5/16/2006 | 010 | S LENKIEWICZ | FINALIZE AND E-FILE CORRECTED CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S NOVEMBER 2005 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| 5/24/2006 | 010 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS LLP'S MONTHLY FEE AND EXPENSE INVOICE FOR MARCH, 2006 | 0.20 | $25.00 |
| 5/25/2006 | 010 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR STROOCK SIXTIETH MONTHLY FEE APPLICATION | 0.10 | $55.00 |
| 5/26/2006 | 010 | RW RILEY | REVIEWING AND EXECUTING 20TH QUARTERLY FEE APPLICATION FOR STROOCK & STROOCK & LAVAN | 0.20 | $88.00 |
| | | | Code Total | 1.10 | $413.00 |

Duane Morris
June 12, 2006
Page 9

File # K0248-00001                                    INVOICE # 1181157
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/16/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS LLP'S FIFTY-SECOND MONTHLY FEE AND EXPENSE INVOICE FOR APRIL, 2006 | 0.30 | $37.50 |
| 5/24/2006 | 012 | MR LASTOWSKI | EXECUTE CNO FOR DUANE MORRIS'S MARCH 2006 FEE APPLICATION | 0.10 | $55.00 |
| 5/25/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS APRIL 2006 FEE APPLICATION | 0.20 | $110.00 |
| 5/26/2006 | 012 | S LENKIEWICZ | PREPARE TWENTIETH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP FOR PERIOD JANUARY 1, 2006 THROUGH MARCH 31, 2006 | 0.70 | $87.50 |
| 5/30/2006 | 012 | MR LASTOWSKI | REVIEW, APPROVE AND EXECUTE DUANE MORRIS 20TH QUARTERLY FEE APPLICATION | 0.50 | $275.00 |
| 5/30/2006 | 012 | S LENKIEWICZ | E-FILE AND SERVE DUANE MORRIS LLP'S MONTHLY FEE APPLICATION FOR PERIOD APRIL, 2006 | 0.30 | $37.50 |
| 5/30/2006 | 012 | S LENKIEWICZ | FINALIZE QUARTERLY FEE APPLICATION FOR FILING (.1); E-FILE TWENTIETH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP (.3); EMAIL SERVICE AND ARRANGE FOR SERVICE OF NOTICE OF APPLICATION UPON 2002 SERVICE LIST (.1) | 0.50 | $62.50 |
| | | | Code Total | 2.60 | $665.00 |

Duane Morris
June 12, 2006
Page 10

File # K0248-00001                                        INVOICE # 1181157
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/10/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE AMENDED CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S DECEMBER, 2005 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| 5/10/2006 | 013 | S LENKIEWICZ | PREPARE NOTICE OF WITHDRAWAL OF CAPSTONE'S CERTIFICATION OF NO OBJECTION REGARDING JANUARY, 2006 MONTHLY FEE APPLICATION; E-FILE SAME | 0.20 | $25.00 |
| 5/10/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CORRECTED CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S JANUARY, 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| 5/11/2006 | 013 | MR LASTOWSKI | REVIEW CAPSTONE FEE APPLICATION AND SIGN NOTICE | 0.20 | $110.00 |
| 5/11/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE, E-FILE AND ARRANGE FOR SERVICE OF CAPSTONE'S NINTH QUARTERLY FEE APPLICATION | 0.30 | $37.50 |
| 5/12/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S MONTHLY FEE APPLICATION FOR FEBRUARY, 2006 | 0.20 | $25.00 |
| 5/15/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE NOTICE OF DOCUMENT ENTERED IN ERROR REGARDING CERTIFICATION OF NO OBJECTION RE: CAPSTONE'S NOVEMBER 2005 FEE APPLICATION | 0.20 | $25.00 |
| 5/25/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING SIXTIETH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR PERIOD MARCH, 2006 | 0.20 | $25.00 |
| 5/26/2006 | 013 | S LENKIEWICZ | RECEIPT OF STROOCK'S 20TH QUARTERLY FEE APPLICATION BY EMAIL; FINALIZE AND SCAN FOR E-FILING | 0.30 | $37.50 |
| 5/26/2006 | 013 | S LENKIEWICZ | E-FILE STROOCK'S 20TH QUARTERLY FEE APPLICATION | 0.20 | $25.00 |
| 5/26/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE REGARDING SERVICE OF THE NOTICEO F STROOCK'S 20TH QUARTERLY FEE APPLICATION UPON THE 2002 SERVICE LIST; E-FILE SAME | 0.20 | $25.00 |
| 5/30/2006 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S MONTHLY FEE AND EXPENSE INVOICE FOR APRIL, 2006; FINALIZE AND E-FILE SAME | 0.30 | $37.50 |

