Exhibit III

Fee Application for the period

May 1, 2006 through May 31, 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
July 18, 2006 at 4:00 p.m.
Hearing date: To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor.

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Twenty-Eighth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from May 1, 2006 through May 31, 2006 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $117,117.20, representing 80% of $146,396.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $965.43.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 18, 2006 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

(fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

Dated: June 28, 2006
     Wilmington, DE

                    **RESPECTFULLY SUBMITTED,**

                    *Michael R Lastowski*

                    Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                    DUANE MORRIS LLP
                    1100 North Market Street, Suite 1200
                    Wilmington, DE 19801
                    Telephone:    (302) 657-4900
                    Facsimile:    (302) 657-4901
                    E-mail:      mlastowski@duanemorris.com

                    William S. Katchen, Esquire (Admitted in NJ Only)
                    DUANE MORRIS LLP
                    One Riverfront Plaza
                    Newark, New Jersey 07102
                    Telephone:    (973) 424-2000
                    Facsimile:    (973) 424-2001
                    E-mail:      wskatchen@duanemorris.com

                              and

                    Lewis Kruger, Esquire
                    STROOCK & STROOCK & LAVAN LLP
                    180 Maiden Lane
                    New York, New York 10038-4982
                    Telephone:    (212) 806-5400
                    Facsimile:    (212) 806-6006
                    E-mail:      lkruger@Stroock.com

                    Co-Counsel for the Official Committee of
                    Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------x
```

In re:                                        Chapter 11

W.R. GRACE & Co., et al.,                     Case No. 01-01139 (JKF)
                                              (Jointly Administered)

                    Debtors

TWENTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | May 1, 2006 through May 31, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $146,396.50): | $ 117,117.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $ 965.43 |
| Total Amount Due: | $ 118,082.63 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 30.60 hours and corresponding compensation requested is approximately $ 10,485.50

This is the Twenty-eighth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

TWENTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

TWENTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

TWENTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | $297,230.00 | $2,252.85 | $237,784.00 |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | $292,231.00 | $2,635.52 | $233,784.80 |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | $335,823.00 | $2,808.92 | $268,658.40 |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

TWENTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006)

| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
|---|---|---|---|---|
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |

TWENTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006)

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.

Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 5/1/06 through 5/31/06

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $555 | 39.50 | $21,922.50 |
