**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Company ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: August 21, 2006, 2:00 p.m.** |
| ) | **Related to Docket Nos. 6301, 6371, 6654, 6852, 6853,** |
| ) | **12819, 12921, 12958** |

**NOTICE OF FILING OF EXHIBITS TO CREDITOR DAVID SLAUGHTER'S RESPONSE TO
DEBTORS' OBJECTION TO DAVID SLAUGHTER'S CLAIM (NO. 5703)**

**TO:**

Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Co-Counsel for the Debtors*

Potter Anderson & Corroon, LLP
Hercules Plaza, 1313 N. Market St.
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee
  Of Asbestos PI Claimants/Property
  Damage Claimants*

Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Official Committee of Unsecured Creditors*

Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806
*Counsel for CIBC World Markets Corp.*

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
*United States Trustee*

Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Greenberg Taurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*Official Committee of Equity Holders*

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
*Debtor*

Sonya M. Longo, Esquire
Budd, Larner, Rosenbaum, Greenberg & Sade
150 JFK Parkway, CN 1000
Short Hills, NJ 07078-0999
*Counsel to Other Prof.*

| | |
|---|---|
| Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br>*Counsel for the Official Committee of*<br> *Asbestos PI Claimants* | Rosenthal, Monhait, Gross & Goddess, PA<br>1401 Mellon Bank Center<br>Wilmington, DE 19801<br>*Counsel for Official Committee of Equity*<br> *Security Holders* |
| Bifferato, Bifferato & Gentilotti<br>1308 Delaware Avenue, P.O. Box 2165<br>Wilmington, DE 19899-2165<br>*Counsel to Royal & Sun Alliance and*<br> *Royal Indemnity Co. (Other Prof.)* | Fox, Rothschild, O'Brien & Frankel, LLP<br>919 Market Street, Suite 1400<br>Wilmington, DE 19801<br>*Counsel to Yessenia Rodriguez & Carlos Nieves*<br> *(Other Prof.)* |

**PLEASE TAKE NOTICE** that David Slaughter, Plaintiff in *David Slaughter v. W.R. Grace & Company, et al.* presently pending in the state court of the State of Louisiana, by counsel**,** Jacobs & Crumplar, P.A., has filed herein attachments A through D to David Slaughter's Response to Debtor's Objection to his Claim No. 5703 (12921), which Response to Debtor's Objection was filed on August 3, 2006 and inadvertently the exhibits thereto were not accepted by the electronic system.

**JACOBS & CRUMPLAR, P.A.**

By:   */s/ Robert Jacobs, Esquire*_____
Robert Jacobs, Esquire (Bar ID# 0244)
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
*Attorney for David Slaughter*

Dated: August 16, 2006
F:\WP70\Bankruptcies\Bankruptcies\SLAUGHTER, David v. W.R. Grace & Co\Pleadings\081506_Notice of Filing Exhibits to Response to Omnibus Objection.rj.doc