# Exhibit A

Div E

| | |
|---|---|
| DAVID SLAUGHTER | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2001-4742 | PARISH OF CALCASIEU |
| TURNER INDUSTRIES, LTD. and W.R. GRACE & COMPANY | STATE OF LOUISIANA |
| FILED: SEP 20 2001 | Peggy Carpenter  DEPUTY CLERK OF COURT |

## PETITION FOR DAMAGES

The petition of David Slaughter, a resident of the full age of majority residing in Vidor, Texas, who respectfully represents that:

1.

Made defendants herein are:

a. **TURNER INDUSTRIES, LTD.**, a domestic corporation who may be served through its agent for legal process, L. J. Griffon, Jr., 8687 United Plaza Boulevard, Suite 400, Baton Rouge, Louisiana 70809.

b. **W.R. GRACE & COMPANY**, a foreign corporation authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of legal process, Prentice-Hall Corporation System, Inc., 812 Gravier Street, Suite 1006, New Orleans, Louisiana 70112.

2.

At all pertinent times, plaintiff, David Slaughter, was employed by Barry's Industrial Sand as a truck driver.

3.

On or about December 24, 2000, plaintiff, David Slaughter, was making a delivery of sand at W.R. Grace & Company in Calcasieu Parish, Louisiana; he parked his truck on the scales, exited his truck and was walking towards the scale house; there was newly laid asphalt surrounding the scale and plaintiff had to step onto the asphalt when suddenly and without warning, the asphalt crumbled under his foot, causing him to fall and thereby causing the injuries as set forth below.

4.

Upon information and belief, the asphalt was built up around the scales and had only been deposited recently by W.R. Grace & Company and/or Turner Industries. The asphalt was raised to a point where plaintiff had to physically step onto the asphalt to get to the scale house.

5.

The aforementioned accident was in no way attributable to the petitioner, David Slaughter, but on the contrary, was due in part and proximately to the negligence of W.R. Grace & Company and/or its employees and/or Turner Industries, which negligence includes but is not limited to the following:

- a. In depositing asphalt in areas in a way which was likely to cause injury to reasonably prudent individuals;

- b. Creating and leaving for an unreasonable time, a hazard or defect due to the laying of the asphalt;

- c. In laying asphalt which presented an unreasonable risk of harm to reasonably prudent individuals, which rendered the area unreasonably dangerous in normal use;

- d. Failing to warn plaintiff of the vices and defects in the area maintained by W.R. Grace and/or Turner Industries;

- e. In maintaining its area in a defective condition;

- f. Failing to keep its area up to proper industry standards.

6.

As a result of the accident, petitioner, David Slaughter, suffered extremely painful and serious injuries and damages including, but not limited to, a neck injury which required surgery.

7.

As a result of the accident, petitioner, David Slaughter, has sustained damages and will continue to sustain past, present and future medical expenses, past, present, and future mental and physical pain, loss of earnings, loss of future earning capacity and loss of enjoyment of life, said injuries entitled petitioner to such damages which are reasonable in the premises.

WHEREFORE, plaintiff, David Slaughter, prays that defendants, Turner Industries, LTD. and W.R. Grace & Company, be duly served with a copy of the foregoing petition and cited to appear and answer same and after the lapse of all legal delays and due proceedings had, that there be judgment herein in favor of plaintiff, David Slaughter, and against the defendants, Turner Industries, LTD. and W.R. Grace & Company, for such damages as are responsible in the premises, together with legal interest thereon from date of judicial demand until paid.

Plaintiff further prays for such additional relief as law, equity and the nature of the case may permit.

By His Attorneys,

BAGGETT, McCALL, BURGESS & WATSON
(A Professional Law Corporation)

BY: *Erin M. Alley*
ROGER G. BURGESS
ERIN M. ALLEY
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, LA  70606-7820
(337) 478-8888

**PLEASE SERVE THE FOLLOWING DEFENDANT:**

**TURNER INDUSTRIES, LTD.**
through its agent for legal service of process:
L. J. Griffon, Jr.
8687 United Plaza Boulevard, Suite 400
Baton Rouge, Louisiana  70809

**W.R. GRACE & COMPANY**
through its agent for service of legal process:
Prentice-Hall Corporation System, Inc.
812 Gravier Street, Suite 1006
New Orleans, Louisiana  70112

# Exhibit B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: W. R. GRACE & COMPANY        :        CASE NO. 01-01139

                                    :        CHAPTER 11
PARISH OF CALCASIEU

STATE OF LOUISIANA

## AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared, ROGER G. BURGESS, who being first duly sworn, deposed as follows:

1. He is an attorney licensed and practicing law in the State of Louisiana.

2. He represents the plaintiff, David Slaughter, in a personal injury lawsuit, wherein a Petition for Damages has been filed in the 14th Judicial District Court, Calcasieu Parish, State of Louisiana, entitled and numbered as "David Slaughter Versus No. 2001-4742 Turner Industries, Ltd. and W. R. Grace & Company". This petition was filed on September 20, 2001.

