## CERTIFICATE OF SERVICE

I, Robert Jacobs, hereby certify that on this 16th day of August 2006 I caused one copy of the above **NOTICE AND EXHIBITS TO CREDITOR DAVID SLAUGHTER'S RESPONSE TO DEBTORS' OBJECTION TO DAVID SLAUGHTER'S CLAIM (NO. 5703)** to be served upon the following counsel in the manner indicated:

**VIA HAND DELIVERY**

David W. Carickhoff, Jr., Esquire
Laura Davis Jones, Esquire
Paula Ann Galbraith, Esquire
Rachel Lowy Werkheiser, Esquire
Scotta Edelen McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801
*Co-Counsel for the Debtors and*
*  Bankruptcy Management Corp*
*  (Claims Agent), Spec. Counsel & Other Prof.*

Michael R. Lastowski, Esquire
William K. Harrington, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Co-Counsel for the Debtors and*
*  FTI Policano & Manzo (Financial Advisor)*

Rosalie L. Spelman, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza, 1313 N. Market St.
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Mark T. Hurford, Esquire
Kathleen Judith Campbell, Esquire
Aileen F. Maguire, Esquire
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee*
*  Of Asbestos PI Claimants/Property*
*  Damage Claimants and*
*  L. Tersigni Consulting, P.C. (Financial Advisor)*

**VIA HAND DELIVERY**

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
*United States Trustee*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806
*Counsel for CIBC World Markets Corp.*

Richard Allen Keuler, Jr., Esquire
Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
*Co-Counsel for the Debtors*

William E. Chipman, Jr., Esquire
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Teresa K.D. Currier, Esquire
Rhonda L. Thomas, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*Official Committee of Equity Holders*

Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Counsel for the Official Committee of
  *Asbestos PI Claimants*

Lisa L. Coggins, Esquire
Rick S. Miller, Esquire
Theodore J. Tacconelli, Esquire
Ferry, Joseph, Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19801
*Counsel for the Official Committee of*
  *Asbestos PI Claimants*

Richard W. Riley, Esquire
Christopher Martin Winter, Esquire
Michael R. Lastowski, Esquire
William K. Harrington, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Official Committee of Unsecured Creditors*

**VIA FIRST CLASS MAIL**
Sonya M. Longo, Esquire
Budd, Larner, Rosenbaum, Greenberg & Sade
150 JFK Parkway, CN 1000
Short Hills, NJ 07078-0999
*Counsel to Other Prof.*

Rosenthal, Monhait, Gross & Goddess, PA
1401 Mellon Bank Center
Wilmington, DE 19801
*Counsel for Official Committee of Equity*
  *Security Holders*

Jeffrey R. Waxman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Counsel for Official Committee of Equity*
  *Security Holders*

Ian Connor Bifferato, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue, P.O. Box 2165
Wilmington, DE 19899-2165
*Counsel to Royal & Sun Alliance and*
  *Royal Indemnity Co. (Other Prof.)*

Sheldon K. Rennie, Esquire
Fox, Rothschild, O'Brien & Frankel, LLP
919 Market Street, Suite 1400
Wilmington, DE 19801
*Counsel to Yessenia Rodriguez & Carlos Nieves*
  *(Other Prof.)*

**VIA FIRST CLASS MAIL**
W.R. Grace & Company
7500 Grace Drive
Columbia, MD 21044
*Debtor*

**JACOBS & CRUMPLAR, P.A.**

By:    */s/ Robert Jacobs, Esquire_____*
       Robert Jacobs, Esquire (Bar ID# 0244)
       2 East 7th Street, P.O. Box 1271
       Wilmington, DE 19899
       (302) 656-5445
       *Attorney for David Slaughter*

Dated: <u>August 16, 2006</u>
F:\WP70\Bankruptcies\Bankruptcies\SLAUGHTER, David v. W.R. Grace & Co\Pleadings\081506_Notice of Filing Exhibits to Response to Omnibus Objection, COS.skm.doc