**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Company ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: August 21, 2006, 2:00 p.m.** |
| ) | **Related to Docket Nos. 6301, 6371, 6654, 6852, 6853,** |
| ) | **12819, 12921, 12958, 12989** |

**NOTICE OF DAVID SLAUGHTER'S OBJECTION TO DEBTOR'S MOTION FOR LEAVE TO FILE
A REPLY IN SUPPORT OF THEIR OBJECTION TO DAVID SLAUGHTER'S CLAIM**

**TO:**   Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Co-Counsel for the Debtors*

Potter Anderson & Corroon, LLP
Hercules Plaza, 1313 N. Market St.
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee
 Of Asbestos PI Claimants/Property
 Damage Claimants*

Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Official Committee of Unsecured Creditors*

Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806
*Counsel for CIBC World Markets Corp.*

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
*United States Trustee*

Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Greenberg Taurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*Official Committee of Equity Holders*

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
*Debtor*

Sonya M. Longo, Esquire
Budd, Larner, Rosenbaum, Greenberg & Sade
150 JFK Parkway, CN 1000
Short Hills, NJ 07078-0999
*Counsel to Other Prof.*

| | |
|---|---|
| Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br>*Counsel for the Official Committee of Asbestos PI Claimants* | Rosenthal, Monhait, Gross & Goddess, PA<br>1401 Mellon Bank Center<br>Wilmington, DE 19801<br>*Counsel for Official Committee of Equity Security Holders* |
| Bifferato, Bifferato & Gentilotti<br>1308 Delaware Avenue, P.O. Box 2165<br>Wilmington, DE 19899-2165<br>*Counsel to Royal & Sun Alliance and Royal Indemnity Co. (Other Prof.)* | Fox, Rothschild, O'Brien & Frankel, LLP<br>919 Market Street, Suite 1400<br>Wilmington, DE 19801<br>*Counsel to Yessenia Rodriguez & Carlos Nieves (Other Prof.)* |

**PLEASE TAKE NOTICE** that David Slaughter, Plaintiff in *David Slaughter v. W.R. Grace & Company, et al.* presently pending in the state court of the State of Louisiana by counsel**,** Jacobs & Crumplar, P.A., has filed an **OBJECTION TO DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR OBJECTION TO DAVID SLAUGHTER'S CLAIM**.

**JACOBS & CRUMPLAR, P.A.**

By: */s/ Robert Jacobs, Esquire*
Robert Jacobs, Esquire (Bar ID# 0244)
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
*Attorney for David Slaughter*

Dated: August 16, 2006
F:\WP70\Bankruptcies\Bankruptcies\SLAUGHTER, David v. W.R. Grace & Co\Pleadings\081506_Objection to Debtors Motion to File Reply, Notice.rj.doc