**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Company ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: August 21, 2006, 2:00 p.m.** |
| ) | **Related to Docket Nos. 6301, 6371, 6654, 6852, 6853,** |
| ) | **12819, 12921, 12958, 12989** |

**ORDER GRANTING DAVID SLAUGHTER'S OBJECTION TO DENY DEBTOR'S MOTION TO FILE A REPLY IN SUPPORT OF THEIR OBJECTION TO DAVID SLAUGHTER'S CLAIM**

Upon the Objection of David Slaughter to the above-captioned debtors and debtors in possession's Motion for authority to file a reply in support of their Objection to David Slaughter's Claim, it is hereby

ORDERED that the Motion of Debtors to file a Reply with the Court is hereby DENIED.

Dated: Wilmington, Delaware
_____, 2006

_____
The Honorable Judith K. Fitzgerald

F:\WP70\Bankruptcies\Bankruptcies\SLAUGHTER, David v. W.R. Grace & Co\Pleadings\081506_Objection to Debtors Motion to File Reply, Order.rj.doc