**CERTIFICATE OF SERVICE**

     I, Robert Jacobs, hereby certify that on this 16th day of August 2006 I caused one copy of the above **DAVID SLAUGHTER'S OBJECTION TO DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR OBJECTION TO DAVID SLAUGHTER'S CLAIM** to be served upon the following counsel in the manner indicated:

**VIA HAND DELIVERY**
David W. Carickhoff, Jr., Esquire
Laura Davis Jones, Esquire
Paula Ann Galbraith, Esquire
Rachel Lowy Werkheiser, Esquire
Scotta Edelen McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801
*Co-Counsel for the Debtors and*
  *Bankruptcy Management Corp*
  *(Claims Agent), Spec. Counsel & Other Prof.*

Michael R. Lastowski, Esquire
William K. Harrington, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Co-Counsel for the Debtors and*
  *FTI Policano & Manzo (Financial Advisor)*

Rosalie L. Spelman, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza, 1313 N. Market St.
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Mark T. Hurford, Esquire
Kathleen Judith Campbell, Esquire
Aileen F. Maguire, Esquire
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee*
  *Of Asbestos PI Claimants/Property*
  *Damage Claimants and*
  *L. Tersigni Consulting, P.C. (Financial Advisor)*

**VIA HAND DELIVERY**
Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
*United States Trustee*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806
*Counsel for CIBC World Markets Corp.*

Richard Allen Keuler, Jr., Esquire
Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
*Co-Counsel for the Debtors*

William E. Chipman, Jr., Esquire
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Teresa K.D. Currier, Esquire
Rhonda L. Thomas, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*Official Committee of Equity Holders*

Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Counsel for the Official Committee of
 Asbestos PI Claimants

Lisa L. Coggins, Esquire
Rick S. Miller, Esquire
Theodore J. Tacconelli, Esquire
Ferry, Joseph, Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19801
*Counsel for the Official Committee of
 Asbestos PI Claimants*

Richard W. Riley, Esquire
Christopher Martin Winter, Esquire
Michael R. Lastowski, Esquire
William K. Harrington, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Official Committee of Unsecured Creditors*

Rosenthal, Monhait, Gross & Goddess, PA
1401 Mellon Bank Center
Wilmington, DE 19801
*Counsel for Official Committee of Equity
 Security Holders*

Jeffrey R. Waxman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Counsel for Official Committee of Equity
 Security Holders*

Ian Connor Bifferato, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue, P.O. Box 2165
Wilmington, DE 19899-2165
*Counsel to Royal & Sun Alliance and
 Royal Indemnity Co. (Other Prof.)*

Sheldon K. Rennie, Esquire
Fox, Rothschild, O'Brien & Frankel, LLP
919 Market Street, Suite 1400
Wilmington, DE 19801
*Counsel to Yessenia Rodriguez & Carlos Nieves
 (Other Prof.)*

**VIA FIRST CLASS MAIL**
Sonya M. Longo, Esquire
Budd, Larner, Rosenbaum, Greenberg & Sade
150 JFK Parkway, CN 1000
Short Hills, NJ 07078-0999
*Counsel to Other Prof.*

**VIA FIRST CLASS MAIL**
W.R. Grace & Company
7500 Grace Drive
Columbia, MD 21044
*Debtor*

**JACOBS & CRUMPLAR, P.A.**

By:   */s/ Robert Jacobs, Esquire*
      Robert Jacobs, Esquire (Bar ID# 0244)
      2 East 7th Street, P.O. Box 1271
      Wilmington, DE 19899
      (302) 656-5445
      *Attorney for David Slaughter*

Dated: August 16, 2006
F:\WP70\Bankruptcies\Bankruptcies\SLAUGHTER, David v. W.R. Grace & Co\Pleadings\081506_Objection to Debtors Motion to File Reply, COS.skm.doc