

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 11 |
| W.R. GRACE AND CO. | § § | CASE NO. 01-1139 (JKF) |
| DEBTORS. | § § § | |

5th SUPPLEMENTAL
VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Chris Portner, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Reaud, Morgan & Quinn ("RMQ") with offices at 801 Laurel, Beaumont, Texas 77701.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by RMQ with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. A blank but unredacted exemplar of RMQ's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of agreement or instrument is used by RMQ one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos

Creditor represented by RMQ and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 10, 2006.

> Respectfully submitted,
>
> **REAUD, MORGAN & QUINN, L.L.P.**
> P.O. Box 26005
> 801 Laurel Street
> Beaumont, Texas 77720-6005
> (409) 838-1000
> (409) 833-8236 (FAX)
>
> By: _____
> Chris Portner
> Texas Bar No. 24007858
>
> Attorneys for Plaintiff

State of Texas           §
                         §
County of Jefferson      §

On this the 10th day of August, 2006, before me, the undersigned officer, personally appeared Chris Portner, known to me to be the person whose name is subscribed to the within instrument and acknowledge that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.



(SEAL)

_Connie L. Eldred_
Notary Public

_____
Notary's name printed

Commission expires: _____