

# PE✿PLES
## ENERGY.

August 10, 2006

Clerk of the United States Bankruptcy Court
District of Delaware

Re:     Withdrawal of Claim

For:    W.R. GRACE & CO.
        **Case# CH 11 01-01139**

Dear Sirs,

We are requesting the **immediate withdrawal** of our claim against the above-mentioned client and case number.

Thanking you in Advance

D. Valadez
Peoples Gas Light & Coke Co.
d.valadez@pecorp.com
312-240-7308



August 10 2006

Clerk of the US Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re: CH 11 01-01139
W.R. GRACE & CO.

Dear Sir or Madam:

Enclosed for filing is a letter of request for the withdrawal of claim on behalf of The Peoples Gas Light and Coke Company and North Shore Gas Co. please find two (2) copies of the withdrawal of Claim letter. We are sending this manually because the above case is without a claim and or claim number in the ECF system for the client.

Please date stamp and return one of the copies to me as acknowledgment of this filing. A self-addressed stamped envelope is enclosed for your convenience.

Sincerely,

D. Valadez
Peoples Energy Corp

130 East Randolph Dr • Chicago IL 60601 • (312)240-4000