Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of April 1, 2006 through April 30, 2006

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 9.0 |
| Michael Healy, Associate | 6.3 |
| **TOTAL** | **15.3** |

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2006 through April 30, 2006**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | April 2006 Hours |
|---|---|---|
| 7 | Committee (All) | 1.0 |
| 11 | Fee Applications, Applicant | 0.0 |
| 14 | Hearings | 0.2 |
| 20 | Travel - Non-working | 0.0 |
| 24 | Other | 0.0 |
| 26 | Business Analysis (for financial advisors) | 6.1 |
| 27 | Corporate Finance (for financial advisors) | 8.0 |
| 28 | Data Analysis (for financial advisors) | 0.0 |
|   | **TOTAL** | **15.3** |

Exhibit A

## Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace  
Professional: All  
Date: For the Period of April 1, 2006 through April 30, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 04/04/06 | 27 | 1.5 | review correspondence from JOC re: proposed acquisition |
| WR Grace | G. Boyer | 04/04/06 | 27 | 1.0 | conference call with DH, SB and committee member re: mediation discussions |
| WR Grace | M. Healy | 04/04/06 | 27 | 1.0 | conference call with DH, SB and committee member re: mediation discussions |
| WR Grace | G. Boyer | 04/06/06 | 26 | 1.5 | review information and motions regarding pension funding |
| WR Grace | G. Boyer | 04/06/06 | 26 | 0.8 | conference call with JOC and Debtor re: pension motion |
| WR Grace | M. Healy | 04/06/06 | 26 | 1.0 | review information and motions regarding pension funding |
| WR Grace | M. Healy | 04/06/06 | 26 | 0.8 | conference call with JOC and Debtor re: pension motion |
| WR Grace | G. Boyer | 04/11/06 | 27 | 0.4 | review correspondence regarding mediation discussions |
| WR Grace | G. Boyer | 04/11/06 | 14 | 0.1 | review correspondence from JS re: hearing agenda |
| WR Grace | M. Healy | 04/12/06 | 26 | 1.5 | review of materials re: potential acquisition |
| WR Grace | G. Boyer | 04/13/06 | 26 | 0.1 | correspondence with JS re: pension |
| WR Grace | G. Boyer | 04/13/06 | 27 | 0.1 | correspondence with JOC re: potential acquisition |
| WR Grace | G. Boyer | 04/18/06 | 26 | 0.2 | correspondence with JS re: pension motion |
| WR Grace | G. Boyer | 04/25/06 | 26 | 0.1 | correspondence from JS re: pension motion |
| WR Grace | G. Boyer | 04/25/06 | 27 | 2.0 | Meeting with Debtors re: potential acquisition |
| WR Grace | M. Healy | 04/25/06 | 27 | 2.0 | Meeting with Debtors re: potential acquisition |
| WR Grace | G. Boyer | 04/26/06 | 14 | 0.1 | review case update sent by TT |
| WR Grace | G. Boyer | 04/27/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 04/27/06 | 26 | 0.1 | correspondence from JS re: pension motion |

15.3 Total Hours

Exhibit B

**WR Grace**
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of April 1, 2006 through April 30, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
|  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Grand Total |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |