<u>**Exhibit A**</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of May 1, 2006 through May 31, 2006**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 32.4 |
| Michael Healy, Associate | 7.3 |
| **TOTAL** | **39.7** |

### Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of May 1, 2006 through May 31, 2006**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | Mayr 2006 Hours |
|---|---|---|
| 7 | Committee (All) | 1.0 |
| 11 | Fee Applications, Applicant | 15.0 |
| 14 | Hearings | 0.8 |
| 20 | Travel - Non-working | 0.0 |
| 24 | Other | 1.2 |
| 26 | Business Analysis (for financial advisors) | 12.9 |
| 27 | Corporate Finance (for financial advisors) | 8.8 |
| 28 | Data Analysis (for financial advisors) | 0.0 |
|   | **TOTAL** | **39.7** |

Exhibit A

## Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace  
Professional: All  
Date: For the Period of May 1, 2006 through May 31, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 05/01/06 | 27 | 0.1 | correspondence from JOC re: proposed acquisition |
| WR Grace | M. Healy | 05/01/06 | 27 | 0.1 | correspondence from JOC re: proposed acquisition |
| WR Grace | G. Boyer | 05/02/06 | 27 | 1.5 | review information regarding proposed acquisition |
| WR Grace | G. Boyer | 05/02/06 | 26 | 1.0 | call with PI and Futures advisors and Bilzin re: pension motion |
| WR Grace | M. Healy | 05/02/06 | 26 | 1.0 | call with PI and Futures advisors and Bilzin re: pension motion |
| WR Grace | G. Boyer | 05/02/06 | 24 | 0.1 | correspondence from SB re: claims trading prices |
| WR Grace | G. Boyer | 05/04/06 | 26 | 1.5 | review information suporting pension funding calculations |
| WR Grace | G. Boyer | 05/04/06 | 27 | 0.1 | correspondence from PZ re: status of proposed acquisition |
| WR Grace | G. Boyer | 05/08/06 | 24 | 1.0 | review correspondence from JOC re: settlement of potential environmental liability |
| WR Grace | G. Boyer | 05/08/06 | 27 | 1.0 | conference call with Bilzin re: mediation negotiations |
| WR Grace | M. Healy | 05/08/06 | 27 | 1.0 | conference call with Bilzin re: mediation negotiations |
| WR Grace | G. Boyer | 05/09/06 | 14 | 0.1 | review agenda from upcoming omnibus hearing |
| WR Grace | G. Boyer | 05/10/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 05/10/06 | 26 | 1.0 | review 1st qtr financial review |
| WR Grace | M. Healy | 05/10/06 | 11 | 3.0 | preparation of time detail |
| WR Grace | G. Boyer | 05/11/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 05/12/06 | 11 | 2.0 | preparation of fee application |
| WR Grace | G. Boyer | 05/13/06 | 26 | 0.3 | review correspondence from JS re: pension motion |
| WR Grace | G. Boyer | 05/15/05 | 26 | 1.0 | 1st quarter operating results review |
| WR Grace | M. Healy | 05/15/05 | 26 | 1.0 | 1st quarter operating results review |
| WR Grace | G. Boyer | 05/15/06 | 11 | 4.0 | preparation of fee application |
| WR Grace | G. Boyer | 05/15/06 | 26 | 2.0 | prepration for 1st qtr operating results call |
| WR Grace | M. Healy | 05/15/06 | 26 | 1.0 | prepration for 1st qtr operating results call |
| WR Grace | G. Boyer | 05/16/06 | 27 | 5.0 | mediation meeting |
| WR Grace | G. Boyer | 05/17/06 | 26 | 1.0 | call with PI and Futures advisors and Bilzin re: pension motion |
| WR Grace | G. Boyer | 05/17/06 | 26 | 0.1 | correspondence with JS re: monthly operating report |
| WR Grace | G. Boyer | 05/23/06 | 14 | 0.5 | review transcript from the 5/15/06 omnibus hearing |
| WR Grace | M. Healy | 05/23/06 | 14 | 0.2 | review transcript from the 5/15/06 omnibus hearing |
| WR Grace | G. Boyer | 05/23/05 | 24 | 0.1 | correspondence with JS re: legal defense costs |
| WR Grace | G. Boyer | 05/25/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 05/31/05 | 26 | 2.0 | conference call with Pi and Futures advisors re: pension motion |

39.7 Total Hours

**Exhibit B**

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of May 1, 2006 through May 31, 2006**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 5/4/06 | | | 16.83 | | | | 16.83 |
| G. Boyer | 5/8/06 | | | 26.52 | | | | 26.52 |
| G. Boyer | 5/10/06 | | | 26.52 | | | | 26.52 |
| G. Boyer [1] | 5/15/06 | 180.00 | | | | | | 180.00 |
| **G. Boyer Total** | | 180.00 | 0.00 | 69.87 | 0.00 | 0.00 | 0.00 | 249.87 |
| | | | | | | | | |
| **Grand Total** | | **180.00** | **0.00** | **69.87** | **0.00** | **0.00** | **0.00** | **249.87** |

[1] Dinner with Scott Beana and Jay Sakalo.

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |