IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 5, 2006 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if objections are timely filed.** |

## NOTICE OF APPLICATION

TO:  PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on August 16, 2006 the ***Twenty-Sixth Monthly Application Of Conway, Del Genio, Gries & Co., LLC For Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred As Financial Advisor For The Official Committee Of Asbestos Property Damage Claimants For The Period From June 1, 2006 through June 30, 2006*** was filed with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before ***September 5, 2006 at 4:00 p.m. prevailing Eastern Time*** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 16, 2006   BILZIN SUMBERG BAENA PRICE
  & AXELROD LLP
 Scott L. Baena, Esquire
 Jay M. Sakalo, Esquire
 2500 Wachovia Financial Center
 200 South Biscayne Boulevard
 Miami, FL 33131-2336
 (305) 374-7580

 -and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: (302) 575-1555
Fax: (302) 575-1714

Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants