## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of June 1, 2006 through June 30, 2006**

### Summary of Services Rendered by Professional

| Name | Hours |
|---|---|
| Gregory Boyer, Managing Director | 14.3 |
| Michael Healy, Associate | 0.0 |
| **TOTAL** | **14.3** |

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of June 1, 2006 through June 30, 2006**

### Summary of Services Rendered by Project Category

| Category Code | Category Description | June 2006 Hours |
|:---:|:---|:---:|
| 7 | Committee (All) | 2.0 |
| 11 | Fee Applications, Applicant | 0.2 |
| 14 | Hearings | 0.0 |
| 20 | Travel - Non-working | 0.0 |
| 24 | Other | 0.2 |
| 26 | Business Analysis (for financial advisors) | 5.3 |
| 27 | Corporate Finance (for financial advisors) | 6.6 |
| 28 | Data Analysis (for financial advisors) | 0.0 |
| | **TOTAL** | **14.3** |

Exhibit A

## *Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date:          For the Period of June 1, 2006 through June 30, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 06/01/06 | 24 | 0.2 | review correspondence from JS to committee re: Lloyds settlement motion |
| WR Grace | G. Boyer | 06/01/06 | 11 | 0.1 | review fee auditor report |
| WR Grace | G. Boyer | 06/06/06 | 11 | 0.1 | review correspondence from local counsel re: fee applications |
| WR Grace | G. Boyer | 06/09/06 | 27 | 2.0 | draft memo to committee re: proposed acquisition |
| WR Grace | G. Boyer | 06/12/06 | 27 | 3.0 | draft memo to committee re: proposed acquisition |
| WR Grace | G. Boyer | 06/12/06 | 27 | 1.5 | review correspondence from JS re: CDG's memo to committee regarding potential acquisition |
| WR Grace | G. Boyer | 06/14/06 | 26 | 1.0 | review Grace's LTIP documents sent by PZ |
| WR Grace | G. Boyer | 06/14/06 | 26 | 0.1 | correspondencewith JS re: LTIP |
| WR Grace | G. Boyer | 06/15/06 | 27 | 0.1 | review correspondence from Bilzin and committee member |
| WR Grace | G. Boyer | 06/22/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 06/23/06 | 26 | 0.1 | correspondence from JS re: LTIP |
| WR Grace | G. Boyer | 06/26/06 | 26 | 0.1 | review correspondence from PI and Futures advisors re: LTIP |
| WR Grace | G. Boyer | 06/27/06 | 26 | 0.1 | review correspondence from PI and Futures advisors re: LTIP |
| WR Grace | G. Boyer | 06/27/06 | 26 | 0.1 | correspondence with JOC re: LTIP |
| WR Grace | G. Boyer | 06/29/06 | 26 | 1.5 | conference call with PI and Futures advisors re: LTIP |
| WR Grace | G. Boyer | 06/29/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 06/30/06 | 26 | 2.0 | conference call with PI and Futures advisors re: LTIP |
| WR Grace | G. Boyer | 06/30/06 | 26 | 0.3 | various correspondence with PI and Futures advisors re: discussions with the Debtors concerning the LTIP |

14.3  Total Hours

**Exhibit B**

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of June 1, 2006 through June 30, 2006**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|------|------|-------|---------|----------------------|---------|-----------|-------|-------|
| G. Boyer | 6/12/06 | | | 11.00 | | | | 11.00 |
| **G. Boyer Total** | | 0.00 | 0.00 | 11.00 | 0.00 | 0.00 | 0.00 | **11.00** |
| | | | | | | | | |
| **Grand Total** | | **0.00** | **0.00** | **11.00** | **0.00** | **0.00** | **0.00** | **11.00** |

LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |