## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 5, 2006 at 4:00 p.m.** |
| | ) | **Hearing Date: December 18, 2006 at 2:00 p.m.** |

### NOTICE OF APPLICATION

TO:    PARTIES ON THE 2002 SERVICE LIST

PLEASE TAKE NOTICE that on August 16, 2006 the ***Twenty-First Quarterly Application Of Conway, Del Genio, Gries & Co., LLC ("CDG") For Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred As Financial Advisor For The Official Committee Of Asbestos Property Damage Claimants For The Period From April 1, 2006 through June 30, 2006*** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of $25,000.00 and reimbursement of expenses in the amount of $260.87.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before ***September 5, 2006 at 4:00 p.m. prevailing Eastern Time*** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD ON **DECEMBER 18, 2006 AT 2:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 16, 2006

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580

-and-

FERRY, JOSEPH & PEARCE, P.A.


  /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants*