## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2006 through June 30, 2006**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 55.7 |
| Michael Healy, Associate | 13.6 |
| **TOTAL** | **69.3** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2006 through June 30, 2006**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | Jan-Mar 2006 Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 4.0 | 476.4 | 0.0 | 476.4 |
| 11 | Fee Applications, Applicant | 15.2 | 801.3 | 249.0 | 1,050.3 |
| 14 | Hearings | 1.0 | 56.7 | 0.0 | 56.7 |
| 20 | Travel - Non-working | 0.0 | 210.8 | 0.0 | 210.8 |
| 24 | Other | 1.4 | 139.6 | 5,058.2 | 5,197.8 |
| 26 | Business Analysis (for financial advisors) | 24.3 | 1,018.3 | 0.0 | 1,018.3 |
| 27 | Corporate Finance (for financial advisors) | 23.4 | 2,205.6 | 0.0 | 2,205.6 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
|   | **TOTAL** | **69.3** | **5,415.9** | **5,307.2** | **10,723.1** |

Exhibit A

## Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2006 through June 30, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 04/04/06 | 27 | 1.5 | review correspondence from JOC re: proposed acquisition |
| WR Grace | G. Boyer | 04/04/06 | 27 | 1.0 | conference call with DH, SB and committee member re: mediation discussions |
| WR Grace | M. Healy | 04/04/06 | 27 | 1.0 | conference call with DH, SB and committee member re: mediation discussions |
| WR Grace | G. Boyer | 04/06/06 | 26 | 1.5 | review information and motions regarding pension funding |
| WR Grace | G. Boyer | 04/06/06 | 26 | 0.8 | conference call with JOC and Debtor re: pension motion |
| WR Grace | M. Healy | 04/06/06 | 26 | 1.0 | review information and motions regarding pension funding |
| WR Grace | M. Healy | 04/06/06 | 26 | 0.8 | conference call with JOC and Debtor re: pension motion |
| WR Grace | G. Boyer | 04/11/06 | 27 | 0.4 | review correspondence regarding mediation discussions |
| WR Grace | G. Boyer | 04/11/06 | 14 | 0.1 | review correspondence from JS re: hearing agenda |
| WR Grace | M. Healy | 04/12/06 | 26 | 1.5 | review of materials re: potential acquisition |
| WR Grace | G. Boyer | 04/13/06 | 26 | 0.1 | correspondence with JS re: pension |
| WR Grace | G. Boyer | 04/13/06 | 27 | 0.1 | correspondence with JOC re: potential acquisition |
| WR Grace | G. Boyer | 04/18/06 | 26 | 0.2 | correspondence with JS re: pension motion |
| WR Grace | G. Boyer | 04/25/06 | 26 | 0.1 | correspondence from JS re: pension motion |
| WR Grace | G. Boyer | 04/25/06 | 27 | 2.0 | Meeting with Debtors re: potential acquisition |
| WR Grace | M. Healy | 04/25/06 | 27 | 2.0 | Meeting with Debtors re: potential acquisition |
| WR Grace | G. Boyer | 04/26/06 | 14 | 0.1 | review case update sent by TT |
| WR Grace | G. Boyer | 04/27/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 04/27/06 | 26 | 0.1 | correspondence from JS re: pension motion |
| WR Grace | G. Boyer | 05/01/06 | 27 | 0.1 | correspondence from JOC re: proposed acquisition |
| WR Grace | M. Healy | 05/01/06 | 27 | 0.1 | correspondence from JOC re: proposed acquisition |
| WR Grace | G. Boyer | 05/02/06 | 27 | 1.5 | review information regarding proposed acquisition |
| WR Grace | G. Boyer | 05/02/06 | 26 | 1.0 | call with PI and Futures advisors and Bilzin re: pension motion |
| WR Grace | M. Healy | 05/02/06 | 26 | 1.0 | call with PI and Futures advisors and Bilzin re: pension motion |
| WR Grace | G. Boyer | 05/02/06 | 24 | 0.1 | correspondence from SB re: claims trading prices |
| WR Grace | G. Boyer | 05/04/06 | 26 | 1.5 | review information suporting pension funding calculations |
| WR Grace | G. Boyer | 05/04/06 | 27 | 0.1 | correspondence from PZ re: status of proposed acquisition |
