# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided | | Bill Rate | | Extended Cost |
|------|-------|--------------------------------|---|-----------|---|---------------|
| **FEE APPLICATION PREPARATION** | | | | | | |
| | | | | | | |
| **Name:  Ryan Neice** | | | | | | |
| 5/1/2006 | 1.1 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 107.80 |
| 5/3/2006 | 2.8 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 274.40 |
| 5/4/2006 | 3.2 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 313.60 |
| 5/5/2006 | 2.1 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 205.80 |
| 5/8/2006 | 0.6 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 58.80 |
| 5/9/2006 | 2.5 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 245.00 |
| 5/10/2006 | 2.7 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 264.60 |
| 5/16/2006 | 0.5 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 49.00 |
| 5/17/2006 | 1.7 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 | $ | 166.60 |
| | **17.2** | | | | | |
| | | | | | | |
| **Name:  David Lloyd** | | | | | | |
| 5/4/2006 | 1.0 | Review March fee application | $ | 355.00 | $ | 355.00 |
| | **1.0** | | | | | |
| | | | | | | |
| **Totals** | **18.2** | **Total Grace Time Tracking Charged Hours** | | | $ | **2,040.60** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended May 31, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 6.1 | $ 3,775.90 |
| Robert R. Keehan | Audit Partner | 18 | Integrated Audit | $619.00 | 1.0 | $ 619.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 1.0 | $ 450.00 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $425.00 | 1.0 | $ 425.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 9.1 | $ 3,230.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 4.2 | $ 1,491.00 |
| Marvin de Guzman | Audit Manager | 10+ | Integrated Audit | $285.00 | 54.0 | $ 15,390.00 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 0.5 | $ 142.50 |
| Daryl Davies | Advisory Manager | 8 | Integrated Audit | $277.00 | 1.8 | $ 498.60 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $204.00 | 1.0 | $ 204.00 |
| Matthew G. Bosseler | Audit Senior Associate | 9 | Integrated Audit | $203.00 | 2.5 | $ 507.50 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 45.5 | $ 8,417.50 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 52.4 | $ 9,694.00 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $191.00 | 5.0 | $ 955.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 3.0 | $ 516.00 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 55.7 | $ 5,904.20 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | 46.1 | $ 7,929.20 |
| Edom Aweke | Advisory Associate | 1 | Integrated Audit | $178.00 | 50.5 | $ 8,989.00 |
| Pavel Katsiak | Intern | 1 | Integrated Audit | $79.00 | 111.5 | $ 8,808.50 |
| TOTAL | | | | | 451.9 | $ 77,947.40 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/1/2006 | 0.4 | Review revised draft Form 10-Q |
| 5/1/2006 | 0.8 | Read board of directors meeting package |
| 5/1/2006 | 0.7 | Read quarterly income tax memo from Grace management |
| 5/1/2006 | 0.7 | Review quarter review documentation |
| 5/4/2006 | 0.2 | Attend audit committee call |
| 5/4/2006 | 0.1 | Discuss audit committee call and Form 10-Q changes with B Tarola (Grace) |
| 5/4/2006 | 0.1 | Discuss audit committee call and Form 10-Q changes with D Lloyd (PwC) |
| 5/4/2006 | 0.1 | Discuss audit committee call and Form 10-Q changes with J Afuang (PwC) |
| 5/9/2006 | 1.5 | Review planning documentation |
| 5/15/2006 | 0.3 | Review draft engagement letter and supporting analysis |
| 5/15/2006 | 0.2 | Discuss draft engagement letter with M de Guzman (PwC) |
| 5/22/2006 | 0.3 | Read Bankruptcy News |
| 5/22/2006 | 0.5 | Discuss bankruptcy status and issues with B Tarola (Grace) |
| 5/22/2006 | 0.2 | Read April financial data summary |
| | **6.1** | **Total Grace Integrated Audit Charged Hours** |
| | **6.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Robert Keehan** | | |
