# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended May 31, 2006

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| William Bishop | | | | | | |
| Integrated Audit | 5/22/06 | | | | $ 42.71 | Audit team lunch - Michael's Pub, Columbia, MD - P Reinhardt and C Park (PwC) |
| David Lloyd | | | | | | |
| Integrated Audit | 4/28/06 | | | | $ 94.44 | Lunch at P. F. Chang's with M de Guzman, P Reinhard, L Master, J Afuang and L Knorlet to discuss first quarter review issues |
| Marvin de Guzman | | | | | | |
| Integrated Audit | 5/1/06 | $ 32.03 | | | | Mileage in excess of normal commute (80 miles- 0 miles * .445) |
| Integrated Audit | 5/2/06 | $ 32.03 | | | | Mileage in excess of normal commute (80 miles- 0 miles * .445) |
| Integrated Audit | 5/3/06 | $ 32.03 | | | | Mileage in excess of normal commute (80 miles- 0 miles * .445) |
| Integrated Audit | 5/9/06 | $ 32.03 | | | | Mileage in excess of normal commute (80 miles- 0 miles * .445) |
| Integrated Audit | 5/30/06 | $ 32.03 | | | | Mileage in excess of normal commute (80 miles- 0 miles * .445) |
| Maria Afuang | | | | | | |
| Integrated Audit | 5/1/00 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| Integrated Audit | 5/2/00 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| Integrated Audit | 5/3/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| Integrated Audit | 5/4/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| Integrated Audit | 5/5/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| Integrated Audit | 5/8/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| Pam Reinhardt | | | | | | |
| Integrated Audit | 5/8/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| Integrated Audit | 5/9/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| Integrated Audit | 5/23/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34) |
| Lynda Knorlet | | | | | | |
| Integrated Audit | 5/1/2006 | $ 20.40 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| Integrated Audit | 5/2/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| Integrated Audit | 5/3/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| Integrated Audit | 5/4/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| Integrated Audit | 5/5/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| Integrated Audit | 5/8/2006 | $ 20.46 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| Integrated Audit | 5/9/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| **Total** | | $ 331.08 | | | | |
| | | $ 468.23 | | | | |

| Summary | | Transportation | Lodging | Sundry | Business Meals | |
|---|---|---|---|---|---|---|
| | | | | $ - | $ 137.15 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended May 31, 2006

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William Bishop | 5/22/06 | Audit Partner | $ 42.71 | Audit team lunch - Michael's Pub, Columbia, MD - P Reinhardt and C Park (PwC) |
| | | | $ 42.71 | |
| David Lloyd | 4/28/06 | Audit Senior Manager | $ 94.44 | Lunch at P. F. Changs with M de Guzman, P Reinhard, L Misler, J Afuang and L Keorlet to discuss first quarter review issues |
| | | | $ 94.44 | |
| Marvin de Guzman | 5/1/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 5/2/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 5/3/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 5/9/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | 5/30/06 | Audit Manager | $ 32.93 | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | | | $ 164.65 | |
| Maria Afuang | 5/1/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute ((52-32)*.445) |
| | 5/2/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute ((52-32)*.445) |
| | 5/3/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute ((52-32)*.445) |
| | 5/4/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute ((52-32)*.445) |
| | 5/5/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute ((52-32)*.445) |
| | 5/8/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute ((52-32)*.445) |
| | | | $ 53.40 | |
| Pam Reinhardt | 5/8/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 5/9/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 5/23/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | | | $ 16.02 | |
| Lynda Keorlet | 5/1/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 5/2/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 5/3/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 5/4/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 5/5/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 5/8/2006 | Audit Associate | $ 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 5/9/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | | | $ 97.01 | |
| | | Grand Total | $ 468.23 | |