IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| **Debtors.** | ) | |
| | ) | Related Docket No. 12823 |

## NOTICE OF MEDIATION AND HEARING

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to the schedule set forth in the Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (the "Motion"), and the rulings made by the United States Bankruptcy Court for the District of Delaware at the July 24, 2006 omnibus hearing in the above-captioned matter, the mediation session before the Court-appointed mediator, Judge Roger M. Whelan, relating to the Motion will take place on **August 29, 2006**, beginning at **12:00 P.M.** at the Washington D.C office of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Suite 1200, Washington, D.C., 20005. Parties wishing to participate by telephone may do so by dialing the following number, 1-877-232-4392, and entering the following participant code, 654980. Additionally, all parties who wish to participate must notify Debtors' counsel whether their attendance will be in person or via telephone no later than **August 25, 2006**, at **5:00 P.M.**, so that proper building security arrangements can be made. Such notification should be sent to David Mendelson, Esq. of Kirkland & Ellis LLP via email (dmendelson@kirkland.com) or telephone (202-879-5167).

If, following the mediation, there are issues left to be resolved by the Court relating to the Motion, the Court will hear those issues on **September 11, 2006** at **10:00 A.M.** at the United States Bankruptcy Court for the Western District of Pennsylvania, 5414 USX Tower, 600 Grant Street, Pittsburgh, PA, 15219-2702. All parties who wish to participate in the hearing are invited to attend in person or by telephone. Any party wishing to appear telephonically at a hearing must make arrangements with CourtCall by phone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 P.M. two (2) business days prior to the hearing. All parties must provide CourtCall with the following information: (a) the case name and number, (b) the name of the judge conducting the hearing, (c) the hearing date and time, (d) the participant's name, address, and telephone number, (e) the party whom the participant represents and (f) the matter on which the participant wishes to be heard or whether the participant intends to monitor the proceedings in "listen-only" mode. Additionally, all parties participating via telephone, including those participating in "listen only" mode, must send notification to the Debtors' local counsel of (i) their intention to participate in the hearing and (ii) the information set forth in (a) through (f) above. Such notice should be sent to Patricia Cuniff of Pachulski Stang Ziehl Young Jones & Weintraub LLP via email (pcuniff@pszyjw.com) or facsimile (302-652-4400).

Dated: Wilmington, Delaware
August 16, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Jonathan Friedland
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:     (312) 861-2000
Facsimile:      (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson (admission *pro hac vice* pending)
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:     (202) 879-5000
Facsimile:      (202) 879-5200

-and-

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

_/s/ James E. O'Neill_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400