UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: W. R. Grace & Company, et. al., debtors – Chapter 11
(Case No. 01-1139 – JKF)

## ITEMIZED STATEMENT OF SERVICES RENDERED BY COURT APPOINTED DISCOVERY MEDIATOR

| Date | Description of Services | Hours |
|---|---|---|
| 6/29/06 | Reviewed letter received from Caplan & Drysdale (Official Committee of Asbestos Personal Injury Claimants) received on this date, together with attachment concerning scheduled mediation matters for 7/6/06 | 2.10 |
| 7/5/06 | Reviewed (2) telephone messages from debtors counsel and made telephone conference call to David Mendelson, Esq. regarding status of scheduled mediation set for 7/6/06 | 2.10 |
| 7/5/06 | Reviewed file notes and portion of court transcript (dated 7/19/05) regarding questionnaire issues concerning Asbestos claims | 4.10 |
| **Total** | -----------------------------------------------> | **6.10** |
| 7/6/06 | Conducted mediation at Law Offices of Kirkland & Ellis concerning debtors Chapter 11 case involving (3) categorized objections to response to questionnaire prepared by W. R. Grace | 3.00 |

### TRAVEL TIME

| Date | Description of Services | Hours |
|---|---|---|
| 7/6/06 | Travel time to Washington, DC - Law Offices of Kirkland & Ellis (Billed at 1/2 of actual time **1.10**) | 2.30 |
| **Total** | -----------------------------------------------> | **4.10** |
| 7/10/06 | Telephone conference call with Judge Fitzgerald solely to discuss availability of hearing dates for possible future mediation | 2.10 |

3

| 7/10/06 | Follow-up telephone conference call with Barbara Harding to communicate available hearing date for 9/12/06 concerning any issues that might arise from objections to questionnaire | 3.10 |
|---|---|---|
| Total | ----------------------------------------> | 5.20 |

Hourly Billing Rate @ $400.00

| Total | ----------------------------------------> | $2,080.00 |
|---|---|---|

## EXPENSES

| Parking expense at Metro Square garage in District of Columbia | $17.00 |
|---|---|
| Travel expense – 40 miles @ IRS approved rate .485 (48.5 cents) | $19.40 |
| Total ----------------------------------------> | $36.40 |

| **Total Fees & Expenses** ----------------------------------------> | **$2,116.40** |
|---|---|

4

cc: <u>Debtors Counsel</u>:
Barbara Harding, Esq.
David Mendelson, Esq.
Law Firm of Kirkland & Ellis, LLP
655 15th Street, N.W.
Washington, DC 20005

<u>Counsel for the Official Committee of Asbestos Personal Injury Claimants</u>:
Peter van N. Lockwood, Esq.
Law Firm of Caplan & Drysdale, Chtd.
One Thomas Circle, N.W.
Washington, DC 20005

<u>Counsel for Future Claimants Committee</u>:
Richard H. Wyron, Esq.
Law Firm of Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007

Mr. Frank J. Perch, III, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

2