# EXHIBIT B

# WR GRACE & CO.
## COMPENSATION BY PROJECT CATEGORY
### April 1, 2006 - June 30, 2006

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & E | 54.6 | $ 29,795.50 |
| 0008 | Asset Analysis and Recovery | 17.7 | 10,228.00 |
| 0013 | Business Operations | 7.2 | 4,140.00 |
| 0014 | Case Administration | 102.3 | 22,927.50 |
| 0015 | Claims Analysis/Objections/Administratio | 5.9 | 3,392.50 |
| 0017 | Committee, Creditors', Noteholders', or | 118.8 | 73,145.00 |
| 0018 | Fee Application, Applicant | 69.3 | 21,530.00 |
| 0019 | Creditor Inquiries | 8.6 | 5,662.50 |
| 0020 | Fee Application, Others | 12.6 | 2,782.50 |
| 0021 | Employee Benefits, Pension | 38.2 | 21,546.00 |
| 0022 | Environmental Matters/Regulations/Litiga | 34.8 | 20,286.00 |
| 0023 | Executory Contracts/Unexpired Leases (As | 5.5 | 3,162.50 |
| 0028 | Insurance | 48.1 | 27,747.50 |
| 0031 | Investigations | 2.5 | 1,657.50 |
| 0032 | Litigation (Non-Bankruptcy/General) | 0.2 | 115.00 |
| 0035 | Travel - Non Working | 14.2 | 9,037.00 |
| 0036 | Plan and Disclosure Statement | 113.7 | 61,251.00 |
| 0037 | Hearings | 28.1 | 18,838.50 |
| 0047 | Tax Issues | 0.4 | 252.00 |
| | Sub Total | 682.7 | $337,496.50 |
| | Less 50% Travel | (7.10) | (4,518.50) |
| | Total | 675.6 | $332,978.00 |

SSL-DOCS1 1715974v2