# EXHIBIT C

SSL-DOCS1 1715974v2

## WR GRACE & CO.
## SUMMARY OF FEES
### April 1, 2006 - June 30, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| DiBernardo, Ian G. | 0.8 | $ 610 | $ 488.00 |
| Epstein, Melvin | 0.9 | 795 | 715.50 |
| Greenberg, Mayer | 0.2 | 710 | 142.00 |
| Kruger, Lewis | 59.7 | 825 | 49,252.50 |
| Pasquale, Kenneth | 76.9 | 650 | 49,985.00 |
| Wintner, Mark | 5.0 | 745 | 3,725.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 11.3 | 595 | 6,723.50 |
| Eichler, Mark | 0.2 | 550 | 110.00 |
| Holob, Marissa J. | 9.6 | 435 | 4,176.00 |
| Krieger, Arlene G. | 320.9 | 575 | 184,517.50 |
| Papir, Ryan M. | 12.8 | 395 | 5,056.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 48.7 | 225 | 10,957.50 |
| Magzamen, Michael S. | 0.2 | 225 | 45.00 |
| Wojcik, Mark R. | 0.4 | 225 | 90.00 |
| Jarashow, Mark S. | 31.2 | 190 | 5,928.00 |
| Lollie, Toya | 5.0 | 150 | 750.00 |
| Mohamed, David | 98.9 | 150 | 14,835.00 |
| | | | |
| Sub Total | 682.7 | | $337,496.50 |
| Less 50% Travel | (7.1) | | (4,518.50) |
| Total | 675.6 | | $332,978.00 |

SSL-DOCS1 1715974v2