# EXHIBIT D

SSL-DOCS1 1715974v2

## WR GRACE & CO.
## SUMMARY OF DISBURSEMENTS
### April 1, 2006 - June 30, 2006

| Messenger Service | $ 244.90 |
|---|---|
| Meals | 1,785.87 |
| Local Transportation | 73.00 |
| Long Distance Telephone | 303.82 |
| Duplicating Costs | 66.40 |
| Filing Fees | 130.00 |
| O/S Professional Services | 186.24 |
| Lexis/Nexis | 41.25 |
| Facsimile | 11.00 |
| Travel Expenses - Transportation | 1,860.44 |
| Travel Expenses - Meals | 12.00 |
| Westlaw | 1,134.87 |
| | |
| Total | 5,849.79 |

SSL-DOCS1 1715974v2