## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | |
| ) | Case No. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, ) | Jointly Administered |
| ) | Re: Docket Nos. 9300, 9302, 9315, 12405 |
| Debtors ) | August 21, 2006 Agenda Item #9 |

### ORDER MODIFYING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS

On July 24, 2006, the stay of the proceedings was lifted and the Court, among other things, directed the Debtors to meet and confer with the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") to prepare a new Case Management Order and Notice, with respect to the 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the 15th Omnibus Objection) (Docket No. 9315) wherein the Debtors objected to approximately 3950 Asbestos Property Damage Claims ("PD Claims"), which addresses the claims objection process and PD estimation process going forward. The Debtors and the PD Committee having met and conferred:

WHEREFORE, IT IS HEREBY ORDERED THAT:

1. Summary judgment motions which the Debtors intend to file as to certain groups of claims, principally regarding lack of hazard, product identification, limitations periods, and the Libby property remediation may be filed and heard at any time prior to April 23, 2007. These summary judgment motions will be heard on available dates in Pittsburgh, Pennsylvania.

2. There will be a Daubert hearing on March 26, 27 and 28, in Pittsburgh, Pennsylvania regarding methodologies for dust sampling.

3. Certain objections to certain claims will be adjudicated on April 23, 24 and 25, 2007, commencing at 9:00 a.m., in Pittsburgh, PENNSYLVANIA. These claims are listed on Exhibit A hereto. The objections that will be adjudicated as to these claims are those asserted in the 15th Omnibus Objection regarding lack of hazard, product identification and limitations periods (specifically, C-2 through C-4, D-1 through D-6, E-1 through E-4, and F-1, F-4 and F-5) (the "gateway issues") and objections alleging that the Libby properties have already been or will be remediated by the EPA (the "Libby issue"). The pre-trial schedule for this litigation is attached as Exhibit B.

4. Following the adjudication of these objections, the Debtors will have the opportunity to file motions to extend the Court's rulings to additional claims. If the Debtors seek to extend the Court's rulings to additional claims, the Debtor will provide notice to the affected claimants.

5. The Phase I and Phase II estimations previously addressed in the Estimation CMO of August 29, 2005 will not go forward. Estimation of the aggregate value of PD Claims will likely take place at a future date to be set by the Court.

6. All parties participating in the matters outlined in this Order who fail to comply with the terms of the Order or any discovery orders issues in connection with the Order may be subject to sanctions requested by any party in accordance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

7. The form of the Notice of Deadlines and Process Regarding Objections To Asbestos Property Damage Claims ("Notice") attached as Exhibit C is approved.

8.  Within ten (10) days of entry of this Order, the Debtors will serve this Order and the accompanying Notice on counsel for all PD Claimants affected by this Order, or the Claimants themselves if not represented by counsel.

Dated: _____, 2006

                                                         The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

K&E 11296668.4