IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: September 7, 2006 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FIFTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | June 1, 2006 – June 30, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $914.14 |

This is a    _x_ monthly        __ interim        ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JUNE 1-30, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 119.8 | NA |
| Financial Analysis/Review Related | 40.3 | NA |
| Hearing Attendance Related | 2.0 | NA |
| **TOTAL** | **162.1** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Telephone | $ 160.85 |
| Air fare | 434.30 |
| Hotel | 173.10 |
| Meals | 83.39 |
| Transportation | 62.50 |
| **TOTAL:** | **$ 914.14** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Joseph J. Radecki
405 Lexington Avenue
New York, New York 10174
(212) 284-9588
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: Aug. 16, 2006

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.