# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 6/1/2006 | 2.0 | Business operations | Conference call with Blackstone re: tax issues of Company |
| Jonathan Brownstein | 6/1/2006 | 2.0 | Business operations | Conference call with Blackstone re: taxes; Review Johnson Matthey earnings release |
| Ritwik Chatterjee | 6/1/2006 | 2.0 | Business operations | Review competitors' earnings releases; Call with The Blackstone Group re: Company tax issues |
| Geoffrey Zbikowski | 6/1/2006 | 4.3 | Business operations | Conf. call with Blackstone Group regarding Debtor's taxes / financial analysis |
| Geoffrey Zbikowski | 6/2/2006 | 3.5 | Financial analysis | Review chemicals industry valuation metrics |
| Geoffrey Zbikowski | 6/5/2006 | 2.8 | Business operations | Review LTIP information from competing companies |
| Joseph Radecki | 6/6/2006 | 1.8 | Business operations | Review industry information on specialty chemicals |
| Jonathan Brownstein | 6/6/2006 | 3.8 | Financial analysis | Review new credit agreement completed by Ferro Corp.; review industry information on chemicals space |
| Ritwik Chatterjee | 6/6/2006 | 4.0 | Business operations | Review chemicals industry information |
| Geoffrey Zbikowski | 6/6/2006 | 4.3 | Business operations | Review chemicals industry information / Johnson Matthey press release (Grace comparable company) |
| Jonathan Brownstein | 6/7/2006 | 2.3 | Financial analysis | Review filings and financial information for competitor (Valspar Corp.) |
| Ritwik Chatterjee | 6/7/2006 | 2.0 | Financial analysis | Review financial information filing for Valspar Corp. |
| Geoffrey Zbikowski | 6/8/2006 | 2.0 | Financial analysis | Review filing for Valspar (Grace comparable company) |
| Geoffrey Zbikowski | 6/9/2006 | 5.0 | Financial analysis | Financial analysis regarding Engelhard/Engelhard combination / other related analysis |
| Joseph Radecki | 6/12/2006 | 2.3 | Financial analysis | Review analyst reports on BASF M&A activity |
| Jonathan Brownstein | 6/12/2006 | 2.5 | Financial analysis | Review chemicals industry merger (BASF/Engelhard) |
| Ritwik Chatterjee | 6/12/2006 | 4.8 | Financial analysis | Review final merger data re: BASF-Engelhard; review other chemicals industry M&A activity metrics |
| Joseph Radecki | 6/14/2006 | 2.5 | Business operations | Review Long Term Incentive Plan materials and related analysis |
| Jonathan Brownstein | 6/14/2006 | 3.0 | Business operations | Review LTIP materials sent by Blackstone; follow-up internal discussions |
| Ritwik Chatterjee | 6/14/2006 | 3.0 | Business operations | Review LTIP information provided by The Blackstone Group |
| Geoffrey Zbikowski | 6/15/2006 | 3.0 | Business operations | LTIP information sent by Blackstone Group |
| Joseph Radecki | 6/16/2006 | 3.0 | Business operations | Conference call with Orrick, Herrington, & Sutcliffe / Review industry and competitor results |
| Jonathan Brownstein | 6/16/2006 | 1.0 | Business operations | Conference call with Orrick re: general case issues |
| Joseph Radecki | 6/19/2006 | 1.0 | Hearing attendance | Hearing attendance via telephone |
| Jonathan Brownstein | 6/19/2006 | 1.0 | Hearing attendance | Hearing attendance via telephone |
| Jonathan Brownstein | 6/20/2006 | 1.0 | Financial analysis | Review SEC filing of comparable Company (Albemarle Corp) |
| Ritwik Chatterjee | 6/20/2006 | 4.8 | Financial analysis | Review public filing of Albemarle Corp; Review LTIP comparables |
| Geoffrey Zbikowski | 6/20/2006 | 1.8 | Financial analysis | Review online filing by Albemarle (Grace comparable company) |
| Joseph Radecki | 6/21/2006 | 3.0 | Business operations | Review Long Term Incentive Plan analysis (industry norms and recent plans) |
| Jonathan Brownstein | 6/21/2006 | 4.3 | Business operations | Review historical LTIP materials; review industry information on chemicals space |
| Geoffrey Zbikowski | 6/21/2006 | 4.3 | Business operations | Review and reading of industry report regarding specialty chemicals |
| Ritwik Chatterjee | 6/22/2006 | 3.5 | Business operations | Review industry information on chemicals space |
| Joseph Radecki | 6/23/2006 | 2.8 | Business operations | Review Long Term Incentive Plan materials |
| Jonathan Brownstein | 6/23/2006 | 4.0 | Business operations | Review additional LTIP materials sent by Blackstone |
| Ritwik Chatterjee | 6/23/2006 | 5.0 | Business operations | Review additional LTIP materials sent by Blackstone; review industry LTIP |
| Geoffrey Zbikowski | 6/23/2006 | 5.3 | Business operations | Review LTIP follow-up materials sent by Blackstone Group / related analysis of industry practices for incentive plans |
| Ritwik Chatterjee | 6/24/2006 | 2.5 | Business operations | Review additional LTIP materials sent by Blackstone |
| Geoffrey Zbikowski | 6/24/2006 | 4.0 | Business operations | Review further LTIP follow-up materials sent by Blackstone Group; study industry practices regarding the same |
| Joseph Radecki | 6/26/2006 | 2.3 | Business operations | Review Long Term Incentive Plan industry norms and comparable company's plans |
| Jonathan Brownstein | 6/26/2006 | 3.3 | Business operations | Review additional LTIP materials sent by Blackstone; review related analysis |
| Joseph Radecki | 6/27/2006 | 3.0 | Business operations | Review Long Term Incentive Plan materials / conference call with Company advisor and others |
| Jonathan Brownstein | 6/27/2006 | 5.5 | Business operations | Conf. call with Blackstone RE: LTIP; Review additional LTIP materials sent by Blackstone; Review financial press release of HB Fuller; Review RPM Intl. pension plan filing |
| Ritwik Chatterjee | 6/27/2006 | 6.5 | Business operations | Call with The Blackstone Group re: LTIP materials; review financial newswire released by HB Fuller on quarterly earnings; review LTIP follow-up documents provided by The Blackstone Group |
| Geoffrey Zbikowski | 6/27/2006 | 6.5 | Business operations | Call with The Blackstone Group re: LTIP materials / review financial newswire released by HB Fuller on quarterly earnings / review LTIP follow-up documents provided by The Blackstone Group |
| Joseph Radecki | 6/29/2006 | 2.0 | Business operations | Conference call re: Long Term Incentive Plan / review related analysis |
| Jonathan Brownstein | 6/29/2006 | 2.5 | Business operations | Conf. call with Blackstone RE: LTIP; follow-up internal discussions |
| Ritwik Chatterjee | 6/29/2006 | 5.0 | Business operations | Call with The Blackstone Group re: LTIP documents; review industry LTIP practices/metrics; PJC team meeting re: same |
| Geoffrey Zbikowski | 6/29/2006 | 6.3 | Business operations | Conf. Call with Blackstone Group re: LTIP data / various financial analysis / internal discussions |
| Jonathan Brownstein | 6/30/2006 | 1.8 | Financial analysis | Review filings and financial information for competitor (Degussa AG) |
| Ritwik Chatterjee | 6/30/2006 | 1.5 | Financial analysis | Review chemicals industry information; review financial filing by Degussa |
| Geoffrey Zbikowski | 6/30/2006 | 1.5 | Financial analysis | Review financial filing by Degussa (Grace comparable company) |