# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

| | | |
|---|---|---|
| **Telephone** | | |
| Geoffrey Zbikowski | 6/07/06 | $ 54.98 |
| Ritwik Chatterjee | 6/28/06 | 70.55 |
| Geoffrey Zbikowski | 6/28/06 | 35.32 |
| Total Telephone: | | $ 160.85 |
| | | |
| **Air fare** | | |
| Joseph Radecki | 6/18/06 | $ 434.30 |
| Total Air fare: | | $ 434.30 |
| | | |
| **Hotel** | | |
| Joseph Radecki | 6/18/06 | $ 173.10 |
| Total Hotel: | | $ 173.10 |
| | | |
| **Travel Meals** | | |
| Joseph Radecki | 6/18/06 | $ 83.39 |
| Total Meals: | | $ 83.39 |
| | | |
| **Transportation** | | |
| Joseph Radecki | 6/18/06 | $ 20.50 |
| Joseph Radecki | 6/18/06 | 42.00 |
| Total Transportation: | | $ 62.50 |
| | | |
| **TOTAL EXPENSES:** | | **$ 914.14** |