# EXHIBIT A

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 4/3/2006 | 1.0 | Financial Analysis | Conference call re: pension |
| Jonathan Brownstein | 4/3/2006 | 3.0 | Financial Analysis | Review monthly operating report; conference call re: pension issues |
| Ritwik Chatterjee | 4/3/2006 | 1.0 | Financial Analysis | Call re: Grace pension |
| Joseph Radecki | 4/4/2006 | 2.0 | Business operations | Review and analysis of materials on acquisition |
| Jonathan Brownstein | 4/4/2006 | 2.5 | Business operations | Review Blackstone materials RE: potential acquisition |
| Ritwik Chatterjee | 4/4/2006 | 3.0 | Business operations | Review Grace financial operating report |
| Geoffrey Zbikowski | 4/4/2006 | 3.0 | Business operations | Review Grace financial operating report |
| Joseph Radecki | 4/5/2006 | 2.0 | Business operations | Review research and analysis of chemicals industry |
| Jonathan Brownstein | 4/5/2006 | 2.0 | Business operations | Review Blackstone materials RE: potential acquisition |
| Ritwik Chatterjee | 4/5/2006 | 3.0 | Business operations | Review materials relating to planned acquisition; various related financial analysis |
| Geoffrey Zbikowski | 4/5/2006 | 4.0 | Business operations | Various financial analysis of Company acquisition |
| Joseph Radecki | 4/6/2006 | 2.5 | Business operations | Conference call regarding an acquisition / Review pension motion |
| Jonathan Brownstein | 4/6/2006 | 3.8 | Business operations | Call regarding potential acquisition; review pension motions sent by Blackstone |
| Ritwik Chatterjee | 4/6/2006 | 4.0 | Business operations | Call regarding potential acquisition; Review pension motion; various related financial analysis |
| Geoffrey Zbikowski | 4/6/2006 | 1.0 | Business operations | Call regarding potential acquisition |
| Joseph Radecki | 4/7/2006 | 3.0 | Financial Analysis | Conference call regarding acquisition; review financial analysis regarding pension |
| Jonathan Brownstein | 4/7/2006 | 6.8 | Financial Analysis | Review Company's financial model for potential acquisition; Call regarding potential acquisition; review financial analysis from Company re: pension; draft acquisition memo for FCR |
| Ritwik Chatterjee | 4/7/2006 | 5.0 | Financial Analysis | Review financial analysis relating to Grace pension; Call regarding planned acquisition |
| Geoffrey Zbikowski | 4/7/2006 | 6.0 | Financial Analysis | Review financial analysis relating to Grace pension; assist in drafting memorandum to FCR |
| Ritwik Chatterjee | 4/8/2006 | 3.8 | Financial Analysis | Review Company's financial model for potential acquisition |
| Geoffrey Zbikowski | 4/8/2006 | 4.0 | Financial Analysis | Review acquisition financial model from Company |
| Joseph Radecki | 4/10/2006 | 3.0 | Business operations | Pension call / Memo to FCR regarding potential acquisition |
| Jonathan Brownstein | 4/10/2006 | 3.0 | Business operations | Draft memo to FCR regarding potential acquisition; conf. call re: pension issues |
| Ritwik Chatterjee | 4/10/2006 | 4.3 | Business operations | Analysis relating to planned acquisition (and memo re: same); Call re: Grace pension |
| Geoffrey Zbikowski | 4/10/2006 | 5.0 | Business operations | Draft memorandum to FCR re: acquisition; Call regarding Company pension plan |
| Joseph Radecki | 4/11/2006 | 1.0 | Business operations | Conference call with Orrick team |
| Jonathan Brownstein | 4/11/2006 | 2.8 | Business operations | Call with Orrick, Herrington, & Sutcliffe; review docket; review acquisition motion; |
| Ritwik Chatterjee | 4/11/2006 | 3.0 | Business operations | Call with Orrick attorneys; Review various Company motions |
| Geoffrey Zbikowski | 4/11/2006 | 1.8 | Business operations | Review Company motion for pension plan |
| Joseph Radecki | 4/12/2006 | 2.3 | Business operations | Review of motions regarding pension as well as a contemplated acquisition |
| Geoffrey Zbikowski | 4/12/2006 | 2.0 | Financial Analysis | Financial analysis |
| Joseph Radecki | 4/13/2006 | 3.5 | Business operations | Review research and analysis of chemicals industry / Review of motions regarding pension as well as a contemplated acquisition |
| Jonathan Brownstein | 4/13/2006 | 2.0 | Business operations | Review industry research |
