# EXHIBIT B

## W.R. Grace & Co.
## PJC Expense Detail Report (April 1, 2006 – June 30, 2006)
### (Dates Represent Posting Date of Expense)

### April

Telephone
| | | |
|---|---|---|
| Ritwik Chatterjee | 4/13/06 | $ 57.99 |
| Jonathan Brownstein | 4/18/06 | 50.45 |
| Total Telephone: | | $108.44 |

Airfare
| | | |
|---|---|---|
| Jonathan Brownstein | 4/18/06 | $296.45 |
| Total Airfare: | | $296.45 |

Meals
| | | |
|---|---|---|
| Jonathan Brownstein | 4/18/06 | $7.06 |
| Total Meals: | | $7.06 |

Transportation
| | | |
|---|---|---|
| Geoffrey Zbikowski | 4/13/06 | 10.00 |
| Jonathan Brownstein | 4/18/06 | 40.00 |
| Joseph Radecki | 4/20/06 | 364.00 |
| Total Transportation: | | $ 414.00 |

### May

Electronic Data Services
| | | |
|---|---|---|
| Geoffrey Zbikowski | 5/04/06 | $ 49.56 |
| Total Electronic Data Services: | | $ 49.56 |

Telephone
| | | |
|---|---|---|
| Joseph Radecki | 5/01/06 | $ 35.50 |
| Joseph Radecki | 5/01/06 | 70.14 |
| Ritwik Chatterjee | 5/08/06 | 60.31 |
| Jonathan Brownstein | 5/18/06 | 31.32 |
| Ritwik Chatterjee | 5/31/06 | 29.91 |
| Total Telephone: | | $ 227.18 |

## June

Telephone
| | | |
|---|---|---|
| Geoffrey Zbikowski | 6/07/06 | $  54.98 |
| Ritwik Chatterjee | 6/28/06 | 70.55 |
| Geoffrey Zbikowski | 6/28/06 | 35.32 |
| Total Telephone: | | $ 160.85 |

Air fare
| | | |
|---|---|---|
| Joseph Radecki | 6/18/06 | $ 434.30 |
| Total Air fare: | | $ 434.30 |

Hotel
| | | |
|---|---|---|
| Joseph Radecki | 6/18/06 | $ 173.10 |
| Total Hotel: | | $ 173.10 |

Travel Meals
| | | |
|---|---|---|
| Joseph Radecki | 6/18/06 | $  83.39 |
| Total Meals: | | $  83.39 |

Transportation
| | | |
|---|---|---|
| Joseph Radecki | 6/18/06 | $  20.50 |
| Joseph Radecki | 6/18/06 | $  42.00 |
| Total Transportation: | | $  62.50 |