# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: June 15, 2006 at 4 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

## THIRD MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | April 1, 2006 – April 30, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $825.95 |

This is a   _x_ monthly          __ interim                    ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### APRIL 1-30, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 97.8 | NA |
| Financial Analysis/Review Related | 69.8 | NA |
| Hearing Attendance | 1.0 | NA |
| TOTAL | 168.5 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Airfare | $296.45 |
| Travel Meals | 7.06 |
| Telephone | 108.44 |
| Transportation | 414.00 |
| **TOTAL** | **$825.95** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: My 24, 2006

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

STATE OF NEW YORK     )
                                           ) ss.:
COUNTY OF NEW YORK  )

Jonathan L. Brownstein being duly sworn, deposes and says:

1. I am a principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 4/3/2006 | 1.0 | Financial Analysis | Conference call re: pension |
| Jonathan Brownstein | 4/3/2006 | 3.0 | Financial Analysis | Review monthly operating report; conference call re: pension issues |
| Ritwik Chatterjee | 4/3/2006 | 1.0 | Financial Analysis | Call re: Grace pension |
| Joseph Radecki | 4/4/2006 | 2.0 | Business operations | Review and analysis of materials on acquisition |
| Jonathan Brownstein | 4/4/2006 | 2.5 | Business operations | Review Blackstone materials RE: potential acquisition |
| Ritwik Chatterjee | 4/4/2006 | 3.0 | Business operations | Review Grace financial operating report |
| Geoffrey Zbikowski | 4/4/2006 | 3.0 | Business operations | Review Grace financial operating report |
| Joseph Radecki | 4/5/2006 | 2.0 | Business operations | Review research and analysis of chemicals industry |
| Jonathan Brownstein | 4/5/2006 | 2.0 | Business operations | Review Blackstone materials RE: potential acquisition |
| Ritwik Chatterjee | 4/5/2006 | 3.0 | Business operations | Review materials relating to planned acquisition; various related financial analysis |
| Geoffrey Zbikowski | 4/5/2006 | 4.0 | Business operations | Various financial analysis of Company acquisition |
| Joseph Radecki | 4/6/2006 | 2.5 | Business operations | Conference call regarding an acquisition / Review pension motion |
| Jonathan Brownstein | 4/6/2006 | 3.8 | Business operations | Call regarding potential acquisition; review pension motions sent by Blackstone |
| Ritwik Chatterjee | 4/6/2006 | 4.0 | Business operations | Call regarding potential acquisition; Review pension motion; various related financial analysis |
| Geoffrey Zbikowski | 4/6/2006 | 1.0 | Business operations | Call regarding potential acquisition |
| Joseph Radecki | 4/7/2006 | 3.0 | Financial Analysis | Conference call regarding acquisition; review financial analysis regarding pension |
| Jonathan Brownstein | 4/7/2006 | 6.8 | Financial Analysis | Review Company's financial model for potential acquisition; Call regarding potential acquisition; review financial analysis from Company re: pension; draft acquisition memo for FCR |
| Ritwik Chatterjee | 4/7/2006 | 5.0 | Financial Analysis | Review financial analysis relating to Grace pension; Call regarding planned acquisition |
| Geoffrey Zbikowski | 4/7/2006 | 6.0 | Financial Analysis | Review financial analysis relating to Grace pension; assist in drafting memorandum to FCR |
| Ritwik Chatterjee | 4/8/2006 | 3.8 | Financial Analysis | Review Company's financial model for potential acquisition |
| Geoffrey Zbikowski | 4/8/2006 | 4.0 | Financial Analysis | Review acquisition financial model from Company |
| Joseph Radecki | 4/10/2006 | 3.0 | Business operations | Pension call / Memo to FCR regarding potential acquisition |
| Jonathan Brownstein | 4/10/2006 | 3.0 | Business operations | Draft memo to FCR regarding potential acquisition; conf. call re: pension issues |
| Ritwik Chatterjee | 4/10/2006 | 4.3 | Business operations | Analysis relating to planned acquisition (and memo re: same); Call re: Grace pension |
| Geoffrey Zbikowski | 4/10/2006 | 5.0 | Business operations | Draft memorandum to FCR re: acquisition; Call regarding Company pension plan |
