# EXHIBIT D

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: August 3, 2006 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## FOURTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2006 THROUGH MAY 31, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | May 1, 2006 – May 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $276.74 |

This is a __x__ monthly    ___ interim    ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MAY 1-31, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 108.0 | NA |
| Financial Analysis/Review Related | 65.8 | NA |
| TOTAL | 173.8 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Electronic Data Services (Court Filings, Research Databases, etc.)   $49.56
Telephone                                                             227.18

**TOTAL**                                                            **$276.74**

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Joseph J. Radecki
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: July 12, 2006

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Joseph J. Radecki being duly sworn, deposes and says:

1. I am a managing director of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Fourth Monthly Interim Application of Piper Jaffray & Co. for the time period May 1, 2006 through May 31, 2006 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Joseph J. Radecki

Sworn to and subscribed before me
this 12th day of July, 2006

My commission expires:

EUGENIE FRANCOIS
Notary Public, State of New York
No. 01FR6032966
Qualified in N.Y. & Ulster County
Commission Expires 04-19-10

2

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 5/1/2006 | 1.8 | Business operations | Review information on potential acquisition |
| Jonathan Brownstein | 5/1/2006 | 2.8 | Business operations | Review information on German loan and potential acquisition by Company |
| Ritwik Chatterjee | 5/1/2006 | 3.8 | Business operations | Review materials on international loan review materials on strategic acquisition / related analysis |
| Joseph Radecki | 5/2/2006 | 1.0 | Business operations | Conference call re: acquisition, pension/post-retirement benefits, etc. |
| Jonathan Brownstein | 5/2/2006 | 1.0 | Business operations | Conference call re: potential acquisition and pension information |
| Ritwik Chatterjee | 5/2/2006 | 1.0 | Business operations | Conference call on acquisition and other matters |
| Geoffrey Zbikowski | 5/2/2006 | 1.0 | Business operations | Analysis and review of materials re: German loan and business acquisition; Conference call |
| Jonathan Brownstein | 5/3/2006 | 2.3 | Financial analysis | Pension funding analysis and research |
| Ritwik Chatterjee | 5/3/2006 | 3.0 | Financial analysis | Financial analysis regarding Grace's acquisition |
| Geoffrey Zbikowski | 5/3/2006 | 4.0 | Financial analysis | Financial work and research on business acquisition |
| Joseph Radecki | 5/4/2006 | 2.8 | Business operations | Review data on pension funding received from Company |
| Jonathan Brownstein | 5/4/2006 | 4.0 | Business operations | Review information from Company on pension funding |
| Ritwik Chatterjee | 5/4/2006 | 3.8 | Business operations | Review information provided by Company on pension funding, etc. |
| Geoffrey Zbikowski | 5/4/2006 | 4.8 | Business operations | Financial work and research on acquisition; review and research of pension materials |
| Joseph Radecki | 5/5/2006 | 3.0 | Financial analysis | Review of motion on environmental issue; Review of financial materials provided |
| Jonathan Brownstein | 5/5/2006 | 3.0 | Financial analysis | Review information provided by Company prior to financial meeting; review motion re: environmental settlement |
| Ritwik Chatterjee | 5/8/2006 | 3.0 | Financial analysis | Review Grace's financial briefing packet |
| Geoffrey Zbikowski | 5/8/2006 | 1.0 | Financial analysis | Analysis related to quarterly results |
| Jonathan Brownstein | 5/9/2006 | 2.0 | Financial analysis | Review March 2006 financial briefing materials |
| Ritwik Chatterjee | 5/9/2006 | 4.0 | Financial analysis | Review March 2006 financial briefing materials |
| Geoffrey Zbikowski | 5/9/2006 | 3.8 | Financial analysis | Financial reporting package review; analysis related to quarterly results |
| Ritwik Chatterjee | 5/11/2006 | 2.0 | Financial analysis | Various financial analysis relating to potential strategic acquisition |
| Joseph Radecki | 5/12/2006 | 1.3 | Business operations | Review of analysis on potential acquisition |
