IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 9300, 9302, |
| | ) | 9315, and 12405 |

**CERTIFICATION OF COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS REGARDING PROPOSED ORDER MODIFYING VARIOUS DEADLINES REGARDING <u>OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS</u>**

1.  On July 24, 2006, the stay of the proceedings was lifted and the Court, among other things, directed the Debtors to meet and confer with the Official Committee of Asbestos Property Damage Claimants (the "<u>PD Committee</u>") and counsel to holders of asbestos property damage claims ("<u>PD Claims</u>") to prepare a new Case Management Order and Notice with respect to the 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the 15th Omnibus Objection) (Docket No. 9315) which addresses the claims objection process and PD estimation process going forward.

2.  The Debtors and the PD Committee met and conferred, but were unable to reach agreement on a Case Management Order and Notice due to a number of reasons, including the Debtors' failure to provide notice of their proposed Case Management Order and Notice to all counsel to holders of PD Claims.

3.  On August 17, 2006, the Debtors filed their Certification of Counsel with respect to their proposed Case Management Order and Notice [Docket No. 13007]. In their

MIAMI 1139817.1 7481715537

Certification, the Debtors' stated that they believed the Case Management Order and Notice attached thereto "accurately reflects the Court's recent rulings with respect to the PD claims process." The PD Committee strongly disagrees with this statement and urges the Court not to enter the Order or approve the Notice before the parties have an opportunity to present this matter to the Court on August 21, 2006.

Wilmington, Delaware
Dated:  August 18, 2006

Respectfully submitted,

BILZIN SUMBERG BAENA
  PRICE & AXELROD LLP
200 South Biscayne Boulevard
Suite 2500
Miami, Florida  33131-2336
Telephone:  (305) 374-7580

Scott L. Baena (Admitted Pro Hac Vice)
Jay M. Sakalo (Admitted Pro Hac Vice)

and

FERRY JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware  19899
Telephone:  (302) 575-1555

By:  /s/ Lisa L. Coggins
Theodore J. Tacconelli  (Del. Bar No. 2678)
Lisa L. Coggins  (Del. Bar No. 4234)

CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS