IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 9622 |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR AN ORDER ESTABLISHING A PROOF OF CLAIM FOR ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMS

1. On October 10, 2005, the Debtors filed their Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims (Docket No. 9622) (the "Bar Date Motion").

2. At the July 24, 2006 hearing, the Court addressed comments regarding (a) the W.R. Grace & Co. Asbestos PI Proof of Claim Form; (b) the Asbestos PI Pre-Petition Litigation Bar Notice; and (c) the Order (i) Establishing the Asbestos PI Pre-Petition Bar Date and (ii) Approving the Asbestos PI Proof of Claim Form and the Asbestos PI Bar Date Notice (collectively, the Bar Date materials").

3. In light of the Court's ruling and comments at the July 24, 2006, the Debtors revised and circulated the Bar Date Materials to counsel for the Official Committee of Asbestos Personal Injury Claimants, counsel for the Future Claimants Representative, counsel for the Official Committee of Asbestos Property Damage Claimants, counsel for the Equity Holders Committee, and counsel for the Official Committee of Unsecured Claimants. The Debtors further revised the Bar Date Materials to address comments received by various parties. However, the Debtors and the Official Committee of Asbestos Personal Injury Claimants,

K&E 11302392.1

having met and conferred, were unable to reach agreement with respect to certain provisions of the Bar Date Materials.

4. The Debtors believe that the attached Bar Date Material accurately reflects the Court's recent rulings. Accordingly, the Debtors respectfully request the Court (i) enter the Bar Date Order, (2) approve the Bar Date Notice and Asbestos PI Proof of Claim Form.

Dated: August 18, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

_____  BAR No 4283
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042 )
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession