IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John C. Phillips, Jr., a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves for the admission *pro hac vice* of Raymond G. Mullady, Jr., Esquire, of Orrick, Herrington & Sutcliffe LLP, Washington Harbour, 3050 K Street, N.W., Washington, D.C. 20007, to represent David T. Austern, the Future Claimants' Representative, in the above-referenced action. The Admittee is an attorney at law duly admitted to practice in the District of Columbia and the State of Maryland. The Admittee is also duly admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Fourth, Sixth, Eighth and Eleventh Circuits and the United States District Courts for the District of Columbia, Maryland, and Arizona.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)

The Admittee certifies that he is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdictions shown above, and that he voluntarily submits himself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in United States District Court Local Rule 83.6(e).

The Admittee is not currently, nor has he ever been, subject to any disciplinary action.

                          ORRICK, HERRINGTON & SUTCLIFFE, LLP

                          *[signature]*

                          RAYMOND G. MULLADY, JR., ESQUIRE
                          Washington Harbour
                          3050 K Street, NW
                          Washington, DC 2000
                          (202) 339-8400
                          (202) 339-8500 (fax)

DATED: August 21, 2006

MOTION GRANTED.

Dated: _____                _____
                                        THE HONORABLE JUDITH K. FITZGERALD
                                        U.S. BANKRUPTCY COURT JUDGE

US_EAST:160050437.1