IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John C. Phillips, Jr., a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves for the admission *pro hac vice* of Garret G. Rasmussen, Esquire, of Orrick, Herrington & Sutcliffe LLP, Washington Harbour, 3050 K Street, N.W., Washington, D.C. 20007, to represent David T. Austern, the Future Claimants' Representative, in the above-referenced action. The Admittee is an attorney at law duly admitted to practice in the District of Columbia and the Commonwealth of Massachusetts. The Admittee is also duly admitted to practice before the United States Supreme Court, and the United States Courts of Appeals for the District of Columbia and the Second and Fifth Circuits.

                                              PHILLIPS, GOLDMAN & SPENCE, P.A.

                                              /s/ John C. Phillips, Jr.
                                              JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                                              1200 N. Broom Street
                                              Wilmington, DE 19806
                                              (302) 655-4200
                                              (302) 655-4210 (fax)

The Admittee certifies that he is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdictions shown above, and that he voluntarily submits himself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in United States District Court Local Rule 83.6(e).

The Admittee is not currently, nor has he ever been, subject to any disciplinary action.

          ORRICK, HERRINGTON & SUTCLIFFE, LLP

          _/s/ Garret G. Rasmussen_
          GARRET G. RASMUSSEN, ESQUIRE
          Washington Harbour
          3050 K Street, NW
          Washington, DC 20007
          (202) 339-8400
          (202) 339-8500 (fax)

DATED: August 21, 2006

MOTION GRANTED.

Dated: _____          _____
                                          THE HONORABLE JUDITH K. FITZGERALD
                                          U.S. BANKRUPTCY COURT JUDGE