IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. | ) (Jointly Administered) |
|  | ) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

    I, ROSE M. MEADE, do hereby certify that I am over the age of 18, and that on this 21st day of August 2006, I caused copies of the Motion and Order for Admission Pro Hac Vice of Garret G. Rasmussen to be served by first class mail, postage prepaid, on those individuals shown in the attached service list.

Rose M. Meade
Orrick, Herrington & Sutcliffe LLP

US_EAST:160020714.1