IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **NO ORDER REQUIRED** |
| ) | |
| ) | **Rel. D.I. 12870** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 12870**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,
objection or other responsive pleading to the Twenty-Ninth Interim Application of Capstone
Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for
Allowance of Compensation and for Services Rendered and Reimbursement of Expenses
Incurred for the Period June 1, 2006 through June 30, 2006 (the "Application") [Docket No.
12870] filed on July 28, 2006.

The undersigned further certifies that he has reviewed the Court's docket in these cases
and that no answer, objection or other responsive pleading to the Application appears thereon.
Pursuant to the Notice of Application, objections to the Application were to be filed and served
no later than August 17, 2006 at 4:00 p.m.

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation ($112,294.80) and one hundred percent (100%) of expenses ($1,263.86) without further order from the court.

Dated:  August 21, 2006
     Wilmington, DE

        Michael R. Lastowski (DE I.D. No. 3892)
        Richard W. Riley (DE I.D. No. 4052)
        DUANE MORRIS LLP
        1100 N. Market Street, Suite 1200
        Wilmington, DE 19801-1246
        Telephone:   (302)-657-4900
        Facsimile:   (302)-657-4901
        Email:   mlastowski@duanemorris.com

        *Co-Counsel for the Official*
        *Committee of Unsecured Creditors*