IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et</u> <u>al</u>. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**EXPERT WITNESS DISCLOSURES**

The Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace

& Co. *et al.* (the "Debtors"), by its undersigned counsel, hereby identifies the following

witnesses who may testify on its behalf in the asbestos personal injury estimation

proceedings.  The Committee does not presently plan to introduce expert testimony of its

own (with the one exception set forth below), but reserves the right to do so in the event

that the Debtors do not present such testimony.  The Committee intends to join in all

discovery sought by the Debtors and fully participate in the estimation proceedings.

The Committee presently plans to present expert testimony from Letitia Chambers

of Navigant Consulting concerning, generally, the value of present and future personal

injury asbestos claims, and the Debtors' aggregate liability for such claims.

The Committee reserves the right to supplement these disclosures in response to the other parties' expert disclosures and after further investigation and discovery.

Dated:  August 21, 2006

           Respectfully submitted,

           **STROOCK & STROOCK & LAVAN LLP**

           Lewis Kruger
           Kenneth Pasquale
           (members of the Firm)
           180 Maiden Lane
           New York, New York 10038
           Telephone:  (212) 806-5400
           Facsimile:  (212) 806-6006

           -and-

           DUANE MORRIS LLP

           Michael R. Lastowski (DE I.D. No. 3892)
           Richard W. Riley (DE I.D. No. 4052)
           1100 North Market Street, Suite 1200
           Wilmington, DE  19801
           Telephone:    (302) 657-4900
           Facsimile:    (302) 657-4901
           E-mail:       mlastowski@duanemorris.com
           E-mail:       rwriley@duanemorris.com

           -and-

           William S. Katchen
           DUANE MORRIS LLP
           744 Broad Street, Suite 1200
           Newark, NJ  07102
           Telephone:    (973) 424-2031
           Facsimile:    (973) 424-2001

           *Co-Counsel to the Official Committee*
           *of Unsecured Creditors*

- 2 -