IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## LIBBY CLAIMANTS' DISCLOSURE OF POTENTIAL EXPERT WITNESSES

Claimants injured by exposure to asbestos from the Debtors' operations near Libby, Montana (the "Libby Claimants",[1] identify the following, as individuals likely to be called as expert witnesses during the bankruptcy Estimation Hearing. Since it is not clear what Grace's contentions may be against the Libby Claimants, and since discovery has not been completed, the Libby Claimants reserve their rights to supplement/alter this list as necessary and to designate additional/alternative individuals to testify at the Estimation Hearing. This list includes potential testifying experts only, and not consulting experts. Moreover, the identification of any individual on this list does not necessarily mean that the Libby Claimants intend to depose or offer testimony from a particular witness. The following individuals are listed in alphabetical order.

Carl Andrew Brodkin, MD MPH
Occupational & Environmental Medicine
3607 47th Ave. NE
Seattle, WA 98105
(206) 523-4180

Bruce Winston Case, M.D., M.Sc., Dipl. Occ. Hyg., F.R.C.P.(C.)
Department of Pathology
Montreal General Hospital
Third Floor, Room C3-157
1650 Cedar Avenue
Montreal, Quebec H3G 1A4
(514) 934-1934

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 12645], as it may be amended and restated from time to time.

393.001-13534.doc

Arthur L. Frank, MD, PhD
Drexel University
School of Public Health
245 N. 15th Street, Mail Stop 660
Philadelphia, PA 19102
(215) 762-3930

Alan C. Whitehouse, M.D.
Center for Asbestos Related Disease
214 East 3rd Street
Libby, MT 59923
(406) 293-9274

The Libby Claimants also reserve the right to call as an expert any expert witness identified on any other parties' designation of expert witnesses.

Dated: August 21, 2006               LANDIS RATH & COBB LLP

                                     /s/ Kerri Mumford
                                     Adam G. Landis (No. 3407)
                                     Kerri Mumford (No. 4186)
                                     919 Market Street, Suite 600
                                     P.O. Box 2087
                                     Wilmington, DE 19801
                                     Telephone: (302) 467-4400
                                     Facsimile: (302) 467-4450

                                     -and-

                                     Daniel C. Cohn, Esq.
                                     Christopher M. Candon, Esq.
                                     COHN WHITESELL & GOLDBERG LLP
                                     101 Arch Street
                                     Boston, MA 02110
                                     Telephone: (617) 951-2505
                                     Facsimile: (617) 951-0679

                                     Counsel for Libby Claimants

2