IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | Case No. 01-1139 (JKF) |
| | ) | |
| **Debtors.** | ) | Objection Deadline: September 11, 2006 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO THIRTEENTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2006 THROUGH JUNE 30, 2006**

Name of Applicant: Towers Perrin Tillinghast

Authorized to Provide Professional
Services to: David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention: As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004)

Period for which compensation is
sought: June 1, 2006 through June 30, 2006

Amount of Compensation (100%) sought
as actual, reasonable, and necessary: $18,132.50

80% of fees to be paid: $14,506.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $     0.00

Total Fees @ 80% and 100%
Expenses: $14,506.00

This is an:   __  interim   _X_  monthly   __  final application.

## COMPENSATION SUMMARY
### June 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | $625 | 14.50 | $9,062.50 |
| Jeff Kimble | Consulting Actuary (5 years) ACAS | $350 | 2.20 | $770.00 |
| Melissa Chung | Analyst (1 year) | $250 | 8.00 | $2,000.00 |
| Julianne Callaway | Analyst (2 years) | $300 | 11.00 | $3,300.00 |
| Adam Luechtefeld | Analyst (2 years) | $250 | 9.00 | $2,250.00 |
| Nicole King | Analyst (4 years) | $250 | 3.00 | $750.00 |
| Total Blended Rate: $380.14 | | | 47.70 | $18,132.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 47.70 | $18,132.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| June 2006 – Grand Total | $18,132.50 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _Jennifer L. Biggs_
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: _August 17_, 2006

2