# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Category | Description |
|---|---|---|---|---|---|---|
| Jenni Biggs | 6/1/2006 | 5.40 | $625 | $3,375.00 | Analysis | Analysis of CMS database |
| Jenni Biggs | 6/3/2006 | 0.10 | $625 | $62.50 | Analysis | Analysis of CMS database |
| Jenni Biggs | 6/5/2006 | 0.50 | $625 | $312.50 | Analysis | Review of CMS database/discussion w/ Rick Wyron |
| Jenni Biggs | 6/6/2006 | 0.50 | $625 | $312.50 | Analysis | Review of CMS database |
| Jenni Biggs | 6/12/2006 | 1.30 | $625 | $812.50 | Analysis | CMS database |
| Jenni Biggs | 6/19/2006 | 0.50 | $625 | $312.50 | Analysis | Review updated model indications |
| Jenni Biggs | 6/22/2006 | 1.00 | $625 | $625.00 | Planning | Conversation with Orrick |
| Jenni Biggs | 6/22/2006 | 3.60 | $625 | $2,250.00 | Analysis | CMS database |
| Jenni Biggs | 6/23/2006 | 1.50 | $625 | $937.50 | Analysis | CMS database |
| Jenni Biggs | 6/26/2006 | 0.10 | $625 | $62.50 | Planning | |
| | | 14.50 | | $9,062.50 | | |
| Jeff Kimble | 6/19/2006 | 2.20 | $350 | $770.00 | Analysis | Model update |
| | | 2.20 | | $770.00 | | |
| Melissa Chung | 6/1/2006 | 7.00 | $250 | $1,750.00 | Analysis | Data summarization |
| Melissa Chung | 6/22/2006 | 1.00 | $250 | $250.00 | Analysis | Manville data request; review data questions to lawyers |
| | | 8.00 | | $2,000.00 | | |
| Julianne Callaway | 6/5/2006 | 2.00 | $300 | $600.00 | Analysis | Database work |
| Julianne Callaway | 6/6/2006 | 4.00 | $300 | $1,200.00 | Analysis | Database work |
| Julianne Callaway | 6/9/2006 | 4.00 | $300 | $1,200.00 | Analysis | Set up exhibits and populate with data |
| Julianne Callaway | 6/13/2006 | 1.00 | $300 | $300.00 | Analysis | Updating exhibits following tech review comments |
| | | 11.00 | | $3,300.00 | | |
| Adam Luechtefeld | 6/9/2006 | 0.50 | $250 | $125.00 | Analysis | Tech review |
| Adam Luechtefeld | 6/12/2006 | 5.00 | $250 | $1,250.00 | Analysis | Tech review |
| Adam Luechtefeld | 6/13/2006 | 1.50 | $250 | $375.00 | Analysis | Tech review |
| Adam Luechtefeld | 6/14/2006 | 1.50 | $250 | $375.00 | Analysis | Tech review |
| Adam Luechtefeld | 6/20/2006 | 0.50 | $250 | $125.00 | Analysis | Tech review |
| | | 9.00 | | $2,250.00 | | |
| Nicole King | 6/23/2006 | 3.00 | $250 | $750.00 | Analysis | Tab delimited export file |
| | | 3.00 | | $750.00 | | |
| | **Total** | 47.70 | | $18,132.50 | | |