IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: December 1, 2006 at 4:00 p.m. |
| ) | Hearing: December 18, 2006 at 2:00 p.m. |

**COVER SHEET TO SIXTH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2006 THROUGH JUNE 30, 2006**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | April 1, 2006 through June 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $31,895.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is an:   __X__ interim   ___ monthly   ___ final application.

## COMPENSATION SUMMARY
### April 1, 2006 through June 30, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | $625 | 18.90 | $11,812.50 |
| Atul Malhotra | Consulting Actuary (6 years) FCAS | $425 | 6.50 | $2,762.50 |
| Jeffrey Kimble | Consulting Actuary (5 years) ACAS | $350 | 2.20 | $770.00 |
| Melissa Chung | Analyst (1 year) | $250 | 41.00 | $10,250.00 |
| Julianne Callaway | Analyst (2 years) | $300 | 11.00 | $3,300.00 |
| Nicole King | Analyst (4 years) | $250 | 3.00 | $750.00 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 9.00 | $2,250.00 |
| Total Blended Rate: $348.20 | | | 91.60 | $31,895.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 91.60 | $31,895.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| April – June 2006 – Grand Total | $31,895.00 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _/s/ Jennifer L. Biggs_
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: _August 17,_ 2006