IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| W.R. GRACE & CO., <u>et al</u>. | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING SIXTH QUARTERLY INTERIM APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2006 THROUGH JUNE 30, 2006**

Towers Perrin Tillinghast ("Tillinghast"), as actuarial consultants to David T. Austern, the Future Claimants Representative (the "FCR"), filed its Sixth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period April 1, 2006 through June 30, 2006 (the "Sixth Quarterly Application"). The Court has reviewed the Sixth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Sixth Quarterly Application, and any hearing on the Sixth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Sixth Quarterly Application. Accordingly, it is hereby

ORDERED that the Sixth Quarterly Application of Tillinghast is GRANTED on an interim basis. The Debtors shall pay to Tillinghast the sum of $31,895.00 as compensation and $0.00 as reimbursement for expenses, for a total of $31,895.00 for services rendered and disbursements incurred by Tillinghast for the period April 1, 2006

through June 30, 2006, less any amounts which may have been previously paid in connection with Tillinghast's monthly fee applications for this period.

Dated: _____, 2006

_____
United States Bankruptcy Judge