IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: December 1, 2006 at 4:00 p.m. |
| ) | Hearing: December 18, 2006 at 2:00 p.m. |

**COVER SHEET TO SECOND QUARTERLY APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2006 THROUGH JUNE 30, 2006**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 (pursuant to this Court's Order entered May 8, 2006) |
| Period for which compensation is sought: | April 1, 2006 through June 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $456,045.25 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 14,568.92 |

This is an:    _X_ interim    __ monthly    __ final application.

## PRIOR APPLICATIONS FILED

Orrick was retained effective February 6, 2006, pursuant to this Court's Order entered May 8, 2006. Orrick has previously filed the following quarterly fee applications:

a. First Quarterly Fee Application for the time period February 6, 2006 through March 31, 2006 in the amount of $206,292.25 in fees and $7,501.32 in expense for a total of $213,793.57.

## COMPENSATION SUMMARY
### APRIL 1, 2006 THROUGH JUNE 30, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| William D. Berry | Partner, 7 years in position; 34 years relevant experience; 1972, Employee Benefits | $620 | 12.7 | $7,874.00 |
| Stephen G. Foresta | Partner, 8 years in position; 17 years relevant experience; 1988, Litigation | $675 | 22.7 | $15,322.50 |
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 150.3 | $104,690.00[1] |
| Jonathan P. Guy | Partner, 6 years in position; 13 years relevant experience; 1993, Bankruptcy | $605 | 1.5 | $907.50 |
| Robert F. Lawrence | Partner, 9 years in position; 20 years relevant experience; 1983, Environmental Law, Bankruptcy | $600 | 2.6 | $1,560.00 |
| Raymond G. Mullady, Jr. | Partner, 13 years in position; 23 years relevant experience; 1983, Litigation | $660 | 31.5 | $20,790.00 |
| Garret G. Rasmussen | Partner, 24 years in position; 32 years relevant experience; 1974, Litigation. | $645 | 44.8 | $28,896.00 |
| Michael T. Stolper | Partner, 5 years in position; 13 years relevant experience; 1993, Insurance | $585 | 10.0 | $5,850.00 |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 181.3 | $114,455.25[2] |

---

1 This amount reflects a reduction of $2,066.25 (April 2006), $725.00 (May 2006) and $1,486.25 (June 2006) for the 50% discount of hourly rates for non-working travel.
2 This amount reflects a reduction of $741.75 (April 2006) and $1,741.50 (May 2006) for the 50% discount of hourly rates for non-working travel.

2

| Name | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $500 | 14.2 | $7,100.00 |
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $490 | 15.3 | $7,497.00 |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 124.0 | $50,220.00 |
| Antony P. Kim | Associate, 1 year in position; 3 years relevant experience; 2003, Commercial Litigation | $375 | 3.3 | $1,237.50 |
| Kimberly E. Neureiter | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $375 | 116.2 | $43,575.00 |
| Katherine Thomas | Associate, 3 years in position; 3 years relevant experience; 2003, Bankruptcy | $325 | 42.8 | $13,910.00 |
| Shannon Dawn Venegas | Associate, 2 years in position; 2 years relevant experience; 2004, Litigation | $325 | 2.00 | $650.00 |
| Rachael M. Barainca | Legal Assistant | $140 | 115.9 | $16,226.00 |
| Caren Biberman | Librarian | $195 | 3.3 | $643.50 |
| Yonatan Even | Legal Assistant | $200 | 14.3 | $2,860.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 56.1 | $11,781.00 |
| **Total** | | | **964.80** | **$456,045.25** |
| **Blended Rate: $472.68** | | | | |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 1, 2006 THROUGH JUNE 30, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 31.9 | $5,411.00 |
| Compensation of Professionals-Orrick | 30.50 | $6,314.00 |
| Compensation of Professionals-Other | 88.7 | $17,043.00 |
| Due Diligence | 7.3 | $4,783.50 |
| Litigation | 519.1 | $287,394.50 |
| Insurance | 75.4 | $42,630.50 |
| Plan & Disclosure Statement | 182.3 | $83,155.00 |
| Retention of Professionals-Orrick | 3.3 | $763.00 |
| Retention of Professionals-Other | 6.8 | $1,790.00 |
| Travel Time (Non-Working) | 19.5 | $6,760.75 |
| TOTAL | 964.80 | $456,045.25 |

3

## EXPENSE SUMMARY
## APRIL 1, 2006 THROUGH JUNE 30, 2006

| Expense Category | Total |
|---|---:|
| Duplicating and Facsimile | $2,765.15 |
| Meals | $12.45 |
| Pacer | $356.24 |
| Parking | $37.00 |
| Postage | $886.81 |
| Research/State Lien Searches/Corporate Information | $1,976.59 |
| Secretarial Overtime | $371.54 |
| Telephone | $79.22 |
| Travel - Taxi | $125.35 |
| Travel - Airfare | $2,076.50 |
| Westlaw and Lexis Research | $5,882.07 |
| **TOTAL** | **$14,568.92** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2006, are as follows:

a.   *Duplicating* -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.   *Long Distance Telephone and Facsimile Charges* -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.   *Messenger and Courier Service* -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.   *Overtime* -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

e.  *Computerized Research* -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for free internet research.

                Respectfully submitted,

                ORRICK, HERRINGTON & SUTCLIFFE LLP

                By: _____
                  Roger Frankel, admitted *pro hac vice*
                  Richard H. Wyron, admitted *pro hac vice*
                  3050 K Street, NW
                  Washington, DC  20007
                  (202) 339-8400
                  Co-Counsel to David T. Austern, Future Claimants Representative

Dated: August 21, 2006