# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: June 26, 2006 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## THIRD MONTHLY INTERIM APPLICATION OF
## ORRICK, HERRINGTON & SUTCLIFFE LLP, COUNSEL TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Orrick, Herrington & Sutcliffe LLP, counsel to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its Third Monthly Application of Orrick,

Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of

Expenses as counsel to the FCR for the time period April 1, 2006 through April 30, 2006,

seeking payment of fees in the amount of $100,290.00 (80% of $125,362.50) and expenses in the

amount of $1,783.43, for a total amount of $102,073.43 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 26, 2006 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

   Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

                                   ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 6, 2006               By:_____
                                      Roger Frankel, admitted *pro hac vice*
                                      Richard H. Wyron, admitted *pro hac vice*
                                      The Washington Harbour
                                      3050 K Street, NW
                                      Washington, DC 20007
                                      (202) 339-8400
                                      Co-Counsel to David T. Austern, Future Claimants
                                      Representative

                                   —and—

                                      PHILLIPS, GOLDMAN & SPENCE, P.A.
                                      John C. Phillips, Jr. (#110)
                                      1200 North Broom Street
                                      Wilmington, DE 19806
                                      (302) 655-4200
                                      (302) 655-4210 (fax)
                                      Co-Counsel to David T. Austern, Future Claimants
                                      Representative

                                   -3-

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) ) ) | **Case No. 01-1139 (JKF)** |
| **Debtors.** | ) ) ) | Objection Deadline: June 26, 2006 at 4:00p.m. Hearing: Schedule If Necessary (Negative Notice) |

**COVER SHEET TO THIRD MONTHLY INTERIM APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2006 THROUGH APRIL 30, 2006**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006 |
| Period for which compensation is sought: | April 1, 2006 through April 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $125,362.50 |
| 80% of fees to be paid: | $100,290.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,783.43 |
| Total Fees @ 80% and 100% Expenses: | $102,073.43 |

This is an:    ___   interim    _X_   monthly    ___   final application.

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 2.90 hours and the corresponding fees are $873.00 and no expenses for Orrick's fee applications and 41.80 hours and $9,314.00 in fees and $38.40 in expenses for the FCR and/or his other professionals' fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's third interim fee application for the period April 1-30, 2006.  Orrick is filing simultaneously herewith its first and second interim fee applications for the period February 6-28, 2006 and March 1-31, 2006, respectively.

To date, Orrick has not received payments from the Debtors.

## COMPENSATION SUMMARY
### APRIL 1-30, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Stephen G. Foresta | Partner, 8 years in position; 17 years relevant experience; 1988, Litigation | $675 | 4.00 | $2,700.00 |
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 46.90 | $31,936.25[2] |
| William D. Berry | Partner, 7 years in position; 34 years relevant experience; 1972, Employee Benefits | $620 | 1.20 | $930.00 |
| Robert F. Lawrence | Partner, 3 years in position; 23 years relevant experience; 1983, Environmental Law, Bankruptcy | $600 | 2.60 | $1,560.00 |
| Garret G. Rasmussen | Partner, 1 years in position; 32 years relevant experience; 1974, Litigation | $645 | 21.30 | $13,738.50 |
| Michael T. Stolper | Partner, 5 years in position; 13 years relevant experience; 1993, Insurance | $585 | 3.50 | $2,047.50 |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 48.60 | $30,605.25[3] |
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $500 | 10.20 | $5,100.00 |

---

2 This amount reflects a reduction of $2,066.25 for the 50% discount rate non-working travel.
3 This amount reflects a reduction of $741.75 for the 50% discount rate non-working travel.

## COMPENSATION SUMMARY, CONT'D
### APRIL 1-30, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 36.10 | $14,620.50 |
| Antony P. Kim | Associate, 1 year in position; 3 years relevant experience; 2003, Commercial Litigation | $375 | 2.00 | $750.00 |
| Kimberly E. Neureiter | Associate, 3 years in position; 4 years relevant experience; 2002, Bankruptcy | $375 | 35.70 | $13,387.50 |
| Rachael M. Barainca | Legal Assistant | $140 | 27.80 | $3,892.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 19.50 | $4,095.00 |
| Total | | | 259.70 | $125,362.50 |
| Blended Rate: $482.72 | | | | |

## COMPENSATION BY PROJECT CATEGORY
### APRIL 1-30, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 5.80 | $896.00 |
| Due Diligence | 7.30 | $4,783.50 |
| Insurance | 15.90 | $10,261.50 |
| Litigation | 134.90 | $75,848.50 |
| Plan & Disclosure Statement | 39.60 | $19,889.50 |
| Retention of Professionals-Other | 1.10 | $201.50 |
| Compensation of Professionals-Other | 41.80 | $9,314.00 |
| Retention of Professionals-Orrick | 2.40 | $487.00 |
| Compensation of Professionals-Orrick | 2.90 | $873.00 |
| Travel Time (Non-Working) | 8.00 | $2,808.00 |
| TOTAL | 259.70 | $125,362.50 |

## EXPENSE SUMMARY
### APRIL 1-30, 2006

| Expense Category | Total |
|---|---|
| Duplicating | $485.20 |
| Telephone | $13.88 |
| Postage | $45.26 |
| Westlaw and Lexis Research | $841.50 |
| Travel - Taxi | $21.00 |
| Travel - Air Fare | $348.90 |
| Secretarial Overtime | $27.69 |
| **TOTAL** | **$1,783.43** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2006, is as follows:

      a.    ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

      b.    ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

      c.    ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

      d.    ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

-4-

e.   ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for free internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 6, 2006

By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## <u>VERIFICATION</u>

**DISTRICT OF COLUMBIA, TO WIT:**

     Roger Frankel, after being duly sworn according to law, deposes and says:

     1.    I am a partner of the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

     2.    I have personally performed many of the legal services rendered by Orrick as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Orrick as set forth in the invoices attached as Exhibit A hereto.

