# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | Objection Deadline: July 31, 2006 at 4:00 p.m. |
| | Hearing: Schedule if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## FOURTH MONTHLY INTERIM APPLICATION OF
## ORRICK, HERRINGTON & SUTCLIFFE LLP, COUNSEL TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Orrick, Herrington & Sutcliffe LLP, counsel to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its Fourth Monthly Application of Orrick,

Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of

Expenses as counsel to the FCR for the time period May 1, 2006 through May 31, 2006, seeking

payment of fees in the amount of $109,132.80 (80% of $136,416.00) and expenses in the amount

of $6,389.80, for a total amount of $115,522.60 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **July 31, 2006 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: July 10, 2006                    By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

--and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

-3-

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: July 31, 2006 at 4:00p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

### COVER SHEET TO FOURTH MONTHLY INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2006 THROUGH MAY 31, 2006

Name of Applicant:         Orrick, Herrington & Sutcliffe LLP ("Orrick")

Authorized to Provide Professional
Services to:         David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention:         As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006

Period for which compensation is
sought:         May 1, 2006 through May 31, 2006

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:         $136,416.00

80% of fees to be paid:         $109,132.80[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:         $ 6,389.80

Total Fees @ 80% and 100%
Expenses:         $115,522.60

This is an:   ___  interim   **X**  monthly   ___  final application.

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 8.60 hours and the corresponding fees are $1,885.50 and $4.41 in expenses for Orrick's fee applications and 29.90 hours and $4,821.00 in fees and $1,239.54 in expenses for the FCR and/or his other professionals' fee applications. Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's fourth interim fee application for the period May 1-31, 2006. Orrick has previously filed the following interim fee applications with the Court:

| Interim Period | Fees @ 100% | Fees @ 80% | Expenses @ 100% | Total Fees @ 100% & Expenses |
|---|---|---|---|---|
| First Interim Period February 6-28, 2006 | $89,026.00 | $71,220.80 | $0.00 | $71,220.80 |
| Second Interim Period March 1-31, 2006 | $117,266.25 | $93,813.00 | $7,501.32 | $101,314.32 |
| Third Interim Period April 1-30, 2006 | $125,362.50 | $100,290.00 | $1,783.43 | $102,073.43 |

To date, Orrick has not received any payments from the Debtors.

## COMPENSATION SUMMARY
### MAY 1-31, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Stephen G. Foresta | Partner, 8 years in position; 17 years relevant experience; 1988, Litigation | $675 | 12.50 | $8,437.50 |
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 45.80 | $32,480.00[2] |
| William D. Berry | Partner, 7 years in position; 34 years relevant experience; 1972, Employee Benefits | $620 | 10.00 | $6,200.00 |
| Garret G. Rasmussen | Partner, 24 years in position; 32 years relevant experience; 1974, Litigation | $645 | 1.00 | $645.00 |
| Michael T. Stolper | Partner, 5 years in position; 13 years relevant experience; 1993, Insurance | $585 | 5.50 | $3,217.50 |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 59.10 | $36,378.00[3] |
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $500 | 1.90 | $950.00 |

---

2 This amount reflects a reduction of $725.00 for the 50% discount rate non-working travel.
3 This amount reflects a reduction of $1,741.50 for the 50% discount rate non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $490 | 15.30 | $7,497.00 |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 10.90 | $4,414.50 |
| Antony P. Kim | Associate, 3 years in position; 3 years relevant experience; 2003, Commercial Litigation | $375 | 1.30 | $487.50 |
| Kimberly E. Neureiter | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $375 | 38.40 | $14,400.00 |
| Katherine Thomas | Associate, 3 years in position; 3 years relevant experience; 2003, Bankruptcy | $325 | 29.50 | $9,587.50 |
| | | | | |
| Rachael M. Barainca | Legal Assistant | $140 | 38.00 | $5,320.00 |
| Caren Biberman | Librarian | $195 | 3.30 | $643.50 |
| Yonatan Even | Legal Assistant | $200 | 14.30 | $2,860.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 13.80 | $2,898.00 |
| Total | | | 300.60 | $136,416.00 |
| Blended Rate: $453.81 | | | | |

## COMPENSATION BY PROJECT CATEGORY
### MAY 1-31, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 9.60 | $1,778.00 |
| Insurance | 36.80 | $17,417.50 |
| Litigation | 137.80 | $79,572.50 |
| Plan & Disclosure Statement | 68.50 | $27,794.00 |
| Retention of Professionals-Other | 1.10 | $405.00 |
| Compensation of Professionals-Other | 29.90 | $4,821.00 |
| Retention of Professionals-Orrick | .90 | $276.00 |
| Compensation of Professionals-Orrick | 8.60 | $1,885.50 |
| Travel Time (Non-Working) | 7.40 | $2,466.50 |
| TOTAL | 300.60 | $136,416.00 |

-3-

**EXPENSE SUMMARY**
**MAY 1-31, 2006**

| Expense Category | Total |
|---|---|
| Duplicating | $1,091.55 |
| Telephone | $12.59 |
| Postage | $514.14 |
| Westlaw and Lexis Research | $3,537.49 |
| Meals | $12.45 |
| Travel - Taxi | $86.45 |
| Travel - Air Fare | $778.89 |
| Pacer | $356.24 |
| **TOTAL** | **$6,389.80** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2006, is as follows:

a.    *Duplicating* -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.    *Long Distance Telephone and Facsimile Charges* -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.    *Messenger and Courier Service* -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.    *Overtime* -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

-4-

e.    ***Computerized Research*** — It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for free internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: July 10, 2006        By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

       Richard H. Wyron, after being duly sworn according to law, deposes and says:

       1.      I am a partner of the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

       2.      I have personally performed many of the legal services rendered by Orrick as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Orrick as set forth in the invoices attached as Exhibit A hereto.

