IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

### ORDER GRANTING SECOND QUARTERLY INTERIM APPLICATION OF ORRICK, HERRING & SUTCLIFFE LLP AS BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2006 THROUGH JUNE 30, 2006

Orrick, Herrington & Sutcliffe LLP ("Orrick"), as bankruptcy counsel to David T. Austern, the Future Claimants Representative (the "FCR"), filed its Second Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period April 1, 2006 through June 30, 2006 (the "Second Quarterly Application"). The Court has reviewed the Second Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Second Quarterly Application, and any hearing on the Second Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Quarterly Application. Accordingly, it is hereby

ORDERED that the Second Quarterly Application of Orrick is GRANTED on an interim basis. The Debtors shall pay to Orrick the sum of $456,045.25 as compensation and $14,568.92 as reimbursement for expenses, for a total of $470,614.17 for services rendered and disbursements incurred by Orrick for the period April 1, 2006 through June 30, 2006, less any

amounts which may have been previously paid in connection with Orrick's monthly fee applications for this period.

Dated: _____, 2006

_____
United States Bankruptcy Judge
