**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al*., | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
DISCLOSURE OF POTENTIAL EXPERT WITNESSES**

Pursuant to the Court's Amended Case Management Order ("Order") dated July 24, 2006, the Official Committee of Asbestos Personal Injury Claimants ("ACC") identifies the following, prior to the completion of discovery, as individuals likely to be called as expert witnesses during the hearing (the "Estimation Hearing") on the estimation or valuation of the liability for present and future asbestos personal injury claims of W.R. Grace & Co. and related debtors-in-possession ("Grace"). As fact discovery has not been completed, the ACC reserves its rights to supplement/alter this list as necessary and to designate additional/alternative individuals to testify at the Estimation Hearing. This list includes potential testifying experts only, and not consulting experts. Moreover, the identification of any individual on this list does not necessarily mean that the ACC or the Futures Claimants' Representative intends to depose or offer testimony from a particular witness. The following individuals are listed in alphabetical order.

- Dr. Arnold Brody
  Tulane University
  Dept. of Pathology
  1430 Tulane Avenue; SL-79
  New Orleans, LA  70112
  (504) 988-6928

{D0070752.1 }DOC# 267565 v1 - 08/16/2006

| |
|---|
| (Current Address)<br>1910 Glenmartin Dr.<br>Raleigh, NC  27615<br>(919) 513-1345 |
| • Barry Castleman<br>Environmental Consultant<br>P.O. Box 188<br>Garrett Park, MD  20896<br>(301) 933-9097 |
| • Dr. Samuel Hammar<br>Diagnostic Specialists Lab<br>700 Lebo Blvd.<br>Bremerton, WA  98310<br>(360) 479-7707 |
| • Steve M. Hays<br>Gobbell Hays Partners, Inc.<br>4040 Broadway, Suite 105<br>San Antonio, TX 78209 |
| • Dr. Richard Lemen<br>241 Rose Ridge Ct.<br>Canton, GA  30115<br>(678) 493-1736 |
| • William Longo<br>Materials Analytical Services, Inc.<br>3945 Lakefield Court<br>Suwanee, GA  30024<br>(770) 866-3200 |
| • Dr. Mark A. Peterson, Esq.<br>Legal Analysis Systems<br>970 Calle Arroyo<br>Thousand Oaks, CA  91360<br>(805) 499-3572 |
| • Stephen Snyder, Esq.<br>Snyder Miller & Orton LLP<br>111 Sutter Street<br>Suite 1950<br>San Francisco, CA  94104<br>(415) 962-4402 |

| |
|---|
| • Larry Tersigni, CPA, CFE<br>L. Tersigni Consulting P.C.<br>1010 Summer Street, Suite 201<br>Stamford, CT  06905<br>(203) 252-2564 |
| • Dr. Laura Stewart Welch<br>Center to Protect Workers Rights<br>8484 Georgia Avenue<br>Silver Spring, MD  20910<br>(301) 578-8500 |

The Grace ACC also reserves the right to call as an expert any expert witness identified on any other party's designation of expert witnesses.

Dated:   August 21, 2006                     Respectfully submitted,

                                             CAMPBELL & LEVINE, LLC

                                             */s/ Marla Rosoff Eskin*
                                             Marla Rosoff Eskin (DE No. 2989)
                                             Mark T. Hurford (DE No. 3299)
                                             Kathleen Campbell Davis (DE No. 4229)
                                             800 N. King Street
                                             Suite 300
                                             Wilmington, DE 19801
                                             Tel: (302) 426–1900
                                             Fax: (302) 426-9947

                                             - and –

                                             CAPLIN & DRYSDALE, CHARTERED
                                             Elihu Inselbuch
                                             375 Park Avenue, 35th Floor
                                             New York, NY  10152
                                             Tel: (212) 319–7125
                                             Fax: (212) 644-6755

{D0070752.1 }3

        Peter Van N. Lockwood
        Nathan D. Finch
        Walter B. Slocombe
        Jeffrey A. Liesemer
        One Thomas Circle, NW
        Washington, DC  20005
        Tel: (202) 862–5000
        Fax: (202) 429-3301

        Counsel to the Official Committee Asbestos
        Personal Injury Claimants

{D0070752.1 }4