# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Related Docket No. 12858 |
| ) | |

## FUTURE CLAIMANTS' REPRESENTATIVE'S DESIGNATION OF POTENTIAL EXPERT WITNESSES IN CONNECTION WITH ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

Pursuant to paragraph 4 of the Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities dated July 24, 2006 (Doc. No. 12858), David T. Austern, the legal representative for future asbestos claimants (the "FCR") appointed by this Court in the above-captioned Chapter 11 cases, by counsel, hereby designates the following potential expert witnesses the FCR presently anticipates calling to testify in connection with the estimation of asbestos-related personal injury liabilities (the "PI Estimation Hearing"). As fact discovery has not been completed, the FCR reserves his rights to supplement and/or alter this list as necessary and to designate additional and/or alternative individuals to testify at the PI Estimation Hearing. The FCR also reserves his right to call and/or rely upon any expert or non-expert witness designated by any other party to these proceedings. This list includes potential testifying experts only and does not include consulting experts. Moreover, the identification of any individual on this list does not necessary mean that the FCR intends to depose or offer testimony from a particular witness.

Jennifer L. Biggs
Towers Perrin/Tillinghast
101 South Hanley
St. Louis, MO 63105-3411


David Coultas, M.D.
The University of Texas Health Center at Tyler
11937 US Highway 271
Tyler, TX 75708-3154


David Finlay, M.D.
The University of Texas Health Center at Tyler
11937 US Highway 271
Tyler, TX 75708-3154


Dr. Jacob Jacoby
New York University
Leonard Stern School of Business
Kaufman Management Center
44 West 4th Street, Tisch 909
New York, NY 10012


Joseph J. Radecki, Jr.
Piper Jaffray & Co.
Chrysler Center, 58th Floor
405 Lexington Avenue
New York, NY 10174-5899


Victor Roggli, M.D.
Duke University Medical Center
Durham, NC 27710


Daniel L. Rubinfeld
University of California, Berkley
788 Boalt Hall
Berkley, CA 94720-7200

Patrick John Eric Stallard
Duke University
Center for Demographic Studies
2117 Campus Drive
Box 90408
Durham, NC 27708-0408

Sverre Vedal, M.D.
University of Washington
Department of Environmental and Occupational Health Sciences
4225 Roosevelt Way NE, Suite 100
Seattle, WA 98105

Dated: August 21, 2006               Respectfully submitted,

                                     PHILLIPS, GOLDMAN & SPENCE, P.A.

                                     _____
                                     John C. Phillips, Jr., Esquire (#110)
                                     1200 North Broom Street
                                     Wilmington, DE 19806
                                     Telephone: (302) 655-4200
                                     Facsimile: (302) 655-4210

                                     Roger Frankel, Esquire
                                     Richard H. Wyron, Esquire
                                     Orrick Herrington & Sutcliffe LLP
                                     3050 K Street, N.W.
                                     Washington, D.C. 20007
                                     Telephone: (202) 339-8400
                                     Facsimile: (202) 339-8500

                                     Counsel for David T. Austern,
                                     Future Claimants' Representative