UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                              :
                                    :    Chapter 11
W.R. GRACE & CO., *et al.*          :
                                    :
             Debtors.               :    Case No. 01-01139 (JKF)
---------------------------------------------------x    Hearing Date: August 21, 2006

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Weil, Gotshal & Manges LLP and The Bayard Firm hereby appear in the above-captioned chapter 11 cases on behalf of the Ad Hoc Committee of Equity Security Holders[1] pursuant to Rules 2002, 2019, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and section 1109(b) of chapter 11, of title 11, of the United States Code (the "Bankruptcy Code"), and demand is hereby made for copies of all notices given or required to be given in this case (the "Case") and all papers served in the Case (including, but not limited to, all papers filed and served in all adversary proceedings in the Case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) to be served upon the following:

> Martin J. Bienenstock, Esquire
> Judy G.Z. Liu, Esquire
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007

---

[1] The Ad Hoc Equity Committee is currently comprised of Citadel Investment Group, L.L.C., Dune Capital LLC, Duma Capital Partners, L.P. and Silver Point Capital, L.P. This Notice of Appearance will be amended to reflect the names of any additional entities who may join the Ad Hoc Equity Committee at a subsequent date.

633460v3

-and-

David A. Hickerson, Esquire
M. Jarrad Wright, Esquire
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller, Esquire
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

-and-

Neil B. Glassman, Esquire (No. 2087)
Steven M. Yoder, Esquire (No. 3885)
Kathryn D. Sallie, Esquire (No. 4600)
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, DE  19801
Telephone: (302) 655-5000
Facsimile:  (302) 658-6395

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

633460v3

PLEASE TAKE FURTHER NOTICE that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Case.

Dated: August 21, 2006
Wilmington, Delaware

THE BAYARD FIRM

By: /s/ Kathryn D. Sallie
Neil B. Glassman (No. 2087)
Steven M. Yoder (No. 3885)
Kathryn D. Sallie (No. 4600)
222 Delaware Ave., Suite 900
Wilmington, DE  19801
(302) 655-5000

-and-

**WEIL, GOTSHAL & MANGES LLP**

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

-and-

David A. Hickerson
M. Jarrad Wright
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Counsel for the Ad Hoc
Committee of Equity Security Holders

633460v3