UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                           :
                                                 :    Chapter 11
W.R. GRACE & CO., *et al.*                       :
                                                 :
              Debtors.                           :    Case No. 01-01139 (JKF)
------------------------------------------------------------x    Hearing Date: August 21, 2006

# AD HOC COMMITTEE OF EQUITY SECURITY HOLDERS' ESTIMATION EXPERT DESIGNATION PURSUANT TO THE COURT'S JULY 24, 2006 ORDER

The Ad Hoc Committee of Equity Security Holders (the "Ad Hoc Equity Committee")[1] respectfully submits the following expert witness designation pursuant to the Court's Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, dated July 24, 2006. Because the Ad Hoc Equity Committee has only recently organized, it has not yet formally retained testifying or consulting experts in this matter. However, the Ad Hoc Equity Committee intends to participate in discovery and to fully participate in the estimation proceeding. This designation is made without prejudice to the Ad Hoc Equity Committee's rights to supplement or amend its contents. The Ad Hoc Equity Committee reserves its rights to retain additional experts.

The Ad Hoc Equity Committee designates the following Asbestos Estimation Expert:

---

[1] The Ad Hoc Equity Committee is comprised of Citadel Investment Group, L.L.C., Dune Capital LLC, Duma Capital Partners, L.P. and Silver Point Capital, L.P.

633459v2

Dr. Charles E. Bates
Bates White LLC
1300 Eye Street N.W.
Suite 600
Washington, DC 20005

Dated: August 21, 2006
Wilmington, Delaware

THE BAYARD FIRM

By: /s/ Kathryn D. Sallie
Neil B. Glassman (No. 2087)
Steven M. Yoder (No. 3885)
Kathryn D. Sallie (No. 4600)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 655-5000

-and-

**WEIL, GOTSHAL & MANGES LLP**

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

David A. Hickerson
M. Jarrad Wright
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Counsel for the Ad Hoc
Committee of Equity Security Holders

633459v2

2