IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 12858** |
| | ) | |

**DEBTORS' SUPPLEMENTAL EXPERT WITNESS DISCLOSURE
FOR ASBESTOS PI ESTIMATION**

In accordance with this Court's July 24, 2006 Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (the "Amended PI CMO"), Docket No. 12858, the Debtors hereby submit their supplemental expert witness disclosures for personal injury estimation.

**Expert Witnesses**

**1. Dr. Elizabeth Anderson, Ph.D.**

Dr. Elizabeth L. Anderson is currently President and CEO of Sciences International, Inc., where she directs an interdisciplinary staff of scientists involved in the evaluation of a wide range of health and environmental issues. Dr. Anderson received her B.S. in Chemistry from William and Mary College, her M.S. in Organic Chemistry from the University of Virginia, and her Ph.D. in Organic Chemistry from American University. Dr. Anderson has more than 20 years of public and private sector experience in health and environmental sciences. Dr. Anderson is the former President, CEO and Chairman of the Board of Clement International Corporation, where she directed a group of 200 scientists and engineers. At the Environmental Protection Agency (EPA), Dr. Anderson established and directed the central risk assessment

DOCS_DE:120733.1

program for 10 years. In 1975, Dr. Anderson became the Executive Director of an intra-EPA committee that was commissioned to write the EPA cancer policy. In 1976, Dr. Anderson established and served as Director of the Carcinogen Assessment Group (CAG), which formed the core for the later Office of Health and Environmental Assessment (OHEA) with a staff of over 140 and a budget of more than $14 million. Dr. Anderson also served as Director of the OHEA. While serving as Director of OHEA, Dr. Anderson was responsible for drafting the 1986 Airborne Asbestos Health Assessment Update. Dr. Anderson is an internationally recognized lecturer and consultant and has published numerous journal articles in the areas of risk assessment and carcinogenicity. She is the recipient of the EPA Gold Medal for Exceptional Service.

## 2. Dr. William J. Blot, Ph.D.

Dr. William Blot is Chief Executive Officer of the International Epidemiology Institute ("IEI") and a Professor in the Department of Medicine at the Vanderbilt-Ingram Cancer Center, Vanderbilt University. Dr. Blot received his B.S. in Mathematics and M.S. in Statistics from the University of Florida. Dr. Blot received his Ph.D. in Statistics in 1970 from Florida State University. Prior to joining IEI, Dr. Blot spent 20 years at the National Cancer Institute (NCI). While at the NCI, Dr. Blot held the position of Chief of the Analytical Studies Section, Environmental Epidemiology Branch, Epidemiology, and Biostatistics Program. Dr. Blot subsequently became the NCI Chief of the Biostatistics Branch, Epidemiology, and Biostatistics Program, Division of Cancer Etiology. Dr. Blot is currently a member of the American Cancer Society, Committee on Environmental Factors and Cancer. Dr. Blot has authored or co-authored over four hundred scientific articles and is an Editor of the Journal of the National Cancer Institute and the Journal of Epidemiology and Biostatistics, among others. Dr. Blot was awarded

the Public Health Service Superior Service Award in 1992 and the Department of Health and Human Services Distinguished Service Award in 1994, the highest awards given by the respective institutions.

### 3. Dr. Paul Epstein, M.D.

Dr. Paul Epstein is a practicing Pulmonologist and B-reader at the University of Pennsylvania of Radnor, who, over the course of his career, has examined thousands of asbestos-exposed individuals. Dr. Epstein earned his medical degree from Tufts Medical School. Dr. Epstein performed his residency at the University of Chicago and completed a fellowship in Pulmonology at the University of Pennsylvania. Dr. Epstein has been a certified B-reader since 1988. Dr. Epstein authored the chapter related to pulmonary impairment in the *AMA Guides to the Evaluation of Pulmonary Impairment* and has testified before Congress on asbestos and silica matters. Dr. Epstein has testified on behalf of both plaintiffs and defendants in lawsuits brought by individuals alleging personal injury from exposure to asbestos.

