## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | § | |
| | § | SS: |
| NEW CASTLE COUNTY | § | |

Tiffany Matthews, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, attorneys for the Ad Hoc Committee of Equity Security Holders, in the above-captioned action, and that on the 21st day of August, 2006, she caused a copy of the **Notice of Appearance and Request for Service of Papers**, to be served upon the attached 2002 service list via hand delivery to local parties and via First Class United States Mail to all remaining parties.

_____
Tiffany Matthews

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid.

Dated: August 22, 2006

_____
Notary Public

MICHELLE M. DERO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 13, 2010

633511v1

# W.R. Grace

## 2002 Service List

Laura Davis  Jones, Esq.
David  Carickoff, Esq.
Pachulski, Stang, Ziehl, Young, Jones,
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington  DE 19899-8705

Hamid R.  Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles  CA 90067-4100

Matthew G.  Zaleski, III, Esq.
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington  DE 19801

James H.M.  Sprayregen, Esq.
James  Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago  IL 60601

Derrick  Tay, Esq.
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower, Sun Life
200 Kint Street West
Toronto, Ontario,  M5H 3T4

David B.  Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia  MD 21044

D. J.  Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York  NY 10036
*Sealed Air Corporation*

J. Douglas  Bacon
Latham & Watkins
Sears Tower
Suite 5800
Chicago  IL 60606

Edward Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant  SC 29465
*ZAI Claimants*

Todd C. Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street, Suite 2800
Atlanta  GA 30309-4530
*Wachovia Bank, N.A.*

The Chase Manhattan Bank
c/o Lawrence Palumbo
270 Park Avenue
New York  NY 10017

The Depository Trust Company
c/o Ming Shiang, VP
55 Water Street
New York  NY 10042

The Depository Trust Company
c/o Daniel Chipko
PO Box 20
Bowling Green Station
New York  NY 10274

Robins Kaplan Miller Ciresi
c/o Roman Siberfeld
2049 Century Park East #3700
Los Angeles  CA 90067

# W.R. Grace

## 2002 Service List

Huntsman Corporation
P.O. Box 65888
Charlotte  NC 28265

Zhagrus Environmental, Inc.
c/o Susan Rice
46 W. Broadway, Ste. 130
Salt Lake City  UT 84101

DCP-Lohja Inc.
c/o William McBain
P.O. Box 2501
Carol Stream  IL 60132-2501

PCS Nitrogen Fertilizer, L.P.
c/o John Hill
P.O. Box 71029
Chicago  IL 60694-1029

Dupont Dow Elastomers
c/o Rick Thomas
21088 Network Place
Chicago  IL 60673-1210

Cass Logistics Temporary
c/o Ann-Margaret Bushnell
900 Chelmsford Street
Lowell   MA 08510

Union Carbide Corp
c/o Mia Skinner
PO Box 91136
Chicago  IL 60693-0001

Southern Ionics, Inc.
c/o Milton Sunbeck Jr
P.O. Box 830800, Drawer 830
Birmingham  AL 35283-0800

BASF
c/o Diane Murdock
P O Box 75908
Charlotte  NC 28275

Risk Co.
c/o Lisa Clegg-Konen
P.O. Box 7061
Downers Grove  IL 60515

Radian International
c/o Mary Harris
P O Box 844130
Dallas  TX 75284-4130

Stone Packaging System
c/o Jim Wagner
21514 Network Place
Chicago  IL 60673-1215

Valeron Strength Films
c/o Ron Luce
75 Remittance Dr., Suite 3068
Chicago  IL 60675

Ingersoll-Rand Fluid Products
c/o Eric Solverson
PO Box 751229
Charlotte  NC 28275-1229

David S. Rosenbloom, Esquire
Jeffrey E.  Stone, Esquire
Lewis S. Rosenbllom, Esquire
McDeermott, Will & Emory
227 West Monroe Street
Chicago  IL 60606-5096
*National Medical Care, Inc.*

# W.R. Grace

## 2002 Service List

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris Nicols, Arsht & Tunnell
1201 N. Market Street
P.O.Box 1347
Wilmington  DE 19899
*National Medical Care, Inc.*

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York  NY 10019-6076
*Bankers Trust Company*

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York  NY 10006

Michael J. Urbis, Esq,
Jordan, Hyden, Womble and Culbreth,
2390 Central Blvd,  Suite G
Brownsville,   TX 78520
*Garlock, Inc.*

