# SIGN-IN-SHEET

**CASE NAME** WR Grace  
**CASE NO.:** 01-1139(JKF)

**COURTROOM LOCATION:** Courtroom #5  
**DATE:** July 21, 2006 @ 2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Pasquale | Stroock + Stroock + Lavan LLP | UCC |
| Lewis Kruger | " | " |
| David Klauder | UST | UST |
| Seth Baena | Bilzin Sumberg | PD |
| Scott C. Cousins (?) | Orrick | FCR |
| Jay Sakalo | Bilzin Sumberg | PD |
| Marc Casarino | White and Williams LLP | Century Indemnity |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | Property Damage Committee |
| Martin Dies | Dies & Hile LLP | Special Counsel PD Claimants |
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Richard C. Finke | W.R. Grace + Co. | W.R. Grace + Co. |
| Derreck Tay | Ogilvy Renault LLP | W R Grace |
| Ted Freedman | KRE | " |
| James Restivo | Reed Smith | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME** WR Grace  
**COURTROOM LOCATION:** Courtroom #5  
**CASE NO.:** 01-1139(JKF)  
**DATE:** July 21, 2006 @ 2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alex Mueller | M&M | London Mkt+Ins companies |
| Lasausk, Michael | Dignet | CC |
| Tom Wharen | Stevens & Lee | Freeman's Fund |
| Patti McGonigle | Silk Van Ortyn & Gurr | Sunshine Claimants |
| Brent W. Phillips | Summercooper | " |
| Amy Oram | ASCW | WRGrace |
| Lanne Pollack | Jason Schlesinger | Prudential |
| Curtis Plaza | Riker Danzig | telephone pendentia |
| Paul K Hogan | The Hogan Law | Carolin Zarelli, Zerbeh Riad Melukr |
| Joseph Harmony | Phillips Goldman & Spence | Future Claimant Representative |
| Frank Monaco | Monzack Manning Comella Mud | |
| David Primack | Drinker Biddle Heath | One Beacon |
| Marc Phillips | Connely Bore Lodge Hurtz | MCC |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 08/21/2006
**Calendar Time:** 02:00 PM

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Judith Fitzgerald (Visiting)
### Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451579 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451580 | David Siegel | 802-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451613 | Natalie D. Ramsey | 215-772-7354 | Montgomery, McCracken, Walker & Rh | Grace Certain Cancer Claimants / LIVE |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451616 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, P.C | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451619 | Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451623 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451627 | Elizabeth DeCristofaro | 212-269-4900 | Ford Marrin Esposito Witmeyer & Gleser | Continental Casualty Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451629 | Andrew Chan | 212-526-4503 | Lehman Brothers | Lehman Brothers / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451637 | Stephen B. Vogel | 212-728-8961 ext. 00 | Willkie Farr & Gallagher LLP | DK Acquisition Partners / LISTEN ONLY |
| | | W.R. Grace & Co. | 01-1139 | Hearing | 1451672 | Kathleen Farinas | 317-637-6071 | George & Sipes | Asbestos Personal Injury Claimants / LIVE |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1451706 | Eric Manchin | 214-821-1221 | Kaeske Law Firm | Kaeske Law Firm Plaintiffs / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1444619 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1463023 | Robert Guttman (ext. 8371) | 212-223-0400 | Zeichner Ellman & Krause, LLP | AIG / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1463040 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1449372 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & Axelrod | Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1448375 | Darrell Scott | 509-455-3966 | Scott Law Group | Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-1139 | Hearing | 1449390 | Sean Walsh | 202-973-9381 | LECG | Asbestos Property Damage Claimants / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-1139 | Hearing | 1449673 | Elizabeth J. Cabraser | 415-956-1000 | Leiff, Cabraser, Heimann & Bernstein | Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449895 | Richard M. Park | 213-896-6610 | Sidley Austin (900873) | Federal-Mogul / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450034 | Carl Pernicone | 212-490-3000 | Wilson, Elser, Moskowitz, Edelman & D | Royal Insurance / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450309 | Stephanie Kwong | 212-806-7465 | Kom Capital, LLC | Investor / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450317 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP (New Y | Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450330 | Guy Baron | 212-301-8312 | Dune Capital Management | Investor / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450647 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450652 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450946 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450967 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis, LLP | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450975 | John O'Connell | 212-583-5677 | The Blackstone Group | Financial Advisor to the Debtor / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450983 | Barbara Harding | 202-879-5081 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1450988 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis, LLP | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1451018 | Paul L. Sadler | 903-657-8544 | Wellborn Houston, LLP | Asbestos Claimants & Wellborn Houston, LLP / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1451066 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | State of California / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1451184 | Richard F. Rescho | 510-832-2980 | Law Office Of Christopher Grell | Grell / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1451578 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1493364 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & Perret | Asbestos Property Damage Committee / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1447626 | Barbara Seniawski | 212-455-3835 | Simpson Thacher & Bartlett LLP (9040 | Travelers Casualty Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1447571 | Andrew Craig | 973-734-3200 | Cugler Burk, LLP | Allstate Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1447578 | Lynne S. Nissen | 212-269-4900 | Ford Marrin Esposito Witmeyer & Gliese | Continental Casualty Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1448029 | Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1448190 | Mardi Murray | 212-582-5505 | Murray Capital Management, Inc. | Murray Capital Management, Inc. / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449100 | David Liebman | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449103 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-1139 | Hearing | 1449108 | Craig Gilbert | 646-840-3506 | Linden Advisors, LP | Linden Advisors, LP / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449140 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Share Holder for W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449216 | Daniel C. Cohn | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Co-Counsel to the Libby Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449222 | Debra Felder | 202-339-8567 | Orrick, Herrington & Sutcliffe (CC-2041 | David T. Austern The Future Claimants Rep. / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449244 | Jeremy Kleinman | 312-276-1400 | Frank/Gecker LLP | Campbell, Cherry, Harrison, Davis & Dove, P.C. / LIVE |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449304 | Joseph Radecki | 212-284-8588 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449317 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| W. R. Grace & Co. | 01-1139 | Hearing | 1449359 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Asbestos Property Damage Claimants / LIVE |