IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                            :   Chapter 11
                                                  :   Case No. 01-01139(JKF)
                                                  :
W. R. GRACE & CO., et al.,                        :   Jointly Administered
                                                  :
                        Debtors.                  :
---------------------------------------------------------------- x

**OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' RE-DESIGNATION OF EXPERT WITNESS REGARDING ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS**

The Official Committee of Equity Security Holders of W.R. Grace & Co. (the "Equity Committee") does not believe that Paragraph 4 of this Court's July 24, 2006 Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (the "Amended CMO")(Dkt # 12858) contemplates or requires the **re-**designation of estimation experts previously designated by a party in response to the original Case Management Order for Estimation of Asbestos Personal Injury Liabilities dated August 29, 2005 (Dkt. No. 9301).  However, to avoid any confusion, the Equity Committee hereby reiterates the previous designation filed by it on December 19, 2005 (Dkt. # 11367).

The Equity Committee intends to call Gustavo E. Bamberger of Lexecon Inc. to provide expert testimony regarding the estimated number, amount and value of Grace's present and future asbestos personal injury claims.

The Equity Committee reserves the right to substitute or supplement this designation as further discovery and investigation may warrant.

KL2:2462293.1

-2-

Dated:  August 22, 2006

Respectfully submitted,


KLETT ROONEY LIEBER &
    SCHORLING


By:  /s/ Teresa K.D. Currier
        Teresa K. D. Currier (ID No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295

- and -

KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
    Philip Bentley
    Gregory Horowitz
    Gary M. Becker
919 Third Avenue
New York, New York  10022
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

Attorneys for the Official Committee of
Equity Security Holders

KL2:2462293.1