# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# APRIL 1, 2006
# THROUGH APRIL 30, 2006

```
                     Phillips, Goldman & Spence, P.A.
                            1200 N. Broom Street
                           Wilmington, DE   19806
                              (302) 655-4200
                            EI #: 51-0328786
```

August 17, 2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135

```
                                              File   WRG-AUS/JCP
                                          Invoice number   63563
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
            Subtotal for FEES only:  04/30/06     $5,289.50
            Subtotal for COSTS only: 04/30/06     $1,080.15
                                                  ---------
   CURRENT PERIOD FEES AND COSTS:    04/30/06     $6,369.65
                                                  ---------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

August 17, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   63563

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 5.4 | 2,025.00 |
| FEE/EMPLOYMENT APPLICATIONS | 15.4 | 3,068.50 |
| CASE ADMINISTRATION | 1.4 | 196.00 |
| Subtotal for FEES only: 04/30/06 | 22.2 | $5,289.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 9.30 | 9.30 | 3,487.50 | 0.00 | 0.00 |
| 140.00 | CAH | 12.70 | 12.70 | 1,778.00 | 0.00 | 0.00 |
| 120.00 | TLB | 0.20 | 0.20 | 24.00 | 0.00 | 0.00 |
| Totals | | 22.20 | 22.20 | 5,289.50 | 0.00 | 0.00 |

WRG-AUS                                                LEGALMASTER MIRC For Transactions                                    08/17/06 Page 1
                                                                      -Fees-

Sort Fields:
    Grouping code           (Paginate)
    Client code
    Actual employee code    (Subtotals)
    Transaction date

Range Fields:
    Client code             I    WRG   -  WRG
    Invoice Number          I    63563 -  63563

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  CASE ADMINISTRATION | CAH | 04/04/06 | Review of and update docket. | 0.20 | 28.00 | Ca |
| WRG  CASE ADMINISTRATION | CAH | 04/10/06 | Merge original signatures into filed documents. | 0.30 | 42.00 | |
| WRG  CASE ADMINISTRATION | CAH | 04/11/06 | Merge original signatures into filed documents; e-mail Rachel for continued missing originals. | 0.30 | 42.00 | |
| WRG  CASE ADMINISTRATION | CAH | 04/11/06 | Obtain copies of pertinent documents for John C. Phillips, Jr. review. | 0.60 | 84.00 | |
| | | | | 1.40 | 196.00 | |
| | | | | 1.40 | 196.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                    08/17/06   Page 2
                                                         -Fees-

| Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 04/01/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | Li |
| WRG | LITIGATION | JCP | 04/05/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 04/06/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 04/07/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 04/10/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 04/12/06 | Review of miscellaneous pleadings; review of Agenda for 4/17/06 Hearing. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 04/13/06 | Review of Order granting Libby Claimants oral argument. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 04/14/06 | Review of miscellaneous pleadings (voluminous) (.3); review of Libby Claimants Supplement to Objection re: Dr. Whitehouse's deposition with enclosure (.1); review of U.S.D. Montana Court Order (.1); review of Libby Claimants' Motion to Substitute Experts; review of Agenda for 4/17/6 Hearing (.1). | 0.60 | 225.00 | |
| WRG | LITIGATION | JCP | 04/17/06 | Court appearance re: Omnibus Hearing. | 2.40 | 900.00 | |
| WRG | LITIGATION | JCP | 04/18/06 | Review of miscellaneous pleadings; review of 3/27/06 Hearing Transcript. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 04/19/06 | Review of miscellaneous pleadings and 2 Orders. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 04/20/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 04/21/06 | Review of Certification of Counsel re: Order Modifying Personal Injury CMO to Extend Time to Respond to Questionnaire; review of proposed Order re: same; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 04/24/06 | Review of Certification of Counsel re: Order Extending Exclusivity with enclosure; review of proposed Order; review of 4/17/06 Hearing transcript. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 04/25/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 04/26/06 | Review of miscellaneous pleadings and Order. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 04/28/06 | Review of Order Modifying Personal Injury CMO; letter from counsel for Foster and Sear. | 0.20 | 75.00 | |
| | | | | | -------- | -------- | |
| | | | | | 5.40 | 2,025.00 | |
| | | | | | -------- | -------- | |
| | | | | | 5.40 | 2,025.00 | |
| | | | | | ======== | ======== | |

WRG-AUS                                                        LEGALMASTER MIRC For Transactions                                          08/17/06   Page   3
