# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# APRIL 1, 2006
# THROUGH APRIL 30, 2006

Phillips, Goldman & Spence, P.A.

August 17, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   63563

Re:  W. R. Grace & Co.
     David T. Austern


COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/01/06 | Federal Express | 214.64 |
| 04/01/06 | Long distance phone charges | 5.13 |
| 04/03/06 | Photocopies | 542.60 |
| 04/04/06 | Postage | 31.14 |
| 04/13/06 | Check No.: 30708 - Virtual Docket - document retrieval/service/copy/mail, etc. | 286.64 |
| | Subtotal for COSTS only: 04/30/06 | $1,080.15 |