# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MAY 1, 2006
# THROUGH MAY 31, 2006

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

August 17, 2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   63564

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
         Subtotal for FEES only: 05/31/06       $4,235.00
         Subtotal for COSTS only: 05/31/06      $2,740.09
                                                ----------
CURRENT PERIOD FEES AND COSTS:   05/31/06       $6,975.09
                                                ----------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

August 17, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   63564

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 5.9 | 2,212.50 |
| CASE ADMINISTRATION | 5.8 | 812.00 |
| FEE/EMPLOYMENT APPLICATIONS | 6.8 | 1,210.50 |
| Subtotal for FEES only: 05/31/06 | 18.5 | $4,235.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 7.00 | 7.00 | 2,625.00 | 0.00 | 0.00 |
| 140.00 | CAH | 11.50 | 11.50 | 1,610.00 | 0.00 | 0.00 |
| Totals | | 18.50 | 18.50 | 4,235.00 | 0.00 | 0.00 |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                           08/17/06  Page 2
                                                        -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 05/01/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | Li |
| WRG | LITIGATION | JCP | 05/02/06 | Certification of Counsel for Libby Claimants with enclosure; review of proposed Order Denying Motion for Fees. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 05/03/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 05/04/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 05/08/06 | Review of miscellaneous pleadings re: CNA claims; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 05/09/06 | Review of Agenda for 5/15/06 Hearing. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 05/11/06 | Review of miscellaneous pleadings; review of Judge Buckwalter's 5/10/06 Memo and Order; review of Certification of Counsel re: Withdrawing Objection to Certain Claims. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 05/13/06 | Review of Agenda for 5/15/06 Hearing; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 05/15/06 | Review of Order Extending Exclusivity (.2); review of miscellaneous pleadings and Order (.2); court appearance re: Agenda for 5/15/06 Hearing (.2); review of Amended Omnibus Hearing (1.0); review of 5/11/06 Buckwalter Memorandum and Order (.1); review of Basell Purchase Agreement (.1). | 1.80 | 675.00 | |
| WRG | LITIGATION | JCP | 05/16/06 | Review of miscellaneous pleadings; review of Debtors' Motion to Approve Settlement with Lloyds; review of Settlement Agreement. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 05/17/06 | Review of miscellaneous pleadings and 4 Orders entered 5/16/06. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 05/18/06 | Review of miscellaneous pleadings; review of Certification of Counsel re: discovery from Dr. Whiteside and proposed Order. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 05/18/06 | Review of and execute Certification of Counsel re: Austern's 17th Monthly Fee Application; review of and execute Notice of Document (Austern's 18th Monthly Fee Application) Entered in Error; conference with Celeste A. Hartman. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 05/19/06 | Review of miscellaneous pleadings and 5 Orders; review of Order Denying Libby Claimants Motion for Payment of Expenses; review of Certification of Counsel re: Order Denying BDM Relief from Stay; review of Declaration re: Supplemental Service of Personal Injury Questionnaire. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 05/20/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |

WRG-AUS                                       LEGALMASTER MIRC For Transactions                              08/17/06  Page 3
                                                              -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 05/22/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | Li |
| WRG | LITIGATION | JCP | 05/23/06 | Review of miscellaneous pleadings and Orders; preliminary review of 5/15/06 Hearing Transcript. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 05/24/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 05/26/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 05/31/06 | Review of miscellaneous pleadings; e-mail from Rose Meade (Orrick) re: 6/2/06 filing. | 0.20 | 75.00 | |
| | | | | | 5.90 | 2,212.50 | |
| | | | | | 5.90 | 2,212.50 | |

