EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
MAY 1, 2006
THROUGH MAY 31, 2006

Phillips, Goldman & Spence, P.A.

August 17, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   63564

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 05/01/06 | Federal Express | 192.93 |
| 05/01/06 | On-line docket research | 9.52 |
| 05/04/06 | Postage | 48.33 |
| 05/05/06 | Check No.: 30867 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 310.23 |
| 05/05/06 | Check No.: 30867 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 1,029.78 |
| 05/10/06 | Check No.: 30903 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 702.20 |
| 05/12/06 | Check No.: 30917 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 390.30 |
| 05/16/06 | Photocopies | 53.80 |
| 05/31/06 | Check No.: 31068 - John C. Phillips, Jr. - Court parking. | 3.00 |

              Subtotal for COSTS only: 05/31/06        $2,740.09