# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JUNE 1, 2006
# THROUGH JUNE 30, 2006

```
                    Phillips, Goldman & Spence, P.A.
                            1200 N. Broom Street
                            Wilmington, DE  19806
                               (302) 655-4200
                             EI #: 51-0328786
```

August 17, 2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                                  File   WRG-AUS/JCP
                                                  Invoice number  63565
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
              Subtotal for FEES only:  06/30/06      $3,753.50
              Subtotal for COSTS only: 06/30/06        $564.12
                                                  --------------
   CURRENT PERIOD FEES AND COSTS:      06/30/06      $4,317.62
                                                  --------------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

August 17, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   63565

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 8.2 | 2,932.00 |
| FEE/EMPLOYMENT APPLICATIONS | 5.0 | 723.50 |
| CASE ADMINISTRATION | 0.7 | 98.00 |
| Subtotal for FEES only: 06/30/06 | 13.9 | $3,753.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 7.70 | 7.70 | 2,887.50 | 0.00 | 0.00 |
| 140.00 | CAH | 6.10 | 6.10 | 854.00 | 0.00 | 0.00 |
| 120.00 | TLB | 0.10 | 0.10 | 12.00 | 0.00 | 0.00 |
| Totals | | 13.90 | 13.90 | 3,753.50 | 0.00 | 0.00 |

WRG-AUS                                               LEGALMASTER MIRC For Transactions                                            08/17/06  Page 2
                                                                    -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | CAH | 06/02/06 | Review and make revisions to Objection to settlement of Lloyd's claim; e-mail to R. Meade re: same several times. | 0.50 | 70.00 | Li |
| | | | | 0.50 | 70.00 | |
| WRG LITIGATION | JCP | 06/01/06 | Review of miscellaneous pleadings; review of Claim Settlement Notice. | 0.10 | 37.50 | |
| WRG LITIGATION | JCP | 06/02/06 | Review of miscellaneous pleadings (.3); e-mail from Rick Wyron with enclosure (.2); review of and revise FCR's Objection to Debtors' proposed Settlement with Lloyd's (.2); conference with Celeste A. Hartman re: same (.2); e-mail to Rick Wyron re: suggested revisions to Objection (.2); e-mail from Celeste A. Hartman; e-mail from Rose Meade with enclosure (.1); review of revised Objection (.2); e-mail to Celeste A. Hartman re: filing Objection (.1). | 1.50 | 562.50 | |
| WRG LITIGATION | JCP | 06/05/06 | Review of miscellaneous pleadings; review of Libby Claimants' Objection to Motion to Approve Settlement with Lloyds'; review of Libby Claimants Motion to Defer Approval of Lloyds' Settlement; review of Personal Injury Committee's Objection to Motion to Approve Lloyd's Settlement; review of Property Damage Committee's Joinder in Objections to Lloyd's Settlement. | 1.20 | 450.00 | |
| WRG LITIGATION | JCP | 06/06/06 | Review of miscellaneous pleadings; review of Order Denying BDM's Motion to Lift Stay. | 0.20 | 75.00 | |
| WRG LITIGATION | JCP | 06/07/06 | Review of Order Authorizing Discovery from Dr. Whitehouse with Protective Order and Exhibits; review of miscellaneous pleadings and Order. | 0.40 | 150.00 | |
| WRG LITIGATION | JCP | 06/13/06 | Review of Agenda for 6/19/06 Hearing; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG LITIGATION | JCP | 06/14/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG LITIGATION | JCP | 06/16/06 | Review of miscellaneous pleadings and Modified Order Granting Libby Claimants Motion to Defer Consideration of Lloyd's Settlement. | 0.20 | 75.00 | |
| WRG LITIGATION | JCP | 06/19/06 | Review of miscellaneous pleadings and 4 Orders. | 0.20 | 75.00 | |
| WRG LITIGATION | JCP | 06/20/06 | Review of miscellaneous pleadings; review of Debtors' Motion for Scheduling Order re: Certain Debtors' 15th Omnibus Objections to Property Damage Claims (all voluminous). | 0.40 | 150.00 | |
| WRG LITIGATION | JCP | 06/21/06 | Review of miscellaneous pleadings and Order. | 0.10 | 37.50 | |
| WRG LITIGATION | JCP | 06/22/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |

