# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JUNE 1, 2006
# THROUGH JUNE 30, 2006

Phillips, Goldman & Spence, P.A.

August 17, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   63565

Re:   W. R. Grace & Co.
      David T. Austern


COSTS ADVANCED

| | | |
|---|---|---:|
| 06/01/06 | Federal Express | 32.07 |
| 06/14/06 | Check No.: 31175 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 36.00 |
| 06/14/06 | Check No.: 31175 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 496.05 |
| | Subtotal for COSTS only: 06/30/06 | $564.12 |