# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 01-01139 (JFK) |
| | ) Jointly Administered |
| W.R. GRACE & CO., *et al.* [1] | ) |
| | ) **Re: Docket No. 11361** |
| Debtors | ) |
| | ) |

## ORDER REGARDING PROOFS OF CLAIM OF BUILDING LABORERS LOCAL UNION 310 (CLAIM NOS. 879 AND 2785)

This matter coming before the Court on a Certification of Counsel of the Debtors Regarding Stipulation and Order Regarding Proofs of Claim of Building Laborers Local Union 310 (Claims Nos. 879 and 2785) [Docket No. 11361],

**Whereas**, the Debtors and Building Laborers Local Union 310 (the "Claimant") have entered into the stipulation attached hereto as Exhibit A (the "Stipulation");

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.  The Debtors shall direct Rust Consulting, Inc. to mark the Claims Register to reflect that Claims No. 879 and 2785 shall be consolidated, with (i) Claim No. 2785 remaining active, and Claim No. 879 being permanently stricken;

3.  The Debtors' objections to Claim 879 shall be deemed withdrawn;

4.  Nothing in the Stipulation shall to have any effect on any of the Debtors' pending objections to Claim No. 2785, or the Debtors' rights (if any) to raise subsequent objections to Claim No. 2785.

Dated: __8/21__, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge