IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.,* ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
CONCERNING MULTIPLE REPRESENTATION OF CREDITORS**

I, Noel C. Burnham hereby depose and states as follows:

1. I am an attorney with the law firm of Montgomery, McCracken, Walker & Rhoads, LLP (hereinafter "Montgomery McCracken"), having offices at 123 South Broad Street, Philadelphia, PA 19109 and at 300 Delaware Avenue, Suite 750, Wilmington, DE 19801.

2. Montgomery McCracken, in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order"), files this Verified Statement in connection with its representation of the Grace Certain Cancer Claimants ("GCCC"). The GCCC is composed of creditors who hold claims in varying amounts for monetary damages due to personal injuries suffered from cancers caused by exposure to

2106417v1

asbestos and the estate of individuals whose wrongful deaths were caused by asbestos exposure and who now have liquidated tort claims against the Debtor.

3. Pursuant to the Revised Order, this Statement is filed without exhibits, which are being provided in CD format to the Clerk of the Court, counsel for the Debtor and the United States Trustee. All of the relevant information identifying the creditors and the name and amount of their claim is contained in the exhibits, which are available upon motion and order of the Court. The exhibits consist of: (1) Exemplars of agreements between such creditors and their general counsel and (2) an Excel spreadsheet containing the name and personal address of each creditor, a space reserved for the social security number, the identification of the exemplar of each creditor's general bankruptcy counsel, the amount of and type of claim, and the type of disease giving rise to the claim of each member of the GCCC who has a tort claim that arose due to the individual's exposure to the Debtor's asbestos-containing products.

4. The law firm of Montgomery McCracken presently does not own, nor has it ever previously owned, any claim or interest against the Debtor.

5. Each member firm has been fully advised of Montgomery McCracken's concurrent representation of the others and has no objection to such concurrent representation.

2106417v1

-3-

6.  The law firm of Montgomery McCracken will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

7.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 24, 2006    MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:    /s/ Noel C. Burnham
Noel C. Burnham, Esquire (DE 3483)
Natalie D. Ramsey, Esquire (PA only)
Leonard A. Busby, Esquire (PA only)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800
(302) 504-7820 (facsimile)

and

123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500
(215) 772-7620 (facsimile)

Attorneys for Grace Certain Cancer Claimants