IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: ) | In Proceedings for a Reorganization under Chapter 11 |
| W.R. Grace & Co., *et al.,* ) |  |
| ) | Case No. 01-01139-JKF |
| Debtors. ) |  |

**NOTICE OF FILING OF VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING
<u>MULTIPLE REPRESENTATION OF CREDITORS</u>**

I HEREBY CERTIFY that on August 24, 2006 Montgomery, McCracken, Walker & Rhoads, LLP filed its VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING MULTIPLE REPRESENTATION OF CREDITORS [Docket Entry 13051].

Dated: August 24, 2006

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:      /s/ Noel C. Burnham
Noel C. Burnham, Esquire (DE 3483)
Natalie D. Ramsey, Esquire (PA only)
Leonard A. Busby, Esquire (PA only)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800
(302) 504-7820 (facsimile)

and

123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500
(215) 772-7620 (facsimile)

Attorneys for Grace Certain Cancer Claimants

2106425v1