## CERTIFICATE OF SERVICE

I, Noel C. Burnham, hereby certify that on this 24th day of August 2006, I caused a true and correct copy of the foregoing which has been electronically served, to be served via postage pre-paid US mail upon the following interested parties at the addresses listed below:

See Service List Attached

___/s/ Noel C. Burnham_____

Noel C. Burnham, Esquire (3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

2106422v1