IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 9622 |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR AN ORDER ESTABLISHING A PROOF OF CLAIM BAR DATE FOR ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMS

1.  On October 10, 2005, the Debtors filed their Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims (Docket No. 9622) (the "Bar Date Motion").

2.  At the August 21, 2006 Omnibus hearing, the Court addressed objections regarding the form of the: (a) W.R. Grace & Co. Asbestos PI Proof of Claim Form; (b) Notice of Bar Dates For Pre-Petition PI Litigation Claims (Settled and Non-Settled); and (c) the Order (i) Establishing Bar Dates (ii) Approving the Asbestos PI Proof of Claim Form and the Notice of Pre-Petition Asbestos PI Claims Bar Date (collectively, the Bar Date Materials").

3.  In light of the Court's ruling and comments at the August 21, 2006 hearing, the Debtors revised and circulated the Bar Date Materials to counsel for the Official Committee of Asbestos Personal Injury Claimants, counsel for the Future Claimants Representative, counsel for the Equity Holders Committee, and counsel for the Official Committee of Unsecured Claimants. Thereafter, the Debtors further revised the Bar Date Materials to address comments received by various parties. As a result of those comments and further revisions, the parties have

K&E 11310313.2

agreed upon the form of the Bar Date Materials. Those agreed upon Bar Date Materials are attached as Exhibit A.

4. The Debtors respectfully request the Court (1) enter the attached Bar Date Order and (2) approve the attached Bar Date Notice and Asbestos PI Proof of Claim Form.

Dated: August 24, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB LLP.

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession