IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 9300, 9302, |
| | ) | 9315, and 12405 |

### CERTIFICATION OF COUNSEL REGARDING ORDER MODIFYING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS

1. On July 24, 2006, the stay of the proceedings was lifted and the Court, among other things, directed the Debtors to meet and confer with the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") to prepare a new Case Management Order ("CMO") and Notice with respect to the 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the 15th Omnibus Objection) (Docket No. 9315) which addresses the claims objection process going forward.

2. The Debtors and the PD Committee have met and conferred and have made progress towards reaching agreement on the terms of a CMO and Notice. The Debtors have incorporated a number of proposals and revisions requested by the PD Committee. It is possible that, over the course of an additional day or two, the Debtors and the PD Committee may be able to reach full agreement and the Debtors will endeavor to do so.

3. However, as of the time of this filing, the Debtors and the PD Committee have been unable to reach agreement on at least the following issues:

K&E 11298883.5

  a. The Committee has proposed that summary judgment motions cannot be filed until after the close of discovery. The Debtors respectfully submit that summary judgment motions may be filed at any time.

  b. The Committee has proposed that issues concerning lack of hazard should not be tried until at least 90 days after the Court has ruled on the Methodology Issue (as defined in the Debtors' proposed Notice and Order). The Debtors do not believe that a 90-day delay is necessary.

  c. The Committee and the Debtors would define the Methodology Issues differently, as set forth in the proposed Notices submitted by the Committee and the Debtors today.

  4. Accordingly, as of the time of this filing, the Debtors respectfully request that the Court enter the Order and approve the Notice as submitted by the Debtors.

Dated: August 24, 2006       KIRKLAND & ELLIS LLP
                  David M. Bernick, P.C.
                  Janet S. Baer
                  200 East Randolph Drive
                  Chicago, Illinois 60601
                  Telephone: (312) 861-2000
                  Facsimile: (312) 861-2200

                  and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP.

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042 )
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession