# Exhibit B

## EXHIBIT B TO ORDER SETTING VARIOUS DEADLINES
## REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS

| I. | Schedule re Daubert Hearing: Dust Sampling Methodologies (the "methodology issue") | **Deadline** |
|---|---|---|
| | A. Designation of experts and submission of expert reports addressing the methodology issue by parties who did not previously do so | 10/6/06 |
| | B. Debtors' additional rebuttal expert reports on the methodology issue and identification of rebuttal fact witnesses and the general subject matter of such fact witness testimony with respect to any new matters raised by the additional experts and reports filed as outlined in I.B above. | 10/25/06 |
| | C. Depositions of expert and non-expert witnesses may begin | 10/30/06 |
| | D. Last day for depositions of expert and non-expert witnesses | 1/12/07 |
| | E. Final fact witness/expert witness list due | 1/12/07 |
| | F. Preliminary pre-trial conference | January 2007 omnibus |
| | G. Briefs due | ———— |
| | H. Daubert hearing | 9:00 a.m. Pittsburgh |
| II. | Schedule re Adjudication of Lack of Hazard, Product Identification and Limitation Periods and the Libby issue as Outlined in the 15th Omnibus Objection | |
| | A. Designation of fact and expert witnesses and subject matter on which such witnesses are expected to testify or types of experts who are expected to testify and the nature of their expertise | 10/6/06 |
| | B. Debtors' supplemental identification of additional witnesses based on the disclosures outlined in II.A above | 10/25/06 |
| | C. Debtors to designate experts, submit expert reports and identify fact witnesses and general subject matter of testimony for limitation period issues | 11/15/06 |
| | D. Claimants to designate experts, submit expert reports and identify fact witnesses and general subject matter of testimony for lack of hazard and product identification issues | 11/15/06 |
| | E. Depositions of expert and non-expert witnesses may begin | 12/5/06 |

K&E 11296685.6

| | | | |
|---|---|---|---|
| | F. | Debtors to designate experts, submit expert reports and designate fact witnesses on lack of hazard and product identification issues | 12/22/06 |
| | G. | Claimants to designate experts, submit expert reports and designate fact witnesses on limitation period issues | 12/22/06 |
| | H. | Preliminary pre-trial conference on gateway issues and Libby issue | January omnibus |
| | I. | All written fact discovery must be completed | 1/15/06 |
| | J. | All depositions of expert and non-expert witnesses must be completed | 3/5/06 |
| | K. | Final fact witness/expert witness lists due, including identification of expert witness by issue on which that expert shall opine | 3/16/07 |
| | L. | Identification of deposition testimony from prior proceedings to be used at hearing | 3/16/07 |
| | M. | Pre-trial motions, including motions in limine and Daubert | |
| | | 1.  Opening papers due | 3/16/07 |
| | | 2.  Responses due | 4/9/07 |
| | | 3.  Replies due | 4/16/07 |
| | | 4.  Hearing, if any | TBD |
| | N. | Trial briefs and trial exhibits, identified by issue to which the exhibits pertain | 4/13/07 |
| | O. | Final pretrial conference | TBD |
| | P. | Trial on product identification, statute of limitations, and Libby issue | 4/23/07, 4/24/07, 4/25/07 9:00 a.m. Pittsburgh |
| | Q. | Trial on lack of hazard | May __ and __, 2007 9:00 a.m. Pittsburgh |
| III. | | **Hearing on Estimation of Remaining PD Claims not disallowed as a result of I and II above** | TBD |

2