# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Jul-06** |
| Jenni Biggs | 7/5/2006 | 0.20 | $625 | $125.00 | p/c with Debbie Felder re: expert info and status |
| Jenni Biggs | 7/5/2006 | 0.10 | $625 | $62.50 | Discussion re: Manville matching |
| Jenni Biggs | 7/26/2006 | 0.80 | $625 | $500.00 | Manville matching |
| Jenni Biggs | 7/26/2006 | 0.20 | $625 | $125.00 | CMO |
| Jenni Biggs | 7/28/2006 | 1.00 | $625 | $625.00 | Call with Orrick |
| Jenni Biggs | 7/31/2006 | 0.10 | $625 | $62.50 | Follow-up from 7/28 conference call |
| | | 2.40 | | $1,500.00 | |
| Melissa Chung | 7/5/2006 | 5.00 | $250 | $1,250.00 | Manville matching; review RUST database |
| Melissa Chung | 7/18/2006 | 0.50 | $250 | $125.00 | Discussion with D. Gutierrez/CRMC |
| Melissa Chung | 7/26/2006 | 1.50 | $250 | $375.00 | Manville matching; review of RUST database contents |
| Melissa Chung | 7/28/2006 | 3.00 | $250 | $750.00 | Manville matching; conference call with counsel |
| Melissa Chung | 7/31/2006 | 1.80 | $250 | $450.00 | Manville matching |
| | | 11.80 | | $2,950.00 | |
| | Total | 14.20 | | $4,450.00 | |