# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: September 14, 2006 at 4:00 p.m.**
**Hearing Date: September 25, 2006 at 2:00 p. m.**

## TWENTY-FIRST QUARTERLY FEE APPLICATION
## OF BUCHANAN INGERSOLL & ROONEY PC,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## <u>FOR THE PERIOD FROM APRIL 1, 2006 THROUGH JUNE 30, 2006</u>

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll & Rooney PC |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | April 1, 2006 through June 30, 2006 |
| Amount of fees to be approved as actual, reasonable and necessary: | $38,250.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $293.96 |

This is a(n):    _x_ interim    ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLS/Wilm 63859v1

**Prior Monthly Applications for the period April 1, 2006 through June 30, 2006:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/ Docket No. |
|---|---|---|---|---|
| May 30, 2006 [12540] | April 1, 2006 through June 30, 2006 | $10,137.50/ $65.09 | $8,110.00 $65.09 | 6/21/06 [12695] |
| June 29, 2006 [12729] | May 1, 2006 through May 31, 2006 | $12,474.50/ $81.34 | $9,979.60/ $81.34 | 7/24/06 [12844] |
| August 1, 2006 [12892] | June 1, 2006 through June 30, 2006 | $15,638.00/ $147.53 | $12,510.40/ $147.53 | 8/23/06 [13050] |

## SUMMARY OF TIME FOR BILLING PERIOD
## APRIL 1, 2006 THROUGH JUNE 30, 2006

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $475 | 57.2 | $27,170.00 |
| Frances A. Panchak Paralegal | $150 | .6 | $90.00 |
| Melissa N. Flores Paralegal | $140 | 78.5 | $10,990.00 |
| **TOTAL** | | **136.3** | **$38,250.00** |

**SUMMARY OF TIME BY PROJECT CATEGORY[1] FOR BILLING PERIOD**
**APRIL 1, 2006 THROUGH JUNE 30, 2006**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | .4 | $190.00 |
| Asset Disposition | 10.8 | $5,130.00 |
| Business Operations | 6.1 | $2897.50 |
| Case Administration | 53.1 | $9,477.50 |
| Claims Analysis Objections & Resolution (Asbestos) | 2.2 | $1,045.00 |
| Claims Analysis Objections & Resolution (Non-Asbestos) | 12.2 | $5,795.00 |
| Employee Benefits/Pension | 3.4 | $1,615.00 |
| Employment Applications, Others | 1.1 | $522.50 |
| Fee Applications/Applicant | 28.0 | $5,936.00 |
| Fee Applications/ Others | 11.7 | $2,174.00 |
| Hearings | 1.1 | $522.50 |
| Litigation and Litigation Consulting | 5.2 | $2,470.00 |
| Plan and Disclosure Statement | .5 | $237.50 |
| Relief From Stay Proceedings | .5 | $237.50 |
| **TOTAL** | **136.3** | **$38,250.00** |

---

[1]     Due to changes to the project categories required by the Court which occurred after the filing of the monthly fee application, but prior to the filing of this interim fee application, the number of hours and fees in certain categories may have been moved since the filing of the monthly fee applications.  Specifically, at the beginning of this application period, Klett Rooney did not maintain a separate category for its fee applications, hearings, the ZAI science trial, objections to asbestos claims, or the fraudulent transfer action.  Because Warren Smith, the Court appointed fee auditor, requested a chart detailing time entries in the new categories, the amounts of time and fees have been retroactively moved to the appropriate category.

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## APRIL 1, 2006 THROUGH JUNE 30, 2006

| Expense Category | Total Expenses |
|---|---|
| Federal Express | $138.26 |
| Messenger Services (Courier) | $67.50 |
| Reproduction of Documents | $88.20 |
| **TOTAL** | **$293.96** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, Klett Rooney respectfully requests that, for the period April 1, 2006 through June 30, 2006, it be allowed the total amount of fees of 38,250.00 and expenses in the total amount of $293.96.

BUCHANAN INGERSOLL & ROONEY

By: _____
Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200

Dated:  August 25, 2006       Co-Counsel to the Official Committee of Equity Holders

KRLSWIL64937