# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.,** [1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: September 15, 2006 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: September 25, 2006 at 4:00 p.m.** |
| | ) | |
| | ) | |

## QUARTERLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE TWENTIETH QUARTERLY INTERIM PERIOD (JANUARY 1, 2006 THROUGH MARCH 31, 2006)

| | |
|---|---|
| **Name of Applicant:** | BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | January 1, 2006 through March 31, 2006 |
| **Amount of Compensation Sought as Actual\*, Reasonable and Necessary:** | $177,504.41* |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 6,494.57 |

---

[1]      The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a:        ☐ Monthly Application        ☒ Quarterly Application        ☐ Final Application

The total time expended for preparation of this fee application is approximately 40.0 hours and the corresponding compensation requested is approximately $8,400.00[2]

This Quarterly Application filed by BMC is for the 20th Quarterly Interim Period.

## PRIOR APPLICATIONS

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| *3/4/2003* | *N/A* | *5th Quarterly 2002* | *$107,634.50* | *$7,740.07* | *$86,107.60* | *$7,740.07* |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| *3/4/2003* | *N/A* | *6th Quarterly 2002* | *$152,761.25* | *$15,336.23* | *$122,209.00* | *$15,336.23* |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| *3/4/2003* | *N/A* | *7th Quarterly 2002* | *$191,519.75* | *$6,893.53* | *$153,215.80* | *$6,893.53* |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| *5/15/2003* | *8 Q* | *8th Quarterly 2003* | *$229,500.25* | *$9,928.31* | *$183,600.20* | *$9,928.31* |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| *9/23/2003* | *9 Q* | *9th Quarterly 2003* | *$354,035.00* | *$15,480.10* | *$283,228.00* | *$15,480.10* |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| *2/25/2004* | *10 Q* | *10th Quarterly 2003* | *$260,926.00* | *$28,708.57* | *$260,926.00* | *$28,708.57* |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| *4/13/2004* | *11 Q* | *11th Quarterly 2003* | *$218,187.00* | *$5,819.42* | *$218,187.00* | *$2,528.88* |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| *6/18/2004* | *12 Q* | *12th Quarterly 2004* | *$216,671.00* | *$4,355.79* | *$216,671.00* | *$4,355.79* |
| 11/3/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/3/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/3/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| *11/3/2004* | *13 Q* | *13th Quarterly 2004* | *$198,219.50* | *$7,259.62* | *$198,219.50* | *$7,259.62* |

---

2        The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

## PRIOR APPLICATIONS - continued

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| 2/7/2005 | 14Q | 14th Quarterly 2004 | $181,246.00 | $5,185.65 | $181,246.00 | $5,185.65 |
| 4/8/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/8/2005 | 32 | 11/1/2004 – 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/8/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| 4/8/2005 | 15Q | 15th Quarterly 2004 | $188,359.50 | $39,401.44 | $188,359.50 | $39,401.44 |
| 8/11/2005 | 34 | 1/1/2005 – 1/31/2005 | $67,384.00 | $2,530.41 | $67,384.00 | $2,530.41 |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | $56,206.00 | $2,869.31 |
| 8/11/2005 | 36 | 3/1/2005 – 3/31/2005 | $64,836.00 | $1,666.16 | $64,836.00 | $1,666.16 |
| 8/11/2005 | 16Q | 16th Quarterly 2005 | $188,426.00 | $7,065.88 | 188,426.00 | $7,065.00 |
| 10/31/2005 | 37 | 4/1/2005 – 4/30/2005 | $88,685.50 | $2,391.33 | $88,685.50 | $2,391.33 |
| 10/31/2005 | 38 | 5/1/2005 – 5/31/2005 | $158,852.00 | $4,552.49 | $158,852.00 | $4,552.49 |
| 10/31/2005 | 39 | 6/1/2005 – 6/30/2005 | $232,914.00 | $13,912.17 | $232,914.00 | $13,912.17 |
| 10/31/2005 | 17Q | 17th Quarterly 2005 | $480,451.50 | $20,855.99 | $480,451.50 | $20,855.99 |
| 1/31/2006 | 40 | 7/1/2005 – 7/31/2005 | $468,997.75 | $17,359.91 | $468,997.75 | $17,359.91 |
| 1/31/2006 | 41 | 8/1/2005 – 8/31/2005 | $684,403.00 | $43,446.98 | $684,403.00 | $43,446.98 |
| 1/31/2006 | 42 | 9/1/2005 – 9/30/2005 | $334,412.00 | $34,731.14 | $334,412.00 | $34,731.14 |
| 2/1/2006 | 18Q | 18th Quarterly 2005 | $1,487,812.75 | $95,538.03 | $1,487,812.75 | $95,538.03 |
| 4/20/2006 | 43 | 10/1/2005 – 10/31/2005 | $126,175.50 | $2,460.85 | $126,175.50 | $2,460.85 |
| 4/20/2006 | 44 | 11/1/2005 – 11/30/2005 | $136,980.50 | $2,010.10 | $136,980.50 | $2,010.10 |
| 4/20/2006 | 45 | 12/1/2005 – 12/31/2005 | $54,700.50 | $4,310.19 | $54,700.50 | $4,310.19 |
| 4/20/2006 | 19Q | 19th Quarterly 2005 | $301,963.67* | $8,781.14 | $301,963.67* | $8,781.14 |
| 4/28/2006 | 46 | 1/1/2006-1/31/2006 | $52,998.50 | $2,322.75 | Pending | Pending |
| 7/17/2006 | 47 | 2/1/2006 – 2/28/2006 | $64,309.50 | $1,438.85 | Pending | Pending |
| 8/25/2006 | 48 | 3/1/2006 - 3/31/2006 | $69,538.75 | $2,732.97 | Pending | Pending |
| 8/25/2006 | 20Q | 20th Quarterly 2006 | $177,504.41* | $6,494.57 | Pending | Pending |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Liliana Anzaldo | Case Support Clerk, 1¾ years | $45.00 | 1.4 | $63.00 |
| Martha Araki | Senior Bankruptcy Consultant, 6½ years; 20 years bankruptcy experience | $210.00 | 144.0 | $30,240.00 |
| Josh Berman | Technology Director, 1 year; 10 years prior experience in data management, process re-engineering, and custom technology build-out | $200.00 | 2.2 | $440.00 |
| Susan Burnett | Consultant, 2¾ years; 3 years prior experience as an attorney, 20 years prior accounting and finance experience | $150.00 | 52.3 | $7,845.00 |
| Jacqueline Bush | Data Consultant, 4½ years | $95.00 | 8.1 | $769.50 |

