IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: September 15, 2006 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: September 25, 2006 at 2:00 p.m. (prevailing Eastern time)

# NOTICE OF QUARTERLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE TWENTIETH QUARTERLY INTERIM PERIOD FROM JANUARY 1, 2006 THROUGH MARCH 31, 2006

TO: The Debtors and Debtors in Possession; Counsel to the Debtors and Debtors in Possession; the Office of the United States Trustee; Counsel to the Official Committee of Unsecured Creditors; Counsel to the Official Committee of Asbestos Claimants; Counsel to the Official Committee of Asbestos Property Damage Claimants; Counsel to the Post-Petition Lenders (the "DIP Lenders"); Counsel to the Official Committee of Equity Holders; and All Parties Requesting Notice.

PLEASE TAKE NOTICE that on August 25, 2006, the Quarterly Application of

BMC Group ("BMC") for Compensation for Services Rendered and Reimbursement of Expenses

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

as Claims Reconciliation and Solicitation Consultant to the Debtors for the Twentieth Quarterly Interim Period (January 1, 2006 through March 31, 2006) (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, and served in accordance with the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members.

PLEASE TAKE FURTHER NOTICE that the Application requests payment of compensation in the amount of $177,504.41[2] and reimbursement of expenses and production costs in the amount of $6,494.57 for the period of January 1, 2006 through March 31, 2006.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Application must be filed with the United States Bankruptcy Court, and served upon: **(i)** -counsel for the Debtors and Debtors in Possession: (a) Kirkland & Ellis, Attn: James H.M. Sprayregen, P.C., 200 East Randolph Drive, Chicago, Illinois 60601; and (b) Pachulski Stang Ziehl Young Jones & Weintraub LLP, Attn: Laura Davis Jones, Esq., 919 North Market Street, Suite 1700, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801); **(ii)** the Debtors: W.R. Grace, Attn: David B. Siegel, Senior VP and General Counsel, 7500 Grace Drive, Columbia, Maryland 21044; **(iii)** counsel to the Official Committee of Unsecured Creditors: (a) Stroock & Stroock & Lavan, Attn: Lewis Kruger, Esq., 180 Maiden Lane, New York, New York 10038-4938; and (b) Duane, Morris & Heckscher, LLP, Attn: Michael R. Lastowski, Esq., 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 ; **(iv)** counsel to the Official Committee of Asbestos Property Damage Claimants: (a) Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, Attn: Scott L. Baena,

---

[2] Fee amounts sought for the Twentieth Quarterly Fee Period reflect BMC's voluntary courtesy discount of 5% from $186,846.75 in actual fees for this period.

Esq., First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131; and (b) Ferry & Joseph, P.A., Attn: Michael B. Joseph, Esq., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899; **(v)** counsel to the Official Committee of Asbestos Claimants: (a) Caplin & Drysdale, Attn: Elihu Inselbuch, Esq., 399 Park Avenue, 36th Floor, New York, New York 10022; (b) Caplin & Drysdale, Attn: Peter Van N. Lockwood, Esq., One Thomas Circle, N.W., Washington, D.C. 20005-5802;and (c) Campbell & Levine, LLC, Attn: Matthew G. Zaleski, III, Esq.,Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801; **(vi)** counsel to the DIP Lenders: (a) Latham & Watkins, Attn: J. Douglas Bacon, Esq., Sears Tower, Suite 5800, Chicago, Illinois 60606; and (b) The Bayard Firm, Attn: Steven M. Yoder, Esq., 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899; **(vii)** the Office of the United States Trustee, Attn: Frank J. Perch, Esq., 844 N. King Street, Wilmington, Delaware 19801; **(viii)** co-counsel to the Official Committee of Equity Holders: (a) Kramer Levin Naftalis & Frankel LLP, Attn: Philip Bentley, Esq., 919 Third Avenue, New York, NY 10022; and (b) Klett, Rooney, Lieber & Schorling, Attn: Teresa K.D. Currier, Esq., 1000 West Street, Suite 1410, Wilmington, Delaware 19801, and **(ix)** BMC Group, Attn: Tinamarie A. Feil, 1330 East Franklin Avenue, El Segundo, California 90245, **so as to be received by September 15, 2006 at 4:00 p.m. prevailing Eastern Time.**

        A HEARING ON THE APPLICATION WILL BE HELD ON SEPTEMBER 25, 2006, AT 2:00 P.M.

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 25, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
    and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession