**EXHIBIT 2**

BMC GROUP  EXPENSE DETAIL  20TH QUARTER 2006

| Invoice Nbr | Bill As Client | Client | ConsultantID | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|---|---|
| 21_060131 | WR Grace | WR Grace | BMC, BMC | BMC | $850.00 | 31-Jan-06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060131 | WR Grace | WR Grace | BMC, BMC | BMC | $556.80 | 31-Jan-06 | Document Storage | 384 boxes |
| 21_060131 | WR Grace | WR Grace | BMC10, bmc10 | BMC | $22.32 | 05-Jan-06 | Postage/Shipping | FedEx to Michael Rosenberg of Kirkland & Ellis - tracking no. 792458156816 |
| 21_060131 | WR Grace | WR Grace | BMC10, bmc10 | BMC | $52.32 | 05-Jan-06 | Postage/Shipping | FedEx to Michael Rosenberg of Kirkland & Ellis - tracking no. 790750093822 |
| 21_060131 | WR Grace | WR Grace | BMC10, bmc10 | BMC | $33.90 | 11-Jan-06 | Postage/Shipping | FedEx to Fred Zaremby of WR Grace & Co. - tracking number 792474809425 |
| 21_060131 | WR Grace | WR Grace | BMC10, bmc10 | BMC | $23.93 | 24-Jan-06 | Postage/Shipping | DHL shipment to Fred Zaremby of WR Grace & Co. - tracking number 15157319774 |
| 21_060228 | WR Grace | WR Grace | BMC, BMC | BMC | $850.00 | 28-Feb-06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060228 | WR Grace | WR Grace | BMC, BMC | BMC | $558.25 | 28-Feb-06 | Document Storage | 385 boxes |
| 21_060331 | WR Grace | WR Grace | BMC, BMC | BMC | $850.00 | 31-Mar-06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060331 | WR Grace | WR Grace | Pacer | Pacer | $148.48 | 31-Mar-06 | Pacer | qrtly court doc dwnloads 1/1-3/31/06 |
| 21_060331 | WR Grace | WR Grace | BMC, BMC | BMC | $562.60 | 31-Mar-06 | Document Storage | 388 boxes |
| 21_060331 | WR Grace | WR Grace | Parcels | Parcels | $9.45 | 31-Mar-06 | Parcels | Parcels fee for court documents |
| 21_060331 | WR Grace | WR Grace | FedEx | FedEx | $35.33 | 28-Mar-06 | Postage/Shipping | FedEx shipment to Gina Washburn of Rust Consulting - tracking no. 791412363549 |
| 21_060331 | WR Grace | WR Grace | FedEx | FedEx | $23.34 | 22-Mar-06 | Postage/Shipping | 792682000522 |

EXHIBIT 2



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20060103-1 | 1/3/2006 | $27.67 |
| Invoice # | 021-20060110-1 | 1/10/2006 | $755.81 |
| | | Total | $783.48 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 2013B1993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

Production Date: 1/3/2006
Invoice #: 021-20060103-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Suppl - Ltr to Counsel & Ord re Personal Injury | 3 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Collate, Fold and Stuff | 3 Pieces @ $.08 each | $0.24 |
| | | | | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

Total Due: $27.67

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 1/10/2006
Invoice #: 021-20060110-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 11515 - Rev Ord Modifying CMO re Asbestos | 2 / 961 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 960 Pieces @ $.39 each | $374.40 |
| | | | | USPS - International | 1 Piece @ $.84 each | $0.84 |
| | | | Production | Copy | 1922 Pieces @ $.12 each | $230.64 |
| | | | | Fold and Stuff | 961 Pieces @ $.05 each | $48.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 961 Pieces @ $.08 each | $76.88 |

**Total Due:** $755.81

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20060201-1 | 2/1/2006 | $30.60 |
| | Total | $30.60 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 2/1/2006
Invoice #: 021-20060201-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 11669 - 17th Omni 5 Continuation Order MF 17658 | 5 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.39 each | $1.95 |
| | | | Production | Copy | 25 Pieces @ $.12 each | $3.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |

**Total Due:** $30.60

EXHIBIT 2
*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20060306-1 | 3/6/2006 | $900.97 |
| Invoice # | 021-20060308-1 | 3/8/2006 | $29.48 |
| Invoice # | 021-20060313-1 | 3/13/2006 | $113.56 |
| Invoice # | 021-20060316-1 | 3/16/2006 | $30.28 |
| Invoice # | 021-20060331-1 | 3/31/2006 | $29.48 |
| | | Total | $1,103.77 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/6/2006
Invoice #: 021-20060306-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Order Modifying Case Management Order | 2 / 1,152 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1151 Pieces @ $.39 each | $448.89 |
| | | | | USPS - International | 1 Piece @ $.84 each | $0.84 |
| | | | Production | Copy | 2304 Pieces @ $.12 each | $276.48 |
| | | | | Fold and Stuff | 1152 Pieces @ $.05 each | $57.60 |
| | | | Supplies | Inkjet and Envelope - #10 | 1152 Pieces @ $.08 each | $92.16 |

Total Due: $900.97

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/8/2006
Invoice #: 021-20060308-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 11888 - 18th  Omni 5 Continuance Ord | 5 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.39 each | $1.56 |
| | | | Production | Copy | 20 Pieces @ $.12 each | $2.40 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

**Total Due:** $29.48

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/13/2006
Invoice #: 021-20060313-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 12048 - 16th Omnibus Objection to Claims | 22 / 24 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 24 Pieces @ $.87 each | $20.88 |
| | | | Production | Copy | 528 Pieces @ $.12 each | $63.36 |
| | | | | Stuff and Mail | 24 Pieces @ $.05 each | $1.20 |
| | | | Supplies | Inkjet and Envelope - Catalog | 24 Pieces @ $.13 each | $3.12 |

**Total Due:** $113.56

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/16/2006
Invoice #: 021-20060316-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 11884 - Order re Omni 15 | 3 / 6 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.39 each | $2.34 |
| | | | Production | Copy | 18 Pieces @ $.12 each | $2.16 |
| | | | | Fold and Stuff | 6 Pieces @ $.05 each | $0.30 |
| | | | Supplies | Inkjet and Envelope - #10 | 6 Pieces @ $.08 each | $0.48 |

Total Due: $30.28

EXHIBIT 2
*Invoice Due Upon Receipt*


---



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 3/31/2006
Invoice #: 021-20060331-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 12149 - 19th Omni 5 Continuation Order | 6 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - MX/CA | 4 Pieces @ $.39 each | $1.56 |
| | | | Production | Copy | 20 Pieces @ $.12 each | $2.40 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

**Total Due: $29.48**

EXHIBIT 2
*Invoice Due Upon Receipt*