# EXHIBIT A

**General - 00000**

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $            - | $            - | $            - | $            - |
| Facsimilies | $            - | $            - | $            - | $            - |
| Long Distance Telephone | $            - | $            - | $            - | $            - |
| Outside Courier | $            - | $            - | $            - | $            - |
| Travel Expenses | $            - | $            - | $            - | $            - |
| Lexis | $            - | $            - | $            - | $            - |
| Westlaw | $            - | $            - | $            - | $            - |
| Meal Expenses | $            - | $            - | $            - | $            - |
| Temporary Staffing | $            - | $            - | $            - | $            - |
| Other Expense | $            - | $   1,439.37 | $            - | $   1,439.37 |
| Consulting Fees | $            - | $   1,379.52 | $            - | $   1,379.52 |
| Velo Binding | $            - | $            - | $            - | $            - |
| | | | | |
| TOTAL | $            - | $   2,818.89 | $            - | $   2,818.89 |

Holme Roberts & Owen LLP

March 20, 2006

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 729101 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**
**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/30/05 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 286559; DATE: 12/30/2005  -  HRO Fees and Costs in WR Grace Case | $ | 778.69 |
| 01/20/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 287434; DATE: 1/20/2006  -  HRO fees and costs in WR Grace Bankruptcy Case December 2005 Services | | 600.83 |
| 02/17/06 | | Other Expense: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 288424; DATE: 2/17/2006  -  For Professional Services through January 31, 2006. | | 1,439.37 |

|  |  |  |
|---|---|---|
| **Total Disbursements:** | $ | **2,818.89** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,379.52 |
| Other Expense | | 1,439.37 |
| **Total Disbursements:** | **$** | **2,818.89** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |

## Libby, Montana Asbestos Litigation - 00300

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ 6.00 | $ 6.00 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 415.86 | $ - | $ 206.64 | $ 622.50 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ 63.45 | $ 19.27 | $ 82.72 |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| TOTAL | $ 415.86 | $ 63.45 | $ 231.91 | $ 711.22 |

Holme Roberts & Owen LLP

February 17, 2006

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 726148 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**
**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/30/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CY38996; DATE: 11/30/2005  -  Storage to 11/30/05 | $ | 206.64 |
| 12/31/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: DF65912; DATE: 12/31/2005  -  Regular Storage Fee for Customer ID CW616 | | 209.22 |

| | | |
|---|---|---|
| **Total Disbursements:** | $ | **415.86** |

## Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 415.86 |
| **Total Disbursements:** | $ | **415.86** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $ | 219.96 |
| 679369 | 09/24/04 | Bill | | 12,289.68 |

Holme Roberts & Owen LLI

March 20, 2006

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 729101 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**
**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/20/06 | | Federal Express: VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE #: 3-300-27031; From Megan Kinsman to Tyler Mace on January 11 2006 | $ | 27.21 |
| 01/20/06 | | Federal Express: VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE #: 3-300-27031; From Cheryl Graham to Dori Anne Kuchinsky on January 17 2006 | | 36.24 |
| | | **Total Disbursements:** | $ | **63.45** |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 63.45 |
| **Total Disbursements:** | $ | **63.45** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $    219.96 |

Holme Roberts & Owen LLP

April 14, 2006

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 730878 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/10/06 | | Federal Express: VENDOR NAME: FedEx; INVOICE#: 3-336-59928; From Megan Kinsman to Tyler Mace on February 3 2006 | $ | 19.27 |
| 03/13/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: DS40024; Account CW616 Storage February 2006 | | 206.64 |
| | | **Total Disbursements:** | $ | **225.91** |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 19.27 |
| Other Expense | | 206.64 |
| **Total Disbursements:** | **$** | **225.91** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *219.96* |
| 679369 | 09/24/04 | Bill | | 12,289.68 |

Holme Roberts & Owen LLP

April 14, 2006

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 730878 |
| Client No.: | 04339 |
| Matter No.: | 00310 |

**Regarding: Casmalia Superfund Site**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/16/06 | 30 | Document Reproduction | $ | 6.00 |
| | | **Total Disbursements:** | $ | **6.00** |

