# EXHIBIT A

# April 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 130422 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# May 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 13043 under Case No. 01-01139 (JKF).  Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# June 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 13044 under Case No. 01-01139 (JKF).  Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.