# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JULY 1, 2006
## THROUGH JULY 31, 2006

```
                  Phillips, Goldman & Spence, P.A.
                          1200 N. Broom Street
                         Wilmington, DE  19806
                              (302) 655-4200
                           EI #: 51-0328786
```

August 25, 2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                             File   WRG-AUS/JCP
                                             Invoice number   63826
```

    Re:  W. R. Grace & Co.
         David T. Austern
Case No.:  01-01139 (RLB)

```
                                       21.4          $7,108.50
                                        0.1             $14.00

         Courtesy Discount is .47%
          of "gross" hours worked

   Subtotal for FEES only: 07/31/06     21.3          $7,094.50

         Subtotal for COSTS only: 07/31/06               $62.04
                                                    --------------
   CURRENT PERIOD FEES AND COSTS: 07/31/06           $7,156.54
                                                    --------------
```

```
****************************************************************

         Please remit duplicate copy with payment.  Thank you.

****************************************************************
```

Phillips, Goldman & Spence, P.A.

August 25, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   63826

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 17.2 | 6,450.00 |
| CASE ADMINISTRATION | 2.3 | 322.00 |
| FEE/EMPLOYMENT APPLICATIONS | 1.8 | 322.50 |
| Subtotal for FEES only: 07/31/06 | 21.3 | $7,094.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 17.50 | 17.50 | 6,562.50 | -0.00 | 0.00 |
| 140.00 | CAH | 3.90 | 3.80 | 532.00 | 0.10 | 14.00 |
| Totals | | 21.40 | 21.30 | 7,094.50 | 0.10 | 14.00 |

WRG-AUS                                                                                                                    08/25/06  Page 1

LEGALMASTER MIRC For Transactions
-Fees-

Sort Fields:
    Grouping code                    (Paginate)
    Client code
    Actual employee code             (Subtotals)
    Transaction date

Range Fields:
    Client code              I  WRG    - WRG
    Invoice Number           I  63826  - 63826

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 07/07/06 | Download file and serve supplemental Objection of Group to Extension of Exclusivity after four e-mails; phone conference with co-counsel. | 0.60 | 84.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 07/10/06 | Merge original signatures into filed documents; e-mail to Rachel re: missing documents. | 0.30 | 42.00 | |
| WRG | CASE ADMINISTRATION | CAH | 07/14/06 | Update docket to system. | 0.20 | 28.00 | |
| WRG | CASE ADMINISTRATION | CAH | 07/25/06 | Merge signed pleadings into filed pleadings. | 0.20 | 28.00 | |
| WRG | CASE ADMINISTRATION | CAH | 07/26/06 | Obtain pertinent pleadings for John C. Phillips, Jr. to review. | 0.40 | 56.00 | |
| WRG | CASE ADMINISTRATION | CAH | 07/26/06 | Draft Pro Hac Vice Motions for Raymond G. Mullady, Jr. and Garret Rasmussen; forward to D. Felder. | 0.60 | 84.00 | |
| | | | | | 2.30 | 322.00 | |
| | | | | | 2.30 | 322.00 | |

WRG-AUS                                                   LEGALMASTER MIRC For Transactions                                                   08/25/06  Page 2
                                                                        -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/05/06 | E-mail from Debra Felder with enclosure; review of FCR's draft Supplemental Objection to Debtors' Motion to Extend Exclusivity; e-mail to Celeste A. Hartman re: same. | 0.80 | 300.00 | Li |
| WRG | LITIGATION | JCP | 07/06/06 | E-mail from Debbie Fullem re: 7/7/06 filing. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 07/07/06 | E-mail from and e-mail to Debra Felder re: Objection Deadline (2x); conference with Celeste A. Hartman re: filing Objection on 7/7/06; review of final draft of Supplemental Objection to Debtor's Motion to Extend Exclusivity; e-mail from Celeste A. Hartman. | 0.80 | 300.00 | |
