# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JULY 1, 2006
# THROUGH JULY 31, 2006

Phillips, Goldman & Spence, P.A.

August 25, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   63826

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 07/01/06 | On-line docket research | 3.04 |
| 07/31/06 | Check No.: 31580 - John C. Phillips, Jr. - expense reimbursement - Court Call. | 50.00 |
| 07/31/06 | Check No.: 31580 - John C. Phillips, Jr. - parking reimbursement. | 9.00 |
| | Subtotal for COSTS only: 07/31/06 | $62.04 |