**Summary of PwC's Fees By Individual:**
**Nineteenth Interim Quarterly Reporting Period**
**October 1, 2005 through December 31, 2005**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Amy K Green Total | Audit Associate | <1 | Integrated Audit | 70.5 | $ 7,473.00 |
| Benjamin P Ayers Total | Audit Associate | <1 | Integrated Audit | 19.0 | $ 2,128.00 |
| Brian F Merrick Total | Audit Associate | >1 | Integrated Audit | 17.6 | $ 2,692.80 |
| Cathryn A Rodger Total | Audit Associate | <1 | Integrated Audit | 58.0 | $ 7,250.00 |
| Charles Hopper Total | Audit Associate | 1 | Integrated Audit | 160.3 | $ 16,991.80 |
| Charles W Melko Total | Audit Associate | 3 | Integrated Audit | 7.2 | $ 900.00 |
| Christopher W Park Total | Audit Associate | 2 | Integrated Audit | 243.9 | $ 33,658.20 |
| Cindy Y Chen Total | Audit Senior Associate | 2 | Integrated Audit | 267.8 | $ 51,149.80 |
| Claudio Lee Total | Audit Associate | <1 | Integrated Audit | 6.8 | $ 904.40 |
| Colin A Baker Total | Audit Associate | <1 | Integrated Audit | 8.0 | $ 896.00 |
| Danielle Bartlett Total | Audit Associate | 1 | Integrated Audit | 7.0 | $ 875.00 |
| David C Lloyd Total | Audit Senior Manager | 14 | Integrated Audit | 93.9 | $ 33,334.50 |
| Erica Margolius Total | Audit Associate | 1 | Integrated Audit | 419.3 | $ 52,412.50 |
| Francois C Barnard Total | Audit Manager | 7 | Integrated Audit | 102.7 | $ 26,393.90 |
| Hadir El Fardy Total | Audit Senior Associate | >5 | Integrated Audit | 12.0 | $ 2,364.00 |
| Jaeki Chang Total | Audit Senior | 5 | Integrated | | $ 1,910.00 |

| Name | Title | Years | Category | Hours | Amount |
|---|---|---|---|---|---|
| | Associate | | Audit | 10.0 | |
| Jody Beth Underhill Total | Tax Senior Manager | 20 | Integrated Audit | 16.8 | $ 5,056.80 |
| John E Newstead Total | Audit Senior Manager | 10+ | Integrated Audit | 120.3 | $ 42,706.50 |
| Jonathan Fish Total | Audit Associate | 2 | Integrated Audit | 45.0 | $ 11,340.00 |
| Joseph A Bergeron Total | Audit Associate | >1 | Integrated Audit | 30.5 | $ 3,843.00 |
| Joseph C Rocco Total | Advisory Manager | 7 | Integrated Audit | 1.5 | $ 415.50 |
| Kevin C McGonigle Total | Audit Senior Manager | 10 | Integrated Audit | 2.7 | $ 1,671.30 |
| Lauren Misler Total | Audit Associate | 2 | Integrated Audit | 291.0 | $ 50,052.00 |
| Lawrence Dodyk Total | Audit Partner | 23 | Integrated Audit | 2.0 | $ 1,698.00 |
| Lisa Slotznick Total | Director | 26 | Integrated Audit | 8.0 | $ 4,160.00 |
| Lynda Keorlet Total | Audit Associate | 1 | Integrated Audit | 410.3 | $ 43,491.80 |
| Lyndsay B Signori Total | Audit Associate | 1 | Integrated Audit | 127.0 | $ 15,875.00 |
| Majid Khan Total | Audit Senior Associate | >6 | Integrated Audit | 139.0 | $ 37,669.00 |
| Maria Afuang Total | Audit Senior Associate | 4 | Integrated Audit | 194.2 | $ 35,927.00 |
| Matthew G Bosseler Total | Audit Senior Associate | 9 | Integrated Audit | 2.0 | $ 406.00 |
| Meghan C Moran Total | Audit Associate | >1 | Integrated Audit | 40.0 | $ 5,520.00 |
| Michael McDonnell Total | Audit Senior Associate | 3 | Integrated Audit | 243.8 | $ 41,933.60 |
| Michael P. Barry Total | Audit Associate | >1 | Integrated Audit | 36.5 | $ 3,869.00 |
| Moon Y Park Total | Audit Associate | <1 | Integrated Audit | 95.9 | $ 12,754.70 |
| Nicholas P Barrett Total | Audit Associate | 1 | Integrated Audit | 132.3 | $ 17,681.75 |
| Nicole Heisler Total | Audit Associate | 1 | Integrated Audit | 52.0 | $ 6,916.00 |

| Name | Title | Years | Project | Hours | Fees |
|---|---|---|---|---|---|
| Pamela Reinhardt Total | Audit Senior Associate | 3 | Integrated Audit | 408.0 | $ 75,480.00 |
| Paul Kepple Total | Audit Partner | 17 | Integrated Audit | 4.5 | $ 3,820.50 |
| Peter Woolf Total | Tax Partner | 25 | Integrated Audit | 17.0 | $ 7,650.00 |
| Richard Muir Total | Audit Partner | 20+ | Integrated Audit | 1.0 | $ 882.00 |
| Robert Eydt Total | SEC Review Partner | 20+ | Integrated Audit | 2.0 | $ 1,630.00 |
| Robert Keehan Total | Audit Partner | 18 | Integrated Audit | 2.5 | $ 1,547.50 |
| Ryan Grady Total | Audit Manager | 4 | Integrated Audit | 199.5 | $ 48,877.50 |
| Sandra David Total | Audit Manager | 7 | Integrated Audit | 37.7 | $ 10,141.30 |
| Sean P Robinson Total | Audit Associate | <1 | Integrated Audit | 42.5 | $ 4,505.00 |
| Solomon O Akinyele Total | Audit Associate | >1 | Integrated Audit | 20.0 | $ 2,500.00 |
| Thet Maung Total | Audit Senior Associate | > 7 | Integrated Audit | 7.0 | $ 1,379.00 |
| Thomas S Masterson Total | Audit Associate | <1 | Integrated Audit | 40.5 | $ 5,710.50 |
| Tom Kalinosky Total | Audit Specialist | 20+ | Integrated Audit | 34.5 | $ 21,010.50 |
| William Bishop Total | Audit Partner | 27 | Integrated Audit | 60.1 | $ 37,201.90 |
| William Paterson Total | Audit Senior Associate | 7 | Integrated Audit | 47.8 | $ 9,129.80 |
| Yuan Helen Deng Total | Audit Senior Associate | <3 | Integrated Audit | 16.0 | $ 3,648.00 |
| **Grand Total** | | | | 4,435.4 | $ 819,434.35 |

**Summary of PwC's Fees By Project Category:**
**Nineteenth Interim Quarterly Reporting Period**
**October 1, 2005 through December 31, 2005**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **52.4** | **$5,635.00** |
| **13-Financing** | | |
| **14-Hearings** | | |

| | | |
|---|---|---|
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **4,435.4** | **$819,434.35** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **4,487.8** | **$825,069.35** |

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Nineteenth Interim Quarterly Reporting Period**
**October 1, 2005 through December 31, 2005**

| Type of Expense | |
|---|---:|
| Transportation | $39,820.67 |
| Lodging | 12,185.16 |
| Sundry | 2,002.72 |
| Business Meals | 4,162.75 |
| **Grand Total for the Fee Period October 1, 2005 through December 31, 2005** | **$58,171.30** |