# Exhibit - A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et. al. | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | Hearing Date: September 25, 2006 at 2:00 p.m. |
| | : | Objections Due: September 8, 2006 at 4:00 p.m. |

## ORDER APPROVING TWENTIETH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Twentieth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period January 1, 2006 through March 31, 2006, dated August 29, 2006 (the "Application"); and upon the Certification of William Bishop in support of the Application; and upon a hearing having been held before this Court to consider the Twentieth Quarterly Fee Application on September 25, 2006 at 2:00 p.m.; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Twentieth Quarterly Fee Application is approved, and it is further

{10017060.DOC}

ORDERED that the compensation for services rendered in the amount of $845,363.85 (plus $8,546.30 for preparing the related fee applications) and expenses in the aggregate amount of $7,513.01 is hereby granted to PwC.

Dated: _____ , 2006

                                                        Judith K. Fitzgerald
                                                        United States Bankruptcy Judge