IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 18, 2006 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

**SUMMARY OF THE SIXTY-THIRD MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JULY 1, 2006 THROUGH JULY 31, 2006**

Name of Applicant: Ferry, Joseph & Pearce, P.A.

Authorized to provide professional services to: Official Committee of Asbestos Property Damage Claimants

Date of retention: April 18, 2001

Period for which compensation and reimbursement is sought: July 1, 2006 through July 31, 2006

Amount of compensation sought as actual reasonable and necessary: $13,919.00

Amount of expense reimbursement sought as actual reasonable and necessary: $ 372.03

This is a: __X__ monthly _____ interim ______ final application

**Prior Monthly Applications:**

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed-Docket No. | Period Covered | Fees | Expenses | 80% of Requested Fees | Expenses |
| 7/10/01-#577 | 4/18/01-4/30/01 | $1,476.00 | $26.00 | $1,173.60 | $26.00 |
| 7/10/01-#578 | 5/1/01-5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 | $2,708.31 |

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed-<br>Docket No. | Period<br>Covered | Fees | Expenses | 80% of<br>Requested Fees | Expenses |
| 7/30/01-#768 | 6/1/01- 6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 | $1,643.75 |
| 09/05/01-#879 | 7/1/01-7/31/01 | $11,833.00 | $2,538.98 | $9,466.40 | $2,538.98 |
| 10/01/01-#979 | 8/1/01-8/31/01 | $6,068.00 | $1,391.31 | $4,854.40 | $1,391.31 |
| 10/30/01-#1039 | 9/1/01-9/30/01 | $6,048.00 | $2,258.87 | $4,838.40 | $2,258.87 |
| 01/02/02-#1436 | 10/1/01-11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 | $4,495.30 |
| 01/21/02-#1533 | 12/1/01-12/31/01 | $4,689.00 | $885.80 | $3,751.20 | $885.80 |
| 03/07/02-#1773 | 1/1/02-1/31/02 | $6,980.00 | $1,280.38 | $5,584.00 | $1,280.38 |
| 05/01/02-#2000 | 2/1/02-2/28/02 | $6,306.00 | $2,071.17 | $5,044.80 | $2,071.17 |
| 05/01/02-#2001 | 3/1/02-3/31/02 | $9,438.00 | $6,070.08 | $7,550.40 | $6,070.08 |
| 06/28/02-#2295 | 4/1/02-4/30/02 | $8,470.50 | $5,198.73 | $6,776.40 | $5,198.73 |
| 07/03/02-#2326 | 5/1/02-5/31/02 | $11,446.00 | $1,098.56 | $9,156.80 | $1,098.56 |
| 09/12/02-#2678 | 6/1/02-6/30/02 | $6,196.50 | $4,697.48 | $4,957.20 | $4,697.48 |
| 10/09/02-#2792 | 7/1/02-7/31/02 | $4,837.50 | $1,939.53 | $3,870.00 | $1,939.53 |
| 11/04/02-#2923 | 8/1/02-8/31/02 | $5,697.00 | $1,229.39 | $4,557.60 | $1,229.39 |
| 11/27/02-#3078 | 9/1/02-9/30/02 | $10,017.00 | $4,957.00 | $8,013.60 | $4,957.00 |
| 1/10/03-#3229 | 10/1/02-10/31/02 | $5,531.00 | $1,235.50 | $4,826.40 | $1,235.50 |
| 1/14/03-#3243 | 11/1/02-11/30/02 | $6,033.00 | $929.00 | $4,826.40 | $929.00 |
| 2/10/03-#3361 | 12/1/02-12/31/02 | $1,927.00 | $1,348.26 | $1,541.60 | $1,348.26 |
| 3/14/03-#3513 | 1/1/03-1/31/03 | $3,704.00 | $897.83 | $2,963.20 | $897.83 |
| 4/9/03-#3644 | 2/1/03-2/28/03 | $3,347.00 | $213.57 | $2,677.60 | $213.57 |
| 5/14/03-#3786 | 3/1/03-3/31/03 | $4,519.00 | $1,599.16 | $3,615.20 | $1,599.16 |
| 5/28/03-#3832 | 4/01/03-4/30/03 | $4,786.00 | $2,747.92 | $3,828.80 | $2,747.92 |
| 8/5/03-#4149 | 5/1/03-5/31/03 | $3,809.00 | $558.74 | $3,047.20 | $558.74 |
| 8/5/03-#4150 | 6/1/03-6/30/03 | $3,665.00 | $1,172.19 | $2,932.00 | $1,172.19 |
| 9/18/03-#4446 | 7/1/03-7/31/03 | $4,556.00 | $3,859.58 | $3,644.80 | $3,859.58 |
| 10/3/03-#4528 | 8/1/03-8/31/03 | $6,485.00 | $714.28 | $5,188.00 | $714.28 |

