# Ferry, Joseph & Pearce, P.A.

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee

July 1, 2006 to July 31, 2006

Invoice No. 21154

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 13.10 | 2,665.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 4.00 | 952.50 |
| B18 | Fee Applications, Others - | 6.80 | 853.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 2.30 | 575.00 |
| B25 | Fee Applications, Applicant - | 2.90 | 382.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.10 | 25.00 |
| B32 | Litigation and Litigation Consulting - | 12.40 | 2,996.00 |
| B36 | Plan and Disclosure Statement - | 12.20 | 3,045.00 |
| B37 | Hearings - | 9.70 | 2,425.00 |
| | **Total** | **63.50** | **$13,919.00** |
| | **Grand Total** | **63.50** | **$13,919.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 185.00 | 4.40 | 814.00 |
| Rick S. Miller | 240.00 | 2.60 | 624.00 |
| Steven G. Weiler | 160.00 | 0.10 | 16.00 |
| Theodore J. Tacconelli | 250.00 | 45.50 | 11,375.00 |
| Legal Assistant - MH | 100.00 | 10.90 | 1,090.00 |
| **Total** | | **63.50** | **$13,919.00** |

## DISBURSEMENT SUMMARY

Expense -                                                                                            372.03

**Total Disbursements**                                                                **$372.03**

| | | | |
|---|---|---|---|
| **Invoice No. 21154** | **Page 2 of 11** | | **August 29, 2006** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-04-06 | *Case Administration* - Review L. Tersigni May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Tilling Haus March 06 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re draft of objection to proposed CMO for 15th omnibus objection to claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft of objection | 0.80 | TJT |
| Jul-05-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Review TPT April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review TPT 5th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick 1st quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re objection to motion for CMO re 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review court docket re weekly case status, prepare weekly case status report for week ending 6/30/06 | 0.20 | MH |
| Jul-06-06 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.60 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by A. Williams re proposed CMO for 15th omnibus objection to claims with attachments | 0.30 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 6/30/06 | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for May 06 | 0.30 | TJT |
| | *Case Administration* - Review Foley Hoag May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by J. Ardoin | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re committee conference today | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with L. Coggins re objection to proposed CMO for 15th omnibus objection to claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with committee member re objection to proposed CMO for 15th omnibus objection to claims | 0.20 | TJT |
| Jul-07-06 | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: information for supplemental objection to exclusivity | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: status of objections to be filed | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: objection to scheduling order for 15th claims objection | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: supplemental objection to exclusivity | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: updated status on objection to motion for scheduling order; objection to exclusivity | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: objection to motion for scheduling order | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review objection to motion for scheduling order and confer with T. Tacconelli re: same | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Revise, finalize, e-file and coordinate service of objection to motion for scheduling order | 0.60 | LLC |
| | *Plan and Disclosure Statement* - confer with T. Tacconelli re: Plan issues | 0.50 | RSM |
| | *Committee, Creditors', Noteholders' or* - Review memo re results of 7/6/06 committee meeting | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re objection to debtor's motion for CMO re 15th omnibus objection to claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft of objection to motion for CMO re 15th omnibus objection to claims | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re objection to CMO for 15th omnibus objection to claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by Prudential to debtors' CMO for 15th omnibus objection to claims | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re objection to continued exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re supplemental objection to exclusivity extension | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re supplemental objection to exclusivity and related issues | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with J. Sakalo re supplemental objection to continuation of exclusivity | 0.10 | TJT |
| Jul-08-06 | *Case Administration* - trade e-mails with J. Sakalo re new Grace indictment | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Canadian ZAI claimants' limited objection to debtors' motion for scheduling order re 15th omnibus objection to claims with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Prepare memo to co-counsel re ZAI Canadian claimants' limited objection to debtors' motion for CMO re 15th omnibus objection to claims | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by State of Arizona to debtors' motion for CMO re 15th omnibus objection to claims with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by State of Oregon and State of Arizona's objection to CMO for 15th omnibus objection to claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by Cook County, Illinois in State of Arizona's objection to debtors' motion for CMO re 15th omnibus objection to claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by City of Phoenix and State of Arizona's objection to debtors' motion for CMO re 15th | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | omnibus objection to claims | | |
| | *Litigation and Litigation Consulting* - Review joinder by State of Arkansas and State of Arizona's objection to debtors' motion for CMO re 15th omnibus objection to claims | 0.10 | TJT |
| Jul-09-06 | *Litigation and Litigation Consulting* - Review S&R's response to debtors' motion for CMO re 15th omnibus objection to claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by Motley Rice claimants in State of Arizona's objection to debtors' motion for CMO re 15th omnibus objection to claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by Motley Rice claimants in PD committee's objection to debtors' motion for CMO re 15th omnibus objection to claims | 0.10 | TJT |
| Jul-10-06 | *Case Administration* - Confer with R. Miller and T. Tacconelli re: exclusivity and other case issues | 0.20 | LLC |
| | *Case Administration* - Download and review notice of amended appointments to creditor's committee | 0.10 | LLC |
| | *Case Administration* - Review weekly case status memo | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Review Debtors' brief in Support of Exclusivity | 0.30 | RSM |
| | *Committee, Creditors', Noteholders' or* -Revise asbestos brief against exclusivity | 0.20 | RSM |
| | *Case Administration* - Review Stroock May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' statement of ordinary course professional payments | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re debtors' supplemental brief re exclusivity | 0.10 | TJT |
| | *Case Administration* - Review 3rd amended appointment of unsecured creditors' committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review supplemental objection re extension of exclusivity with attachment | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' supplemental brief re exclusivity extension with attachments | 1.60 | TJT |
| | *Case Administration* - Review docket and prepare weekly case status memo for week ending 7/7/06 | 0.60 | MH |
| Jul-11-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by W. Graham to PI questionnaire | 0.30 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 7/7/06 | 0.10 | TJT |
| | *Case Administration* - Review K&E May 06 Fee Application | 0.40 | TJT |
| Jul-12-06 | *Fee Applications, Others* - Review HR&A May 2006 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from legal assistant re: Hilsoft supplemental Fee Application and confer with legal assistant re: same | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by E. Wittenberg to 15th omnibus objection to claims | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by C. Parks to PI questionnaire with attachments | 0.30 | TJT |
| | *Case Administration* - Review Woodcock Washburn April 06 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Walters and Kraus objection to PI questionnaire | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Pointer re June mediation statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review mediator's June 06 fee statement | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Confer with L. Coggins re supplemental 2004 Hilsoft Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's May 06 Fee Application documents, attach current notice parties list, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's May 06 Fee Application | 0.50 | MH |
| Jul-13-06 | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re: committee teleconference participation | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Attend committee teleconference re: various case matters | 0.40 | LLC |
| | *Fee Applications, Others* - Review Hilsoft supplemental sixth Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Review Steptoe and Johnson Jan.-Mar. 06 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 20th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review 20th quarterly report of asset sales | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Bove and Fernicola Feb.-May -6 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel filed by USDOJ re Wauconda site settlement agreement | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re Hilsoft Fee Application | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Hilsoft's supplemental (10/04-11/04) Fee Application documents, attach current notice parties list, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft's supplemental (10/04-11/04) Fee Application | 0.50 | MH |
| Jul-14-06 | *Case Administration* - Review Libby claimants' partial withdrawal of | 0.10 | TJT |

