# Glasser and Glasser, P.L.C.

Bernard Glasser
1910-1983

Richard S. Glasser
Michael A. Glasser
H. Seward Lawlor
Melvin R. Zimm
William H. Monroe, Jr.*
Richard J. Serpe**
Charlotte E. Vaughn
Cindra M. Dowd
John F. Conley***
Kip A. Harbison
Mark K. Groves

Attorneys and Counsellors at Law
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

1932 – Celebrating our 74th Year – 2006

Telephone: (757) 625-6787
Facsimile: (757) 625-5959

http://www.glasserlaw.com

Writer's Direct Dial No.: (757) 321-6479

Lisa S. Brook
Marc C. Greco****
Stephen R. Meenan
Richard A. Knoc*****
Sherri L. Nelson
Traci G. Corcoran
Karen M. Zello
L. Robert Richman
Patrick J. McKenna

\*   Also admitted in DC
\*\*  Also admitted in LA and TX
\*\*\* Also admitted in IL and MO
\*\*\*\* Also admitted in LA
\*\*\*\*\* Also admitted in TX

August 15, 2006

**VIA FACSIMILE**
Gina G. Washburn,
Senior Project Administrator
Rust Consulting, Inc.
201 S. Lyndale Avenue
Faribault, MN 55021

Re:  In re: W. R. Grace and Company, et al., Case No. 01-01139(JKF)

Dear Gina:

We previously received the Asbestos Personal Injury Questions on the attached list from Rust Consulting, Inc. Please be advised that we will not be pursuing claims against W. R. Grace on behalf of our listed clients. Also, please note that some of the Questionnaires we received are not for our clients. Therefore, our firm should not be subject to any Order that is entered in the above-referenced matter to compel responses to the Questionnaires.

Sincerely yours,

GLASSER & GLASSER, P.L.C.

Richard S. Glasser

RSG/dfj
Enclosure
cc:  David M. Bernick, Esq.
     Barbara M. Harding, Esq. (via facsimile)
     Laura Davis Jones, Esq. (via facsimile)
     The Honorable Judith K. Fitzgerald, United States Bankruptcy Judge

## W.R. GRACE BANKRUPTCY

Questionnaires were received for the following clients of Glasser and Glasser, P.L.C.:

1. Ardizzone, Joseph A.
2. Brawner, Jack D.
3. Dursa, George B.
4. Foytik, Edward D.
5. Harrell, Robert A.
6. Hill, John W.
7. Lawrence, Dallas L.
8. Norris, Margaret J.
9. Rowe, David R.
10. Tate, Minnie

Questionnaires were received for the following individuals who are not our clients:

1. Hardwick, John D.
2. Stevens, Alvin

Please note that we also received one packet that did have a client's name.