```
Date: 08/20/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                                Page 1


                        W. R. Grace, Inc. % Elihu Inselbuch
                        Caplin & Drysdale
                        399 Park Avenue, 27th Floor
                        New York, New York 10022


Date/Slip#  Description                                       HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/19/06   Relles    / (07) Committee, Creditors'                  1.0     425.00
 #5514      conference call with Eveland, Peterson, Ebener,       425.00
            Liesemer re: interpreting Grace questionnaires

 07/28/06   Peterson  / (07) Committee, Creditors'                  0.6     420.00
 #5337      Review and send memo to Finch and Relles on Libby     700.00
            settlements

 07/28/06   Peterson  / (07) Committee, Creditors'                  0.8     560.00
 #5338      Telephone Finch (.4), Relles (.2), Ebener (.2) re:    700.00
            conference call on data issues

 07/31/06   Ebener    / (07) Committee, Creditors'                  1.2     360.00
 #5818      Conference call with Finch, Leisemer, Relles,         300.00
            Peterson re: sampling and data coding

 07/31/06   Peterson  / (07) Committee, Creditors'                  1.2     840.00
 #5339      Conference call with Finch, Leisemer, Relles, Ebener  700.00
            re: sampling and data coding

 07/31/06   Relles    / (07) Committee, Creditors'                  1.2     510.00
 #5521      conference call with Finch, Peterson, and Ebener re: 425.00
            Rust data and protocols
```

{D0070772.1 }

```
Date: 08/20/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 2

                     W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/03/06  Peterson   / (28) Data Analysis                      2.9     2030.00
 #5301     Review data on PIQ forms                           700.00

 07/03/06  Relles     / (28) Data Analysis                      0.7      297.50
 #5501     extract Verus datasets from Access, organize data  425.00

 07/03/06  Relles     / (28) Data Analysis                      0.6      255.00
 #5502     review Verus datasets                              425.00

 07/05/06  Ebener     / (28) Data Analysis                      0.2       60.00
 #5801     Discuss data collection status with Peterson       300.00

 07/05/06  Peterson   / (28) Data Analysis                      2.1     1470.00
 #5302     Review claims data                                 700.00

 07/05/06  Peterson   / (28) Data Analysis                      0.2      140.00
 #5303     Discuss data collection status with Ebener         700.00

 07/06/06  Ebener     / (28) Data Analysis                      0.2       60.00
 #5802     Telephone Peterson re: schedule                    300.00

 07/06/06  Ebener     / (28) Data Analysis                      0.7      210.00
 #5803     Telephone Peterson, Relles re: Verus database and  300.00
           case review

 07/06/06  Peterson   / (28) Data Analysis                      0.7      490.00
 #5304     telephone Ebener and Relles re: review Verus output 700.00
           data

 07/06/06  Peterson   / (28) Data Analysis                      0.2      140.00
 #5305     Telephone Ebener re: schedule                      700.00

 07/06/06  Peterson   / (28) Data Analysis                      2.3     1610.00
 #5306     Review Verus data                                  700.00

 07/06/06  Relles     / (28) Data Analysis                      0.7      297.50
 #5503     telephone Ebener and Peterson re: review Verus     425.00
           output data

 07/07/06  Ebener     / (28) Data Analysis                      1.5      450.00
 #5804     Audit Verus coding and develop list of questions   300.00

 07/09/06  Peterson   / (28) Data Analysis                      1.0      700.00
 #5307     Review materials from Ebener                       700.00
```

