## EXHIBIT A

### Asset Analysis and Recovery (1.90 Hours; $ 1,444.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.90 | $760 | 1,444.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/13/06 | PVL | 760.00 | 0.40 | Review e-mail re Equitas agreement (.1); teleconference Horkovich re same (.3). |
| 07/17/06 | PVL | 760.00 | 0.10 | Teleconference Horkovich. |
| 07/20/06 | PVL | 760.00 | 1.40 | Teleconferences Horkovich re Equitas deal. |
| **Total Task Code .01** | | | **1.90** | |

### Case Administration (13.30 Hours; $ 9,633.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 9.00 | $835 | 7,515.00 |
| Peter Van N. Lockwood | 2.30 | $760 | 1,748.00 |
| Andrew D. Katznelson | 2.00 | $185 | 370.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/05/06 | EI | 835.00 | 1.60 | Memo re meeting (.4); LTIP matters, T/c Hurtad (.3); read draft of exclusivity brief (.5) t/c NDF re same (.1) Kazan inquiry (.3) |
| 07/06/06 | EI | 835.00 | 1.10 | LTIP issues - t/c Hurtad (.2); discovery matters (.2); T/C JL/NDF burden order and discovery issues (.3); JL memo (.1); t/c NDF re Libby matters (.3) |
| 07/07/06 | EI | 835.00 | 0.60 | t/c Frankel, Baena et al re exclusivity and discovery (.3); reviewed NDF memo and t/c NDF re same (.3) |
| 07/12/06 | PVL | 760.00 | 0.40 | Review 6/25 - 7/11 e-mail. |

| 07/12/06 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
|----------|-----|--------|------|-------------------------------------------------------------------------------|
| 07/14/06 | EI | 835.00 | 0.50 | emails with Rice re equity. |
| 07/15/06 | EI | 835.00 | 0.10 | Minutes approval. |
| 07/17/06 | PVL | 760.00 | 0.10 | Review 15 miscellaneous filings. |
| 07/17/06 | EI | 835.00 | 0.60 | T/C PVNL re status (.1) rev'd Baena hearing emails (.3); rev'd Grace rebuttal (.2) |
| 07/17/06 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 07/18/06 | PVL | 760.00 | 0.10 | Review agenda. |
| 07/18/06 | EI | 835.00 | 0.40 | Memos re prep session (.2); motion issues (.2) |
| 07/19/06 | PVL | 760.00 | 0.90 | Review Baena et al e-mail re 7/20 teleconference (.1); review 2 Grace and 1 DOJ brief re MIL in criminal case (.4); review 12 miscellaneous filings (.1); review Baer e-mail and revised Equitas agreement (.3). |
| 07/19/06 | EI | 835.00 | 0.40 | Memos re Pi/PD decl. (.1); Questionnaire issues with JL (.3) |
| 07/20/06 | EI | 835.00 | 2.20 | Memos re Motion to Compel (1)' Conf call with Frankel, Baena, Lockwood re hearing prep (.7); t/c Hurtford rehearing prep (.2); t/c JL re his memos (.3) |
| 07/20/06 | ADK | 185.00 | 1.00 | Westlaw researched motion to compel. |
| 07/21/06 | PVL | 760.00 | 0.30 | Review Frankel e-mail and slides re 7/24 hearing (.1); review obj re Slaughter claims (.1); e-mail JAL re Q issue (.1). |
| 07/22/06 | EI | 835.00 | 0.20 | Debtors proposal change in bar date. |
| 07/25/06 | EI | 835.00 | 0.80 | Sorting materials (.5); t/c Bhatini equity holder re status (.3) |
| 07/28/06 | PVL | 760.00 | 0.50 | Review Baer email and reply (.1); review JAL memo and email (.1); teleconference Matheney (.3). |
| 07/28/06 | EI | 835.00 | 0.50 | Questionnaire issues (.3) draft response (.2) |

