**EXHIBIT B**

**Asset Analysis and Recovery (1.9 Hours; $ 1,444.00)**

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the state.

**Total Task Code .01        1.9**

**Case Administration (13.3 Hours; $ 9,633.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        13.3**

**Claim Analysis Objection & Resolution (Asbestos) (4.7 Hours; $ 3,572.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        4.7**

**Employee Benefits/Pension (.7 Hours; $ 532.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08        .7**

**Employment Applications, Applicant (3.8 Hours; $ 1,153.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        3.8**

**Hearings (17.2 Hours; $ 13,829.50)**

- 2 -

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        17.2**

**Litigation and Litigation Consulting (277.6 Hours; $ 102,870.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        277.6**

**Plan & Disclosure Statement (2.2 Hours; $ 1,672.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        2.2**

**Travel Non-Working (13.9 Hours; $ 4,939.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        13.9**