## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 10.26 |
| Database Research | 5,733.56 |
| Long Distance-Equitrac In-House | 4.71 |
| Meals Related to Travel | 16.00 |
| Outside Local Deliveries | 51.44 |
| Outside Photocopying/Duplication Service | 3,394.05 |
| Postage | 0.78 |
| Professional Fees & Expert Witness Fees | 50.00 |
| Telecopier/Equitrac | 39.45 |
| Travel Expenses - Ground Transportation | 15.00 |
| Xeroxing | 315.90 |
| Total: | $9,631.15 |

{D0070959.1 }