| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| **Matter     000** | **Disbursements** | 8/16/2006 |
| | | Print Date/Time: |
| | | 08/16/2006 |
| | | 2:20:14PM |
| Attn: | | Invoice # |

PREBILL  / CONTROL  REPORT

Trans Date Range:   1/1/1950  to: 7/31/2006

**Matter     000**
**Disbursements**
Bill Cycle:        Monthly           Style:         i1          Start:      4/16/2001

Last Billed : 7/26/2006                                   13,655

Trust Amount Available

Total Expenses Billed To Date        $545,018.94

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 22.00 | 0.00 | 22.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 3.26 | 0.00 | 3.26 |
| 0187 | NDF | Nathan D Finch | 0.00 | 50.39 | 0.00 | 50.39 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 6.70 | 0.00 | 6.70 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.70 | 0.00 | 1.70 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.39 | 0.00 | 0.39 |
| 0308 | DBS | David B Smith | 0.00 | 258.10 | 0.00 | 258.10 |
| 0310 | DKG | Danielle K Graham | 0.00 | 4.90 | 0.00 | 4.90 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 1.40 | 0.00 | 1.40 |
| 0337 | EGB | Erroll G Butts | 0.00 | 2,960.47 | 0.00 | 2,960.47 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 6,321.84 | 0.00 | 6,321.84 |
| | | | **0.00** | **9,631.15** | **0.00** | **9,631.15** |

