# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:   100055.WRG01

August 22, 2006                                               INVOICE:      210834

MATTER:  CLAIMANTS COMMITTEE

c/o Peter Van N. Lockwood, Esq.                        DATE:     August 22, 2006
Caplin & Drysdale                                              MATTER:   100055.WRG01
One Thomas Circle
Washington, DC 20005                                    INVOICE:      210834

**MATTER:**  CLAIMANTS COMMITTEE                                       Robert M Horkovich

**PROFESSIONAL SERVICES through 07/31/06**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/01/06 | Review, comment, and draft various revisions to objection to Grace's settlement with Equitas (3.4); Review potential ramifications of Continental Casualty declaratory judgment action (.8). | W001 | RYC | 4.20 |
| 07/04/06 | Review and research potential impediments to coverage under W.R. Grace's general insurance portfolio. | W001 | RYC | 1.80 |
| 07/05/06 | Lloyd's excess policy follow form issues researched. | W001 | HEG | 2.00 |
| 07/05/06 | Confer with Libby claimants' counsel Dan Cohn. | W001 | RMH | 0.20 |
| 07/05/06 | Research, analysis, and correspondence in connection with potential coverage issues raised by claimants' attorney re: London settlement including review of underlying policies and follow-form language. | W001 | RYC | 4.20 |
| 07/06/06 | Draft e-mail memo re: potential coverage issues raised by claimants' attorneys re: London settlement including review of underlying policies and follow-form language. | W001 | RYC | 2.60 |
| 07/07/06 | Continue overall analysis of Grace coverage portfolio including premises damage analysis. | W001 | RYC | 1.00 |
| 07/10/06 | Analysis of selected policies re: insolvency drop-down. | W001 | GFF | 0.70 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

August 22, 2006                                                        INVOICE:              210834

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/10/06 | Begin new Grace policy research request for potential Property Damage/Premises coverage per R. Chung (2.30); Early 1959-1962 CGL policies reviewed and relevant information charted (1.70). | W001 | HEG | 4.00 |
| 07/10/06 | Began to review W.R. Grace 1959-1962 insurance policies re: Property Damage Premises/Operations coverage available limits and "drop down" coverage. | W001 | IF | 2.50 |
| 07/10/06 | Conferences with Libby Claimants' counsel (Dan Cohn). | W001 | RMH | 1.00 |
| 07/10/06 | Continue overall analysis of Grace coverage portfolio including premises property damage analysis. | W001 | RYC | 3.80 |
| 07/11/06 | Analysis of selected umbrella policies re: drop down issues. | W001 | GFF | 0.40 |
| 07/11/06 | Continued Grace CGL policy research, review and discussions re: potential Property Damage Premises coverage issues (4.30); results charted as necessary (1.20). | W001 | HEG | 5.50 |
| 07/11/06 | Reviewed Grace 1975-1980 insurance policies re: follow form, Property Damage Premises/Operations Coverage, "aggregation/CSL" and "drop down" language. | W001 | IF | 3.80 |
| 07/11/06 | Research drop down under NY law (3.2); Review Wagner related settlement analysis (.3). | W001 | RYC | 3.50 |
| 07/12/06 | Analysis of selected policies re: follow form issues. | W001 | GFF | 0.80 |
| 07/12/06 | Review and discuss Grace Umbrella policies for potential drop-down due to insolvency language issues per R. Chung | W001 | HEG | 2.00 |
| 07/12/06 | Continued to review 1978-1980 insurance policies re: "follow form" "Property Damage Premises coverage" and "drop down language." | W001 | IF | 3.90 |
| 07/12/06 | Finalize memo and correspondence re: analysis of drop down issue in connection with London policies. | W001 | RYC | 5.30 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:         100055.WRG01

August 22, 2006                                            INVOICE:          210834

MATTER:   CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/13/06 | Continued to review Grace insurance policy materials from 1976-1980 re: Property Damage/Premises coverage. | W001 | IF | 1.30 |
| 07/13/06 | Objection to London settlement. Set up meet and confer with W.R. Grace (1.40). Confer with Peter Lockwood (.60). | W001 | RMH | 2.00 |
| 07/13/06 | Review partial withdrawal of the Libby Claimants' objection (.2); continue overall analysis of Grace coverage portfolio including premises property damage analysis (3.2). | W001 | RYC | 3.40 |
| 07/14/06 | Analysis of selected umbrella policies re: aggregate for premises property damage coverage. | W001 | GFF | 0.90 |
| 07/14/06 | Continued review of CGL policies for potential Property Damage/Premises coverage (2.90); prior results denoted on chart (.60). | W001 | HEG | 3.50 |
| 07/14/06 | Continued to review Grace insurance policy materials from 1973-1980 re: Property Damage/Premises coverage. | W001 | IF | 2.10 |
| 07/14/06 | Attention to proposed indemnity clause for Equitas settlement. | W001 | RMH | 0.80 |
| 07/17/06 | Analysis of selected umbrella/excess policies re: premises property damage coverage and "combined general aggregates". | W001 | GFF | 4.90 |
| 07/17/06 | Continued review and charting of potential 1970's Property Damage/Premises coverage findings | W001 | HEG | 2.50 |
| 07/17/06 | Continued to review W.R. Grace insurance policy materials re: "availability of Property Damage Premises Limits of Liability." | W001 | IF | 1.30 |
| 07/17/06 | Conference call with Grace (1.00). Multiple conferences with Hurford, Lockwood and Cohn (.50). | W001 | RMH | 1.50 |
| 07/18/06 | Reviewed and revised time entries. | W011 | ACS | 0.40 |
| 07/18/06 | Review AIG settlement agreements (.5); analysis of selected umbrella/excess policies re: premises asbestos property damage coverage (1.3). | W001 | GFF | 1.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:      100055.WRG01

