# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :  AUGUST 29, 2006
MATTER :  0066609-000001
INVOICE :  9931122

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06   6548

RE:  ASSET ANALYSIS AND RECOVERY

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/18/06 | TC | REVIEWED NOTICE OF ACQUIESCENCE TO CITADEL'S INTENT TO PURCHASE, ACQUIRE OR OTHERWISE ACCUMULATE EQUITY SECURITIES | .40 |
| 07/18/06 | TC | REVIEWED CERTIFICATION OF COUNSEL REGARDING REVISED ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN LEASES FOR HOUSTON TEXAX | .50 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | .90 | 427.50 |
| TOTALS |  | .90 | 427.50 |

TOTAL FEES :                          427.50

TOTAL DUE  :                          427.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : AUGUST 29, 2006
MATTER  : 0066609-000002
INVOICE : 9931123

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/12/06 | TC | REVIEWED DEBTORS' 20TH REPORT OF ASSET SALES AND DISPOSITIONS | .70 |
| 07/13/06 | TC | REVIEWED LIBBY CLAIMANTS PARTIAL WITHDRAWAL OF OBJECTION TO DEBTORS' MOTION TO APPROVE SETTLEMENT AGREEMENT | .40 |
| 07/17/06 | TC | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING SETTLEMENT WITH ENVIRONMENTAL PROTECTION AGENCY REGARDING WAUCONDA SITE | .50 |

TIME SUMMARY

|  |  | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier |  | 475.00 | 1.60 | 760.00 |
|  | TOTALS |  | 1.60 | 760.00 |

TOTAL FEES :                                                  760.00

TOTAL DUE  :                                                  760.00

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : AUGUST 29, 2006
MATTER  : 0066609-000003
INVOICE : 9931124

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE: BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/12/06 | TC | REVIEWED DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS | .60 |
| 07/12/06 | TC | REVIEWED DEBTORS' 20TH REPORT OF QUARTERLY SETTLEMENTS | .60 |
| 07/17/06 | TC | REVIEWED CERTIFICATION OF COUNSEL RE REVISED ORDER AUTHORIZING THE IMPLEMENTATION OF 2006-2008 LONG TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES | .50 |

TIME SUMMARY

|  |  | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier |  | 475.00 | 1.70 | 807.50 |
|  | TOTALS |  | 1.70 | 807.50 |

TOTAL FEES :                                                807.50

TOTAL DUE  :                                                807.50

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :  AUGUST 29, 2006
MATTER :  0066609-000004
INVOICE :  9931125

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06   6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/05/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADING AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/06/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADING AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/07/06 | TC | REVIEWED UPDATED DOCKET | .50 |
| 07/07/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/13/06 | TC | REVIEWED UPDATED DOCKET | .50 |
| 07/17/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADING AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/18/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADING AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : AUGUST 29, 2006
MATTER  : 0066609-000004
INVOICE : 9931125

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE: CASE ADMINISTRATION

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/19/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/20/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/21/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/25/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/26/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/28/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   AUGUST 24, 2006
MATTER  :   0066609-000004
INVOICE :   9931125

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE:  CASE ADMINISTRATION

| 07/31/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AMD CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

### TIME SUMMARY

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| T. Currier | 475.00 | 1.00  | 475.00  |
| M N FLORES | 140.00 | 12.00 | 1680.00 |
| TOTALS     |        | 13.00 | 2155.00 |

TOTAL FEES :                    2,155.00

TOTAL DUE  :                    2,155.00

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 29, 2006
MATTER : 0066609-000005
INVOICE : 9931137

