```
alp_132rc: Client Analysis Sheet                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   1
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/24/06 09:57:37
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE       Worked : 12/31/99 thru 08/24/06

  Matter
  Number   Name                        Hours       Fees         Disbursements   Total Charges    Resp Partners              Class  Freq  Stat
  ------   ----                        -----       ----         -------------   -------------    -------------              -----  ----  ----
  00001    CASE ADMINISTRATION          3.10     1,162.00            0.00         1,162.00       BENTLEY PHILIP - 02495       M     B
  00002    CREDITOR COMMITTEE           8.90     5,076.00            0.00         5,076.00       BENTLEY PHILIP - 02495       M     B
  00005    BANKR. MOTIONS               3.60     2,151.00            0.00         2,151.00       BENTLEY PHILIP - 02495       M     B
  00008    FEE APPLICATIONS, APPLIC.    4.70     1,354.00            0.00         1,354.00       BENTLEY PHILIP - 02495       M     B
  00012    CLAIM ANALYSIS OBJECTION    22.00    12,990.50            0.00        12,990.50       BENTLEY PHILIP - 02495       M     B
  00019    HEARINGS                     8.70     5,481.00            0.00         5,481.00       BENTLEY PHILIP - 02495       M     B
  00028    TRAVEL\NON-WORKING           4.00     1,260.00            0.00         1,260.00       BENTLEY PHILIP - 02495       M     B

         Client Total                  55.00    29,474.50            0.00        29,474.50
```

alp_132c: Client Summary

Run Date & Time: 08/24/2006 09:57:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o many services

PRE-BILLING SUMMARY REPORT

| | | |
|---|---|---|
| UNBILLED TIME FROM: | 12/18/2005 | TO: 07/31/2006 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: 06/30/2006 |

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 29,474.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 07/31/2006 | 06/30/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

| FEES: | 85,032.64 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| DISBURSEMENTS: | 4,429.85 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 89,462.49 | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 08/16/06 | LAST PAYMENT DATE: | 08/17/06 |
| LAST BILL NUMBER: | 443006 | ACTUAL FEES BILLED TO DATE: | 1,760,452.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 1,760,452.50 |
| LAST BILL THRU DATE: | 06/30/06 | FEES WRITTEN OFF TO DATE: | 164,668.18 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development     (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding
                                                             (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

```
alp_132c: Client Summary                                                                                                         PAGE    2

Run Date & Time: 08/24/2006 09:57:36
                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*
Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y      ------------------ Total Unbilled ------------------
Emp Id  Employee Name                 Group            Oldest      Latest       Hours        Amount
------  ---------------------         ------------     --------    --------     --------     --------
02495   BENTLEY, PHILIP               PARTNER          07/24/06    07/24/06         4.00      1,260.00
02495   BENTLEY, PHILIP               PARTNER          07/07/06    07/31/06        24.20     15,246.00
07850   HOROWITZ, GREGORY A.          PARTNER          07/31/06    07/31/06         3.50      2,082.50
05292   BECKER, GARY M.               SPEC COUNSEL     07/05/06    07/31/06        18.00      9,720.00
        PARAPROFESSIONALS
06451   GAVIGAN, JAMES C              PARALEGAL        07/03/06    07/26/06         5.00      1,100.00
06664   WAGNER, RYAN                  PARALEGAL        07/20/06    07/20/06         0.30         66.00

                                      Total:                                       55.00     29,474.50


A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 08/24/06 09:57:36)
                                                    Billed                   ------ Collections ------    Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement    Applied From OA    Total        Date          Due
---------- --------- ------     ----------   ------------    --------------   ----------   --------      ----------
05/19/06   03/31/06  437384      58,334.00       5,445.00                      48,829.00                  14,950.00
08/16/06   06/30/06  443006      58,048.00       2,809.18                      15,819.19                  45,037.99
08/24/06   06/30/06  444084      29,474.50             .00                            .00                 29,474.50
                                ----------    -----------                     ----------                 ----------
                     Total:     145,856.50       8,254.18                      64,648.19                  89,462.49
```

```
alp_132r: Matter Detail                                                                                                                    PAGE     1

Run Date & Time: 08/24/2006 09:57:24

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                         Orig Prtnr : CRED. RGTS - 06975            Proforma Number: 2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                          PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      07/10/2006                   TO:     07/31/2006
UNBILLED DISB FROM:                                   TO:

                                                 FEES                          COSTS

GROSS BILLABLE AMOUNT:                       1,162.00                           0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                  07/31/2006
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                                    ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

                                   FEES:              1,162.00
             DISBURSEMENTS:                               0.00       UNIDENTIFIED RECEIPTS:         0.00
             FEE RETAINER:                                0.00       PAID FEE RETAINER:             0.00
             DISB RETAINER:                               0.00       PAID DISB RETAINER:            0.00
             TOTAL OUTSTANDING:                       1,162.00       TOTAL AVAILABLE FUNDS:         0.00
                                                                     TRUST BALANCE:
                                                                     BILLING HISTORY

DATE OF LAST BILL:                   08/16/06                        LAST PAYMENT DATE:        08/17/06
LAST BILL NUMBER:                    443006                          ACTUAL FEES BILLED TO DATE:     253,149.50
                                                                     ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                                     TOTAL FEES BILLED TO DATE:      253,149.50
LAST BILL THRU DATE:                 06/30/06                        FEES WRITTEN OFF TO DATE:        79,053.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/24/2006 09:57:24

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                    ----------- Total Unbilled -----------
Emp Id Employee Name              Group           Oldest         Latest           Hours           Amount
------ -----------------------    -----          --------       --------        --------        ---------
05292  BECKER, GARY M.            CRED           07/10/06       07/31/06            1.50          810.00
       PARAPROFESSIONALS
06451  GAVIGAN, JAMES C           CRED           07/12/06       07/12/06            1.30          286.00
06664  WAGNER, RYAN               CRED           07/20/06       07/20/06            0.30           66.00

                                  Total:                                            3.10        1,162.00

Sub-Total Hours :    0.00 Partners    1.50 Counsels    0.00 Associates    1.60 Legal Assts    0.00 Others

A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 08/24/06 09:57:24)
Bill Date Thru Date Bill#                  Fee & OA     Billed    Applied    Collections    Balance
                                           Disbursement           From OA    Total          Due
                                                                             Data

05/19/06 03/31/06  437384                    999.00    482.88                 1,481.88 05/19/06
08/16/06 06/30/06  443006                    965.00    477.96                 1,442.96 08/17/06
08/24/06 06/30/06  444084                  1,162.00       .00                      .00           1,162.00

                      Total:               3,126.00    960.84                 2,924.84           1,162.00
```

```
alp_132r: Matter Detail                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE     3
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/24/2006 09:57:24

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

UNBILLED TIME DETAIL
Employee Name             Work Date    Description                                         Hours     Amount      Index#    Batch Date  Task Act
---------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.           07/10/06     review docket and gather pleadings relevant to       1.00     540.00     6397670   07/14/2006
                                       next omnibus hrg
GAVIGAN, JAMES C.         07/12/06     organizing files to prepare to move large bulk       1.30     286.00     6416621   07/26/2006
                                       to storage
WAGNER, RYAN              07/20/06     Organized copy of motion and exhibits per Phil       0.30      66.00     6408359   07/24/2006
                                       Bentley's request.
BECKER, GARY M.           07/31/06     Review accumulated pleadings and orders (0.5).       0.50     270.00     6430289   08/01/2006

                                                                   Fee Total                3.10   1,162.00

                                                                   Fee Total                3.10   1,162.00
```

```
alp_132r: Matter Detail                                                                                   PAGE    4
Run Date & Time: 08/24/2006 09:57:24

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

                  BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours          Amount          Bill         W/O / W/u     Transfer To   Clnt/Mtr   Carry Forward

BECKER, GARY M.             1.50          810.00
GAVIGAN, JAMES C.           1.30          286.00
WAGNER, RYAN                0.30           66.00

       Total:               3.10        1,162.00
```

```
alp_132r: Matter Detail                                                                                                      PAGE    5
Run Date & Time: 08/24/2006 09:57:24

                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

                                         PRE-BILLING SUMMARY REPORT

Matter No: 056772-00002                                  Orig Prtnr : CRED. RGTS - 06975      Proforma Number:   2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

Special Billing Instructions:

========================================================================================================================
                                                    FEES              COSTS
UNBILLED TIME FROM:     07/06/2006                  TO:               07/31/2006
UNBILLED DISB FROM:                                 TO:

                                         FEES                COSTS

GROSS BILLABLE AMOUNT:                  5,076.00             0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                             07/31/2006

CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

           BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

========================================================================================================================
                                 ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

           FEES:                11,092.20
           DISBURSEMENTS:            0.00         UNIDENTIFIED RECEIPTS:           0.00
           FEE RETAINER:             0.00         PAID FEE RETAINER:               0.00
           DISB RETAINER:            0.00         PAID DISB RETAINER:              0.00
           TOTAL OUTSTANDING:   11,092.20         TOTAL AVAILABLE FUNDS:           0.00
                                                  TRUST BALANCE:
                                                  BILLING HISTORY
========================================================================================================================
DATE OF LAST BILL:         08/16/06               LAST PAYMENT DATE:          08/17/06
LAST BILL NUMBER:           443006                ACTUAL FEES BILLED TO DATE:   233,458.50
                                                  ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                  TOTAL FEES BILLED TO DATE:    233,458.50
LAST BILL THRU DATE:       06/30/06               FEES WRITTEN OFF TO DATE:      21,567.50
========================================================================================================================
FOR ACCTG USE ONLY:                        Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
   (2) Late Time & Costs Posted        (5) Business Development        (8) Premium
   (3) Pre-arranged Discount           (6) Summer Associate            (9) Rounding           (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
Run Date & Time: 08/24/2006 09:57:24                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y    ---------------- Total Unbilled ----------------
Emp Id  Employee Name                 Group              Oldest      Latest         Hours          Amount
                                                         ------      ------         -----          ------
02495   BENTLEY, PHILIP               CRED             07/25/06    07/27/06          3.00        1,890.00
05292   BECKER, GARY M.               CRED             07/06/06    07/31/06          5.90        3,186.00
                                                                                     ----        --------
                             Total:                                                  8.90        5,076.00

Sub-Total Hours :    3.00 Partners      5.90 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 08/24/06 09:57:24)
                           -------- Billed --------          Applied       ---- Collections ----    Balance
Bill Date Thru Date Bill#     Fee & OA     Disbursement      From OA         Total         Date       Due
                           ----------     ------------     ----------     ----------    --------  ----------
05/19/06 03/31/06 437384    17,928.00           99.00                      18,027.00   05/19/06
08/16/06 06/30/06 443006    20,124.00           14.55                      14,122.35   08/17/06    6,016.20
08/24/06 06/30/06 444084     5,076.00              .00                            .00              5,076.00
                           ----------     ------------     ----------     ----------              ----------
                 Total:     43,128.00          113.55                      32,149.35              11,092.20
```

```
alp_132r: Matter Detail                                                                                                         PAGE   7
Run Date & Time: 08/24/2006 09:57:24

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                  Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

U N B I L L E D   T I M E    D E T A I L
Employee Name            Work Date    Description                                                  Hours    Amount    Index#   Batch Date  Task Act
-----------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.          07/06/06  conf shareholder re case issues                                  0.50     270.00   6388697  07/07/2006
BECKER, GARY M.          07/07/06  review case re Cmtee communication issues                        0.80     432.00   6391886  07/10/2006
BECKER, GARY M.          07/10/06  email from shareholder re case issues                            0.30     162.00   6397671  07/14/2006
                                   (0.5); conf shareholder (0.3).
BECKER, GARY M.          07/13/06  prepare for and conf. with Committee chair and                   2.00   1,080.00   6421573  07/31/2006
                                   Bentley re case strategy
BECKER, GARY M.          07/14/06  Conf. Shareholder re case status                                 0.60     324.00   6421574  07/31/2006
BECKER, GARY M.          07/21/06  Conf. shareholder (0.7)                                          0.70     378.00   6421571  07/31/2006
BECKER, GARY M.          07/24/06  Communications with shareholders re case                         0.50     270.00   6421572  07/31/2006
                                   hearings
BENTLEY, PHILIP          07/25/06  TCs with equity holders re yesterday's hearing                   1.00     630.00   6429561  08/01/2006
BENTLEY, PHILIP          07/26/06  Discs with equity holders and with TW re                         1.30     819.00   6429560  08/01/2006
                                   Monday's hearing; notes for followup
BENTLEY, PHILIP          07/27/06  TCs with equity holders re Monday's hearing                      0.70     441.00   6429559  08/01/2006
BECKER, GARY M.          07/31/06  Conference shareholder regarding case issues                     0.50     270.00   6430290  08/01/2006
                                   (0.5).

                                                                                        Fee Total    8.90   5,076.00
```

```
alp_132r: Matter Detail                                                                                                    PAGE    8
Run Date & Time: 08/24/2006 09:57:25

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                  Orig Prtnr : CRED. RGTS - 06975       Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount          Bill       W/o / W/u      Transfer To       Clnt/Mtr     Carry Forward

BENTLEY, PHILIP             3.00      1,890.00
BECKER, GARY M.             5.90      3,186.00
     Total:                 8.90      5,076.00
```

```
alp_132r: Matter Detail                                                                                                                      PAGE     9
Run Date & Time: 08/24/2006 09:57:25

                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*
```

Matter No: 056772-00005                                                   Orig Prtnr : CRED. RGTS. - 06975            Proforma Number: 2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : BANKR. MOTIONS                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status    : ACTIVE

Special Billing Instructions:

                                                        PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:  07/10/2006            TO:   07/19/2006
         UNBILLED DISB FROM:                        TO:

                                                    FEES                         COSTS

         GROSS BILLABLE AMOUNT:                  2,151.00                         0.00
         AMOUNT WRITTEN DOWN:
         PREMIUM:
         ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
         THRU DATE:                            07/19/2006
    CLOSE MATTER/FINAL BILLING?           YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

                BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

                                                ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

          FEES:                                  6,795.00
          DISBURSEMENTS:                             0.00            UNIDENTIFIED RECEIPTS:            0.00
          FEE RETAINER:                              0.00            PAID FEE RETAINER:                0.00
          DISB RETAINER:                             0.00            PAID DISB RETAINER:               0.00
          TOTAL OUTSTANDING:                     6,795.00            TOTAL AVAILABLE FUNDS:            0.00
                                                                     TRUST BALANCE:
                                                                     BILLING HISTORY

          DATE OF LAST BILL:                    08/16/06             LAST PAYMENT DATE:             05/19/06
          LAST BILL NUMBER:                      443006              ACTUAL FEES BILLED TO DATE:   130,341.00
                                                                     ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                                     PAID DISB BILLED TO DATE:          0.00
          TOTAL OUTSTANDING:                     6,795.00            TOTAL FEES BILLED TO DATE:    130,341.00
          LAST BILL THRU DATE:                  06/30/06             FEES WRITTEN OFF TO DATE:        444.00

    FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee            (4) Excessive Legal Time     (7) Fixed Fee
         (2) Late Time & Costs Posted      (5) Business Development     (8) Premium
         (3) Pre-arranged Discount         (6) Summer Associate         (9) Rounding          (10) Client Arrangement

    BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____    FRC: _____    CRC: _____

```
alp_132r: Matter Detail                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE   10
                                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/24/2006 09:57:25

Matter No: 056772-00005                                                                            Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                    Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                      Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                   ----------- Total Unbilled ----------
Emp Id Employee Name             Group        Oldest       Latest       Hours       Amount
                                              ------       ------       -----       ------
02495 BENTLEY, PHILIP            CRED         07/12/06     07/19/06      2.30     1,449.00
05292 BECKER, GARY M.            CRED         07/10/06     07/10/06      1.30       702.00

                  Total:                                                 3.60     2,151.00


Sub-Total Hours :      2.30 Partners         1.30 Counsels       0.00 Associates       0.00 Legal Assts       0.00 Others

A C C O U N T S    R E C E I V A B L E   (Reflects Payments As of 08/24/06 09:57:25)
Bill Date Thru Date Bill#      Fee & OA          Billed                 ---- Collections ----       Balance
                                              Disbursement      From OA         Total    Date         Due
                               --------       ------------      -------         -----    ----      -------
05/19/06 03/31/06 437384       2,052.00            .00             .00      2,052.00 05/19/06           ---
08/16/06 06/30/06 443006       4,644.00            .00             .00            .00               4,644.00
08/24/06 06/30/06 444084       2,151.00            .00             .00            .00               2,151.00
                               --------       ------------      -------         -----             ---------
          Total:               8,847.00            .00             .00      2,052.00                6,795.00
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE  11
Run Date & Time: 08/24/2006 09:57:25                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                             Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

UNBILLED TIME DETAIL
Employee Name             Work Date   Description                                              Hours      Amount      Index#   Batch Date    Task Act
----------------------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.           07/10/06    review debtors pleading re exclusivity (0.5);             1.30      702.00     6397672   07/14/2006
                                      review asbestos pleading re exclusivity (0.5);
                                      emails to Weschler re exclusivity (0.3)
BENTLEY, PHILIP           07/12/06    Review Debtors' and PI/PD committees' recent              0.60      378.00     6401036   07/18/2006
                                      exclusivity briefs
BENTLEY, PHILIP           07/19/06    Review recent exclusivity briefs and transcript           1.70    1,071.00     6429563   08/01/2006
                                      of June omnibus hearing

                                                                       Fee Total                3.60    2,151.00


                                                                       Fee Total                3.60    2,151.00
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                            PAGE   12
Run Date & Time: 08/24/2006 09:57:25               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                       Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:   2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                  Supv Prtnr : MAYER THOMAS MOSES - 03976
Matter Opened : 07/27/2001                                                                              Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours         Amount            Bill        W/o / W/u      Transfer To     Clnt/Mtr    Carry Forward
-------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP             2.30       1,449.00
BECKER, GARY M.             1.30         702.00
                                       ---------
            Total:          3.60       2,151.00
```

```
alp_132r: Matter Detail                                                                                                    PAGE   13
Run Date & Time: 08/24/2006 09:57:25
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                           Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   07/03/2006                  TO:   07/26/2006
          UNBILLED DISB FROM:                               TO:

                                          FEES                      COSTS
                                        --------                  --------
          GROSS BILLABLE AMOUNT:        1,354.00                       0.00
          AMOUNT WRITTEN DOWN:
          PREMIUM:
          ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
          THRU DATE:              07/26/2006
          CLOSE MATTER/FINAL BILLING?     YES OR NO
          EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

          BILLING COMMENTS:



                                          ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

               FEES:                         8,649.00      UNIDENTIFIED RECEIPTS:           0.00
               DISBURSEMENTS:                    0.00      PAID FEE RETAINER:                0.00
               FEE RETAINER:                     0.00      PAID DISB RETAINER:               0.00
               DISB RETAINER:                    0.00      TOTAL AVAILABLE FUNDS:            0.00
               TOTAL OUTSTANDING:            8,649.00      TRUST BALANCE:
                                                           BILLING HISTORY

          DATE OF LAST BILL:         08/16/06           LAST PAYMENT DATE:           08/17/06
          LAST BILL NUMBER:           443006      ACTUAL FEES BILLED TO DATE:       113,373.00
                                                  ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                  TOTAL FEES BILLED TO DATE:       113,373.00
          LAST BILL THRU DATE:        06/30/06     FEES WRITTEN OFF TO DATE:         4,424.50

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
          (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
          (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
          (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```