```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    14
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/24/2006 09:57:25

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y      ----------- Total Unbilled -----------
                                               Oldest       Latest          Hours          Amount
Emp Id  Employee Name              Group       -------      -------         -----          ------
05292   BECKER, GARY M.            CRED        07/05/06     07/21/06         1.00          540.00
06451   GAVIGAN, JAMES C.          CRED        07/03/06     07/26/06         3.70          814.00
                                                                            -----        --------
                            Total:                                           4.70        1,354.00


Sub-Total Hours :    0.00 Partners     1.00 Counsels     0.00 Associates     3.70 Legal Assts     0.00 Others


A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 08/24/06 09:57:25)
                                                       Billed   ------ Applied ------ ---- Collections ----      Balance
Bill Date  Thru Date   Bill#       Fee & OA    Disbursement     From OA   Total        Date                          Due
05/19/06   03/31/06    437384      8,636.00           41.52                8,677.52    06/26/06
08/16/06   06/30/06    443006      7,295.00          248.77                  248.77    08/17/06                 7,295.00
08/24/06   06/30/06    444084      1,354.00             .00                     .00                             1,354.00
                                  ---------         -------               ---------                            ---------
                       Total:    17,285.00          290.29                8,926.29                              8,649.00
```

```
alp_132r: Matter Detail                                                                                                    PAGE   15
Run Date & Time: 08/24/2006 09:57:25

Matter No: 056772-00008                                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L

Employee Name            Work Date    Description                                               Hours    Amount      Index#   Batch Date  Task Act
----------------------------------------------------------------------------------------------------------------------------------------------
GAVIGAN, JAMES C         07/03/06     creating monthly fee app                                   2.10    462.00     6393930   07/11/2006
BECKER, GARY M.          07/05/06     review and execute monthly fee app and conf.              0.50    270.00     6388698   07/07/2006
                                      Gavigan re same
GAVIGAN, JAMES C         07/05/06     sending out monthly fee app to local counsel              0.60    132.00     6393931   07/11/2006
BECKER, GARY M.          07/21/06     Review and revise pro forma invoice                       0.50    270.00     6421575   07/31/2006
GAVIGAN, JAMES C         07/26/06     producing fee app                                         1.00    220.00     6424786   07/31/2006

                                                                               Fee Total        4.70   1,354.00

                                                                               Fee Total        4.70   1,354.00
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

```
alp_132r: Matter Detail                                                                                                      PAGE   16

Run Date & Time: 08/24/2006 09:57:25
                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                Orig Prtnr  : CRED. RGTS - 06975        Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status  : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                 Hours        Amount        Bill        W/o / W/u        Transfer To        Clnt/Mtr        Carry Forward
-------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                1.00        540.00
GAVIGAN, JAMES C.              3.70        814.00
              Total:           4.70      1,354.00
```

```
alp_132r: Matter Detail                                                                                                              PAGE   17
Run Date & Time: 08/24/2006 09:57:25

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

Special Billing Instructions:

===============================================================================================================================================

                                                        PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  07/05/2006                  TO:  07/31/2006
UNBILLED DISB FROM:                              TO:

                                      FEES                 COSTS
                                      ----                 -----
GROSS BILLABLE AMOUNT:             12,990.50                0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                         07/31/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                         BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


===============================================================================================================================================

                         ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

         FEES:              26,849.44           UNIDENTIFIED RECEIPTS:     0.00
         DISBURSEMENTS:      1,704.65           PAID FEE RETAINER:         0.00
         FEE RETAINER:           0.00           PAID DISB RETAINER:        0.00
         DISB RETAINER:          0.00           TOTAL AVAILABLE FUNDS:     0.00
         TOTAL OUTSTANDING:  28,554.09          TRUST BALANCE:
                                                BILLING HISTORY
                                        ---------------------------------
         DATE OF LAST BILL:      08/16/06              LAST PAYMENT DATE:         08/17/06
         LAST BILL NUMBER:       443006       ACTUAL FEES BILLED TO DATE:       545,701.00
                                              ON ACCOUNT FEES BILLED TO DATE:        0.00
                                              TOTAL FEES BILLED TO DATE:       545,701.00
         LAST BILL THRU DATE:    06/30/06     FEES WRITTEN OFF TO DATE:          4,417.50

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee              (4) Excessive Legal Time         (7) Fixed Fee
    (2) Late Time & Costs Posted        (5) Business Development          (8) Premium
    (3) Pre-arranged Discount           (6) Summer Associate              (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                          PAGE    18
Run Date & Time: 08/24/2006 09:57:25

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                      Orig Prtnr : CRED. RGTS. - 06975           Proforma Number:  2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                   Supv Prtnr : MAYER THOMAS MOERS - 03976    Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                       ----------- Total Unbilled -----------
Emp Id Employee Name                 Group       Oldest         Latest         Hours              Amount
-----  -----------------             -----       ------         ------         -----              ------
02495  BENTLEY, PHILIP               CRED        07/07/06       07/31/06       10.20            6,426.00
07850  HOROWITZ, GREGORY A.          LITI        07/31/06       07/31/06        3.50            2,082.50
05292  BECKER, GARY M.               CRED        07/05/06       07/31/06        8.30            4,482.00

                             Total:                                            22.00           12,990.50


Sub-Total Hours :   13.70 Partners    8.30 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 08/24/06 09:57:25)
                                 ---------- Billed ----------       --- Applied ----     ---- Collections ----      Balance
Bill Date Thru Date Bill#        Fee & OA        Disbursement       From OA    Total           Date                 Due
---------------------------      --------        ------------       -------    -----           ----                 ----
05/19/06 03/31/06 437384        18,225.00        2,844.20                   18,590.60      06/26/06                 2,478.60
08/16/06 06/30/06 443006        11,770.00        1,320.10                    5.11          08/17/06                13,084.99
08/24/06 06/30/06 444084        12,990.50          .00                        .00                                  12,990.50

              Total:            42,985.50        4,164.30                   18,595.71                              28,554.09
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE     19
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/24/2006 09:57:25

Matter No: 056772-00012                                                     Orig Prtnr : CRED. RGTS - 06975                 Proforma Number:  2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr  : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                                      Hours          Amount    Index#      Batch Date    Task Act
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/05/06 | attn emails re PPI questionnaire mediation | 0.20 | 108.00 | 6388699 | 07/07/2006 |
| BECKER, GARY M. | 07/06/06 | prepare for and participate in mediation re PI questionnaire responses (3.5); review new proposed bar date order (0.3); emails to Harding (0.2) | 4.00 | 2,160.00 | 6388700 | 07/07/2006 |
| BECKER, GARY M. | 07/07/06 | review various emails and letters re PI CMO and Bar Date order and 2004 discovery (0.8); conf Bentley re July 20th conf call re same and other asbestos estimation issues (0.7); attn to Montana revised indictment and email Weschler re same (0.3) | 1.80 | 972.00 | 6391887 | 07/10/2006 |
| BENTLEY, PHILIP | 07/07/06 | Confs GB and trade emails re asbestos issues | 1.30 | 819.00 | 6396978 | 07/13/2006 |
| BENTLEY, PHILIP | 07/10/06 | Conf call with Debtors and other parties re CMO, bar date notice, etc. | 0.70 | 441.00 | 6401039 | 07/18/2006 |
| BENTLEY, PHILIP | 07/13/06 | Discs TW and GB re asbestos issues and upcoming bankruptcy court hearing | 1.40 | 882.00 | 6401037 | 07/18/2006 |
| BECKER, GARY M. | 07/13/06 | Review revised CMO documents and emails re same | 0.50 | 270.00 | 6421577 | 07/31/2006 |
| BENTLEY, PHILIP | 07/14/06 | Review multiple emails re CMO, BD order, etc. | 0.40 | 252.00 | 6401038 | 07/18/2006 |
| BECKER, GARY M. | 07/14/06 | Exchange emails re revised PI/PD CMO | 0.50 | 270.00 | 6421576 | 07/31/2006 |
| BENTLEY, PHILIP | 07/17/06 | Conf call with Grace, et al., re insurance issues; review emails | 0.90 | 567.00 | 6429564 | 08/01/2006 |
| BENTLEY, PHILIP | 07/20/06 | Review recent pleadings and hearing transcripts, prepare for Monday's hearing, and discs TW, JB and KP re same | 4.20 | 2,646.00 | 6429562 | 08/01/2006 |
| BENTLEY, PHILIP | 07/28/06 | Review emails regarding asbestos | 0.30 | 189.00 | 6429557 | 08/01/2006 |
| HOROWITZ, GREGORY A. | 07/31/06 | tc PB, GB (.5); review documents, including motion to compel, status reports, etc. (3.0) | 3.50 | 2,082.50 | 6429057 | 08/01/2006 |
| BENTLEY, PHILIP | 07/31/06 | Discs GB and GH re estimation issues, and review docs re same | 1.00 | 630.00 | 6429558 | 08/01/2006 |
| BECKER, GARY M. | 07/31/06 | Conference with Bentley regarding open issues on claims estimation (0.4); conference Bentley & Horowitz regarding same (0.5); attention to e-mails regarding discovery conference (0.2); collect status reports (0.2). | 1.30 | 702.00 | 6430291 | 08/01/2006 |
|  |  | Fee Total | 22.00 | 12,990.50 |  |  |

```
alp_132r: Matter Detail                                                                                          PAGE    20

Run Date & Time: 08/24/2006 09:57:25

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                            Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

   B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

   Employee Name            Hours        Amount         Bill         W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward

BENTLEY, PHILIP             10.20      6,426.00       _____         _____          _____         _____      _____
HOROWITZ, GREGORY A.         3.50      2,082.50       _____         _____          _____         _____      _____
BECKER, GARY M.              8.30      4,482.00       _____         _____          _____         _____      _____

           Total:           22.00     12,990.50       _____         _____          _____         _____      _____
```

```
alp_132r: Matter Detail                                                                                                             PAGE   21
Run Date & Time: 08/24/2006 09:57:25
                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2176014
Matter No: 056772-00019                                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status     : ACTIVE

Special Billing Instructions:
=================================================================================================================================

                                                    PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    07/24/2006                        TO:   07/24/2006
UNBILLED DISB FROM:                                      TO:

                                       FEES                                          COSTS
                                     --------                                      --------

GROSS BILLABLE AMOUNT:               5,481.00                                          0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
    THRU DATE:          07/24/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

             BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
_____
_____

                                           ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

                 FEES:            21,971.00                UNIDENTIFIED RECEIPTS:     0.00
       DISBURSEMENTS:              2,533.00                PAID FEE RETAINER:          0.00
       FEE RETAINER:                   0.00                PAID DISB RETAINER:         0.00
       DISB RETAINER:                  0.00                TOTAL AVAILABLE FUNDS:      0.00
   TOTAL OUTSTANDING:             24,504.00                TRUST BALANCE:
                                                           BILLING HISTORY

DATE OF LAST BILL:         08/16/06               LAST PAYMENT DATE:       07/24/06
LAST BILL NUMBER:          443006      ACTUAL FEES BILLED TO DATE:       137,277.50
                                       ON ACCOUNT FEES BILLED TO DATE:         0.00
                                       TOTAL FEES BILLED TO DATE:        137,277.50
LAST BILL THRU DATE:       06/30/06    FEES WRITTEN OFF TO DATE:           5,087.68

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding    (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                                                                                                      PAGE   22
                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
Run Date & Time: 08/24/2006 09:57:25              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                        Orig Prtnr : CRED. RGTS. - 06975        Proforma Number:  2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y             ------------- Total Unbilled -------------
Emp Id Employee Name         Group                  Oldest     Latest         Hours          Amount
----- ---------------------- -----                  --------   --------       -------        ----------
02495 BENTLEY, PHILIP         CRED                  07/24/06   07/24/06          8.70         5,481.00

                              Total:                                             8.70         5,481.00

Sub-Total Hours :    8.70 Partners      0.00 Counsels      0.00 Associates    0.00 Legal Assts    0.00 Others

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 08/24/06 09:57:25)
                                          -------- Billed --------    ---- Applied ----    --- Collections ---
Bill Date Thru Date Bill#    Fee & OA    Disbursement                 From OA     Total     Date    Balance
--------- --------- -----    ---------   ------------                 -------    ------     ----    ----Due
05/19/06  03/31/06  437384    6,426.00       1,977.40                    .00        .00              8,403.40
08/16/06  06/30/06  443006   10,064.00         555.60                    .00        .00             10,619.60
08/24/06  06/30/06  444084    5,481.00            .00                    .00        .00              5,481.00

               Total:        21,971.00       2,533.00                    .00                        24,504.00
```

```
alp_132r: Matter Detail                                                                                                                   PAGE    23
Run Date & Time: 08/24/2006 09:57:25

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                             Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                                  Hours      Amount        Index#   Batch Date Task Act
-----------------------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP           07/24/06  Attend omnibus hearing and conf T. Weschler re                    8.70    5,481.00      6429565  08/01/2006
                                    same (7.2); review recent pleadings and prepare
                                    for hearing (1.5)

                                                                          Fee Total                   8.70    5,481.00

                                                                          Fee Total                   8.70    5,481.00
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    24
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/24/2006 09:57:25

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                      Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                Hours       Amount            Bill        W/O / W/u       Transfer To        Clnt/Mtr   Carry Forward
------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP               8.70     5,481.00         _____       _____                                      _____

        Total:                8.70     5,481.00         _____       _____                                      _____
```

```
alp_132r: Matter Detail                                                                          PAGE   25
Run Date & Time: 08/24/2006 09:57:25

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                                 Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                         Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                                      Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                                     PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   07/24/2006                         TO:    07/24/2006
UNBILLED DISB FROM:                                      TO:

                                                 FEES                             COSTS

GROSS BILLABLE AMOUNT:                       1,260.00                             0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                07/24/2006
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

          FEES:                                      8,514.00
          DISBURSEMENTS:                               192.20              UNIDENTIFIED RECEIPTS:      0.00
          FEE RETAINER:                                  0.00              PAID FEE RETAINER:          0.00
          DISB RETAINER:                                 0.00              PAID DISB RETAINER:         0.00
          TOTAL OUTSTANDING:                        8,706.20               TOTAL AVAILABLE FUNDS:      0.00
                                                                           TRUST BALANCE:
                                                      BILLING HISTORY

          DATE OF LAST BILL:           08/16/06                 LAST PAYMENT DATE:          07/24/06
          LAST BILL NUMBER:              443006       ACTUAL FEES BILLED TO DATE:       61,090.00
                                                   ON ACCOUNT FEES BILLED TO DATE:           0.00
                                                      TOTAL FEES BILLED TO DATE:       61,090.00
          LAST BILL THRU DATE:         06/30/06        FEES WRITTEN OFF TO DATE:       25,258.50

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee             (4) Excessive Legal Time          (7) Fixed Fee
   (2) Late Time & Costs Posted       (5) Business Development          (8) Premium
   (3) Pre-arranged Discount          (6) Summer Associate              (9) Rounding      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                        PAGE    26
Run Date & Time: 08/24/2006 09:57:25

                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                           Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                     ---------- Total Unbilled ----------
 Emp Id  Employee Name          Group             Oldest        Latest       Hours          Amount
                                                   -----        ------       -----          ------
 02495   BENTLEY, PHILIP         CRED             07/24/06     07/24/06       4.00         1,260.00

                                          Total:                              4.00         1,260.00

Sub-Total Hours   :     4.00 Partners     0.00 Counsels     0.00 Associates   0.00 Legal Assts    0.00 Others


A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 08/24/06 09:57:25)
Bill Date Thru Date Bill#         Fee & OA      Disbursement      From OA        Applied    --- Collections ---     Balance
                                  Billed                                                       Total      Date        Due
05/19/06 03/31/06  437384        4,068.00             .00            .00             .00          .00                4,068.00
08/16/06 06/30/06  443006        3,186.00          192.20            .00             .00          .00                3,378.20
08/24/06 06/30/06  444084        1,260.00             .00            .00             .00          .00                1,260.00
                                 --------         -------        -------         -------       ------                --------
                      Total:     8,514.00          192.20            .00             .00          .00                8,706.20
```

```
alp_132r: Matter Detail                                                                                                  PAGE   27
Run Date & Time: 08/24/2006 09:57:25

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                         Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                              Status      : ACTIVE

UNBILLED TIME DETAIL
Employee Name          Work Date     Description                        Hours       Amount     Index#   Batch Date   Task  Act
----------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP        07/24/06      Non-working travel                  4.00     1,260.00    6429566  08/01/2006

                                                                Fee Total         4.00     1,260.00

                                                                Fee Total         4.00     1,260.00
```

```
alp_132r: Matter Detail                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    28
Run Date & Time: 08/24/2006 09:57:25                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                              Orig Prtnr : CRED. RGTS - 06975                     Proforma Number:   2176014
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495                 Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                               Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name                    Hours          Amount         Bill          W/o / W/u       Transfer To       Clnt/Mtr       Carry Forward
------------------------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP                   4.00        1,260.00

    Total:                        4.00        1,260.00
```