# EXHIBIT A

# Exhibit 1

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 004396 | Kelly, Lawrence Douglas 1304 Washington Ave Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 1304 Washington Ave Libby, MT 59923 | MT | C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 004710 | Clemons, John D 2268 Farm To Market Road Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 2268 Farm To Market Road Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 004711 | Braley, Eugene Alfred 651 Quartz Road Libby, MT | Tom Lewis | Lewis Huppert & Slovak PC | | 651 Quartz Road Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 004712 | Bauer, George James 203 East Spruce Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 203 East Spruce Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 004713 | Brown, Timothy Lee 300 Granite Avenue Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 346 Granite Avenue Libby, MT 59923 | MT | C-1 (d), D-4, D-6, E-1, G-2, |
| 004714 | Brown, Timothy Lee 300 Granite Avenue Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 300 Granite Avenue Libby, MT 59923 | MT | C-1 (d), D-4, D-6, E-2, G-2, |
| 005554 | Freebury, Danny James 1302 Airth Avenue Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 1302 Airth Avenue Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 005555 | Geer, Mary K 141 Conifer Road Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 141 Conifer Road Libby, MT 59923 | MT | C-1 (d), D-4, D-6, E-2, G-2, |
| 005556 | Hansen, Sally A 416 W 4th Street Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 416 W 4th Street Libby, MT 59923 | MT | C-2, E-1, G-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 005557 | Erickson, Rodney A 280 Dolphin Lane Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 280 Dolphin Lane Libby, MT | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 005558 | Hedahl, Keith 94 Rainbow Lane Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 94 Rainbow Lane Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 005559 | Cole, Eddy J 2223 Snowshoe Road Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 902 East Lincoln Blvd Libby, MT | MT | C-2, C-3 (e), E-1, G-2, |
| 005560 | Davidson, James 683 Acm Road South Libby, MI 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 1004 Mineral Avenue Libby, MT 59923 | MT | C-1 (d), C-2, D-4, D-6, E-3, G-2, |
| 005561 | Ellelson, Rodney 500 Taylor Road Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 500 Taylor Road Libby, MT 59923 | MT | C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 005562 | Fletcher, Geraldine M 377 Thomas Street Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 377 Thomas Street Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 005563 | Carr, Evelyn Marie 1681 Highway 2 South Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 1681 Highway 2 South Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 005564 | Garrison, Charlene M 12 1/2 Garrison Rd Po Box 424 Troy, MT 59935 | Tom Lewis | Lewis Huppert & Slovak PC | | 12 1 2 Garrison Road Troy, MT 59935 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 006083 | Nelson, Geraldine Louise 3441 Farm To Market Road PO Box 1429 Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 1221 Dakota Avenue Libby, MT 59923 | MT | C-1 (d), C-2, E-1, G-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 006084 | Nelson, Geraldine Louise 3441 Farm To Market Road PO Box 1429 Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 1115 Dakota Avenue Libby, MT 59923 | MT | C-1 (d), C-2, E-1, G-2, |
| 006085 | Nelson, Geraldine Louise 3441 Farm To Market Road PO Box 1429 Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 3441 Farm To Market Road Libby, MT 59923 | MT | C-1 (d), C-2, E-1, G-2, |
| 006086 | Nelson, Barbara Sue 1021 Main Po Box 1116 Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 1021 Main Libby, MT 59923 | MT | C-2, D-4, D-6, E-1, G-2, |
| 006087 | Judkins, Jack Dean 2537 Bull Lake Road Troy, MT 59935 | Tom Lewis | Lewis Huppert & Slovak PC | | 1770 Highway 2 West Libby, MT | MT | C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 006089 | Wagner, Michael Charles 3696 Second Street Extension West Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 3696 Second Street Extension West Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 006090 | Welch, Dennis Albert 172 St Regis Road Po Box 396 Troy, MT 59935 | Tom Lewis | Lewis Huppert & Slovak PC | | 172 St Regis Road Troy, MT 59935 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 006091 | Welch, Robert James 155 St Regis Haul Rd. Troy, MT 59935 | Tom Lewis | Lewis Huppert & Slovak PC | | 117 St Regis Haul Rd Troy, MT 59935 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 006092 | Kelley, Douglas 3819 Us Highway 2 South Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 3819 US Highway 2 South Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 006093 | Kvapil, Celia Jane 182 Farm To Market Road Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 182 Farm To Market Road Libby, MT 59923 | MT | C-1 (d), E-1, G-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 006094 | Lindsay, Duane Edward 412 Parmenter Avenue Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 412 Parmenter Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 006095 | Mcallister, Sandra Carol 3518 Highway 2 South PO Box 1315 Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 3518 Highway 2 South Libby, MT 59923 | MT | C-1 (d), C-2, D-4, D-6, E-1, G-2, |
| 006096 | Mccully, Vernon Dean 450 Farm To Market Road Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 450 Farm To Market Road Libby, MT 59923 | MT | C-1 (d), D-4, D-6, E-2, G-2, |
| 009657 | Parker, Melvin George 472 Riverview Drive Libby, MT | Tom Lewis | Lewis Huppert & Slovak PC | | 609 Ninth Street | MT | A-2, C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 009658 | Parker, Melvin George | Tom Lewis | Lewis Huppert & Slovak PC | | 5000 Highway 37 North Libby, MT 59923 | MT | E-3, G-2, |
| 009659 | Spencer, Barbara A 2498 Highway 2 South Libby, M | Tom Lewis | Lewis Huppert & Slovak PC | | Sixth Street & Utah Avenue [2 Lots ] Libby, MT 59923 | MT | C-1 (d), E-2, G-2, |
| 009660 | Spencer, Barbara A | Tom Lewis | Lewis & Slovak PC | | 500 Jay Effar Road Libby, MT 59923 | MT | C-1 (d), C-2, D-4, D-6, E-1, G-2, |
| 009661 | Spencer, Barbara A | Tom Lewis | Lewis & Slovak PC | | 2498 Highway 2 South Libby, MT 59923 | MT | C-1 (d), D-4, D-6, E-1, G-2, |
| 009662 | Lehnert, Arnold 420 Indianhead Road Libby, Mt 5 | Tom Lewis | Lewis Huppert & Slovak PC | | 420 Indianhead Road Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 009663 | Roy Mcmillan Pr Of Estate Of Robert Mcmillan | Tom Lewis | Lewis Huppert & Slovak PC | | 1580 East Fifth Street Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 009664 | Serna, Dice Victoria | Tom Lewis | Lewis & Slovak PC | | 265 Wards Road Libby, MT 59923 | MT | C-1 (d), C-2, D-4, D-6, E-1, G-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 009665 | Riewoldt, John Howard | Tom Lewis | Lewis & Slovak PC | | 10553 Highway 37 Libby, MT 59923 | MT | E-1, G-2, |
| 009666 | Orr, Howard King 320 Shalom Drive Libby, Mt. 599 | Tom Lewis | Lewis Huppert & Slovak PC | | 320 Shalom Drive Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 009667 | Munsel, Donald 390 Autumn Road Libby, Mt. 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 390 Autumn Road Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 009668 | Kelly, Joseph | Tom Lewis | Lewis & Slovak PC | | 418 Indianhead Road Libby, MT 59923 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 009669 | Nelson, Pete O 506 Indianhead Road Libby, Mt. 59 | Tom Lewis | Lewis Huppert & Slovak PC | | 506 Indianhead Road Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 009670 | Wagner, John Francis 28000 Yaak River Road Po Box | Tom Lewis | Lewis Huppert & Slovak PC | | 188 Highwood Drive Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 009671 | Montana Silver & Gold Inc | Tom Lewis | Lewis & Slovak PC | | 102 East Ninth Street Libby, MT 59923 | MT | C-1 (d), C-2, D-4, D-6, E-3, G-2, |
| 009672 | Noble, Michael Calvin | Tom Lewis | Lewis & Slovak PC | | 6797 Farm To Market Road Libby, MT 59923 | MT | E-3, G-2, |
| 009673 | Noble, Michael Calvin | Tom Lewis | Lewis & Slovak PC | | 208 West Spruce Libby, MT 59923 | MT | C-1 (d), C-2, D-4, D-6, E-2, G-2, |
| 009674 | Bundrock, Daniel Arthur 1421 Utah Avenue Libby, | Tom Lewis | Lewis Huppert & Slovak PC | | 1421 Utah Avenue Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 013909 | Leckrone, Dean Bradford 1108 Louisiana Ave Libby | Tom Lewis | Lewis Huppert & Slovak PC | | 1108 Louisiana Avenue Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 013910 | Christiansen, David Joseph 1033 Aaron Court Miss | Tom Lewis | Lewis Huppert & Slovak PC | | 519 East Fourth Street Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), E-1, G-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 013911 | Drake, Heidi Maria 158 Forest Avenue Libby, MI | Tom Lewis | Lewis Huppert & Slovak PC | | 158 Forest Avenue Libby MT MT | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 013912 | Anderson, Alice Diane 519 East 4th Street Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 311 Idaho Libby, MT 59923 MT | MT | C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 008250 | The Burlington Northern And Santa fe Railway | Peter Lee | The Burlington Northern And Santa Fe Railway | | 111 South Navajo Street - West Of This Site Denver, CO 80223 | CO | E-1, G-3, |
| 008251 | The Burlington Northern And Santa Fe Railway | Peter Lee | The Burlington Northern And Santa Fe Railway | | P.O. Box 789 Libby, MT, 59923 | MT | E-1, G-3, |
| 008252 | The Burlington Northern And Santa Fe Railway | Peter Lee | The Burlington Northern And Santa Fe Railway | | 801 4th Avenue Northeast Minot, ND 59703 | ND | C-2, E-1, G-3, |
| 006634 | The Cleveland Museum Of Art | Amanda G Steinmeyer | Speights & Runyan | The Cleveland Museum Of Art | 1150 East Boulevard Cleveland, OH 44106 | OH | C-2, D-2, D-6, E-1, F-2, |
| 006636 | F F Thompson Continuing Care Center Inc | Amanda G Steinmeyer | Speights & Runyan | | 350 Parish Street Canandaigua, NY 14424 | NY | C-2, D-2, D-6, E-1, F-2, |
| 006637 | Gulf Atlantic Properties Inc Bayview Tower | Amanda G Steinmeyer | Speights & Runyan | Gulf Atlantic Properties Inc Bayview Tower | 100 1st Avenue South Saint Petersburg, FL 33701 | FL | C-2, D-2, D-4, D-6, E-1, |
| 006639 | Eden Medical Center | Amanda G Steinmeyer | Speights & Runyan | Eden Medical Center | 20103 Lake Chabot Road Castro Valley, CA 94546 | CA | C-2, D-2, D-6, E-1, F-2, |
| 006697 | Methodist Hospital | Amanda G Steinmeyer | Speights & Runyan | Methodist Hospital | Omaha, NE | NE | C-2, C-3 (o), C-3 (e), D-2, D-6, E-1, F-2, |
| 006901 | Bayshore Community Hospital | Amanda G Steinmeyer | Speights & Runyan | Bayshore Community Hospital | 727 N Beers Street Holmdel, NJ 07733 | NJ | C-2, C-3 (o), C-3 (e), D-2, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 009838 | The California State University | Daniel A Speights | Speights & Runyan | CSU Fresno - McKee Fisk (Business Bldg) | CSU Fresno McKee Fisk Fresno, CA, 93740 | CA | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009839 | The California State University | Daniel A Speights | Speights & Runyan | Forbes PE Complex (Humbolt State University) | Humboldt State Univ Forbes PE Complex - Arcata, CA 95521 | CA | C-2, C-3 (e), D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009840 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Hillcrest Hospital Med Ctr | UC San Diego - La Jolla CA 92093 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009841 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Humanities & Social Sciences | UC San Diego - La Jolla CA 92093 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009842 | The California State University | Daniel A Speights | Speights & Runyan | Natural Resources Bldg | Humboldt Univ - Arcata, CA 95521 | CA | C-2, C-3 (e), D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009843 | Regents Of The University Of California | Daniel A Speights | Speights & Runyan | National Primate Center | UC Davis - Davis, CA, 95616 | CA | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009844 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Shields Library | UC Davis - Davis, CA, 95616 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009845 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Physical Science Library | UC Davis - Davis, CA, 95616 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009846 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Mrack Bldg | UC Davis - Davis, CA, 95616 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009847 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Chemistry | UC Davis - Davis, CA, 95616 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009848 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Asucking Union Bldg | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 009849 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Boalt Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009850 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Calvin Lab | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009851 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Boelter Hall | UC Los Angeles - Los Angeles, CA 90095 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009852 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Hedrick Hall | UC Los Angeles - Los Angeles, CA 90095 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009853 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Life Sciences Bldg | UC Los Angeles - Los Angeles, CA 90095 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009854 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Math Sciences Building | UC Los Angeles - Los Angeles, CA 90095 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009855 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Melnitz Hall | UC Los Angeles - Los Angeles, CA 90095 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009856 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Rieber Hall | UC Los Angeles - Los Angeles, CA 90095 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009857 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Sproul Hall | Us Los Angeles - Los Angeles, CA 90095 | CA | C-2, C-3 (d), C-3 (e), D-1 (a), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009858 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Engineering I | UC Irvine - Irvine, CA 92697 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009859 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Medical Center Bldg 53 | UC Irvine - Irvine, CA 92697 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 009860 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Science Lecture Hall | UC Irvine - Irvine, CA 92697 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009861 | Regents Of The University Of California 801 | Daniel A Speights | Speights & Runyan | Joseph M. Long Hospital | UC San Francisco - San Francisco, CA 94114 | CA | C-1 (d), C-2, D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009862 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Ambulatory Care Center | UC San Francisco - San Francisco, CA 94143 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009863 | Regents Of The University Of California 802 | Daniel A Speights | Speights & Runyan | Health Sciences Ir East | UC San Francisco - San Francisco, CA 94143 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009864 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Moffitt Hospital | UC San Francisco - San Francisco, CA 94143 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009865 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Health Sciences Ir West | UC San Francisco - San Francisco, CA 94143 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009866 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Laurel Heights | UC San Francisco - San Francisco, CA 94143 | CA | C-2, D-2, D-3, D-4, D-6, E-1, F-1, F-2, |
| 009867 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Milbery Union Bldg | UC San Francisco - San Francisco, CA 94143 | CA | C-2, D-2, D-4, D-6, E-1, F-2, |
| 009868 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Physical Science 1- Rowland | UC Irvine - Irvine, CA 92697 | CA | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009869 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Computer Science Bldg | UC Irvine - Irvine, CA 92697 | CA | C-2, D-2, D-4, D-6, E-1, F-2, |
| 009870 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Biology II | UC Santa Barbara - Santa Barbara, CA 93106 | CA | C-2, D-2, D-4, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 009871 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Buchannan Hall | UC Santa Barbara - Santa Barbara, CA | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009872 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Campbell Hall 1301 | UC Santa Barbara - Santa Barbara, CA 93106 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009873 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Campbell Hall Projection | UC Santa Barbara - Santa Barbara, CA 93106 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009874 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Music Bldg | UC Santa Barbara - Santa Barbara, CA 93106 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009875 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | North Hall | UC Santa Barbara - Santa Barbara, CA 93106 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009876 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Psychology Building | UC Santa Barbara - Santa Barbara, CA 93106 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009877 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Student Health Bldg | UC Santa Barbara - Santa Barbara, CA 93106 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009878 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Lawrence Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009879 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Zellerbach Center | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-2, D-4, D-6, E-1, F-2, |
| 009880 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Zellerbach Playhouse Lobby | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009881 | Regents Of The University Of California 102 | Daniel A Speights | Speights & Runyan | Wheeler Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 009882 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | A&I Dorms | UC Riverside - Riverside, CA | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009883 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Olmsted Hall Theater | UC Riverside - Riverside, CA | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009884 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Physics Room 2158 | UC Riverside - Riverside, CA 92521 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009885 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Physics 2000 Theater | UC Riverside - Riverside, CA 92521 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009886 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Watkins House | UC Riverside - Riverside, CA 92521 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009887 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Watkins Art Gallery | UC Riverside - Riverside, CA 92521 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009888 | The California State University | Daniel A Speights | Speights & Runyan | Educ Resource Center | CSU Dominguez Hills - Carson CA 90747 | CA | C-2, D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009889 | The California State University | Daniel A Speights | Speights & Runyan | Science | CSU Fresno - Fresno, CA 93740 | CA | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009890 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Professional Bldg | UC Davis Medical Center - Sacramento CA 95817 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009891 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Hospital | UC Davis Medical Center - Sacramento, CA 95817 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009892 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Cypress Bldg | UC Davis Medical Center - Sacramento, CA 95817 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 009893 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | McGill Hall | UC San Diego - La Jolla, CA 92093 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009895 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Eschelman Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009896 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Etcheverry Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, C-3 (e), D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009897 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Kroeber | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009909 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Campbell Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009910 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Davis Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009911 | Anderson Memorial Hospital | Daniel A Speights | Speights & Runyan | Various | Various Locations Worldwide | N/A | C-1 (a), C-1 (e), C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, |
| 009912 | Kark-TV, Inc. And Morris Multimedia, Inc. | Daniel A Speights | Speights & Runyan | (East Building) | Third And Louisiana Streets Little Rock, AR 72201 | AR | C-3 (d), D-2, D-4, D-6, E-1, F-2, |
| 009913 | Kark-TV, Inc. And Morris Multimedia, Inc. | Daniel A Speights | Speights & Runyan | (West Annex) | Third And Center Streets Little Rock, AR 72201 | AR | C-3 (d), D-2, D-4, D-6, E-1, F-2, |
| 009914 | Anderson Memorial Hospital | Daniel A Speights | Speights & Runyan | Various | Various Locations Statewide SC | SC | C-1 (a), C-1 (e), C-2, C-3 (c), C-3 (e), D-1 (b), D-2, D-6, E-1, F-2, |
| 009915 | Hyatt Corporation Etc | Daniel A Speights | Speights & Runyan | Hyatt Regency San Francisco | 5 Embarcadero San Francisco, CA 94111 | CA | C-2, D-2, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 009925 | The California State University | Daniel A Speights | Speights & Runyan | Aztec Center | San Diego State Univ - San Diego CA 92182 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009928 | The California State University | Daniel A Speights | Speights & Runyan | Art II | San Diego State Univ - San Diego CA 92182 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009970 | The California State University | Daniel A Speights | Speights & Runyan | Kadema Hall | CSU Sacramento - Sacramento, CA 95819 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009988 | The California State University | Daniel A Speights | Speights & Runyan | Alpine Hall | CSU Sacramento - Sacramento, CA 95819 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009993 | The California State University | Daniel A Speights | Speights & Runyan | West Commons | San Diego State University - San Diego, CA | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010018 | The California State University | Daniel A Speights | Speights & Runyan | Gymnasium | CSU Pomona - Pomona CA 91768 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010019 | The California State University | Daniel A Speights | Speights & Runyan | Physical Education | CSU Fullerton - Fullerton CA 92834 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010020 | The California State University | Daniel A Speights | Speights & Runyan | PJ&G Pollak Library | CSU Fullerton - Fullerton CA 92834 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010053 | The California State University | Daniel A Speights | Speights & Runyan | Humanities - Social Sci | CSU Fullerton - Fullerton CA 92834 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010058 | The California State University | Daniel A Speights | Speights & Runyan | Performing Arts Center | CSU Fullerton - Fullerton CA 92834 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010078 | The California State University | Daniel A Speights | Speights & Runyan | Darlene May Gymnasium | CSU Pomona - Pomona CA 91768 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010160 | The California State University | Daniel A Speights | Speights & Runyan | Hensill Hall | SF State Univ - San Francisco, CA 94132 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010208 | The California State University | Daniel A Speights | Speights & Runyan | East Commons | San Diego State Univ- San Diego CA 92182 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010230 | The California State University | Daniel A Speights | Speights & Runyan | Dramatic Arts | San Diego State Univ- San Diego CA 92182 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010237 | The California State University | Daniel A Speights | Speights & Runyan | Main Library | CSU Long Beach- Long Beach CA, 90840 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010303 | The California State University | Daniel A Speights | Speights & Runyan | Psychology/Human Svcs | CSU Fresno - Fresno, CA 93740 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010319 | The California State University | Daniel A Speights | Speights & Runyan | North Gymnasium | CSU Fresno - Fresno, CA 93740 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010516 | Foxridge Office Building | Daniel A Speights | Speights & Runyan | Foxridge Office Building | 57th Broadmore City, KS | KS | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 010523 | Bethesada Hospital | Daniel A Speights | Speights & Runyan | Bethesada Hospital | St. Paul, MN | MN | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 010533 | First National Bank | Daniel A Speights | Speights & Runyan | | Memphis, TN | TN | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2 |
| 010534 | First National Bank | Daniel A Speights | Speights & Runyan | | Memphis, TN | TN | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010597 | The California State University | Daniel A Speights | Speights & Runyan | Butte Hall | CSU Chico - Chico, CA 95929 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010621 | The California State University | Daniel A Speights | Speights & Runyan | Physical Science Bldg | CSU Chico - Chico, CA 95929 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 010668 | Washington Hospital | Amanda G Steinmeyer | Speights & Runyan | Washington Hospital | Fremont, CA | CA | C-2, D-2, D-6, E-1, F-2, |
| 010669 | Sutter Hospital | Amanda G Steinmeyer | Speights & Runyan | Sutter Hospital | Sacramento, CA | CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010672 | New Hanover Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | New Hanover Memorial Hospital | Wilmington, NC | NC | C-2, C-3 (e), D-2, D-5, D-6, E-1, F-2, |
| 010673 | Montgomery Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Montgomery Memorial Hospital | Troy, NC | NC | C-2, D-2, D-5, D-6, E-1, F-2, |
| 010696 | Pierre Laclede Building | Amanda G Steinmeyer | Speights & Runyan | Pierre Laclede Building | Clayton, MO | MO | C-2, C-3 (d), D-2, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010700 | St. Joseph Hill Infirmary | Amanda G Steinmeyer | Speights & Runyan | St. Joseph Hill Infirmary | St. Louis MO | MO | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010722 | Manufacturer Hanover | Amanda G Steinmeyer | Speights & Runyan | | Bridge Plazer North Alt 41st Street Long Island City, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010746 | St. Mary's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Mary's Hospital | 1st Avenue & 29th Street Huntington WV | WV | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 01047 | Friendly Homes | Amanda G Steinmeyer | Speights & Runyan | | 3156 East Avenue Rochester NY NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010749 | Glen Oak Country Club | Amanda G Steinmeyer | Speights & Runyan | Glen Oak Country Club | 151 Post Avenue Old Westberry, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010757 | Sutter Place Office Building | Amanda G Steinmeyer | Speights & Runyan | Sutter Place Office Building | San Francisco, CA | CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010758 | Oakwood Hospital | Amanda G Steinmeyer | Speights & Runyan | Oakwood Hospital | Dearborn, MI | MI | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010762 | Founders Plaza | Amanda G Steinmeyer | Speights & Runyan | Founders Plaza | Gilbert Street Hartford, CT | CT | C-2, D-2, D-5, D-6, E-1, F-2, |
| 010767 | Oneida Co. Office Building | Amanda G Steinmeyer | Speights & Runyan | Oneida Co. Office Building | Oneida, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010789 | Manor Oak #2 | Amanda G Steinmeyer | Speights & Runyan | Manor Oak #2 | Greentree, PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 010805 | San Leandro Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | San Leandro Memorial Hospital | 2800 Benedict Drive San Leandro, CA | CA | C-2, C-3 (d), D-1 (a), D-2, D-6, E-1, F-2, |
| 010885 | Four Embarcadero Center | Amanda G Steinmeyer | Speights & Runyan | Four Embarcadero Center | Four Embarcadero Center San Francisco, CA 94111 | CA | C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 010886 | Three Embarcadero Center | Amanda G Steinmeyer | Speights & Runyan | Three Embarcadero Center | Three Embarcadero Center San Francisco, CA 94111 | CA | C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 010930 | Pacific Freeholds | Amanda G Steinmeyer | Speights & Runyan | | 100 Pine Street San Francisco, CA 94111 | CA | C-2, C-3 (e), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010947 | Cayuga Co. Office Building | Amanda G Steinmeyer | Speights & Runyan | Cayuga Co. Office Building | Auburn, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010952 | Ruden, Job | Amanda G Steinmeyer | Speights & Runyan | | 1 Madison Square 25th & Madison New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010960 | Ruden Management | Amanda G Steinmeyer | Speights & Runyan | | 26th Street & Madison Avenue New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010962 | Children's Hospital | Amanda G Steinmeyer | Speights & Runyan | Children's Hospital | Corner Of 5th & Desoto Pittsburgh, PA | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010995 | North Arkansas Regional Medical Center | Amanda G Steinmeyer | Speights & Runyan | North Arkansas Regional Medical Center | 620 N. Willow Harrison, AR 72601 | AR | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010998 | St. Luke's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Luke's Hospital | Fountain Hill Section Bethlehem PA | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011003 | Schuyler Hospital | Amanda G Steinmeyer | Speights & Runyan | Schuyler Hospital | Montour Falls, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011005 | YWCA Of The Hartford Region | Amanda G Steinmeyer | Speights & Runyan | | Hartford, CT | CT | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011008 | Anderson Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Anderson Memorial Hospital | 800 North Fant Anderson, SC 29261 | SC | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011009 | 211 Main Street Building | Amanda G Steinmeyer | Speights & Runyan | 211 Main Street Building | 211 Main Street San Francisco, CA 94105 | CA | C-2, D-2, D-6, E-1, F-2, |
| 011010 | Ruden Building | Amanda G Steinmeyer | Speights & Runyan | Ruden Building | 41 Madison Avenue New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011018 | Santa Teresa Medical Office Building | Amanda G Steinmeyer | Speights & Runyan | Santa Teresa Medical Office Building | San Jose, CA | CA | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011026 | John Muir Hospital | Amanda G Steinmeyer | Speights & Runyan | John Muir Hospital | 1601 Ygnacid Valley Road Walnut Creek, CA 94598 | CA | C-2, C-3 (d), D-2, D-6, E-1, |
| 011027 | Bergdorf Building | Amanda G Steinmeyer | Speights & Runyan | Bergdorf Building | 80 Coventry Street Hartford, CT 06112 | CT | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011036 | Two Allegheny Center | Amanda G Steinmeyer | Speights & Runyan | Two Allegheny Center | Allegheny Center Pittsburgh, PA. 15212 | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011037 | One Allegheny Center | Amanda G Steinmeyer | Speights & Runyan | One Allegheny Center | Allegheny Center Pittsburgh, PA. 15212 | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011039 | Fort Smith Convention Ctr & Civic Auditorium | Amanda G Steinmeyer | Speights & Runyan | Fort Smith Convention Ctr & Civic Auditorium | 55 South 7th Street Fort Smith, AR 72902 | AR | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011046 | Midicenters Of America | Amanda G Steinmeyer | Speights & Runyan | | Omaha, NE | NE | C-2, D-2, D-6, E-1, F-2, |
| 011055 | Folger Building #2 | Amanda G Steinmeyer | Speights & Runyan | Folger Building #2 | San Francisco, CA | CA | C-2, D-2, D-6, E-1, F-2, |
| 011066 | Palos Hospital | Amanda G Steinmeyer | Speights & Runyan | Palos Hospital | Palos, IL | IL | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 011104 | Chicago Historical Society | Amanda G Steinmeyer | Speights & Runyan | | Chicago, IL | IL | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011105 | Westmoreland Hospital | Amanda G Steinmeyer | Speights & Runyan | Westmoreland Hospital | Greenburg, PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011106 | Titusville Hospital | Amanda G Steinmeyer | Speights & Runyan | Titusville Hospital | Titusville PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011110 | Captain Cook Hotel | Amanda G Steinmeyer | Speights & Runyan | Captain Cook Hotel | 5th & K Street Anchorage, AK AK | AK | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011124 | Lacrosse Lutheran Hospital | Amanda G Steinmeyer | Speights & Runyan | Lacrosse Lutheran Hospital | Lacrosse, WI | WI | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011128 | Arkansas Baptist Medical Center | Amanda G Steinmeyer | Speights & Runyan | Arkansas Baptist Medical Center | Little Rock, AR | AR | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011133 | Abbeville Hospital | Amanda G Steinmeyer | Speights & Runyan | Abbeville Hospital | Abbeville LA | LA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011144 | Farrell Hospital | Amanda G Steinmeyer | Speights & Runyan | Farrell Hospital | Titusville, PA | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011151 | St. Anthony's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Anthony's Hospital | Carroll, IA | IA | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011153 | YMCA | Amanda G Steinmeyer | Speights & Runyan | | 8th & Grand Des Moines, IA | IA | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011158 | Fulton County Health Center | Amanda G Steinmeyer | Speights & Runyan | Fulton County Health Center | S. Snoop Avenue Wausein, OH | OH | C-2, D-2, D-6, E-1, F-2, |
| 011179 | Investment Tower Job | Amanda G Steinmeyer | Speights & Runyan | | 1801 E. Ninth Street Cleveland, OH | OH | C-2, D-2, D-6, E-1, F-2, |
| 011194 | St. Vincent's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Vincent's Hospital | Erie PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011200 | Scottish Rights Cad. Temple | Amanda G Steinmeyer | Speights & Runyan | Scottish Rights Cad. Temple | West & Linden Streets Allentown, PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011207 | Lafayette Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Lafayette Memorial Hospital | Lafayette LA | LA | C-2, D-2, D-6, E-1, F-2, |
| 011226 | West Jersey Hospital | Amanda G Steinmeyer | Speights & Runyan | West Jersey Hospital | Voorhees Township, NJ | NJ | C-2, C-3 (d), D-2, D-6, E-1, |
| 011227 | Teresa Office Building | Amanda G Steinmeyer | Speights & Runyan | Teresa Office Building | San Jose, CA | CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011243 | St. Joseph's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Joseph's Hospital | 555 E. Market Street Elmira NY 14901 | NY | C-2, D-2, D-6, E-1, F-2, |
| 011253 | YMCA | Amanda G Steinmeyer | Speights & Runyan | NE | NE | NE | C-1 (a), C-2, D-2, D-6, E-1, F-2, |
| 011257 | Lehigh Tile/Marble Warehouse | Amanda G Steinmeyer | Speights & Runyan | Lehigh Tile/marble Warehouse | 335 N. 7th Street Allentown, PA | PA | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011262 | McKenzie Hospital | Amanda G Steinmeyer | Speights & Runyan | McKenzie Hospital | Eugene, OR | OR | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011322 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Shenwood Secondary School ** L8t324 | 25 High Street Hamilton, ON L8t324 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 011323 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Scot Park Secondary | 1055 King Street West Hamilton, ON L8m1e2 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011384 | Keller Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Keller Memorial Hospital | Fayette, MO | MO | C-2, D-2, D-6, E-1, F-2, |
| 011389 | Garden State Hospital | Amanda G Steinmeyer | Speights & Runyan | Garden State Hospital | Evesham Township, NJ | NJ | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011405 | Albany Ave Library NKA Hartford Ct Public Library | Amanda G Steinmeyer | Speights & Runyan | Albany Ave Library Nka Hartford Ct Public Library | Albany Avenue Hartford, CT | CT | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 011422 | Buffalo Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Buffalo Memorial Hospital | Mondovi, WI | WI | C-2, D-2, D-6, E-1, F-2, |
| 011428 | Presidential Towers Condo Rea Americana | Amanda G Steinmeyer | Speights & Runyan | Presidential Towers Condo FKA Americana | 1836 Metserott Road Adelphi, MD 20783 | MD | C-2, D-2, D-6, E-1, F-2, |
| 011550 | Dodge County Hospital Job | Daniel A Speights | Speights & Runyan | Dodge County Hospital | Eastman GA | GA | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 011555 | Carson Pierre Scott Store | Daniel A Speights | Speights & Runyan | Carson Pierre Scott Store | Waukegan, IL | IL | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011572 | Harry C Levy Gardens | Daniel A Speights | Speights & Runyan | | Las Vegas, NV | NV | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, F-5, |
| 011618 | Hudson's Bay Company Zellers | Daniel A Speights | Speights & Runyan | | 1735 West Arthur Street Thunderbay, ON P7e5s2 | ON (Canada) | C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011620 | 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | Daniel A Speights | Speights & Runyan | | 287 Broadway Winnipeg, MB R3c0r9 | MB (Canada) | C-2, D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 011627 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Nanaimo Senior Secondary | 3955 Wakesiah Ave Nanaimo, BC V9r3k6 | BC (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011632 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Woodlands Secondary | 1270 Strathmore Street Nanaimo, BC V9s2i9 | BC (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011664 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Ancaster High School | 374 Jerseyville Road West Hamilton, ON L9g2k8 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011678 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Pauline Johnson Public School ** | 25 Hummingbird Lane Hamilton ON L9e4b1 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011680 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sherwood Heights School ** | 105 High Street Hamilton, ON L8l3z4 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011681 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sir Alan MacNabb School ** | 145 Magnolia Drive Hamilton, ON L9c5p4 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011682 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sir John A. Macdonald Secondary School ** | 130 York Boulevard Hamilton, ON L8r1y5 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011683 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Westdale Secondary School ** | 700 Main Street West Hamilton, ON L8s1a5 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011684 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Westview School ** | 60 Rolston Drive Hamilton, ON L9c3x7 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011689 | Jordan Hospital | Amanda G Steinmeyer | Speights & Runyan | Jordan Hospital | Plymouth, MA | MA | C-2, D-2, D-6, E-1, F-2, |
| 011701 | Webber Hospital | Amanda G Steinmeyer | Speights & Runyan | Webber Hospital | Biddeford, ME | ME | C-2, D-2, D-6, E-1, F-2, |
| 011703 | 310 W 43rd Street Building | Amanda G Steinmeyer | Speights & Runyan | 310 W 43rd Street Building | 310 W. 43rd Street New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011722 | National Bank Building | Amanda G Steinmeyer | Speights & Runyan | National Bank Building | Memphis, TN | TN | C-1 (d), C-2, D-2, D-5, D-6, E-1, F-2, |
| 011735 | The California State University | Daniel A Speights | Speights & Runyan | Administration | CSU San Luis Obispo - Administration - San Luis Obispo, CA. 93407 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011745 | The California State University | Daniel A Speights | Speights & Runyan | San Luis Obispo - Transportation Services | CSU San Luis Obispo - Transportation Services San Luis Obispo, CA. 93407 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011800 | The California State University | Daniel A Speights | Speights & Runyan | Research Development | CSU San Luis Obispo - Research Development San Luis Obispo, CA 93407 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |