| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011802 | The California State University | Daniel A Speights | Speights & Runyan | San Luis Obispo - Mott Physical Educ | CSU San Luis Obispo - Mott Physical Education San Luis Obispo, CA 93407 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011817 | The California State University | Daniel A Speights | Speights & Runyan | Farm Shop | CSU San Luis Obispo - Farm Shop San Luis Obispo, CA 93407 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011819 | The California State University | Daniel A Speights | Speights & Runyan | Engineering West | CSU San Luis Obispo - Engineering West San Luis Obispo, CA 93407 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011866 | The California State University | Daniel A Speights | Speights & Runyan | Music Building | CSU Stanislaus - Music Building Turlock CA 95382 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011876 | The California State University | Daniel A Speights | Speights & Runyan | Drama Building | CSU Stanislaus - Drama Building Turlock CA 95382 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011918 | The California State University | Daniel A Speights | Speights & Runyan | Cafeteria | San Jose State Univ - Cafeteria San Jose, CA 95192 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011957 | The California State University | Daniel A Speights | Speights & Runyan | Music And Business | CSU Hayward -Music and Buisness Hayward, CA 94542 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011962 | The California State University | Daniel A Speights | Speights & Runyan | Meikle John Hall | CSU Hayward - Meikle John Hall Hayward, CA 94542 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 012293 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Southwood Elementary | 898 Sylvester Cres Sw Calgary, AB T2w0r7 | AB (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012303 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Bloor Collegiate Institute | 1141 Bloor Street West Toronto, ON | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012304 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Deer Park Junior And Senior School | 23 Ferndale Avenue Toronto, ON M42b4 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012305 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Bloor Collegiate Institute | 65 Concord Avenue Toronto, ON M6h2n9 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012306 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Humberside Collegiate Institute | 50 Headrian Drive Toronto, ON M9w1v4 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012307 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Fairmount Junior Public School | 31 Sloley Road Toronto, ON M1m1c7 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012308 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Humberside Collegiate Institute | 280 Quebec Avenue Toronto, ON | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012309 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Indian Road Crescent Junior Public School | 285 Indian Road Crescent Toronto, ON | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012310 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Monarch Park Secondary School | 1 Hanson Street Toronto, ON | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012311 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Oakwood Collegiate Institute | 991 St Clair Avenue West Toronto, ON | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012312 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Old Administration Building | 155 College Street Toronto, ON | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012313 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Perth Avenue Junior Public School | 14 Ruskin Avenue Toronto, ON M6p3p8 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012314 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Queen Alexandra Senior Public School | 181 Broadview Ave Toronto, ON M4m2g3 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012315 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Roden Junior Public School | 151 Hiawatha Road Toronto, ON M4l2y1 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012316 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Western Technical Commercial School | 125 Evelyn Crescent Toronto, ON M6p3e3 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012317 | Toronto District School Board | Daniel A Speights | Speights & Runyan | Withrow Avenue Junior Public School | 25 Bain Avenue Toronto, ON | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012322 | William Osler Health Centre | Daniel A Speights | Speights & Runyan | William Osler Health Centre | 101 Humber College Boulevard Etobicoke, ON M9v1r8 | ON (Canada) | C-2, C-3 (d), D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012329 | University Of Guelph | Daniel A Speights | Speights & Runyan | University Of Guelph | 488 Gordon Street Guelph, ON N1g2w1 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-5, |
| 012331 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Sir James Lougheed - Elementary | 3519 36 Ave Sw Calgary, AB T3e1c2 | AB (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012346 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Parkade | 700 Georgia Street Vancouver, BC | BC (Canada) | C-1 (b), C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012348 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Colonel Irvine Jr High | 412-northmount Dr Nw Calgary, AB T2k3h6 | AB (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012368 | Mc Master University | Daniel A Speights | Speights & Runyan | McMaster University | 1280 Main Street West Hamilton, ON L8s4m3 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012377 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Delton School | 12126 89 Street Edmonton, AB T5b3w4 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012388 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Allendale | - 6415 106 Street Edmonton, AB T6h2v5 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012394 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Bonnie Doon School | 8205 90 Avenue Edmonton, AB T6c1n8 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012395 | Carleton University | Daniel A Speights | Speights & Runyan | McOdorum Library | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012396 | Fairmall Leasehold Inc | Daniel A Speights | Speights & Runyan | Fairview Mall | 1800 Sheppard Ave E, Ste330 P.o Box 330 Willowdale, ON M2j5a7 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012397 | Bell Canada | Daniel A Speights | Speights & Runyan | | 100 Wynford Drive Toronto, ON | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012400 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Clarke Stadium | 11000 Stadium Road Edmonton, AB | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012401 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Davies Transit (Paterson) Garage | 5710 86th Street Edmonton, AB T6e2x3 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012405 | Southern Ontario Properties | Daniel A Speights | Speights & Runyan | | 1243 Islington Square Toronoto, ON M8x1y9 | ON (Canada) | C-2, D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 012410 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Briar Hill Elementary | 1233 21st Street Nw Calgary, AB T2n2l8 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012412 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Cambrian Heights Elementary | 640 Northmount Dr Nw Calgary, AB T2k3j5 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012421 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | | 10025-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) | B-1, C-2, D-1 (a), D-2, D-4, D-6, E-1, F-5, |
| 012422 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | Edmonton City Centre East | Between 100/101/102 & 102a St Edmonton, AB T5j2y8 | AB (Canada) | B-1, C-2, D-1 (a), D-2, D-4, D-6, E-1, F-5, |
| 012423 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | | 10088-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) | B-1, C-2, D-1 (a), D-2, D-4, D-6, E-1, F-5, |
| 012424 | Shell Canada Inc | Daniel A Speights | Speights & Runyan | Shell Canada Limited's Oakville Research Centre Facilities | 3415 Lakeshore Road West Oakville, ON L6j5c7 | ON (Canada) | D-2, D-4, D-6, E-1, F-2, F-5, |
| 012427 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 55 City Centre Drive Mississauga, ON L5b1m3 | ON (Canada) | C-2, D-2, D-3, D-4, D-6, E-1, F-5, |
| 012430 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | | 201-32900 South Fraser Way Abbostsford, BC V2s5a1 | BC (Canada) | D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 012431 | Labatt Brewing Company Limited | Daniel A Speights | Speights & Runyan | | 435 Ridout Street London, ON N6a2p6 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012432 | Labatt Brewing Company Limited | Daniel A Speights | Speights & Runyan | | 451 Ridout Street London, ON N6a2p6 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012433 | The Record | Daniel A Speights | Speights & Runyan | | 225 Fairway Rd South Kitchener ON N2g4e5 | ON (Canada) | C-1 (c), C-1 (d), D-2, D-4, D-6, E-1, F-2, |
| 012438 | Calgary Board Of Education | Vincent Massey Junior High | Speights & Runyan | | 939 45th St Sw Calgary, AB T3c2b9 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012439 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Viscount Bennett | 2519 Richmond Road Sw Calgary, AB T3e4m2 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012440 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Western Canada High | 641 17th Avenue Sw Calgary, AB T2s0b5 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012442 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Wildwood Elementary | 120 45th Street Sw Calgary, AB T3c2b3 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012443 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | | 3009 Morley Trail Nw Calgary, AB T2m4g9 | AB (Canada) | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012454 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | William Aberhart High | 4004-4th St. Nw Calgary, AB T2k1a1 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012457 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Kingsland Elementary | 7430 5th Street Sw Calgary, AB T2v1b1 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012476 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Q.E. And Playhouse Theatres | 649-695 Cambie Vancouver, BC | BC (Canada) | C-1 (b), C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012489 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Century Place | 9803 102a Avenue Edmonton, AB T5j3a3 | AB (Canada) | C-2, D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 012490 | Atlantic Shopping Centres LTD | Daniel A Speights | Speights & Runyan | | 2000 Barrington Street Halifax, NS B3j3k1 | NS (Canada) | C-2, D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012491 | Avalon East School Board | Daniel A Speights | Speights & Runyan | | 391 Topsail Road St John's, NL A1e2b7 | NL (Canada) | D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012493 | Health Care Corporation Of St.John's | Daniel A Speights | Speights & Runyan | | 300 Prince Philip Drive St John' NL A1b3v6 | NL (Canada) | C-2, D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012496 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Prince Rupert School | 11515 113 Avenue Edmonton, AB T5g0j3 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012498 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Queen Alexandra School | 7730 106 Street Edmonton, AB T6g0x4 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012500 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | | 9750 74 Avenue Edmonton, AB T6j1l4 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012501 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Ritchie School | 13546 111 Avenue Edmonton, AB T5m2p2 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012503 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Ross Sheppard School | 12245 131 Street Edmonton, AB T5l1m8 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012522 | Providence Health Care | Daniel A Speights | Speights & Runyan | Sherbrooke School | 1081 Burrard Street Vancouver, BC V6z1y6 | BC (Canada) | C-1 (b), C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012525 | Hudson Bay Company | Daniel A Speights | Speights & Runyan | St Paul's Hospital | 450 Portage Avenue Winnipeg, MB R3c0e7 | MB (Canada) | C-1 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012526 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 3625 Shaganappi Trail North West Calgary, AB T3a0e6 | AB (Canada) | D-2, D-4, D-6, E-1, F-2, F-5, |
| 012527 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 32900 South Fraser Way Abbotsford, BC V2c5a1 | BC (Canada) | D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012528 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 100 Anderson Road South East Calgary, AB | AB (Canada) | D-2, D-4, D-6, E-1, F-2, F-5, |
| 012530 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 100 Bayshore Drive Unit 10 Ottawa, ON K2b8c1 | ON (Canada) | D-2, D-4, D-6, E-1, F-2, F-5, |
| 012531 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 100 Bayshore Drive Ottawa, ON K2b8c1 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012532 | Hudson's Bay Company | Daniel A Speights | Speights & Runyan | | 3625 Shaganappi Trail North West-zeller 435 Calgary, AB T3a0e6 | AB (Canada) | D-2, D-4, D-6, E-1, F-2, F-5, |
| 012533 | Conseillers Immobiliers GWL Inc | Daniel A Speights | Speights & Runyan | | 2001 University Street Montreal QC H3a2a6 | QC (Canada) | C-2, D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 012534 | Great West Life | Daniel A Speights | Speights & Runyan | | 199 Bay Street, Commerce Court West Toronto, ON M5l1e2 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012536 | Canadian Imperial Bank Of Commerce | Daniel A Speights | Speights & Runyan | | 215 Water Street St John's, NL A1c6c9 | NL (Canada) | C-2, C-3 (d), D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 012537 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Parkview School | 14313 92 Street Edmonton, AB T5r3b3 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012541 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Newton School | 5523 122 Avenue Edmonton, AB T5w1s3 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012542 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | North Edmonton School | 6920 128 Avenue Edmonton, AB T5c1s7 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012546 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Strathcona School | 10450 72 Avenue Edmonton, AB T6e0z6 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012548 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Victoria School | 10210 108 Avenue Edmonton, AB T5h1a8 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012549 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Wellington School | 13160 127 Street Edmonton, AB T5l1b2 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012554 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Woodcroft School | 13750 Woodcroft Avenue Edmonton, AB T5t5x9 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012557 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Eastglen School | 11430 68 Street Edmonton, AB T5b1p1 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012570 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Balmoral Junior High | 220 16th Avenue Calgary, AB T2m0h4 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012576 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | JA Fife School | 15004 76 Street Edmonton, AB T6c1c2 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012590 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Parkdale Elementary | 728 32nd Street NW Calgary, AB T2n2v9 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012591 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Queen Elizabeth High | 512 18th Street NW Calgary, AB T2n2g5 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012616 | The California State University | Daniel A Speights | Speights & Runyan | University Theater | CSU Long Beach - Long Beach CA 90840 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 013950 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Delta Secondary School ** | 1284 Main Street East Hamilton, ON L8k1b2 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 014410 | Jamestown Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Jamestown Memorial Hospital | 1211 Wilmington Avenue New Castle, PA 16105 | PA | C-2, D-2, D-6, E-1, F-2, |
| 014885 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Alladore Elementary | 4506 16th Street SW Calgary, AB T24h9 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 005587 | State Of Oklahoma - Department Mental Health 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Griffin Mem Hosp - Activities Rm | 900 E Main Norman, OK 73070 | OK | D-1 (b), D-2, D-4, D-6, E-1, |
| 005588 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Programs Bldg | 400 N Oak St Taft, OK 74463 | OK | C-4, D-1 (b), D-2, D-4, D-6, E-1, |
| 005589 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Classen Building | 1411 Classen Blvd. Oklahoma City, OK 73112 | OK | C-4, D-1 (c), D-2, D-3, D-4, D-6, E-1, |
| 005590 | State Of Oklahoma Department Of Tourism - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Western Hills Lodge | Hwy 51 East Wagoner, OK 74477 | OK | D-2, D-4, D-6, E-1, |
| 005591 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Jess Dunn - Bldg 500 | 601 S. 124th St Taft, OK 74463 | OK | C-2, C-4, D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 005592 | State Of Oklahoma - Oklahoma Historical Soc. - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Wiley Post Historical Bldg | 2100 N Lincoln Oklahoma City, OK | OK | C-2, D-4, D-6, E-1, |
| 005644 | City Of Tucson - 255 W. Alameda Tucson, AZ 85701 | Martin Dies | Dies & Hile LLP | Transportation Con Srv Ctr | 2121 E Broadway Tucson, AZ 85701 | AZ | C-1 (c), C-2, C-4, D-1 (b), D-2, D-4, D-6, E-1, |
| 005645 | City Of Tucson - 255 W. Alameda Tucson, AZ 85701 | Martin Dies | Dies & Hile LLP | Pima Building | 149 N Stone Tucson, AZ 85701 | AZ | C-2, C-4, D-1 (c), D-2, D-3, D-4, D-5, D-6, E-1, |
| 005646 | City Of Tucson - 255 W. Alameda Tucson, AZ 85701 | Martin Dies | Dies & Hile LLP | Arena Exhibition Hall & Rms | 260 S Church Tucson, AZ 85701 | AZ | C-2, D-2, D-4, D-5, D-6, E-1, |
| 005647 | City Of Tucson - 255 W. Alameda Tucson, AZ 85701 | Martin Dies | Dies & Hile LLP | Leo Rich Theater | 260 South Church Street Tucson, AZ 85701 | AZ | D-2, D-4, D-5, D-6, E-1, |
| 005648 | City Of Tucson - 255 W. Alameda Tucson, AZ 85701 | Martin Dies | Dies & Hile LLP | Music Hall | 260 South Church Avenue Tucson, AZ 85701 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 005650 | City Of Tucson - 255 W. Alameda Tucson, AZ 85701 | Martin Dies | Dies & Hile LLP | City Hall | 255 Alameda Tucson, AZ 85701 | AZ | C-2, C-3 (f), D-1 (c), D-2, D-4, D-5, D-6, E-3, |
| 005651 | City Of Phoenix - 251 W. Washington St. 8th Floor Phoenix, AZ 85003 | Martin Dies | Dies & Hile LLP | Peak Treatment | 6202 N. 24th Squaw Tolleson, AZ 85353 | AZ | C-2, C-3 (f), D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 005652 | City Of Phoenix - 251 W. Washington St. 8th Floor Phoenix, AZ 85003 | Martin Dies | Dies & Hile LLP | 91st Ave Waste | 5615 South 91st Ave Tolleson, AZ 85353 | AZ | C-1 (d), D-2, D-4, D-5, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 005653 | City Of Phoenix - 251 W. Washington St. 8th Floor Phoenix, AZ 85003 | Martin Dies | Dies & Hile LLP | Multi Center Waste | 5615 South 91st Ave Tolleson, AZ 85353 | AZ | C-1 (d), C-2, D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 005654 | City Of Phoenix - 251 W. Washington St. 8th Floor Phoenix, AZ 85003 | Martin Dies | Dies & Hile LLP | Civic Plaza North | 225 East Adams And Phoenix, AZ 85018 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 005655 | City Of Phoenix - 251 W. Washington St. 8th Floor Phoenix, AZ 85003 | Martin Dies | Dies & Hile LLP | Sky Harbor Airport | 3200 Sky Harbor Blvd - Phoenix, AZ 85003 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 005656 | City Of Amarillo Texas - PO Box 1971 Amarillo, TX 79105 | Martin Dies | Dies & Hile LLP | Bivins Building | 1000 S Polk Amarillo, TX 79105 | TX | D-1 (c), D-2, D-4, D-6, E-1, |
| 005657 | El Paso County Texas - 500 E. San Antonio Ave. El Paso, Tx 79901 | Martin Dies | Dies & Hile LLP | Landmark Building | 1014 N Stanton Street El Paso, TX 79901 | TX | C-2, C-4, D-2, D-3, D-6, E-1, |
| 005658 | Coleman Housing Authority - 605 W. Second Street Coleman, TX 76834 | Martin Dies | Dies & Hile LLP | High Rise Building | 311 Commercial Avenue Coleman, TX 76834 | TX | C-2, C-4, D-2, D-4, D-6, |
| 005659 | Harlingen Housing Authority - 1221 E. Polk Harlingen, TX 78550 | Martin Dies | Dies & Hile LLP | Heritage Manor | 202 South First Street Harlingen, TX 78550 | TX | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 005660 | Sabine River Authority Of Texas - PO Box 579 Orange, TX 77630 | Martin Dies | Dies & Hile LLP | Iron & Bridge Office | Lake Tawakoni Box 310 Point, TX 75472 | TX | C-4, D-1 (c), D-2, D-4, D-6, E-3, |
| 005661 | City Of Amarillo Texas - PO Box 1971 Amarillo, TX 79105 | Martin Dies | Dies & Hile LLP | Amarillo | 10801 Airport Boulevard Amarillo, TX 79111 | TX | C-2, C-4, D-2, D-4, D-6, E-3, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 005662 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Riley Hall | 650 E 11th Avenue Eugene, | OR | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 005663 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Gerlinger Annex | 1484 University Street Eugene, OR 97403 | OR | C-4, D-2, D-4, D-6, E-1, |
| 005664 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Lawrence Hall | 1190 Franklin Blvd Eugene, OR 97403 | OR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 005665 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Oregon Hall | 1585 East 13th Street Eugene, OR 97403 | OR | C-4, D-2, D-4, D-6, E-1, |
| 005666 | State Of Oregon Board Of Higher Education - PO Box 3175 1431 Johnson Lane Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Esslinger Hall | 1625 University Street Eugene, OR 97403 | OR | C-4, D-2, D-4, D-6, E-1, |
| 005667 | State Of Oregon Board Of Higher Education - PO Box 3175 1431 Johnson Lane Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Prince Lucien Campbell | 1415 Kincaid St Eugene, OR 97403 | OR | C-2, C-4, D-2, D-4, D-6, E-3, |
| 005668 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Klamath Hall | 1320 Franklin Blvd Eugene, OR 97403 | OR | C-4, D-2, D-4, D-6, E-1, |


| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 005669 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Friendly Hall | 1161 E 13th Street Eugene, OR 97403 | OR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 005670 | City Of Eugene Oregon - 777 Pearl Street Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Library | 100 West 13th Street Eugene, OR 97401 | OR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 005671 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Computing Center | 1295 Kincaid Eugene, OR 97403 | OR | C-2, C-4, D-2, D-4, D-6, E-1, |
| 005672 | EPEC Realty Inc - Mailing Address: Michael McGinnis Sr. Counsel 1001 Louisana Houston, TX 77002 | Martin Dies | Dies & Hile LLP | El Paso Energy Bldg | 1001 Louisiana Street Houston, TX 77002 | TX | C-4, D-2, D-3, D-4, D-6, E-3, |
| 005673 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Nash Hall | Campus Way Drive Corvallis, OR 97531 | OR | C-2, C-4, D-2, D-4, D-6, E-1, |
| 005674 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Kerr Administration | Jefferson Way Drive Corvallis, OR 97531 | OR | C-4, D-2, D-4, D-6, E-1, |
| 005675 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Peter W Stott Hpe Center | 930 Sw Hall St Portland, OR 97201 | OR | C-2, C-4, D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 005676 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Neuberger Hall | 724 S. W. Harrison Portland, OR 97201 | OR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 005677 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Cramer Hall | 1721 Sw Harrison St. Portland, OR 97201 | OR | C-2, C-4, D-2, D-4, D-6, E-1, |
| 005678 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Valley Library | Waldo & Jefferson Way Dr. Corvallis, OR 97531 | OR | C-4, D-2, D-4, D-6, E-1, |
| 005679 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Oswald West Dining Hall | NW 30th Street Corvallis, OR 97531 | OR | C-1 (d), C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 005680 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Music Building | 450 S. Mountain St. Ashland OR 97520 | OR | C-4, D-2, D-4, D-6, E-1, |
| 005681 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Education/psychology Bldg | 370 Mountain St Ashland OR 97520 | OR | C-4, D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 005682 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Churchill Hall | 1250 Siskiyou Blvd. Ashland | OR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 005683 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | University Services Bldg | 617 SW Montgomery Portland, OR 97201 | OR | D-2, D-4, D-6, E-1, |
| 005684 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | University Center Bldg | 527 SW Hall Portland, OR 97201 | OR | D-2, D-3, D-6, E-1, |
| 005685 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Smith Memorial Center | 1825 SW Broadway St Portland, OR 97201 | OR | C-4, D-2, D-4, D-6, E-1, |
| 005686 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Science Two Bldg | 1719 S.w. 10th Street Portland, OR 97361 | OR | C-2, C-4, D-2, D-4, D-6, E-1, |
| 005687 | State Of Oregon Board Of Higher Education - PO Box 3175 Eugene, OR 1431 Johnson Ln. Eugene, OR 97403 | Martin Dies | Dies & Hile LLP | Neal Werner Univ. Ctr | 345 N. Monouth Monmouth, | OR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 005688 | BNC Forum Lp Texas Limited Partnership - Mailing Address: Richard Gelbart Sr. VP 2775 Via De La Del Mar, CA 92014 | Martin Dies | Dies & Hile LLP | Mercantile Building | 1712 Commerce Dallas, TX 75201 | TX | C-2, C-4, D-2, D-3, D-4, D-6, E-1, |
| 005690 | Six Hundred Building LTD - 600 Leopard St. Suite 924 Corpus Christi, TX 78473 | Martin Dies | Dies & Hile LLP | The 600 Building | 600 Leopard St Corpus Christi TX 78473 | TX | C-4, D-2, D-4, D-6, E-1, |
| 006065 | City Of Phoenix - 251 W Washington St. 8th Floor Phoenix, AZ 85003 | Martin Dies | Dies & Hile LLP | Symphony Hall Building | 225 East Adams Phoenix, AZ 85004 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 006066 | State Of Oregon Board Of Higher Education - Mailing Address: Matt Graves One University Blvd. Lagrande, OR 97850 | Martin Dies | Dies & Hile LLP | Hoke Student Center | One University Blvd La Grande, OR 97850 | OR | C-1 (d), C-2, C-4, D-2, D-4, D-6, E-3, |
| 006067 | Maricopa County Arizona - 222 N. Central Suite 1110 Phoenix, AZ 85004 | Martin Dies | Dies & Hile LLP | East Courts Bldg | 101 W. Jefferson Street, Phoenix, AZ 85003 | AZ | C-2, C-4, D-2, D-4, D-6, E-3, |
| 006068 | Maricopa County Arizona - 222 N. Central Suite 1110 Phoenix, AZ 85004 | Martin Dies | Dies & Hile LLP | Board of Supervisors Auditorium | 205 W. Jefferson Street, Phoenix, AZ 85003 | AZ | C-2, C-4, D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 006069 | Maricopa County Arizona - 222 N. Central Suite 1110 Phoenix, AZ 85004 | Martin Dies | Dies & Hile LLP | Hospital Power Plant | 2601 E. Roosevelt, Phoenix, AZ 85008 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 006070 | Maricopa County Arizona - 222 N. Central Suite 1110 Phoenix, AZ 85004 | Martin Dies | Dies & Hile LLP | Public Health Admin Bldg | 1845 E Roosevelt Phoenix, AZ 85006 | AZ | C-2, C-3 (f), D-1 (b), D-2, D-4, D-5, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 006071 | Maricopa County Arizona - 222 N. Central Suite 1110 Phoenix, AZ 85004 | Martin Dies | Dies & Hile LLP | Health Clinic Building | 1825 E. Roosevelt, Phoenix, AZ 85006 | AZ | C-4, D-1 (c), D-2, D-4, D-5, D-6, E-3, |
| 006072 | Maricopa County Arizona - 222 N. Central Suite 1110 Phoenix, AZ 85004 | Martin Dies | Dies & Hile LLP | Juvenile Courts No 17-01 | 3125 W. Durango, Phoenix, AZ 85003 | AZ | C-2, C-4, D-1 (b), D-2, D-4, D-5, D-6, E-1, |
| 006073 | Maricopa County Arizona - 222 N. Central Suite 1110 Phoenix, AZ 85004 | Martin Dies | Dies & Hile LLP | West Courts Building | 111 S. 3rd Avenue, Phoenix, AZ 85003 | AZ | C-1 (d), C-2, C-4, D-2, D-4, D-5, D-6, E-3, |
| 006074 | Maricopa County Arizona - 222 N. Central Suite 1110 Phoenix, AZ 85004 | Martin Dies | Dies & Hile LLP | Sheriff's Admin. Building | 120 S. 1st Avenue Phoenix, AZ 85003 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 006102 | City Of Phoenix - 251 W. Washington Street 8th Floor Phoenix, AZ 85003 | Martin Dies | Dies & Hile LLP | Tracon Faa | 2800 East Sky Harbor Blvd Phoenix, AZ 85003 | AZ | C-1 (c), C-2, C-4, D-2, D-4, D-6, E-3, |
| 006953 | State Of Oklahoma Department Mental Health - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Cochc Building A | 909 Alameda Street Norman, OK 73070 | OK | D-2, D-4, D-6, E-1, |
| 006954 | State Of Oklahoma Department Mental Health - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Cochc Building B | 909 Alameda Street Norman, OK 73070 | OK | C-2, D-1 (c), D-2, D-4, D-6, E-1. |
| 006955 | State Of Oklahoma Department Mental Health - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Cochc Building C | 909 Alameda Street Norman, OK 73070 | OK | C-2, D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 006956 | State Of Oklahoma Department Mental Health - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Cochc Building D | 909 Alameda Street Norman, OK 73070 | OK | C-2, C-4, D-2, D-4, D-6, E-1, |
| 006957 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Dorm 1 | 400 N Oak St Taft, OK 74463 | OK | C-3 (f), D-1 (b), D-2, D-4, D-6, E-1, |
| 006958 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Dorm 2 | 400 N Oak St Taft, OK 74463 | OK | C-3 (f), D-1 (b), D-2, D-4, D-6, E-1, |
| 006959 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Dorm 3 | 400 N Oak St Taft, OK 74463 | OK | C-3 (f), D-1 (b), D-2, D-4, D-6, E-1, |
| 006960 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Dorm 4 | 400 N Oak St Taft, OK 74463 | OK | C-3 (f), D-1 (b), D-2, D-4, D-6, E-1, |
| 006961 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Dorm 5 | 400 N Oak St Taft, OK 74463 | OK | C-3 (f), D-1 (b), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 006962 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Dorm 6 | 400 N Oak St Taft, 74463 | OK | C-2, C-3 (f), D-1 (b), D-2, D-4, D-6, E-1, |
| 006963 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Dorm 7 | 400 N Oak St Taft, 74463 | OK | C-3 (f), D-1 (b), D-2, D-4, D-6, E-1, |
| 006964 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Dorm 8 | 400 N Oak St Taft, 74463 | OK | C-2, C-3 (f), D-1 (b), D-2, D-4, D-6, E-1, |
| 006965 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Eddie Warrior Building 8 | 400 N Oak St Taft, OK 74463 | OK | C-3 (f), D-1 (b), D-2, D-4, D-6, E-1, |
| 006966 | State Of Oklahoma Department Of Corrections - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Jess Dunn - Bldg 400 | 601 S. 124th St Taft, OK 74463 | OK | C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 006967 | State Of Oklahoma Department Mental Health - 2300 N. Lincoln Blvd. Suite 112 Oklahoma City, OK 73105 | Martin Dies | Dies & Hile LLP | Mental Health Substance Abuse | 1200 Ne 13th Oklahoma City, OK 73152 | OK | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 006968 | City Of Houston Texas: John Helms - Fouth Floor 900 Bagby Street. Houston, TX 77002 | Martin Dies | Dies & Hile LLP | Police Dept. Building | 1200 Travis Street Houston, TX 77002 | TX | B-1, C-4, D-2, D-3, D-4, D-6, E-3, |
| 006969 | City Of Houston Texas: John Helms - Fouth Floor 900 Bagby Street. Houston, TX 77002 | Martin Dies | Dies & Hile LLP | Lanier Public Works Bldg | 611 Walker Ave. Houston, TX 77002 | TX | C-4, D-2, D-3, D-4, D-6, E-3, |
| 008016 | State Of Oklahoma - Department Of Health | Martin Dies | Dies & Hile LLP | Department Health Hdqts | 1000 NE 10th Oklahoma City, OK 73117 | OK | C-4, D-1 (b), D-2, D-4, D-6, E-1, |
| 008017 | State Of Oregon Health & Science University | Martin Dies | Dies & Hile LLP | Multnomah Pavilion | 3181 SW Sam Jackson Park Road Portland, OR 97239 | OR | B-2, C-4, D-2, D-4, D-6, E-1, |
| 008357 | Mount Carmel Academy Of New Orleans LA | Martin Dies | Dies & Hile LLP | Mount Carmel Academy Of New Orleans La | 7027 Milne Blvd New Orleans, LA 70124 | LA | C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 008358 | Congregation St Mary Magdalen Catholic Church | Martin Dies | Dies & Hile LLP | Congregation St Mary Magdalen Catholic Church | 6421 West Metairie Ave. Metairie, LA 70003 | LA | C-3 (f), D-2, D-4, D-6, E-3, |
| 008359 | Roman Catholic Church Archdiocese New Orleans | Martin Dies | Dies & Hile LLP | | 2221 Mendez St. New Orleans, LA 70122 | LA | C-3 (f), D-2, D-4, D-6, E-3, |
| 008360 | St Mary S Academy Of The Holy Family | Martin Dies | Dies & Hile LLP | St Mary's Academy Of The Holy Family | 6905 Chef Menteur Hwy. New Orleans, LA 70126 | LA | C-1 (d), C-4, D-1 (c), D-2, D-4, D-6; E-1, |
| 008361 | Brother Martin High School | Martin Dies | Dies & Hile LLP | Brother Martin High School | 4401 Elysian Fields Avenue New Orleans, LA 70122 | LA | C-1 (c), C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 008362 | Congregation St Francis Xavier Church | Martin Dies | Dies & Hile LLP | Congregation St Francis Xavier Church | 215 Betz Place Metairie, LA 70005 | LA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-3, |