| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 008363 | Roman Catholic Church Archdiocese New Orleans | Martin Dies | Dies & Hile LLP | | 1000 Barataria Blvd Marrero,  LA 70072 | LA | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-3, |
| 008364 | Congregation Of St Louise De Marillac Church | Martin Dies | Dies & Hile LLP | Congregation Of St Louise De Marillac Church | 1914 Aycock St, Arabi, LA 70032 | LA | C-3 (f), D-2, D-4, D-6, E-1, |
| 008365 | Roman Catholic Church Archdiocese New Orleans | Martin Dies | Dies & Hile LLP | | 8800 Veterans Memorial Blvd Metairie, LA 70003 | LA | C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 008366 | Congregation St Francis Xavier Cabrini Church | Martin Dies | Dies & Hile LLP | Congregation St Francis Xavier Cabrini Church | 1500 Prentis Ave, New Orleans, LA 70122 | LA | C-1 (d), C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008367 | Roman Catholic Church Archdiocese New Orleans | Martin Dies | Dies & Hile LLP | | 2022 St Bernard Ave New Orleans, LA 70166 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008368 | Congregation St Pius X Roman Catholic Church | Martin Dies | Dies & Hile LLP | Congregation St Pius X Roman Catholic Church | 6600 Spanish Fort Blvd New Orleans, LA 70124 | LA | D-2, D-4, D-6, E-3, |
| 008369 | Congregation Of St Dominic Catholic Church | Martin Dies | Dies & Hile LLP | Congregation Of St Dominic Catholic Church | 6326 Memphis St, New Orleans, LA 70126 | LA | C-3 (f), D-2, D-4, D-6, E-1, |
| 008370 | Congregation St Philip Neri Catholic Church | Martin Dies | Dies & Hile LLP | Congregation St Philip Neri Catholic Church | 6600 Kawanee Ave Metairie,  LA | LA | C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 008371 | Congregation St Joan Arc Church Laplace LA | Martin Dies | Dies & Hile LLP | Congregation St Joan Arc Church Laplace La | 412 Fir St, La Place, LA | LA | C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 008372 | Roman Catholic Church Archdiocese New Orleans | Martin Dies | | | 835 Melody Drive Metairie,  LA 70002 | LA | C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 008373 | Congregation St Joan Of Arc Catholic Church | Martin Dies | Dies & Hile LLP | Congregation St Joan Of Arc Catholic Church | 919 Cambronne St, New Orleans, LA 70118 | LA | C-3 (f), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 008374 | Congregation St Francis Assisi Church | Martin Dies | Dies & Hile LLP | Congregation St Francis Assisi Church | 5957 Patton St, New Orleans, LA 70115 | LA | C-3 (f), D-2, D-4, D-6, E-1, |
| 008375 | Congregation St Rita Roman Catholic Church | Martin Dies | Dies & Hile LLP | Congregation St Rita Roman Catholic Church | 65 Fontainebleau Dr New Orleans, LA 70125 | LA | C-3 (f), D-2, D-4, D-6, E-1, |
| 008376 | Congregation Of Immaculate Conception Church | Martin Dies | Dies & Hile LLP | Tcongregation Of Immaculate Conception Church | 601 Avenue C Marrero, LA 70072 | LA | C-2, C-4, D-2, D-4, D-6, E-1, |
| 008377 | Congregation St Raymond Roman Catholic Church | Martin Dies | Dies & Hile LLP | Congregation St Raymond Roman Catholic Church | 3720 Paris Ave, New Orleans, LA 70122 | LA | C-1 (d), C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012672 | State Of Arkansas | Martin Dies | Dies & Hile LLP | State Capitol Building | 1 State Capitol, Little Rock AR 72201 | AR | C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 012673 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Ledbetter Building | 1800 West 7th Street, Little Rock AR 72203 | AR | C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 012674 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Judge Hill Building | 447 Carey Road, Booneville AR 72927 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-3, |
| 012675 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Child Support (Arkla) Bldg | 400 E. Capital, , Little Rock AR 72203 | AR | D-1 (c), D-2, D-3, D-4, D-6, E-3, |
| 012676 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Ark. State Hosp. Nursing Admin | 4313 W. Markham, Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-3, |
| 012677 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Ark. State Hosp. Canteen | 4313 W. Markham, Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-1, |
| 012678 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Ark. State Hosp. Admin Bld | 4313 W. Markham, Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-3, |
| 012679 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Ark. State Hosp Vocational Shp | 4313 W. Markham, Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-1, |
| 012680 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Ark. State Hosp. Hendrix Hall | 4313 W. Markham, Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-3, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012681 | State Of Connecticut - Dept. Public Works | Martin Dies | Dies & Hile LLP | Supreme Court Building | - 231 Capitol Ave Hartford CT 06106 | CT | C-3 (f), D-2, D-4, D-5, D-6, E-1, |
| 012682 | State Of Connecticut - Dept. Public Works | Martin Dies | Dies & Hile LLP | Merritt Hall | Connecticut Valley Hospital Middletown CT  06457 | CT | C-2, C-3 (f), D-2, D-4, D-5, D-6, E-1, |
| 012683 | State Of Connecticut - Dept. Public Works | Martin Dies | Dies & Hile LLP | Commissary - Veteran's Hospital | 287 West St Rocky Hill CT  06067 | CT | C-3 (f), D-2, D-4, D-6, E-1, |
| 012684 | Cook County, Illinois | Martin Dies | Dies & Hile LLP | Cook Co. Children's Hosp | 700 S. Wood Street, Chicago IL 60612 | IL | C-2, C-4, D-2, D-4, D-6, E-1, |
| 012685 | State Of Arkansas | Martin Dies | Dies & Hile LLP | D F & A Building | 1509 W. Seventh Street, Little Rock AR 72201 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012686 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Maintenance Bldg No. 18 | 6701 Highway 67, Benton AR 72015 | AR | C-2, C-4, D-2, D-4, D-6, E-1, |
| 012687 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Employment Security Bldg. | 501 West Arch., Searcy AR 72143 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012688 | State Of Arkansas | Martin Dies | Dies & Hile LLP | SBS Building | 501 Woodlane Drive, Little Rock AR 72201 | AR | D-2, D-3, D-4, D-6, E-1, E-4, |
| 012689 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Bond Building | 14701 Highway 111 South, Alexander AR 72002 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-3, |
| 012690 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Wilbur Mills Library | 2400 West Markham, Little Rock AR 72205 | AR | B-2, D-1 (c), D-2, D-4, D-6, E-1, |
| 012691 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Justice Building | 625 Marshall Street, Little Rock AR 72201 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012692 | State Of Arizona | Martin Dies | Dies & Hile LLP | Senate Building | 1700 W. Washington Street, Phoenix, AZ 85007 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 012693 | State Of Arizona | Martin Dies | Dies & Hile LLP | House Of Reps. Bldg. | 1700 W. Washington St, Phoenix, AZ 85007 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012694 | State Of Arizona | Martin Dies | Dies & Hile LLP | Corrections Fac. | 1601 W. Jefferson Street, Phoenix, AZ 85007 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 012695 | State Of Arizona | Martin Dies | Dies & Hile LLP | Historical Society Museum | 949 E. 2nd Street, Tucson, AZ 85719 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 012696 | State Of Arizona | Martin Dies | Dies & Hile LLP | Executive Tower | 1700 W. Washington Street, Phoenix, AZ 85007 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 012697 | State Of Arizona | Martin Dies | Dies & Hile LLP | Ash Cholla Hall | 2500 E Van Buren St Phoenix, AZ 85008 | AZ | C-2, C-4, D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 012698 | State Of Arizona | Martin Dies | Dies & Hile LLP | General Services Bldg | 2500 E Van Buren St Phoenix, AZ 85008 | AZ | C-2, C-4, D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 012699 | State Of Arizona | Martin Dies | Dies & Hile LLP | Des Office Building | 815 N. 18th Street, Phoenix, AZ 85006 | AZ | C-2, C-4, D-2, D-4, D-5, D-6, E-1, |
| 012700 | County Of Orange, Individually And On behalf of class | Martin Dies | Dies & Hile LLP |  | All Orange Co. Buildings | TX | B-1, B-2, C-1 (d), D-1 (b), D-2, D-4, D-6, E-1, |
| 012701 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 32 Poplar Bld | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012702 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 30 Hickory Bl | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012711 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 27 Cedar Bldg | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012712 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 26 Cedar Bldg | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012713 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 6 Cedar Bldg | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012714 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 5 Cedar Bldg | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012715 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 4 Cedar Bldg | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012716 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway Residence #2 | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012717 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 3 Cedar Bldg | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012718 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway Slt Office | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-2, C-4, D-2, D-4, D-6, E-4, |
| 012719 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway Admin. Bldg. | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012720 | State Of Arizona | Martin Dies | Dies & Hile LLP | Ash Dietary Bldg | 2500 E Van Buren Phoenix, AZ 85008 | AZ | C-2, C-3 (f), D-2, D-4, D-5, D-6, E-1, |
| 012721 | State Of Arizona | Martin Dies | Dies & Hile LLP | Veterans Mem. Coliseum | 1826 W. Mcdowell, Phoenix, AZ 85007 | AZ | D-2, D-4, D-5, D-6, E-3, |
| 012722 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway Classroom 6 and 8 | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012723 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway Classrm 3 & 5 | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012724 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway Classroom 10 | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012725 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 25 Cedar Bldg | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012726 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway Classrm 7 & 9 | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012727 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway Classrm 2 & 4 | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012728 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 29 Cedar Bldg | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012729 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Conway 28 Cedar Bldg | 150 Siebenmorgen Road, Conway AR 72032 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012730 | State Of Arkansas | Martin Dies | Dies & Hile LLP | State Hosp. Unit No. 6 | 4313 W. Markham, Ark. Little Rock AR 72205 | AR | C-2, D-1 (c), D-2, D-4, D-6, E-3, |
| 012731 | State Of Arkansas | Martin Dies | Dies & Hile LLP | State Hosp. Unit No. 5 | 4313 W. Markham, Ark. Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-3, |
| 012732 | State Of Arkansas | Martin Dies | Dies & Hile LLP | State Hosp. Unit No. 1 | 4313 W. Markham, Ark. Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-3, |
| 012733 | State Of Arkansas | Martin Dies | Dies & Hile LLP | State Hosp. Unit No. 2 | 4313 W. Markham, Ark. Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-3, |
| 012734 | State Of Arkansas | Martin Dies | Dies & Hile LLP | State Hosp. Unit No. 3 | 4313 W. Markham, Ark. Little Rock AR 72205 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-3, |
| 012735 | State Of Arkansas | Martin Dies | Dies & Hile LLP | State Hosp. Unit No. 4 | 4313 W. Markham, Ark. Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-3, |
| 012736 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Ark. St Hosp Admisions Bld | 4313 W. Markham, Little Rock AR 72205 | AR | D-1 (c), D-2, D-4, D-6, E-3, |
| 012737 | State Of Arkansas | Martin Dies | Dies & Hile LLP | Ark. St Hosp Rogers Hall | 4313 W. Markham, Little Rock AR 72205 | AR | C-4, D-1 (c), D-2, D-4, D-6, E-3, |
| 008024 | St Martin Parish School Board | Robert C McCall | Baggett McCall & Burgess | Cecilia Junior High | 1038 School Road Cecilia LA 70521 | LA | C-4, D-2, D-4, D-6, E-1, |
| 008025 | Jefferson Davis Parish School Board | Robert C McCall | Baggett McCall & Burgess | Jennings High School | 620 Florence Street Jennings, LA 70546 | LA | C-1 (d), D-2, D-4, D-6, E-4, |
| 008026 | Jefferson Davis Parish School Board | Robert C McCall | Baggett McCall & Burgess | Welsh Elementary | 222 East Bougeous Welsh, LA 70591 | LA | D-2, D-4, D-6, E-4, |
| 008027 | Lasalle Parish School Board | Robert C McCall | Baggett McCall & Burgess | Jena High School-1 | High School Drive Jena, LA 71342 | LA | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1. |
| 008028 | Lasalle Parish School Board | Robert C McCall | Baggett McCall & Burgess | Lasalle High School-2 | 1460 Blake Street Olla, LA 71465 | LA | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 008029 | Acadia Parish School Board | Robert C McCall | Baggett McCall & Burgess | South Crowley Elementary | 1102 South Parkerson Crowley, LA 70526 | LA | C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 008030 | Acadia Parish School Board | Robert C McCall | Baggett McCall & Burgess | South Rayne Elementary | 101 East Branche Rayne, | LA | C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 008031 | St Martin Parish School Board | Robert C McCall | Baggett McCall & Burgess | Breaux Bridge Junior High | Main And Martin Street Breaux Bridge, LA 70517 | LA | C-1 (d), C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008032 | Calcasieu Parish School Board | Robert C McCall | Baggett McCall & Burgess | Cherry Street Elementary | 300 North Cherry Street Lake Charles, LA 70601 | LA | C-1 (d), C-2, D-1 (c), D-2, D-4, D-6, E-1, |
| 008033 | Calcasieu Parish School Board | Robert C McCall | Baggett McCall & Burgess | College Oaks Elementary | 3618 Ernest Street Lake Charles, LA 70605 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008034 | Calcasieu Parish School Board | Robert C McCall | Baggett McCall & Burgess | W. T. Henning Elementary | 774 Henning Drive Sulphur, LA 70663 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008035 | Calcasieu Parish School Board | Robert C McCall | Baggett McCall & Burgess | Lake Charles Boston High School | 1509 Enterprise Blvd Lake Charles, LA 70601 | LA | C-3 (f), D-2, D-4, D-6, E-3, |
| 008036 | Calcasieu Parish School Board | Robert C McCall | Baggett McCall & Burgess | Dolby Elementary | 817 Jefferson Drive Lake Charles, LA 70605 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-3, |
| 008037 | Calcasieu Parish School Board | Robert C McCall | Baggett McCall & Burgess | E. K. Key Elementary | 1201 East Burton Street Sulphur, LA 70663 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-3, |
| 008038 | Calcasieu Parish School Board | Robert C McCall | Baggett McCall & Burgess | Henry Heights Elementary | 3600 Louisiana Avenue Lake Charles, LA 70605 | LA | C-4, D-2, D-4, D-6, E-3, |
| 008039 | Calcasieu Parish School Board | Robert C McCall | Baggett McCall & Burgess | Oak Park Elementary | 2001 18th Street Lake Charles, LA 70601 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-3, |
| 011285 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | S.J. Montgomery Elementary- Sb#25 | 600 Foreman Drive Lafayette LA 70506 | LA | C-2, C-4, D-2, D-4, D-6, E-4, |
| 011286 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | E.A. Martin Middle- sb#23 | 401 Broadmoor Blvd Lafayette LA 70503 | LA | C-2, C-4, D-2, D-4, D-6, E-4, |
| 011287 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | Lafayette High- sb#20 | 3000 West Congress Street Lafayette LA 70506 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-4, |
| 011288 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | Acadian Middle- sb#1 | 4201 Moss Street Lafayette LA 70507 | LA | C-4, D-2, D-4, D-6, E-4, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011289 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | L.J. Alleman Middle-sb#3 | 600 Roselawn Blvd Lafayette LA 70501 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-4, |
| 011290 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | Comeaux High-sb#11 | 100 West Bluebird Drive Lafayette LA 70508 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-4, |
| 011291 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | J.W. Faulk Elementary-sb#15 | 711 East Willow Street Lafayette LA 70507 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-4, |
| 011292 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | Paul Breaux Middle-sb#5 | 1400 South Orange Street Lafayette LA 70501 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-4, |
| 011293 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | Broussard Middle-sb#7 | 100 Leon Street Broussard LA | LA | C-2, C-4, D-2, D-4, D-6, E-4, |
| 011294 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | J.W. James Elementary-sb#16 | 100 Poydras Street Lafayette LA 70501 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-4, |
| 011295 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | Judice Middle-sb#17 | 2645 South Fieldspan Road Duson LA | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-4, |
| 011296 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | Central Office Complex-sb#41 | 113 Chaplin Drive Lafayette LA 70508 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 011297 | Lafayette Parish School Board | Robert C McCall | Baggett McCall & Burgess | L. Leo Judice Elementary-SB#18 | 5801 Cameron Street Scott LA 70529 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-4, |
| 008018 | Lafourche Parish School Board | Jack A Grant | Grant & Barrow | Central Lafourche High School-5 | 4820 Hwy 1 (Building 1) Raceland LA 70394 | LA | C-4, D-2, D-4, D-6, E-1, |
| 008019 | Lafourche Parish School Board | Jack A Grant | Grant & Barrow | Cut Off Elementary School-7 | 177 West 55th Street (Building 3) Cut Off, LA 70345 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008020 | Lafourche Parish School Board | Jack A Grant | Grant & Barrow | Golden Meadow Lower Elementary School-12 | 118 Alcide Golden Meadow LA 70357 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008021 | Lafourche Parish School Board | Jack A Grant | Grant & Barrow | West Thibodaux Jr. High School-33 | 1111 East 12th Street (Building 1) Thibodaux LA 70301 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|
| 008022 | Lafourche Parish School Board | Jack A Grant | Grant & Barrow | Lafourche Parish School Board Office-38 | 805 East 7th Street Thibodaux LA 70301 | LA | C-4, D-2, D-4, D-6, E-1, |
| 008023 | Lafourche Parish School Board | Jack A Grant | Grant & Barrow | Larose-cut Off Jr. High School-15 | 13356 West Main (Building 5) Cut Off LA 70345 | LA | C-2, C-4, D-2, D-4, D-6, E-3, |
| 008164 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Bissonet Plaza Elementary School | 6818 Kawanee Avenue Metairie, LA 70003 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008165 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | S. J. Barbre Jr. High School | 1610 Third Street (Building 3) Kenner, LA 70062 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008166 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | T.h. Harris Jr. High School-38 | 911 Elise Avenue Metairie, LA 70003 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008167 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Harahan Elementary School-37 | 6723 Jefferson Highway (Building 2) Jefferson, LA 70123 | LA | C-2, C-4, D-2, D-4, D-6, E-1, |
| 008168 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Ella Dolhonde Elementary School-22 | 219 Severn Avenue (Building 2) Metairie, LA 70001 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008169 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Deckbar Elementary School-21 | 2012 Jefferson Highway (Building 5) Jefferson, LA 70121 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008170 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Joshua Butler Elementary School-15 | 300 Fourth Street (Building 2) Westwego, LA 70094 | LA | C-2, C-4, D-1 (b), D-2, D-4, D-6, E-1, |
| 008171 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Bridgedale Elementary School-13 | 808 Zinnia Street (Building 6) Metairie, LA 70001 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008172 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | William Hart Elementary School-39 | 2001 Hancock Street (Building 2) Gretna, LA. 70053 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008173 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Live Oak Manor Elementary School-55 | 220 Acadia Drive (Building 1) Waggaman, LA 70094 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 008174 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Lincoln Elementary School-53 | 1429 Ames Boulevard Marrero, LA 70072 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008175 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Grace King High School-50 | 4301 Grace King Place (Building 200) Metairie, LA 70002 | LA | C-2, C-4, D-2, D-4, D-6, E-1, |
| 008176 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Hazel Park Elementary/ Hilda Knoff Kindergarten-42 | 8809 Jefferson Highway (Building 2) Harahan, LA 70123 | LA | C-2, C-4, D-2, D-4, D-6, E-1, |
| 008177 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Harvey Kindergarden-40 | 3400 Sixth Street (Building 2) Harvey, LA 70058 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008178 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | L.h. Marrero Middle School-56 | 4100 Seventh Street Marrero, LA 70072 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008179 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | East Jefferson High School-24 | 400 Phlox Street (Building 8) Metairie, LA 70001 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008180 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Westwego Elementary School-80 | 537 Avenue D Westwego, LA 70094 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008181 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Westgate Elementary School-78 | 2504 Maine Avenue (Building 2) Metairie, LA 70003 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008182 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Miller Wall Elementary School-76 | 2001 Bonnie Ann Drive (Building 1) Marrero, LA 70072 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008183 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | West Jefferson High School-79 | 2200 Eighth Street (Building 1) Harvey LA 70058 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 008184 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Marie Riviere Elementary School-67 | 1564 Lake Avenue (Building 1) Metairie LA 70005 | LA | C-4, D-2, D-4, D-6, E-1, |
| 008185 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Riverdale High School/Fairchild-66 | 240 Riverdale Drive (Building 4) Jefferson LA 70121 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 008186 | Jefferson Parish School Board | Jack A Grant | Grant & Barrow | Vic A. Pitre Elementary School- 63 | 1525 Spruce Street (Building 1) Westwego LA 70094 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 011326 | Natchitoches Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | North Natchitoches Elementary School | 1500 Gold Street Natchitoches LA 71457 | LA | C-1 (d), C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 011327 | Natchitoches Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Fairview Alpha Elementary School | 111 Grappes Bluff Road Coushatta LA 71019 | LA | C-1 (d), C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 011328 | Natchitoches Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Parks Elementary School | 800 Koonce Street Natchitoches LA 71457 | LA | C-1 (d), C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 011329 | Natchitoches Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Provencal Elementary School | Highway 117 South Provencal LA 71468 | LA | C-1 (d), C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 011330 | Natchitoches Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | St. Matthews Junior High School | Rt. 1 Box 126 Melrose LA 71452 | LA | C-1 (d), C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012651 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Baton Rouge High School - Rumpus Room | 2825 Government Street Baton Rouge LA 70806 | LA | C-1 (d), C-4, D-2, D-4, D-6, E-1, |
| 012652 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Broadmoor High School - Auditorium | 10100 Goodwood Blvd. Baton Rouge LA 70815 | LA | C-2, C-4, D-2, D-4, D-6, E-1, |
| 012653 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Broadmoor Middle School Building 1 | 1225 Sharp Road Baton Rouge LA 70815 | LA | C-4, D-2, D-4, D-6, E-1, |
| 012654 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Capital Middle School Auditorium/gymnasium | 4200 Gus Young Ave. Baton Rouge LA 70802 | LA | D-2, D-4, D-6, E-1, |
| 012655 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Greenbriar Elementary School | 12203 Canterbury Drive Baton Rouge LA 70814 | LA | C-2, C-4, D-2, D-4, D-6, E-1, |
| 012656 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Glen Oaks Middle School Auditorium | 5300 Monarch Street  Baton Rouge LA 70811 | LA | C-2, C-4, D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012657 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Glen Oaks Middle School Industrial Arts Building | 5300 Monarch Street Ind. Baton Rouge LA 70811 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012658 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Glen Oaks High School Auditorium/gymnasium | 6650 Cedar Grove Dr. Baton Rouge LA 70812 | LA | C-2, C-4, D-2, D-4, D-6, E-1, |
| 012659 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Choctaw Vocational Auditorium & Bldg. 7 | 2875 Michelli Drive Baton Rouge LA 70805 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012660 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Sharon Hills Elementary Blds 1, 2, 3, 4 & 7 | 6450 Guynell Drive Baton Rouge LA 70811 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012661 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Robert S. Lee High School Auditorium | 1105 Lee Drive Baton Rouge LA 70820 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012662 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Progress Elementary Classroom Bldg 9 | 855 Progress Road Baton Rouge LA 70807 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012663 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Progress Elementary Administration And Classroom Buildings 1, 4, 5, 6, 7 & 8 | 855 Progress Road Baton Rouge LA 70807 | LA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 012664 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Park Forest Middle School Main Building #1 | 3760 Aletha Drive Baton Rouge LA 70814 | LA | C-4, D-2, D-4, D-6, E-1, |
| 012665 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Istrouma High School Auditorium | 3730 Winbourne Avenue Baton Rouge LA 70805 | LA | C-4, D-2, D-4, D-6, E-1, |
| 012666 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Zachary High School Storage/Shop Bldg 3 | 4101 Church Street Zachary LA 70791 | LA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012667 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | White Hills Elementary School Bldgs Classroom 5-6 | 5300 Bentley Drive Baker | LA | C-4, D-2, D-4, D-6, E-1, |
| 012668 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | White Hills Elementary Bldg 1 and classroom 4 | 5300 Bentley Drive Baker | LA | C-1 (b), C-4, D-1 (c), D-4, D-6, E-1, |
| 012669 | East Baton Rouge Parish School Board | Kenneth F Sills | Hammonds & Sills Quad | Westdale Elementary School 5 Bldgs | 2000 College Drive Baton RougeLA 70808 | LA | C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010631 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Caddo Middle Magnet | 7635 Cornelious Shreveport, LA 71101 | LA | C-1 (d), C-2, C-3 (f) (c), D-2, D-4, D-6, E-1, |
| 010632 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Captain Shreve High School | 6115 East Kings Highway Shreveport, LA 71105 | LA | C-3 (f), D-2, D-4, D-6, E-1, |
| 010633 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Cherokee Park Elementary School | 2010 East Algonquin Trail Shreveport, LA 71107 | LA | C-3 (f), D-2, D-4, D-6, E-1, |
| 010634 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Eden Gardens Elementary Magnet | 626 Eden Boulevard Shreveport, LA 71106 | LA | C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010635 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Fair Park High School | 3222 Greenwood Road Shreveport, LA 71109 | LA | C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010636 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Forest Hill Elementary School | 2005 Francais Drive Shreveport, LA 71118 | LA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 010637 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Ingersoll Elementary | 401 North Holzman Shreveport, LA 71101 | LA | C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010638 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Instructionaland Administrative Center | 1961 Midway Shreveport, LA | LA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 010639 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Linear Middle School | 2175 Linear Street Shreveport, LA 71107 | LA | C-1 (d), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010640 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Mooringsport Elementary | 602 Latimer Street Mooringsport LA 71060 | LA | C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010641 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | North Caddo High | 3131 Ardis Taylor Drive Shreveport, LA 71118 | LA | C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010642 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Northwood High School | 5939 Old Mooringsport Road Shreveport, LA 71107 | LA | C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010643 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Oak Terrace | 6600 Quilen Road Shreveport, LA 71108 | LA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 010644 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Ridgewood Middle School | 2001 2001 Ridgewood Drive Shreveport, LA 71118 | LA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 010645 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Summerfield Elementary | 3131 Ardis Taylor Drive Shreveport, LA 71118 | LA | C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010646 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | University Elementary | 9900 Smitherman Drive Shreveport, LA 71115 | LA | C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010647 | Caddo Parish School Board | Fred H Sutherland | Beard & Sutherland | Woodlawn High School | 7340 Wyngate Shreveport, LA 71106 | LA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 002977 | CHP Associates Inc | James M Hughes | Motley Rice LLC | | 1415 Route 70 East Suite 500 Cherry Hill, NJ 08034 | NJ | C-3 (f), D-2, D-3, D-6, E-3, |
| 003405 | Fargo Housing And Redevelopment Authority PO Box 430 325 Broadway Fargo, ND 58108 | James M Hughes | Motley Rice LLC | Lashkowitz High Rise | 101 S 2nd Street Fargo, ND 58102 | ND | C-4, D-2, D-6, E-1, |
| 003406 | American Legion | James M Hughes | Motley Rice LLC | | 505 3rd Avenue North Fargo, ND ND 58102 | ND | C-3 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 003512 | The Church Of St Helena Of Minneapolis | James M Hughes | Motley Rice LLC | The Church Of St Helena Of Minneapolis | 3204 E. 43rd Street Minneapolis, MN 55406 | MN | C-3 (d), D-1 (c), D-2, D-5, D-6, E-1, |
| 003515 | Catholic Diocese Of Little Rock | James M Hughes | Motley Rice LLC | | 2415 N. Tyler Little Rock, AR 72202 | AR | C-3 (d), C-3 (f), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 006933 | The Church Of The Most Holy Redeemer | James M Hughes | Motley Rice LLC | The Church Of The Most Holy Redeemer | 206 Vine Avenue West Montgomery, MN 56069 | MN | C-2, D-1 (c), D-2, D-5, D-6, E-1, |
| 006936 | City Of Barnesville - PO Box 550 Barnesville, MN 56514 | James M Hughes | Motley Rice LLC | | 101 Front Street South Barnesville, MN 56514 | MN | D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 006937 | State Of Washington - Attorney General Hiways License Building Floor 7 Olympia, WA 98504 | James M Hughes | Motley Rice LLC | General Admin. Bldg | Capitol Complex Olympia, WA 98504 | WA | C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 006938 | State Of Washington - Attorney General Hiways License Building Floor 7 Olympia, WA 98504 | James M Hughes | Motley Rice LLC | | 20212 68th Avenue West Lynnwood, WA 98036 | WA | C-4, D-2, D-4, D-6, E-3, |
| 006939 | State Of Washington - Attorney General Hiways License Building Floor 7 Olympia, WA 98504 | James M Hughes | Motley Rice LLC | Wsu Kruegel Mcallister Central | Stadium Way Pullman, WA 99164 | WA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 006940 | State Of Washington - Attorney General Hiways License Building Floor 7 Olympia, WA 98504 | James M Hughes | Motley Rice LLC | Wsu Johnson Hall & Annex | Wilson Road Pullman, WA 99164 | WA | C-1 (d), C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 006941 | State Of Washington - Attorney General Hiways License Building Floor 7 Olympia, WA 98504 | James M Hughes | Motley Rice LLC | Wsu Daggy Hall, Bldg #0803 | College Avenue Pullman, WA 99164 | WA | C-3 (f), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 006942 | State Of Washington - Attorney General Hiways License Building Floor 7 Olympia, WA 98504 | James M Hughes | Motley Rice LLC | Wsu Dana Hall, Bldg #0056 | Spokane Street Pullman, WA 99164 | WA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 006943 | State Of Washington - Attorney General Hiways License Building Floor 7 Olympia, WA 98504 | James M Hughes | Motley Rice LLC | WSU Beasley Performing Arts Coliseum | Pullman, WA 99164 | WA | C-4, D-2, D-4, D-6, E-1, |
| 006944 | State Of Washington - Attorney General Hiways License Building Floor 7 Olympia, WA 98504 | James M Hughes | Motley Rice LLC | Wsu Mccoy Hall, Bldg #0044 | Stadium Way, Pullman, WA, 99164 | WA | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 009645 | Port Of Seattle | James M Hughes | Motley Rice LLC | | Main Terminal Bldg, 17600 Pacific Highway Seatac, WA 98188 [ | WA | C-4, D-2, D-4, D-6, E-4, |
| 009646 | Port Of Seattle | James M Hughes | Motley Rice LLC | North Satellite Bldg | 17600 Pacific Highway Seatac, WA 98188 | WA | C-2, C-4, D-2, D-4, D-6, E-3, |
| 009647 | Port Of Seattle | James M Hughes | Motley Rice LLC | South Satellite Bldg | 17600 Pacific Highway Seattle, WA 98188 | WA | C-4, D-2, D-4, D-6, E-4, |
| 010648 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 28 Civic Center Plaza Santa Ana CA 92701 | CA | C-1 (d), C-4, D-1 (a), D-2, D-4, D-6, E-1, |
| 010649 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 1416 9th St Sacramento, CA 95814 | CA | C-1 (d), C-4, D-2, D-4, D-6, E-1, |
| 010650 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 10333 El Camino Real Atascadero CA 93423 | CA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010651 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 1234 East Shaw Ave Fresno, CA 93710 | | C-1 (b), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010652 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 714 P Street Sacramento, CA 95814 | CA | C-1 (b), C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 010653 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 7650 South Newcastle Road Stockton CA 95213 | CA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1. |
| 010654 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 2501 Harbor Blvd Costa Mesa CA. 92626 | CA | C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010655 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 5100 O'byrnes Ferry Road Jamestown CA. 95327 | CA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 010656 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | End Of Highway 202 At Cummings Valley Tehachapi CA 93561 | CA | C-1 (d), C-2 C-3 (f), D-2, D-4, D-6, E-1. |
| 010657 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 2501 Harbor Blvd Costa Mesa CA. 92626 | CA | C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010658 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 3100 Wright Road Camarillo CA 93010 | CA | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 010659 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 1234 East Shaw Ave Fresno, CA 93710 | CA | C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 010660 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | End Of Highway 202 At Cummings Valley Tehachapi CA 93561 | | C-1 (d), D-2, D-4, D-6, E-1, |
| 010661 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 31 East Channel Street Stockton CA 95202 | CA | C-1 (d), C-4, D-2, D-4, D-6, E-1. |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010662 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 744 P Street Sacramento, CA 95814 | CA | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 014411 | State Of California Dept Of General Services | Steven Mandelsberg | Hahn & Hessen, LLP | | 7650 S Newcastle Road Stockton CA 95213 | CA | C-1 (d), C-2, C-4, D-2, D-4, D-6, E-1, |
| 006945 | The Prudential Insurance Company - 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Century Center I | 2200 Century Parkway Atlanta, GA 30345 | GA | C-2, C-4, D-2, D-4, D-5, D-6, E-3, |
| 006946 | The Prudential Insurance Company Of America - 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Southdale Office Complex | 6800 France Avenue Edina, MN 55435 | MN | C-2, C-3 (d), C-4, D-2, D-4, D-5, D-6, E-2, |
| 006947 | The Prudential Insurance Company Of America - 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Northwest Financial Center | 7900 Xerxes Avenue Bloomington, MN 55431 | MN | C-4, D-2, D-4, D-5, D-6, E-2, |
| 006948 | The Prudential Insurance Company Of America - 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Century Center IV | 2600 Century Parkway Atlanta, GA 30345 | GA | C-4, D-2, D-4, D-5, D-6, E-4, |
| 006949 | The Prudential Insurance Company 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Brookhollow I | 2800 North Loop West Houston, TX 77092 | TX | C-4, D-2, D-4, D-6, E-3, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 006950 | The Prudential Insurance Company of America 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | | 1100 Milam Houston, TX 77001 | TX | C-4, D-2, D-4, D-6, E-3, |
| 006951 | The Prudential Insurance Company of America 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | First Florida Tower | 111 East Madison Street Tampa, FL 33602 | FL | C-4, D-2, D-3, D-4, D-6, E-3, |
| 006952 | The Prudential Insurance Company of America 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Short Hills Building | 51 John F Kennedy Parkway Short Hills NJ 07078 | NJ | C-4, D-2, D-4, D-6, E-1, |
| 001724 | Wittenberg, William R 6110 Panorama Dr Ne Tacoma | No Counsel Specified | No Counsel Specified | | 6110 Panorama Dr Ne Tacoma WA 98422 | WA | C-2, C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 002636 | Thrasher, Virginia L 3460 Pheasant Ct Decatur, GA 30034 | No Counsel Specified | No Counsel Specified | | 599 Starling Rd Alma, GA 31510 | GA | E-1, |
| 002763 | Woodbury Place Apartments LTD 3942 Pleasure Hill San Antonio, TX 78229 | No Counsel Specified | No Counsel Specified | | 2834 Woodbury Dr San Antonio, TX 78217 | TX | C-3 (d), C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 004382 | Shartzer, Jamie Guevara 24172 Zorro Ct Hayward, | No Counsel Specified | No Counsel Specified | | 24172 Zorro Ct Hayward, CA 94541 | CA | D-4, D-6, E-1, |
| 005986 | Spingler, Clifford M 1233 Nw 199th Pl Shoreline, WA | No Counsel Specified | No Counsel Specified | | 1233 Nw 199th Pl Shoreline, WA 98177 | WA | C-2, C-3 (e), D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 005987 | Johnson, Dale M 2255 E Shaw Ave, Apt B Fresno, CA 97710 | No Counsel Specified | No Counsel Specified | | 2255-2297 E Shaw Ave Fresno, CA 93710 | CA | C-1 (d), C-2, D-1 (d), D-6, E-1, |
| 006582 | Skaife, Ronald Alan 7623 W Ryan Rd Franklin, WI 53132 | No Counsel Specified | No Counsel Specified | | 7623 7625 W Ryan Rd Franklin, WI 53132 | WI | C-1 (d), C-2, C-3 (d), D-4, D-6, E-1, |
| 007092 | Smith, Kenneth D 1711 Milton Manor Dr El Cajon, CA 92021 | No Counsel Specified | No Counsel Specified | | 1711 Milton Manor Dr El Cajon, CA 92021 | CA | C-1 (d), D-4, D-6, E-1, |
| 009778 | Allegheny Center Associates | No Counsel Specified | No Counsel Specified | One And Two Allegheny Center | One And Two Allegheny Center Pittsburgh, PA 15212 | PA | C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 012750 | Stewart, Fanette L 621 East 40th Ave Spokane, WA 99203 | No Counsel Specified | No Counsel Specified | | 901 East Bates St, SE Tumwater WA 98501 | WA | C-2, C-3 (d), C-3 (e), D-4, D-6, E-1, |
| 012751 | Stewart, Fanette Lloys 621 East 40th Ave, Spokane, WA 99203 | No Counsel Specified | No Counsel Specified | | 621 East 40th Ave Spokane WA 99203 | WA | C-3 (d), E-1, |
| 012752 | Belferman, John Michael 21600 Beallsville Road Bomesville, MD 20838 | No Counsel Specified | No Counsel Specified | | 21600 Beallsville Road Barnesville, MD 20838 | MD | E-1, |
| 012780 | First Presbyterian Church | No Counsel Specified | No Counsel Specified | First Presbyterian Church | 516 12th Street Dawson, MN 56232 | MN | C-3 (f), D-2, D-4, D-5, D-6, E-3, |
| 022785 | Building Laborers Union Local 310 | Richard L Stoper Jr | Rotatori Bender Gragel Stoper & Alexander Co LPA | | 3250 Euclid Avenue Cleveland, OH 44115 | OH | C-3 (f), D-2, D-4, D-6, E-3, |
| 005586 | County Of Sonoma - 2680 Ventura Ave Santa Rosa, CA 95403 | William L Adams | County Of Sonoma Office Of County Counsel | | 600 Administration Drive Santa Rosa, CA 95403 | CA | C-2, C-4, D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 007019 | Southern Wesleyan University Etal | Edward J Westbrook | Richardson Patrick Westbrook & Brickman LLC | | | SC | B-2, C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 007020 | Sheldon H Solow, Solow Development Corp., et al. | Edward J Westbrook | Richardson Patrick Westbrook & Brickman LLC | | 9 West 57th Street New York, NY 10019 | NY | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 007028 | Trumbull Memorial Hospital | Steven E Crick | Humphrey Farrington & McClain | Trumbull Memorial Hospital | 1350 E Market Street Warren, OH 44482 | OH | C-3 (f), D-2, D-4, D-6, E-3, |
| 009570 | Los Angeles Unified School District C/o Roman M S | Roman Silberfelt; Bernice Conn | Robins, Kaplan, Miller, Ciresi, LLP | | | CA | |
| 009684 | Olympus 555 Properties LLC | Avrum J Rosen | Avrum J Rosen | | 555 Broad Hollow Rd Melville, NY 11747 | NY | C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 011308 | Sempra Energy, San Diego Gas & Electric, Enova | Steven Davis; D. Alexander Barnes | Obermayer Rebmann Maxwell & Hippel, LLP | | 101 Ash Street San Diego, CA 92101 | CA | C-1 (d), D-2, D-4, D-6, E-1, |
| 011314 | City of Philadelphia | Joseph Digiuseppe | Law Department City Of Philadelphia One Parkway | | 555 South 43rd Street Philadelphia, PA 19104 | PA | C-1 (d), D-2, D-6, E-1, |
| 012758 | Macerich Fresno Limited Partnership | Pillsbury Winthrop LLP | Pillsbury Winthrop LLP | | 645 East Shaw Avenue Fresno, CA 93710 | CA | D-2, D-3, D-4, D-6, E-1, |