**EXHIBIT C (TO CERTIFICATION OF COUNSEL)**

## EXHIBIT B TO ORDER SETTING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS

| I. | Schedule re Hearing on Methodology Issue | **Deadline** |
|---|---|---|
| A. | Non-expert discovery may commence upon the entry of the Order and the determination of any objections thereto that may be asserted pursuant to paragraph 9 of the Order | |
| B. | Designation of fact and expert witnesses and subject matter on which such witnesses are expected to testify or types of experts who are expected to testify and the nature of their expertise** | 10/25/06 |
| C. | Debtors' additional rebuttal expert reports on the methodology issue and identification of rebuttal fact witnesses and the general subject matter of such fact witness testimony with respect to any new matters raised by the additional experts and reports filed as outlined in I.B above | 11/14/06 |
| D. | Depositions of expert witnesses may begin | 11/20/06 |
| E. | Conclusion of all discovery | 1/16/07 |
| F. | Final fact witness/expert witness list due | 1/22/07 |
| G. | Preliminary pre-trial conference | 1/22/06 Omnibus Hearing in Wilmington, Delaware |
| H. | Trial briefs due | _____ |
| I. | Hearing on Methodology Issue | _____ 9:00 a.m. Pittsburgh |
| ** The Debtors and the PD Committee have previously made their preliminary disclosure of fact witnesses and shall be bound thereby, without the necessity for doing so again | | |
| II. | Schedule re Adjudication of Product Identification, Limitation Periods and the Libby issue as Outlined in the 15th Omnibus Objection | |
| A. | Non-expert discovery may commence upon the entry of the Order and the determination of any objections thereto that may be asserted pursuant to paragraph 9 of the Order | |

MIAMI 1145019.2 7481715537

| | | |
|---|---|---|
| B. | Preliminary designation of fact and expert witnesses and subject matter on which such witnesses are expected to testify or types of experts who are expected to testify and the nature of their expertise | 11/06/06 |
| C. | Supplemental identification of additional witnesses based on the disclosures outlined in II.B above | 11/22/06 |
| D. | Debtors to submit expert reports on limitations period and Libby issues | 12/21/06 |
| E. | Claimants to submit expert reports on product identification issue | 12/21/06 |
| F. | Debtors to submit rebuttal expert reports on product identification issue | 1/17/07 |
| G. | Claimants to submit rebuttal expert reports on limitations period and Libby issue | 1/17/07 |
| H. | Depositions of expert witnesses may begin | 1/24/07 |
| I. | Preliminary pre-trial conference on limitation period, product identification and Libby issues | 1/22/06 Omnibus Hearing in Wilmington, Delaware |
| J. | Conclusion of all discovery in respect of limitation period, product identification and Libby issues | 3/5/07 |
| K. | Final fact witness/expert witness lists due, including identification of expert witness by issue on which that expert shall opine, exhibit lists and deposition designations | 3/13/07 |
| L. | Pre-trial motions, including motions for summary judgment and in limine | |
| | 1. Opening papers due | 3/20/07 |
| | 2. Responses due | 4/10/07 |
| | 3. Replies due | 4/17/07 |
| | 4. Hearing, if any | TBD |
| M. | Trial briefs and trial exhibits, identified by issue to which the exhibits pertain | 4/13/07 |
| N. | Final pretrial conference | TBD |
| O. | Trial on product identification, statute of limitation, and Libby issue | 4/23/07, 4/24/07, 4/25/07 9:00 a.m. Pittsburgh |

| III. | Schedule re Adjudication of Lack of Hazard issue as Outlined in the 15th Omnibus Objection | |
|---|---|---|
| A. | Non-expert discovery may commence upon the entry of the Order and the determination of any objections thereto that may be asserted pursuant to paragraph 9 of the Order | |
| B. | Preliminary designation of fact and expert witnesses and subject matter on which such witnesses are expected to testify or types of experts who are expected to testify and the nature of their expertise | 12/7/06 |
| C. | Supplemental identification of additional witnesses based on the disclosures outlined in III.B above | 12/22/06 |
| D. | All parties to submit expert reports on the lack of hazard issue | 1/15/07 |
| E. | All parties to submit rebuttal expert reports on lack of hazard issue | 2/9/07 |
| F. | Depositions of expert and non-expert witnesses related to lack of hazard issue may begin | 2/16/07 |
| G. | Preliminary pre-trial conference on lack of hazard issue | 2/26/07 Omnibus Hearing in Wilmington, Delaware |
| H. | Conclusion of all discovery in respect of the lack of hazard issue | 4/5/07 |
| I. | Final fact witness/expert witness lists due, including identification of expert witness by issue on which that expert shall opine, exhibit lists and deposition designations | 4/16/07 |
| J. | Pre-trial motions, including motions for summary judgment and in limine | |
| 1. | Opening papers due | 4/16/07 |
| 2. | Responses due | 5/9/07 |
| 3. | Replies due | 5/16/07 |
| 4. | Hearing, if any | TBD |
| K. | Trial briefs and trial exhibits, identified by issue to which the exhibits pertain | 5/13/07 |
| L. | Final pretrial conference | TBD |
| M. | Trial on lack of hazard issue | May __ and __, 2007, 9:00 a.m. Pittsburgh |

| | |
|---|---|
| IV.   Hearing on Estimation of Remaining PD Claims not disallowed as a result of I, II and III above | |