**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**INTERIM FEE APPLICATION OF THE BLACKSTONE GROUP L.P.**
**FOR THE TWENTIETH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its

capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee

Application of the Blackstone Group L.P. for the Twentieth Interim Period  (the "Application").

**BACKGROUND**

1.      The Blackstone Group L.P. ("Blackstone") was retained as financial advisers to the

Debtors.  In the Application, Blackstone seeks approval of fees totaling $250,000.00 and costs

totaling $3,203.76 for its services from January 1, 2006, through March 31, 2006.

2.      In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Application in its entirety, including each of the time and expense

entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the

Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective

February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

3.      While Blackstone was retained pursuant to an engagement agreement providing for

Blackstone to be paid a flat monthly fee of $175,000.00[1], its fees remain subject to the provisions

of 11 U.S.C. § 330.  The Order Appointing Fee Auditor in Accordance with the Court's Direction

(the "Fee Auditor Order") provides that:

> [t]his order applies to (i) all professionals in these cases employed or to be employed
> pursuant to sections 327, 328 or 1103 of the Bankruptcy Code; and (ii) any claims
> for reimbursement of professional fees and expenses under section 503(b) of the
> Bankruptcy Code to the extent permitted by the Court, except: (a) professionals
> providing services pursuant to an order that does not require submission of fee
> applications; and (b) professionals retained pursuant to the Court's Order pursuant
> to §§ 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain
> Professionals Utilized in the Ordinary Course of the Debtors Business, dated May 3
> 2001.

Fee Auditor Order at 2 (internal footnote omitted).  Accordingly, we have reviewed the Application

to determine compliance with the requirements of section 330.

4.      We note that Blackstone professionals spent a total of 232.7 hours for which fees

totaling $250,000.00 are sought.  The effective hourly rate is $1,074.34.  While we believe this

effective hourly rate to be very high, it is the first time that it has reached this level.  We note that

in the prior two interim periods, the effective hourly rates for Blackstone were $705 and $830.  We

will continue to monitor Blackstone's fees and level of activity in this case, and, if we deem it

advisable, we may recommend a further reduction in its standard monthly fee.

---

[1]In its application, Blackstone states that it has voluntarily reduced its fees based on the current level of its activity
in the case.  Blackstone filed for fees of $50,000.00 in January, $100,000.00 in February, and $50,000.00 in March.

5.      We have no objections to, or issues with, the Application, and thus we did not send

an initial report to Blackstone.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____

Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 30th day of August, 2006.

_____

Warren H. Smith

**SERVICE LIST**
Notice Parties


**The Applicant**
Pamela D. Zilly
Senior Managing Director
The Blackstone Group L.P.
345 Park Avenue
New York, NY 10154

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801