# EXHIBIT A

# EXHIBIT A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

August 7, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1193680                                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 22.90 hrs. at | $550.00 /hr. = | $12,595.00 | |
| WS KATCHEN | PARTNER | 21.90 hrs. at | $615.00 /hr. = | $13,468.50 | |
| JH LEMKIN | ASSOCIATE | 0.30 hrs. at | $340.00 /hr. = | $102.00 | |
| MF HAHN | ASSOCIATE | 3.30 hrs. at | $355.00 /hr. = | $1,171.50 | |
| BA GRUPPO | PARALEGAL | 1.10 hrs. at | $215.00 /hr. = | $236.50 | |
| AT ASH | PARALEGAL | 0.90 hrs. at | $145.00 /hr. = | $130.50 | |
| S LENKIEWICZ | LEGAL ASSISTAN | 0.40 hrs. at | $125.00 /hr. = | $50.00 | |
| | | | | | $27,754.00 |

DISBURSEMENTS
DINNER - LOCAL                                22.43
WESTLAW LEGAL RESEARCH                       237.62
TOTAL DISBURSEMENTS                                                           $260.05

BALANCE DUE THIS INVOICE                                                    $28,014.05

PREVIOUS BALANCE                                                            $23,569.21

TOTAL BALANCE DUE                                                           $51,583.26

DUANE MORRIS LLP

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/26/2006 | 002 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/28/2006 | 002 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| | | | Code Total | 0.20 | $43.00 |

File # K0248-00001                                                INVOICE # 1193680
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/5/2006 | 003 | MR LASTOWSKI | REVIEW MAY MONTHLY OPERATING REPORT | 0.30 | $165.00 |
| | | | Code Total | 0.30 | $165.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/1/2006 | 004 | WS KATCHEN | REVIEW CERTIFICATION REGARDING CORRECTED ORDER (NJ DEP) | 0.10 | $61.50 |
| 7/5/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/5/2006 | 004 | WS KATCHEN | REVIEW MEMORANDUM SECTION 365 LEASE ISSUE | 0.20 | $123.00 |
| 7/7/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.20 | $43.00 |
| 7/11/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/13/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/17/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/19/2006 | 004 | AT ASH | CONFERENCE WITH S. LENKIEWICZ REGARDING ANTICIPATED FILINGS OF FEE APPLICATIONS IN HER ABSENCE. | 0.20 | $29.00 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/19/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/21/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.20 | $43.00 |
| 7/28/2006 | 004 | MF HAHN | REVIEW NEW DOW CORNING OPINION | 0.40 | $142.00 |
| 7/28/2006 | 004 | MF HAHN | REVIEW MEMORANDUM DISCUSSING THE JULY 24, 2006 HEARING | 0.60 | $213.00 |
| | | | Code Total | 2.40 | $762.00 |

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/7/2006 | 005 | MR LASTOWSKI | REVIEW 15TH OMNIBUS CLAIM OBJECTION; MOTION FOR SCHEDULING ORDER AND OBJECTIONS THERETO | 2.20 | $1,210.00 |
| 7/11/2006 | 005 | MR LASTOWSKI | REVIEW 15TH OMNIBUS CLAIM OBJECTION AND CLAIMAN'TS RESPONSES | 2.60 | $1,430.00 |
| 7/14/2006 | 005 | MR LASTOWSKI | REVIEW REPLY IN SUPPORT OF SCHEDULING ORDER (15TH OMNIBUS OBJECTION TO CLAIMS) | 0.80 | $440.00 |
| 7/14/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO EXTEND EXCLUSIVITY AND OBJECTIONS THERETO | 2.80 | $1,540.00 |
| 7/17/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO COMPEL RESPONSES TO ASBESTOS QUESTIONNAIRES | 0.80 | $440.00 |
| 7/17/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO AMEND CASE MANAGEMENT ORDER | 0.90 | $495.00 |
| 7/20/2006 | 005 | MR LASTOWSKI | REVIEW AGENDA FOR JULY 24, 2006 OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 2.60 | $1,430.00 |
| 7/20/2006 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: DEBTOR'S MOTION TO ESTABLISH BAR DATE FOR PERSONAL INJURY ACTIONS | 1.80 | $990.00 |
| | | | Code Total | 14.50 | $7,975.00 |

File # K0248-00001                                                              INVOICE #  1193680
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/6/2006 | 012 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING FIFTY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR PERIOD MAY 1, 2006 THROUGH MAY 31, 2006 | 0.10 | $12.50 |
| 7/10/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR DUANE MORRIS 53RD MONTHLY FEE APPLICATION | 0.10 | $55.00 |
| | | | Code Total | 0.20 | $67.50 |

File # K0248-00001                                          INVOICE # 1193680
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/6/2006 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF FILING OF STROOCK MAY 2006 FEE APPLICATION | 0.10 | $55.00 |
| 7/6/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE STROOCK & STROOCK & LAVAN LLP'S MONTHLY FEE APPLICATION FOR JUNE, 2006 | 0.30 | $37.50 |
| 7/28/2006 | 013 | AT ASH | FORWARD AS-FILED 29TH CAPSTONE FEE APPLICATION TO D. MOHAMED. | 0.10 | $14.50 |
| 7/28/2006 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CAPSTONE 29TH MONTHLY FEE APPLICATION. | 0.60 | $87.00 |
| | | | Code Total | 1.10 | $194.00 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---:|---:|
| 7/24/2006 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 5.50 | $3,025.00 |
| 7/24/2006 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 2.30 | $1,265.00 |
| | | | Code Total | 7.80 | $4,290.00 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/12/2006 | 017 | MF HAHN | REVIEW MEMO TO COMMITTEE REGARDING STATUS SUPPLEMENTAL PLEADINGS FILED BY THE FUTURES REPRESENTATIVE, THE PI COMMITTEE AND THE PD COMMITTEE; REVIEW DOCKET AND MEMO TO W. KATCHEN REGARDING SAME | 0.50 | $177.50 |
| 7/14/2006 | 017 | MF HAHN | RESEARCH REGARDING PLAN ISSUES | 0.40 | $142.00 |
| 7/17/2006 | 017 | MF HAHN | CONFERENCE WITH W. KATCHEN REGARDING PLAN ISSUES; RESEARCH REGARDING SAME | 0.70 | $248.50 |
| 7/17/2006 | 017 | MF HAHN | ADDITIONAL RESEARCH FOR W. KATCHEN REGARDING PLAN ISSUES; PROVIDE CASES AND BRIEFS TO W. KATCHEN | 0.70 | $248.50 |
| | | | Code Total | 2.30 | $816.50 |

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/5/2006 | 025 | MR LASTOWSKI | INQUIRY FROM CREDITOR (STATE OF DELAWARE) RE: STATUS | 0.10 | $55.00 |
| 7/6/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $61.50 |
| 7/6/2006 | 025 | WS KATCHEN | PHONE COMMITTEE MEMBER - UPDATE STATUS LIBBY. | 0.20 | $123.00 |
| 7/10/2006 | 025 | WS KATCHEN | REVIEW LIMITED RESPONSE CANADIAN ZAI CLAIMANTS AND EXHIBITS. | 0.20 | $123.00 |
| 7/10/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL BRIEF - EXHIBITS. | 1.00 | $615.00 |
| 7/10/2006 | 025 | WS KATCHEN | E-MAIL L. KRUGER/K. PASQUALE. | 0.10 | $61.50 |
| 7/10/2006 | 025 | WS KATCHEN | REVIEW E-MAIL REGARDING COMMITTEE. | 0.10 | $61.50 |
| 7/10/2006 | 025 | WS KATCHEN | CONFERENCE COMMITTEE MEMBER REGARDING LIBBY LITIGATION. | 0.60 | $369.00 |
| 7/11/2006 | 025 | WS KATCHEN | REVIEW EXHIBITS TO DEBTOR'S BRIEF ON SECTION 1121(D) MOTION. | 1.60 | $984.00 |
| 7/11/2006 | 025 | WS KATCHEN | REVIEW SUPPLEMENTAL OBJECTION BI-FUTURES REP. TO SECTION 1121(D) MOTION. | 0.20 | $123.00 |
| 7/13/2006 | 025 | WS KATCHEN | REVIEW PRODUCT LIABILITY DECISION. | 0.30 | $184.50 |
| 7/13/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.30 | $184.50 |
| 7/13/2006 | 025 | WS KATCHEN | E-MAIL M. HAHN. | 0.10 | $61.50 |
| 7/13/2006 | 025 | WS KATCHEN | RESEARCH ISSUE ON PLAN DISTRIBUTION AND SOLVENCY ANALYSIS. | 1.80 | $1,107.00 |
| 7/14/2006 | 025 | WS KATCHEN | WORK ON RESEARCH PLAN ISSUE. | 2.90 | $1,783.50 |
| 7/14/2006 | 025 | WS KATCHEN | E-MAIL MEMO TO M. HAHN - PLAN ISSUE. | 0.40 | $246.00 |
| 7/14/2006 | 025 | WS KATCHEN | ADDITIONAL RESEARCH. | 1.60 | $984.00 |
| 7/17/2006 | 025 | JH LEMKIN | REASEARCH FOR W. KATCHEN RE FUTURE CLAIMS ISSUES. | 0.20 | $68.00 |
| 7/17/2006 | 025 | JH LEMKIN | CONFER WITH W. KATCHEN RE RESEARCH RE FUTURE CLAIMS ISSUE. | 0.10 | $34.00 |
| 7/17/2006 | 025 | WS KATCHEN | RESEARCH ISSUE ON ENFORCEABILITY SHARING AGREEMENT. | 2.70 | $1,660.50 |
| 7/17/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $123.00 |
| 7/17/2006 | 025 | WS KATCHEN | PHONE L. KRUGER. | 0.10 | $61.50 |
| 7/17/2006 | 025 | WS KATCHEN | PHONE K. PASQUALE. | 0.30 | $184.50 |
| 7/17/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL PLEADING SECTION 121(D); PHONE COMMITTEE MEMBER. | 1.30 | $799.50 |
| 7/19/2006 | 025 | WS KATCHEN | REVIEW TORT CLAIMANT'S OPPOSITION TO SECTION 1121(D) MOTION. | 0.20 | $123.00 |
| 7/19/2006 | 025 | WS KATCHEN | REVIEA AGENDA FOR 7/24. | 0.20 | $123.00 |
| 7/21/2006 | 025 | WS KATCHEN | REVIEW OBJECTION SLAUGHTER CLAIM. | 0.10 | $61.50 |

DUANE MORRIS LLP

File # K0248-00001                                                                                                   INVOICE # 1193680
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/21/2006 | 025 | WS KATCHEN | REVIEW MEDIATION PAPERS - PI CLAIM. | 0.40 | $246.00 |
| 7/25/2006 | 025 | WS KATCHEN | 2 PH M. LABROWSKI. | 0.30 | $184.50 |
| 7/25/2006 | 025 | WS KATCHEN | E-MAIL STROOCK. | 0.10 | $61.50 |
| 7/25/2006 | 025 | WS KATCHEN | 2 PH COMMITTEE MEMBER. | 0.20 | $123.00 |
| 7/27/2006 | 025 | WS KATCHEN | REVIEW 6TH CIRCUIT OPINION. | 0.90 | $553.50 |
| 7/29/2006 | 025 | WS KATCHEN | RESEARCH ON PLAN ISSUE. | 1.60 | $984.00 |
| 7/30/2006 | 025 | WS KATCHEN | REVIEW AMENDED CMO ON ESTIMATION PI LIABILITIES. | 0.20 | $123.00 |
| 7/30/2006 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.30 | $184.50 |
| 7/30/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S EXHIBITS ON PI/PD CLAIMS. | 0.20 | $123.00 |
| 7/31/2006 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING KERP (INCENTIVE PROGRAM) 2006-2008. | 0.20 | $123.00 |
| 7/31/2006 | 025 | WS KATCHEN | REVIEW ORDER - ORDINARY COURSE PROFESSIONALS. | 0.10 | $61.50 |
| 7/31/2006 | 025 | WS KATCHEN | REVIEW ORDER - SECTION 365 LEASE ASSUMPTION & ASSIGNMENT (HOUSTON, TEXAS). | 0.10 | $61.50 |
| 7/31/2006 | 025 | WS KATCHEN | REVIEW ORDER - AUTHORIZING SETTLEMENT AGREEMENT - EPA. | 0.10 | $61.50 |
| 7/31/2006 | 025 | WS KATCHEN | WAUCONDA SITES/REVIEW SETTLEMENT AGREEMENT. | 0.20 | $123.00 |
| 7/31/2006 | 025 | WS KATCHEN | PHONE COMMITTEE MEMBER. | 0.10 | $61.50 |
| | | | Code Total | 22.00 | $13,441.00 |

File # K0248-00001                                          INVOICE #  1193680
    W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 50.80 | $27,754.00 |

File # K0248-00001                                              INVOICE # 1193680
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 7/31/2006 | DINNER - LOCAL | | 22.43 |
| | | Total: | $22.43 |
| 7/14/2006 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 153.50 |
| 7/17/2006 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 84.12 |
| | | Total: | $237.62 |
| | TOTAL DISBURSEMENTS | | $260.05 |