**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF CAPLIN & DRYSDALE,**
**CHARTERED FOR THE TWENTIETH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Caplin & Drysdale, Chartered for the Twentieth Interim Period (the "Application").

**BACKGROUND**

1. Caplin & Drysdale, Chartered ("Caplin") was retained as national counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, Caplin seeks approval of fees totaling $414,458.00 and costs totaling $84,542.98 for its services from January 1, 2006, through March 31, 2006.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Caplin an initial report based on our review, and received a response from Caplin, portions of which response are quoted herein.

## DISCUSSION

3.  In our initial report, we noted a number of lodging entries that appear to be excessive. The entries are provided below.

| | | |
|---|---|---|
| 1897804 | DBS; Travel expenses to Boston on 12/19-22 for Omni Parker House hotel | $401.43 |
| 1908766 | DKG; Travel expenses to Boston for document review on 1/25-27 for Nine Zero hotel | $492.52 |
| 1908770 | JPW; Travel expenses to Boston for document review on 1/25-27 for Nine Zero hotel | $492.52 |
| 1925415 | SME; Travel expenses to Boston for document review on 1/25-26 for Nine Zero hotel | $492.52 |
| 1928801 | JAL; Travel expenses in Boston for document review on 3/13-15 for Nine Zero hotel | $739.92 |
| 1929636 | JPW; Travel expenses to Boston for document review on 3/13-14 for Nine Zero hotel | $369.96 |
| 1932412 | ALV; Travel expenses to Boston for document review at debtor's repository on 3/13-15 for Hotel Nine- Zero | $739.92 |

We asked Caplin to supply more information regarding these expense entries. Caplin's response is provided as Response Exhibit 1. We appreciate the response. With the exception of New York and San Francisco ($350 per night) and Washington D.C. ($300 per night), we recommend a reasonable

lodging ceiling of $250.00 per night, plus applicable taxes, for American cities. Applying that ceiling, we recommend a reduction of $158.00 for the JAL expense of March 13-15; a reduction of $79.00 for the JPW expense of March 13-14; and a reduction of $158.00 for the ALV expense of March 13-15. We thus recommend a total reduction of $395.00 for these expenses.

## CONCLUSION

4.    Thus we recommend approval of fees totaling $414,458.00 and costs totaling $84,147.98 ($84,542.98 minus $395.00) for Caplin's services from January 1, 2006, through March 31, 2006.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 30th day of August, 2006.

_____
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**

Elihu Inselbuck
Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Response Exhibit 1

| Dates/Number of Nights | Professional | Room Charge per Night | Total Taxes | Total Charge |
|---|---|---|---|---|
| Dec. 19-22, 2005/ 3 nights | David B. Smith | $119.00 | 14.81 | $401.43 |
| Jan. 25-27, 2006/ 2 nights | Danielle K. Graham | $219.00 | 54.52 | $492.52 |
| Jan. 25-27, 2006/ 2 nights | James P. Wehner | $219.00 | 54.52 | $492.52 |
| Jan. 25-27, 2006/ 2 nights | Stacie M. Evans | $219.00 | 54.52 | $492.52 |
| Mar. 13-15, 2006/ 2 nights | Jeffrey A. Liesemer | $329.00 | $81.92 | $739.92 |
| Mar. 13-14, 2006/ 1 night | James P. Wehner | $329.00 | $40.96 | $369.96 |
| Mar. 13-15, 2006/ 2 nights | Adam VanGrack | $329.00 | $40.96 | $739.92 |