**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:

W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Case No. 01-1139 (JKF)
(Jointly Administered)

**CERTIFICATION OF NO OBJECTION [RE DOCKET NO. 12950]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Motion of the Official Committee of Equity Security Holders to Amend the Retention Order of Klett Rooney Lieber & Schorling to Reflect Firm Name Change to Buchanan Ingersoll & Rooney PC (the "Motion") filed on August 8, 2006. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections were to be filed and served no later than 4:00 p.m. on August 28, 2006.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

BUCHANAN INGERSOLL & ROONEY PC

BY: _____
Teresa K.D. Currier (No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19899-1397
(302) 552-4200 (telephone)
(302) 552-4296 (facsimile)

Dated: August 30, 2006

Counsel to the Official Committee of Equity Holders

Krls/62137