# EXHIBIT C

SSL-DOCS1 1705794v1

## WR GRACE & CO
## DISBURSEMENT SUMMARY
### JULY 1, 2006 - JULY 31, 2006

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 57.62 |
| Filling Fees | | 80.00 |
| Long Distance Telephone | | 25.32 |
| Duplicating Costs-in House | | 2.20 |
| Travel Expenses- Transportation | | 261.25 |
| Travel Expenses- Meals | | 19.00 |
| Westlaw | | 44.37 |
| Lexis/Nexis | | 7.00 |
| | | |
| TOTAL | $ | 496.76 |

SSL-DOCS1 1705794v1