

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

August 11, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - July 2006*

**Professional Fees:**

| | | |
|---|---|---:|
| LC | 23.00 hrs. @ $510 | $11,730.00 |
| RC | 3.50 hrs. @ $450 | 1,575.00 |
| PM | 8.25 hrs. @ $400 | 3,300.00 |
| ML | 7.25 hrs. @ $325 | 2,356.25 |
| RL | 16.75 hrs. @ $325 | 5,443.75 |
| JS | 1.50 hrs. @ $270 | 405.00 |
| JM | 4.75 hrs. @ $260 | 1,235.00 |
| AH | 2.25 hrs. @ $200 | 450.00 |
| KE | 9.00 hrs. @ $175 | 1,575.00 |
| WD | 0.25 hrs. @ $160 | 40.00 |
| KC | 3.25 hrs. @ $160 | 520.00 |
| MO | 11.00 hrs. @ $150 | 1,650.00 |

**Total Professional Fees** ............................................................................... **$30,280.00**

**Expenses:**
  None billable at this time.

**Total Amount Due for July Services and Expenses** ......................................... **$30,280.00**

**Outstanding Invoices:**

| | | | |
|---|---|---|---:|
| Inv No. | 176320 | June 21, 2006 | $17,493.75 |
| Inv No. | 177281 | July 7, 2006 | 38,548.75 |

**Total Outstanding Invoices** ................................................................................ **$56,042.50**

**Total Amount Due For July Services, Expenses and Outstanding Invoices** ............... **$86,322.50**

Navigant Consulting, Inc. Project No.: 113758                Invoice No.: 179507



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 7/6/2006 | 1.00 | Analyzed data and liability estimation issues. |
| CANTOR, ROBIN | 7/17/2006 | 1.50 | Analyzed data and liability estimation issues. |
| CANTOR, ROBIN | 7/26/2006 | 1.00 | Analyzed data and liability estimation issues. |
| CHAMBERS, LETITIA | 7/6/2006 | 3.50 | Worked on liability estimation issues |
| CHAMBERS, LETITIA | 7/11/2006 | 2.00 | Estimation issues. |
| CHAMBERS, LETITIA | 7/12/2006 | 2.00 | Estimation issues. |
| CHAMBERS, LETITIA | 7/17/2006 | 5.00 | Estimation issues. |
| CHAMBERS, LETITIA | 7/18/2006 | 4.00 | Estimation issues. |
| CHAMBERS, LETITIA | 7/19/2006 | 2.50 | Estimation issues. |
| CHAMBERS, LETITIA | 7/19/2006 | 2.00 | Meeting with client. |
| CHAMBERS, LETITIA | 7/31/2006 | 2.00 | Estimation issues. |
| COYLE, KEVIN | 7/26/2006 | 1.25 | Grace PIQ - Analyze DB |
| COYLE, KEVIN | 7/27/2006 | 2.00 | Analyzed all PIQ tables for links to Doc ID. |
| DOWNS, WILLIAM | 7/19/2006 | 0.25 | Database Analysis Instruction and Project Background |
| ERTUG, KERIM CAN | 7/28/2006 | 1.75 | Review of claims data. |
| ERTUG, KERIM CAN | 7/31/2006 | 7.25 | Review and summary of claims data. |
| HLAVIN, ANDREW | 7/31/2006 | 2.25 | Collected and organized 10-K data. |
| LAMB, RUSSELL | 7/6/2006 | 1.00 | Reviewed case materials. |
| LAMB, RUSSELL | 7/10/2006 | 1.00 | Reviewed case analysis. |
| LAMB, RUSSELL | 7/17/2006 | 9.25 | Reviewed case analysis. |
| LAMB, RUSSELL | 7/18/2006 | 4.50 | Reviewed case materials. |
| LAMB, RUSSELL | 7/25/2006 | 1.00 | Reviewed case materials. |
| LYMAN, MARY | 7/19/2006 | 3.50 | Research re state reform legislation and decline in claims |
| LYMAN, MARY | 7/20/2006 | 0.50 | Research on state tort reform and decline in claims |

Navigant Consulting, Inc. Project No.: 113758    Invoice No.: 179507



**NAVIGANT CONSULTING**

1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 7/24/2006 | 1.75 | Research on state reform legislation |
| LYMAN, MARY | 7/27/2006 | 1.50 | Research on state reform |
| MCGRATH, PATRICK J. | 7/5/2006 | 3.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 7/6/2006 | 1.25 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 7/7/2006 | 0.25 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 7/13/2006 | 0.25 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 7/14/2006 | 0.25 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 7/17/2006 | 1.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 7/21/2006 | 1.25 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCINTIRE, JAMES | 7/17/2006 | 2.25 | Reviewed Libby and vermiculite issues, estimates and assumptions |
| MCINTIRE, JAMES | 7/31/2006 | 2.50 | Reviewed case materials for internal staffing and workplan discussions |
| OSBORN, MATTHEW | 7/14/2006 | 4.25 | Prepared summary spreadsheets for sensitivities. |
| OSBORN, MATTHEW | 7/17/2006 | 0.75 | Discussions with staff regarding questionnaire |
| OSBORN, MATTHEW | 7/18/2006 | 0.50 | Reviewed questionnaire documentation and discussions with staff regarding questionnaire analysis. |
| OSBORN, MATTHEW | 7/19/2006 | 1.25 | Met with staff regarding questionnaire database. |
| OSBORN, MATTHEW | 7/20/2006 | 1.00 | Reviewed Libby incidence models and output. |
| OSBORN, MATTHEW | 7/31/2006 | 3.25 | Updated Libby incidence models. |
| SIRGO, JORGE | 7/31/2006 | 1.50 | Assist with data analysis. |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 179507