IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Rel. D.I. 13115** |
| ) | |
| ) | |

## NOTICE OF DOCUMENT FILED IN ERROR [DOCKET NO. 13115]

**PLEASE TAKE NOTICE** that the **Sixty-Fourth Monthly Fee Application of Stroock & Stroock & Lavan LLP for the Period July 1, 2006 through July 31, 2006** (the "Application") filed at Docket No. 13115 on August 30, 2006 was filed in error. The undersigned hereby withdraws the Application at Docket No. 13115.

**PLEASE TAKE FURTHER NOTICE** that a corrected version of the Application will be re-filed.

Dated: August 30, 2006
      Wilmington, Delaware         /s/Michael R. Lastowski
                                   Michael R. Lastowski (DE 3892)
                                   Richard W. Riley (DE 4052)
                                   DUANE MORRIS LLP
                                   1100 N. Market Street, Suite 1200
                                   Wilmington, DE 19801-1246
                                   Telephone:   (302)-657-4900
                                   Facsimile:   (302)-657-4901
                                   Email:       mlastowski@duanemorris.com
                                                rwriley@duanemorris.com

                                   *Co-Counsel for the Official*
                                   *Committee of Unsecured Creditors*

DM3\393050.1