# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2006 - JULY 31, 2006**

| MATTER | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 29.9 | $      19,160.00 |
| 0008 | Asset Analysis and Recovery | 1.3 | 747.50 |
| 0013 | Business Operations | 1.4 | 805.00 |
| 0014 | Case Administration | 27.7 | 5,892.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.0 | 1,150.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 38.7 | 22,940.00 |
| 0018 | Fee Application, Applicant | 19.3 | 4,915.00 |
| 0019 | Creditor Inquiries | 5.3 | 3,577.50 |
| 0020 | Fee Application, Others | 2.4 | 397.50 |
| 0021 | Employee Benefits, Pension | 6.1 | 3,630.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.3 | 172.50 |
| 0023 | Executory Contracts/Unexpired Leases (Assumption and Rejection) | 0.8 | 460.00 |
| 0028 | Insurance | 9.1 | 5,867.50 |
| 0031 | Investigations | 0.6 | 390.00 |
| 0035 | Travel - Non Working | 8.5 | 6,312.50 |
| 0036 | Plan and Disclosure Statement | 11.7 | 7,335.00 |
| 0037 | Hearings | 22.9 | 15,972.50 |
| 0047 | Tax Issues | 1.3 | 828.50 |
| | | | |
| | SUB TOTAL | 189.3 | $     100,553.50 |
| | LESS 50% TRAVEL | (4.3) | 3,156.25 |
| | TOTAL: | 185.0 | $      97,397.25 |

# STROOCK

## INVOICE

| DATE | August 28, 2006 |
|---|---|
| INVOICE NO. | 390967 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period
through July 31, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/06/2006 | Attend to B. Harding correspondence and revised proposed PI CMO (0.4); attend to Debtors' scheduling motion(1.0). | Krieger, A. | 1.4 |
| 07/06/2006 | Review draft CMO (.2). | Kruger, L. | 0.2 |
| 07/06/2006 | Attention to draft CMO (.3); attention to CARD status (.2); attention to draft bar date submissions (.5); attention to debtors' draft discovery to asbestos constituencies (.2). | Pasquale, K. | 1.2 |
| 07/07/2006 | Attend to amended bar date materials (0.5); attend to Privest decision (0.8). | Krieger, A. | 1.3 |
| 07/07/2006 | Attention to PD Committee's objection to proposed estimation CMO. | Pasquale, K. | 0.4 |
| 07/09/2006 | Attend to asbestos- related insurance decision | Krieger, A. | 0.6 |

SSL-DOCS1 1705794v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | involving Grace. | | |
| 07/10/2006 | Exchanged memoranda with KP re: all party conference call on Bar Date, expert stipulation (.2); attend all party call re: bar date, expert stipulation, revised CMO (.6). | Krieger, A. | 0.8 |
| 07/10/2006 | Preparation for and conference call with all parties re: proposed PI CMO, expert stipulation, bar date motion. | Pasquale, K. | 1.4 |
| 07/12/2006 | Attend to objections by law firms to Questionnaires (.2). | Krieger, A. | 0.2 |
| 07/13/2006 | Attend to revised proposed PD CMOs (.2); attend to revised bar date pleadings (.2); attend to revised expert discovery stipulation (.1). | Krieger, A. | 0.5 |
| 07/14/2006 | Attend to memorandum from A. Basta re: Debtors' comments on proposed revised bar date materials (.1). | Krieger, A. | 0.1 |
| 07/17/2006 | Attention to PD CMO issues and debtors' reply re: same. | Pasquale, K. | 0.8 |
| 07/18/2006 | Attention to debtors' motion to compel questionnaire responses (1.0); preparation for meeting with L. Chambers re: estimation issues (2.5). | Pasquale, K. | 3.5 |
| 07/19/2006 | Preparation for and office conference with K. Pasquale and L. Chambers regarding preparation for estimation discovery and trial (2.0); review estimation issues (.6). | Kruger, L. | 2.6 |
| 07/19/2006 | Preparation for and meeting with L. Kruger, L. Chambers re: estimation (2.0); attention to estimation issues (2.5). | Pasquale, K. | 4.5 |
| 07/20/2006 | Telephone conference P. Bentley re: status issues (.3); conference with L. Kruger re: same (.2). | Pasquale, K. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/21/2006 | Attention to expert and related issues (1.8); attention to questionnaire responses and issues (1.2); attention to documents produced by debtors to ACC (1.6). | Pasquale, K. | 4.6 |
| 07/23/2006 | Attend to materials filed in connection with asbestos related matters for hearing on 7/24/06 including bar date pleadings. | Krieger, A. | 0.8 |
| 07/24/2006 | Attend to objections re: PD scheduling motion. | Krieger, A. | 1.1 |
| 07/25/2006 | Attend to Debtors' motion to compel responses to Questionnaires, other related pleadings. | Krieger, A. | 1.1 |
| 07/28/2006 | Attend to case law re jurisdictional issues relating to Canadian claims (.8); attend to asbestos claimants' motion to amend CMO (.1); attend to stipulation briefing schedule for Adv. 02-01657 (National Union) and related documents (.2); attend to motion to compel responses to Questionnaire (1.1); attend to correspondence re Card Clinic production (.1). | Krieger, A. | 2.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.2 | $ 575 | $ 5,865.00 |
| Kruger, Lewis | 2.8 | 825 | 2,310.00 |
| Pasquale, Kenneth | 16.9 | 650 | 10,985.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,160.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 19,160.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Asset Analysis and Recovery<br>699843  0008 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/12/2006 | Telephone call R. Frezza re: new acquisition and status of Project Spaghetti (.2). | Krieger, A. | 0.2 |
| 07/13/2006 | Attend to Project Cardinal draft pleadings and overview (.4); telephone call Bob Frezza re: same (.2). | Krieger, A. | 0.6 |
| 07/14/2006 | Exchanged memoranda with R. Frezza re: Project Cardinal (.2). | Krieger, A. | 0.2 |
| 07/18/2006 | Attend to memorandum from R. Frezza re: Project Cardinal. | Krieger, A. | 0.1 |
| 07/19/2006 | Exchanged memorandum with R. Frezza, L. Hamilton re: Project Cardinal. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 1.3 | $ 575 | $ 747.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 747.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 747.50 |
| --- | --- |

# STROOCK

---

PAGE: 5

---

| RE | Business Operations<br>699843 0013 |
| --- | --- |

---

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/11/2006 | Attend to memorandum from L. Hamilton re: Citadel stock acquisition (.1); memorandum to LK, KP re: same (.1). | Krieger, A. | 0.2 |
| 07/14/2006 | Attend to revised LTIP order and exchanged memoranda with J. Baer re: same (.2). | Krieger, A. | 0.2 |
| 07/24/2006 | Attend to Debtors' notice regarding Citadel acquisition. | Krieger, A. | 0.1 |
| 07/25/2006 | Telephone call with L. Hamilton re: Project Cardinal, 3rd quarter results meeting, 7/24/06 hearing (0.3); attend to Debtors' statement re: Citadel Stock acquisition (0.3). | Krieger, A. | 0.6 |
| 07/28/2006 | Memo and telephone call to L. Hamilton re: Debtors' receipt of $2.6 million refund and statement of acquiescence to Citadel stock purchase (.3). | Krieger, A. | 0.3 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 1.4 | $ 575 | $ 805.00 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 805.00 |
| --- | --- | --- |

# STROOCK

PAGE: 6

| TOTAL FOR THIS MATTER | $ 805.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/05/2006 | Review and update case docket no. 01-1139. | Mohamed, D. | 0.5 |
| 07/06/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 07/07/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 1.7 |
| 07/10/2006 | Reviewed legal docket to update status. | Holzberg, E. | 0.5 |
| 07/10/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 07/11/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 07/12/2006 | Exchanged memoranda with J. Baer re: numerous updated docket entry notifications (.1); memorandum to KP re: status of pending matters (.5). | Krieger, A. | 0.6 |
| 07/12/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/13/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7). | Mohamed, D. | 1.1 |
| 07/14/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); attention to retrieval of pleadings for attorney review (.4); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 2.3 |
| 07/17/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.0 |
| 07/18/2006 | Memorandum to E. Holzberg re: July 24, 2006 hearing. | Krieger, A. | 0.1 |
| 07/18/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); attention to retrieval of pleading for attorney review (.3). | Mohamed, D. | 1.2 |
| 07/19/2006 | Review and update case docket no. 01-1139 (.3), retrieve and distribute recently filed pleadings in main case (.5), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.3 |
| 07/20/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.7), attention to retrieval of certain pleadings for attorney review (.5). | Mohamed, D. | 1.6 |
| 07/21/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.3), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.2 |
| 07/24/2006 | Attend to recently filed orders and related certifications of counsel. | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/24/2006 | Review and update case docket no. 01-1139 (.3), attention to retrieval of pleadings for attorney review (.5), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.3 |
| 07/25/2006 | Attend to recently filed applications orders. | Krieger, A. | 0.8 |
| 07/25/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.8), review case file documents in preparation for central file supplementation (.7). | Mohamed, D. | 2.0 |
| 07/26/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.4), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.3 |
| 07/27/2006 | Attend to newly filed applications. | Krieger, A. | 0.7 |
| 07/28/2006 | Attend to recently filed applications, orders, statements (1.3); attend to memoranda re meeting to discuss estimation (.1); office conference E. Holzberg re fee application status (.1). | Krieger, A. | 1.5 |
| 07/28/2006 | Review and update case docket no. 01-1139 (.3), retrieve and distribute recently filed pleadings in main case (.5), attention to retrieval of certain pleadings regarding adversary proceeding case docket no. 02-1657 for attorney review (.4), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

PAGE: 10

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 0.5 | $ 225 | $ 112.50 |
| Krieger, Arlene G. | 4.0 | 575 | 2,300.00 |
| Mohamed, David | 23.2 | 150 | 3,480.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,892.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,892.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/05/2006 | Attend to case law re: priority tax claims. | Krieger, A. | 1.6 |
| 07/28/2006 | Attend to certification of no objection re Michigan tax settlement and memorandum to J. Baer re prior discussion of issues with respect to settlement (.4). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 2.0 | $ 575 | $ 1,150.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,150.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,150.00 |
| --- | --- |

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/04/2006 | Attend to memoranda to the Committee re: Houston Lease, Iowa motion to file late claims. | Krieger, A. | 2.9 |
| 07/05/2006 | Attend to the memoranda to the Committee re: pending motions (0.7); attend to revisions to memorandum re: Houston Lease Motion (0.8); exchange memoranda with T. Maher re: Houston Lease matter (0.1); memorandum to the Committee re: Houston Lease motion (0.2). | Krieger, A. | 1.8 |
| 07/06/2006 | Attend to memorandum to the Committee re: additional pending matters (1.1); attend to memorandum to the Committee re: Debtors' motion re: Canadian claims adjudication in Canada (1.3); exchanged memoranda with T. Maher re: positions on pending matters (0.2). | Krieger, A. | 2.6 |
| 07/07/2006 | Attend to Committee memorandum re: Debtors' motion on PD related claims matters (1.1); exchanged memoranda with T. Maher re: memorandum on the LTIP adjustment (0.1); attend to Committee memoranda re: LTIP motion amendment (0.8). | Krieger, A. | 2.0 |
| 07/10/2006 | Attend to memorandum to the Committee re: Debtors' motion on PD Estimation (1.2); attend to memorandum to the Committee re: asbestos committee's objection to exclusivity extension (2.3); exchanged memoranda with Committee member re: contact information (.1). | Krieger, A. | 3.6 |
| 07/11/2006 | Prepare memorandum to the Committee re: asbestos parties and Debtor' supplemental pleadings on exclusivity (3.2). | Krieger, A. | 3.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/12/2006 | Attend to memorandum to the Committee re: exclusivity hearing (3.0). | Krieger, A. | 3.0 |
| 07/13/2006 | Attend to memorandum to the Committee re: exclusivity (.6); attend to memorandum to the Committee re Debtor's motion re: PD claims (.8). | Krieger, A. | 1.4 |
| 07/14/2006 | Review email to J. Baer regarding LTIP proposed order (.2). | Kruger, L. | 0.2 |
| 07/18/2006 | Conference call with debtors, professionals re: status. | Pasquale, K. | 0.5 |
| 07/20/2006 | Office conference with K. Pasquale regarding status (.2); conference call regarding Equitas (.4). | Kruger, L. | 0.6 |
| 07/24/2006 | Attend to memorandum to the Committee re: objections to Debtors' motion on PD claims. | Krieger, A. | 0.4 |
| 07/25/2006 | Memorandum to the Committee re: July 24, 2006 hearings (3.1); memorandum to W. Katchen re: exclusivity hearing (0.1). | Krieger, A. | 3.2 |
| 07/26/2006 | Attend to memorandum to the Committee re: July 24, 2006 hearing (2.9); attend to Sixth Circuit's Dow Corning decision on treatment for unsecured creditors for application to Grace and prepare memoranda to LK, KP re: same (2.5); attend to memorandum to the Committee re: Dow Corning decision (0.8). | Krieger, A. | 6.2 |
| 07/26/2006 | Review of 6th Circuit decision regarding interest rates (.4); review email to Committee regarding results of hearing (.5); review memo to Committee regarding 6th Circuit decision (.2). | Kruger, L. | 1.1 |
| 07/27/2006 | Attend to Sixth Circuit's opinion (Dow) and preparation of memorandum to the Committee re: opinion and review of selected case law | Krieger, A. | 5.3 |

# STROOCK

PAGE: 14

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | cited to therein (4.4); attend to memorandum to the Committee re: 7/24/06 hearing (0.7); office conferences with LK re: application of Sixth Circuit's Dow Corning opinion on interest rate for unsecured creditors in Grace (0.2). | | |
| 07/27/2006 | Review 6th Circuit decision on interest and memo regarding same to Committee (.7). | Kruger, L. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 35.6 | $ 575 | $ 20,470.00 |
| Kruger, Lewis | 2.6 | 825 | 2,145.00 |
| Pasquale, Kenneth | 0.5 | 650 | 325.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,940.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 22,940.00 |
|-----------------------|-------------|

# STROOCK

---

---

| RE | Fee Application, Applicant<br>699843 0018 |
|---|---|

---

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/05/2006 | Worked on revisions to monthly bill and prepare statement and exhibits to bill for service. | Holzberg, E. | 3.7 |
| 07/05/2006 | Attend to May 2006 monthly fee statement. | Krieger, A. | 0.6 |
| 07/06/2006 | Review Stroock's May 2006 monthly fee statement in preparation for filing (.7); prepare affidavit of service regarding same and forward both to local counsel for filing (.4); prepare and effectuate service re: monthly fee statement (.6). | Mohamed, D. | 1.7 |
| 07/11/2006 | Worked on revisions to time. | Holzberg, E. | 1.9 |
| 07/12/2006 | Worked on revisions to time and gave to AGK. | Holzberg, E. | 2.2 |
| 07/13/2006 | Attend to June fee statement (1.0). | Krieger, A. | 1.0 |
| 07/14/2006 | Reviewed and made additional revisions to time. | Holzberg, E. | 1.1 |
| 07/18/2006 | Reviewed revision; made additional revisions. | Holzberg, E. | 0.9 |
| 07/20/2006 | Worked on monthly fee application. | Holzberg, E. | 1.5 |
| 07/24/2006 | Worked on monthly bill for June. | Holzberg, E. | 1.6 |
| 07/27/2006 | Attend to June 2006 fee statement. | Krieger, A. | 0.4 |
| 07/28/2006 | Reviewed and made revisions to time; worked on monthly application; preparation for service and filing. | Holzberg, E. | 2.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 15.6 | $ 225 | $ 3,510.00 |
| Krieger, Arlene G. | 2.0 | 575 | 1,150.00 |
| Mohamed, David | 1.7 | 150 | 255.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,915.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,915.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/06/2006 | Telephone call with creditor re: status of estimation case. | Krieger, A. | 0.3 |
| 07/14/2006 | Telephone call with creditor regarding status (.2). | Kruger, L. | 0.2 |
| 07/17/2006 | Telephone call with creditor regarding status and exclusivity (.4). | Kruger, L. | 0.4 |
| 07/17/2006 | Telephone conferences bank debt holders re: exclusivity issues. | Pasquale, K. | 0.6 |
| 07/18/2006 | Telephone conference bank debt holder re: status issues. | Pasquale, K. | 0.4 |
| 07/19/2006 | E-mail to counsel for creditor re: inquiry on plan treatment. | Krieger, A. | 0.1 |
| 07/20/2006 | Calls with Creditors regarding 7/24/06 hearing on exclusivity (.4). | Kruger, L. | 0.4 |
| 07/20/2006 | Calls from Creditors regarding interest rate issues (.4). | Kruger, L. | 0.4 |
| 07/20/2006 | Telephone conferences bank debt holders re: exclusivity, asbestos issues. | Pasquale, K. | 0.6 |
| 07/24/2006 | Telephone call to Grace debt holder re: case status, asbestos claims. | Krieger, A. | 0.1 |
| 07/25/2006 | Telephone call to bank debt holder re: 7/24/06 hearing (0.4); memorandum to unsecured creditor re: responding to treatment inquiry (.6). | Krieger, A. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/25/2006 | Telephone conferences bank debt holders re: Grace hearing and issues (.8). | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.5 | $ 575 | $ 862.50 |
| Kruger, Lewis | 1.4 | 825 | 1,155.00 |
| Pasquale, Kenneth | 2.4 | 650 | 1,560.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,577.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,577.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|----|----------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/18/2006 | Reviewed Navigant monthly bill. | Holzberg, E. | 0.5 |
| 07/25/2006 | Attention to research regarding certificate of no objection re: Capstone Advisory Group's May 2006 fee statement. | Mohamed, D. | 0.2 |
| 07/27/2006 | Review Capstone Advisory Group June 2006 monthly fee statement in preparation for filing (.5), prepare notice and affidavit of service regarding same and forward all to local counsel for filing (.6). | Mohamed, D. | 1.1 |
| 07/28/2006 | Prepare and effectuate service re: Capstone Advisory Group June 2006 monthly fee statement. | Mohamed, D. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 0.5 | $ 225 | $ 112.50 |
| Mohamed, David | 1.9 | 150 | 285.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 397.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 397.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 |
|----|-------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/06/2006 | Multiple telephone calls to and exchanges of memoranda with R. Frezza, L. Hamilton re: proposed adjustment to LTIP (0.8); exchanged memoranda with J.Baer re: LTIP change (0.3); exchanged memoranda with LK, KP re: same; Capstone's review and discussion with Capstone (0.5); attended to Capstone's memorandum to the Committee re: LTIP adjustments and comments thereon (0.6); exchanged memoranda with J. Baer re: Committee position on LTIP adjustments and agreement to delay filing certification on amended motion (0.1). | Krieger, A. | 2.3 |
| 07/06/2006 | Review LTIP emails (.4). | Kruger, L. | 0.4 |
| 07/06/2006 | Attention to LTIP issues and related emails. | Pasquale, K. | 0.3 |
| 07/07/2006 | Attend to Capstone memoranda to the Committee, discuss same with R. Frezza, and exchange of multiple memoranda with R. Frezza (1.3); memoranda to LK, KP re: LTIP adjustment analysis (0.1). | Krieger, A. | 1.4 |
| 07/11/2006 | Exchanged memorandum with J. Baer re: Committee position on revised LTIP Motion and review of revised order (.1). | Krieger, A. | 0.1 |
| 07/12/2006 | Memorandum to R. Frezza, L. Hamilton re: revised LTIP order (.1). | Krieger, A. | 0.1 |
| 07/13/2006 | Attend to revised LTIP order and comments thereon (.2); telephone call Bob Frezza re: terms of revised order and proposed | Krieger, A. | 1.5 |

# STROOCK

---

PAGE: 22

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | modifications thereto (.4); attend to further revised order with comments and forward same to J. Baer (.9). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-----------------|-------|------|-------|
| Krieger, Arlene G. | 5.4 | $ 575 | $ 3,105.00 |
| Kruger, Lewis | 0.4 | 825 | 330.00 |
| Pasquale, Kenneth | 0.3 | 650 | 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,630.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,630.00 |
|-----------------------|-----------|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|----|------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/13/2006 | Attend to proposed order approving Debtors' Wauconda settlement agreement with the Government (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 575 | $ 172.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 172.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 172.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Executory Contracts/Unexpired Leases (Assumption and Rejection)<br>699843  0023 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/04/2006 | Memorandum to L. Hamilton re: Houston Lease inquiry. | Krieger, A. | 0.2 |
| 07/05/2006 | Telephone calls to L. Hamilton re: Houston Lease issues. | Krieger, A. | 0.2 |
| 07/07/2006 | Attend to proposed order re: Houston Leases and comments to Jan Baer re: same. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 575 | $ 460.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 460.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 460.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

RE        Expenses
          699843  0024

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

**MATTER DISBURSEMENT SUMMARY**

| | |
|---|---|
| Messenger Service | $ 57.62 |
| Long Distance Telephone | 25.32 |
| Duplicating Costs | 2.20 |
| Filing Fees | 80.00 |
| Lexis/Nexis | 7.00 |
| Travel Expenses - Transportation | 261.25 |
| Travel Expenses - Meals | 19.00 |
| Westlaw | 44.37 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 496.76 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 496.76 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Insurance<br>699843 0028 |
|----|--------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/06/2006 | Attend to memoranda from P. McGarth re: insurance allocation issues. | Krieger, A. | 0.3 |
| 07/07/2006 | Memorandum to P. McGarth re: Equitas analysis. | Krieger, A. | 0.1 |
| 07/11/2006 | Attend to memorandum re: case law review re: insurance proceeds (1.4); exchanged memoranda with J. Baer re: Lloyd's settlement (.2). | Krieger, A. | 1.6 |
| 07/12/2006 | Telephone call Jan Baer re: D. Bernick's meeting with asbestos parties' representatives and follow-up office conference LK re: same and other pending matters (.5); telephone call R. Frezza re: updated plan analysis exchange of memorandum (.6). | Krieger, A. | 1.1 |
| 07/12/2006 | Telephone call Jan Baer re: Lloyd's settlement tax issues and proposed changes (.3). | Krieger, A. | 0.3 |
| 07/13/2006 | Memoranda to P. McGrath re: status of Lloyd's settlement matter (.2); attend to Libby Claimants' partial withdrawal of objection to Lloyd's settlement (.1); attend to J. Baer memorandum re: remaining objections to Lloyd's settlement and memoranda to LK, KP and P. McGrath re: same (.3). | Krieger, A. | 0.6 |
| 07/13/2006 | Attention to emails re: Lloyds settlement. | Pasquale, K. | 0.3 |
| 07/17/2006 | Conference call with parties regarding Equitas settlement (.5). | Kruger, L. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/17/2006 | Review of memos; office conference with K. Pasquale and telephone call with J. Baer, S. Horkovich, et al. regarding Libby, insurance and indemnity issues (1.2). | Kruger, L. | 1.2 |
| 07/17/2006 | Preparation for and conference call with all parties re: Equitas settlement. | Pasquale, K. | 1.2 |
| 07/18/2006 | Attend to memorandum re: proposed indemnity language on Lloyd's settlement and status of discussions. | Krieger, A. | 0.2 |
| 07/20/2006 | Conference call with all parties re: Equitas settlement issues (.8); attention to same (.5). | Pasquale, K. | 1.3 |
| 07/23/2006 | Attend to proposed revised order on Lloyd's settlement motion, revised indemnity language and amended settlement agreement. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.6 | $ 575 | $ 2,645.00 |
| Kruger, Lewis | 1.7 | 825 | 1,402.50 |
| Pasquale, Kenneth | 2.8 | 650 | 1,820.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,867.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,867.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Investigations 699843 0031 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/20/2006 | Attention to status of pre-trial motions and recent revised indictment. | Pasquale, K. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Pasquale, Kenneth | 0.6 | $ 650 | $ 390.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 390.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 390.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/24/2006 | Travel time to and from Court on 7/24/06 (4.5). | Kruger, L. | 4.5 |
| 07/24/2006 | Travel attendant to omnibus hearing. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 4.5 | $ 825 | $ 3,712.50 |
| Pasquale, Kenneth | 4.0 | 650 | 2,600.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,312.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,312.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|----|-----------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/07/2006 | Attend to memoranda re: asbestos plan agreement documentation. | Krieger, A. | 0.1 |
| 07/07/2006 | Attention to asbestos' supp. objection to exclusivity extension (.5); attention to emails re: asbestos agreement and document production (.5). | Pasquale, K. | 1.0 |
| 07/09/2006 | Attend to asbestos claimants' plan proposal and related Capstone analysis (.7); attend to Judge Fitzgerald's ruling in another chapter 11 case for applicability to Grace case (.9). | Krieger, A. | 1.6 |
| 07/10/2006 | Memorandum and telephone call Ed Ordway re: analysis included in asbestos claimant's objection (.4); memorandum to LK, KP re: analysis (.8); attend to Debtors' Supplemental Brief in Support of Exclusivity (1.8). | Krieger, A. | 3.0 |
| 07/12/2006 | Office conference with A. Krieger and telephone call with J. Baer regarding results of debtor meeting with torts (.3); office conference with A. Krieger regarding Libby trial, exclusivity briefs (.3). | Kruger, L. | 0.6 |
| 07/13/2006 | Telephone call with D. Bernick regarding status, strategy, negotiations, exclusivity and estimation (.3). | Kruger, L. | 0.3 |
| 07/17/2006 | Attention to debtors' supplemental exclusivity submission and reply. | Pasquale, K. | 1.8 |
| 07/18/2006 | Attention to issues re: PI-PD settlement and attendant case law. | Pasquale, K. | 1.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/19/2006 | Exchanged memoranda with LK, KP re: plan-related matters. | Krieger, A. | 0.3 |
| 07/20/2006 | Attention to discovery issue raised by Baena e-mail. | Pasquale, K. | 0.8 |
| 07/23/2006 | Attend to e-mail from KP, related pleadings and response to KP, LK re: 7/24/06 arguments. | Krieger, A. | 0.6 |
| 07/28/2006 | Attend to proposed exclusivity order and response to J. Baer re: same (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.7 | $ 575 | $ 3,277.50 |
| Kruger, Lewis | 0.9 | 825 | 742.50 |
| Pasquale, Kenneth | 5.1 | 650 | 3,315.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,335.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,335.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/18/2006 | Telephone conference with K. Pasquale, J. Baer, debtor, creditor committee professionals regarding status and review of court hearing agenda for 7/24/06 (.7). | Kruger, L. | 0.7 |
| 07/21/2006 | Preparation for hearing on exclusivity (.9); review questionnaire analysis (.3); office conference with K. Pasquale regarding exclusivity hearing (.2). | Kruger, L. | 1.4 |
| 07/21/2006 | Preparation for omnibus hearing (exclusivity, bar date, discovery) (2.0); telephone conference J. Baer re: same (.2) | Pasquale, K. | 2.2 |
| 07/24/2006 | Attend (telephonically) Grace omnibus hearing. | Krieger, A. | 5.8 |
| 07/24/2006 | Preparation for and attendance at WR Grace court hearing regarding PD estimation, exclusivity and related matters (6.4). | Kruger, L. | 6.4 |
| 07/24/2006 | Prep for and participation at omnibus hearing (6.2). | Pasquale, K. | 6.2 |
| 07/27/2006 | Review memo to Committee regarding Court hearing (.2). | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.8 | $ 575 | $ 3,335.00 |
| Kruger, Lewis | 8.7 | 825 | 7,177.50 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 8.4 | 650 | 5,460.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,972.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 15,972.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

---

---

RE          Tax Issues
            699843  0047

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-----------|------|-------|
| 07/12/2006 | Analysis of A. Kreiger e-mail and response re: same relating to tax issues for settlement escrow. | Greenberg, M. | 0.4 |
| 07/12/2006 | Exchange memoranda with M. Greenberg re: tax issue raised by Lloyd's settlement and resolution under discussion (.6). | Krieger, A. | 0.6 |
| 07/13/2006 | Review e-mails and analysis re: escrow question. | Greenberg, M. | 0.2 |
| 07/13/2006 | Exchange memoranda with M. Greenberg re: LLoyd's settlement tax issues and proposed changes. | Krieger, A. | 0.1 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Greenberg, Mayer | 0.6 | $ 710 | $ 426.00 |
| Krieger, Arlene G. | 0.7 | 575 | 402.50 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 828.50 |
|---|---|

---

| TOTAL FOR THIS MATTER | $ 828.50 |
|---|---|

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 100,553.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 496.76 |
| TOTAL BILL | $ 101,050.26 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1705794v1