# EXHIBIT B

SSL-DOCS1 1705794v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**July 1, 2006 - July 31, 2006**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 23.0 | $    825 | $    18,975.00 |
| Pasquale, Kenneth | 41.0 | 650 | 26,650.00 |
| Greenberg, Mayer | 0.6 | 710 | 426.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 81.3 | 575 | 46,747.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 16.6 | 225 | 3,735.00 |
| Mohamed, David | 26.8 | 150 | 4,020.00 |
| | | | |
| **SUB TOTAL:** | **189.3** | | **$    100,553.50** |
| **LESS 50% TRAVEL:** | (4.3) | | (3,156.25) |
| **TOTAL:** | **185.0** | | **$    97,397.25** |