# EXHIBIT C

SSL-DOCS1 1705794v1

WR GRACE & CO
DISBURSEMENT SUMMARY
JULY 1, 2006 - JULY 31, 2006

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 57.62 |
| Filling Fees | | 80.00 |
| Long Distance Telephone | | 25.32 |
| Duplicating Costs-in House | | 2.20 |
| Travel Expenses- Transportation | | 261.25 |
| Travel Expenses- Meals | | 19.00 |
| Westlaw | | 44.37 |
| Lexis/Nexis | | 7.00 |
| | | |
| TOTAL | $ | 496.76 |

# STROOCK

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| | |
|---|---|
| DATE | August 28, 2006 |
| INVOICE NO. | 390967 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |
| RE | 699843 W R Grace & Co |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 496.76 |

| | |
|---|---|
| | Please return this page with your remittance and please reference the client/matter number on all related correspondence. |
| AMOUNT PAID | $ |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1705794v1

# STROOCK

## DISBURSEMENT REGISTER

| DATE | August 28, 2006 |
|---|---|
| INVOICE NO. | 390967 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES RENDERED in the captioned matter for the period through July 31, 2006, including:

**Outside Messenger Service**

| | | |
|---|---|---:|
| 07/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827266; DATE: 07/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198676509 on 06/27/2006 | 6.58 |
| 07/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827266; DATE: 07/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197508148 on 06/28/2006 | 9.07 |
| 07/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827266; DATE: 07/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197997558 on 06/28/2006 | 6.58 |
| 07/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827266; DATE: 07/01/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199467331 on 06/28/2006 | 6.58 |
| 07/10/2006 | VENDOR: UPS; INVOICE#: 0000010X827276; DATE: 07/08/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196030165 on 07/06/2006 | 6.58 |
| 07/10/2006 | VENDOR: UPS; INVOICE#: 0000010X827276; DATE: 07/08/2006; | 9.07 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1705794v1

| | | |
|---|---|---|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196820150 on 07/06/2006 | |
| 07/10/2006 | VENDOR: UPS; INVOICE#: 0000010X827276; DATE: 07/08/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270197257937 on 07/06/2006 | 6.58 |
| 07/10/2006 | VENDOR: UPS; INVOICE#: 0000010X827276; DATE: 07/08/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197734742 on 07/06/2006 | 6.58 |

**Outside Messenger Service Total**  57.62

**Long Distance Telephone**

| | | |
|---|---|---|
| 07/06/2006 | EXTN.5544, TEL.310-566-1015, S.T.15:07, DUR.00:14:06 | 6.44 |
| 07/07/2006 | EXTN.5544, TEL.201-587-7123, S.T.09:44, DUR.00:00:42 | 0.43 |
| 07/12/2006 | EXTN.3544, TEL.201-587-7123, S.T.14:59, DUR.00:07:24 | 3.43 |
| 07/18/2006 | EXTN.5562, TEL.518-213-6000, S.T.14:04, DUR.00:01:06 | 0.86 |
| 07/18/2006 | EXTN.5562, TEL.215-665-2147, S.T.14:16, DUR.00:09:48 | 4.29 |
| 07/18/2006 | EXTN.5562, TEL.310-356-4657, S.T.14:28, DUR.00:01:30 | 0.86 |
| 07/20/2006 | EXTN.5562, TEL.518-213-6000, S.T.11:46, DUR.00:17:00 | 7.29 |
| 07/24/2006 | EXTN.5544, TEL.310-566-1015, S.T.10:00, DUR.00:01:06 | 0.86 |
| 07/25/2006 | EXTN.5544, TEL.201-587-7126, S.T.10:46, DUR.00:00:06 | 0.43 |
| 07/25/2006 | EXTN.5544, TEL.201-587-7123, S.T.10:49, DUR.00:01:00 | 0.43 |

**Long Distance Telephone Total**  25.32

**Duplicating Costs-in House**

| | |
|---|---|
| 07/05/2006 | 0.90 |
| 07/13/2006 | 0.60 |
| 07/20/2006 | 0.40 |
| 07/20/2006 | 0.10 |

| | | |
|---|---|---:|
| 07/21/2006 | | 0.20 |
| **Duplicating Costs-in House Total** | | **2.20** |
| **Filing Fees** | | |
| 07/11/2006 | VENDOR: Chase Card Services; INVOICE#: 070206; DATE: 7/2/2006 - visa charge 6/21/06 Court Call LLC | 80.00 |
| **Filing Fees Total** | | **80.00** |
| **Lexis/Nexis** | | |
| 07/10/2006 | Research on 07/10/2006 | 7.00 |
| **Lexis/Nexis Total** | | **7.00** |
| **Travel Expenses - Transportation** | | |
| 07/11/2006 | VENDOR: Chase Card Services; INVOICE#: 070206; DATE: 7/2/2006 - visa charge 6/14/06 L Kruger 6/19/06 Penn Station to Wilmington, DE attended omnibus hearing regarding mediation & bar date re WR Grace | 130.50 |
| 07/26/2006 | VENDOR: Ken Pasquale; INVOICE#: KP072606; DATE: 7/26/2006 - 07/24/06  Omnibus hearing in Wilmington, DE - parking, tolls and mileage | 130.75 |
| **Travel Expenses - Transportation Total** | | **261.25** |
| **Travel Expenses - Meals** | | |
| 07/26/2006 | VENDOR: Ken Pasquale; INVOICE#: KP072606; DATE: 7/26/2006 - 07/24/06  Omnibus hearing in Wilmington, DE - meal | 19.00 |
| **Travel Expenses - Meals Total** | | **19.00** |
| **Westlaw** | | |
| 07/10/2006 | Duration 0:00:00; by Krieger, Arlene G. | 22.06 |
| 07/21/2006 | Duration 0:01:43; by Pasquale, Kenneth | 22.31 |
| **Westlaw Total** | | **44.37** |

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Messenger Service | $ 57.62 |
| Long Distance Telephone | 25.32 |
| Duplicating Costs | 2.20 |
| Filing Fees | 80.00 |
| Lexis/Nexis | 7.00 |
| Travel Expenses - Transportation | 261.25 |
| Travel Expenses - Meals | 19.00 |
| Westlaw | 44.37 |
| TOTAL DISBURSEMENTS/CHARGES | $ 496.76 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.