# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
### APRIL 1, 2006 THROUGH JUNE 30, 2006

1. **Case Administration – 15537 – 91.2 hours ($25,128.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Creditors Committee – 15539 – 21.1 hours ($9,849.00)**

This matter covers formation and membership issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee,

counsel to the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

3.   **Applicant's Fee Applications – 15543 – 45.7 hours ($7,880.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

4.   **Hearings – 15544 – 29 hours ($13,543.00)**

This matter covers preparation for and attendance at hearings.

5.   **Claims Analysis, Objection (asbestos) – 15545 – 2,013.2 hours ($461,902.25)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections and research thereto. The matter covers all aspects of the Applicant's involvement in the estimations of asbestos property damage and personal injury claims.

During the Application Period, the Applicant continued to work on the analysis of property damage and personal injury claims and objections. The Applicant also extensively reviewed and analyzed documents related to the estimations.

The Applicant conducted extensive research and review of the Debtors' insurance settlement documents, property damage discovery documents and personal injury discovery documents, as well as extensively reviewed the Boston Repository Index.

In addition, the Applicant attended meetings, conducted research and reviewed the motion to approve scheduling order and the exhibits to same. Further, the Applicant attended to issues regarding the 15th omnibus objections to claims, prepared a memorandum regarding same

and drafted a detailed response to the objection to claims.

6.     **Travel – 15546 –115.5 hours ($29,223.75)**

The Applicant traveled to New York, Wilmington, DE, Pittsburgh, PA and Washington D.C. to attend omnibus hearings, meetings and mediation. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

7.     **Plan and Disclosure Statement – 15554 – 236.2 hours ($88,795.50)**

During the Application Period, the Applicant reviewed and attended to issues regarding the Debtors' liabilities, plan exclusivity and plan negotiations. Further, the applicant prepared a memorandum of law to the PD Committee regarding plan issues.

In addition, the Applicant conducted research and conferred with PD Committee members and experts regarding on-going mediation, settlement issues and negotiations generally. The Applicant participated in several mediation sessions.

8.     **Litigation Consulting – 15563 – 0.5 hours ($200.00)**

The Applicant attended to issues regarding BDM's motion for relief from stay, including research and preparation of objection to the motion on behalf of the PD Committee.

The Applicant further prepared, sorted and indexed documents produced in preparation for expert review.

9.     **Fee Applications of Others – 17781 – 34.7 hours ($8,414.00)**

The Applicant attended to the preparation of monthly statements and quarterly applications for Hamilton Rabinovitz & Alschuler and Hilsoft Notifications. In addition, the Applicant reviewed various applications and reports from the fee auditor and assisted PD Committee experts and committee members in processing their fees.

10.    **Asset Analysis and Recovery – 17897 – 15.1 hours ($4,605.00)**

This matter covers the review and analysis of Debtor's insurance policies.

## 11. Debtors' Business Operations – 15538 – 73.7 ($24,290.00)

During the Application Period, the Applicant reviewed and analyzed the Debtors' motion to make pension payments. The Applicant researched various matters and issues raised by the pension motion and attended to various meetings and conference calls regarding the research and its impact on property damage claimants. The Applicant prepared a lengthy memorandum to the PD Committee and prepared an objection to the pension motion. In addition, the Applicant attended to issues regarding Lloyd's/Equitas settlement motion.

## 12. Employee Benefits/Pension – 15550 – 12.0 ($3,660.00)

During this Application Period, the Applicant spent considerable time regarding pension matters related to the Debtors' motion to make pension payments.