IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | Objection Deadline: September 26, 2006 at 4:00 p.m. |
| | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006**

Name of Applicant:     Holme Roberts & Owen, LLP

Authorized to Provide Professional Services to:     W.R. Grace & Co., et al., Debtors and Debtors-in Possession

Dated of Retention Order:     July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:     April 1, 2006 through April 30, 2006

Amount of Compensation Sought as Actual, Reasonable and Necessary:     $3,471.20(80% of $4,339.00)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:     $3,339.31

This is a   X   monthly   _____ quarterly   X   interim   _____ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1187050 v1

Prior Applications filed:

|  |  | **Requested** |  | **Approved** |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01-09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/01 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |
| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |
| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |
| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Pending | Pending |
| 05/01/06 | 02/01/05 - 02/28/06 | $546.00 | $2,939.85 | Pending | Pending |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Pending | Pending |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Flaagan | Partner | Bankruptcy | $340.00 | 3.8 | $1,292.00 |
| Lisa Decker | Partner | Environmental | $350.00 | 1.0 | $350.00 |
| Coggon, Katheryn | Sp. Counsel | Environmental | $310.00 | 5.7 | $1,767.00 |
| | | | | | |
| TOTAL | | | | 10.50 | $3,409.00 |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Susan Haag | Paralegal | Bankruptcy | $140.00 | 0.6 | $84.00 |
| Joan Sherman | Paralegal | Environmental | $165.00 | 1.2 | $198.00 |

| Carla Latuda | Paralegal | Environmental | $135.00 | 4.8 | $648.00 |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | 6.6 | **$930.00** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | February |
|---|---|
| Photocopies | $7.80 |
| Long Distance Telephone | $0.40 |
| Facsimile | $0.00 |
| Federal Express | $30.87 |
| Lexis | $0.00 |
| Outside Courier | $0.00 |
| Meal Expenses | $0.00 |
| Consulting Fee | $2,884.38 |
| Other Expenses | $415.86 |
| Velo Binding | $0.00 |
|  |  |
| **TOTALS** | **$3,339.31** |

Dated: August 29, 2006.

HOLME ROBERTS & OWEN, LLP

By: /s/ Elizabeth K. Flaagan
Elizabeth K. Flaagan, Esq. (Colo. #22604)
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.[1], ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Objection Deadline: September 26, 2006 at 4:00 |
| ) | p.m. Hearing Date: TBD only if necessary |
| ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF APRIL 1, 2006 THROUGH
APRIL 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1187128 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | April | Total Comp |
|---|---|---|---|---|
| Sherman, Joan | Paralegal | $ 165.00 | 1.2 | $ 198.00 |
| Latuda, Carla | Paralegal | $ 135.00 | 4.8 | $ 648.00 |
|  |  |  |  |  |
| Total |  |  | 6.00 | 846.00 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 415.86 |
| Color Copies | $ - |
| **Total** | **$ 415.86** |

Holme Roberts & Owen LLP

June 23, 2006

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 737315 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/25/06 | MCL | Research re expanding plant documents. | 1.50 | $ 202.50 |
| 05/25/06 | JLS | Research re expanding plant documents. | 0.90 | 148.50 |
| 05/26/06 | MCL | Research re expanding plant documents. | 3.30 | 445.50 |
| 05/26/06 | JLS | Research re expanding plant documents. | 0.30 | 49.50 |
| | | **Total Fees Through May 31, 2006:** | **6.00** | **$ 846.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JLS | Joan L. Sherman | Paralegal | $165.00 | 1.20 | $ 198.00 |
| MCL | Carla M. Latuda | Paralegal | 135.00 | 4.80 | 648.00 |
| | | **Total Fees:** | | **6.00** | **$ 846.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/31/06 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: DL09278; DATE: 1/31/2006 - Storage - January 2006 | $ 206.64 |
| 05/08/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: DY19327; Storage Fee CW616 | 209.22 |
| | | **Total Disbursements:** | **$ 415.86** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 415.86 |
| **Total Disbursements:** | **$** | **415.86** |

Expenses

### Matter 00390 - Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Photocopies | $ 7.80 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 30.87 |
| Outside Courier | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 2,884.38 |
| **Total** | **$ 2,923.05** |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | April | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 340.00 | 3.8 | $ 1,292.00 |
| Decker, Lisa | Partner | $ 350.00 | 1.0 | $ 350.00 |
| Haag, Susan | Paralegal | $ 140.00 | 0.6 | $ 84.00 |
| | | | | |
| Total | | | 5.40 | $ 1,726.00 |

Holme Roberts & Owen LLP

June 23, 2006

W.R. Grace

Page 11
Invoice No.: 737315
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/03/06 | EKF | Review Fee Auditor's Initial Report on HRO's Fee Application for the Nineteenth Interim Period (.30). | 0.30 | $ 102.00 |
| 04/10/06 | EKF | Conference with LSDecker re response to Fee Auditor report (.40). | 0.40 | 136.00 |
| 04/13/06 | EKF | Review and revise March 2006 pre-bills/invoices for compliance with US Trustee Guidelines (.80). | 0.80 | 272.00 |
| 04/25/06 | LSD | Draft response to Fee Auditor's Initial Report. | 1.00 | 350.00 |
| 04/25/06 | SH | Draft February 2006 monthly fee application. | 0.60 | 84.00 |
| 04/26/06 | EKF | Draft response to Fee Auditor's Report on Nineteenth Interim Fee Application (.8); review and revise February 2006 Monthly Fee Application (.5). | 1.30 | 442.00 |
| 05/18/06 | EKF | Review and revise April 2006 prebills/invoices for compliance with US Trustee Guidelines. | 1.00 | 340.00 |

| | | Total Fees Through May 31, 2006: | 5.40 | $ 1,726.00 |
|---|---|---|---|---|

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| LSD | Lisa A. Decker | Partner | $350.00 | 1.00 | $ 350.00 |
| EKF | Elizabeth Flaagan | Partner | 340.00 | 3.80 | 1,292.00 |
| SH | Susan Haag | Paralegal | 140.00 | 0.60 | 84.00 |
| | | Total Fees: | | 5.40 | $ 1,726.00 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/24/06 | | Federal Express: VENDOR NAME: Federal Express; INVOICE #: 341061924; From Mary Ann Pierce to William Weller on March 21 2006 | $ 10.74 |

Holme Roberts & Owen LLP

June 23, 2006

W.R. Grace

Page: 12
Invoice No.: 737315
Client No.: 04339
Matter No.: 00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/30/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 289931; DATE: 3/30/2006 - Services and expenses for February 2006 relating to HRO legal fees & costs - WRGrace | 343.46 |
| 03/31/06 | | Federal Express: VENDOR: Federal Express; INVOICE #: 342342670; From Mary Pierce to William Weller on March 24 2006 | 9.43 |
| 04/10/06 | 20 | Document Reproduction | 3.00 |
| 04/20/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 290532; DATE: 4/20/2006 - Professional services through March 31, 2006 | 2,428.29 |
| 04/26/06 | 32 | Document Reproduction | 4.80 |
| 05/05/06 | | Federal Express: VENDOR: Federal Express; INVOICE#: 348964210; From Mary Pierce to William Weller on April 26 2006 | 10.70 |
| 05/22/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 291679; DATE: 5/22/2006 - HRO Fees and Costs in WRGrace Case | 112.63 |

**Total Disbursements:** $ **2,923.05**

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 2,884.38 |
| Document Reproduction | | 7.80 |
| Federal Express | | 30.87 |
| **Total Disbursements:** | **$** | **2,923.05** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |

### Matter 00420 - Ninth Circuit Appeal

| Name | Position | Hourly Rate | April | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 310.00 | 5.7 | $ 1,767.00 |
| | | | | |
| **Total** | | | **5.70** | **$ 1,767.00** |

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimile | $ - |
| Long Distance Telephone | $ 0.40 |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Color Photocopies | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 0.40** |

Reed Smith & Owen LLP

June 23, 2006

W.R. Grace

Page                 15
Invoice No.:    737315
Client No.:       04339
Matter No.:      00420

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/07/06 | KJC | Telephone conference with C. Landau re appeal. | 0.20 | $ 62.00 |
| 04/12/06 | KJC | Telephone conference and follow-up with C. Landau re petition. | 0.60 | 186.00 |
| 04/19/06 | KJC | Review petition. | 0.50 | 155.00 |
| 04/21/06 | KJC | Review petition. | 2.00 | 620.00 |
| 04/24/06 | KJC | Review certiorari petition. | 2.00 | 620.00 |
| 04/25/06 | KJC | Review certiorari petition. | 0.40 | 124.00 |
| | | **Total Fees Through May 31, 2006:** | **5.70** | **$ 1,767.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $310.00 | 5.70 | $ 1,767.00 |
| | | **Total Fees:** | | **5.70** | **$ 1,767.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/24/06 | | Long Distance Telephone: 2028795087, 4 Mins., TranTime:16:09 | $ 0.40 |
| | | **Total Disbursements:** | **$ 0.40** |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 0.40 |
| **Total Disbursements:** | **$** | **0.40** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |