## EXHIBIT B TO ORDER SETTING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS

| I. | | Schedule re Hearing on Methodology Issue | Dates |
|---|---|---|---|
| | A. | Non-expert discovery may commence upon the entry of the Order and the determination of any objections thereto that may be asserted pursuant to paragraph 9 of the Order. | |
| | B. | Designation of experts and submission of expert reports addressing the methodology issue by parties who did not previously do so. | 10/25/06 |
| | C. | Debtors' additional rebuttal expert reports on the methodology issue and identification of rebuttal fact witnesses and the general subject matter of such fact witness testimony with respect to any new matters raised by the additional experts and reports filed as outlined in I.B above. | 11/14/06 |
| | D. | Depositions of expert and non-expert witnesses may begin. | 11/20/06 |
| | E. | Last day for depositions of expert and non-expert witnesses. | 1/16/07 |
| | F. | Final fact witness/expert witness list due. | 1/22/07 |
| | G. | Preliminary pre-trial conference | January 22, 2007 Omnibus Hearing, Wilmington, DE |
| | H. | Briefs due | 1/22/07 |
| | I. | Hearing on Methodology Issue | January 29, 30, 31, 2007, 9:00 a.m., Eastern time, Pittsburgh, PA |
| II. | | Schedule re Adjudication of Product Identification, Limitations Periods and the Libby issue, as described in the 15th Omnibus Objection | |
| | A. | Non-expert discovery may commence upon the entry of the Order and the determination of any objections thereto that may be asserted pursuant to paragraph 9 of the Order. | |

| | | | |
|---|---|---|---|
| B. | Preliminary designation of fact and expert witnesses and subject matter on which such witnesses are expected to testify or types of experts who are expected to testify and the nature of their expertise | 11/06/06 |
| C. | Supplemental identification of additional witnesses based on the disclosures outlined in II.B above | 11/22/06 |
| D. | Debtors to submit expert reports [and identify any additional fact witnesses and general subject matter of testimony/] for limitations periods and the Libby issue | 12/21/06 |
| E. | Claimants to submit expert reports [and identify any additional fact witnesses and general subject matter of testimony/] for product identification | 12/21/06 |
| F. | Debtors to submit rebuttal expert reports for product identification | 1/17/07 |
| G. | Claimants to submit rebuttal expert reports for limitations periods and the Libby issue | 1/17/07 |
| H. | Depositions of expert and non-expert witnesses may begin | 1/24/07 |
| I. | Preliminary pre-trial conference on gateway issues and Libby issue | January 22, 2007 Omnibus Hearing, Wilmington, DE |
| J. | Conclusion of all discovery | 3/5/07 |
| K. | Final fact witness/expert witness lists due, including identification of expert witnesses by issue on which experts shall opine, exhibits lists, and deposition designations | 3/13/07 |
| L. | Pre-trial motions, including motions in limine and Daubert | |
| | 1. Opening papers due | 3/20/07 |
| | 2. Responses due | 4/10/07 |
| | 3. Replies due | 4/17/07 |
| | 4. Hearing, if any | TBD |
| M. | Trial briefs and trial exhibits, identified by issue to which the exhibits pertain | 4/13/07 |

2

K&E 11296685.12

| | | | |
|---|---|---|---|
| | N. | Final pretrial conference | TBD |
| | O. | Trial on product identification, limitations periods, and the Libby issue | 4/23/07, 4/24/07, 4/25/07, 9:00 a.m., Eastern time, Pittsburgh, PA |
| **III.** | | **Schedule re Adjudication of Lack of Hazard issues as described in the 15th Omnibus Objections** | |
| | A. | Non-expert discovery may commence upon the entry of the Order and the determination of any objections thereto that may be asserted pursuant to paragraph 9 of the Order. | |
| | B. | Preliminary designation of fact and expert witnesses and subject matter on which such witnesses are expected to testify or types of experts who are expected to testify and the nature of their expertise | 12/7/06 |
| | C. | Supplemental identification of additional witnesses based on the disclosures outlined in III.B above | 12/22/07 |
| | D. | All parties submit expert reports on lack of hazard issue | 1/15/07 |
| | E. | All parties submit rebuttal expert reports on lack of hazard issue | 2/9/07 |
| | F. | Depositions of expert and non-expert witnesses related to lack of hazard issue may begin | 2/16/07 |
| | G. | Preliminary pre-trial conference on lack of hazard issue | February 26, 2007 Omnibus hearing, Wilmington, DE |
| | H. | Conclusion of all discovery on lack of hazard issue | 4/5/07 |
| | I. | Final fact witness/expert witness lists due, including identification of expert witnesses by issues on which experts shall opine, exhibit lists, and deposition designations | 4/16/07 |
| | J. | Pre-trial motions, including motions for summary judgment and in limine | |
| | | 1.    Opening papers due | 4/16/07 |
| | | 2.    Responses due | 5/9/07 |

3

| | | | |
|---|---|---|---|
| | 3. | Replies due | 5/16/07 |
| | 4. | Hearing, if any | TBD |
| | K. | Trial briefs and trial exhibits | 5/13/07 |
| | L. | Final pre-trial conference | TBD |
| | M. | Trial on lack of hazard issue | May 30 and 31, 2007, 9:00 a.m., Eastern time, Pittsburgh, PA |
| **IV.** | | **Hearing on Estimation of Remaining PD Claims not disallowed as a result of I and II above** | TBD |

4