# EXHIBIT A



# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 15, 2006
Client No. 17367
Invoice No. 1027529

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through July 31, 2006 in connection with
the matters described on the attached pages:                          $        181,982.00

DISBURSEMENTS as per attached pages:                                          11,934.45

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**     $        193,916.45

Matter(s): 17367/11, 12, 13, 15, 2, 7, 8

### DUE UPON RECEIPT

*Do Not Pay - For
Informational Purposes Only
(Subject to Court Approval)*

The following is for information only:
Previous Balance not included in this invoice:
$318,705.13

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP
4253 Collections Center Drive
Chicago, IL 60693
Reference: 17367/ Invoice: 1027529
E.I.N. 94-2952627
Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:
ABA Number 0260-0959-3
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499-4-10382
Reference: 17367/ Invoice: 1027529
E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:
ABA Number 121-000358
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499-4-10382
Reference: 17367/ Invoice: 1027529
E.I.N. 94-2952627*



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 15, 2006
Client No. 17367
Invoice No. 1027529

Orrick Contact: Roger Frankel

For Legal Services Rendered Through July 31, 2006 in Connection With:

## Matter: 2 - Case Administration

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/03/06 | R. Barainca | Update pleadings folders. | 1.70 |
| 07/05/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/06/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/06/06 | D. Fullem | Review docket updates for the week to prepare updated case calendar. | 0.30 |
| 07/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/07/06 | D. Fullem | Update Grace case calendar. | 1.00 |
| 07/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/10/06 | D. Fullem | Review e-mail regarding updated case calendar. | 0.10 |
| 07/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/12/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/13/06 | D. Fullem | Review docket updates for the week in order to begin preparation of calendar. | 0.20 |
| 07/13/06 | D. Fullem | Review and respond to e-mail from T. Grosko regarding update to Grace case calendar. | 0.10 |
| 07/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/14/06 | D. Fullem | Prepare update to case calendar and circulate to R. Wyron, D. Felder and others. | 1.00 |
| 07/17/06 | D. Fullem | Review Bankruptcy and District Court case dockets; download recent filings and circulate by e-mail to parties. | 0.20 |
| 07/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/18/06 | R. Barainca | Update pleadings folders. | 0.30 |
| 07/18/06 | D. Fullem | Confer with D. Felder regarding case calendar updates. | 0.10 |
| 07/19/06 | R. Barainca | Update pleadings folders. | 6.00 |
| 07/19/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/20/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/20/06 | D. Fullem | Confer with R. Barainca regarding project for R. Frankel for hearing on Monday. | 0.10 |
| 07/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

August 15, 2006
Invoice No. 1027529

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/21/06 | D. Fullem | Confer with R. Barainca regarding update on charts for R. Frankel for hearing on Monday. | 0.20 |
| 07/21/06 | D. Fullem | Review docket updates (.2); confer with D. Felder regarding pleadings (.1); prepare updated case calendar (.9); forward to D. Felder (.1). | 1.30 |
| 07/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/25/06 | R. Barainca | Update pleadings folders. | 2.00 |
| 07/26/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/27/06 | R. Barainca | Update pleadings binders. | 4.00 |
| 07/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/31/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/31/06 | D. Fullem | Review case calendar update. | 0.20 |
| 07/31/06 | D. Fullem | Review tickler reports from last week. | 0.20 |

Total Hours 22.80

Total For Services $3,542.00

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Rachael Barainca | 17.80 | 140.00 | 2,492.00 |
| Debra O. Fullem | 5.00 | 210.00 | 1,050.00 |
| Total All Timekeepers | 22.80 | $155.35 | $3,542.00 |

Disbursements
    Duplicating Expense 41.55
    Facsimile 2.00
    Postage 1.26

Total Disbursements $44.81

**Total For This Matter** **$3,586.81**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/04/06 | R. Wyron | Review e-mails on Equitas settlement/release of premise coverages and outline points for argument. | 0.90 |
| 07/05/06 | S. Foresta | Review e-mail exchange between R. Wyron and J. Baer re indemnification provision in Equitas settlement agreement; draft e-mail to R. Wyron re same. | 0.20 |
| 07/13/06 | R. Wyron | Review Equitas issue for Monday conference call, and e-mails regarding same. | 0.60 |
| 07/14/06 | R. Wyron | Review e-mails on Equitas issue and follow-up in advance of 7/17 call. | 0.60 |
| 07/17/06 | R. Wyron | Review Equitas data and e-mails (.3); participate in conference call on Equitas terms, and follow-up e-mails (1.1). | 1.40 |
| 07/20/06 | R. Wyron | Review draft settlement on Equitas deal and organize comments (.7); call with Debtors and others re Equitas (.9); follow-up with R. Horkovich on indemnification (.3). | 1.90 |
| 07/24/06 | R. Wyron | Review status of Equitas deal and calls re same. | 0.60 |
| 07/25/06 | D. Felder | Review motion and related pleadings regarding settlement agreement with Equitas (1.4); telephone conference with R. Wyron, M. Hurford and B. Horkovich regarding same (1.0); review KWELMBS settlement materials and hearing transcripts and prepare e-mail summary regarding same (3.7). | 6.10 |
| 07/25/06 | R. Wyron | Participate in call on Equitas and follow-up e-mails. | 1.20 |
| 07/26/06 | R. Wyron | Review e-mails on Equitas issues. | 0.40 |
| 07/28/06 | R. Wyron | Confer with P. Connors on NOL issues re Equitas. | 0.40 |

Total Hours                14.30
Total For Services                          $7,765.50

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Debra Felder | 6.10 | 405.00 | 2,470.50 |
| Stephen G. Foresta | 0.20 | 675.00 | 135.00 |
| Richard H. Wyron | 8.00 | 645.00 | 5,160.00 |
| Total All Timekeepers | 14.30 | $543.04 | $7,765.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

August 15, 2006
Invoice No. 1027529

**Total For This Matter**          **$7,765.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 06/30/06 | R. Frankel | Review various pleadings, including motion for key employees re LTIP (1.1); review and sort files (.5). | 1.60 |
| 07/01/06 | D. Felder | Continue drafting joint supplemental objection to exclusivity. | 1.50 |
| 07/01/06 | G. Rasmussen | Outline legal issues relating to claim estimation based on the Owens Corning case. | 1.50 |
| 07/02/06 | D. Felder | Continue drafting joint supplemental objection and proposal regarding exclusivity. | 2.50 |
| 07/03/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for information on related asbestos liabilities. | 0.80 |
| 07/03/06 | D. Felder | Continue drafting joint supplemental objection and proposal regarding exclusivity (2.5); review pleadings regarding same (1.3); research case law regarding same (1.0). | 4.80 |
| 07/03/06 | R. Mullady, Jr. | Review estimation briefs and materials. | 2.00 |
| 07/04/06 | R. Wyron | Review and revise confidentiality memo for D. Austern (.3); review draft exclusivity pleading (.9). | 1.20 |
| 07/04/06 | R. Frankel | Review and revise draft objection to further extension of exclusivity (1.9); review schedule attached (.3). | 2.20 |
| 07/05/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for information on related asbestos liabilities. | 0.90 |
| 07/05/06 | K. Thomas | Research treatment of retiree benefit claims (.3); discuss same with D. Felder (.1); draft summary of research and forward to D. Felder (.6). | 1.00 |
| 07/05/06 | S. Venegas | Review previous estimation cases. | 0.80 |
| 07/05/06 | D. Felder | Review briefs regarding estimation methodology and retrieve related materials for litigation team (2.5); conference with K. Thomas regarding research on post-retirement health benefits and review e-mail summary regarding same (.4); revise supplemental objection to exclusivity and telephone conference with R. Frankel and R. Wyron regarding same (6.2). | 9.10 |
| 07/05/06 | R. Wyron | Work on exclusivity pleadings (1.4); review Equitas language and outline issues (.7); review status on LTIP (.3); review discovery mediation e-mails and respond (.3). | 2.70 |
| 07/05/06 | R. Mullady, Jr. | E-mails to/from R. Wyron (.2). | 0.20 |
| 07/05/06 | R. Frankel | Review memo re priority of post-retirement health benefit plans; notes re same. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

August 15, 2006
Invoice No. 1027529

| 07/05/06 | R. Frankel | Review revisions to draft in preparation for conference call (.6); conference call with R. Wyron and D. Felder re draft response to exclusivity (.8). | 1.40 |
| 07/05/06 | R. Frankel | Review issues re exclusivity, argument, hearing preparation, notes re same. | 0.60 |
| 07/05/06 | R. Frankel | Series of e-mails re draft opposition to exclusivity. | 0.70 |
| 07/06/06 | S. Venegas | Review Federal Mogul case. | 0.60 |
| 07/06/06 | D. Felder | Review e-mail correspondence regarding LTIP motion (.1); review e-mail correspondence regarding exclusivity pleading (.1); review case management order circulated by Debtors and prepare e-mails to R. Wyron and R. Mullady regarding same (.5); telephonic participation in discovery mediation regarding questionnaire responses (3.0); review document request and letter from Debtors regarding plan discussions (.1); telephone conference with R. Wyron regarding same (.1);  review pleading regarding exclusivity in preparation for call (.5). | 4.40 |
| 07/06/06 | D. Felder | Telephone conferences with R. Frankel regarding exclusivity pleading (.2); review and revise same (2.5). | 2.70 |
| 07/06/06 | R. Wyron | Review e-mails on bar date and related materials, and organize for call (.4); e-mails with D. Austern re confidential materials (.3). | 0.70 |
| 07/06/06 | R. Mullady, Jr. | Review e-mails from N. Finch, D. Felder, B. Harding and R. Wyron (.4). | 0.40 |
| 07/06/06 | R. Frankel | Review notes from questionnaire mediation (.3); review chart with new dates for CMO (.4). | 0.70 |
| 07/06/06 | R. Frankel | Telephone conference with S. Baena re supplemental objection (.4); telephone conferences with D. Felder, R. Wyron re changes to objection (.5); notes re same (.2). | 1.10 |
| 07/06/06 | R. Frankel | Review discovery request re PI/PD agreement. | 0.60 |
| 07/06/06 | R. Frankel | Review revised draft of supplemental objection. | 1.20 |
| 07/07/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for information on related asbestos liabilities. | 0.80 |
| 07/07/06 | D. Felder | Review, revise and finalize supplemental objection regarding exclusivity (8.6); telephone conferences with PI and PD Committees regarding same (.3); finalize exhibit to supplemental objection (1.0); review e-mail correspondence regarding discovery and request from Debtors regarding same (.3). | 10.20 |
| 07/07/06 | R. Wyron | Call with J. Radecki on LTIP and follow-up (.3); review e-mails on discovery and exclusivity, and follow-up (.4). | 0.70 |
| 07/07/06 | R. Mullady, Jr. | Review and reply to e-mails regarding scheduling order and other issues. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

August 15, 2006
Invoice No. 1027529

| 07/07/06 | R. Frankel | Review revised supplemental objection to further exclusivity extension. | 1.20 |
|---|---|---|---|
| 07/07/06 | R. Frankel | Telephone conference with E. Inselbuch, S. Baena, D. Felder, others to finalize supplemental objection; notes re same. | 0.50 |
| 07/07/06 | R. Frankel | Telephone conferences, e-mails with D. Felder re finalization of supplement objection; read final pleading. | 0.80 |
| 07/08/06 | R. Mullady, Jr. | E-mail to A. Venegas regarding status. | 0.10 |
| 07/09/06 | R. Wyron | Review pleadings and e-mails on CMO and bar date, and organize responses (.9); review Equitas language (.2); review LTIP language (.2). | 1.30 |
| 07/10/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for information on related asbestos liabilities. | 3.60 |
| 07/10/06 | S. Venegas | Review debtors' supplemental brief in support of a further exclusivity extension. | 1.30 |
| 07/10/06 | D. Felder | Begin review of Debtors' pleadings and hearing transcripts regarding exclusivity and estimation process (3.0); review expert stipulation, bar date materials and PI CMO (1.2); review docket and recently filed pleadings (.5); prepare for conference call with PI Committee's counsel (.5); conference call with PI Committee's counsel, R. Mullady and G. Rasmussen regarding expert stipulation, PI CMO and bar date materials (.5); conference call with Debtors, PI Committee's counsel, R. Mullady and G. Rasmussen regarding same (.5); prepare summary e-mail to R. Frankel, R. Wyron, R. Mullady and G. Rasmussen regarding same (.5). | 6.70 |
| 07/10/06 | G. Rasmussen | Review of proposed CMO prepared by debtor; review of debtor's comments on expert stipulation; review of debtor's proposals for notice of claim submission bar date. | 0.80 |
| 07/10/06 | G. Rasmussen | Conference with counsel for ACC in preparation for conference call with all counsel. | 0.50 |
| 07/10/06 | G. Rasmussen | Conference call with counsel for all parties on CMO, discovery issues, and expert stipulation. | 0.60 |
| 07/10/06 | R. Wyron | Review bar date materials and e-mails; follow-up with D. Felder on conference call; review summary. | 0.90 |
| 07/10/06 | R. Mullady, Jr. | Review revised CMO and e-mail from debtor's counsel (.5); review bar date materials (.2); e-mails to/from D. Felder and N. Finch (.3); telephone conversation with J. Leissner (.2); prepare for and participate in conference call with all counsel regarding CMO and bar date materials (1.5). | 2.70 |
| 07/10/06 | R. Frankel | Telephone conference with E. Inselbuch re status (.1); review memo re discovery, bar date issues (.3 ); notes re same (.2). | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

August 15, 2006
Invoice No. 1027529

| 07/10/06 | R. Frankel | Review dockets re filings re exclusivity, PD objections. | 0.40 |
| 07/11/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for all related asbestos liabilities. | 2.30 |
| 07/11/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of certain motions on the case calendar relating to the 15th omnibus objection to claims; confer with D. Felder regarding same; prepare e-mail to M. Browdy at Kirkland with list of motions and request status of motions and current hearing date. | 0.60 |
| 07/11/06 | S. Venegas | Review Peterson report on opinions (4.0); review objections to bar date (.3). | 4.30 |
| 07/11/06 | D. Felder | Conference with R. Frankel regarding exclusivity issues (.1); continue reviewing pleadings and hearing transcripts regarding same (5.8). | 5.90 |
| 07/11/06 | R. Mullady, Jr. | Review Grace's motion to extend exclusivity period (.5); e-mail to A. Venegas regarding research needed for estimation methodology issue (.4); review and reply to e-mail from D. Felder (.2). | 1.10 |
| 07/11/06 | R. Frankel | Review issues, including issues with D. Felder, re Grace brief in support of exclusivity. | 0.40 |
| 07/11/06 | R. Frankel | Review docket entries, sort files. | 0.30 |
| 07/11/06 | R. Frankel | Review Grace brief in support of further extension of exclusivity. | 1.20 |
| 07/12/06 | R. Barainca | Print and prepare transcripts for D. Felder. | 0.50 |
| 07/12/06 | C. Britt | Research on allowance and estimation issues. | 6.20 |
| 07/12/06 | C. Britt | Meet with A. Venegas to discuss assignment. | 0.30 |
| 07/12/06 | S. Venegas | Meet with C. Britt re research project and follow up (.5); review motion for bar date (1.0). | 1.50 |
| 07/12/06 | D. Felder | Review Debtors' supplemental brief regarding exclusivity and numerous pleadings and hearing transcripts regarding same (5.9); review bar date materials and telephone conference with R. Frankel regarding same (.4); e-mail correspondence with J. Liesemer regarding bar date materials (.2). | 6.50 |
| 07/12/06 | R. Mullady, Jr. | Review e-mails regarding bar date materials. | 0.20 |
| 07/12/06 | R. Frankel | Review exhibits to Grace pleading in support of exclusivity extension. | 2.20 |
| 07/12/06 | R. Frankel | Review, edit bar date order; telephone conference with D. Felder re same. | 0.60 |
| 07/12/06 | R. Frankel | Review objections to questionnaires. | 0.70 |
| 07/12/06 | R. Frankel | Begin outline of oral argument for exclusivity hearing. | 1.60 |
| 07/13/06 | C. Britt | Research cases that concern due process in "common issues" trials and estimation materials. | 7.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

August 15, 2006
Invoice No. 1027529

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/13/06 | S. Venegas | Meeting with C. Britt re assignment (.1); continue reviewing "Bar Date" pleading (.3). | 0.40 |
| 07/13/06 | D. Felder | Continue reviewing numerous hearing transcripts regarding estimation and exclusivity (7.0); review bar date materials (.2). | 7.20 |
| 07/13/06 | R. Mullady, Jr. | Review e-mails regarding bar date materials. | 0.20 |
| 07/13/06 | R. Frankel | Review objections to questionnaire. | 0.50 |
| 07/13/06 | R. Frankel | Prepare notes re hearing on exclusivity. | 0.80 |
| 07/14/06 | C. Britt | Conduct research and draft memo on allowance and estimation in bankruptcy cases. | 6.20 |
| 07/14/06 | S. Venegas | Confer with C. Britt and D. Felder re estimation and allowance (.5); review estimation pleadings (3.2). | 3.70 |
| 07/14/06 | D. Felder | Continue reviewing hearing transcripts regarding estimation and exclusivity (1.6); telephone conferences with J. Liesemer regarding PI CMO and expert stipulation (.2); review revised PI CMO, expert stipulation and bar date materials and e-mail correspondence regarding same (1.7); conferences with A. Venegas and C. Britt regarding estimation research and review regarding same (1.0); review pleadings regarding exclusivity filed by Tort Victims' Law Firm and Queen (.5). | 5.00 |
| 07/14/06 | G. Rasmussen | Review of debtor's revisions to expert stipulation and CMO and exchange of e-mails with R. Mullady. | 0.30 |
| 07/14/06 | R. Wyron | Review e-mails and CoC on LTIP, and follow-up (.4); review various pleadings objecting to exclusivity (.8). | 1.20 |
| 07/14/06 | R. Mullady, Jr. | Review and comment on draft CMO and expert stipulation, including discussions with D. Felder and counsel for ACC. | 1.00 |
| 07/14/06 | R. Frankel | Prepare outline of notes for July 24 hearing. | 1.70 |
| 07/14/06 | R. Frankel | Review plaintiff firms' opposition to further extension (.6); confer with R. Wyron re argument (.3). | 0.90 |
| 07/15/06 | R. Mullady, Jr. | E-mails to/from C. Britt. | 0.20 |
| 07/16/06 | C. Britt | Conduct research on "common issues" trial and constitutional objections. | 0.50 |
| 07/16/06 | G. Rasmussen | Analyze Federal Mogul case and outline points we will have to cover at the estimation proceeding. | 4.50 |
| 07/16/06 | R. Wyron | Review case calendar and organize scheduling memo. | 0.40 |
| 07/17/06 | C. Britt | Research and prepare memo on estimation methodology. | 7.50 |
| 07/17/06 | S. Venegas | Review assignment with C. Britt (.2); review literature on estimating claims. (.8). | 1.00 |
| 07/17/06 | D. Felder | Review Debtors' reply regarding exclusivity (.2); review numerous hearing transcripts and pleadings in preparation for argument on exclusivity (7.9). | 8.10 |
| 07/17/06 | R. Frankel | Review issues, series of e-mails in preparation for conference call re hearing. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

August 15, 2006
Invoice No. 1027529

| | | | |
|---|---|---|---|
| 07/18/06 | C. Britt | Draft memo on estimation methodology and common issues trials. | 3.10 |
| 07/18/06 | S. Venegas | Read estimation materials. | 0.50 |
| 07/18/06 | D. Felder | Review bar date materials, motion by asbestos claimants to amend CMO and Debtors' motion to compel responses to questionnaires (1.7); review hearing transcripts and pleadings in preparation for argument on exclusivity, research case law regarding estimation, and begin preparing memorandum regarding same (8.4). | 10.10 |
| 07/18/06 | R. Mullady, Jr. | E-mails to/from D. Fullem and D. Felder. | 0.30 |
| 07/18/06 | R. Frankel | Review series of e-mails re preparation for hearing, production of documents. | 0.50 |
| 07/19/06 | C. Britt | Work on memo on estimation issues. | 3.30 |
| 07/19/06 | D. Felder | Continue reviewing Debtors' motion to compel questionnaire responses (.5); review various estimation related documents (.4). | 0.90 |
| 07/19/06 | R. Frankel | Review with R. Wyron issues re Equitas settlement. | 0.40 |
| 07/19/06 | R. Frankel | Review various pleadings in Montana criminal proceedings in connection with estimation, exclusivity hearing. | 1.20 |
| 07/19/06 | R. Frankel | Review Piper Jaffray report re stock price and exclusivity. | 0.70 |
| 07/19/06 | R. Frankel | Review e-mails re record of previous exclusivity hearings in preparation for hearing. | 0.40 |
| 07/20/06 | R. Barainca | Prepare exhibits for hearing on July 24. | 12.00 |
| 07/20/06 | R. Barainca | Confer with D. Felder regarding exhibits for July 24 hearing (several different occasions). | 1.50 |
| 07/20/06 | C. Britt | Research common issues question for memo. | 2.70 |
| 07/20/06 | C. Britt | Meet with R. Mullady to discuss memo. | 0.30 |
| 07/20/06 | S. Venegas | Review estimation materials. | 1.10 |
| 07/20/06 | D. Felder | Review daily docket (.2); conference with R. Frankel regarding exhibits for hearing on July 24, 2006 (.5); conference with R. Barainca regarding same (.5); telephone conference with R. Frankel, S. Baena, J. Sakalo, E. Inselbuch and P. Lockwood regarding July 24, 2006 hearing and follow-up conference with R. Frankel regarding same (.8); prepare exhibits for hearing on July 24, 2006 (15.5). | 17.50 |
| 07/20/06 | R. Frankel | Preparation for oral argument on exclusivity. | 1.30 |
| 07/20/06 | R. Frankel | Review notes from D. Felder regarding argument (.8); confer with D. Felder regarding display slides for agreement (.4); prepare notes regarding slides (.4). | 1.60 |
| 07/20/06 | R. Frankel | Telephone conference with E. Inselbuch, S. Baena, D. Felder, Lockwood regarding preparation for oral agreement on exclusivity; notes regarding same. | 0.90 |
| 07/20/06 | R. Frankel | Review cases, issues regarding exclusivity. | 1.10 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

August 15, 2006
Invoice No. 1027529

| 07/21/06 | R. Barainca | Edit exhibits for hearing on July 24. | 1.50 |
|---|---|---|---|
| 07/21/06 | R. Barainca | Confer with D. Felder and R. Wyron in regard to exhibits for hearing on July 24. | 0.50 |
| 07/21/06 | C. Britt | Continue research on "common issues" trials. | 6.50 |
| 07/21/06 | D. Felder | Revise and finalize exhibits for hearing on July 24, 2006 and telephone conferences with J. Sakalo, R. Frankel and J. Brownstein regarding same (7.1); review solvency analysis and various SEC filings (2.0). | 9.10 |
| 07/21/06 | R. Wyron | Review slides for exclusivity argument and revise with D. Felder (1.2); review issues re Equitas for follow-up discussions with Grace (.4). | 1.60 |
| 07/21/06 | R. Mullady, Jr. | Review exclusivity papers and prepare for status conference on 1/24 (1.5); review estimation briefs and research memorandum prepared by C. Britt (1.0); meet with C. Britt (.2). | 2.70 |
| 07/21/06 | R. Frankel | Preparation of notes, outline for oral argument (1.9); review cases regarding cancer-only estimations (1.7). | 3.60 |
| 07/21/06 | R. Frankel | Review Grace brief, status report in preparation for hearing. | 1.20 |
| 07/21/06 | R. Frankel | Review, edit slides for oral argument (1.3); telephone conference with D. Felder regarding same (.3). | 1.60 |
| 07/22/06 | R. Frankel | Preparation and finalization of outline for oral argument. | 1.90 |
| 07/23/06 | D. Felder | Review revised bar date materials (.3); review various SEC filings and update estimation chart regarding same (1.5). | 1.80 |
| 07/23/06 | R. Wyron | Review case calendar and identify issues and scheduling matters. | 0.40 |
| 07/23/06 | R. Frankel | Edit outline for oral argument; review background materials. | 2.30 |
| 07/24/06 | R. Barainca | Edit exhibits for hearing on July 24. | 1.00 |
| 07/24/06 | C. Britt | Research estimation arguments in preparation for Wilmington status hearing. | 2.00 |
| 07/24/06 | D. Felder | Review and prepare materials for omnibus hearing (2.6); attend omnibus hearing (5.9). | 8.50 |
| 07/24/06 | R. Wyron | Attend hearing (telephonically) on Equitas and exclusivity, and follow-up. | 4.30 |
| 07/24/06 | R. Mullady, Jr. | Prepare for and attend omnibus status conference before Judge Fitzgerald (7.0); travel to/from Wilmington, DE while preparing for hearing and discussing planned brief attacking debtors estimation (3.0). | 10.00 |
| 07/24/06 | R. Frankel | Review file, outline, slides in final preparation for oral argument regarding exclusivity. | 1.70 |
| 07/24/06 | R. Frankel | Confer with D. Austern during travel to hearing (1.1); review file in preparation for hearing, exclusivity (.3). | 1.40 |
| 07/24/06 | R. Frankel | Confer with Messrs. Baena, Inselbuch and Austern in preparation for hearing, exclusivity issues. | 1.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

August 15, 2006
Invoice No. 1027529

| 07/24/06 | R. Frankel | Attend Omnibus Hearing in Wilmington. | 5.50 |
| 07/24/06 | R. Frankel | Preparation of notes regarding hearing, confer with D. Felder regarding modifications to slides. | 1.50 |
| 07/25/06 | C. Britt | Draft summary of status hearing. | 1.10 |
| 07/25/06 | C. Britt | Continue work on estimation memo. | 4.40 |
| 07/25/06 | S. Venegas | Review remainder of "Estimating Mass Torts" materials. | 3.00 |
| 07/25/06 | R. Mullady, Jr. | Review memorandum from C. Britt summarizing omnibus status conference (.3); e-mails to/from D. Felder (.2); discuss status conference developments with R. Frankel and R. Wyron (.4). | 0.90 |
| 07/25/06 | R. Frankel | Telephone conference with D. Austern regarding status (.2); review status of case post-omnibus hearing (.4). | 0.60 |
| 07/26/06 | C. Britt | Continue work on estimation memo. | 0.60 |
| 07/26/06 | S. Venegas | Review background materials on estimation. | 6.50 |
| 07/26/06 | D. Felder | Review various recently filed pleadings. | 2.50 |
| 07/26/06 | R. Mullady, Jr. | E-mails to/from D. Felder and A. Venegas regarding strategy. | 0.20 |
| 07/26/06 | R. Frankel | Review open issues re experts, estimation. | 0.50 |
| 07/27/06 | C. Britt | Finish estimation memo. | 1.10 |
| 07/27/06 | S. Venegas | Review last of materials including hearing on questionnaire (2.8); review memo from C. Britt (.2). | 3.00 |
| 07/27/06 | R. Mullady, Jr. | Telephone conversations and e-mail to D. Felder regarding conference call scheduled for 7/28. | 0.50 |
| 07/28/06 | C. Britt | Meet with R. Mullady and A. Venegas to discuss case strategy. | 1.20 |
| 07/28/06 | S. Venegas | Confer with R. Mullady and C. Britt re assignment (.5); review transcripts and other materials (1.6); confer with D. Felder (.4). | 2.50 |
| 07/28/06 | D. Felder | Telephone conference with R. Wyron, R. Mullady, D. Cohn, N. Finch and J. Liesemer regarding various Libby issues (1.0); follow-up conference with R. Wyron and R. Mullady regarding same (.3); conference with R. Mullady and G. Rasmussen in preparation for telephone conference with J. Biggs (.3); telephone conference with R. Mullady, G. Rasmussen, J. Biggs and M. Chung regarding update and status (1.5); review various materials from Sealed Air litigation (2.5). | 5.60 |
| 07/28/06 | G. Rasmussen | Preparation for and participation in conference with R. Mullady to identify further discovery needed regarding Tillinghast analysis. | 1.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

August 15, 2006
Invoice No. 1027529

| | | | |
|---|---|---|---|
| 07/28/06 | R. Wyron | Participate in conference call with Libby and ACC counsel and follow-up (1.2); confer with OHS lawyers on estimation issues (.7); review proposed exclusivity order and review and respond to e-mails re same (.4); continue review of e-mails and issues re CARD Clinic data (.4). | 2.70 |
| 07/28/06 | R. Mullady, Jr. | Conference call with Libby and ACC counsel (1.2); conference call with J. Biggs (1.1); e-mail to/from J. Leisemer (.2). | 3.50 |
| 07/29/06 | R. Mullady, Jr. | E-mails to/from A. Venegas regarding estimation methodology research. | 0.50 |
| 07/30/06 | G. Rasmussen | Review of PI's interrogatories and document requests and Debtor's responses; identification of areas where we will need to take additional discovery. | 1.50 |
| 07/30/06 | R. Mullady, Jr. | E-mails to/from R. Wyron regarding estimation methodology issues (.3); e-mails to/from R. Frankel and J. Guy (.2). | 0.50 |
| 07/31/06 | D. Felder | Begin reviewing Sealed Air materials and deposition transcripts (7.3); review e-mail correspondence from R. Mullady and prepare comments regarding same (.2). | 7.50 |
| 07/31/06 | G. Rasmussen | Preparation for and participation in conference call with counsel for Libby and ACC regarding further discovery. | 2.30 |
| 07/31/06 | R. Mullady, Jr. | Conference call with ACC and Libby counsel regarding discovery (1.0); e-mails to/from B. Harding and N. Finch (.5); meet with J. Guy regarding discovery (.2). | 1.70 |
| 07/31/06 | R. Frankel | Review, sort files from 7/24 hearing. | 0.60 |

Total Hours         367.70
Total For Services          $163,859.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 25.40 | 140.00 | 3,556.00 |
| Christopher A. Britt | 54.00 | 235.00 | 12,690.00 |
| Debra Felder | 138.10 | 405.00 | 55,930.50 |
| Roger Frankel | 57.60 | 725.00 | 41,760.00 |
| Debra O. Fullem | 0.60 | 210.00 | 126.00 |
| Raymond G. Mullady, Jr. | 29.40 | 660.00 | 19,404.00 |
| Garret G. Rasmussen | 13.30 | 645.00 | 8,578.50 |
| Katherine S. Thomas | 1.00 | 325.00 | 325.00 |
| Shannon Dawn Venegas | 30.20 | 325.00 | 9,815.00 |
| Richard H. Wyron | 18.10 | 645.00 | 11,674.50 |
| Total All Timekeepers | 367.70 | $445.63 | $163,859.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

August 15, 2006
Invoice No. 1027529

Disbursements

| | | |
|---|---:|---:|
| Binding Expense | 3.50 | |
| Duplicating Expense | 758.40 | |
| Express Delivery | 17.10 | |
| Lexis Research | 5,546.50 | |
| Local Taxi Expense | 31.10 | |
| Out of Town Business Meals | 40.13 | |
| Postage | 279.57 | |
| Telephone | 68.45 | |
| Travel Expense, Air Fare | 707.38 | |
| Travel Expense, Local | 521.00 | |
| Travel Expense, Out of Town | 571.24 | |
| Westlaw Research | 2,121.00 | |
| Total Disbursements | | $10,665.37 |
| | | |
| **Total For This Matter** | | **$174,524.87** |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 07/06/06 | D. Fullem | Review D. Austern's billing for May and June and prepare same in format to attach to and file with fee applications (.5); prepare May and June monthly fee applications (1.0); prepare e-mail and forward fee applications to D. Austern for review, comment, approval (.2); update R. Wyron regarding same (.1). | 1.80 |
| 07/07/06 | R. Barainca | Edit Tillinghast's May 2006 fee application. | 0.80 |
| 07/07/06 | D. Fullem | Review signed May and June fee applications from D. Austern; update objection deadline and prepare for filing next week. | 0.20 |
| 07/11/06 | D. Fullem | Review and reply to e-mail from D. Felder regarding wrong hearing date on docket for D. Austern's fifth quarterly fee application; prepare e-mail to C. Hartman regarding correction to same. | 0.50 |
| 07/11/06 | D. Fullem | Coordinate finalizing, filing and serving of D. Austern's May fee application. | 0.30 |
| 07/13/06 | R. Barainca | Prepare Tillinghast's May 2006 monthly fee application for filing. | 1.40 |
| 07/13/06 | D. Fullem | Review package from Piper Jaffray of May fee application; prepare updates to same with regard to objection deadlines and service dates; provide to R. Wyron for review and signature; update parties regarding filing. | 0.50 |
| 07/14/06 | D. Fullem | Coordinate filing and serving of Piper Jaffray May fee application. | 0.20 |
| 07/21/06 | D. Fullem | Review and respond to e-mail from N. Guzman at Swidler/Bingham regarding recent payment received from Debtors. | 0.20 |
| 07/25/06 | R. Barainca | Prepare Certificates of No Objection for Tillinghast's March and April 2006 monthly fee applications. | 1.00 |
| 07/27/06 | R. Wyron | Review dockets and CNOs for Tillinghast March and April fee applications. | 0.40 |
| 07/31/06 | R. Barainca | Prepare Certificates of No Objection for Meyer Lustenberger for filing. | 0.90 |
| 07/31/06 | D. Fullem | Review and coordinate filing and serving of Tillinghast CNOs on Mar and Apr fee apps. | 0.20 |

Total Hours                     8.40



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

August 15, 2006
Invoice No. 1027529

Total For Services                                    $1,651.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 4.10 | 140.00 | 574.00 |
| Debra O. Fullem | 3.90 | 210.00 | 819.00 |
| Richard H. Wyron | 0.40 | 645.00 | 258.00 |
| Total All Timekeepers | 8.40 | $196.55 | $1,651.00 |

Disbursements
    Duplicating Expense                  102.75
    Express Delivery                     185.84
    Postage                                9.86
        Total Disbursements        $298.45


**Total For This Matter**                              **$1,949.45**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/21/06 | D. Fullem | Review matters in e-mail from R. Wyron, R. Frankel and others regarding Orrick representation of Goodwin Procter (.2); discuss with R. Wyron (.1); review Grace bankruptcy docket for Goodwin Procter role in case (.3); download related documents (.2); prepare e-mail to R. Wyron regarding the firm's role (.2); draft supplemental disclosure (1.0); forward to R. Wyron for review and comment (.1). | 2.10 |
| 07/21/06 | R. Wyron | Review disclosure on Goodwin Proctor and review e-mails re same. | 0.60 |
| 07/31/06 | D. Fullem | Review signed Supplemental Declaration by R. Frankel (.10); prepare e-mail to R. Frankel and R. Wyron regarding status and filing of same. | 0.20 |

|  | | |
|---|---|---|
| Total Hours | 2.90 | |
| Total For Services | | $870.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 2.30 | 210.00 | 483.00 |
| Richard H. Wyron | 0.60 | 645.00 | 387.00 |
| Total All Timekeepers | 2.90 | $300.00 | $870.00 |

**Total For This Matter**                     **$870.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 07/06/06 | D. Fullem | Prepare e-mail to R. Wyron to follow up on status of Orrick's May fee application; review reply thereto. | 0.20 |
| 07/07/06 | D. Fullem | Begin review of Orrick's June prebills. | 0.80 |
| 07/09/06 | R. Wyron | Review May monthly fee application and provide comments. | 0.60 |
| 07/10/06 | D. Fullem | Continue review of June prebills; forward to R. Wyron for review. | 0.80 |
| 07/10/06 | D. Fullem | Review e-mail from R. Wyron regarding status of June prebills. | 0.10 |
| 07/10/06 | D. Fullem | Review e-mail from R. Wyron regarding edits to Orrick's May fee statement. | 0.10 |
| 07/11/06 | D. Fullem | Coordinate finalizing, filing and serving of Orrick's May fee application. | 0.20 |
| 07/11/06 | R. Wyron | Review June prebill and provide comments. | 0.60 |
| 07/17/06 | D. Fullem | Review June invoices and prepare summary of same; prepare June fee application. | 1.20 |
| 07/18/06 | R. Barainca | Create chart of Orrick fees and expenses from February 2006 to present. | 1.00 |
| 07/18/06 | R. Barainca | Confer with D. Fullem in regard to Chart of Orrick Fees and Expenses. | 0.20 |
| 07/18/06 | D. Fullem | Review status of Orrick's fee application filings and related deadlines for objections thereto (.2;) confirm CNOs filed on all fee apps as appropriate (.1); download CNOs (.2); determine with accounting if any payments have been received to date (.1); prepare e-mail to J. Port at W.R. Grace regarding payments due to Orrick at this time pursuant to the Administrative Order in this case and attach related CNOs (.6). | 1.20 |
| 07/18/06 | D. Fullem | Follow up on expense items in Orrick's June invoices and review detailed backup on those certain expense items. | 0.50 |
| 07/18/06 | D. Fullem | Confer with R. Barainca regarding preparation of spreadsheet for tracking Orrick's fees and expenses. | 0.20 |
| 07/18/06 | D. Fullem | Review and revise Orrick's June fee application. | 1.00 |
| 07/21/06 | D. Fullem | Confer with R. Wyron regarding status of Orrick's fee applications filed in the case. | 0.10 |
| 07/27/06 | R. Barainca | Locate and send a copy of Orrick's W-9 form to Grace. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

August 15, 2006
Invoice No. 1027529

| | | | |
|---|---|---|---|
| 07/31/06 | R. Barainca | Prepare Orrick's June 2006 monthly fee application for filing. | 0.70 |
| 07/31/06 | D. Fullem | Review final draft of June fee application (.2); finalize same (.6); obtain R. Frankel's signature (.1); prepare for filing and service on parties (.3.) | 1.20 |

Total Hours 11.00
Total For Services $2,678.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 2.20 | 140.00 | 308.00 |
| Debra O. Fullem | 7.60 | 210.00 | 1,596.00 |
| Richard H. Wyron | 1.20 | 645.00 | 774.00 |
| Total All Timekeepers | 11.00 | $243.45 | $2,678.00 |

Disbursements
Duplicating Expense 499.20
Express Delivery 203.07
Postage 223.55
Total Disbursements $925.82

**Total For This Matter** **$3,603.82**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/24/06 | D. Felder | Non-working travel from Washington, DC to Wilmington, DE. | 2.20 |
| 07/24/06 | D. Felder | Non-working travel from Wilmington, DE to Washington, DC. | 2.20 |
| 07/24/06 | R. Frankel | Travel to and from DC and Wilmington. | 2.00 |

Total Hours 6.40
Total For Services $1,616.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 4.40 | 202.50 | 891.00 |
| Roger Frankel | 2.00 | 362.50 | 725.00 |
| Total All Timekeepers | 6.40 | $252.50 | $1,616.00 |

**Total For This Matter** $1,616.00

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours 433.50
Total Fees, all Matters $181,982.00
Total Disbursements, all Matters $11,934.45
Total Amount Due $193,916.45