REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number      1440875
One Town Center Road                   Invoice Date        08/31/06
Boca Raton, FL   33486                 Client Number       172573

=============================================================================
Re: W. R. Grace & Co.
(60026)  Litigation and Litigation Consulting

Fees                                      0.00
Expenses                              1,937.40

                 TOTAL BALANCE DUE UPON RECEIPT        $1,937.40
                                                   =============

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R Grace & Co.                      Invoice Number      1440875
One Town Center Road                 Invoice Date      08/31/06
Boca Raton, FL   33486               Client Number       172573
                                     Matter Number        60026
```

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 3.00 |
| IKON Copy Services | 66.20 |
| PACER | 9.68 |
| Duplicating/Printing/Scanning | 297.15 |
| Parking/Tolls/Other Transportation | 68.00 |
| Air Travel Expense | 1,272.20 |
| Taxi Expense | 157.00 |
| Mileage Expense | 48.06 |
| Meal Expense | 16.11 |
| CURRENT EXPENSES | 1,937.40 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $1,937.40 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1440875 |
| One Town Center Road | Invoice Date    08/31/06 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number    60026 |

==========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 06/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0349; 9 COPIES | 1.35 |
| 06/19/06 | PACER-Electronic docket retrieval charges. | 7.04 |
| 06/28/06 | PACER-Electronic docket retrieval charges. | 2.64 |
| 06/29/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .60 |
| 06/30/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .60 |
| 07/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 21 COPIES | 3.15 |
| 07/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 07/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 07/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 17 COPIES | 2.55 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |

172573 W. R. Grace & Co.                          Invoice Number  1440875
60026  Litigation and Litigation Consulting       Page    2
August 31, 2006

| | | |
|---|---|---|
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 07/11/06 | Telephone Expense<br>304-232-5667/WHEELING, WV/8 | .35 |
| 07/13/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 07/13/06 | Telephone Expense<br>312-861-2460/CHICAGO, IL/4 | .20 |
| 07/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 07/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 07/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .60 |
| 07/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 07/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number   1440875
60026  Litigation and Litigation Consulting       Page    3
August 31, 2006

| Date | Description | Amount |
|---|---|---|
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .60 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 07/19/06 | IKON Copy Services - - Copying and postage for<br>service of CNO for monthly application. | 66.20 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0710; 44 COPIES | 6.60 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | 1.35 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 07/20/06 | Telephone Expense<br>312-861-2000/CHICAGO, IL/19 | .95 |
| 07/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .60 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 8 COPIES | 1.20 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 27 COPIES | 4.05 |

172573 W. R. Grace & Co.                              Invoice Number  1440875
60026  Litigation and Litigation Consulting          Page    4
August 31, 2006

| | | |
|---|---|---|
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 317 COPIES | 47.55 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 6 COPIES | 6.00 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 531 COPIES | 79.65 |
| 07/26/06 | Meal Expense - - VENDOR: JAMES J. RESTIVO, JR.<br>- TRAVEL TO AND FROM PHILADELPHIA FOR OMNIBUS<br>HEARING AND MEETINGS--ONE BREAKFAST | 4.11 |
| 07/26/06 | Taxi Expense - - VENDOR: JAMES J. RESTIVO, JR.<br>- TRAVEL TO AND FROM PHILADELPHIA FOR OMNIBUS<br>HEARING AND MEETINGS | 62.00 |
| 07/26/06 | Parking/Tolls/Other Transportation - - VENDOR:<br>JAMES J. RESTIVO, JR.  - TRAVEL TO AND FROM<br>PHILADELPHIA FOR OMNIBUS HEARING AND<br>MEETINGS--PARKING AT PITTSBURGH AIRPORT. | 17.00 |
| 07/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 07/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 07/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 43 COPIES | 6.45 |
| 07/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 3.45 |
| 07/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 07/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 07/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .90 |
| 07/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 2.25 |
| 07/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 590 COPIES | 88.50 |
| 07/31/06 | Parking/Tolls/Other Transportation - - VENDOR:<br>JAMES J. RESTIVO, JR. PARKING AT AIRPORT FOR<br>7/27/06 MEETING IN CHICAGO. | 17.00 |

172573 W. R. Grace & Co.                          Invoice Number  1440875
60026  Litigation and Litigation Consulting       Page    5
August 31, 2006

| | | |
|---|---|---:|
| 07/31/06 | Air Travel Expense - - VENDOR: LAWRENCE E. FLATLEY MEETING WITH R. FINKE ET AL AT K&E IN CHICAGO 7/27/06 | 473.60 |
| 07/31/06 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY MEETING WITH R. FINKE ET AL AT K&E IN CHICAGO 7/27/06--TRAVEL TO AND FROM PITTSBURGH AIRPORT. | 26.70 |
| 07/31/06 | Parking/Tolls/Other Transportation - - VENDOR: LAWRENCE E. FLATLEY MEETING WITH R. FINKE ET AL AT K&E IN CHICAGO FOR 7/27/06 MEETING IN CHICAGO--PARKING AT PITTSBURGH AIRPORT | 17.00 |
| 07/31/06 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR DEFENSE COUNSEL STRATEGY MEETING FOR ASBESTOS PD CLAIMS 7/27/06--ONE DINNER. | 12.00 |
| 07/31/06 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON  TRIP TO CHICAGO FOR DEFENSE COUNSEL STRATEGY MEETING FOR ASBESTOS PD CLAIMS 7/27/06 | 798.60 |
| 07/31/06 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR DEFENSE COUNSEL STRATEGY MEETING FOR ASBESTOS PD CLAIMS 7/27/06--TAXI FARES TO AND FROM CHICAGO AIRPORT. | 95.00 |
| 07/31/06 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO CHICAGO FOR DEFENSE COUNSEL STRATEGY MEETING FOR ASBESTOS PD CLAIMS 7/27/06--TRAVEL TO AND FROM PITTSBURGH AIRPORT. | 21.36 |
| 07/31/06 | Parking/Tolls/Other Transportation - - VENDOR: DOUGLAS E. CAMERON  TRIP TO CHICAGO FOR DEFENSE COUNSEL STRATEGY MEETING FOR ASBESTOS PD CLAIMS 7/27/06--PARKING AT PITTSBURGH AIRPORT. | 17.00 |
| 07/31/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/4 | .20 |
| 07/31/06 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .30 |
| 07/31/06 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .60 |
| 07/31/06 | Duplicating/Printing/Scanning ATTY # 0559; 86 COPIES | 12.90 |
| 07/31/06 | Duplicating/Printing/Scanning ATTY # 0559; 25 COPIES | 3.75 |

```
172573 W. R. Grace & Co.                        Invoice Number   1440875
60026  Litigation and Litigation Consulting        Page    6
August 31, 2006
```

```
07/31/06   Duplicating/Printing/Scanning                        .30
           ATTY # 0349: 2 COPIES


               CURRENT EXPENSES                         1,937.40
                                                      ------------
               TOTAL BALANCE DUE UPON RECEIPT          $1,937.40
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                         Invoice Number      1440882
One Town Center Road                    Invoice Date      08/31/06
Boca Raton, FL   33486                  Client Number      172573


===========================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

     Fees                              0.00
     Expenses                      3,814.53

          TOTAL BALANCE DUE UPON RECEIPT        $3,814.53
                                                ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                         Invoice Number      1440882
One Town Center Road                    Invoice Date      08/31/06
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60035

===============================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 7.05 |
| PACER | 15.12 |
| Documentation Charge | 566.50 |
| Duplicating/Printing/Scanning | 1,426.80 |
| Westlaw | 179.43 |
| Postage Expense | 0.39 |
| Courier Service - Outside | 93.99 |
| Outside Duplicating | 778.73 |
| Air Travel Expense | 628.60 |
| Taxi Expense | 72.90 |
| Telephone - Outside | 15.02 |
| Transportation Expense | 30.00 |

CURRENT EXPENSES                3,814.53
                              -------------

TOTAL BALANCE DUE UPON RECEIPT      $3,814.53
                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1440882 |
| One Town Center Road | Invoice Date    08/31/06 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60035 |


=========================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 06/08/06 | PACER--Electronic docket retrieval service charge. | 15.12 |
| 06/08/06 | Telephone - Outside Chorus Call--Conference call re: strategy for motions in limine. | 15.02 |
| 07/06/06 | Duplicating/Printing/Scanning ATTY # 1814: 4 COPIES | .60 |
| 07/06/06 | Duplicating/Printing/Scanning ATTY # 0887: 10 COPIES | 1.50 |
| 07/07/06 | Telephone Expense 202-879-5032/WASHINGTON, DC/2 | .10 |
| 07/07/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/3 | .15 |
| 07/07/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/21 | 1.05 |
| 07/07/06 | Telephone Expense 202-879-5032/WASHINGTON, DC/4 | .20 |
| 07/07/06 | Duplicating/Printing/Scanning ATTY # 1814: 4 COPIES | .60 |
| 07/07/06 | Duplicating/Printing/Scanning ATTY # 0887: 7 COPIES | 1.05 |
| 07/09/06 | Westlaw--Motion in limine research. | 10.30 |
| 07/10/06 | Telephone Expense 205-521-8000/BIRMINGHAM, AL/2 | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1440882
60035  Grand Jury Investigation                   Page    2
August 31, 2006

| | | |
|---|---|---|
| 07/10/06 | Telephone Expense<br>727-518-9248/CLEARWATER, FL/16 | .80 |
| 07/10/06 | Telephone Expense<br>406-523-2500/MISSOULA, MT/8 | .40 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 84 COPIES | 12.60 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 2 COPIES | .30 |
| 07/10/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 4 COPIES | .60 |
| 07/10/06 | Westlaw --Legal research for motions in limine. | 43.52 |
| 07/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 07/11/06 | Courier Service - Outside Courier Service - UPS<br>- Shipped from Douglas Cameron Reed Smith LLP -<br>Pittsburgh to Richard C. Finke, Esq., W.R.<br>Grace Company (COLUMBIA MD 21044). | 12.36 |
| 07/11/06 | Courier Service - Outside Courier Service - UPS<br>- Shipped from Douglas Cameron Reed Smith LLP -<br>Pittsburgh to Richard C. Finke, Esq., W.R.<br>Grace Company (BOCA RATON FL 33487). | 17.72 |
| 07/11/06 | Westlaw-Legal research for motion in limine. | 11.62 |
| 07/12/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 449 COPIES | 67.35 |
| 07/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 7 COPIES | 1.05 |
| 07/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 1 COPIES | .15 |
| 07/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 10 COPIES | 1.50 |
| 07/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 10 COPIES | 1.50 |
| 07/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 16 COPIES | 2.40 |
| 07/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .45 |

172573  W. R. Grace & Co.                        Invoice Number  1440882
60035  Grand Jury Investigation                  Page    3
August 31, 2006

| | | |
|---|---|---:|
| 07/13/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 16 COPIES | 2.40 |
| 07/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 16 COPIES | 2.40 |
| 07/13/06 | Westlaw --caselaw retrieval for motions in<br>limine. | 5.15 |
| 07/14/06 | Documentation Charge - - Scientific articles<br>request. | 135.00 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 36 COPIES | 5.40 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 140 COPIES | 21.00 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 712 COPIES | 106.80 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 7 COPIES | 1.05 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 7 COPIES | 1.05 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 16 COPIES | 2.40 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 8 COPIES | 1.20 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 3625: 4 COPIES | .60 |
| 07/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 26 COPIES | 3.90 |
| 07/15/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 964 COPIES | 144.60 |
| 07/15/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 5 COPIES | .75 |
| 07/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3625: 5 COPIES | .75 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 5 COPIES | .75 |

172573 W. R. Grace & Co.                              Invoice Number  1440882
60035  Grand Jury Investigation                       Page    4
August 31, 2006

| | | |
|---|---|---:|
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 4 COPIES | .60 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 4 COPIES | .60 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 36 COPIES | 5.40 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 177 COPIES | 26.55 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 94 COPIES | 14.10 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 149 COPIES | 22.35 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .60 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3625: 30 COPIES | 4.50 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 13 COPIES | 1.95 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 4 COPIES | .60 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # : 4 COPIES | .60 |
| 07/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 60 COPIES | 9.00 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | 1.05 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | 1.05 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | 1.20 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 31 COPIES | 4.65 |
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 31 COPIES | 4.65 |

172573 W. R. Grace & Co.                          Invoice Number  1440882
60035  Grand Jury Investigation                   Page    5
August 31, 2006

| | | |
|---|---|---:|
| 07/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 32 COPIES | 4.80 |
| 07/19/06 | Telephone Expense<br>561-866-6803/BOCA RATON, FL/10 | .50 |
| 07/19/06 | Telephone Expense<br>407-660-1780/WINTERPARK, FL/2 | .10 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 102 COPIES | 15.30 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0710; 66 COPIES | 9.90 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 1 COPIES | .15 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 5 COPIES | .75 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 32 COPIES | 4.80 |
| 07/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 32 COPIES | 4.80 |
| 07/20/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 16 COPIES | 2.40 |
| 07/20/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 235 COPIES | 35.25 |
| 07/20/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 1226 COPIES | 183.90 |
| 07/20/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 310 COPIES | 46.50 |

172573 W. R. Grace & Co.                          Invoice Number  1440882
60035  Grand Jury Investigation                   Page    6
August 31, 2006

| | | |
|---|---|---:|
| 07/20/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 500 COPIES | 75.00 |
| 07/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0887; 344 COPIES | 51.60 |
| 07/20/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 7 COPIES | 1.05 |
| 07/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 07/21/06 | Telephone Expense<br>214-521-3605/DALLAS, TX/9 | .45 |
| 07/21/06 | Telephone Expense<br>407-660-1780/WINTERPARK, FL/2 | .10 |
| 07/21/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 39 COPIES | 5.85 |
| 07/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 07/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 07/21/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 20 COPIES | 3.00 |
| 07/21/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 9 COPIES | 1.35 |
| 07/22/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 7 COPIES | 1.05 |
| 07/24/06 | Telephone Expense<br>312-861-2460/CHICAGO, IL/3 | .15 |
| 07/24/06 | Telephone Expense<br>312-861-6359/CHICAGO, IL/3 | .10 |
| 07/24/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 1 COPIES | .15 |
| 07/24/06 | Westlaw --Legal research for motions in limine. | 108.84 |
| 07/25/06 | Outside Duplicating - - Reproduction of color<br>digital images for use as exhibits and trial<br>aids. | 659.84 |

172573 W. R. Grace & Co.                              Invoice Number  1440882
60035  Grand Jury Investigation                       Page    7
August 31, 2006

| | | |
|---|---|---:|
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 8 COPIES | 1.20 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 15 COPIES | 2.25 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 41 COPIES | 6.15 |
| 07/25/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/17 | .85 |
| 07/25/06 | Telephone Expense<br>301-387-4427/OAKLAND, MD/12 | .60 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 73 COPIES | 10.95 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 706 COPIES | 105.90 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 17 COPIES | 2.55 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 8 COPIES | 1.20 |
| 07/25/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 426 COPIES | 63.90 |
| 07/26/06 | Outside Duplicating - - Reproduction of<br>videotape materials for possible use at trial. | 118.89 |
| 07/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 30 COPIES | 4.50 |
| 07/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 56 COPIES | 8.40 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
August 31, 2006

Invoice Number  1440882
Page    8

| Date | Description | Amount |
|---|---|---|
| 07/26/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 651 COPIES | 97.65 |
| 07/26/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 308 COPIES | 46.20 |
| 07/26/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 17 COPIES | 2.55 |
| 07/26/06 | Duplicating/Printing/Scanning<br>ATTY # 3219; 36 COPIES | 5.40 |
| 07/26/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Paul Waters to Gail<br>Sitterson Reed Smith LLP (RICHMOND VA 23219). | 7.60 |
| 07/26/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Paul Waters Gail<br>Sitterson Reed Smith LLP (RICHMOND VA 23219). | 7.60 |
| 07/26/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Jane Solly  to Paul<br>Waters (LARGO FL 33770). | 42.83 |
| 07/26/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Paul Waters to Gail<br>Sitterson Reed Smith LLP (RICHMOND VA 23219). | -7.60 |
| 07/27/06 | Air Travel Expense - - VENDOR: ANTONY B.<br>KLAPPER TRAVEL TO NYC FOR MEETING WITH CLIENT<br>REGARDING STRATEGY (7/12/06). | 628.60 |
| 07/27/06 | Taxi Expense - - VENDOR: ANTONY B. KLAPPER<br>TRAVEL TO NYC FOR MEETING WITH CLIENT REGARDING<br>STRATEGY (7/12/06). | 72.90 |
| 07/27/06 | Transportation Expense - - VENDOR: ANTONY B.<br>KLAPPER TRAVEL TO NYC FOR MEETING WITH CLIENT<br>REGARDING STRATEGY 7/12/06 TRAVEL AGENT FEES | 30.00 |
| 07/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 6 COPIES | .90 |
| 07/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 07/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 22 COPIES | 3.30 |
| 07/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |

172573  W. R. Grace & Co.                          Invoice Number  1440882
60035   Grand Jury Investigation                   Page    9
August 31, 2006

| Date | Description | Amount |
|---|---|---|
| 07/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 69 COPIES | 10.35 |
| 07/27/06 | Telephone Expense<br>215-625-8900/PHILA, PA/7 | .35 |
| 07/27/06 | Telephone Expense<br>404-217-2894/ATLANTA, GA/9 | .45 |
| 07/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |
| 07/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4967; 10 COPIES | 1.50 |
| 07/27/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Paul Waters  to Meg<br>Rutkowski, Reed Smith LLP (RICHMOND VA 23219). | 13.48 |
| 07/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 4 COPIES | .60 |
| 07/28/06 | Telephone Expense<br>202-263-3273/WASHINGTON, DC/5 | .25 |
| 07/28/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/8 | .35 |
| 07/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 208 COPIES | 31.20 |
| 07/28/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 328 COPIES | 49.20 |
| 07/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 37 COPIES | 5.55 |
| 07/31/06 | Documentation Charge - - VENDOR: HARTLINE,<br>DACUS, BARGER, DREYER--<br>COPIES OF MATERIAL RELATING TO RICHARD LEMEN. | 115.50 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .60 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 24 COPIES | 3.60 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 24 COPIES | 3.60 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 38 COPIES | 5.70 |

172573 W. R. Grace & Co.                          Invoice Number  1440882
60035  Grand Jury Investigation                   Page  10
August 31, 2006

| | | |
|---|---|---|
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 83 COPIES | 12.45 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # : 1 COPIES | .15 |
| 07/31/06 | Duplicating/Printing/Scanning<br>ATTY # : 1 COPIES | .15 |
| 07/31/06 | Documentation Charge- - VENDOR: JESSE J. ASH<br>REIMBURSEMENT FOR RETRIEVAL OF ARTICLES FOR DR.<br>ROSE TRIAL EXAM. OUTLINE (7/27/06). | 316.00 |
| 07/31/06 | Postage Expense<br>Postage Expense: ATTY # 7015 User: TAYLOR, ANDRE | .39 |

```
                        CURRENT EXPENSES              3,814.53
                                                   ------------
                        TOTAL BALANCE DUE UPON RECEIPT  $3,814.53
                                                   =============
```