REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1440876
5400 Broken Sound Blvd., N.W.         Invoice Date      08/31/06
Boca Raton, FL 33487                 Client Number       172573

===============================================================================

Re: W. R. Grace & Co.

(60027)  Travel-Nonworking

         Fees                          8,392.50
         Expenses                          0.00

         TOTAL BALANCE DUE UPON RECEIPT      $8,392.50
                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

```
W. R. Grace                          Invoice Number      1440876
5400 Broken Sound Blvd., N.W.        Invoice Date      08/31/06
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60027
```

=======================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 07/12/06 | Klapper | Non-working portions of travel time to and from New York for meeting with co-defense counsel to discuss case strategy (4 hours at one-half time). | 2.00 |
| 07/21/06 | Klapper | Non-working portions of travel to D.C. from Missoula (6 hours at one-half time). | 3.00 |
| 07/24/06 | Restivo | Non-working portions of travel to and from Wilmington for omnibus hearing (2 hours billed at one-half the time). | 1.00 |
| 07/27/06 | Cameron | Non-working portions of travel to and from Chicago for strategy meeting for asbestos property damage claims (7 hours at one-half time). | 3.50 |
| 07/27/06 | Flatley | Non-working portions of travel time returning from Chicago to Pittsburgh (5 hours at one-half the actual time). | 2.50 |
| 07/27/06 | Restivo | Non-working portions of travel time to and from Chicago for meeting (7 hours at one-half time). | 3.50 |

```
                                              ------
                            TOTAL HOURS       15.50
```

172573 W. R. Grace & Co.                          Invoice Number  1440876
60027  Travel-Nonworking                          Page    2
August 31, 2006

| TIME SUMMARY | Hours | Rate | Value |
| --- | --- | --- | --- |
| James J. Restivo Jr. | 4.50 at | $  600.00 = | 2,700.00 |
| Lawrence E. Flatley | 2.50 at | $  535.00 = | 1,337.50 |
| Douglas E. Cameron | 3.50 at | $  530.00 = | 1,855.00 |
| Antony B. Klapper | 5.00 at | $  500.00 = | 2,500.00 |

CURRENT FEES                           8,392.50
                                     ------------
TOTAL BALANCE DUE UPON RECEIPT          $8,392.50
                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1440877
5400 Broken Sound Blvd., N.W.         Invoice Date      08/31/06
Boca Raton, FL 33487                  Client Number      172573

================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

        Fees                         583.00
        Expenses                       0.00

            TOTAL BALANCE DUE UPON RECEIPT        $583.00
                                                =============

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace                          Invoice Number      1440877
5400 Broken Sound Blvd., N.W.        Invoice Date       08/31/06
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028
```
================================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2006

```
   Date   Name                                              Hours
-------- -----------                                        -----

07/12/06 Cameron           Review materials regarding        1.10
                           Chatfield review and e-mail to
                           client regarding same.

                                                            ------
                                         TOTAL HOURS          1.10
```

```
TIME SUMMARY              Hours        Rate        Value
-----------------------  ----------------------   -------
Douglas E. Cameron        1.10  at  $  530.00  =   583.00
```

```
                  CURRENT FEES                       583.00
                                                 ------------
              TOTAL BALANCE DUE UPON RECEIPT        $583.00
                                                 ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1440878 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 08/31/06 |
| Boca Raton, FL 33487 | Client Number | 172573 |


=========================================================================

Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

| Fees | 2,949.00 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $2,949.00 |

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1440878
5400 Broken Sound Blvd., N.W.         Invoice Date      08/31/06
Boca Raton, FL 33487                  Client Number       172573
                                      Matter Number        60029

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 07/05/06 | Ament | Update records of fee applications and payments re: recent monthly applications. | .30 |
| 07/20/06 | Muha | Review/revisions of description in June 2006 fee detail, including gathering information on new timekeepers. | 2.70 |
| 07/21/06 | Lord | Assist A. Muha with coordination of information to be used in invoice for June fee application. | .30 |
| 07/24/06 | Lord | Research docket and draft CNO for Reed Smith May monthly fee application (.4); e-mails with A. Muha re: June fee application (.1). | .50 |
| 07/24/06 | Muha | Continue revisions to fee/expense detail for June monthly application, including multiple e-mails re: copying expense charges. | 1.10 |
| 07/25/06 | Lord | E-file and perfect service of Reed Smith CNO for May 2006 monthly fee application (.4); correspondence to Grace re: same (.1). | .50 |
| 07/26/06 | Ament | E-mail to A. Muha re: payments received and meet with A. Muha re: same (.10); e-mail to D. Cameron re: same (.10). | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1440878
60029  Fee Applications-Applicant           Page    2
August 31, 2006
```

| Date | Name | | Hours |
|------|------|------|------|
| 07/26/06 | Muha | Continue work on monthly fee application issues. | .60 |
| 07/27/06 | Ament | E-mails and meeting with A. Muha re: June monthly fee application and quarterly fee application (.10); begin spreadsheet in preparation for monthly fee application (.30). e-mails with M. Howard and C. Tedesco re: monthly fee application (.10). | .50 |
| 07/28/06 | Ament | E-mails with A. Muha re: June monthly fee application. | .10 |
| 07/28/06 | Cameron | Attend to Grace fee application issues. | 1.10 |
| 07/28/06 | Lord | E-mail with A. Muha re: June monthly fee application (.1); prepare service for same (.2). | .30 |
| 07/31/06 | Ament | Calculate fees and expenses for June monthly fee application and continue preparing spreadsheet re: same (1.0); e-mails with A. Muha re: changes to invoices (.10); format invoices into Word documents (.60); draft 60th monthly fee application and provide to A. Muha (.50); meet with A. Muha re: same (.10); respond to e-mail from J. Lord re: monthly fee application (.10); revisions to fee application per A. Muha request (.10); e-mail Word versions of 60th monthly fee application, fee and expense detail to J. Lord for DE filing (.20). | 2.70 |
| 07/31/06 | Lord | Revise and prepare June monthly fee application for e-filing and service. | .80 |
| 07/31/06 | Muha | Make final review and revisions to June 2006 monthly fee application. | .40 |

```
                                            ------
                              TOTAL HOURS    12.10
```

172573 W. R. Grace & Co.                        Invoice Number  1440878
60029  Fee Applications-Applicant               Page    3
August 31, 2006

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 1.10 | at $ | 530.00 | = | 583.00 |
| Andrew J. Muha | 4.80 | at $ | 295.00 | = | 1,416.00 |
| John B. Lord | 2.40 | at $ | 190.00 | = | 456.00 |
| Sharon A. Ament | 3.80 | at $ | 130.00 | = | 494.00 |

                      CURRENT FEES                    2,949.00
                                                 ------------
               TOTAL BALANCE DUE UPON RECEIPT        $2,949.00
                                                 ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | | Invoice Number | 1440879 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 08/31/06 |
| Boca Raton, FL   33486 | | Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.

(60030)  Hearings

| Fees | 7,200.00 |
|---|---|
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $7,200.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number     1440879
One Town Center Road                     Invoice Date       08/31/06
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60030

===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2006
     Date    Name                                           Hours
   -------- -----------                                     -----

07/24/06 Restivo        Working portions of travel to        12.00
                        Wilmington and reading in
                        preparation for Omnibus Hearing
                        (2.0); pre-hearing meeting with
                        clients (2.5); attend Omnibus
                        Hearing (6.5); post-hearing
                        meetings and working portions of
                        return travel to Pittsburgh (1.0).

                                                            ------
                                        TOTAL HOURS          12.00


TIME SUMMARY              Hours         Rate        Value
-----------------------  ------------------------   -------
James J. Restivo Jr.      12.00   at $  600.00   =   7,200.00

                     CURRENT FEES                     7,200.00
                                                    ------------
                     TOTAL BALANCE DUE UPON RECEIPT  $7,200.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                           Invoice Number      1440880
One Town Center Road                      Invoice Date      08/31/06
Boca Raton, FL    33486                    Client Number       172573

=============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
(Asbestos)

Fees                              68,029.00
Expenses                               0.00

TOTAL BALANCE DUE UPON RECEIPT        $68,029.00
=============

172573 W. R. Grace & Co.                 Invoice Number  1440880
60033  Claim Analysis Objection Resolution & Estimation Page   2
 (Asbestos)
August 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/10/06 | Flatley | asbestos P.D. claims (0.6). Preparation for meeting (1.2); meeting with R. Finke, M. Browdy, J. Restivo and D. Cameron (5.2). | 6.40 |
| 07/10/06 | Restivo | Prepare for (2.6) and attend (5.2) planning meeting with client and K&E. | 7.80 |
| 07/11/06 | Cameron | Attend to issues relating to property damage claims estimation. | 1.20 |
| 07/11/06 | Flatley | E-mails and calls to schedule meeting in Chicago (0.3); organizing and prepare "to do" list (0.4); review R. Finke e-mails and attached report (0.8); call with D. Cameron (0.2). | 1.70 |
| 07/12/06 | Cameron | Review materials for property damage claims (0.7); telephone call with R. Finke regarding status of claims (0.4); e-mails regarding same (0.4). | 1.50 |
| 07/12/06 | Flatley | E-mails and replies (0.2); call with J. Restivo and follow-up regarding status (0.6). | .80 |
| 07/12/06 | Restivo | Telephone call with R. Finke and meeting with L. Flatley. | 1.00 |
| 07/13/06 | Cameron | E-mails regarding expert witness reports for Methodology issue. | .40 |
| 07/13/06 | Flatley | Messages and calls regarding scheduling (0.5); reviewing and organizing materials provided by M. Browdy in preparation for Chicago meeting and preliminary outlines (4.1). | 4.60 |
| 07/13/06 | Restivo | Prepare for and telephone conference with M. Browdy. | 1.00 |
| 07/17/06 | Ament | Meet with J. Restivo re: PD claims. | .20 |
| 07/17/06 | Flatley | E-mails regarding Thursday meeting. | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1440880
60033  Claim Analysis Objection Resolution & Estimation Page   3
 (Asbestos)
August 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 07/17/06 | Restivo | Prepare for Chicago meeting and Omnibus Hearing. | 3.00 |
| 07/18/06 | DiChiera | Review and respond to email correspondence from L. Flatley regarding request for material from medical experts and search and locate transcripts and material requested in connection with same. | 1.10 |
| 07/18/06 | Flatley | E-mails (0.1); preparation for 7/20 meeting in Chicago, including reviewing/outlining various experts' reports (3.5). | 3.60 |
| 07/18/06 | Restivo | Continue preparing for Chicago meeting. | 1.00 |
| 07/19/06 | Flatley | Preparation for 7/20 meeting in Chicago. | 4.60 |
| 07/20/06 | Flatley | Preparation for Chicago meeting and rescheduling of it (5.0); meet with J. Restivo and conference call with M. Browdy about plans for 7/24 hearing in Wilmington (1.0). | 6.00 |
| 07/20/06 | Restivo | Aborted trip to Chicago, replaced by conference call and preparation for same. | 4.00 |
| 07/23/06 | Cameron | E-mails relating to estimation issues (0.3); e-mails regarding asbestos property damage claims and meetings regarding same (0.4). | .70 |
| 07/24/06 | Flatley | E-mails and replies regarding scheduling and status (0.3); call with J. Restivo regarding hearing (0.2); e-mails regarding Canada (0.1). | .60 |
| 07/25/06 | Cameron | E-mails regarding Grace Omnibus hearing (0.3); e-mails regarding strategy meeting at K&E (0.4); e-mails regarding consultant meetings (0.2). | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1440880
60033  Claim Analysis Objection Resolution & Estimation Page    4
 (Asbestos)
August 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 07/25/06 | Flatley | E-mails regarding 7/24 hearing and meet with J. Restivo to discuss hearing (0.9); follow-up on J. Restivo meeting (0.1); meet with C. Gatewood regarding assignment of medical issues (0.5); outline of agenda for 7/27 meeting and circulating it (0.2). | 1.70 |
| 07/25/06 | Gatewood | Meeting with L. Flatley concerning Phase I and Phase II proceedings and communicate with R. Aten concerning same. | .70 |
| 07/25/06 | Restivo | Post-hearing memos and telephone calls. | 2.00 |
| 07/26/06 | Cameron | Prepare for meeting in Chicago with K&E lawyers regarding property damage estimation (2.1); meet with J. Restivo regarding same (0.7); e-mails regarding same (0.8). | 3.60 |
| 07/26/06 | Flatley | Preparation for Chicago meeting. | 1.40 |
| 07/26/06 | Restivo | Meeting with D. Cameron (1.0); prepare for Chicago meeting (1.0). | 2.00 |
| 07/27/06 | Cameron | Prepare for defense counsel strategy meeting during travel to Chicago and discussions with J. Restivo and L. Flatley regarding same (1.4); attend defense counsel strategy meeting at K&E with K&E lawyers, R. Finke, J. Restivo and L. Flatley (5.2); post-meeting briefing with R. Finke, J. Restivo and L. Flatley (0.8); review notes of meeting and begin outline and action items list (0.9). | 8.30 |
| 07/27/06 | Flatley | Preparation for meeting and reviewing materials (3.0); meeting with R. Finke, et al. at K&E in Chicago and follow-up with R. Finke, J. Restivo and D. Cameron (7.0). | 10.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1440880
60033  Claim Analysis Objection Resolution & Estimation Page   5
 (Asbestos)
August 31, 2006
```

| Date | Name | | Hours |
|------|------|------|-------|
| 07/27/06 | Restivo | Prepare for (1.9) and attend (7.1) meeting in Chicago. | 9.00 |
| 07/28/06 | Aten | Began to review materials re Property Damage claim objections. | .30 |
| 07/28/06 | Cameron | Review materials from K&E (0.8); meet with J. Restivo (0.2); e-mails regarding issues from meeting in Chicago (0.4). | 1.40 |
| 07/28/06 | Flatley | Reviewing file notes and reorganizing after Chicago trip (0.9); reviewing e-mails and replying (0.2); collecting documents to review (0.2). | 1.30 |
| 07/28/06 | Restivo | Attend to post-Chicago meeting details. | .80 |
| 07/29/06 | Cameron | Review materials from K&E for property damage claims (0.9); review Phase II issues (1.4). | 2.30 |
| 07/30/06 | Cameron | Attention to things-to-do list for asbestos property damage claims (0.8) review Phase I materials (0.6). | 1.40 |
| 07/31/06 | Cameron | Prepare for meeting with J. Restivo and L. Flatley (0.9); participate in strategy meeting with J. Restivo and L. Flatley (1.3); review new summary materials received from K&E regarding property damage claims (1.4); e-mails regarding same (0.5); review materials to begin evidentiary issue outline (0.9). | 5.00 |
| 07/31/06 | Flatley | Meeting with J. Restivo and D. Cameron as follow-up on 7/27 Chicago meeting (1.9); e-mails and follow-up (0.1). | 2.00 |
| 07/31/06 | Restivo | Prepare for strategy planning meeting with L. Flatley and D. Cameron. | 2.90 |
| | | TOTAL HOURS | 124.60 |

172573  W. R. Grace & Co.                          Invoice Number   1440880
60033   Claim Analysis Objection Resolution & Estimation Page    6
(Asbestos)
August 31, 2006

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 34.50 at | $  600.00 = | 20,700.00 |
| Lawrence E. Flatley | 44.80 at | $  535.00 = | 23,968.00 |
| Douglas E. Cameron | 43.00 at | $  530.00 = | 22,790.00 |
| Carol J. Gatewood | 0.70 at | $  380.00 = | 266.00 |
| Rebecca E. Aten | 0.30 at | $  270.00 = | 81.00 |
| Maria E. DiChiera | 1.10 at | $  180.00 = | 198.00 |
| Sharon A. Ament | 0.20 at | $  130.00 = | 26.00 |

                        CURRENT FEES                        68,029.00
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $68,029.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | Invoice Number | 1440909 |
| One Town Center Road | Invoice Date | 08/31/06 |
| Boca Raton, FL   33486 | Client Number | 172573 |

==========================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

| Fees | 230,894.50 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $230,894.50 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1440909
One Town Center Road                      Invoice Date      08/31/06
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60035


========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 07/03/06 | Cameron | Review draft replies to motion in limine relating to soil sampling, non-ambient air testing and knowledge (1.90); emails re:  same (.50). | 2.40 |
| 07/04/06 | Cameron | Continued review and revisions to replies in support of motions in limine. | 2.60 |
| 07/05/06 | Cameron | Prepare and revise replies in support of motions in limine (1.90); research and document review relating to same (2.20); email re:  same (.40); review material relating to other replies to motion in limine (.80). | 5.30 |
| 07/05/06 | Flatley | E-mails and replies. | .20 |
| 07/06/06 | Cameron | Continued review of government briefs and draft replies (2.30); emails re:  same (.60); review and revise soil sampling brief (1.40); telephone call with R. Finke re: motions and expert issues (.40); email re:  experts (.20). | 4.90 |
| 07/06/06 | Flatley | E-mails and replies to R. Finke. | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page    2
August 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 07/06/06 | Howard | Conference with A. Denniston regarding update for all W.R. Grace documentation (.6);  begin document organization for several government experts (2.1); continue search and compilation of all W.R. Grace article and deposition for government experts (6.3). | 9.00 |
| 07/06/06 | Sanner | Conference M. Rutkowski re Lemen issues (.4); analyze issues and email correspondence with team re same (.6); telephone conference with M. Milodragovich re Montana issues (.2); work on cross outline (1.3) | 2.50 |
| 07/07/06 | Cameron | Multiple e-mails re motion in limine reply briefs (.80); review drafts of reply briefs (1.2); telephone call with Grace counsel re same (.60); revisions to reply briefs relating to product testing and soil sampling (1.90); review documents and research re same (1.10). | 5.60 |
| 07/07/06 | Flatley | E-mails and replies on various motions in limine. | .70 |
| 07/07/06 | Howard | Updated chart re: government experts and continue with document search for experts. | 8.80 |
| 07/07/06 | Rutkowski | Review Lemen resume (.3); review Lemen transcripts (2.4); draft information for cross (.5); e-mails and discussion with M. Sanner re: case information and local rules (.4). | 3.60 |
| 07/07/06 | Sanner | Review transcripts of Lemen (3.5); conference re same with M. Rutkowski (.3); review and analyze Lemen resume to assess what needs to be ordered (.4). | 4.20 |

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page    3
August 31, 2006

| Date | Name | | Hours |
|------|------|------|-------|

07/08/06 Cameron    Review and revise draft reply      4.70
                    briefs (2.40); e-mail re same
                    (.50); review other draft reply
                    briefs (1.80).

07/09/06 Cameron    Additional review and revisions to  2.30
                    draft replies relating to motion
                    in limine (1.0); e-mails and
                    telephone calls regarding same
                    (0.4); finalize briefs for filing
                    (0.9).

07/09/06 Klapper    Edit reply briefs providing         5.20
                    comments to other outside counsel
                    (4.2); respond to B. Harding's
                    question regarding PELs (1.0).

07/10/06 Ash        Meeting with A. Klapper re: Dr.     2.50
                    Rose cross outline (.6); review
                    Dr. Rose deposition transcripts in
                    preparation for cross outline
                    (1.9).

07/10/06 Atkinson   Library request for additional       .20
                    articles requested by expert.

07/10/06 Cameron    Multiple e-mails regarding reply    3.90
                    briefs (0.8); review drafts of
                    multiple briefs (1.2); revisions
                    to briefs relating to product
                    testing and soil sampling (0.8);
                    finalize same and transmit for
                    filing (0.7); prepare for meeting
                    with R. Finke and consultants
                    (0.4).

07/10/06 Howard     Conference with P. Waters, M.       7.70
                    Rutkoski, and M. Sanner via
                    Teleconference regarding the
                    specifics of expert Lemen (0.7);
                    updated and organized W.R. Grace
                    expert document worksheet per M.
                    Sanner request (4.0); conference
                    with E. Ransom regarding expert
                    search list (0.5); began
                    deposition search for expert
                    (2.0); conference with A.
                    Denniston regarding article
                    searches for government experts
                    (0.5).

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page    4
August 31, 2006

| Date | Name | | Hours |
|--------|----------|------------|-------|

| Date | Name | | Hours |
|--------|----------|------------|-------|
| 07/10/06 | Ransom | Conference with Mr. Klapper re: deposition collection. | .20 |
| 07/10/06 | Rutkowski | Review Lemen depositions (5.0); work on cross examination information (1.1); telephone conference with Grace team on project (.5); e-mail and telephone conference with P. Waters on transcription issue (.4). | 7.00 |
| 07/10/06 | Sanner | Research re Havner hearing (.5); telephone conference with M. Rutkowski and P. Waters re cross outline and issues (.4); conference with M. Rutkowski re outline issues (.2); conference with J. Taylor-Payne re investigation of Montana repository (.4); telephone conference with S. Brown (Garlington firm) re deposition transcripts for experts (.4); telephone conference with M. Milodragovich (MDS&B) re Montana repository (.4); review deposition transcript for cross examination outline (4.4). | 6.70 |
| 07/10/06 | Taylor-Payne | Office conference with Ms. Sanner to discuss preparations for cross examination of four expert witnesses (0.3); internet research to obtain information on Document Repository within the Montana Department of Labor and Industry (0.7); telephone calls to the Montana Department of Labor and Industry to inquire about obtaining index of records held at the Document Repository involving four expert witnesses (0.1); e-mails to and discussions with Ms. Sanner regarding same (0.1). | 1.20 |
| 07/10/06 | Waters | Conference calls with M. Rutkowski, et al, regarding Lemen review and cross-examination outline (0.8); review Lemen documents regarding | 3.40 |

cross-examination outline (2.6).

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
August 31, 2006

Invoice Number  1440909
Page   5

| Date | Name | | Hours |
|------|------|---|-------|

07/11/06 Atkinson    Review and forward journal            .30
                     articles to expert.

07/11/06 Cameron     Prepare for meeting with             5.20
                     consultant (0.9); attend meeting
                     with consultant and R. Finke
                     (2.6); review materials relating
                     to Motions in Limine (0.9);
                     e-mails regarding same (0.8).

07/11/06 Howard      Conference with M. Sanner            2.80
                     regarding updated W.R. Grace
                     worksheet for government expert
                     (0.7);  conference with A.
                     Salzberg regarding article search
                     and worksheet organization (1.0);
                     conference with J. England
                     (Bradley Arant) for D. Roth
                     regarding deposition transcripts
                     for additional expert (1.1).

07/11/06 Klapper     Prepare for meeting with             2.60
                     co-counsel by reviewing key trial
                     outline materials (1.5); draft
                     to-do list for discussion (.5);
                     review key Lemen materials for
                     purposes of determining which
                     materials to review for cross
                     project (.6).

07/11/06 Rutkowski   Review team e-mails on document       .30
                     retrieval.

07/11/06 Salzberg    Research expert witnesses Richard    1.50
                     A. Lemen, Vernon E. Rose, and
                     Terry M. Spear.

07/11/06 Sanner      Review, analyze and excerpt          7.40
                     deposition transcript of Lemen
                     (Zavacky) and transcript of MDL
                     Havner Hearing as part of cross
                     examination preparation topics
                     (5.4); finalize analysis of Lemen
                     cv and email discussion with team
                     re locating pertinent selections
                     for cross examination project
                     (.9); conference and email
                     correspondence with J.
                     Taylor-Payne re status of document

repository search (.4); email

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page    6
August 31, 2006


        Date    Name                                              Hours
        ------- -----------                                       -----
                            correspondence with Montana
                            lawyers re same and re case issues
                            (.4); review and revise source
                            chart (.3).

        07/11/06 Taylor-Payne    Telephone calls to and from Ms.        1.40
                            Robinson at the Montana Department
                            of Labor and Industry regarding
                            document repository related to
                            W.R. Grace (0.6); downloaded index
                            of documents off website (0.2);
                            e-mails to and from Ms. Sanner
                            regarding index of documents (0.6).

        07/12/06 Ash         Review Dr. Rose deposition            3.50
                            transcripts in preparation for
                            cross outline.

        07/12/06 Cameron     Review testing data materials from     .70
                            consultants.

        07/12/06 Howard      Began compilation of various          4.50
                            motions from A. Klapper and
                            created binder for documents.

        07/12/06 Howard      Compiled new documents for expert     5.20
                            (0.7); created file for J. Ash
                            (2.0); updated W.R. Grace expert
                            document worksheet (2.5).

        07/12/06 Klapper     Participate in team meeting           6.30
                            regarding case strategy (3.5);
                            review additional key documents
                            identified during jury research
                            exercises (2.8).

        07/12/06 Rutkowski   Emails on chart for Lemen project     4.60
                            (.1); review Lemen list of
                            testimony and send edits to team
                            (.2); review Lemen deposition and
                            dictate information (3.8); meeting
                            with G. Sitterson and M. Sanner
                            re: dictation for project and
                            email to P. Waters on same (.5).

        07/12/06 Salzberg    Continue research expert witnesses   1.70
                            Richard A. Lemen, Vernon E. Rose,
                            and Terry M. Spear for M. Sanner.

172573 W. R. Grace & Co.                        Invoice Number  1440909
60035  Grand Jury Investigation                 Page    7
August 31, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 07/12/06 | Sanner | Conference with M. Rutkowski re expert cross examination issues (.4); review and revise draft master documents list and correspondence with M. Howard re same (.4); review Lemen transcripts and prepare segment of cross outline re same (4.1). | 4.90 |
| 07/13/06 | Aten | Conference with L. Flatley | .30 |
| 07/13/06 | Bernasconi | Read and analyze Government's reply brief in support of its motion in limine to exclude the expert testimony of B. Biles (2.3); begin drafting chart and summarizing arguments and responses to Government arguments (2.3). | 4.60 |
| 07/13/06 | Cameron | E-mails regarding consultant work (0.4); e-mails regarding Motions in limine (0.8). | 1.20 |
| 07/13/06 | Flatley | Review motion and B. Jacobson e-mail and follow-up (0.4); e-mails from/to R. Finke (0.1). | .50 |
| 07/13/06 | Howard | Conference with A. Salberg, M. Sanner, A. Denniston, and M. Rutkowski regarding multiple government experts documents (1.0); continued research and collection of same (4.0). | 5.00 |
| 07/13/06 | Klapper | Review Government reply briefs (3.2); communicate with B. Harding and B. Jacobson regarding MILs on knowledge and Rodricks (.5); discuss with A. Bernasconi project of drafting responses to rebuttal regarding Biles brief (.3). | 4.00 |
| 07/13/06 | Rutkowski | Review Lemen Articles and dictate bullets for outline (.5); discussion with M. Sanner on case issues (.4) | .90 |

```
172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page    8
August 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/13/06 | Salzberg | Research expert witnesses Richard A. Lemen, Vernon E. Rose, and Terry M. Spear for M. Sanner. | 2.30 |
| 07/13/06 | Sanner | Conference with G. Sitterson and M. Rutkowski re outline issues (.4); email correspondence with A. Salzberg re location of Lemen works (.1); email correspondence with S. Terry re obtaining additional Lemen depositions (.2); email correspondence with M. Howard re location and distribution of Lemens materials (.3); conference and emails with DRI representatives re expert database issues on Lemen, Frank, Rose and Spear (1.3); review deposition transcripts and begin Daubert hearing transcripts for cross examination outline (6.1). | 8.40 |
| 07/14/06 | Ash | Draft Dr. Rose cross outline memo in preparation for cross outline at trial (2.5); meeting with A. Klapper re: Dr. Rose cross trial outline (.5) | 3.00 |
| 07/14/06 | Atkinson | Review Dr. Ilgren e-mail and request article from Library. | .20 |
| 07/14/06 | Bernasconi | Analyze government reply in support of motion to exclude Biles testimony, and complete draft of research and responses/points of distinction to arguments presented in government's reply brief. | 3.90 |
| 07/14/06 | Denniston | For Ash/Klapper/Ransom - deposition & article research. | 2.00 |
| 07/14/06 | Howard | Conference with M. Sanner and A. Salzberg regarding updates on document collection for multiple government experts (0.8); updated W.R. Grace expert document worksheet (1.2); continued document research and collection for same (3.0). | 5.00 |

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page     9
August 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 07/14/06 | Klapper | Meet with J. Ash regarding cross examination project questions (.3); add to cross examination template (.5); review prosecution presentation in jury research exercise (1.7); review key exhibits in defense presentation (.2); continue work on cross examination prep outline of Rodricks (1.8) | 4.50 |
| 07/14/06 | Rutkowski | Review Lemen articles and transcribe. | 3.20 |
| 07/14/06 | Salzberg | Continue research expert witnesses Richard A. Lemen, Vernon E. Rose, and Terry M. Spear for M. Sanner. | 1.90 |
| 07/14/06 | Sanner | Continue Lemen cross preparation (5.9); email discussion with A. Salzberg re new articles (.2); email with M. Howard re depositions (.3); email with S. Terry re additional Daubert hearing depositions (.4). | 6.80 |
| 07/15/06 | Ash | Review Dr. Rose deposition transcripts in preparation for cross trial outline | 2.50 |
| 07/15/06 | Bernasconi | Analyze cases in preparation for hearing on motions in limine (2.8); begin to draft document summarizing facts and holdings for case law cited in briefing on motion in limine regarding the testimony of B. Biles (4.0). | 6.80 |
| 07/15/06 | Howard | Continued compilation of various motions from A. Klapper for documents. | 5.50 |
| 07/15/06 | Klapper | Prepare Kirkland counsel for oral argument on several motions. | 4.70 |
| 07/16/06 | Aten | Reviewed docket. | .10 |

172573  W. R. Grace & Co.                    Invoice Number  1440909
60035   Grand Jury Investigation            Page   10
August 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 07/16/06 | Bernasconi | Draft summary and analysis for case law cited in briefing on the Government's Motion in Limine #3 (to exclude testimony of B. Biles), in preparation for hearing. | 8.30 |
| 07/16/06 | Howard | Continued compilation of various motions from A. Klapper and binder creation (0.7); compiled index for same (1.0); continued updating W.R. Grace expert document worksheet (4.0). | 5.70 |
| 07/16/06 | Klapper | Continue preparing Kirkland counsel for oral argument on several motions. | 4.20 |
| 07/17/06 | Aten | Call with L. Flatley re docket and whether government has filed motion in limine (.2); reviewed docket and orders for timing of reply to government response to pleural plaque motion in limine (.5). | .70 |
| 07/17/06 | Bernasconi | Draft and revise summary of cases referenced in briefing on the government's Motion in Limine #3, in preparation for hearing. | 2.60 |
| 07/17/06 | Cameron | E-mails regarding argument on motion in limine and meetings with consultants. | .50 |
| 07/17/06 | Denniston | For Ash/Ransom/Klapper - deposition & article research. | 3.00 |
| 07/17/06 | Flatley | E-mails regarding government MIL's (0.1); call with R. Aten regarding reply brief issues (0.1). | .20 |
| 07/17/06 | Howard | Continue and completed motions binders (including defendant motions and government motions) for T. Klapper (2.00); conference with M. Sanner, M. Rutkowski, and A. Salzberg regarding expert documents (.50); began creation of Volume XI of expert Lemen documents and distributed to M. | 10.50 |

Sanner (2.70); compiled new expert

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page  11
August 31, 2006

```
        Date    Name                                              Hours
        ------- -----------                                       -----
                            documents from A. Salzberg (5.30).

        07/17/06 Klapper     Continue working with Kirkland         5.20
                             counsel to assist with oral
                             argument on several motions.

        07/17/06 Ransom      Perform analysis of Dr. Spear's        2.10
                             testimony.

        07/17/06 Rutkowski   Review dictation, make corrections     3.50
                             (3.2); telephone conference with
                             M. Howard and M. Sanner on
                             document collection (.3).

        07/17/06 Sanner      Continue review and analysis of        4.50
                             depositions as part of cross
                             outline preparation.

        07/17/06 Waters      Review Lemen testimony and draft       3.40
                             cross-examination outline.

        07/18/06 Cameron     E-mails regarding motion in limine      .90
                             arguments and consultant meetings.

        07/18/06 Klapper     Outline anticipatory rebuttal         15.10
                             points for use during oral
                             argument on various motions (5.2);
                             conference with Kirkland counsel
                             regarding motions (2.7); design
                             various graphics for use during
                             oral argument (3.2); attend
                             strategy session with other
                             outside counsel (4.0).

        07/18/06 Rutkowski   Emails with team on case issues.        .30

        07/18/06 Sanner      Review Lemen depositions for cross     3.30
                             outline background.

        07/18/06 Waters      Review Lemen documents and draft       8.00
                             cross-examination outline.

        07/19/06 Atkinson    Review files re:  request from          .90
                             Kirkland & Ellis re:  testimony,
                             and prepare pdf to e-mail to A.
                             Muha (0.6);  prepare e-mail to R.
                             Finke, D. Cameron, attaching
                             articles requested by Consultant
                             (0.3).
```

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page  12
August 31, 2006


        Date    Name                                              Hours
        ------- -----------                                       -----

    07/19/06 Cameron          Multiple e-mails regarding motions       .70
                              in limine argument preparation and
                              consultant work.

    07/19/06 Flatley          R. Finke calls (0.3); follow-up on      1.10
                              R. Finke calls to locate
                              transcripts and outlines (0.8).

    07/19/06 Howard           Conference with M. Rutkowski, M.        3.50
                              Sanner, and P. Waters regarding
                              compiled articles for expert
                              (.20); Continue compilation and
                              Volume XI creation of same (3.30).

    07/19/06 Howard           Compile new articles for expert V.     1.80
                              Rose (0.8); began document
                              distribution of same (1.0).

    07/19/06 Howard           Conference with P. Waters              2.30
                              regarding research on government
                              report on contamination study
                              (.10); compile and distribute same
                              (2.20).

    07/19/06 Klapper          Attend court hearings, assisting      15.70
                              with strategy and responding to
                              questions (7.5); prepare direct
                              examination outline of Rich Lee
                              for anticipated Daubert hearing
                              (8.2).

    07/19/06 Muha             Review files and prepare materials     2.50
                              re: expert witness examination of
                              Millette and Lee, per request of
                              client and lead defense counsel.

    07/19/06 Restivo          Research materials re:  Lee and        2.50
                              Millette.

    07/19/06 Rutkowski        Review list of depositions and        1.80
                              email information to M. Howard
                              (.2); review deposition for
                              cross-examination (1.2); emails to
                              multiple local counsel regarding
                              Lemen deposition and responses
                              (.4).

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                       Page   13
August 31, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 07/19/06 | Sanner | Work on cross outline by review and analysis of transcripts (2.5); e-mail conferences with Philadelphia office re: transcript issues (0.4);  explore additional sources of Lemen depositions (0.9);  continue review of transcripts (1.9). | 5.70 |
| 07/20/06 | Ash | Review Dr. Rose deposition transcripts and studies in preparation for trial cross examination outline. | 4.50 |
| 07/20/06 | Aten | Conference with L. Flatley re government's reply motion to motion in limine re pleural plaque (.8); pulled materials cited in government's reply (.6); and read government's reply to pleural plaque motion in limine and prepared e-mail summarizing the reply to C. Gatewood and L. Flatley (.7). | 2.10 |
| 07/20/06 | Atkinson | Return materials to Repository. | .20 |
| 07/20/06 | Flatley | Review government reply to Grace pleural plaques MIL (3.2); meet with R. Aten regarding pleural plaques MIL briefing (1.0). | 4.20 |
| 07/20/06 | Gatewood | Communicate with L. Flatley and R. Aten concerning Government's response to pleural plaque Daubert motion (0.8) and begin to examine/analyze Government's response and prepare bullet-point reply outline (0.2). | 1.00 |
| 07/20/06 | Howard | Create expert R. Lemen Volume IX binders (6.7); Distribute same to M. Rutkowski (.3). | 7.00 |
| 07/20/06 | Howard | Update W.R. Grace chart with R. Lemen depositions and court appearances from M. Rutkowski. | 2.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1440909
60035  Grand Jury Investigation             Page  14
August 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/20/06 | Klapper | Finish direct examination outline of Rich Lee, selecting and organizing exhibits (3.3); prepare cross examination outline of Meeker (3.3); prepare cross examination outline of Millette (3.2); attend hearings with judge (4.5); participate in jury research meeting (2.0). | 16.30 |
| 07/20/06 | Rutkowski | Review materials and dictate for cross-examination. | 1.20 |
| 07/21/06 | Ash | Review Dr. Rose deposition transcripts and studies in preparation for trial cross examination outline. | 6.20 |
| 07/21/06 | Aten | Reviewed government responses to motion in limines. | 1.00 |
| 07/21/06 | Cameron | E-mails regarding court rulings on motions in limine. | .90 |
| 07/21/06 | Flatley | E-mails and replies about events of Missoula hearing with R. Finke and R. Senftleben (0.4); review various briefs on MIL's by the Government and e-mails about them (2.4). | 2.80 |
| 07/21/06 | Howard | Compile various documents for multiple government experts. | 6.70 |
| 07/21/06 | Howard | Research counsel contact information on Pacer for expert (2.8); Conference with M. Rutkowski regarding same (.2). | 3.00 |
| 07/21/06 | Rutkowski | Emails with multiple counsel re: Lemen deposition (.7); discussion with M. Howard and M. Sanner re: deposition of Lemen(.3); review dictation(1.0); review materials for cross examination (3.5). | 5.50 |
| 07/21/06 | Sanner | Review Lemen articles and transcripts for cross-examination project (6.9); email correspondence with Jackson Kelly | 8.00 |

re additional transcripts (.4);

```
172573 W. R. Grace & Co.                    Invoice Number  1440909
60035  Grand Jury Investigation             Page  15
August 31, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|

<table>
<tr><td></td><td></td><td>conference and email discussions with M. Rutkowski and P. Waters re same (.7).</td><td></td></tr>
<tr><td>07/21/06</td><td>Waters</td><td>Review Lemen documents and draft cross-examination outline.</td><td>3.00</td></tr>
<tr><td>07/22/06</td><td>Howard</td><td>Continue update of W.R. Grace chart with new depositions for expert for M. Rutkowski.</td><td>5.50</td></tr>
<tr><td>07/23/06</td><td>Cameron</td><td>E-mails regarding witness meetings.</td><td>.60</td></tr>
<tr><td>07/24/06</td><td>Ash</td><td>Review Dr. Rose deposition transcripts and studies in preparation for trial cross examination outline (8.5); Conference call with trial team re: expert outlines for Montana trial (.7).</td><td>9.20</td></tr>
<tr><td>07/24/06</td><td>Cameron</td><td>E-mails regarding hearings on Motions in Limine (0.4); e-mails regarding consultant meetings (0.4).</td><td>.80</td></tr>
<tr><td>07/24/06</td><td>Gatewood</td><td>Examine/analyze opposition briefs filed by the Government in connection with Daubert Motions (0.8); communicate with R. Aten concerning same (0.2); review recommended reply approaches provided by L. Flatley (0.5).</td><td>1.50</td></tr>
<tr><td>07/24/06</td><td>Howard</td><td>Conference with M. Rutkowski regarding updated W.R. Grace worksheet (.50); Review and update W.R. Grace Calendar (6.3).</td><td>6.80</td></tr>
<tr><td>07/24/06</td><td>Howard</td><td>Continue compilation of expert documentation from M. Rutkowski.</td><td>1.00</td></tr>
<tr><td>07/24/06</td><td>Rutkowski</td><td>Review cross-examination materials (4.8); emails and telephone conference with P. Sanner, P. Waters and M. Howard re: documents (.6).</td><td>5.40</td></tr>
</table>

172573 W. R. Grace & Co.                        Invoice Number  1440909
60035  Grand Jury Investigation                 Page  16
August 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 07/24/06 | Waters | Review volumes II and III of Lemen documents and draft cross-examination topic outline. | 6.50 |
| 07/25/06 | Ash | Review Dr. Rose deposition transcripts and studies in preparation for trial cross examination outline. | 7.50 |
| 07/25/06 | Aten | Read and analyze memo re treating physician exception and related case law. | 1.40 |
| 07/25/06 | Cameron | Review materials relating to consultant meetings. | .60 |
| 07/25/06 | Flatley | E-mails and call with R. Senftleben regarding results of argument. | .40 |
| 07/25/06 | Howard | Updated W. R. Grace master worksheet for J. Ash (1.2); conference with W. R. Grace team regarding updates (.50); continued compilation of new volume and distributed old volumes to J. Taylor-Payne for expert for M. Rutkowski, M. Sanner, and P. Waters (8.00). | 9.70 |
| 07/25/06 | Klapper | Have status conference with team regarding cross examination projects. | .70 |
| 07/25/06 | Rutkowski | Dictate information for cross-examination of Lemen (2.5); review depositions for Lemen (4.1); telephone conference with A. Klapper and team re: cross-examination project (.8); meet with J. Taylor-Payne re: work on project (.2); emails and responses to multiple locals re: Lemen deposition (.3). | 7.90 |
| 07/25/06 | Sanner | Telephone conference with A. Klapper, M. Rutkowski, P. Waters re cross-examination project. | .70 |

172573  W. R. Grace & Co.                          Invoice Number   1440909
60035   Grand Jury Investigation                   Page   17
August 31, 2006

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 07/25/06 | Taylor-Payne | Office conference with Ms. Rutkowski to discuss preparation for cross examination of expert witnesses Messrs. Lemen and Frank (0.3); began reviewing e-mails regarding preparation for cross examination of expert witnesses (0.5). | .80 |
| 07/25/06 | Waters | Conference call with T. Klapper, M. Rutkowski, et al., regarding status of cross-examination outlines (0.8); draft Lemen cross-examination outline (5.7). | 6.50 |
| 07/26/06 | Ash | Review Dr. Rose deposition transcripts and studies in preparation for trial cross examination outline. | 6.50 |
| 07/26/06 | Cameron | Prepare for (0.7) and participate in conference call with K&E, Holme Roberts, Grace in-house counsel and consultants regarding trial preparation issues (4.4). | 5.10 |
| 07/26/06 | Gatewood | Examine/analyze opposition papers filed by the government (1.0); initial outline of proposed reply; communicate with R. Aten concerning same (1.0). | 2.00 |
| 07/26/06 | Howard | Continued compilation and distribution of all expert documentation to J. Taylor-Payne and M. Rutkowski (3.75); updated W.R. Grace worksheet for M. Rutkowski with expert information (6.50). | 10.25 |
| 07/26/06 | Rutkowski | Dictate info. for cross-examination (.6); review depositions for Lemen (4.5); meet with J. Taylor-Payne re: paralegal work for Lemen and Frank (.4); emails and telephone conference with M. Howard re: information (.2); telephone conference and emails with P. Waters re case information (.3). | 6.00 |

172573  W. R. Grace & Co.                            Invoice Number  1440909
60035  Grand Jury Investigation                      Page  18
August 31, 2006

| Date | Name | | Hours |
|------|------|-----|-------|

07/26/06 Taylor-Payne    Reviewed e-mails from Ms. Howard    3.50
                         regarding status of obtaining
                         materials needed in preparation of
                         cross examination of Messrs. Lemen
                         and Frank (2.7); e-mails to and
                         from Ms. Salzberg and Rutkowski
                         regarding same (0.2); Internet
                         research to obtain information for
                         defense counsel (0.3); downloaded
                         attorney information for various
                         cases off Pacer website (0.3).

07/26/06 Waters          Review Volume X of Lemen documents    7.00
                         and draft cross-examination
                         outline.

07/27/06 Aten            Read and analyze government's    3.70
                         response to pleural plaque motion
                         in limine and related case law
                         (1.8); conference with C. Gatewood
                         re reply motion (1.9).

07/27/06 Cameron         Review draft motion to supplement    2.40
                         evidence (0.9); telephone call
                         with R. Finke regarding same
                         (0.4); e-mails regarding same
                         (0.2); review order dismissing
                         endangerment counts (0.6); review
                         materials and e-mails regarding
                         consultant meeting (0.3).

07/27/06 Gatewood        Examine/analyze opposition motions    8.50
                         filed on behalf of Government
                         concerning experts Lockey and
                         Whitehouse as well as opposition
                         concerning pleural plaque opinions
                         (2.0); research/analyze cases
                         cited by Government (3.0); outline
                         responsive points (1.0);
                         communicate with R. Aten
                         concerning same (.50); draft
                         skeletal outline in conjunction
                         with R. Aten and provide same
                         (1.0); initial drafting of
                         opposition paper (1.0).

07/27/06 Howard          Researched and compiled expert V.    7.50
                         Rose documentation from defense
                         counsel for J. Ash (2.00);
                         conference with the American

Industrial Hygiene Association

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page  19
August 31, 2006


    Date    Name                                              Hours
    -------- -----------                                       -----

                        regarding articles for expert V.
                        Rose (4.30); compiled articles for
                        same (1.20).

    07/27/06 Rutkowski  Review Lemen depositions for              6.20
                        information (4.9); discuss charts
                        and case information with J.
                        Taylor-Payne (.6); emails and
                        telephone conference with P.
                        Waters re case information (.7).

    07/27/06 Taylor-Payne  Internet research in attempt to        3.40
                        obtain information regarding
                        Richard Lemen (1.2); organization
                        of materials regarding expert
                        witnesses Richard Lemen and Arthur
                        Frank (1.8); telephone calls in
                        attempt to location information on
                        expert witness, Richard Lemen
                        (0.4).

    07/27/06 Waters     Review Lemen documents Volume X           6.00
                        and draft cross-examination
                        outline (5.3); multiple
                        conferences with M. Rutkowski
                        regarding same (0.7).

    07/28/06 Ash        Review Dr. Rose deposition                6.50
                        transcripts in preparation for
                        expert cross outline.

    07/28/06 Aten       Read and analyze case law (1.9);          1.20
                        conference with C. Gatewood re
                        reply (pleural plaque motion in
                        limine) (0.3).

    07/28/06 Cameron    E-mails regarding air sample data         3.40
                        (0.4); review draft motion to
                        supplement evidence (0.8);
                        telephone call with T. Klapper
                        regarding cross-examination issues
                        (0.3); review materials for
                        cross-examinations (1.9).

    07/28/06 Flatley    Review outline of reply brief            1.80
                        (1.0); meet with C. Gatewood
                        regarding outline and plans for
                        reply brief (0.7); meet with D.
                        Cameron (0.1).

172573 W. R. Grace & Co.                    Invoice Number  1440909
60035  Grand Jury Investigation             Page  20
August 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 07/28/06 | Gatewood | Prepare for and meet with L. Flatley concerning reply brief to the Government's opposition (Daubert/pleural plaque testimony) (0.9); review proposed draft outline (1.2); examine/analyze cases cited by Government (2.0); examine/analyze alleged supporting evidence for proposed testimony (0.3); drafting reply (1.3); communicate with R. Aten concerning same (0.3). | 6.00 |
| 07/28/06 | Howard | Conference with J. Ash regarding expert V. Rose document compilation and review (.50); compiled new expert V. Rose documentation and began new binder volume for distribution (5.50); conference with A. Denniston regarding update on expert V. Rose, T. Spear, and A. Frank document compilation (.70); continued research for additional expert V. Rose and T. Spear articles for compilation and distribution (2.80). | 9.50 |
| 07/28/06 | Rutkowski | Review Lemen materials (5.3); emails re: possible new deposition (.4); meeting with J. Taylor-Payne on case (.5); emails with P. Waters and M. Sanner re: case (.3). | 6.50 |
| 07/28/06 | Taylor-Payne | Telephone calls to attorneys and courts in effort to locate additional materials related to expert witness, Richard Lemen (1.8); internet research to obtain information on expert witness, Richard Lemen (2.5). | 4.30 |
| 07/28/06 | Waters | Review Lemen documents volumes X and XIII and draft cross-examination outline. | 6.00 |
| 07/29/06 | Cameron | Review materials from consultants. | .80 |
| 07/30/06 | Cameron | Review air sample testing data and expert reports regarding same. | 1.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1440909
60035  Grand Jury Investigation             Page   21
August 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|-------|
| 07/30/06 | Gatewood | Drafting/revising reply brief to Government's opposition concerning pleural plaque opinions (7.1); review/analyze expert reports (Government and Defendants) concerning various issues (1.1); examine/review ATS standards and comparison of changes in same during specified periods (0.8). | 9.00 |
| 07/30/06 | Sanner | Review Lemen articles and transcripts for cross-examination project. | 6.50 |
| 07/31/06 | Aten | Conference with C. Gatewood and revise reply to government's opposition (1.6); conference with L. Flatley and C. Gatewood re reply and suggested revisions (1.7); and revise reply to government's opposition (2.9). | 6.20 |
| 07/31/06 | Atkinson | Review database re:  journal articles requested by expert (.80); prepare Library Request for journal articles requested by expert (.20). | 1.00 |
| 07/31/06 | Cameron | Prepare and revise outline for consultant meeting (0.9); telephone call with R. Finke regarding same (0.2); e-mails regarding same (0.3); e-mails regarding expert witness meetings (0.2); review cross-examination materials (0.8); review materials relating to MSHA (0.8). | 3.20 |
| 07/31/06 | Flatley | Review brief (1.2); meet with R. Aten and C. Gatewood regarding changes in the brief (1.5). | 2.70 |
| 07/31/06 | Gatewood | Final edits to proposed reply brief and transmission of same to L. Flatley (5.0); communicate (multiple) with R. Aten concerning same (0.5); meet/confer with L. Flatley concerning proposed revisions (0.3); incorporate same and further analyze certain | 6.00 |

portions of CAA in context of

172573 W. R. Grace & Co.                          Invoice Number  1440909
60035  Grand Jury Investigation                   Page   22
August 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|

|      |      | cases relied upon by Government (0.2). | |
| 07/31/06 | Howard | Conference with A. Denniston regarding the update for experts V. Rose and T. Spears (.80); began compilation and reproduction of all expert V. Rose documentation for folder organization for J. Ash (4.70); continued research for various articles for expert V. Rose and T. Spears for E. Ransom and J. Ash (3.50). | 9.00 |
| 07/31/06 | Klapper | Review EPA documents for useful quotes (1.2); discuss EPA knowledge issues with consultants (.5). | 1.70 |
| 07/31/06 | Rutkowski | Review depositions of Lemen (6.5); discuss case with M. Sanner and emails with M. Sanner and P. Waters re: search information (.5); discussion with J. Taylor-Payne re: documents (.3); review and edit dictation of Lemen depositions (1.0). | 8.30 |
| 07/31/06 | Sanner | Continue work on cross-examination project involving R. Lemen, including review of transcripts and articles on prior asbestos work. | 3.90 |
| 07/31/06 | Taylor-Payne | Continued compilation of transcripts and articles for expert witness, Mr. Lemen (3.6); prepared memorandum summarizing status of research on expert witness Mr. Lemen (1.3). | 4.90 |
| 07/31/06 | Waters | Review Lemen documents and draft cross-examination outline. | 5.50 |

                                        TOTAL HOURS   688.75

172573  W. R. Grace & Co.
60035   Grand Jury Investigation
August 31, 2006

Invoice Number   1440909
Page   23

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 2.50 | at $ | 600.00 | = | 1,500.00 |
| Lawrence E. Flatley | 14.90 | at $ | 535.00 | = | 7,971.50 |
| Douglas E. Cameron | 60.10 | at $ | 530.00 | = | 31,853.00 |
| Antony B. Klapper | 86.20 | at $ | 500.00 | = | 43,100.00 |
| Paul Waters | 55.30 | at $ | 400.00 | = | 22,120.00 |
| Margaret L. Sanner | 73.50 | at $ | 415.00 | = | 30,502.50 |
| Carol J. Gatewood | 34.00 | at $ | 380.00 | = | 12,920.00 |
| Andrew J. Muha | 2.50 | at $ | 295.00 | = | 737.50 |
| Jesse J. Ash | 51.90 | at $ | 330.00 | = | 17,127.00 |
| Margaret Rutkowski | 72.20 | at $ | 315.00 | = | 22,743.00 |
| Andrew C. Bernasconi | 26.20 | at $ | 295.00 | = | 7,729.00 |
| Rebecca E. Aten | 16.70 | at $ | 270.00 | = | 4,509.00 |
| Elizabeth A. Ransom | 2.30 | at $ | 260.00 | = | 598.00 |
| Maureen L. Atkinson | 2.80 | at $ | 180.00 | = | 504.00 |
| Mariel T. Howard | 155.75 | at $ | 140.00 | = | 21,805.00 |
| Jennifer L. Taylor-Payne | 19.50 | at $ | 170.00 | = | 3,315.00 |
| Anne L. Salzberg | 7.40 | at $ | 150.00 | = | 1,110.00 |
| Amy E. Denniston | 5.00 | at $ | 150.00 | = | 750.00 |

CURRENT FEES                                230,894.50


                                            ------------
TOTAL BALANCE DUE UPON RECEIPT              $230,894.50
                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1440885
One Town Center Road                     Invoice Date      08/31/06
Boca Raton, FL    33486                  Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60036)  New Jersey Plant Investigation

        Fees                              159.00
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $159.00
                                                      =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

W.R Grace & Co.                     Invoice Number      1440885
One Town Center Road                Invoice Date      08/31/06
Boca Raton, FL   33486              Client Number       172573
                                     Matter Number

60036

==============================================================================

Re: (60036)  New Jersey Plant Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2006

| Date | Name | | Hours |
|------|------|---|------|
| 07/13/06 | Cameron | Review materials from R. Finke. | .30 |
| | | TOTAL HOURS | .30 |

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.30 | at | $ 530.00 | = | 159.00 |
| | | | CURRENT FEES | | 159.00 |
| | | TOTAL BALANCE DUE UPON RECEIPT | | | $159.00 |