IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John C. Phillips, Jr., a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves for the admission *pro hac vice* of Debra L. Felder, Esquire, of Orrick, Herrington & Sutcliffe LLP, Washington Harbour, 3050 K Street, N.W., Washington, D.C. 20007, to represent David T. Austern, the Future Claimants' Representative, in the above-referenced action. The Admittee is an attorney at law duly admitted to practice in the District of Columbia and the State of Maryland. The Admittee is also duly admitted to practice before the United States Supreme Court and the United States District Courts for the District of Columbia and Maryland.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)

The Admittee certifies that she is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdictions shown above, and that she voluntarily submits herself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in United States District Court Local Rule 83.6(e).

The Admittee is not currently, nor has she ever been, subject to any disciplinary action.

ORRICK, HERRINGTON & SUTCLIFFE, LLP

*Debra L. Felder*
DEBRA L. FELDER, ESQUIRE
Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
(202) 339-8500 (fax)

DATED: August 31, 2006

MOTION GRANTED.

Dated: _____          _____
                                  THE HONORABLE JUDITH K. FITZGERALD
                                  U.S. BANKRUPTCY COURT JUDGE