## CERTIFICATE OF SERVICE

       I, ROSE M. MEADE, do hereby certify that I am over the age of 18, and that on this 1st day of September, 2006, I caused copies of the Motion and Order for Admission Pro Hac Vice of Debra L. Felder, Esquire, of Orrick, Herrington & Sutcliffe LLP, to be served by first class mail, postage prepaid, on those individuals shown in the attached service list.

 

 

_____
Rose M. Meade
Orrick, Herrington & Sutcliffe LLP