THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Date: September 20, 2006 at 4:00 p.m. |
| | ) | Hearing Date: September 25, 2006 at 2:00 p.m. |

EIGHTH QUARTERLY INTERIM FEE APPLICATION OF
CIBC WORLD MARKETS CORP., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JANUARY 1, 2006 THROUGH JANUARY 31, 2006

SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | As of June 4, 2004 (pursuant to this Court's Order entered September 27, 2004)[1] |
| Period for which compensation and reimbursement is sought: | January 1, 2006 – January 31, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary: | $25,000.00[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,924.06 |

This is a ___ monthly      x  interim      ___ final application

---

[1] On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC

[2] On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC World Markets Corp. Pursuant to such extension, CIBC is to be paid a monthly fee of $100,00.00. However, upon review of the level of activity during the period covered by this application, CIBC World Markets Corp. informed the FCR that it intended to reduce its monthly fee for the period covered by this application to $25,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

January 1, 2006 – January 31, 2006

| Project Category | Total Hours | Total Fees[3] |
|---|---|---|
| Business Operations Related | 21.2 | NA |
| Financial Analysis/Review Related | 34.0 | NA |
| Hearing Attendance | 0.8 | NA |
| **TOTAL** | **56.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

January 1, 2006 – January 31, 2006

| | |
|---|---|
| Air fare | $1,104.90 |
| Transportation | 188.45 |
| Telephone | 33.44 |
| Research | <u>597.27</u> |
| **TOTAL EXPENSES:** | **$1,924.06** |

---

[3] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.