# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )    Chapter 11
W.R. GRACE & CO., et al.,                       )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
                                                )    Ref. Docket Nos 5833, 5950, 5979,
                           Debtors.             )                      5981 & 6208
                                                )    9/27/04 agenda8

ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Upon the application (the "Application") of David T. Austern, Future Claimants'

Representative ("Future Claimants' Representative") in the above-captioned chapter 11 cases of

W.R. Grace & Co. and its affiliates (collectively, the "Debtors"), seeking entry of an Order under

section 1103(a) of the Bankruptcy Code authorizing the Future Claimants' Representative to

employ and retain CIBC World Markets Corp. ("CIBC") as his financial advisor; and the Court

having reviewed the Application and the accompanying Declaration of Joseph J. Radecki, Jr. (the

"Radecki Declaration"), a Managing Director of CIBC; and the Court being satisfied from the

Radecki Declaration that CIBC neither holds nor represents any interest adverse to the Future

Claimants' Representative on the matters upon which CIBC is to be engaged; and it appearing

that the relief requested is in the best interests of the Future Claimants' Representative and the

Debtors' estates, their creditors and other parties-in-interest; and it appearing that this proceeding

is a core proceeding pursuant to 28 U.S.C. § 158(a); and it appearing that notice of the

Application was good and sufficient under the particular circumstances and that no other or

further notice need be given and upon the record herein; and it further appearing that the terms

and conditions of CIBC's employment as further described in the Application and the Radecki

Declaration are reasonable and necessary; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Application be, and it hereby is, approved;

2.      Pursuant to section 1103(a) of the Bankruptcy Code and the May 24, 2004 Order appointing David T. Austern as the Future Claimants' Representative [Docket No. 5645], the Future Claimants' Representative be, and he hereby is, authorized to employ and retain CIBC as financial advisor effective as of June 4, 2004, upon the terms, and to perform the services, set forth in the Application and the Radecki Declaration, so long as David T. Austern serves as the legal representative for individuals who may assert asbestos-related claims and/or demands in the future against the Debtors;

3.      The indemnification provisions set forth in the engagement letter between the Future Claimants' Representative and CIBC, attached to the Radecki Declaration as Exhibit 1, including Annex A thereto (the "Engagement Agreement"), are incorporated by reference and are hereby approved;

4.      CIBC shall be compensated in accordance with the terms of the Engagement Agreement and section 328(a) of the Bankruptcy Code, subject to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and as may be fixed by order of this Court, including the Administrative Compensation Order(s) entered in these cases; and

5.      The fees and expenses of CIBC allowed by the Court shall be an administrative expenses of the Debtors' estates.

Dated: ___9/27___, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2