**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Second Amended Verified Statement Under |
| _____) | | Bankruptcy Rule 2019 |
| | | Related to Docket Nos. 144 and 7429 |

**NOTICE OF FILING OF SECOND AMENDED VERIFIED STATEMENT OF**
**<u>JACOBS & CRUMPLAR, P.A. UNDER BANKRUPTCY RULE 2019</u>**

**TO ALL PARTIES ON THE OFFICIAL SERVICE LIST:**

PLEASE TAKE NOTICE that on September 1, 2006, the Second Amended Verified Statement of Jacobs & Crumplar, P.A. under Bankruptcy Rule 2019 was filed, pursuant to the Court's Order of October 22, 2004.  Exhibits have not been scanned by may be accessed by parties who obtain Court order authorizing access.

In compliance with the Court's order, copies of this Notice are being served on all parties on the Official Core Service List and via electronically on all other parties requesting service of pleadings.

**JACOBS & CRUMPLAR, P.A.**

By:  <u>/s/ Robert Jacobs, Esquire</u>
Robert Jacobs, Esquire (Attorney Bar ID # 0244)
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899
Telephone:  (302) 656-5445
Facsimile: (302) 656-5875
*Attorney for Plaintiffs*

Date: <u>September 1, 2006</u>
F:\WP70\Bankruptcies\Asbestos Bankruptcies\W.R. Grace Co\Pleadings\082306_Verified Statement (Second Amended), Notice.skm.doc