**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Laurie Schenker Polleck, hereby certify that on the 1st day of September 2006, I served one copy of the ***Supplemental Brief of the Prudential Insurance Company of America as to (I) Issue Preclusion of Debtors' Claims Objections and (II) Applicable Choice of Law*** upon the parties listed on the attached service list, in the manner indicated:

        **JASPAN SCHLESINGER HOFFMAN LLP**

By:  /s/ Laurie S. Polleck
      Laurie S. Polleck (No. 4330)
      913 Market Street, 12th Floor
      Wilmington, DE 19801
      Telephone: (302) 351-8000
      Facsimile: (302) 351-8010
      Co-counsel for the Prudential Insurance Company of America

17615.1

W.R. Grace/ The Prudential Insurance
Company of America, PIC Realty Corporation
and 745 Property Investments
Service List for Brief

*Facsimile & First Class Mail*
Pachulski Stang Ziehl Young Jones
& Weintraub LLP
 (Counsel to Debtors)
James O'Neill
919 Market Street, 16th Floor
Wilmington, DE 19801

*Facsimile & First Class Mail*
Bilzin Sumberg Dunn Baena
Price & Axelrod
(Property Damage Committee)
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

*Facsimile & First Class Mail*
Ferry & Joseph
(Property Damage Committee)
Michael Joseph
824 Market Street
Wilmington, DE 19801

17615.1