IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 11, 2006, AT 10:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD, IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

## EXCLUSIVITY

1. Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 11/14/05] (Docket No. 11067)

   Related Documents:

   a. [Proposed] Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:120169.4

11/14/05] (Docket No. 11067)

b. [Signed] Order Extending Debtors' Exclusivity Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon and Appointing a Plan Mediator [Filed: 3/10/06] (Docket No. 12031)

c. [Signed] Order Extending (i) Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon (ii) Term of the Plan Mediator and (iii) Matters with Respect to PI and PD Estimation [Filed: 5/12/06] (Docket No. 12405)

d. Debtors' Supplemental Brief in Support of a Further Exclusivity Extension [Filed: 7/7/06] (Docket No. 12765)

e. [Signed] Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes [Filed: 8/1/06] (Docket No. 12890)

Response Deadline: December 2, 2005 at 4:00 p.m. *(extended for the General Unsecured Creditors Committee until December 7, 2005 at 12:00 noon.)*

Responses Received:

a. Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11243)

b. Future Claimants Representative's Objection to Debtors' Ninth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon [Filed: 12/2/05] (Docket No. 11244)

c. Response in Opposition to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11246)

d. Official Committee of Asbestos Personal Injury Claimants' Objection to The Debtors' Ninth Motion For An Order Pursuant To 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11247)

e. Limited Response of State of Montana to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 2/10/06] (Docket No. 11747)

f.  Limited Response of Her Majesty the Queen in Right of Canada as Represented by the Attorney General of Canada to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Period in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 2/10/06] (Docket No. 11748)

g.  Supplemental Objection of the Future Claimants' Representative, Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants to Debtors' Ninth Motion for Order Further Extending Claimants to Debtors' Ninth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon, and the Asbestos Constituents' Proposal for a Quicker Exit From Chapter 11 [Filed: 7/7/06] (Docket No. 12756)

h.  Supplemental Limited Response of Her Majesty the Queen in right of Canada as Represented By the Attorney General of Canada to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 7/14/06] (Docket No. 12803)

i.  Response of the Tort Victims' Law Firms in Opposition to Debtor's Supplemental Brief In Support of a Further Exclusivity Extension [Filed: 7/14/06] (Docket No. 12807)

Replies Received:

a.  Debtors' Reply in Further Support of Its Ninth motion for an Order Extending Exclusivity [Filed: 12/9/05] (Docket No. 11309)

b.  Grace's Status Report on the Progress of the Case [Filed: 2/13/06] (Docket No. 11756)

c.  Grace's Reply Brief in Support of its Motion to Extend Exclusivity [Filed: 7/14/06] (Docket No. 12813, Exhibit 1)

   (i) [Signed] Order Granting Debtors' Motion for Leave to File a Reply in Support of Its Motion to Extend Exclusivity [Filed: 7/24/06] (Docket No. 12843)

Status:  This matter will go forward.

## CONTESTED MATTERS

2.  Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 7/17/06] (Docket No. 12823)

Related Documents:

a.  [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire

3

[Filed: 7/17/06] (Docket No. 12823)

b. Notice of Mediation and Hearing [Filed: 8/16/06] (Docket No. 13004)

c. **Statement of the Official Committee of Equity Security Holders in Support of Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 9/1/06] (Docket No. 13130)**

Response Deadline: August 4, 2006, at 4:00 p.m. Extended with the approval of the Court for certain parties to August 14, 2006.

Responses Received:

a. Claimant's Objections and Responses to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/3/06] (Docket No. 12924)

b. General Objections to Discovery Questionnaire and Response to Debtors' Motion to Compel Submitted on Behalf of Motley Rice LLC Personal Injury Claimants [Filed 8/4/06] (Docket No. 12927)

c. Opposition to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Questionnaire [Filed 8/4/06] (Docket No. 12929)

d. Objection of Claimants Represented by Goldberg, Persky & White to Debtors' Motion to Compel [Filed 8/4/06] (Docket No. 12930)

e. Objection of Asbestos Claimants Represented by the Law Office of Christopher E. Grell to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire [Filed 8/4/06] (Docket No. 12931)

   (i) Declaration in Support of Claimants' Counsel, Richard F. Rescho, in Support of Objection to Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/7/06] (Docket No. 12944)

f. General Objections to Discovery Questionnaire and Response to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Submitted on Behalf of George & Sipes Personal Injury Claimants [Filed 8/4/06] (Docket No. 12932)

g. Opposition of the Official Committee of Asbestos Personal-Injury Claimants to the Debtors' Motion to Compel Responses to their Questionnaires [Filed 8/4/06] (Docket No. 12933)

h. Wellborn Houston, L.L.P.'s Response to W. R. Grace & Company's Motion to Compel [Filed 8/4/06] (Docket No. 12934)

i. Asbestos Claimants' Response to Objections to Defendant W.R. Grace's Motion to Compel Asbestos Personal Injury Claimants to Respond to W.R. Grace's

4

Personal Questionnaire (Filed by Jacobs & Crumplar) [Filed 8/4/06] (Docket No. 12935)

j. Objections to Discovery Questionnaire and Response to Debtor's Motion to Compel Submitted on Behalf of Luckey & Millins, LLC's Personal Injury Claimants [Filed 8/4/06] (Docket No. 12936)

k. Joint Memorandum of Kelley & Ferraro, LLP and The Ferraro Law Firm in Response to Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/4/06] (Docket No. 12937)

l. General Objections to Discovery Questionnaire and Response to Debtors' Motion to Compel Submitted on Behalf of Hartley & O'Brien, PLLC Personal Injury Claimants [Filed: 8/4/06] (Docket No. 12938)

m. Claimants Represented By Odom & Elliott, P.A.'s Response to Motion to Compel Filed By the Debtors [Filed: 8/4/06] (Docket No. 12939)

n. Claimants' Objection and Response to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/4/06] (Docket No. 12940)

o. James F. Humphreys' & Associates Claimants' Objections and Responses to Debtors' Asbestos Personal Injury Questionnaire [Filed: 8/4/06] (Docket No. 12945)

p. Answer & Memorandum of Law of Claimants Represented By Hal Pitkow, Esquire in Opposition to Debtors' Motion to Compel Response to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/4/06] (Docket No. 12946)

q. Response of Certain Asbestos Personal Injury Claimants Represented By Cooney and Conway Law Firm to Motion to Compel [Filed: 8/4/06] (Docket No. 12947)

r. Joint Response of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtors' Motion to Compel Asbestos Person Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/14/06] (Docket No. 12960)

s. Libby Claimants' Objection to Debtors' Motion to Compel Responses to Their Questionnaires [Filed: 8/14/06] (Docket No. 12963)

t. Response of Grace Certain Cancer Claimants in Opposition to the W. R. Grace Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/14/06] (Docket No. 12970)

u. Joinder of Campbell~Cherry~Harrison~Davis~Dove, P.C., to Certain Objections and Responses to the Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/14/06] (Docket No. 12974)

v.  General and Specific Objections to Discovery Questionnaire and Response to Debtors' Motion to Compel Submitted on Behalf of the Personal Injury Claimants of Early, Ludwick, Sweeney & Strauss [Filed: 8/14/06] (Docket No. 12980)

Reply Deadline: August 30, 2006

Replies Received:

a.  Debtors' Motion for Leave to File a Reply Brief in Support of Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire in Excess of Five (5) Pages [Filed: 8/25/06] (Docket No. 13067)

   (i) Debtors' Reply to Various Responses to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 8/25/06] (Docket No. 13067)

Status: This matter will go forward.

Dated: September __1__, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession