# HR&A

## INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

August 16, 2006

Invoice No. HRA20060816

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of July, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.7 hours @ $ 600 per hour | $ 1,020.00 |
| Robert H. Sims<br>1.6 hours @ $ 500 per hour | 800.00 |
| Joshua S. Katz<br>10.7 hours @ $ 250 per hour | 2,675.00 |
| **TOTAL DUE:** | **$ 4,495.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES        NEW YORK

JULY, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE      TIME  TASK

07/06/06   1.5  Read objection of PD Committee to Debtors' motion for a scheduling order re omnibus objections to PD claims (1.0); Talk with J. Katz re committee phone call. Leave message for Jay Sakalo (0.5).

07/07/06   0.2  Talk to Robert Mangus about inquiry re billing on fraudulent transactions withheld fees from 2002-3.

TOTAL:     1.7

JULY, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

DATE     TIME   TASK

07/06/06  0.4   Review CD production.

07/31/06  1.2   Test approaches to convert survey data (1.0); reply to Joshua S. Katz' e-mails (0.2).

TOTAL:    1.6

JULY, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

DATE     TIME   TASK

07/03/06  1.3  Review of objection of Official Committee of Asbestos Property Damage claimants to Debtors' motion for a scheduling order regarding certain of the debtors' fifteenth omnibus objections to property damage claims (substantive).

07/06/06  1.6  Grace committee conference call (0.5); quick review of DVDs of 5/08/06 Rust questionnaires (0.3); follow up call to Jay Sakalo regarding draft supplemental objection to Debtors' motion to extend exclusivity(0.2); short e-mails to Fran and Jay Sakalo (0.3); location of CDs/DVDs that contained privileged information for shipping to Wanda Roman, packaging and sending, same (0.3).

07/13/06  0.4  Attend Grace committee conference call.

07/18/06  0.2  Review of agenda for 07/24/06 hearing.

07/24/06  6.3  Telephonic participation in Grace hearing before Judge Fitzgerald (6.0); Review and organization of notes from hearing participation (0.3).

07/27/06  0.4  Attend Grace committee conference call.

07/28/06  0.3  E-mails with Jay Sakalo and Rob Sims regarding PI questionnaires.

07/31/06  0.2  E-mails with Robert H. Sims regarding PI questionnaire database format issues.

TOTAL:   10.7