## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 25, 2006 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR PITNEY HARDIN LLP'S
### SIXTY-SECOND INTERIM FEE APPLICATION FOR THE PERIOD
### FROM JULY 1, 2006 THROUGH JULY 31, 2006

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A

## FEES FOR THE FEE PERIOD JULY 1, 2006 THROUGH JULY 31, 2006[2]

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 06/01/06 | Review e-mails and telephone call with J. Posner re: information needed re: CNA Complaint filed in Southern District of New York, including review of file for materials re: same. | | |
| 3 | B. Moffitt | 0.5 | 180.00 |
| 06/19/06 | Reviewed CNO for 19th Interim Period and forward to A. Marchetta and S. Zuber. | | |
| 18 | K. Jasket | 0.2 | 54.00 |
| 07/19/06 | Follow up regarding fee applications. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 07/31/06 | Drafted fee application for May 2006. | | |
| 18 | K. Jasket | 2.5 | 675.00 |
| 07/31/06 | Drafted fee application for June 2006. | | |
| 18 | K. Jasket | 2.5 | 675.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.4 | 550.00 | 220.00 |
| K. Jasket | 18 | 5.2 | 270.00 | 1,404.00 |
| B. Moffitt | 3 | 0.5 | 360.00 | 180.00 |
| TOTAL | | 6.1 | | 1,804.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| | | | |
|---|---|---|---|
| 07/05/06 | Work with B. Moffitt re issues and meeting with Lustberg, including follow up re conference call with Judge Bongiovanni and settlement. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| | | | |
|---|---|---|---|
| 07/05/06 | Work with A. Marchetta re strategy with regard to pending settlement offer from NJDEP. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 07/06/06 | Preparation of e-mail to J. O'Reilly re setting up meeting with L. Lustberg, including follow up re same. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 07/07/06 | Follow up regarding meeting, FOIA documents, and settlement demand letter. | | |
| 14 | A. Marchetta | 0.8 | 440.00 |
| 07/07/06 | Phone conference with L. Lustberg regarding meeting. | | |
| 3 | J. O'Reilly | 0.1 | 48.00 |
| 07/10/06 | Review EPA release and fact sheets on sampling. | | |
| 14 | W. Hatfield | 0.3 | 109.50 |
| 07/10/06 | Telephone calls to and with private investigator N. Susalis re strategy regarding continued interviews in light of case developments. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 07/10/06 | Review letter from D.A.G. Dickinson confirming next conference call with Magistrate Bongiovanni. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 07/10/06 | Review EPA publications re soil sampling results; confer with A. Marchetta re same and re pending NJDEP settlement offer; follow up re same. | | |
| 3 | B. Moffitt | 0.5 | 180.00 |
| 07/10/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 67.50 |
| 07/11/06 | Email and follow up regarding settlement demand, including calls with client regarding meeting and settlement. | | |
| 14 | A. Marchetta | 0.9 | 495.00 |
| 07/11/06 | Preparation of e-mail to D.A.G. Dickinson re settlement demand; work with A. Marchetta re same; review response from D.A.G. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 07/11/06 | Prepare for meeting with L. Lustberg; review file and assemble relevant documents re same; work with A. Marchetta re same. | | |

3

| 3 | B. Moffitt | 2.8 | 1,008.00 |

07/11/06   Searched re compilation of information on current status of investigation of Hamilton plant and related issues.

| 14 | S. Parker | 0.2 | 27.00 |

07/11/06   Worked with B. Moffitt re case status, including preparation for upcoming interview.

| 14 | S. Parker | 0.3 | 40.50 |

07/12/06   Follow up regarding information on FOIA requests and settlement.

| 14 | A. Marchetta | 0.4 | 220.00 |

07/12/06   Searched re compilation of information on current status of investigation of Hamilton plant and related issues.

| 14 | S. Parker | 0.2 | 27.00 |

07/13/06   Emails and follow up regarding FOIA information and lab information as regarding EPA testing and Libby.

| 14 | A. Marchetta | 0.8 | 440.00 |

07/13/06   Review R. Finke e-mail re obtaining soil sampling report and backup; telephone call to EPA counsel re same; review prior EPA reports re information requested by client and prepare e-mail to client re same.

| 3 | B. Moffitt | 1.3 | 468.00 |

07/13/06   Searched re compilation of information on current status of investigation of Hamilton plant and related issues.

| 14 | S. Parker | 0.2 | 27.00 |

07/13/06   Prepared copy sets of April 2006 Site Quality Assurance Plan, and worked with B. Moffitt re transmittal of same to client as requested.

| 14 | S. Parker | 0.4 | 54.00 |

07/14/06   Emails and follow up regarding request for information in Chapter 11.

| 14 | A. Marchetta | 0.6 | 330.00 |

07/14/06   Continued preparation for meeting with L. Lustberg including review of prior summaries re same.

| 3 | B. Moffitt | 1.6 | 576.00 |

07/14/06   Review e-mail from J. Baer requesting comprehensive case summary for D. Bernick; preparation of summary.

| 3 | B. Moffitt | 2.2 | 792.00 |

07/14/06   Searched re compilation of information on current status of investigation of

1445914A01081606

| | | | |
|---|---|---|---|
| | Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/15/06 | Follow up re information for client and review issues re same. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |
| 07/17/06 | Forward information to client re: civil litigation and follow up re: same. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 07/17/06 | Follow up regarding soil results and meeting; review of same. | | |
| 14 | A. Marchetta | 0.8 | 440.00 |
| 07/17/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 07/17/06 | Reviewed CD sent by EPA in response to request for results of off site sampling and related reports; Prepared copies of same re transmittal to client. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 07/18/06 | Conference with J. O'Reilly regarding motion; emails and follow up regarding FOIA information. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 07/18/06 | Forward EPA information and follow up regarding additional documents. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 07/18/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 07/19/06 | Forward letter to court; conference with J. O'Reilly regarding meeting; follow up regarding FOIA information. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 07/19/06 | Review Court notice re August 17 conference call with Magistrate Bongiovanni. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 07/19/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

1445914A01081606

| | | | |
|---|---|---|---|
| 07/19/06 | Accessed court's website and retrieved recent filing, downloaded same; Forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/20/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 07/21/06 | Emails with Deputy Attorney General regarding Chapter 11 hearings. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 07/21/06 | Review e-mail from DAG. Dickinson re Bankruptcy Court motions; e-mail exchange with J. Baer re same and prepare responding e-mail to DAG. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 07/24/06 | Work with B. Moffitt regarding court hearing and issues in case. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 07/24/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 07/25/06 | Follow up regarding FOIA information and hearing dates/adjournment. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 07/25/06 | Review notice from Court rescheduling conference call with Magistrate Bongiovanni; preparation of e-mail to client re same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 07/25/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/25/06 | Accessed Court's website re retrieval of recent filing; Created electronic version of same and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/26/06 | Telephone calls re: information on DEP action in Trenton re; EPA findings; follow up regarding testimony and request for meeting. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 07/26/06 | Review off-site soil sample results forwarded by USEPA. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |

1445914A01081606

| | | | |
|---|---|---|---|
| 07/26/06 | Review e-mail from J. Baer re: adjourning Bankruptcy Court motions; confer with A. Marchetta re same and draft e-mail to DAG Dickinson re same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| | | | |
| 07/26/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| | | | |
| 07/27/06 | Work with B. Moffitt regarding potential response on settlement demand and information for same; email to client regarding FOIA information. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| | | | |
| 07/27/06 | Work with A. Marchetta re strategy concerning response to NJDEP's anticipated settlement offer and draft e-mail to DAG Dickinson re same; follow up re same. | | |
| 3 | B. Moffitt | 0.5 | 180.00 |
| | | | |
| 07/27/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| | | | |
| 07/28/06 | Confer with A. Marchetta re proposed meeting. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| | | | |
| 07/28/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 67.50 |
| | | | |
| 07/31/06 | Work with B. Moffitt regarding various issues on court hearing. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| | | | |
| 07/31/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.5 | 67.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 10.7 | 550.00 | 5,885.00 |
| J. O'Reilly | 3 | 0.1 | 480.00 | 48.00 |
| W. Hatfield | 14 | 0.3 | 365.00 | 109.50 |
| B. Moffitt | 3 | 11.4 | 360.00 | 4,104.00 |

1445914A01081606

| S. Parker | 14 | 6.0 | 135.00 | 810.00 |
| | TOTAL | 28.5 | | 10,956.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 07/05/06 | Conference with attorneys re Greenberg subpoena. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |

| 07/05/06 | Review/analysis Tahari document production re third party subpoenas to be served. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| 07/05/06 | Telephone conference with D. Rozenholc re document production demands and subpoena upon Greenberg Traurig for additional Tahari documents. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| 07/05/06 | Review/analysis Tenber v. Bloomberg re case law on oral promises of holdover tenancy. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| 07/05/06 | Review/analysis and response to correspondences from T. Soloway, counsel for Kronish Lieb, re Tahari document production, Tenber case on oral promises for holdover tenancy. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 07/05/06 | Review/analysis and response to correspondences from C. Boubol re Tenber case on oral promises for holdover tenancy, producing documents to Kronish Lieb. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 07/05/06 | Follow up re depositions; review re issues. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |

| 07/05/06 | Preparation of Subpoena to N. Bobrow re: documents referenced in H. Jafferjie's affidavit. | | |
| 3 | M. Levison | 0.4 | 130.00 |

| 07/05/06 | Review/analysis of documents produced by Tahari and Trizec re: request by T. Solloway. | | |
| 3 | M. Levison | 0.6 | 195.00 |

| 07/06/06 | Work on and revise Subpoenas with Document Demands to Tahari's attorneys Greenberg Traurig and Tahari's real estate agent N. Bobrow. | | |
| 3 | B. Benjamin | 0.4 | 166.00 |

8

| 07/07/06 | Telephone conference with R. Laudor, counsel for Tahari, re oral argument on motion to confirm Referee's Report. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/10/06 | Work on and revise Subpoena to Bobrow and Subpoena to Greenberg Traurig, and cover letter re same. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/10/06 | Preparation of correspondence to Greenberg Traurig re: subpoena. | | |
|---|---|---|---|
| 3 | M. Levison | 0.2 | 65.00 |

| 07/10/06 | Modify Subpoena to N. Bobrow. | | |
|---|---|---|---|
| 3 | M. Levison | 0.3 | 97.50 |

| 07/10/06 | Modify subpoena to Greenberg Traurig. | | |
|---|---|---|---|
| 3 | M. Levison | 0.3 | 97.50 |

| 07/12/06 | Work on and revise Notice of Subpoena. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/12/06 | Telephone conference with H. Kushnick, counsel at Greenberg Traurig re Subpoena, document request. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/12/06 | Drafted two affidavits of service reflecting service of subpoenas and forward affidavits to attorney. | | |
|---|---|---|---|
| 3 | H. Gonzalez | 0.3 | 45.00 |

| 07/20/06 | Telephone conference with D. Ansell, counsel for Greenberg Traurig re subpoena, production of documents by Rozenholc. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/26/06 | Telephone conference with D. Rozenholc, counsel for Tahari, re attempt to resolve motion to compel production. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/27/06 | Draft correspondence to D. Ansell and H. Kushnick, counsel for Greenberg Traurig re withdrawal of subpoena and production of Tahari documents by Rozenholc. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/27/06 | Draft correspondence to V. Finkelstein, Esq. re withdrawal of motion to compel, Tahari's production of documents. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/27/06 | Telephone conferences (numerous) with D. Rozenholc re production of | | |
|---|---|---|---|

9

documents originally withheld due to privilege, withdrawal of motion to compel production.

| 3 | B. Benjamin | 0.5 | 207.50 |

07/27/06    Telephone conference with Judge Tolub's Law Secretary re withdrawal of motion to compel production, cross-motion and request for discovery cut off date.

| 3 | B. Benjamin | 0.2 | 83.00 |

07/27/06    Draft correspondence to Judge Tolub re withdrawal of motion to compel and cross motion, request for order setting discovery cut off date.

| 3 | B. Benjamin | 0.3 | 124.50 |

07/28/06    Emails and telephone calls with B. Benjamin and client re: discovery.

| 14 | A. Marchetta | 0.2 | 110.00 |

07/28/06    Telephone conference with C. Boubol re withdrawal of motion to compel, Tahari documents produced.

| 3 | B. Benjamin | 0.2 | 83.00 |

07/28/06    Draft correspondence to C. Boubol, counsel for Trizec, re Tahari documents produced.

| 3 | B. Benjamin | 0.1 | 41.50 |

07/31/06    Draft correspondence to N. Bobrow re responding to Subpoena.

| 3 | B. Benjamin | 0.1 | 41.50 |

07/31/06    Preparation of correspondence to N. Bobrow re: failure to respond to Subpoena.

| 3 | M. Levison | 0.2 | 65.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.8 | 550.00 | 440.00 |
| B. Benjamin | 3 | 4.5 | 415.00 | 1,867.50 |
| M. Levison | 3 | 2.0 | 325.00 | 650.00 |
| H. Gonzalez | 3 | 0.3 | 150.00 | 45.00 |
| TOTAL | | 7.6 | | 3,002.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

04/27/06    Address appeal status.

| 14 | W. Hatfield | 0.3 | 109.50 |

10

1445914A01081606

| 04/27/06 | Call to Appellate Division clerk's office on status of oral argument; draft e-mail. | | |
|----------|------------------------------------------------------------------------------------|------|--------|
| 14       | F. Stella                                                                          | 0.2  | 57.00  |
| 07/28/06 | Memo to client on appeal status.                                                   | | |
| 14       | W. Hatfield                                                                        | 0.1  | 36.50  |
| 07/28/06 | Follow up regarding appeal.                                                         | | |
| 14       | A. Marchetta                                                                       | 0.3  | 165.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|--------|--------|
| A. Marchetta | 14 | 0.3 | 550.00 | 165.00 |
| W. Hatfield | 14 | 0.4 | 365.00 | 146.00 |
| F. Stella | 14 | 0.2 | 285.00 | 57.00 |
| TOTAL | | 0.9 | | 368.00 |

1445914A01081606

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD JULY 1, 2006 THROUGH JULY 31, 2006

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 05/31/06 | PD UPS TO COLUMBIA, MA; SAZ; INV# 81207226 | 9.15 |
| 05/31/06 | PD UPS TO WILMINGTON, DE; KJ; INV# 81207226 | 32.80 |
| 06/03/06 | REC UPS CREDIT ADJUSTMENT; KMJ; INV# 81207226 | -1.74 |
| 06/03/06 | REC UPS CREDIT ADJUSTMENT; KMJ; INV# 81207226 | -1.74 |
| | Computer Assisted Research | 12.50 |
| | Duplicating | 87.08 |
| | Matter Total Engagement Cost | 138.05 |

Engagement Costs – NJDEP v. W.R. Grace et al.

| | | |
|---|---|---|
| 10/31/05 | Paid Document Management Technology LLC #10501 S#7991[3] | 2261.06 |
| 11/01/05 | Paid Document Management Technology LLC #10501 S#7991[4] | 334.75 |
| 06/03/06 | Paid N. Susalis and Associates, Inc #10501 S#7991[5] | 4902.50 |
| 06/06/06 | PD AMEX FOR TELEPHONE EXPENSE; AJM; CK# 287842[6] | 14.00 |
| 06/26/06 | PD TRAVEL EXPENSE; BEM;INV# 33502[7] | 48.06 |
| 07/12/06 | Paid Document Management Technology LLC #10501 S#7991[8] | 4254.79 |
| 07/13/06 | PD UPS TO COLUMBIA, MD; AJM; CK# 288402 | 9.43 |
| 07/18/06 | 4 CD COPIES @ $5.00 PER CD; JC | 20.00 |
| 07/18/06 | PS UPS TO COLUMBIA, MD; AJM; CK# 288403 | 9.43 |
| 07/18/06 | PD UPS TO BOCA RATON, FL; AJM; CK# 288403 | 12.96 |
| | Matter Total Engagement Cost | 11,866.98 |

---

[3] Document Management Technology LLC Invoice # M6379 dated 10/31/2005 attached hereto as Exhibit 1.

[4] Document Management Technology LLC Invoice #N6535 dated 11/1/2005 attached hereto as Exhibit 2.

[5] N. Susalis and Associates, Inc. Invoice #1847 dated 6/3/2006 attached hereto as Exhibit 3.

[6] American Express Expenses for A. J. Marchetta June 2006 attached hereto as Exhibit 4.

[7] Direct Reimbursement Expense Report for Brian E. Moffit dated June 26, 2006 attached hereto as Exhibit 5.

[8] Document Management Technology LLC Invoice #M5467 dated 7/29/2005 attached hereto as Exhibit 6.

1445914A01081606

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 07/01/06 | Pd UPS to New York NY; BMB; Ck# 288114 | 7.14 |
| 07/11/06 | FEE PAID TO NORMAN BOBROW FOR SUBPOENA TO A NON PARTY WITNESS; MHL; S #7994[9] | 18.00 |
| 07/11/06 | FEE PAID TO GREENBERG TRAURIG FOR SUBPOENA TO A NON PARTY WITNESS; MHL; S #7994[10] | 18.00 |
| 07/12/06 | Pd UPS for delivery to New York, NY; ML; CK# 288438 | 7.14 |
| | Duplicating | 14.56 |
| | Matter Total Engagement Cost | 64.84 |

---

[9] Pitney, Hardin, Kipp & Szuch LLP check requisition form dated 7/11/06 attached hereto as Exhibit 7.

[10] Pitney, Hardin, Kipp & Szuch LLP check requisition form dated 7/11/06 attached hereto as Exhibit 8.

1445914A01081606

# EXHIBIT 1

Skyline Duplication

# Document Management Technology LLC

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 10/31/2005 | M6379 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Yolanda Day

**Ship To**

| Reference/Case# | Date Requested | Ordered By |
|---|---|---|
| 082910.114715 | 10/19/2005 | Day, Yolanda |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 8,742 | Burn Label(Image Key, Annotation, Redaction) | 0.02 | 174.84T |
| 8,742 | Image Database Manipulation(importing images) | 0.01 | 87.42T |
| 8,742 | Image Modification (Renumbering) | 0.01 | 87.42T |
| 1 | CD Creation | 35.00 | 35.00T |
| 17,484 | Blowback TIFF Files B/W Straight | 0.10 | 1,748.40T |

Volume: M2620301
WRG9172255-9180996

PAID.............
APPROVED..........
VENDOR NO....05359
CHECK NO....98784
CHARGE......1050

*ok to pay 082910.114715 7/11/06*

| | |
|---|---|
| **Subtotal** | $2,133.08 |
| **Sales Tax (6.0%)** | $127.98 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,261.06 |

| Phone # | 973-648-0090 |
|---|---|
| Fax # | 973-648-0004 |
| E-mail | newark@skylinelegal.com |

Please make checks payable to: Document Management
Technology LLC

**Tax ID 03-0385240**

# EXHIBIT 2

Kyline Duplication

# Document Management Technology LLC

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 11/1/2005 | N6535 |

Bill To

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, NJ 07932**
**Attn: Yolanda Day**

Ship To

| Reference/Case# | | Date Requested | Ordered By |
|---|---|---|---|
| 082910/114715 | | 11/1/2005 | Day, Yolanda |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 3,158 | Blowback PDF Files B/W Straight | 0.10 | 315.80T |

PAID............
APPROVED........
VENDOR NO......
CHECK NO.......
CHARGE.........

ok to pay 114715
082910. to
7/11/06

| | |
|---|---|
| **Subtotal** | $315.80 |
| **Sales Tax (6.0%)** | $18.95 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$334.75** |

Phone #  973-648-0090

Fax #  973-648-0004

E-mail  newark@skylinelegal.com

Please make checks payable to: Document Management
Technology LLC

**Tax ID 03-0385240**

# EXHIBIT 3

N.Susalis and Associates, Inc.
P.O. Box 35
Stanton, NJ 08885
Telephone 908.237.0907
Facsimile 908.782.7319

EIN 22-381-6872

| Date | Invoice # |
|------|-----------|
| 6/3/2006 | 1847 |

**Bill To**

Pitney Hardin, LLP
ATT: Brian E. Moffitt
PO Box 1945
Morristown, NJ 07962-1945

PAID..........................
APPROVED..........................
VENDOR NO....*06670*
CHECK NO....*087650*
CHARGE....*10501*

| Reference |
|-----------|
| W. R. Grace |

| Customer Number | Case/Job Number | Reference |
|-----------------|-----------------|-----------|
| P-350 | 4-1104 | Moffitt, Brian |

| Date | Professional Services Description | Rate | Hours | Amount |
|------|-----------------------------------|------|-------|--------|
| 5/4/2006 | Lodging Expenses for trip to ▓▓▓▓▓▓ for interview of ▓▓▓▓▓▓. | 375.18 | | 375.18 |
| 6/2/2006 | Case work activities--report preparation of interviews; telephone call from Mr. Moffitt. | 150.00 | 7 hrs. | 1,050.00 |
| 6/3/2006 | Report preparation. | 150.00 | 4 hrs. | 600.00 |
| 6/4/2006 | Case work activities--report preparation; database research for ▓▓▓▓▓▓ | 150.00 | 2 hrs. | 300.00 |
| 6/4/2006 | Database event charge | 35.00 | | 35.00 |
| 6/7/2006 | Case work activities--reviewed interviews and submitted to Mr. Moffit; conducted database searches for: ▓▓▓ ▓▓▓▓▓▓ | 150.00 | 5 hrs. | 750.00 |
| 6/7/2006 | Database event charge | 210.00 | | 210.00 |
| 6/8/2006 | Case work activities--traveled to Pitney Hardin; reviewed documents with Mr. Moffit. | 150.00 | 3 hrs. 30 min. | 525.00 |
| 6/8/2006 | Round trip mileage 78. | 0.44 | | 34.32 |
| 6/9/2006 | Database search activities--▓▓▓▓▓▓ | 150.00 | 45 min. | 112.50 |
| 6/9/2006 | Database event charge | 35.00 | | 70.00 |
| 6/13/2006 | Database search activities and document review. | 150.00 | | 225.00 |
| 6/14/2006 | Telephone call from Mr. Moffitt. | 150.00 | | 25.50 |
| 6/25/2006 | Case work activities--database search activities for: ▓▓▓▓▓▓ and report preparation. | 150.00 | 3 | 450.00 |
| 6/25/2006 | Database event charge | 35.00 | | 140.00 |

Payment due upon receipt.

| Total | $4,902.50 |
|-------|-----------|

# EXHIBIT 4

AMERICAN EXPRESS EXPENSES

A.J. MARCHETTA

JUNE 2006

6/7/06        Cingular Wireless


082910.114715 WRG/NJDEP/Trenton $ 14.00

# EXHIBIT 5

RECEIVED

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME _____ Brian E. Moffitt

Period From: June 26, 2006
To: June 26, 2006

PITNEY HARDIN LLC
DEPARTMENT

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Hotel or Lodging | Show details on Page 2 | | | Client No./ |
|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking or Tolls | Business Meals | Other Expenses | Total Expenses | Matter No. or Firm Charge |
| 6/26/2006 | Travel to and from meeting in Trenton, New Jersey | 108.00 | $48.06 | | | | $48.06 | 082910.114715 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | ENTERED IN COMPUTER BY: | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Expenses Reported $ 48.06

I certify that I have incurred all the expenses above on behalf of the Firm and that they are all directly related to the active conduct of the Firm's business.

Signature _____ Date 6/27/06

6/27/2006

ENTERED IN
COMPUTER

42116EM
PAID
JUL 15 2006

10501

# EXHIBIT 6

Skyline Duplication

# Document Management Technology LLC

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| 7/29/2005 | M5467 |
|---|---|

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Yolanda Day

**Ship To**

PAID.....................
APPROVED................
VENDOR NO....*05359*
CHECK NO....*9878477*
CHARGE....*10501*

| | WRGRACE | | 7/21/2005 | Day, Yolanda |
|---|---|---|---|---|
| **Quantity** | **Description** | | **Unit Price** | **Extension** |
| 93,849 | Image Database Manipulation | | 0.01 | 938.49T |
| 93,849 | Image Database Manipulation | | 0.01 | 938.49T |
| 38,771 | Burn Label(Image Key, Annotation, Redaction) | | 0.02 | 775.42T |
| 38,771 | Image Modification (Renumbering) | | 0.01 | 387.71T |
| 2 | DVD Copy | | 75.00 | 150.00T |
| | Volume M24447, Volume WRGRACE003 WRG9002280-9040830 | | | |
| 55,078 | Burn Label(Image Key, Annotation, Redaction) | | 0.02 | 1,101.56T |
| 55,078 | Image Database Manipulation(importing images) | | 0.01 | 550.78T |
| 55,078 | Image Modification (Renumbering) | | 0.01 | 550.78T |
| 1 | CD Creation | | 35.00 | 35.00T |
| 1 | DVD Copy | | 75.00 | 75.00T |
| | WRGRACE004&005 WRG9040831-9095904 | | | |

| | |
|---|---|
| **Subtotal** | $5,503.23 |
| **Sales Tax** | $330.19 |
| **Payments/Credits** | $-1,578.63 |
| **Balance Due** | $4,254.79 |

Phone #    973-648-0090

Fax #    973-648-0004

E-mail    newark@skylinelegal.com

Please make checks payable to: Document Management
Technology LLC

**Tax ID**
**03-0385240**

# EXHIBIT 7

# PITNEY, HARDIN, KIPP & SZUCH LLP

## CHECK REQUISITION

PAYEE ___Norman Brown 4a, Inc.___  DATE __7/11/06__

CLIENT ___W.R. Grace___  NO: __0329__

MATTER ___1114 Fitzgerald v. W.R. Grace___  NO: __10229__

DESCRIPTION ___Subpoena fee for non party witness___

AMOUNT $ ___Norman Brown 4a, M. Brown___

PAID.......................................................................

APPROVED _____

VENDOR NO. _____

CHECK NO. 082970. 10229 92

CHARGE _____

AUTHORIZED SIGNATURE

# EXHIBIT 8

# PITNEY, HARDIN, KIPP & SZUCH LLP
## CHECK REQUISITION

PAYEE _Greenberg Traurig LLP_ DATE _7/11/06_

CLIENT _W. R. Grace_ NO: _082910_

MATTER _1114 Fireclaim v. W. R. Grace_ NO: _10094_

DESCRIPTION _Expenses for experts witness_

AMOUNT $ _12,010.10_

PAID...........................

APPROVED _title_

VENDOR NO. _078250_

CHECK NO. _0000147_

_082910.102262_ AUTHORIZED SIGNATURE _for M. Lewis_

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 19, 2006 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.  I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated:  August 28, 2006

Respectfully submitted,
PITNEY HARDIN LLP


Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

1446023A01082806