# EXHIBIT "C"

## HR&A         INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

June 7, 2006

Invoice No. HRA20060607

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of May, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.3 hours @ $ 550 per hour | $ 1,265.00 |
| Robert H. Sims<br>1.8 hours @ $ 400 per hour | 720.00 |
| Paul K. Honig<br>5.5 hours @ $ 275 per hour | 1,512.50 |
| Joshua S. Katz<br>1.3 hours @ $ 200 per hour | 260.00 |
| **TOTAL DUE:** | **$ 3,757.50** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA         LOS ANGELES         NEW YORK

MAY, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>   <u>TIME</u>   <u>TASK</u>

05/23/06   2.3   Review history of analysis of Grace Personal Injury claims prior to phone call (1.0); talk with James E. Hass, Robert H. Sims, Paul K. Honig in preparation for phone call with M. Kramer of Bilzin (0.5); conference call with M. Kramer (0.8).

TOTAL:   2.3

MAY, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

5/22/06   0.5  Assess & discuss progress of data processing and liability estimation.

5/23/06   1.3  Assess & discuss progress of data processing and liability estimation; call with Francine F. Rabinovitz, James E. Hass, Paul K. Honig in preparation for phone call with M. Kramer of Bilzin (0.5)

TOTAL:    1.8

MAY, 2006 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

05/22/06  2.5  Zip & transfer raw data files to Robert H. Sims.

05/23/06  3.0  Send 1st generation data files to Robert H. Sims; review prior e-mail responses (2.5); call with Francine F. Rabinovitz, James E. Hass, Robert H. Sims in preparation for phone call with M. Kramer of Bilzin (0.5)

TOTAL:    5.5

MAY, 2006 TIME LOG OF JOSHUA S. KATZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 05/09/06 | 0.3 | Review of news coverage on Libby, MT case. |
| 05/23/06 | 0.7 | Review of May 15 Omnibus hearing transcript. |
| 05/30/06 | 0.3 | Review of recent news on Grace business and check for SEC filings update. |
| TOTAL: | 1.3 | |

# HR&A                                                         INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

July 5, 2006

Invoice No. HRA20060705

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of June, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>36.5 hours @ $ 550 per hour | $ 20,075.00 |
| Robert H. Sims<br>15.1 hours @ $ 400 per hour | 6,040.00 |
| Paul K. Honig<br>29.0 hours @ $ 275 per hour | 7,975.00 |
| Joshua S. Katz<br>2.2 hours @ $ 200 per hour | 240.00 |
| **TOTAL DUE:** | **$ 34,530.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES                    NEW YORK

JUNE, 2006 TIME LOG OF FRANCINE F. RABINOVITZ

<u>DATE</u>      <u>TIME</u> <u>TASK</u>

06/01/06   2.5  Start review of data conversion to analytic form.

06/02/06   3.7  Continue review of data conversion to analytic form.

06/05/06   3.5  Continue review of data conversion.

06/06/06   4.5  Continue review of data conversion and begin to vet assumptions.

06/12/06   6.0  Read Institute of Medicine Report on asbestos causation with regard to Other Cancers (3.0); talk with Jay Sakalo re meso only estimate (0.5); talk with Robert H. Sims re meso estimate (0.5); work on meso estimate, investigate Manville recent history re mesos (2.0.).

06/13/06   3.0  Continue to work on data base (2.5); talk w. Dan Relles (0.5).

06/14/06   5.3  Continue to work on basis for estimate (4.0); review tables (0.5); talk with Robert H. Sims (0.3); compose and send note to Jay Sakalo, Scott Baena re results (0.5).

06/15/06   1.5  Work on NPV version of estimate (1.0); talk with Dan Relles of LAS about counts (0.3); talk with Robert H. Sims about check on averages and counts (0.2).

06/21/06   0.5  Talk with Scott Baena re outcome of mediation and proposed meeting.

06/22/06   3.0  Review tabulations from Dan Relles (1.5); talk with Robert H. Sims re Relles response (0.5); attend committee phone call (1.0).

06/23/06   2.5  Review revised baseline calculations per Relles response.

06/29/06   0.5  Update from Joshua S. Katz re committee phone call.

TOTAL:    36.5

JUNE, 2006 TIME LOG OF ROBERT H. SIMS

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

06/02/06   0.4  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/05/06   1.2  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/06/06   1.4  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/07/06   0.7  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/08/06   0.3  Review and comment on Paul Honig e-mail regarding Grace claims data processing.

06/12/06   1.0  Review and comment on Paul Honig e-mail regarding Grace claims data processing (0.5); talk with Francine F. Rabinovitz re meso estimate (0.5).

06/14/06   3.4  Prepare initial analysis of liabilities (3.1), discuss with Francine F. Rabinovitz (0.3).

06/15/06   1.2  Revise initial analysis of liabilities (1.0); talk with Francine F. Rabinovitz re check on averages and counts (0.2).

06/21/06   1.5  Review Dan Relles' runs of Grace claims & discuss with Paul Honig.

06/22/06   1.0  Review Paul Honig spreadsheet of Relles' analysis (0.5); discuss Relles' response with Francine F. Rabinovitz (0.5).

06/23/06   1.0  Further review and analysis of Honig runs.

06/30/06   2.0  Initial reviews of potential revision to Grace liability forecast.

TOTAL:   15.1

JUNE, 2006 TIME LOG OF PAUL K. HONIG

DATE     TIME TASK

06/01/06  3.0  Investigate multiple attorney records for the set of records for a given matter: claimant.

06/02/06  1.5  Continue identifying relationship of attorney records (primary, secondary, etc) with claimant records.

06/05/06  3.5  Continue multiple attorney record investigation; draw random samples to examine attorney names.

06/06/06  7.5  Move forward on creating analytic file; where choice unclear we document our decisions for later review; after law firm edits, bring the file through to Manmgr; once again, charkey Manmrg is nearly zero.

06/08/06  3.5  Create program flow of work & document decisions made to produce file for review later.

06/12/06  0.5  Produce several tables for Robert H. Sims.

06/14/06  0.5  Subdivide analysis file and e-mail parts to Robert H. Sims.

06/15/06  0.5  Contact Dan Relles on Robert H. Sims' behalf for "reality check" on our filed/closed, settled amounts by disease; Dan Relles needs more info from Francine F. Rabinovitz before disclosing.

06/21/06  3.5  Create various spreadsheets based on Dan Relles' txt file of tables.

06/22/06  3.5  Rerun our dedup with Dan Relles' definition of "Closed" & compared to our earlier results.

06/24/06  1.5  Incorporate cpi values inflating $ to Yr2005 for our data & resend updated spreadsheet.

TOTAL:   29.0

JUNE, 2006 TIME LOG OF JOSHUA S. KATZ

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

06/01/06  0.2  Review of e-mail from Jay Sakalo regarding Lloyd's motion.

06/06/06  0.7  Review of memo and CDs/DVDs from Bilzin paralegal Wanda Roman (0.3); review of PI database CD from Wanda (0.4).

06/29/06  1.0  Committee conference call (0.5); call with Francine F. Rabinovitz re Committee call (0.5).

06/30/06  0.3  Per Francine F. Rabinovitz request, brief call with Jay Sakalo regarding the case schedule moving forward (0.2); e-mail to Francine F. Rabinovitz relaying information from the call (0.1).

TOTAL:    2.2