**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) |  |  |
|  ) |  |  |
| **IN RE:** ) | **Chapter 11** |  |
|  ) |  |  |
| **W.R. GRACE & CO.,** *et al.,* ) | Case No. 01-01139 (JKF) |  |
|  ) | Jointly Administered |  |
|  ) |  |  |
| **Debtors.** ) | Related to Docket No. 12823 |  |
|  ) | Hrg. Date: September 11, 2006 |  |
|  ) | Objection Deadline: August 14, 2006 |  |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) |  |  |

**JOINDER OF MOTLEY RICE LLC IN THE JOINT
RESPONSE OF VARIOUS LAW FIRMS REPRESENTING
ASBESTOS PERSONAL INJURY CLAIMANTS IN OPPOSITION TO
DEBTOR'S MOTION TO COMPEL ASBESTOS PERSONAL INJURY
CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS
<u>PERSONAL INJURY QUESTIONNAIRE (D.I. 12823)</u>**

COMES NOW, Motley Rice LLC, (hereinafter "Respondent") a law firm representing various asbestos personal injury claimants, by and through counsel and hereby files this, its Joinder in the Joint Response of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire. Respondent respectfully showeth the Court as follows:

Initially, Respondent declares that by filing this response, Respondent, either on behalf of itself or on behalf of any Claimants it may represent, does not submit to the jurisdiction of this Court for any purpose and hereby expressly denies that this Court has personal jurisdiction over Respondent or any Claimants it may represent with regard to the questionnaire or any issue arising with respect to the questionnaire. Thus, Respondent specifically reserves its objections to this Court's exercise of jurisdiction over it or any Claimants represented by it.

In support of its position, Respondent hereby and herewith expressly adopts and incorporates by reference any and all responses to W.R. Grace & Co. and its affiliated companies' (hereinafter "W.R. Grace") Motion to Compel, filed by other parties in interest whose positions are consistent with Respondent's position including, but not limited to, the Joint Response of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (hereinafter "Joint Response") filed previously in this matter.

In further support of Respondent's opposition to W.R. Grace's Motion to Compel, Respondent attaches Exhibit 1, a Declaration, to this response and incorporates it herein as if fully set out. This affidavit details the substantial hardship Respondent has thus far encountered in attempting to fill out W.R. Grace's Questionnaire for various Claimants. Moreover, the Exhibit 1 Declaration describes the additional hardship, expense, and burden Respondent will encounter if required to respond in the manner W.R. Grace envisions as evinced by the content of its Motion to Compel.

WHEREFORE, for the reasons set forth in this response and the Joint Response filed previously in this matter, Respondent prays that the W.R. Grace questionnaire process be suspended immediately and be subsequently discarded given this Court's lack of jurisdiction over Claimants. In the alternative, Respondent prays that W.R. Grace's Motion to Compel be denied as moot given this Court's imminent setting of an asbestos claims bar date. Finally, Respondent prays that its objections to the questionnaire be sustained, that W.R. Grace's Motion to Compel be denied in its entirety, and that Respondent be granted such other, just, equitable, and necessary relief as this Court deems proper.

3

Dated:  September 7, 2006

RESPECTFULLY SUBMITTED,

/s/*John A. Baden*
JOHN A. BADEN IV, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Tel. (843) 216-9000
Fac. (843) 216-9450
Email:  jbaden@motleyrice.com


HEIMAN, GOUGE & KAUFMAN
*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
800 King Street
Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)


COUNSEL FOR VARIOUS
ASBESTOS PERSONAL INJURY
CLAIMANTS

3