**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------

In re:                                              Case No. 01-01139
                                                    (Chapter 11)


                                                    Hon. Judith Fitzgerald

W.R. Grace & Co.,

---------------------------------------------------

## DECLARATION OF SANDRA ORVIG

Sandra Orvig, declares under the penalty of perjury the following is true and correct:

I am over the age of twenty one (21) years and am a legal assistant and Senior Claims Administrator with Motley Rice, LLC ("MR") which law firm represents certain individuals with claims against W.R. Grace, et al ("Debtors") for personal injuries caused by exposure to asbestos-containing products. I am familiar with and have read the Debtors' Asbestos Personal Injury Questionnaire ("Questionnaire") in the above captioned matter. I am familiar with and work extensively on asbestos litigation cases, including the time and costs to respond to discovery in these cases. Further, I have worked on matters concerning the W.R. Grace bankruptcy since the Debtors bankruptcy filing in 2001.


## I. SUBMISSION OF QUESTIONNAIRES:

1.  Rust Consulting ("Rust"). Debtors' consulting firm, sent MR 4,876 Questionnaires. The Questionnaires contained only names of clients and did not include any kind of unique identifier for a client. MR requested a unique identifier from Rust, such as the last four digits of the client's social security number, in order to match clients properly to the questionnaires received. We were advised that no unique identifiers would be provided. Therefore, it took three (3) days for MR to attempt to match names with questionnaires, utilizing our database of client information. Clients who are deceased, had either spouse's names provided by Rust, or, upon information and belief, the personal representative's name. In some cases, the names were misspelled. Out of the 4,876 Questionnaires MR received from Rust, MR was able to confirm that 1,170 were MR clients. Therefore, MR responded on behalf of these 1,170 clients.

2    It took our Information Technology Department 255 hours to write the necessary programming to convert information in our computer system to the WR Grace Questionnaires.

1

3.    Utilizing our database, our office included and attached to each individual Questionnaire documents consisting of a Medical Profile, an Asbestos Exposure Profile, an Employment History, and an Asbestos Litigation Profile which included Grace Exposure. A Non-Grace Exposure Profile was included for applicable clients.

4. We utilized three (3) paralegals to review the documentation included with the Questionnaires. We filed the completed Questionnaires electronically. 1.8 Billion Bytes of information were used in submission of the Questionnaires to Rust. This included the attachments.

5.    The estimated man-hours for paralegal review and preparing the previously submitted Questionnaires to Rust: 2,496 hours.

## II. COMPLETION OF A QUESTIONNAIRE AS DEMANDED BY DEBTORS:

1.    Debtors are demanding that all Questionnaires be completed in a "narrative" format. This would require that all Questionnaires be prepared "by hand" without the use of electronic data or information from available databases.

2.    Based upon the extremely detailed information required in the Questionnaire, each paralegal would be required to perform **at the very least**, the following tasks:

   a.   Match the correct client with the Questionnaire sent by Rust;

   b.   Retrieve the information from our database;

   c.   Review the information;

   d.   Determine the required information which is not included on the database;

   e.   Requisition the file, either on or off premises;

   f.   Review the file for additional information;

   g.   Contact the client, personal representative if the client is deceased, or other family member(s) for additional information;

   h.   Include the information, if available, in the Questionnaire;

   i.   Pull and copy all required documents, including but not limited to medical records, expert reports, pathology reports, PFT tests, ILOs, X-ray narratives, depositions (if applicable), interrogatories, co-worker depositions (if applicable), social security records, military records, union records, and any other documentation deemed necessary;

2

j.  Forward the Questionnaires to all clients for signature;

k.  Follow up with any client who does not respond; and

l.  Box and forward completed Questionnaires to Rust.

3.  In addition, it must be noted that some of the information demanded on the Questionnaire is not generally captured by the firm, and would usually only be revealed through normal discovery channels and supplemented once a trial was set.  This would necessitate contacting each and every client for the information demanded in order to answer the Questionnaire at this point in time.

4.  Based upon the above, the average time necessary to complete one Questionnaire in the manner demanded by the Debtors in the motion to compel has been estimated as follows:

Estimated Average Time to complete one (1) Questionnaire in the Manner Demanded by the Debtor:  7.5-8 hours.

Number of Claimants Represented by Motley Rice, LLC:  9,300

The Total Hours Needed to Complete All Questionnaires in the Manner Demanded by the Debtor:  Between 69,750 and 74,400 hours.  Assuming a 37.5 hour work week, this project would approximately take 1,860 person weeks.

The Estimated Cost to Motley Rice, LLC, assuming $25.00 per paralegal hour to Complete the Questionnaires in the Manner Demanded by the Debtor: $1,743,750.00.

The above estimate does not include time for attorneys to review and prepare any additional paperwork which may be required.


SANDRA ORVIG

3