**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al*. | ) | Case No. 01-01139 (JFK) |
| Debtors. | ) | Jointly Administered |
|  | ) | Objection Deadline: August 4, 2006 @ 4:00 |
|  | ) | Hearing Date:    September 11, 2006 |

### **CERTIFICATE OF SERVICE**

     I, January E. Reif, hereby certify that I caused a true and correct copy of the within **JOINDER OF MOTLEY RICE LLC IN THE JOINT RESPONSE OF VARIOUS LAW FIRMS REPRESENTING ASBESTOS PERSONAL INJURY CLAIMANTS IN OPPOSITION TO DEBTOR'S MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE (D.I. 12823)** to be sent on September 7, 2006 to those on the attached list as indicated.

          */s/ January E. Reif*
          January E. Reif, Legal Assistant
          Heiman, Gouge & Kaufman, LLP
          800 King Street, Suite 303
          P.O. Box 1674
          Wilmington, DE 19899-1674
          (302) 658-1800