AUGUST 31/2006

480 ALTA ROAD AT ROCK MOUNTIAN
P.O.B. 799001
SAN DIEGO CALIFORNIA
92179-9001

RE: W.R.GRACE/CO;et al;(CASE#01-01139(JFK)

HONORABLE CLERK:I AM INQUIRING TO THE RULING IN THE ABOVE MENTIONED MATTER. I KNOW THA THE COURT WAS GOING TO RULE IN FAVOR OF THE DEFENDANT.

I WISH TO THANK YOUR OFFICE FOR THEIR ATTENTION IN THE ABOVE MENTIONED MATTER

SINCERLY                                          RALPHEAL J.PALAZZO

*[signature: Rapheal P. Palazzo]*