UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                  :
                                        :     Chapter 11
W.R. GRACE & CO., *et al.*              :
                                        :
            Debtors.                    :     Case No. 01-01139 (JKF)
---------------------------------------------------x

VERIFIED STATEMENT OF WEIL GOTSHAL & MANGES LLP
PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and on behalf of the Ad Hoc Committee of Equity Security Holders (the "Ad Hoc Equity Committee") of W.R. Grace & Co., *et al* ("W.R. Grace"), Weil, Gotshal & Manges LLP ("WG&M"), hereby files this Verified Statement and represents as follows:

1. WG&M represents the Ad Hoc Equity Committee in the above-referenced chapter 11 cases of W.R. Grace. The Ad Hoc Equity Committee is currently comprised of the following members:

    a. Dune Capital LLC
       623 5th Avenue, 30th Floor
       New York, New York 10022

    b. Duma Capital Partners, L.P.
       11370 Avenue of the Americas, 23rd Floor
       New York, New York 10019

    c. Silver Point Capital , L.P.
       2 Greenwich Plaza, 1st Floor
       Greenwich, CT 06830

    d. Citadel Investment Group, L.L.C
       625 Madison Avenue, 15th Floor
       New York, New York 10022

2. WG&M is authorized to act on behalf of the Ad Hoc Equity Committee as its legal representative.

635218v1

3. Weil does not have any claims against or interests in any of the Debtors.

4. A verification of the above representations is attached hereto and incorporated herein by reference.

Dated: Wilmington, Delaware
September 7, 2006

THE BAYARD FIRM

*/s/ Kathryn D. Sallie*

Neil B. Glassman (No. 2087)
Steven M. Yoder (No. 3885)
Kathryn D. Sallie (No. 4600)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 655-5000

-and-

WEIL, GOTSHAL & MANGES LLP

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

David A. Hickerson
M. Jarrad Wright
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Attorneys for the Ad Hoc
Committee of Equity Security Holders

635218v1

## VERIFICATION

I, Judy G.Z. Liu, Esq. of Weil Gotshal & Manges LLP, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

_____
Judy G.Z. Liu

SWORN TO AND SUBSCRIBED
before me this 7th of September, 2006.

_____
Notary Public

**MICHELLE M. DERO**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires March 13, 2010