UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                :
                                      :    Chapter 11
W.R. GRACE & CO., *et al.*            :
                                      :
        Debtors.                      :    Case No. 01-01139 (JKF)
---------------------------------------------------------x

**VERIFIED STATEMENT OF THE BAYARD FIRM
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and on behalf of the Ad Hoc Committee of Equity Security Holders (the "Ad Hoc Equity Committee") of W.R. Grace & Co., *et al* ("W.R. Grace"), The Bayard Firm ("Bayard") hereby files this Verified Statement and represents as follows:

1. Bayard represents Bank of America, N.A. ("Bank of America"), 335 Madison Avenue, New York, New York 10017 in its capacity as DIP Lender. Bayard was retained by Bank of America by being contacted by Latham & Watkins LLP, counsel representing Bank of America. Bayard has fully advised Bank of America through its lead counsel that Bayard represents other clients in these cases. Bank of America has: (a) acknowledged and consented to such representation; and (b) requested that Bayard represent it in these cases. Bayard is authorized to act on behalf of Bank of America as its legal representative.

2. Bayard represents the Ad Hoc Equity Committee in the above-referenced bankruptcy cases of W.R. Grace. The Ad Hoc Equity Committee is currently comprised of the following members:

   a.   Dune Capital LLC
        623 5th Avenue, 30th Floor
        New York, New York 10022

635126v1

  b.  Duma Capital Partners, L.P.
    11370 Avenue of the Americas, 23rd Floor
    New York, New York 10019

  c.  Silver Point Capital, L.P.
    2 Greenwich Plaza, 1st Floor
    Greenwich, CT 06830

  d.  Citadel Investment Group, L.L.C
    625 Madison Avenue, 15th Floor
    New York, New York 10022

3. Bayard is authorized to act on behalf of the Ad Hoc Equity Committee as its legal representative.

4. Bayard does not have any claims against or interests in any of the Debtors.

5. A verification of the above representations is attached hereto and incorporated herein by reference.

Dated: Wilmington, Delaware
   September 7, 2006

**THE BAYARD FIRM**

*/s/ Kathryn D. Sallie*

Neil B. Glassman (No. 2087)
Steven M. Yoder (No. 3885)
Kathryn D. Sallie (No. 4600)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 655-5000

-and-

**WEIL, GOTSHAL & MANGES LLP**

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

- 3 -

David A. Hickerson
M. Jarrad Wright
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Counsel for the Ad Hoc
Committee of Equity Security Holders

## VERIFICATION

I, Kathryn D. Sallie, Esq. of The Bayard Firm, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

_____
Kathryn D. Sallie (No. 4600)


SWORN TO AND SUBSCRIBED
before me this 7th of September, 2006.

_____
Notary Public

MICHELLE M. DERO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 13, 2010

635126v1

- 4 -