IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Garrett J. Bradley, Thornton & Naumes, LLP, 100 Summer Street, Boston, Massachusetts, 02110, to represent Claimants in this action.

Dated: September 7, 2006

THE HOGAN FIRM

Daniel K. Hogan (De. Bar No. 2814)
1311 Delaware Avenue
Wilmington, DE 19806
Phone: (302) 656-7540
Facsimile: (302) 656-7599

Counsel for Claimants

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 7, 2006

Garrett J. Bradley
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, Massachusetts 02110
Phone: (617) 720-1333
Facsimile: (617) 720-2445

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                       United States Bankruptcy Judge