**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Company ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: September 11, 2006,** |
| ) | **10:00 a.m.** |
| ) | **Related to Docket Nos. 6301, 6371,** |
| ) | **6654, 6852, 6853,** |
| ) | **12819, 12921, 12958** |

**NOTICE OF SUPPLEMENTAL RESPONSE TO DEBTOR'S MOTION
TO COMPEL FURTHER RESPONSES FROM
ASBESTOS CLAIMANTS REPRESENTED BY JACOBS & CRUMPLAR, P.A.
TO ITS QUESTIONNAIRE FOR ESTIMATING CLAIMS RESULTING
FROM THE IMPASS OF MEDIATION HELD ON AUGUST 29, 2**006

**TO:**

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, LLP
919 N. Market Street, 17th Floor
Wilmington, Delaware  19801
 *Co-Counsel for Debtors*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, Delaware  19806
*Counsel to the Future Claimants'
Representative*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware  19801-1246
*Counsel to the Official Committee of
Unsecured Creditors*

Teresa K. D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, Delaware  19801
*Counsel to the Official Committee
of Equity Holders*

Michael B. Joseph, Esquire
Ferry, Joseph, & Pearce, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, Delaware  19899
*Counsel to the Official Committee
 of Property Damage Claimants*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801
*Counsel to the Official Committee
 of Personal Injury Claimants*

| | |
|---|---|
| Janet Baer, Esquire<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Chicago, Illinois   60601<br>*Co-counsel for the Debtors* | Barbara Harding, Esquire<br>Kirkland & Ellis, LLP<br>655 Fifteenth Street, NW, Suite 1200<br>Washington, DC   20005-5793<br>*Co-counsel for the Debtors* |
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY   10038-4982<br>*Counsel to the Official Committee*<br> *of Unsecured Creditors* | Scott L. Baena, Esquire<br>Bilzin, Sumberg, Dunn, Baena,<br>Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL   33131<br>*Counsel to the Official Committee*<br> *of Property Damage Claimants* |
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor,<br>New York, NY 10152-3500<br>*Counsel to the Official Committee*<br> *of Personal Injury Claimants* | Thomas M. Mayer, Esquire<br>Kramer, Levin, Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY   10022<br>*Counsel to the Official Committee of*<br> *Equity Holders* |
| Richard H. Wyron, Esquire<br>Swidler, Berlin, Shereff, Friedman, LLP<br>3000 K Street, NW, Suite 300<br>Washington, D. C.   20007<br>*Counsel to the Future Claimants'*<br> *Representative* | The Office of the United States Trustee<br>Attn:  David Klauder<br>844 N. King Street<br>Wilmington, Delaware   19801 |

**PLEASE TAKE NOTICE** that Plaintiffs, represented by Jacobs & Crumplar,

object to the Defendants *Omnibus* Motion to compel asbestos personal injury Claimant's further response to the W. R. Grace asbestos personal injury questionnaire.

                                      **JACOBS & CRUMPLAR, P.A.**

By:   */s/ Robert Jacobs, Esquire*
       Robert Jacobs, Esquire (Bar ID# 0244)
       2 East 7th Street, P.O. Box 1271
       Wilmington, DE   19899
       (302) 656-5445
       *Attorney for Asbestos Injury Creditors*

Dated:  9/7/06

F:\WP70\Bankruptcies\Asbestos Bankruptcies\W.R. Grace Co - 13,754\Pleadings\083106_Notice of Supple_Response to Debtor'sMottoCompel.rj.doc