**CERTIFICATE OF SERVICE**

      I, Robert Jacobs, hereby certify that on this 7th day of September 7, 2006 I caused one copy of the above ASBESTOS CLAIMANTS' SUPPLEMENTAL RESPONSE TO DEBTOR'S MOTION TO COMPEL FURTHER RESPONSES FROM ASBESTOS CLAIMANTS REPRESENTED BY JACOBS & CRUMPAR, P.A., TO ITS QUESTIONNAIRE FOR ESTIMATING CLAIMS RESULTING FROM THE IMPASS OF MEDIATION HELD ON AUGUST 29, 2006 to be served upon the following counsel in the manner indicated:

**VIA HAND DELIVERY**

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, LLP
919 N. Market Street, 17th Floor
Wilmington, Delaware  19801
  *Co-Counsel for Debtors*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware  19801-1246
*Counsel to the Official Committee of
Unsecured Creditors*

Michael B. Joseph, Esquire
Ferry, Joseph & Pearce, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, Delaware  19899
*Counsel to the Official Committee
 of Property Damage Claimants*

The Office of the United States Trustee
Attn:  David Klauder
844 N. King Street
Wilmington, Delaware  19801

**VIA HAND DELIVERY**

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, Delaware  19806
*Counsel to the Future Claimants'
Representative*

Teresa K. D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, Delaware  19801
*Counsel to the Official Committee
of Equity Holders*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801
*Counsel to the Official Committee
 of Personal Injury Claimants*

**VIA FIRST CLASS MAIL**

Janet Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois  60601

**VIA FIRST CLASS MAIL**

Barbara Harding, Esquire
Kirkland & Ellis, LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC  20005-5793

*Co-counsel for the Debtors*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY   10038-4982
*Counsel to the Official Committee
 of Unsecured Creditors*

*Co-counsel for the Debtors*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL   33131
*Counsel to the Official Committee
 of Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor,
New York, NY 10152-3500
*Counsel to the Official Committee
 of Personal Injury Claimants*

Thomas M. Mayer, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY   10022
*Counsel to the Official Committee of
 Equity Holders*

Richard H. Wyron, Esquire
Swidler, Berlin, Shereff, Friedman, LLP
3000 K Street, NW, Suite 300
Washington, D. C.   20007
*Counsel to the Future Claimants'
 Representative*

**JACOBS & CRUMPLAR, P.A.**

By:   */s/ Robert Jacobs, Esquire*
Robert Jacobs, Esquire (Bar ID# 0244)
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
*Attorney for Asbestos Injury Creditors*

Dated: August 4, 2006