IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case no. 01-01139 (JKF) |
| Debtors | ) | Jointly Administered |
| | ) | **Re: Docket No.: 13034** |
| | ) | |
| | ) | |
| | ) | |

Objection Deadline: September 8, 2006, at 4:00 p.m.
Hearing Date: September 25, 2006, at 2:00 p.m.

### NOTICE OF FILING (1) EXHIBITS TO THE AFFIDAVIT OF DAVID M. BERNICK, P.C. ATTACHED TO THE MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR THE PRODUCTION OF DOCUMENTS AND (2) PROPOSED FORM OF ORDER

On August 21, 2006 the above captioned debtors and debtors in possession

("Debtors"), filed the *Motion of the Debtors and Debtors in Possession Pursuant to Federal Rule

of Bankruptcy Procedure 2004 for the Production of Documents* (the "Motion") (Docket No.

13034) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street,

Wilmington, Delaware 19801 (the "Court").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

It was recently discovered that certain exhibits to the Motion and the proposed form of Order were inadvertently omitted from the filed document. As a result, attached hereto as Exhibit A is a copy of the Affidavit of David M. Bernick, P.C. with Exhibits 1-5 attached and attached hereto as Exhibit B is the Proposed Order.

Dated: September 7, 2006

           Respectfully submitted,

           KIRKLAND & ELLIS LLP
           David M. Bernick
           Janet S. Baer
           200 East Randolph Drive
           Chicago, IL 60601
           Telephone:   (312) 861-2000
           Facsimile:   (312) 861-2200

           KIRKLAND & ELLIS LLP
           Barbara Harding
           David E. Mendelson
           655 Fifteenth Street, NW
           Washington, D.C. 20005
           Telephone:   (202) 879-5000
           Facsimile:   (202) 879-5200

           -and-

           PACHULSKI STANG ZIEHL YOUNG JONES
           & WEINTRAUB LLP

           */s/ James E. O'Neill*
           Laura Davis Jones (Bar No. 2436)
           James E. O'Neill, III (Bar. No.4042)
           919 North Market Street, 17th Floor
           P.O. Box 8705
           Wilmington, Delaware 19899-8705 (Courier 19801)
           Telephone:   (302) 652-4100
           Facsimile:   (302) 652-4400