# EXHIBIT A

**EXHIBIT B TO 2004 MOTION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*,[1] | ) | Jointly Administered |
| | ) | Re: |
| Debtors | ) | |
| | ) | |

| | |
|---|---|
| STATE OF NEW YORK    ) | |
| ) | ss: |
| COUNTY OF NEW YORK  ) | |

## AFFIDAVIT OF DAVID M. BERNICK, P.C.

DAVID M. BERNICK, P.C., being duly sworn, deposes and says:

1.    I am a partner at the law firm of Kirkland & Ellis LLP, and I represent the

debtors and the debtors in possession in these chapter 11 proceedings.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.   On July 6, 2006, pursuant to Local Rule 2004-1, my partner, Barbara Harding,

sent a letter to counsel for the PI Committee, the PD Committee, ZAI Claimants, Libby

Claimants, and the FCR, enclosing a draft Request for Production of Documents pursuant to

Federal Rules of Bankruptcy Procedure 2004 and 7034 and Federal Rules of Civil Procedure

26 and 34.  *See* Exhibit 1 attached hereto.  The draft Request for Production of Documents

sought all documents relating to any agreement, arrangement or contract entered into within

or among the PI Committee, the PD Committee, the Libby Claimants, the ZAI Claimants and

the FCR (collectively, the "Parties") relating to any potential chapter 11 plan, plan

negotiations, payment of claims, valuation of claims, or other resolution of the chapter 11

proceedings.

3.   On July 7, 2006, Mr. Scott Baena corresponded to Ms. Harding on behalf of the

Parties to the Request for Production of Documents, indicating that certain documents would

be produced, but that the Parties did not intend to fully comply with the formal Request for

Production of Documents.  *See* Exhibit 2 attached hereto.

4.   On July 17, 2006, Mr. Baena corresponded to Ms. Harding and Ms. Janet Baer,

also one of my partners at K&E, attaching a series of electronic mail which concern the

agreement between the Parties.  *See* Exhibit 3 attached hereto (without attachments).

5.   On July 18, 2006, Ms. Baer corresponded to Mr. Baena asking him to confirm

that the electronic mail produced on July 17, 2006, fully addressed the Request for

Production of Documents and that there were no other responsive documents.  *See* Exhibit 4

attached hereto.

6.   Mr. Baena responded on July 18, 2006 indicating that the Parties did not believe

the Request for Production of Documents was appropriate; thus, he would not confirm

2

whether other responsive documents existed which were not produced. *See* Exhibit 5

attached hereto.

    7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on August 21, 2006

 

David M. Bernick, P.C.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

Subscribed and sworn to before me
this _____ day of _____, 2006.

_____
Notary Public
My Commission Expires: *02-21-08*

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

# EXHIBIT 1

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Barbara Mack Harding
To Call Writer Directly:
202 879-5081
bharding@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

July 6, 2006

**COPY VIA FACSIMILE**
**ORIGINAL VIA U.S. MAIL**

Nathan D. Finch, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, DC 20005

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-5340

Richard H. Wyron, Esq.
Orrick Herrington & Sutcliffe
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan &
  McGarvey, P.C.
745 South Main
Kalispell, MT 59901-5399

Daniel C. Cohn, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Darrell W. Scott, Esq.
Scott Law Group PS
926 W. Sprague Avenue
Suite 583
Spokane, WA 99201

Edward J. Westbrook, Esq.
Richardson, Patrick, Westbrook &
  Brickman LLC
1037 Chuck Dawley Blvd., Bldg. A
PO Box 1007
Mount Pleasant, SC 29464

Re:    W.R. Grace Bankruptcy, 01-01139 (JKF) (Bankr. D. Del.)

Dear Counsel:

I am writing this letter pursuant to Local Rule 2004-1. Enclosed please find a copy of a draft Request for Production of Documents pursuant to Federal Rules of Bankruptcy Procedure 2004 and 7034 and Federal Rules of Civil Procedure 26 and 34, that W.R. Grace & Co. intends to serve on the Official Committee of Asbestos Personal Injury Claimants, the Official

# KIRKLAND & ELLIS LLP

July 6, 2006
Page 2

Committee of Asbestos Property Damage Claimants, the Future Claimants Representative, the Libby Claimants and the ZAI Claimants. We would like to schedule a telephonic conference to discuss, pursuant to Local Rule 2004-1, whether we can reach an agreement for you to provide us with the documents requested.

Please let us know within three business days of your availability for such a conference.

Sincerely,

Barbara Mack Harding

BMH:djs
Enclosure

(w/encl.)
cc:    Gary M. Becker, Esq.
       Kenneth Pasquale, Esq.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
                                          )
                                          )    Case no. 01-01139 (JFK)
W.R. GRACE & CO., *et al.*,[1]            )    Jointly Administered
                                          )    Re:
                        Debtors           )
                                          )

## DEBTORS' REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Pursuant to the rulings made by the United States Bankruptcy Court for the District of

Delaware at the June 19, 2006, omnibus hearing, Federal Rules of Bankruptcy Procedure 2004,

7026 and 7034, and Federal Rules of Civil Procedure 26 and 34, W.R. Grace & Co., and its

affiliated companies, (collectively, "Debtors") request that the Official Committee of Asbestos

Personal Injury Claimants ("PI Committee"), the Official Committee of Asbestos Property

Damage Claimants ("PD Committee"), the Zonolite Attic Insulation Claimants ("ZAI

Claimants"), the claimants asserting personal injury claims relating to the Grace vermiculite

mine in Libby Montana ("Libby Claimants"), and the Future Claimants' Representative ("FCR")

---

1    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

respond to the following Request for Production of Documents to Kirkland & Ellis LLP, 655 Fifteenth Street, NW, Washington, D.C., 20005 within thirty (30) days of service. The PI Committee, PD Committee, ZAI Claimants, Libby Claimants and FCR are further charged with the duties imposed by Federal Rule of Civil Procedure 26(e) and Federal Rule of Bankruptcy Procedure 7026 to supplement their answers to this Request for Production of Documents if they later learn that such answers are in some respect incomplete or incorrect.

<div align="center">

**DEFINITIONS AND INSTRUCTIONS**

</div>

1.     The "Action" shall mean the Chapter 11 cases styled *In re W.R. Grace & Co., et al.*, Case No. 01-1139 (JFK) currently pending in the United States Bankruptcy Court, District of Delaware.

2.     "PI Committee" shall mean and include the Official Committee of Asbestos Personal Injury Claimants (including but not limited to the individual members thereof), and any employee, representative, predecessor, agent, or attorney of the committee or any member thereof, including all persons acting or purporting to act for, on behalf of, in conjunction with, or who are subject to the direction and control of the PI Committee or its individual members.

3.     "PD Committee" shall mean and include the Official Committee of Asbestos Property Damage Claimants (including but not limited to the individual members thereof), and any employee, representative, predecessor, agent, or attorney of the committee or any member thereof, including all persons acting or purporting to act for, on behalf of, in conjunction with, or who are subject to the direction and control of the PD Committee or its individual members.

4.     "FCR" shall mean and include, David Austern, the Future Claimants' Representative, including but not limited to any employee, representative, predecessor, agent, or attorney of any

<div align="center">

2

</div>

of the aforesaid, including all persons acting or purporting to act for, on behalf of, in conjunction with, or who are subject to the direction and control of the FCR.

5.    "ZAI Claimants" shall mean and include individuals who are represented in this Action by the law firms of the Scott Law Group, P.S. and Richardson Patrick Westbrook & Brickman LLC and who allege that asbestos-contaminated Zonolite Attic Insulation ("ZAI") manufactured by W.R. Grace has caused harm to their real property, including but not limited to any employee, representative, predecessor, agent, or attorney of any of the aforesaid, including all persons acting or purporting to act for, on behalf of, in conjunction with, or who are subject to the direction and control of the ZAI Claimants.

6.    "Libby Claimants" shall mean and include individuals who are represented in this Action by the law firms of McGarvey, Heberling, Sullivan & McGarvey, P.C. and Cohn, Whitesell & Goldberg LLP and who allege injury caused by exposure to tremolite asbestos from Grace's vermiculite mine located in Libby, Montana, including but not limited to any employee, representative, predecessor, agent, or attorney of any of the aforesaid, including all persons acting or purporting to act for, on behalf of, in conjunction with, or who are subject to the direction and control of the Libby Claimants.

7.    "Person" includes a natural person or any business, legal, or government entity or association.

8.    Unless otherwise specified, this Request for Production of Documents shall include the period beginning January 1, 2001 through the date on which the answers in response hereto are made.

3

9.      Consistent with the requirements and limitations of the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, if you object to this Request for Production of Documents on the basis of privilege or immunity from discovery, list in your written response to the particular Request for Production all such documents in chronological order, setting forth as to each the following: (a) date of the document; (b) identity of the author(s) and all recipients; (d) description; (e) type of document; (f) subject matter; and (g) basis for assertion of privilege or immunity.

10.      Consistent with the requirements and limitations of the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, you are under a duty to supplement your responses to these Request for Production pursuant to the requirements of Federal Rule of Civil Procedure 26(e) and Federal Rule of Bankruptcy Procedure 7026.

11.      As used herein, "Document" has the full meaning ascribed to it in Rule 34 of the Federal Rules of Civil Procedure and Rule 7034 of the Federal Rules of Bankruptcy Procedure.

12.      "Relate to," "related to," or "relating to" shall mean, without limitation, to consist of, refer to, evidence, describe, reflect, memorialize or otherwise be in any way legally, logically or factually connected with the subject matter discussed.

13.      Whenever appropriate, the singular form of a word should be interpreted in the plural. "And" as well as "or" shall be construed either disjunctively or conjunctively so as to acquire the broadest possible meaning in each circumstance.

4

14.    References to the singular include the plural and vice versa, references to one gender include the other gender, references to the past tense include the present and vice versa, and disjunctive terms or phrases should be read to include the conjunctive and vice versa.

## REQUEST FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

All documents relating to any agreement, arrangement or contract (whether oral or written) entered into within or among the PI Committee, PD Committee, Libby Claimants, ZAI Claimants and FCR relating to any potential chapter 11 plan, plan negotiations, payment of claims, valuation of claims, or other resolution of this Action.

Dated: July ___, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP

Barbara Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

5

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar. No.4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

6

# EXHIBIT 2



"Scott Baena"
<sbaena@bilzin .com>
07/07/2006 03:55 PM

To  "Barbara Harding" <bharding@kirkland.com>

dbernick@kirkland.com, jbaer@kirkland.com,
gbecker@kramerlevin.com, kpasquale@stroock.com,
RMULLADY@ORRICK.COM, dmendelson@kirkland.com,
abasta@kirkland.com, lmellis@kirkland.com, "Deborah
Scarcella" <dscarcella@kirkland.com>, NDF@Capdale.com,
cc  rwyron@orrick.com, cohn@cwg11.com,
ewestbrook@rpwb.com, jheberling@mcgarveylaw.com,
scottgroup@mac.com, "Jay Sakalo" <jsakalo@bilzin.com>,
"Matthew I. Kramer" <mkramer@bilzin.com>,
mwdies@aol.com

bcc

Subject  RE:

Barbara—

The ACC and the FCR have asked that I take responsibility for the subject matter of your following e mail
and its attachments. Per the inquiry in your letter, I am available for a call on Monday (before 1 or after
3pm EDT) and Tuesday. However, when Elihu, Roger and I met with David last week we told David that
we would provide him with copies of whatever documents we had (which we believed consisted of several
e mails) which memorialized the agreement between PI and PD and between PD and ZAI for purposes of
Grace's consideration of the matters discussed at that meeting consistent with the direction of the Court.
We are still willing to do so. To that end, we have determined that there are several e mails concerning the
PI/PD agreement. However, as to the PD/ZAI agreement, there are no documents save correspondence
with PD Committee counsel inquiring as to the agreement that we deem protected from disclosure. Thus
as to the latter we are preparing a summary of the agreement reached which we will provide you.

Based on the foregoing, I'm not really sure why we need to have a telephone conference but as I said
above, I am happy to do so if that is your desire. I do wish to make it very clear though that if you were to
seek to issue the more formal "discovery request" appended to your e mail we would likely oppose the
same as it suffers from a variety of deficiencies and more importantly seems to imply that Grace seeks the
material requested for some purpose other than its consideration of the matters discussed with David at
the direction of the Court. That is the only purpose for this disclosure and our willingness to so disclose is
based on that limit on what the documents can be used by Grace for.

Let me know what suits you.

With all good wishes,
Scott

From: Barbara Harding [mailto:bharding@kirkland.com]
Sent: Thursday, July 06, 2006 12:03 PM
To: NDF@Capdale.com; rwyron@orrick.com; cohn@cwg11.com; ewestbrook@rpwb.com; Scott Baena;
jheberling@mcgarveylaw.com; scottgroup@mac.com
Cc: dbernick@kirkland.com; jbaer@kirkland.com; gbecker@kramerlevin.com; kpasquale@stroock.com;
RMULLADY@ORRICK.COM; dmendelson@kirkland.com; abasta@kirkland.com; lmellis@kirkland.com;
Deborah Scarcella
Subject:

Counsel:

# EXHIBIT 3

Janet
Baer/Chicago/Kirkland-Ellis
07/18/2006 08:38 AM

To  Elizabeth Lombardo/Chicago/Kirkland-Ellis@K&E

cc

bcc

Subject  Fw: Grace-PD/PI Agreement

Please print for me ASAP. Jan

Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601
—— Forwarded by Janet Baer/Chicago/Kirkland-Ellis on 07/18/2006 08:38 AM ——



"Scott Baena"
<sbaena@bilzin.com>
07/17/2006 05:52 PM

To  janet_baer@chicago.kirkland.com, "Barbara Harding"
<bharding@kirkland.com>

cc  "Jay Sakalo" <jsakalo@bilzin.com>, Mwdles@aol.com,
EI@Capdale.com, "Frankel, Roger" <rfrankel@orrick.com>,
"Edward Westbrook" <ewestbrook@rpwb.com>,
rwyron@orrick.com, pvnl@capdale.com,
NDF@Capdale.com

Subject  Grace-PD/PI Agreement

Jan and Barbara—

I am attaching herewith a series of e mails by and among Martin Dies, Russell Bud and Elihu Inselbuch in
which the terms of the agreement concerning the sharing of distributions reached between the ACC and
the PD Committee are set forth.

I apologize for the delay in providing you with these materials. As I previously explained, we have also
agreed to disclose the agreement reached by Traditional PD and ZAI members of the PD Committee but
that such agreement is not memorialized in a writing or a series of e mails among the settlement
participants. Thus, I undertook to prepare a summary of the agreement. Unfortunately, however, given the
time of year, due to vacation schedules, I simply have not been able to obtain the acknowledgement of all
involved that the summary I prepared is accurate . Just as soon as I have obtained the same I will forward
that summary along as well. In the meantime, I did not want to hold up delivery of the attachments any
further. I am hopeful that I will be able to send the summary before the end of the week.

With all good wishes,
Scott



Bilzin Sumberg
ATTORNEYS AT LAW
Scott Baena
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

Tel. 305.350.2403
Fax. 305.351.2203
Cell. 305.607.3753

<u>www.bilzin.com</u>                                        <u>sbaena@bilzin.com</u>

"BILZIN.COM" made the following annotations.

---

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much...

   

Scan001.PDF  Scan001.PDF  Scan001.PDF  Scan001.PDF

# EXHIBIT 4

| | | |
|---|---|---|
| **Janet**<br>**Baer/Chicago/Kirkland-Ellis**<br>07/18/2006 01:00 PM | To | "Scott Baena" <sbaena@bilzin.com> |
| | cc | "Barbara Harding" <bharding@kirkland.com>,<br>EI@Capdale.com, "Edward Westbrook"<br><ewestbrook@rpwb.com>,<br>janet_baer@chicago.kirkland.com, "Jay Sakalo"<br><jsakalo@bilzin.com>, Mwdies@aol.com,<br>NDF@Capdale.com, pvnl@capdale.com, "Frankel, Roger"<br><rfrankel@orrick.com>, rwyron@orrick.com, David<br>Bernick/Chicago/Kirkland-Ellis@K&E |
| | bcc | |
| | Subject | Re: Grace-PD/PI Agreement |

Scott: Thank you for the e-mail and attachments. As you will recall, Barbara sent you a letter dated July 6, 2006 with an attached draft 2004 request. We understand that the below and attached (plus the ZAI memo still to come) is your response. Can you confirm that there are no other responsive documents that fall within the scope of the 2004 request? Thanks Jan

Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601
"Scott Baena" <sbaena@bilzin.com>



| | | |
|---|---|---|
| **"Scott Baena"**<br><sbaena@bilzin.com><br>07/17/2006 05:52 PM | To | janet_baer@chicago.kirkland.com, "Barbara Harding"<br><bharding@kirkland.com> |
| | cc | "Jay Sakalo" <jsakalo@bilzin.com>, Mwdies@aol.com,<br>EI@Capdale.com, "Frankel, Roger" <rfrankel@orrick.com>,<br>"Edward Westbrook" <ewestbrook@rpwb.com>,<br>rwyron@orrick.com, pvnl@capdale.com,<br>NDF@Capdale.com |
| | Subject | Grace-PD/PI Agreement |

Jan and Barbara---

I am attaching herewith a series of e mails by and among Martin Dies, Russell Bud and Elihu Inselbuch in which the terms of the agreement concerning the sharing of distributions reached between the ACC and the PD Committee are set forth.

I apologize for the delay in providing you with these materials. As I previously explained, we have also agreed to disclose the agreement reached by Traditional PD and ZAI members of the PD Committee but that such agreement is not memorialized in a writing or a series of e mails among the settlement participants. Thus, I undertook to prepare a summary of the agreement. Unfortunately, however, given the time of year, due to vacation schedules, I simply have not been able to obtain the acknowledgement of all involved that the summary I prepared is accurate . Just as soon as I have obtained the same I will forward that summary along as well. In the meantime, I did not want to hold up delivery of the attachments any further. I am hopeful that I will be able to send the summary before the end of the week.

With all good wishes,

Scott



Scott Baena
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**      Tel. 305.350.2403
200 South Biscayne Boulevard, Suite 2500        Fax. 305.351.2203
Miami, Florida 33131-5340                        Cell. 305.607.3753
www.bilzin.com                                   sbaena@bilzin.com

"BILZIN.COM" made the following annotations.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much...

      
Scan001.PDF  Scan001.PDF  Scan001.PDF  Scan001.PDF

# EXHIBIT 5



"Scott Baena"
&lt;sbaena@blzin.com&gt;
07/18/2006 01:13 PM

**To** "Janet Baer" &lt;jbaer@kirkland.com&gt;

"Barbara Harding" &lt;bharding@kirkland.com&gt;,
EI@Capdale.com, "Edward Westbrook"
&lt;ewestbrook@rpwb.com&gt;,
**cc** janet_baer@chicago.kirkland.com, "Jay Sakalo"
&lt;jsakalo@blzin.com&gt;, Mwdies@aol.com,
NDF@Capdale.com, pvnl@capdale.com, "Frankel, Roger"
&lt;rfrankel@orrick.com&gt;, rwyron@orrick.com, "David Bernick"
&lt;dbernick@kirkland.com&gt;

**bcc**

**Subject** RE: Grace-PD/PI Agreement

Jan---

I wish to make clear what I have previously told you. We did not and do
not think that the request, if made, would be appropriate and that we
would move for protection rather than respond to it. However, in an
effort to ensure that we have complied with Judge Fitzgerald's direction
that we share with Grace the agreement reached between PI and PD, we
volunteered to provide you with any writings between PI and PD, which
were not otherwise protected or privileged, and which memorialized the
agreement reached. That is precisely what we have done.

As for the agreement between Traditional PD and ZAI, we do not know of
any writings between the two constituencies which memorialize their
agreement. Accordingly, we have agreed to provide you with a summary of
the agreement prepared solely for the purpose of informing Grace of its
terms.

Warm regards,

Scott

-----Original Message-----
From: Janet Baer [mailto:jbaer@kirkland.com]
Sent: Tuesday, July 18, 2006 2:00 PM
To: Scott Baena
Cc: Barbara Harding; EI@Capdale.com; Edward Westbrook;
janet_baer@chicago.kirkland.com; Jay Sakalo; Mwdies@aol.com;
NDF@Capdale.com; pvnl@capdale.com; Frankel, Roger; rwyron@orrick.com;
David Bernick
Subject: Re: Grace-PD/PI Agreement

Scott: Thank you for the e-mail and attachments.  As
you will recall, Barbara sent you a letter dated July
6, 2006 with an attached draft 2004 request.  We
understand that the below and attached (plus the ZAI
memo still to come) is your response.  Can you confirm
that there are no other responsive documents that fall
within the scope of the 2004 request?   Thanks Jan

Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601



"Scott Baena"
<sbaena@bilzin.com>
07/19/2006 02:08 PM

To  janet_baer@chicago.kirkland.com, "Barbara Harding"
<bharding@kirkland.com>
cc  "Jay Sakalo" <jsakalo@bilzin.com>, "Matthew I. Kramer"
<mkramer@bilzin.com>, mwdies@aol.com, "Edward
Westbrook" <ewestbrook@rpwb.com>

bcc

Subject  Grace---PD/ZAI

Jan and Barbara—

I was able to speak to everyone on this side to confirm that the attached summary accurately sets forth
the agreement reached between the Traditional PD and ZAI members on the PD Committee concerning
the split of distributions between Traditional PD and ZAI.

With this, we believe that we have fulfilled our obligation to privately apprize Grace of the terms of
agreements reached as directed by Judge Fitzgerald.

Sincerely,
Scott

"BILZIN.COM" made the following annotations.
-------------------------------------------------------------------

This message contains information which may be confidential and privileged. Unless you are the
addressee (or authorized to receive for the addressee), you may not use, copy or disclose to
anyone the message or any information contained in this message. If you have received this
message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete
the message. Thank you very much...



========= 1100374_1.pdf