UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                                        :
                                              :    Chapter 11
W.R. GRACE & CO., *et al.*                    :
                                              :
               Debtors.                       :    Case No. 01-01139 (JKF)
------------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of David A. Hickerson to represent the Ad Hoc Committee of Equity Security Holders[1] in this action.

Respectfully submitted,

THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: 302-655-5000
Fax: 302-658-6395

By: /s/ Kathryn D. Sallie
Kathryn D. Sallie
Bar No. 4600

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the District of Columbia and the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I

---

[1] The Ad Hoc Equity Committee is currently comprised of Citadel Investment Group, L.L.C., Dune Capital LLC, Duma Capital Partners, L.P. and Silver Point Capital, L.P.

633576v2

also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

                                              Respectfully submitted,

                                              WEIL, GOTSHAL & MANGES LLP
                                              1300 Eye Street, NW, Suite 900
                                              Washington, DC 20005
                                              Telephone: (202) 682-7105
                                              Facsimile: (202) 857-0940

                                              By: _____
                                                  David A. Hickerson

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                                        Judge Judith K. Fitzgerald
                                                        United States Bankruptcy Judge

633576v2