IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: September 25, 2006 2:00 P.M.** |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 9315, 12150 |
| | ) | |

## STATUS REPORT AND REQUEST TO EXPUNGE PROPERTY DAMAGE CLAIMS LACKING CLAIMANT SIGNATURES FOR PROOF OF CLAIM QUESTION 18

On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection (Substantive)(the "Fifteenth Omnibus Objection") to all 4002 pending asbestos property damage claims ("PD Claims"). Since that filing, 83% of these claims have been withdrawn or expunged, leaving 656 PD Claims currently pending. This Status Report and Request to Expunge and Disallow focuses on 19 pending U.S. PD Claims and 97 pending Canadian PD Claims for which individual claimants have not provided signatures for their putative responses to Question Number 18 of the PD Claims proof of claim form. Question 18 required each claimant to respond to the question "When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?"

1. By an order dated April 25, 2002, the Court set March 31, 2003 as the last date (the "PD Bar Date") for filing proofs of claim for all prepetition claims relating to PD Claims.

2. The law firm of Speights & Runyan ("Speights") submitted 2975 PD Claims by the PD Bar Date.

3.     Most of the Speights claims have been withdrawn or expunged.  As of the date of this filing, Speights has 180 pending U.S. PD claims and 97 pending Canadian PD Claims.

4.     Question Number 18 of the PD Claims proof of claim form required each claimant to respond to the question "When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?"

5.     Among the objections in the Fifteenth Omnibus Objection, filed on September 1, 2005, the Debtors objected to PD Claims filed by the Speights firm that falsely asserted the year 2003 as the date that the claimant first became aware of Grace asbestos-containing product in the building for which the claimant was making the claim.

6.     At the January 25, 2006 hearing, the Debtors informed the Court that, because the Speights firm had responded "2003" in response to Question Number 18 for *all* of their thousands of claimants, there was no factual basis for that date.

7.     At the January 25, 2006 hearing, the Court ordered Speights to obtain signatures from each of their remaining U.S. claimants with respect to their responses to Question 18 and to provide these signatures to the Debtors' counsel Kirkland & Ellis LLP and to the claims processing agent.  The original deadline for receipt of these individual claimant signatures was March 24, 2006, as set forth at page 2 of Exhibit A to the March 27, 2006 Order Modifying Various Deadlines Regarding Asbestos Property Damage Estimation, Claims Objections and Discovery, attached hereto as Exhibit 1.  The March 27 Order extended this deadline to May 26, 2006.  *Id.*

8.    Also at the January 25, 2006 hearing, it was agreed that, pending a decision on the protocol for disposition of Canadian PD Claims, the Speights firm was required to obtain and provide individual claimant signatures from U.S. claimants, but the issue was tabled as to Canadian claimants.   *See* Excerpt from January 25, 2006 Hearing Transcript, attached hereto as Exhibit 2.

9.    As of the July 24, 2006 hearing, the Speights firm had not provided signatures for Question 18 from any of their claimants.  At the July 26 hearing, the Court directed the Speights firm to provide the individual claimants' signatures within 30 days, i.e. by August 26, 2006. *See* Excerpt from July 24, 2006 Hearing Transcript, attached as Exhibit 3.

10.    By August 28, 2006, the Debtors had received signatures purporting to be individual claimant signatures for 161 of the 180 pending Speights PD Claims.  The Debtors are analyzing these signatures and reserve the right to question the Speights firm about any such signatures that do not appear to be valid.

11.    As of August 29, 2006, the Debtors had not received claimant signatures for responses to Question 18 for the following 19 U.S. PD Claims (and, as of the date of this filing, the Debtors still have not received these signatures):

| Claimant Name | Claim Number |
| --- | --- |
| The Cleveland Museum Of Art | 006634 |
| Eden Medical Center | 006639 |
| Methodist Hospital | 006697 |
| Anderson Memorial Hospital | 009914 |
| Hyatt Corporation Etc | 009915 |
| Sutter Hospital | 010669 |
| Oakwood Hospital | 010758 |
| San Leandro Memorial Hospital | 010805 |
| Ruden Job* | 010952 |

3

| | |
|---|---|
| Ruden Management* | 010960 |
| St. Luke's Hospital | 010998 |
| YWCA Of The Hartford Region | 011005 |
| Anderson Memorial Hospital | 011008 |
| Ruden Building* | 011010 |
| Westmoreland Hospital | 011105 |
| St. Vincent's Hospital | 011194 |
| Lafayette Memorial Hospital | 011207 |
| YMCA | 011253 |
| Albany Ave Library NKA Hartford Ct Public Library | 011405 |

12.     Speights has indicated that the three Ruden claims -- Nos. 010952, 010960 and 011010 -- should be consolidated into one claim and the other two claims expunged. As a result, only one signature is missing for the Ruden claims. Thus, in total 17 claimants signatures still have not been provided.

13.     The Debtors therefore respectfully request that this Court expunge and disallow these 19 -- now 17 -- U.S. PD Claims for which no claimant signature has been provided regarding the question "When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

14.    In light of this Court's decision, at the August 21 hearing, that the

Canadian PD Claims shall be adjudicated in this Court, the Debtors also respectfully request that

a schedule be set for the Speights firm to provide individual claimant signatures with respect to

responses to Question 18 for the 97 pending Canadian PD Claims.  The Debtors respectfully

request that such signatures be provided by October 26, which is 30 days from the September 25,

2006 Omnibus Hearing.


Dated:  September 8, 2006                         KIRKLAND & ELLIS LLP
                                                 David M. Bernick, P.C.
                                                 Janet S. Baer
                                                 200 East Randolph Drive
                                                 Chicago, Illinois 60601
                                                 Telephone:  (312) 861-2000
                                                 Facsimile:  (312) 861-2200
                                                 And
                                                 PACHULSKI STANG ZIEHL YOUNG
                                                 JONES & WEINTRAUB LLP


                                                 Laura Davis Jones (Bar No. 2436)
                                                 James E. O'Neill (Bar No. 4042 )
                                                 919 North Market Street, 17th Floor
                                                 P.O. Box 8705
                                                 Wilmington, DE 19899-8705 (Courier 19801)
                                                 Telephone:  (302) 652-4100
                                                 Facsimile:  (302) 652-4400
                                                 Co-Counsel for Debtors and Debtors in
                                                 Possession