# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case no. 01-01139 (JFK) |
| | ) | Jointly Administered |
| | ) | Re: Docket Nos. 9311, 9315, 10014, |
| Debtors | ) | 11365, 11413, 11549,11787, 11830, and |
| | ) | 9302 |

## ORDER MODIFYING VARIOUS DEADLINES REGARDING ASBESTOS
## PROPERTY DAMAGE ESTIMATION, CLAIMS OBJECTIONS AND DISCOVERY

WHEREAS, the Court has entered various orders with respect to the estimation of
Asbestos Property Damage ("PD") liabilities, PD Claims' Objections and PD Discovery (the
"PD Matters") as outlined on the attached Exhibits A and B; and

WHEREAS, on February 21, 2006, the PD Committee and certain PD constituents,
requested that all deadlines with respect to the PD Matters be continued for 60 days while the
parties concentrate on discussions with respect to a potential consensual Plan of Reorganization;

IT IS HEREBY:

1.      ORDERED that all deadlines with respect to PD matters, as outlined on the
attached Exhibits A and B, be continued for approximately 60 days, and it is further

2.      ORDERED that all matters referred to on the attached Exhibits A and B and any
orders that correspond to those matters be and are hereby modified by this Order and the attached
Exhibits A and B without the need for preparation of any separate modified orders; and it is
further

KAE 11035514.1                                    10

3.    ORDERED that within ten (10) days of entry of this Order, the Debtors will serve
the Order on all parties who are affected by this Order.

Dated: _____3/2 7_____, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

**Exhibit A to Order Modifying Various Deadlines re PD Claims Objections**

| Issue | | | Old deadline | New deadline |
|---|---|---|---|---|
| **13TH OMNIBUS OBJECTION, DOCKET NO. 9311** | | | | |
| B. | | Hearing on 20 Speights claims, no proof of authority to file | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
| C. | | Hearing on 68 Speights claims, no proof of authority to file as of Bar Date | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
| **15TH OMNIBUS OBJECTION, DOCKET NO. 9315** | | | | |
| D. | | Issues arising at the 1/24-26/06 hearings previously carried over to the 2/21/06 omnibus | | |
| | 4. | 2 previously settled Speights British Columbia claims | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
| | 5. | 15 Speights Coca Cola Enterprises claims | 2/21/06 omnibus hrg | None: Claims withdrawn |
| E. | | Issues arising at the 1/24-26/06 hearings previously carried over to the 3/27/06 omnibus | | |
| | 6. | Choice of law on Speights' 1 Georgia and 2 Tennessee claims | | |
| | a. | Speights' response brief due | 2/24/06 | 4/21/06 |
| | b. | Debtors' reply brief due | 3/3/06 | 4/28/06 |
| | c. | Hearing | 3/27/06 omnibus hrg | 5/15/06 omnibus hrg |
| | 7. | Choice of law and collateral estoppel on 2 Prudential Georgia claims | | |
| | a. | Prudential's response brief due | 2/27/06 | 4/24/06 |
| | b. | Debtors' reply brief due | 3/6/06 | 5/1/06 |
| | c. | Hearing | 3/27/06 omnibus hrg | 5/15/06 omnibus hrg |

| | | | | |
|---|---|---|---|---|
| | 8. | 225 Speights' Canadian claims with no product identification | | |
| | | a.     Speights' proof of product ID due | 3/10/06 | 4/28/06 |
| | | b.     Status hearing | 3/27/06 omnibus hrg | 5/15/06 omnibus hrg |
| F. | | Issues arising at the 1/24-26/06 hearings previously carried over to the 4/17/06 omnibus | | |
| | 9. | Speights must produce to Rust and to Kirkland & Ellis responses signed by each of his claimants, answering PD claim form question 18 ("When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim.") | 3/24/06 | 5/26/06 |
| | 10. | Status hearing on Speights' responses to PD claim form question 18 | 4/17/06 omnibus hrg | 6/19/06 omnibus hrg |
| | | **MOTION OF ANDERSON MEMORIAL HOSPITAL FOR CLASS CERTIFICATION, DOCKET NO. 10014** | | |
| G. | | Status report on the Debtors' 2002 Notice Program | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
| H. | | Debtors' Motion for Protective Order, Docket No. 11365 | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |
| I. | | Anderson Memorial Hospital's Motion for Limited Relief from the Automatic Stay, Docket No. 11413 | 2/21/06 omnibus hrg | 4/17/06 omnibus hrg |

# EXHIBIT B

Exhibit B to Order Modifying Various Deadlines re PD Estimation

| PD ESTIMATION PHASE I (DAUBERT HEARING: DUST SAMPLING METHODOLOGY), PER AMENDED PD ESTIMATION CMO, DOCKET NO. 11549 | | |
|---|---|---|
| J. Last day for depositions of expert and non-expert witnesses (per ¶ 2) | 4/7/06 | 6/9/06 |
| K. Final fact witness/expert witness list due (per ¶ 4) | 4/12/06 | 6/14/06 |
| L. Pre-trial motions, including motions in limine, Daubert and summary judgment motions (per ¶ 5) | | |
| 11. Opening papers due | 4/21/06 | 6/23/06 |
| 12. Responses due | 5/8/06 | 7/10/06 |
| 13. Replies due | 5/15/06 | 7/17/06 |
| 14. Hearing on pre-trial motions 7/20 | 5/17/06, 9 am, Pittsburgh | July 20, 2006 9:30 a.m. Pittsburgh |
| M. Preliminary pre-trial conference (per ¶ 6) | 4/17/06 omnibus hrg | 6/19/06 omnibus hrg |
| N. Trial on Phase 1 issues (per ¶ 7) | 6/1/06, 6/2/06, and if necessary 6/12/06 | 9/18/06, 9/19/06 and if necessary, 9/28/06 9:00 a.m. Pittsburgh |
| PD ESTIMATION PHASE 2 (ESTIMATION OF ASBESTOS PD LIABILITIES), DOCKET NO. 9302 | | |
| O. PD Committee Motion to Compel, Docket No. 11787 (per 2/6/06 order, Docket 11830) | | |
| 15. Debtors' response due | 3/3/06 | 5/1/06 |

7

THIS

| | | | |
|---|---|---|---|
| 16. | PD Committee's reply due | 3/13/06 | 5/8/06 |
| 17. | Hearing: None. Court to decide in Chambers. | None | None |
| P. | All written fact discovery must be completed (per ¶ 20 of Docket No. 9302) | 8/7/06 | 10/9/06 |
| Q. | Debtors to designate experts and submit expert reports on Phase II issues (per ¶ 21) | 5/1/06 | 6/30/06 |
| R. | Debtors to identify Phase II fact witnesses and general subject matter of testimony (per ¶ 21) | 5/1/06 | 6/30/06 |
| S. | PD Estimation Participants (other than the Debtors) to designate experts and submit responsive expert reports on Phase II issues (per ¶ 22) | 5/29/06 | 7/28/06 |
| T. | PD Estimation Participants (other than the Debtors) to identify Phase II fact witnesses and general subject matter of testimony (per ¶ 22) | 5/29/06 | 7/28/06 |
| U. | Debtors' rebuttal expert reports and rebuttal fact witness disclosures due (per ¶ 23) | 6/19/06 | 8/18/06 |
| V. | Depositions of expert and non-expert witnesses on Phase II issues may begin (per ¶ 24) | 6/19/06 | 8/25/06 |
| W. | Depositions of expert and non-expert witnesses on Phase II issues must be completed (per ¶ 24) | 8/7/06 | 10/9/06 |
| X. | Final fact witness/expert witness lists due for Phase II Estimation hearing (per ¶ 25) | 8/14/06 | 10/13/06 |
| Y. | Preliminary pre-trial conference on PD estimation (per ¶ 26) | 6/19/06 omnibus hrg | 8/21/06 omnibus hrg |
| Z. | Final pretrial conference (per ¶ 26) | TBD | 11/8/06 9:00 a.m. Pittsburgh |
| AA. | Trial (per ¶ 26) | 9/06 | 12/04/06, 12/5/06 and 12/6/06 9:00 a.m. Pittsburgh |

| BB. | Pre-trial motions, including motions in limine, Daubert and summary judgment motions (per ¶ 27) | | |
|---|---|---|---|
| | 18. Opening papers due | 8/18/06 | 10/16/06 |
| | 19. Responses due | 9/9/06 | 11/2/06 |
| | 20. Replies due | 9/13/06 | 11/6/06 |
| | 21. Hearing, if any | TBD | 11/8/06 9:00 Pittsburgh |
| CC. | Trial briefs and trial exhibits (per ¶ 28) | Due 14 calendar days before Phase II trial | 11/20/06 |