# EXHIBIT A

### Jay Sakalo

| | |
|---|---|
| **From:** | Scott Baena |
| **Sent:** | Friday, July 07, 2006 4:56 PM |
| **To:** | 'Barbara Harding' |
| **Cc:** | dbernick@kirkland.com; jbaer@kirkland.com; gbecker@kramerlevin.com; kpasquale@stroock.com; RMULLADY@ORRICK.COM; dmendelson@kirkland.com; abasta@kirkland.com; lmellis@kirkland.com; Deborah Scarcella; NDF@Capdale.com; rwyron@orrick.com; cohn@cwg11.com; ewestbrook@rpwb.com; jheberling@mcgarveylaw.com; scottgroup@mac.com; Jay Sakalo; Matthew I. Kramer; mwdies@aol.com |
| **Subject:** | RE: |

Barbara—

The ACC and the FCR have asked that I take responsibility for the subject matter of your following e mail and its attachments. Per the inquiry in your letter, I am available for a call on Monday (before 1 or after 3pm EDT) and Tuesday. However, when Elihu, Roger and I met with David last week we told David that we would provide him with copies of whatever documents we had (which we believed consisted of several e mails) which memorialized the agreement between PI and PD and between PD and ZAI for purposes of Grace's consideration of the matters discussed at that meeting consistent with the direction of the Court. We are still willing to do so. To that end, we have determined that there are several e mails concerning the PI/PD agreement. However, as to the PD/ZAI agreement, there are no documents save correspondence with PD Committee counsel inquiring as to the agreement that we deem protected from disclosure. Thus as to the latter we are preparing a summary of the agreement reached which we will provide you.

Based on the foregoing, I'm not really sure why we need to have a telephone conference but as I said above, I am happy to do so if that is your desire. I do wish to make it very clear though that if you were to seek to issue the more formal "discovery request" appended to your e mail we would likely oppose the same as it suffers from a variety of deficiencies and more importantly seems to imply that Grace seeks the material requested for some purpose other than its consideration of the matters discussed with David at the direction of the Court. That is the only purpose for this disclosure and our willingness to so disclose is based on that limit on what the documents can be used by Grace for.

Let me know what suits you.

With all good wishes,
Scott

---

**From:** Barbara Harding [mailto:bharding@kirkland.com]
**Sent:** Thursday, July 06, 2006 12:03 PM
**To:** NDF@Capdale.com; rwyron@orrick.com; cohn@cwg11.com; ewestbrook@rpwb.com; Scott Baena; jheberling@mcgarveylaw.com; scottgroup@mac.com
**Cc:** dbernick@kirkland.com; jbaer@kirkland.com; gbecker@kramerlevin.com; kpasquale@stroock.com; RMULLADY@ORRICK.COM; dmendelson@kirkland.com; abasta@kirkland.com; lmellis@kirkland.com; Deborah Scarcella
**Subject:**

Counsel:

Please see the attached letter and draft discovery request. You will receive a copy by mail as well.

**Barbara Harding** | Partner | **KIRKLAND & ELLIS LLP** |
655 Fifteenth Street, NW, Suite 1200| Washington DC  20005-5793
(202) 879-5081 **DIRECT** | (202) 879-5200 **FAX** | (301) 785-8369 **CELL** | bharding@kirkland.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*