# EXHIBIT B

## Jay Sakalo

| | |
|---|---|
| **From:** | Scott Baena |
| **Sent:** | Monday, July 17, 2006 6:53 PM |
| **To:** | janet_baer@chicago.kirkland.com; 'Barbara Harding' |
| **Cc:** | Jay Sakalo; 'Mwdies@aol.com'; EI@Capdale.com; 'Frankel, Roger'; 'Edward Westbrook'; rwyron@orrick.com; pvnl@capdale.com; NDF@Capdale.com |
| **Subject:** | Grace-PD/PI Agreement |
| **Attachments:** | Scan001.PDF; Scan001.PDF; Scan001.PDF; Scan001.PDF |

Jan and Barbara—

I am attaching herewith a series of e mails by and among Martin Dies, Russell Bud and Elihu Inselbuch in which the terms of the agreement concerning the sharing of distributions reached between the ACC and the PD Committee are set forth.

I apologize for the delay in providing you with these materials. As I previously explained, we have also agreed to disclose the agreement reached by Traditional PD and ZAI members of the PD Committee but that such agreement is not memorialized in a writing or a series of e mails among the settlement participants. Thus, I undertook to prepare a summary of the agreement. Unfortunately, however, given the time of year, due to vacation schedules, I simply have not been able to obtain the acknowledgement of all involved that the summary I prepared is accurate . Just as soon as I have obtained the same I will forward that summary along as well. In the meantime, I did not want to hold up delivery of the attachments any further. I am hopeful that I will be able to send the summary before the end of the week.

With all good wishes,
Scott


Bilzin Sumberg
ATTORNEYS AT LAW

Scott Baena
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340
www.bilzin.com

Tel. 305.350.2403
Fax. 305.351.2203
Cell. 305.607.3753
sbaena@bilzin.com