# EXHIBIT C

## Jay Sakalo

| | |
|---|---|
| **From:** | Janet Baer [jbaer@kirkland.com] |
| **Sent:** | Tuesday, July 18, 2006 2:00 PM |
| **To:** | Scott Baena |
| **Cc:** | Barbara Harding; EI@Capdale.com; Edward Westbrook; janet_baer@chicago.kirkland.com; Jay Sakalo; Mwdies@aol.com; NDF@Capdale.com; pvnl@capdale.com; Frankel, Roger; rwyron@orrick.com; David Bernick |
| **Subject:** | Re: Grace-PD/PI Agreement |

**Attachments:** pic42337.jpg; Scan001.PDF; Scan001.PDF; Scan001.PDF; Scan001.PDF

    

pic42337.jpg (3 KB) Scan001.PDF (177 KB)  Scan001.PDF (445 KB)  Scan001.PDF (66 KB)  Scan001.PDF (104 KB)

Scott: Thank you for the e-mail and attachments. As
you will recall, Barbara sent you a letter dated July
6, 2006 with an attached draft 2004 request.  We
understand that the below and attached (plus the ZAI
memo still to come) is your response.  Can you confirm
that there are no other responsive documents that fall
within the scope of the 2004 request?   Thanks Jan

Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601


|  |  |
|---|---|
| "Scott Baena" <sbaena@bilzin.com> | To |
| | janet_baer@chicago.kirkland.com, "Barbara Harding" <bharding@kirkland.com> |
| 07/17/2006 05:52 PM | cc |
| | "Jay Sakalo" <jsakalo@bilzin.com>, Mwdies@aol.com, EI@Capdale.com, "Frankel, Roger" <rfrankel@orrick.com>, "Edward Westbrook" <ewestbrook@rpwb.com>, rwyron@orrick.com, pvnl@capdale.com, NDF@Capdale.com |
| | Subject |
| | Grace-PD/PI Agreement |

1

Jan and Barbara---

I am attaching herewith a series of e mails by and
among Martin Dies, Russell Bud and Elihu Inselbuch in
which the terms of the agreement concerning the sharing
of distributions reached between the ACC and the PD
Committee are set forth.

I apologize for the delay in providing you with these
materials. As I previously explained, we have also
agreed to disclose the agreement reached by Traditional
PD and ZAI members of the PD Committee but that such
agreement is not memorialized in a writing or a series
of e mails among the settlement participants. Thus, I
undertook to prepare a summary of the agreement.
Unfortunately, however, given the time of year, due to
vacation schedules, I simply have not been able to
obtain the acknowledgement of all involved that the
summary I prepared is accurate . Just as soon as I have
obtained the same I will forward that summary along as
well. In the meantime, I did not want to hold up
delivery of the attachments any further. I am hopeful
that I will be able to send the summary before the end
of the week.

With all good wishes,
Scott


(Embedded
image moved
to file:
pic42337.jpg)

Scott Baena
Attorney
Bilzin Sumberg Baena Price & Axelrod  Tel. 305.350.2403
LLP                                  Fax. 305.351.2203
200 South Biscayne Boulevard, Suite           Cell.
2500                                 305.607.3753
Miami, Florida 33131-5340            sbaena@bilzin.com
www.bilzin.com


"BILZIN.COM" made the following annotations.
-----------------------------------------------------------------------

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we
are required to advise you that if there is any tax
advice contained herein, it is not intended to be used,
and cannot be used, by the addressee or any taxpayer,
for the purpose of avoiding penalties that may be
imposed under the Internal Revenue Code.

This message contains information which may be
confidential and privileged. Unless you are the
addressee (or authorized to receive for the addressee),
you may not use, copy or disclose to anyone the message
or any information contained in this message. If you
have received this message in error, please advise the
sender by reply e-mail or reply to info@bilzin.com, and
delete the message. Thank you very much...
================================================================================
===
(See attached file: Scan001.PDF)(See attached file:
Scan001.PDF)(See attached file: Scan001.PDF)(See
attached file: Scan001.PDF)


***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************