# EXHIBIT D

## Jay Sakalo

**From:** Scott Baena
**Sent:** Tuesday, July 18, 2006 2:14 PM
**To:** 'Janet Baer'
**Cc:** Barbara Harding; EI@Capdale.com; Edward Westbrook; janet_baer@chicago.kirkland.com; Jay Sakalo; Mwdies@aol.com; NDF@Capdale.com; pvnl@capdale.com; Frankel, Roger; rwyron@orrick.com; David Bernick
**Subject:** RE: Grace-PD/PI Agreement

Jan---

I wish to make clear what I have previously told you. We did not and do not think that the request, if made, would be appropriate and that we would move for protection rather than respond to it. However, in an effort to ensure that we have complied with Judge Fitzgerald's direction that we share with Grace the agreement reached between PI and PD, we volunteered to provide you with any writings between PI and PD, which were not otherwise protected or privileged, and which memorialized the agreement reached. That is precisely what we have done.

As for the agreement between Traditional PD and ZAI, we do not know of any writings between the two constituencies which memorialize their agreement. Accordingly, we have agreed to provide you with a summary of the agreement prepared solely for the purpose of informing Grace of its terms.

Warm regards,

Scott

-----Original Message-----
From: Janet Baer [mailto:jbaer@kirkland.com]
Sent: Tuesday, July 18, 2006 2:00 PM
To: Scott Baena
Cc: Barbara Harding; EI@Capdale.com; Edward Westbrook; janet_baer@chicago.kirkland.com; Jay Sakalo; Mwdies@aol.com; NDF@Capdale.com; pvnl@capdale.com; Frankel, Roger; rwyron@orrick.com; David Bernick
Subject: Re: Grace-PD/PI Agreement

Scott: Thank you for the e-mail and attachments. As you will recall, Barbara sent you a letter dated July 6, 2006 with an attached draft 2004 request. We understand that the below and attached (plus the ZAI memo still to come) is your response. Can you confirm that there are no other responsive documents that fall within the scope of the 2004 request? Thanks Jan

Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601

| "Scott Baena" <sbaena@bilzin.com> | To | janet_baer@chicago.kirkland.com, "Barbara Harding" |

1

| | | |
|---|---|---|
| 07/17/2006 05:52 PM | <bharding@kirkland.com> | |

To

cc
"Jay Sakalo" <jsakalo@bilzin.com>,
Mwdies@aol.com,
EI@Capdale.com,
"Frankel, Roger" <rfrankel@orrick.com>,
"Edward Westbrook" <ewestbrook@rpwb.com>,
rwyron@orrick.com,
pvnl@capdale.com,
NDF@Capdale.com

Subject
Grace-PD/PI Agreement

Jan and Barbara---

I am attaching herewith a series of e mails by and among Martin Dies, Russell Bud and Elihu Inselbuch in which the terms of the agreement concerning the sharing of distributions reached between the ACC and the PD Committee are set forth.

I apologize for the delay in providing you with these materials. As I previously explained, we have also agreed to disclose the agreement reached by Traditional PD and ZAI members of the PD Committee but that such agreement is not memorialized in a writing or a series of e mails among the settlement participants. Thus, I undertook to prepare a summary of the agreement. Unfortunately, however, given the time of year, due to vacation schedules, I simply have not been able to obtain the acknowledgement of all involved that the summary I prepared is accurate. Just as soon as I have obtained the same I will forward that summary along as well. In the meantime, I did not want to hold up delivery of the attachments any further. I am hopeful that I will be able to send the summary before the end of the week.

With all good wishes,
Scott

(Embedded image moved to file: pic42337.jpg)

2

Scott Baena
Attorney
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340
www.bilzin.com

Tel. 305.350.2403
Fax. 305.351.2203
Cell. 305.607.3753
sbaena@bilzin.com

"BILZIN.COM" made the following annotations.
--------------------------------------------------------

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much...
==================================================================
(See attached file: Scan001.PDF)(See attached file: Scan001.PDF)(See attached file: Scan001.PDF)(See attached file: Scan001.PDF)


************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

3