# EXHIBIT E

## Jay Sakalo

| | |
|---|---|
| **From:** | Scott Baena |
| **Sent:** | Wednesday, July 19, 2006 3:09 PM |
| **To:** | janet_baer@chicago.kirkland.com; Barbara Harding |
| **Cc:** | Jay Sakalo; Matthew I. Kramer; mwdies@aol.com; Edward Westbrook |
| **Subject:** | Grace—PD/ZAI |
| **Attachments:** | 1100374_1.pdf |

Jan and Barbara—

I was able to speak to everyone on this side to confirm that the attached summary accurately sets forth the agreement reached between the Traditional PD and ZAI members on the PD Committee concerning the split of distributions between Traditional PD and ZAI.

With this, we believe that we have fulfilled our obligation to privately apprize Grace of the terms of agreements reached as directed by Judge Fitzgerald.

Sincerely,
Scott