**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF**
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ**
**FOR THE TWENTIETH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Baker Donelson Bearman Caldwell & Berkowitz, P. C. for the Twentieth Interim Period (the "Application").

**BACKGROUND**

1.     Baker Donelson Bearman Caldwell & Berkowitz, P. C. ("Baker Donelson") was retained as advisor for legislative affairs to the Debtors. In the Application, Baker seeks approval of fees totaling $90,000.00 and costs totaling $14,206.30 for its services from January 1, 2006, through March 31, 2006.

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.  We served on Baker Donelson an

initial report based on our review, and received a response from Baker Donelson, portions of which

response are quoted herein.

### DISCUSSION

3.      In our initial report, we noted that the firm states that by the Court order dated June

16, 2004, the Debtors were authorized to retain Baker Donelson to advise the Debtors, their counsel,

and their Board of Directors with respect to legislative affairs and current pending and future

legislative affairs ("Legislative Affairs Services") and such other related services as the Debtors may

deem necessary or desirable, effective as of April, 2001 (the "Retention Order").  The Retention

Order authorizes Debtors to compensate Baker Donelson on a flat rate in the amount of $17,000.00

per month for services rendered plus reimbursement of actual and necessary expenses incurred by

Baker Donelson.  The Debtors, on or about January, 24, 2005 filed a motion seeking authorization

to modify and expand the scope of services provided by Baker Donelson.  Specifically, the motion

sought the approval of retention of Baker Donelson to assist Debtors in connection with the Debtors'

business operations in China and with respect to the Chinese governmental authorities at the

national, provincial and local levels ("China Assistance Services").  The expanded scope of work

of Baker Donelson was approved by order entered on March 15, 2005, effective January 1, 2005

("Order Modifying and Expanding Services").  Compensation of Baker Donelson for the China

Assistance Services was approved on a flat rate in the amount of $35,000.00 per month for services

rendered, plus reimbursement of actual and necessary expenses incurred by Baker Donelson.  The Order Modifying and Expanding Services also increased the flat rate for compensation for Legislative Affairs Services to an amount of $20,000.00 per month effective March, 2005 for services rendered plus reimbursement of actual and necessary expenses incurred by Baker Donelson. Pursuant to Order entered on February 23, 2006, *nunc pro tunc* to October 1, 2005, the China Assistance Services continue.  Under this Order, the Debtor agreed as compensation to Baker Donelson to pay a fixed basic retainer fee of $10,000.00 each month plus reimbursement of expenses with the provision for compensation to Baker Donelson in an additional amount not to exceed $10,000.00 each month (which would be in addition to the basic retention fee specified above) for additional services the Debtor may request in China.

4.      We noted that Baker Donelson lists 200.0 hours for services rendered from January 1, 2006, through March 31, 2006.  This computes to an effective hourly rate of $450.00.

5.      We noted an airfare expense of $9,386.20.  The entry is provided below.

Airfare (r/t Washington - Beijing-Washington)          03/18/06      $9,386.20

We further noted that, according to the expense detail, this airfare represents a "roundtrip business class ticket" and that "the costs of expenses stated represents 66% of the total costs which were allocated to W.R. Grace."  Applying that percentage, by our calculations, the true cost of this airfare was $14,221.50.  Paragraph II.E.1.of the Guidelines states, ". . .[f]actors relevant to a determination that the expense is proper include the following: 1.  Whether the expense is reasonable and economical.  For example, first class and other luxurious travel mode or accommodations will normally be objectionable."  The Court has been consistent in applying this guideline to international as well as domestic air travel.  Our research indicates next-day economy fares from Washington D.C.

to Beijing ranging from approximately $4,000.00 to approximately $6,500.00.  This issue has been raised in prior Baker applications, with recommended reductions for first and/or business class airfares.  We asked the firm to confirm our understanding of the total cost of this airfare and the percentage of that fare applicable to W.R. Grace.  Baker Donelson's response is provided below.

> This letter is forwarded to accompany and respond to questions presented in your initial report.  As indicated, the Application for the Twentieth Interim Period seeks reimbursement of expenses totaling $14,206.30 for period from January 1, 2006 through March 31, 2006.  The costs represent sixty-six percent (66%) of the total costs which were allocated to W.R. Grace for Ms. McEntee's expenses and travel to China.

> Airfare: Baker Donelson seeks reimbursement of airfare totaling $9,386.20 which represents sixty-six percent (66%) of the total cost of the business class ticket used for travel to China on behalf of W.R Grace.  Attached as Exhibit A is a copy of the receipt representing the charge for the ticket totaling $14,128.19 plus a $50.00 travel agency fee.

> I do ask you to take into consideration that this is not the normal business trip as envisioned by the Local Rule 2016-2 as it encompasses travel over half way around the world taking in excess of fifteen (15) hours.  The travel is for business and not pleasure.  Accordingly, we request that you consider allowance of the requested charge and, if not, award the maximum fare considered reasonable.

We appreciate the response.  Consistent with prior reports, we recommend a reduction in this airfare expense equal to the difference between the actual cost of the airfare ($14,128.19) and the upper range of an economy fare ($6,500.00) gathered from our research, with the percentage of that fare (66%) charged to W.R. Grace then applied.  Thus we recommend a reduction of $5,034.60 ($14,128.19 minus $6,500.00 times 66%) for this expense.

6.     We noted a total expense charge for meals of $1,210.66.  The entry is provided below.

Meals                                    03/13/06          $1,210.66

We further noted that, according to the expense detail, this total represents "six(6) breakfasts, seven

(7) lunches, and eight (8) dinners", and that "the costs of expenses stated represents 66% of the total costs which were allocated to W.R. Grace."  Applying that percentage, by our calculations, the true cost of these meals was $1,834.34.  We recommend reasonable ceilings of $15 per person for breakfast, $25 per person for lunch and $50 per person for dinner.  Applying those ceilings, reasonable costs for six breakfasts would be $90, for seven lunches $175, and for eight dinners $400, resulting in a total recommended meal expense of $665.00.  By our calculations, this would result in a total overage for the listed meals of $1,169.34, with a resultant overage of $771.76 as it applies to W.R. Grace, using the stated 66% split.  We asked Baker Donelson to confirm our understanding of the total cost of these meals as well the percentage thereof that should apply to W.R. Grace.  The firm's response is provided as Response Exhibit 1.  While we appreciate the response, we note that the meal charges contained in this application and reflected in the menu attached to the response, are among the very highest we have seen.

With regard to our suggested ceilings for meal expenses, we have tried to remain sensitive to any special circumstances involving applicant travel.  Thus, we researched meal costs in Beijing.  While no research is perfect, we believe that ours adequately addresses the issue.  In the *Frommer's Beijing, 4th Edition*, published March 6, 2006, we found the following references:

> The choices expand well beyond China's borders.  Most of Asia and Europe are well represented at close-to-authentic levels.  Italian, American, French, Indian, and Japanese restaurants are particularly numerous, some of superb quality.

> A typical dinner for two at a relatively upscale Chinese restaurant costs Y80 to Y140 ($10-$18), but prices can go much lower with little to no drop in food quality.

> You can get anything in Beijing if you're willing to pay enough.  Buried in a quiet corner of the St. Regis Hotel, the Astor Grill charges outrageous prices for its steaks, but they are among the best in the city...
> (Prices          Main courses Y135-Y300 ($17-$38)

...in a city short on Western breakfasts, Grandma's Kitchen has a captive audience
in the morning
(Prices          Main courses Y20-Y58 ($2.50-$7.20)

These and other findings would indicate that dining within our suggested price parameters should

be easily accomplished in Beijing.  Thus, we recommend a reduction of $771.76 (66% of $1,169.34

overage) for these meal expenses.

### CONCLUSION

7.      Thus we recommend approval of fees totaling $90,000.00 and costs totaling

$8,399.94 ($14,206.30 minus $5,806.36) for Baker Donelson's services from January 1, 2006,

through March 31, 2006.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
          Warren H. Smith
          Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 8th day of September, 2006.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**

E. Franklin Childress
James Range
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue
Suite 200
Memphis, Tennessee 38103

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 141
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Response Exhibit 1

Food charges.  We disagree with your proposed reasonable allowance of $15.00 per person for breakfast, $25.00 per person for lunch and $50.00 per person for dinner.  I am attaching as Exhibit B (following attachment) a copy of menu from the hotel restaurant in which Ms. McEntee stays while traveling in China.  I am informed that the present conversion rate from yen to the American dollar is 7.9.  You will note on the menu that the cost of the daily breakfast is 200 yen or $25.32 plus fifteen percent (15%) required gratuity.  Ms. McEntee informs me that in her last trip the breakfast buffet equaled $31.00 without any beverage which charge is extra.  Ms. McEntee provided additional information concerning the cost of food.  With regard to lunch, the cost of a salad and sandwich comes to about $43.00 without beverage.  For dinner, salad and a regular entree and 2 glasses of wine total about $71.00 without dessert.  Beverages are very expensive as well, as diet cokes and bottled water generally run about $4.50 per glass.  She indicates that it is necessary to drink bottled water while traveling in China.  Ms. McEntee further indicates that one generally cannot eat vegetables or fruit for the most part, even in Beijing hotels, so one is limited as far as ordering from menus.  As indicated there is a surcharge of fifteen (15%) automatically added for each bill plus additional Chinese tax.  We respectfully request that you allow the reimbursement for meals as submitted.

Response Exhibit 1 - Attachment

## *Appetisers -*

Beef Carpaccio, Rucola Leaves,
Aged Balsamic Syrup and Parmesan Shavings

128.00

King Prawn Cocktail with Avocado and Pineapple
Served with Thousand Island Dressing and Sesame Grissini

150.00

California Rolls, Salmon and Tuna Sashimi Combination
Served with Wasabi, Soy Sauce and Pickled Ginger

¥138.00



152.00



138.00

 Celestial Court Prawn Spring Rolls with Three Dips

72.00

Chicken Quesadilla with Pico de Gallo, Guacamole and Sour Cream

118.00



**FEE AUDITOR'S FINAL REPORT** - Page 10
  wrg FR Baker 20int 1-3.06.wpd

*...Mi Coriander, Sesame Ginger Dressing and Sautéed Bok Choi*

*88.00*



*Chef*

## *Salads -*

R

*98.00*



*Orga*

*56.00*

*The Classic Caesar Salad with Bacon and Parmesan Shavings or With Grilled Spring Chicken Breast or Cajun Spiced Shrimps*

*88.00 / ¥98.00 /¥108.00*

*Rucola, Pear and Cherry Tomato Salad with*

Scamorza Cheese and Garlic Croutons

88.00



The                                         *Soups -*



Tom                                              ¥58.00

Mushroom Cream or Tomato Soup

¥48.00

Farmhouse Chicken, Vegetables and Noodles Soup

¥48.00

French Roasted Onion Soup with Gruyere Baguette

¥48.00

Min                    *Sandwich & Burger Corner*

All Sandwiches are served with your choice or potato chips, french fries or potato wedges.

The St. Regis Traditional Club Sandwich Selection: With Bacon, Smoked Turkey, Fried Egg, Tomatoes and Gherkins

¥88.00



Deluxe: Lobster Meat, Avocado, Shredded Lettuce, Cucumber and Tomato

¥180.00



Vege Ground Beef Burger Served with Spicy Potato Wedges
Choice of Toppings: Swiss Cheese, Bacon, Fried Egg or Sautéed Onions

¥98.00

Grilled Sirloin Steak Sandwich on Garlic Baguette
with Dijon Mustard and Tomatoes

¥228.00

Sour Dough Melt Filled with Bone Ham and Swiss Cheese

¥98.00

Toasted Whole Wheat Filled with Bell Peppers, Ham,
Onions and Spicy Scrambled Eggs

80.00

Pure Beef "Jumbo" Hot Dog
French's Yellow Mustard, Ketchup and Pickled Relish

68.00

## Pasta & Pizza -

Spaghetti, Penne or Fusilli with Your Choice of Sauce:
Bolognese, Tomato, Carbonara, Mushroom and Bacon Cream or Basil Pesto

¥98.00

Tossed Linguine with Spicy Tomato and Seafood Sauce

¥148.00



 Ve

**FEE AUDITOR'S FINAL REPORT** - Page 13
 wrg FR Baker 20int 1-3.06.wpd

Pizza Margherita, Tomato Sauce, Basil and Mozzarella

¥98.00

Pizza Prosciutto & Funghi, Ham, Mushrooms,
Tomato Sauce and Mozzarella

¥118.00

 Pizz

88.00

 Pizza Tuna Pizza, with Onions, Capers, Olives and Chili

116.00

## Meat Entrees -

Your Choice of Grilled Tenderloin, Sirloin or T-Bone Steak
Served with Your Choice of: Creamy Mushroom Sauce or Black Pepper Jus;
Market Vegetables or Mixed Salad and Baked Potato or Spicy Fried Potato Wedges

¥258.00 /¥238.00 /¥248.00

T

Veal Wiener Schnitzel with French Fries and Cucumber Salad

¥148.00

Grilled Australian Lamb Chops
Thyme Jus, Marinated Bell Peppers and Truffled Polenta Cake

248.00



Sic

128.00

Garlic, Chili, Rosemary Scented 10 OZ Rib Eye Steak
Asparagus, Mushrooms, Pesto and "Smashed" Potatoes

248.00

## Fish and Seafood -

Your choice of the following fish:
Salmon ¥158.00, Sea Bass ¥158.00 or King Prawns (3 pcs.) ¥198.00
Grilled, Blackened or Steamed
Served with either: Lemon Sauce, Mayonnaise, Olive Oil or Chili Soy Sauce
Steamed Rice, Salad or Vegetables, French Fried Potatoes

158.00 / ¥158.00 / ¥198.00

Ch With Potatoes, Lemon, Capers and Olive Oil

228.00

Fried Prawns and Salmon Morsels
Spicy Vinegar Soy Dip and Bok Choi

188.00

## Asian Favourites -

**FEE AUDITOR'S FINAL REPORT** - Page 15
wrg FR Baker 20int 1-3.06.wpd

Hainan Chicken Rice Served with Fragrant Rice and Chicken Bro

¥92.00


Dan                                                                                    58.00


Nasi    Served with Chicken and Beef Satay and Achar Pickles

98.00


Spicy    Served with Naan Bread, Steamed Rice and Condiments

110.00/¥92.00


Spicy                                                             98.00

Beef Brisket Noodle Soup with Bok Choi and Enoki Mushroom

98.00

Fried Ramen Noodles with Beef Strips,
Mushrooms, Carrots and Soy Sauce

98.00

Wonton and Egg Noodle Soup
With Char Stew Pork, Shrimp Dumplings and Green Vegetable

66.00


Mixed                                                             118.00

## *Desserts -*

 *Served with Sour Cherry Compote*

¥52.00

*Wild Berry Parfait with Bitter Chocolate Candies*

58.00

*Freshly Cut Seasonal Fruit Plate*
*Served with Whipped Cream, Natural or with Lemon Wedges*

¥8.00

*Selection of Ice Creams and Sherbets (2 Scoops)*
*Please Ask Your Waiter for Our Flavor Selection*

2                                   ¥8.00

*A Selection of International Cheeses*
*Served with Crackers and Dried Fruits*

72.00

*Warm Creamy Baked Cheesecake*
*Served with Coffee Ice Cream and Chocolate Sauce*

¥8.00

 *I*                              52.00

*Chocolate "Spring Rolls" with Two Dips*

¥8.00

*Baked Apricot and Almond Tart*
*Raspberry Sherbet and Bourbon Vanilla Sauce*

*48.00*

**Daily Breakfast Buffet ¥200.00 + 15%**
**Daily Lunch Buffet ¥228.00 + 15%**
**Daily Dinner Buffet ¥258.00 + 15%**
   **Sunday Brunch ¥398+15% including free flow of Laurent-Perrier Champagne and Australian Wine**

   **¥200.00 + 15%**
   **¥228.00 + 15%**
   **¥258.00 + 15%**
    **¥398.00 + 15%              ,**