**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF L. TERSIGNI CONSULTING P.C.**
**FOR THE TWENTIETH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Twentieth Interim Fee Application of L. Tersigni Consulting P.C. (the "Application").

**BACKGROUND**

1.      L. Tersigni Consulting P.C. ("Tersigni") was retained as accountant and financial advisor for the Official Committee of Asbestos Personal Injury Claimants.  In the Application, Tersigni seeks approval of fees totaling $454,297.50 and costs totaling $3,326.48 for its services from January 1, 2006, through March 31, 2006.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.  We served on Tersigni an initial report

based on our review, and received a response from Tersigni, portions of which response are quoted

herein.

## DISCUSSION

3.      In our initial report, we noted two meetings attended by multiple professionals.  (See

Exhibit A.)  We asked Tersigni to explain why it was necessary for more than one firm professional

to attend and the specific role of each professional at these meetings.  Tersigni's response is provided

as Response Exhibit 1.  We appreciate the response and offer no objection to these fees.

4.      We noted that on March 6, 2006, four firm members participated in a conference call.

The total time spent including any preparation time was 4.70 hours for a total fee of $2,351.00.  The

entries are provided below.

| | | | | |
|---|---|---|---|---|
| 03/06/06 | LT | 1.50 | 840.00 | Conference call with ACC to discuss issues related to the schedule mediation |
| 03/06/06 | JS | 1.20 | 636.00 | Conference call with ACC and ACC counsel re assets and claims in preparation for settlement discussions for POR. |
| 03/06/06 | MB | 1.00 | 515.00 | Participate in ACC call to support claims and valuation data. |
| 03/06/06 | AP | 1.00 | 360.00 | Participated in conference call with counsel to review the claims information regarding Grace and the potential value recovery associated with each group. |

We asked the firm to explain why this conference call required the participation of four firm

members.  Tersigni's response is provided as Response Exhibit 2.  We appreciate the response;

however, we note that while the response explains the necessity of Mr. Tersigni, Mr. Sinclair and Mr. Berkin's participation in the conference call, it does not address the need for Mr. Prill's participation. We recommend that his time and billing regarding the call (1.0 hours at $360.00) be deducted from the fee total. Thus we recommend a reduction of $360.00 in fees.

**CONCLUSION**

5.      Thus we recommend approval of fees totaling $453,937.50 ($454,297.50 minus $360.00) and costs totaling $3,326.48 for Tersigni's services from January 1, 2006, through March 31, 2006.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 8th day of September, 2006.

Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**

Loreto T. Tersigni
Dottie Jo Collins
L. Tersigni Consulting P.C.
1010 Summer Street, Suite 201
Stamford, CT 06905

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of
Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of
Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of
Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Exhibit A

On February 24, 2006, JS, CW and MB attended a meeting in Columbia, MD.  The total time spent including any preparation and non-working travel time was 28.90 hours[1] for a total fee of $14,015.50.

| 02/23/06 | JS | 2.60 | 1378.00 | Further review of 2006 Plan in preparation for meeting with Company on 2/24/06 for due diligence and valuation |
| 02/24/06 | JS | 3.50 | 1855.00 | Meeting with Company management for due diligence and valuation. |
| 02/24/06 | JS | 3.10 | 1643.00 | One-half travel time (6.2 hours) not working to/from meeting at Company, Columbia MD, for due diligence and valuation |
| 02/23/06 | MB | 2.50 | 1287.50 | Half the travel time, by train, from Stamford, CT, to Columbia, MD. |
| 02/23/06 | CW | 2.00 | 720.00 | Half the travel time from Stamford, CT to Columbia, MD. |
| 02/24/06 | JS | 3.20 | 1696.00 | Further review of 2006 Plan, draft questions in preparation for meeting with Company on 2/24/06 for due diligence and valuation during travel to meeting. |
| 02/24/06 | MB | 1.10 | 566.50 | Review documents related to 2005 operating performance and 2006 plan in preparation for meeting with debtor. |
| 02/24/06 | MB | 1.00 | 515.00 | Participate in meeting with debtor to discuss 2005 operating results in connection with monitoring business operations |
| 02/24/06 | MB | 2.20 | 1133.00 | Participate in meeting with debtor to discuss 2006 operating plan in connection with monitoring business operations |

---

[1] Time for this entry was located in two Project Categories - (i) POR and Disclosure Statement and (ii) Valuation.

**FEE AUDITOR'S FINAL REPORT** - Page 7
wrg FR Tersigni 20int 1-3.06.wpd

| 02/24/06 | MB | 0.40 | 206.00 | Discuss differences between GAAP and management reporting with debtor in connection with review of 2005 operating results |
| 02/24/06 | MB | 2.50 | 1287.50 | Half the travel time, by train, from Columbia, MD. Back to Stamford, CT. |
| 02/24/06 | CW | 3.00 | 1080.00 | Participate in WR Grace annual financial review in Columbia, MD with Mike Berkin, Jimmy Sinclair, WR Grace and other financial advisors. |
| 02/24/06 | CW | 1.80 | 648.00 | Half the travel time from Columbia, MD to New York City |

On March 1, 2006, LT, JS and MB attended a meeting in New York City.  The total time spent including any preparation and non-working travel time was 14.20 hours for a total fee of $7,604.00.

| 03/01/06 | LT | 3.00 | 1680.00 | Meeting with ACC and FCR to discuss issues related to mediation |
| 03/01/06 | LT | 2.00 | 1120.00 | Half the round trip travel time: Old Greenwich, CT - New York City |
| 03/01/06 | JS | 3.50 | 1855.00 | Meeting with ACC counsel, Futures Rep counsel and financial adviser re valuation, claims and recovery analysis for settlement discussions. |
| 03/01/06 | JS | 0.90 | 477.00 | One-half travel time (½ x 1.8 hours) non-working from 4 E. 95th St. to 375 Park Ave. to 1010 Summer St., Stamford, CT. |
| 03/01/06 | MB | 1.80 | 927.00 | Half the round trip travel time: Stamford, CT - New York City |
| 03/01/06 | MB | 3.00 | 1545.00 | Participate in meeting with ACC counsel and Futures Rep to participate in valuation and claims assessment discussions. |

Response Exhibit 1

We apologize for the lack of detail and any confusion caused by the description regarding Mr. Sinclair, Mr. Berkin and Miss Wright activities and attendance at the meeting held on February 24, 2006. An invitation to each LTC Associate was extended by the WR Grace Management Team to attend their 2005 Year-End Performance Review, 2006 Operating Plan and 2006 Operating Plan by Business Segment Presentation.  Mr. Berkin, Managing Director, is responsible for the continuous monitoring and evaluation of the debtor's operating results and financial condition, the preparation of due diligence reporting and review of specific projects being performed for the ACC and reporting on observations and comments related thereto in the WR Grace  matter.  Mr. Berkin's participation in the meeting was to address items relating to both the fourth quarter 2005 and year end 2005 actual operating performance by business segment.  Based on insight gained during the open question and answer session relating to the 2005 performance, with WR Grace associates, Mr. Berkin was able to address and discuss the impact of said results on the budgeted projections reflected in the 2006 Plan.  Miss Wright is a Senior Manager with L Tersigni Consulting. Miss Wright is responsible for performance analysis, executed monthly, and assisting in the preparation of business valuations for WR Grace. Miss Wright is responsible for providing timely information regarding market environment and comparable company analysis to update valuations when required.  Miss Wright participated in this meeting to address questions and observations to the WR Grace associates that had developed during her reviews and analysis to date, as well as to gain an in-depth understanding of the WR Grace 2005 actual results and the basis for the 2006 Plan. Mr. Sinclair is a Senior Managing Director with L Tersigni Consulting. Mr. Sinclair's involvement at this same meeting pertained to his direct responsibility for preparation, continuous monitoring and updating of the WR Grace Enterprise Valuation.  Mr. Sinclair participated in this meeting to analyze and discuss the implications of the actual 2005 operating performance, and the 2006 Plan, on the current WR Grace valuations.  The work that was performed in preparation of this 2/24/06 meeting, and the attendance at this meeting, was not duplicative between Mr. Berkin, Miss Wright and Mr. Sinclair, each had a unique area of responsibility to present and represent.

Response Exhibit 2

This meeting was among all the financial advisors and counsel to the ACC to discuss various financial issues leading into the mediation, to take place in mid-March, as ordered by the court. Agenda items included, but not limited to, Valuations, Present- Future and Property Claims and Recovery Analysis. Mr. Tersigni, President, is responsible for reporting on the overall status of our retention and respective projects that are in progress in relation to the objectives of the ACC as a whole. Mr. Tersigni's years of experience and expertise enabled him to converse and contribute to the full range of agenda items as well as define critical tasks for execution prior to the start of mediations. Mr. Sinclair's involvement, as a Senior Managing Director at LTC, pertained to his valuation expertise and direct responsibility for preparation, continuous monitoring and updating of the WR Grace Enterprise Valuation. Mr. Berkin's involvement, as a Managing Director at LTC, pertained to his expertise regarding claims recovery analysis.

The attendance at this meeting, was not duplicative between Mr. Tersigni, Mr. Berkin and Mr. Sinclair, each had a unique area of expertise and responsibility to represent leading into the mediation process.

*Multiple Participants in the 3/6/06 Conference Call.*

This was a follow-up conference call meeting to further discuss the information outlined at the March 1, 2006 meeting in New York City. Each L Tersigni Consulting associate continued their focus on their individual area of responsibility and expertise.