IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JFK) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket #12960 |
| | ) | |

### GEORGE & SIPES SUPPLEMENT TO THE JOINT RESPONSE OF VARIOUS LAW FIRMS REPRESENTING ASBESTOS PERSONAL INJURY CLAIMANTS IN OPPOSITION TO DEBTOR'S MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPONSE TO THE <u>W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE</u>

George & Sipes by and through the undersigned attorney, hereby tenders the following as a supplement to the Joint Response of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire, and respectfully demonstrates to this Court as follows:

In addition to the matters contained in the Joint Response and George & Sipes own individual response to the Debtor's Motion to Compel, George & Sipes submits the attached Declaration of attorney Kathleen A. Farinas in support of these Responses.

| | |
|---|---|
| Dated: September 8, 2006 | Sander L. Esserman<br>Van J. Hooker<br>David A. Klingler<br>David J. Parsons<br>**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,**<br>**A Professional Corporation**<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: (214) 969-4900<br>Facsimile: (214) 969-4999<br><br>**COUNSEL FOR GEORGE & SIPES**<br><br>/s/ Daniel K. Hogan<br>Daniel K. Hogan (ID no. 2814)<br>**THE HOGAN FIRM**<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>E-mail: dan@dkhogan.com<br><br>**LOCAL COUNSEL FOR GEORGE & SIPES** |