IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 12988**

On August 16, 2006, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Seventeenth Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from April 1, 2006 through June 30, 2006 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 6, 2006. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By: _____
Teresa K. D. Currier (No. 3080)
The Brandywine Building
1000 West St. - Suite 1410
Wilmington, DE 19801

-and-

KRLS/Wilm 58403v1

|  |  |
|---|---|
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Philip Bentley, Esquire<br>Gary M. Becker, Esquire<br>919 Third Avenue<br>New York, NY 10022<br>(212) 715-9100<br>Counsel to the Official Committee of<br>Equity Holders |
| Dated: September 11, 2006 | Co-Counsel to the Official Committee<br>of Equity Holders |

KRLS/Wilm 58403v1