**Attachment 1**

Sale of Grace Performance Chemicals Trailers
Summary of Transaction

| | |
|---|---|
| Assets to be sold: | 110 multi-compartment tank trailers fitted with equipment required for liquid admixture delivery (the "Trailers"). 85 of the trailers are currently owned by Grace. The other 25 are on long-term leases and are being purchased from the lessors and resold to Buyer at a higher price. |
| Buyer: | Distribution Technologies, Inc., 14841 Sperry Road, Newbury, Ohio 44065 |
| Purchase price | $1,879,500.00 in cash at the closing |
| Summary of transaction: | • Sale of the Trailers to Buyer.<br>• Grace leases of 53 tractors used to pull the Trailers (the "Tractors") will be cancelled, and new leases for the Tractors entered into between lessors and Buyer<br>• Related employees (drivers and dispatchers) will be offered employment with Buyer<br>• Buyer will provide logistics services (dispatching, delivery and tracking of deliveries) admixtures to customers in the US, Canada and Puerto Rico.<br>• Initial term of logistics services is five years, but Grace has an early termination option on ninety days notice. Upon Grace termination, Grace can buy back the Trailers for their depreciated value. |
| Effect of transaction | • Net cash flow effect of sale is expected to be $1,364,500 after trailer purchase cost of $215,000 and brokerage fee of $300,000.<br>• In addition, Grace expects to save significant amounts annually from the outsourcing of logistics services by comparison with Grace's continuing to handle logistics services internally.<br>• The transaction provides Grace with two significant benefits: a lower cost of service to the customer, and the opportunity to refocus resources from a non-core activity. |