IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 11th day of September, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> DEBTORS' NOTICE OF PROPOSED DALE OF GRACE PERFORMANCE CHEMICALS TANK TRAILERS PURSUANT TO ORDER ESTABLISHING PROCEDURES FOR THE SALE OF DE MINIMIS ASSETS.

*[signature]*
James E. O'Neill (DE Bar No. 4042)

W. R. Grace Service List re; Sale of
Chemical Tank Trailers
Case No. 01-1139 (JKF)
Doc. No. 121233
09 – Hand Delivery
11 – First Class Mail


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
United States Trustee
David Klauder, Esquire
844 N. King Street Suite 2207
Lock Box 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
as agent for the Debtors' prepetition lenders
Mark D. Collins, Esquire
Deborah Spivack, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel to the Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Counsel to the Official Committee of Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(Counsel to the Official Committee of Personal Injury Claimants)
Mark Hurford, Esquire
Campbell & Levine LLC
Chase Manhattan Center
1201 Market Street, 15th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to the Official Committee of Equity Holders)
Robert A. Forsten, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 198801

91100-001\DOCS_DE:121233.1

*Hand Delivery*
(Counsel to the Future Claimants' Representative)
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Jeff Moran, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*First Class Mail*
(Counsel to the Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Counsel to the Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to the Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to the Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Counsel to the Official Committee of Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Christoper Rizek, Esquire
Caplin & Drysdale Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to the Official Committee of Equity Holders)
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
(Counsel to the Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Deborah Felder, Esquire
Orrick Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007-5135

*First Class Mail*
Mike Medford
Ruan Inc.
3200 Ruan Center
666 Grand Avenue
Des Moines, IA 50309

*First Class Mail*
Keith Margelowsky
Senior VP - Marketing
Quality Distribution, Inc.
3802 Corporate Park Drive
Tampa, FL 33619

*First Class Mail*
Jim D'Alessio
Trimac
3710 Cane Run Road
Louisville, KY 40211

*First Class Mail*
Distribution Technologies, Inc.
14841 Sperry Road
Newbury, OH 44065