IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: September 8, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING FIFTY-SEVENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006 (DOCKET NO. 12959)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Fifty-Seventh Monthly Application of Casner & Edwards, LLP ("Casner") for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period From June 1, 2006 through June 30, 2006* (the "Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than September 8, 2006.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Casner $26,835.60 which represents 80% of the fees ($33,544.50), and $11,977.34, which represents 100% of the expenses requested in the Application for the period June 1, 2006 through June 30, 2006, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: September 11, 2006

    KIRKLAND & ELLIS LLP
    David M. Bernick P.C.
    Janet S. Baer
    200 East Randolph Drive
    Chicago, Illinois 60601
    Telephone:   (312) 861-2000
    Facsimile:   (312) 861-2200

    -and-

    PACHULSKI STANG ZIEHL YOUNG JONES
    & WEINTRAUB LLP

    */s/ James O'Neill*
    Laura Davis Jones (Bar No. 2436)
    James E. O'Neill (Bar No. 4042)
    919 N. Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, Delaware 19899-8705
    Telephone:   (302) 652-4100
    Facsimile:   (302) 652-4400

    Co-Counsel to Debtors and Debtors-in-Possession

DOCS_DE:37144.57