IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: October 2, 2006 at 4:00 p.m.
Hearing Date: to be scheduled if necessary

**FEE DETAIL FOR BOWE & FERNICOLA, LLC'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM FEBRUARY 1, 2006 THROUGH MARCH 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:47806.1

# BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600           Fax:(732)345-5117

Gloucester New Communities Co. Inc.                     March 4, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

|  |  |
|---|---|
| File #: | 1047-03 |
| **Attention:** Akos L. Nagy   Inv #: | 3232 |

**RE:** GNCC to Summit Ventures, LLC

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Feb-02-06 | Telephone call with Akos Nagy | 1.20 | WJB |
| Feb-06-06 | Telephone call with Akos Nagy (2) | 1.00 | WJB |
|  | Review of Woolwich Checklist for subdivision | 0.50 | WJB |
|  | Telephone call with Pennoni Associates (2) | 0.50 | WJB |
|  | Preparation of subdivision application | 1.00 | WJB |
| Feb-07-06 | Attendance at meeting with Akos Nagy & Mike Lee | 10.00 | WJB |
| Feb-16-06 | Review of Motions and Judge Rafferty's order | 1.00 | WJB |
| Feb-22-06 | Telephone call with Akos Nagy - status of issues | 1.00 | WJB |
|  | Review of COAH settlement issues | 1.00 | WJB |
| Feb-27-06 | Telephone call with Akos Nagy | 0.50 | WJB |
| Feb-28-06 | Telephone call with Sal Bianca (2); review of file | 1.00 | WJB |
| Mar-01-06 | Telephone call with Akos Nagy | 1.00 | WJB |
|  | Review of client materials | 1.00 | WJB |
|  | Telephone call with Sal Bianca (2) | 0.80 | WJB |
|  | Review of file | 0.50 | WJB |
| Mar-02-06 | Preparation of response to Creditor's committee | 1.50 | WJB |
|  | Telephone call with Akos Nagy | 0.50 | WJB |
|  | Telephone call with Akos Nagy | 1.00 | WJB |
|  | Revision of letter to Sal Bianca | 0.50 | WJB |
|  | Telephone call with Bob Gunther | 0.50 | WJB |
|  | Totals | 26.00   $7,125.00 |  |

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---:|---:|
| Jan-20-06 | NY Times | 3.95 | |
| | Totals | $3.95 | $0.00 |
| | **Total Fees, Disbursements** | | **$7,128.95** |
| | Previous Balance | | $2,237.00 |
| | Previous Payments | | $2,237.00 |
| | **Balance Due Now** | | **$7,128.95** |

# BOWE & FERNICOLA, LLC

The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600　　　　　　　　Fax:(732)345-5117

Gloucester New Communities Co. Inc.　　　　　　　　　　March 4, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

　　　　　　　　　　　　　　　　　　　　　　File #:　　　1047-05
**Attention:**　Akos L. Nagy　　　　　　　　　　　Inv #:　　　3233

**RE:**　　v. Remington Vernick

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Feb-01-06 | Telephone call with Henry Tyler; Henry Tyler, Tim Scaffiddi and Michelle Gibson; Judge Rafferty; Henry Tyler | 1.50 | WJB |
| | Telephone call with Akos Nagy | 0.20 | WJB |
| | Revision of and finalizing of answers to Interrogatories. | 2.00 | WJB |
| | Telephone call with Henry Tyler, Anthony Zappazodi, Michelle Gibson | 0.50 | WJB |
| | Telephone call with Sal Bianca - Kirkland Ellis | 0.50 | WJB |
| | Telephone call with Lori Heller | 0.20 | WJB |
| | Telephone call with Eric Eller | 0.20 | WJB |
| | Preparation of answers to interrogatories. | 0.50 | ATB |
| Feb-02-06 | Telephone call with Henry Tyler; Henry Tyler & Judge Rafferty's clerk | 0.50 | WJB |
| | Correspondence to attorney for Remington Vernick Re: enclosing answers to interrogatories. | 0.20 | ATB |
| Feb-03-06 | Attendance at status conference | 8.00 | WJB |
| Feb-06-06 | Review of form of Order | 0.20 | WJB |
| | Telephone call with Henry Tyler | 0.50 | WJB |
| Feb-08-06 | Preparation of Donofrio deposition outline | 2.50 | WJB |
| Feb-09-06 | Attendance at deposition of A. Donofrio | 9.00 | WJB |
| Feb-20-06 | Preparation of outline for S. Osborn deposition | 1.50 | WJB |
| | Correspondence to attorney for Woolwich Township Re: answers to interrogatories. | 0.20 | ATB |
| Feb-21-06 | Attendance at deposition of Susan Osborn | 11.00 | WJB |
| Feb-22-06 | Telephone call with Akos Nagy | 1.00 | WJB |
| | Telephone call with Henry Tyler | 0.50 | WJB |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call with Henry Tyler; Akos Nagy | 0.50 |  | WJB |
| Feb-24-06 | Telephone call with Henry Tyler; Akos Nagy | 1.00 |  | WJB |
|  | Preparation of deposition outline for Mike Mayer's deposition. | 3.50 |  | WJB |
| Feb-28-06 | Telephone call with Henry Tyler; Henry Tyler & Michelle Gibson | 0.50 |  | WJB |
|  | Review of and revise document request and Interrogatories | 0.50 |  | WJB |
|  | Preparation of response to supplemental interrogatories | 1.00 |  | WJB |
|  | Telephone call with HenryTyler | 1.00 |  | WJB |
|  | Telephone call with Akos Nagy | 0.20 |  | WJB |
| Mar-03-06 | Attendance at document production of Van Note Harvey Engineers | 9.00 |  | WJB |
|  | Totals | 57.90 | $15,877.50 |  |

| DISBURSEMENTS |  | Disbursements | Receipts |
|---|---|---|---|
| Feb-02-06 | New Jersey Lawyers Service to Henry Tyler, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Richard F. Berkey, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Timothy Scaffidi, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Michele Gibson, Esq. | 3.67 |  |
|  | Totals | $14.68 | $0.00 |

|  |  |
|---|---|
| **Total Fees, Disbursements** | **$15,892.18** |
| Previous Balance | $17,580.07 |
| Previous Payments | $17,580.07 |
| **Balance Due Now** | **$15,892.18** |

|  |  |  |  |
|---|---|---|---|
|  | Telephone call with Akos Nagy | 0.50 | WJB |
|  | Legal Research | 1.00 | WJB |
|  | Telephone call with Master for Discovery | 0.50 | WJB |
|  | Telephone call with Henry Tyler | 0.50 | WJB |
|  | Telephone call with Mike Spiro | 0.50 | WJB |
|  | Telephone call with Akos Nagy | 0.40 | WJB |
|  | Telephone call with Akos Nagy | 0.20 | WJB |
|  | Review of Meyer's transcripts | 2.00 | WJB |
| Apr-11-06 | Attendance at deposition of Mike Meyer | 11.50 | WJB |
|  | Review of file re: pleadings made in case; drafting of motion to retain jurisdiction. | 4.60 | REM |
| Apr-12-06 | Telephone call with Andy Long | 1.00 | WJB |
|  | Telephone call with Henry Tyler | 1.00 | WJB |
|  | Telephone call with Akos Nagy (2) | 0.60 | WJB |
|  | Telephone call with Henry Tyler | 0.20 | WJB |
|  | Legal Research re: construction board of appeals. | 5.60 | REM |
| Apr-13-06 | Legal Research in preparation of motion to retain jurisdiction. | 2.90 | REM |
| Apr-14-06 | Telephone call with Henry Tyler | 1.00 | WJB |
|  | Telephone call with Akos Nagy (2) | 1.00 | WJB |
|  | Totals | 136.30    $35,642.50 |  |

| DISBURSEMENTS |  | Disbursements | Receipts |
|---|---|---|---|
| Mar-13-06 | New Jersey Lawyers Service to Timothy Scaffidi, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Henry Tyler, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Richard Hertzberg, Esq. | 3.67 |  |
|  | New Jersey Lawyers Service to Richard Berkey, Esq. | 3.67 |  |
| Mar-17-06 | photocopy expense | 66.89 |  |
|  | Totals | $81.57 | $0.00 |

|  |  |
|---|---|
| **Total Fees, Disbursements** | **$35,724.07** |
| Previous Balance | $15,892.18 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$51,616.25** |

## BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600     Fax:(732)345-5117

Gloucester New Communities Co. Inc.  April 19, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

|  |  | File #: | 1047-05 |
|---|---|---|---|
| **Attention:** Akos L. Nagy |  | Inv #: | 3424 |

**RE:**    v. Remington Vernick

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Mar-03-06 | Review of file in preparation of motion to retain jurisdiction. | 4.20 | REM |
|  | Drafting of statement of facts for motion to retain jurisdiction. | 1.30 | REM |
| Mar-04-06 | Drafting of motion to retain jurisdiction. | 0.60 | REM |
| Mar-06-06 | Attendance at document review with Engineering Expert; discovery meeting with Henry Tyler | 11.00 | WJB |
| Mar-07-06 | Telephone call with Henry Tyler | 0.50 | WJB |
|  | Telephone call with Akos Nagy | 1.00 | WJB |
| Mar-11-06 | Telephone call with Akos Nagy | 1.50 | WJB |
| Mar-13-06 | Attendance at deposition of Mike Meyer | 9.00 | WJB |
|  | Correspondence to attorney for Remington Vernick Re: request for more specific answers to interrogatories. | 0.20 | ATB |
| Mar-15-06 | Telephone call with Henry Tyler | 0.60 | WJB |
|  | Review of subpoena | 0.50 | WJB |
|  | Telephone call with Henry Tyler | 0.50 | WJB |
| Mar-16-06 | Telephone call with Henry Tyler | 1.50 | WJB |
|  | Telephone call with Henry Tyler & Michelle Gibson (2) | 0.50 | WJB |
|  | Preparation of answers to supplemental interrogatories. | 0.50 | ATB |
|  | telephone call with H. Tyler re: motion for case to remain in Superior Court. | 1.20 | REM |
| Mar-20-06 | Telephone call with Henry Tyler | 0.70 | WJB |
|  | Telephone call with Akos Nagy | 0.50 | WJB |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Preparation of letter to M. Gibson regarding deposition dates; phone call with Michelle Gibson | 0.50 | WJB |
| | Telephone call with Henry Tyler & Mike Sparo | 0.50 | WJB |
| | Review of Order regarding Van Note Harvey discovery | 0.50 | WJB |
| Mar-21-06 | Telephone call with Henry Tyler & Mike Spano; Henry Tyler | 0.80 | WJB |
| | Telephone call with Akos Nagy | 1.00 | WJB |
| Mar-22-06 | Review of Van Note Harvey documents | 1.70 | WJB |
| Mar-23-06 | Telephone call with Henry Tyler | 0.70 | WJB |
| | Telephone call with Akos Nagy | 0.50 | WJB |
| Mar-24-06 | Telephone call with H. Tyler | 0.50 | WJB |
| | Telephone call with Akos Nagy | 1.00 | WJB |
| | Review of Van Note discovery for Monday meeting | 1.00 | WJB |
| | Telephone call with Anthony Zappazodi | 0.50 | WJB |
| Mar-27-06 | Attendance at meeting with representatives of Van Note Harvey | 8.00 | WJB |
| Mar-28-06 | Attendance at meeting with representatives from Van Note Harvey; | 8.00 | WJB |
| Mar-29-06 | Preparation of deposition of Mike Meyer | 2.00 | WJB |
| | Attendance at deposition of Ken Schatz | 8.00 | WJB |
| Mar-30-06 | Attendance at deposition of Mike Meyer | 11.00 | WJB |
| Apr-03-06 | Legal Research and preparation of legal memorandum Re: NJ RICO statute. | 3.00 | ATB |
| Apr-04-06 | Telephone call with Anthony Zappazodi | 1.00 | WJB |
| | Telephone call with Henry Tyler | 0.70 | WJB |
| | Telephone call with Akos Nagy (2) | 0.50 | WJB |
| | Preparation of memorandum Re: RICO Act. | 2.00 | ATB |
| Apr-05-06 | Telephone call with Henry Tyler | 0.50 | WJB |
| | Telephone call with Akos Nagy | 0.50 | WJB |
| | Telephone call with Henry Tyler & Bob Kenney; Akos Nagy & Henry Tyler | 1.50 | WJB |
| | Legal Research for motion to retain jurisdiction. | 2.80 | REM |
| Apr-06-06 | Telephone call with Henry Tyler | 0.30 | WJB |
| | Telephone call with Akos Nagy | 0.50 | WJB |
| | Review of pleadings file. | 1.20 | REM |
| | Preparation of discovery notices | 1.50 | TAS |
| Apr-07-06 | Telephone call with Henry Tyler; Akos Nagy | 1.00 | WJB |
| | Review of supplemental answers to interrogatories | 0.50 | WJB |
| | Review of corresspondence | 0.30 | WJB |
| | Preparation of answers to supplementary interrogatories. | 1.00 | ATB |
| Apr-10-06 | Telephone call with Henry Tyler | 0.50 | WJB |

# BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600        Fax:(732)345-5117

Ovadi Malchi                                              August 21, 2006
606 South Lake Drive
Lakewood, NJ 08701

                                                File #:       1055-15
**Attention:**                                  Inv #:          3508

RE:    Yale, Inc.

| DATE | DESCRIPTION | HOURS | | LAWYER |
|---|---|---|---|---|
| May-09-06 | Correspondence to client Ovadi Malchi Re: enclosing stipulation of dismissal. | 0.20 | | ATB |
| | Totals | 0.20 | $35.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$35.00** |
| Previous Balance | $2,590.19 |
| Previous Payments | $2,590.19 |
| **Balance Due Now** | **$35.00** |

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Mar-31-06 | Received From: Yale Inc. Settlement Funds |  | 6,000.00 |
| May-01-06 | Paid To: Bowe & Fernicola Client Paying Bill | 6,000.00 |  |
|  | Total Trust | $6,000.00 | $6,000.00 |
|  | **Trust Balance** |  | **$0.00** |

# BOWE & FERNICOLA, LLC
The Galleria
Two Bridge Avenue, Building Six, Third Floor
Red Bank, NJ 07701

Ph:(732)345-0600             Fax:(732)345-5117

Gloucester New Communities Co. Inc.                           April 19, 2006
Village Center Dr.
Suite 210
Swedesboro, NJ 08085

|  |  | File #: | 1047-03 |
|---|---|---|---|
| **Attention:** | Akos L. Nagy | Inv #: | 3288 |

**RE:**     GNCC to Summit Ventures, LLC

| DATE | DESCRIPTION | HOURS | | LAWYER |
|---|---|---|---|---|
| Mar-06-06 | Review of Consent Order; review of Regulations | 2.50 | | WJB |
| Mar-07-06 | Telephone call with Sal Bianca | 0.20 | | WJB |
| Mar-08-06 | Telephone call with Akos Nagy | 0.50 | | WJB |
| Mar-10-06 | Review of letter from K Hovnanian | 0.50 | | WJB |
| Mar-15-06 | Preparation of conflicts letter | 1.00 | | WJB |
| Mar-21-06 | Telephone call with Patti Wood | 0.50 | | WJB |
| Mar-22-06 | Telephone call with Akos Nagy | 0.20 | | WJB |
| Mar-30-06 | Attendance at meeting with Patti Wood - Weatherby issues | 2.00 | | WJB |
| Apr-10-06 | Review of County road easements and plans (revised) | 1.00 | | WJB |
|  | Telephone call with Pennoni Associates | 0.50 | | WJB |
|  | Telephone call with Patti Wood status of outstanding items | 1.00 | | WJB |
|  | Totals | 9.90 | $2,722.50 | |

| **Total Fees, Disbursements** | **$2,722.50** |
|---|---|
| Previous Balance | $7,128.95 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$9,851.45** |