IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 2, 2006 at 4:00 p.m.**
**Hearing Date: to be scheduled if necessary**

## FEE DETAIL FOR PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2006

Invoice Number **70022**      **91100  00001**      **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:  May 31, 2006 | $248,252.36 |
| Payments received since last invoice, last payment received -- July 31, 2006 | $176,487.81 |
| Net balance forward | $71,764.55 |

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through      06/30/2006**

**Case Administration [B110]**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 06/01/06 | PEC | Update critical dates | 0.40 | 155.00 | $62.00 |
| 06/01/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/01/06 | RMO | Match pleadings with court docket. | 0.40 | 85.00 | $34.00 |
| 06/01/06 | SLP | Maintain docket control. | 1.00 | 80.00 | $80.00 |
| 06/01/06 | KSN | Prepare hearing binders for 6/19/06 hearing. | 5.00 | 65.00 | $325.00 |
| 06/02/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 06/02/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/02/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 06/02/06 | KSN | Prepare hearing binders for 6/19/06 hearing. | 3.00 | 65.00 | $195.00 |
| 06/02/06 | JEO | Review Debtor-In-Possession Monthly Operating Report for Filing Period April 1, 2006 through April 30, 2006 Filed by W.R. Grace & Co., et al.. | 0.40 | 445.00 | $178.00 |
| 06/02/06 | PEC | Prepare Debtors' April 2006 Monthly Operating Report for filing and service | 0.50 | 155.00 | $77.50 |
| 06/04/06 | DCC | Maintain document control. | 0.50 | 85.00 | $42.50 |
| 06/05/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/05/06 | PEC | Update critical dates | 1.10 | 155.00 | $170.50 |
| 06/05/06 | DCC | Maintain document control. | 1.00 | 85.00 | $85.00 |
| 06/05/06 | SLP | Maintain docket control. | 1.00 | 80.00 | $80.00 |
| 06/06/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/06/06 | SLP | Maintain docket control. | 2.30 | 80.00 | $184.00 |
| 06/07/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/07/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 06/07/06 | RMO | Match pleadings with court docket. | 0.30 | 85.00 | $25.50 |
| 06/07/06 | SLP | Maintain docket control. | 1.30 | 80.00 | $104.00 |
| 06/08/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/08/06 | PEC | Update critical dates | 0.50 | 155.00 | $77.50 |
| 06/08/06 | RMO | Match pleadings with court docket. | 0.50 | 85.00 | $42.50 |
| 06/08/06 | SLP | Maintain docket control. | 1.30 | 80.00 | $104.00 |
| 06/09/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/09/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 06/09/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 06/09/06 | RMO | Match pleadings with court docket. | 0.30 | 85.00 | $25.50 |
| 06/09/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 06/09/06 | KSN | Prepare hearing binders for 6/19/06 hearing. Updated the hearing binders. | 2.00 | 65.00 | $130.00 |
| 06/12/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/12/06 | PEC | Revise and review Notice of Agenda for 6/19/06 Agenda | 0.80 | 155.00 | $124.00 |
| 06/12/06 | PEC | Review Docket | 0.20 | 155.00 | $31.00 |
| 06/12/06 | SLP | Maintain docket control. | 4.30 | 80.00 | $344.00 |
| 06/12/06 | KSN | Prepare hearing binders for 6/19/06 hearing.  Final agenda | 1.50 | 65.00 | $97.50 |
| 06/13/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 155.00 | $31.00 |
| 06/13/06 | SLP | Maintain docket control. | 3.30 | 80.00 | $264.00 |
| 06/14/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 155.00 | $31.00 |
| 06/14/06 | PEC | Update critical dates | 0.50 | 155.00 | $77.50 |
| 06/14/06 | SLP | Maintain docket control. | 3.00 | 80.00 | $240.00 |
| 06/15/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/15/06 | PEC | Update critical dates | 1.30 | 155.00 | $201.50 |
| 06/15/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 06/15/06 | SLP | Maintain docket control. | 2.30 | 80.00 | $184.00 |
| 06/16/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/16/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 06/19/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/19/06 | PEC | Update critical dates | 0.60 | 155.00 | $93.00 |
| 06/19/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 06/19/06 | SLP | Maintain docket control. | 3.00 | 80.00 | $240.00 |
| 06/20/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |

**Invoice number 70022**      91100   00001                                    **Page  3**

| Date | | | | | |
|------|----|----|----|----|----|
| 06/20/06 | SLP | Maintain docket control. | 2.30 | 80.00 | $184.00 |
| 06/21/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/21/06 | PEC | Update critical dates | 1.20 | 155.00 | $186.00 |
| 06/21/06 | SLP | Maintain docket control. | 3.00 | 80.00 | $240.00 |
| 06/22/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/22/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 06/22/06 | PEC | Update critical dates | 1.30 | 155.00 | $201.50 |
| 06/22/06 | SLP | Maintain docket control. | 3.00 | 80.00 | $240.00 |
| 06/22/06 | JEO | Work on monthly operating reports for GIHI | 0.50 | 445.00 | $222.50 |
| 06/23/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/23/06 | PEC | Update critical dates | 0.80 | 155.00 | $124.00 |
| 06/23/06 | PEC | Additional review of daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/23/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 06/23/06 | JEO | Emails with client Michael Brown regarding GIHI monthly operating reports | 0.50 | 445.00 | $222.50 |
| 06/26/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 06/27/06 | CAK | Maintain document control and review & update bill book. | 0.60 | 150.00 | $90.00 |
| 06/27/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/27/06 | PEC | Update critical dates | 1.30 | 155.00 | $201.50 |
| 06/27/06 | PEC | Review docket | 0.20 | 155.00 | $31.00 |
| 06/27/06 | SLP | Maintain docket control. | 1.30 | 80.00 | $104.00 |
| 06/28/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/28/06 | PEC | Update critical dates | 1.00 | 155.00 | $155.00 |
| 06/28/06 | SLP | Maintain docket control. | 2.30 | 80.00 | $184.00 |
| 06/29/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 155.00 | $62.00 |
| 06/29/06 | RMO | Match pleadings with court docket. | 0.20 | 85.00 | $17.00 |
| 06/29/06 | SLP | Maintain docket control. | 2.00 | 80.00 | $160.00 |
| 06/30/06 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 155.00 | $46.50 |
| 06/30/06 | PEC | Update critical dates | 0.60 | 155.00 | $93.00 |
| 06/30/06 | SLP | Maintain docket control. | 2.30 | 80.00 | $184.00 |
| | | **Task Code Total** | **85.40** | | **$8,856.00** |

**WRG-Claim Analysis (Asbestos)**

| | | | | | |
|------|----|----|----|----|----|
| 06/01/06 | JEO | Review and prepare Notice of Settlement Claim Settlement Notice [Date of Claims Settlement Notice: 6/1/06; Opposition-Responses Due 6/21/06] Filed by W.R. Grace & Co., et al.. | 0.50 | 445.00 | $222.50 |

**Invoice number 70022**          91100   00001                                              **Page  4**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/06 | PEC | Prepare Claim Settlement Notice for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 155.00 | $77.50 |
| 06/02/06 | JEO | Review Motion to Continue Hearing On Debtors' Motion to Approve Settlement With Lloyd's Underwriters (related document(s)[12432] ) Filed by Libby Claimants | 0.40 | 445.00 | $178.00 |
| 06/06/06 | JEO | Review status of EPA Wacaudna settlement with co-counsel | 0.20 | 445.00 | $89.00 |
| 06/12/06 | PEC | Draft Certification of No Objection Regarding Motion to Approve Stipulation Settling Claims Concerning the Wauconda Site and Authorizing Payment Thereunder and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/16/06 | JEO | Email exchange with counsel for claimant Weatherford | 0.20 | 445.00 | $89.00 |
| 06/19/06 | PEC | Prepare Motion to Approve a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims for filing and service (.4); Draft Certificate of Service (.1) | 0.60 | 155.00 | $93.00 |
| 06/19/06 | JEO | Review and finalize Motion to Approve A Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) | 2.00 | 445.00 | $890.00 |
| | | **Task Code Total** | **5.20** | | **$1,763.00** |

**WRG-Employ. App., Others**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/06 | PEC | Prepare Affidavit Under 11 U.S.C. 327 (e) of Mahmud R. Mukhtar for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 155.00 | $77.50 |
| 06/09/06 | PEC | Prepare Affidavit of Disinterestedness of Allan S. Jones in Support of Carr Allson P.C.'s Retention as an Ordinary Course Professional and Certificate of Service (.5); Draft Affidavit of Service (.1) | 0.60 | 155.00 | $93.00 |
| 06/13/06 | PEC | Prepare Affidavit Under 11 U.S.C. 327(E) Dickstein Shapiro Morin & Oshinsky LLP for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 155.00 | $77.50 |
| 06/19/06 | JEO | Review and finalize Motion to Amend the Order Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses | 0.60 | 445.00 | $267.00 |
| 06/20/06 | PEC | Prepare Affidavit Under 11 U.S.C. 327(c) of Avelino Rolon for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 155.00 | $77.50 |
| 06/23/06 | PEC | Prepare Nineteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. Section 327(a) and Fed.R.Bankr. P. 2014 for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 155.00 | $77.50 |
| | | **Task Code Total** | **3.20** | | **$670.00** |

**Employee Benefit/Pension-B220**

**Invoice number 70022**    91100   00001    **Page 5**

| | | | | | |
|---|---|---|---|---|---|
| 06/09/06 | PEC | Prepare Certification of Counsel on Order Authorizing the Debtors to Make Legally Required Minimum Contributions to the Defined Benefit Pension Plans Covering the Debtors' Employees and Certificate of Service for filing and service | 0.60 | 155.00 | $93.00 |
| 06/09/06 | JEO | Review Certification of Counsel on Order Authorizing the Debtors to Make Legally Required Minimum Contributions to the Defined Benefit Pension Plans Covering the Debtors' Employees | 0.30 | 445.00 | $133.50 |
| 06/19/06 | PEC | Prepare Motion to Authorize an Order Authorizing the Implementation of the 2006 - 2008 Long-Term Incentive Program for Key Employees for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 155.00 | $93.00 |
| 06/19/06 | JEO | Review and finalize Motion to Authorize Motion of the Debtors for An Order Authorizing the Implementation of the 2006-2008 Long-term Incentive Program for Key Employees | 1.00 | 445.00 | $445.00 |
| | | **Task Code Total** | **2.50** | | **$764.50** |

**WRG-Fee Apps., Applicant**

| | | | | | |
|---|---|---|---|---|---|
| 06/01/06 | WLR | Prepare April 2006 fee application | 0.50 | 395.00 | $197.50 |
| 06/01/06 | WLR | Review and revise April 2006 fee application | 0.20 | 395.00 | $79.00 |
| 06/02/06 | JEO | Review Application for Compensation for Services Rendered and Reimbursement of Expenses for the Twentieth Quarterly Period from January 1, 2006 through March 31, 2006 Filed by Pachulski Stang Ziehl Young Jones & Weintraub LLP | 0.20 | 445.00 | $89.00 |
| 06/02/06 | PEC | Draft Notice of Filing of Twentieth Quarterly Fee Application of PSZYJ&W and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/05/06 | CAK | Review and update April Fee Application. | 0.40 | 150.00 | $60.00 |
| 06/08/06 | CAK | Revise April Fee Application. | 0.20 | 150.00 | $30.00 |
| 06/08/06 | CAK | Coordinate posting, filing and service of April Fee Application. | 0.20 | 150.00 | $30.00 |
| 06/08/06 | JEO | Review Application for Compensation (Sixty-First) of Pachulski Stang Ziehl Young Jones & Weintraub LLP for Compensation and for Reimbursement of Expenses for April 1, 2006 through April 30, 2006 | 0.30 | 445.00 | $133.50 |
| 06/08/06 | MSC | Draft Affidavit of Service of Sixty-First Monthly Application of Pachulski Stang Ziehl Young Jones & Weintraub LLP for Compensation for Services Rendered and Reimbursement of Expenses, as Co-Counsel to the Debtors, for the Period from April 1, 2006 through April 30, 2006 | 0.10 | 150.00 | $15.00 |
| 06/08/06 | MSC | Preparation for and coordination of filing of Sixty-First Monthly Application of Pachulski Stang Ziehl Young Jones & Weintraub LLP for Compensation for Services Rendered and Reimbursement of Expenses, as Co-Counsel to the Debtors, for the Period from April 1, 2006 through April 30, 2006; service of same | 0.30 | 150.00 | $45.00 |

**Invoice number 70022**        91100    00001                                    **Page  6**

| 06/16/06 | PEC | Draft Certification of No Objection Regarding PSZYJ&W's March 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/26/06 | WLR | Prepare May 2006 fee application | 0.50 | 395.00 | $197.50 |
| 06/30/06 | WLR | Draft May 2006 fee application | 0.30 | 395.00 | $118.50 |
| | **Task Code Total** | | **4.80** | | **$1,243.00** |

**WRG-Fee Applications, Others**

| 06/02/06 | JEO | Review Quarterly Application for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel for the Twentieth Interim Period from January 1, 2006 through March 31, 2006 Filed by Casner & Edwards LLP | 0.20 | 445.00 | $89.00 |
| 06/02/06 | JEO | Review Application for Compensation and Reimbursement of Expenses as Special Environmental Counsel for the Third Quarterly Interim Period from January 1, 2006 through March 31, 2006 Filed by Foley Hoag LLP | 0.20 | 445.00 | $89.00 |
| 06/02/06 | PEC | Draft Notice of Filing of Third Quarterly Fee Application of Foley Hoag LLP and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/02/06 | PEC | Draft Notice of Filing of Twentieth Quarterly Fee Application of Casner & Edwards LLP and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/07/06 | PEC | Draft Amended Certificate of No Objection Regarding Pitney Hardin LLP's January Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/08/06 | JEO | Review Application for Compensation (Fifty-Fifth) of Casner & Edwards, LLP for Compensation and for Reimbursement of Expenses for April 1, 2006 through April 30, 2006 | 0.20 | 445.00 | $89.00 |
| 06/08/06 | JEO | Review Application for Compensation of Nelson Mullins Riley & Scarborough, L.L.P for Compensation and for Reimbursement of Expenses for April 1, 2006 through April 30, 2006, | 0.20 | 445.00 | $89.00 |
| 06/08/06 | MSC | Draft Affidavit of Service of Fifty-Fifth Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period from April 1, 2006 through April 30, 2006 | 0.10 | 150.00 | $15.00 |
| 06/08/06 | MSC | Preparation for and coordination of filing of Fifty-Fifth Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period from April 1, 2006 through April 30, 2006; service of same | 0.30 | 150.00 | $45.00 |
| 06/08/06 | MSC | Revise Application of Nelson Mullins Riley & Scarborough, L.L.P. for Compensation for Services and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the Second Interim Period, from | 0.10 | 150.00 | $15.00 |

**Invoice number  70022**         91100  00001                                              **Page  7**

April 1, 2005 through April 30, 2006

| | | | | | |
|---|---|---|---|---|---|
| 06/08/06 | MSC | Draft Affidavit of Service of Application of Nelson Mullins Riley & Scarborough, L.L.P. for Compensation for Services and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the Second Interim Period, from April 1, 2005 through April 30, 2006 | 0.10 | 150.00 | $15.00 |
| 06/08/06 | MSC | Preparation for and coordination of filing of Application of Nelson Mullins Riley & Scarborough, L.L.P. for Compensation for Services and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the Second Interim Period, from April 1, 2005 through April 30, 2006; service of same | 0.30 | 150.00 | $45.00 |
| 06/09/06 | JEO | Review and finalize Response to /of Kirkland & Ellis LLP to Fee Auditor's Final Report Regarding its 19th Interim Fee Application | 0.20 | 445.00 | $89.00 |
| 06/09/06 | JEO | Review and file Quarterly Application for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co. et al., for the Interim Period From January 1, 2006 through March 31, 2006 (Twentieth Quarterly Interim) Filed by Nelson Mullins Riley & Scarborough, L.L.P. | 0.20 | 445.00 | $89.00 |
| 06/09/06 | PEC | Prepare Response of Kirkland & Ellis LLP to Fee Auditor's Final Report Regarding its 19th Interim Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 155.00 | $93.00 |
| 06/09/06 | MSC | Revise Twentieth Quarterly Interim Verified Fee Application of Nelson Mullins Riley & Scarborough, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co. et al., for the Interim Period from January 1, 2006 through March 31, 2006 | 0.10 | 150.00 | $15.00 |
| 06/09/06 | MSC | Draft Notice of Twentieth Quarterly Interim Verified Fee Application of Nelson Mullins Riley & Scarborough, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co. et al., for the Interim Period from January 1, 2006 through March 31, 2006 | 0.20 | 150.00 | $30.00 |
| 06/09/06 | MSC | Draft Certificate of Service of Notice of and Twentieth Quarterly Interim Verified Fee Application of Nelson Mullins Riley & Scarborough, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co. et al., for the Interim Period from January 1, 2006 through March 31, 2006 | 0.10 | 150.00 | $15.00 |
| 06/09/06 | MSC | Draft Certificate of Service of Notice [only] of Twentieth Quarterly Interim Verified Fee Application of Nelson Mullins Riley & Scarborough, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co. et al., for the Interim Period from January 1, 2006 through March 31, 2006 | 0.10 | 150.00 | $15.00 |
| 06/09/06 | MSC | Preparation for and coordination of service and filing of Notice of and Twentieth Quarterly Interim Verified Fee Application of Nelson Mullins Riley & Scarborough, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co. et al., for the Interim Period from January 1, 2006 through March 31, 2006 | 0.20 | 150.00 | $30.00 |
| 06/12/06 | LT | Ongoing e-mail and office discussion with P. Cuniff and J. O'Neill re: the Certification of Counsel regarding | 0.90 | 155.00 | $139.50 |

**Invoice number 70022**        91100   00001                                             **Page  8**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Nineteenth Quarter Project Category Summary (.1); revise same (.1); prepare for filing and service (.1); execute service of same (.1); file same (.3); forward to K. Neil for hearing binder (.1) |  |  |  |
| 06/12/06 | LT | Ongoing e-mail and office discussion with P. Cuniff and J. O'Neill re: the Certification of Counsel approving quarterly fee applications for the nineteenth period (.1); revise same (.4); prepare for filing and service (.1); execute service of same (.1); file same (.3); forward to K. Neil for hearing binder (.1) | 1.10 | 155.00 | $170.50 |
| 06/12/06 | LT | Revise the notice of agenda for the 06/19/06 hearing (.3); discuss same with J. O'Neill (.1); draft the certificate of service (.1); file same (.3); forward to K. Neil for hearing binder (.1); execute facsimile service of same (.2) | 1.10 | 155.00 | $170.50 |
| 06/12/06 | JEO | Finalize issues surrounding hearing on 19th quarterly fee applications. | 1.50 | 445.00 | $667.50 |
| 06/12/06 | PEC | Draft Certification of Counsel Regarding Nineteenth Quarter Project Category Summary and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/12/06 | PEC | Draft Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Nineteenth Period and Certificate of Service (.4);  for PrPrepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/15/06 | PEC | Draft Certification of No Objection Regarding Casner & Edward LLP's March 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/15/06 | PEC | Draft Certification of No Objection Regarding Casner & Edwards LLP's February 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/15/06 | PEC | Draft Certification of No Objection Regarding Woodcock Washburn's March 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/16/06 | JEO | Review status of Blackstone fee applications | 0.40 | 445.00 | $178.00 |
| 06/16/06 | PEC | Draft Certification of No Objection Regarding The Blackstone Group's July Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/16/06 | PEC | Draft Certification of No Objection Regarding The Blackstone Group's August 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/16/06 | PEC | Draft Certification of No Objection Regarding The Blackstone Group's September 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/16/06 | PEC | Draft Certification of No Objection Regarding Beveridge & Diamond P.C.'s March 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 155.00 | $124.00 |
| 06/16/06 | PEC | Draft Certification of No Objection Regarding Steptoe & Johnson LLP's March 2005 Monthly Fee Application and | 0.80 | 155.00 | $124.00 |

**Invoice number 70022**    91100    00001    **Page 9**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Certificate of Service (.4); Prepare for filing and service (.4) |  |  |  |
| 06/19/06 | PEC | Prepare Motion to Amend the Order Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 155.00 | $93.00 |
| 06/20/06 | JEO | Review Application for Compensation (Seventh) of Beveridge & Diamond, P.C. for Compensation and for Reimbursement of Expenses for April 1, 2006 through April 30, 2006 | 0.20 | 445.00 | $89.00 |
| 06/20/06 | PEC | Prepare Beveridge & Diamond P.C.'s April Monthly Operating Report for filing and service (.5); Draft Certificate of Service .1) | 0.60 | 155.00 | $93.00 |
| 06/20/06 | PEC | Draft Certification of No Objection Regaling Kirkpatrick & Lockhart's April 2006 Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 155.00 | $124.00 |
| 06/20/06 | PEC | Prepare The Blackstone Group's November 2005 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 155.00 | $77.50 |
| 06/20/06 | PEC | Prepare The Blackstone Group's December 2005 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 155.00 | $77.50 |
| 06/20/06 | MSC | Draft Certificate of No Objection Regarding Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period, from April 1, 2006 through April 30, 2006 | 0.20 | 150.00 | $30.00 |
| 06/20/06 | MSC | Draft Certificate of Service of Certificate of No Objection Regarding Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period, from April 1, 2006 through April 30, 2006 | 0.10 | 150.00 | $15.00 |
| 06/20/06 | MSC | Preparation for and coordination of filing of Certificate of No Objection Regarding Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period, from April 1, 2006 through April 30, 2006; service of same | 0.20 | 150.00 | $30.00 |
| 06/20/06 | MSC | Draft Affidavit of Service of Seventh Application for Compensation of Beveridge & Diamond, P.C. for Compensation and for Reimbursement of Expenses for April 1, 2006 through April 30, 2006 | 0.10 | 150.00 | $15.00 |
| 06/20/06 | MSC | Preparation for and coordination of filing of Seventh Application for Compensation of Beveridge & Diamond, P.C. for Compensation and for Reimbursement of Expenses for April 1, 2006 through April 30, 2006; service of same | 0.40 | 150.00 | $60.00 |
| 06/21/06 | JEO | Review Application for Compensation (Thirty-Seventh) of The Blackstone Group L.P. for Compensation and for Reimbursement of Expenses for December 1, 2005 through December 31, 2005 | 0.20 | 445.00 | $89.00 |
| 06/21/06 | JEO | Review Application for Compensation (Thirty-Sixth) of The Blackstone Group L.P. for Compensation and for | 0.20 | 445.00 | $89.00 |

**Invoice number 70022**      91100   00001                                      **Page   10**

|          |     |                                                                                                                                                                                                         |       |        |          |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|----------|
|          |     | Reimbursement of Expenses for November 1, 2005 through November 30, 2005                                                                                                                                 |       |        |          |
| 06/21/06 | JEO | Review Application for Compensation (Thirty-Fifth) of The Blackstone Group L.P. for Compensation and for Reimbursement of Expenses for October 1, 2005 through October 31, 2005                           | 0.00  | 445.00 | $0.00    |
| 06/21/06 | JEO | Research status of Blackstone fee applications and emails with client and Blackstone regarding same                                                                                                      | 1.00  | 445.00 | $445.00  |
| 06/21/06 | PEC | Prepare The Blackstone Group's October 2005 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1)                                                                          | 0.50  | 155.00 | $77.50   |
| 06/23/06 | JEO | Review Application for Compensation (Fifteenth Quarterly) of The Blackstone Group L.P. for Compensation and for Reimbursement of Expenses for October 1, 2005 through December 31, 2005 Filed by Blackstone Group L.P. | 0.20  | 445.00 | $89.00   |
| 06/27/06 | JEO | Review Application for Compensation for Services Rendered and Reimbursement of Expenses As Counsel to W.R. Grace & Co., et al. for the Interim Period from April 1, 2006 through April 30, 2006 Filed by Foley Hoag LLP | 0.20  | 445.00 | $89.00   |
| 06/28/06 | JEO | Review Application for Compensation for Services and Reimbursement of Expenses for the Monthly Interim Period from May 1, 2006 through May 31, 2006                                                       | 0.20  | 445.00 | $89.00   |
| 06/28/06 | JEO | Review Application for Compensation for Services and Reimbursement of Expenses for the Interim Period from May 1, 2006 through May 31, 2006 Filed by Foley Hoag LLP                                        | 0.20  | 445.00 | $89.00   |
| 06/28/06 | PEC | Prepare Kirkland & Ellis LLP's May Monthly Fee Application for Filing and service (.7); Draft Affidavit of Service (.1)                                                                                   | 0.80  | 155.00 | $124.00  |
| 06/28/06 | PEC | Prepare Foley Hoag LLP's May 2006 Monthly Fee Application for Filing and service (.4); Draft Affidavit of Service (.1)                                                                                    | 0.50  | 155.00 | $77.50   |
|          |     | **Task Code Total**                                                                                                                                                                                     | 27.00 |        | $5,767.00 |

**Litigation (Non-Bankruptcy)**

|          |     |                                                                                                                                                                                                         |      |        |          |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
| 06/01/06 | PEC | Draft Notice of Agenda for 6/19/06 Hearing                                                                                                                                                               | 1.40 | 155.00 | $217.00  |
| 06/01/06 | JEO | Work on preliminary agenda                                                                                                                                                                               | 1.00 | 445.00 | $445.00  |
| 06/02/06 | PEC | Revise and review Notice of Agenda for 6/19/06 Hearing                                                                                                                                                   | 1.20 | 155.00 | $186.00  |
| 06/06/06 | JEO | Review status of Whitehouse Orders (.2); check docket (.1), calls to court and co-counsel regarding status (.3); email correspondence to co-counsel regarding status of orders (.2); review entered orders(.1). follow up with co counsel regarding orders(.2) | 1.10 | 445.00 | $489.50  |
| 06/07/06 | JEO | Review status of matters for June 19th omnibus hearing.                                                                                                                                                  | 1.00 | 445.00 | $445.00  |
| 06/09/06 | PEC | Revise and review Notice of Agenda for 6/19/06 Hearing                                                                                                                                                   | 0.80 | 155.00 | $124.00  |
| 06/11/06 | JEO | Work on final agenda for 6/19 omnibus hearing                                                                                                                                                            | 1.00 | 445.00 | $445.00  |
| 06/12/06 | PEC | Review Hearing Binders                                                                                                                                                                                   | 1.00 | 155.00 | $155.00  |
| 06/12/06 | PEC | File and serve Notice of Agenda for 6/19/06 Hearing                                                                                                                                                      | 0.80 | 155.00 | $124.00  |

**Invoice number 70022**          91100   00001                                    **Page  11**

| 06/12/06 | JEO | Work on final agenda for 6/19 hearing | 1.50 | 445.00 | $667.50 |
|---|---|---|---|---|---|
| 06/13/06 | JEO | Preparations for 6/19 omnibus hearing | 1.00 | 445.00 | $445.00 |
| 06/14/06 | JEO | Review status of matters for June 19 omnibus | 1.00 | 445.00 | $445.00 |
| 06/14/06 | JEO | Prepare for omnibus hearing on June 19 | 1.00 | 445.00 | $445.00 |
| 06/16/06 | JEO | Prepare for omnibus hearing on June 19, 2006 | 2.00 | 445.00 | $890.00 |
| 06/19/06 | PEC | Prepare Motion to Authorize Entry of an Order Authorizing the Debtors to Assume and Assign a Lease and Sublease for Certain Real Property in Houston, Texas for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 155.00 | $93.00 |
| 06/19/06 | JEO | Review and finalize Motion to Authorize Motion for Entry of an Order Authorizing the Debtors to Assume and Assign a Lease and Sublease for Certain Real Property in Houston, Texas | 1.00 | 445.00 | $445.00 |
| 06/19/06 | PEC | Prepare Orders for 6/19/06 Hearing | 1.20 | 155.00 | $186.00 |
| 06/19/06 | JEO | Prepare for and attend omnibus hearing | 4.00 | 445.00 | $1,780.00 |
| 06/20/06 | JEO | Follow up on items from 6/19 hearing | 1.00 | 445.00 | $445.00 |
| 06/21/06 | JEO | Draft Grace hearing update memo for 6/19 omnibus and circulate to co-counsel | 1.00 | 445.00 | $445.00 |
| 06/23/06 | JEO | Email exchange with J. Baer regarding NJ matter | 0.20 | 445.00 | $89.00 |
| 06/26/06 | JEO | Finalize cert of counsel on NJ action | 0.20 | 445.00 | $89.00 |
| 06/28/06 | JEO | Work on agenda for July 24, 2006 | 0.50 | 445.00 | $222.50 |

|  | **Task Code Total** |  | **25.50** |  | **$9,317.50** |
|---|---|---|---|---|---|

|  | **Total professional services:** |  | 153.60 |  | **$28,381.00** |
|---|---|---|---|---|---|

### Costs Advanced:

| 05/03/2006 | PAC | 91100 - 001 PACER charges for 05/03/2006 | $7.91 |
|---|---|---|---|
| 05/04/2006 | PAC | 91100 - 001 PACER charges for 05/04/2006 | $6.93 |
| 05/05/2006 | PAC | 91100 - 001 PACER charges for 05/05/2006 | $3.08 |
| 05/06/2006 | PAC | 91100 - 001 PACER charges for 05/06/2006 | $9.10 |
| 05/09/2006 | PAC | 91100 - 001 PACER charges for 05/09/2006 | $10.64 |
| 05/10/2006 | PAC | 91100 - 001 PACER charges for 05/10/2006 | $16.52 |
| 05/13/2006 | PAC | 91100 - 001 PACER charges for 05/13/2006 | $16.24 |
| 05/15/2006 | OR | Outside Reproduction Expense---Digital Legal Services.LLC [E102] | $1,866.60 |
| 05/15/2006 | PAC | 91100 - 001 PACER charges for 05/15/2006 | $2.10 |
| 05/15/2006 | PO | Postage---Digital Legal Services.LLC [E108] | $605.43 |
| 05/16/2006 | PAC | 91100 - 001 PACER charges for 05/16/2006 | $8.89 |
| 05/17/2006 | PAC | 91100 - 001 PACER charges for 05/17/2006 | $3.57 |
| 05/18/2006 | PAC | 91100 - 001 PACER charges for 05/18/2006 | $0.35 |
| 05/19/2006 | PAC | 91100 - 001 PACER charges for 05/19/2006 | $2.10 |
| 05/20/2006 | PAC | 91100 - 001 PACER charges for 05/20/2006 | $32.06 |
| 05/24/2006 | PAC | 91100 - 001 PACER charges for 05/24/2006 | $2.10 |
| 05/26/2006 | PAC | 91100 - 001 PACER charges for 05/26/2006 | $12.60 |

**Invoice number  70022**     91100   00001                                    **Page  12**

| 05/26/2006 | RE | (A7 DOC 63 @0.10 PER PG) | $6.30 |
|---|---|---|---|
| 05/26/2006 | RE | (G8 CORR 1360 @0.10 PER PG) | $136.00 |
| 05/26/2006 | RE | (G8 CORR 728 @0.10 PER PG) | $72.80 |
| 05/26/2006 | RE | (G8 CORR 2 @0.10 PER PG) | $0.20 |
| 05/30/2006 | DC | Tristate | $15.00 |
| 05/30/2006 | DC | Tristate | $9.00 |
| 05/30/2006 | RE | (A7 CORR 3 @0.10 PER PG) | $0.30 |
| 05/30/2006 | RE | (A7 CORR 518 @0.10 PER PG) | $51.80 |
| 05/30/2006 | RE | (C2 CORR 3173 @0.10 PER PG) | $317.30 |
| 05/31/2006 | DH | DHL | $11.85 |
| 05/31/2006 | DH | DHL | $14.99 |
| 05/31/2006 | DH | DHL | $28.18 |
| 05/31/2006 | DH | DHL | $14.99 |
| 05/31/2006 | DH | DHL | $28.18 |
| 05/31/2006 | DH | DHL | $41.43 |
| 05/31/2006 | PAC | 91100 - 001 PACER charges for 05/31/2006 | $2.10 |
| 05/31/2006 | RE | (A7 DOC 45 @0.10 PER PG) | $4.50 |
| 05/31/2006 | RE | (C2 DOC 258 @0.10 PER PG) | $25.80 |
| 06/01/2006 | DC | Tristate | $306.00 |
| 06/01/2006 | DC | Tristate | $25.20 |
| 06/01/2006 | DC | Tristate | $25.20 |
| 06/01/2006 | DC | Tristate | $15.00 |
| 06/01/2006 | FX | (B2 CORR 6 @1.00 PER PG) | $6.00 |
| 06/01/2006 | FX | (B2 CORR 6 @1.00 PER PG) | $6.00 |
| 06/01/2006 | FX | (B2 CORR 6 @1.00 PER PG) | $6.00 |
| 06/01/2006 | FX | (B2 CORR 5 @1.00 PER PG) | $5.00 |
| 06/01/2006 | FX | (B2 CORR 6 @1.00 PER PG) | $6.00 |
| 06/01/2006 | FX | (B2 CORR 6 @1.00 PER PG) | $6.00 |
| 06/01/2006 | FX | (B2 CORR 6 @1.00 PER PG) | $6.00 |
| 06/01/2006 | FX | (B2 CORR 6 @1.00 PER PG) | $6.00 |
| 06/01/2006 | FX | (B2 CORR 6 @1.00 PER PG) | $6.00 |
| 06/01/2006 | FX | (B2 CORR 6 @1.00 PER PG) | $6.00 |
| 06/01/2006 | PO | Postage | $2.50 |
| 06/01/2006 | PO | Postage | $136.08 |
| 06/01/2006 | PO | Postage | $1.53 |
| 06/01/2006 | RE | (A7 CORRA 6 @0.10 PER PG) | $0.60 |
| 06/01/2006 | RE | (C2 DOC 528 @0.10 PER PG) | $52.80 |
| 06/01/2006 | RE | (C2 DOC 93 @0.10 PER PG) | $9.30 |
| 06/01/2006 | RE | (G9 CORR 2 @0.10 PER PG) | $0.20 |
| 06/01/2006 | RE | (G8 CORR 516 @0.10 PER PG) | $51.60 |
| 06/01/2006 | RE | (A8 CORR 26 @0.10 PER PG) | $2.60 |
| 06/02/2006 | DC | Tristate | $15.00 |
| 06/02/2006 | DC | Tristate | $16.80 |

**Invoice number  70022**　　91100　00001　　　　　　　　　　　　　　　　　**Page  13**

| 06/02/2006 | DC | Tristate | $5.00 |
|---|---|---|---|
| 06/02/2006 | DH | DHL | $18.43 |
| 06/02/2006 | DH | DHL | $11.93 |
| 06/02/2006 | DH | DHL | $18.43 |
| 06/02/2006 | DH | DHL | $22.76 |
| 06/02/2006 | DH | DHL | $11.93 |
| 06/02/2006 | PO | Postage | $35.00 |
| 06/02/2006 | PO | Postage | $21.60 |
| 06/02/2006 | PO | Postage | $7.55 |
| 06/02/2006 | PO | Postage | $233.10 |
| 06/02/2006 | PO | Postage | $1.40 |
| 06/02/2006 | PO | Postage | $5.22 |
| 06/02/2006 | PO | Postage | $62.65 |
| 06/02/2006 | PO | Postage | $11.20 |
| 06/02/2006 | RE | (C2 DOC 11 @0.10 PER PG) | $1.10 |
| 06/02/2006 | RE | (G8 CORR 1932 @0.10 PER PG) | $193.20 |
| 06/02/2006 | RE | (G7 CORR 2752 @0.10 PER PG) | $275.20 |
| 06/02/2006 | RE | (G8 CORR 2 @0.10 PER PG) | $0.20 |
| 06/02/2006 | RE | (G7 CORR 3084 @0.10 PER PG) | $308.40 |
| 06/02/2006 | RE | (G9 CORR 2214 @0.10 PER PG) | $221.40 |
| 06/02/2006 | RE | (G7 CORR 2 @0.10 PER PG) | $0.20 |
| 06/02/2006 | RE | (A7 CORR 391 @0.10 PER PG) | $39.10 |
| 06/02/2006 | RE | (A7 AGR 362 @0.10 PER PG) | $36.20 |
| 06/02/2006 | RE | (C2 DOC 6 @0.10 PER PG) | $0.60 |
| 06/02/2006 | RE | (C2 DOC 60 @0.10 PER PG) | $6.00 |
| 06/02/2006 | RE | (C2 DOC 17 @0.10 PER PG) | $1.70 |
| 06/02/2006 | RE | (A6 DOC 27 @0.10 PER PG) | $5.70 |
| 06/02/2006 | RE | (C2 DOC 34 @0.10 PER PG) | $3.40 |
| 06/02/2006 | RE | (C2 DOC 8 @0.10 PER PG) | $0.80 |
| 06/02/2006 | RE | (C2 DOC 30 @0.10 PER PG) | $3.00 |
| 06/05/2006 | DC | Tristate | $16.80 |
| 06/05/2006 | RE | (C2 CORR 281 @0.10 PER PG) | $28.10 |
| 06/05/2006 | RE | (C2 CORR 2 @0.10 PER PG) | $0.20 |
| 06/06/2006 | FE | Federal Express [E108] | $30.46 |
| 06/07/2006 | DC | Tristate | $54.00 |
| 06/07/2006 | DC | Tristate | $15.00 |
| 06/07/2006 | PO | Postage | $5.67 |
| 06/07/2006 | RE | (A8 CORR 6 @0.10 PER PG) | $0.60 |
| 06/07/2006 | RE | (G7 CORR 619 @0.10 PER PG) | $61.90 |
| 06/07/2006 | RE | (G8 CORR 32 @0.10 PER PG) | $3.20 |
| 06/07/2006 | RE | (G8 CORR 627 @0.10 PER PG) | $62.70 |
| 06/07/2006 | RE | (G8 CORR 17 @0.10 PER PG) | $1.70 |
| 06/07/2006 | RE | (G9 CORR 40 @0.10 PER PG) | $4.00 |

**Invoice number 70022**    91100  00001    **Page  14**

| | | | |
|---|---|---|---|
| 06/07/2006 | RE | (G9 CORR 31 @0.10PER PG) | $3.10 |
| 06/07/2006 | RE | (G9 CORR 755 @0.10 PER PG) | $75.50 |
| 06/08/2006 | DC | Tristate | $15.00 |
| 06/08/2006 | DC | Tristate | $9.00 |
| 06/08/2006 | RE | (A7 DOC 72 @0.10 PER PG) | $7.20 |
| 06/08/2006 | RE | (A7 AGR 155 @0.10 PER PG) | $15.50 |
| 06/08/2006 | RE | (A7 AGR 24 @0.10 PER PG) | $2.40 |
| 06/08/2006 | RE | (G8 CORR 2 @0.10 PER PG) | $0.20 |
| 06/08/2006 | RE | (G8 CORR 267 @0.10 PER PG) | $26.70 |
| 06/09/2006 | DC | Tristate | $333.00 |
| 06/09/2006 | DC | Tristate | $25.20 |
| 06/09/2006 | DC | Tristate | $25.20 |
| 06/09/2006 | DC | Tristate | $15.00 |
| 06/09/2006 | PO | Postage | $44.55 |
| 06/09/2006 | PO | Postage | $240.87 |
| 06/09/2006 | PO | Postage | $1.40 |
| 06/09/2006 | RE | (C2 DOC 410 @0.10 PER PG) | $41.00 |
| 06/09/2006 | RE | (C2 DOC 28 @0.10 PER PG) | $2.80 |
| 06/09/2006 | RE | (C2 CORR 1440 @0.10 PER PG) | $144.00 |
| 06/09/2006 | RE | (A7 AGR 107 @0.10 PER PG) | $10.70 |
| 06/09/2006 | RE | (A7 AGR 5 @0.10 PER PG) | $0.50 |
| 06/09/2006 | RE | (A7 CORR 28 @0.10 PER PG) | $2.80 |
| 06/09/2006 | RE | (A7 AGR 89 @0.10 PER PG) | $8.90 |
| 06/09/2006 | RE | (A7 AGR 2 @0.10 PER PG) | $0.20 |
| 06/09/2006 | RE | (A7 AGR 3 @0.10 PER PG) | $0.30 |
| 06/09/2006 | RE | (A8 CORR 97 @0.10 PER PG) | $9.70 |
| 06/09/2006 | RE | (A8 AGR 28 @0.10 PER PG) | $2.80 |
| 06/12/2006 | DC | Tristate | $15.00 |
| 06/12/2006 | DC | Tristate | $54.00 |
| 06/12/2006 | DC | Tristate | $16.80 |
| 06/12/2006 | DC | Tristate | $315.00 |
| 06/12/2006 | DC | Tristate | $25.20 |
| 06/12/2006 | DC | Tristate | $25.20 |
| 06/12/2006 | FX | (B2 CORR 1 @1.00 PER PG) | $1.00 |
| 06/12/2006 | FX | (B2 CORR 12 @1.00 PER PG) | $12.00 |
| 06/12/2006 | FX | (B2 CORR 5 @1.00 PER PG) | $5.00 |
| 06/12/2006 | FX | (B2 CORR 12 @1.00 PER PG) | $12.00 |
| 06/12/2006 | PO | Postage | $5.67 |
| 06/12/2006 | PO | Postage | $395.28 |
| 06/12/2006 | PO | Postage | $2.20 |
| 06/12/2006 | RE | (C2 DOC 137 @0.10 PER PG) | $13.70 |
| 06/12/2006 | RE | (C2 DOC 12 @0.10 PER PG) | $1.20 |
| 06/12/2006 | RE | (C2 DOC 10 @0.10 PER PG) | $1.00 |

**Invoice number  70022**        91100   00001                          **Page  15**

| | | | |
|---|---|---|---|
| 06/12/2006 | RE | (C2 DOC 28 @0.10 PER PG) | $2.80 |
| 06/12/2006 | RE | (C2 DOC 18 @0.10 PER PG) | $1.80 |
| 06/12/2006 | RE | (C2 DOC 38 @0.10 PER PG) | $3.80 |
| 06/12/2006 | RE | (C2 DOC 4 @0.10 PER PG) | $0.40 |
| 06/12/2006 | RE | (A7 AGR 38 @0.10 PER PG) | $3.80 |
| 06/12/2006 | RE | (A7 AGR 14 @0.10 PER PG) | $1.40 |
| 06/12/2006 | RE | (A7 AGR 28 @0.10 PER PG) | $2.80 |
| 06/12/2006 | RE | (A7 AGR 28 @0.10 PER PG) | $2.80 |
| 06/12/2006 | RE | (G7 CORR 1223 @0.10 PER PG) | $122.30 |
| 06/12/2006 | RE | (G8 CORR 5469 @0.10 PER PG) | $546.90 |
| 06/12/2006 | RE | (G9 CORR 32 @0.10 PER PG) | $3.20 |
| 06/13/2006 | DC | Tristate | $15.00 |
| 06/13/2006 | DC | Tristate | $16.80 |
| 06/13/2006 | DC | Tristate | $5.00 |
| 06/13/2006 | DC | Tristate | $306.00 |
| 06/13/2006 | DC | Tristate | $25.20 |
| 06/13/2006 | DC | Tristate | $25.20 |
| 06/13/2006 | FE | Federal Express [E108] | $87.36 |
| 06/13/2006 | PO | Postage | $136.71 |
| 06/13/2006 | PO | Postage | $0.90 |
| 06/13/2006 | RE | (C2 CORR 1 @0.10 PER PG) | $0.10 |
| 06/13/2006 | RE | (A7 AGR 3 @0.10 PER PG) | $0.30 |
| 06/13/2006 | RE | (A7 CORR 52 @0.10 PER PG) | $5.20 |
| 06/13/2006 | RE | (G9 CORR 662 @0.10 PER PG) | $66.20 |
| 06/13/2006 | RE | (G9 CORR 770 @0.10 PER PG) | $77.00 |
| 06/14/2006 | DC | Tristate | $16.80 |
| 06/14/2006 | RE | (A7 DOC 36 @0.10 PER PG) | $3.60 |
| 06/14/2006 | RE | (A7 CORR 110 @0.10 PER PG) | $11.00 |
| 06/15/2006 | RE | (A8 DOC 30 @0.10 PER PG) | $3.00 |
| 06/15/2006 | RE | (G7 CORR 240 @0.10 PER PG) | $24.00 |
| 06/16/2006 | DC | Tristate | $15.00 |
| 06/16/2006 | DC | Tristate | $63.00 |
| 06/16/2006 | PO | Postage | $22.95 |
| 06/16/2006 | RE | (A7 AGR 208 @0.10 PER PG) | $20.80 |
| 06/16/2006 | RE | (A7 AGR 16 @0.10 PER PG) | $1.60 |
| 06/16/2006 | RE | (A7 CORR 30 @0.10 PER PG) | $3.00 |
| 06/16/2006 | RE | (A8 CORR 80 @0.10 PER PG) | $8.00 |
| 06/16/2006 | RE | (G9 CORR 436 @0.10 PER PG) | $43.60 |
| 06/16/2006 | RE | (G9 CORR 826 @0.10 PER PG) | $82.60 |
| 06/19/2006 | DC | Tristate | $306.00 |
| 06/19/2006 | DC | Tristate | $25.20 |
| 06/19/2006 | DC | Tristate | $25.20 |
| 06/19/2006 | DC | Tristate | $15.00 |

**Invoice number  70022**        91100  00001                                    **Page  16**

| | | | |
|---|---|---|---|
| 06/19/2006 | DC | Tristate | $158.00 |
| 06/19/2006 | PO | Postage | $10.20 |
| 06/19/2006 | PO | Postage | $325.00 |
| 06/19/2006 | PO | Postage | $230.00 |
| 06/19/2006 | PO | Postage | $89.60 |
| 06/19/2006 | PO | Postage | $252.00 |
| 06/19/2006 | PO | Postage | $196.30 |
| 06/19/2006 | PO | Postage | $252.00 |
| 06/19/2006 | PO | Postage | $46.25 |
| 06/19/2006 | PO | Postage | $9.45 |
| 06/19/2006 | RE | (C2 CORR 9328 @0.10 PER PG) | $932.80 |
| 06/19/2006 | RE | (A6 DOC 50 @0.10 PER PG) | $5.00 |
| 06/19/2006 | RE | (A7 CORR 298 @0.10 PER PG) | $29.80 |
| 06/19/2006 | RE | (A7 CORR 990 @0.10 PER PG) | $99.00 |
| 06/19/2006 | RE | (A7 CORR 3392 @0.10 PER PG) | $339.20 |
| 06/19/2006 | RE | (A7 CORR 2816 @0.10 PER PG) | $281.60 |
| 06/19/2006 | RE | (G7 CORR 12676 @0.10 PER PG) | $1,267.60 |
| 06/19/2006 | RE | (G8 CORR 218 @0.10 PER PG) | $21.80 |
| 06/19/2006 | RE | (G8 CORR 60 @0.10 PER PG) | $6.00 |
| 06/19/2006 | RE | (G8 CORR 11302 @0.10 PER PG) | $1,130.20 |
| 06/19/2006 | RE | (G9 CORR 920 @0.10 PER PG) | $92.00 |
| 06/19/2006 | RE | (G9 CORR 8272 @0.10 PER PG) | $827.20 |
| 06/19/2006 | RE | (G9 CORR 2067 @0.10 PER PG) | $206.70 |
| 06/20/2006 | DC | Tristate | $72.00 |
| 06/20/2006 | DC | Tristate | $15.00 |
| 06/20/2006 | DC | Tristate | $16.80 |
| 06/20/2006 | FE | Federal Express [E108] | $8.48 |
| 06/20/2006 | PO | Postage | $6.93 |
| 06/20/2006 | PO | Postage | $1.83 |
| 06/20/2006 | RE | (A8 AGR 34 @0.10 PER PG) | $3.40 |
| 06/20/2006 | RE | (A8 AGR 12 @0.10 PER PG) | $1.20 |
| 06/20/2006 | RE | (G9 CORR 2 @0.10 PER PG) | $0.20 |
| 06/20/2006 | RE | (G9 CORR 36 @0.10 PER PG) | $3.60 |
| 06/21/2006 | DC | Tristate | $378.00 |
| 06/21/2006 | DC | Tristate | $25.20 |
| 06/21/2006 | DC | Tristate | $25.20 |
| 06/21/2006 | DC | Tristate | $15.00 |
| 06/21/2006 | PO | Postage | $25.41 |
| 06/21/2006 | PO | Postage | $188.79 |
| 06/21/2006 | PO | Postage | $1.15 |
| 06/21/2006 | RE | (C2 CORR 1 @0.10 PER PG) | $0.10 |
| 06/21/2006 | RE | (A6 AGR 102 @0.10 PER PG) | $10.20 |
| 06/21/2006 | RE | (A7 AGR 4 @0.10 PER PG) | $0.40 |

**Invoice number  70022**       91100  00001                                      **Page  17**

| 06/21/2006 | RE | (A7 AGR 46 @0.10 PER PG) | $4.60 |
|---|---|---|---|
| 06/21/2006 | RE | (A8 CORR 61 @0.10 PER PG) | $6.10 |
| 06/21/2006 | RE | (G7 CORR 1030 @0.10 PER PG) | $103.00 |
| 06/21/2006 | RE | (G8 CORR 1020 @0.10 PER PG) | $102.00 |
| 06/21/2006 | RE | (G9 CORR 2 @0.10 PER PG) | $0.20 |
| 06/22/2006 | DC | Tristate | $16.80 |
| 06/22/2006 | RE | (C2 CORR 21 @0.10 PER PG) | $2.10 |
| 06/22/2006 | RE | (G7 CORR 3194 @0.10 PER PG) | $319.40 |
| 06/23/2006 | DC | Tristate | $306.00 |
| 06/23/2006 | DC | Tristate | $25.20 |
| 06/23/2006 | DC | Tristate | $25.20 |
| 06/23/2006 | DC | Tristate | $15.00 |
| 06/23/2006 | PO | Postage | $243.09 |
| 06/23/2006 | PO | Postage | $1.40 |
| 06/23/2006 | RE | (A7 AGR 24 @0.10 PER PG) | $2.40 |
| 06/23/2006 | RE | (A7 AGR 40 @0.10 PER PG) | $4.00 |
| 06/23/2006 | RE | (A7 DOC 70 @0.10 PER PG) | $7.00 |
| 06/23/2006 | RE | (A7 CORR 75 @0.10 PER PG) | $7.50 |
| 06/23/2006 | RE | (G7 CORR 2676 @0.10 PER PG) | $267.60 |
| 06/23/2006 | RE | (G8 CORR 1737 @0.10 PER PG) | $173.70 |
| 06/26/2006 | PO | Postage | $7.56 |
| 06/26/2006 | RE | (C2 DOC 6 @0.10 PER PG) | $0.60 |
| 06/26/2006 | RE | (A7 DOC 18 @0.10 PER PG) | $1.80 |
| 06/26/2006 | RE | (G9 CORR 116 @0.10 PER PG) | $11.60 |
| 06/27/2006 | FE | Federal Express [E108] | $36.80 |
| 06/27/2006 | RE | (A6 CORR 26 @0.10 PER PG) | $2.60 |
| 06/27/2006 | RE | (A7 DOC 1 @0.10 PER PG) | $0.10 |
| 06/27/2006 | RE | (A7 DOC 31 @0.10 PER PG) | $3.10 |
| 06/27/2006 | RE | (G9 CORR 348 @0.10 PER PG) | $34.80 |
| 06/27/2006 | RE | (G9 CORR 1412 @0.10 PER PG) | $141.20 |
| 06/28/2006 | RE | (A7 DOC 27 @0.10 PER PG) | $2.70 |
| 06/28/2006 | RE | (A7 AGR 318 @0.10 PER PG) | $31.80 |
| 06/28/2006 | RE | (A7 CORR 326 @0.10 PER PG) | $32.60 |
| 06/28/2006 | RE | (C0 CORR 576 @0.10 PER PG) | $57.60 |
| 06/28/2006 | RE | (C1 CORR 378 @0.10 PER PG) | $37.80 |
| 06/28/2006 | RE | (C1 CORR 2 @0.10 PER PG) | $0.20 |
| 06/30/2006 | RE | (C1 CORR 1094 @0.10 PER PG) | $109.40 |
| 06/30/2006 | RE | (G9 CORR 3455 @0.10 PER PG) | $345.50 |
| 06/30/2006 | RE | (C0 CORR 26 @0.10 PER PG) | $2.60 |
| 06/30/2006 | RE | (G9 CORR 28 @0.10 PER PG) | $2.80 |
| 06/30/2006 | RE | (A7 DOC 36 @0.10 PER PG) | $3.60 |
| 06/30/2006 | RE | (G9 CORR 3 @0.10 PER PG) | $0.30 |

**Invoice number  70022**        91100  00001                                    **Page  18**

Total Expenses:                                                     **$20,172.11**

### *Summary:*

| | | |
|---|---|---:|
| Total professional services | | $28,381.00 |
| Total expenses | | $20,172.11 |
| **Net current charges** | | $48,553.11 |
| | | |
| Net balance forward | | $71,764.55 |
| **Total balance now due** | | $120,317.66 |

| | | | | |
|---|---|---:|---:|---:|
| CAK | Knotts, Cheryl A. | 1.40 | 150.00 | $210.00 |
| DCC | Crossan, Donna C. | 1.50 | 85.00 | $127.50 |
| JEO | O'Neill, James E. | 31.10 | 445.00 | $13,839.50 |
| KSN | Neil, Karen S. | 11.50 | 65.00 | $747.50 |
| LT | Tuschak, Louise R. | 3.10 | 155.00 | $480.50 |
| MSC | Chappe, Marlene S. | 3.00 | 150.00 | $450.00 |
| PEC | Cuniff, Patricia E. | 51.80 | 155.00 | $8,029.00 |
| RMO | Olivere, Rita M. | 1.70 | 85.00 | $144.50 |
| SLP | Pitman, L. Sheryle | 47.00 | 80.00 | $3,760.00 |
| WLR | Ramseyer, William L. | 1.50 | 395.00 | $592.50 |
| | | 153.60 | | $28,381.00 |

---

## Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| CA | Case Administration [B110] | 85.40 | $8,856.00 |
| CR01 | WRG-Claim Analysis (Asbestos) | 5.20 | $1,763.00 |
| EA01 | WRG-Employ. App., Others | 3.20 | $670.00 |
| EB | Employee Benefit/Pension-B220 | 2.50 | $764.50 |
| FA | WRG-Fee Apps., Applicant | 4.80 | $1,243.00 |
| FA01 | WRG-Fee Applications, Others | 27.00 | $5,767.00 |
| LN | Litigation (Non-Bankruptcy) | 25.50 | $9,317.50 |
| | | 153.60 | $28,381.00 |

**Invoice number  70022**          91100   00001                                                **Page   19**

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $3,344.40 |
| DHL- Worldwide Express | $223.10 |
| Federal Express [E108] | $163.10 |
| Fax Transmittal [E104] | $89.00 |
| Outside Reproduction Expense | $1,866.60 |
| Pacer - Court Research | $136.29 |
| Postage [E108] | $3,866.42 |
| Reproduction Expense [E101] | $10,483.20 |
| | $20,172.11 |