IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: October 2, 2006 at 4:00 p.m.

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                           August 2, 2006
ATTN: Scott Whittier                            Invoice 754672  Page  1
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/01527                  For Services Through 07/31/06
Docket No.              2005-CP-02-879
Name of Matter:         Quality Maintenance, Inc.

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/14/2006 | PAYEE: Aiken County Clerk of Court; REQUEST#: 231303; DATE: 7/14/2006. - Filing fee for motion for Continuance | 25.00 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$25.00**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Filing Fee | 25.00 |
| TOTAL | $25.00 |

Net current billing for this invoice ..................................................................................... **$25.00**

GRAND TOTAL................................................................................................................. **$25.00**

W. R. Grace & Co.

August 2, 2006
Invoice 754672  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 07/31/06

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | | |
|---|---|---|
| Fees for Professional Services | $0.00 | |
| Charges for Other Services Provided/Expenses Incurred | $25.00 | |
| **Net current billing for this invoice** ................................................................ | | **$25.00** |
| **GRAND TOTAL**.......................................................................................................... | | **$25.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**:  061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                          August 17, 2006
ATTN: Lydia Duff, Esq.                          Invoice 758049  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06003                  For Services Through 07/31/06
WR Grace #            063-KL-721490-01-501270
Name of Matter:       Beaco Road Site

| | | | | |
|---|---|---|---|---|
| 07/07/06 | Detailed voice mail message to client regarding draft stipulation. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 270.00/hr | $27.00 |
| 07/17/06 | Transmit revised draft stipulation to Mr. English; detailed voice mail message to Mr. English regarding changes. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 270.00/hr | $54.00 |
| 07/20/06 | Confer with Mr. English regarding claims issues (0.5); confer with client regarding same (0.3). | | | |
| | R.T. CARLISLE | 0.80 hrs. | 270.00/hr | $216.00 |
| 07/21/06 | Follow-up discussion with Mr. English; communications with client regarding same. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 270.00/hr | $54.00 |

**Fees for Legal Services** ................................................................................................. **$351.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.30 | 270.00 | 351.00 |
| TOTAL | 1.30 | $270.00 | $351.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/07/2006 | Telephone 1-410-531-4210 | 0.10 |
| 07/12/2006 | Telephone 1-410-531-4210 | 0.65 |
| 07/20/2006 | Telephone 1-410-531-4210 | 0.10 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$0.85** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.85 |
| TOTAL | $0.85 |

W. R. Grace & Co.

**Net current billing for this invoice** ................................................................................... **$351.85**

**GRAND TOTAL**................................................................................................................. **$351.85**

W. R. Grace & Co.

August 17, 2006
Invoice 758049  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 07/31/06

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $351.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.85 |

**Net current billing for this invoice** ................................................................ **$351.85**

**GRAND TOTAL**..................................................................................................... **$351.85**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#:**  061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:**  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                         August 2, 2006
ATTN: Lydia Duff, Esq.                        Invoice 754673  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/06091                 For Services Through 07/31/06
Name of Matter:           Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/06/06 | Follow up on status of outstanding fee applications. | | | |
| | B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |
| 07/12/06 | Follow up on filing of latest fee application and question regarding possible amended application. | | | |
| | B.J. BURN | 0.20 hrs. | 230.00/hr | $46.00 |
| 07/25/06 | Follow up on issue related to reduced invoice and any impact on bankruptcy approval process. | | | |
| | B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |
| 07/26/06 | Analyze June bills and draft corresponding fee application for attorney review. | | | |
| | A.R. PRICE | 2.80 hrs. | 115.00/hr | $322.00 |
| 07/27/06 | Edit and review fee application prepared by paralegal. | | | |
| | B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |

**Fees for Legal Services** ....................................................................................................   **$483.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.70 | 230.00 | 161.00 |
| A.R. PRICE | 2.80 | 115.00 | 322.00 |
| TOTAL | 3.50 | 138.00 | 483.00 |

**Net current billing for this invoice** ..................................................................................   **$483.00**

**GRAND TOTAL**............................................................................................................   **$483.00**

W. R. Grace & Co.

August 2, 2006
Invoice 754673  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 07/31/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---|
| Fees for Professional Services | $483.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................. **$483.00**

**GRAND TOTAL** ................................................................................................ **$483.00**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#:**  061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:**  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701