IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | Objection Deadline: October 2, 2006 Hearing Date: TBD only if necessary |

### SUMMARY OF APPLICATION OF FOLEY HOAG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO W.R. GRACE & CO., ET AL. FOR THE INTERIM PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006

| | |
|---|---|
| Name of Applicant: | Foley Hoag LLP |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., Debtors and Debtors-in-Possession |
| Date of Retention: | September 30, 2005, *nunc pro tunc* July 1, 2005 |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2006 through July 31, 2006 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation Sought as          $7,291.20 (80% of $9,114.00; remaining 20%
Actual, Reasonable and Necessary:          to be sought as part of quarterly application)

Amount of Expense Reimbursement Sought
as Actual, Reasonable and Necessary:       $0

This is a __X__ monthly _____ quarterly __X__ interim _____ final application

The total time expended for fee application preparation is approximately __2.0__ hours and the
corresponding compensation requested is approximately __$350.00__.

Prior fee applications:

| Period Covered | Date Filed | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| 08/01/05 - 08/31/05 | 03/28/06 | $25,669.50 | $ 34.55 | $25,669.50 | $ 34.55 |
| 09/01/05 - 09/30/05 | 10/31/05 | $26,289.00 | $ 11.64 | $26,289.00 | $ 11.64 |
| 10/01/05 - 10/31/05 | 11/28/05 | $27,633.50 | $355.67 | $27,633.50 | $355.67 |
| 11/01/05 - 11/30/05 | 12/28/05 | $16,109.00 | $ 18.91 | $16,109.00 | $ 18.91 |
| 12/01/05 - 12/31/05 | 01/31/06 | $13,522.50 | $ 3.50 | $13,522.50 | $ 3.50 |
| 01/01/06 - 01/31/06 | 03/27/06 | $ 9,535.50 | $ 49.85 | $ 7,628.40* | $ 49.85 |
| 02/01/06 - 02/28/06 | 03/29/06 | $10,474.00 | $ 42.75 | $ 8,379.20* | $ 42.75 |
| 03/01/06 - 03/31/06 | 04/28/06 | $13,346.50 | $ 48.42 | $10,677.20* | $ 48.42 |
| 04/01/06 - 04/30/06 | 06/27/06 | $14,568.50 | $ 2.24 | $11,654.80* | $ 2.24 |
| 05/01/06 - 05/31/06 | 06/28/06 | $28,346.50 | $219.20 | $22,677.20* | $219.20 |
| 06/01/06 - 06/30/06 | 07/31/06 | $22,530.00 | $ 24.92 | $18,024.00* | $ 24.92 |

* 80% approved; remaining 20% to be sought as part of quarterly application.

The Foley Hoag attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 19.6 | $9,114.00 |
| | | | | | |
| **TOTAL** | | | | **19.6** | **$9,114.00** |

No expenses were incurred on behalf of the Debtors in these cases during the Fee Period.

Respectfully submitted,

Adam P. Kahn (MA BBO # 561554)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  September 5, 2006

## RULE 2016-2(f) CERTIFICATION

I, Adam P. Kahn, have reviewed the requirements of Rule 2016-2 and certify that the

Summary of Application of Foley Hoag LLP for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to W.R. Grace & Co., et al., for the Interim Period from

July 1, 2006 through July 31, 2006 complies with the Rule.

Respectfully submitted,

Adam P. Kahn (MA BBO # 561554)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  September 5, 2006

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: October 2, 2006<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF JULY 1, 2006 THROUGH JULY 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 - Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 13.8 | $6,417.00 |
| | | | | | |
| **TOTAL** | | | | **13.8** | **$6,417.00** |


## FOLEY
## HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367669
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through July 31, 2006

| | |
|---|---|
| Fees | $6,417.00 |
| **Total Fees and Disbursements** | **$6,417.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 367669
August 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/06/06 | Jaffe | Team telephone conference with EPA and prepare for same (3.8). | 3.8 |
| 07/10/06 | Jaffe | Review revised scope of work (1.6). | 1.6 |
| 07/11/06 | Jaffe | Review Environmental Notification from Acton and email to team regarding same (0.4); review revised scope of work (1.1). | 1.5 |
| 07/13/06 | Jaffe | Team telephone conference with EPA regarding scope of work and prepare for same (2.7); emails with team regarding further revisions to scope (0.5); research regarding financial assurance issues and email to client regarding same (0.6). | 3.8 |
| 07/14/06 | Jaffe | Emails with team regarding scope of work (0.3). | 0.3 |
| 07/17/06 | Jaffe | Review 1998 letters to and from EPA and draft cover letter for SOW and emails with team regarding same (0.8); review revised SOW language and team emails regarding same (0.3). | 1.1 |
| 07/18/06 | Jaffe | Emails with team (0.3). | 0.3 |
| 07/24/06 | Jaffe | Revise draft scope of work and emails with team regarding same (0.8). | 0.8 |
| 07/25/06 | Jaffe | Emails with team (0.3). | 0.3 |
| 07/28/06 | Jaffe | Email with Ms. Johns regarding EPA approval process (0.3). | 0.3 |
| | | **Total Hours** | **13.8** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 367669<br>August 28, 2006<br>Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 13.8 |

| | |
|---|---|
| **Total Fees** | $6,417.00 |

| | |
|---|---|
| **Total Fees** | $6,417.00 |
| **Total Fees and Disbursements** | **$6,417.00** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367669
Matter No.: 08743.00088

Re:   **Acton Site OU3**

**Total Fees and Disbursements**          **$6,417.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 367669
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 93 - Concord Landfill Closure**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 3.8 | $1,767.00 |
| | | | | | |
| **TOTAL** | | | | **3.8** | **$1,767.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367670
Matter No.: 08743.00093

**Re:    Concord Landfill Closure**

For Professional Services rendered through July 31, 2006

|  |  |
|---|---|
| Fees | $1,767.00 |
| **Total Fees and Disbursements** | **$1,767.00** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 367670
August 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/05/06 | Jaffe | Emails with Ms. Johns regarding wetlands issues (0.5). | 0.5 |
| 07/07/06 | Jaffe | Emails with team regarding endangered species issues (0.8). | 0.8 |
| 07/13/06 | Jaffe | Review draft endangered species report and emails with team regarding same (0.8). | 0.8 |
| 07/17/06 | Jaffe | Review revised draft endangered species report and team emails regarding same (0.6). | 0.6 |
| 07/31/06 | Jaffe | Review, revise revised draft mussel report and emails with team regarding same (1.1). | 1.1 |
| | | **Total Hours** | **3.8** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 367670
August 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 3.8 |

**Total Fees**                                      $1,767.00

**Total Fees**                                      $1,767.00
**Total Fees and Disbursements**            <u>$1,767.00</u>



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367670
Matter No.: 08743.00093

**Re:    Concord Landfill Closure**

**Total Fees and Disbursements**                     **$1,767.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 367670
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 0.8 | $372.00 |
| | | | | | |
| **TOTAL** | | | | **0.8** | **$372.00** |



**FOLEY
HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367671
Matter No.: 08743.00100

Re:    **Woburn Lease Environmental Issues**

For Professional Services rendered through July 31, 2006

| | |
|---|---|
| Fees | $372.00 |
| **Total Fees and Disbursements** | **$372.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 367671
August 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/05/06 | Jaffe | Review revised draft Investigation Plan (0.8). | 0.8 |
| | | **Total Hours** | **0.8** |

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 367671
August 28, 2006
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 0.8 |

| | |
|---|---|
| **Total Fees** | $372.00 |

| | |
|---|---|
| **Total Fees** | $372.00 |
| **Total Fees and Disbursements** | **$372.00** |



FOLEY
HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367671
Matter No.: 08743.00100

Re:    **Woburn Lease Environmental Issues**

**Total Fees and Disbursements**          **<u>$372.00</u>**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 367671
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 1.2 | $558.00 |
| | | | | | |
| **TOTAL** | | | | **1.2** | **$558.00** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367674
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through July 31, 2006

|  |  |
|---|---|
| Fees | $558.00 |
| **Total Fees and Disbursements** | **$558.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 367674
August 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/24/06 | Jaffe | Quarterly fee application (1.2). | 1.2 |
|  |  | **Total Hours** | **1.2** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 367674
August 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 1.2 |

| | |
|---|---|
| **Total Fees** | **$558.00** |

| | |
|---|---|
| **Total Fees** | **$558.00** |
| **Total Fees and Disbursements** | **$558.00** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367674
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

**Total Fees and Disbursements**          <u>**$558.00**</u>

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 367674
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Michele Santore, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 11th day of September 2006 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.    **Summary of Application of Foley Hoag LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to W.R. Grace & Co., et al. for the Interim Period from July 1, 2006 Through July 31, 2006**

Dated: September 11, 2006

_Michele Santore_
Michele Santore

Sworn to and subscribed before me this 11th day of September, 2006

_Diane K. Potts_
Notary Public
My Commission Expires: 2-20-08

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires  Feb. 20, 2008

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail


smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: meskin@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail: james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail: pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: elawler@stroock.com***
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail: david.heller@lw.com*** and
***carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP