IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: October 2, 2006<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF JULY 1, 2006 THROUGH JULY 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 13.8 | $6,417.00 |
| | | | | | |
| **TOTAL** | | | | **13.8** | **$6,417.00** |



**FOLEY HOAG** LLP
·ATTORNEYS AT LAW·

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367669
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through July 31, 2006

| | |
|---|---|
| Fees | $6,417.00 |
| **Total Fees and Disbursements** | **$6,417.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 367669
August 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/06/06 | Jaffe | Team telephone conference with EPA and prepare for same (3.8). | 3.8 |
| 07/10/06 | Jaffe | Review revised scope of work (1.6). | 1.6 |
| 07/11/06 | Jaffe | Review Environmental Notification from Acton and email to team regarding same (0.4); review revised scope of work (1.1). | 1.5 |
| 07/13/06 | Jaffe | Team telephone conference with EPA regarding scope of work and prepare for same (2.7); emails with team regarding further revisions to scope (0.5); research regarding financial assurance issues and email to client regarding same (0.6). | 3.8 |
| 07/14/06 | Jaffe | Emails with team regarding scope of work (0.3). | 0.3 |
| 07/17/06 | Jaffe | Review 1998 letters to and from EPA and draft cover letter for SOW and emails with team regarding same (0.8); review revised SOW language and team emails regarding same (0.3). | 1.1 |
| 07/18/06 | Jaffe | Emails with team (0.3). | 0.3 |
| 07/24/06 | Jaffe | Revise draft scope of work and emails with team regarding same (0.8). | 0.8 |
| 07/25/06 | Jaffe | Emails with team (0.3). | 0.3 |
| 07/28/06 | Jaffe | Email with Ms. Johns regarding EPA approval process (0.3). | 0.3 |
| | | **Total Hours** | **13.8** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 367669
August 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 13.8 |

| | |
|---|---|
| **Total Fees** | **$6,417.00** |

| | |
|---|---|
| **Total Fees** | **$6,417.00** |
| **Total Fees and Disbursements** | **$6,417.00** |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367669
Matter No.: 08743.00088

Re:    **Acton Site OU3**

**Total Fees and Disbursements**          **$6,417.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 367669
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

**Matter 93 - Concord Landfill Closure**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 3.8 | $1,767.00 |
| | | | | | |
| **TOTAL** | | | | **3.8** | **$1,767.00** |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367670
Matter No.: 08743.00093

**Re:   Concord Landfill Closure**

For Professional Services rendered through July 31, 2006

| | |
|---|---|
| Fees | $1,767.00 |
| **Total Fees and Disbursements** | **$1,767.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 367670
August 28, 2006
Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|
| 07/05/06 | Jaffe | Emails with Ms. Johns regarding wetlands issues (0.5). | 0.5 |
| 07/07/06 | Jaffe | Emails with team regarding endangered species issues (0.8). | 0.8 |
| 07/13/06 | Jaffe | Review draft endangered species report and emails with team regarding same (0.8). | 0.8 |
| 07/17/06 | Jaffe | Review revised draft endangered species report and team emails regarding same (0.6). | 0.6 |
| 07/31/06 | Jaffe | Review, revise revised draft mussel report and emails with team regarding same (1.1). | 1.1 |
| | | **Total Hours** | **3.8** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 367670
August 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 3.8 |

| | |
|---|---|
| **Total Fees** | $1,767.00 |

| | |
|---|---|
| **Total Fees** | $1,767.00 |
| **Total Fees and Disbursements** | **$1,767.00** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367670
Matter No.: 08743.00093

Re:    **Concord Landfill Closure**

**Total Fees and Disbursements**          **$1,767.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 367670
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 0.8 | $372.00 |
| | | | | | |
| TOTAL | | | | 0.8 | $372.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367671
Matter No.: 08743.00100

Re:     **Woburn Lease Environmental Issues**

For Professional Services rendered through July 31, 2006

| | | |
|---|---|---|
| Fees | | $372.00 |
| **Total Fees and Disbursements** | | **$372.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 367671
August 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/05/06 | Jaffe | Review revised draft Investigation Plan (0.8). | 0.8 |
| | | **Total Hours** | **0.8** |

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 367671
August 28, 2006
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 0.8 |

**Total Fees**                                              $372.00


**Total Fees**                                              $372.00
**Total Fees and Disbursements**               <u>**$372.00**</u>

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367671
Matter No.: 08743.00100

Re:    **Woburn Lease Environmental Issues**

**Total Fees and Disbursements**          **$372.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 367671
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 101 - Bankruptcy Matters**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 1.2 | $558.00 |
| | | | | | |
| **TOTAL** | | | | **1.2** | **$558.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367674
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through July 31, 2006

| | | |
|---|---|---|
| Fees | | $558.00 |
| **Total Fees and Disbursements** | | **$558.00** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 367674
August 28, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 07/24/06 | Jaffe | Quarterly fee application (1.2). | 1.2 |
| | | **Total Hours** | **1.2** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 367674
August 28, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe      | 1.2   |

**Total Fees**                                           $558.00

**Total Fees**                                           $558.00
**Total Fees and Disbursements**                         $558.00

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2006
Invoice No.: 367674
Matter No.: 08743.00101

**Re:   Bankruptcy Matters**

**Total Fees and Disbursements**      **$558.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 367674
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com