IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Objection Deadline: September 8, 2006 at 4:00 p.m. |
| | ) Hearing Date: September 25, 2006 at 2:00 p.m. |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 12545

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Twentieth Quarterly Fee Application of Duane Morris LLP for Interim Compensation and for Reimbursement of Expenses for the Services Rendered during the period of January 1, 2006 through March 31, 2006** (the "Application") [Docket No. 12545] filed on May 30, 2006.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Twentieth Quarterly Fee Application, objections to the Application were to be filed and served no later than September 8, 2006 at 4:00 p.m.

Dated: September 12, 2006
       Wilmington, Delaware

_____
Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302)-657-4942
Facsimile:   (302)-657-4901
Email:       mlastowski@duanemorris.com
             rwriley@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*

DM3\395080.1