# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Objection Deadline: September 8, 2006 |
| | ) | Ref. No. 12731 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 12731

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Quarterly Fee Application (the "Application") of Orrick, Herrington & Sutcliffe LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for the period from February 6, 2006 through March 31, 2006 (the "Period"), filed with the Court on June 29, 2006, and entered on the Court's docket as Docket No. 12731. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than September 8, 2006.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: September 12, 2006