# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: October 4, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FIFTY-EIGHTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 6, 2006

Bill Number  96673
File Number  0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through July 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 07/05/06 | RAM | Conference with MTM re: status of determining earliest dates when certain studies were in repository or disclosed in discovery (.2); review documents to try and ascertain dates (.6); conferences with MTM and DBM re: same (.5). Read selected documents filed in bankruptcy court (.7). | 2.00 Hrs | $500.00 |
| 07/05/06 | MTM | Work on project to establish earliest date for various documents' disclosure in discovery responses (2.0); conference with ARA re: same (.4); email from K&E paralegal re: various deposition transcripts (.2); review lists and respond to same (.5); conference with RAM re: project to establish earliest date certain documents disclosed in discovery (.5). | 3.60 Hrs | $792.00 |
| 07/05/06 | ARA | Review former Grace employee's depositions for references to particular studies, per MTM's request (5.6). Per MTM's request, review deposition binder for transcripts of plaintiffs' expert (.7). Document control (.4). | 6.70 Hrs | $636.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/06/06 | MTM | Review transcripts and inventories at Winthrop Square re: earliest date certain documents were disclosed in discovery responses. | 3.50 Hrs | $770.00 |
| 07/06/06 | ARA | Review former Grace employee's depositions for references to particular studies, per MTM's request. | 5.90 Hrs | $560.50 |
| 07/07/06 | ARA | Review former Grace employee's depositions for references to particular studies, per MTM's request. | 5.00 Hrs | $475.00 |
| 07/10/06 | RAM | Read selected documents filed in bankruptcy court (.4). Telephone conference with in-house counsel re: meeting with K&E to prepare for PI estimation trial and re: superseding indictment in criminal case (.2). | 0.60 Hrs | $150.00 |
| 07/10/06 | ARA | Review former Grace employee's depositions for references to particular studies, per MTM's request (5.4). Document control (.9). | 6.30 Hrs | $598.50 |
| 07/11/06 | MTM | Letter to K&E paralegal re: deposition transcripts. | 0.10 Hrs | $22.00 |
| 07/11/06 | ARA | Review and arrange for deposition transcripts of plaintiffs' expert to be copied (1.2); receipt of deposition transcripts from copy service (.2); quality control and return deposition transcripts to expert library (.3). Quality control other deposition transcripts and return them to the employee and expert libraries (3.3). | 5.00 Hrs | $475.00 |
| 07/12/06 | MTM | Email to Grace consultant re: document request from TCEQ. | 0.10 Hrs | $22.00 |
| 07/12/06 | ARA | Quality control documents from government exhibits project. | 6.80 Hrs | $646.00 |
| 07/13/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 07/14/06 | RAM | Read selected documents filed in bankruptcy court (.7); conference with MTM re: determining when each of certain studies was initially disclosed (.2); review memos re: same (.2); conference with MTM and read email re: earliest dates (.1). | 1.20 Hrs | $300.00 |
| 07/14/06 | DBM | Conference with MTM re: further inquiry on dates of first production/disclosure of certain documents. | 0.10 Hrs | $22.50 |
| 07/14/06 | MTM | Work on project to determine earliest dates certain documents were disclosed in discovery responses (2.8); conferences with RAM and DBM re: same (.3); review old interrogatory answers at Winthrop Square re: same (1.5); telephone call to in-house counsel re: same (.3); email to in-house counsel re: same (.4). | 5.30 Hrs | $1,166.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/18/06 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $25.00 |
| 07/18/06 | MTM | Telephone call to ARA re: search closed case files for earliest date certain documents were disclosed in discovery (.2). Receipt and review of email from paralegal for criminal defendant re: various depositions (.1). | 0.30 Hrs | $66.00 |
| 07/18/06 | ARA | Per MTM's request, search for certain closed Ohio cases (4.0). Telephone call from MTM re: criminal defense attorney's request for Government exhibit (.1); locate document requested and arrange to have document faxed to attorney (2.0); email to confirm fax received (.2). | 6.30 Hrs | $598.50 |
| 07/19/06 | MTM | Conference with ARA re: review of closed case files for copies of early discovery responses (.3); telephone call from and email from Holme Roberts paralegal re: certain documents of former Grace employee (.4); reply to same (.3). | 1.00 Hrs | $220.00 |
| 07/19/06 | ARA | Continue to review closed case binders for closed Ohio cases (2.1); conference with MTM re: same (.3); telephone call to request case files from Recordkeeper (.2). | 2.60 Hrs | $247.00 |
| 07/20/06 | DBM | Search for documents per MTM re: testimony of former Grace employee. | 2.80 Hrs | $630.00 |
| 07/20/06 | MTM | Conference with ARA re: reviewing old interrogatory answers for earliest date project (.3); conference with DBM and review email re: testimony of former Grace employee as requested by criminal defense counsel (.2). | 0.50 Hrs | $110.00 |
| 07/20/06 | ARA | Search for and locate documents per MTM's request re: former Grace employee's testimony (3.9); produce documents to MTM (.3). Conference with MTM re: reviewing interrogatory answers (.3). | 4.50 Hrs | $427.50 |
| 07/21/06 | DBM | Continue search for documents re: testimony of former Grace employee in no smoking arbitration (3.5); send email to MTM re: searches and results (.2). | 3.70 Hrs | $832.50 |
| 07/21/06 | MTM | Email to Holme Roberts paralegal re: testimony of former Grace employee (.2); email from DBM re: additional searches for same (.2); conference with ARA re: same (.2); review new documents re: same and email to Holme Roberts paralegal (.3). | 0.90 Hrs | $198.00 |
| 07/21/06 | ARA | Quality control closed case binders (2.0). Per MTM's call, search for and locate more documents re: former Grace employee's testimony (3.0). | 5.00 Hrs | $475.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/23/06 | MTM | Receipt and respond to email from in-house counsel re: product. | 0.10 Hrs | $22.00 |
| 07/24/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read motion to compel PI claimants to respond to questionnaire (.2). | 0.30 Hrs | $75.00 |
| 07/24/06 | MTM | Review boxes from storage for old interrogatory answers disclosing certain documents (.5); telephone call to ARA re: same (.2). | 0.70 Hrs | $154.00 |
| 07/24/06 | ARA | Conference with MTM re: boxes retrieved from Recordkeeper (.2); review binders for box numbers for MTM (.3). Quality control and return deposition binders to the deposition library (4.0). | 4.50 Hrs | $427.50 |
| 07/25/06 | RAM | Read selected documents filed in bankruptcy court (.5). Telephone conference with in-house counsel re: next week's meeting at K&E; prepare for same (.3). | 0.80 Hrs | $200.00 |
| 07/25/06 | MTM | Work on project to establish earliest date certain documents were disclosed in discovery. | 0.50 Hrs | $110.00 |
| 07/25/06 | ARA | Quality control documents in the production set (3.0). Discussion with MTM and review boxes retrieved from Recordkeeper re: Ohio closed cases (.6); telephone calls to DG (.3) and Recordkeeper (.2) re: sending correct boxes . Quality control and return more depositions to the employee deposition library (1.0). | 5.10 Hrs | $484.50 |
| 07/26/06 | RAM | Prepare for next week's meeting at Kirkland and Ellis. | 0.20 Hrs | $50.00 |
| 07/26/06 | MTM | Email from paralegal for criminal defense counsel re: various exhibits (.3); telephone call to ARA re: same (.2); email to paralegal for criminal defendant re: same (.3). | 0.80 Hrs | $176.00 |
| 07/26/06 | ARA | Quality control documents in the production set (4.0). Per telephone call from MTM, locate exhibits in former Grace employee's deposition binder for criminal defense attorney (1.6). Contact Recordkeeper re: location of boxes for closed Ohio cases (.2). | 5.80 Hrs | $551.00 |
| 07/27/06 | ARA | Receipt from copy service of exhibits from former Grace employee's deposition binders and quality control same (1.8); prepare copies of exhibits to be federal expressed to criminal defense attorney (.5); email attorney re: same (.2). Quality control documents in the production set re: TCEQ (3.7). | 6.20 Hrs | $589.00 |
| 07/28/06 | ARA | Quality control documents in the production set re: TCEQ. | 6.50 Hrs | $617.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/30/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 07/31/06 | RAM | Travel to airport and then to Washington, DC to hotel for meeting tomorrow with Kirkland & Ellis attorneys and in-house counsel (flight delayed 2 1/2 hours) (billed at 1/2 time). | 2.80 Hrs | $700.00 |
| 07/31/06 | ARA | Quality control documents in the production set re: TCEQ. | 6.50 Hrs | $617.50 |
| | | TOTAL LEGAL SERVICES | | $15,814.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 8.30 Hrs | 250/hr | $2,075.00 |
| DONNA B. MACKENNA | 6.60 Hrs | 225/hr | $1,485.00 |
| MATTHEW T. MURPHY | 17.40 Hrs | 220/hr | $3,828.00 |
| ANGELA R. ANDERSON | 88.70 Hrs | 95/hr | $8,426.50 |
| | 121.00 Hrs | | $15,814.50 |

TOTAL THIS BILL        $15,814.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 6, 2006

Bill Number  96674
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through July 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/02/06 | RAM | Work on May fee application. | 0.60 Hrs | $150.00 |
| 07/05/06 | RAM | Work on May fee application; send it to in-house counsels to review. | 0.10 Hrs | $25.00 |
| 07/08/06 | RAM | Prepare May fee application to be sent to Delaware counsel to file. | 0.20 Hrs | $50.00 |
| 07/13/06 | RAM | Email from in-house counsel that fee application may be filed. Send May fee application to Delaware counsel to file. | 0.10 Hrs | $25.00 |
| 07/25/06 | RAM | Work on June fee application. | 0.10 Hrs | $25.00 |
| 07/27/06 | RAM | Work on June fee application. | 0.60 Hrs | $150.00 |
| 07/30/06 | RAM | Work on June fee application. | 0.20 Hrs | $50.00 |
| | | TOTAL LEGAL SERVICES | | $475.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| ROBERT A. MURPHY | 1.90 Hrs | 250/hr | $475.00 |
|---|---|---|---|
| | 1.90 Hrs | | $475.00 |

| | TOTAL THIS BILL | $475.00 |
|---|---|---|