# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 6, 2006

Bill Number 96675
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through July 31, 2006

EXCESS POSTAGE                                                                              $4.20

FEDERAL EXPRESS

| | | |
|---|---|---|
| 07/11/06 | To Remedium Group, Inc. from Casner and Edwards on 06/28/06 by MTM. | 213.74 |
| 07/11/06 | To Arent Fox attorney from Casner and Edwards on 06/23/06 by MTM. | 76.12 |
| 07/25/06 | To Kirkland & Ellis paralegal from Casner and Edwards on 6/30/06 by MTM. | 175.52 |

$465.38

PACER ONLINE SEARCH                                                                  $77.36

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 07/11/06 | MERRILL COMM - Documents for Texas Commission on Environmental Quality (6/23/06) | 1,162.70 |
| 07/11/06 | MERRILL COMM - Documents for Texas Commission on Environmental Quality (6/27/06) | 230.31 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2006

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 07/11/06 | MERRILL COMM - Privilege lists for local counsel in ERISA matter (6/26/06) | 415.98 | |
| 07/11/06 | MERRILL COMM - Documents for Texas Commission on Environmental Quality (6/21/06) | 288.76 | |
| 07/25/06 | MERRILL COMM - Documents requested by TCEQ (6/28/06). | 199.93 | |
| 07/25/06 | MERRILL COMM - Depositions requested by Kirkland & Ellis (6/29/06) | 741.86 | |
| | | | $3,039.54 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 07/20/06 | 22 copies at .12 per copy | 2.64 | |
| 07/24/06 | 2 copies at .12 per copy | 0.24 | |
| 07/25/06 | 60 copies at .12 per copy | 7.20 | |
| 07/27/06 | 2 copies at .12 per copy | 0.24 | |
| | | | $10.32 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 07/05/06 | Rent and utilities for document repository at One Winthrop Square - July 2006. | 11,126.91 | |
| | | | $11,126.91 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 07/11/06 | RECORDKEEPER ARCHIVE-Storage 7/01/06 through 7/31/06. | 404.30 | |
| | | | $404.30 |
| | TOTAL DISBURSEMENTS | | $15,128.01 |

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $15,128.01 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 6, 2006

Bill Number 96676
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through July 31, 2006

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 07/25/06 | To 919 North Market St., Pachulski Stang Ziehl Young, Patricia Cuniff from Casner and Edwards on 7/13/06 by RAM. | 14.38 | |
| | | | $14.38 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 07/13/06 | 91 copies at .12 per copy | 10.92 | |
| | | | $10.92 |
| | | TOTAL DISBURSEMENTS | $25.30 |

Page 1

Mark A. Shelnitz

| | |
|---|---|
| TOTAL THIS BILL | $25.30 |