IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  October 3, 2006 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

NOTE: There were two major projects performed in this time period. The first major project ("Remedium") was the preparation of a response to an IRS disallowance of a deduction of capital losses on the sale of stock of Remedium Group Inc. The work required legal analysis of the complex tax law permitting deductions in these circumstances and a review of the underlying facts involving the deduction, followed by a writing of a brief justifying the deduction (the "Protest" ) that was submitted to the IRS.

The second major project ("Consolidated Returns") related to the preparation of a protest of an IRS adjustment to a refund claim made by Grace. This refund claim was based on the carryback of certain net operating losses to prior tax years in order to reduce taxable income in those years. The dispute with the IRS concerned the application of the separate return limitation rules in the consolidated return regulations. These rules provide complicated and technical limitations on the use of losses to offset income within a consolidated group. To prepare the protest, Steptoe consulted with Deloitte & Touche on the specific structure of the Grace consolidated group and the transactions that preceded that structure. We researched the specific area of law and collaborated with Deloitte & Touche to draft a protest explaining the detailed rules and examples in the regulations and Grace's position that the IRS adjustment was erroneous.

The fees and expenses for these two major projects were separately recorded  and  are listed separately below. They were combined for purposes of pages 1 through 4 of this filing.

**EXHIBIT A-1**

Professional services rendered through: April 30, 2006

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/03/06 | M.D. Lerner | Review and mark-up current draft of Remedium protest. | 1.50 |
| 04/05/06 | A.A. MacIvor | Review comments from Matt Lerner on the protest | 0.40 |
| 04/12/06 | A.A. MacIvor | Review Board miniutes and respond to Todd Mayne's comments regarding the protest. | 1.00 |
| 04/12/06 | A.A. MacIvor | Meet with Matt Lerner and Lisa Zarlenga to discuss the comments | 0.10 |
| 04/12/06 | A.A. MacIvor | Draft email to Carol Finke regarding computation of numbers | 0.90 |
| 04/12/06 | L.M. Zarlenga | Meet with Mr. Lerner and Ms. MacIvor to review client comments. | 0.20 |
| 04/12/06 | M.D. Lerner | Read and consider new language for Protest. | 0.20 |
| 04/13/06 | A.A. MacIvor | Telephone call with Carol Finke and Matt Lerner to discuss Remedium protest | 0.90 |
| 04/13/06 | A.E. Moran | Work on court filing records. | 0.50 |
| 04/18/06 | A.A. MacIvor | Discuss protest with Matt Lerner | 0.10 |
| 04/18/06 | A.A. MacIvor | Review emails from Matt Lerner and review skeletal protests | 1.70 |
| 04/18/06 | M.D. Lerner | Review and comment on Remedium protest and identify open items. | 0.70 |
| 04/19/06 | A.A. MacIvor | Revise protest based on additional information from Carol Finke, Matt Lerner's comments and Todd Mayne's comments. | 3.70 |
| 04/21/06 | A.A. MacIvor | Continue revising protest based on additional information from Carol Finke, Matt Lerner's comments; and other comments | 3.00 |

| 04/22/06 | A.A. MacIvor | Review revisions to protest and continue revising | 3.20 |
| 04/23/06 | A.A. MacIvor | Review and revise protest | 1.70 |
| 04/25/06 | A.A. MacIvor | Prepare redline of protest for Matt Lerner and briefly review formatting. | 0.20 |
| 04/25/06 | M.D. Lerner | Review latest remedium draft. | 0.20 |
| 04/26/06 | A.A. MacIvor | Revise Remedium portion of the protest | 2.00 |
| 04/26/06 | A.A. MacIvor | Telephone call with Remedium and Carol Finke to discuss facts | 0.50 |
| 04/27/06 | A.A. MacIvor | Revise Remedium portion of the protest, RAR and computational issues. | 6.10 |

Total Fees     $9,711.00

EXHIBIT A-2

Professional services rendered through: April 30, 2006

012046.00003 TAX LITIGATION AUDIT ISSUE (CONSOLIDATED RETURNS)

| | | | |
|---|---|---|---|
| 04/03/06 | M.J. Silverman | Review new RAR (revenue agent report) from IRS. | 1.00 |
| 04/03/06 | S.B. Teplinsky | Research re protest on consolidated return issues. | 2.50 |
| 04/04/06 | M.J. Silverman | Speak with Ms. Finke re RAR and errors in calculations. | 1.00 |
| 04/04/06 | S.B. Teplinsky | Research re protest on consolidated return issues. | 2.50 |
| 04/05/06 | G.N. Kidder | Research requirements for a 30-day letter and draft letter to Carol Finke describing such requirements. | 3.50 |
| 04/05/06 | M.J. Silverman | Conference with Mr. Teplinsky re IRS procedures. | 1.00 |
| 04/05/06 | M.J. Silverman | Call with Ms. Finke re RAR. | 0.50 |
| 04/05/06 | S.B. Teplinsky | Conference with Mr. Silverman re status of 30-day letter. | 1.00 |
| 04/05/06 | S.B. Teplinsky | Review re IRS Manual requirements for 30-day letter. | 0.50 |
| 04/05/06 | S.B. Teplinsky | Teleconference with Mr. Silverman and Ms. Finke re same. | 0.50 |
| 04/06/06 | G.N. Kidder | Edit draft of letter describing requirements for a 30-day letter after comments from Steve Teplinsky. | 1.50 |
| 04/06/06 | M.J. Silverman | Draft letter to Ms. Finke re accompanying materials. | 1.00 |
| 04/06/06 | S.B. Teplinsky | Review and revise draft letter to Ms. Finke re IRS procedure. | 1.50 |
| 04/10/06 | M.J. Silverman | Speak with Ms. Finke re RAR | 0.50 |
| 04/10/06 | S.B. Teplinsky | Teleconference with Messrs. Silverman and Gibbs, and Ms. Finke re 30-day letter and protest. | 0.50 |
| 04/10/06 | S.B. Teplinsky | Revise protest on consolidated returns issue. | 1.00 |
| 04/11/06 | M.D. Lerner | Consider best approach to presenting carryback issue. | 0.30 |
| 04/11/06 | M.J. Silverman | Speak with Mr. Teplinsky re RAR and protest | 0.50 |
| 04/11/06 | S.B. Teplinsky | Conference with Mr. Silverman re 30-day period. | 0.50 |
| 04/11/06 | S.B. Teplinsky | Review draft letter requesting extension for protest. | 0.50 |
| 04/12/06 | M.D. Lerner | Edit and comment on protest after receiving comments from Kirkland. | 0.80 |
| 04/12/06 | M.D. Lerner | Brief review of steps needed to complete Protest in a timely fashion. | 0.10 |
| 04/12/06 | M.D. Lerner | Calls with Ms. Finke to discuss approach to completing protest. | 0.30 |

| 04/12/06 | M.J. Silverman | Speak with Messrs. Teplinsky and Lerner re protest. | 1.40 |
|----------|----------------|------------------------------------------------------|------|
| 04/12/06 | M.J. Silverman | Call client re procedures for protest. | 0.60 |
| 04/12/06 | S.B. Teplinsky | Teleconference with Messrs. Silverman and Lerner and Ms. Finke re status of protest and request for extension. | 0.60 |
| 04/13/06 | M.D. Lerner | Call with client and colleagues to discuss approach and necessary changes to Protest. | 0.70 |
| 04/13/06 | M.J. Silverman | Review protest and our response in order to prepare for call. | 1.00 |
| 04/13/06 | S.B. Teplinsky | Review status of protest, and Mr. Collins' views and compare protest to drafts. | 3.00 |
| 04/14/06 | M.D. Lerner | Participate in call with client and Mr. Collins re revising protest. | 1.00 |
| 04/14/06 | M.D. Lerner | Prepare for conference call on revised protest. | 1.00 |
| 04/14/06 | M.J. Silverman | Prepare for and conference call with client and Deloitte & Touche and review Deloitte & Touche revised draft. | 2.00 |
| 04/14/06 | M.J. Silverman | Participate in conference call on revised draft. | 1.00 |
| 04/14/06 | S.B. Teplinsky | Teleconference with Messrs. Silverman and Lerner to prepare for call with client. | 0.30 |
| 04/14/06 | S.B. Teplinsky | Teleconference with Messrs. Silverman, Lerner, Collins, Gibbs and Ms. Finke re protest. | 1.00 |
| 04/14/06 | S.B. Teplinsky | Teleconference with Mr. Silverman re revising protest. | 0.30 |
| 04/17/06 | M.D. Lerner | Draft "skeletal" protests for use in the event the IRS does not grant an extension. | 0.80 |
| 04/17/06 | M.J. Silverman | Meet with Mr. Teplinsky re protest. | 0.50 |
| 04/17/06 | M.J. Silverman | Review and edit protest. | 2.00 |
| 04/17/06 | S.B. Teplinsky | Conference with Mr. Silverman re changing draft protest. | 0.50 |
| 04/17/06 | S.B. Teplinsky | Revise draft protest. | 1.50 |
| 04/18/06 | G.N. Kidder | Draft illustrations of authorities and examples in "lonely parent" protest. | 2.30 |
| 04/18/06 | M.J. Silverman | Review extension and revise protest | 1.00 |
| 04/18/06 | S.B. Teplinsky | Revise Protest on consolidated returns issue. | 6.00 |
| 04/19/06 | G.N. Kidder | Research authority for citations in "lonely parent" protest. | 3.00 |
| 04/19/06 | G.N. Kidder | Discuss pictures for protest of "lonely parent" issue with Steve Teplinsky. | 0.30 |
| 04/19/06 | G.N. Kidder | Draft pictures illustrating authority and examples for protest of "lonely parent" issue. | 3.00 |
| 04/19/06 | M.D. Lerner | Call with Ms. Finke re extension. | 0.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/19/06 | M.D. Lerner | Begin editing longer Protest re carryback issue. | 0.40 |
| 04/19/06 | M.J. Silverman | Speak with Mr. Teplinsky re protest | 1.00 |
| 04/19/06 | S.B. Teplinsky | Revise draft Protest. | 5.70 |
| 04/19/06 | S.B. Teplinsky | Conference with Mr. Silverman re protest. | 1.00 |
| 04/19/06 | S.B. Teplinsky | Conference with Mr. Kidder re structure pictures. | 0.30 |
| 04/20/06 | S.B. Teplinsky | Research for protest. | 7.00 |
| 04/21/06 | M.D. Lerner | Finish editing longer Protests re carryback issue. | 0.80 |
| 04/21/06 | M.J. Silverman | Review and comment on Protest. | 1.00 |
| 04/21/06 | S.B. Teplinsky | Revise Protest and send to Ms. Finke and Mr. Collins. | 5.00 |
| 04/24/06 | A.E. Moran | Work on bills for January-March 2006. | 1.30 |
| 04/25/06 | M.J. Silverman | Review protest | 1.00 |
| 04/25/06 | S.B. Teplinsky | Teleconference with Ms. Fiske re Protest and scheduling conference calls re same. | 1.30 |
| 04/26/06 | M.D. Lerner | Call with Mitch O'Bradovich. | 0.50 |
| 04/26/06 | M.D. Lerner | Preparation for call with client on protest, | 0.80 |
| 04/26/06 | M.D. Lerner | Call with client and Mr. Collins regarding latest draft of protest. | 1.00 |
| 04/26/06 | M.J. Silverman | Review protest to prepare for call. | 2.50 |
| 04/26/06 | M.J. Silverman | Call with client re protest. | 1.00 |
| 04/26/06 | S.B. Teplinsky | Conference with Mr. Silverman and client regarding protest. | 1.00 |
| 04/26/06 | S.B. Teplinsky | Prepare for teleconference re draft protest. | 0.50 |
| 04/26/06 | S.B. Teplinsky | Review Mr. Lerner's proposed changes to draft Protest. | 1.00 |
| 04/26/06 | S.B. Teplinsky | Work on draft protest. | 2.50 |

Total Fees     $57,432.00