**EXHIBIT B-1**

Disbursements: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

| | |
|---|---:|
| Duplicating | 21.30 |
| Long Distance Telephone | 3.80 |
| Total Disbursements | $25.10 |

STEPTOE & JOHNSON LLP
Detail Cost Report

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

```
Cost            Timekeeper  Name
Code    Date    Number      Description              Quantity   Rate     Amount
================================================================================
================================================================================

LASR    04/04/06  00206     Moran, Anne E.             1.00     0.15     0.15
LASR    04/04/06  00206     Moran, Anne E.             1.00     0.20     0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR    04/05/06  00206     Moran, Anne E.             2.00     0.15     0.30
LASR    04/05/06  00206     Moran, Anne E.             2.00     0.20     0.40
PC/Network Printing
PC LASER  2 Pages Kidder, Gregory

LASR    04/06/06  00206     Moran, Anne E.             2.00     0.15     0.30
LASR    04/06/06  00206     Moran, Anne E.             2.00     0.20     0.40
PC/Network Printing
PC LASER  2 Pages Kidder, Gregory

LASR    04/06/06  00206     Moran, Anne E.             6.00     0.15     0.90
LASR    04/06/06  00206     Moran, Anne E.             6.00     0.20     1.20
PC/Network Printing
PC LASER  6 Pages Kidder, Gregory

LASR    04/06/06  00206     Moran, Anne E.             3.00     0.15     0.45
LASR    04/06/06  00206     Moran, Anne E.             3.00     0.20     0.60
PC/Network Printing
PC LASER  3 Pages Kidder, Gregory

LASR    04/06/06  00206     Moran, Anne E.             3.00     0.15     0.45
LASR    04/06/06  00206     Moran, Anne E.             3.00     0.20     0.60
PC/Network Printing
PC LASER  3 Pages Kidder, Gregory

LASR    04/06/06 Total:                                                  2.10

LASR    04/19/06  00206     Moran, Anne E.            18.00     0.15     2.70
LASR    04/19/06  00206     Moran, Anne E.            18.00     0.20     3.60
PC/Network Printing
PC LASER  18 Pages MacIvor, Alexis

LASR    04/19/06  00206     Moran, Anne E.            12.00     0.15     1.80
LASR    04/19/06  00206     Moran, Anne E.            12.00     0.20     2.40
PC/Network Printing
PC LASER  12 Pages MacIvor, Alexis

LASR    04/19/06 Total:                                                  4.50
LASR    04/24/06  00206     Moran, Anne E.             1.00     0.15     0.15
```

11

```
LASR       04/24/06    00206       Moran, Anne E.          1.00      0.20      0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR       04/24/06    00206       Moran, Anne E.          1.00      0.15      0.15
LASR       04/24/06    00206       Moran, Anne E.          1.00      0.20      0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR       04/24/06 Total:                                                     0.30

LASR       04/26/06    00206       Moran, Anne E.         75.00      0.15     11.25
LASR       04/26/06    00206       Moran, Anne E.         75.00      0.20     15.00
PC/Network Printing
PC LASER  75 Pages MacIvor, Alexis

LASR       04/26/06    00206       Moran, Anne E.         14.00      0.15      2.10
LASR       04/26/06    00206       Moran, Anne E.         14.00      0.20      2.80
PC/Network Printing
PC LASER  14 Pages MacIvor, Alexis

LASR       04/26/06 Total:                                                    13.35

LASR       04/27/06    00206       Moran, Anne E.          2.00      0.15      0.30
LASR       04/27/06    00206       Moran, Anne E.          2.00      0.20      0.40
PC/Network Printing
PC LASER  2 Pages MacIvor, Alexis

LASR       04/27/06    00206       Moran, Anne E.          2.00      0.15      0.30

LASR       04/27/06    00206       Moran, Anne E.          2.00      0.20      0.40
PC/Network Printing
PC LASER  2 Pages MacIvor, Alexis

LASR       04/27/06 Total:                                                     0.60

LASR Total:                                                                   21.30

TELEDC     04/12/06    00206       Moran, Anne E.          1.00      3.80      3.80
TELEDC     04/12/06    00206       Moran, Anne E.          1.00                3.80
DC Telephone TELEDC 5613621300 FROM EXT. 108024

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE                     25.10

Report Total:                                                                 25.10
```

12

**EXHIBIT B-2**

Disbursements: CONSOLIDATED RETURNS/LONELY PARENT PROTEST

| | |
|---|---:|
| Duplicating | 82.65 |
| On-Line Research/Information Retrieval | 629.08 |
| Long Distance Telephone | 14.53 |
| Total Disbursements | $726.26 |

## STEPTOE & JOHNSON
Detail Cost Report

```
012046.00003 TAX LITIGATION AUDIT ISSUE

Cost                 Timekeeper  Name
Code       Date      Number      Description              Quantity    Rate      Amount
===========================================================================================
===========================================================================================

DUPLDC     04/10/06  00206       Moran, Anne E.              12.00    0.15       1.80
DUPLDC     04/10/06  00206       Moran, Anne E.              12.00    0.20       2.40
12 PHOTOCOPIES MADE BY 00206

DUPLDC     04/12/06  00206       Moran, Anne E.               6.00    0.15       0.90
DUPLDC     04/12/06  00206       Moran, Anne E.               6.00    0.20       1.20
6 PHOTOCOPIES MADE BY 00206

DUPLDC     04/13/06  07530       Wieczorek, Joann E.         66.00    0.15       9.90
DUPLDC     04/13/06  07530       Wieczorek, Joann E.         66.00    0.20      13.20
66 PHOTOCOPIES MADE BY 07530

DUPLDC     04/14/06  00206       Moran, Anne E.              34.00    0.15       5.10
DUPLDC     04/14/06  00206       Moran, Anne E.              34.00    0.20       6.80
34 PHOTOCOPIES MADE BY 00206

DUPLDC     04/19/06  00206       Moran, Anne E.               2.00    0.15       0.30
DUPLDC     04/19/06  00206       Moran, Anne E.               2.00    0.20       0.40
2 PHOTOCOPIES MADE BY 00206

DUPLDC Total:                                                                   18.00

LASR       04/13/06  00206       Moran, Anne E.              22.00    0.15       3.30
LASR       04/13/06  00206       Moran, Anne E.              22.00    0.20       4.40
PC/Network Printing
PC LASER   22 Pages Teplinsky, Steven

LASR       04/17/06  00206       Moran, Anne E.               7.00    0.15       1.05
LASR       04/17/06  00206       Moran, Anne E.               7.00    0.20       1.40
PC/Network Printing
PC LASER   7 Pages Teplinsky, Steven

LASR       04/18/06  00206       Moran, Anne E.              25.00    0.15       3.75
LASR       04/18/06  00206       Moran, Anne E.              25.00    0.20       5.00
PC/Network Printing
PC LASER   25 Pages Teplinsky, Steven

LASR       04/18/06  00206       Moran, Anne E.              25.00    0.15       3.75
LASR       04/18/06  00206       Moran, Anne E.              25.00    0.20       5.00
PC/Network Printing
PC LASER   25 Pages Teplinsky, Steven

LASR       04/18/06  00206       Moran, Anne E.               7.00    0.15       1.05
LASR       04/18/06  00206       Moran, Anne E.               7.00    0.20       1.40
PC/Network Printing
PC LASER   7 Pages Teplinsky, Steven
```

14

```
LASR       04/18/06   00206      Moran, Anne E.         5.00      0.15      0.75
LASR       04/18/06   00206      Moran, Anne E.         5.00      0.20      1.00
PC/Network Printing
PC LASER   5 Pages Teplinsky, Steven

LASR       04/18/06   00206      Moran, Anne E.        24.00      0.15      3.60
LASR       04/18/06   00206      Moran, Anne E.        24.00      0.20      4.80
PC/Network Printing
PC LASER   24 Pages Wieczorek, JoAnn

LASR       04/18/06 Total:                                                 12.90

LASR       04/19/06   00206      Moran, Anne E.        28.00      0.15      4.20
LASR       04/19/06   00206      Moran, Anne E.        28.00      0.20      5.60
PC/Network Printing
PC LASER   28 Pages Kidder, Gregory

LASR       04/19/06   00206      Moran, Anne E.        28.00      0.15      4.20
LASR       04/19/06   00206      Moran, Anne E.        28.00      0.20      5.60
PC/Network Printing
PC LASER   28 Pages Kidder, Gregory

LASR       04/19/06   00206      Moran, Anne E.        29.00      0.15      4.35
LASR       04/19/06   00206      Moran, Anne E.        29.00      0.20      5.80
PC/Network Printing
PC LASER   29 Pages Teplinsky, Steven

LASR       04/19/06   00206      Moran, Anne E.        30.00      0.15      4.50
LASR       04/19/06   00206      Moran, Anne E.        30.00      0.20      6.00
PC/Network Printing
PC LASER   30 Pages Teplinsky, Steven

LASR       04/19/06 Total:                                                 17.25

LASR       04/20/06   00206      Moran, Anne E.        29.00      0.15      4.35
LASR       04/20/06   00206      Moran, Anne E.        29.00      0.20      5.80
PC/Network Printing
PC LASER   29 Pages Teplinsky, Steven

LASR       04/20/06   00206      Moran, Anne E.        30.00      0.15      4.50
LASR       04/20/06   00206      Moran, Anne E.        30.00      0.20      6.00
PC/Network Printing
PC LASER   30 Pages Teplinsky, Steven

LASR       04/20/06 Total:                                                  8.85

LASR       04/21/06   00206      Moran, Anne E.        30.00      0.15      4.50
LASR       04/21/06   00206      Moran, Anne E.        30.00      0.20      6.00
PC/Network Printing
PC LASER   30 Pages Teplinsky, Steven


LASR       04/21/06   00206      Moran, Anne E.        30.00      0.15      4.50
LASR       04/21/06   00206      Moran, Anne E.        30.00      0.20      6.00
PC/Network Printing
PC LASER   30 Pages Teplinsky, Steven
```

```
LASR       04/21/06    00206       Moran, Anne E.         30.00      0.15       4.50
LASR       04/21/06    00206       Moran, Anne E.         30.00      0.20       6.00
PC/Network Printing
PC LASER   30 Pages Teplinsky, Steven

LASR       04/21/06    00206       Moran, Anne E.         30.00      0.15       4.50
LASR       04/21/06    00206       Moran, Anne E.         30.00      0.20       6.00
PC/Network Printing
PC LASER   30 Pages Teplinsky, Steven

LASR       04/21/06 Total:                                                      18.00

LASR       04/26/06    00206       Moran, Anne E.          4.00      0.15       0.60
LASR       04/26/06    00206       Moran, Anne E.          4.00      0.20       0.80
PC/Network Printing
PC LASER   4 Pages Ward, Brenda

LASR       04/26/06    00206       Moran, Anne E.          4.00      0.15       0.60
LASR       04/26/06    00206       Moran, Anne E.          4.00      0.20       0.80
PC/Network Printing
PC LASER   4 Pages Ward, Brenda

LASR       04/26/06    00206       Moran, Anne E.          1.00      0.15       0.15
LASR       04/26/06    00206       Moran, Anne E.          1.00      0.20       0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       04/26/06    00206       Moran, Anne E.          1.00      0.15       0.15
LASR       04/26/06    00206       Moran, Anne E.          1.00      0.20       0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda

LASR       04/26/06    00206       Moran, Anne E.          4.00      0.15       0.60
LASR       04/26/06    00206       Moran, Anne E.          4.00      0.20       0.80
PC/Network Printing
PC LASER   4 Pages Ward, Brenda

LASR       04/26/06    00206       Moran, Anne E.          4.00      0.15       0.60
LASR       04/26/06    00206       Moran, Anne E.          4.00      0.20       0.80
PC/Network Printing
PC LASER   4 Pages Ward, Brenda

LASR       04/26/06 Total:                                                       2.70

LASR       04/27/06    00206       Moran, Anne E.          4.00      0.15       0.60
LASR       04/27/06    00206       Moran, Anne E.          4.00      0.20       0.80
PC/Network Printing
PC LASER   4 Pages Ward, Brenda

LASR Total:                                                                     64.65



LEXIS      04/19/06    00206       Moran, Anne E.          1.00     87.77      87.77
```

```
LEXIS       04/19/06   00206      Moran, Anne E.      1.00              87.77
Lexis On-Line Research
DC Lexis Search by:  KIDDER, GREGORY

TELEDC      04/05/06   00206      Moran, Anne E.      1.00     2.97      2.97
TELEDC      04/05/06   00206      Moran, Anne E.      1.00              2.97
DC Telephone TELEDC 5613621300 FROM EXT. 106450

TELEDC      04/10/06   00206      Moran, Anne E.      1.00     2.61      2.61
TELEDC      04/10/06   00206      Moran, Anne E.      1.00              2.61
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      04/19/06   00206      Moran, Anne E.      1.00     1.52      1.52
TELEDC      04/19/06   00206      Moran, Anne E.      1.00              1.52
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC      04/25/06   00206      Moran, Anne E.      1.00     3.73      3.73
TELEDC      04/25/06   00206      Moran, Anne E.      1.00              3.73
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC      04/26/06   00206      Moran, Anne E.      1.00     3.70      3.70
TELEDC      04/26/06   00206      Moran, Anne E.      1.00              3.70
DC Telephone TELEDC 5613621300 FROM EXT. 106450

TELEDC Total:                                                           14.53

WESTLAW     04/19/06   00206      Moran, Anne E.      1.00   541.31    541.31
WESTLAW     04/19/06   00206      Moran, Anne E.      1.00             541.31
Westlaw On-Line Research
DC Westlaw Search by:  KIDDER, GREGORY

Total: 012046.00003 CONSOLIDATED RETURN PROTEST                         726.26

Report Total:                                                           726.26
```