IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: October 3, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

NOTE: There were two major projects performed in this time period. The first major project ("Remedium") was the preparation of a response to an IRS disallowance of a deduction of capital losses on the sale of stock of Remedium Group Inc. The work required legal analysis of the complex tax law permitting deductions in these circumstances and a review of the underlying facts involving the deduction, followed by a writing of a brief justifying the deduction (the "Protest" ) that was submitted to the IRS.

The second major project ("Consolidated Returns") related to the preparation of a protest of an IRS adjustment to a refund claim made by Grace. This refund claim was based on the carryback of certain net operating losses to prior tax years in order to reduce taxable income in those years. The dispute with the IRS concerned the application of the separate return limitation rules in the consolidated return regulations. These rules provide complicated and technical limitations on the use of losses to offset income within a consolidated group. To prepare the protest, Steptoe consulted with Deloitte & Touche on the specific structure of the Grace consolidated group and the transactions that preceded that structure. We researched the specific area of law and collaborated with Deloitte & Touche to draft a protest explaining the detailed rules and examples in the regulations and Grace's position that the IRS adjustment was erroneous.

The fees and expenses for these two major projects were separately recorded and are listed separately below. They were combined for purposes of pages 1 through 4 of this filing.

# EXHIBIT A-1

Professional services rendered through: May 31, 2006

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/06 | M.D. Lerner | Extensive edits of Remedium Protest in order to send to client for final review. | 2.50 |
| 05/03/06 | A.A. MacIvor | Telephone call with Joe Gibbs to discuss computation issues in the RAR | 0.50 |
| 05/03/06 | A.A. MacIvor | Revise Remedium portion of the protest | 2.00 |
| 05/04/06 | A.A. MacIvor | Revise Remedium portion of the protest | 2.20 |
| 05/05/06 | A.A. MacIvor | Draft and revise the cover letter for the protest; Draft computational errors portion of the protest; Revise protest | 6.00 |
| 05/05/06 | M.D. Lerner | Review email approving transmittal of Remedium Protest. | 0.10 |
| 05/05/06 | M.D. Lerner | Edit protest for computational errors. | 0.10 |
| 05/05/06 | M.D. Lerner | Edit draft of Protest cover letter. | 0.20 |
| 05/05/06 | M.D. Lerner | Further edits to Grace computational protest. | 0.20 |
| 05/05/06 | M.D. Lerner | Review description of Remedium issue in protest cover letter. | 0.20 |
| 05/06/06 | A.A. MacIvor | Review cover letter and computational errors portions of the protest; Draft email to Carol Finke sending such portions of the protest | 0.40 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/06/06 | M.D. Lerner | Edit cover letter and computational appendix for protest. | 0.20 |
| 05/08/06 | M.D. Lerner | Quick call with client re Remedium Protest. | 0.10 |
| 05/11/06 | A.E. Moran | Work on bills for January, February, and March 2006. | 4.00 |
| 05/11/06 | M.D. Lerner | Call with Ms. Finke re edits and ideas. | 0.20 |
| 05/11/06 | M.D. Lerner | Read comments of counsel and Remedium personnel. | 0.30 |
| 05/12/06 | A.E. Moran | Finish bills and send out. | 2.30 |
| 05/12/06 | M.D. Lerner | Extensive edits to protest to take into account comments and suggestions of in-house corporate counsel and Remedium personnel. | 2.70 |
| 05/15/06 | A.A. MacIvor | Review Matt Lerner's email about Remedium protest | 0.20 |
| 05/15/06 | M.D. Lerner | Review information regarding Remedium expenditures for Protest. | 0.10 |
| 05/16/06 | M.D. Lerner | Edit protest cover letter. | 0.10 |
| 05/18/06 | A.A. MacIvor | Review comments on the Remedium portion of the protest and documents to answer some of the questions. | 2.70 |
| 05/19/06 | A.A. MacIvor | Revise cover letter for protest and Remedium portion of the protest, including the computation portion of the protest and the 10-year carryback portion of the protest. | 6.10 |
| 05/19/06 | M.D. Lerner | Call with Ms. Finke regarding Remedium protest comments. | 0.20 |
| 05/20/06 | M.D. Lerner | Edit last draft of Remedium Protest. | 0.70 |
| 05/22/06 | A.A. MacIvor | Review and revise Remedium portion of the protest in response to comments from Matt Lerner and review documents to answer his factual questions. | 6.10 |
| 05/22/06 | A.A. MacIvor | Telephone call with Carol Finke | 0.20 |
| 05/23/06 | A.A. MacIvor | Review and revise the cover letter for the protest, the Remedium portion of the protest, and the computational errors portion of the protest. | 4.30 |
| 05/23/06 | A.A. MacIvor | Finalize protest and send electronic version to Carol Finke for final review and approval. | 2.00 |
| 05/23/06 | M.D. Lerner | Complete read-thru and edit of Protest. | 3.20 |
| 05/23/06 | M.D. Lerner | Discussion of procedural issue in Protest. | 0.20 |
| 05/24/06 | A.A. MacIvor | Review and revise protest and add references to May 5, 2005 RAR. | 3.30 |
| 05/24/06 | M.D. Lerner | Call with client regarding Remedium questions for Protest. | 0.20 |
| 05/24/06 | M.D. Lerner | Final edits to cover notes with Protest. | 0.20 |
| 05/25/06 | A.A. MacIvor | Finalize protest | 1.40 |

| 05/25/06 | M.D. Lerner | Respond to some final suggestions to text of Remedium protest. | 0.30 |
|---|---|---|---|
| | | Total Fees | $21,845.50 |

**EXHIBIT A-2**

Professional services rendered through: May 31, 2006

012046.00003 TAX LITIGATION AUDIT ISSUE

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/01/06 | S.B. Teplinsky | Review draft Protest; review Mr. Collins' comments re same. | 3.00 |
| 05/02/06 | G.N. Kidder | Discuss pictures in lonely parent protest with Steve Teplinsky. | 0.80 |
| 05/02/06 | M.J. Silverman | Review protest from Mr. Collins | 2.00 |
| 05/02/06 | M.J. Silverman | Speak with Mr. Teplinsky re issues | 1.00 |
| 05/02/06 | S.B. Teplinsky | Conference with Mr. Kidder re same. | 0.80 |
| 05/02/06 | S.B. Teplinsky | Revise draft Protest, including Mr. Collins' comments thereon.. | 6.00 |
| 05/02/06 | S.B. Teplinsky | Conference with Mr. Silverman re protest. | 1.00 |
| 05/02/06 | S.B. Teplinsky | Teleconference with Ms. Finke re protest. | 0.20 |
| 05/03/06 | M.J. Silverman | Review and revise protest | 1.50 |
| 05/03/06 | M.J. Silverman | Meet with Mr. Teplinsky re review and revision of protest | 1.00 |
| 05/03/06 | S.B. Teplinsky | Discuss Protest with Mr. Silverman. | 1.00 |
| 05/03/06 | S.B. Teplinsky | Revise draft Protest. | 7.50 |
| 05/04/06 | A.E. Moran | Work on quarterly filing for 4th quarter of 2005. | 0.30 |
| 05/04/06 | M.D. Lerner | Read and provide extensive comments on latest draft on 10-year Protest. | 2.40 |
| 05/04/06 | M.J. Silverman | Review protest with Messrs. Teplinsky and Collins | 1.50 |
| 05/04/06 | S.B. Teplinsky | Teleconference with Ms. Finke re draft Protest. | 0.70 |
| 05/04/06 | S.B. Teplinsky | Revise draft Protest. | 3.00 |
| 05/04/06 | S.B. Teplinsky | Conference with Mr. Silverman re draft protest. | 0.50 |
| 05/04/06 | S.B. Teplinsky | Review Mr. Lerner's comments on draft protest. | 1.00 |
| 05/05/06 | A.E. Moran | Work on quarterly filing for 4th quarter of 2005, and send out. | 2.80 |
| 05/05/06 | M.D. Lerner | Call with client and Mr. Collins to discuss edits to 10-year memo. | 1.40 |
| 05/05/06 | M.D. Lerner | Review one edit to protest of the 10-year issue. | 0.10 |
| 05/05/06 | M.J. Silverman | Review revised protest. | 1.50 |
| 05/05/06 | M.J. Silverman | Call with client on revised protest. | 1.00 |
| 05/05/06 | S.B. Teplinsky | Revise Protest. | 7.00 |
| 05/05/06 | S.B. Teplinsky | Revise cover letter for protest. | 0.50 |

Doc. #1696805 v.1-8/28/06 03:04 PM

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/05/06 | S.B. Teplinsky | Teleconference with Messrs. Silverman, Lerner and Collins and Ms. Finke re same. | 1.00 |
| 05/08/06 | M.J. Silverman | Review revisions to protest documents. | 1.00 |
| 05/08/06 | S.B. Teplinsky | Review Mr. Collins' comments on draft protest and revise protest; prepare clean draft of protest. | 6.00 |
| 05/08/06 | S.B. Teplinsky | Research re open issues. | 1.00 |
| 05/10/06 | M.D. Lerner | Edit latest version of 10-year Protest, including substantive suggestions and polishing for circulation. | 1.30 |
| 05/10/06 | M.J. Silverman | Review protest with client. | 1.00 |
| 05/10/06 | S.B. Teplinsky | Teleconference with client re draft protest. | 1.00 |
| 05/10/06 | S.B. Teplinsky | Revise protest and distribute final draft for review. | 1.30 |
| 05/10/06 | S.B. Teplinsky | Review followup emails re draft protest. | 0.50 |
| 05/15/06 | M.D. Lerner | Additional edits to 10-year protest. | 0.20 |
| 05/17/06 | S.B. Teplinsky | Prepare and review clean draft of 10-year carryback protest. | 1.80 |
| 05/18/06 | M.J. Silverman | Speak with Ms. Rhees and Mr. Teplinsky re revisions to protest | 1.00 |
| 05/18/06 | S.B. Teplinsky | Review Mr. Finke's comments on draft Protest and prepare suggested changes; send e-mail to Ms. Finke regarding same. | 0.50 |
| 05/18/06 | S.B. Teplinsky | Review materials from Ms. Finke regarding factual issues. | 1.50 |
| 05/18/06 | S.B. Teplinsky | Conference with Mr. Silverman regarding changes to protest. | 1.00 |
| 05/19/06 | M.J. Silverman | Review Skadden response, PWC response and draft changes. | 1.00 |
| 05/19/06 | S.B. Teplinsky | Review materials in preparation for telephone conference with Mr. Friedel. | 0.80 |
| 05/19/06 | S.B. Teplinsky | Analyze effect of procedural changes carryback; review Mr. Silverman's e-mail regarding same. | 1.00 |
| 05/19/06 | S.B. Teplinsky | Consider of timing of group changes and formatting issues for Protest. | 2.50 |
| 05/22/06 | M.D. Lerner | Prepare for and participate in call with client and PWC regarding final draft of 10-year Protest. | 1.10 |
| 05/22/06 | M.J. Silverman | Review PwC comments and other issues re close up. | 1.00 |
| 05/22/06 | S.B. Teplinsky | Telephone conference with Messrs. Lerner, Collins, Friedel and Ms. Finke regarding 10-year carryback protest; prepare for same. | 2.00 |
| 05/22/06 | S.B. Teplinsky | Telephone conference with Ms. Finke regarding proposed change to 10-year carryback Protest. | 1.00 |

9

| | | | |
|---|---|---|---|
| 05/22/06 | S.B. Teplinsky | E-mail to Mr. Silverman regarding Mr. Friedel's proposed change to 10-year carryback Protest and review Mr. Silverman's response. | 0.80 |
| 05/22/06 | S.B. Teplinsky | Conference with Mr. Lerner regarding closing for change of structure; research regarding same. | 3.00 |
| 05/23/06 | M.D. Lerner | Complete read-thru and edit of Protest. | 1.60 |
| 05/23/06 | S.B. Teplinsky | Revise and Protest. | 3.80 |
| 05/24/06 | M.D. Lerner | Brief client communication to explain conclusion regarding 6511(c). | 0.10 |
| 05/24/06 | M.J. Silverman | Speak with Mr. Teplinsky re finalizing protest; review status of consolidated group. | 1.00 |
| 05/26/06 | S.B. Teplinsky | Draft memorandum regarding additional arguments for appeals conference. | 1.00 |
| | | Total Fees | $57,678.00 |