**EXHIBIT B-1**

Disbursements: PROTEST OF REMEDIUM LOSS DISALLOWANCE

| | |
|---|---|
| Overnight Messenger | 49.32 |
| Duplicating | 43.50 |
| Long Distance Telephone | 7.17 |

| | |
|---|---|
| Total Disbursements | $99.99 |

11

STEPTOE & JOHNSON LLP
Detail Cost Report

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

```
Cost                  Timekeeper  Name
Code      Date        Number      Description                    Quantity  Rate    Amount
=========================================================================================
=========================================================================================

DLFD      05/24/06    00206       Moran, Anne E.                 1.00      49.32   49.32
DLFD      05/24/06    00206       Moran, Anne E.                 1.00              49.32
Federal Express from Alexis MacIvor to Carol Finke on May 24, 2006.

DUPLDC    05/23/06    08598       Lofberg, Lynne G.              2.00      0.15    0.30
DUPLDC    05/23/06    08598       Lofberg, Lynne G.              2.00      0.20    0.40
2 PHOTOCOPIES MADE BY 08598

DUPLDC    05/23/06    08598       Lofberg, Lynne G.              2.00      0.15    0.30
DUPLDC    05/23/06    08598       Lofberg, Lynne G.              2.00      0.20    0.40
2 PHOTOCOPIES MADE BY 08598

DUPLDC    05/23/06    08598       Lofberg, Lynne G.              1.00      0.15    0.15
DUPLDC    05/23/06    08598       Lofberg, Lynne G.              1.00      0.20    0.20
1 PHOTOCOPIES MADE BY 08598

DUPLDC 05/23/06 Total:                                                            0.75

DUPLDC    05/24/06    08598       Lofberg, Lynne G.              8.00      0.15    1.20
DUPLDC    05/24/06    08598       Lofberg, Lynne G.              8.00      0.20    1.60
8 PHOTOCOPIES MADE BY 08598

DUPLDC Total:                                                                     1.95

LASR      05/03/06    00206       Moran, Anne E.                 74.00     0.15    11.10
LASR      05/03/06    00206       Moran, Anne E.                 74.00     0.20    14.80
PC/Network Printing

PC LASER  74 Pages Lofberg, Lynne
LASR      05/03/06    00206       Moran, Anne E.                 3.00      0.15    0.45
LASR      05/03/06    00206       Moran, Anne E.                 3.00      0.20    0.60
PC/Network Printing

PC LASER  3 Pages Lofberg, Lynne
LASR      05/03/06 Total:                                                         11.55

LASR      05/05/06    00206       Moran, Anne E.                 2.00      0.15    0.30
LASR      05/05/06    00206       Moran, Anne E.                 2.00      0.20    0.40
PC/Network Printing
```

Doc. #1696805 v.1-8/28/06 03:04 PM

```
PC LASER  2 Pages Ward, Brenda
LASR      05/05/06   00206     Moran, Anne E.        1.00      0.15      0.15
LASR      05/05/06   00206     Moran, Anne E.        1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages MacIvor, Alexis
LASR      05/05/06   00206     Moran, Anne E.        1.00      0.15      0.15
LASR      05/05/06   00206     Moran, Anne E.        1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages MacIvor, Alexis
LASR      05/05/06   00206     Moran, Anne E.        5.00      0.15      0.75
LASR      05/05/06   00206     Moran, Anne E.        5.00      0.20      1.00
PC/Network Printing

PC LASER  5 Pages MacIvor, Alexis
LASR      05/05/06 Total:                                                1.35

LASR      05/12/06   00206     Moran, Anne E.        2.00      0.15      0.30
LASR      05/12/06   00206     Moran, Anne E.        2.00      0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/12/06   00206     Moran, Anne E.        1.00      0.15      0.15
LASR      05/12/06   00206     Moran, Anne E.        1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/12/06   00206     Moran, Anne E.        1.00      0.15      0.15
LASR      05/12/06   00206     Moran, Anne E.        1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/12/06   00206     Moran, Anne E.        1.00      0.15      0.15
LASR      05/12/06   00206     Moran, Anne E.        1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/12/06 Total:                                                0.75

LASR      05/18/06   00206     Moran, Anne E.       74.00      0.15     11.10
LASR      05/18/06   00206     Moran, Anne E.       74.00      0.20     14.80
PC/Network Printing

PC LASER  74 Pages MacIvor, Alexis
LASR      05/19/06   00206     Moran, Anne E.       45.00      0.15      6.75
LASR      05/19/06   00206     Moran, Anne E.       45.00      0.20      9.00
PC/Network Printing

PC LASER  45 Pages MacIvor, Alexis
LASR      05/22/06   00206     Moran, Anne E.        4.00      0.15      0.60
LASR      05/22/06   00206     Moran, Anne E.        4.00      0.20      0.80
PC/Network Printing
```

Doc. #1696805 v.1-8/28/06 03:04 PM

```
PC LASER  4 Pages MacIvor, Alexis
LASR       05/22/06  00206     Moran, Anne E.          4.00     0.15     0.60
LASR       05/22/06  00206     Moran, Anne E.          4.00     0.20     0.80
PC/Network Printing

PC LASER  4 Pages MacIvor, Alexis
LASR       05/22/06  00206     Moran, Anne E.          4.00     0.15     0.60
LASR       05/22/06  00206     Moran, Anne E.          4.00     0.20     0.80
PC/Network Printing

PC LASER  4 Pages MacIvor, Alexis
LASR       05/22/06 Total:                                               1.80

LASR       05/23/06  00206     Moran, Anne E.          5.00     0.15     0.75
LASR       05/23/06  00206     Moran, Anne E.          5.00     0.20     1.00
PC/Network Printing

PC LASER  5 Pages MacIvor, Alexis
LASR       05/23/06  00206     Moran, Anne E.          1.00     0.15     0.15
LASR       05/23/06  00206     Moran, Anne E.          1.00     0.20     0.20
PC/Network Printing

PC LASER  1 Pages MacIvor, Alexis
LASR       05/23/06  00206     Moran, Anne E.          2.00     0.15     0.30
LASR       05/23/06  00206     Moran, Anne E.          2.00     0.20     0.40
PC/Network Printing

PC LASER  2 Pages MacIvor, Alexis
LASR       05/23/06 Total:                                               1.20

LASR       05/24/06  00206     Moran, Anne E.          1.00     0.15     0.15
LASR       05/24/06  00206     Moran, Anne E.          1.00     0.20     0.20
PC/Network Printing

PC LASER  1 Pages Lofberg, Lynne
LASR       05/24/06  00206     Moran, Anne E.          1.00     0.15     0.15
LASR       05/24/06  00206     Moran, Anne E.          1.00     0.20     0.20
PC/Network Printing

PC LASER  1 Pages Lofberg, Lynne
LASR       05/24/06  00206     Moran, Anne E.          1.00     0.15     0.15
LASR       05/24/06  00206     Moran, Anne E.          1.00     0.20     0.20
PC/Network Printing

PC LASER  1 Pages Lofberg, Lynne

LASR       05/24/06 Total:                                               0.45

LASR       05/25/06  00206     Moran, Anne E.         44.00     0.15     6.60
LASR       05/25/06  00206     Moran, Anne E.         44.00     0.20     8.80
PC/Network Printing
```

```
PC LASER  44 Pages MacIvor, Alexis
LASR Total:                                                          41.55

TELEDC    05/19/06   00206    Moran, Anne E.        1.00    3.37     3.37
TELEDC    05/19/06   00206    Moran, Anne E.        1.00             3.37
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC    05/23/06   00206    Moran, Anne E.        1.00    0.26     0.26
TELEDC    05/23/06   00206    Moran, Anne E.        1.00             0.26
DC Telephone TELEDC 5613621300 FROM EXT. 108035

TELEDC    05/23/06   00206    Moran, Anne E.        1.00    3.14     3.14
TELEDC    05/23/06   00206    Moran, Anne E.        1.00             3.14
DC Telephone TELEDC 5613621300 FROM EXT. 108024

TELEDC    05/23/06   00206    Moran, Anne E.        1.00    0.40     0.40
TELEDC    05/23/06   00206    Moran, Anne E.        1.00             0.40
DC Telephone TELEDC 5613621300 FROM EXT. 108035

TELEDC    05/23/06 Total:                                            3.80

TELEDC Total:                                                        7.17

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE             99.99


Report Total:                                                        99.99
```

**EXHIBIT B-2**

Disbursements: TAX LITIGATION AUDIT ISSUE

| | |
|---|---|
| Overnight Messenger | 8.40 |
| Duplicating | 163.50 |
| On-Line Research/Information Retrieval | 85.47 |
| Long Distance Telephone | 9.34 |

Total Disbursements     $266.71

16

STEPTOE & JOHNSON LLP
Detail Cost Report

012046.00003 TAX LITIGATION AUDIT ISSUE

```
Cost                 Timekeeper  Name
Code      Date       Number      Description                  Quantity  Rate    Amount
===============================================================================
===============================================================================

DLFD      05/05/06   00206       Moran, Anne E.               1.00      8.40    8.40
DLFD      05/05/06   00206       Moran, Anne E.               1.00              8.40
Federal Express from Anne E. Moran to Patricia Cuniff on May 05, 2006.

DUPLDC    05/03/06   00212       Teplinsky, Steven B.         32.00     0.15    4.80
DUPLDC    05/03/06   00212       Teplinsky, Steven B.         32.00     0.20    6.40
32 PHOTOCOPIES MADE BY 00212

DUPLDC    05/05/06   02915       MacIvor, Alexis Anne         30.00     0.15    4.50
DUPLDC    05/05/06   02915       MacIvor, Alexis Anne         30.00     0.20    6.00
30 PHOTOCOPIES MADE BY 02915
DUPLDC Total:                                                                  9.30

LASR      05/02/06   00206       Moran, Anne E.               30.00     0.15    4.50
LASR      05/02/06   00206       Moran, Anne E.               30.00     0.20    6.00
PC/Network Printing
PC LASER  30 Pages Teplinsky, Steven

LASR      05/03/06   00206       Moran, Anne E.               31.00     0.15    4.65
LASR      05/03/06   00206       Moran, Anne E.               31.00     0.20    6.20
PC/Network Printing

PC LASER  31 Pages Teplinsky, Steven
LASR      05/03/06   00206       Moran, Anne E.               31.00     0.15    4.65
LASR      05/03/06   00206       Moran, Anne E.               31.00     0.20    6.20
PC/Network Printing
PC LASER  31 Pages Teplinsky, Steven

LASR      05/03/06   00206       Moran, Anne E.               32.00     0.15    4.80
LASR      05/03/06   00206       Moran, Anne E.               32.00     0.20    6.40
PC/Network Printing
PC LASER  32 Pages Teplinsky, Steven

LASR      05/03/06   00206       Moran, Anne E.               32.00     0.15    4.80
LASR      05/03/06   00206       Moran, Anne E.               32.00     0.20    6.40
PC/Network Printing

PC LASER  32 Pages Teplinsky, Steven
LASR      05/03/06 Total:                                                      18.90

LASR      05/04/06   00206       Moran, Anne E.               10.00     0.15    1.50
LASR      05/04/06   00206       Moran, Anne E.               10.00     0.20    2.00
PC/Network Printing
```

```
PC LASER  10 Pages Moran, Anne
LASR      05/04/06   00206     Moran, Anne E.        10.00     0.15     1.50
LASR      05/04/06   00206     Moran, Anne E.        10.00     0.20     2.00
PC/Network Printing


PC LASER  10 Pages Moran, Anne
LASR      05/04/06 Total:                                               3.00


LASR      05/05/06   00206     Moran, Anne E.         1.00     0.15     0.15
LASR      05/05/06   00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR      05/05/06   00206     Moran, Anne E.         1.00     0.15     0.15
LASR      05/05/06   00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR      05/05/06   00206     Moran, Anne E.         1.00     0.15     0.15
LASR      05/05/06   00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR      05/05/06   00206     Moran, Anne E.         1.00     0.15     0.15
LASR      05/05/06   00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda


LASR      05/05/06   00206     Moran, Anne E.         5.00     0.15     0.75
LASR      05/05/06   00206     Moran, Anne E.         5.00     0.20     1.00
PC/Network Printing
PC LASER  5 Pages Ward, Brenda


LASR      05/05/06   00206     Moran, Anne E.         7.00     0.15     1.05
LASR      05/05/06   00206     Moran, Anne E.         7.00     0.20     1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda


LASR      05/05/06   00206     Moran, Anne E.         1.00     0.15     0.15
LASR      05/05/06   00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda


LASR      05/05/06   00206     Moran, Anne E.         1.00     0.15     0.15
LASR      05/05/06   00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda


LASR      05/05/06   00206     Moran, Anne E.         4.00     0.15     0.60
LASR      05/05/06   00206     Moran, Anne E.         4.00     0.20     0.80
PC/Network Printing
PC LASER  4 Pages Teplinsky, Steven


LASR      05/05/06   00206     Moran, Anne E.         4.00     0.15     0.60
LASR      05/05/06   00206     Moran, Anne E.         4.00     0.20     0.80
PC/Network Printing
PC LASER  4 Pages Teplinsky, Steven
```

18

```
LASR      05/05/06   00206   Moran, Anne E.        8.00    0.15    1.20
LASR      5/05/06    00206   Moran, Anne E.        8.00    0.20    1.60
PC/Network Printing
PC LASER  8 Pages Moran, Anne

LASR      05/05/06   00206   Moran, Anne E.       11.00    0.15    1.65
LASR      05/05/06   00206   Moran, Anne E.       11.00    0.20    2.20
PC/Network Printing
PC LASER  11 Pages Ward, Brenda

LASR      05/05/06   00206   Moran, Anne E.       11.00    0.15    1.65
LASR      05/05/06   00206   Moran, Anne E.       11.00    0.20    2.20
PC/Network Printing
PC LASER  11 Pages Ward, Brenda

LASR      05/05/06   00206   Moran, Anne E.        4.00    0.15    0.60
LASR      05/05/06   00206   Moran, Anne E.        4.00    0.20    0.80
PC/Network Printing
PC LASER  4 Pages Teplinsky, Steven

LASR      05/05/06   00206   Moran, Anne E.        4.00    0.15    0.60
LASR      05/05/06   00206   Moran, Anne E.        4.00    0.20    0.80
PC/Network Printing
PC LASER  4 Pages Teplinsky, Steven

LASR      05/05/06   00206   Moran, Anne E.       11.00    0.15    1.65
LASR      05/05/06   00206   Moran, Anne E.       11.00    0.20    2.20
PC/Network Printing
PC LASER  11 Pages Ward, Brenda

LASR      05/05/06   00206   Moran, Anne E.       11.00    0.15    1.65
LASR      05/05/06   00206   Moran, Anne E.       11.00    0.20    2.20
PC/Network Printing
PC LASER  11 Pages Ward, Brenda

LASR      05/05/06   00206   Moran, Anne E.        4.00    0.15    0.60
LASR      05/05/06   00206   Moran, Anne E.        4.00    0.20    0.80
PC/Network Printing
PC LASER  4 Pages Teplinsky, Steven

LASR      05/05/06   00206   Moran, Anne E.       11.00    0.15    1.65
LASR      05/05/06   00206   Moran, Anne E.       11.00    0.20    2.20
PC/Network Printing
PC LASER  11 Pages Ward, Brenda

LASR      05/05/06   00206   Moran, Anne E.       32.00    0.15    4.80
LASR      05/05/06   00206   Moran, Anne E.       32.00    0.20    6.40
PC/Network Printing
PC LASER  32 Pages Teplinsky, Steven

LASR      05/05/06   00206   Moran, Anne E.       32.00    0.15    4.80
LASR      05/05/06   00206   Moran, Anne E.       32.00    0.20    6.40
PC/Network Printing
PC LASER  32 Pages Teplinsky, Steven

LASR      05/05/06 Total:                                         24.75
```

Doc. #1696805 v.1-8/28/06 03:04 PM

```
LASR      05/08/06   00206    Moran, Anne E.        32.00    0.15    4.80
LASR      05/08/06   00206    Moran, Anne E.        32.00    0.20    6.40
PC/Network Printing
PC LASER  32 Pages Teplinsky, Steven

LASR      05/08/06   00206    Moran, Anne E.        32.00    0.15    4.80
LASR      05/08/06   00206    Moran, Anne E.        32.00    0.20    6.40
PC/Network Printing
PC LASER  32 Pages Teplinsky, Steven

LASR      05/08/06   00206    Moran, Anne E.        32.00    0.15    4.80
LASR      05/08/06   00206    Moran, Anne E.        32.00    0.20    6.40
PC/Network Printing
PC LASER  32 Pages Teplinsky, Steven

LASR      05/08/06   00206    Moran, Anne E.        32.00    0.15    4.80
LASR      05/08/06   00206    Moran, Anne E.        32.00    0.20    6.40
PC/Network Printing
PC LASER  32 Pages Teplinsky, Steven

LASR      05/08/06   00206    Moran, Anne E.        32.00    0.15    4.80
LASR      05/08/06   00206    Moran, Anne E.        32.00    0.20    6.40
PC/Network Printing
PC LASER  32 Pages Teplinsky, Steven

LASR      05/08/06   00206    Moran, Anne E.        31.00    0.15    4.65
LASR      05/08/06   00206    Moran, Anne E.        31.00    0.20    6.20
PC/Network Printing
PC LASER  31 Pages Teplinsky, Steven

LASR      05/08/06   00206    Moran, Anne E.        31.00    0.15    4.65
LASR      05/08/06   00206    Moran, Anne E.        31.00    0.20    6.20
PC/Network Printing
PC LASER  31 Pages Teplinsky, Steven
LASR      05/08/06 Total:                                            33.30

LASR      05/10/06   00206    Moran, Anne E.        30.00    0.15    4.50
LASR      05/10/06   00206    Moran, Anne E.        30.00    0.20    6.00
PC/Network Printing
PC LASER  30 Pages Teplinsky, Steven

LASR      05/10/06   00206    Moran, Anne E.        30.00    0.15    4.50
LASR      05/10/06   00206    Moran, Anne E.        30.00    0.20    6.00
PC/Network Printing
PC LASER  30 Pages Teplinsky, Steven

LASR      05/10/06   00206    Moran, Anne E.        30.00    0.15    4.50
LASR      05/10/06   00206    Moran, Anne E.        30.00    0.20    6.00
PC/Network Printing
PC LASER  30 Pages Teplinsky, Steven
LASR      05/10/06 Total:                                            13.50

LASR      05/11/06   00206    Moran, Anne E.         7.00    0.15    1.05
LASR      05/11/06   00206    Moran, Anne E.         7.00    0.20    1.40
PC/Network Printing
PC LASER  7 Pages Moran, Anne
```

```
LASR      05/11/06   00206     Moran, Anne E.        7.00      0.15      1.05
LASR      05/11/06   00206     Moran, Anne E.        7.00      0.20      1.40
PC/Network Printing
PC LASER  7 Pages Moran, Anne

LASR      05/11/06   00206     Moran, Anne E.        6.00      0.15      0.90
LASR      05/11/06   00206     Moran, Anne E.        6.00      0.20      1.20
PC/Network Printing
PC LASER  6 Pages Moran, Anne

LASR      05/11/06   00206     Moran, Anne E.        8.00      0.15      1.20
LASR      05/11/06   00206     Moran, Anne E.        8.00      0.20      1.60
PC/Network Printing
PC LASER  8 Pages Moran, Anne

LASR      05/11/06   00206     Moran, Anne E.        7.00      0.15      1.05
LASR      05/11/06   00206     Moran, Anne E.        7.00      0.20      1.40
PC/Network Printing
PC LASER  7 Pages Moran, Anne

LASR      05/11/06   00206     Moran, Anne E.        8.00      0.15      1.20
LASR      05/11/06   00206     Moran, Anne E.        8.00      0.20      1.60
PC/Network Printing
PC LASER  8 Pages Ward, Brenda

LASR      05/11/06   00206     Moran, Anne E.        8.00      0.15      1.20
LASR      05/11/06   00206     Moran, Anne E.        8.00      0.20      1.60
PC/Network Printing
PC LASER  8 Pages Ward, Brenda

LASR      05/11/06   00206     Moran, Anne E.        8.00      0.15      1.20
LASR      05/11/06   00206     Moran, Anne E.        8.00      0.20      1.60
PC/Network Printing
PC LASER  8 Pages Ward, Brenda

LASR      05/11/06   00206     Moran, Anne E.        7.00      0.15      1.05
LASR      05/11/06   00206     Moran, Anne E.        7.00      0.20      1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR      05/11/06   00206     Moran, Anne E.        7.00      0.15      1.05
LASR      05/11/06   00206     Moran, Anne E.        7.00      0.20      1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR      05/11/06 Total:                                                10.95

LASR      05/12/06   00206     Moran, Anne E.        7.00      0.15      1.05
LASR      05/12/06   00206     Moran, Anne E.        7.00      0.20      1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR      05/12/06   00206     Moran, Anne E.        8.00      0.15      1.20
LASR      05/12/06   00206     Moran, Anne E.        8.00      0.20      1.60
PC/Network Printing
PC LASER  8 Pages Ward, Brenda
```

```
LASR      05/12/06   00206     Moran, Anne E.          8.00      0.15      1.20
LASR      05/12/06   00206     Moran, Anne E.          8.00      0.20      1.60
PC/Network Printing
PC LASER  8 Pages Ward, Brenda

LASR      05/12/06   00206     Moran, Anne E.          7.00      0.15      1.05
LASR      05/12/06   00206     Moran, Anne E.          7.00      0.20      1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR      05/12/06   00206     Moran, Anne E.          7.00      0.15      1.05
LASR      05/12/06   00206     Moran, Anne E.          7.00      0.20      1.40
PC/Network Printing
PC LASER  7 Pages Ward, Brenda

LASR      05/12/06   00206     Moran, Anne E.          1.00      0.15      0.15
LASR      05/12/06   00206     Moran, Anne E.          1.00      0.20      0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda
LASR      05/12/06 Total:                                                 5.70

LASR      05/15/06   00206     Moran, Anne E.          3.00      0.15      0.45
LASR      05/15/06   00206     Moran, Anne E.          3.00      0.20      0.60
PC/Network Printing
PC LASER  3 Pages Wieczorek, JoAnn

LASR      05/15/06   00206     Moran, Anne E.          3.00      0.15      0.45
LASR      05/15/06   00206     Moran, Anne E.          3.00      0.20      0.60
PC/Network Printing
PC LASER  3 Pages Wieczorek, JoAnn

LASR      05/15/06   00206     Moran, Anne E.          3.00      0.15      0.45
LASR      05/15/06   00206     Moran, Anne E.          3.00      0.20      0.60
PC/Network Printing
PC LASER  3 Pages Wieczorek, JoAnn

LASR      05/15/06   00206     Moran, Anne E.          3.00      0.15      0.45
LASR      05/15/06   00206     Moran, Anne E.          3.00      0.20      0.60
PC/Network Printing
PC LASER  3 Pages Wieczorek, JoAnn

LASR      05/15/06 Total:                                                 1.80

LASR      05/16/06   00206     Moran, Anne E.          3.00      0.15      0.45
LASR      05/16/06   00206     Moran, Anne E.          3.00      0.20      0.60
PC/Network Printing
PC LASER  3 Pages Wieczorek, JoAnn

LASR      05/16/06   00206     Moran, Anne E.         32.00      0.15      4.80
LASR      05/16/06   00206     Moran, Anne E.         32.00      0.20      6.40
PC/Network Printing
PC LASER  32 Pages Wieczorek, JoAnn

LASR      05/16/06 Total:                                                 5.25
```

Doc. #1696805 v.1-8/28/06 03:04 PM

```
LASR      05/18/06    00206     Moran, Anne E.          30.00     0.15     4.50
LASR      05/18/06    00206     Moran, Anne E.          30.00     0.20     6.00
PC/Network Printing
PC LASER   30 Pages Teplinsky, Steven


LASR      05/19/06    00206     Moran, Anne E.           1.00     0.15     0.15
LASR      05/19/06    00206     Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing
PC LASER   1 Pages MacIvor, Alexis


LASR      05/19/06    00206     Moran, Anne E.          30.00     0.15     4.50
LASR      05/19/06    00206     Moran, Anne E.          30.00     0.20     6.00
PC/Network Printing
PC LASER   30 Pages MacIvor, Alexis


LASR      05/19/06    00206     Moran, Anne E.           1.00     0.15     0.15
LASR      05/19/06    00206     Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing
PC LASER   1 Pages Teplinsky, Steven


LASR      05/19/06    00206     Moran, Anne E.          30.00     0.15     4.50
LASR      05/19/06    00206     Moran, Anne E.          30.00     0.20     6.00
PC/Network Printing
PC LASER   30 Pages MacIvor, Alexis


LASR      05/19/06    00206     Moran, Anne E.           1.00     0.15     0.15
LASR      05/19/06    00206     Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing
PC LASER   1 Pages MacIvor, Alexis


LASR      05/19/06    00206     Moran, Anne E.           1.00     0.15     0.15
LASR      05/19/06    00206     Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing
PC LASER   1 Pages MacIvor, Alexis


LASR      05/19/06    00206     Moran, Anne E.           1.00     0.15     0.15
LASR      05/19/06    00206     Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing
PC LASER   1 Pages MacIvor, Alexis


LASR      05/19/06 Total:                                                  9.75


LASR      05/22/06    00206     Moran, Anne E.          30.00     0.15     4.50
LASR      05/22/06    00206     Moran, Anne E.          30.00     0.20     6.00
PC/Network Printing
PC LASER   30 Pages MacIvor, Alexis


LASR      05/22/06    00206     Moran, Anne E.          30.00     0.15     4.50
LASR      05/22/06    00206     Moran, Anne E.          30.00     0.20     6.00
PC/Network Printing
PC LASER   30 Pages Teplinsky, Steven


LASR      05/22/06 Total:                                                  9.00
```

Doc. #1696805 v.1-8/28/06 03:04 PM

```
LASR      05/23/06   00206    Moran, Anne E.        31.00     0.15     4.65
LASR      05/23/06   00206    Moran, Anne E.        31.00     0.20     6.20
PC/Network Printing
PC LASER  31 Pages Teplinsky, Steven

LASR      05/23/06   00206    Moran, Anne E.        31.00     0.15     4.65
LASR      05/23/06   00206    Moran, Anne E.        31.00     0.20     6.20
PC/Network Printing
PC LASER  31 Pages MacIvor, Alexis

LASR      05/23/06 Total:                                              9.30

LASR Total:                                                          154.20

TELEDC    05/02/06   00206    Moran, Anne E.         1.00     0.36     0.36
TELEDC    05/02/06   00206    Moran, Anne E.         1.00              0.36
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC    05/02/06   00206    Moran, Anne E.         1.00     1.32     1.32
TELEDC    05/02/06   00206    Moran, Anne E.         1.00              1.32
DC Telephone TELEDC 5613621300 FROM EXT. 106245

TELEDC    05/02/06 Total:                                              1.68

TELEDC    05/04/06   00206    Moran, Anne E.         1.00     7.66     7.66
TELEDC    05/04/06   00206    Moran, Anne E.         1.00              7.66
DC Telephone TELEDC 5613621300 FROM EXT. 106245
TELEDC Total:                                                          9.34

WESTLAW   05/08/06   00206    Moran, Anne E.         1.00    85.47    85.47
WESTLAW   05/08/06   00206    Moran, Anne E.         1.00             85.47
Westlaw On-Line Research

DC Westlaw Search by:  FINE,MICHAEL

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                       266.71
```

Doc. #1696805 v.1-8/28/06 03:04 PM