IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 3, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

Professional services rendered through: June 30, 2006

| | | | |
|---|---|---|---|
| 06/23/06 | A.E. Moran | Review question on pension funding requirements. | 2.10 |
| 06/23/06 | A.E. Moran | Telephone conference with C. Finke on pension funding question. | 0.20 |
| 06/08/06 | M.D. Lerner | Call to discuss 6511(d). | 0.30 |
| 06/08/06 | S.B. Teplinsky | Research regarding 6511 period of limitations issues | 0.70 |
| 06/08/06 | S.B. Teplinsky | Telephone conference with Ms. Finke and Messrs. Nackashiki and Gibbons regarding status of protest and period of limitations issues. | 1.00 |
| 06/08/06 | S.B. Teplinsky | Telephone conference with Messrs. Lerner and Tandler regarding same. | 0.30 |
| 06/09/06 | S.B. Teplinsky | Research regarding period of limitations issues, 6511 and 6411. | 2.00 |
| 06/09/06 | S.B. Teplinsky | Review 5701s. | 1.40 |
| 06/10/06 | S.B. Teplinsky | Research regarding period of limitations issues, 6511 and 6411. | 4.00 |
| 06/11/06 | S.B. Teplinsky | Research regarding periods of limitations, 6511 and 6411. | 2.50 |
| 06/12/06 | M.D. Lerner | Follow up call with client and analysis of 6511(d) issue. | 0.40 |
| 06/12/06 | M.J. Silverman | Conference call with client re closing offer issues; review documents from client | 2.00 |
| 06/13/06 | M.J. Silverman | Section 870 review; speak with Mr. Teplinsky | 1.00 |

Total Fees          $11,149.50

Doc. #1696806 v.1-8/28/06 03:01 PM