**EXHIBIT B**

Disbursements:

| | |
|---|---:|
| Long Distance Telephone | 19.37 |
| Duplicating | 4.80 |
| Total Disbursements | $24.17 |

```
STEPTOE & JOHNSON LLP
Detail Cost Report

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE


Cost              Timekeeper  Name
Code     Date     Number      Description              Quantity  Rate    Amount
================================================================================
================================================================================


TELEDC   06/08/06  00206      Moran, Anne E.            1.00     3.33    3.33
TELEDC   06/08/06  00206      Moran, Anne E.            1.00     3.33
DC Telephone TELEDC 2127352882 FROM EXT. 108024

Report Total:                                                            3.33
```

7

```
STEPTOE & JOHNSON LLP
Detail Cost Report

012046.00003 TAX LITIGATION AUDIT ISSUE


Cost                 Timekeeper  Name
Code      Date       Number      Description                Quantity    Rate      Amount
=========================================================================================
=========================================================================================

DUPLDC    06/10/06   00212       Teplinsky, Steven B.       21.00       0.15      3.15
DUPLDC    06/10/06   00212       Teplinsky, Steven B.       21.00       0.20      4.20
21 PHOTOCOPIES MADE BY 00212

LASR      06/10/06   00206       Moran, Anne E.              5.00       0.15      0.75
LASR      06/10/06   00206       Moran, Anne E.              5.00       0.20      1.00
PC/Network Printing

PC LASER  5 Pages Teplinsky, Steven
LASR      06/12/06   00206       Moran, Anne E.              6.00       0.15      0.90
LASR      06/12/06   00206       Moran, Anne E.              6.00       0.20      1.20
PC/Network Printing

PC LASER  6 Pages Teplinsky, Steven

LASR Total:                                                                       1.65

TELEDC    06/08/06   00206       Moran, Anne E.              1.00      16.04     16.04
TELEDC    06/08/06   00206       Moran, Anne E.              1.00      16.04
DC Telephone TELEDC 5613621300 FROM EXT. 106245

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                                   20.84

Report Total:                                                                    20.84
```

8