IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Ref. Docket No. 12709, 12742 |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 12709

The undersigned certifies the following to be true and correct to the best of his knowledge:

1. On June 23, 2006, Swidler Berlin LLP ("Swidler) filed its *Final Application of Swidler Berlin LLP, Former Bankruptcy Counsel to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the Period May 24, 2004 through February 5, 2006* [Docket No. 12709] (the "Final Application").

2. On June 30, 2006, the undersigned filed a *Certification of Counsel regarding Seventh Quarterly and Final Fee Applications of Swidler Berlin LLP* [Docket No. 12742] (the "Certification"), along with a revised proposed Order to the Final Application, to reflect an agreed correction to Swidler's fees relating to a negotiated reduction with the United States Trustee to Swidler's fees during the time period in the Seventh Quarterly Application in the amount of $738.00. That reduction had not been properly reflected in the Final Application.

3. There have been further discussions with respect to the Final Application with the Office of the United States Trustee. As a result of those discussions, Swidler has agreed to further reduce its fees in the amount of $5,560.50. This agreed reduction resolves potential objections from the United States Trustee's Office.

4. The deadline to object to the Final Application was September 8, 2006, and no other objections have been made with respect to the Final Application.

5. Based upon the foregoing, Swidler has agreed upon reductions to its fees in its Final Application in the total amount of $6,298.50 ($738.00 plus $5,560.50). Thus, the total fees requested by Swidler in its Final Application are reduced from $1,519,988.75 to $1,513,690.25. The total expense reimbursement requested by Swidler remains unchanged at $95,633.10.

6. Swidler understands that the proposed composite Order to be submitted to the Court will reflect these agreed adjustments.

7. Counsel is available should the Court have any issues or concerns with respect to this matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: September 13, 2006

2