# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION FOR THE PERIOD JANUARY 1, 2006 THROUGH FEBRUARY 5, 2006 and FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF <u>EXPENSES FOR SWIDLER BERLIN, LLP</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Interim Application for the Period January 1, 2006 through February 5, 2006 and Final Allowance of Compensation and Reimbursement of Expenses for Swidler Berlin, LLP</u> (the "Application").

## BACKGROUND

1.    Swidler Berlin, LLP (SBSF), was retained as counsel to David T. Austern, legal representative for future asbestos claimants. In the Application, SBSF seeks approval of interim fees totaling $20,998.50[1] and interim expenses totaling $3,483.45 for its services from January 1, 2006 through February 5, 2006; and final fees totaling $1,513,690.25[2] and costs totaling $95,633.10 for

---

[1] Subsequent to the filing of our final report for the 20th Interim Period (January 1 - March 31, 2006), SBSF reached an agreement with the U.S. Trustee's office to reduce its final fee request by $6,298.50. It is our understanding that this reduction was taken with regard to a Swidler associate billing at normal rates for some tasks deemed more appropriate for a paralegal to perform during the 20th Interim Period.

[2] We note that the total of the fees requested in SBSF's prior fee applications (13th -19[th] Interim Periods) plus the compensation sought for the current Interim Application Period is

all of its services in the above-captioned bankruptcy proceeding from May 24, 2004, through February 5, 2006.[3]

2.        In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## CURRENT INTERIM APPLICATION

3.        In the current interim application, SBSF seeks approval of fees totaling $20,998.50 and costs totaling $3,483.45 for its services from January 1, 2006, through February 5, 2006. In keeping with the agreement referenced in footnote #1, we concur with the reduction of $6,298.50

---

$1,513,690.25.  We find no indication that SBSF has deducted from this amount any of the recommended reductions from our previous interim final reports as discussed in paragraph 4. We note that the court has already approved all of those recommended reductions, encompassing the 13th through 19th Interim Periods.

[3]We note that the total of the costs requested in SBSF's prior fee applications (13th -19[th] Interim Periods) plus the reimbursement sought for the current Interim Application Period is $95,633.10.  We find no indication that SBSF has deducted from this amount any of the recommended reductions from our previous interim final reports as discussed in paragraph 4. We note that the court has already approved all of those recommended reductions, encompassing the 13th through 19th Interim Periods.

in fees and recommend that amount be deducted from the SBSF fee total.   It is our understanding that $6,298.50 has been deducted from SBSF's final application for compensation for services rendered and reimbursement of expenses.  Thus we recommend approval of fees totaling $14,700.00 and costs totaling $3,483.45 for SBSF's services from January 1, 2006, through February 5, 2006.

### PRIOR INTERIM APPLICATIONS

4.     We note that we previously filed the following final reports for each of SBSF's prior interim applications, which final reports we incorporate by reference herein:

13th Period:    Fee Auditor's Final Report Regarding Thirteenth Interim Application of Swidler Berlin LLP (Docket #6994), filed on or about November 18, 2004, in which we recommend approval of fees totaling $116,538.50 and costs totaling $15,846.02, reflecting our recommend reductions of $4,142.50 in fees, as further explained in paragraph 5 of that final report.   These recommendations were adopted by the court in the Order Granting Thirteenth Interim Fee Application Requests, dated January 26, 2005.  (Docket #7622).

14th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fourteenth Interim Period (Docket #7982), filed on or about March 8, 2005, in which we recommend approval of fees totaling $296,073.25 and costs totaling $14,400.95, as explained in paragraph 21of that final report.  These recommendations were adopted by the court in the Order Granting Fourteenth Interim Fee Application Requests, dated March 22, 2005.  (Docket #8081).

15th Period    Fee Auditor's Final Report Regarding Fifteenth Interim Application of

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg FR Swidler 5.04-2.06.wpd

Swidler Berlin LLP (Docket #8572), filed on or about June 8, 2005, in which we recommend approval of fees totaling $294,835.25 and costs totaling $16,887.09, reflecting our recommend reductions of $229.00 in fees and $141.80 in expenses, as further explained in paragraph 9 of that final report. These recommendations were adopted by the court in the Order Granting Fifteenth Interim Fee Application Requests, dated June 29, 2005.  (Docket #8728).

16th Period   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Sixteenth Interim Period (Docket #9387), filed on or about September 12, 2005, in which we recommend approval of fees totaling $246,711.75 and costs totaling $13,701.96, as explained in paragraph 23 of that final report.  These recommendations were adopted by the court in the Order Granting Fourteenth Interim Fee Application Requests, dated September 27, 2005.  (Docket #9513).

17th Period   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Seventeenth Interim Period (Docket #11168), filed on or about November 28, 2005, in which we recommend approval of fees totaling $196,107.25 and costs totaling $2,662.44, as explained in paragraph 24 of that final report.  These recommendations were adopted by the court in the Order Granting Fourteenth Interim Fee Application Requests, dated December 21, 2005.  (Docket #11402).

18th Period   Fee Auditor's Final Report Regarding Eighteenth Interim Application of

Swidler Berlin LLP (Docket #11936), filed on or about March 3, 2006, in which we recommend approval of fees totaling $153,118.50 and costs totaling $13,177.53, reflecting our recommended reductions of $3,927.00 in fees, as further explained in paragraph 5 of that final report. These recommendations were adopted by the court in the <u>Order Granting Fourteenth Interim Fee Application Requests</u>, dated March 27, 2006. (Docket #12121).

19th Period  Fee Auditor's Final Report Regarding Nineteenth Interim Application of Swidler Berlin LLP (Docket #12628), filed on or about June 12, 2006, in which we recommend approval of fees totaling $196,400.75 and costs totaling $15,473.66, reflecting our recommended reduction of $103.47 in expenses, as further explained in paragraph 5 of that final report. These recommendations were adopted by the court in the <u>Order Granting Fourteenth Interim Fee Application Requests</u>, dated June 16, 2006. (Docket #12660).

## CONCLUSION

5.      Thus we recommend approval of fees totaling $1,499,093.25 ($1,513,690.25 minus $14,597.00) and costs totaling $95,387.83 ($95,633.10 minus $245.27) for SBSF's services from May 24, 2004, through February 5, 2006.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 14th day of September, 2006.

_____
                Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Roger Frankel
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801