# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

July 20, 2005

Invoice No. HRA20050720

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of June, 2005.

### CURRENT FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.8 hours @ $ 500 per hour | $ 900.00 |
| Paul J. Silvern<br>0.3 hours @ $ 400 per hour | 120.00 |
| Joshua S. Katz<br>6.3 hours @ $ 175 per hour | 1,102.50 |
| Gina G. Lewis<br>0.5 hours @ $ 125 per hour | 62.50 |
| **TOTAL FEES:** | **$ 2,185.00** |

### EXPENSES

| | |
|---|---:|
| Courier | $ 220.68 |
| **TOTAL EXPENSES:** | **$ 220.68** |
| **TOTAL DUE:** | **$ 2,405.68** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA    LOS ANGELES        WASHINGTON DC       NEW YORK

JUNE, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE | TIME | TASK
---|---|---

06/02/05   0.5   Talk with Joshua S. Katz about committee phone call.

06/10/05   0.8   Read and comment on PD Objection to Motion for extension of exclusivity.

06/16/05   0.5   Talk with Joshua S. Katz about committee phone call.

TOTAL:   1.8

*Please remit to corporate address below:*

P.O. Box 222681 Carmel, California 93922 Tel: (831) 626-1350 Fax: (831) 626-1351
Northern California        Los Angeles        Washington DC   New York

JUNE 2005, TIME LOG OF PAUL J. SILVERN (PJS)

DATE      TIME      TASK

06/12/05  0.3   Review draft Property Damage Committee objection to proposed 8th extension of exclusivity, and Committee counsel commentary on the draft.

TOTAL          0.3

JUNE, 2005, TIME LOG OF JOSHUA S. KATZ (JSK)

DATE     TIME  TASK

06/02/05  1.1  Weekly call (0.6); conversation with Francine F. Rabinovitz about call (0.5).

06/09/05  0.2  Quick search for recent events in preparation for call; no call this day.

06/16/05  1.2  W.R. Grace weekly call (0.5); discussion with Francine F. Rabinovitz re: weekly call (0.5); check for recent news on NJ AG and Montana case (0.2).

06/17/05  1.8  Review of Montana motion about lifting stay (0.4); review of exhibits to the motion, including Exhibit B Attorney General Montana indictment (1.1); review of news related to silica/asbestos overlap in civil suits and evolution into criminal matter in New York (0.3).

06/28/05  0.2  Review of article from Allyn D. about K & E Grace partner appointment to EPA post.

06/30/05  1.8  Review of news articles about insurance industry in Asbestos Legislation and June 20 Baltimore Sun article on effect of legislation on Grace (0.4); review of 8k filing about Siegel agreement (0.1); review of transcript of Monday hearing (0.5); W.R. Grace conference call (0.5); e-mail to Francine F. Rabinovitz and Paul J. Silvern on contents of the call (0.3).

TOTAL:          6.3

*Please remit to corporate address below:*

P.O. Box 222681 Carmel, California 93922  Tel: (831) 626-1350  Fax: (831) 626-1351
Northern California          Los Angeles          Washington DC   New York

JUNE, 2005 TIME LOG OF GINA G LEWIS (GGL)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

06/24/05  0.5   Printing materials

TOTAL:          0.5

SUMMARY OF EXPENSES
June 1 through June 30, 2005

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Courier | | | $ 220.68 |

**Please remit to corporate address below:**

P.O. Box 222681 Carmel, California 93922 Tel: (831) 626-1350 Fax: (831) 626-1351
Northern California    Los Angeles    Washington DC  New York