# HR&A                                                                INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

August 10, 2005

Invoice No. HRA20050810

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of July, 2005.

**CURRENT FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>13.8 hours @ $ 550 per hour | $ 7,590.00 |
| Joshua S. Katz<br>7.4 hours @ $ 200 per hour | 1,480.00 |
| Gina G. Lewis<br>1.5 hours @ $ 150 per hour | 225.00 |
| **TOTAL DUE:** | **$ 9,295.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES            WASHINGTON DC    NEW YORK

JULY, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE     TIME TASK

07/06/05  4.5  Review Transcript of 06/27/05 proceedings, Debtors' reply to request for extension of exclusivity, Future Claimants Rep's Objection to Debtors' Motions to Approve PI CMO and Questionnaire, Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' motion to Approve PI CMO and Questionnaire on 6/30/05; Opposition of Libby Claimants.

07/07/05  1.5  Review Opposition of Offical Committee of Asbestos Personal Injury Claimants to Debtors Motion to Approve PI CMO and Questionnaire.

07/13/05  1.8  Review Proposed CMO of the Official Committee of Asbestos Property Damage Claimants and Memorandum of Law in Support of Proposal.

07/15/05  3.5  Review Debtors' Status Report regarding motion to approve asbestos PI estimation CMO and questionnaire and Debtors Brief in Support of Entry to CMO for Asbestos Property Damage Claims (2.0) review Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors Motion to Approve PI CMO and Questionnaire and Brief in Support of Future Claimants Reps Form of Questionnaire and CMO (1.5).

07/28/05  1.5  Review transcript with respect to CMO for PD estimation.

07/29/05  1.0  Begin to review transcript with respect to questionnaire for PI claimants.

TOTAL:    13.8

JULY, 2005 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>      <u>TIME</u> <u>TASK</u>

07/14/05  2.8  Grace weekly call (0.8); review of PD committee CMO filing (2.0).

07/15/05  1.7  Review of Debtors' status report on PI filing (0.8); review of Debtors' proposed questionnaire (0.4); review of draft CMO approval from Judge Fitzgerald (0.2); review of news articles from Bilzin about EPA appointment (0.3).

07/19/05  0.4  Review of 2nd quarter Grace financials release.

07/21/05  0.2  Grace conference call (0.1); message to Jay Sakalo with question re: a future call plus review of 8k (0.1).

07/28/05  2.2  Review of court transcript from July 19th hearing.

TOTAL:    7.4

JULY, 2005 TIME LOG OF GINA G. LEWIS (GGL)

| DATE | TIME | TASK |
| --- | --- | --- |
| 07/01/05 | 0.5 | Printing materials. |
| 07/14/05 | 1.0 | Reformat document and Printing |
| TOTAL: | 1.5 | |