# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

March 13, 2006

Invoice No. HRA20060313

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of February, 2006.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>0.5 hours @ $ 550 per hour | $ 275.00 |
| Paul K. Honig<br>25.0 hours @ $ 275 per hour | 6,875.00 |
| Joshua S. Katz<br>4.1 hours @ $ 200 per hour<br>820.00 | |
| **TOTAL DUE:** | **$ 7,970.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA       LOS ANGELES                NEW YORK

FEBRUARY, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>       <u>TIME</u>     <u>TASK</u>

02/10/06    0.5      Review Joshua S. Katz' memo re: Committee phone call.

TOTAL:      0.5

FEBRUARY, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u>     <u>TASK</u>

02/09/06   0.8     Weekly Grace conference call. (0.5); note to Francine F. Rabinovitz about call (0.3).

02/13/06   1.5     Review of Grace related conference materials from Mealey's Wall Street Asbestos Forum.

02/16/06   1.8     Review of recent Grace related news/filings (0.3); weekly conference call (1.5).

TOTAL:            4.1

FEBRUARY, 2006 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
|------|------|------|
| 02/14/06 | 7.0 | Create dictionaries & convert 13 ascii files to stata. |
| 02/20/06 | 6.0 | Inspect data, note 2-digit date conversion problem, modify to read as char & rerun the 6 conversion programs containing dates. |
| 02/22/06 | 6.5 | Create case-level, claimant, disease & occupation datafiles. |
| 02/23/06 | 5.5 | Create the remaining 7 separate analysis files & review logs. |
| TOTAL: | 25.0 | |