# HR&A

# INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

May 12, 2006

Invoice No. HRA20060512

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of April, 2006.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>0.4 hours @ $ 550 per hour | $   220.00 |
| Paul K. Honig<br>2.0 hours @ $ 275 per hour | 550.00 |
| Joshua S. Katz<br>5.4 hours @ $ 200 per hour | 1,080.00 |
| **TOTAL DUE:** | **$ 1,850.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA     LOS ANGELES     NEW YORK

APRIL, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|------|------|------|
| 04/13/06 | 0.2 | Call with Joshua S. Katz re committee call. |
| 04/27/06 | 0.2 | Update from Joshua S. Katz re committee call. |
| TOTAL: | 0.4 | |

APRIL, 2006 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
|---|---|---|
| 04/03/06 | 1.0 | Assemble and label all disks from Bilzin; note that some are missing. |
| 04/04/06 | 0.5 | Administrative work with Wanda Roman @ Bilzin. |
| 04/05/06 | 0.5 | Administrative work with Wanda Roman @ Bilzin. |
| TOTAL: | 2.0 | |

APRIL, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>    <u>TIME</u>  <u>TASK</u>

04/04/06  2.2  Review of contents of multiple CDs received from Wanda Roman at Bilzin.

04/13/06  1.5  Weekly Grace conference call (1.3); discuss with Francine F. Rabinovitz (0.2).

04/26/06  0.2  Review e-mails by committee members re: pension issue.

04/27/06  1.5  Review of recent news and SEC filings on Grace (0.7); weekly Grace conference call (0.6); e-mail Francine F. Rabinovitz with update (0.2).

TOTAL:    5.4