# Exhibit 1

W.R. Grace - 20th Interim (January - March, 2006)
Fee and Expense Chart
Exhibit A - 1 (with recommendations)

| ANDERSON KILL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12414 | $17,264.50 | $46.48 | $17,264.50 | $46.48 |
| Total: | $17,264.50 | $46.48 | $17,264.50 | $46.48 |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12922 | $90,000.00 | $14,206.30 | $90,000.00 | $8,399.94 |
| Total: | $90,000.00 | $14,206.30 | $90,000.00 | $8,399.94 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13070 | $177,504.41 | $6,494.57 | $177,504.41 | $6,494.57 |
| Total: | $177,504.41 | $6,494.57 | $177,504.41 | $6,494.57 |

| BEVERIDGE & DIAMOND | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| # | $38,671.25 | $400.22 | $38,671.25 | $400.22 |
| Total: | $38,671.25 | $400.22 | $38,671.25 | $400.22 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12506 | $618,556.75 | $108,605.10 | $614,247.25 | $108,605.10 |
| Total: | $618,556.75 | $108,605.10 | $614,247.25 | $108,605.10 |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12864 | $250,000.00 | $3,203.76 | $250,000.00 | $3,203.76 |
| Total: | $250,000.00 | $3,203.76 | $250,000.00 | $3,203.76 |

| BUCHANAN INGERSOLL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12458 | $15,718.00 | $1,706.95 | $15,718.00 | $1,706.95 |
| Total: | $15,718.00 | $1,706.95 | $15,718.00 | $1,706.95 |

| BOWE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12771 | $61,367.50 | $100.20 | $61,367.50 | $100.20 |
| Total: | $61,367.50 | $100.20 | $61,367.50 | $100.20 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12418 | $92,452.00 | $3,156.83 | $92,452.00 | $3,156.83 |
| Total: | $92,452.00 | $3,156.83 | $92,452.00 | $3,156.83 |

| CAPLIN AND DRYSDALE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12417 | $414,458.00 | $84,542.98 | $414,458.00 | $84,147.98 |
| Total: | $414,458.00 | $84,542.98 | $414,458.00 | $84,147.98 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12397 | $400,702.00 | $4,008.69 | $399,090.00 | $4,008.69 |
| Total: | $400,702.00 | $4,008.69 | $399,090.00 | $4,008.69 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12581 | $124,515.00 | $55,185.90 | $124,515.00 | $55,185.90 |
| Total: | $124,515.00 | $55,185.90 | $124,515.00 | $55,185.90 |

| CIBC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13127 | $25,000.00 | $1,924.06 | $25,000.00 | $1,924.06 |
| Total: | $25,000.00 | $1,924.06 | $25,000.00 | $1,924.06 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12440 | $75,000.00 | $2,084.85 | $75,000.00 | $2,084.85 |
| Total: | $75,000.00 | $2,084.85 | $75,000.00 | $2,084.85 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12384 | $12,100.00 | $1,377.45 | $12,100.00 | $1,377.45 |
| Total: | $12,100.00 | $1,377.45 | $12,100.00 | $1,377.45 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12545 | $47,740.50 | $942.69 | $47,740.50 | $942.69 |
| Total: | $47,740.50 | $942.69 | $47,740.50 | $942.69 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12425 | $50,212.00 | $6,111.34 | $50,212.00 | $6,111.34 |
| Total: | $50,212.00 | $6,111.34 | $50,212.00 | $6,111.34 |

| FOLEY HOAG | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12582 | $33,356.00 | $141.02 | $33,356.00 | $141.02 |
| Total: | $33,356.00 | $141.02 | $33,356.00 | $141.02 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12619 | $19,420.00 | $0.00 | $19,420.00 | $0.00 |
| Total: | $19,420.00 | $0.00 | $19,420.00 | $0.00 |

| HILSOFT | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12620 | $21,450.42 | $21.49 | $21,450.42 | $21.49 |
| Total: | $21,450.42 | $21.49 | $21,450.42 | $21.49 |

| HOLME ROBERTS AND OWEN LLP |
|---|

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #13074 | $4,450.00 | $3,653.13 | $4,450.00 | $3,653.13 |
| Total: | $4,450.00 | $3,653.13 | $4,450.00 | $3,653.13 |

| KIRKLAND & ELLIS ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12423 | $4,952,085.50 | $1,256,676.49 | $4,942,401.50 | $1,256,429.49 |
| Total: | $4,952,085.50 | $1,256,676.49 | $4,942,401.50 | $1,256,429.49 |

| KLETT ROONEY LIEBER AND SCHORLING |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12515 | $84,312.00 | $757.33 | $84,312.00 | $757.33 |
| Total: | $84,312.00 | $757.33 | $84,312.00 | $757.33 |

| KRAMER LEVIN NAFTALIS & FRANKEL |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12516 | $74,750.00 | $5,452.00 | $74,750.00 | $5,452.00 |
| Total: | $74,750.00 | $5,452.00 | $74,750.00 | $5,452.00 |

| LEGAL ANALYSIS |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12416 | $46,712.50 | $0.00 | $46,712.50 | $0.00 |
| Total: | $46,712.50 | $0.00 | $46,712.50 | $0.00 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12624 | $22,692.00 | $198.22 | $22,692.00 | $198.22 |
| Total: | $22,692.00 | $198.22 | $22,692.00 | $198.22 |

| OFFICIAL COMMITTEE/PROPERTY DAMAGE[1] |
|---|

---

[1] Figure represents total costs of Scott ($985.07) and Westbrook ($3,201.86).

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #12188 | $0.00 | $4,186.93 | $0.00 | $4,186.93 |
| Total: | $0.00 | $4,186.93 | $0.00 | $4,186.93 |

| ORRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12731 | $206,292.25 | $7,501.32 | $206,292.25 | $7,501.32 |
| Total: | $206,292.25 | $7,501.32 | $206,292.25 | $7,501.32 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12583 | $123,521.00 | $111,295.39 | $123,521.00 | $111,295.39 |
| Total: | $123,521.00 | $111,295.39 | $123,521.00 | $111,295.39 |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12556 | $20,182.00 | $1,421.01 | $20,182.00 | $1,421.01 |
| Total: | $20,182.00 | $1,421.01 | $20,182.00 | $1,421.01 |

| PIPER | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12535 | $157,142.86 | $1,572.96 | $157,142.86 | $1,572.96 |
| Total: | $157,142.86 | $1,572.96 | $157,142.86 | $1,572.96 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12836 | $346,260.50 | $39,538.32 | $346,260.50 | $39,538.32 |
| Total: | $346,260.50 | $39,538.32 | $346,260.50 | $39,538.32 |

| PROTIVITI | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |

| #12350 | | $92,007.00 | $2,924.47 | $92,007.00 | $2,924.47 |
|---|---|---|---|---|---|
| Total: | | $92,007.00 | $2,924.47 | $92,007.00 | $2,924.47 |

| PRICEWATERHOUSE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13083 | $853,910.15 | $7,513.01 | $853,910.15 | $7,513.01 |
| Total: | $853,910.15 | $7,513.01 | $853,910.15 | $7,513.01 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12407 | $438,864.75 | $18,855.75 | $438,864.75 | $18,855.75 |
| Total: | $438,864.75 | $18,855.75 | $438,864.75 | $18,855.75 |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12705 | $9,239.00 | $0.00 | $9,239.00 | $0.00 |
| Total: | $9,239.00 | $0.00 | $9,239.00 | $0.00 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12401 | $70,425.50 | $1,111.22 | $70,425.50 | $1,111.22 |
| Total: | $70,425.50 | $1,111.22 | $70,425.50 | $1,111.22 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12787 | $121,740.00 | $9,362.36 | $121,740.00 | $9,362.36 |
| Total: | $121,740.00 | $9,362.36 | $121,740.00 | $9,362.36 |

| STROOCK & STROOCK & LAVAN LLP[2] |
|---|

---

[2]Stroock expense total includes $65,934.08 for fees and costs of Navigant Consulting. Per Stroock's request, we do not review Navigant's fee and expenses; however, $562.20 was deducted from Navigant's expenses, and thus from Stroock's expenses, through an agreement with the U.S. Trustee's office.

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #12533 | $323,566.25 | $71,692.36 | $323,451.25 | $71,130.16 |
| Total: | $323,566.25 | $71,692.36 | $323,451.25 | $71,130.16 |

| SWIDLER BERLIN[3] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12709 | $1,513,690.25 | $95,633.10 | $1,513,690.25 | $95,633.10 |
| Total: | $1,513,690.25 | $95,633.10 | $1,513,690.25 | $95,633.10 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12415 | $454,297.50 | $3,326.48 | $453,937.50 | $3,326.48 |
| Total: | $454,297.50 | $3,326.48 | $453,937.50 | $3,326.48 |

| TOWERS PERRIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12792 | $66,539.00 | $867.40 | $66,539.00 | $867.40 |
| Total: | $66,539.00 | $867.40 | $66,539.00 | $867.40 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12865 | $15,885.50 | $2,436.63 | $15,885.50 | $2,436.63 |
| Total: | $15,885.50 | $2,436.63 | $15,885.50 | $2,436.63 |

---

[3]This represents Swidler's final fee application in the case, encompassing its dates of service of May 24, 2004 through February 5, 2006. The fee and expense numbers include all recommended and approved reductions from both present and prior interims.