# EXHIBIT A

FEB. 9. 2001 10:59AM    OGLETREE LAWS & RUNYAN    NO. 1794599 P. 4

STATE OF SOUTH CAROLINA )
COUNTY OF HAMPTON ) IN THE COURT OF COMMON PLEAS
)
Anderson Memorial Hospital, on behalf )
of itself and others similarly situated )
) Civil Action No. 92-CP-25-279
Plaintiffs, )
v. )
)
W. R. Grace & Company; W.R. Grace & )
Company-Connecticut; United States ) ORDER
Mineral Products Company; T&N, plc., )
formally Turner & Newall, PLC and Turner )
& Newall, LTD; United States Gypsum )
Company; Asbestos Products Manufacturing )
Corporation; Asbestospray Corporation; )
H&A Construction Company, )
)
Defendants. )

**FILED**
FEB -9 2001
CLERK OF COURT
HAMPTON COUNTY

Anderson Memorial Hospital has petitioned this Court for emergency relief which is based on the verified petition of counsel. I find under the circumstances such ex parte request is appropriate and not violative of the prohibition against ex parte communications. Based on the evidence and law presented to me at this time, I conditionally certify against W. R. Grace & Company and W.R. Grace & Company-Connecticut the class action requested in the Plaintiff's class certification motion. I further issue a Rule to Show Cause, returnable within three days from the date this order is served, for W. R. Grace & Company and W.R. Grace & Company-Connecticut to show cause why this conditional class certification should not remain in effect pending the Court's final order on Plaintiff's motion to certify.

IT IS SO ORDERED.

York, South Carolina
February 9, 2001

The Honorable John C. Hayes, III
Presiding Judge