# EXHIBIT 1

1    the objection period to September the 14th. Your preliminary

2    binders are due the 15th; correct? Two Fridays before the

3    hearing.

4          MR. O'NEILL: Yes, Your Honor.

5          THE COURT: Okay. So, the preliminary binders are

6    still due the 15th. The objection period can be September 14th

7    at 4 p.m., and if there are objections, they will be heard,

8    those specific objections will be heard on the September

9    omnibus hearing date. If there are no objections, that order

10   is final as to all parties, and the order will stay final as

11   to anyone who doesn't object. Now, the gentlemen who are

12   here, Mr. Speights and Mr. Dies, I expect that as your

13   clients there isn't going to be an issue about these dates,

14   that these dates are now going to be worked out in sufficient

15   time that you folks, for the largest body of claims, are not

16   going to have an issue. If you've got a problem with that,

17   tell me now.

18         MR. SPEIGHTS: I understand, Your Honor. I'm

19   prepared to go forward like you've said.

20         THE COURT: All right, Mr. Speights indicated he's

21   prepared to go forward. Mr. Dies?

22         MR. DIES: Your Honor, I understand, and I'm

23   prepared and I'll be advising our clients. I'm not attorney

24   of record for the Louisiana claims. I'm a little concerned

25   about some of that because some of those attorneys you can't