# EXHIBIT A

# WR Grace
## Property Damage
### Index Sheet

SR00000507

| Claim Number: | 00006945 | Receive Date: | 03/27/2003 |
|---|---|---|---|

## Multiple Claim Reference

**Claim Number** _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Claim Number** _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

## Attorney Information

| Firm Number: | 00115 | Firm Name: | Riker Danzig Scherer Hyland & P |
|---|---|---|---|
| Attorney Number: | 00170 | Attorney Name: | Robert J Gilson |

Zip Code: 07962

Cover Letter Location Number: SR00000507

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
|  | ☒ Other Attachments | |

**Other**

- ☐ Non-Standard Form
- ☐ Amended
- ☐ Post-Deadline Postmark Date

Box/Batch: WRPD0005/WRPD0017

Document Number: WRPD000846

006945-000001

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`THE PRUDENTIAL INSURANCE COMPANY`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**     **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*     `22-1211670`

Other names by which claiming party has been known (such as maiden name or married name):

*First*     *MI*     *Last*

*First*     *MI*     *Last*

**GENDER:** ☐ MALE     ☐ FEMALE     N/A

**Mailing Address:**

`751 BROAD STREET 21ST FLOOR`
*Street Address*

`NEWARK`     `NJ`     `07102`
*City*     *State (Province)*     *Zip Code (Postal Code)*

`USA`
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

`RIKER DANZIG SCHERER HYLAND & PERRETTI LLP`

**Name of Attorney:**

`ROBERT`     `J`     `GILSON`
*First*     *MI*     *Last*

**Mailing Address:**

`HEADQUARTERS PLAZA ONE SPEEDWELL AVENUE`
*Street Address*

`MORRISTOWN`     `NJ`     `07962`
*City*     *State (Province)*     *Zip Code (Postal Code)*

**Telephone:**

`(973) 451-8435`
*Area Code*

REC'D MAR 27 2003

WR Grace   PD.5.17.846
SR=507   00006945

9 2 7 6 1 0 1

1018575

006945-000002

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: 2200 CENTURY PARKWAY

   City: ATLANTA  State (Province): GA  Zip Code (Postal Code): 30345

   Country: UNITED STATES OF AMERICA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☒ Yes   ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☐ Yes   ☒ No

4. When did you purchase the property?  Month: 02  Day: __  Year: 1973

5. What is the property used for (check all that apply)
   - ☐ Owner occupied residence
   - ☐ Residential rental
   - ☒ Commercial
   - ☐ Industrial   Specify: _____
   - ☐ Other        Specify: _____

6. How many floors does the property have?  012

7. What is the approximate square footage of the property?  000139480

8. When was the property built?
   - ☐ Before 1969
   - ☒ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?
   - ☐ Wood frame
   - ☐ Structural concrete
   - ☐ Brick
   - ☒ Steel beam/girder
   - ☐ Other   Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes   ☐ No

9276102

1018575

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description |
|---|---|
|  | See Addendum |
|  |  |
|  |  |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

    ☒ Yes    ☐ No

    If yes, please specify the dates and descriptions of such renovations.

| Year | Description |
|---|---|
|  | SEE ADDENDUM |
|  |  |
|  |  |

## B. Claim Category

12. For which category are you making a claim on the property?

    ☒ Category 1: Allegation with respect to asbestos from a Grace product in the property
    ☐ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

    • If you checked Category 1 in question 12, complete section C.
    • If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

    ☒ Monokote-3 fireproofing insulation
    ☐ Other    Specify: 

    (For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

    Year [  ]    ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

    Year | 1 | 9 | 7 | 0 |    ☐ Don't know.

9276103

1018575

006945-000004

# WR Grace
## Property Damage
### Index Sheet

SR00000508

| Claim Number: | 00006948 | Receive Date: | 03/27/2003 |

## Multiple Claim Reference

**Claim Number** _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Claim Number** _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

## Attorney Information

| Firm Number: | 00115 | Firm Name: | Riker Danzig Scherer Hyland & P |
| Attorney Number: | 00170 | Attorney Name: | Robert J Gilson |
| Zip Code: | 07962 | | |

Cover Letter Location Number: SR00000508

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

**Other**

- ☐ Non-Standard Form
- ☐ Amended
- ☐ Post-Deadline Postmark Date

Box/Batch: WRPD0005/WRPD0017                     Document Number: WRPD000849

006948-000001

## PART 1: CLAIMING PARTY INFORMATION

**NAME:** THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**
*(last four digits of SSN)*

**F.E.I.N. (Business Claimants):** 22-1211670

**Other names by which claiming party has been known (such as maiden name or married name):**

First / MI / Last

First / MI / Last

**GENDER:** ☐ MALE   ☐ FEMALE   N/A

**Mailing Address:**

Street Address: 751 BROAD STREET, 21ST FLOOR

City: NEWARK    State: NJ    Zip Code: 07102

Country: USA

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:** RIKER DANZIG SCHERER HYLAND & PERRETTI LLP

**Name of Attorney:** ROBERT J GILSON

**Mailing Address:**

Street Address: HEADQUARTERS PLAZA, ONE SPEEDWELL AVENUE

City: MORRISTOWN    State: NJ    Zip Code: 07962

**Telephone:** (973) 451-8435

REC'D MAR 27 2003

WR Grace    PD.5.17.849
00006948
SR=508

9276101

1018576

006948-000002

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: 2600 CENTURY PARKWAY

   City: ATLANTA    State (Province): GA    Zip Code (Postal Code): 30345

   Country: UNITED STATES OF AMERICA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   - [X] Yes
   - [ ] No

3. Do you currently own the property listed in Question 1, above?
   - [ ] Yes
   - [X] No

4. When did you purchase the property?    02 - __ - 1973    Month Day Year

5. What is the property used for (check all that apply)
   - [ ] Owner occupied residence
   - [ ] Residential rental
   - [X] Commercial
   - [ ] Industrial    Specify:
   - [ ] Other    Specify:

6. How many floors does the property have?    005

7. What is the approximate square footage of the property?    00010807

8. When was the property built?
   - [ ] Before 1969
   - [X] 1969 - 1973
   - [ ] After 1973

9. What is the structural support of the property?
   - [ ] Wood frame
   - [ ] Structural concrete
   - [ ] Brick
   - [X] Steel beam/girder
   - [ ] Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    - [X] Yes
    - [ ] No

9276102    1018576

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description | SEE ADDENDUM |
| Year | Description | |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

    ☒ Yes    ☐ No

    If yes, please specify the dates and descriptions of such renovations.

| Year | Description | SEE ADDENDUM |
| Year | Description | |
| Year | Description | |

## B. Claim Category

12. For which category are you making a claim on the property?

    ☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
    ☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

    - If you checked Category 1 in question 12, complete section C.
    - If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

    ☒ Monokote-3 fireproofing insulation
    ☐ Other    Specify: [                    ]

    (For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

    Year [    ]    ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

    Year [1|9|7|2]    ☐ Don't know.

9276103

1018576

006948-000004