**EXHIBIT A**

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**JUNE 2006**

**FEE SUMMARY**

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| June 8 | Review of term sheet | .80 | $500 | $ 400.00 |
| June 19 | Meeting with R. Wyron and other Orrick lawyers concerning asbestos medicine as it impacts estimation | 2.00 | $500 | $1,000.00 |
| June 20 | Telephone conference R. Frankel re June 19th hearing | .20 | $500 | $ 100.00 |
| June 23 | Meeting with R. Frankel and R. Wyron re litigation | 1.10 | $500 | $ 550.00 |
| | **TOTAL** | **4.10** | | **$2,050.00** |