IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | |
| Debtors. | ) | |

**FIRST AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION
WITH THE REPRESENTATION OF CREDITORS AS REQUIRED
BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

ROBERT E. SHUTTLESWORTH, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Williams Bailey Law Firm, L.L.P. ("Williams Bailey") with offices at 8441 Gulf Freeway, Ste. 600, Houston, Texas 77017.

2. This First Amended Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by Williams Bailey with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied. A separate column within the spreadsheet indicates which claimants need to be withdrawn or "deleted" from the previously filed "original" Excel Spreadsheet. None of the other information contained therein has been altered and, as such, is identical to the "original" Excel Spreadsheet save for the additional column.

4. Each of these Creditors has employed Williams Bailey under an employment contract with Williams Bailey. A blank but unredacted exemplar of Williams Bailey's standard form of

agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of agreement or instrument is used by Williams Bailey one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc, if needed. For each Asbestos Creditor represented by Williams Bailey and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 14th, 2006

Respectfully submitted,

_____
ROBERT E. SHUTTLESWORTH
Texas Bar No. 24033184
Southern District of Texas Bar No. 29957
8441 Gulf Freeway, Ste. 600
Houston, TX   77017-5001
Telephone:   (713) 230-2200
Facsimile:   (713) 643-6226

STATE OF TEXAS    §
                            §
COUNTY OF HARRIS §

    On this the 14th day of September, 2006, before me, the undersigned officer, personally appeared ROBERT E. SHUTTLESWORTH, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.



_____
Notary Public

_____
Notary's name printed

(Seal)

Commission expires:_____