IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 25, 2006, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM #5, WILMINGTON, DELAWARE 19801**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST COMPLY WITH
THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND
HEARING SCHEDULE* [Docket No. 7709]**

**CONTINUED MATTERS**

1.      Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
(Docket No. 5527)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

<u>Related Documents:</u>

a.    Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b.    [Signed] Twenty-Fourth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 8/23/06] (Docket No. 13045)

<u>Response Deadline:</u> June 4, 2004, at 4:00 p.m.

<u>Responses Received:</u> Unresolved Responses to this matter are listed on the attached Exhibit A.

<u>Status:</u>  The hearing on the claims of Weatherford International, Inc. is continued to October 23, 2006, at 2:00 p.m.

2.    Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

<u>Related Documents:</u>

a.    [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

b.    [Signed] Seventh Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 8/23/06] (Adv. Pro. No. 05-52724, Docket No. 19)

<u>Response Deadline:</u> October 7, 2005, at 4:00 p.m.

<u>Responses Received:</u>

a.    Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

<u>Related Document</u>

a.    Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

<u>Replies Received:</u>

a.    Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

**<u>Status:</u> This matter is continued to November 20, 2006, at 2:00 p.m.**

2

3.    Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

Related Documents:

a.    Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

b.    Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a.    Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a.    Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a.    Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

**Status: This matter is continued to November 20, 2006, at 2:00 p.m.**


**QUARTERLY FEE APPLICATIONS**

4.    Twentieth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2006 through March 31, 2006.

Related Documents:

a.    Certification of Counsel Regarding Twentieth Quarter Project Category Summary **[Filed: 9/15/06] (Docket No. 13234)**

b.    Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Twentieth Period **[Filed: 9/15/06] (Docket No. 13235)**

Status: This matter will be going forward.

3

**UNCONTESTED MATTERS**

5.    Motion of the Official Committee of Equity Security Holders to Amend the Retention Order of Klett Rooney Lieber & Schorling to Reflect Firm Name Change to Buchanan Ingersoll & Rooney PC [Filed: 8/8/06] (Docket No. 12950)

Related Documents:

   a.    [Proposed] Order Amending the Retention Order of Klett Rooney Lieber & Schorling to Reflect Firm Name Change to Buchanan Ingersoll & Rooney PC [Filed: 8/8/06] (Docket No. 12950)

   b.    Certification of No Objection Regarding Docket No. 12950 [Filed: 8/30/06] (Docket No. 13114)

Response Deadline: August 28, 2006, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Official Committee of Equity Security Holders has filed a certificate of no objection and respectfully requests the entry of the order attached to the Motion.


**CONTESTED MATTERS**

6.    Motion of the Debtors and Debtors in Possession Pursuant to Federal Rule of Bankruptcy Procedure 2004 for the Production of Documents [Filed: 8/21/06] (Docket No. 13034)

Related Documents:

   a.    Notice of Filing (1) Exhibits to the Affidavit of David M. Bernick, P.C. Attached to the Motion of the Debtors and Debtors in Possession Pursuant to Federal Rule of Bankruptcy Procedure 2004 for the Production of Documents and (2) Proposed Form of Order  [Filed: 9/7/06] (Docket No. 13164)

Response Deadline: September 8, 2006, at 4:00 p.m.

Responses Received:

   a.    Joint Objection of the Official Committee of Asbestos Property Damage Claimants, The Official Committee of Asbestos Personal Injury Claimants, the Future Claimants' Representative, the Zonolite Attic Insulation Claimants and the Libby Claimants to the Motion of Debtors and Debtors in Possession Pursuant to Federal Rule of Bankruptcy Procedure 2004 for the Production of Documents [Filed: 9/8/06] (Docket No. 13173)

Status: This matter will go forward.

4

91100-001\DOCS_DE:121133.3

7.    Motion of Debtors for an Order Approving the Settlement Agreement and Mutual
Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

Related Documents:

a.    Debtors' [Proposed] Order Approving the Debtors' Settlement Agreement and
Mutual Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

b.    Libby Claimants' Partial Withdrawal of Objection to Debtors' Motion to Approve
Settlement with Lloyd's Underwriters [Filed: 7/13/06] (Docket No. 12794)

c.    Certification of Counsel Regarding Amended Order Approving Amended
Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed:
8/18/06] (Docket No. 13011)

Response Deadline: June 2, 2006, at 4:00 p.m.

Responses Received:

a.    The Future Claimants' Representative's Objection to the Motion of Debtors for an
Order Approving the Settlement Agreement and Mutual Release with Lloyd's
Underwriters [Filed: 6/2/06] (Docket No. 12573)

b.    Libby Claimants' Objection to Debtors' Motion to Approve Settlement with
Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12574)

c.    Objection of the Official Committee of Asbestos Personal Injury Claimants to the
Motion of Debtors for an Order Approving the Settlement Agreement and Mutual
Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12579)

d.    Joinder of Official Committee of Asbestos Property Damage Claimants to the
Objections of (A) the Official Committee of Asbestos Personal Injury Claimants
and (B) the Future Claimants' Representative to the Motion of the Debtors for an
Order Approving the Settlement Agreement and Mutual Release with Lloyd's
Underwriters [Filed: 6/2/06] (Docket No. 12580)

Status: This matter will go forward.

8.    Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and
Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the
Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic
Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret
Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.    Objection of Maryland Casualty Company to Motion of the Scotts Company
Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of

5

Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.  Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c.  Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status:  A status conference will go forward on this matter.


## MATTERS RELATING TO ASBESTOS PD CLAIMS

I.  PD Claims Objections Continued From the January 24, 2006 Hearing Through the January 26, 2006 Hearing

Related Documents:

a.  Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/1/05] (Docket No. 9315)

b.  Debtors' Reply Brief in Support of Fifteenth Omnibus Objection to Claims (Substantive) [Filed 12/22/2005] (Docket No, 11428)

9.  Objections to Certain Claims of Prudential Insurance Company of America.  ·

Related Documents:

a.  Surreply of the Prudential Insurance Company of America to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Related to Damage at: (1) Century Center I (Claim No. 6945) and (2) Century Center IV (Claim No. 6948) [Filed: 1/20/06] (Docket No. 11592)

b.  **Supplemental Brief of the Prudential Insurance Company of America as to (I) Issue Preclusion of Debtors' Claims Objections and (II) Applicable Choice of Law [Filed: 9/1/06] (Docket No. 13129)**

c.  **Debtors' Supplemental Brief in Support of the Application of Georgia's Statute of Limitations to Prudential Insurance Company's Asbestos PD Claims for Georgia Buildings [Filed: 9/15/06] (Docket No. 13240)**

6

Status: This matter will go forward.

10.    Speights & Runyan's Requirement to Provide Claimants' Signatures Regarding Proof of Claim Question 18.

    a.    Status Report and Request to Expunge Property Damage Claims Lacking Claimant Signatures for Proof of Claim Question 18 [Filed: 9/8/06] (Docket No. 13169)

Status: This matter will go forward.

11.    Objections to Certain Speights and Runyan Claims

    a.    Georgia Claims Barred By Constructive Notice, 1 Claim, Objection D-2:

        i.    Claim No. 11550

        ii.    Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/24/05] (Docket No. 10620)

    b.    Tennessee Claims Barred By Statute of Repose, 2 claims, Objection D-5:

        i.    Claim No. 10533

        ii.    Claim No. 11722

        iii.    Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/22/05] (Docket No. 10111)

Status: This matter will go forward to set briefing schedule on supplemental choice of law briefs.

12.    Anderson Memorial Hospital's Motion for Limited Relief From Automatic Stay [Filed: 12/22/05] (Docket No. 11413)

Response Deadline: January 10, 2006, at 4:00 p.m.

Responses Received:

    a.    Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief from the Automatic Stay [Filed: 1/10/06] (Docket No. 11520)

Further Briefing

    a.    **Debtors' Supplement to Objection to Anderson Memorial's Motion for Limited Relief From Automatic Stay [Filed: 9/15/06] (Docket No. 13236)**

Status: This matter will go forward.

7

91100-001\DOCS_DE:121133.3

13.     Motion of Anderson Memorial Hospital for Class Certification[2] [Filed: 10/21/05] (Docket No. 10014)

Related Documents:

a.      [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

Response Deadline: December 2, 2005 at 4:00 p.m.

Responses Received:

a.      Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

Supplemental Briefing:

a.      Appendix of Documents in Support of Debtors' Opposition to Motion of Anderson Memorial for Class Certification [Filed: 9/8/06] (Docket No. 13186)

Response Deadline:  January 20, 2006

Status: This matter will go forward for final hearing on the merits.

II.     Other Matters Related to PD Claims

14.     [Signed] Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims [Filed: 8/31/06] (Docket No. 13120)

Related Documents:

Response Deadline: September 14, 2006, at 4:00 p.m.

Responses Received:

a.      **Objections of Property Damage Claimants Represented By Dies & Hile, L.L.P. to the August 31, 2006 Case Management Order [Filed: 9/14/06] (Docket No. 13222)**

b.      **Objections of Louisiana Property Damage Claimants to the August 13, 2006 Case Management Order [Filed: 9/14/06] (Docket No. 13223)**

c.      **Objection of Anderson Memorial Hospital and the Anderson Class Claimants [Filed: 9/14/06] (Docket No. 13224)**

d.      **Objection of the California State University System [Filed: 9/14/06] (Docket No. 13225)**

e.      **Objection of Pacific Freeholds [Filed: 9/14/06] (Docket No. 13226)**

---

[2] As per the Court's request, the documents with respect to this matter are being provided to the Court in separate binder.

8

**f.** **Objection of The Board of Regents [Filed: 9/14/06] (Docket No. 13227)**

Debtors' Response:

**a.** **Debtors' Response to Property Damage Claimants' Objections to the August 31, 2006 Case Management Order [Filed: 9/15/06] (Docket No. 13239)**

Status: This matter will go forward.


MATTERS RELATING TO PI ASBESTOS CLAIMS

15.   **Status Report on PI Questionnaires and related PI Matters.**

   **Status: The Debtors will provide a status report on PI Questionnaires and related PI Matters.**


Dated: September __18, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:121-133.3