# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | ADVANTA BUSINESS SERVICES<br>ADVANTA BUSINESS SERVICES CORPORATION<br>ATTN: MARGUERITE K HALL<br>1020 LAUREL OAK ROAD<br>VOORHEES NJ 08043 | 01-01140<br>W.R. GRACE & CO.-CONN. | 178 | $4,888.11 | (S) | CONTRACT BUY-OUT CONFIRMED BY ADVANTA. NO CURRENT LIABILITY. |
| 2 | BELLSOUTH CONSOLIDATED<br>BNKRPTCY CENTER<br>301 W BAY ST, RM 12EE1 BST<br>JACKSONVILLE FL 32202 | 01-01139<br>W.R. GRACE & CO. | 438 | $2,283.32 | (U) | NOT IN BOOKS & RECORDS. VENDOR UNABLE TO PROVIDE COPIES OF SIGNED CONTRACTS. |
| 3 | CSX TRANSPORTATION<br>ATTN: RUTH C SALTER<br>BELLSOUTH TOWER J-220<br>301 W BAY ST 21ST FL<br>JACKSONVILLE FL 32202 | 01-01139<br>W.R. GRACE & CO. | 673 | $24,648.04 | (U) | TWO INVOICES BELONG TO NON-DEBTOR ENTITIES DOW HAMSHIRE AND SCOTTS, AND OTHERS SHOULD HAVE BEEN CANCELLED. CLAIMANT NOT ABLE TO PROVIDE INVOICE COPIES. |
| 4 | CUMMINGS PROPERTIES LLC<br>C/O SUSAN F BRAND ESQ<br>200 W CUMMINGS PARK<br>WOBURN MA 01801 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4242 | UNKNOWN | (U) | NO CURRENT LIABILITY. GRACE CONTINUES TO PERFORM WORK AT THE SITE. |
| 5 | D L PETERSON TRUST<br>307 INTERNATIONAL CIR<br>HUNT VALLEY MD 21030 | 01-01139<br>W.R. GRACE & CO. | 9221 | $228.14 | (S) | PER CREDITOR, ACCOUNT IS CURRENT. |
| 6 | DANKA FINANCIAL SYSTEMS<br>C/O THOMAS V ASKOUNIS ESQ<br>ASKOUNIS & BORST P.C.<br>303 E WACKER DR STE 1000<br>CHICAGO IL 60601 | 01-01139<br>W.R. GRACE & CO. | 670 | $1,743.45 | (U) | LEASE OBLIGATION SATISFIED. |
| 7 | DE LAGE LANDEN FINANCIAL TOKAI FINANCIAL<br>C/O DAVID J COOK ESQ SBC 060859<br>COOK PERKISS AND LEW PLC<br>333 PINE ST 3RD FL<br>SAN FRANCISCO CA 94104 | 01-01139<br>W.R. GRACE & CO. | 11 | $29,100.00 | (S) | DEFENDANT G C MANAGEMENT IS NOT AND NEVER HAS BEEN A W. R. GRACE COMPANY. |
| 8 | ERVIN LEASING COMPANY<br>PO BOX 1689<br>ANN ARBOR MI 48106-1689 | 01-01139<br>W.R. GRACE & CO. | 417 | $2,997.74 | (S) | LEASE OBLIGATION COMPLETED IN 2003. |
| 9 | FIDELITY LEASING INC<br>1255 WRIGHTS LANE<br>WEST CHESTER PA 19380 | 01-01140<br>W.R. GRACE & CO.-CONN. | 77 | $979.16 | (S) | LEASE OBLIGATION SATISFIED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 10 | FLA DEPT OF ENVIRONMENTAL PROT<br>JONATHAN H ALDEN ESQUIRE<br>3900 COMMONWEALTH BLVD MS 35<br>TALLAHASSEE FL 32399-3000 | 01-01139<br>W.R. GRACE & CO. | 8596 | $9,314,032.00 | (U) | GRACE COMPLETED REMEDIATION OF SOIL AND SEDIMENTS AND GROUNDWATER TREATMENTS IN 2004. GRACE CONTINUES TO MONITOR GROUNDWATER AND PERFORM WORK AT THE SITE. |
| 11 | FREEPORT CENTER ASSOCIATES<br>PO BOX 160466<br>CLEARFIELD UT 84016 | 01-01139<br>W.R. GRACE & CO. | 1004 | $1,760.00 | (S) | PER CREDITOR, ACCOUNT IS CURRENT. |
| 12 | GORDON ALTMAN WEITZEN SHAVLOV & WEIN LLP<br>C/O SAM BARKIN<br>HELLER EHRMAN WHITE & MCAULIFFE<br>120 W 45TH ST<br>NEW YORK NY 10036 | 01-01139<br>W.R. GRACE & CO. | 14054 | $15,532.20 | (U) | INVOICE WAS PAID 5/17/00, CK#242382. |
| 13 | HIGHWOODS REALTY LIMITED PARTNERSHIP<br>ATTN CHRIS ANN BROTHERTON<br>4944 PKWY PLAZA BLVD #250<br>CHARLOTTE NC 28217 | 01-01139<br>W.R. GRACE & CO. | 1612 | $1,411.67 | (U) | CREDITOR COULD NOT PROVIDE SUPPORTING INFORMATION AND CONFIRMED GRACE HAS NO LIABILITY. |
| 14 | NTFC CAPITAL CORPORATION<br>THOMAS V ASKOUNIS ESQ<br>C/O ASKOUNIS & BORST P.C.<br>303 E WACKER DR STE 1000<br>CHICAGO IL 60601 | 01-01139<br>W.R. GRACE & CO. | 749 | $74,736.35 | (U) | LEASE OBLIGATION SATISFIED. |
| 15 | ORANGE GROVE ISD<br>C/O LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP<br>1949 S IH 35 PO BOX 17428<br>AUSTIN TX 78760-7428 | 01-01139<br>W.R. GRACE & CO. | 1995 | $513.59 | (S) | CLAIM PERTAINS TO YEARS 1996 - 2001. LOCATIONS WERE SOLD IN 1993 |
| 16 | SCHULKE, EARL<br>13803 US HWY 2 S<br>LIBBY MT 59923-9516 | 01-01140<br>W.R. GRACE & CO.-CONN. | 955 | $0.00 | (U) | CREDITOR STATES NO CLAIM |
| 17 | STATE OF LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE LA 70896-6658<br>USA | 01-01146<br>CCHP, INC. | 17023 | $753.29 | (A) | GRACE WITHDREW FROM LOUISIANA IN 2000. CLAIMS ARE FOR YEARS ENDED 12/01 AND 12/02. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 18 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL P.O. BOX 20207<br>NASHVILLE TN 37202-0207<br>USA | 01-01139<br>W.R. GRACE & CO. | 17020 | $1,817.60 | (P) | CLAIMANT HAS NOT SHOWN PROOF OF TAX OWED FOR 2001; GRACE SHOWS OVERPAYMENT. |
| 19 | THE TRAVELERS INDEMNITY CO & AFFILIATES<br>ATTN: ELIZABETH K FLYNN<br>ONE TOWER SQUARE 5MN<br>HARTFORD CT 06183 | 01-01140<br>W.R. GRACE & CO.-CONN. | 846 | $3,455.00 | (U) | DAYLIN, INC. NOT A GRACE COMPANY. |
| 20 | TOYOTA MOTOR CREDIT CORP<br>19001 S WESTERN AVE<br>PO BOX 2958 M/S FN 21<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 2011 | $953.73 | (S) | LEASE TERMINATED APRIL 2003. |
| 21 | TOYOTA MOTOR CREDIT CORP<br>19001 S WESTERN AVE<br>PO BOX 2958 M/S FN 21<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 2012 | $16,202.52 | (S) | LEASE TERMINATED AUGUST 2005. |
| 22 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 445 | $13,079.29 | (S) | LEASE TERMINATED NOVEMBER 2004. |
| 23 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 446 | $18,140.14 | (S) | LEASE TERMINATED JUNE 2002. |
| 24 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 447 | $10,421.10 | (S) | LEASE TERMINATED DECEMBER 2002. |
| 25 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 450 | $46,731.50 | (S) | LEASE TERMINATED MAY 2005. |
| 26 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 452 | $7,127.55 | (S) | LEASE TERMINATED AUGUST 2002. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 27 | UNIFIRST CORPORATION<br>MICHAEL J PAPPONE PC<br>GOODWIN PROCTER LLP<br>EXCHANGE PLACE<br>BOSTON MA 02109 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9562 | $86,697.33 | (U) | GRACE'S COST SHARING AGREEMENT WITH UNIFIRST EXPIRED IN 2000. |
| 28 | WELLS FARGO FINANCIAL LEASING<br>604 LOCUST ST 14TH FL<br>DES MOINES IA 50309 | 01-01139<br>W.R. GRACE & CO. | 88 | $15,266.90 | (U) | PER CREDITOR, LEASE WAS SATISFIED AND ACCOUNT IS CURRENT. |

|  | totals: |  |
|---|---|---|
|  | $153,122.57 | (S) |
|  | $753.29 | (A) |
|  | $1,817.60 | (P) |
|  | $9,539,806.26 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                              (P) - Priority         (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.