# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17: EXHIBIT B - RECLASSIFY, REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CHESAPEAKE INDUSTRIAL LEASING CO INC<br>ATTN: LEROY HERMAN<br>9512 HARFORD RD<br>BALTIMORE MD 21234 | 1195 | $128.55<br>$642.75 | (S)<br>(U) | $0.00<br>$128.55 | (S)<br>(U) | ONE MONTH LEASE PAYMENT ONLY IS OWED. NO BASIS FOR SECURED CLAIM. |
| 2 | XEROX CORPORATION<br>LEGAL DEPT MS 1-2<br>ATTN: CATHY FLOWERS<br>800 CARILLON PKWY<br>ST PETERSBURG FL 33716 | 391 | $10,698.20<br>$207,925.08 | (S)<br>(U) | $199,434.66 | (U) | NO BASIS FOR SECURED CLAIM. SEVERAL INVOICES BELONG TO EMERSON & CUMING, A BUSINESS THAT WAS DIVESTED IN 1996. |
| | | totals: | $10,826.75<br>$208,567.83 | (S)<br>(U) | $0.00<br>$199,563.21 | (S)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured