# EXHIBIT C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17: EXHIBIT C - REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | BANKERS TRUST COMPANY<br>MOSES & SINGER LLP<br>1301 AVE OF THE AMERICAS<br>40TH FL<br>NEW YORK NY 10019 | 736 | $7,770.15 | (U) | $5,000.00 | (U) | REDUCED FOR LEGAL FEES AND AGENCY SERVICE FEES ASSOCIATED WITH FILING THIS CLAIM. |
| 2 | GORDON & REES LLP<br>EMBARCADERO WEST<br>275 BATTERY ST #2000<br>SAN FRANCISCO CA 94111 | 615 | $249,279.92 | (U) | $149,279.92 | (U) | CREDITOR DISCOUNTED INVOICE 19091348 BY $100,000. |
| 3 | KENT HOLDING LLC<br>C/O JOHN D DEMMY ESQ<br>STEVENS & LEE PC<br>300 DELAWARE AVE<br>8TH FLR STE 800<br>WILMINGTON DE 19801 | 13948 | $412,173.60 | (U) | $252,095.00 | (U) | DEFERRED MAINTENANCE PORTION OF CLAIM DISPUTED. AMOUNT SHOULD BE $95,243.85. |
| 4 | PUBLIC SERVICE COMPANY OF COLORADO<br>1225 17TH ST<br>DENVER CO 80202-4204 | 884 | $13,501.02 | (U) | $13,093.84 | (U) | REDUCED FOR LATE FEES APPLIED AFTER FILING. |
| 5 | SIERRA CAPITAL<br>RE STAR HOLDINGS DBA DER-KEL CHEMICALS<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 763 | $2,738.00 | (U) | $2,657.00 | (U) | INVOICE 40402920 DATED 1/12/01 FOR $81.00 WAS PAID ON 3/6/01, CK#1524. |
| 6 | TXU ELECTRIC COMPANY<br>C/O LOIS J DURAN<br>PO BOX 650393<br>DALLAS TX 75265 | 323 | $1,903.89 | (U) | $189.47 | (U) | TWO INVOICES ($676.21 AND $181.03) BELONG TO CRYOVAC WHICH WAS SOLD PRIOR TO THE INVOICE DATES. ONE INVOICE ($857.18) NOT IN BOOKS AND RECORDS. |
| 7 | WILLIAMS COMMUNICATIONS SOLUTIONS<br>ATTN: VICKI PLETCHER<br>ONE TECHNOLOGY CENTER<br>TX9-218 B/K<br>TULSA OK 74103 | 875 | $9,273.56 | (U) | $3,624.91 | (U) | 5 INVOICES TOTALING $4,527.40, DATED IN 1999, ARE NOT IN BOOKS AND RECORDS. 4 INVOICES TOTALING $1,121.25 BELONG TO NON-DEBTOR ENTITY, CIRCE BIOMEDICAL. |
| | totals: | | $696,640.14 | (U) | $425,940.14 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured