# EXHIBIT D

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17: EXHIBIT D - RECLASSIFY & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | BURROUGHS, HEPLER, BROOM, MACDONALD, HEB<br>103 W VANDALIA STE 300<br>PO BOX 510<br>EDWARDSVILLE IL 62025 | 687 | $60,311.28 | (P) | $60,311.28 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 2 | COWLES & THOMPSON PC<br>C/O GLENDA ROBINSON<br>901 MAIN ST SUITE 4000<br>DALLAS TX 75202 | 67 | $1,047.07<br>$13,767.58 | (P)<br>(U) | $14,814.65 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| | | totals: | $61,358.35<br>$13,767.58 | (P)<br>(U) | $75,125.93 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured