# EXHIBIT E

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17: EXHIBIT E - UNLIQUIDATED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | CUMMINGS PROPERTIES LLC<br>C/O SUSAN F BRAND ESQ<br>200 W CUMMINGS PARK<br>WOBURN MA 01801 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4242 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |

totals:

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative    (S) - Secured
                                                                                                                (P) - Priority         (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.