# EXHIBIT F

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17: EXHIBIT F - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BELLSOUTH CONSOLIDATED BNKRPTCY CENTER 301 W BAY ST, RM 12EE1 BST JACKSONVILLE FL 32202 | 01-01139 W.R. GRACE & CO. | 438 | $2,283.32 | (U) | DOCUMENTATION NOT SUFFICIENT TO DETERMINE LIABILITY. |
| 2 | CSX TRANSPORTATION ATTN: RUTH C SALTER BELLSOUTH TOWER J-220 301 W BAY ST 21ST FL JACKSONVILLE FL 32202 | 01-01139 W.R. GRACE & CO. | 673 | $24,648.04 | (U) | DOCUMENTATION NOT SUFFICIENT TO DETERMINE LIABILITY. |
| 3 | TENNESSEE DEPT OF REVENUE C/O ATTORNEY GENERAL P.O. BOX 20207 NASHVILLE TN 37202-0207 USA | 01-01139 W.R. GRACE & CO. | 17020 | $1,817.60 | (P) | DOCUMENTATION NOT SUFFICIENT TO DETERMINE LIABILITY. |

|   |   |   |
|---|---|---|
| totals: | $1,817.60 | (P) |
|         | $26,931.36 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.