# JENKINS ✪ JENKINS

A Professional Corporation

## Attorneys at Law

Est. 1948

*CLAY LEWIS JENKINS*
*STEPHEN L. DANIEL*
*JEREMY S. CLEAVERLY*

**516 WEST MAIN STREET**
**WAXAHACHIE, TEXAS 75165**
**PHONE: 972-938-2529**
**FAX: 972-938-7676**

*WARWICK H. JENKINS*
*(1921   2001)*

September 11, 2006

Clerk, U.S. Bankruptcy Court
For the District of Delaware
3rd Floor, 824 North Market Street
Wilmington, DE 19801-3024

>       Re:    Case No. 01-01139 (JKF)
>              In re: W. R. Grace & Co., et al., Debtors

Dear Clerk:

This office represented Plaintiffs as local counsel only. We are no longer involved in the pursuit of the above-referenced action. Please take us off the mailing list and discontinue sending to us any correspondence regarding this matter.

Thank you for your kind consideration of this matter.

Sincerely,

DeeAnn Ellis
Senior Paralegal for
CLAY LEWIS JENKINS