IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | Re: Docket No. 11067 |
| Debtors | ) | 9/11/06 Agenda, Item No. 1 |
| | ) | |

## INTERIM ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON

This matter coming before the Court on the Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to file a Chapter 11 Plan and to Solicit Votes Thereon (the "Motion"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1134, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was adequate under the circumstances; and the Court having reviewed the relevant responses and objections to the Motion, having heard the arguments of Counsel and having determined that just cause has been established for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Debtors' exclusive filing and solicitation periods for a chapter 11 plan are extended through and including the date that an Order consistent with this Court's rulings at the September 11, 2006 hearing is entered.

K&E 11353600.1

2. The Court shall retain jurisdiction to hear and determine all mattes arising from or related to this Order.

Dated: *Nunc pro tunc* to September 11, 2006

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge    **rmab**

K&E 11353600.1