<small>

**EXHIBIT "B"**

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
April 1, 2006 through June 30, 2006

1. Asbestos: Claims Analysis & Evaluation – 101.5 hours ($40,137.50)

During the Application Period, the Applicant continued to review the data base, memos and CD's provided by counsel for the PD Committee and basis for estimation. In addition, the Applicant prepared initial analysis of liabilities, attended various telephone conferences and reviewed and researched the Institute of Medicine Report on asbestos causation with regard to other cancers.