# EXHIBIT "C"

# HR&A                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

July 5, 2006

Invoice No. HRA20060705

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of June, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>36.5 hours @ $ 550 per hour | $ 20,075.00 |
| Robert H. Sims<br>15.1 hours @ $ 400 per hour | 6,040.00 |
| Paul K. Honig<br>29.0 hours @ $ 275 per hour | 7,975.00 |
| Joshua S. Katz<br>2.2 hours @ $ 200 per hour | 240.00 |
| **TOTAL DUE:** | **$ 34,530.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES        NEW YORK

JUNE, 2006 TIME LOG OF FRANCINE F. RABINOVITZ

DATE    TIME TASK

06/01/06  2.5  Start review of data conversion to analytic form.

06/02/06  3.7  Continue review of data conversion to analytic
        form.

06/05/06  3.5  Continue review of data conversion.

06/06/06  4.5  Continue review of data conversion and begin to
        vet assumptions.

06/12/06  6.0  Read Institute of Medicine Report on asbestos
        causation with regard to Other Cancers (3.0); talk with Jay
        Sakalo re meso only estimate (0.5); talk with Robert H. Sims
        re meso estimate (0.5); work on meso estimate, investigate
        Manville recent history re mesos (2.0.).

06/13/06  3.0  Continue to work on data base (2.5); talk w. Dan
        Relles (0.5).

06/14/06  5.3  Continue to work on basis for estimate (4.0);
        review tables (0.5); talk with Robert H. Sims (0.3); compose
        and send note to Jay Sakalo, Scott Baena re results (0.5).

06/15/06  1.5  Work on NPV version of estimate (1.0); talk with
        Dan Relles of LAS about counts (0.3); talk with Robert H.
        Sims about check on averages and counts (0.2).

06/21/06  0.5  Talk with Scott Baena re outcome of mediation and
        proposed meeting.

06/22/06  3.0  Review tabulations from Dan Relles (1.5); talk
        with Robert H. Sims re Relles response (0.5); attend
        committee phone call (1.0).

06/23/06  2.5  Review revised baseline calculations per Relles
        response.

06/29/06  0.5  Update from Joshua S. Katz re committee phone
        call.

TOTAL:    36.5

JUNE, 2006 TIME LOG OF ROBERT H. SIMS

DATE      TIME TASK

06/02/06   0.4  Review and comment on Paul Honig e-mail regarding
                Grace claims data processing.

06/05/06   1.2  Review and comment on Paul Honig e-mail regarding
                Grace claims data processing.

06/06/06   1.4  Review and comment on Paul Honig e-mail regarding
                Grace claims data processing.

06/07/06   0.7  Review and comment on Paul Honig e-mail regarding
                Grace claims data processing.

06/08/06   0.3  Review and comment on Paul Honig e-mail regarding
                Grace claims data processing.

06/12/06   1.0  Review and comment on Paul Honig e-mail regarding
                Grace claims data processing (0.5); talk with Francine F.
                Rabinovitz re meso estimate (0.5).

06/14/06   3.4  Prepare initial analysis of liabilities (3.1),
                discuss with Francine F. Rabinovitz (0.3).

06/15/06   1.2  Revise initial analysis of liabilities (1.0); talk
                with Francine F. Rabinovitz re check on averages and counts
                (0.2).

06/21/06   1.5  Review Dan Relles' runs of Grace claims & discuss
                with Paul Honig.

06/22/06   1.0  Review Paul Honig spreadsheet of Relles' analysis
                (0.5); discuss Relles' response with Francine F. Rabinovitz
                (0.5).

06/23/06   1.0  Further review and analysis of Honig runs.

06/30/06   2.0  Initial reviews of potential revision to Grace
                liability forecast.

TOTAL:    15.1

JUNE, 2006 TIME LOG OF PAUL K. HONIG

DATE     TIME TASK

06/01/06   3.0  Investigate multiple attorney records for the set
     of records for a given matter: claimant.

06/02/06   1.5  Continue identifying relationship of attorney
     records (primary, secondary, etc) with claimant records.

06/05/06   3.5  Continue multiple attorney record investigation;
     draw random samples to examine attorney names.

06/06/06   7.5 Move forward on creating analytic file; where
     choice unclear we document our decisions for later review;
     after law firm edits, bring the file through to Manmgr; once
     again, charkey Manmrg is nearly zero.

06/08/06   3.5  Create program flow of work & document decisions
     made to produce file for review later.

06/12/06   0.5  Produce several tables for Robert H. Sims.

06/14/06   0.5  Subdivide analysis file and e-mail parts to Robert
     H. Sims.

06/15/06   0.5 Contact Dan Relles on Robert H. Sims' behalf for
     "reality check" on our filed/closed, settled amounts by
     disease; Dan Relles needs more info from Francine F.
     Rabinovitz before disclosing.

06/21/06   3.5  Create various spreadsheets based on Dan Relles'
     txt file of tables.

06/22/06   3.5  Rerun our dedup with Dan Relles' definition of
     "Closed" & compared to our earlier results.

06/24/06   1.5  Incorporate cpi values inflating $ to Yr2005 for
     our data & resend updated spreadsheet.

TOTAL:   29.0

JUNE, 2006 TIME LOG OF JOSHUA S. KATZ

<u>DATE</u>      <u>TIME</u> <u>TASK</u>

06/01/06   0.2   Review of e-mail from Jay Sakalo regarding Lloyd's
     motion.

06/06/06   0.7   Review of memo and CDs/DVDs from Bilzin paralegal
     Wanda Roman (0.3); review of PI database CD from Wanda
     (0.4).

06/29/06   1.0   Committee conference call (0.5); call with
     Francine F. Rabinovitz re Committee call (0.5).

06/30/06   0.3   Per Francine F. Rabinovitz request, brief call
     with Jay Sakalo regarding the case schedule moving forward
     (0.2); e-mail to Francine F. Rabinovitz relaying information
     from the call (0.1).

TOTAL:    2.2

# HR&A                                        INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

May 12, 2006

Invoice No. HRA20060512

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co., et al.  For the month of April,
2006.

### FEES

Francine F. Rabinovitz
0.4 hours @ $ 550 per hour                    $    220.00
Paul K. Honig
2.0 hours @ $ 275 per hour                         550.00

Joshua S. Katz
5.4 hours @ $ 200 per hour
 1,080.00

        **TOTAL DUE:**                          **$ 1,850.00**

*Please remit to corporate address below:*

P.O. Box 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1360  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES              NEW YORK

APRIL, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|------|------|------|
| 04/13/06 | 0.2 | Call with Joshua S. Katz re committee call. |
| 04/27/06 | 0.2 | Update from Joshua S. Katz re committee call. |
| TOTAL: | 0.4 | |

APRIL, 2006 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
|------|------|------|
| 04/03/06 | 1.0 | Assemble and label all disks from Bilzin; note that some are missing. |
| 04/04/06 | 0.5 | Administrative work with Wanda Roman @ Bilzin. |
| 04/05/06 | 0.5 | Administrative work with Wanda Roman @ Bilzin. |
| TOTAL: | 2.0 | |

APRIL, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

04/04/06  2.2  Review of contents of multiple CDs received from
          Wanda Roman at Bilzin.

04/13/06  1.5  Weekly Grace conference call (1.3); discuss with
          Francine F. Rabinovitz (0.2).

04/26/06  0.2  Review e-mails by committee members re: pension
          issue.

04/27/06  1.5  Review of recent news and SEC filings on Grace
          (0.7); weekly Grace conference call (0.6); e-mail Francine
          F. Rabinovitz with update (0.2).

TOTAL:    5.4

# HR&A

**INVOICE**

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

June 7, 2006

Invoice No. HRA20060607

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of May, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.3 hours @ $ 550 per hour | $ 1,265.00 |
| Robert H. Sims<br>1.8 hours @ $ 400 per hour | 720.00 |
| Paul K. Honig<br>5.5 hours @ $ 275 per hour | 1,512.50 |
| Joshua S. Katz<br>1.3 hours @ $ 200 per hour | 260.00 |
| **TOTAL DUE:** | **$ 3,757.50** |

*Please remit to corporate address below:*

P.O. Box 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES          NEW YORK

MAY, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>     <u>TIME</u>  <u>TASK</u>

05/23/06   2.3  Review history of analysis of Grace Personal
           Injury claims prior to phone call (1.0); talk with James E.
           Hass, Robert H. Sims, Paul K. Honig in preparation for phone
           call with M. Kramer of Bilzin (0.5); conference call with M.
           Kramer (0.8).

TOTAL:    2.3

MAY, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

DATE        TIME  TASK

5/22/06    0.5  Assess & discuss progress of data processing and
           liability estimation.

5/23/06    1.3  Assess & discuss progress of data processing and
           liability estimation; call with Francine F. Rabinovitz,
           James E. Hass, Paul K. Honig in preparation for phone call
           with M. Kramer of Bilzin (0.5)

TOTAL:     1.8

MAY, 2006 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

05/22/06   2.5   Zip & transfer raw data files to Robert H. Sims.

05/23/06   3.0   Send 1st generation data files to Robert H. Sims;
                 review prior e-mail responses (2.5); call with Francine F.
                 Rabinovitz, James E. Hass, Robert H. Sims in preparation for
                 phone call with M. Kramer of Bilzin (0.5)

TOTAL:     5.5

MAY, 2006 TIME LOG OF JOSHUA S. KATZ (FFR)

DATE      TIME  TASK

05/09/06  0.3  Review of news coverage on Libby, MT case.

05/23/06  0.7  Review of May 15 Omnibus hearing transcript.

05/30/06  0.3  Review of recent news on Grace business and check
          for SEC filings update.

TOTAL:    1.3