## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | § | **In Proceedings for a** |
| | § | **Reorganization under Chapter 11** |
| **W.R. GRACE & CO., et al.,** | § | |
| | § | **Jointly Administered at** |
| | § | **Case No. 01-1139-JKF** |
| | § | |
| **Debtors,** | § | **Re: Docket No. 6715** |

**AMENDED AND RESTATED VERIFIED STATEMENT
PURSUANT TO FED. R. BANKR.P.2019
FILED BY ZAMLER, MELLEN & SHIFFMAN, P.C.
REPLACING DOCKET NUMBERS 7325 AND 9478
[EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY
PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS]**

Pursuant to Judge K. Fitzgerald's Revised Order entered on June 17, 2005,

I, Margaret Holman Jensen, a representative of Zamler, Mellen & Shiffman of 23077

Greenfield, Southfield, MI 48075, state as follows pursuant to Bankruptcy Rule 2019;

I am involved in Zamler, Mellen & Shiffman's representation of asbestos personal

injury claimants and based upon  that representation and the review of business records

of the Firm, I have personal knowledge of the facts set forth herein. I make this statement

pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

(a)  As of the date of this Statement, Zamler, Mellen & Shiffman represents a number

of personal injury claimants (Claimants) who have been injured by asbestos or asbestos-

containing products manufactured, marketed, sold, installed, or produced by the above-

referenced debtors and debtors-in-possession (Debtors) and others, and thus hold claims

against the Debtors. Exhibit 2 submitted to the Clerk is a current list of the Claimants

represented by Zamler, Mellen & Shiffman holding such claims and containing pertinent

information regarding each Claimant. The nature of the claim held by each Claimant is a personal injury tort claim for damages caused by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed or produced by the Debtors and others. Each Claimant has employed Zamler, Mellen & Shiffman under a retainer agreement with the Firm.

(b)  Zamler, Mellen & Shiffman hereby certifies that it has an executed Power of Authority to Vote giving full power of substitution to vote on any Plan of Reorganization and to practice any act not constituting the practice of law in all matters arising in the case of each Claimant identified on Exhibit 2.

(c)  Exhibit 2A submitted to the Clerk is a list of Claimants that are no longer represented by Zamler, Mellen & Shiffman and who no longer hold a personal injury tort claim for damages caused by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed or produced by the Debtor and others. Zamler, Mellen & Shiffman has withdrawn as counsel for all Claimants identified on Exhibit 2A.

(d)  A blank copy of the Power of Authority to Vote document is attached hereto as Exhibit 1. A blank copy of the retainer agreement is attached hereto as Exhibit 3.

(e)  Zamler, Mellen & Shiffman, does not hold any claims against or interest in the Debtor.

*(continued on following page)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Margaret Holman Jensen
Margaret Holman Jensen
Zamler, Mellen & Shiffman, P.C.
23077 Greenfield, Suite 557
Southfield, MI 48075
(248) 557-1155
(248) 552-8575 (fax)