# EXHIBIT B

| Fed. ID #: | 04-1378465 |
|---|---|
| Invoice Number: | 487590 |
| Client Number: | 085440 |

### STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

December 13, 2004

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/13/04 | Glosband, Daniel | 2.5 | Review and revise proposed order enjoining Evans suit; memoranda to Mr. Yousey regarding further revisions; conference with Mr. Blatnick with revisions. |
| 10/19/04 | Glosband, Daniel | 0.2 | Telephone call from Mr. Flicker regarding status of stay order. |
| 10/26/04 | Glosband, Daniel | 0.6 | Telephone call from Mr. Cleary, review engagement agreement, order regarding treatment of fees regarding litigation. |

| **Total Hours** | **3.3** | **Total Fees** | **$2,062.50** |
|---|---|---|---|

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Glosband, Daniel | 3.3 | $625.00 | $2,062.50 |
| **Total** | **3.3** | | **$2,062.50** |

| Matter Disbursement Summary | Total |
|---|---|
| Total Duplicating Charge/Copy | $29.25 |
| Postage | 6.50 |
| Document Printing | 0.45 |
| **Total Disbursements** | **$36.20** |