# **EXHIBIT B**

Fed. ID #:        04-1378465
Invoice Number:   490704
Client Number:    085440

### STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/04 | Doherty, Amy | 0.7 | Revise 2nd Quarterly Fee Application. |
| 11/02/04 | Doherty, Amy | 0.2 | Final revisions to Quarterly Fee Application (Second). |
| 11/08/04 | Glosband, Daniel | 0.2 | Memorandum from Mr. Blatnick at K&E regarding status of Evan case injunction order. |
| 11/08/04 | Doherty, Amy | 0.5 | Review and revise Eighth Fee Application. |
| 11/10/04 | Doherty, Amy | 0.5 | Telephone call with Ms. Baer regarding document request in Kentucky litigation; telephone call with Mr. Cleary regarding same; message to Mr. Flicker regarding same. |

| | | | |
|---|---|---|---|
| **Total Hours** | | 2.1 | **Total Fees** $880.00 |

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Glosband, Daniel | 0.2 | $600.00 | $120.00 |
| Doherty, Amy | 1.9 | 400.00 | 760.00 |
| **Total** | 2.1 | | $880.00 |

| Matter Disbursement Summary | Total |
|---|---|
| Document Printing | $14.25 |
| Document Scanning | 0.25 |
| **Total Disbursements** | $14.50 |

LIBC/2831566.1