# EXHIBIT B

| | |
|---|---|
| Fed. ID #: | 04-1378465 |
| Invoice Number: | 500854 |
| Client Number: | 085440 |

### STATE STREET BANK AND TRUST COMPANY
### (W.R. Grace & Co.)

March 31, 2005

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/11/05 | Glosband, Daniel | 1.5 | Review replacement appearances, motion to withdraw from Evans cases, e-mails with Messrs. Dittmar and Yousey regarding same. |
| 02/11/05 | Yousey, Jeffrey | 0.8 | Edit draft motion to withdraw in Evans v. Akers on behalf of State Street. |
| 02/15/05 | Yousey, Jeffrey | 1.0 | Attention to filing of Assented to Motion for leave to withdraw from representation of State Street in Evans v. Akers. |

| | | | |
|---|---|---|---|
| **Total Hours** | **3.3** | **Total Fees** | **$1,422.00** |

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Partner | | | |
| Glosband, Daniel | 1.5 | $600.00 | $900.00 |
| Associate | | | |
| Yousey, Jeffrey | 1.8 | 290.00 | 522.00 |
| **Total** | **3.3** | | **$1,422.00** |

| Matter Disbursement Summary | Total |
|---|---|
| Document Printing | $7.50 |
| Legal Research | 11.76 |
| **Total Disbursements** | **$19.26** |