IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: October 10, 2006 |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

(Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

July 31, 2006
Client/Matter #  01246-011548
Invoice # 111720
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

### Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/01/06 | K. Bourdeau | 2.75 | Legal research and analysis of recent cases; conference with P. Marks re strategic considerations; review and prepare comments to P. Marks on draft letter to USACE re Building 23; review final draft re same. |
| 05/26/06 | K. Bourdeau | 0.25 | Email correspondence re research documents. |
| 06/01/06 | P. Marks | 0.50 | Review client emails and memoranda. |
| 06/05/06 | K. Bourdeau | 0.75 | Monitor legal developments; followup research re same. |
| 06/05/06 | P. Marks | 1.00 | Monitor legal developments; followup research re same. |
| 06/06/06 | P. Marks | 0.25 | Communications re research and with client. |
| 06/12/06 | K. Eller | 0.25 | Conference with P. Keller re research. |
| 06/12/06 | P. Keller | 0.25 | Conference with K. Eller re research. |
| 06/13/06 | P. Keller | 0.25 | Conduct research; email to K. Eller re same. |
| 06/14/06 | P. Marks | 0.50 | Client email exchanges; evaluate same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 111720  
July 31, 2006  
PAGE 2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/19/06 | P. Marks | 1.75 | Evaluate documents; telephone conference with M. Bourquin re same and re technical issues and meeting with Corps; email to L. Duff re same; direct K. Eller re research. |
| 06/19/06 | K. Eller | 1.25 | Conference with P. Marks re research; followup tasks re same. |
| 06/20/06 | P. Marks | 0.50 | Telephone conference with P. Bucens and L. Duff re Corps related issues. |
| 06/21/06 | K. Bourdeau | 0.25 | Communications with P. Marks re developments, legal issues. |
| 06/21/06 | P. Marks | 3.00 | Research legal and CERCLA issues; communications with client re same; document research and communications with K. Eller re same; conference with H. Price re research. |
| 06/21/06 | K. Eller | 2.00 | Conduct research; conference with P. Marks re same; organize documents re same. |
| 06/21/06 | H. Price | 0.50 | Conference with P. Marks re research. |
| 06/22/06 | H. Price | 2.50 | Research per P. Marks. |
| 06/23/06 | P. Marks | 0.50 | Conference with H. Price re research. |
| 06/23/06 | H. Price | 0.50 | Conference with P. Marks re research. |
| 06/26/06 | P. Marks | 3.25 | Legal research; telephone conference with S. Platt re contractor issues; draft letter re same; review emails re technical issues; prepare memoranda to client. |
| 06/26/06 | H. Price | 1.00 | Research per P. Marks. |
| 06/27/06 | P. Marks | 0.50 | Evaluate case developments. |
| 06/28/06 | P. Marks | 3.00 | Review and evaluate technical RWDA issues, minutes, documents and draft memoranda; telephone conference with P. Bucens re same and conduct legal review of technical memoranda. |
| 06/28/06 | K. Eller | 0.25 | Research re documents. |
| 06/29/06 | P. Marks | 0.25 | Telephone conference with L. Duff re developments. |
| 06/29/06 | H. Price | 1.25 | Preparation of memorandum to P. Marks re research. |

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #  111720
                                                                   July 31, 2006
                                                                   PAGE   3

| 06/30/06 | P. Marks | 2.00 | Prepare for and conduct telephone conference with L. Duff and J. Freeman; followup telephone conference with L. Duff; email exchange re same. |

**Total Hours :**      31.00

**Total Fees :**       $9,841.25

BEVERIDGE & DIAMOND, P.C.

INVOICE #   111720  
July 31, 2006  
PAGE   4

**Disbursements:**

| | |
|---|---:|
| Postage | 0.78 |
| Long Distance Telephone | 2.60 |
| Duplicating | 71.40 |
| Express Delivery | 43.61 |
| Travel Expenses | 23.14 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA233688 dated 6/1/06 for Courtlink product usage | 127.96 |

Total Disbursements :   $269.49

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 4.00 | $525.00 | $2,100.00 |
| P. Marks | 17.00 | $350.00 | $5,950.00 |
| K. Eller | 3.75 | $230.00 | $862.50 |
| H. Price | 5.75 | $155.00 | $891.25 |
| P. Keller | 0.50 | $75.00 | $37.50 |

Total Fees :   $9,841.25

Total Disbursements :   $269.49

**TOTAL DUE :**   $10,110.74