# EXHIBIT B

**(Preparation of Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044  

July 31, 2006  
Client/Matter #  01246-012629  
Invoice # 111721  
Federal ID# 52-1247549  

For Legal Services Rendered Through 06/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311  

<u>Bankruptcy Fee Application</u>

| | | | |
|---|---|---|---|
| 06/14/06 | P. Marks | 0.75 | Client billing preparation and correspondence re same. |

Total Hours :     0.75

Total Fees :     $262.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  111721  
July 31, 2006  
PAGE   2

**Disbursements:**

| | |
|---|---:|
| Postage | 2.37 |
| Duplicating | 13.40 |

Total Disbursements :  $15.77

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 0.75 | $350.00 | $262.50 |

Total Fees :  $262.50  
Total Disbursements :  $15.77

**TOTAL DUE :**  $278.27