IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: October 10, 2006 |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD JULY 1, 2006 THROUGH JULY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

August 21, 2006
Client/Matter #  01246-011548
Invoice # 111987
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/07/06 | P. Marks | 1.25 | Telephone conferences with S. Platt re FAR issue; evaluate same; communications with client re same. |
| 07/10/06 | K. Bourdeau | 0.50 | Review recent case law developments relevant to claims of the U.S.; internal communications re same. |
| 07/12/06 | P. Marks | 1.00 | Evaluation of FS scope related issues and communications with client re same. |
| 07/13/06 | K. Bourdeau | 0.75 | Review recent settlement negotiations summary and relevant case law developments; communications with P. Marks re same, strategy going forward. |
| 07/13/06 | P. Marks | 2.25 | Evaluate case law developments; brief L. Duff re same; telephone conference with K. Bourdeau re settlement discussions; email exchange with L. Duff re her communications with DOJ re settlement. |
| 07/14/06 | K. Bourdeau | 0.25 | Email exchange re settlement negotiations with J. Freeman. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 111987  
August 21, 2006  
PAGE 2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/14/06 | P. Marks | 1.25 | Email exchange with P. Bucens re; telephone conference with L. Duff re negotiations and litigation strategy issues; communications with P. Keller re document research. |
| 07/14/06 | K. Eller | 0.25 | Conference with P. Keller re document research. |
| 07/14/06 | P. Keller | 1.00 | Conference with K. Eller re same; e-mail correspondence with P. Marks and K. Eller re same; conference with P. Marks re same. |
| 07/19/06 | K. Eller | 1.00 | Document research tasks; conference with P. Keller re same; research and review case law re same. |
| 07/19/06 | P. Keller | 0.25 | Conference with K. Eller re NARA FOIA request appeal. |
| 07/20/06 | P. Marks | 0.75 | Review case developments; telephone conference with K. Eller re document research. |
| 07/20/06 | K. Eller | 0.25 | Telephone conference with P. Marks re document research; conference with P. Keller re same. |
| 07/20/06 | P. Keller | 0.25 | Conference with K. Eller re document research. |
| 07/24/06 | K. Bourdeau | 0.75 | Review case developments bearing on legal issues facing client. |
| 07/28/06 | K. Bourdeau | 0.25 | Review of caselaw developments. |
| 07/31/06 | P. Marks | 0.75 | Review and evaluate client emails re technical issues and respond to same; review case law developments. |

**Total Hours :** 12.75

**Total Fees :** $4,307.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  111987
August 21, 2006
PAGE   3

**Disbursements:**

| | |
|---|---:|
| Postage | 0.39 |
| Express Delivery | 13.82 |

Total Disbursements :    $14.21

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 2.50 | $525.00 | $1,312.50 |
| P. Marks | 7.25 | $350.00 | $2,537.50 |
| K. Eller | 1.50 | $230.00 | $345.00 |
| P. Keller | 1.50 | $75.00 | $112.50 |

Total Fees :    $4,307.50

Total Disbursements :    $14.21

**TOTAL DUE :**    **$4,321.71**