UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  W. R. Grace & Company, et. al., debtors – Chapter 11
(Case No. 01-1139 – JKF)

## ITEMIZED STATEMENT OF SERVICES RENDERED BY COURT APPOINTED DISCOVERY MEDIATOR

| Date | Description of Services | Hours |
|---|---|---|
| 8/2/06 | Reviewed Debtors filed Motion to Compel together with submitted attachments | .70 |
| 8/22/06 | Telephone conference call with David Mandelsohn, Esq. to verify hearing date for mediation | .10 |
| 8/23/06 | Began review of filed objection to debtors Motion to Compel and prepared file notes re: same | 1.20 |
| 8/28/06 | Continued review of filed objection to debtors Motion to Compel together with various attachments; continued review of debtors Reply to objections and prepared notes to file re: same; prepared for Scheduled mediation | 3.90 |
| 8/29/06 | Continued review of Court transcripts re: relevant sections dealing with debtors questionnaire and finalized review of filed objections to debtors Motion | .60 |
| 8/29/06 | Conducted scheduled mediation session with all counsel for claimants together with debtors counsel in an attempt to resolve all outstanding issues concerning Motion to Compel answers to questionnaire | 5.00 |
| 8/29/06 | Travel time to and from Law Offices of Kirkland & Ellis in Washington, DC (total round-trip to WDC is 2.40 hours – billed at 1/2 of actual time) | 1.20 |
| 8/29/06 | Prepared notes to file re: mediation results and note open issues for possible future resolution | .10 |
| **Total Hours for 8/29/06** | ----------------------------------------> | **6.90** |
| **Total Hours Billed** | ----------------------------------------> | **12.80** |
| | Hourly Billing Rate @ $400.00 | |
| **Total Fees** | ----------------------------------------> | **$5,120.00** |

3

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 8/29/06 | Actual mileage expense for round-trip to Washington Office of Kirkland & Ellis / Travel expense – 40 miles @ IRS approved rate .485 (48.5 cents) | $19.40 |
| 8/29/06 | Parking at Willard Hotel in Washington, DC | $28.00 |
| **Total Expenses** ----------------------------------------> | | **$47.40** |
| **Total Fees & Expenses** ----------------------------------> | | **$5,167.40** |

cc:   Debtors Counsel:
Barbara Harding, Esq.
David Mendelson, Esq.
Law Firm of Kirkland & Ellis, LLP
655 15th Street, N.W.
Washington, DC 20005

Counsel for the Official Committee of Asbestos Personal Injury Claimants:
Peter van N. Lockwood, Esq.
Law Firm of Caplan & Drysdale, Chtd.
One Thomas Circle, N.W.
Washington, DC 20005

Counsel for Future Claimants Committee:
Richard H. Wyron, Esq.
Law Firm of Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007

Mr. Frank J. Perch, III, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801