# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br>[Re: D.I. 4454]<br>Agenda Item # 5 |

## ORDER AMENDING THE RETENTION ORDER OF KLETT ROONEY LIEBER & SCHORLING TO REFLECT FIRM NAME CHANGE TO BUCHANAN INGERSOLL & ROONEY PC

Upon consideration of the Motion of the Official Committee of Equity Security Holder's Committee (the "Equity Committee") to Amend the Retention Order of Klett Rooney Lieber & Schorling to Reflect Firm Name Change to Buchanan Ingersoll & Rooney PC (the "Motion"); and Buchanan Ingersoll & Rooney PC being a "disinterested" party as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and such amendment being necessary and in the best interest of the Equity Committee and these estates; and after due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further;

ORDERED that the Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Retention Nunc Pro Tunc of Klett Rooney Lieber & Schorling, A Professional Corporation, As Co-Counsel to the Official Committee of Equity Holders [D.I. 1275] (the "Retention Order") is hereby amended to reflect Buchanan Ingersoll & Rooney PC as co-counsel to the Equity Committee; and it is further

67118

ORDERED that each reference of "Klett Rooney" in the Retention Order is hereby replaced with "Buchanan Ingersoll & Rooney PC".

Dated: Sept. 20 2006

*Judith K. Fitzgerald*
United States Bankruptcy Court Judge

2

67118