**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**June 2006**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended June 30, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $656.00 | 11.8 | $ 7,740.80 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $376.00 | 8.2 | $ 3,083.20 |
| Brett E. Cohen | Risk Partner | 20+ | Integrated Audit | $899.00 | 0.5 | $ 449.50 |
| Tom Kalinosky | Audit Specialist | 20+ | Integrated Audit | $510.00 | 1.5 | $ 765.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $615.00 | 5.0 | $ 3,075.00 |
| Vadim Riber | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 1.0 | $ 656.00 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $551.00 | 0.8 | $ 440.80 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $376.00 | 3.0 | $ 1,128.00 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.00 | 5.5 | $ 1,567.50 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 2.0 | $ 570.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $196.00 | 65.0 | $ 12,740.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $196.00 | 84.0 | $ 16,464.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $133.00 | 0.5 | $ 66.50 |
| | | | TOTAL | | 188.8 | 48,746.3 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 12.3 | | | | | $ 1,540.40 |

**Summary of PwC's Fees By Project Category:**
**May 2006**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | **12.3** | **$1,540.40** |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |

| | | |
|---|---|---|
| **24-Other** | | |
| **25-Accounting/Auditing** | **188.8** | **$48,746.30** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **201.1** | **$50,286.70** |

## Expense Summary
## June 2006

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $579.48 |
| **Lodging** | N/A | $0 |
| **Sundry** | N/A | $40.99 |
| **Business Meals** | N/A | $152.22 |
| **TOTAL:** | | $772.69 |