# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|---|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | | |
| | | | | | |
| **Name: Ryan Neice** | | | | | |
| 6/5/2006 | 0.5 | | $ | 98.00 $ | 49.00 |
| 6/6/2006 | 1.3 | | $ | 98.00 $ | 127.40 |
| 6/8/2006 | 1.7 | | $ | 98.00 $ | 166.60 |
| 6/10/2006 | 2.0 | | $ | 98.00 $ | 196.00 |
| 6/20/2006 | 2.1 | | $ | 98.00 $ | 205.80 |
| 6/25/2006 | 0.4 | | $ | 98.00 $ | 39.20 |
| 6/28/2006 | 0.6 | | $ | 98.00 $ | 58.80 |
| 6/30/2006 | 1.2 | | $ | 98.00 $ | 117.60 |
| | 9.8 | | | | |
| | | | | | |
| **Name: Pamela Reinhardt** | | | | | |
| 6/21/2006 | 2.0 | Reviewing the time to track for bankruptcy courts for April | $ | 196.00 $ | 392.00 |
| | 2.0 | | | | |
| | | | | | |
| **Name: David Lloyd** | | | | | |
| 6/22/2006 | 0.5 | Review April fee application | $ | 376.00 $ | 188.00 |
| | 0.5 | | | | |
| | | | | | |
| **Totals** | 12.3 | Total Grace Time Tracking Charged Hours | | $ | 1,540.40 |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended June 30, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $656.00 | 11.8 | $ 7,740.80 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $376.00 | 8.2 | $ 3,083.20 |
| Brett E. Cohen | Risk Partner | 20+ | Integrated Audit | $899.00 | 0.5 | $ 449.50 |
| Tom Kalinosky | Audit Specialist | 20+ | Integrated Audit | $510.00 | 1.5 | $ 765.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $615.00 | 5.0 | $ 3,075.00 |
| Vadim Riber | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 1.0 | $ 656.00 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $551.00 | 0.8 | $ 440.80 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $376.00 | 3.0 | $ 1,128.00 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.00 | 5.5 | $ 1,567.50 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 2.0 | $ 570.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $196.00 | 65.0 | $ 12,740.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $196.00 | 84.0 | $ 16,464.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $133.00 | 0.5 | $ 66.50 |
| TOTAL | | | | | 188.8 | $ 48,746.3 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/19/2006 | 1.0 | Review draft audit committee presentation |
| 6/20/2006 | 1.6 | Meet with prospective board member, M Tomkins |
|  | 3.2 | Travel to Dallas for meeting with prospective board member at 50% travel time incurred |
| 6/28/2006 | 2.0 | Read audit committee meeting package |
| 6/29/2006 | 1.0 | Attend audit committee pre-meeting with B Tarola, E Bull, B Dockman (Grace), J Newstead and M de Guzman (PwC) |
| 6/29/2006 | 1.5 | Attend audit committee meeting |
| 6/30/2006 | 1.5 | Prepare file documentation of audit committee meeting and planning items |
|  | **11.8** | **Total Grace Integrated Audit Charged Hours** |
|  | **11.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  John Newstead** | | |
| 6/1/2006 | 0.4 | Email regarding resourcing |
| 6/16/2006 | 1.0 | Planning for resources 06 audit |
| 6/19/2006 | 0.3 | Phone call with HR |
| 6/20/2006 | 1.0 | Planning for resources 06 audit |
| 6/21/2006 | 1.0 | Review of documentation regarding approach to 05 audit |
| 6/27/2006 | 1.0 | Review of IT approach related to new methodology in relation to audit presentation |
| 6/28/2006 | 1.0 | Preparation of materials for audit committee |
| 6/29/2006 | 2.5 | Preparation of materials for audit committee and attendance at AC in Wasington DC |
| | 8.2 | **Total Grace Integrated Audit Charged Hours** |
| | 8.2 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Brett Cohen**

| | | |
|------|-------|----------------------------------|
| 6/28/2006 | 0.5 | Reviewed and provided comments on engagement team memo on realizability of deferred tax assets given going concern and cumulative losses |
| | 0.5 | **Total Grace Integrated Audit Charged Hours** |
| | 0.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-----------------------------------|

**Name:   Tom Kalinosky**

| | | |
|------|-------|-----------------------------------|
| 6/5/2006 | 1.0 | SEC review. |
| 6/19/2006 | 0.5 | SEC review. |
| | 1.5 | **Total Grace Integrated Audit Charged Hours** |
| | 1.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Peter Woolf**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/12/2006 | 1.0 | Transition discussions with G Baccash and D Spratt (PwC) |
| 6/20/2006 | 3.0 | Transition discussions with G Baccash and D Spratt (PwC) |
| 6/21/2006 | 1.0 | Transition discussions with G Baccash and D Spratt (PwC) |
| | **5.0** | **Total Grace Integrated Audit Charged Hours** |
| | **5.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Vadim Riber**

| | | |
|------|-------|----------------------------------|
| 6/28/2006 | 1.0 | Reviewed and provided comments on engagement team memo on realizability of deferred tax assets given going concern and cumulative losses |
| | 1.0 | **Total Grace Integrated Audit Charged Hours** |
| | 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lisa Slotznick**

| | | |
|------|-------|----------------------------------|
| 6/8/2006 | 0.8 | Phone call related to Self-insurance reserves |
| | 0.8 | **Total Grace Integrated Audit Charged Hours** |
| | 0.8 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: David Lloyd** | | |
| 6/5/2006 | 0.5 | Call with T Kalinosky, M de Guzman and P Reinhardt (PwC) to discuss planning for environmental audit work |
| | 0.5 | Meeting with J Afuang (PwC) to discuss planning for year-end audit. |
| 6/19/2006 | 1.0 | Revise audit committee presentation |
| 6/20/2006 | 0.5 | Call with M de Guzman (PwC) and E Bull (Grace) to discuss audit committee presentation |
| | 0.5 | Call with M de Guzman, P Reinhardt (PwC) B Dockman and M Brown (Grace) to discuss second quarter issues. |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Marvin de Guzman**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 6/8/2006 | 1.0 | Engagement proposal preparation |
| 6/20/2006 | 0.5 | 2nd quarter issues call with Bill Dockman (Grace), Michael Brown (Grace), David Lloyd (PwC) and Pam Reinhardt (PwC) |
| 6/28/2006 | 2.0 | Preparations for the Audit Committee meeting |
| 6/29/2006 | 2.0 | Participation in Audit Committee Meeting |
| | **5.5** | **Total Grace Integrated Audit Charged Hours** |
| | **5.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Sandra David**

| 6/22/2006 | 1.0 | Planning for Q2 |
| 6/26/2006 | 1.0 | Planning for Q2 |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Pamela Reinhardt** | | |
| 6/12/2006 | 4.0 | Working on the Strategy memo |
| | 4.0 | Preparing the Audit committee presentation |
| 6/13/2006 | 0.5 | Meeting with S.Anderson (Grace) |
| | 0.8 | Meeting with D.Lloyd, M. deGuzman (all PwC) for the Audit Committee Presentation |
| | 2.0 | Preparing the audit committee presentation |
| | 1.7 | Working on the audit Strategy memo |
| 6/14/2006 | 5.0 | Working on the Summary Plan of Results |
| | 3.0 | Working on the Audit Committee Presentation |
| 6/15/2006 | 0.5 | Submitting information to the PwC Data Management Group for Journal Entry Testing |
| | 5.0 | Working on the Summary Plan of Results |
| | 2.5 | Working on corrections to the Audit Committee Presentation |
| 6/16/2006 | 1.0 | Working on Grace Fee Schedules |
| | 0.8 | Discussion with M.deGuzman (PwC) on CLC testing |
| | 3.0 | Working on 404 Planning documents |
| | 2.2 | Working on Planning for the 2nd Quarter |
| 6/19/2006 | 0.6 | Reviewing the PBC Listing for the 2nd Quarter |
| | 3.0 | Working on the Summary Plan of Results |
| | 0.4 | Developing the scheduling for 404 testing |
| 6/20/2006 | 2.0 | Working on the significant account analysis for 404 |
| | 1.0 | Preparing responsibility matrix for the planning memo |
| | 3.0 | Working on the Summary Plan of Results |
| 6/21/2006 | 1.0 | Working on Planning for the 2nd Quarter |
| | 3.0 | Working on the Summary Plan of Results |
| 6/22/2006 | 0.8 | Sending out RTA independence confirmations |
| | 3.0 | Working on the Summary Plan of Results |
| | 2.0 | Working on the Audit Strategy memo |
| | 2.2 | Working on planning for the 2nd quarter |
| 6/23/2006 | 1.0 | Reading through the Grace Bankruptcy News report and taking notes |
| | 2.0 | Planning for the 2nd Quarter |
| | 4.0 | Working on comments from the audit strategy memo |
| | **65.0** | **Total Grace Integrated Audit Charged Hours** |
| | **65.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Maria Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/6/2006 | 1.0 | Work on planning materials |
| | 0.5 | Arranging/fixing work papers |
| | 0.5 | Schedule meeting with client |
| | 3.0 | Work on the audit strategy memo |
| 6/7/2006 | 2.0 | Work on the audit strategy memo |
| 6/8/2006 | 8.0 | Work on the audit strategy memo |
| 6/13/2006 | 1.0 | Telecon with Marvin de Guzman, David Lloyd and Pamela Reinhardt (all PwC) |
| | 4.0 | Work on the audit strategy memo |
| 6/14/2006 | 3.0 | Work on the audit strategy memo |
| 6/15/2006 | 0.6 | Discuss with Ren Lapidario (Grace) |
| | 7.4 | Work on the audit strategy memo |
| 6/19/2006 | 2.4 | Prepare Second Quarter PBC List |
| | 2.2 | Rollforward database |
| | 0.7 | Deploy Second Quarter database |
| | 1.4 | Prepare Acceptance & Continuance for the Second Quarter |
| | 0.2 | Discuss with Michael Brown (Grace) regarding consolidation of the PBC listing - to include Davison and GPC |
| | 2.1 | Read and review April Financial Statements |
| 6/21/2006 | 0.9 | Update PBC lists |
| | 3.2 | Finalize Audit Strategy Memo |
| | 4.9 | Prepare Summary of Plan and Results |
| 6/22/2006 | 9.0 | Prepare Summary of Plan and Results |
| 6/27/2006 | 6.0 | Prepare Summary of Plan and Results |
| 6/28/2006 | 8.0 | Prepare Summary of Plan and Results |
| 6/29/2006 | 6.0 | Prepare Summary of Plan and Results |
| 6/30/2006 | 6.0 | Prepare Summary of Plan and Results |
| | **84.0** | **Total Grace Integrated Audit Charged Hours** |
| | **84.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Erica Margolius**

| | | |
|------|-------|----------------------------------|
| **6/7/2006** | 0.5 | Review of GEMS hierarchy for validation in the GEMS system. |
| | **0.5** | **Total Grace Integrated Audit Charged Hours** |
| | **0.5** | **Total Hours** |