# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended June 30, 2006

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William Bishop | Integrated Audit | 6/20/06 | $ 390.60 | | | | Airfare to Dallas to meet with prospective Grace board member |
| | Integrated Audit | 6/20/06 | | | $ 15.00 | | Parking at airport for trip to Dallas |
| | Integrated Audit | 6/20/06 | | | $ 9.99 | | Internet connection fee while at Dallas meeting |
| | Integrated Audit | 6/21/06 | | | | $ 90.92 | Audit team lunch at Lebanese Taverna - D Lloyd, M de Guzman, R Grady, P Reinhardt |
| | Integrated Audit | 6/29/06 | | | $ 16.00 | | Parking for audit committee meeting |
| David Lloyd | Integrated Audit | 6/5/06 | | | | $ 61.30 | Lunch at Michael's Pub with J Afuang, C Park, Y Monyei and O Sheikh (PwC) to discuss audit planning. |
| Maria Afuang | Integrated Audit | 6/5/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/6/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/7/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/8/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/12/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/13/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/14/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/15/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/19/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/21/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/22/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/26/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/27/06 | $ 21.36 | | | | Mileage in excess of normal commute ((64-16)*.445) |
| | Integrated Audit | 6/28/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/29/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 6/30/06 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| Pam Reinhardt | Integrated Audit | 6/12/06 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Integrated Audit | 6/13/06 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Integrated Audit | 6/14/06 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Integrated Audit | 6/15/06 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Integrated Audit | 6/16/06 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Integrated Audit | 6/22/06 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Integrated Audit | 6/23/06 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| Summary | | Total $ 772.69 | Transportation $ 579.48 | Lodging - | Sundry $ 40.99 | Business Meals $ 152.22 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended June 30, 2006

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William Bishop | 6/20/06 | Audit Partner | $ 390.60 | Airfare to Dallas to meet with prospective Grace board member |
| | 6/20/06 | Audit Partner | $ 15.00 | Parking at airport for trip to Dallas |
| | 6/20/06 | Audit Partner | $ 9.99 | Internet connection fee while at Dallas meeting |
| | 6/21/06 | Audit Partner | $ 90.92 | Audit team lunch at Lebanese Taverna - D Lloyd, M de Guzman, R Grady, P Reinhardt |
| | 6/29/06 | Audit Partner | $ 16.00 | Parking for audit committee meeting |
| | | | $ 522.51 | |
| David Lloyd | 6/5/06 | Audit Senior Manager | $ 61.30 | Lunch at Michael's Pub with J Afuang, C Park, Y Monyei and O Sheikh (PwC) to discuss audit planning. |
| | | | $ 61.30 | |
| Maria Afuang | 6/5/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/6/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/7/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/8/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/12/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/13/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/14/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/15/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/19/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/21/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/22/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/26/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/27/06 | Audit Senior | $ 21.36 | Mileage in exces of normal commute {(64-16)*.445} |
| | 6/28/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/29/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 6/30/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | | | $ 154.86 | |
| Pam Reinhardt | 6/12/06 | Audit Senior | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 6/13/06 | Audit Senior | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 6/14/06 | Audit Senior | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 6/15/06 | Audit Senior | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 6/16/06 | Audit Senior | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 6/22/06 | Audit Senior | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 6/23/06 | Audit Senior | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | | | $ 34.02 | |
| | | Grand Total | $ 772.69 | |