**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| W. R. GRACE & CO., ET AL. | § | CASE NO. 01-1139-JKF |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the claimants listed on the attached Exhibit A, formerly represented by Chris Parks & Associates in the above entitled and numbered cause, are substituting Scott Wert and the law firm of Foster & Sear, LLP as their attorneys of record. Foster & Sear, L.L.P. can be contacted as follows:

Mr. Scott Wert
Foster & Sear, LLP
524 E. Lamar Blvd., Suite 200
Arlington, Texas 76011
(817) 633-3355 Telephone
(817) 633-5507 Facsimile
E-mail: swert@fostersear.com

II.

Chris Parks & Associates continues to represent the claimants listed on Exhibit "B" attached hereto.

Dated: ___*4 - 21*___, 2006.

Respectfully submitted,

CHRIS PARKS & ASSOCIATES
1 Plaza Square, 2ⁿᵈ Floor
Port Arthur, TX 77642
409/985-8000 - telephone
409/985-2633 - fax

BY: _____
Chris Parks
Texas Bar No. 15518460
**Attorney for claimants listed on Exhibit "B."**

FOSTER & SEAR, L.L.P.
524 E. Lamar Blvd., Suite 200
Arlington, Texas 76011
(817) 633-3355 Telephone
(817) 633-5507 Facsimile

By: _____

Scott Wert
Texas Bar No. 00794835
**Attorney for claimants listed on Exhibit "A."**

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing document was electronically served on all known counsel of record on the 21st day of September, 2006.

_____
Chris Packs