# EXHIBIT "A"

(Claimants represented by Scott Wert and the law firm of Foster & Sear, LLP)

## Exhibit A
## (Claimants represented by Scott Wert and the law firm of Foster and Sear, LLP)

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Acosta | Louis | | |
| Adams | Howard | | |
| Adams | Melvin | | |
| Adams | Richard | C | |
| Adkins | Harold | | |
| Aguillard | Paul | W | |
| Ainsworth | Darwin | C | |
| Aldrich | John | L | Jr. |
| Aldridge | James | | |
| Alex | Harvey | I. | Jr. |
| Alexander | Stafford | | Jr. |
| Allen | Vincent | J | |
| Allison | Shelton | E. | |
| Almaguer | Eustacio | F. | |
| Ames | John | M | |
| Anderson | Clarence | R | |
| Anderson | Floyd | L | |
| Anderson | Willie | | Jr |
| Andrepont | Richard | W | |
| Andrews | Frederick | | |
| Andrus | Andrew | Pete | Jr. |
| Andrus | Edward | | Jr. |
| Andrus | John | | Sr. |
| Antoine | Ervin | | |
| Antoine | Rudolph | P. | |
| Ardoin | Jesse | L | |
| Arendale | Taylor | D. | Sr. |
| Arline | Charles | E | |
| Arline | Ralph | | |
| Armentor | Lester | Bert | |
| Armstrong | John | H. | |
| Armstrong | Lloyd | | |
| Ashworth | Jesse | | Jr. |
| Attaway | Doyle | Lee | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Aucoin | Burney | M. | |
| Aucoin | Milton | A. | |
| Augustine | Charlie | J. | |
| Augustine | John | H. | |
| Aven | Freddy | B | |
| Badon | Edward | | |
| Baldwin | Greydon | Gordon | |
| BALDWIN | LAVERNE | S. | |
| Ball | Eugene | | Jr. |
| Ball | Goldman | Burton | |
| Ballard | Homer | | |
| Balque | Welton | | |
| Barber | Anthony | | |
| Barker | Roy | D. | Sr |
| Barkley | William | E. | Jr. |
| Barrientos | Richard | | |
| Battles | George | | |
| Baxter | Everitt | V. | |
| Bean | Dave | | Jr |
| Beard | John | | |
| Beasley | Frankie | D. | Sr. |
| Begnaud | Floyd | J | |
| Bellow | Avie | D | Jr |
| Bellow | James | H. | |
| Beloney | Lesly | W | |
| Bennett | Benford | | |
| Bennett | Paul | D. | Jr |
| Benoit | James | R | Sr. |
| Bergeron | Clifford | E. | |
| Bergeron | Roger | Dale | Sr. |
| Berlin | Cerry | C. | |
| Berry | W. | E. | |
| Berry | Willis | | Sr |
| Bertrand | Leroy | F | |
| Bertrand | Wallace | B | |
| Biddle | Billy | | |
| Biegler | Dale | R. | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Bilbo | Lannie | W. | |
| Billeaud | Glenn | E. | |
| Birkelbach | Roy | | |
| Bisson | Leo | J | |
| Bivens | Samuel | B | |
| Blanchard | Peter | C. | Jr. |
| Bland | Gene | Tunney | |
| Bland | Jack | | |
| Bledsoe | Fred | Douglas | |
| Blount | James | Ernest | |
| Blow | Milbon | | |
| Bob | Joseph | A. | Sr. |
| Boersman | George | O | |
| Boneau | Rene | | Jr |
| Bonsall | Leonard | R. | |
| Bonton | Pierre | | Jr |
| Booth | Lee | Ester | |
| Bordelon | Joseph | E. | Sr. |
| Borders | Harvey | A | |
| Borne | Gerald | John | |
| Boudwin | Ernest | | |
| Bouley | Daniel | Albert | |
| Bowden | Andrew | T. | Sr. |
| Bowen | Travis | | |
| Bowman | Donald | D. | |
| Boyd | Jimmy | L | |
| Boyd | John | G | |
| Brack | Lawrence | A | |
| Bradley | Carl | | |
| Brady | Sullivan | James | Sr. |
| Brantley | Riley | I. | |
| Brauninger | William | Lea | |
| Braxton | Marvin | J. | |
| Breaux | Calvin | J | |
| Breaux | Lester | Jerome | |
| Breaux | Lynn | O | |
| Brock | Winfred | | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Brooks | John | H. | Sr. |
| Broussard | Andie | | |
| Broussard | Edward | B | |
| Broussard | Hugh | | |
| Broussard | Willis | Louis | |
| Brown | George | H. | |
| Brown | James | E | Sr |
| Brown | John | B. | |
| Brown | Marvis | | |
| Brown | Purvet | | |
| Brown | Raleigh | | |
| Brown | Robert | D. | |
| Brown | Roy | L. | |
| Brunet | Jerry | E | |
| Bryan | James | J. | |
| Bryant | Allen | H | |
| Bryant | Andrew | | |
| Bryant | Peter | | Sr. |
| Buckley | Bennie | Ray | |
| Bucklin | George | A. | |
| Burkett | Jerry | G | |
| Burleson | Thomas | Edward | |
| Burns | James | B. | |
| Burran | Edwin | Lee | Sr. |
| Burris | David | Paul | |
| Burns | J. | T | |
| Busby | Thomas | Huey | |
| Bush | Larry | G. | |
| Byerly | William | Donnel | |
| Byrd | Ellis | J | |
| Cady | Ruvian | W | |
| Campbell | Clyde | T | |
| Campbell | John | H | Sr. |
| Campbell | Leon | | |
| Cantue | Jimmy | M | |
| Capps | James | E | |
| Captain | Jimmie | L | Sr |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Carlini | Armand | | |
| Carlock | Vernon | D. | |
| Carmon | Wilford | | |
| Carpenter | Jerry | W | |
| Carner | Carlton | J. | Sr |
| Carrier | Joseph | H | |
| Carroll | Walter | | |
| Carter | A | V. | |
| Carter | Joe | Junius | Jr |
| Carter | Kenneth | | |
| Cary | Roy | L. | |
| Cassidy | Thomas | | |
| Castaneda | Jessie | | |
| Castille | Leroy | | |
| Castille | Roy | J. | |
| Castille | Thomas | | Sr. |
| Castino | Tony | | |
| Caywood | Orville | L. | Jr. |
| Caziere | Jose | | |
| Ceasar | John | J | |
| Ceaser | Bertrand | | |
| Ceaser | Simon | | |
| Ceril | Henry | J | |
| Chaison | Raymond | Charles | |
| Champagne | Larry | Paul | |
| Chance | Vance | | |
| Chandler | Gerald | L. | |
| Channell | Silas | | |
| Chapman | Freddie | | |
| Chapman | Willie | F. | |
| Chargois | James | E | |
| Charles | Bertha | M | |
| Chelette | Oscar | J. | |
| Chesson | Jerry | Wynne | |
| Chilot | Albert | | Sr |
| Choate | Bradley | O. | |
| Christian | Delmas | L. | |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| Church | Earl | Ray | |
| Clark | Cecil | E. | |
| Clark | Jackson | | |
| Clark | Juanita | | |
| Clay | Kerney | Phillip | |
| Clayton | Calvin | A. | |
| Clayton | Lawrence | | Jr |
| Clements | Jerry | C. | |
| Cloteaux | Randall | | |
| Cole | William | Tommie | |
| Coleman | Theodie | | |
| Collier | James | B | Jr |
| Collier | Jesse | | |
| Comeaux | Clesme | J | |
| Comstock | Harold | H. | |
| Conley | James | A. | Jr. |
| Conner | Ronald | J | |
| Conner | Tommie | Leo | |
| Cook | Cecil | E. | |
| Cooper | Issack | Q. | |
| Coplin | Leon | Lennard | |
| Cormier | Claude | Lee | |
| Cormier | Levy | | |
| Cotton | Stanley | | Sr |
| Coussou | Elmer | G | |
| Craven | Jesse | | |
| Crawford | James | Edgar | |
| Crawford | Squire | | |
| Credeur | John | | |
| Crochet | John | L. | Sr. |
| Croom | Monte | C. | Jr. |
| Crosby | George | T | |
| Cross | Leon | J. | |
| Crouch | David | E. | |
| Crout | Jimmie | E. | |
| Crumpler | Jerry | D | |
| Cryer | Andrew | J. | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Cude | Kirby | R. | |
| Cueto | Rudolph | L | |
| Cutshall | Robert | J. | |
| Daigle | Herbert | J | |
| Daigle | Linus | J. | |
| Darbonne | Charles | | |
| Dartez | Avner | | Jr |
| Dauphine | Lesley | P | |
| Davis | Halpen | Hugh | |
| Davis | Howard | M. | |
| Davis | Ira | L. | Jr |
| Davis | Issac | | |
| Davis | James | F | |
| Davis | Willie | | Jr |
| Day | Willie | Edward | |
| Delano | Harry | L. | |
| Deleon | Gerald | A. | |
| Delgadillo | Ray | | |
| Denham | Bobby | B | |
| DeRouen | Hilton | J. | Sr. |
| Devilbliss | James | E | |
| Diggles | Will | | |
| Dixon | Tommy | F | |
| Doiron | August | A | |
| DOIRON | JUANITA | | |
| Domec | Ronald | James | |
| Domingue | Wallace | A. | Jr. |
| Dorman | Clarence | E | Jr |
| Dorns | Elmer | L | |
| Dougharty | Talmadge | F | |
| Douglas | Leland | C | |
| Dowden | Grover | A. | |
| Doyle | Richard | T | |
| Dragulski | Eugene | | |
| Drake | Chester | H. | Jr. |
| Dubke | Clifford | L. | |
| Dugar | William | | |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| Duhon | Leo | J. | |
| Durham | George | L | Jr |
| Durham | Gerald | F. | |
| Durio | Carroll | W. | |
| Eaglin | Joseph | | |
| Eaves | Arnold | | |
| Edgington | Harold | O. | Jr |
| Edwards | Charles | H. | |
| Edwards | Jack | C. | |
| Edwards | Leroy | | |
| Edwards | Vernon | | |
| Egins | Leroy | | |
| Elmore | Jake | | |
| Elmore | Norman | | Jr. |
| Ernst | Elmer | L. | |
| Escagne | Michael | S. | |
| Evans | Warren | | |
| Ewing | William | H | Jr |
| Falgout | Nelson | | |
| Farrington | John | Wayne | |
| Farris | Charles | C. | |
| Faulk | Gregory | Wade | |
| Faulk | Larry | J | |
| Fawcett | Jerry | D. | |
| Fedrick | James | | |
| Fenn | Winslow | McGill | |
| Ferris | Raymond | B. | |
| Fielder | Donald | L. | |
| Fischer | Carl | R | |
| Fisher | Howard | D. | |
| Fitzpatrick | Billy | Joe | |
| Flores | George | | |
| Fontenot | Herman | | |
| Fontenot | Horace | J. | |
| Fontenot | James | A. | |
| Fontenot | Percy | | |
| Fontenot | Wilbert | | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Ford | Bertis | L. | |
| Ford | Emmett | Laurie | |
| Ford | Istell | | |
| Foreman | William | O | |
| Fountain | William | J | |
| Fournier | Thomas | J. | |
| Fowler | Bobby | | |
| Fox | George | E | Sr |
| Frames | Herbert | | |
| Francois | Clarence | R. | |
| Frazier | Mary | L | |
| Frederick | Raymond | J | Sr |
| Froux | Ronald | P. | |
| Fuller | Patrick | L. | |
| Fullerton | John | Henry | |
| Furlough | Sidney | | |
| Fuselier | Glen | | |
| Fusilier | Allen | T | |
| Galaviz | Nestor | | |
| Gallegos | Felix | | |
| Garner | Earl | H. | |
| Garrett | Robert | E | Sr. |
| Garrie | Roger | D. | |
| Garrison | O'Neal | | Sr. |
| Gary | Calvin | J | |
| Gary | Herman | R. | |
| Garza | Daniel | M. | |
| Gaspard | Roland | J. | |
| Gates | Nelson | W. | |
| Gauthier | James | J | Sr |
| George | Ayoub | J. | |
| Gibson | Herman | | |
| Gilbert | Donat | | |
| Gill | L. | C. | |
| Girouard | Harry | Joseph | |
| Gobert | Clarence | Roy | |
| Goines | Charles | E | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Goins | Philip | | |
| Gonsoulin | Adam | Joseph | |
| Goodman | Charles | F | |
| Gordon | James | S. | Jr. |
| Gouner | Ray | L | |
| Graham | Henry | | |
| Graham | Herman | | |
| Graham | Raymond | Byron | |
| Granger | Charles | R | |
| Grant-Johnson | Zela | Sandra | |
| Greer | Roy | L. | |
| Gregory | James | A. | |
| Griffin | James | M. | |
| Griffin | Jerry | M. | |
| Guarnere | Joseph | D. | |
| Guidry | Cefus | | |
| Guidry | Elmer | H. | |
| Guidry | Eugene | | |
| Guilbeau | Floyd | J. | |
| Guillory | Donald | R | |
| Guillory | George | A | |
| Guillot | Lenzy | J | Jr. |
| Gunner | Anthony | | |
| Gunner | Isaac | | |
| Hadnot | Noan | H. | Jr |
| Hagger | Phillip | | |
| Hale | James | Doyle | |
| Hall | James | R. | Jr |
| Hall | Mary | H. | |
| Hallmark | John | P | Sr |
| Hamilton | Cecil | W. | |
| Hamilton | John | L. | |
| Hannan | James | | |
| Hansen | Harry | J. | |
| Hardin | Tobe | | Sr |
| Hardin | William | G | |
| Hardy | Allen | T | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Hare | Charles | N. | |
| Harmon | James | W. | |
| Harmon | Perry | N. | Jr. |
| Harrell | Dan | Moody | |
| Harris | Arland | G. | |
| Harris | James | I | |
| Harrison | William | Wayne | |
| Hartt | John | W. | |
| Hayes | Nathan | | |
| Haynes | Henry | | |
| Heath | James | T. | |
| Hebert | Billy | C. | |
| Hebert | Harry | John | |
| Hebert | Melvin | R | |
| Hemmenway | Florence | | |
| Hemmenway | Travis | | |
| Hemphill | Melvin | A | |
| Henderson | Steve | V | |
| Hennigan | Bobby | Allen | |
| Hennigan | James | S. | |
| Henry | Chatman | | |
| Herbert | Paul | | |
| Herbert | Wilfred | | Sr |
| Hernandez | Robert | A | |
| Highsaw | Ben | M. | |
| Hill | George | V. | Sr. |
| Hines | Henry | | Jr. |
| Hinson | Clarence | H. | |
| Hinz | Louis | E. | |
| Hock | David | H | |
| Hodgkinson | Donald | Lee | |
| Hoffpauir | Richard | H. | |
| Hoffpauir | Thomas | E | |
| Hogan | Ralph | C | Jr |
| Hoggatt | Marvin | L. | |
| Holik | Stanley | C. | Jr. |
| Hollis | Richard | E | |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| Holloway | J | T | |
| Holstead | Cecil | | |
| Holyfield | Charles | P. | |
| Hood | Herbert | E. | Jr. |
| Hope | Joseph | B. | Sr. |
| Horton | Eugene | | |
| House | Vergal | Lee | |
| Hryhorchuk | Adolph | | |
| Hubbard | Ira | S. | |
| Hudson | Roy | L | |
| Hughes | John | V. | Jr. |
| Hull | George | H | |
| Hutchinson | Chester | G. | |
| Ihle | Charlie | A. | |
| Isaacs | Donald | J | |
| Jackson | Carlton | A. | |
| Jackson | Daniel | W. | |
| Jackson | Louis | | |
| Jackson | Peter | | |
| Jackson | Robert | Anthony | |
| Jackson | Robert | L | |
| Jackson | Rogers | Wilson | Sr. |
| Jackson | Singleton | | |
| Jacob | Aron | | |
| Jacquet | Phillip | L | |
| Jaetzold | Frank | J. | |
| James | Alvin | | |
| Jamison | James | D. | |
| Janes | Woodrow | Wilson | |
| Jannise | Dennis | J. | |
| Jasper | John | Lewis | |
| Jefferson | John | A | |
| Jenkins | Curtis | | |
| Jenkins | T. | F | Jr. |
| Jenkinson | John | W. | Sr. |
| Jimerson | Rayford | E | |
| Johnnie | Vernon | A. | Jr. |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Johnson | Adam | | |
| Johnson | Edmond | G | |
| Johnson | John | L | |
| Johnson | Leo | P | Jr |
| Johnson | Leonard | | |
| Johnson | Lloyd | A. | |
| Johnson | Theodore | | Sr |
| Johnson | William | L. | |
| Johnston | Thomas | W. | |
| Jones | Charles | A. | |
| Jones | Ernest | W | Jr |
| Jones | Hardiness | | |
| Jones | Henry | | Jr |
| Jones | Herresson | J. | |
| Jones | Hillery | | Sr |
| Jones | Jerome | D. | Sr |
| Jones | Joseph | | Jr. |
| Jones | K. | C. | |
| Jones | Leonard | | Jr. |
| Jones | Leonard | Grady | |
| Jones | Ovide | E | Jr |
| Jones | Walton | C. | |
| Jones | William | C. | |
| Jordan | Edgar | J. | |
| Joseph | Adam | | |
| Joseph | Isiah | | |
| Joubert | Aron | | |
| Joubert | Sidney | | Sr |
| Judgeware | Robert | D | Sr |
| Kelley | Alfred | | Sr |
| Kelley | Alton | G. | Sr |
| Kelley | James | A. | |
| Kervin | Raymond | D. | |
| Kessler | Clarence | | |
| Key | Donald | | Jr |
| Kilpatrick | Charlie | | |
| King | Manuel | | Jr. |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Kinietz | John | H. | |
| Kirkgard | Lowell | Henry | |
| Kleinpeter | Wallace | | |
| Knott | Valex | | |
| Korman | Floyd | Lee | |
| Labrie | Jules | | |
| Lack | Jesse | F. | |
| Lackey | Thomas | M. | Jr |
| Laicy | Jack | | |
| Laird | James | W. | |
| Landor | John | B. | |
| Landry | Earl | B. | Jr. |
| Landry | Lloyd | P. | |
| Landry | Nalton | | |
| Landry | Theodore | J | Sr. |
| Landry | Thomas | S | |
| Landry | William | T. | |
| Lange | Keith | M. | |
| Lanier | Gordon | R. | |
| Lanier | Sam | H | Sr |
| Larson | Vestal | E | Sr |
| Latiolais | Berlin | J. | |
| Lauve | Harry | M | |
| LeBlanc | Ashton | C. | Sr. |
| LeBlanc | Floyd | J | |
| Leblanc | James | Clarence | |
| LeBlanc | Joseph | W | |
| Leblanc | Lee | C | |
| Leblanc | Robert | L. | |
| Leday | Edward | | Jr. |
| Ledet | Joseph | L | Jr. |
| Lee | Curtis | | |
| Lee | Larry | D. | |
| Lege | Gilbert | J | |
| Lejeune | Dewey | | |
| Lemoine | Amade | L. | |
| Lendon | Clarence | | Sr |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Lesher | Larry | K. | |
| Levi | Johnnie | D. | Sr. |
| Lewis | Hamp | H. | Sr. |
| Lewis | James | E. | |
| Lewis | Jesse | | |
| Lewis | Jewel | | Jr |
| Lewis | Johnny | J. | |
| Lewis | Joseph | H. | Jr. |
| Lewis | Lawayne | N. | |
| Lewis | Lonnie | L | |
| Lewis | Marie | | |
| Lewis | Willard | | |
| Lexa | William | C. | Sr |
| Little | Ernest | H. | |
| Lockwood | Robert | | |
| Logsdon | Lonnie | L. | |
| Lopez | Claude | | |
| LOTT | BEATRICE | | |
| Louis | Jesse | C | Sr. |
| Louis | K. | C | |
| Lovett | Jack | R. | |
| Lovett | John | William | |
| Lowe | Garvis | Gene | |
| Lowrance | Thomas | E | |
| Lozano | Ben | | |
| Lutz | Wayne | L. | |
| Lyda | Lawrence | | |
| Lyons | Dewey | | |
| Lyons | Louis | J | |
| Lyons | Thomas | | |
| Macha | Joseph | L | |
| Maddox | Jack | G | Sr. |
| Maddox | John | R. | |
| Mallett | J | C | |
| Malveaux | Felman | | Sr. |
| Malvo | Herbert | | |
| Mann | John | W | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Marcantel | Leo | Wilmer | |
| Markle | William | E. | |
| Marsh | Clyde | Richard | |
| Marshall | Frankie | V. | |
| Marshall | James | S | |
| Martin | Joe | E. | |
| Martin | John | N. | |
| Mathews | Joseph | L. | |
| Mathews | Roy | Joseph | |
| Matt | Joseph | L | |
| Mays | Harold | W. | |
| McAfee | Jimmy | | |
| McAnally | Jerry | L | |
| McBride | Charles | L | |
| McCloney | George | | |
| McCord | Alton | J | |
| McCord | Frank | D | |
| McCormick | Calvin | | |
| McCorvy | Robert | | |
| McGrew | James | K | |
| McGriff | Clinton | | |
| McKee | Stanley | B | |
| McLane | Wylie | M. | |
| McLellan | Lloyd | Irving | |
| McLelland | Jack | | |
| McMahon | Donald | | |
| McMurrey | Charles | | Jr |
| McNamara | David | | |
| McNaughton | Tommie | G | |
| McPherson | Fenton | A. | |
| McZeal | Nelson | J | |
| Meadows | Earl | P | |
| Meadows | Walter | Ernest | |
| Means | Clanton | | |
| Meaux | Leo | | |
| Melton | John | T | |
| Meredith | Lessel | | Sr |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Merendino | Lawrence | | Sr |
| Miers | Max | | |
| Miles | Albert | T. | Sr |
| Miles | Clifton | | |
| Miller | Carlton | L | |
| Miller | Harold | Thomas | |
| Miller | Laune | | Jr |
| Miller | Lawrence | Paul | |
| Milo | Ballard | | Sr. |
| Mims | James | | |
| Mingle | Charles | E | |
| Minter | James | R. | |
| Mire | Joseph | D. | |
| Mitchell | Alfred | D | |
| Mitchell | Charles | Joseph | |
| Mitchell | William | J. | |
| Moody | Lyle | | |
| Moore | Ernest | M. | Sr. |
| MOORE | ERNESTINE | | |
| Moore | Horace | L | |
| Moore | Mack | | Jr |
| Morale | Floyd | J | |
| Moreland | Larry | J. | |
| Morgan | Arthur | M | Jr. |
| Morgan | Bennie | | |
| Morris | Jerry | L. | |
| Morris | Jerry | W. | |
| Morns | Lester | Raymond | |
| Morris | Russell | Dale | |
| Morrow | Ivory | | |
| Morrow | Richard | B. | |
| Mosley | Trudy | G | |
| Moten | James | H. | |
| Moton | Wilbert | | |
| Mott | John | | |
| Mouton | Robert | W. | |
| Mueller | David | W. | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Mumbach | William | B. | |
| Murty | William | E. | Jr. |
| Myers | Adrian | James | |
| Myers | Henry | A. | |
| Myers | Levan | | |
| Myers | Orval | R | |
| Myers | Wilton | J. | |
| Nagle | Charles | L | |
| Nance | James | B. | |
| Narcisse | Delton | | |
| Narcisse | Paul | | Jr |
| Nash | Henry | | |
| Nation | Louis | O. | |
| Neel | Nolan | R | |
| Nelson | Arden | | |
| Nelson | Willie | D | Sr |
| Neville | Earl | | Jr. |
| Nevils | Leroy | | |
| Newman | Willie | L | |
| Nichols | Roy | A | |
| Nichols | Thirmon | L. | |
| Nickson | Alfred | | Jr. |
| Nix | Richard | | |
| Nixon | Thomas | M. | |
| Noble | Murphy | W | |
| Noland | Robert | V. | |
| Norris | Edwin | | |
| Norris | John | | |
| Norton | Herbert | C | |
| Noyola | Pedro | | |
| O'Kelley | Larry | J. | |
| Obey | James | C. | |
| Odle | Billy | | |
| Oldham | Robert | E | |
| Oliver | Anthony | Russell | |
| Oliver | Vernon | Sherwood | Sr. |
| Orphe | Joseph | M. | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Orta | Manuel | Ruben | |
| Ortego | Jimmy | L. | Sr. |
| Ortiz | Oscar | | |
| Ortiz | Raul | J | |
| Oville | Leon | | |
| Owens | Robert | L. | Jr |
| Owers | Nathan | C | |
| Pantalion | Louis | C | |
| Park | Glenn | S. | |
| Parker | Larry | J. | |
| Parker | Ray | E. | |
| Parkerson | Elvin | J | |
| Parks | Danny | W | |
| Parks | Emmit | B. | |
| Patton | Charles | E. | Jr. |
| Paul | John | O | |
| Payne | Manuel | | Sr. |
| Payton | James | | Jr |
| Peery | George | R. | |
| Pelaez | Paul | | |
| Pelton | John | S. | |
| Periou | Bennett | | |
| Perolio | George | Allison | |
| Perrio | George | William | |
| Perron | Malcolm | J | |
| Perry | Charlie | | |
| Pete | Joseph | | |
| Peterson | Richard | | |
| Peveto | Stafford | O | Jr. |
| Peveto | William | T. | |
| Phillips | Charlotte | | |
| Phillips | S.J | I. | |
| Phillips | Talmadge | C. | |
| Pickens | Richard | | |
| Pierce | Marjorie | | |
| Piper | Clarence | Jean | |
| Pitre | Percy | | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Pittman | John | M | Jr |
| Placette | Harold | S | |
| Placide | Cornelius | | |
| Plant | James | F. | Jr. |
| Plokhooy | Donald | J. | |
| Poindexter | Don | W. | |
| Polanco | Cruz | G | |
| Polite | Herbert | D. | |
| Ponthieu | Emeric | Clinton | |
| Pope | J | C | |
| Poss | Willie | E | |
| Powell | James | Lloyd | |
| Pratt | George | T. | |
| Prejean | Cleopha | | Jr. |
| Prescott | Oscar | George | |
| Presley | Henry | Joseph | |
| Preston | Wilbert | | |
| Prevost | Warren | J. | |
| Price | John | | Sr. |
| Primeaux | Ronald | J. | |
| Provost | Leo | J | Sr |
| Prudhomme | Elton | C | |
| Pruitt | Carroll | E. | |
| Pryor | Robert | | |
| Pugh | John | Henry | Jr. |
| Queen | Tom | D | |
| Rachal | Vernon | G. | |
| Ramirez | Albert | | |
| Ramirez | Felix | P | |
| Ramos | Cruz | M | |
| Ramsey | Richard | | Sr. |
| Randall | Henry | E | |
| Randle | Avery | J. | |
| Rawls | Jesse | J. | Jr. |
| Raybon | Kenneth | W. | |
| Redo | Gus | | Jr. |
| Reed | James | | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Reed | Willis | J | Sr. |
| Reese | Edward | J | |
| Rhoney | Jack | W | |
| Richard | Bobby | | |
| Richard | Calvin | P. | |
| Richard | John | G. | |
| Richard | Joseph | C. | |
| Richard | Lloyd | | |
| Richard | Stephen | Martel | |
| Richardson | Jack | S | |
| Richardson | Ralph | Lloyd | |
| Richardson | Rex | | |
| Richey | Jake | H. | |
| Rideaux | James | | |
| Rideaux | John | | |
| Rider | Ronald | W | |
| Risinger | Buron | T | |
| Roach | David | G | |
| Roach | Selena | | |
| Roberts | Curtis | Conrad | |
| Roberts | Roland | P. | |
| Robicheaux | Joseph | N. | |
| Robinson | Calvin | | |
| Rochau | Keith | L. | |
| Roddy | Garland | James | |
| Rogers | Charles | W. | |
| Rojas | Jesse | | |
| Romero | Cleveland | | |
| Roork | Jack | | |
| Rost | George | Louis | |
| Roux | Ernest | A. | |
| Rowe | Henry | Ray | |
| Rowe | Walter | | Jr |
| Roy | Larry | | |
| Roy | Paul | Alexander | Jr. |
| Rubin | Joseph | G. | Sr. |
| Samford | Wayland | B | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Sampson | Lawrence | | |
| Sanchez | John | P | |
| Sanders | Gerald | L. | Sr. |
| Sanders | Mary | E. | |
| Sanders | R. | C | |
| Sarden | Willie | G. | |
| Sargent | James | A | |
| Savoy | Lolan | J. | |
| Schexenider | Roy | | |
| Schiffman | Joseph | W | |
| Schluntz | Harold | F. | |
| Schoolfield | John | H. | |
| Schroeder | Raymond | | |
| Scott | Abraham | | |
| Scott | Henry | V | Jr. |
| Scott | Louis | | |
| Scott | Willie | D. | |
| Seal | Francis | H. | |
| Sears | Joseph | E | |
| Seaux | Stanford | Mark | |
| Seaux | Wilford | F. | |
| Sells | Fred | T. | |
| Sennet | Arthur | | Sr |
| Sennet | Preston | J. | |
| Shafer | Arthur | I | Jr |
| Sharp | Victor | M. | |
| Sheann | Ulissus | Dean | |
| Sheffield | Woodrow | | |
| Shelton | Thomas | E. | |
| Shepherd | Gene | | |
| Shepherd | Morris | | |
| Sherman | Clarence | J. | |
| Sherman | James | | Jr. |
| Shields | Clyde | C. | Jr. |
| Showman | John | D | |
| Sias | Clifford | | |
| Sieber | Monroe | P. | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Sigona | John | C. | |
| Simar | Hubert | A. | |
| Simien | Darns | Joseph | |
| Simieou | Raymond | | |
| Simmons | Ozzie | | |
| Simms | Bobby | Lee | |
| Simon | Roosevelt | | |
| Simon | Wallace | J. | |
| Simonette | Paul | C | |
| Sims | Larry | C | |
| Singleton | Joseph | | |
| Singleton | Sammie | | |
| Singleton | Sylvester | | Jr. |
| Siragusa | Larry | James | |
| Slaughter | Murlon | J | |
| Smith | Aubrey | | |
| Smith | Basil | C. | Jr. |
| Smith | Bobby | D. | |
| Smith | Donald | J. | |
| Smith | Donald | Ray | |
| Smith | Donald | Russell | |
| Smith | Eldon | E. | |
| Smith | Floyd | C. | |
| Smith | James | | |
| Smith | John | Henry | |
| Smith | Neil | | |
| Smith | Sidney | | Jr |
| Smith | Vester | | |
| Smith | William | D. | |
| Snell | Sheldon | L | |
| Soileau | Eval | | |
| Solarie | Paul | | |
| Spears | Joe | L | |
| Spears | Robert | | |
| Spector | Sammie | Sidney | |
| Spikes | Melvin | | Jr |
| St. Junious | Warren | L | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Stanley | W | J. | |
| Stansbury | Claude | A | |
| Stansbury | Howard | I. | |
| Stansbury | Robert | L. | |
| Stansbury | Wilson | James | |
| Starring | William | | Jr. |
| Steele | Ernest | G. | |
| Stelly | Jesse | | |
| Stephson | Albert | | |
| Sterling | Robert | E | |
| Stewart | James | N | |
| Stewart | Murphy | J. | |
| Stewart | Roger | G | |
| Stills | Sammy | | |
| Stout | James | L. | |
| Stout | Robert | | |
| Strong | Raymond | Lewis | |
| Sullivan | William | M | III |
| Suttle | Raymond | E. | |
| Swanzy | Joe | D | |
| Sylestine | Delson | | |
| Sylvester | Edward | J. | |
| Tanner | Lyle | A | |
| Tatman | Murphy | Lee | |
| Tatmon | Harold | Lee | |
| Taylor | Harold | I. | |
| Taylor | Isiah | | |
| Taylor | Milton | | |
| Taylor | Oidin | J | |
| Taylor | Raymond | T. | |
| Temple | Roy | | |
| Thibodeaux | London | | Sr. |
| Thibodeaux | Robert | R. | |
| Thomas | Allon | H | |
| Thomas | Charles | Ellis | |
| Thomas | Charles | F. | |
| Thomas | Wilbert | H. | Sr. |

| Last Name | First Name | Middle Name | Suffix |
|-----------|-----------|-------------|--------|
| Thompson | George | D | |
| Tinsley | Jack | | |
| Tomlin | Marlon | E. | |
| Tompkins | Leroy | | |
| Tomplait | Adam | | |
| Trahan | Curtis | C | |
| Trahan | Donald | O | |
| Trahan | M. | Wayne | |
| Trahan | Melvin | J | |
| Trahan | Sidney | J | Sr. |
| Trahan | Tommy | R | |
| Trainer | Melton | J. | |
| Travis | Robert | D. | |
| Trejo | Inneo | C. | |
| Trusty | Chester | J | |
| Tuckerville | Nathaniel | | |
| Turner | Arthur | W | Jr |
| Turner | Stewart | | Jr |
| Turner | Warren | | |
| Tyler | Irving | | Sr |
| Valsin | Leonard | P. | |
| VanDyke | Graham | P | |
| VanOuwerkerk | William | | |
| VanRight | Hilton | | |
| Vasquez | Robert | | |
| Venable | Edwin | G. | |
| Vernon | James | | Jr. |
| Victor | Dalton | J. | |
| Victor | Liodice | | |
| Viltz | Lawrence | | |
| Vincent | Ludger | J | Jr. |
| Vito | Junius | A | |
| Waits | Donald | Ray | |
| Waldrup | Billy | J. | |
| Walker | Arthur | | |
| Walker | Charlie | L. | |
| Walker | Dent | | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Walker | Monroe | James | |
| Walker | Vicie | Mae | |
| Wall | Jerry | | |
| Wallace | Jacob | | |
| Wallace | John | D | Jr |
| Walles | Homer | L. | |
| Walston | Marvin | Ray | |
| Walton | Thomas | W. | |
| Wappler | Marvin | Fred | |
| Ware | Albert | | Jr. |
| Ware | Charles | D | Sr. |
| Warren | Frank | | |
| Warren | John | G | |
| Washenfelder | David | | Jr. |
| Washington | Freddie | J | |
| Washington | Herman | | |
| Washington | Sumpter | W. | |
| Washington | Walter | | Jr |
| Waters | Woodval | H. | |
| Webb | Edward | A. | |
| Webb | James | Harvey | |
| Webb | Larry | N | Sr |
| Webb | Tippy | | |
| Webster | Charles | W | Jr. |
| Weeks | Claude | Ray | |
| Weeks | Robert | Duane | |
| Weems | Jed | B | |
| Weiss | Joe | H | |
| Welch | Jimmy | L. | Jr |
| Welch | Walter | Calvin | |
| West | Allen | E. | Sr. |
| West | Charles | H. | Sr. |
| West | Vinson | | |
| Westbrooks | Ernest | | |
| Whitaker | Allen | | Sr |
| White | Milton | J. | |
| White | Paul | R | |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| White | Robert | E. | |
| White | Roddy | L. | |
| Whitehead | Daniel | L. | |
| Whitehead | Jack | F. | |
| Whitton | P. | C | |
| Wilkerson | Ralph | K | |
| Wilkinson | Jewel | | |
| Willey | James | A | |
| Williams | Aaron | W | |
| Williams | Ben | E | Sr |
| Williams | Carson | | Jr |
| Williams | Charles | L. | |
| Williams | Chester | | |
| Williams | David | R | |
| Williams | Dennis | | |
| Williams | J | G. | |
| Williams | Johnny | | Jr. |
| Williams | L. | V. | |
| Williams | Lawrence | | |
| Williams | Tommie | | |
| Williams | Wesley | L | Jr |
| Willis | Ernest | E. | Jr |
| Willis | Ronald | C. | |
| Wilmore | Thomas | N. | |
| Wilson | J. | D. | |
| Wilson | Willie | | |
| Womack | Billy | E. | |
| Womack | Howard | R. | |
| Womack | Lenord | R | |
| Wood | Francis | L. | |
| Woods | Lee | Joe | Sr |
| Woods | Thomas | R | |
| Woodside | Bobby | Ray | |
| Woodward | Milton | R. | |
| Worthington | David | H | |
| Wright | Chester | P | |
| Wright | Kenneth | J. | |

| Last Name | First Name | Middle Name | Suffix |
|-----------|------------|-------------|--------|
| Wukasch | Louis | O. | Sr. |
| Yates | Morris | F. | |
| Young | Alvin | | |
| Young | Michael | | |
| Young | Stevenson | | |
| Young | Walton | E | Jr. |
| Yust | Freddie | | Sr. |
| Zampini | Louis | A. | |
| Zeno | Albert | | |
| Zeno | Edward | | Jr. |
| Zenon | Lawrence | J | |