# EXHIBIT "B"

(Claimants represented by Chris Parks and the law firm of Chris Parks & Associates)

# EXHIBIT B
## *(Claimants still represented by Chris Parks and the law firm of Chris Parks and Associates)*

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| Arceneaux | G. | Mark | |
| Berry | William | Clyde | |
| BLAND | GEORGIA | | |
| Bourque | Claude | | Jr |
| Brown | Douglas | D. | Sr. |
| Buckner | Hamilton | | |
| Champagne | Lester | J. "Tim" | Jr. |
| Conway | Robert | K | Sr. |
| Crosby | Lee | P. | |
| DeRoche | Floyd | | |
| Dodd | Roland | E | |
| Dowden | L | Wayne | |
| Dowden | R | J | |
| Foret | Dennis | | |
| Fox | C. | J | |
| Fuller | Earl | Preston | |
| Hanks | John | E. | Jr. |
| Hanlon | John | W | |
| Hart | Wendall | | |
| Hernandez | Manuel | | |
| Hickey | Arthur | | |
| Higginbotham | John | B. | |
| Hoyt | Thomas | | |
| Jackson | John | E. | |
| Jackson | Thomas | W. | |
| Jones | Edwin | R | |
| Juneau | Julius | J. | |
| Jungen | Edward | Lee | |
| Laird | Clyde | W | |
| Lawson | Wiley | J | |
| LeBouef | Ronald | Lee | |
| Little | Larry | | |
| Louis | Paul | A | Sr. |
| Means | Robert | O | |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| Means | Rudolph | B | |
| Miles | Efra | Lloyd | |
| Nation | Donald | A. | Sr |
| Nelson | Ada | | |
| Oltremari | Louis | | |
| Pitts | James | R | |
| Pitts | Wilburn | J | |
| Poche | Curley | | |
| Quebedeaux | Melvin | "Jim" | Sr. |
| Rawlinson | Herman | R. | |
| Reed | Michael | A | |
| Sharffet | Lawrence | | |
| Shivers | Linwood | L | |
| Stratton | Leslie | F. | |
| Thomas | Edward | | |
| Uher | Eddie | | |
| Wallace | David | E. | |
| Waters | Larry | | |
| Woodard | Henry | | |
| Young | Joe | L | |