Duane Morris
June 12, 2006
Page 11

File # K0248-00001                                    INVOICE # 1181157
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/31/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE STROOCK & STROOCK & LAVAN LLP'S MONTHLY FEE APPLICATION FOR PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006 | 0.30 | $37.50 |
| | | | Code Total | 3.00 | $460.00 |

Duane Morris
June 12, 2006
Page 12

File # K0248-00001                                    INVOICE # 1181157
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/8/2006 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR MAY 15, 2006 HEARING AND ITEMS IDENTIFIED FOR OMNIBUS HEARING | 2.40 | $1,320.00 |
| 5/12/2006 | 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE | 0.20 | $110.00 |
| 5/15/2006 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 2.70 | $1,485.00 |
| 5/18/2006 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 5/18/06 | 0.20 | $110.00 |
| | | | Code Total | 5.50 | $3,025.00 |

Duane Morris
June 12, 2006
Page 13

File # K0248-00001                                    INVOICE #  1181157
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/2/2006 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS | 0.40 | $220.00 |
| 5/11/2006 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS | 0.50 | $275.00 |
| 5/12/2006 | 017 | MR LASTOWSKI | REVIEW EXCLUSIVITY ISSUES | 0.40 | $220.00 |
| 5/25/2006 | 017 | MR LASTOWSKI | REVIEW SETTLEMENT STATUS | 0.40 | $220.00 |
| | | | Code Total | 1.70 | $935.00 |

Duane Morris
June 12, 2006
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1181157

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/3/2006 | 025 | WS KATCHEN | REVIEW CMO - REVISED. | 0.10 | $61.50 |
| 5/3/2006 | 025 | WS KATCHEN | CONFERENCE JPM - CASE STATUS | 0.40 | $246.00 |
| 5/4/2006 | 025 | MF HAHN | REVIEW PLEADINGS RECEIVED FROM COURT AND SERVED; FORWARD SAME TO W. KATCHEN | 0.30 | $106.50 |
| 5/5/2006 | 025 | MF HAHN | REVIEW PLEADINGS SERVED AND FORWARD TO W. KATCHEN | 0.20 | $71.00 |
| 5/8/2006 | 025 | WS KATCHEN | REVIEW STATUS PENDING MATTER. | 0.60 | $369.00 |
| 5/9/2006 | 025 | WS KATCHEN | SCHEDULING. | 0.30 | $184.50 |
| 5/10/2006 | 025 | MF HAHN | REVIEW NOTICE OF AGENDA FOR 5/15; UPDATE CALENDAR ITEMS | 0.20 | $71.00 |
| 5/11/2006 | 025 | WS KATCHEN | SCHEDULING. | 0.20 | $123.00 |
| 5/11/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE E-MAILS. | 0.30 | $184.50 |
| 5/15/2006 | 025 | WS KATCHEN | E-MAILS, SCHEDULING. | 0.20 | $123.00 |
| 5/15/2006 | 025 | WS KATCHEN | PHONE STROOCK (A. KRIEGER). | 0.20 | $123.00 |
| 5/15/2006 | 025 | WS KATCHEN | PHONE JPM - CHASE REGARDING 5/26 AND 6/12 MEETINGS. | 0.20 | $123.00 |
| 5/15/2006 | 025 | WS KATCHEN | E-MAILS - SCHEDULING STROOCK. | 0.20 | $123.00 |
| 5/15/2006 | 025 | WS KATCHEN | REVIEW AMENDED NOTICE OF AGENDA. | 0.20 | $123.00 |
| 5/15/2006 | 025 | WS KATCHEN | PHONE RILEY REGARDING COURT HEARING. | 0.20 | $123.00 |
| 5/15/2006 | 025 | WS KATCHEN | E-MAIL K. PASQUALE REGARDING ISSUE. | 0.20 | $123.00 |
| 5/16/2006 | 025 | WS KATCHEN | REVIEW ASSET FORECLOSURE AGREEMENT BASSELL USA INC. TO W.R. GRACE. | 0.50 | $307.50 |
| 5/18/2006 | 025 | MF HAHN | REVIEW 9019 SETTLEMENTS SERVED | 0.60 | $213.00 |
| 5/22/2006 | 025 | WS KATCHEN | REVIEW JUDGE MOLLOY'S ORDER 11/23/05. | 0.50 | $307.50 |
| 5/22/2006 | 025 | WS KATCHEN | REVIEW SECTION 1121(D) ORDER AND MEDIATION. | 0.10 | $61.50 |
| 5/22/2006 | 025 | WS KATCHEN | REVIEW ORDER DENYING PEARSON'S MOTION AND GRANTING DEBTOR'S CROSS MOTION FOR S.J. | 0.10 | $61.50 |
| 5/22/2006 | 025 | WS KATCHEN | REVIEW STATUS ON LIBBY TRIAL. | 0.20 | $123.00 |
| 5/22/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF FILING QUARTERLY FEE APPLICATION BY DEBTOR'S PROFESSIONALS. | 0.10 | $61.50 |
| 5/22/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF FEE APPLICATION - SPEIGHTS. | 0.10 | $61.50 |
| 5/22/2006 | 025 | WS KATCHEN | REVIEW MOTION OF DEBTOR'S FOR ORDER APPROVING SETTLEMENT WITH LLOYD'S UNDERWRITERS/AND SETTLEMENT AGREEMENT AND MUTUAL RELEASE. | 1.10 | $676.50 |
| 5/22/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT WAUCONDA SITE. | 0.20 | $123.00 |

Duane Morris
June 12, 2006
Page 15

File # K0248-00001                                          INVOICE # 1181157
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/22/2006 | 025 | WS KATCHEN | REVIEW CERTIFICATION BY DEBTOR'S COUNSEL REGARDING WHITEHOUSE DISCOVERY/PROTECTIVE ORDER AND EXHIBITS. | 1.30 | $799.50 |
| 5/23/2006 | 025 | WS KATCHEN | REVIEW ORDER DESIGNATING SUBSTITUTE. | 0.10 | $61.50 |
| 5/23/2006 | 025 | WS KATCHEN | REVIEW ORDER DENYING LIBBY CLAIMANT'S MOTION. | 0.10 | $61.50 |
| 5/23/2006 | 025 | WS KATCHEN | REVIEW CERTIFICATION BY COUNSEL V. N.J. DEP./PROPOSED ORDER. | 0.10 | $61.50 |
| 5/29/2006 | 025 | WS KATCHEN | COMMITTEE E-MAIL. | 0.20 | $123.00 |
| 5/30/2006 | 025 | WS KATCHEN | PREP MEETING COMMITTEE 6/2. | 2.10 | $1,291.50 |
| 5/30/2006 | 025 | WS KATCHEN | 2 PHONE CALLS K. PASQUALE. | 0.30 | $184.50 |
| | | | Code Total | 11.70 | $6,857.50 |

Duane Morris
June 12, 2006
Page 16

File # K0248-00001                                    INVOICE # 1181157
    W.R. GRACE & CO.


                        TOTAL SERVICES          33.10    $15,350.50

Duane Morris
June 12, 2006
Page 17

File # K0248-00001                                      INVOICE #  1181157
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/31/2006 | DINNER - LOCAL | | 22.89 |
| | | Total: | $22.89 |
| | | | |
| 4/28/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT SENIOR VICE PRESIDENT AND GENE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791462414077) | | 6.53 |
| 4/28/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790902874476) | | 9.18 |
| | | Total: | $15.71 |
| | TOTAL DISBURSEMENTS | | $38.60 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on June 16, 2006, I caused a copy of the

foregoing Fifty-Third Monthly Application of Duane Morris LLP for Compensation for Services

Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured

Creditors for the Period May 1, 2006 through May 31, 2006 to be served upon the Notices

Parties as indicated on the attached service list.

Dated:  June 16, 2006

_____
Michael R. Lastowski

## W. R. GRACE FEE APPLICATION SERVICE LIST

### *Hand Delivery*

David Klauder, Esquire
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801

### *Via Overnight Mail*

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

### *Via E-Mail*

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
feeaudit@whsmithlaw.com

## File a Motion:
01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 6/16/2006 at 9:53 AM EDT and filed on 6/16/2006
**Case Name:**         W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**      01-01139-JKF
**Document Number:** 12651

**Docket Text:**
Monthly Application for Compensation *of Duane Morris LLP for Period May 1, 2006 through May 31, 2006* Filed by Official Committee of Unsecured Creditors Objections due by 7/6/2006.. (Attachments: # (1) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\WRGrace\Fee Apps\DM 2006\May 2006.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/16/2006] [FileNumber=4990973-0]
[780f8be42daf1c35cc7bb1366eb26c40f4beb2b35f3c67242cc15cf97a4b3fb25720
a9affe955b27efa8c14874eea1fbfae213d79535d9af28f4069f479fdfce]]
**Document description:** Certificate of Service
**Original filename:** I:\WRGrace\Fee Apps\DM 2006\May 2006 COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/16/2006] [FileNumber=4990973-1]
[38b444dc6d5772379e0da30d51dd8fbea60e7c11f71e622dea86d3ff337235edb01b
e92770dd06593b57223a6a7b1f2e0f85cfc135009cb9055a2cc9f2dfb4df]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com,

Peter M. Acton    pacton@nutter.com,

David G. Aelvoet    davida@publicans.com,

Julie A. Ardoin    dlawless@murray-lawfirm.com,

Jonathan David Berger    jdberger@bm.net

Neil Matthew Berger    neilberger@teamtogut.com,
gdiconza@teamtogut.com;msmith@teamtogut.com;dperson@teamtogut.com;jhartman@teamtogut.com;