| S. Cunningham | Member | $555 | 50.60 | $28,083.00 |
| J. Policano | Consultant | $450 | 1.00 | $450.00 |
| R. Frezza | Consultant | $450 | 67.20 | $30,240.00 |
| B. Aronson | Consultant | $395 | 28.50 | $11,257.50 |
| L. Hamilton | Consultant | $365 | 143.50 | $52,377.50 |
| M. Desalvio | Research | $150 | 6.50 | $975.00 |
| J. Durans | Paraprofessional | $100 | 8.30 | $830.00 |
| J. Woods | Paraprofessional | $90 | 2.30 | $207.00 |
| N. Backer | Paraprofessional | $90 | 0.60 | $54.00 |
| For the Period 5/1/06 through 5/31/06 | | | 348.00 | $146,396.50 |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Summary of Fees by Task Code
### For the Period 5/1/06 through 5/31/06

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant prepared detailed analyses of information provided by Debtors regarding two acquisitions and corresponded with counsel regarding same. | 33.80 | $15,362.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and debt capacity, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios, an NOL valuation and analyses of the PI/PD proposal. | 62.10 | $31,578.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including the PI/PD proposal, interest accruals, mediation issues, pension and acquisitions with counsel and Committee members. | 35.00 | $17,667.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the March and April Fee Statements. | 30.60 | $10,485.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q1 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to Committee was prepared thereon. | 114.70 | $46,624.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant prepared various analyses regarding proposed settlements, the Pension motion, cash position, peer group companies and other issues. | 62.90 | $20,928.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant prepared for and participated in a discussions regarding pension funding, acquisitions and Q1 results. | 8.90 | $3,750.00 |
| **For the Period 5/1/06 through 5/31/06** | | **348.00** | **$146,396.50** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 5/1/06 through 5/31/06

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 01. Acquisitions | | | |
| 5/1/2006 | J. Policano | 0.50 | Analyzed and evaluated Debtors' presentation regarding Spaghetti acquisition. |
| 5/1/2006 | B. Aronson | 0.80 | Participated in discussions regarding acquisition with case team members. |
| 5/1/2006 | R. Frezza | 1.80 | Analyzed environmental information provided by Debtors regarding Beaches acquisition. |
| 5/1/2006 | B. Aronson | 3.00 | Read and analyzed presentation package and financial statements provided by Debtors regarding Spaghetti acquisition. |
| 5/2/2006 | R. Frezza | 0.60 | Coordinated next steps for Beaches and Spaghetti acquisitions. |
| 5/2/2006 | B. Aronson | 2.00 | Read and analyzed presentation package and financial statements provided by Debtors regarding Spaghetti acquisition. |
| 5/2/2006 | S. Cunningham | 4.20 | Reviewed information and analysis pertaining to Spaghetti acquisition. |
| 5/2/2006 | R. Frezza | 3.10 | Reviewed/analyzed data provided by Debtors on acquisition and source of cash for purchase. |
| 5/2/2006 | R. Frezza | 1.80 | Analyzed cash flow projection model regarding Spaghetti acquisition. |
| 5/2/2006 | J. Policano | 0.50 | Analyzed and evaluated Debtors' presentation regarding Spaghetti acquisition. |
| 5/3/2006 | L. Hamilton | 1.00 | Reviewed prior acquisition reports with respect to Spaghetti acquisition. |
| 5/3/2006 | B. Aronson | 1.30 | Read and analyzed presentation package and financial statements provided by Debtors regarding Spaghetti acquisition. |
| 5/3/2006 | B. Aronson | 0.80 | Participated in discussions regarding followup items with case team members. |
| 5/3/2006 | B. Aronson | 1.70 | Read and analyzed presentation package and financial statements provided by Debtors regarding Spaghetti acquisition. |
| 5/3/2006 | B. Aronson | 2.50 | Developed request for information and key points summary. |
| 5/3/2006 | S. Cunningham | 3.10 | Reviewed information and analysis pertaining to Spaghetti acquisition. |
| 5/4/2006 | S. Cunningham | 3.00 | Reviewed information and analysis pertaining to Spaghetti acquisition. |
| 5/12/2006 | L. Hamilton | 2.10 | Read and analyzed final APA for Beaches. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 33.80 | |

**03. Claims Analysis & Valuation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/1/2006 | R. Frezza | 2.30 | Reviewed/updated PI/PD POR proposal analysis. |
| 5/1/2006 | S. Cunningham | 3.50 | Finalized analysis of GUC, priority and administrative claims. |
| 5/1/2006 | E. Ordway | 1.70 | Prepared/edited debt capacity analysis using updated plan information. |
| 5/2/2006 | R. Frezza | 1.10 | Analyzed PI/PD proposal and prepared chart for discussion with GUC Committee and counsel. |
| 5/5/2006 | R. Frezza | 1.00 | Performed detailed review of estimated claims. |
| 5/12/2006 | R. Frezza | 1.10 | Updated estimated claims analyses. |
| 5/18/2006 | R. Frezza | 1.10 | Assisted in analysis regarding recovery scenarios for counsel. |
| 5/18/2006 | R. Frezza | 3.20 | Prepared interest accrual scenarios for counsel. |
| 5/18/2006 | S. Cunningham | 1.50 | Prepared and reviewed recovery alternatives regarding POR. |
| 5/19/2006 | S. Cunningham | 2.00 | Reviewed alternative recovery scenarios and prepared analysis. |
| 5/19/2006 | R. Frezza | 3.40 | Continued analysis of interest scenarios for counsel. |
| 5/19/2006 | E. Ordway | 0.70 | Reconciled valuation data from disclosure statement to current information. |
| 5/23/2006 | S. Cunningham | 3.50 | Reviewed valuation analysis versus company information and along with recovery analysis scenarios. |
| 5/23/2006 | R. Frezza | 6.80 | Prepared valuation analysis scenarios for discussion with counsel. |
| 5/24/2006 | R. Frezza | 3.80 | Prepared NOL valuation analysis. |
| 5/24/2006 | R. Frezza | 2.60 | Continued preparation of valuation analysis scenarios for discussion with counsel. |
| 5/25/2006 | S. Cunningham | 2.50 | Reviewed recovery analysis at different claims levels. |
| 5/25/2006 | E. Ordway | 3.20 | Prepared analysis to analyze valuation under various assumptions. |
| 5/25/2006 | E. Ordway | 2.10 | Analyzed updated peer group information. |
| 5/25/2006 | E. Ordway | 3.80 | Prepared analysis regarding value of NOL's. |
| 5/26/2006 | E. Ordway | 3.70 | Prepared/edited analyses to illustrate various POR scenarios compared to PI/PD proposal. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/26/2006 | S. Cunningham | 4.00 | Prepared and reviewed analysis of NOL value and updated peer group information regarding valuation multiples. |
| 5/26/2006 | R. Frezza | 1.10 | Finalized distributable value schedules in preparation for meeting with counsel. |
| 5/31/2006 | E. Ordway | 2.40 | Prepared outline of report regarding peer group companies. |
| Subtotal | | 62.10 | |

### 04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/2/2006 | L. Hamilton | 1.00 | Participated in conference call with counsel regarding case issues and hearing agenda updates. |
| 5/2/2006 | R. Frezza | 0.50 | Participated in call with GUC regarding PI/PD proposal and discussion of Capstone analysis thereon. |
| 5/3/2006 | L. Hamilton | 0.20 | Discussed case issues/hearing agenda with counsel. |
| 5/3/2006 | R. Frezza | 3.80 | Prepared S&P analysis. |
| 5/5/2006 | R. Frezza | 1.10 | Finalized S&P analysis and discussed same with counsel. |
| 5/5/2006 | L. Hamilton | 0.30 | Discussed open issues regarding pension funding with counsel. |
| 5/11/2006 | L. Hamilton | 0.30 | Read/distributed correspondence from counsel regarding proposed committee meetings. |
| 5/12/2006 | L. Hamilton | 0.50 | Discussed upcoming hearing agenda items (LTIP, Wauconda, Pension, Lloyds) with counsel. |
| 5/15/2006 | R. Frezza | 1.20 | Prepared for and participated in call with counsel and Debtors regarding Pension motion. |
| 5/15/2006 | E. Ordway | 0.30 | Conference call to discuss plan for mediation meetings. |
| 5/16/2006 | E. Ordway | 1.80 | Attended meeting with counsel to discuss upcoming mediation meeting. |
| 5/16/2006 | E. Ordway | 2.30 | Participated in mediation meeting with parties-in-interest; subsequent debriefing with counsel. |
| 5/17/2006 | E. Ordway | 0.50 | Read correspondence from counsel regarding mediation process and responses from Committee members. |
| 5/17/2006 | L. Hamilton | 0.30 | Discussed pension call outcomes and Wauconda settlement with counsel. |
| 5/22/2006 | R. Frezza | 1.10 | Prepared Agenda for June 2nd meeting and discussed same with counsel. |
| 5/22/2006 | E. Ordway | 1.90 | Corresponded with counsel regarding issues/observations concerning PI/PD proposal. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/22/2006 | R. Frezza | 1.80 | Prepared for and participated in pre-call and then call with counsel and Debtors regarding Wauconda settlement. |
| 5/22/2006 | E. Ordway | 0.40 | Corresponded with counsel and directed staff in revising agenda. |
| 5/22/2006 | E. Ordway | 0.30 | Prepared/edited meeting agenda. |
| 5/22/2006 | L. Hamilton | 0.70 | Prepared for and participated in call with counsel regarding Wauconda settlement. |
| 5/23/2006 | L. Hamilton | 0.30 | Discussed upcoming hearing agenda items (Wauconda, Pension, Lloyds) with counsel. |
| 5/26/2006 | L. Hamilton | 0.40 | Discussed Wauconda draft memo to Committee with counsel. |
| 5/30/2006 | E. Ordway | 0.70 | Participated in meeting with chair and counsel to discuss mediation and next steps. |
| 5/30/2006 | E. Ordway | 3.60 | Participated in mediation meeting. |
| 5/30/2006 | S. Cunningham | 6.00 | Participated in arbitration meeting and meeting with Committee counsel. |
| 5/30/2006 | E. Ordway | 1.30 | Prepared for meeting with counsel regarding mediation meeting by reviewing notes and analyses. |
| 5/30/2006 | E. Ordway | 1.90 | Participated in pre-meeting with counsel to discuss mediation. |
| 5/31/2006 | E. Ordway | 0.50 | Conference call with Committee member to discuss mediation. |
| Subtotal | | 35.00 | |

### 07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/2/2006 | L. Hamilton | 0.90 | Prepared March fee application. |
| 5/2/2006 | L. Hamilton | 2.20 | Researched and summarized fee data. |
| 5/5/2006 | J. Woods | 1.20 | Prepared fee statement. |
| 5/7/2006 | L. Hamilton | 2.80 | Prepared March fee application. |
| 5/7/2006 | L. Hamilton | 2.20 | Prepared quarterly fee application. |
| 5/8/2006 | L. Hamilton | 1.90 | Prepared March fee application. |
| 5/9/2006 | L. Hamilton | 2.80 | Prepared quarterly fee application. |
| 5/9/2006 | E. Ordway | 0.30 | Prepared fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/10/2006 | L. Hamilton | 2.00 | Researched CNO status. |
| 5/10/2006 | L. Hamilton | 1.70 | Prepared April fee application. |
| 5/11/2006 | L. Hamilton | 2.20 | Prepared April fee application. |
| 5/12/2006 | E. Ordway | 0.30 | Prepared fee application. |
| 5/15/2006 | L. Hamilton | 2.40 | Analyzed receivable balance and discussed same with Debtors. |
| 5/15/2006 | L. Hamilton | 1.40 | Prepared April fee application. |
| 5/16/2006 | J. Woods | 0.50 | Prepared fee statement. |
| 5/22/2006 | L. Hamilton | 0.90 | Prepared April fee application. |
| 5/23/2006 | J. Woods | 0.60 | Prepared fee statement. |
| 5/23/2006 | L. Hamilton | 0.70 | Prepared April fee application. |
| 5/26/2006 | L. Hamilton | 2.50 | Prepared April fee application. |
| 5/26/2006 | N. Backer | 0.60 | Prepared April Fee application. |
| 5/30/2006 | L. Hamilton | 0.50 | Finalized review of CNO issues. |
| Subtotal | | 30.60 | |

### 08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/1/2006 | L. Hamilton | 2.20 | Read and analyzed Q1 earnings information. |
| 5/2/2006 | B. Aronson | 1.00 | Read and analyzed 10K filing. |
| 5/2/2006 | B. Aronson | 3.50 | Read and analyzed 10K filing. |
| 5/2/2006 | R. Frezza | 0.20 | Internal coordination regarding next steps for Q1 06 report. |
| 5/2/2006 | B. Aronson | 1.80 | Read and analyzed 10K filing. |
| 5/3/2006 | L. Hamilton | 3.20 | Prepared summary schedules and questions for Q1 earnings call. |
| 5/4/2006 | B. Aronson | 1.80 | Read and analyzed Q1 results. |
| 5/4/2006 | B. Aronson | 1.80 | Read and analyzed 10K filing. |
| 5/5/2006 | S. Cunningham | 2.00 | Read and review Q1 financial information. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/5/2006 | L. Hamilton | 2.20 | Prepared proforma schedules for Q1 report. |
| 5/8/2006 | B. Aronson | 2.00 | Read and analyzed Capstone assessment of 2006 plan and compared same to Q1 results. |
| 5/8/2006 | B. Aronson | 4.50 | Read and analyzed Chemicals industry research for 2005 and Q1 2006. |
| 5/11/2006 | R. Frezza | 0.40 | Continued planning for Q1 report. |
| 5/12/2006 | L. Hamilton | 1.20 | Prepared/updated questions for Q1 call with Debtors. |
| 5/12/2006 | R. Frezza | 0.30 | Follow up on question list development for Q1 call. |
| 5/15/2006 | R. Frezza | 0.90 | Developed preliminary workplan for Q1 review. |
| 5/16/2006 | L. Hamilton | 2.60 | Analyzed information provided by Debtors regarding Q1 results. |
| 5/16/2006 | L. Hamilton | 4.30 | Prepared summary P&L schedules for use in Q1 report to the Committee. |
| 5/16/2006 | S. Cunningham | 3.00 | Reviewed Q1 results versus plan. |
| 5/16/2006 | L. Hamilton | 3.10 | Prepared Sales and EBITDA bridge analyses. |
| 5/17/2006 | L. Hamilton | 2.30 | Analyzed Q1 gross margin compared to Plan and prior year. |
| 5/17/2006 | L. Hamilton | 3.10 | Continued to prepare analyze data provided by Debtors regarding Q1 results. |
| 5/17/2006 | L. Hamilton | 1.50 | Analyzed energy cost inflation impacts on Q1 results. |
| 5/17/2006 | R. Frezza | 2.20 | Continued Q1 financial analyses. |
| 5/18/2006 | S. Cunningham | 2.50 | Reviewed Q1 results. |
| 5/18/2006 | L. Hamilton | 3.60 | Prepared report outline with schedules for Q1 report. |
| 5/18/2006 | L. Hamilton | 4.90 | Prepared schedules for inclusion in Q1 report to the Committee. |
| 5/22/2006 | S. Cunningham | 4.00 | Review Q1 results versus plan. |
| 5/22/2006 | R. Frezza | 2.50 | Continued Q1 financial analyses. |
| 5/22/2006 | L. Hamilton | 1.80 | Prepared schedules for inclusion in Q1 report to the Committee. |
| 5/23/2006 | R. Frezza | 1.10 | Continued Q1 06 report analysis. |
| 5/23/2006 | L. Hamilton | 4.40 | Prepared commentary for Q1 report to the Committee. |
| 5/23/2006 | L. Hamilton | 3.10 | Revised Sales and EBIT bridges for Q1 report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/24/2006 | L. Hamilton | 1.60 | Prepared cash flow section of Q1 report. |
| 5/24/2006 | L. Hamilton | 4.50 | Prepared/updated schedules for inclusion in Q1 report to the Committee. |
| 5/24/2006 | L. Hamilton | 3.40 | Prepared executive summary section of Q1 report. |
| 5/25/2006 | L. Hamilton | 2.50 | Prepared commentary for Q1 report to the Committee. |
| 5/25/2006 | L. Hamilton | 2.00 | Prepared/updated divisional Sales and EBIT bridge analyses. |
| 5/25/2006 | L. Hamilton | 1.80 | Prepared analysis of sales growth by business unit. |
| 5/25/2006 | L. Hamilton | 2.70 | Prepared analysis of energy costs and foreign currency impacts on Q1 results. |
| 5/26/2006 | L. Hamilton | 2.60 | Prepared commentary/finalized draft for Q1 report to the Committee. |
| 5/30/2006 | R. Frezza | 5.20 | Reviewed/revised Q1 06 report. |
| 5/30/2006 | L. Hamilton | 2.40 | Reviewed/updated support schedules for Q1 report. |
| 5/31/2006 | R. Frezza | 3.20 | Reviewed/revised Q1 06 report. |
| 5/31/2006 | E. Ordway | 0.50 | Read/edited 1st Quarter report. |
| 5/31/2006 | S. Cunningham | 3.30 | Reviewed draft report regarding Q1 results of operations. |
| Subtotal | | 114.70 | |

### 11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/1/2006 | M. Desalvio | 1.50 | Investigated criteria for bond ratings. |
| 5/1/2006 | L. Hamilton | 0.20 | Discussed workplan with case team members. |
| 5/1/2006 | L. Hamilton | 3.20 | Analyzed and organized case data files. |
| 5/1/2006 | E. Ordway | 0.40 | Analyzed/modified near-term work plan. |
| 5/2/2006 | L. Hamilton | 3.90 | Analyzed and organized case data files. |
| 5/3/2006 | L. Hamilton | 1.00 | Read and analyzed recent court docket items. |
| 5/3/2006 | L. Hamilton | 2.60 | Analyzed and organized case data files. |
| 5/5/2006 | L. Hamilton | 2.00 | Analyzed and organized case data files. |
| 5/5/2006 | E. Ordway | 2.40 | Analyzed cash positions, domestic and foreign through life of case. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/5/2006 | L. Hamilton | 1.00 | Summarized outstanding information items regarding pension funding in response to inquiry from counsel and sent information request to Blackstone. |
| 5/5/2006 | M. Desalvio | 1.00 | Obtained recent Specialty Chemicals industry reports for case team members. |
| 5/8/2006 | E. Ordway | 1.90 | Analyzed cash on hand, recurring cash needs and definition of imbedded cash requirements. |
| 5/8/2006 | L. Hamilton | 3.50 | Read and analyzed information regarding Wauconda Settlement. |
| 5/9/2006 | R. Frezza | 0.60 | Coordination on upcoming matters including Pension motion and mediation. |
| 5/9/2006 | L. Hamilton | 0.80 | Prepared follow up questions regarding Wauconda settlement. |
| 5/9/2006 | L. Hamilton | 3.90 | Analyzed information provided by Debtors regarding Wauconda settlement. |
| 5/9/2006 | L. Hamilton | 3.50 | Prepared draft report regarding Wauconda settlement. |
| 5/11/2006 | L. Hamilton | 1.10 | Analyzed and organized case data files. |
| 5/11/2006 | L. Hamilton | 0.90 | Read and analyzed court docket items. |
| 5/11/2006 | R. Frezza | 0.40 | Continued coordination on upcoming matters. |
| 5/12/2006 | L. Hamilton | 1.10 | Prepared work plan. |
| 5/12/2006 | L. Hamilton | 1.30 | Read prior correspondence and reports regarding pension motion, and prepared related information request to Blackstone. |
| 5/15/2006 | S. Cunningham | 2.50 | Read and analyzed motion regarding environmental settlement. |
| 5/15/2006 | L. Hamilton | 2.00 | Analyzed and organized case data files, and discussed same with various case team members. |
| 5/16/2006 | M. Desalvio | 0.80 | Researched current trading price of the WR Grace bank loans. |
| 5/17/2006 | L. Hamilton | 0.40 | Read and analyzed Debtors Reponses to Wauconda followup questions. |
| 5/17/2006 | L. Hamilton | 0.40 | Read and analyzed Debtors Reponses to pension followup questions. |
| 5/18/2006 | M. Desalvio | 0.50 | Retrieved historical 3-month LIBOR rates. |
| 5/19/2006 | M. Desalvio | 2.00 | Retrieved historical monthly JPMorgan Prime Rates, monthly Federal Funds Rates and confirmed calculation basis with Bloomberg. |
| 5/22/2006 | L. Hamilton | 1.10 | Read and analyzed information from Debtors regarding Wauconda. |
| 5/22/2006 | L. Hamilton | 1.00 | Directed staff in review/organization of case data files. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/22/2006 | L. Hamilton | 0.80 | Read and analyzed EPA notice regarding Wauconda. |
| 5/23/2006 | J. Durans | 8.00 | Organized and archived case files. |
| 5/24/2006 | M. Desalvio | 0.70 | Retrieved Market Cap schedules from Bloomberg for comparable companies. |
| 5/25/2006 | J. Durans | 0.10 | Organized and archived case files. |
| 5/26/2006 | L. Hamilton | 2.50 | Read and analyzed Wauconda claims detail at request of counsel. |
| 5/27/2006 | J. Durans | 0.20 | Organized and archived case files. |
| 5/30/2006 | E. Ordway | 0.60 | Read and analyzed counsel's memo regarding environmental costs at superfund sites. |
| 5/30/2006 | L. Hamilton | 0.90 | Read and analyzed latest version of Wauconda settlement memo prepared by counsel. |
| 5/30/2006 | L. Hamilton | 0.20 | Read and analyzed court docket items. |
| Subtotal | | 62.90 | |

**26. Meetings with Debtors/Advisors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/1/2006 | R. Frezza | 1.90 | Coordinated and discussed Beaches acquisition with Debtors and their advisors. |
| 5/1/2006 | R. Frezza | 0.80 | Participated in conference call on environmental issues regarding Beaches acquisition. |
| 5/2/2006 | R. Frezza | 0.50 | Participated in call with Debtors regarding data provided on Spaghetti acquisition. |
| 5/3/2006 | R. Frezza | 0.40 | Discussed estimated claims with Blackstone. |
| 5/5/2006 | L. Hamilton | 1.00 | Prepared for and participated in call with Blackstone regarding claims data. |
| 5/12/2006 | R. Frezza | 0.80 | Followed up on Spaghetti information request through discussions with Debtors' advisors. |
| 5/15/2006 | L. Hamilton | 1.00 | Prepared for and participated in call with Debtors regarding Q1 results. |
| 5/15/2006 | R. Frezza | 1.50 | Prepared for and participated in Q1 earnings call with Debtors. |
| 5/15/2006 | L. Hamilton | 1.00 | Prepared for and participated in call with the Debtors regarding pension funding. |
| Subtotal | | 8.90 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Total Hours | | 348.00 | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Expense Detail
### For the Period 5/1/06 through 5/31/06

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Copies** | | | |
| 5/31/2006 | Capstone Expenses | 55 @ .15 per page | $8.25 |
| Subtotal - Copies | | | $8.25 |
| **Faxes** | | | |
| 5/31/2006 | Capstone Expenses | 72 @ $1.00 per page | $72.00 |
| Subtotal - Faxes | | | $72.00 |
| **Mileage** | | | |
| 5/21/2006 | Hamilton, L | Roundtrip Boston/NJ | $244.75 |
| Subtotal - Mileage | | | $244.75 |
| **Parking/Tolls** | | | |
| 5/16/2006 | Ordway, E | NYC Parking $41.00, Tolls $6.00 | $47.00 |
| 5/30/2006 | Ordway, E | NYC Parking $27.50, Tolls $6.00 | $33.50 |
| 5/30/2006 | Cunningham, S | NYC Parking | $27.50 |
| Subtotal - Parking/Tolls | | | $108.00 |
| **Postage/FedEx** | | | |
| 5/15/2006 | Capstone Expenses | Fed Ex Invoice # 1-008-90786 | $16.60 |
| Subtotal - Postage/FedEx | | | $16.60 |
| **Research-Billable** | | | |
| 5/31/2006 | Capstone Expenses | Bloomberg | $184.00 |
| Subtotal - Research-Billable | | | $184.00 |
| **Scans** | | | |
| 5/31/2006 | Capstone Expenses | 34 @ $1.00 per page | $34.00 |
| Subtotal - Scans | | | $34.00 |

---

Capstone Advisory Group, LLC
Invoice for the May Fee Application

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| Telecom Charges- Billable | | | |
| 5/31/2006 | Capstone Expenses | May 2006 Telecom | $297.83 |
| Subtotal - Telecom Charges- Billable | | | $297.83 |
| For the Period 5/1/06 through 5/31/06 | | | $965.43 |