3. He was unaware that W. R. Grace & Company had filed for bankruptcy at the time he filed the above-described Petition for Damages, and that he actually learned that W. R. Grace had filed bankruptcy on September 28, 2001.

4. The defendant, W. R. Grace & Company filed a petition under Chapter 11 of the Bankruptcy Court, in the U. S. Bankruptcy Court for the District of Delaware.

5. No action has been taken against W. R. Grace & Company since the notification of W. R. Grace & Company's on September 28, 2001.

6. There was a recent hearing in the 14th Judicial District Court, Calcasieu Parish, State of Louisiana, concerning the plaintiff's Motion to Sever defendant, W. R.

1

Grace & Company from the lawsuit. At that hearing, the Judge deferred judgment, until plaintiff, David Slaughter's Motion to Lift Stay had been decided by the U. S. Bankruptcy Court for the District of Delaware, indicating that the Motion to Sever would be granted in the event the stay was not lifted.

7. David Slaughter sustained serious injuries, including, but not limited to, a neck injury which required neck surgery.

8. David Slaughter's income was approximately $600 per week gross, prior to the accident.

9. David Slaughter has been unable to perform any type of gainful employment since the date of his accident.

10. David Slaughter has sustained an estimated 1.2 million dollars in damages, which includes current lost wages of $71,122.34 and medical expenses in the amount of $43,493.05. Lost wages continue to accrue.

11. The granting of David Slaughter's Motion to Lift Stay will enable the determination of liability between the two defendants, Turner Industries, Ltd. and W. R. Grace & Company, through the discovery process, and allow for eventual extinguishment of the debt. It is estimated that within six (6) months, a determination of liability will be made through the discovery process.

12. Should W. R. Grace & Company be determined to be liable for the damages sustained by David Slaughter, the liability insurer for W. R. Grace & Company will have the responsibility for the plaintiff's claim or the non-self-insured portion thereof.

13. Should there be a judgment in favor of plaintiff against W. R. Grace & Company, the plaintiff will return to the U. S. Bankruptcy Court for the District of Delaware and petition for the enforcement of the judgment to any extent, should there still be a bankruptcy proceeding pending concerning W. R. Grace & Company.

_____
ROGER G. BURGESS

SWORN TO AND SUBSCRIBED before me, the 14th day of OCTOBER, 2004, at Lake Charles, Louisiana.

_____
NOTARY PUBLIC   Vickie Fee #51343

# Exhibit C

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  W. R. GRACE & COMPANY        :        CASE NO. 01-01139

:        CHAPTER 11

PARISH OF CALCASIEU

STATE OF LOUISIANA

### AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared, DAVID SLAUGHTER, who being first duly sworn, deposed as follows:

1. He is the plaintiff in a personal injury lawsuit, filed in the 14th Judicial District Court, Calcasieu Parish, State of Louisiana, entitled and numbered as "David Slaughter Versus No. 2001-4742 Turner Industries, Ltd. and W. R. Grace & Company."

2. The above-described lawsuit is based on his personal injury that occurred on December 24, 2000, and he sustained serious injuries, including, but not limited to, a neck injury which required neck surgery.

3. Since his accident on December 24, 2000, he has been unable to perform any type of gainful employment.

4. His lawsuit needs to be settled.

_____
DAVID SLAUGHTER

SWORN TO AND SUBSCRIBED before me, the 14th day of OCTOBER, 2004, at Lake Charles, Louisiana.

_____
NOTARY PUBLIC Vickie Fee #51343

# Exhibit D

STATE OF LOUISIANA            :
                              :   **CERTIFICATE OF VERACITY**
PARISH OF CALCASIEU           :

BEFORE ME, the undersigned authority, came and appeared, ROGER G. BURGESS, who being first duly sworn, deposed as follows:

1. He is an attorney licensed and practicing law in the State of Louisiana.

2. He represents the plaintiff, David Slaughter, in a personal injury lawsuit, wherein a Petition for Damages has been filed in the 14th Judicial District Court, Calcasieu Parish, State of Louisiana, entitled and numbered as "David Slaughter Versus No. 2001-4742 Turner Industries, Ltd. and W. R. Grace & Company". This petition was filed on September 20, 2001.

3. He verifies that the medical records, billing records and doctor's report are true and accurate.

---
ROGER G. BURGESS

SWORN TO AND SUBSCRIBED before me, the 31st day of July, 2006, at Lake Charles, Louisiana.

---
DANELLE SCIMEMI, #51303
NOTARY PUBLIC


DANELLE SCIMEMI
Notary Public
State of Louisiana
ID # 51303
Calcasieu Parish

# DAVID SLAUGHTER
# MEDICAL RECORDS

1. **WEST CALCASIEU CAMERON HOSPITAL**
   12-24-00 – Emergency Room Visit

2. **BEAUMONT BONE & JOINT**
   01-02-01 - 02-27-02
   04-25-02 - trigger point injections & left occipital nerve block
   02-24-03 - trigger point injections & left occipital nerve block
   04-29-04 – trigger point injections & left occipital nerve block
   05-13-04 - trigger point injections & left occipital nerve block
   05-20-04 - trigger point injections & left occipital nerve block
   06-30-04
   08-18-04
   10-28-04
   01-13-05
   03-10-05
   06-01-05
   08-03-05
   09-02-05
   11-11-05 – MRI Cervical Spine
   11-30-05

3. **DR. LINDA SMITH**
   01-29-02

4. **ST. ELIZABETH HOSPITAL**
   07-16-01 – 07-22-01 (07-20-01 surgery)
   09-18-01
   09-19-01
   10-04-01
   01-04-02

5. **CENTER FOR ORTHOPAEDICS**
   10-25-04

6. **DISABILITY & IMPAIRMENT EVALUATION CENTER OF ORANGE FAMILY CLINC**
   05-16-02

7. **TED DESHOTELS, MS, LRC, CRC – VOCATIONAL REHABILITATION SERVICES**

   04-04-05 – VOCATIONAL EVALUATION REPORT

8. **PAIN & HEALTH MANAGEMENT (DR. ADRIAN C. DUMITRU)**
   06-01-05
   08-03-05
   09-22-05
   11-30-05

# DAVID SLAUGHTER
# MEDICAL BILLS

1. **BEAUMONT BONE & JOINT**
   01/02/01 .................................................................................................$210.00
   02/27/01 .................................................................................................$339.00
   03/06/01 ...................................................................................................$39.00
   03/19/01 ..............................................................................................$1,221.00
   03/30/01 ...................................................................................................$54.00
   07/20/01 ............................................................................................$14,927.00
   09/07/01 .................................................................................................$198.00
   10/10/01 .................................................................................................$144.00
   11/28/01 .................................................................................................$198.00
   01/10/02 .................................................................................................$451.00
   02/27/02 .................................................................................................$250.00
   04/25/02 ..............................................................................................$3,828.00
   11/14/02 ...................................................................................................$54.00
   02/24/03 ..............................................................................................$1,788.00
   03/02/04 .................................................................................................$198.00
   04/29/04 ............................................................................................$10,312.00
   05/13/04 ............................................................................................$10,312.00
   05/20/04 ............................................................................................$10,312.00
   10/18/05 .................................................................................................$247.00
   11/11/05 ..............................................................................................$2,694.00
   10/18/05 .................................................................................................$247.00
   11/11/05 ..............................................................................................$2,694.00
   **TOTAL** ......................................................................................$60,717.00

2. **ST. ELIZABETH HOSPITAL**
   02/21/01 .................................................................................................$166.97
   07/20/01 ............................................................................................$23,393.16
   09/18/01 ..............................................................................................$2,146.69
   10/04/01 ..............................................................................................$1,640.05
   01/04/02 ...................................................................................................$83.55
   **TOTAL** ......................................................................................$27,430.42

3. **ANESTHESIA ASSOC.**
   07/20/01 ..............................................................................................$2,590.00
   04/25/02 .................................................................................................$375.00
   **TOTAL** ........................................................................................$2,965.00

4. **RADIOLOGY ASSOC.**
   03/19/01 .................................................................................................$328.00

5. **BEAUMONT PATHOLOGY LAB**
   07/16/01 .................................................................................... $45.50
   07/20/01 .................................................................................... $75.45
   07/21/01 .................................................................................... $26.00
   TOTAL .................................................................................... **$146.95**

6. **UNIVERSITY NEURO.-DIAGNOSTIC**
   07/20/01 .................................................................................... **$1,933.75**

7. **VIDOR PHARMACY**
   01/02/02-05/17/02 .................................................................. $483.07
   05/30/02-04/26/05 .................................................................. $1,571.76
   05/04/05-03/21/06 .................................................................. $4,822.73
   TOTAL .................................................................................... **$6,877.56**

8. **WAL-MART PHARMACY**
   01/03/01 – 10/17/01 ................................................................ **$217.95**

9. **ECKERD DRUGS**
   12/23/00-11/17/01 .................................................................... **$49.87**

10. **BEAUMONT PATHOLOGY LAB**
    07/16/01 .................................................................................... $45.50
    07/20/01 .................................................................................... $285.45
    07/21/01 .................................................................................... $13.00
    07/22/01 .................................................................................... $13.00
    10/04/01 .................................................................................... $38.50
    TOTAL .................................................................................... **$395.45**

11. **WEST CAL CAM HOSPITAL**
    12/24/00 .................................................................................. **$378.99**

12. **CENTER FOR ORTHOPAEDICS**
    10/25/04 .................................................................................. **$1,500.00**

13. **PAIN & HEALTH MANAGEMENT (DR. ADRIAN C. DUMITRU)**
    04/03/02-03/10/05 .................................................................. $8,161.00
    06/01/05-11/30/05 .................................................................. $505.00
    TOTAL .................................................................................... **$8,666.00**

**TOTAL** .................................................................................... **$111,606.94**

DISABILITY AND IMPAIRMENT EVALUATION CENTER OF ORANGE FAMILY CLINIC

DR. NICK S. POMONIS, D.O., A.A.F.P.
BOARD CERTIFIED AMERICAN ACADEMY OF FAMILY PRACTICE
DIPLOMAT OF THE AMERICAN COLLEGE OF FAMILY PRACTICE

3306 Ridgemont
Orange, Texas   77630
(409) 882-0995

May 16, 2002

RE:        SLAUGHTER, DAVID
TWCC#:     01265884-01
D/O/I:     December 24, 2000
Employer:  Barry Industrial Sand

## OPINION:

Evaluation today is based on a personal interview and a detailed musculoskeletal examination of the client as well as a review of the test material done by the Orange Family Clinic Disability and Evaluation Center on May 16, 2002.

## RECORDS DOCUMENTATION LIST:

The following records were reviewed:
1. Dr. Larkins' notes where this gentleman got a 27% impairment rating.
2. Cervical spine film done on 02/20/02 showing postoperative changes.
3. Dr. Smith's notes.
4. Operative report by Dr. Larkins with surgery being done on 07/20/01 with a postoperative diagnoses of cervical radiculitis with anterior cervical discectomy at C4 to C7 with osteophytectomy at C4 to C6 with anterior interbody fusion at C4 to C7 with bone harvest from the left ileac crest with anterior instrumentation from C4 to C7.
5. Venous Doppler of the left arm done on 10/05/01, normal.
6. CT of the brain done on 09/19/01, normal.
7. Dr. Domingues' notes.
8. MRI of the cervical spine done on 03/19/01 showing significant Tinel stenosis at C4 to C7 with diffuse degenerative disc disease at C2 through T4.
9. Plain cervical spine film done on 07/20/01.
10. Chest x-ray done on 07/16/01 showing some atelectasis.
11. Laboratory work done on 07/16/01.
12. Dr. Oh's notes.
13. Interoperative Dubose potential monitoring test done on 07/20/01.

SLAUGHTER, DAVID
May 16, 2002
Page 2

## RECORDS REVIEW:

Mr. Slaughter is a 41-year-old gentleman who was working for the above company for six (6) years as a truck driver when he was getting out of his truck and stepped onto an asphalt when the asphalt crumbled which caused him to fall backward. He tried to catch himself and landed on his back and left arm. He states he had never had a previous injury to his left elbow or his neck before this. He states that he went to the emergency room in Lake Charles the day he got hurt where he had x-rays of his arm and was told there was no fracture. He then went to Beaumont Bone and Joint where Dr. Domingues told him he had an elbow fracture and put a cast on it for six (6) weeks. He then referred the client to Dr. Larkins for abnormal x-rays and MRI of the spine. The client received three (3) epidural injections which failed and then he underwent surgery on the above date. He had physical therapy for six (6) weeks and he goes to a pain management doctor now. He states that he tried to go back to work in January of this year for about one (1) week but he could not handle the work. He then tried another week in February of this year but he still could not handle the work. The client is still off work at this time. The client states that right now he plans on applying for disability and after he gets disability he may try and get a lawnmowing service going on the side and try to manage this for some extra income.

The client states that he cannot sit for more than thirty (30) minutes, he cannot stand more than fifty (50) minutes and he cannot walk more than one-half (1/2) block. He states that he would rate his pain a 10/10 when the injury first occurred and now he would rate it an 8/10. He states that his neck pain is the worst pain and that the next worst pain is his arm pain and his left leg also still goes weak sometimes. The client states that he can no longer work, do anything physical, he is not able to go out in the yard, play with his kids, do any kind of mechanic work and he used to build cars.

## PHYSICAL TESTING:

### RANGE OF MOTION:

Range of motion studies were done using a goniometer by myself.

Maximum elbow flexion on the right is 138 degrees and on the left is 130 degrees. Maximum extension is 0 bilateral. Maximum pronation is 74 degrees on the right and 160 degrees on the left. Maximum supination is 95 degrees on the right and 84 degrees on the left. This gives this gentleman a total of a 1% range of motion impairment on the left elbow which translates into a 1% whole person impairment for range of motion difficulties.

SLAUGHTER, DAVID
May 16, 2002
Page 3

## HISTORY AND PHYSICAL:

PAST MEDICAL HISTORY:

History of hypertension.

PAST SURGICAL HISTORY:

History of left ankle surgery.

FAMILY HISTORY:

Positive for cancer and hypertension.

SOCIAL HISTORY:

The client has been married two (2) times, currently been married seventeen (17) years. He has two (2) children. Hobbies include boating, fishing and hunting.

ETHANOL HISTORY:

Zero.

TOBACCO HISTORY:

One (1) pack per day.

MEDICATIONS:

Vicodin and Soma.

## MUSCULOSKELETAL PHYSICAL EXAMINATION:

Physical examination reveals a gentleman who is 5'7", 177 pounds and blood pressure is 130/80. He is right hand dominant and appears to have a normal gait. There is no atrophy present. No actual spasm can be appreciated on palpation to his neck. He has normal motor function and normal sensory function as well. Deep tendon reflexes in the legs are 2/4 and in the upper extremities are 0/4. Two-point discrimination is normal.

The client appears to have extremely poor cervical range of motion and only has about 2% of his left rotation. He also has about 60% of his left side-bending left. He has about 75% of his right rotation and 85% of his right side-bending.

SLAUGHTER, DAVID
May 16, 2002
Page 4

Scars are present on his neck consistent with the above surgery. There is no discoloration. Pulses are 2/4.

**DIAGNOSES:**

1. Diffuse degenerative disc disease from C2 to T4, most pronounced at C3 to C7 with significant Tinel stenosis, especially C4 to C7 status-post anterior cervical discectomy at C4 to C7 with osteophytetectomy at C4 to C6 with anterior interbody fusion at C4 to C7 with harvest bone graft from the left hip with anterior instrumentation from C4 to C7 with cervical radiculopathy still present clinically.

2. Well-healed fracture of the left elbow of the coronoid process with some slight range of motion difficulties today.

**PERMANENT PHYSICAL IMPAIRMENT:**

Rating is obtained from the <u>Guide to Evaluation of Permanent Impairment, AMA, Fourth Edition</u>.

According to the Guide, this gentleman is eligible for a 1% range of motion impairment of his left elbow.

According to the Guide, this gentleman also has a DRE cervical category III of a 15% range of motion impairment with radiculopathy with loss of reflexes.

Thus, combining the above two (2) impairments gives this gentleman a 16% whole person impairment. The MMI date is not in question and is 02/27/02. If there are any further questions, please do not hesitate to contact me. Thank you very much.

_____
Dr. Nick S. Pomonis, D.O., A.A.F.P.

NSP/kk

cc: David Slaughter
    American Interstate Incorporated
    Dr. Charles C. Domingues, M.D.