| WR Grace | G. Boyer | 05/08/06 | 24 | 1.0 | review correspondence from JOC re: settlement of potential environmental liability |
| WR Grace | G. Boyer | 05/08/06 | 27 | 1.0 | conference call with Bilzin re: mediation negotiations |
| WR Grace | M. Healy | 05/08/06 | 27 | 1.0 | conference call with Bilzin re: mediation negotiations |
| WR Grace | G. Boyer | 05/09/06 | 14 | 0.1 | review agenda from upcoming omnibus hearing |
| WR Grace | G. Boyer | 05/10/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 05/10/06 | 26 | 1.0 | review 1st qtr financial review |
| WR Grace | M. Healy | 05/10/06 | 11 | 3.0 | preparation of time detail |
| WR Grace | G. Boyer | 05/11/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 05/12/06 | 11 | 2.0 | preparation of fee application |
| WR Grace | G. Boyer | 05/13/06 | 26 | 0.3 | review correspondence from JS re: pension motion |
| WR Grace | G. Boyer | 05/15/05 | 26 | 1.0 | 1st quarter operating results review |
| WR Grace | M. Healy | 05/15/05 | 26 | 1.0 | 1st quarter operating results review |
| WR Grace | G. Boyer | 05/15/06 | 11 | 4.0 | preparation of fee application |
| WR Grace | G. Boyer | 05/15/06 | 26 | 2.0 | prepration for 1st qtr operating results call |
| WR Grace | M. Healy | 05/15/06 | 26 | 1.0 | prepration for 1st qtr operating results call |
| WR Grace | G. Boyer | 05/16/06 | 27 | 5.0 | mediation meeting |
| WR Grace | G. Boyer | 05/17/06 | 26 | 1.0 | call with PI and Futures advisors and Bilzin re: pension motion |
| WR Grace | G. Boyer | 05/17/06 | 26 | 0.1 | correspondence with JS re: monthly operating report |
| WR Grace | G. Boyer | 05/23/06 | 14 | 0.5 | review transcript from the 5/15/06 omnibus hearing |
| WR Grace | M. Healy | 05/23/06 | 14 | 0.2 | review transcript from the 5/15/06 omnibus hearing |
| WR Grace | G. Boyer | 05/23/05 | 24 | 0.1 | correspondence with JS re: legal defense costs |
| WR Grace | G. Boyer | 05/25/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 05/31/05 | 26 | 2.0 | conference call with Pi and Futures advisors re: pension motion |
| WR Grace | G. Boyer | 06/01/06 | 24 | 0.2 | review correspondence from JS to committee re: Lloyds settlement motion |
| WR Grace | G. Boyer | 06/01/06 | 11 | 0.1 | review fee auditor report |
| WR Grace | G. Boyer | 06/06/06 | 11 | 0.1 | review correspondence from local counsel re: fee applications |
| WR Grace | G. Boyer | 06/09/06 | 27 | 2.0 | draft memo to committee re: proposed acquisition |
| WR Grace | G. Boyer | 06/12/06 | 27 | 3.0 | draft memo to committee re: proposed acquisition |
| WR Grace | G. Boyer | 06/12/06 | 27 | 1.5 | review correspondence from JS re: CDG's memo to committee regarding potential acquisition |
| WR Grace | G. Boyer | 06/14/06 | 26 | 1.0 | review Grace's LTIP documents sent by PZ |
| WR Grace | G. Boyer | 06/14/06 | 26 | 0.1 | correspondencewith JS re: LTIP |
| WR Grace | G. Boyer | 06/15/06 | 27 | 0.1 | review correspondence from Bilzin and committee member |
| WR Grace | G. Boyer | 06/22/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 06/23/06 | 26 | 0.1 | correspondence from JS re: LTIP |
| WR Grace | G. Boyer | 06/26/06 | 26 | 0.1 | review correspondence from PI and Futures advisors re: LTIP |
| WR Grace | G. Boyer | 06/27/06 | 26 | 0.1 | review correspondence from PI and Futures advisors re: LTIP |
| WR Grace | G. Boyer | 06/27/06 | 26 | 0.1 | correspondence with JOC re: LTIP |
| WR Grace | G. Boyer | 06/29/06 | 26 | 1.5 | conference call with PI and Futures advisors re: LTIP |
| WR Grace | G. Boyer | 06/29/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 06/30/06 | 26 | 2.0 | conference call with PI and Futures advisors re: LTIP |
| WR Grace | G. Boyer | 06/30/06 | 26 | 0.3 | various correspondence with PI and Futures advisors re: discussions with the Debtors concerning the LTIP |

69.3 Total Hours