| 5/16/2006 | 1.0 | Time incurred in connection with first quarter review - review Form 10-Q |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Peter Woolf** | | |
| 5/2/2006 | 1.0 | Quarterly provision-follow up discussion regarding the 10Q |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name:  George Baccash**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 5/2/2006 | 1.0 | Review of 1st quarter provision and discussions with audit team and management regarding effective tax rate for 2006. Planning meeting for Q2 |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/2/2006 | 1.0 | planning approach and scope for 2006 audit |
| 5/5/2006 | 0.8 | Discussion with F Barnard PwC about IT planning components |
| 5/8/2006 | 1.0 | review of planning documentation considerations |
| 5/10/2006 | 0.4 | emails related to resourcing |
| 5/15/2006 | 1.1 | preparation for and discussion with D Lloyd PwC re planning |
| 5/19/2006 | 0.3 | emails related to resourcing |
| 5/25/2006 | 1.0 | preparation for a planning meeting with Ed Bull (WRGrace) |
| 5/30/2006 | 3.5 | preparation for and kick off meeting with Ed Bull , Barb Summerson and B Kenny WR Grace |
| | **9.1** | **Total Grace Integrated Audit Charged Hours** |
| | **9.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: David Lloyd** | | |
| **5/3/2006** | 0.5 | Call with B Eydt and M de Guzman (PwC) to discuss Form 10-Q. |
| | 0.5 | Call with R Keehan and M de Guzman (PwC) to discuss Form 10-Q. |
| **5/4/2006** | 0.2 | Call with audit committee to discuss Form 10-Q. |
| **5/15/2006** | 0.5 | Call with M de Guzman, J Newstead, F Barnard and C Chen (PwC) to discuss planning for 404. |
| **5/30/2006** | 2.5 | Planning meeting with M de Guzman, J Newstead, F Barnard, C Chen (PwC) E Bull, B Kenny, G Demory, B Magrin and B Summerson (Grace) to discuss 404 for 2006. |
| | **4.2** | **Total Grace Integrated Audit Charged Hours** |
| | **4.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Marvin de Guzman**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/1/2006 | 4.0 | Review status of quarter review procedures and issues |
| | 2.0 | Review of latest tie outs for the 10Q |
| | 0.5 | Review of open items list |
| | 1.5 | Documentation of responses to SEC reviewer's comments |
| 5/2/2006 | 0.5 | Quarterly Contract Review meeting with Ed Bull (Grace) and Jo Afuang (PwC) |
| | 1.0 | Review of management representation letter |
| | 2.5 | Review status of quarter review procedures and issues |
| 5/3/2006 | 0.5 | Call with SEC Reviewer Bob Eydt (PwC) and David Lloyd (PwC) |
| | 0.5 | Call with Quality Review Partner (PwC) and David Lloyd (PwC) |
| | 1.0 | Review of revised 10-Q |
| | 2.0 | Documentation of responses to SEC Reviewer's comments |
| | 2.0 | Documentation of responses to Quality Review Partner's comments |
| | 2.0 | Review status of quarter review procedures and issues |
| 5/4/2006 | 3.0 | Review status of quarter review procedures and issues |
| 5/5/2006 | 1.0 | Review of opinions for the 10Q filing |
| 5/8/2006 | 1.0 | Review of final 10-Q draft |
| 5/8/2006 | 3.0 | Review status of quarter review procedures and issues |
| 5/9/2006 | 8.0 | Review status of quarter review procedures and wrapping up of the database |
| 5/15/2006 | 4.0 | Review of company's revised risk assessment and key controls |
| 5/22/2006 | 4.0 | Review status of quarter review procedures and issues |
| 5/24/2006 | 1.0 | Revising the 2006 engagement letter |
| | 1.0 | Revision on engagement letter to be submitted to the Audit Committee |
| | 2.0 | Preparation of materials for SOX meeting |
| 5/30/2006 | 2.0 | Preparation of materials for SOX meeting |
| | 2.0 | SOX Coordination meeting with Internal Audit |
| | 1.0 | Preparation for environmental meeting |
| | 1.0 | Preparation for workers compensation meeting |

| | 54.0 | **Total Grace Integrated Audit Charged Hours** |
|---|------|-----------------------------------------------|

| | 54.0 | **Total Hours** |
|---|------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Sandra David**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/4/2006 | 0.5 | Review last database step prior to archiving |
|  | **0.5** | **Total Grace Integrated Audit Charged Hours** |
|  | **0.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Daryl Davies** | | |
| **5/16/2006** | 1.00 | Incurred reviewing the SAS 99 JE work completed by Edom. |
| **5/16/2006** | 0.8 | Incurred reviewing the SAS 99 JE work completed by Edom. |
| | **1.8** | **Total Grace Integrated Audit Charged Hours** |
| | **1.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Daniel Spratt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/9/2006 | 1.0 | Completing audit steps related to the first quarter 2006 tax provision. |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Matt Bosseler** | | |
| **5/8/2006** | 1.0 | SAS 99 testing via Computerized Assisted Audit Techniques |
| **5/11/2006** | 1.0 | SAS 99 testing via Computerized Assisted Audit Techniques |
| **5/19/2006** | 0.5 | SAS 99 testing via Computerized Assisted Audit Techniques |
| | **2.5** | **Total Grace Integrated Audit Charged Hours** |
| | **2.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/8/2006 | 1.5 | Working on completing steps in the database |
| | 3.0 | Reviewing steps in the database |
| | 1.0 | Documenting the memo on hedge accounting for natural gas |
| | 1.0 | Reviewing the new 10-Q and tying out |
| | 0.5 | Reviewing the representation letter and changes made |
| | 1.0 | Review SOAR to SAP binders |
| 5/9/2006 | 1.0 | Review the foreign fluxes from the countries selected |
| | 3.0 | Tying out the 10-Q |
| | 1.0 | Review SAS 99 Journal Entry testing selections |
| | 2.0 | Documenting memos in the database |
| 5/12/2006 | 0.5 | Meeting with B.Bishop, D.Lloyd, M.Guzman (all PwC) about planning memo |
| | 1.0 | Putting together the engagement letter |
| | 0.5 | Archiving the Q1 database |
| | 3.0 | Working on the audit strategy memo |
| 5/19/2006 | 5.0 | Working on the Audit Strategy Memo |
| | 1.5 | Working on the audit strategy memo |
| 5/23/2006 | 1.0 | Discussion about self insurance reserves with K.Russell (Grace) |
| | 7.0 | Working on the audit Strategy Memo |
| 5/24/2006 | 1.0 | Working on environmental planning for the year |
| | 7.0 | Working on the audit strategy memo |
| 5/26/2006 | 3.0 | Working on the audit strategy memo |
| | **45.5** | **Total Grace Integrated Audit Charged Hours** |
| | **45.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Maria Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/1/2006 | 2.2 | Contracts Review Testing |
|  | 4.1 | Work on comments from the SEC Reviewer |
|  | 3.3 | Document Representation Letter |
|  | 0.4 | Discuss with Karen Blood and Karen Russell (both Grace) comments from SEC Reviewer |
| 5/2/2006 | 3.2 | Address coaching note on Divestment Reserves |
|  | 3.2 | Work on comments from the Quality Review Partner |
|  | 0.5 | Discuss with Rebecca Del Bianco (Grace) regarding the foreign tax receivable |
|  | 1.0 | Meeting w/ Ed Bull, Scott Whittier, Mark Shelnitz, Eileen Burke (all Grace) regarding Contracts testing |
|  | 0.5 | Discuss with Tom Finlay (Grace) regarding journal entry report |
|  | 0.6 | Work on corporate trial balance fluxes |
|  | 1.0 | Work on consolidated fluxes |
| 5/3/2006 | 4.1 | Documentation of Stock Appreciation memo including the critical matter |
|  | 1.3 | Document summary of first quarter significant matters |
|  | 1.6 | Review international fluxes |
|  | 1.7 | Work on comments from SEC Partner regarding taxes |
|  | 0.4 | Follow up with the client regarding open items |
|  | 0.9 | Update open items list |
| 5/4/2006 | 0.5 | Update open items list |
|  | 1.2 | Review of new draft of Form 10Q |
|  | 2.7 | Address coaching notes:  stock appreciation memo, long term incentive comp., corporate trial balance |
|  | 3.3 | Document consolidated flux |
|  | 2.3 | Fix and review external work paper binder |
| 5/5/2006 | 1.8 | Prepare letters,reports for Bill Bishop's (PwC) signature |
|  | 2.0 | Finalize consolidated flux |
|  | 1.2 | Review internal legal counsel representation |
| 5/8/2006 | 3.9 | Finish documentation of the long term incentive compensation |
|  | 0.6 | Review Periodic Pronouncements Review prepared by the client |
|  | 1.8 | Finish documentation of consolidated analytics |
|  | 1.1 | Finish documentation of corporate trial balance step in the database |
|  | **52.4** | **Total Grace Integrated Audit Charged Hours** |
|  | **52.4** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Cindy Y Chen** | | |
| **5/15/06** | 1.0 | PwC internal planning call with J.Newstead, F.Barnard, MdeGuzman, and D.Lloyd.  Document the minutes of the meeting. |
| **5/18/06** | 1.0 | Conference call with B. Summerson (Grace) regarding FY2006 audit planning.  PwC attendees: C.Chen and F. Barnard |
| **5/22/06** | 1.0 | Putting together System and Process Assurance Team FY2006 budget. |
| **5/23/06** | 2.0 | 2006 Kick off meeting with Grace - Ed Bull, Barb Summerson, PwC:  Marvin deGuzman, David Lloyd, J. Newstead, Francois Barnard, and C. Chen |
| | **5.0** | **Total Grace Integrated Audit Charged Hours** |
| | **5.0** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Michael McDonnell** | | |
| 5/1/2006 | 2.0 | Follow up on the world wide fluxes |
| 5/4/2006 | 1.0 | Update the Quarter Fluxes and finalize the DB |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Lynda  Keorlet** | | |
| 5/1/2006 | 8.0 | Tie-out of 10-Q - footing & cross-referencing pages |
| | 1.0 | Create Q1 2006 final scoping schedule |
| 5/2/2006 | 8.2 | Tie-out of 10-Q - tie-out to prior year & database |
| | 1.0 | Document database step "Update Locations for review" |
| 5/3/2006 | 6.0 | Tie-out of 10-Q - tie-out of Financial Statements |
| | 1.0 | Insert Audit Committee & Board of Directors materials into database and document |
| | 1.0 | Tie-out legal update letter |
| 5/4/2006 | 6.0 | Tie-out of 10-Q - tie-out of Financial Statements |
| | 2.0 | Meet with K. Blood (WR Grace) to go over suggestions / changes for 10Q |
| 5/5/2006 | 8.0 | Tie-out of 10-Q - tie out of Pension & Pro Forma footnotes |
| 5/8/2006 | 6.5 | Tie-out of 10-Q - tie out of all other footnotes |
| | 2.0 | Review changes in new draft of 10Q |
| 5/9/2006 | 2.0 | Tie-out Edgar version of 10-Q to word version |
| | 3.0 | Transfer tick-marks & finalize 10-Q tie-out |
| | **55.7** | **Total Grace Financial Statement Audit Charged Hours** |
| | **55.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lauren Misler**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/2/2006 | 8.0 | Obtained Significant Contracts and summarized for legal department |
| 5/3/2006 | 6.5 | Receipt of Journal Entries for SAS99 testing from DMG |
| | 1.5 | Draft of memo detailing testing performed |
| 5/4/2006 | 8.0 | Selection of journal entries for testing |
| 5/5/2006 | 8.0 | Review of journal entries and follow up with client on outstanding items |
| 5/8/2006 | 7.0 | SAP/SOAR binder receipt and tie-out for all significant company codes |
| 5/9/2006 | 3.1 | Review and update to the PPV calculation for the 10-K tie out footnote |
| | 4.0 | Update to the LIFO calculation and discussion with M. Brown (Grace) |
| | **46.1** | **Total Grace Integrated Audit Charged Hours** |
| | **46.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Edom Aweke** | | |
| 5/2/2006 | 3.0 | Time incurred performing the SAS99 journal entry testing. |
| 5/3/2006 | 8.0 | Time incurred performing the SAS99 journal entry testing. |
| 5/4/2006 | 7.5 | Time incurred performing the SAS99 journal entry testing. |
| 5/8/2006 | 10.0 | Time incurred performing the SAS99 journal entry testing. |
| 5/9/2006 | 9.0 | Time incurred performing the SAS99 journal entry testing. |
| 5/10/2006 | 6.0 | Time incurred performing the SAS99 journal entry testing. |
| 5/12/2006 | 4.0 | Time incurred performing the SAS99 journal entry testing. |
| 5/16/2006 | 2.0 | Time incurred posting the SAS99 journal entry testing results to the Myclient data base. |
| 5/19/2006 | 1.0 | Time incurred posting the SAS99 journal entry testing results to the Myclient data base. |
| | **50.5** | **Total Grace Integrated Audit Charged Hours** |
| | **50.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended February 28, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2/8/2006 | 0.6 | Orientation. |
| | 0.6 | Meeting with Pamela Reinardt to get the guidance on reconciliation of the SOAR/SAP reports with the site auditors' reports from various locations |
| | 9.3 | Reconciliation of the SOAR/SAP reports to site auditors' reports for United States and France affiliates |
| 2/9/2006 | 10.5 | Reconciliation of the SOAR/SAP report to site auditors' reports for Germany and Japan locations |
| 2/10/2006 | 9.0 | Reconciliation of the SOAR/SAP report to site auditor's report for Corporate report and United Kingdom |
| | 0.3 | Meeting with Pamela Reinhardt to communicate that additional information needed to reconcile SOAR/SAP reports |
| | 0.2 | Reading Pamela Reinhardt's e-mail and getting acquainted with the new task |
| | 1.0 | Review of the press release draft |
| 2/13/2006 | 4.5 | Reconciliation of the SOAR/SAP report to site auditors' reports for for Germany and Singapore locations |
| | 0.5 | Meeting with Pamela Reinhardt to get acquainted with the new task on the recalculation of the press release |
| | 4.5 | Recalculation of the tables in the press release |
| 2/14/2006 | 1.0 | Recalculation of the tables in the press release |
| | 0.2 | Phone conversation with Ryan on the guidance on how to update the budget |
| | 3.0 | Updating the budget |
| | 4.0 | Tying the numbers in the text of the press release to the tables and supporting documentation |
| | 1.3 | Following up on the legal letters with lawyers offices over the phone |
| 2/17/2006 | 2.0 | Review of the Audit Committee Minutes and writing a summary |
| | 3.0 | Reviewing independence compliance for W.R. Grace |
| | 2.5 | Updating the GEMS |
| | 1.0 | Wrap up of tying up SOAR/SAP reports |
| | 2.0 | Review of the Board of Directors Minutes and writing a summary |
| 2/20/2006 | 2.0 | Organizing and updating the binder with legal letters |
| | 1.0 | Board of Directors Minutes update |
| | 0.5 | Copying contracts for Pamela Reinhardt |
| | 0.3 | Meeting with Pamela Reinhardt to get guidance on the assignment with 10K |
| | 3.5 | Recalculating the tables in 10K |
| | 3.7 | Reviewed and created a comparison list of the end of the month and average exchange rates |
| 2/21/2006 | 1.0 | Made necessary adjustments and changes to the summaries of the board of director's meeting and audit committee meeting |
| | 2.0 | Test the exchange rates used by W.R Grace |
| | 1.5 | Investigation of the difference between the SAP report and site auditor's report for depreciation account for Singapore |
| | 1.5 | Documented the results of the exchange rates testing in the database |
| | 2.5 | Recalculated average exchange rates and compared them to the ones used by W.R. Grace |
| | 2.5 | Continued recalculation of the tables in the 10K draft |
| 2/22/2006 | 2.0 | Finished recalculation of the tables in the 10K draft |
| | 2.0 | Finished the recalculation of the exchange rates and updated the database with the results |
| | 4.0 | Making colored copies from Kinko's |
| | 1.0 | Meeting with Pamela Reinhardt and Jo Afuang to discuss the process of reporting time at W.R. Grace |
| | 1.5 | Updating and uploading the auditors report and consent in the database |
| 2/23/2006 | 3.0 | Following up on the legal letters with lawyers offices over the phone |
| | 6.0 | Tracing the numbers from various tables in the 10K to the supporting documentation |
| | 0.5 | Printing out  a document for Jo Afuang |
| 2/24/2006 | 5.0 | Tracing the numbers from various tables in the 10K to the supporting documentation |
| | 1.5 | Organizing the external folders and creating a reference log to the working papers in the database |
| | 2.0 | Recalculation of the tables for the 10K ART |

| | 111.5 | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|

| | 111.5 | **Total Hours** |
|---|---|---|