| Ritwik Chatterjee | 4/14/2006 | 5.3 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 4/17/2006 | 1.0 | Hearing attendance | Court Hearing via telephone |
| Ritwik Chatterjee | 4/17/2006 | 4.0 | Financial Analysis | Analysis in preparation for mediation |
| Joseph Radecki | 4/18/2006 | 2.0 | Business operations | Mediation preparation work |
| Jonathan Brownstein | 4/18/2006 | 3.3 | Business operations | Preparation for mediation |
| Ritwik Chatterjee | 4/18/2006 | 3.8 | Business operations | Analysis in preparation for mediation |
| Geoffrey Zbikowski | 4/18/2006 | 4.8 | Business operations | Financial analysis for mediation |
| Jonathan Brownstein | 4/19/2006 | 2.5 | Business operations | Attend mediation |
| Ritwik Chatterjee | 4/19/2006 | 1.0 | Business operations | Analysis in preparation for mediation |
| Geoffrey Zbikowski | 4/19/2006 | 3.0 | Business operations | Financial analysis |
| Jonathan Brownstein | 4/20/2006 | 1.8 | Business operations | Review industry research |
| Ritwik Chatterjee | 4/20/2006 | 3.0 | Financial Analysis | Review new results of chemicals companies |
| Geoffrey Zbikowski | 4/20/2006 | 4.3 | Financial Analysis | Review of financial results of comparable companies |
| Geoffrey Zbikowski | 4/21/2006 | 4.0 | Financial Analysis | Review of financial results of comparable companies |
| Joseph Radecki | 4/25/2006 | 2.0 | Business operations | Meeting at offices of Blackstone regarding acquisition plans |
| Jonathan Brownstein | 4/25/2006 | 3.5 | Business operations | Meeting at Blackstone Group re: potential acquisition & other case issues; follow-up analysis |
| Ritwik Chatterjee | 4/25/2006 | 2.0 | Business operations | Meeting at Blackstone Group re: new acquisition |
| Geoffrey Zbikowski | 4/25/2006 | 2.3 | Financial Analysis | Comparable company and industry analysis |
| Ritwik Chatterjee | 4/26/2006 | 4.0 | Financial Analysis | Analysis relating to planned acquisition |
| Geoffrey Zbikowski | 4/26/2006 | 2.3 | Financial Analysis | Comparable company and industry analysis |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 4/27/2006 | 1.0 | Financial Analysis | Review of Q1 results / Memo to FCR re: Q1 Company results |
| Ritwik Chatterjee | 4/27/2006 | 4.3 | Financial Analysis | Review of financial results of comparable companies |
| Joseph Radecki | 4/28/2006 | 1.0 | Business operations | Conf call with FCR regarding potential acquisition |
| Jonathan Brownstein | 4/28/2006 | 1.0 | Business operations | Conf call with FCR & counsel re: potential acquisition |
| Ritwik Chatterjee | 4/28/2006 | 1.0 | Business operations | Call re: planned acquisition with FCR and PJC team |
| Geoffrey Zbikowski | 4/28/2006 | 1.0 | Business operations | Call re: Company acquisition with FCR and others |
| Joseph Radecki | 5/1/2006 | 1.8 | Business operations | Review information on potential acquisition |
| Jonathan Brownstein | 5/1/2006 | 2.8 | Business operations | Review information on German loan and potential acquisition by Company |
| Ritwik Chatterjee | 5/1/2006 | 3.8 | Business operations | Review materials on international loan review materials on strategic acquisition / related analysis |
| Joseph Radecki | 5/2/2006 | 1.0 | Business operations | Conference call re: acquisition, pension/post-retirement benefits, etc. |
| Jonathan Brownstein | 5/2/2006 | 1.0 | Business operations | Conference call re: potential acquisition and pension information |
| Ritwik Chatterjee | 5/2/2006 | 1.0 | Business operations | Conference call on acquisition and other matters |
| Geoffrey Zbikowski | 5/2/2006 | 1.0 | Business operations | Analysis and review of materials re: German loan and business acquisition; Conference call |
| Jonathan Brownstein | 5/3/2006 | 2.3 | Financial analysis | Pension funding analysis and research |
| Ritwik Chatterjee | 5/3/2006 | 3.0 | Financial analysis | Financial analysis regarding Grace's acquisition |
| Geoffrey Zbikowski | 5/3/2006 | 4.0 | Financial analysis | Financial work and research on business acquisition |
| Joseph Radecki | 5/4/2006 | 2.8 | Business operations | Review data on pension funding received from Company |
| Jonathan Brownstein | 5/4/2006 | 4.0 | Business operations | Review information from Company on pension funding |
| Ritwik Chatterjee | 5/4/2006 | 3.8 | Business operations | Review information provided by Company on pension funding, etc. |
| Geoffrey Zbikowski | 5/4/2006 | 4.8 | Business operations | Financial work and research on acquisition; review and research of pension materials |
| Joseph Radecki | 5/5/2006 | 3.0 | Financial analysis | Review of motion on environmental issue; Review of financial materials provided |
| Jonathan Brownstein | 5/5/2006 | 3.0 | Financial analysis | Review information provided by Company prior to financial meeting; review motion re: environmental settlement |
| Ritwik Chatterjee | 5/8/2006 | 3.0 | Financial analysis | Review Grace's financial briefing packet |
| Geoffrey Zbikowski | 5/8/2006 | 1.0 | Financial analysis | Analysis related to quarterly results |
| Jonathan Brownstein | 5/9/2006 | 2.0 | Financial analysis | Review March 2006 financial briefing materials |
| Ritwik Chatterjee | 5/9/2006 | 4.0 | Financial analysis | Review March 2006 financial briefing materials |
| Geoffrey Zbikowski | 5/9/2006 | 3.8 | Financial analysis | Financial reporting package review; analysis related to quarterly results |
| Ritwik Chatterjee | 5/11/2006 | 2.0 | Financial analysis | Various financial analysis relating to potential strategic acquisition |
| Joseph Radecki | 5/12/2006 | 1.3 | Business operations | Review of analysis on potential acquisition |
| Ritwik Chatterjee | 5/12/2006 | 3.8 | Financial analysis | Various financial analysis relating to potential strategic acquisition |
| Geoffrey Zbikowski | 5/12/2006 | 4.0 | Financial analysis | Analysis relating to business acquisition |
| Joseph Radecki | 5/15/2006 | 5.8 | Financial analysis | Conference call re: pension issues; telephonic attendance of court hearing |
| Jonathan Brownstein | 5/15/2006 | 5.8 | Financial analysis | Review Q1 financial materials; call re: pension issues; court hearing; preparation for mediation |
| Ritwik Chatterjee | 5/15/2006 | 5.8 | Financial analysis | Review quarterly financial packet / Conference call regarding pension issues |
| Geoffrey Zbikowski | 5/15/2006 | 5.0 | Financial analysis | Analysis relating to business acquisition; conf call re: Company pension; mediation preparatory work |
| Joseph Radecki | 5/16/2006 | 5.5 | Business operations | Attend mediation |
| Jonathan Brownstein | 5/16/2006 | 5.5 | Business operations | Mediation attendance: Caplin & Drysdale/Kirkland & Ellis |
| Ritwik Chatterjee | 5/16/2006 | 4.0 | Business operations | Analysis related to ongoing mediation proceedings |
| Geoffrey Zbikowski | 5/16/2006 | 4.0 | Business operations | Analysis related to mediation proceedings |
| Joseph Radecki | 5/17/2006 | 2.0 | Business operations | Conference call re: pension/post-retirement benefits with FCR's counsel; additional conference call re: same topics with FCR & PD representatives |
| Jonathan Brownstein | 5/17/2006 | 2.0 | Business operations | Conference call re: pension with Orrick / Conference call re: pension with FCR & PD representatives |
| Ritwik Chatterjee | 5/17/2006 | 4.0 | Business operations | Conference call regarding pension issues and other case matters with FCR counsel / Conference call regarding pension issues and other case matters with counsel and others / Related analysis |
| Geoffrey Zbikowski | 5/17/2006 | 5.3 | Business operations | Conference call s re: pension matters; analysis for mediation |
| Geoffrey Zbikowski | 5/18/2006 | 2.0 | Financial analysis | Analysis for mediation |
| Geoffrey Zbikowski | 5/19/2006 | 2.8 | Financial analysis | Analysis for mediation; industry research |
| Geoffrey Zbikowski | 5/22/2006 | 3.0 | Business operations | Research on competitors post-retirement benefits, etc. |
| Joseph Radecki | 5/23/2006 | 2.0 | Business operations | Conference call re: pension/post-retirement benefits; review of analysis regarding same |
| Jonathan Brownstein | 5/23/2006 | 3.0 | Business operations | Conference call re: pension; follow-up analysis |
| Ritwik Chatterjee | 5/23/2006 | 4.3 | Business operations | Pension analysis and related research |
| Geoffrey Zbikowski | 5/23/2006 | 4.3 | Business operations | Research on competitors post-retirement benefits, etc. |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 5/26/2006 | 1.8 | Business operations | Conference call re: pension/post-retirement benefits issues; review of related materials |
| Jonathan Brownstein | 5/26/2006 | 3.3 | Business operations | Conference call re: pension issues / review of related materials |
| Ritwik Chatterjee | 5/26/2006 | 1.0 | Business operations | Conference call regarding pension issues |
| Geoffrey Zbikowski | 5/26/2006 | 1.0 | Business operations | Conference call re: pension matters |
| Joseph Radecki | 5/29/2006 | 2.3 | Business operations | Mediation preparation work |
| Jonathan Brownstein | 5/29/2006 | 1.8 | Business operations | Preparation for mediation |
| Ritwik Chatterjee | 5/29/2006 | 3.0 | Business operations | Analysis related to ongoing mediation proceedings |
| Joseph Radecki | 5/30/2006 | 4.3 | Business operations | Mediation preparation work; mediation attendance |
| Jonathan Brownstein | 5/30/2006 | 4.0 | Business operations | Mediation attendance |
| Ritwik Chatterjee | 5/30/2006 | 4.3 | Business operations | Analysis related to ongoing mediation proceedings |
| Geoffrey Zbikowski | 5/30/2006 | 1.3 | Business operations | Industry research |
| Geoffrey Zbikowski | 5/31/2006 | 2.8 | Business operations | Industry research |
| Joseph Radecki | 6/1/2006 | 2.0 | Business operations | Conference call with Blackstone re: tax issues of Company |
| Jonathan Brownstein | 6/1/2006 | 2.0 | Business operations | Conference call with Blackstone re: taxes; Review Johnson Matthey earnings release |
| Ritwik Chatterjee | 6/1/2006 | 2.0 | Business operations | Review competitors' earnings releases; Call with The Blackstone Group re: Company tax issues |
| Geoffrey Zbikowski | 6/1/2006 | 4.3 | Business operations | Conf. call with Blackstone Group regarding Debtor's taxes / financial analysis |
| Geoffrey Zbikowski | 6/2/2006 | 3.5 | Financial analysis | Review chemicals industry valuation metrics |
| Geoffrey Zbikowski | 6/5/2006 | 2.8 | Business operations | Review LTIP information from competing companies |
| Joseph Radecki | 6/6/2006 | 1.8 | Business operations | Review industry information on specialty chemicals |
| Jonathan Brownstein | 6/6/2006 | 3.8 | Financial analysis | Review new credit agreement completed by Ferro Corp.; review industry information on chemicals space |
| Ritwik Chatterjee | 6/6/2006 | 4.0 | Business operations | Review chemicals industry information |
| Geoffrey Zbikowski | 6/6/2006 | 4.3 | Business operations | Review chemicals industry information / Johnson Matthey press release (Grace comparable company) |
| Jonathan Brownstein | 6/7/2006 | 2.3 | Financial analysis | Review filings and financial information for competitor (Valspar Corp.) |
| Ritwik Chatterjee | 6/7/2006 | 2.0 | Financial analysis | Review financial information filing for Valspar Corp. |
| Geoffrey Zbikowski | 6/8/2006 | 2.0 | Financial analysis | Review filing for Valspar (Grace comparable company) |
| Geoffrey Zbikowski | 6/9/2006 | 5.0 | Financial analysis | Financial analysis regarding Engelhard/Engelhard combination / other related analysis |
| Joseph Radecki | 6/12/2006 | 2.3 | Financial analysis | Review analyst reports on BASF M&A activity |
| Jonathan Brownstein | 6/12/2006 | 2.5 | Financial analysis | Review chemicals industry merger (BASF/Engelhard) |
| Ritwik Chatterjee | 6/12/2006 | 4.8 | Financial analysis | Review final merger data re: BASF-Engelhard; review other chemicals industry M&A activity metrics |
| Joseph Radecki | 6/14/2006 | 2.5 | Business operations | Review Long Term Incentive Plan materials and related analysis |
| Jonathan Brownstein | 6/14/2006 | 3.0 | Business operations | Review LTIP materials sent by Blackstone; follow-up internal discussions |
| Ritwik Chatterjee | 6/14/2006 | 3.0 | Business operations | Review LTIP information provided by The Blackstone Group |
| Geoffrey Zbikowski | 6/15/2006 | 3.0 | Business operations | LTIP information sent by Blackstone Group |
| Joseph Radecki | 6/16/2006 | 3.0 | Business operations | Conference call with Orrick, Herrington, & Sutcliffe / Review industry and competitor results |
| Jonathan Brownstein | 6/16/2006 | 1.0 | Business operations | Conference call with Orrick re: general case issues |
| Joseph Radecki | 6/19/2006 | 1.0 | Hearing attendance | Hearing attendance via telephone |
| Jonathan Brownstein | 6/19/2006 | 1.0 | Hearing attendance | Hearing attendance via telephone |
| Jonathan Brownstein | 6/20/2006 | 1.0 | Financial analysis | Review SEC filing of comparable Company (Albemarle Corp) |
| Ritwik Chatterjee | 6/20/2006 | 4.8 | Financial analysis | Review public filing of Albemarle Corp; Review LTIP comparables |
| Geoffrey Zbikowski | 6/20/2006 | 1.8 | Financial analysis | Review online filing by Albemarle (Grace comparable company) |
| Joseph Radecki | 6/21/2006 | 3.0 | Business operations | Review Long Term Incentive Plan analysis (industry norms and recent plans) |
| Jonathan Brownstein | 6/21/2006 | 4.3 | Business operations | Review historical LTIP materials; review industry information on chemicals space |
| Geoffrey Zbikowski | 6/21/2006 | 4.3 | Business operations | Review and reading of industry report regarding specialty chemicals |
| Ritwik Chatterjee | 6/22/2006 | 3.5 | Business operations | Review industry information on chemicals space |
| Joseph Radecki | 6/23/2006 | 2.8 | Business operations | Review Long Term Incentive Plan materials |
| Jonathan Brownstein | 6/23/2006 | 4.0 | Business operations | Review additional LTIP materials sent by Blackstone |
| Ritwik Chatterjee | 6/23/2006 | 5.0 | Business operations | Review additional LTIP materials sent by Blackstone; review industry LTIP practices/metrics |
| Geoffrey Zbikowski | 6/23/2006 | 5.3 | Business operations | Review LTIP follow-up materials sent by Blackstone Group / related analysis of industry practices for incentive plans |
| Ritwik Chatterjee | 6/24/2006 | 2.5 | Business operations | Review additional LTIP materials sent by Blackstone |
| Geoffrey Zbikowski | 6/24/2006 | 4.0 | Business operations | Review further LTIP follow-up materials sent by Blackstone Group; study industry practices regarding the same |
| Joseph Radecki | 6/26/2006 | 2.3 | Business operations | Review Long Term Incentive Plan industry norms and comparable company's plans |
| Jonathan Brownstein | 6/26/2006 | 3.3 | Business operations | Review additional LTIP materials sent by Blackstone; review related analysis |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 6/27/2006 | 3.0 | Business operations | Review Long Term Incentive Plan materials / conference call with Company advisor and others |
| Jonathan Brownstein | 6/27/2006 | 5.5 | Business operations | Conf. call with Blackstone RE: LTIP; Review additional LTIP materials sent by Blackstone; Review financial press release of HB Fuller; Review RPM Intl. pension plan filing |
| Ritwik Chatterjee | 6/27/2006 | 6.5 | Business operations | Call with The Blackstone Group re: LTIP materials; review financial newswire released by HB Fuller on quarterly earnings; review LTIP follow-up documents provided by The Blackstone Group |
| Geoffrey Zbikowski | 6/27/2006 | 6.5 | Business operations | Call with The Blackstone Group re: LTIP materials / review financial newswire released by HB Fuller on quarterly earnings / review LTIP follow-up documents provided by The Blackstone Group |
| Joseph Radecki | 6/29/2006 | 2.0 | Business operations | Conference call re: Long Term Incentive Plan / review related analysis |
| Jonathan Brownstein | 6/29/2006 | 2.5 | Business operations | Conf. call with Blackstone RE: LTIP; follow-up internal discussions |
| Ritwik Chatterjee | 6/29/2006 | 5.0 | Business operations | Call with The Blackstone Group re: LTIP documents; review industry LTIP practices/metrics; PJC team meeting re: same |
| Geoffrey Zbikowski | 6/29/2006 | 6.3 | Business operations | Conf. Call with Blackstone Group re: LTIP data / various financial analysis / internal discussions |
| Jonathan Brownstein | 6/30/2006 | 1.8 | Financial analysis | Review filings and financial information for competitor (Degussa AG) |
| Ritwik Chatterjee | 6/30/2006 | 1.5 | Financial analysis | Review chemicals industry information; review financial filing by Degussa |
| Geoffrey Zbikowski | 6/30/2006 | 1.5 | Financial analysis | Review financial filing by Degussa (Grace comparable company) |