| Joseph Radecki | 4/11/2006 | 1.0 | Business operations | Conference call with Orrick team |
| Jonathan Brownstein | 4/11/2006 | 2.8 | Business operations | Call with Orrick, Herrington, & Sutcliffe; review docket; review acquisition motion; review pension motion |
| Ritwik Chatterjee | 4/11/2006 | 3.0 | Business operations | Call with Orrick attorneys; Review various Company motions |
| Geoffrey Zbikowski | 4/11/2006 | 1.8 | Business operations | Review Company motion for pension plan |
| Joseph Radecki | 4/12/2006 | 2.3 | Business operations | Review of motions regarding pension as well as a contemplated acquisition |
| Geoffrey Zbikowski | 4/12/2006 | 2.0 | Financial Analysis | Financial analysis |
| Joseph Radecki | 4/13/2006 | 3.5 | Business operations | Review research and analysis of chemicals industry / Review of motions regarding pension as well as a contemplated acquisition |
| Jonathan Brownstein | 4/13/2006 | 2.0 | Business operations | Review industry research |
| Ritwik Chatterjee | 4/14/2006 | 5.3 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 4/17/2006 | 1.0 | Hearing attendance | Court Hearing via telephone |
| Ritwik Chatterjee | 4/17/2006 | 4.0 | Financial Analysis | Analysis in preparation for mediation |
| Joseph Radecki | 4/18/2006 | 2.0 | Business operations | Mediation preparation work |
| Jonathan Brownstein | 4/18/2006 | 3.3 | Business operations | Preparation for mediation |
| Ritwik Chatterjee | 4/18/2006 | 3.8 | Business operations | Analysis in preparation for mediation |
| Geoffrey Zbikowski | 4/18/2006 | 4.8 | Business operations | Financial analysis for mediation |
| Jonathan Brownstein | 4/19/2006 | 2.5 | Business operations | Attend mediation |
| Ritwik Chatterjee | 4/19/2006 | 1.0 | Business operations | Analysis in preparation for mediation |
| Geoffrey Zbikowski | 4/19/2006 | 3.0 | Business operations | Financial analysis |
| Jonathan Brownstein | 4/20/2006 | 1.8 | Business operations | Review industry research |
| Ritwik Chatterjee | 4/20/2006 | 3.0 | Financial Analysis | Review new results of chemicals companies |
| Geoffrey Zbikowski | 4/20/2006 | 4.3 | Financial Analysis | Review of financial results of comparable companies |
| Geoffrey Zbikowski | 4/21/2006 | 4.0 | Financial Analysis | Review of financial results of comparable companies |
| Joseph Radecki | 4/25/2006 | 2.0 | Business operations | Meeting at offices of Blackstone regarding acquisition plans |
| Jonathan Brownstein | 4/25/2006 | 3.5 | Business operations | Meeting at Blackstone Group re: potential acquisition & other case issues; follow-up analysis |
| Ritwik Chatterjee | 4/25/2006 | 2.0 | Business operations | Meeting at Blackstone Group re: new acquisition |
| Geoffrey Zbikowski | 4/25/2006 | 2.3 | Financial Analysis | Comparable company and industry analysis |
| Ritwik Chatterjee | 4/26/2006 | 4.0 | Financial Analysis | Analysis relating to planned acquisition |
| Geoffrey Zbikowski | 4/26/2006 | 2.3 | Financial Analysis | Comparable company and industry analysis |
| Jonathan Brownstein | 4/27/2006 | 1.0 | Financial Analysis | Review of Q1 results / Memo to FCR re: Q1 Company results |
| Ritwik Chatterjee | 4/27/2006 | 4.3 | Financial Analysis | Review of financial results of comparable companies |
| Joseph Radecki | 4/28/2006 | 1.0 | Business operations | Conf call with FCR regarding potential acquisition |
| Jonathan Brownstein | 4/28/2006 | 1.0 | Business operations | Conf call with FCR & counsel re: potential acquisition |
| Ritwik Chatterjee | 4/28/2006 | 1.0 | Business operations | Call re: planned acquisition with FCR and PJC team |
| Geoffrey Zbikowski | 4/28/2006 | 1.0 | Business operations | Call re: Company acquisition with FCR and others |

# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

| | | |
|---|---|---|
| **Telephone** | | |
| Ritwik Chatterjee | 4/13/06 | $ 57.99 |
| Jonathan Brownstein | 4/18/06 | 50.45 |
| Total Telephone: | | $108.44 |
| | | |
| **Airfare** | | |
| Jonathan Brownstein | 4/18/06 | $296.45 |
| Total Airfare: | | $296.45 |
| | | |
| **Meals** | | |
| Jonathan Brownstein | 4/18/06 | $7.06 |
| Total Meals: | | $7.06 |
| | | |
| **Transportation** | | |
| Geoffrey Zbikowski | 4/13/06 | 10.00 |
| Jonathan Brownstein | 4/18/06 | 40.00 |
| Joseph Radecki | 4/20/06 | 364.00 |
| Total Transportation: | | $414.00 |
| | | |
| **TOTAL EXPENSES:** | | **$825.95** |