| Ritwik Chatterjee | 5/12/2006 | 3.8 | Financial analysis | Various financial analysis relating to potential strategic acquisition |
| Geoffrey Zbikowski | 5/12/2006 | 4.0 | Financial analysis | Analysis relating to business acquisition |
| Joseph Radecki | 5/15/2006 | 5.8 | Financial analysis | Conference call re: pension issues; telephonic attendance of court hearing |
| Jonathan Brownstein | 5/15/2006 | 5.8 | Financial analysis | Review Q1 financial materials; call re: pension issues; court hearing; preparation for mediation |
| Ritwik Chatterjee | 5/15/2006 | 5.8 | Financial analysis | Review quarterly financial packet / Conference call regarding pension issues |
| Geoffrey Zbikowski | 5/15/2006 | 5.0 | Financial analysis | Analysis relating to business acquisition; conf call re: Company pension; mediation preparatory work |
| Joseph Radecki | 5/16/2006 | 5.5 | Business operations | Attend mediation |
| Jonathan Brownstein | 5/16/2006 | 5.5 | Business operations | Mediation attendance: Caplin & Drysdale/Kirkland & Ellis |
| Ritwik Chatterjee | 5/16/2006 | 4.0 | Business operations | Analysis related to ongoing mediation proceedings |
| Geoffrey Zbikowski | 5/16/2006 | 4.0 | Business operations | Analysis related to mediation proceedings |
| Joseph Radecki | 5/17/2006 | 2.0 | Business operations | Conference call re: pension/post-retirement benefits with FCR's counsel; additional conference call re: same topics with FCR & PD representatives |
| Jonathan Brownstein | 5/17/2006 | 2.0 | Business operations | Conference call re: pension with Orrick / Conference call re: pension with FCR & PD representatives |
| Ritwik Chatterjee | 5/17/2006 | 4.0 | Business operations | Conference call regarding pension issues and other case matters with FCR counsel / Conference call regarding pension issues and other case matters with counsel and others / Related analysis |
| Geoffrey Zbikowski | 5/17/2006 | 5.3 | Business operations | Conference calls re: pension matters; analysis for mediation |
| Geoffrey Zbikowski | 5/18/2006 | 2.0 | Financial analysis | Analysis for mediation |
| Geoffrey Zbikowski | 5/19/2006 | 2.8 | Financial analysis | Analysis for mediation; industry research |
| Geoffrey Zbikowski | 5/22/2006 | 3.0 | Business operations | Research on competitors post-retirement benefits, etc. |
| Joseph Radecki | 5/23/2006 | 2.0 | Business operations | Conference call re: pension/post-retirement benefits; review of analysis regarding same |
| Jonathan Brownstein | 5/23/2006 | 3.0 | Business operations | Conference call re: pension; follow-up analysis |
| Ritwik Chatterjee | 5/23/2006 | 4.3 | Business operations | Pension analysis and related research |
| Geoffrey Zbikowski | 5/23/2006 | 4.3 | Business operations | Research on competitors post-retirement benefits, etc. |
| Joseph Radecki | 5/26/2006 | 1.8 | Business operations | Conference call re: pension/post-retirement benefits issues; review of related materials |
| Jonathan Brownstein | 5/26/2006 | 3.3 | Business operations | Conference call re: pension issues / review of related materials |
| Ritwik Chatterjee | 5/26/2006 | 1.0 | Business operations | Conference call regarding pension issues |
| Geoffrey Zbikowski | 5/26/2006 | 1.0 | Business operations | Conference call re: pension matters |
| Joseph Radecki | 5/29/2006 | 2.3 | Business operations | Mediation preparation work |
| Jonathan Brownstein | 5/29/2006 | 1.8 | Business operations | Preparation for mediation |
| Ritwik Chatterjee | 5/29/2006 | 3.0 | Business operations | Analysis related to ongoing mediation proceedings |
| Joseph Radecki | 5/30/2006 | 4.3 | Business operations | Mediation preparation work; mediation attendance |
| Jonathan Brownstein | 5/30/2006 | 4.0 | Business operations | Mediation attendance |
| Ritwik Chatterjee | 5/30/2006 | 4.3 | Business operations | Analysis related to ongoing mediation proceedings |
| Geoffrey Zbikowski | 5/30/2006 | 1.3 | Business operations | Industry research |
| Geoffrey Zbikowski | 5/31/2006 | 2.8 | Business operations | Industry research |

# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

Data Services (Court Filings, Research Databases, etc.)
| | | |
|---|---|---|
| Geoffrey Zbikowski | 5/04/06 | $ 49.56 |
| **Total Misc. Data Services:** | | **49.56** |

Telephone
| | | |
|---|---|---|
| Joseph Radecki | 5/01/06 | 35.50 |
| Joseph Radecki | 5/01/06 | 70.14 |
| Ritwik Chatterjee | 5/08/06 | 60.31 |
| Jonathan Brownstein | 5/18/06 | 31.32 |
| Ritwik Chatterjee | 5/31/06 | 29.91 |
| **Total Telephone:** | | **227.18** |

**TOTAL EXPENSES:**                                $276.74