     3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                    _____

                                    Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS _6_ DAY OF JUNE, 2006

_Cheryl L. Best_
Notary Public

My commission expires: _11-14-10_

# EXHIBIT A



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 15, 2006
Client No. 17367
Invoice No. 1011879

Orrick Contact: Roger Frankel

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 2 - Case Administration**

| | | | |
|---|---|---|---|
| 04/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/04/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/05/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/06/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/10/06 | D. Fullem | Review docket update. | 0.10 |
| 04/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/12/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/13/06 | D. Fullem | Discuss with D. Felder matters set for hearing on April 17. | 0.20 |
| 04/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/19/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/20/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/26/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/27/06 | D. Fullem | Discuss transition of calendars with D. Felder. | 0.30 |
| 04/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 04/28/06 | D. Fullem | Review docket and update calendar of deadlines and hearings; prepare e-mail and forward to R. Wyron. | 0.60 |

Total Hours            5.80
Total For Services            $896.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 4.60 | 140.00 | 644.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

May 15, 2006
Invoice No. 1011879

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.20 | 210.00 | 252.00 |
| Total All Timekeepers | 5.80 | $154.48 | $896.00 |

Disbursements
    Duplicating Expense          28.05
    Telephone                   11.20
                      Total  Disbursements         $39.25


**Total For This Matter**         $935.25



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 5 – Due Diligence**

| | | | |
|---|---|---|---|
| 04/13/06 | R. Lawrence | Review draft indemnity agreement (.2); discuss background with M. Wallace (.2); review and comment upon proposed indemnity agreement and changes regarding cleanup standards (.3); confirm conclusions in discussion with M. Wallace (.1). | 0.80 |
| 04/14/06 | R. Lawrence | Discussion with M. Wallace re indemnity exclusions for Connecticut site (.1); review messages from and coordinate with counsel for other parties (.1); provide explanation of factual situation and background to other counsel (W. Lohman) and commence discussions with them (.2). | 0.40 |
| 04/17/06 | R. Lawrence | Review status of due diligence and drafting and prepare status report for M. Wallace (1.0). | 1.00 |
| 04/18/06 | R. Lawrence | Review correspondence from company counsel regarding changes to environmental indemnity (.2); advise client team on acceptability (.1); review and revise final language and complete communications regarding same (.1). | 0.40 |
| 04/27/06 | R. Wyron | Review memorandum from Piper on proposed transaction in preparation for call. | 0.70 |
| 04/27/06 | R. Frankel | Review e-mails re proposed transaction (.6); review Piper Jaffray memo re acquisition (.6). | 1.20 |
| 04/28/06 | R. Wyron | Review Piper memorandum on proposed transaction (.3); call with D. Austern, R. Frankel and Piper Jaffray, and follow-up notes. (1.3). | 1.60 |
| 04/28/06 | R. Frankel | Review file in preparation for conference call (.6); telephone conference with Piper Jaffray, D. Austern re acquisition, cash flow issues (.6). | 1.20 |

|  |  |  |
|---|---|---|
| Total Hours | 7.30 | |
| Total For Services | | $4,783.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 2.40 | 725.00 | 1,740.00 |
| Robert F. Lawrence | 2.60 | 600.00 | 1,560.00 |
| Richard H. Wyron | 2.30 | 645.00 | 1,483.50 |
| Total All Timekeepers | 7.30 | $655.27 | $4,783.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

May 15, 2006
Invoice No. 1011879

**Total For This Matter**        **$4,783.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/02/06 | R. Wyron | Continue review of proposed Equitas agreement. | 0.60 |
| 04/03/06 | R. Frankel | Initial review of Grace insurance memos. | 1.20 |
| 04/04/06 | R. Wyron | Continue review of Equitas agreement and outline issues (.6); confer with R. Horkavich (counsel for ACC) (.8); follow-up notes (.3). | 1.70 |
| 04/05/06 | M. Stolper | Analyze settlement (1.5); review prior insurance settlements; agreement prepared memo (1.0); call with R. Wyron regarding settlement agreement (.5). | 3.00 |
| 04/05/06 | R. Wyron | Review agreement and draft comments (1.3); call with M. Stolper and revise comments (.9). | 2.20 |
| 04/06/06 | R. Wyron | Review notes on Equitas agreement (.7); draft e-mail to K&E regarding issues, and follow-up (1.1). | 1.80 |
| 04/07/06 | S. Foresta | Review and analyze draft Equitas settlement agreement. | 0.70 |
| 04/10/06 | S. Foresta | Begin review and analysis of insurance binder summarizing coverage issues and settlement status. | 1.80 |
| 04/11/06 | M. Stolper | Call with R. Wyron and S. Foresta regarding availability and allocation of insurance, relative positions of bankruptcy committees and requirements going forward. | 0.50 |
| 04/11/06 | R. Wyron | Call to S. Foresta on London proposal and follow-up (.6); review status and notes on open items (.3). | 0.90 |
| 04/11/06 | S. Foresta | Prepare for and participate in conference call with R. Wyron and M. Stolper to discuss Equitas settlement agreement and other insurance issues (1.2); follow up meeting with M. Stolper and further review of insurance binder (.3). | 1.50 |

Total Hours                    15.90

Total For Services                    $10,261.50

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Stephen G. Foresta | 4.00 | 675.00 | 2,700.00 |
| Roger Frankel | 1.20 | 725.00 | 870.00 |
| Michael T. Stolper | 3.50 | 585.00 | 2,047.50 |
| Richard H. Wyron | 7.20 | 645.00 | 4,644.00 |
| Total All Timekeepers | 15.90 | $645.38 | $10,261.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

May 15, 2006
Invoice No. 1011879

Disbursements
    Duplicating Expense

| | | |
|---|---|---|
| Duplicating Expense | 145.75 | |
| Total  Disbursements | | $145.75 |

**Total For This Matter**    **$10,407.25**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 04/05/06 | R. Frankel | Review D. Austern memos re Libby issues; review, consider Libby plan structure. | 0.70 |
| 04/06/06 | D. Felder | Review Debtors' draft motion to contribute to pension plan (.4); prepare summary e-mail to R. Frankel and R. Wyron regarding same (.2). | 0.60 |
| 04/10/06 | D. Felder | Review Debtors' proposed motion to contribute to union pension plan (.4); e-mail to R. Frankel and R. Wyron regarding same (.1); review revised amounts for Debtors' to contribute to pension plan (.2). | 0.70 |
| 04/10/06 | R. Frankel | Review series of e-mails with agreement between PI and PD asbestos (.6); telephone conference with D. Austern regarding status (.3). | 0.90 |
| 04/10/06 | R. Frankel | Review further pleadings from J. Brownstein re pension underfunding. | 1.10 |
| 04/11/06 | D. Felder | Review docket and recently filed motions by Debtors. | 1.50 |
| 04/11/06 | R. Wyron | Review hearing agenda (.3); review documents exchanged on the Libby discovery issues (.6). | 0.90 |
| 04/11/06 | R. Frankel | Telephone conference with J. Radecki regarding pension plan and proposed acquisition of new business (.5); review Piper Jaffray memo regarding acquisition (.8). | 1.30 |
| 04/11/06 | R. Frankel | Telephone conference with D. Austern regarding various pending matters, sale memo from Piper Jaffray. | 0.40 |
| 04/11/06 | R. Frankel | Review new pleadings filed by Libby claimants; review Libby issues regarding discovery. | 1.80 |
| 04/11/06 | R. Frankel | Telephone conference with P. Lockwood regarding hearing and mediation (.7); review issues regarding same with R. Wyron (.4). | 1.10 |
| 04/12/06 | K. Neureiter | Confer with G. Rasmussen re expert discovery. | 0.20 |
| 04/12/06 | K. Neureiter | Review FRCP rules/annotations re expert discovery. | 0.50 |
| 04/12/06 | K. Neureiter | Review stipulation. | 0.20 |
| 04/12/06 | K. Neureiter | Review treatises and case law re scope of expert discovery. | 4.20 |
| 04/12/06 | D. Felder | Conference with R. Wyron regarding meeting with mediator regarding Whitehouse discovery. | 0.10 |
| 04/12/06 | G. Rasmussen | Review of proposed expert stipulation and identification of issues we need to examine. | 1.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

May 15, 2006
Invoice No. 1011879

| 04/12/06 | R. Wyron | Review confidentiality stipulation for experts and e-mails regarding same (.4); confer with D. Felder and follow-up (.3). | 0.70 |
|---|---|---|---|
| 04/12/06 | R. Frankel | Review issues regarding expert testimony, possible stipulation with R. Wyron (.4); review issues regarding Libby (.5). | 0.90 |
| 04/13/06 | K. Neureiter | Continue review of cases re expert discovery. | 1.80 |
| 04/13/06 | K. Neureiter | Meet with G. Rasmussen to discuss results re expert discovery. | 0.30 |
| 04/13/06 | K. Neureiter | Conduct follow-up research per G. Rasmussen re production of expert models results in anti-trust cases. | 1.20 |
| 04/13/06 | D. Felder | Review briefs and motion to dismiss Libby appeal and prepare e-mail summary to R. Frankel and R. Wyron (4.0); review Grace's recent and previous motions to contribute to pension plans (.6); conference with K. Neureiter regarding restitution (.1). | 4.70 |
| 04/13/06 | D. Felder | Attend mediation regarding Dr. Whitehouse discovery issues (2.0); review notes regarding same (.4). | 2.40 |
| 04/13/06 | G. Rasmussen | Review draft stipulation; review K. Neureiter's research on discoverability of expert models. | 0.50 |
| 04/13/06 | R. Wyron | Call with PI and PD counsel on hearing strategy and follow-up (.6); confer with R. Frankel and notes re same (.4); review e-mails on discovery mediation session (.4). | 1.40 |
| 04/13/06 | R. Frankel | Telephone conference with P. Lockwood in preparation for hearing; conference call with S. Baena and P. Lockwood in preparation for hearing; notes regarding same. | 0.90 |
| 04/13/06 | R. Frankel | Telephone conference with J. Radecki regarding status of mediation discussions. | 0.30 |
| 04/13/06 | R. Frankel | Review pleadings regarding Libby discovery issues. | 1.10 |
| 04/14/06 | D. Felder | Review Grace's motions to contribute to pension plans and exhibits regarding same (.4); conference with R. Frankel regarding same (.1); conferences with R. Frankel and R. Wyron regarding Whitehouse discovery mediation (.2); conference with R. Wyron regarding upcoming issues (.1). | 0.80 |
| 04/14/06 | G. Rasmussen | Review court papers concerning expert reports. | 0.50 |
| 04/14/06 | R. Wyron | Review open issues on Libby stipulation and suggested changes from ACC. | 0.60 |
| 04/14/06 | R. Frankel | Confer with D. Austern re mediation, hearing on 4/17, Libby issues. | 1.10 |
| 04/14/06 | R. Frankel | Telephone conference with P. Lockwood re hearing, telephone conference with D. Bernick; telephone conference with D. Bernick re Libby issues; notes re same. | 0.70 |
| 04/14/06 | R. Frankel | Review issues re mediation; review with R. Wyron. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -          May 15, 2006
17367                                                                         Invoice No. 1011879
page 9

| 04/14/06 | R. Frankel | Prepare outline for meeting with client (.4); consider mediation issues (.4). | 0.80 |
|---|---|---|---|
| 04/16/06 | D. Felder | Review proposed order authorizing discovery of Whitehouse materials and proposed protective order. | 0.90 |
| 04/17/06 | R. Barainca | Obtain W.R. Grace's recent 10-K. | 0.20 |
| 04/17/06 | D. Felder | Review various draft proposed orders regarding Whitehouse discovery issues (3.8); conference calls with Debtors, Libby claimants and other parties regarding same (3.1); telephone conferences with R. Frankel and R. Wyron regarding same (.3); telephonic participation in omnibus hearing (1.5); review docket and recently filed pleadings (.4). | 9.10 |
| 04/17/06 | R. Frankel | Prepare for hearing re exclusivity, mediation, Libby claimants during travel to Wilmington. | 2.40 |
| 04/17/06 | R. Frankel | Confer with P. Lockwood in preparation for hearing. | 1.40 |
| 04/17/06 | R. Frankel | Attend Omnibus hearing in Wilmington. | 2.60 |
| 04/18/06 | D. Felder | Review proposed order regarding extension of time to return asbestos personal injury questionnaires. | 0.10 |
| 04/18/06 | R. Frankel | Telephone conference with R. Wyron re his telephone conversation with E. Inselbuch, plan issues (.3); prepare notes re plan issues (.3). | 0.60 |
| 04/18/06 | R. Frankel | Telephone conference with D. Austern re Grace hearing, mediation session. | 0.30 |
| 04/19/06 | D. Felder | Review proposed order regarding extension of exclusivity and e-mail to R. Frankel and R. Wyron regarding same (.2); review proposed order denying Libby's motion for fees (.1); review docket and recently filed pleadings (.7). | 1.00 |
| 04/19/06 | M. Wallace | Review correspondence regarding mediation meeting. | 0.10 |
| 04/19/06 | R. Frankel | Prepare for mediation session during travel to NY. | 2.60 |
| 04/19/06 | R. Frankel | Meeting before mediation session with client, ACC, Prop. Committee. | 1.20 |
| 04/19/06 | R. Frankel | Attend mediation session at Strook (1.5); prepare notes re same (.3). | 1.80 |
| 04/20/06 | R. Barainca | Obtain requested documents for D. Felder. | 0.40 |
| 04/20/06 | D. Felder | Telephone conference with B. Harding regarding Whitehouse discovery issues (.1); review protective orders entered by Judge Molloy in Montana criminal case (.5); review proposed orders and blacklines regarding Whitehouse discovery and telephone conference with R. Wyron (2.7). | 3.30 |
| 04/20/06 | R. Wyron | Review issues on Whitehouse discovery orders and follow-up (.7); begin review of pension motion (.4). | 1.10 |
| 04/20/06 | R. Frankel | Telephone conference with E. Inselbuch re status, mediation issues; notes re same. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -       May 15, 2006
17367                                                                      Invoice No. 1011879
page 10

| 04/20/06 | R. Frankel | Review series of e-mails and order re mediation extension. | 0.60 |
|---|---|---|---|
| 04/21/06 | K. Neureiter | Draft G. Rasmussen status e-mail re research on disclosure of expert rebuttal witnesses. | 0.20 |
| 04/21/06 | K. Neureiter | Meet with G. Rasmussen and discuss disclosure of expert's models; rebuttal expert witnesses and research needed to attack opposing expert and reports. | 0.40 |
| 04/21/06 | K. Neureiter | Confer with R. Wyron re status and timeline for litigation. | 0.20 |
| 04/21/06 | K. Neureiter | Review Wright & Miller re disclosure of rebuttal expert witnesses. | 0.80 |
| 04/21/06 | K. Neureiter | Review 3rd circuit cases and district court local rules re disclosure of expert rebuttal witnesses (3.4); confer briefly with G. Rasmussen re results (.2). | 3.60 |
| 04/21/06 | K. Neureiter | Review e-mails from D. Felder re transcripts and questionnaire. | 0.20 |
| 04/21/06 | D. Felder | Conference with R. Wyron regarding Whitehouse discovery orders (.2); conference call with Debtors and other parties in interest regarding same (1.0); telephone conference with J. Biggs regarding update (.1); telephone conference with G. Rasmussen and K. Neureiter regarding discovery issues (.1); review estimation materials in preparation for discovery issues (2.0). | 3.40 |
| 04/21/06 | G. Rasmussen | Outline of cross-examination points for experts on estimating claims (2.8); Conferences with potential rebuttal witnesses -- Itamar Simonson (.3), Dan Rubenfeld (.2). | 3.30 |
| 04/21/06 | R. Wyron | Review proposed revisions to Libby discovery order and organize materials for conference call (.7); call with J. Sakalow (.3); call with parties on discovery order and follow-up (1.2); review draft and propose language for exclusivity order (.3). | 2.50 |
| 04/21/06 | R. Frankel | Telephone conference with J. Radecki re mediation; review file re financial issues. | 0.60 |
| 04/21/06 | R. Frankel | Review miscellanous pleadings in case. | 0.40 |
| 04/22/06 | D. Felder | Review motions scheduled for May omnibus hearing and prepare e-mail summary regarding same (1.0); review estimation materials for G. Rasmussen (1.2). | 2.20 |
| 04/22/06 | G. Rasmussen | Review binder of pleadings relaxant to claims estimation proceeding (2.5); analyze the experts that the debtor has designated and outline possible rebuttal experts we may need (1.0); read articles by our experts and draft questions for them in preparation for Thursday's conference call (1.0). | 4.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

May 15, 2006
Invoice No. 1011879

| 04/23/06 | G. Rasmussen | Review of status of document production and interrogatory answers (1.0); analyze whether agreements between ACC and Debtor provide sufficient protection to the FCC (1.3); outline of information we would like to get in discovery and comparison with items requested by ACC in its interrogatories and document requests (1.2). | 3.50 |
|---|---|---|---|
| 04/23/06 | R. Wyron | Review Libby discovery motion and protective order and respond to B. Harding draft (1.2); e-mails with D. Felder on mediator call (.2). | 1.40 |
| 04/24/06 | K. Neureiter | Review Grace's Motion to Approve CMO and Future Claimants Objection to CMO per D. Felder. | 0.70 |
| 04/24/06 | K. Neureiter | Continue review of cases re rebuttal expert. | 1.20 |
| 04/24/06 | K. Neureiter | Review Wright & Moore re basis to exclude witnesses and/or witness reports. | 0.70 |
| 04/24/06 | W. Berry | Telephone conference with R. Wyron re pension funding, pension freeze issues. | 0.50 |
| 04/24/06 | G. Rasmussen | Outline of future discovery we need that is not covered by ACC discovery (3.5); consideration of requesting that Claims questionnaire be sent to past claimants who were paid (1.0). | 4.50 |
| 04/24/06 | R. Wyron | Review materials for call with mediator (.3); call with Mediator and follow-up notes (.6); review e-mails and revisions to order (.3); begin review of materials for 4/25 Libby hearing (.6); calls to Kirkland re Libby hearing (.4); call to B. Berry re pension issues and follow-up (.9). | 3.10 |
| 04/24/06 | R. Frankel | Review Pointer statement; review Libby issues re appeal. | 0.50 |
| 04/25/06 | W. Berry | Review R. Wyron e-mail, Grace motion re pension plan funding, prepare e-mail to R. Wyron. | 0.70 |
| 04/25/06 | W. Berry | Telephone conference with Altman re pension funding issues. | 0.30 |
| 04/25/06 | R. Wyron | Review materials on Libby motion (.8); attend hearing on Libby motion re Montana stay (.6); review restitution cases (.8); review prior year's pension motions (1.3); outline objection to pension motion (1.2). | 4.70 |
| 04/25/06 | R. Frankel | Review issues, e-mails re status of mediation (.3); review with R. Wyron issues re Libby, appeal hearing (.2). | 0.50 |
| 04/26/06 | R. Frankel | Review with R. Wyron hearing before Judge Buchwalter, review issues re possible asbestos plan, pension funding. | 0.50 |
| 04/26/06 | R. Frankel | Confer with R. Wyron, M. Wallace re term sheet for asbestos plan of reorganization, notes re same. | 0.90 |
| 04/26/06 | R. Frankel | Review reports re appropriate discount rate for future asbestos claims. | 0.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    May 15, 2006
17367    Invoice No. 1011879
page 12

| 04/27/06 | A. Kim | Participate in conference call with future claims expert (.6); conference with G. Rasmussen regarding next steps (.3); development of cross-examination strategy for debtor's experts (.3). | 1.20 |
|---|---|---|---|
| 04/27/06 | D. Felder | Review recently filed pleadings (.5); review pleadings in preparation for conference call with Tillinghast team (.5); conference call with G. Rasmussen and Tillinghast team regarding expert discovery (.6). | 1.60 |
| 04/27/06 | G. Rasmussen | Prepare for and participate in conference call with expert (1.5); outline of discovery we need (1.0); analysis of whether stipulation on production of data relating to models would be in the interest of our client (1.0). | 3.50 |
| 04/27/06 | R. Wyron | Review e-mails on pension issues (.6); calls with PI and PD on potential pension objection and follow-up notes (.6); calls and e-mails with Debtors regarding potential objection to pension motion and follow-up (1.2); review draft stipulations for Libby discovery mediation (.3); participate in discovery call with mediator and follow-up (1.1); call to D. Austern regarding status of discovery, pension motion, and other pending matters (1.3); follow-up with D. Felder on database issues (.3). | 5.40 |
| 04/27/06 | R. Frankel | Review issues re exclusivity, funding, cash flow (.3); telephone conference with D. Austern re pension and other issues (.4); confer with R. Wyron (.2). | 0.90 |
| 04/27/06 | R. Frankel | Confer with R. Wyron re pension funding, possible acquisition (.3); review pleading re pension funding (.5). | 0.80 |
| 04/27/06 | R. Frankel | Review 2nd Circuit opinion re restitution issues. | 0.80 |
| 04/28/06 | A. Kim | Analyze preparation materials for G. Rasmussen regarding future claims experts, publications and related materials. | 0.80 |
| 04/28/06 | K. Neureiter | Research 3rd circuit cases excluding witness reports and begin reviewing results. | 2.90 |
| 04/28/06 | D. Felder | E-mail correspondence with D. Fullem regarding upcoming deadlines and hearings. | 0.20 |
| 04/30/06 | R. Wyron | Review Libby draft discovery orders for 5/1 call (.5); review calendar and follow-up on deadlines and pending motions (.6). | 1.10 |

Total Hours 134.90
Total For Services $75,848.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 0.60 | 140.00 | 84.00 |
| William D. Berry | 1.50 | 620.00 | 930.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

May 15, 2006
Invoice No. 1011879

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 32.60 | 405.00 | 13,203.00 |
| Roger Frankel | 34.60 | 725.00 | 25,085.00 |
| Antony P. Kim | 2.00 | 375.00 | 750.00 |
| Kimberly E. Neureiter | 19.30 | 375.00 | 7,237.50 |
| Garret G. Rasmussen | 21.30 | 645.00 | 13,738.50 |
| Mary A. Wallace | 0.10 | 500.00 | 50.00 |
| Richard H. Wyron | 22.90 | 645.00 | 14,770.50 |
| Total All Timekeepers | 134.90 | $562.26 | $75,848.50 |

Disbursements
    Local Taxi Expense         21.00
    Telephone         2.68
    Travel Expense, Air Fare         348.90
    Westlaw Research         174.00

                  Total  Disbursements         $546.58

            **Total For This Matter**         **$76,395.08**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 04/11/06 | R. Wyron | Review status of mediation and organize materials for next session. | 0.90 |
| 04/12/06 | R. Frankel | Review financial analysis regarding possible creditors plan and mediation issues. | 1.60 |
| 04/13/06 | K. Neureiter | Meet with R. Wyron and receive research assignment re impact of criminal restitution order on bankruptcy proceeding. | 0.40 |
| 04/13/06 | K. Neureiter | Review indictment and confer briefly with D. Felder. | 0.40 |
| 04/13/06 | K. Neureiter | Perform research and review results re criminal restitution. | 2.60 |
| 04/14/06 | K. Neureiter | Continue research and review results re jurisdiction of bankruptcy court over USD criminal restitution order. | 5.90 |
| 04/14/06 | K. Neureiter | Meet with R. Wyron to discuss results. | 0.40 |
| 04/14/06 | R. Wyron | Confer with D. Austern and follow-up on open issues (.3); confer with K. Neureiter on restitution (.4); review e-mails on pending offers (.4). | 1.10 |
| 04/17/06 | K. Neureiter | Conduct research re restitution and Sections 362 and 363. | 4.00 |
| 04/18/06 | K. Neureiter | Draft research summary e-mail to R. Wyron. | 0.40 |
| 04/18/06 | K. Neureiter | Finish reviewing research re restitution and Sections 362 and 363. | 2.30 |
| 04/18/06 | R. Wyron | Call with E. Inselbach and follow-up notes (.4); calls to and from Piper Jaffray and follow-up on analysis (.8); call to R. Frankel on status and strategy for 4/19 mediation session (.4). | 1.60 |
| 04/19/06 | R. Wyron | Review data from Piper Jaffray (.7); calls to and from R. Frankel and J. Brownstein regarding analysis (.4); confer with D. Austern and follow-up (.4); meet with PI and PD Committees regarding strategy for presentation to Unsecureds (.9); mediation session with Unsecureds and follow-up notes (1.6). | 4.00 |
| 04/24/06 | R. Wyron | Review e-mail from Judge Pointer (.2); review status with R. Frankel and follow-up notes (.8). | 1.00 |
| 04/24/06 | R. Frankel | Review file, pleadings re possible alternative plan. | 0.70 |
| 04/25/06 | R. Wyron | Review e-mail from E. Inselbuch on settlement prospects and creditors' response. | 0.40 |
| 04/26/06 | M. Wallace | Meet with R. Frankel and R. Wyron regarding term sheet for asbestos plan and review correspondence from Piper Jaffray regarding USG term sheet for non-debtor plan. | 0.50 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

May 15, 2006
Invoice No. 1011879

| 04/27/06 | M. Wallace | Begin drafting term sheet for plan with asbestos constituents. | 8.00 |
| 04/27/06 | R. Wyron | Review term sheet issues with M. Wallace. | 0.40 |
| 04/27/06 | R. Frankel | Review issues (some with D. Austern) re possible alternative plan. | 0.70 |
| 04/28/06 | M. Wallace | Finalize term sheet for plan with asbestos constituents and distribute internally for comment. | 1.60 |
| 04/28/06 | R. Wyron | Review draft term sheet and outline issues. | 0.70 |

|  | Total Hours | 39.60 |  |
|  | Total For Services |  | $19,889.50 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Roger Frankel | 3.00 | 725.00 | 2,175.00 |
| Kimberly E. Neureiter | 16.40 | 375.00 | 6,150.00 |
| Mary A. Wallace | 10.10 | 500.00 | 5,050.00 |
| Richard H. Wyron | 10.10 | 645.00 | 6,514.50 |
| Total All Timekeepers | 39.60 | $502.26 | $19,889.50 |

Disbursements
  Duplicating Expense               229.65
  Lexis Research                    195.50
  Westlaw Research                  472.00
                  Total Disbursements               $897.15

                  **Total For This Matter**               **$20,786.65**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 16

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 04/13/06 | R. Barainca | Prepare Notices of Hearing for Application to Employ Orrick and Piper Jaffray, and Withdraw Swidler. | 0.70 |
| 04/13/06 | D. Felder | Telephone conference with J. Brownstein regarding application to employ Piper Jaffray. | 0.10 |
| 04/14/06 | D. Fullem | Prepare electronic filing of notice of hearing on Motion for Leave to Withdraw Swidler Berlin. | 0.20 |
| 04/20/06 | D. Fullem | Review e-mail from R. Wyron; review case for Deloitte involvement; update R. Wyron regarding same. | 0.10 |

Total Hours          1.10
Total For Services                    $201.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 0.70 | 140.00 | 98.00 |
| Debra Felder | 0.10 | 405.00 | 40.50 |
| Debra O. Fullem | 0.30 | 210.00 | 63.00 |
| Total All Timekeepers | 1.10 | $183.18 | $201.50 |

Disbursements
    Duplicating Expense                     73.50
                            Total  Disbursements          $73.50

**Total For This Matter**          **$275.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 17

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 04/03/06 | R. Barainca | Edit Seventh Quarterly for Swidler and send to C. Hartman for filing. | 0.40 |
| 04/03/06 | R. Barainca | Edit Eighth Quarterly for Swidler and send to C. Hartman for filing. | 0.30 |
| 04/03/06 | D. Fullem | Review and respond to e-mail from R. Malstrom regarding reconciling recent Grace payment to Swidler. | 0.30 |
| 04/04/06 | R. Barainca | Edit August 2005 Monthly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit September 2005 Monthly Fee Application for D. Austern. | 0.10 |
| 04/04/06 | R. Barainca | Edit October 2005 Monthly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit November 2005 Monthly Fee Application for D. Austern. | 0.10 |
| 04/04/06 | R. Barainca | Edit December 2005 Monthly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit February 2006 Monthly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit Sixth Quarterly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | R. Barainca | Edit Seventh Quarterly Fee Application for D. Austern. | 0.20 |
| 04/04/06 | D. Fullem | Review fee auditor's initial report on Swidler's December fee statement (.3); prepare e-mail to R. Wyron and D. Felder regarding same and issues/concerns raised by fee auditor (.2); confer with D. Felder and R. Barainca regarding proposed response (.2). | 0.70 |
| 04/04/06 | D. Fullem | Update fee and expense spreadsheet for Swidler. | 0.10 |
| 04/04/06 | D. Fullem | Review and revise drafts of fee applications prepared by R. Barainca for D. Austern. | 0.50 |
| 04/04/06 | D. Fullem | Review voice-mail and e-mail from R. Malstrom regarding Grace payment; review spreadsheet for 20% fee holdback amounts; prepare e-mail to R. Malstrom regarding breakdown for same. | 0.90 |
| 04/05/06 | R. Barainca | Edit Sixth Quarterly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Edit Seventh Quarterly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Edit August 2005 Monthly Fee Application for D. Austern. | 0.10 |
| 04/05/06 | R. Barainca | Edit September 2005 Monthly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Edit October 2005 Monthly Fee Application for D. Austern. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

May 15, 2006
Invoice No. 1011879

| 04/05/06 | R. Barainca | Edit November 2005 Monthly Fee Application for D. Austern. | 0.30 |
|---|---|---|---|
| 04/05/06 | R. Barainca | Edit December 2005 Monthly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Edit February 2006 Monthly Fee Application for D. Austern. | 0.30 |
| 04/05/06 | R. Barainca | Locate Fee Auditor's Final Reports on Swidler, Caplin & Drysdale and Kirkland & Ellis for D. Felder regarding response to Swidler's Nineteenth Interim Period. | 0.30 |
| 04/05/06 | R. Barainca | Prepare March 2006 Monthly Fee Application for D. Austern. | 0.70 |
| 04/05/06 | D. Felder | Review initial report from fee auditor for December 2005 invoice and begin preparation of response regarding same. | 0.50 |
| 04/06/06 | R. Barainca | Edit January 2006 Towers Perrin Tillinghast Monthly Fee Application. | 0.60 |
| 04/06/06 | R. Barainca | Edit February 2006 Towers Perrin Tillinghast Monthly Fee Application. | 0.60 |
| 04/06/06 | R. Barainca | Edit August 2005 Fee Application for D. Austern. | 0.30 |
| 04/06/06 | R. Barainca | Edit September 2005 Fee Application for D. Austern. | 0.30 |
| 04/06/06 | R. Barainca | Edit Certification of Counsel regarding the December 2005 Fee Application. | 0.50 |
| 04/06/06 | D. Fullem | Review e-mail from D. Felder with draft letter to S. Bossay responding to interim report on Swidler's December fee statement (.5); prepare edits to same and circulate to D. Felder and R. Wyron (.3); revise letter to S. Bossay (.4). | 1.20 |
| 04/06/06 | R. Wyron | Review Certificate of Counsel for Swidler and finalize. | 0.20 |
| 04/07/06 | R. Barainca | Edit March 2006 Monthly Fee Application for D. Austern. | 0.80 |
| 04/07/06 | R. Barainca | Prepare Eighth Quarterly Fee Application for D. Austern. | 1.00 |
| 04/07/06 | R. Barainca | Edit and send Certification of Counsel regarding December 2005 Monthly Fee Application to C. Hartman for filing. | 0.10 |
| 04/07/06 | D. Fullem | Review and reply to e-mail from R. Malstrom regarding Grace overpayment to Swidler. | 0.20 |
| 04/07/06 | D. Fullem | Confer with R. Barainca; review draft of Certification of Counsel regarding correction to Swidler's December fee statement. | 0.20 |
| 04/10/06 | R. Barainca | Edit Eighth Quarterly Fee Application for D. Austern. | 0.30 |
| 04/10/06 | R. Barainca | Edit March 2006 Monthly Fee Application for D. Austern. | 0.30 |
| 04/10/06 | D. Fullem | Follow up with R. Malstrom regarding expense detail on December invoices as requested by S. Bossay from office of the fee auditor. | 0.50 |
| 04/11/06 | R. Barainca | Edit Monthly and Quarterly Fee Applications for D. Austern and send to him for signing. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -       May 15, 2006
17367                                                                      Invoice No. 1011879
page 19

| | | | |
|---|---|---|---|
| 04/11/06 | D. Fullem | Prepare expense chart (1.0); review with D. Felder (.3); prepare revisions (.7); continue to update chart (.3); circulate to R. Wyron and D. Felder for review (.2); various e-mails to and from and discussions with R. Malstrom (.3). | 2.80 |
| 04/11/06 | D. Fullem | Confer with D. Felder regarding status of correction to CIBC December fee application; prepare e-mail to C. Hartman regarding same; prepare Notice of Document entered in error; forward to C. Hartman for filing. | 0.80 |
| 04/11/06 | D. Fullem | Prepare e-mail to S. Bossay regarding status of collecting receipts to expense inquiry and response to interim report. | 0.20 |
| 04/11/06 | D. Felder | Review response to fee auditor's initial report and conference with D. Fullem regarding same (.8); revise response regarding same (.2). | 1.00 |
| 04/11/06 | R. Wyron | Review fee auditor questions on Swidler and respond. | 0.40 |
| 04/12/06 | R. Barainca | Confer with R. Wyron and D. Felder to discuss the December 2005 expenses for Swidler. | 0.20 |
| 04/12/06 | R. Barainca | Confer with R. Wyron to discuss December 2005 expenses for Swidler. | 0.20 |
| 04/12/06 | R. Barainca | Pull invoices from November and December 2005 monthly fee applications for Swidler and prepare for R. Wyron. | 0.60 |
| 04/12/06 | R. Barainca | Confer with D. Felder to discuss December 2005 expenses for Swidler. | 0.70 |
| 04/12/06 | R. Barainca | Edit exhibit of the Expense Detail for the letter responding to the Fee Auditor's objection of Swidler's December 2005 Fee Application. | 0.70 |
| 04/12/06 | D. Fullem | Review and respond to e-mails from R. Wyron, D. Felder and R. Barainca regarding Swidler expense chart for fee auditor. | 0.50 |
| 04/12/06 | D. Felder | Conferences with R. Wyron and R. Barainca regarding response to fee examiner's initial report (.7); revise response to same (.8). | 1.50 |
| 04/13/06 | R. Barainca | Research on US Airways tickets for December 2005 expenses. | 0.70 |
| 04/13/06 | R. Barainca | Confer with D. Felder and D. Fullem regarding December 2005 Fee Expenses. | 0.50 |
| 04/13/06 | R. Barainca | Confer with D. Fullem regarding Fee Applications for D. Austern. | 0.10 |
| 04/13/06 | D. Fullem | Review supporting documents from Swidler on expenses (.4); update expense chart with additional expenses and other information (1.5); prepare letter in final (.3); prepare chart in final (.3); confer with R. Wyron and D. Felder regarding final (.1); prepare e-mail to S. Bossay at Fee Auditor's office (.2). | 2.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

May 15, 2006
Invoice No. 1011879

| 04/13/06 | D. Felder | Conference with D. Fullem and R. Barainca regarding response to fee examiner's initial report. | 0.20 |
|---|---|---|---|
| 04/16/06 | R. Wyron | Review fee applications for D. Austern. | 0.40 |
| 04/18/06 | R. Barainca | Edit, finalize and send D. Austern's Monthly and Quarterly Fee Applications to C. Hartman for filing. | 2.00 |
| 04/19/06 | R. Barainca | Edit March 2006 Fee Application and redline against the original. | 0.70 |
| 04/19/06 | R. Barainca | Edit Eighth Quarterly Fee Application and redline against the original. | 0.50 |
| 04/20/06 | D. Fullem | Telephone call from S. Bossay from fee auditor's office regarding no quarterly filed by CIBC for the period October-December 2005; check docket to confirm; prepare e-mail to J. Brownstein regarding same. | 0.50 |
| 04/20/06 | R. Wyron | Review D. Austern time entries. | 0.20 |
| 04/21/06 | D. Fullem | Review and respond to e-mail from R. Malstrom at Swidler regarding recent payment; review file and spreadsheets to determine application of payment; forward spreadsheet to R. Malstrom for application to invoices. | 0.50 |
| 04/21/06 | D. Fullem | Review and respond to e-mail from R. Chatterjee at Piper regarding CIBC's December monthly fee statement; forward copy of notice to correct docket entry for information. | 0.20 |
| 04/24/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of fee auditor's response to letter relating to Swidler's December fee application. | 0.20 |
| 04/25/06 | D. Fullem | Review package from CIBC; prepare notice and certificate of service for CIBC's Seventh Quarterly Fee Application; forward to C. Hartman to file and serve. | 0.60 |
| 04/25/06 | D. Fullem | Review e-mail from U.S. Trustee regarding issues with D. Felder's time entries for the December time period; research and prepare e-mail to R. Wyron regarding same. | 1.00 |
| 04/25/06 | R. Wyron | Review several fee applications for D. Austern (.8); review e-mail re Swidler from UST (.3). | 1.10 |
| 04/26/06 | R. Barainca | Edit D. Austern's Eighth Quarterly and March 2006 monthly fee applications. | 0.30 |
| 04/28/06 | R. Barainca | Pull exhibits from October-December 2005 Quarterly and January-February 2006 Quarterly for Swidler for D. Fullem. | 0.50 |
| 04/28/06 | R. Barainca | Prepare Certificates of No Objection for Tillinghast's January and February 2006 monthly fee applications. | 0.60 |
| 04/28/06 | R. Barainca | Edit D. Austern's March 2006 monthly fee application. | 0.30 |
| 04/28/06 | R. Barainca | Confer with D. Fullem regarding D. Austern's fee applications. | 0.10 |
| 04/28/06 | R. Barainca | Edit D. Austern's Eighth Quarterly Fee Application. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

May 15, 2006
Invoice No. 1011879

| 04/28/06 | D. Fullem | Confer with R. Wyron regarding response to U.S. Trustee regarding D. Felder's time entries (.1); prepare spreadsheet of questioned entries and include D. Felder's and D. Fullem's hourly rates (.7); discuss with R. Wyron regarding certain changes (.1.) | 0.90 |
|---|---|---|---|
| 04/28/06 | D. Fullem | Prepare e-mail to R. Barainca to prepare CNOs for Tillinghast January and February monthly fee applications. | 0.10 |
| 04/28/06 | R. Wyron | Review data, organize response and draft e-mail to US Trustee. | 0.70 |

Total Hours                    41.80
Total For Services                        $9,314.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 19.90 | 140.00 | 2,786.00 |
| Debra Felder | 3.20 | 405.00 | 1,296.00 |
| Debra O. Fullem | 15.70 | 210.00 | 3,297.00 |
| Richard H. Wyron | 3.00 | 645.00 | 1,935.00 |
| Total All Timekeepers | 41.80 | $222.82 | $9,314.00 |

Disbursements
    Duplicating Expense                    8.25
    Postage                                2.46
    Secretarial/Staff Overtime            27.69
                    Total  Disbursements                    $38.40

**Total For This Matter**                        **$9,352.40**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 04/04/06 | D. Fullem | Confer with D. Felder regarding objection deadline on Orrick application to employ; prepare Certificate of No Objection; forward same to C. Hartman to coordinate J. Phillips signature, electronic filing and service of same. | 0.60 |
| 04/12/06 | D. Fullem | Review e-mail from D. Felder regarding notice of hearing on Orrick employment application. | 0.10 |
| 04/13/06 | R. Barainca | Call to C. Hartman regarding filing of Notice of Hearing on Application to Employ Orrick. | 0.10 |
| 04/13/06 | R. Barainca | Prepare Notices of Hearing for Application to Employ Orrick and Piper Jaffray, and Withdraw Swidler. | 0.70 |
| 04/13/06 | D. Fullem | Meet with D. Felder and R. Barainca regarding hearing on Orrick employment application; discuss form of same with R. Barainca; review and revise same; coordinate service. | 0.50 |
| 04/14/06 | D. Fullem | Prepare electronic filing of notice of hearing on Application to Employ Orrick. | 0.20 |
| 04/14/06 | D. Felder | Conference with R. Frankel regarding applications to employ and review pleadings regarding same. | 0.20 |

Total Hours                2.40
Total For Services                                    $487.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 0.80 | 140.00 | 112.00 |
| Debra Felder | 0.20 | 405.00 | 81.00 |
| Debra O. Fullem | 1.40 | 210.00 | 294.00 |
| Total All Timekeepers | 2.40 | $202.92 | $487.00 |

Disbursements
    Postage                                        42.80
                        Total  Disbursements                    $42.80


                        **Total For This Matter**            **$529.80**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

May 15, 2006
Invoice No. 1011879



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 04/09/06 | D. Fullem | Review and revise February prebills. | 0.70 |
| 04/09/06 | D. Fullem | Prepare fee and expense summary relating to Orrick's February invoices. | 0.20 |
| 04/10/06 | R. Barainca | Prepare February 2006 Monthly Fee Application. | 0.70 |
| 04/13/06 | R. Barainca | Prepare First Monthly Fee Application for Orrick. | 0.50 |
| 04/16/06 | R. Wyron | Review March pre-bill. | 0.50 |
| 04/25/06 | R. Wyron | Review draft monthly fee application and revise. | 0.30 |

|  | Total Hours | 2.90 |  |
|---|---|---|---|
|  | Total For Services |  | $873.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 1.20 | 140.00 | 168.00 |
| Debra O. Fullem | 0.90 | 210.00 | 189.00 |
| Richard H. Wyron | 0.80 | 645.00 | 516.00 |
| Total All Timekeepers | 2.90 | $301.03 | $873.00 |

**Total For This Matter**          $873.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

May 15, 2006
Invoice No. 1011879

For Legal Services Rendered Through April 30, 2006 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| 04/17/06 | R. Frankel | Travel from Wilmington hearing (non-working). | 2.50 |
| 04/19/06 | R. Frankel | Travel from/to DC. | 3.20 |
| 04/25/06 | R. Wyron | Travel to hearing in Philadelphia on Libby motion regarding Montana stay. | 2.30 |

|  | Total Hours | 8.00 | |
|  | Total For Services | | $2,808.00 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Roger Frankel | 5.70 | 362.50 | 2,066.25 |
| Richard H. Wyron | 2.30 | 322.50 | 741.75 |
| Total All Timekeepers | 8.00 | $351.00 | $2,808.00 |

**Total For This Matter**                                   **$2,808.00**

**\* \* \* COMBINED TOTALS \* \* \***

| | Total Hours | 259.70 | |
| | Total Fees, all Matters | | $125,362.50 |
| | Total Disbursements, all Matters | | $1,783.43 |
| | Total Amount Due | | $127,145.93 |