       3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                  _____
                                    Richard H. Wyron

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 10th DAY OF JULY, 2006

_____
Notary Public

My commission expires: 11-14-10

# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# MAY 1-31, 2006



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 15, 2006
Client No. 17367
Invoice No. 1017990

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 2 – Case Administration**

| | | | |
|---|---|---|---|
| 05/02/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/04/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/05/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/05/06 | D. Fullem | Review docket updates in main and related cases (.2); prepare update to calendar of hearings and deadlines (.8). | 1.00 |
| 05/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/12/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/13/06 | D. Fullem | Review docket updates on main case and related cases (.4); update calendar of hearings and deadlines (.5); circulate to R. Wyron and D. Felder (.1). | 1.00 |
| 05/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/15/06 | D. Fullem | Prepare revised calendars with additional comments by D. Felder and circulate current update to R. Wyron. | 0.30 |
| 05/16/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/16/06 | D. Fullem | Review e-mail from D. Felder regarding information for calendar update. | 0.10 |
| 05/16/06 | D. Fullem | Review daily docket update. | 0.10 |
| 05/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/18/06 | D. Fullem | Review docket updates (.5); update Grace calendar and circulate to R. Wyron and D. Felder (1.0). | 1.50 |
| 05/18/06 | D. Fullem | Confer with P. Reyes regarding certain returned mail packages and updating of service list. | 0.10 |
| 05/19/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/19/06 | D. Fullem | Review and respond to D. Felder's comments to calendar (.2); prepare revised version of calendar and circulate to R. Wyron and D. Felder (.8). | 1.00 |
| 05/22/06 | D. Fullem | Review and update dockets; circulate to interested parties. | 0.10 |
| 05/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

June 15, 2006
Invoice No. 1017990

| 05/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/25/06 | D. Fullem | Review docket updates for the week (.4); prepare updated calendar of hearings and deadlines (.5); forward to R. Wyron and D. Felder (.1). | 1.00 |
| 05/26/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

Total Hours        9.60
Total For Services                    $1,778.00

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Rachael Barainca | 3.40 | 140.00 | 476.00 |
| Debra O. Fullem | 6.20 | 210.00 | 1,302.00 |
| Total All Timekeepers | 9.60 | $185.21 | $1,778.00 |

Disbursements
    Court Photocopy/Document Retrieval Fee        314.24
    Duplicating Expense        19.65
    Express Delivery        7.27
    Telephone        0.20

Total Disbursements        $341.36

**Total For This Matter**        **$2,119.36**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -   June 15, 2006
17367   Invoice No. 1017990
page 3

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 05/02/06 | Y. Even | Review of memos from Swidler Berlin regarding analysis of Grace's insurance assets. | 6.50 |
| 05/04/06 | Y. Even | Review of decisions on allocation of liability of Grace's insurers. | 4.30 |
| 05/09/06 | Y. Even | Review of decisions in Maryland v. Grace. | 3.50 |
| 05/15/06 | M. Stolper | Call with R. Wyron and S. Foresta to provide context for proposed settlement agreement. | 1.00 |
| 05/15/06 | R. Wyron | Confer with M. Stolper (.2); review pending Equitas issues (.6); organize call on Equitas (.6). | 1.40 |
| 05/24/06 | M. Stolper | Call with S. Foresta and R. Wyron regarding issues arising out of settlement agreement. | 0.50 |
| 05/24/06 | R. Wyron | Call with insurance coverage lawyers regarding Equitas deal and follow-up. | 0.60 |
| 05/24/06 | S. Foresta | Analyze various allocation scenarios to determine reasonableness of Lloyd's settlement (2.5); review revised settlement agreement and discuss issues and concerns with M. Stolper (2.0). | 4.50 |
| 05/25/06 | M. Stolper | Review revised draft of settlement agreement with Lloyds and discuss same with S. Foresta and R. Wyron. | 4.00 |
| 05/25/06 | S. Foresta | Review and analyze revised settlement agreement between Grace and Lloyd's of London (.8); meeting with M. Stolper to discuss same (.2); telephone conference with R. Wyron and J. Guy (.3). | 1.30 |
| 05/26/06 | R. Wyron | Review file and pleadings on Equitas settlement (1.2); call with S. Forester and M. Stolper regarding issues, strategy and follow-up (1.1); call to J. Baer and follow-up (.2). | 2.50 |
| 05/26/06 | S. Foresta | Prepare for and participate in conference call with R. Wyron and M. Stolper to review revised Settlement Agreement between Grace and Lloyd's (1.3); follow up review of file (.6). | 1.80 |
| 05/30/06 | S. Foresta | Continue review and analysis of allocation materials to assess reasonableness of Lloyd's Underwriters proposed settlement (2.9); review e-mail exchange between R. Wyron and R. Horkovich re conference call with Grace's counsel (.2). | 3.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

June 15, 2006
Invoice No. 1017990

| 05/31/06 | S. Foresta | Meet with M. Stolper to discuss settlement issues (.2); review e-mails re upcoming conference call with Grace's counsel (.1); continue analysis of settlement proposal (1.5). | 1.80 |
| --- | --- | --- | --- |

Total Hours                36.80
Total For Services                              $17,417.50

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Yonatan Even | 14.30 | 200.00 | 2,860.00 |
| Stephen G. Foresta | 12.50 | 675.00 | 8,437.50 |
| Michael T. Stolper | 5.50 | 585.00 | 3,217.50 |
| Richard H. Wyron | 4.50 | 645.00 | 2,902.50 |
| Total All Timekeepers | 36.80 | $473.30 | $17,417.50 |

Disbursements
    Duplicating Expense                    12.00
    Westlaw Research                          6.00
                              Total Disbursements                $18.00


                              **Total For This Matter**              **$17,435.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 05/01/06 | D. Felder | Review recently filed pleadings. | 0.30 |
| 05/01/06 | G. Rasmussen | Conference with L. West concerning his research regarding debtors' experts. | 0.30 |
| 05/01/06 | R. Wyron | Review proposed orders (.3); participate in conference call with mediator on Libby issues (.6); follow-up notes and e-mails (.3); confer with D. Felder regarding follow-up (.2). | 1.40 |
| 05/01/06 | R. Frankel | Telephone conference with D. Cohn re Libby trust issues (.5); confer with R. Wyron re same (.3); consider various Libby claims structures (.4). | 1.20 |
| 05/02/06 | D. Felder | Review proposed orders regarding Whitehouse discovery and e-mail Debtors' counsel regarding same (.2); review recently filed pleadings (.2). | 0.40 |
| 05/03/06 | R. Frankel | Review issues re possible Libby structures. | 0.70 |
| 05/04/06 | A. Kim | Analysis of materials on experts to date in support of cross-examination work. | 0.50 |
| 05/05/06 | K. Neureiter | Per G. Rasmussen, perform Lexis research in third circuit re exclusion of expert witnesses and review numerous results. | 3.60 |
| 05/05/06 | K. Neureiter | Begin summary of cases addressing reliability/credibility of witness. | 1.60 |
| 05/05/06 | D. Felder | Review calendar and docket and e-mails to D. Fullem regarding same. | 0.20 |
| 05/05/06 | R. Wyron | Review materials on retirement plans and e-mails regarding same. | 0.90 |
| 05/08/06 | K. Neureiter | Continue analysis of cases re exclusion of expert and/or expert report. | 5.90 |
| 05/08/06 | D. Felder | Review docket and recently filed pleadings (.3); review agenda for May omnibus hearing (.1); review e-mail correspondence regarding proposed orders on Whitehouse discovery (.2); review memorandum regarding status of mediation (.1). | 0.70 |
| 05/08/06 | R. Wyron | Review 5/15 hearing agenda (.3); e-mails to and from B. Harding on Whitehouse orders and follow-up (.4); call to J. Biggs on status and follow-up (.6); review e-mails on database information required for Grace and follow-up (.5); confer with R. Frankel and follow-up on estimation issues (.7). | 2.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -            June 15, 2006
17367                                                                         Invoice No. 1017990
page 6

| 05/08/06 | R. Frankel | Series of e-mails with Messrs. Inselbuch, Baena, Wyron re mediation, plan issues. | 0.70 |
| 05/08/06 | R. Frankel | Review E. Inselbuch memo, Peterson memos re claims (.7); confer with R. Wyron re status, Towers Perrin (.6). | 1.30 |
| 05/09/06 | A. Kim | Review of scholarly materials of NERA and Tillinghast in preparation for expert cross-examination (.3); conference with G. Rasmussen and K. Neureiter regarding research projects and action items for fact discovery in support of expert work (.5). | 0.80 |
| 05/09/06 | K. Neureiter | Continue research on exclusion of expert and/or expert report. | 1.40 |
| 05/09/06 | K. Neureiter | Meet with G. Rasmussen and T. Kim to discuss expert litigation strategy and refined case research to address expert reliance/assumption on prior reports. | 0.30 |
| 05/09/06 | K. Neureiter | Review binder prepared by T. Kim with various research re asbestos future claims. | 1.20 |
| 05/09/06 | D. Felder | Review opinion regarding claims estimation (.1); review pleadings regarding New Jersey adversary proceeding (.2); conference with K. Neureiter regarding expert discovery (.1). | 0.40 |
| 05/09/06 | G. Rasmussen | Review of research relating to expert cross examination and conference with K. Neureiter re important areas of potential cross examination. | 0.70 |
| 05/09/06 | R. Wyron | Review status and e-mails on extension (.3); call with J. Biggs and follow-up (.6 ); review notes and confer with R. Frankel (.6) review environmental information from J. Brownstein (.4). | 1.90 |
| 05/09/06 | R. Wyron | Review e-mails on mediation issues and status. | 0.30 |
| 05/09/06 | R. Frankel | E-mails, telephone conference with D. Austern re meetings in NY on May 16 (.4); telephone conference with E. Inselbuch re mediation (.2). | 0.60 |
| 05/09/06 | R. Frankel | Review agenda for 5/15 hearing, prepare for hearing. | 0.60 |
| 05/10/06 | R. Barainca | Retrieve documents from PACER relating to payment to pension plans for D. Felder. | 0.50 |
| 05/10/06 | K. Neureiter | Perform research re asbestos and expert's cases per G. Rasmussen and review results. | 3.80 |
| 05/10/06 | D. Felder | Review Debtors' pension plan motion and previously filed pension plan motions and e-mail to R. Wyron regarding same. | 0.70 |
| 05/10/06 | D. Felder | Review docket and recently filed pleadings. | 0.20 |
| 05/10/06 | D. Felder | Conference with J. Radecki, J. Brownstein, R. Frankel and R. Wyron regarding strategy and update. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -           June 15, 2006
17367                                                                          Invoice No. 1017990
page 7

| 05/10/06 | R. Wyron | Review estimation issues and follow-up on litigation status (.7); review open items on Tillinghast expert reports and follow-up (.6). | 1.30 |
| 05/10/06 | R. Wyron | Confer with Piper Jaffray on open issues and follow-up. | 0.40 |
| 05/10/06 | R. Frankel | Telephone conference with R. Hinkel re mediation session; series of e-mails re same. | 0.70 |
| 05/10/06 | R. Frankel | Review article/report on Minneapolis vermiculite exposure. | 0.90 |
| 05/10/06 | R. Frankel | Confer with Messrs. Radecki and Brownstein re pension funding, commercial creditors; notes re same. | 1.20 |
| 05/11/06 | D. Felder | Review agenda for May 15 hearing and contested motions regarding same (.2); conference with R. Frankel regarding same (.1). | 0.30 |
| 05/11/06 | D. Felder | Review Judge Buckwalter's opinion regarding Libby Claimants' appeal and prepare summary e-mail to R. Frankel and R. Wyron (.4); review Grace's finalized asset purchase agreement for catalyst business and prepare summary e-mail to R. Frankel and R. Wyron regarding same (1.0); conference with K. Neureiter regarding expert witness issues (.1). | 1.50 |
| 05/11/06 | W. Berry | Review R. Wyron e-mail re pension status. | 0.20 |
| 05/11/06 | W. Berry | Telephone conference with R. Wyron re pension funding, telephone conference with I. Altman, prepare e-mails to I. Altman. | 0.50 |
| 05/11/06 | R. Wyron | Call with B. Berry, and follow-up notes (.6); follow-up calls (.3); review data from plan information and draft response to Kirkland (1.2). | 1.80 |
| 05/11/06 | R. Wyron | Review mediation proposals and follow-up on e-mails. | 0.60 |
| 05/11/06 | R. Frankel | Review agenda re hearing (.2); confer with R. Wyron re same (.3); confer with D. Felder re same (.2). | 0.70 |
| 05/11/06 | R. Frankel | Review issues re mediation, process. | 0.50 |
| 05/11/06 | R. Frankel | Review, send series of e-mails re mediation session. | 0.40 |
| 05/12/06 | M. Wallace | Review lien search results for non-debtor US subsidiaries and forward to Piper Jaffray with cover note for review. | 0.20 |
| 05/12/06 | W. Berry | Review R. Wyron e-mails, prepare e-mails to I. Altman re pension funding issues. | 0.30 |
| 05/12/06 | W. Berry | Review pension funding e-mails, actuarial report, telephone conference with I. Altman re funding alternatives, prepare e-mail to R. Wyron. | 1.00 |
| 05/12/06 | R. Wyron | Review notes on pension issues and plan for call with Debtors (.9); review Whitehouse discovery orders and e-mails re same (.6). | 1.50 |
| 05/12/06 | R. Wyron | Review term sheet and notes for 5/16 mediation session. | 0.90 |
| 05/12/06 | R. Frankel | Review series of e-mails re pension issues (.3); review issues re underfunding, alternatives to full funding (.5). | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

June 15, 2006
Invoice No. 1017990

| 05/15/06 | D. Felder | Review docket and recently filed pleadings (.2); telephonic participation in omnibus hearing (1.2). | 1.40 |
|---|---|---|---|
| 05/15/06 | W. Berry | Telephone conference with I. Altman, R. Wyron re pension funding, pension plan redesign alternatives; review pension documents. | 1.00 |
| 05/15/06 | W. Berry | Telephone conference Grace personnel, attorneys for creditors re pension funding, pension redesign issues. | 1.00 |
| 05/15/06 | W. Berry | Telephone conference with I. Altman re projected pension contributions. | 0.50 |
| 05/15/06 | R. Wyron | Review pension materials (.8); call with B. Berry, and follow-up notes (1.1); prepare notes for pension call (.4); participate in pension call and follow-up (1.4). | 3.70 |
| 05/15/06 | R. Frankel | Review with R. Wyron issues re pension, mediation, strategy issues re pension; notes re same. | 0.70 |
| 05/15/06 | R. Frankel | Review agenda in preparation for hearing. | 0.40 |
| 05/15/06 | R. Frankel | Attend telephonic hearing (omnibus); notes re same. | 1.20 |
| 05/16/06 | R. Barainca | Print motions for D. Felder. | 0.30 |
| 05/16/06 | D. Felder | Review motion to approve settlement agreement with Equitas and settlement agreement (.7); review motion to approve stipulation of environmental claims (.4); prepare e-mail summary regarding same (.2); review recently filed pleadings (.3); telephone conference with K. Thomas regarding claims register (.1). | 1.70 |
| 05/16/06 | W. Berry | Prepare e-mail to R. Wyron re future pension funding levels. | 0.30 |
| 05/16/06 | R. Wyron | Review e-mails regarding environmental matter and docket for 6/19 (.4); review e-mails regarding Equitas settlement (.3); confer with J. Radecki regarding follow-up on pension call (.3); attend session with PI and PD on mediation issues and follow-up (4.1); attend mediation session at Kirkland (1.2). | 6.30 |
| 05/16/06 | R. Frankel | Confer with Messrs. Inselbuch, Baena, Wyron and Radecki in preparation for mediation session at C&D (NY). | 3.30 |
| 05/16/06 | R. Frankel | Prepare for mediation session during travel to NY and confer with R. Wyron, M. Dies before mediation pre-meeting. | 2.70 |
| 05/17/06 | R. Barainca | Research public information on reporting future asbestos claims for R. Wyron. | 0.70 |
| 05/17/06 | D. Felder | Review docket and recently filed pleadings. | 1.50 |
| 05/17/06 | W. Berry | Telephone conference with R. Wyron and other creditor's attorneys re pension plan alternatives. | 1.30 |
| 05/17/06 | W. Berry | Telephone conference with R. Wyron, J. Radecki re pension termination, freeze, funding, PBGC claim issues. | 1.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

June 15, 2006
Invoice No. 1017990

| 05/17/06 | R. Wyron | Review pension analysis (.3); calls with various parties concerning open issues, and follow-up e-mails (.6); review pleadings and information on proposed environmental settlement (.7); review information from J. Biggs and respond on extension issues (.3); calls with W. Berry and potential pension expert and follow-up (.6); call with PI and PD on pension issues and follow-up (1.1). | 3.60 |
|---|---|---|---|
| 05/18/06 | D. Felder | Review e-mail and calendar from D. Fullem regarding upcoming hearing dates and objection deadlines and prepare summary e-mail to R. Wyron and D. Fullem regarding same. | 0.80 |
| 05/18/06 | R. Frankel | Review, consider issues re asbestos plan. | 0.80 |
| 05/19/06 | R. Wyron | Review dockets from 5/18 and 5/19 (.2); review information on membership of Unsecureds Committee (.2). | 0.40 |
| 05/20/06 | R. Frankel | Consider plan of reorganization alternatives. | 0.40 |
| 05/22/06 | W. Berry | Telephone conference with I. Altman, prepare e-mail to R. Wyron re pension funding. | 0.30 |
| 05/22/06 | R. Wyron | Follow-up on open pension issues with W. Berry, PI/PD counsel and Piper Jaffray. | 0.40 |
| 05/22/06 | R. Frankel | Review, edit plan term sheet; review issues re terms of asbestos plan of reorganization. | 1.30 |
| 05/23/06 | W. Berry | Telephone conference with R. Wyron, I. Altman, and Piper Jaffray re pension funding, redesign issues. | 0.50 |
| 05/23/06 | W. Berry | Telephone conference with R. Wyron, other creditors' committee representatives, re pension funding, pension redesign, funding motion response issues. | 0.80 |
| 05/23/06 | R. Wyron | Re pension issues: call with B. Berry and I. Altman and follow-up (.9); prepare for group call (.6); participate in call with Grace personnel and follow-up (1.4). | 2.90 |
| 05/23/06 | R. Frankel | Review transcript of May 15 hearing; e-mail re next mediation session. | 0.80 |
| 05/23/06 | R. Frankel | Review with R. Wyron issues re pension, mediation. | 0.40 |
| 05/24/06 | R. Frankel | Telephone conference with D. Austern re plan structure, criminal fine; notes re same. | 0.50 |
| 05/24/06 | R. Frankel | Telephone conference with D. Austern, R. Wyron re mediation issues. | 0.40 |
| 05/24/06 | R. Frankel | Review mediator billing statement. | 0.30 |
| 05/24/06 | R. Frankel | Review issues re mediation. | 0.40 |
| 05/25/06 | D. Felder | Review docket and recently filed pleadings. | 0.50 |
| 05/25/06 | R. Wyron | Calls and e-mails with Piper Jaffray regarding mediation issues (.6); prepare notes for meeting on 5/30 (.3). | 0.90 |
| 05/25/06 | R. Frankel | Telephone conference with S. Pointer re status of mediation; prepare notes re same. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

June 15, 2006
Invoice No. 1017990

| 05/25/06 | R. Frankel | Review with R. Wyron implications of Grace fine in criminal proceedings; notes re same. | 0.60 |
|---|---|---|---|
| 05/26/06 | K. Neureiter | Perform Westlaw research re cases attacking reasonableness of assumptions made by experts in reports. | 2.70 |
| 05/26/06 | K. Neureiter | Review results. | 5.20 |
| 05/26/06 | W. Berry | Telephone conference with R. Wyron, other committee attorneys re pension funding motion, Watson Wyatt report issues. | 0.50 |
| 05/26/06 | R. Wyron | Call to J. Baer on pension issues and follow-up e-mail (.3); call to B. Berry and follow-up (.4); call with PI regarding strategy, and follow-up e-mails with PD (.4). | 1.10 |
| 05/26/06 | R. Wyron | Review e-mails on plan mediation issues and confer with R. Frankel. | 0.70 |
| 05/26/06 | R. Frankel | Review series of e-mails re mediation session. | 0.40 |
| 05/26/06 | R. Frankel | Review with R. Wyron issues re mediation, calls with J. Baer, D. Austern, S. Pointer (.6); telephone conference with D. Austern re mediation (.2). | 0.80 |
| 05/29/06 | R. Wyron | Work on pension issues outline (.5); review materials on environmental pending motion (.4). | 0.90 |
| 05/30/06 | K. Neureiter | Continue review of cases (state and federal all circuits) related to reasonableness of assumptions made by experts in reports. | 5.00 |
| 05/30/06 | R. Wyron | Review pension pleadings and draft outline for 5/31 call and objection/response. | 1.70 |
| 05/30/06 | R. Wyron | Review notes and prepare for Mediation Session (.7); confer with Piper Jaffray, R. Frankel and D. Austern on strategy and pending issues, and follow-up notes (1.1); attend Mediation Session (3.0). | 4.80 |
| 05/30/06 | R. Frankel | Review file re Grace assets and liabilities, capital structure during travel to NY for mediation (1.4); confer with R. Wyron during travel (1.2). | 2.60 |
| 05/30/06 | R. Frankel | Confer with client, J. Radecki (.8) and R. Wyron pre-mediation session and post-mediation session (.4). | 1.20 |
| 05/30/06 | R. Frankel | Attend mediation session at K&E (NY) with J. Pointer and others. | 3.60 |
| 05/30/06 | R. Frankel | Confer with D. Austern, R. Wyron re mediation during travel to LGA. | 0.70 |
| 05/30/06 | R. Frankel | Review, revise asbestos constituents' term sheet during travel to DC. | 1.80 |
| 05/31/06 | W. Berry | Review Wyron e-mails re pension funding issues, telephone conference with R. Wyron, prepare e-mail to I. Altman. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

June 15, 2006
Invoice No. 1017990

| | | | |
|---|---|---|---|
| 05/31/06 | R. Wyron | Draft outline of response on pension motion and circulate (.8), and begin draft response (2.1); organize materials for call on pension issues (.3); participate in various conference calls with W. Berry, J. Sakalo and M. Hurford and with Debtors regarding pension issues (.8). | 4.00 |
| 05/31/06 | R. Frankel | Telephone conference with E. Inselbuch re UCC telecon (.2); review with R. Wyron (.1); telephone conference with D. Austern re same (.3). | 0.60 |
| 05/31/06 | R. Frankel | Review status with R. Wyron re Term Sheet, mediation. | 0.50 |

Total Hours     137.80

Total For Services     $79,572.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 1.50 | 140.00 | 210.00 |
| William D. Berry | 10.00 | 620.00 | 6,200.00 |
| Debra Felder | 10.90 | 405.00 | 4,414.50 |
| Roger Frankel | 37.30 | 725.00 | 27,042.50 |
| Antony P. Kim | 1.30 | 375.00 | 487.50 |
| Kimberly E. Neureiter | 30.70 | 375.00 | 11,512.50 |
| Garret G. Rasmussen | 1.00 | 645.00 | 645.00 |
| Mary A. Wallace | 0.20 | 500.00 | 100.00 |
| Richard H. Wyron | 44.90 | 645.00 | 28,960.50 |
| Total All Timekeepers | 137.80 | $577.45 | $79,572.50 |

Disbursements

| | |
|---|---|
| Duplicating Expense | 20.25 |
| Lexis Research | 653.50 |
| Local Taxi Expense | 86.45 |
| Out of Town Business Meals | 12.25 |
| Telephone | 4.07 |
| Travel Expense, Air Fare | 502.60 |
| Travel Expense, Local | 276.29 |
| Westlaw Research | 1,767.50 |

Total Disbursements     $3,322.91

**Total For This Matter**     **$82,895.41**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/01/06 | M. Cheney | Review and analyze debtor's plan re administrative and tax claims. | 1.70 |
| 05/02/06 | M. Cheney | Analyze plan related issues re administrative and tax claims. | 3.40 |
| 05/03/06 | R. Barainca | Locate the schedule of assets and liabilities for WR Grace & Co. | 1.20 |
| 05/03/06 | C. Biberman | Research to locate liens against subsidiaries of WR Grace. | 0.80 |
| 05/03/06 | M. Cheney | Investigate and analyze plan re environmental claims. | 4.50 |
| 05/03/06 | M. Wallace | Review credit agreement regarding addition of borrowers (.7); discuss issues in credit agreement with R. Wyron and Piper Jaffray, respectively; research subsidiaries regarding lien searches and D&B reports (1.0). | 1.70 |
| 05/03/06 | R. Wyron | Call from Piper Jaffray regarding financial analysis (.3); follow-up on bank debt issue, including conference with M. Wallace (.4.) | 0.70 |
| 05/04/06 | C. Biberman | Research to locate information on foreign subsidiaries of W.R. Grace. | 2.00 |
| 05/04/06 | C. Biberman | Research on liens. | 0.50 |
| 05/04/06 | K. Thomas | Discuss scope of research re administrative and tax claim issues for plan treatment (.2); review treatise for research re same (.3); begin conducting research of administrative claims (4.1); begin drafting memo re same (1.5). | 6.10 |
| 05/04/06 | M. Cheney | Research re tax claims. | 1.20 |
| 05/05/06 | K. Thomas | Continue research and draft re administrative claims (3.3); discuss results of research and distribute memorandum to M. Cheney (.2); begin research of tax claims (2.4); discuss progress with M. Cheney (.1). | 6.00 |
| 05/05/06 | M. Cheney | Analyze plan re tax claims. | 1.30 |
| 05/08/06 | K. Thomas | Research and draft memo re tax priority claims (3.9); read plan of reorganization (1.0); research on tax priority issues (1.0). | 5.90 |
| 05/08/06 | M. Cheney | Research re administrative claim issues. | 0.20 |
| 05/09/06 | K. Thomas | Continue researching priority tax claim issues (3.0); draft memo re same (.9). | 3.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -    June 15, 2006
17367    Invoice No. 1017990
page 13

| 05/10/06 | K. Thomas | Review research on bankruptcy issues and environmental claims (.6); discuss with R. Wyron (.2); discuss with M. Cheney (.1); research re tax priority claims (.5); update M. Cheney re research on tax priority claims (.3). | 1.70 |
| 05/10/06 | M. Cheney | Research re administrative claim issue. | 0.30 |
| 05/15/06 | R. Barainca | Retrieve the pleading re the New Jersey Department of Environmental Protection for M. Cheney. | 0.30 |
| 05/15/06 | M. Cheney | Analyze environmental issues. | 0.60 |
| 05/16/06 | R. Barainca | Retrieve the docket entries to the New Jersey Department of Environmental Protection for M. Cheney. | 0.10 |
| 05/16/06 | K. Thomas | Finish research and drafting of memorandum re tax priority issues; discuss same with M. Cheney; e-mail copy re same to M. Cheney. | 5.70 |
| 05/16/06 | M. Cheney | Research re environmental claims. | 0.30 |
| 05/17/06 | K. Thomas | Read complaint from adversary proceeding against New Jersey DEP. | 0.20 |
| 05/19/06 | M. Cheney | Research re environmental claims. | 1.20 |
| 05/22/06 | M. Cheney | Research re environmental claims. | 0.60 |
| 05/24/06 | R. Wyron | Calls and follow-up regarding mediation sessions (.5); review data on stock ownership (.3). | 0.80 |
| 05/24/06 | R. Frankel | Review report re stockholder holdings; notes re same. | 0.50 |
| 05/25/06 | R. Frankel | Prepare revised Term Sheet re asbestos proponent plan. | 2.20 |
| 05/26/06 | R. Barainca | Research for the Social Security Administration's new ruling regarding asbestos disability benefits for R. Wyron. | 0.90 |
| 05/26/06 | R. Frankel | Review revised Term Sheet, analyze amounts and classes of claims. | 1.70 |
| 05/31/06 | K. Neureiter | Meet with R. Wyron re criminal fines in chapter 11 cases. | 0.40 |
| 05/31/06 | K. Neureiter | Conduct legal research and review results re criminal fines in chapter 11 cases. | 7.30 |
| 05/31/06 | R. Wyron | Begin review of draft Term Sheet. | 0.80 |
| 05/31/06 | R. Frankel | Review, revise Term Sheet for asbestos constituents' plan. | 1.80 |

Total Hours    68.50
Total For Services    $27,794.00

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Rachael Barainca | 2.50 | 140.00 | 350.00 |
| Caren Biberman | 3.30 | 195.00 | 643.50 |
| Matthew W. Cheney | 15.30 | 490.00 | 7,497.00 |
| Roger Frankel | 6.20 | 725.00 | 4,495.00 |
| Kimberly E. Neureiter | 7.70 | 375.00 | 2,887.50 |
| Katherine S. Thomas | 29.50 | 325.00 | 9,587.50 |
| Mary A. Wallace | 1.70 | 500.00 | 850.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

June 15, 2006
Invoice No. 1017990

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Richard H. Wyron | 2.30 | 645.00 | 1,483.50 |
| Total All Timekeepers | 68.50 | $405.75 | $27,794.00 |

Disbursements
    Duplicating Expense        153.45
    Lexis Research        415.00
    Telephone        8.52
    Westlaw Research        695.49

        Total Disbursements        $1,272.46


    Total For This Matter        $29,066.46



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter:  10 – Retention of Professionals - Other**

| 05/08/06 | D. Fullem | Review Order entered by Court on Swidler's withdraw in case; forward to R. Malstrom at Swidler for information and records. | 0.20 |
|---|---|---|---|
| 05/29/06 | R. Wyron | Review materials on retention of pension consultant and forward to D. Fullem. | 0.40 |
| 05/30/06 | D. Fullem | Review e-mail from R. Wyron regarding Altman Cronin to be employed as the FCR's pension consulting expert; review attached bio and resume of Ian Altman. | 0.50 |

|  | Total Hours | 1.10 |  |
|---|---|---|---|
|  | Total For Services |  | $405.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.70 | 210.00 | 147.00 |
| Richard H. Wyron | 0.40 | 645.00 | 258.00 |
| Total All Timekeepers | 1.10 | $368.18 | $405.00 |

**Total For This Matter**            $405.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/01/06 | D. Fullem | Confer with D. Felder; prepare notice of hearing on Tillinghast quarterly fee applications; coordinate with R. Barainca to obtain local counsel's signature. | 0.50 |
| 05/01/06 | D. Fullem | Review Tillinghast fee applications for status of consideration by Court; prepare e-mail to R. Wyron regarding same. | 0.30 |
| 05/01/06 | D. Fullem | Prepare e-mail to P. Cuniff to include Tillinghast quarterly fee applications in hearing agenda for June 19. | 0.20 |
| 05/01/06 | D. Fullem | Confer with R. Barainca regarding status of fee applications. | 0.20 |
| 05/02/06 | D. Fullem | Review e-mail from R. Chatterjee and his e-mail to CIBC regarding filing of January fee statement. | 0.10 |
| 05/03/06 | R. Barainca | Edit D. Austern's March 2006 Monthly and Eighth Quarterly Fee Applications. | 0.50 |
| 05/05/06 | R. Barainca | Scan and edit D. Austern's Eighth Quarterly fee application. | 0.60 |
| 05/05/06 | R. Barainca | Scan and edit D. Austern's March 2006 fee application. | 0.30 |
| 05/09/06 | R. Barainca | Edit, scan and prepare for service of D. Austern's March 2006 Monthly and Eighth Quarterly fee applications. | 2.70 |
| 05/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 05/09/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding Order withdrawing Swidler Berlin as counsel to FCR; prepare e-mail to R. Malstrom regarding preparing/filing of final fee application for Swidler in the case. | 0.20 |
| 05/12/06 | R. Barainca | Confer with C. Hartman regarding Eighteenth Monthly of D. Austern on ECF. | 0.40 |
| 05/12/06 | R. Barainca | Prepare Certificates of No Objection for D. Austern's August-December 2005 and February 2006 Monthly fee applications. | 1.50 |
| 05/15/06 | R. Barainca | Review and edit Tillinghast's March 2006 Monthly and Fifth Quarterly fee applications. | 1.40 |
| 05/15/06 | D. Fullem | Review e-mail from R. Chatterjee at Piper Jaffray regarding fee applications for February and March. | 0.10 |
| 05/16/06 | R. Barainca | Edit the April 2006 Monthly fee application for Tillinghast. | 0.70 |
| 05/16/06 | R. Barainca | Prepare D. Austern's April 2006 Monthly fee application. | 1.40 |
| 05/16/06 | D. Fullem | Confer with R. Barainca; review Piper Jaffray fee applications; prepare e-mail to R. Chatterjee regarding same. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

June 15, 2006
Invoice No. 1017990

| 05/16/06 | D. Fullem | Review Tillinghast April fee application; provide comments to R. Barainca. | 0.20 |
|---|---|---|---|
| 05/17/06 | R. Barainca | Confer with R. Wyron and D. Fullem separately regarding David Austern's Seventeenth Monthly fee application. | 0.30 |
| 05/17/06 | R. Barainca | Prepare a COC for D. Austern's Seventeenth Monthly fee application and a Notice of Error regarding Docket No. 12436. | 1.70 |
| 05/17/06 | R. Barainca | Review and edit Piper Jaffray's February and March 2006 Monthly fee applications and their First Quarterly fee application. | 1.10 |
| 05/17/06 | D. Fullem | Review draft of Tillinghast April monthly fee application; provide comments to R. Barainca. | 0.20 |
| 05/17/06 | D. Fullem | Confer with R. Barainca regarding Certification of Counsel for D. Austern's fee application and issue regarding incorrect filing and docket number reference; discuss necessary follow up with C. Hartman regarding same. | 0.20 |
| 05/18/06 | R. Barainca | Confer with D. Fullem regarding the COC for the Seventeenth Monthly for D. Austern. | 0.20 |
| 05/18/06 | R. Barainca | Edit the Notice of Document Entered in Error and the related COC for D. Austern. | 0.60 |
| 05/18/06 | R. Barainca | Edit the Certificates of No Objection referencing D. Austern's August-December 2005 and February 2006 Monthly fee applications. | 0.40 |
| 05/18/06 | R. Barainca | Edit Piper Jaffray's First and Second Monthly and First Quarterly fee applications. | 0.50 |
| 05/18/06 | R. Barainca | Prepare the Certificate of No Objection for D. Austern's Sixth and Seventh Quarterly fee applications. | 0.50 |
| 05/18/06 | D. Fullem | Review status of CNOs to be filed on various professionals fee applications; discuss with D. Felder and R. Barainca; note updates to be made to calendar. | 0.50 |
| 05/19/06 | R. Barainca | Edit Piper Jaffray's fee applications and resend to R. Chatterjee for signature. | 0.20 |
| 05/19/06 | R. Barainca | Prepare the Certificates of No Objection for D. Austern for service and filing. | 1.30 |
| 05/19/06 | D. Fullem | Confer with R. Barainca and review e-mail regarding revisions to Piper Jaffray fee applications. | 0.20 |
| 05/19/06 | R. Frankel | Review, sign CNOs re compensation. | 0.30 |
| 05/23/06 | R. Barainca | Continue preparing D. Austern's April 2006 fee application. | 1.00 |
| 05/23/06 | R. Barainca | Confer with R. Chatterjee regarding Piper's fee applications. | 0.20 |
| 05/23/06 | R. Barainca | Confer with D. Fullem regarding Piper's fee applications. | 0.20 |
| 05/23/06 | R. Barainca | Edit Piper Jaffray's February and March 2006 Monthly and First Quarterly fee applications. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

June 15, 2006
Invoice No. 1017990

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/23/06 | R. Barainca | Edit CIBC's January 2006 monthly fee application (.8); confer with R. Wyron re same (.1); e-mail with changes (.1). | 1.00 |
| 05/24/06 | R. Barainca | Confer with R. Chatterjee and D. Fullem separately regarding CIBC's January 2006 monthly fee application. | 0.40 |
| 05/25/06 | R. Barainca | Edit CIBC's January 2006 monthly fee application. | 0.60 |
| 05/25/06 | R. Barainca | Prepare Piper Jaffray's February-April 2006 monthly fee applications and their first quarterly fee application for filing. | 1.40 |
| 05/25/06 | D. Fullem | Review fee auditor's final report on certain professional fee applications for the December 2005 time period; respond to e-mail from R. Wyron regarding Swidler not included in final report; review docket for separate final report on Swidler and inform R. Wyron as to follow up with fee auditor. | 0.30 |
| 05/25/06 | D. Fullem | Review Piper Jaffray fee applications from R. Chatterjee; discuss filings with R. Barainca. | 0.30 |
| 05/26/06 | R. Barainca | Prepare D. Austern's April 2006 monthly fee application, Piper Jaffray's first, second and third monthly fee applications, and Piper Jaffray's First quarterly fee application for filing and service. | 2.60 |
| 05/26/06 | R. Barainca | Prepare Certificate of No Objection for D. Austern's March 2006 monthly fee application. | 0.20 |
| 05/26/06 | R. Barainca | Review docket for deadlines on monthly and quarterly fee applications. | 0.30 |
| 05/26/06 | R. Barainca | Review the docket for deadlines on monthly and quarterly fee applications. | 0.20 |
| 05/29/06 | R. Wyron | Review Tillinghast fee applications for March and Fifteenth Quarterly. | 0.30 |
| 05/30/06 | D. Fullem | Review and respond to S. Bossay and R. Wyron regarding final report on Swidler's December fees; update R. Malstrom at Swidler regarding same. | 0.30 |
| 05/31/06 | D. Fullem | Prepare filing of CNO for D. Austern's March fee application; coordinate with P. Reyes for service of same. | 0.20 |

Total Hours      29.90

Total For Services          $4,821.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 24.90 | 140.00 | 3,486.00 |
| Roger Frankel | 0.30 | 725.00 | 217.50 |
| Debra O. Fullem | 4.40 | 210.00 | 924.00 |
| Richard H. Wyron | 0.30 | 645.00 | 193.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

June 15, 2006
Invoice No. 1017990

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Total All Timekeepers | 29.90 | $161.24 | $4,821.00 |

Disbursements

| | |
|---|---|
| Court Photocopy/Document Retrieval Fee | 42.00 |
| Duplicating Expense | 886.20 |
| Express Delivery | 50.04 |
| Postage | 261.30 |
| Total  Disbursements | $1,239.54 |

**Total For This Matter**                                  **$6,060.54**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/18/06 | D. Fullem | Review e-mail from conflicts department regarding status of conflict search; telephone call with M. Walker in conflicts department regarding completion of conflict review; review new client form submitted to conflicts; prepare e-mail to R. Frankel and R. Wyron regarding completion of review. | 0.50 |
| 05/18/06 | R. Wyron | Review additional data on insurers and confirm original disclosures. | 0.20 |
| 05/30/06 | D. Fullem | Review language in R. Frankel's disclosure for Orrick regarding Chubb Insurance; prepare e-mail to R. Wyron with information relating to same. | 0.20 |

Total Hours     0.90

Total For Services     $276.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.70 | 210.00 | 147.00 |
| Richard H. Wyron | 0.20 | 645.00 | 129.00 |
| Total All Timekeepers | 0.90 | $306.67 | $276.00 |

Disbursements
    Express Delivery     39.92
    Postage     151.20

Total Disbursements     $191.12

**Total For This Matter**     **$467.12**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/06/06 | D. Fullem | Review and revise April prebills. | 0.50 |
| 05/08/06 | D. Fullem | Review April prebills with R. Wyron (.1); prepare e-mail to attorneys regarding lumping (.2); review responses thereto and forward to P. Reyes for updates on bills (.2). | 0.50 |
| 05/09/06 | D. Fullem | Review M. Stolper's e-mail regarding April prebills and inserting additional hours for his time entries; forward to P. Reyes. | 0.10 |
| 05/10/06 | R. Wyron | Review April prebills. | 0.50 |
| 05/12/06 | R. Barainca | Continue preparing Orrick's February 2006 fee application. | 0.70 |
| 05/12/06 | R. Barainca | Prepare Orrick's March 2006 fee application. | 0.50 |
| 05/15/06 | R. Barainca | Continue preparing the March 2006 Monthly fee application for Orrick. | 2.40 |
| 05/15/06 | D. Fullem | Confer with R. Barainca regarding bio information from attorneys to provide in fee application; review e-mail to attorneys. | 0.30 |
| 05/15/06 | D. Fullem | Discuss with R. Barainca regarding timing and filing of monthly fee applications for Orrick. | 0.10 |
| 05/15/06 | D. Fullem | Confer with R. Barainca and reply to e-mail regarding D. Felder's time in February for docket and calendar work. | 0.20 |
| 05/16/06 | R. Barainca | Continue preparing Orrick's April 2006 Monthly fee application. | 0.50 |
| 05/17/06 | R. Barainca | Confer with L. Blackhurst re writing off certain time (.3) and respond to D. Fullem and R. Wyron regarding same (.2). | 0.50 |
| 05/17/06 | D. Fullem | Review and reply to e-mail from R. Barainca regarding follow up on certain Orrick attorney bios as required for the monthly fee applications. | 0.10 |
| 05/17/06 | R. Wyron | Review application for potential UST questions. | 0.20 |
| 05/18/06 | R. Barainca | Edit the February and March 2006 Monthly fee applications for Orrick. | 1.10 |
| 05/29/06 | R. Wyron | Review monthly fee applications for February and March. | 0.40 |

|  | Total Hours | 8.60 |
|---|---|---|
|  | Total For Services | $1,885.50 |

**Timekeeper Summary**          **Hours**          **Rate**          **Amount**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 22

June 15, 2006
Invoice No. 1017990

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 5.70 | 140.00 | 798.00 |
| Debra O. Fullem | 1.80 | 210.00 | 378.00 |
| Richard H. Wyron | 1.10 | 645.00 | 709.50 |
| Total All Timekeepers | 8.60 | $219.24 | $1,885.50 |

Disbursements
    Postage

4.41

Total Disbursements

$4.41

**Total For This Matter**

**$1,889.91**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 23

June 15, 2006
Invoice No. 1017990

For Legal Services Rendered Through May 31, 2006 in Connection With:

**Matter: 15 – Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 05/16/06 | R. Wyron | Travel to and from NY for mediation session. | 2.40 |
| 05/16/06 | R. Frankel | Non-working return travel from NY. | 2.00 |
| 05/30/06 | R. Wyron | Travel to NY for Mediation Session and return. | 3.00 |

Total Hours     7.40
Total For Services

$2,466.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 2.00 | 362.50 | 725.00 |
| Richard H. Wyron | 5.40 | 322.50 | 1,741.50 |
| Total All Timekeepers | 7.40 | $333.31 | $2,466.50 |

**Total For This Matter**

$2,466.50

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours     300.60
Total Fees, all Matters
Total Disbursements, all Matters
Total Amount Due

$136,416.00
$6,389.80
$142,805.80