### 4. Dr. B. Thomas Florence, Ph.D.

Dr. B. Thomas Florence is currently the President of Analysis Research Planning Corporation ("ARPC"), a consulting firm with offices in Washington, D.C. and New York City. Dr. Florence received his B.B.A. from the University of Kentucky, and his M.A. and Ph.D from Michigan State University. Dr. Florence serves as an expert in the statistical analysis of asbestos litigation and has over 30 years of experience in management consulting and research. He has significant experience in environmental risk assessment, forecasting, large-scale statistical modeling, litigation consulting, class action and mass tort case management, toxic tort evaluation, and work flow design and computerization. Dr. Florence has performed estimations of the current and future asbestos-related claims filed against the A-Best Products Asbestos

Settlement Trust, Amatex Asbestos Trust, DII Asbestos Trust, Keene Creditor Trust, JT Thorpe Successor Trust, Manville Personal Injury Settlement Trust, Pacor Trust, Fuller-Austin Asbestos Trust, UNR Asbestos Disease Claims Trust, National Gypsum Settlement Trust, Celotex Asbestos Settlement Trust, Eagle-Picher Personal Injury Settlement Trust, A-Best Products, Babcock & Wilcox, 48-Insulations, Eagle-Picher Industries, A.P. Green, Armstrong World Industries, Federal Mogul, Flintkote Company, Halliburton, Kaiser, NARCO, Plibrico Company, Pittsburgh Corning, US Gypsum, US Mineral, Union Carbide, and Fuller-Austin Co.

### 5. Dr. Alfred Franzblau, M.D.

Dr. Alfred Franzblau of the University of Michigan Medical School and the University of Michigan School of Public Health is a certified B-reader and an occupational medicine specialist. Dr. Franzblau graduated from the University of California School of Medicine in San Diego, completed residency training in Internal Medicine at the University of Washington, and had advanced training in Occupational and Environmental Medicine at the Mount Sinai Hospital in New York before joining the faculty at the University of Michigan School of Public Health in 1989. Dr. Franzblau has extensive experience in the diagnosis of asbestos-related disease. Dr. Franzblau's professional activities include teaching, research, and the practice of clinical occupational medicine. Among other duties, Dr. Franzblau works on the University of Michigan Dioxin Exposure Study and is the co-chair of the Health Internal Review Board at the University.

### 6. Dr. David Hay Garabrant, M.D.

Dr. David Garabrant is a Professor of Occupational Medicine and a Professor of Epidemiology at the University of Michigan School of Public Health. Dr. Garabrant teaches courses in Occupational Medicine, Epidemiology and Risk Assessment. Dr. Garabrant received his B.S. in Chemical Engineering from Tufts University in 1972 and his M.D. from Tufts

University School of Medicine in 1976. Dr. Garabrant received a masters in public health in 1979 and a masters in Physiology in 1980 from the Harvard School of Public Health. Dr. Garabrant was a medicine intern at Georgetown University Hospital from July 1976 through June 1977. Dr. Garabrant conducted his residency in Occupational Medicine at the Harvard School of Public Health from September 1978 through June 1980. Dr. Garabrant is board-certified in Internal Medicine, Preventive Medicine and has a subspecialty certification in Occupational Medicine. Dr. Garabrant was Director of the Occupational and Environmental Epidemiology Program at the University of Michigan School of Public Health from December 1988 through 1994 and Director for the Center for Occupational Health, Safety, and Engineering at the University of Michigan from 1990 through 1995. Dr. Garabrant is currently a member of the American College of Preventive Medicine, the American College of Occupational and Environmental Medicine, the Society for Epidemiological Research, the Michigan Public Health Association, the Society for Risk Analysis, and the International Epidemiological Association. In 2005, Dr. Garabrant was appointed as the Director of the Center for Risk Science and Communication at the University of Michigan School of Public Health.

### 7. Herman J. Gibb, Ph.D., M.P.H.

Dr. Herman Gibb is a Senior Epidemiologist with Sciences International, Inc.. Dr. Gibb received his B.S. in Chemistry and Biology from Pennsylvania State University in 1970, his M.P.H. in Environmental Health from the University of Pittsburgh in 1974, and his Ph.D. in Epidemiology from The Johns Hopkins University in 1989. Dr. Gibb has over 25 years of experience in health and environmental sciences. Prior to joining Sciences International, Dr. Gibb served as the Senior Science Advisor at the National Center for Environmental Assessment ("NCEA") of the United States Environmental Protection Agency, providing senior scientific

counsel to the NCEA Director. Dr. Gibb was also the Associate Director for Health at the NCEA, where he directed the overall health risk assessment research program and supervised the Integrated Risk Information System ("IRIS"), the EPA's on-line system of health risk assessments. As the Assistant Center Director at the NCEA, Dr. Gibb was the spokesperson and manager of methodology research on health and ecological risk assessment. Dr. Gibb was a recipient of the EPA's Scientific and Technological Achievement Award for his study of lung cancer mortality and clinical irritation among chromate production workers and of EPA's Gold Medal for Exceptional Service for his risk assessment work on the drinking water standard for arsenic. Dr. Gibb received a Special Commemorative EPA Award for September 11 Activities, World Trade Center Particulate Matter Toxicological Assessment Team.

### 8. Dr. Mickey E. Gunter, Ph.D.

Dr. Mickey Gunter is a Professor of Geological Sciences at the University of Idaho. Dr. Gunter received his B.S. in Geology from Southern Illinois University at Carbondale. Dr. Gunter earned his M.S. and Ph.D. in Optical Mineralogy from the Virginia Polytechnic Institute and State University. Dr. Gunter is a member of the Mineralogical Society of America and the National Association of Geosciences Teachers. Dr. Gunter has authored or co-authored over fifty publications, including articles about the composition and structure of the non-asbestiform and asbsestiform amphiboles from Libby, Montana.

### 9. Dr. Daniel Anthony Henry, M.D.

Dr. Daniel Henry is the Director of the Thoracic and Cardiac Radiology Department and an Associate Professor of Radiology in the Division of Diagnostic Radiology at the Medical College of Virginia Hospitals/Virginia Commonwealth University ("VCU") Medical Center. Dr. Henry received his B.S. from St. Louis University and his M.D. from St. Louis University,

School of Medicine. Dr. Henry sits as Chairman of the American College of Radiology Task Force on Pneumoconiosis. Since 1977, Dr. Henry has been a Consultant in Radiology at the McGuire Veterans Administration Hospital in Richmond, Virginia. Dr. Henry served as Divisional Chairman of the Diagnostic Radiology Division in the Department of Radiology within the Medical College of Virginia/VCU from October 1999 to July 2001. Dr. Henry served as Chief to the Section of Pediatric Radiology in the Department of Radiology, Wilford Hall USAF Medical Center in Lackland, Texas from July 1975 to June 1977. Since July 1, 1985, Dr. Henry has been a B-reader certified by the National Institute for Occupational History (NIOSH). In 1998, Dr. Henry was awarded the "Silver Medal" for Orthotopic Cardiac Transplantation: Radiographic Evaluation, by the American Roentgen Ray Society.

**10. Dr. Grover M. Hutchins, M.D.**

Dr. Grover M. Hutchins is a Professor of Pathology at The Johns Hopkins Medical Institution. Dr. Hutchins received his medical degree from The Johns Hopkins School of Medicine and completed a residency in Pathology at The Johns Hopkins Hospital. Dr. Hutchins completed a fellowship in Experimental Pathology at the Scripps Clinic and Research Foundation. Dr. Hutchins specializes in pathogenetic problems seen in autopsy, such as cardiovascular, pulmonary, and pediatric diseases. Dr. Hutchins has acted as a member and as chair of the Autopsy Committee of the College of American Pathologists. Dr. Hutchins was awarded the Ranice W. Crosby Distinguished Achievement Award for contributions to the arts as applied to medicine. Dr. Hutchins has also served as an Editor for *Autopsy Performance and Reporting* and *In Introduction to Autopsy Technique* and served on the Editorial Board for *Cardiovascular Pathobiology* and *Modern Pathology*.

## 11. Dr. Richard J. Lee, Ph.D.

Dr. Richard J. Lee is President of RJ Lee Group, Inc., which provides research, analytical and consulting services relating to materials characterization. Dr. Lee received his B.S. in physics from the University of North Dakota in 1966 and his Ph.D. in theoretical solid state physics from Colorado State University in 1970. He then went to Purdue University as an Assistant Professor in physics where he taught courses on the principles of optical microscopy and received tenure in less than two years. Dr. Lee is an expert in analytical techniques including light and electron microscopy, materials characterization, asbestos air, bulk, and dust samples, and methods of evaluation. He has been involved in analyzing and producing bodies of air sampling data for the EPA and other governmental and private entities including analysis of samples taken in an ongoing nationwide study of airborne levels in buildings and his analysis of air samples taken in an EPA-sponsored study in Texas. From 1973 to 1985, Dr. Lee worked for United States Steel (US Steel), first as a research scientist and thereafter, as director of their physics and electron microscopy department in the Technical Center. During his tenure at US Steel, Dr. Lee was responsible for developing the first techniques for quantitatively identifying amphibole asbestos fibers and cleavage fragments by a combination of transmission electron microscopy and energy dispersive X-ray analysis. He participated in the original ASTM committee that developed and evaluated the first TEM methods for preparing samples of air, bulk and water for the determination of asbestos content. Dr. Lee was the first scientist to develop methods for distinguishing asbestos amphiboles from cleavage fragments using transmission and scanning electron microscopy. Dr. Lee has a long history of scientific consulting and service for government agencies, including the United States Environmental Protection Agency. Dr. Lee has participated in the development by the EPA of analytical

## 11. Dr. Richard J. Lee, Ph.D.

Dr. Richard J. Lee is President of RJ Lee Group, Inc., which provides research, analytical and consulting services relating to materials characterization. Dr. Lee received his B.S. in physics from the University of North Dakota in 1966 and his Ph.D. in theoretical solid state physics from Colorado State University in 1970. He then went to Purdue University as an Assistant Professor in physics where he taught courses on the principles of optical microscopy and received tenure in less than two years. Dr. Lee is an expert in analytical techniques including light and electron microscopy, materials characterization, asbestos air, bulk, and dust samples, and methods of evaluation. He has been involved in analyzing and producing bodies of air sampling data for the EPA and other governmental and private entities including analysis of samples taken in an ongoing nationwide study of airborne levels in buildings and his analysis of air samples taken in an EPA-sponsored study in Texas. From 1973 to 1985, Dr. Lee worked for United States Steel (US Steel), first as a research scientist and thereafter, as director of their physics and electron microscopy department in the Technical Center. During his tenure at US Steel, Dr. Lee was responsible for developing the first techniques for quantitatively identifying amphibole asbestos fibers and cleavage fragments by a combination of transmission electron microscopy and energy dispersive X-ray analysis. He participated in the original ASTM committee that developed and evaluated the first TEM methods for preparing samples of air, bulk and water for the determination of asbestos content. Dr. Lee was the first scientist to develop methods for distinguishing asbestos amphiboles from cleavage fragments using transmission and scanning electron microscopy. Dr. Lee has a long history of scientific consulting and service for government agencies, including the United States Environmental Protection Agency. Dr. Lee has participated in the development by the EPA of analytical

methods and procedures for asbestos analyses. The EPA requested that he personally participate in several projects, including the drafting of the portions of the Agency's AHERA regulations governing air sample analysis after abatement.

## 12. Dr. Peter Lees, Ph.D

Dr. Peter Lees is a Professor in the Department of Environmental Health Sciences at The Johns Hopkins Bloomberg School of Public Health. Dr. Lees received his B.S. in Biology from the College of William & Mary and his Ph.D. in Industrial Hygiene and Environmental Health Engineering from The Johns Hopkins University. Since 1997, Dr. Lees has served as Deputy Director of the NIOSH Education and Research Center at The Johns Hopkins Bloomberg School of Public Health. Dr. Lees has over 30 years of experience in the area of industrial hygiene and is certified by the American Board of Industrial Hygiene, where he is a member of the Board of Directors. Throughout his career, Dr. Lees has designed studies and interpreted data concerning risk from exposure to airborne contaminants, risk management, sampling of bulk materials, air monitoring, exposure reconstruction and clearance testing. Dr. Lees has authored peer-reviewed papers on asbestos exposure and historic reconstruction of exposures to various chemical substances. Dr. Lees has served on numerous advisory panels, including the International Commission on Occupational Health's Scientific Committee on Industrial Hygiene. Dr. Lees has served as a consultant to, among others, the United States Environmental Protection Agency, the United States Department of Labor, and the World Health Organization.

## 13. Dr. Suresh H. Moolgavkar, M.D., Ph.D.

Dr. Suresh Moolgavkar is a principle of Sciences International, Inc. and a Full Member of the Fred Hutchinson Cancer Research Center. Additionally, Dr. Moolgavkar is a Professor of Epidemiology, and Adjunct Professor of Biostatistics and Applied Mathematics at the University

9

of Washington. Dr. Moolgavkar received his M.D. in 1965 from Bombay University and his Ph.D. in Mathematics in 1973 from The Johns Hopkins University. Dr. Moolgavkar was a Postdoctoral Fellow in the Departments of Pharmacology and Biophysics at The Johns Hopkins Medical School from 1966 through 1968 and a Senior Fellow in the Department of Epidemiology at the University of Washington from 1976 through 1977. Dr. Moolgavkar has served on numerous review panels and as a consultant to, among others, the National Cancer Institute, the Environmental Protection Agency, the California Air Resources Board, the International Agency for Research on Cancer, and the CIIT Centers for Health Research. Dr. Moolgavkar is the author or co-author of more than 150 papers in the areas of Epidemiology, Biostatistics, and Quantitative Risk Assessment. His books in these areas include, *Modern Statistical Methods in Chronic Disease Epidemiology, Tobacco Smoking, IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans, Scientific Issues in Quantitative Cancer Risk Assessment,* and *Quantitative Estimation and Prediction of Human Cancer Risk*. Dr. Moolgavkar is Area Editor for "Risk Analysis - An International Journal" and an elected member of the American Epidemiological Society. Dr. Moolgavkar is a recipient of the Lester R. Ford Award by the Mathematical Association of America, the Founders' Award by the Chemical Industry Institute of Toxicology, and the Distinguished Achievement Award by the Society for Risk Analysis.

### 14. Dr. Howard William Ory, M.D.

Dr. Howard William Ory is an Adjunct Professor in the Department of Epidemiology at Emory University School of Public Health and a consultant in Epidemiology and Health Care Information Systems. Dr. Ory received his M.D. from Tufts University School of Medicine and his M.S. in Epidemiology from the Harvard School of Public Health. Following his internship

and residency at the Metropolitan Hospital in New York, Dr. Ory became a medical officer at the Center for Disease Control (the "CDC"). Dr. Ory held a number of different positions at the CDC including Chief of the Epidemiologic Studies Branch of the Family Planning Evaluation Division, Deputy Director for Research in the Epidemiology Program Office, and Director of the Information Resources Management Office of the Office of Program Support. While at the CDC, Dr. Ory developed an expertise in the area of disease surveillance and continues to consult with the CDC about disease surveillance. Dr. Ory is currently a member of the American Public Health Association, the Society for Epidemiologic Research, the American College of Preventive Medicine, the American Epidemiology Society, and the American College of Epidemiology. Dr. Ory has been awarded a number of Public Health Service Awards including the Commendation, Unit Commendation and Distinguished Service Medals. Dr. Ory has authored or co-authored numerous scientific articles beginning in the 1960s.

### 15. Dr. John Parker, M.D.

Dr. John Parker is currently a Professor and Chief of Pulmonary and Critical Care Medicine at the West Virginia University Health Sciences Center. From 1985 through 1998, Dr. Parker worked in a number of capacities for the National Institute for Occupational Safety and Health ("NIOSH"). Dr. Parker was the Chief of the Examination Processing Branch at the Division of Respiratory Disease Studies for NIOSH from July 1991 through August 1998. In this capacity, Dr. Parker provided oversight for the NIOSH Coal Workers' Respiratory Health Program as well as the NIOSH B-reader program and served as a faculty member for the American College of Radiology View-box Seminar on Pneumoconiosis. Additionally, Dr. Parker was the co-author of NIOSH Hazard Alerts regarding toxicity of silica in sand blasters, rock drillers, and construction workers. Dr. Parker also developed a cooperative agreement with

DOCS_DE:120733.1

the Finnish Institute for Occupational Health for studying the health effects of asbestos on Russian chrysotile miners and millers. Concurrent to serving as Chief of the Examination Processing Branch, Dr. Parker was also the Acting Chief of the Clinical Investigations Branch and the Acting Chief of the Epidemiological Investigations Branch at the Division of Respiratory Disease Studies for NIOSH. Dr. Parker also served as the Chief of the Protective Technology Branch of the Division of Safety Research for NIOSH. In this capacity, Dr. Parker supervised NIOSH research in workplace respiratory protection.

### 16. Dr. Bertram Price, Ph.D.

Dr. Bertram Price is President of Price Associates, Inc., which he established in 1987. Dr. Price received his B.A. in Mathematics from Wittenberg University and Ph.D. in Mathematical Statistics from Ohio State University. Dr. Price applies mathematical and statistical methods to analyze chemical, toxicological, medical, and epidemiological data for risk assessment and risk management alternatives. Dr. Price's consulting experience includes environmental and occupational regulatory and litigation issues. Dr. Price has testified before the EPA and OSHA, and in federal and state courts, on issues involving exposure, risk, environmental measurement, epidemiology, statistical analysis, and statistical methodology. Previously, Dr. Price was a Vice President at Marsh & McLennan, Incorporated, Senior Consultant at National Economic Research Associates and a Manager of Battelle's Program Office for Statistical Studies. Dr. Price was also an Assistant Professor at The Graduate School of Business at New York University and a Business Scientist at IBM. Dr. Price was also a Professor of Statistics at Ohio State University and a Lecturer in the Statistics Department at George Washington University.

## 17. Dr. Joe Rodricks, M.D.

Dr. Rodricks is a Principal at Environ, a risk management and strategy consulting firm. Dr. Rodricks received his Ph.D in Biochemistry from the University of California at Berkeley. From 1965 through 1980, Dr. Rodricks worked at the Food and Drug Administration (FDA) where he served as Deputy Associate Commissioner for Health Affairs. From 1977 through 1980, Dr. Rodricks served as Chair of the Interagency Regulatory Liaison Group for the FDA, EPA, OSHA, the U.S. Department of Agriculture ("USDA"), and the Consumer Products Safety Commission ("CPSC"). Dr. Rodricks has prepared and directed the preparation of comprehensive studies of toxic and human health effects of a large number of commercially important products and occupational and environmental contaminants; including aluminum, arsenic, asbestos, benzene, butadiene, cadmium, dioxins, lead, mercury, PCBs, saccharin, silicones, gasoline, phthalate esters, ethylene oxide, nitrosamines, ethylene dibromide, fluorochemicals, solvents of many types, and polycylic aromatic hydrocarbons. Dr. Rodricks has presented results of risk assessments to scientists in the FDA, EPA, OSHA, and several state regulatory and public health agencies. Dr. Rodricks has directed risk assessments at more than a dozen Superfund and hazardous waste sites.

## 18. Dr. David Weill, M.D.

Dr. David Weill is currently the Director of the Lung and Heart Transplant Program at Stanford University Hospital and Clinics and the Associate Professor of the Division of Pulmonary and Critical Care Medicine. He received his M.D. from Tulane University School of Medicine in 1990. Prior to accepting the position at Stanford, Dr. Weill was a Fellow of the Lung Transplant Program and Division of Pulmonary and Critical Care Medicine at the University of Colorado Health and Sciences Center. In 1996, Dr. Weill became the Medical

Director of the Lung Transplant Program and the Director of Pulmonary Rehabilitation at the Medical City Hospital in Dallas, Texas. In 1999, Dr. Weill accepted a position as the Associate Professor at the Division of Pulmonary and Critical Care Medicine at the University of Alabama at Birmingham. In 2005, Dr. Weill testified before the Senate Judiciary Committee concerning asbestos and mixed dust disease and the Texas State Legislature regarding asbestos and silica. He has testified previously in asbestos litigation. He has been the Associate Editor for the Journal of Heart and Lung Transplantation since 1999. Dr. Weill is certified in Pulmonary Medicine, Internal Medicine, and is a certified B-reader and Transplant Physician.

**19. Dr. Paul S. Wheeler, M.D.**

Dr. Paul Wheeler is an Associate Professor of Radiology at The Johns Hopkins Medical Institutions and a Staff Radiologist at The Johns Hopkins Hospital in Baltimore, Maryland. Dr. Wheeler received his B.A. from Harvard College and his medical degree from Harvard Medical School. Dr. Wheeler completed a surgical internship at Cleveland Metropolitan Hospital followed by a year of pathology residency at Western Reserve before completing a radiology residency at Johns Hopkins. He served as a medical officer in the 5th Special Forces Airborne in Vietnam and returned to The Johns Hopkins Hospital as Chief Resident in Radiology. Dr. Wheeler joined the radiology staff at Johns Hopkins as an instructor and was promoted to Assistant Professor and later Associate Professor. Dr. Wheeler participated in the NIOSH program that created the B-reader test in pneumoconiosis, under the direction of Dr. Russell Morgan (Chairman and later Dean of The Johns Hopkins School of Medicine). Dr. Wheeler also served on the American College of Radiology Pneumoconiosis Task Force.

## 20. <u>Dr. Gordon M. Bragg, Ph.D.</u>

Dr. Gordon M. Bragg is a principal of Gordon M. Bragg & Associates, Inc., which he established in 1988 and is a Professor Emeritus and Adjunct Professor at the University of Waterloo, Ontario. Dr. Bragg received his B.A.Sc. in Mechanical Engineering from the University of Toronto and his Ph.D. in Aeronautical Engineering, Fluid Mechanics from the University of Cambridge. Dr. Bragg is licensed to practice as a professional engineer in the province of Ontario. Dr. Bragg specializes in the analysis for all aspects of asbestos fiber emissions, including: the mechanisms by which airborne asbestos fibers are generated from asbestos-containing materials; methods of controlling asbestos dust; the methodology of measuring airborne asbestos; the statistical interpretation of the quantitative behavior of airborne asbestos; and the physical interpretation of the behavior of individual asbestos particles. Previously, Dr. Bragg was a principal of Spider Engineering Associates. Dr. Bragg also served as a consultant in Occupational Health Engineering to the Ontario Ministry of Health and as a consultant to the Royal Commission on Matters of Health and Safety Arising from the Use of Asbestos in Ontario. Dr Bragg was also a Visiting Professor at the University of Calgary.

## 22. <u>Jeffrey Dean Dahl, C.P.A.</u>

Jeffrey Dean Dahl is Senior Vice President of Rust Consulting, Inc. ("Rust"). He has served in this capacity since 1993. He also serves as National Director of Claims Administration and Principal Consultant for Rust. Mr. Dahl received his B.A. in Business Administration from Concordia College. Mr. Dahl has been a Certified Public Accountant since 1977. Mr. Dahl specializes in the administration of class action settlements and has been directly involved with over 200 class action notification campaigns and settlements. These settlements have ranged in size up to 100,000,000 class members in cases involving securities, property, fraud, product

liability and employment. Mr. Dahl also has 17 years experience in financial management of companies in the retail industry, serving as a controller, chief financial officer, and president.

### 23. Dr. Steven E. Haber, M.D.

Dr. Steven E. Haber is a Board Certified Specialist in Internal Medicine and a Board Certified Sub-Specialist in Pulmonary Diseases. Dr. Haber is presently in private practice with the Texas Occupational Medicine Institute. Dr. Haber received his B.A. from the University of Texas at Austin and his medical degree from the University of Texas at Houston. Dr. Haber completed his internship and residency in Internal Medicine at the Baylor College of Medicine. Dr. Haber also served as a Pulmonary Fellow at the Baylor College of Medicine. Dr. Haber is licensed to practice medicine in the states of Texas and Mississippi. Dr. Haber is a NIOSH-certified B-reader. Dr. Haber also serves as a member of the American College of Physicians and the American College of Occupational & Environmental Medicine and is a Fellow in the American College of Chest Physicians.

### 24. Dr. William E. Wecker, Ph.D.

Dr. William E. Wecker is the President of William E. Wecker & Associates. Dr. Wecker received his B.S. from the United States Air Force Academy, a M.S. from the University of Michigan, and his Ph.D. in statistics and management science from the University of Michigan. Dr. Wecker is a statistician and applied mathematician, and has conducted research in statistical theory, statistical methods and applied mathematics for over 30 years. Dr. Wecker has served on the faculties of the University of Chicago, the University of California at Davis, and Stanford University, where he taught statistics and applied mathematics at the graduate level. Dr. Wecker is a member of the American Statistical Association, the Institute of Mathematical Statistics, and the Society for Risk Analysis. Dr. Wecker has served as Associate Editor of the Journal of the

American Statistical Association for 4 years and of the Journal of Business and Economic Statistics for 18 years. Dr. Wecker also served from 1993 to 1994 on the Lead Subcommittee of the National Advisory Council on Environmental Policy and Technology of the U.S. Environmental Protection Agency.

### 25. Dr. Frederick C. Dunbar, Ph.D.

Dr. Frederick C. Dunbar is a Senior Vice President with National Economic Research Associates, Inc. ("NERA"). Dr. Dunbar received his B.A. from Reed College and his M.A. and Ph.D. in economics from Tufts University. Dr. Dunbar is an economist with an extensive background in asbestos claims forecasting and in analyzing asbestos claims. Based on his experience, Dr. Dunbar is familiar with the history and realities of asbestos litigation and the impact of asbestos litigation on the number, amount and value of claims filed against asbestos defendants. Dr. Dunbar has served as an Adjunct Professor at Columbia University School of Law and Fordham University School of Law and has also taught in the Economics Departments of Tufts University and Northeastern University. Dr. Dunbar has written extensively, including 50 professional articles and one book on products liability claims estimation. Dr. Dunbar also serves on the American Bar Association Section of Antitrust Law, Transportation Industry Committee, the New York Mercantile Exchange Appeals Committee, the New York Mercantile Exchange Arbitration Committee, and is an Arbitrator for the National Futures Association.

### 26. Dr. Denise Martin, Ph.D.

Dr. Denise Martin is a Senior Vice President with National Economic Research Associates, Inc. ("NERA"). Dr. Martin received her B.A. from Wellesley College and her M.A. and Ph.D. in Economics from Harvard University. Dr. Martin is an economist with an extensive background in the estimation of future personal injury claims likely to be brought against

defendants involved in asbestos, silica, medical products and building products litigation. Based on her experience, Dr. Martin is familiar with the history and realities of asbestos litigation, as well as the impact of recent changes in the tort system on the number, amount and value of claims filed against asbestos defendants. Dr. Martin has testified before the United States Senate Judiciary Committee on *Recent Developments in Assessing Future Asbestos Claims Under the FAIR Act*. Dr. Martin also served as an Assistant Economist at the Federal Reserve Bank and as an economic consultant for Urban Systems Research and Engineering.

## **RESERVATION OF RIGHTS**

Pursuant to the Amended PI CMO, the Debtors reserve the right to supplement this disclosure with additional expert testimony related to or in response to expert disclosures or reports offered by another party to this estimation.

Wilmington, Delaware
Dated: August 21, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

*and*

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors-in-Possession

19

DOCS_DE:120733.1