Jonathan W. Young, Esq.
T. Kellan Grant, Esq.
Wildman,, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago  IL 60606-1229
*Transcontinental Insurance Company*

Jefrey C. Wisler, Esq.
Michelle McMahon, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
P.O. Box 2207
Wilmington  DE 19899
*Maryland Casualty Company*

Elihu  Inselbuch
Rita Tobin
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York  NY 10152-3500

Peter Van N. Lockwood
Julie W. Davis
Trevor W. Swett, III
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington  DC 20005

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East
Suite 3700
Los Angeles  CA 90067

Paul M. Matheny, Esq.
The Law Offices of Perter G. Angelos,
5905 Harford Road
Baltimore  MD 21214
*Joseph F. albers, Rose M. Caperna, Freddie
French et. al.*

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook  NJ 07663

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher, Flom LLP
One Rodney Square
P.O.Box 636
Wilmington  DE 19899-0636
*Sealed Air Corporation*

# W.R. Grace

## 2002 Service List

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan,
Griffinger & Vercchione
One Riverfront Plaza
Newark  NY 07102-5497
*Herman's Sporting Goods in Liquidation, Inc.*

Thomas J.  Noonan, Jr.
Herman's Sporting Goods in Liquidation,
c/o R & S Liquidation Company, Inc.
5 Lyons Mall PMB # 530
Basking Ridge  NJ  07920-1928

Lewis  Kruger, Esq.
Robert  Raskin, Esq.
Stroock & Stroock & Lavan LLP
180 Mainden Lane
New York  NY   10038-4982
*Official Commitee of Unsecured Creditors*

Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
Attn: Paul Haskell
New York  NY 10005

Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
Attn: Meridee Moore and Kirsten Lynch
San Francisco  CA 94111

Joseph  Grey, Esq.
John D.  Demmy, Esq.
Stevens & Lee
300 Delaware Ave. Suite 800
Wilmington    DE 19801

Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry & Joseph
824 Market Street, Suite 904
P.O. Box 1351
Wilmington  DE 19899

Scott L.  Baena, Esq.
Richard M.  Dunn, Esq.
Bilzen, Sumberg, Dunn, Baena &
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami   FL 33131-2336

Michael R. Lastowski, Esq.
Duane Morris & Hecksher LLP
1100 North Market Street, Suite 1200
Wilmington  DE 19801-1246

William S. Katchen, Esq.
Duane Morris & Hecksher LLP
One Riverfront Plaza, 2nd Floor
Newark    NJ 07102

Peter S. Goodman, Esq.
Andrews & Kurth LLP
450 Lexington Avenue
15th Floor
New York  NY 10017
*Weatherford U.S. Inc. and Weatherford International*

William D. Sullivan, Esq.
Elzufon Austin Reardon Tarlov &
300 Delaware Ave., Suite 1700
P.O. Box  1630
Wilmington  DE 19899
*Zonolite Attic Litigation*

# W.R. Grace

## 2002 Service List

Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco  CA 94111
*Zonolite Attic Litigation*

Thomas M. Sobol, Esq.
Lieff, Cabraser, Heimann & Bernstein
214 Union Wharf
Boston    MA 02109-1216
*Zonolite Attic Litigation*

Robert M. Fishman, Esq.
Shaw Gussis Domanskis Fishman &
1144 West Fulton Street
Suite 200
Chicago    IL 60607
*Zonolite Attic Litigation*

James P. Ruggeri, Esq.
Scott A.  Shail, Esq.
555 Thirteenth Street N.W.
Washington    DE 20004-1109

Mary M.  Maloneyhuss, Esq.
Wolf Block Schorr Solis-Cohen LLP
920 King Street
Suite 300
Wilmington    DE 19801

Daniel H.  Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles   CA 90071-3442

Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Plaza
New York   NY 10004-1482

Daniel A.  Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton    SC 29924

Michael T. Kay, Esq.
The Dow Chemical Co.
2030 Dow Center
Midland    MI 48674

Jeffrey  Kaufman, Esq.
Gerald F. Ellersdorfer, Esq.
Kaufman & Logan LLP
111 Pine Street
San Francisco   CA 94111

Ted Weschler
Peninsula Capital Advisors LLC
404B East Main Street
Second Floor
Charlotsville  VA 22902

Robert T. Aulgur, Jr., Esq.
P.O. Box 617
Odessa  DE 19730
*Toyota Motor Credit*

Selinda A. Melnik, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington  DE 19899

Dorine  Vork, Esq.
Stibbe, P.C.
350 Park Avenue
New York   NY 10022

# W.R. Grace

## 2002 Service List

Donna J. Petrone, Esq.
ExxonMobil Chemical Co.
Law Department - Bankruptcy
13501 Katy Freeway, Room W1-562
Houston  TX 77079-1398

David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago   IL 60601

Alan H. Katz, Esq.
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans  LA 70113

Leonard P. Goldberger, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia  PA 19103-7395
*Century Indemnity Company*

Curtis J. Crowther, Esq.
White and Williams LLP
824 N. Market
Suite 902
P.O. Box 709
Wilmington  DE 19899-0709
*Century Indemnity Company*

Dierdre Woulfe Pacheco, Esq.
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge  NJ 07095

Julien A. Hecht
2400 Boston Street
Suite 200
Baltimore  MD 21224
*DAP Products, Inc.*

Randall A. Rois, Esq.
Floyd, Isgur, Rios & Wahlrich, P.C.
700 Louisiana, Suite 4600
Houston  TX 77002
*counsel for Huntsman Corp.*

Thomas  J. Matz, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York  NY  10166
*Counsel for Snack Inc.*

Vahe Melkonian, Esq.
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills  CA 91367
*Counsel for Snack Inc.*

Thomas  Moers Mayer, Esq.
Robert T. Schmidt, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York  NY 10022
*Counsel for Equity Security Holders*

Mark  Kenney, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington  DE 19801-3519

Francis J.  Murphy, Esquire
John S.  Spadaro, Esquire
Murphy Spadaro & Landon
824 N. Market Street
Suite 700
Wilmington  DE 19801
*Counsel for Underwriters at Lloyds of London*

# W.R. Grace

## 2002 Service List

Ralph R. Mabey, Esq.
Penrod W. Keith, Esq.
LeBouf, Lamb, Greene & MacRae LLP
1000 Kearns Building
Salt Lake City  UT 84101
*Counsel for Underwriters at Lloyds of London*

Bryan  Shapiro, Esq.
Bear, Stearns & Co. Inc.
245 Park Avenue
New York  NY 10167

William H. Suddell, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington  DE 19899
*Chevron U.S.A. Inc.*

Robert J. Dehney, Esq.
Michael G. Busenkell, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington  DE 19899-1347
*Travelers*

Lynn K. Neuner, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York  NY 10017-3954
*Travelers*

Nichloas J Lepore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia  PE 19103

David S. Rosenbloom, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago  IL 60606-5096
*National Medical Care, Inc.*

William H. Sudell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington  DE 19899
*National Medical Care, Inc.*

Jerel L. Ellington
Senior Counsel
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945 - North Tower
Denver  CO 80202

David B. Madoff, Esquire
Daniel C. Cohn, Esquire
Cohn Khoury Madoff & Whitesell LLP
101 Arch Street
Boston  MA 02110
*Carol Gerard*

Kimberly W.  Osenbaugh, Esquire
Preston Gates & Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle  WA 98104
*Attorneys for KEG Restaurants U.S., Inc.*

James  Sottile, Esquire
Michael J. Zoeller, Esquire
Baach Robinson & Lewis PLLC
One Thomas Circle, NW
Suite 200
Washington  DC 20005
*Counsel for Underwriters at Lloyds of  London*

# W.R. Grace

## 2002 Service List

Frederick P. Furth, Esquire
Michael P. Lehmann, Esquire
The Furth Firm LLP
225 Bush Street
15th Floor
San Francisco  CA 94104


Elio  Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 900
Wilmington  DE 19801-4226
*CHL Administration, Inc.*


Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia  PA 19103
*CHL Administration, Inc.*


M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco  CA 94105-2228
*Macerich Fresno Limited Partners*


William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington  DE 19801
*Macerich Fresno Limited Partners*


Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco  CA 94105-2228
*Macerick Fresno Limited Partners*

Richard S. Cobb, Esquire
Megan N.  Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington  DE 19801
*PacifiCorp*


Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 East Broadway, Suite 900
Salt Lake City  UT 84111
*PacifiCorp*


Roger  Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W.
Suite 200
Washington  DC 20007-5135
*David Austern, the Future Claimants' Representative*