                                                                            -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/03/06 | Draft Certificate of Service; scan, file and serve Certificate of No Objection for Swidler Berlin withdrawal; sent copy to Judge with Motion. | 0.60 | 84.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/03/06 | Download and print 7th and 8th Quarterly Fee Applications for Swidler Berlin; create Certificate of Service with list. | 0.80 | 112.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/04/06 | Scan the Notice and Certificate of Service for Swidler Berlin's 7th and 8th Quarterly Fee Application. | 0.20 | 28.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/04/06 | File and serve 7th and 8th Quarterly Fee Applications of Swidler Berlin. | 0.60 | 84.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/04/06 | Download, scan and file Certificate of No Objection on Orrick application; send same to Parcels for service. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/06/06 | E-mail to (2x) to Rachel Baranca on Tillinghast Fee Applications; download and print same. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/06/06 | File and serve 8th and 9th Fee Applications for Towers Perrin. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/07/06 | Download, scan, file and serve Certification of Counsel on Swidler Berlin's 20th Fee Application. | 0.40 | 56.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/13/06 | Have Certificates of Service executed; e-mail to R. Baranca. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/17/06 | Review of documents filed by Orrick on its retention; conference with John C. Phillips, Jr. | 0.20 | 28.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/18/06 | Code and review prebill for conformity to local rules. | 0.20 | 28.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/18/06 | E-mail to R. Baranca re: filings to be done today. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/18/06 | Downlaod and print August thru February Fee Applications for D. Austern and the 6th and 7th Quarterly Fee Application for D. Austern (.8); add signatures for notices and the Certificate of Service for each with appropriate list (.4); scan additional sections (.3); file Monthly Fee Applications and copy for service and for inclusion in Quarterly Fee Application (1.2); scan expert for Quarterly Fee Applications (.3); file and serve Quarterly Fee Applications for D. Austern (.6). | 3.60 | 504.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/25/06 | Download, print and organize 7th Quarterly Fee Application of CIBC and prepare mailing information. | 0.60 | 84.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/27/06 | Begin February Fee Application. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/28/06 | Draft Certificate of No Objection for January and February Fee Applications for Phillips, Goldman & Spence. | 0.40 | 56.00 | |

| WRG-AUS | | | LEGALMASTER MIRC For Transactions -Fees- | 08/17/06 Page 4 | |
|---|---|---|---|---|---|
| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Grp Dollars Cd |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/28/06 | Draft Certificate of Service and after execution, scan file and serve Certificates of No Objection for Tillinghast January and February Fee Applications. | 0.60 | 84.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 04/28/06 | Draft March Fee Application for Phillips, Goldman & Spence. | 0.70 | 98.00 fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/03/06 | Review of Order Approving Fee Applications. | 0.10 | 37.50 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/04/06 | Review of, revise and execute Swidler Berlin's Notice of Filing 7th and 8th Quarterly Fee Applications; conference with Celeste A. Hartman (2x); review of Certificate of No Objection re: Austern's Retention of Orrick Herrington. | 0.40 | 150.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/06/06 | Review of and execute Notices of Filing of Towers Perrin's 8th and 9th Monthly Fee Applications; conference with Celeste A. Hartman. | 0.30 | 112.50 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/08/06 | Review of and revise March prebill. | 0.20 | 75.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/12/06 | Review of and execute Notice re: duplicate filing; conference with Celeste A. Hartman. | 0.10 | 37.50 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/13/06 | Review of and execute Notice of Hearing re: FCR's Applications to Employ Orrick and Piper Jaffray; conference with Celeste A. Hartman. | 0.20 | 75.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/14/06 | Phone conference with Roger Frankel re: FCR's application to Employ Orrick; e-mail to Celeste A. Hartman re: same. | 0.30 | 112.50 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/17/06 | Conference with Celeste A. Hartman; review memo from Celeste A. Hartman re: Application to Employ Orrick; conference with Roger Frankel re: same. | 0.30 | 112.50 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/18/06 | Review of, revise and execute FCR Austern's 13th, 14th, 15th, 16th, 17th, and 18th Monthly and 6th and 7th Quarterly Fee Applications (.6); conference with Celeste A. Hartman (.2). | 0.80 | 300.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/26/06 | Review of, revise and execute CIBC's 7th Quarterly Fee Application; conference with paralegal. | 0.30 | 112.50 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 04/28/06 | Review of and execute 2 Certificates of No Objection re: Phillips, Goldman & Spence 20th and 21st Monthly Fee Applications (.3); review of, revise and execute Phillips, Goldman & Spence 22nd Monthly Fee Application (.1); conference with Celeste A. Hartman (3x) (.3); review of and execute 2 Certificates of No Objection re: Towers Perrins' 8th and 9th Monthly Fee Applications (.2). | 0.90 | 337.50 |
| | | | | 3.90 | 1,462.50 |
| | | | | 11.30 | 1,582.00 |

WRG-AUS                          LEGALMASTER MIRC For Transactions                    08/17/06  Page 5
                                              -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  FEE/EMPLOYMENT APPLICATIONS | TLB | 04/26/06 | E-filing of Seventh Quarterly Fee Application for CIBC World Market Corp. | 0.20 | 24.00 | fa |
|  |  |  |  | 0.20 | 24.00 |  |
|  |  |  |  | 15.40 | 3,068.50 |  |
|  |  |  |  | 22.20 | 5,289.50 |  |

51 records printed.