WRG-AUS                                                                 LEGALMASTER MIRC For Transactions                                           08/17/06   Page 4
                                                                                       -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/09/06 | Download and file March Monthly and 8th Quarterly Fee Applications for D. Austern. | 0.70 | 98.00 | fa |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/16/06 | Scan file and serve Certification of Counsel for docket number 12256 (Austern's 18th Monthly Fee Application). | 0.40 | 56.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/18/06 | Scan, file and serve Certification of Counsel on 17th Monthly Fee Application and Notice of Document Entered in Error. | 0.40 | 56.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/19/06 | Print, compile, scan and file Certificates of No Objection for D. Austerns August 2005, September 2005, October 2005, November 2005, December 2005 and February 2006 Fee Applications. | 0.70 | 98.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/23/06 | Update docket and draft Certificate of No Objection for March 2006 Phillips, Goldman & Spence Fee Application. | 0.30 | 42.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/23/06 | Reconcile payment received to invoices and Fee Applications. | 0.30 | 42.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/26/06 | Download 1st, 2nd and 3rd Monthly and first Quarterly Fee Application for Piper Jaffey and file same. | 0.90 | 126.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/26/06 | Download 20th Monthly Fee Application for David Austern and file same. | 0.40 | 56.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/28/06 | Draft 8th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.90 | 126.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/31/06 | File Certificate of No Objection for Phillips, Goldman & Spence March Fee Application; file 8th Quarterly Fee Application for Phillips, Goldman & Spence and serve both. | 0.50 | 70.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 05/31/06 | Download and file Certificate of No Objection for D. Austern's March Fee Application. | 0.20 | 28.00 | |
| | | | | 5.70 | 798.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 05/09/06 | Review of Order Allowing Swidler Berlin to Withdraw as Counsel for FCR Austern; review of Order Authorizing FCR to Employ Piper Jaffray; review of Order Authorizing FCR to Retain Orrick Herrington. | 0.30 | 112.50 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 05/16/06 | Review of and execute Certification of Counsel re: Austern's 18th Monthly Fee Application; conference with Celeste A. Hartman. | 0.20 | 75.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 05/30/06 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 22nd Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 8th Quarterly Fee Application; conference with Celeste A. Hartman. | 0.50 | 187.50 | |

WRG-AUS                                LEGALMASTER MIRC For Transactions                         08/17/06  Page 5
                                                    -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 05/31/06 | Review of Fee Auditor's Report re: 19th Interim Period. | 0.10 | 37.50 | |
| | | | | 1.10 | 412.50 | |
| | | | | 6.80 | 1,210.50 | |
| | | | | 18.50 | 4,235.00 | |

48 records printed.

```
WRG-AUS                                    LEGALMASTER MIRC For Transactions                          08/17/06  Page 1
                                                          -Fees-

Sort Fields:
    Grouping code                (Paginate)
    Client code
    Actual employee code         (Subtotals)
    Transaction date

Range Fields:
    Client code                  I   WRG   -  WRG
    Invoice Number               I   63564 -  63564

Cl Code Grouping code description                                                                           Billable   Billable   Grp
            Act  Trans                                                                                      Hours      Dollars    Cd
            Emp  Date   Transaction description                                                                                   Ca

WRG   CASE ADMINISTRATION
            CAH  05/02/06 Merge original signatures into filed documents.                                      0.60       84.00
WRG   CASE ADMINISTRATION
            CAH  05/03/06 Update 2002 list for returned mail.                                                  0.80      112.00
WRG   CASE ADMINISTRATION
            CAH  05/03/06 Merge signed documents into filed pleadings.                                         0.50       70.00
WRG   CASE ADMINISTRATION
            CAH  05/04/06 Update mailing list.                                                                 0.30       42.00
WRG   CASE ADMINISTRATION
            CAH  05/05/06 Update mailing list and resend returned mail.                                        0.60       84.00
WRG   CASE ADMINISTRATION
            CAH  05/12/06 Obtain copies of pertinent documents; log in and forward to                          0.60       84.00
                          John C. Phillips, Jr.
WRG   CASE ADMINISTRATION
            CAH  05/15/06 Update mailing list based on returned mail.                                          0.40       56.00
WRG   CASE ADMINISTRATION
            CAH  05/16/06 Update mailing list based on returned mail.                                          0.30       42.00
WRG   CASE ADMINISTRATION
            CAH  05/17/06 Obtain copies of pertinent pleadings and forward to John C.                          0.50       70.00
                          Phillips, Jr.
WRG   CASE ADMINISTRATION
            CAH  05/19/06 Update mailing list and resend returned mail.                                        0.40       56.00
WRG   CASE ADMINISTRATION
            CAH  05/19/06 E-mail to R. Barainca (2x) about filings to be done.                                 0.20       28.00
WRG   CASE ADMINISTRATION
            CAH  05/30/06 Resend returned mail to updated addresses.                                           0.30       42.00
WRG   CASE ADMINISTRATION
            CAH  05/31/06 Merge original signatures into filed documents; e-mail to                            0.30       42.00
                          Rachael for additional documents needed.
                                                                                                             -------    --------
                                                                                                               5.80      812.00
                                                                                                             -------    --------
                                                                                                               5.80      812.00
                                                                                                             =======    ========
```