WRG-AUS                       LEGALMASTER MIRC For Transactions                08/17/06  Page 3
                                           -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 06/24/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | Li |
| WRG | LITIGATION | JCP | 06/26/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 06/28/06 | Review of 6/19/06 Hearing Transcript. | 2.50 | 937.50 | |
| WRG | LITIGATION | JCP | 06/29/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 06/30/06 | Review of miscellaneous pleadings and Order. | 0.10 | 37.50 | |
| | | | | | 7.60 | 2,850.00 | |
| WRG | LITIGATION | TLB | 06/02/06 | E-file Objection to Debtors' Motion for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters. | 0.10 | 12.00 | |
| | | | | | 0.10 | 12.00 | |
| | | | | | 8.20 | 2,932.00 | |

```
WRG-AUS                                         LEGALMASTER MIRC For Transactions                              08/17/06   Page 4
                                                             -Fees-
```

| | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/05/06 | Download, e-mail and further download February and March Monthly Fee Applications for Orrick and file same. | 0.60 | 84.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/06/06 | Download and file Certificate of No Objection for 6th, 7th and 8th Quarterly Fee Applications of David Austern and 7th Quarterly Fee Applications of Swidler Berlin; download and file 3rd Monthly Fee Application for Orrick. | 0.80 | 112.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/06/06 | Download and file Certificate of No Objection for CIBC's 7th Quarterly Fee Application. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/06/06 | Review numbers for 7th Quarterly and verify correct on Debtor's Order. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/07/06 | Download and file January Fee Application for CIBC World Markets. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/16/06 | Download and file Certificate of No Objection for Austern's April Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/19/06 | Download and file Certificate of No Objection for Piper Jaffray's February, March and April Fee Applications. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/26/06 | Reconcile payment to Fee Application. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/28/06 | Download and file Certificates of No Objection for Orrick's February, March and April Fee Applications. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/29/06 | Download and file Certificate of No Objection for CIBC's January 2006 Fee Application (.2); download and file first Quarterly Fee Application for Orrick (.3); download and file 10th and 11th Monthly and 5th Quarterly Fee Application for Towers Perrin (.5). | 1.00 | 140.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/30/06 | Scan file and serve Certificate of No Objection for 7th Quarterly and Final Fee Application for Swidler Berlin. | 0.30 | 42.00 | |
| | | | | | 4.90 | 686.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/19/06 | Review of Order Approving Quarterly Fee Application. | 0.10 | 37.50 | |
| | | | | | 0.10 | 37.50 | |
| | | | | | 5.00 | 723.50 | |
| | | | | | 13.90 | 3,753.50 | |

34 records printed.

WRG-AUS                                LEGALMASTER MIRC For Transactions                          08/17/06  Page 1
                                                       -Fees-

Sort Fields:
    Grouping code                (Paginate)
    Client code
    Actual employee code
    Transaction date             (Subtotals)

Range Fields:
    Client code                  I  WRG  -  WRG
    Invoice Number               I  63565 -  63565

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG CASE ADMINISTRATION | CAH | 06/06/06 | Merge original signatures into filed documents. | 0.20 | 28.00 | Ca |
| WRG CASE ADMINISTRATION | CAH | 06/13/06 | Insert original signatures into filed pleadings. | 0.30 | 42.00 | |
| WRG CASE ADMINISTRATION | CAH | 06/22/06 | Merge original signatures into filed documents; e-mail to R. Baranca re: missing pleadings. | 0.20 | 28.00 | |
| | | | | 0.70 | 98.00 | |
| | | | | 0.70 | 98.00 | |