3

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Trina Carter | Case Information Clerk, 4 years | $45.00 | 13.1 | $589.50 |
| Patrick Cleland | Case Analyst, 2¼ years | $65.00 | 0.8 | $52.00 |
| Steffanie Cohen | Reconciliation Consultant, 3½ years; 2 years prior bankruptcy experience | $110.00 | 4.3 | $473.00 |
| Rodulfo Dacalos | Case Analyst, 1¾ years; 3 years prior legal experience | $65.00 | 16.0 | $1,040.00 |
| Corazon Del Pilar | Case Support Clerk, 2¾ years | $45.00 | 12.7 | $571.50 |
| Norbert Esty | Data Analyst, 6 months | $110.00 | 2.2 | $242.00 |
| Diane George | Data Consultant, 5¼ years; 2 years prior bankruptcy experience | $140.00 | 5.1 | $714.00 |
| Jay Gil | Case Analyst, 1¾ years; 2 years prior legal industry experience | $65.00 | 7.0 | $455.00 |
| Maristar Go | Case Analyst, 1¾ years; 2 years prior legal industry experience | $65.00 | 3.0 | $195.00 |
| Mike Grimmett | Senior Data Consultant, 3¾ years; 12 years prior experience bankruptcy and data programming | $175.00 | 121.4 | $21,245.00 |
| Sue Herrschaft | Senior Consultant, 3¾ years; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $210.00 | 357.7 | $75,117.00 |
| Myrtle John | Senior Bankruptcy Consultant, 4½ years; 25 years experience in bankruptcy and other legal practice areas | $195.00 | 0.5 | $97.50 |
| Lemuel Jumilla | Case Analyst, 1¾ years; 3 years prior legal industry experience | $65.00 | 7.6 | $490.75 |
| Stephenie Kjontvedt | Senior Consultant, 3 years; 15 years experience in bankruptcy consulting | $140.00 | 106.2 | $14,868.00 |
| Yvette Knopp | Case Support Associate, 3 years; 3 years prior bankruptcy case support experience | $90.00 | 6.6 | $594.00 |
| Steve Kotarba | Director, 1½ years; 7 years prior experience as a bankruptcy attorney | $275.00 | 1.1 | $302.50 |
| Sabrina Marmo | Consultant, 10 months; 4½ years prior experience in bankruptcy and health legal practice areas | $125.00 | 0.5 | $62.50 |
| Marquis Marshall | Case Support Clerk, 2 years | $45.00 | 20.6 | $927.00 |
| Heather Montgomery | Consultant, 8 months; 7 years prior experience as editor at a legal publishing company | $110.00 | 3.4 | $374.00 |
| James Myers | Case Support Clerk, 4¾ years | $65.00 | 12.6 | $819.00 |
| Pat Pearson | Reconciliation Analyst, 3½ years; 17 years prior experience in accounts payable | $65.00 | $0.1 | $6.50 |
| Dax Quijano | Case Analyst, 2 months | $65.00 | 11.5 | $747.50 |
| Belinda Rivera | Case Support Clerk, 2½ years | $45.00 | 4.2 | $189.00 |
| Noreve Roa | Case Analyst, 1¾ years; 2 years prior legal industry experience | $65.00 | 17.8 | $1,157.00 |
| Airgelou Romero | Case Analyst, 1¾ years; 3 years prior legal industry experience | $65.00 | 49.9 | $3,243.50 |
| Lisa Ruppaner | Case Support Associate, 3¾ years | $95.00 | 50.1 | $4,759.50 |
| Lisa Schroeder | Case Support Clerk, 1¾ years | $45.00 | 0.6 | $27.00 |
| Lucina Solis | Case Support Associate, 2¾ years | $45.00 | 4.2 | $189.00 |
| Kong Tan | Data Consultant, 1¾ years; 5 years prior experience in computer application development | $150.00 | 1.0 | $150.00 |

4

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brianna Tate | Case Information Clerk, 2½ years | $45.00 | 1.6 | $72.00 |
| Frank Visconti | Data Consultant, 3½ years; former programmer/analyst Midwest Consulting Group | $125.00 | 45.9 | $5,757.50 |
| Anna Wick | Senior Data Analyst, 3½ years | $110.00 | 102.9 | $11,319.00 |
| Robyn Witt | Senior Data Consultant, 9 months; 12 years prior experience Microsoft product applications | $125.00 | 5.3 | $662.50 |

| Grand Total: | Actual Fees:    $186,846.75 | Hours:  1,205.5 |
|---|---|---|
| Blended Rate: | $155.00 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Actual Fees |
|---|---|---|
| Asbestos Claims | 88.0 | $16,159.00 |
| Asbestos PI Claims | 165.9 | $27,756.00 |
| Case Administration | 302.1 | $45,178.50 |
| Data Analysis | 268.0 | $38,059.50 |
| Fee Applications – Applicant | 144.3 | $30,260.50 |
| Non-Asbestos Claims | 237.2 | $29,433.25 |
| Plan & Disclosure Statement | 0.0 | $0.00 |
| Travel – Non Working | 0.0 | $0.00 |
| Total | 1,205.5 | $186,846.75 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx/Data Storage | BMC | $2,550.00 |
| Document Storage | BMC | $1,677.65 |
| Pacer | U.S. Courts Pacer Website | $148.48 |
| Postage/Shipping | Various | $191.14 |
| Parcels | Parcels | $9.45 |
| | | |
| Total | | $4,576.72 |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| January 3, 2006 | BMC (1 mailing) | $27.67 |
| January 10, 2006 | BMC (1 mailing) | $755.81 |
| February 1, 2006 | BMC (1 mailing) | $30.60 |
| March 6, 2006 | BMC (1 mailing) | $900.97 |
| March 8, 2006 | BMC (1 mailing) | $29.48 |
| March 13, 2006 | BMC (1 mailing) | $113.56 |
| March 16, 2006 | BMC (1 mailing) | $30.28 |
| March 31, 2006 | BMC (1 mailing) | $29.48 |
| Total | | $1,917.85 |

**WHEREFORE,** BMC respectfully requests:

(a)   that an allowance be made to it in the aggregate of $148,498.10, which is comprised of:

(i)       80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Twentieth Quarterly Fee Period (80% of $177,504.41* = $142,003.53);

(ii)      100% of the actual and necessary costs and expenses incurred by BMC during the Twentieth Quarterly Fee Period ($6,494.57); and

---

*       Fee amounts sought for the Twentieth Quarterly Fee Period reflect BMC's voluntary courtesy discount of 5% from $186,846.75 in actual fees for this period.

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates;

and

(c) for such other and further relief as the Court deems just and proper.

Dated: August 24, 2006

BMC GROUP (f/k/a BANKRUPTCY
MANAGEMENT CORPORATION)

By:_____
SUE HERRSCHAFT
720 Third Avenue, 23rd Floor
Seattle, Washington 98104
Telephone: (206) 516-3300
Telecopier: (206) 516-3304

Claims Reconciliation and Solicitation
Consultant to the Debtors and
Debtors in Possession

## VERIFICATION

STATE OF CALIFORNIA               )
                                         )        ss.
COUNTY OF LOS ANGELES      )

SUE HERRSCHAFT, after being duly sworn, deposes and says:

1. I am employed by BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC"), Applicant, the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). I am a Senior Consultant with BMC and I am responsible for overseeing the day-to-day services provided by BMC to the Debtors as BMC's Project Manager for this engagement. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Consolidated Fee Invoice for the Twentieth Quarter comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoices for the Twentieth Quarter comprised of (i) an Expense Invoice and Detail for each month and (ii) a Production Invoice and Detail. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and

submit that the Application herein substantially complies with such Rules and Order.

_____
SUE HERRSCHAFT

SWORN AND SUBSCRIBED to before me
this 25th day of August, 2006

_____
Notary Public
My Commission Expires:

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008