## Disbursement Summary

| Description | | | Amount |
|---|---|---|---|
| Document Reproduction | $ | , | 6.00 |
| **Total Disbursements:** | $ | | **6.00** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **6.00** |
| **Total Balance Due This Matter** | $ | **6.00** |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|-------|-------------|
| | | | January | February | March | |
| Flaagan, Elizabeth | Partner | $    340.00 | 1 | 0.7 | 1.3 | $    1,020.00 |
| Neitzel, Charlotte | Partner | $385.00 | 0 | 0.8 | 1 | $    693.00 |
| Haag, Susan | Paralegal | $    140.00 | 0.9 | 0 | 3 | $    546.00 |
| Coggon, Katheryn | Special Counsel | $    310.00 | 0.4 | 0 | 3.3 | $    1,147.00 |
| Sherman, Joan | Paralegal | $    165.00 | 5.2 | | | $    858.00 |
| | | | | | | |
| TOTAL | | | 7.5 | 1.5 | 8.6 | $    4,264.00 |

**Bankruptcy Matters - 00390**

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $ 7.50 | $ - | $ 28.05 | $ 35.55 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ 29.96 | $ 57.51 | $ - | $ 87.47 |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - |
| Postage | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ 37.46 | $ 57.51 | $ 28.05 | $ 123.02 |

Holme Roberts & Owen LLF

February 17, 2006

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 726148 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/09/06 | KJC | Telephone conference with B. Stansburg re witness files (.20); email exchange with B. Stansburg re same (.20) | 0.40 | $ 124.00 |
| 01/12/06 | EKF | Review and revise December 2005 prebills/invoices (.50). | 0.50 | 170.00 |
| 01/16/06 | EKF | Review and revise December 2005 invoices [prebills] (.50). | 0.50 | 170.00 |
| 01/23/06 | JLS | Research re documents for Matt Murphy. | 2.10 | 346.50 |
| 01/24/06 | SH | Draft December 2005 monthly fee application. | 0.60 | 84.00 |
| 01/24/06 | JLS | Research re documents for Matt Murphy. | 3.10 | 511.50 |
| 01/25/06 | SH | Compile December 2005 fee application. | 0.30 | 42.00 |

| | | | |
|---|---|---|---|
| **Total Fees Through January 31, 2006:** | **7.50** | **$** | **1,448.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| EKF | Elizabeth Flaagan | Partner | $ 340.00 | 1.00 | $ 340.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 0.40 | 124.00 |
| JLS | Joan L. Sherman | Paralegal | 165.00 | 5.20 | 858.00 |
| SH | Susan Haag | Paralegal | 140.00 | 0.90 | 126.00 |

| | | | |
|---|---|---|---|
| **Total Fees:** | **7.50** | **$** | **1,448.00** |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

Holme Roberts & Owen LLP

February 17, 2006

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 726148 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 01/06/06 | | Federal Express: Federal Express Invoice 327605079 From Mary Ann Pierce to William Weller on December 28 2005 | $ | 19.24 |
| 01/06/06 | | Federal Express: Federal Express Invoice 327605079 From Mary Ann Pierce to William Weller on December 29  2005 | | 10.72 |
| 01/25/06 | 50 | Document Reproduction | | 7.50 |
| | | **Total Disbursements:** | $ | **37.46** |

### Disbursement Summary

| | | |
|---|---|---|
| Document Reproduction | $ | 7.50 |
| Federal Express | | 29.96 |
| **Total Disbursements:** | **$** | **37.46** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |

Holme Roberts & Owen LLP

March 20, 2006

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 729101 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 02/13/06 | EKF | Review January 2006 prebills/invoices (.70). | 0.70 | $ | 238.00 |
| 02/21/06 | CLN | Obtain documents re mesotheliomas for Jay Hughes (.50); respond to Jay Hughes e-mail (.30). | 0.80 | | 308.00 |
| | | **Total Fees Through February 28, 2006:** | **1.50** | **$** | **546.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 385.00 | 0.80 | $ | 308.00 |
| EKF | Elizabeth Flaagan | Partner | 340.00 | 0.70 | | 238.00 |
| | | **Total Fees:** | | **1.50** | **$** | **546.00** |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | Amount | |
|---|---|---|---|---|
| 01/27/06 | | Federal Express: VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE #: 3-312-38694; From Megan Kinsman to Matt Murphy on January 23 2006 | $ | 38.24 |
| 02/03/06 | | Federal Express: VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE #: 3-324-41434; From Mary Pierce to William Weller on January 25 2006 | | 19.27 |

Holme Roberts & Owen LLP

March 20, 2006

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 729101 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| | | **Total Disbursements:** | $ | **57.51** |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 57.51 |
| **Total Disbursements:** | **$** | **57.51** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 01/04/05 | Cash Receipt | | -1,526.52 |
| | 04/22/05 | Cash Receipt | | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$* | *2.66* |

Holme Roberts & Owen LLF

April 14, 2006

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 730878 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 03/08/06 | KJC | Conference with B. Harding re discovery and follow-up re same. | 1.80 | $ | 558.00 |
| 03/10/06 | CLN | E-mails to KJCoggon re ATSDR studies. | 1.00 | | 385.00 |
| 03/10/06 | SH | Draft monthly fee application charts. | 0.50 | | 70.00 |
| 03/13/06 | EKF | Review and revise February 2006 prebills/invoices (.5); review Fee Auditor's final Report on Eighteenth Interim Period Fee Applications (.2). | 0.70 | | 238.00 |
| 03/13/06 | KJC | Review discovery strategies. | 1.50 | | 465.00 |
| 03/21/06 | EKF | Review and finalize Monthly Fee Application for January 2006 (.3); review and finalize for filing Nineteenth Interim Quarterly Fee Application (.3). | 0.60 | | 204.00 |
| 03/22/06 | SH | Draft nineteenth interim fee application. | 2.50 | | 350.00 |
| | | **Total Fees Through March 31, 2006:** | **8.60** | **$** | **2,270.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 385.00 | 1.00 | $ | 385.00 |
| EKF | Elizabeth Flaagan | Partner | 340.00 | 1.30 | | 442.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 3.30 | | 1,023.00 |
| SH | Susan Haag | Paralegal | 140.00 | 3.00 | | 420.00 |
| | | **Total Fees:** | | **8.60** | **$** | **2,270.00** |

Holme Roberts & Owen LLP

April 14, 2006

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 730878 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 03/21/06 | 39 | Document Reproduction | $ | 5.85 |
| 03/21/06 | 32 | Document Reproduction | | 4.80 |
| 03/24/06 | 116 | Document Reproduction | | 17.40 |
| | | **Total Disbursements:** | $ | **28.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Document Reproduction | $ | 28.05 |
| **Total Disbursements:** | **$** | **28.05** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | *$* | *16.41* |

**Ninth Circuit Appeal - 00420**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|-------|-------------|
| | | | January | February | March | |
| Coggon, Katheryn | Special Counsel | $ 310.00 | 0.6 | 0 | 0 | $ 186.00 |
| | | | | | | |
| TOTAL | | | 0.6 | - | - | $ 186.00 |

Holme Roberts & Owen LLP

February 17, 2006

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 726148 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/09/06 | KJC | Email exchange with counsel re appeal deadlines. | 0.10 | $ | 31.00 |
| 01/11/06 | KJC | Telephone conferences and email re 1/20/06 meeting with EPA. | 0.50 | | 155.00 |
| | | **Total Fees Through January 31, 2006:** | **0.60** | **$** | **186.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 310.00 | 0.60 | $ | 186.00 |
| | | **Total Fees:** | | **0.60** | **$** | **186.00** |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | $    1,529.83 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Neitzel, Charlotte | Partner | Environmental | $385.00 | 1.8 | $693.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $340.00 | 3.0 | $1,020.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $310.00 | 4.3 | $1,333.00 |
| Joan Sherman | Paralegal | Environmental | $165.00 | 5.2 | $858.00 |
| Susan Haag | Paralegal | Bankruptcy | $140.00 | 3.9 | $546.00 |
| **TOTAL** | | | | **18.2** | **$4,450.00** |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $41.55 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.00 |
| Outside Courier | $0.00 |
| Lexis | $0.00 |
| Tab Stock | $0.00 |
| Other Expenses | $2,061.87 |
| Meal Expenses | $0.00 |
| Westlaw | $0.00 |
| Federal Express | $170.19 |
| Color Copies | $0.00 |
| Professional Billable Services | $1,379.52 |
| Velo Binding | $0.00 |
| **TOTALS** | **$3,653.13** |