| WRG | LITIGATION | JCP | 07/10/06 | Review of Speights and Runyan's Response to Debtors' Motion for Scheduling Order re: 15th Omnibus Objection to pleadings claims; review of Prudential Insurance Company's Objection; review of Arizona's Objection; review of Joinders by Cook County, Illinois, Phoenix, Arizona, Arkansas, Oregon and Motley Rice. | 1.30 | 487.50 | |
| WRG | LITIGATION | JCP | 07/11/06 | Review of miscellaneous pleadings; review of Debtors' Supplemental Brief in Support of Exclusivity. | 1.10 | 412.50 | |
| WRG | LITIGATION | JCP | 07/11/06 | Review of letter from Jamie Shartzer (claimant) responding to Debtor's Claim Objection. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 07/12/06 | Review of 2 Objections to Personal Injury Questionnaire; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 07/13/06 | Review of miscellaneous pleadings; review of various Objections to Debtors' Personal Injury Questionnaire. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 07/17/06 | Review of Debtors' Motion to Compel Personal Injury Claimants to Respond to Personal Injury Questionnaire; review of miscellaneous pleadings. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 07/17/06 | Review of miscellaneous pleadings; review of Debtors' Reply Brief in Support of Motion to Extend Exclusivity; review of Canada's Response to Debtors' Motion to Extend; review of Plaintiffs' Law Firms Response to Debtors' Motion to Compel of Debtors' Motion to File Reply in Support of Motion for Scheduling Order; review of Debtors' Reply. | 1.20 | 450.00 | |
| WRG | LITIGATION | JCP | 07/18/06 | Review of Simmons Coopers's Motion to Amend CMO for Estimation of Personal Injury Claims; review of Agenda for 7/24/06 Hearing. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 07/19/06 | Review of Certification of Counsel re: Debtors' Motion for Personal Injury Claim Bar Date with enclosure; review of proposed Order; review of miscellaneous pleadings; review of Debtors' Motion to Compel Response to Personal Injury Questionnaire with voluminous attachments; review of Certification of Counsel re: Order Granting Debtors' Motion to File a Reply Brief re: Exclusivity and proposed Order. | 0.80 | 300.00 | |

WRG-AUS                                                          LEGALMASTER MRC For Transactions                                               08/25/06  Page 3
                                                                            -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/20/06 | Review of miscellaneous pleadings; review of Debtors' Motion to File a Reply re: Motion to Establish Bar Date for Personal Injury Proof of Claims; review of Reply. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 07/24/06 | Phone conference with Debbie Fullem; review of Agenda for 7/24/06 Hearing; court appearance re: Omnibus Hearing; memorandum to file re: Court Hearings; review of Order Granting leave to File Reply Brief in Support of Extending Exclusivity. | 8.80 | 3,300.00 | |
| WRG | LITIGATION | JCP | 07/25/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 07/26/06 | Review of miscellaneous pleadings and 6 Orders; review of Amended CMO for Estimation of Personal Injury Claims. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 07/31/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| | | | | | 17.20 | 6,450.00 | |
| | | | | | 17.20 | 6,450.00 | |

WRG-AUS                         LEGALMASTER MRC For Transactions                    08/25/06   Page 4
                                            -Fees-

| Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/11/06 | Download and file Fee Applications for D. Austern and Orrick Herrington for the time period May 2006. | 0.60 | 84.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/13/06 | Download and file May 2006 Fee Application for Towers Perrin. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/14/06 | Download and file May Fee Application of Piper Jaffray. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/25/06 | Code prebill to assure compliance with local rules. | 0.30 | 42.00 | |
| | | | | | 1.50 | 210.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/21/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/26/06 | E-mail from Debbie Felder re: 2 Pro Hac Motions; conference with Celeste A. Hartman re: same. | 0.20 | 75.00 | |
| | | | | | 0.30 | 112.50 | |
| | | | | | 1.80 | 322.50 | |
| | | | | | 21.30 | 7,094.50 | |

29 records printed.