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed-Docket No. | Period Covered | Fees | Expenses | 80% of Requested Fees | Expenses |
| 12/8/03-#4793 | 9/1/03-9/30/03 | $4,445.00 | $761.99 | $3,556.00 | $761.99 |
| 12/22/03-#4849 | 10/1/03-10/31/03 | $7,215.00 | $811.81 | $5,772.00 | $811.81 |
| 1/15/04-#4934 | 11/1/03-11/30/03 | $5,551.00 | $1,218.41 | $4,440.80 | $1,218.41 |
| 2/4/04-#5055 | 12/1/03-12/31/03 | $7,317.00 | $4,517.78 | $5,853.60 | $4,517.78 |
| 3/2/04-#5209 | 1/1/04-1/31/04 | $15,038.00 | $5,239.99 | $12,030.40 | $5,239.99 |
| 3/24/04-#5339 | 2/1/04-2/29/04 | $5,030.00 | $1,006.06 | $4,024.00 | $1,006.06 |
| 4/30/04-#5513 | 3/1/04-3/31/04 | $6,195.00 | $999.29 | $4,956.00 | $999.29 |
| 5/12/04-#5558 | 4/1/04-4/30/04 | $4,533.50 | $1,106.67 | $3,626.80 | $1,106.67 |
| 6/24 /04-#5882 | 5/1/04-5/31/04 | $7,579.50 | $1,074.62 | $6,063.60 | $1,074.62 |
| 8/3/04-#6113 | 6/1/04-6/30/04 | $9,026.00 | $2,628.03 | $7,220.80 | $2,628.03 |
| 8/18/04-#6205 | 7/1/04-7/31/04 | $8,736.00 | $1,256.09 | $6,988.80 | $1,256.09 |
| 10/12/04-#6596 | 8/1/04-8/31/04 | $5,926.50 | $322.61 | $4,741.20 | $322.61 |
| 11/11/04-#6885 | 9/1/04-9/30/04 | $7,021.00 | $916.09 | $5,616.80 | $916.09 |
| 12/10/04-#7141 | 10/1/04-10/31/04 | $5,974.00 | $30.21 | $4,779.20 | $30.21 |
| 1/5/05-#7448 | 11/1/04-11/30/04 | $6,819.00 | $779.92 | $5,455.20 | $779.92 |
| 1/28/05-#7650 | 12/1/04-12/31/04 | $10,671.00 | $1,669.15 | $8,536.80 | $1,669.15 |
| 2/23/05-#7869 | 1/1/05-1/30/05 | $11,672.00 | $3,438.34 | $9,337.60 | $3,438.34 |
| 3/31/05-#8152 | 2/1/05-2/28/05 | $8,219.00 | $2,528.21 | $6,575.20 | $2,528.21 |
| 4/29/05-#8302 | 3/1/05-3/31/05 | $9,261.50 | $1,902.00 | $7,409.20 | $1,902.00 |
| 5/18/05-#8455 | 4/1/05-4/30/05 | $8,022.50 | $2,671.26 | $6,418.00 | $2,671.26 |
| 6/13/05-#8607 | 5/1/05-5/31/05 | $6,019.60 | $2,915.50 | $6,022.80 | $2,915.50 |
| 7/22/05-#9050 | 6/1/05-6/30/05 | $11,111.00 | $791.15 | $8,888.80 | $791.15 |
| 8/9/05-#9153 | 7/1/05-7/31/05 | $13,746.00 | $1,961.98 | $10,996.80 | $1,961.98 |
| 9/13/05-#9413 | 8/1/05-8/31/05 | $12,562.50 | $3,025.41 | $10,050.00 | $3,025.41 |
| 11/3/05-#10982 | 9/1/05-9/30/05 | $21,156.00 | $3,983.64 | $16,924.80 | $3,983.64 |
| 12/5/05-#11248 | 10/1/05-10/31/05 | $24,776.00 | $2,840.05 | $19,820.80 | $2,840.05 |

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed-<br>Docket No. | Period<br>Covered | Fees | Expenses | 80% of<br>Requested Fees | Expenses |
| 12/9/05-#11305 | 11/1/05-11/30/05 | $24,440.00 | $4,385.98 | $19,552.00 | $4,385.98 |
| 1/31/06-#11670 | 12/1/05-12/31/05 | $20,418.00 | $996.50 | $16,334.40 | $996.50 |
| 3/29/06-#12157 | 1/1/06-1/31/06 | $15,783.50 | $2,553.29 | $12,626.80 | $2,553.29 |
| 3/31/06; #12189 | 2/1/06-2/28/06 | $21,018.50 | $1,737.77 | $16,814.80 | $1,737.77 |
| 4/28/06; 12339 | 3/1/06-3/31/06 | $13,410.00 | $1,820.28 | $10,728.00 | $1,820.28 |
| 5/30/06; 12553 | 4/1/06-4/30/06 | $9,372.00 | $810.62 | $7,497.60 | $810.62 |
| 6/28/06; 12726 | 5/1/06-5/31/06 | $15,593.00 | $1,795.79 | $12,474.40 | $1,795.79 |
| 7/28/06; 12872 | 6/1/06-6/30/06 | $11,833.00 | $2,661.82 | $9,466.40 | $2,661.82 |