| Invoice No. 21154 | Page 6 of 11 | | August 29, 2006 |
|---|---|---|---|

| Date | Description | Hours | Atty |
|---|---|---|---|
| | objection to Lloyd's settlement motion | | |
| | *Case Administration* - Review Certificate of Counsel and proposed scheduling order re adversary proceeding no. 02-1657 | 0.20 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for April 01 through November 05 for Grace International Holdings | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Camp Fiorante | 0.10 | TJT |
| | *Case Administration* - Review affidavit of T. Stout | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re new Kerp Program with proposed order | 0.20 | TJT |
| | *Case Administration* - Review debtors' notice of acquiescence in Citadel Equity trading | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re recent meeting with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review supplemental limited response by Canada to exclusivity extension motion | 0.10 | TJT |
| Jul-15-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to file reply motion for CMO for 15th omnibus objection to claims and review proposed reply | 0.40 | TJT |
| | *Case Administration* - Review Certificate of Counsel re revised order re lease in Houston, Texas | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed scheduling order for PD estimation and review proposed scheduling order | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - research re estimation for allowance of claims | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re PI estimation proposed order and review proposed order | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re PI bar date and review proposed order | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion for leave to file a reply to objections to exclusivity extension motion and review proposed reply | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to S. Baena re debtors' motion for leave to file a reply to objections to exclusivity | 0.20 | TJT |
| Jul-16-06 | *Case Administration* - Review D. Austern's May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock and Washburn May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review TPT May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery May 06 Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' informational brief re objections to exclusivity extension | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re debtors' motion for leave to file responses to objections to exclusivity extension request | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review response by PI claimants to | 0.40 | TJT |

| | | | |
|---|---|---|---|
| **Invoice No. 21154** | **Page 7 of 11** | | **August 29, 2006** |
| | debtors' exclusivity extension requests | | |
| Jul-17-06 | *Fee Applications, Others* - Confer with legal assistant re: Hilsoft supplemental Fee Application | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review PI claimants' motion to amend PI estimation case management order with attachment | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from S. Baena re debtors' recent motions regarding PD estimation and exclusivity | 0.40 | TJT |
| | *Hearings* - Review agenda for 7/24/06 hearing | 0.10 | TJT |
| | *Case Administration* - Review court docket and prepare weekly case status report for week ending 7/14/06 | 0.70 | MH |
| | *Fee Applications, Others* - Review e-mail from L. Flores re e-mail to her from Bankruptcy Court clerk e incorrect date in summary - will swap revised summary; revise date in summary; left voice mail message with B. Magnuson re revised summary to swap | 0.20 | MH |
| | *Fee Applications, Others* - Again attempted to reach B. Magnuson later in | 0.10 | MH |
| Jul-18-06 | *Case Administration* - Download and review agenda re: 7/24 hearing | 0.20 | LLC |
| | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin April 2006 Fee Application | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to D. Slaughter's claim with attachments | 0.30 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 7/14/06 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for mediation and motion to compel proper response to PI questionnaires with voluminous attachments (13) | 2.80 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 7/24/06 hearing preparation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re exclusivity objections | 0.10 | TJT |
| | *Case Administration* - continue condensing fee application files, remove ECF sheets for future scan into system | 0.80 | MH |
| | *Fee Applications, Others* - Confer with L. Coggins re whether I should send e-mail to L. Flores re unable to reach Bankruptcy Court clerk re Hilsoft's supplemental Fee Application; teleconference with B. Magnuson re Hilsoft's supplemental Fee Application; scan and e-mail same to B. Magnuson; review status e-mail from B. Magnuson and forward to L. Flores re same | 0.20 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's April 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's April 06 Fee Application | 0.50 | MH |
| Jul-19-06 | *Case Administration* - Review Certificate of Counsel re: exclusivity filed by the Debtors | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's May 2006 Fee Application for filing | 0.10 | LLC |

| Invoice No. 21154 | Page 8 of 11 | | August 29, 2006 |
|---|---|---|---|
| | *Case Administration* - Review 1st amended 2019 statement by Simmons Cooper | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re exclusivity issues | 0.50 | TJT |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's May 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's May 06 Fee Application | 0.50 | MH |
| Jul-20-06 | *Case Administration* - Download and review notice of appearance and forward same to legal assistant | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Attend Committee telephone conference | 0.40 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting debtors' motion for leave to file reply to objections to proposed CMO for 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to c-counsel re motion for leave to file reply to objections to CMO for 15th omnibus objection to claims | 0.20 | TJT |
| | *Case Administration* - Review Pitney Hardin March 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin April 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order granting debtors' motion for leave to file reply to objections to debtors' PI bar date motion | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance for State of Iowa and forward to paralegal | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for meeting with committee | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re meeting with PI committee's attorneys and Future claimants' rep prior to 7/24/06 hearing | 0.20 | TJT |
| | *Hearings* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Hearings* - Telephone call to Judge Fitzgerald's Delaware clerk re 7/24/06 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review billing statement of plan mediator for June 06 | 0.10 | TJT |
| Jul-21-06 | *Case Administration* - Confer with T. Tacconelli re: status of 7/24 hearing | 0.10 | LLC |
| | *Case Administration* - Review Casner Edwards May 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BI June Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re meeting on 7/24/06 and related issues | 0.20 | TJT |
| Jul-22-06 | *Plan and Disclosure Statement* - Review exclusivity papers re contested exclusivity issue | 1.10 | TJT |

| Invoice No. 21154 | Page 9 of 11 | | August 29, 2006 |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Prepare for meeting with PI committee's counsel and FCR counsel re contested exclusivity issue | 1.00 | TJT |
| Jul-23-06 | *Case Administration* - Review Pitney Hardin 20th quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Prepare for 7/24/06 hearing and review contested items on agenda | 2.30 | TJT |
| Jul-24-06 | *Fee Applications, Others* - Review Bilzin May 2006 Fee Application for filing | 0.10 | LLC |
| | *Hearings* - Teleconference with committee member re preparation for 7/24/06 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to committee member re 7/24/06 hearing preparation | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.00 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re documents concerning exclusivity | 0.40 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re meeting with asbestos constituents re exclusivity | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order granting debtors' motion for leave to file reply to objections to exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Meet with counsel for PI committee, Future's Claim rep, and PD committee member and prepare for contested hearing and discuss exclusivity and related issues | 1.60 | TJT |
| | *Plan and Disclosure Statement* - Confer with co-counsel and committee members after hearing re exclusivity | 1.30 | TJT |
| | *Case Administration* - Review court docket and prepare weekly case status report for week ending 7/21/06 | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's May 06 Fee Application, attach current notice parties list, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's May 06 Fee Application | 0.50 | MH |
| Jul-25-06 | *Case Administration* - confer with T. Tacconelli re: results of 7/24/06 hearing | 0.60 | RSM |
| | *Case Administration* - Review weekly case status memo for week ending 7/21/06 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by M. Bergman to PI questionnaire | 0.10 | TJT |
| | *Hearings* - Confer with RSM re results of 7/24/06 hearing | 0.30 | TJT |
| | *Hearings* - Work on post-hearing follow-up matters | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's June 06 prebill | 0.50 | TJT |
| | *Case Administration* - continue condensing fee application files, remove ECF sheets for future scan into system | 0.50 | MH |
| Jul-26-06 | *Case Administration* - Review amended 2019 statement by Bruegger and McCullough | 0.10 | TJT |

| Invoice No. 21154 | Page 10 of 11 | | August 29, 2006 |
|---|---|---|---|
| Jul-27-06 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 23rd continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review order granting State of Iowa's motion to file late proof of claim | 0.10 | TJT |
| | *Case Administration* - Review second amended order re ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtor to assume leases in Houston, TX | 0.10 | TJT |
| | *Case Administration* - Review order approving settlement re Wauconda site | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| | *Fee Applications, Applicant* - Edit Ferry, Joseph & Pearce's June 06 prebill, request final | 0.20 | MH |
| Jul-28-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin June 2006 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's June 2006 Fee Application for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review correspondence re: exclusivity | 0.20 | TJT |
| | *Fee Applications, Others* - download, review and revise Bilzin's June 06 Fee Application and draft Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's June 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's June 06 invoice for filing with June 06 Fee Application, draft summary, notice and Certificate of Service re same | 0.70 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's June 06 Fee Application | 0.50 | MH |
| Jul-29-06 | *Case Administration* - Review Blackstone Group February Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Group March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone June Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review docket re: plan issues | 0.20 | TJT |
| Jul-30-06 | *Case Administration* - Review K&E June Fee Application | 0.40 | TJT |
| | *Case Administration* - Review Woodcock and Washburn quarterly Fee Application for 20th interim | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Group quarterly Fee Application for 20th interim | 0.10 | TJT |
| Jul-31-06 | *Case Administration* - Download and review Certificate of Counsel re: exclusivity and proposed order | 0.10 | LLC |
| | *Case Administration* - Check status of 7/24 transcript request with J&J Court Transcribers | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - prepare e-mail re: Canadian claim issues | 0.30 | TJT |
| | *Case Administration* - Review order re: 2006 - 08 Kerp | 0.10 | TJT |
| | *Fee Applications, Others* - trade e-mails with J. Sakalo re: D&H Sealed Air | 0.20 | TJT |

| Invoice No. 21154 | Page 11 of 11 | August 29, 2006 |
|---|---|---|

| | | | |
|---|---|---:|---|
| | fee order | | |
| | *Fee Applications, Others* - Review documents re: D&H Sealed Air fee order | 0.20 | TJT |
| | *Fee Applications, Others* - prepare e-mail to M. Dies re: order approving D&H Sealed Air fees | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review amended CMO for PI estimation and calendar dates | 0.80 | TJT |
| | *Hearings* - 7/24 hearing follow up | 0.10 | TJT |
| | **Totals** | **63.50** | |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| Jul-07-06 | *Expense* - Copying cost | 14.40 |
| | *Expense* - Postage | 3.51 |
| Jul-12-06 | *Expense* - TriState Courier & Carriage - delivery charge | 6.50 |
| Jul-13-06 | *Expense* - PACER Service Center - Period of 4/1/06-6/30/06 (RSM) | 59.20 |
| Jul-18-06 | *Expense* - Copying cost | 4.50 |
| | *Expense* - Postage | 5.04 |
| Jul-19-06 | *Expense* - Copying cost | 4.50 |
| | *Expense* - Postage | 5.04 |
| Jul-24-06 | *Expense* - Copying cost  123 @ 0.10 | 12.30 |
| | *Expense* - Postage | 2.07 |
| Jul-28-06 | *Expense* - PACER Service Center - Period of 4/1/06-6/30/06 (TJT) | 40.40 |
| | *Expense* - Parcel's, Inc. | 60.00 |
| | *Expense* - Copying cost  213 @ 0.10 | 21.30 |
| | *Expense* - Postage | 3.27 |
| Jul-30-06 | *Expense* - Cavanaugh's Restaurant- catered lunch | 130.00 |
| | **Totals** | **$372.03** |
| | **Total Fees & Disbursements** | **$14,291.03** |
| | | |
| | **Balance Due Now** | **$14,291.03** |