{D0070772.1 }

```
Date: 08/20/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 3

                           W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/09/06  Peterson  / (28) Data Analysis                       2.1    1470.00
 #5308     Review analyses of PIQ                             700.00

 07/10/06  Peterson  / (28) Data Analysis                       1.0     700.00
 #5309     Monitor information from law firms about PIQ filings 700.00

 07/10/06  Peterson  / (28) Data Analysis                       6.3    4410.00
 #5310     Review analyses of PIQ, compare to Rust databases  700.00

 07/11/06  Ebener    / (28) Data Analysis                       0.3      90.00
 #5805     Review Peterson issues list                        300.00

 07/11/06  Ebener    / (28) Data Analysis                       2.0     600.00
 #5806     Audit Verus coding and prepare questions for Verus 300.00
           about coding PDFs

 07/11/06  Peterson  / (28) Data Analysis                       4.3    3010.00
 #5311     Review analyses of PIQ, compare to Rust databases  700.00

 07/11/06  Peterson  / (28) Data Analysis                       0.4     280.00
 #5312     Review email correspondence re: PIQ data           700.00

 07/11/06  Peterson  / (28) Data Analysis                       0.3     210.00
 #5313     telephone Relles re: Verus data                    700.00

 07/11/06  Peterson  / (28) Data Analysis                       1.3     910.00
 #5314     Prepare list of issues raised in PIQ data          700.00

 07/11/06  Relles    / (28) Data Analysis                       0.5     212.50
 #5504     review Verus data                                  425.00

 07/11/06  Relles    / (28) Data Analysis                       2.4    1020.00
 #5505     compare Rust questionnaire variables to Verus      425.00
           derivations from attachments

 07/11/06  Relles    / (28) Data Analysis                       0.3     127.50
 #5506     telephone Peterson re: Verus data                  425.00

 07/12/06  Ebener    / (28) Data Analysis                       1.3     390.00
 #5807     Telephone Peterson, Relles re: data coding plans   300.00

 07/12/06  Ebener    / (28) Data Analysis                       2.8     840.00
 #5808     Develop Rust/Verus crosswalk                       300.00

 07/12/06  Peterson  / (28) Data Analysis                       1.0     700.00
 #5315     Monitor information from law firms about PIQ filings 700.00
```

```
Date: 08/20/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 4

                     W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 07/12/06  Peterson   / (28) Data Analysis                    1.3    910.00
 #5316     Telephone Ebener, Relles re: data coding plans   700.00

 07/12/06  Peterson   / (28) Data Analysis                    0.4    280.00
 #5317     telephone Relles re: projection results, data    700.00
           problems

 07/12/06  Relles     / (28) Data Analysis                    0.4    170.00
 #5507     telephone Peterson re: projection results, data  425.00
           problems

 07/12/06  Relles     / (28) Data Analysis                    1.3    552.50
 #5508     Telephone Peterson, Ebener re: data coding plans 425.00

 07/13/06  Ebener     / (28) Data Analysis                    1.3    390.00
 #5809     Telephone Peterson and Relles re: Verus data capture 300.00

 07/13/06  Peterson   / (28) Data Analysis                    1.3    910.00
 #5318     conference call with Relles and Ebener re: Verus 700.00
           data

 07/13/06  Peterson   / (28) Data Analysis                    1.8   1260.00
 #5319     Review data item crosswalk from Ebener           700.00

 07/13/06  Peterson   / (28) Data Analysis                    0.5    350.00
 #5320     Review Ebener list of questions about data       700.00
           collection

 07/13/06  Peterson   / (28) Data Analysis                    0.3    210.00
 #5321     email re: PIQ process                            700.00

 07/13/06  Peterson   / (28) Data Analysis                    0.6    420.00
 #5322     Telephone attorneys re: PIQ data                 700.00

 07/13/06  Relles     / (28) Data Analysis                    1.3    552.50
 #5509     conference call with Peterson and Ebener re: Verus 425.00
           data

 07/13/06  Relles     / (28) Data Analysis                    1.3    552.50
 #5510     develop marginalia indicators, link with Verus data 425.00

 07/17/06  Ebener     / (28) Data Analysis                    3.0    900.00
 #5810     Review Verus coding and develop list of questions 300.00

 07/17/06  Peterson   / (28) Data Analysis                    4.5   3150.00
 #5323     Review records for PIQs                          700.00
```

{D0070772.1 }

```
Date: 08/20/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 5

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 07/18/06  Ebener    / (28) Data Analysis                      0.2      60.00
 #5811     telephone Relles re: arrange conference call      300.00

 07/18/06  Peterson  / (28) Data Analysis                      0.2     140.00
 #5324     telephone Relles re: arrange conference call      700.00

 07/18/06  Relles    / (28) Data Analysis                      0.2      85.00
 #5511     telephone Ebener re: arrange conference call      425.00

 07/18/06  Relles    / (28) Data Analysis                      0.2      85.00
 #5512     telephone Peterson re: arrange conference call    425.00

 07/19/06  Ebener    / (28) Data Analysis                      1.0     300.00
 #5812     Telephone Peterson, Relles, Eveland, Leisemer re: 300.00
           Claim sample, data capture and motion to compel;

 07/19/06  Ebener    / (28) Data Analysis                      1.0     300.00
 #5813     Review Washburn affidavit, motion to compel and   300.00
           exhibits;

 07/19/06  Peterson  / (28) Data Analysis                      1.0     700.00
 #5325     Review PIQ materials to prepare for conference call 700.00

 07/19/06  Peterson  / (28) Data Analysis                      1.0     700.00
 #5326     Telephone conference, Relles, Ebener, Leisemer,   700.00
           Eveland and preparation

 07/19/06  Peterson  / (28) Data Analysis                      3.2    2240.00
 #5327     Review Verus data collection and claim forms and  700.00
           notes of coding issues

 07/19/06  Relles    / (28) Data Analysis                      2.8    1190.00
 #5513     work with cdrom, organize data, check case        425.00
           identifiers, compare selected cases with LAS
           analysis file records

 07/20/06  Ebener    / (28) Data Analysis                      2.5     750.00
 #5814     Review medical records in PDFs for possible coding & 300.00
           write Summary

 07/20/06  Ebener    / (28) Data Analysis                      1.2     360.00
 #5815     Telephone Peterson, Relles re: sampling and data  300.00
           coding
```

{D0070772.1 }

```
Date: 08/20/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 6

                  W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 07/20/06  Peterson  / (28) Data Analysis                    1.2      840.00
 #5328     Telephone Ebener, Relles re: sampling and data  700.00
           coding

 07/20/06  Peterson  / (28) Data Analysis                    4.4     3080.00
 #5329     Review coding of PIQ forms and identify coding  700.00
           issues

 07/20/06  Relles    / (28) Data Analysis                    0.7      297.50
 #5515     review Kirkland-Ellis motions                   425.00

 07/20/06  Relles    / (28) Data Analysis                    1.2      510.00
 #5516     Telephone Peterson, Ebener re: sampling and data 425.00
           coding

 07/21/06  Peterson  / (28) Data Analysis                    2.9     2030.00
 #5330     Review Debtors' motion and materials re discovery 700.00

 07/21/06  Peterson  / (28) Data Analysis                    2.0     1400.00
 #5331     Review instructions for coding PIQ data         700.00

 07/21/06  Peterson  / (28) Data Analysis                    2.1     1470.00
 #5332     Follow-up Ebener review of medical information; 700.00
           review her materials and cases she cites

 07/23/06  Peterson  / (28) Data Analysis                    2.2     1540.00
 #5333     Review Debtors' motion and materials re exclusivity 700.00

 07/23/06  Peterson  / (28) Data Analysis                    1.8     1260.00
 #5334     Review Debtors' motion and materials re discovery 700.00

 07/25/06  Peterson  / (28) Data Analysis                    3.2     2240.00
 #5335     Review PIQ submissions                          700.00

 07/25/06  Peterson  / (28) Data Analysis                    2.0     1400.00
 #5336     Review PIQ submissions                          700.00

 07/28/06  Ebener    / (28) Data Analysis                    0.2       60.00
 #5816     Telephone Peterson re: conference call on data  300.00
           issues

 07/28/06  Ebener    / (28) Data Analysis                    0.2       60.00
 #5817     Conference call scheduling emails               300.00

 07/28/06  Relles    / (28) Data Analysis                    1.2      510.00
 #5517     look up Libby cases in W.R. Grace database      425.00
```

{D0070772.1 }

```
Date: 08/20/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 7

                      W. R. Grace


Date/Slip# Description                                        HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 07/28/06  Relles    / (28) Data Analysis                           0.2      85.00
 #5518     Telephone Peterson re: conference call on data         425.00
           issues

 07/29/06  Relles    / (28) Data Analysis                           2.7    1147.50
 #5519     link Grace sampling file with Rust data                425.00

 07/29/06  Relles    / (28) Data Analysis                           2.5    1062.50
 #5520     look at quality of the exposure information in Rust   425.00

 07/31/06  Ebener    / (28) Data Analysis                           0.8     240.00
 #5819     Identify Rust database location for product ID &      300.00
           email Relles to request sample of cases

 07/31/06  Peterson  / (28) Data Analysis                           2.9    2030.00
 #5340     Review materials on Rust process                      700.00
--------------------------------------------------------------------------------
```

{D0070772.1 }

```
Date: 08/20/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 8

                    W. R. Grace

              Summary Of Time Charges, By Month and Activity
                        July 2006 - July 2006

   MONTH      ACTIVITY                                    HOURS     AMOUNT
   ---------------------------------------------------------------------
   July     - (07) Committee, Creditors'                    6.0    3115.00
   July     - (28) Data Analysis                          108.5   61960.00
   July     - (99) Total                                  114.5   65075.00

   Total    - (07) Committee, Creditors'                    6.0    3115.00
   Total    - (28) Data Analysis                          108.5   61960.00
   Total    - (99) Total                                  114.5   65075.00

   ---------------------------------------------------------------------
```

{D0070772.1 }

```
Date: 08/20/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 9

                   W. R. Grace

              Summary Of Time Charges, By Month and Person
                        July 2006 - July 2006

   MONTH       PERSON                                       HOURS      AMOUNT
   ---------------------------------------------------------------------------
   July      - Relles                                        23.4     9945.00
   July      - Peterson                                      69.5    48650.00
   July      - Ebener                                        21.6     6480.00
   July      - Total                                        114.5    65075.00

   Total     - Relles                                        23.4     9945.00
   Total     - Peterson                                      69.5    48650.00
   Total     - Ebener                                        21.6     6480.00
   Total     - Total                                        114.5    65075.00

   ---------------------------------------------------------------------------
```

{D0070772.1 }

```
Date: 08/20/06           Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 10

                  W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                        July 2006 - July 2006

 MONTH       PERSON                              HOURS    RATE     AMOUNT
 ----------------------------------------------------------------------------
 (07) Committee, Creditors'

 July      - Relles                                2.2    425.      935.00
 July      - Peterson                              2.6    700.     1820.00
 July      - Ebener                                1.2    300.      360.00

 (28) Data Analysis

 July      - Relles                               21.2    425.     9010.00
 July      - Peterson                             66.9    700.    46830.00
 July      - Ebener                               20.4    300.     6120.00

 ----------------------------------------------------------------------------
```

{D0070772.1 }