**Total Task Code .04**          **13.30**

## Claim Analysis Objection & Resolution (Asbestos) (4.70 Hours; $ 3,572.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.70 | $760 | 3,572.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/13/06 | PVL | 760.00 | 1.40 | Review e-mail (.3); confer JAL (.5); review Harding letter and NDF response (.2); review draft bar date notice, order and POC (.4). |
| 07/14/06 | PVL | 760.00 | 0.60 | Review e-mail (.2); confer JAL (.1) review revised POC and bar date notice (.1); review revised CMO expert stip (.1); review Canadian ZAI claimants motion (.1). |
| 07/17/06 | PVL | 760.00 | 0.10 | Review Grace reply re PD claims. |
| 07/18/06 | PVL | 760.00 | 1.00 | Review e-mail (.3); review motion to compel re questionnaires (.7). |
| 07/19/06 | PVL | 760.00 | 0.10 | Review JAL memo re motion to compel. |
| 07/20/06 | PVL | 760.00 | 0.50 | Review 2 draft JAL memos re Q issues and comment thereon (.2); confer JAL re Q issues (.2); review Kazan and JAL e-mail re ! (.1). |
| 07/22/06 | PVL | 760.00 | 0.10 | Review JAL e-mail re Q and reply. |
| 07/25/06 | PVL | 760.00 | 0.30 | Review email re Q (.1); review JAL memo (.2). |
| 07/26/06 | PVL | 760.00 | 0.10 | Confer JAL re Qs. |
| 07/31/06 | PVL | 760.00 | 0.50 | Review DKG e-mail re est. and reply (.3); confer NDF (.2). |

**Total Task Code .05**          **4.70**

**Employee Benefits/Pension (.70 Hours; $ 532.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $760 | 532.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/13/06 | PVL | 760.00 | 0.20 | Review e-mail re LTIP (.1); review LTIP order (.1). |
| 07/14/06 | PVL | 760.00 | 0.50 | Review e-mail re LTIP (.2); teleconferences Hurford (.2); review revised LTIP order (.1). |

**Total Task Code .08      .70**


**Employment Applications, Applicant (3.80 Hours; $ 1,153.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.80 | $435 | 783.00 |
| Andrew D. Katznelson | 2.00 | $185 | 370.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/13/06 | RCT | 435.00 | 0.50 | Review pre-bills |
| 07/17/06 | RCT | 435.00 | 0.50 | Rev. Exhibits |
| 07/20/06 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 07/25/06 | RCT | 435.00 | 0.30 | Rev. initial report |
| 07/25/06 | ADK | 185.00 | 1.50 | Worked on fee application. |
| 07/26/06 | RCT | 435.00 | 0.50 | Review monthly fee apps. |

**Total Task Code .12      3.80**

## Hearings (17.20 Hours; $ 13,829.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 10.10 | $835 | 8,433.50 |
| Peter Van N. Lockwood | 7.10 | $760 | 5,396.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/13/06 | EI | 835.00 | 0.30 | T/C Sinclair re status and hearing prep |
| 07/20/06 | EI | 835.00 | 0.50 | Prep for hearing. |
| 07/21/06 | EI | 835.00 | 1.30 | Questionnaire inquiry (.1); slides for hearing review (.2); hearing prep (1.0). |
| 07/24/06 | PVL | 760.00 | 7.10 | Prep for omni hearing (.4); confer JAL (.2); confer Frankel, Baena, EI, JAL et al re hearing (.8); attend omni hearing (5.5); confer EI (.1); confer Frankel (.1). |
| 07/24/06 | EI | 835.00 | 8.00 | Prep for hearing (in transit) (2); Hearing (6) |

**Total Task Code .15**          **17.20**

## Litigation and Litigation Consulting (277.60 Hours; $ 102,870.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $835 | 501.00 |
| Walter B. Slocombe | 19.60 | $650 | 12,740.00 |
| Nathan D. Finch | 18.10 | $525 | 9,502.50 |
| Rita C. Tobin | 10.20 | $435 | 4,437.00 |
| Jeffrey A. Liesemer | 94.70 | $425 | 40,247.50 |
| James P. Wehner | 8.80 | $405 | 3,564.00 |
| Adam L. VanGrack | 44.00 | $250 | 11,000.00 |
| Danielle K. Graham | 41.80 | $290 | 12,122.00 |
| David B. Smith | 39.80 | $220 | 8,756.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 07/02/06 | ALV | 250.00 | 2.50 | Review documents produced by debtors from Boston document repository for relevance. |
| 07/03/06 | ALV | 250.00 | 1.90 | Review documents produced by debtors from Boston document repository for relevance. |
| 07/05/06 | JAL | 425.00 | 1.50 | Office conf. w/ALV re: status of estimation discovery matters (.10); review and analysis of materials relating to estimation litigation and discovery (1.0); office conf. w/NDF re: discovery issues in estimation proceeding and prep. of brief in opposition to further extension of exclusivity periods (.40). |
| 07/05/06 | ALV | 250.00 | 9.60 | Review documents produced by debtors from Boston document repository for relevance (6.6); review documents from debtors' Boca Raton repository and address concerns regarding past asbestos settlements (3.0). |
| 07/05/06 | JPW | 405.00 | 0.40 | Meeting with JAL re discovery issues |
| 07/06/06 | NDF | 525.00 | 2.80 | Work on case issues relating to estimation. |
| 07/06/06 | JAL | 425.00 | 7.30 | Reviewed and edited draft supplemental objection to further extensions of debtors' exclusive periods (.90); telephone call and voice message to NDF re: comments on draft supplemental objection to further exclusivity extensions (.10); reviewed correspondence among counsel re: draft supplemental objection to further extensions of debtors' exclusive periods .(20); review an analysis of materials relating to estimation issues and discovery, including debtors' revisions to draft CMO (2.80); Office conference w/NDF re: estimation issues and discovery (.10); telephone conf. w/EI and NDF re: estimation discovery issues (.30); review and analysis of debtors' proposed claims bar-date order, bar-date notice, customized proof-of-claim form, and related materials (1.9); drafted and revised memo to NDF re: Grace's proposed bar-date order, bar-date notice, and customized claim form (.20); drafted e-mail to B. Harding re: claimants' questionnaire issues (.10); reviewed correspondence from B. Harding to J. Heberling re: production of CARD medical records (.30); drafted and revised response memo to NDF re: proposed bar-date order, bar-date notice, and customized claim form (.40). |

| | | | | |
|---|---|---|---|---|
| 07/06/06 | ALV | 250.00 | 7.60 | Review documents produced by debtors from Boston document repository for relevance. |
| 07/07/06 | NDF | 525.00 | 4.30 | Work on case issues related to estimation. |
| 07/07/06 | DKG | 290.00 | 6.00 | Read and analyze case background materials. |
| 07/07/06 | JAL | 425.00 | 5.00 | Review and analysis of latest draft of supplemental objection to exclusivity extension (1.10); teleconf. w/EI, NDF, FCR's counsel and PD committee counsel re: draft of supplemental objection to exclusivity extension (.40); office conf. w/NDF re: estimation discovery developments and next steps (.20); revised and edited latest draft of supplemental objection to exclusivity extension (.80); telephone call w/NDF re: memo to client concerning estimation issues (.10); drafted response e-mail to D. Mendelson, debtors' counsel, re: production of updated questionnaire data from Rust (.10); reviewed edits and comments by PD committee re: latest draft of supplemental objection (.20); reviewed NDF's draft of memo to client re: estimation litigation and discovery (.20); telephone call and message to R. Wyron re: estimation discovery issues (.10); drafted e-mail to B. Harding re: telephone conference to discuss revised draft of CMO, draft expert stipulation (.10); office conf. w/JPW re: draft CMO, proposed bar-date materials, and estimation-related discovery issues (.20);  revised and edited proposed bar-date order (1.5). |
| 07/07/06 | ALV | 250.00 | 7.60 | Review documents produced by debtors from Boston document repository for relevance. |
| 07/07/06 | JPW | 405.00 | 0.80 | Meeting with JAL re discovery (.3); review draft for date order (.5) |
| 07/09/06 | ALV | 250.00 | 1.80 | Review documents produced by debtors from Boston document repository for relevance. |
| 07/10/06 | JAL | 425.00 | 4.10 | Review and analysis of draft amended CMO in prep. for discovery telephone conf. this afternoon (.50); review and analysis of draft stipulation re: expert discovery in prep. for discovery telephone conf. this afternoon (.40); review and analysis of draft bar-date materials in prep. for today's discovery telephone conf. (.20); reviewed e-mail correspondence between J. Mullady, FCR's counsel, and NDF re: draft amended CMO (.20); telephone call and voice |

|          |     |        |      | message to J. Mullady re: draft amended CMO (.10); telephone call w/NDF re: draft amended CMO and related discovery issues (.20); reviewed memos from EI re: issues and developments related to estimation litigation and discovery (.30); teleconf. w/R. Mullady, G. Rasmussen, and D. Felder re: draft CMO, bar-date notice, and proposed expert witness stipulation (.50); meet-and-confer teleconf. w/B. Harding and other counsel for parties in estimation hearing re: draft amended CMO, draft bar-date materials, and proposed expert witness stipulation (1.00); office conf. w/JPW and ALV re: estimation litigation, related discovery issues, and next steps (.60); reviewed memo from D. Felder re: today's discovery-related teleconf. w/counsel for the other parties (.10). |
|----------|-----|--------|------|---|
| 07/10/06 | ALV | 250.00 | 8.90 | Review documents produced by debtors from Boston document repository for relevance (6.4); prepare for and participate in teleconference with all parties, JAL and JPW regarding discovery, bar date, and scheduling (2.5). |
| 07/10/06 | JPW | 405.00 | 1.60 | Review draft CMO (.3); telephonic meet and confer (1.0); meeting with JAL and ALV re meet and confer (.3) |
| 07/11/06 | JAL | 425.00 | 1.00 | Telephone call with asbestos claimant re: Grace questionnaire (.10); drafted and revised memo to file re: Grace questionnaire (.10); telephone call w/Stephanie Dorherty re: Grace questionnaire (.10); drafted and revised memo to Stephanie Dorherty re: Grace questionnaire (.70). |
| 07/11/06 | ALV | 250.00 | 2.00 | Edit proposed Bar Date Order. |
| 07/12/06 | DKG | 290.00 | 5.80 | Analyze case background materials and draft memo re the same. |
| 07/12/06 | JAL | 425.00 | 1.70 | Further drafting and revisions to Grace's draft bar-date order (1.00); review and analysis of materials relating to estimation and discovery (.20); revised and edited draft minutes of June 13, 2006 committee meeting (.30); telephone call w/NDF re: estimation litigation and related discovery issues (.20). |
| 07/12/06 | ALV | 250.00 | 1.40 | Review documents produced by debtors from Boston document repository for relevance. |

| 07/12/06 | JPW | 405.00 | 0.40 | Review draft for date order |
|----------|-----|--------|------|-----------------------------|
| 07/13/06 | WBS | 650.00 | 0.30 | Rev brief opp ext of exclusivity. |
| 07/13/06 | DBS | 220.00 | 1.60 | Compile documents for attorney review and case files. |
| 07/13/06 | DKG | 290.00 | 1.40 | Analyze case background materials. |
| 07/13/06 | JAL | 425.00 | 5.80 | Telephone call w/PVNL re: Grace's draft bar-date materials (.20); office conf. (2x) w/ALV re: Grace's draft bar-date materials (.20); further editing and revisions to draft bar-date materials (1.4); telephone call and message to D. Relles re: questionnaire issues (.10); second teleconf. w/PVNL re: comments on Grace's draft bar-date materials (.40); further editing and revisions to Grace's draft bar-date materials (1.9); drafted and revised memo to B. Harding and counsel for other parties in estimation proceeding, enclosing ACC's mark-up of draft bar-date materials and providing explanation to some of the ACC's proposed changes (1.6). |
| 07/13/06 | ALV | 250.00 | 0.70 | Edit proposed Bar Date Order. |
| 07/14/06 | JAL | 425.00 | 6.20 | Reviewed, analyzed and edited Grace's redraft of the proposed CMO and expert stipulation (5.20); telephone call w/D. Felder re: changes to the proposed CMO and expert stipulation (.20); telephone call w/PVNL re: proposed edits and changes to the bar-date materials (.10); e-mail exchanges w/counsel for the Libby claimants re: requested language to be added to the proposed expert witness stipulation (.20); drafted and revised cover memo to Grace counsel enclosing comments on proposed CMO and expert stipulation, and providing explanation underlying such comments (.30); brief review of papers relating to further extensions of exclusivity (.20). |
| 07/17/06 | DKG | 290.00 | 5.60 | Attention to issues re Grace experts (2.0); draft memo re Libby (3.6). |
| 07/17/06 | JAL | 425.00 | 3.20 | Office conf. w/EGB re: Grace discovery production (.10); drafted and revised memo to JPW, ALV and DKG re: expert reports (.60); drafted and revised letter to D. Relles re: Grace claimants' questionnaires (.30); reviewed memo from DKG re: Grace experts (.20); drafted and revised reply e-mail to DKG re: |

| | | | | Grace experts (.30); telephone call w/JPW re: estimation expert reports (.10); office conf. w/JPW re: estimation-related discovery and Grace expert reports (.50); drafted memo to DBS re: Grace estimation discovery (.10); reviewed e-mail correspondence between PVNL and committee member's counsel re: bar-date materials (.60); telephone call w/M. Hurford re: bar-date materials (.10); drafted and revised memo to PVNL and committee member's counsel re: Grace's bar-date materials (.30). |
|---|---|---|---|---|
| 07/17/06 | JPW | 405.00 | 1.80 | Meet with DKG re experts (.4); coordinate expert reports (.6); review draft CMO (.5); meet with JAL re expert report (.3) |
| 07/18/06 | DKG | 290.00 | 0.50 | Attention to issues re expert Dr. Hammar. |
| 07/18/06 | JAL | 425.00 | 2.90 | Review and analysis of Grace's motion to compel questionnaire responses, exhibits, and related materials (2.7); office conference w/ALV re: estimation discovery and Grace's motion to compel questionnaire responses (.20). |
| 07/18/06 | JPW | 405.00 | 0.30 | Attention to expert issues. |
| 07/19/06 | DBS | 220.00 | 2.20 | Compile documents for attorney review and case files. |
| 07/19/06 | JAL | 425.00 | 8.70 | Drafted and revised memo to EI and PVNL re: Grace's motion to compel questionnaire responses (2.0); review and analysis of Grace's brief for further extension of exclusive periods (.50); teleconf. w/M. Peterson, D. Relles, P. Ebener and M. Eveland re: Grace questionnaire and Rust database (1.3); drafted e-mails (3x) to M. Peterson and D. Relles re: Grace questionnaire and related issues (.30); telephone call w/EI re Grace's motion to compel questionnaire responses to ACC's potential objection (.20); drafted and revised second memo to EI re: Grace's motion to compel, arguments made therein, and potential responses (3.3); drafted and revised memo to the Committee re: Grace's motion to compel questionnaire responses (1.10). |
| 07/20/06 | RCT | 435.00 | 2.70 | T/C J. Liesemer re brief (.2); rev. Motion (.8); emails ADK re cases (.2); Rev. cases (1.5); |
| 07/20/06 | DKG | 290.00 | 1.80 | Attention to issues re expert witnesses. |

| 07/20/06 | JAL | 425.00 | 5.00 | Further revisions to draft memo to EI and to the Committee re: Grace's motion to compel (4.20); telephone call w/EI re: Grace's motion to compel (.10); telephone call w/M. Hurford re: exclusivity issues and upcoming omnibus hearing (.20); e-mail exchange w/PVNL re: Grace's motion to compel (.10); telephone call to EI re: draft memo to the Committee re: Grace's motion to compel (.10); telephone call w/RCT re: research for opposition on motion to compel (.20); telephone call with claimants' attorney re: Grace motion to compel (.10). |
| 07/20/06 | JPW | 405.00 | 0.60 | Review Grace pleadings |
| 07/21/06 | DBS | 220.00 | 2.50 | Compile documents for attorney review and case files. |
| 07/21/06 | JAL | 425.00 | 1.30 | Telephone call w/claimants counsel re: Grace motion to compel (.20); telephone call w/P. Milch re: responses to Grace motion to compel (.10); telephone call w/G. Bradly re: Grace motion to compel (.20); telephone call w/M. Bergman re: Grace motion to compel (.40); drafted and revised memo to EI and PVNL re: Grace's request to modify bar-date materials (.40). |
| 07/21/06 | JPW | 405.00 | 1.70 | Review questionnaire motions |
| 07/23/06 | JAL | 425.00 | 1.90 | Drafted memos to M. Hurford (2x) re: prep. for tomorrow's omnibus hearing (.20); drafted e-mail to RCT re: legal research in connection with Committee's opposition to Grace's motion to compel (.10); telephone call w/J. Baer re: proposed modification to bar-date materials (.20); review and analysis of proposed bar-date materials and prep. for tomorrow's omnibus hearing (.30); drafted and revised e-mail to J. Baer re: her proposed modification to the bar-date materials (.20); review and analysis of J. Baer's further revised bar-date materials (.20); drafted and revised memo to EI and PVNL re: further proposed changes and modifications to the bar-date materials by Grace (.30); review and analysis of materials in prep. for tomorrow's omnibus hearing (.40). |
| 07/24/06 | RCT | 435.00 | 2.00 | Rev. cases and research re opposition brief |

{D0070957.1 }

| 07/24/06 | DBS | 220.00 | 4.30 | Compile documents for attorney review and case files. |
|----------|-----|--------|------|---|
| 07/24/06 | JAL | 425.00 | 1.70 | Review and analysis of materials in prep. for today's omnibus hearing (1.6); office conf. w/KCM re: opposition to Grace motion to compel (.10). |
| 07/24/06 | JAL | 425.00 | 7.20 | Meeting w/PVNL re: Grace's proposed modifications to the bar-date materials, proposed extension of exclusivity, and other issues connected with today's omnibus hearing (.30); further review and analysis of materials in prep. for appearance at today's omnibus hearing (.90); meeting w/EI, PVNL, and attorneys for FCR and PI Committee re: proposed extension of exclusivity and other issues on agenda at today's omnibus hearing (.70); appearance at omnibus hearing (5.3). |
| 07/25/06 | WBS | 650.00 | 3.90 | Rev Grace motion to compel and make notes of points to answer (1.3), conference JAL re approach to reply (.3), conference DKG re res to be done (.2), res and outline response (2.1). |
| 07/25/06 | RCT | 435.00 | 2.00 | Research and memo for JAL re motion to compel. |
| 07/25/06 | DBS | 220.00 | 4.80 | Compile documents for attorney review and case files (3.9); cite check brief for attorney review (.9). |
| 07/25/06 | DKG | 290.00 | 1.70 | Discuss assignment with WBS (0.5); read and analyze materials re motion to compel (1.2). |
| 07/25/06 | JAL | 425.00 | 8.50 | Drafted and revised memo to the Committee re: yesterday's omnibus hearing, other developments, and strategy going forward (4.8); office conf. w/WBS re: prep. of opposition to Grace's motion to compel (.40); edited and revised memo to client re: joint counsel meeting in the Bahamas (2.9); meeting w/PVNL, TWS, JPW and ALV re: yesterday's hearing, estimation issues and strategy going forward (.40). |
| 07/26/06 | WBS | 650.00 | 6.20 | Drafting, research, and instructions to DKG re response to Grace motion to compel on questionnaires. |
| 07/26/06 | RCT | 435.00 | 3.50 | Research re case law (2.0); memo to JAL re same. (1.5) |

| 07/26/06 | EI | 835.00 | 0.60 | T/C Krueger re hearing (.1); edits of memo with JAL (.5) |
|---|---|---|---|---|
| 07/26/06 | DBS | 220.00 | 6.50 | Compile documents for attorney review (2.5); cite check brief fore attorney review (4.0). |
| 07/26/06 | DKG | 290.00 | 0.60 | Attention to research issues re motion to compel. |
| 07/26/06 | JAL | 425.00 | 3.90 | Further drafting and revisions to memo to Committee re:July 24 hearing, other estimation issues, and strategy going forward (1.2);  telephone call w/S. Marshall re: Grace's motion to compel (.10); telephone call w/EI re: memo to Committee re: July 24 hearing and strategy going forward (.30); telephone call w/WBS re: prep. of opposition to motion to compel (.10); drafted and revised memo to WBS re: opposition to Grace motion to compel (.10); review and analysis of materials pertaining to prep. of opposition to motion to compel (.80); drafted memo re: estimation litigation schedule and related issues (1.1); telephone call w/PVNL re: estimation proceeding and discovery (.10); telephone call w/M. Hurford re: estimation proceeding and discovery (.10). |
| 07/27/06 | NDF | 525.00 | 3.50 | Review pleadings and email correspondence received since 7/12. |
| 07/27/06 | DBS | 220.00 | 6.00 | Compile documents for attorney review (1.5); conduct legal research for attorney review (4.5). |
| 07/27/06 | DKG | 290.00 | 6.20 | Attention to issues re motion to compel reply, including research. |
| 07/27/06 | JAL | 425.00 | 8.80 | Brief review of WBS's first draft of the opposition to Grace's motion to compel (.10); drafted and revised memo to WBS and DKG re: opposition to Grace's motion to compel (.10); reviewed J. Warren's message re: Hilton's further edits to the stipulation (.20); telephone call and voice message to M. Eskin re: Grace's motion to compel (.10); additional drafting, revising and editing of the opposition to the motion to compel (8.3). |
| 07/28/06 | WBS | 650.00 | 4.40 | Research and drafting on reply to motion to compel, including research on 33d issue and terms of questionnaire order (4.1), telephone conference NDF and DKG re 33d and objection issues (.3). |

| 07/28/06 | NDF | 525.00 | 5.50 | Work on asbestos estimation case (4.5); teleconference with FCR lawyers re case issues (1.0). |
|---|---|---|---|---|
| 07/28/06 | DBS | 220.00 | 5.70 | Compile documents for attorney review (1.5); conduct legal research for attorney review (4.2). |
| 07/28/06 | DKG | 290.00 | 3.20 | Conduct research re Opposition to Motion to Compel. |
| 07/28/06 | JAL | 425.00 | 4.30 | Revisions to opposition to draft motion to compel and drafted and revised e-mail to WBS re: same (.20); office conf. w/NDF re: discovery issues and strategy going forward (.80); teleconf. w/NDF, FCR's counsel and counsel for Libby claimants re: estimation issues and discovery (1.3); teleconf. w/NDF and M. Peterson re: estimation issues (.40); reviewed various e-mail correspondence pertaining to estimation discovery (.40); drafted and revised memo to EI re: estimation-related discovery issues (.70); revised and finalized memo re: estimation-related discovery (.30); brief review of WBS's revisions to the opposition to the motion to compel (.20). |
| 07/31/06 | WBS | 650.00 | 4.80 | Research on points raised in motion to compel re scope of decisions on approving questionnaire, need to attach docs, cases on discovery points, revision of draft, e-mails DKG re same issues. |
| 07/31/06 | NDF | 525.00 | 2.00 | Teleconference with Peterson re case issues (0 .5); teleconference with FCR lawyers re discovery issues (1.0); conference with WBS and JAL re motion to compel and other issues (0.5). |
| 07/31/06 | DBS | 220.00 | 6.20 | Compile documents for attorney review (1.6); conduct research on potential experts for attorney review (4.6). |
| 07/31/06 | DKG | 290.00 | 9.00 | Conduct research re Opposition to Motion to Compel and revise Motion re the same. |
| 07/31/06 | JAL | 425.00 | 4.70 | Drafted and revised e-mail to WBS re: opposition to Grace motion to compel (.20); drafted e-mail to B. Harding re: discovery meet-and-confer call (.10); drafted e-mail to NDF re: estimation-related discovery (.10); conf. call w/FCR's counsel re: estimation discovery issues and strategy (1.3); drafted response to e-mail to RCT re: opposition to Grace motion to compel (.10); drafted and revised |

|  |  |  |  | memo to NDF re: estimation -related discovery issues (.80); telephone conf. w/NDF, M. Peterson, D. Relles and P. Ebiner re: estimation-related discovery issues (1.0); review and analysis of materials relating to estimation and discovery (1.10). |
| 07/31/06 | JPW | 405.00 | 1.20 | Review discovery summary |

**Total Task Code .16      277.60**

## Plan & Disclosure Statement (2.20 Hours; $ 1,672.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.20 | $760 | 1,672.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/14/06 | PVL | 760.00 | 0.20 | Review ACC et al excl opposition. |
| 07/15/06 | PVL | 760.00 | 0.70 | Review suppl WRG brief re exclusivity. |
| 07/17/06 | PVL | 760.00 | 0.40 | Review tort victims excl opposition (.1); review Grace excl. reply (.1); teleconference EI (.1); review Baena e-mail to Baer (.1). |
| 07/20/06 | PVL | 760.00 | 0.90 | Teleconference Baena, Frankel, EI et al re excl hearing (.6); e-mail EI re same (.2); review Judge Wolin 2003 order (.1). |

**Total Task Code .17      2.20**
**Travel – Non Working (13.90 Hours; $ 4,939.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.50 | $417.50 | 2,713.75 |
| Peter Van N. Lockwood | 3.90 | $380.00 | 1,482.00 |
| Jeffrey A. Liesemer | 3.50 | $212.50 | 743.75 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 07/24/06 | PVL | 380.00 | 3.90 | Travel to/from Wilmington. |
| 07/24/06 | EI | 417.50 | 6.50 | Travel to hearing (2); return travel (4.5) |
| 07/24/06 | JAL | 212.50 | 2.70 | Travel from DE to DC following appearance at omnibus hearing. |
| 07/24/06 | JAL | 212.50 | 0.80 | Travel from DC to DE re: appearance at Grace omnibus hearing. |

**Total Task Code .21**        **13.90**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 10.26 |
| Database Research | 5,733.56 |
| Long Distance-Equitrac In-House | 4.71 |
| Meals Related to Travel | 16.00 |
| Outside Local Deliveries | 51.44 |
| Outside Photocopying/Duplication Service | 3,394.05 |
| Postage | 0.78 |
| Professional Fees & Expert Witness Fees | 50.00 |
| Telecopier/Equitrac | 39.45 |
| Travel Expenses - Ground Transportation | 15.00 |
| Xeroxing | 315.90 |

Total:    $9,631.15