**Total Fees**

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1972668 | Photocopy | E | 07/05/2006 | 0232 | LK | 0.00 | | $0.20 | 0.00 | | $0.20 | 0.20 |
| 1972711 | Photocopy | E | 07/05/2006 | 0220 | SKL | 0.00 | | $3.20 | 0.00 | | $3.20 | 3.40 |
| 1972747 | Fax Transmission to 512145201181 | E | 07/05/2006 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 4.00 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/16/2006 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 08/16/2006 |
| | | | | | | | | | | 2:20:14PM |
| Attn: | | | | | | | | | | Invoice # |
| 1972748 | Fax Transmission to 512148248100 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 4.60 |
| 1972749 | Fax Transmission to 517136501400 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5.20 |
| 1972750 | Fax Transmission to 518432169290 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5.80 |
| 1972751 | Fax Transmission to 514067527124 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6.40 |
| 1972752 | Fax Transmission to 513026565875 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7.00 |
| 1972753 | Fax Transmission to 515108354913 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7.60 |
| 1972754 | Fax Transmission to 512165750799 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 8.20 |
| 1972755 | Fax Transmission to 513053796222 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 8.80 |
| 1972756 | Fax Transmission to 514124718308 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 9.10 |
| 1972757 | Fax Transmission to 512123440994 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 9.70 |
| 1972758 | Fax Transmission to 513024269947 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 10.30 |
| 1972759 | Fax Transmission to 514122615066 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 10.90 |
| 1972760 | Fax Transmission to 518432169450 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 11.05 |
| 1972761 | Fax Transmission to 513125516759 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 11.65 |
| 1972762 | Fax Transmission to 514124718308 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 11.95 |
| 1972763 | Fax Transmission to 518432169450 | | E | 07/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 12.40 |
| 1972897 | Federal Express to Katie Hemming from EI on 6/28 | | E | 07/06/2006 | 0120 | EI | 0.00 | $3.26 | 0.00 | $3.26 | 15.66 |
| 1974487 | Equitrac - Long Distance to 8054993572 | | E | 07/06/2006 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 15.80 |
| 1974492 | Equitrac - Long Distance to 2122781322 | | E | 07/06/2006 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 15.98 |
| 1974493 | Equitrac - Long Distance to 6317492132 | | E | 07/06/2006 | 0999 | C&D | 0.00 | $0.64 | 0.00 | $0.64 | 16.62 |
| 1974514 | Equitrac - Long Distance to 6179512505 | | E | 07/06/2006 | 0999 | C&D | 0.00 | $0.66 | 0.00 | $0.66 | 17.28 |
| 1974522 | Equitrac - Long Distance to 6184067489 | | E | 07/06/2006 | 0999 | C&D | 0.00 | $0.63 | 0.00 | $0.63 | 17.91 |
| 1974545 | Equitrac - Long Distance to 2123197125 | | E | 07/07/2006 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 18.02 |
| 1974807 | Photocopy | | E | 07/07/2006 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 19.02 |
| 1974831 | Photocopy | | E | 07/07/2006 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 19.82 |
| 1975235 | Photocopy | | E | 07/10/2006 | 0232 | LK | 0.00 | $1.50 | 0.00 | $1.50 | 21.32 |
| 1975263 | Photocopy | | E | 07/10/2006 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 21.52 |
| 1975265 | Photocopy | | E | 07/10/2006 | 0999 | C&D | 0.00 | $8.20 | 0.00 | $8.20 | 29.72 |
| 1975266 | Photocopy | | E | 07/10/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 30.62 |
| 1975286 | Photocopy | | E | 07/10/2006 | 0327 | ALV | 0.00 | $1.40 | 0.00 | $1.40 | 32.02 |
| 1975401 | Fax Transmission to 512145201181 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 33.22 |
| 1975404 | Fax Transmission to 512148248100 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 34.42 |
| 1975407 | Fax Transmission to 517136501400 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 35.62 |
| 1975409 | Fax Transmission to 513125516759 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 36.82 |
| 1975412 | Fax Transmission to 518432169290 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 38.02 |
| 1975414 | Fax Transmission to 514067527124 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 38.77 |
| 1975417 | Fax Transmission to 513026565875 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 39.97 |
| 1975419 | Fax Transmission to 515108354913 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 41.17 |
| 1975422 | Fax Transmission to 512165750799 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 42.37 |
| 1975426 | Fax Transmission to 513053796222 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 43.57 |
| 1975427 | Fax Transmission to 514124718308 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 44.77 |
| 1975431 | Fax Transmission to 512123440994 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 45.97 |
| 1975433 | Fax Transmission to 513024269947 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 47.17 |
| 1975434 | Fax Transmission to 514122615066 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 47.77 |
| 1975435 | Fax Transmission to 518432169450 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 48.82 |
| 1975436 | Fax Transmission to 514122615066 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 48.97 |
| 1975437 | Fax Transmission to 518432169450 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 49.12 |
| 1975438 | Fax Transmission to 514124718994 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 49.27 |
| 1975439 | Fax Transmission to 514124718994 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 49.57 |
| 1975442 | Fax Transmission to 512155686445 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $2.85 | 0.00 | $2.85 | 52.42 |
| 1975443 | Fax Transmission to 512155686445 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $4.95 | 0.00 | $4.95 | 57.37 |
| 1975444 | Fax Transmission to 512155686445 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 57.67 |
| 1975445 | Fax Transmission to 512155686445 | | E | 07/10/2006 | 0999 | C&D | 0.00 | $4.80 | 0.00 | $4.80 | 62.47 |
| 1975064 | Document Tech; CD master | | E | 07/11/2006 | 0337 | EGB | 0.00 | $117.76 | 0.00 | $117.76 | 180.23 |
| 1976196 | Photocopy | | E | 07/14/2006 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 180.73 |
| 1976239 | Photocopy | | E | 07/14/2006 | 0220 | SKL | 0.00 | $2.40 | 0.00 | $2.40 | 183.13 |
| 1976914 | Equitrac - Long Distance to 6784931736 | | E | 07/17/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 183.18 |
| 1977053 | Photocopy | | E | 07/17/2006 | 0220 | SKL | 0.00 | $0.90 | 0.00 | $0.90 | 184.08 |
| 1977058 | Photocopy | | E | 07/17/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 184.28 |
| 1977164 | Postage | | E | 07/17/2006 | 0237 | SRB | 0.00 | $0.39 | 0.00 | $0.39 | 184.67 |
| 1977235 | Photocopy | | E | 07/18/2006 | 0999 | C&D | 0.00 | $30.90 | 0.00 | $30.90 | 215.57 |
| 1976878 | Professional Fees & Expert Witness Fees - Jane Rose Reporting-Data CD - 20 witness transcripts | | E | 07/18/2006 | 0187 | NDF | 0.00 | $50.00 | 0.00 | $50.00 | 265.57 |
| 1977809 | Postage | | E | 07/19/2006 | 0187 | NDF | 0.00 | $0.39 | 0.00 | $0.39 | 265.96 |
| 1977883 | Special Couriers to 3050 K Street on 6/22 from DBS | | E | 07/20/2006 | 0308 | DBS | 0.00 | $7.00 | 0.00 | $7.00 | 272.96 |
| 1977895 | Document Technologies; IMG - CD master; Scanning B work | | E | 07/20/2006 | 0337 | EGB | 0.00 | $203.59 | 0.00 | $203.59 | 476.55 |
| 1977902 | Document Technologies; IMG - CD master; Scanning B work | | E | 07/20/2006 | 0337 | EGB | 0.00 | $213.74 | 0.00 | $213.74 | 690.29 |
| 1977909 | Equitrac - Long Distance to 3024261900 | | E | 07/20/2006 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 690.58 |
| 1977955 | Equitrac - Long Distance to 3024261900 | | E | 07/20/2006 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 690.71 |

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | | 8/16/2006 |
| | | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | | 08/16/2006 |
| | | | | | | | | | | | 2:20:14PM |
| Attn: | | | | | | | | | | | Invoice # |
| 1977957 | Equitrac - Long Distance to 4122610310 | | | E | 07/20/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 690.76 |
| 1977959 | Equitrac - Long Distance to 3024261900 | | | E | 07/20/2006 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 690.94 |
| 1977960 | Equitrac - Long Distance to 5108322980 | | | E | 07/20/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 691.00 |
| 1978003 | Photocopy | | | E | 07/20/2006 | 0310 | DKG | 0.00 | $4.90 | 0.00 | $4.90 | 695.90 |
| 1978004 | Photocopy | | | E | 07/20/2006 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 696.30 |
| 1978091 | Access Litigation; Senior technical time; Hard drive copies | | | E | 07/21/2006 | 0999 | C&D | 0.00 | $433.58 | 0.00 | $433.58 | 1,129.88 |
| 1978500 | Equitrac - Long Distance to 4122610310 | | | E | 07/21/2006 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 1,130.02 |
| 1978536 | Equitrac - Long Distance to 6174134892 | | | E | 07/21/2006 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 1,130.21 |
| 1978537 | Equitrac - Long Distance to 3128612162 | | | E | 07/21/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,130.26 |
| 1978546 | Equitrac - Long Distance to 2062002606 | | | E | 07/21/2006 | 0999 | C&D | 0.00 | $0.34 | 0.00 | $0.34 | 1,130.60 |
| 1978547 | Equitrac - Long Distance to 2062002606 | | | E | 07/21/2006 | 0999 | C&D | 0.00 | $0.34 | 0.00 | $0.34 | 1,130.94 |
| 1978919 | Access Litigation; Database hosting | | | E | 07/24/2006 | 0337 | EGB | 0.00 | $661.47 | 0.00 | $661.47 | 1,792.41 |
| 1979165 | Lasership, Inc to Orrick, Herrington & Sutcliff on 6/22 | | | E | 07/25/2006 | 0999 | C&D | 0.00 | $7.96 | 0.00 | $7.96 | 1,800.37 |
| 1979169 | Lasership, Inc to Hon. Rober Whelan on 6/29 | | | E | 07/25/2006 | 0999 | C&D | 0.00 | $43.48 | 0.00 | $43.48 | 1,843.85 |
| 1979230 | Equitrac - Long Distance to 3026568830 | | | E | 07/25/2006 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 1,843.95 |
| 1979323 | Photocopy | | | E | 07/25/2006 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 1,851.15 |
| 1979536 | Equitrac - Long Distance to 3024261900 | | | E | 07/26/2006 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 1,851.33 |
| 1979599 | Photocopy | | | E | 07/26/2006 | 0308 | DBS | 0.00 | $36.20 | 0.00 | $36.20 | 1,887.53 |
| 1979637 | Photocopy | | | E | 07/26/2006 | 0308 | DBS | 0.00 | $163.00 | 0.00 | $163.00 | 2,050.53 |
| 1979645 | Photocopy | | | E | 07/26/2006 | 0308 | DBS | 0.00 | $27.70 | 0.00 | $27.70 | 2,078.23 |
| 1979702 | Meals Related to Travel - NDF Lunch in NY on 6/22 | | | E | 07/26/2006 | 0999 | C&D | 0.00 | $9.00 | 0.00 | $9.00 | 2,087.23 |
| 1979846 | Access Litigation; WR Grace 1 CD - Hosting | | | E | 07/27/2006 | 0337 | EGB | 0.00 | $1,763.91 | 0.00 | $1,763.91 | 3,851.14 |
| 1979871 | Equitrac - Long Distance to 3024261900 | | | E | 07/27/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 3,851.19 |
| 1980690 | Equitrac - Long Distance to 8054993572 | | | E | 07/28/2006 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 3,851.39 |
| 1980917 | Petty Cash Meals for PVNL on travel to Wilmington for hearing on 7/24 | | | E | 07/31/2006 | 0020 | PVL | 0.00 | $7.00 | 0.00 | $7.00 | 3,858.39 |
| 1980918 | Petty Cash Parking expense for PVNL on travel to Wilmington on 7/24 | | | E | 07/31/2006 | 0020 | PVL | 0.00 | $15.00 | 0.00 | $15.00 | 3,873.39 |
| 1982500 | Photocopy | | | E | 07/31/2006 | 0308 | DBS | 0.00 | $24.20 | 0.00 | $24.20 | 3,897.59 |
| 1983035 | Database Research - Westlaw by ADK on 7/20 | | | E | 07/31/2006 | 0999 | C&D | 0.00 | $1,103.09 | 0.00 | $1,103.09 | 5,000.68 |
| 1983036 | Database Research - Westlaw by RCT on 7/31 | | | E | 07/31/2006 | 0999 | C&D | 0.00 | $403.91 | 0.00 | $403.91 | 5,404.59 |
| 1983056 | Database Research - Westlaw by DKG on 7/27-31 | | | E | 07/31/2006 | 0999 | C&D | 0.00 | $2,084.15 | 0.00 | $2,084.15 | 7,488.74 |
| 1983057 | Database Research - Westlaw by WBS on 7/26-28 | | | E | 07/31/2006 | 0999 | C&D | 0.00 | $297.32 | 0.00 | $297.32 | 7,786.06 |
| 1983058 | Database Research - Westlaw by DS on 7/26-28 | | | E | 07/31/2006 | 0999 | C&D | 0.00 | $1,521.10 | 0.00 | $1,521.10 | 9,307.16 |
| 1983059 | Database Research - Westlaw by JAL on 7/27 | | | E | 07/31/2006 | 0999 | C&D | 0.00 | $323.99 | 0.00 | $323.99 | 9,631.15 |
| **Total Expenses** | | | | | | | | 0.00 | $9,631.15 | 0.00 | $9,631.15 | |

```
              Matter Total Fees                                                   0.00              0.00


              Matter Total Expenses                                            9,631.15          9,631.15


              Matter Total                                           0.00      9,631.15    0.00  9,631.15



              Prebill Total Fees


              Prebill Total Expenses                                           $9,631.15         $9,631.15


              Prebill Total                                          0.00      $9,631.15   0.00  $9,631.15


Previous Billings
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                    Page:    1
Matter      000                    Disbursements                                               8/16/2006
                                                                                          Print Date/Time:
                                                                                               08/16/2006
                                                                                                2:20:14PM
Attn:                                                                                           Invoice #
```

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 52,667 | 01/30/2006 | 160,926.00 | 342.00 |
| 52,957 | 02/27/2006 | 141,801.50 | 28,360.30 |
| 53,271 | 03/24/2006 | 104,812.50 | 20,962.50 |
| 53,663 | 04/27/2006 | 167,844.00 | 33,568.80 |
| 54,090 | 05/26/2006 | 94,451.50 | 18,890.30 |
| 54,510 | 06/29/2006 | 76,073.00 | 15,214.60 |
| 54,760 | 07/26/2006 | 184,871.15 | 184,871.15 |
|  |  | 1,358,815.65 | 311,157.94 |