August 22, 2006                                        INVOICE:          210834

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/18/06 | New Property Damage/Premises analysis findings entered on to chart as necessary | W001 | HEG | 1.50 |
| 07/18/06 | Continued to review Grace insurance policies from 1974-1980 re: Property Damage Premises Limits of Liability and combined general aggregates. | W001 | IF | 1.90 |
| 07/18/06 | Review status and potential outstanding fees in connection with fee applications. | W011 | RYC | 0.10 |
| 07/19/06 | Analysis of selected umbrella/excess policies re: premises asbestos property damage coverage and combined general aggregates. | W001 | GFF | 2.10 |
| 07/19/06 | Continued review, analysis and charting of same | W001 | HEG | 2.50 |
| 07/19/06 | Continued to review Grace insurance policies from 1974-1982 re: Property Damage Premises Limits of Liability and "combined general aggregates." | W001 | IF | 2.90 |
| 07/20/06 | Continued review and analysis of late 1970's CGL policies for possible Property Damage/Premises coverage availability (1.80); results charted (.70). | W001 | HEG | 2.50 |
| 07/20/06 | Conference call re: Equitas settlement (1.20); prepare for same (.50); review objections to settlement (1.50); confer with Mr. Lockwood (.20); confer with Mr. Weyman - Future Representative's counsel (.20). | W001 | RMH | 3.60 |
| 07/24/06 | Further revisions to invoice | W011 | ACS | 0.30 |
| 07/24/06 | Hearing with Judge Fitzgerald. | W014 | RMH | 5.70 |
| 07/24/06 | Review and comment upon fee applications. | W011 | RYC | 0.30 |
| 07/25/06 | Continued CGL policy review for possible Property Damage/Premises coverage | W001 | HEG | 1.50 |
| 07/25/06 | Continued to review 1970's insurance policies re: Property Damage Premises Coverage and "combined general aggregate" limits. | W001 | IF | 1.10 |
| 07/25/06 | Conference with counsel to Future's Representative and follow-up. | W001 | RMH | 1.00 |
| 07/26/06 | Continued to review Grace insurance policies from 1984-1986 re: Property Damage Premises Coverage and "aggregate limits." | W001 | IF | 1.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:       100055.WRG01

August 22, 2006                                                  INVOICE:        210834

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/26/06 | Confer with Grace counsel Janet Baer regarding Equitas settlement. | W001 | RMH | 0.30 |
| 07/26/06 | Continue overall analysis of Grace coverage portfolio including premises property damage analysis. | W001 | RYC | 6.50 |
| 07/27/06 | Continue overall analysis of Grace coverage portfolio including research re: unaccounted historic policies. | W001 | RYC | 3.50 |
| 07/28/06 | Property Damage/Premises Asbestos Exclusion review and additional results charted as necessary | W001 | HEG | 1.50 |
| 07/28/06 | Continue overall analysis of Grace coverage portfolio including premises property damage analysis. | W001 | RYC | 3.50 |

**TOTAL FEES:**                                                                  **$42,676.00**

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 0.70 | 140.00 |
| Glenn F Fields | 250.00 | 11.60 | 2,900.00 |
| Harris E Gershman | 210.00 | 29.00 | 6,090.00 |
| Izak Feldgreber | 220.00 | 21.80 | 4,796.00 |
| Robert M Horkovich | 700.00 | 16.10 | 11,270.00 |
| Robert Y Chung | 400.00 | 43.70 | 17,480.00 |
| **TOTAL FEES:** |  |  | **$42,676.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                                  MATTER:        100055.WRG01

August 22, 2006                                                  INVOICE:          210834


MATTER:  CLAIMANTS COMMITTEE


## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001         Asset Analysis and Recovery

|                       | HOURS  | TOTALS    |
|-----------------------|--------|-----------|
| Glenn F Fields        | 11.60  | 2,900.00  |
| Harris E Gershman     | 29.00  | 6,090.00  |
| Izak Feldgreber       | 21.80  | 4,796.00  |
| Robert M Horkovich    | 10.40  | 7,280.00  |
| Robert Y Chung        | 43.30  | 17,320.00 |
| **TOTAL:**            | **116.10** | **38,386.00** |

ACTIVITY CODE: W011         Fee Applications (Applicant)

|                   | HOURS | TOTALS |
|-------------------|-------|--------|
| Anne C Suffern    | 0.70  | 140.00 |
| Robert Y Chung    | 0.40  | 160.00 |
| **TOTAL:**        | **1.10** | **300.00** |

ACTIVITY CODE: W014         Hearing

|                     | HOURS | TOTALS   |
|---------------------|-------|----------|
| Robert M Horkovich  | 5.70  | 3,990.00 |
| **TOTAL:**          | **5.70** | **3,990.00** |

**TOTAL LEGAL FEES**                                              **$42,676.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

August 22, 2006                                                           INVOICE:            210834

**COSTS through 07/31/06**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 07/11/06 | DI - PHOTOCOPYING - | E101 | 77.50 |
| 07/14/06 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 07/14/06 | DI - PHOTOCOPYING - | E101 | 30.00 |
| 07/17/06 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 07/18/06 | DI - PHOTOCOPYING - | E101 | 15.25 |
| 07/21/06 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 07/25/06 | CLIENT - ON-LINE COMP SVC - - VENDOR: PACER AK0483  - Pacer charges | E106 | 28.80 |
| 07/28/06 | DI - PHOTOCOPYING - | E101 | 0.50 |
| **TOTAL COSTS:** | | | **$154.30** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| CM | CLIENT - ON-LINE COMP SVC | 28.80 |
| XE | DI - PHOTOCOPYING - | 125.50 |
| | **TOTAL COSTS:** | **$154.30** |