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/07/06 | TC | REVIEWED OBJECTION OF STATE OF ARIZONA TO DEBTORS' MOTION FOR A SCHEDULING ORDER ON ASBESTOS PROPERTY DAMAGE CLAIMS | .50 |
| 07/10/06 | TC | REVIEWED JOINDER OF CITY OF PHOENIX IN OPPOSITION FILED BY STATE OF ARIZONA TO MOTION FOR A SCHEDULING ORDER ON ASBESTOS PROPERTY DAMAGE CLAIMS | .40 |
| 07/10/06 | TC | REVIEWED JOINDER OF COOK COUNTY ILLINOIS IN OPPOSITION FILED BY STATE OF ARIZONA TO MOTION FOR A SCHEDULING ORDER ON ASBESTOS PROPERTY DAMAGE CLAIMS | .40 |
| 07/10/06 | TC | REVIEWED OBJECTION OF SPEIGHTS AND RYAN CLAIMANTS TO MOTION OF DEBTORS FOR A SCHEDULING ORDER ON ASBESTOS PROPERTY DAMAGE CLAIMS | .70 |
| 07/11/06 | TC | OBJECTION OF WALLACE AND GRAHAM TO ASBESTOS QUESTIONAIRE | .50 |
| 07/12/06 | TC | REVIEWED 2 JOINDERS OF MOTLEY RICE CLAIMANTS IN OBJECTION OF ASBESTOS PROPERTY DAMAGE COMMITTEE TO SCHEDULING ORDER | .50 |
| 07/14/06 | TC | REVIEWED MOTION TO AMEND CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS LIABILITIES | .80 |
| 07/17/06 | TC | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER MODIFYING VARIOUS DEADLINES REGARDING ASBESTOS PROPERTY DAMAGE ESTIMATION | .60 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : AUGUST 29, 2006
MATTER  : 0066609-000005
INVOICE : 9931137

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 07/17/06 | TC | REVIEWED CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR AN ORDER ESTABLISHING A PROOF OF CLAIM BAR DATE FOR ASBESTOS PERSONAL INJURY PREPETITIO LITIGAITON CLAIMS | .40 |
| 07/18/06 | TC | REVIEWED NOTICE OF MEDIATION AND NOTICE OF HEARING ON MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO QUESTIONAIRE | 2.20 |
| 07/18/06 | TC | REVIEWED CERTIFICATION OF COUNSEL REGARDING AMENDING CASE MANAGEMENT ORDER ON ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES | .50 |

## TIME SUMMARY

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier | | 475.00 | 7.50 | 3562.50 |
| | TOTALS | | 7.50 | 3562.50 |

TOTAL FEES :                           3,562.50

TOTAL DUE  :                           3,562.50

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :   AUGUST 29, 2006
                                             MATTER : 0066609-000006
                                             INVOICE : 9931126

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/07/06 | TC | REVIEWED DEBTORS' MOTION FOR A SCHEDULING ORDER ON 15TH OMNIBUS CLAIMS OBJECTION ON PD CLAIMS | .70 |
| 07/07/06 | TC | REVIEWED OBJECTION OF PRUDENTIAL TO MOTION FOR A SCHEDULING ORDER ON PD CLAIMS | .50 |
| 07/07/06 | TC | REVIEWED OBJECTION OF OFFICIAL PROPERTY DAMAGE COMMITTEE TO MOTION FOR A SCHEDULING ORDER ON PD CLAIMS | .70 |
| 07/07/06 | TC | REVIEWED JOINDER OF THE MOTLEY RICE CLAIMANTS IN THE OBJECTION OF THE OFFICIAL PROPERTY DAMAGE COMMITTEE TO THE MOTION FOR A SCHEDULING ORDER ON THE PD CLAIMS | .40 |
| 07/07/06 | TC | REVIEWED JOINDER OF THE STATE OF OREGON IN THE OBJECTION FILED BY THE STATE OF ARIZONA TO MOTION FOR A SCHEDULING ORDER | .40 |
| 07/07/06 | TC | REVIEWED JOINDER OF THE STATE OF ARKANSAS IN THE OBJECTION FILED BY THE STATE OF ARIZONA TO MOTION FOR A SCHEDULING ORDER | .40 |
| 07/11/06 | TC | REVIEWED WILLIAM WITTENBURG RESPONSE TO DEBTORS' 15TH OBJECTION TO CLAIMS | .60 |
| 07/11/06 | TC | REVIEWED WALLACE AND GRAHAM OBJECTION TO QUESTIONAIRE | .50 |
| 07/12/06 | TC | REVIEWED OBJECTION OF PRUDENTIAL INSURANCE COMPANY OF AMERICA TO THE DEBTORS' MOTION FOR A SCHEDULING ORDER REGARDING CERTAIN OF THE DEBTORS' 15TH OMNIBUS OBJECTIONS TO CLAIMS | .60 |

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    AUGUST 29, 2006
                                                MATTER : 0066609-000006
                                                INVOICE : 9931126

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 07/12/06 | TC | REVIEWED OBJECTION OF PRUDENTIAL TO SCHEDULING ORDER ON PD CLAIMS | .60 |
| 07/12/06 | TC | REVIEWED JAMIE SHARTZERS' RESPONSE TO DEBTORS' MOTION FOR A SCHEDULING ORDER FOR PD CLAIMS | .50 |
| 07/12/06 | TC | REVIEWED CHRIS PARKS' OBJECTION TO QUESTIONAIRE | .50 |
| 07/14/06 | TC | REVIEWED MOTION FOR LEAVE TO FILE A REPLY TO OBJECTIONS TO EXCLUSIVITY MOTION | .50 |
| 07/17/06 | TC | REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR A SCHEDULING ORDER REGARDING OMNIBUS OBJECTIONS TO PD CLAIMS | .50 |
| 07/18/06 | TC | REVIEWED DEBTORS' OBJECTION TO CLAIM NO. 5703 | .50 |
| 07/25/06 | TC | REVIEWED ORDER GRANTING IOWA'S MOTION TO FILE A LATE CLAIM | .40 |
| 07/25/06 | TC | REVIEWED 23RD CONTINUATION ORDER ON CLAIMS | .50 |

TIME SUMMARY

|  | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier | | 475.00 | 8.80 | 4180.00 |
|  | TOTALS | | 8.80 | 4180.00 |

TOTAL FEES :                                              4,180.00

TOTAL DUE :                                               4,180.00

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : AUGUST 29, 2006
MATTER  : 0066609-000007
INVOICE : 9931127

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
     EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/10/06 | TC | REVIEWED AMENDMENT TO APPOINTMENT OF OFFICIAL CREDITORS COMMITTEE | .40 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | .40 | 190.00 |
| TOTALS |  | .40 | 190.00 |

TOTAL FEES :                                             190.00

TOTAL DUE  :                                             190.00

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    : AUGUST 29, 2006
                                             MATTER  : 0066609-000009
                                             INVOICE : 9931128

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE: EMPLOYMENT APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/25/06 | TC | REVIEWED ORDINARY COURSE PROFESSIONALS ORDER | .40 |
| 07/28/06 | TC | WORKED ON MOTION TO AMEND RETENTION OF KLETT ROONEY TO CHANGE FIRM NAME TO BUCHANAN INGERSOLL & ROONEY | 1.60 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | 2.00 | 950.00 |
| TOTALS |  | 2.00 | 950.00 |

TOTAL FEES :                                                950.00

TOTAL DUE  :                                                950.00

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE   : AUGUST 29, 2006
                                          MATTER : 0066609-000011
                                          INVOICE: 9931129

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/19/06 | MNF | REVIEW DOCKET RE: SIGNED ORDER FOR 19TH QUARTERLY FEE APP (.2); T/C WITH J. BEAMON RE: SAME (.2); SEND SAME TO J. BEAMON (.1) | .50 |
| 07/20/06 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS FOR JUNE 2006 TIME | .60 |
| 07/21/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 55TH MONTHLY FEE APP OF KRLS (.2); DRAFT CNO RE: SAME(.4) | .60 |
| 07/24/06 | TC | REVIEWED, APPROVED AND FILED CERTIFICATION OF NO OBJECTION | .50 |
| 07/24/06 | MNF | E-FILE AND SERVE CNO RE: 55TH MONTHLY FEE APP OF KRLS | 1.00 |
| 07/25/06 | FAP | PREPARE FEE AND EXPENSE SUMMARY FOR JUNE 2006 | .20 |
| 07/25/06 | MNF | DRAFT 56TH MONTHLY FEE APP OF KRLS FOR MAY 2006 | 1.00 |
| 07/28/06 | MNF | FINALIZE BILLS RE: JUNE 2006 TIME AND SEND SAME TO ACCOUNTING | 1.00 |
| 07/31/06 | TC | REVIEWED AND APPROVED FEE APPLICATION | .70 |

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE    : AUGUST 29, 2006
                                            MATTER  : 0066609-000011
                                            INVOICE : 9931129

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06   6548

RE:   FEE APPLICATIONS, APPLICANT

```
                  T I M E   S U M M A R Y
                  -----------------------

                       RATE      HOURS         TOTALS
                       ----      -----         ------

T. Currier            475.00      1.20         570.00
F. A. Panchak         150.00       .20          30.00
M N FLORES            140.00      4.70         658.00
              TOTALS              6.10        1258.00

              TOTAL FEES :                              1,258.00

              TOTAL DUE  :                              1,258.00
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : AUGUST 29, 2006
MATTER  : 0066609-000012
INVOICE : 9931130

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06   6548

RE: FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/05/06 | MNF | E-FILE AND SERVE 58TH MONTHLY FEE APP OF KRAMER LEVIN (1.0); CONVERT AND SCAN SAME TO FEE AUDITOR (.4); CALENDAR TIME (.1) | 1.50 |
| 07/27/06 | MNF | DRAFT CNO RE: 58TH MONTHLY FEE APP OF KRAMER LEVIN(.5); E-FILE AND SERVE SAME(.5) | 1.00 |

### TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 140.00 | 2.50 | 350.00 |
| TOTALS | | 2.50 | 350.00 |

TOTAL FEES :  350.00

TOTAL DUE  :  350.00

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 29, 2006
MATTER : 0066609-000016
INVOICE : 9931132

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/07/06 | TC | REVIEWED SUCCESSOR OBJECTION OF THE FUTURES' REPRESENTATIVE AND OTHERS TO DEBTORS' MOTION TO EXTEND EXCLUSIVITY | .70 |
| 07/10/06 | TC | REVIEWED DEBTORS' SUPPLEMENTAL BRIEF IN SUPPORT OF AN EXTENSION IN EXCLUSIVITY | 1.80 |
| 07/10/06 | TC | REVIEWED BRIEF IN SUPPORT OF FURTHER EXCLUSIVITY EXTENSION | 1.10 |
| 07/12/06 | TC | REVIEWED SUPPLEMENTAL OBJECTION OF FUTURES CLAIMANTS TO FURTHER EXTENSION OF EXCLUSIVITY | .60 |
| 07/14/06 | TC | REVIEWED ATTORNEY GENERAL OF CANADA'S RESPONSE TO MOTION OF DEBTORS TO EXTEND EXCLUSIVITY | .70 |
| 07/14/06 | TC | REVIEWED RESPONSE OF TORT VICTIMS TO EXCLUSIVITY MOTION | .90 |
| 07/18/06 | TC | REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE A REPLY | .50 |

TIME SUMMARY

|  |  | RATE | HOURS | TOTALS |
|--|--|------|-------|--------|
| T. Currier |        | 475.00 | 6.30 | 2992.50 |
|            | TOTALS |        | 6.30 | 2992.50 |

TOTAL FEES :                                              2,992.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    AUGUST 29, 2006
MATTER  :    0066609-000016
INVOICE :    9931132

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE:    PLAN AND DISCLOSURE STATEMENT

TOTAL DUE   :                                               2,992.50

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : AUGUST 29, 2006
MATTER  : 0066609-001000
INVOICE : 9931133

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/06    6548

RE:    EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 06/28/06 REPRODUCTION OF DOCUMENTS | 4.50 |
| 06/29/06 REPRODUCTION OF DOCUMENTS | 6.90 |
| 07/05/06 REPRODUCTION OF DOCUMENTS | 14.40 |
| 07/06/06 FEDERAL EXPRESS - FEDEX - # 1-096-08890 | 15.67 |
| 07/11/06 MESSENGER SERVICES - PARCELS, INC. - # 38265 | 7.50 |
| 07/12/06 FEDERAL EXPRESS - FEDEX - # 1-107-43023 | 26.12 |
| 07/31/06 MESSENGER SERVICES - PARCELS, INC. - # 38569 | 7.50 |
| TOTAL EXPENSE ADVANCES : | 82.59 |
| TOTAL DUE : | 82.59 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA