**EXHIBIT A**

# The Blackstone Group®

September 21, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of April 1, 2006 through April 30, 2006:    $    75,000.00

Out-of-pocket expenses processed for the period through April 30, 2006: [1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 41.82 | |
| Communications | | 58.06 | |
| Document Production | | 76.95 | |
| Lodging | | 31.98 | 208.81 |
| **Total Amount Due** | | **$** | **75,208.81** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 11414

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 11414**

| | GL Detail Apr-06 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 41.82 | $ | 41.82 |
| Communications - Teleconferencing | | 58.06 | | 58.06 |
| Document Production | | 76.95 | | 76.95 |
| External Research - Thomson | | 22.54 | | 22.54 |
| External Research - Online Database | | 9.44 | | 9.44 |
| **Total Expenses** | **$** | **208.81** | **$** | **208.81** |
| | | | | |
| | **Ground Transportation** | | **$** | **41.82** |
| | **Communications** | | | **58.06** |
| | **Document Production** | | | **76.95** |
| | **Research** | | | **31.98** |
| | **Total Expenses** | | **$** | **208.81** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through April 30, 2006**
**Invoice No. 11414**

**Ground Transportation - Car Service - Elite**

| | | | | |
|---|---|---|---|---|
| O'Connell (car to LaGuardia Airport in Queens, NY from home) | 02/24/06 | 41.82 | | |
| | Subtotal - Ground Transportation - Car Service - Elite | | $ | 41.82 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| Zilly | 03/30/06 | 6.37 | |
| Zilly | 03/30/06 | 22.04 | |
| Zilly | 03/30/06 | 29.65 | |
| | Subtotal - Communications - Teleconferencing | | 58.06 |

**Document Production**

| | | | |
|---|---|---|---|
| O'Connell | 03/20/06 - 04/02/06 | 76.95 | |
| | Subtotal - Document Production | | 76.95 |

**External Research - Thomson**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 01/01/06 - 01/07/06 | 22.54 | |
| | Subtotal - External Research - Thomson | | 22.54 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 01/03/06 | 7.04 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 03/12/06 | 2.40 | |
| | Subtotal - External Research - Online Database | | 9.44 |
| | **Total Expenses** | | $ 208.81 |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD
### APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 48.8 |
| Jamie O'Connell | Associate | 50.1 |
| JP Munfa | Analyst | 5.0 |
| | **Total** | **103.9** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/03/06 | 0.5 | Business Analysis | Internal meeting regarding business analysis |
| Jamie O'Connell | 04/03/06 | 0.5 | Business Analysis | Call with G. Young and C. Schult regarding business update |
| Jamie O'Connell | 04/03/06 | 0.3 | Business Analysis | Call with M. Conron of Grace regarding business analysis |
| Jamie O'Connell | 04/03/06 | 0.3 | Business Analysis | Review of business analysis |
| Jamie O'Connell | 04/03/06 | 0.5 | Business Analysis | Correspondence with M. Shelnitz and M. Conron of Grace regarding business analysis |
| Jamie O'Connell | 04/03/06 | 0.5 | Business Analysis | Call with M. Shelnitz of Grace regarding business analysis |
| Jamie O'Connell | 04/04/06 | 0.5 | Business Analysis | Review of Project Beaches material |
| Jamie O'Connell | 04/04/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding Project Beaches |
| Jamie O'Connell | 04/04/06 | 1.3 | Business Analysis | Business analysis |
| Jamie O'Connell | 04/05/06 | 2.0 | Business Analysis | Business analysis |
| Jamie O'Connell | 04/05/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business analysis |
| Pamela Zilly | 04/06/06 | 1.0 | Business Analysis | Call with E. Filon re: cash flows |
| Pamela Zilly | 04/06/06 | 1.0 | Business Analysis | Review Project Beaches material |
| Jamie O'Connell | 04/10/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business analysis |
| Jamie O'Connell | 04/10/06 | 0.3 | Business Analysis | Call with J. McFarland and C. Schult of Grace regarding draft motion |
| Pamela Zilly | 04/10/06 | 0.8 | Business Analysis | Review motion re: Project Beaches |
| Jamie O'Connell | 04/12/06 | 0.3 | Business Analysis | Call with J. Petro of Grace regarding bankruptcy procedures |
| Jamie O'Connell | 04/13/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business analysis |
| Jamie O'Connell | 04/13/06 | 0.3 | Business Analysis | Call with L. Hamilton of Capstone regarding business analysis |
| Pamela Zilly | 04/17/06 | 1.0 | Business Analysis | Call with F. Festa, G. Poling, G. Young re: Project Spaghetti |
| Pamela Zilly | 04/17/06 | 1.0 | Business Analysis | Read various motions - acquisition of Catalyst Componentsts Busine |
| Pamela Zilly | 04/18/06 | 2.0 | Business Analysis | Review cash flow analyses and presentation |
| Pamela Zilly | 04/18/06 | 0.8 | Business Analysis | Call with E. Filon re: creditors meeting, cash flows |
| Pamela Zilly | 04/19/06 | 1.0 | Business Analysis | Review Project Spaghetti presentation |
| Pamela Zilly | 04/19/06 | 0.8 | Business Analysis | Call with R. Tarola re: options analysis |
| Jamie O'Connell | 04/20/06 | 1.3 | Business Analysis | Review draft materials for April 25 meeting with financial advisors |
| JP Monfa | 04/20/06 | 3.0 | Business Analysis | Update comparable company analyses |
| Pamela Zilly | 04/20/06 | 2.5 | Business Analysis | Research re: options analysis |
| Pamela Zilly | 04/20/06 | 1.0 | Business Analysis | Review and mark up Project Spaghetti presentation |
| Pamela Zilly | 04/20/06 | 1.0 | Business Analysis | Call with E. Filon re: creditors meeting, cash flows |
| Pamela Zilly | 04/20/06 | 1.0 | Business Analysis | Call with D. Neuberger re: comments on Project Spaghetti presentation |
| Pamela Zilly | 04/20/06 | 2.5 | Business Analysis | Revise Project Spaghetti presentation |
| Jamie O'Connell | 04/21/06 | 0.5 | Business Analysis | Discussion of business analysis w/ P. Zilly |
| Pamela Zilly | 04/21/06 | 1.2 | Business Analysis | Review revised cash flows and presentation |
| Pamela Zilly | 04/21/06 | 1.0 | Business Analysis | Call with E. Filon, R. Tarola re: cash flow analyses |
| Pamela Zilly | 04/21/06 | 1.0 | Business Analysis | Review materials for 4/25/ financial advisors meeting |
| Pamela Zilly | 04/21/06 | 0.5 | Business Analysis | Discussion w/ J. O'Connell re: business analysis |
| Pamela Zilly | 04/22/06 | 1.0 | Business Analysis | Read materials re: Wauconda settlement |
| Jamie O'Connell | 04/23/06 | 3.0 | Business Analysis | Business analysis |
| Pamela Zilly | 04/23/06 | 1.5 | Business Analysis | Review Project Spaghetti presentation; discussion with J. O'Connell re: additional information |
| Jamie O'Connell | 04/24/06 | 0.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 04/24/06 | 0.5 | Business Analysis | Call with D. Neuberger of Grace |
| Jamie O'Connell | 04/24/06 | 0.3 | Business Analysis | Call with E. Filon of Grace |
| Jamie O'Connell | 04/24/06 | 0.5 | Business Analysis | Call with M. Brown and B. Dockman of Grace regarding business analysis |
| Pamela Zilly | 04/24/06 | 1.0 | Business Analysis | Call with G. Poling, G. Young re: Project Spaghetti presentation |
| Jamie O'Connell | 04/25/06 | 2.3 | Business Analysis | Meeting with Grace management to discuss business analysis |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2006 THROUGH APRIL 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/25/06 | 0.3 | Business Analysis | Correspondence with B. Sarikas of Grace |
| JP Munfa | 04/25/06 | 2.0 | Business Analysis | Meeting with Grace management and financial advisors to discuss business analysis |
| Pamela Zilly | 04/25/06 | 2.0 | Business Analysis | Meeting with Grace management to discuss business analysis |
| Pamela Zilly | 04/26/06 | 1.0 | Business Analysis | Review Project Spaghetti model |
| Pamela Zilly | 04/26/06 | 0.5 | Business Analysis | Correspondence with F. Festa, G. Poling re: Project Spaghetti |
| Jamie O'Connell | 04/27/06 | 1.0 | Business Analysis | Business analysis |
| Jamie O'Connell | 04/27/06 | 0.5 | Business Analysis | Call with D. Neuberger of Grace and follow-up correspondence |
| Jamie O'Connell | 04/27/06 | 0.3 | Business Analysis | Correspondence with E. Filon of Grace |
| Pamela Zilly | 04/28/06 | 0.3 | Business Analysis | Review German Loan repayment schedule for distribution |
| | | **52.9** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/03/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/03/06 | 0.5 | Committee | Call with B. McGowan, J. Forgach and Piper Jaffray regarding pension matters |
| Jamie O'Connell | 04/03/06 | 0.3 | Committee | Call with J. Brownstein of Piper Jaffray regarding pension matters |
| Jamie O'Connell | 04/04/06 | 1.3 | Committee | Draft correspondence to financial advisors regarding business update |
| Jamie O'Connell | 04/04/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding business analysis |
| Jamie O'Connell | 04/05/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/06/06 | 0.8 | Committee | Call with financial advisors and Grace management regarding business update |
| Jamie O'Connell | 04/06/06 | 0.3 | Committee | Correspondence with Tersigni regarding pension matters |
| Jamie O'Connell | 04/06/06 | 0.3 | Committee | Call with J. Sinclair of Tersigni regarding various requests |
| Jamie O'Connell | 04/06/06 | 0.3 | Committee | Call with J. Brownstein of Piper Jaffray regarding pension matters |
| Jamie O'Connell | 04/06/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/06/06 | 0.5 | Committee | Call with CDG and J. Forgach regarding pension matters |
| Pamela Zilly | 04/06/06 | 0.8 | Committee | Call with financial advisors, management re: business update |
| Jamie O'Connell | 04/07/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/07/06 | 0.3 | Committee | Call with T. Wescher of Peninsula Capital regarding various matters |
| Jamie O'Connell | 04/07/06 | 0.8 | Committee | Correspondence with Piper Jaffray regarding pension matters |
| Jamie O'Connell | 04/07/06 | 0.5 | Committee | Call with J. Brownstein of Piper Jaffray and C. Schult of Grace regarding business update |
| Jamie O'Connell | 04/10/06 | 0.3 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 04/10/06 | 0.3 | Committee | Call with J. Brownstein of Piper Jaffray regarding quarterly review call |
| Jamie O'Connell | 04/12/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/13/06 | 0.3 | Committee | Call with J. Forgach of Grace regarding pension matters |
| Jamie O'Connell | 04/13/06 | 0.3 | Committee | Respond to Capstone inquiry |
| Jamie O'Connell | 04/13/06 | 0.5 | Committee | Respond to Tersigni requests, including call with A. Prills of Tersigni |
| Jamie O'Connell | 04/13/06 | 0.5 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 04/14/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/17/06 | 0.5 | Committee | Respond to Tersigni inquiry |
| Jamie O'Connell | 04/18/06 | 0.5 | Committee | Coordinate meeting for financial advisors |
| Jamie O'Connell | 04/18/06 | 0.8 | Committee | Call with Tersigni, B. McGowan, J. Forgach and AON regarding pension matters |
| Jamie O'Connell | 04/20/06 | 0.5 | Committee | Correspondence regarding committee matters |
| Jamie O'Connell | 04/21/06 | 0.3 | Committee | Respond to Tersigni inquiry |
| Jamie O'Connell | 04/21/06 | 0.3 | Committee | Call with C. Schult of Grace and L. Hamilton of Capstone regarding business analysis |
| Pamela Zilly | 04/21/06 | 0.3 | Committee | Call with S. Cunningham |
| Jamie O'Connell | 04/24/06 | 0.5 | Committee | Call with C. Shult of Grace and M. Berkin and A. Prills of Tersigni regarding business update |
| Jamie O'Connell | 04/24/06 | 0.5 | Committee | Call with R. Frezza of Capstone regarding claims |
| Jamie O'Connell | 04/24/06 | 1.0 | Committee | Call with Capstone, Stroock and Grace management regarding business update |
| Jamie O'Connell | 04/24/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding business analysis |
| Jamie O'Connell | 04/24/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/25/06 | 2.0 | Committee | Meeting with Grace management and financial advisors to discuss business analysis |
| Jamie O'Connell | 04/25/06 | 0.3 | Committee | Review Grace correspondence to Stroock |
| Pamela Zilly | 04/25/06 | 2.3 | Committee | Meeting with Capstone, Tersigni, CDG representatives re: Project Spaghetti and cash flows |
| Pamela Zilly | 04/25/06 | 0.3 | Committee | Call with J. Radecki |
| Jamie O'Connell | 04/26/06 | 0.5 | Committee | Call with C. Schult of Grace and L. Hamilton of Capstone regarding business analysis |
| Pamela Zilly | 04/26/06 | 0.4 | Committee | Call with S. Cunningham |
| Jamie O'Connell | 04/28/06 | 1.0 | Committee | Manage various committee requests |
| | | **24.4** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/02/06 | 0.5 | Employee Benefits/Pension | Review draft pension motion |
| Jamie O'Connell | 04/03/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan and J. Forgach regarding pension matters |
| Jamie O'Connell | 04/03/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding pension matters |
| Pamela Zilly | 04/03/06 | 0.5 | Employee Benefits/Pension | Call with Piper Jaffray re: pension funding motion |
| Jamie O'Connell | 04/04/06 | 0.5 | Employee Benefits/Pension | Call with B. McGowan, J. Forgach and Capstone regarding pension matters |
| Pamela Zilly | 04/04/06 | 1.0 | Employee Benefits/Pension | Call with management, counsel re: pending motions and POR  status |
| Jamie O'Connell | 04/05/06 | 0.3 | Employee Benefits/Pension | Call with J. Forgach of Grace regarding pension matters |
| Jamie O'Connell | 04/05/06 | 0.3 | Employee Benefits/Pension | Call with J. Forgach of Grace regarding pension matters |
| Pamela Zilly | 04/05/06 | 0.5 | Employee Benefits/Pension | Discussion with J. Forgach re: final minimum contribution numbers |
| Pamela Zilly | 04/05/06 | 0.4 | Employee Benefits/Pension | Call with B. McGowan re: final minimum contribution numbers |
| Pamela Zilly | 04/05/06 | 1.0 | Employee Benefits/Pension | Review revised pension funding motion |
| Jamie O'Connell | 04/06/06 | 0.3 | Employee Benefits/Pension | Call with J. Forgach of Grace regarding pension matters |
| Pamela Zilly | 04/06/06 | 1.0 | Employee Benefits/Pension | Review data supporting minimum funding calculations |
| Pamela Zilly | 04/06/06 | 0.6 | Employee Benefits/Pension | Draft correspondence to financial advisors, call with R. McGowan re: minimum funding requirements |
| Pamela Zilly | 04/06/06 | 1.0 | Employee Benefits/Pension | Review revised pension funding motion |
| Jamie O'Connell | 04/10/06 | 0.3 | Employee Benefits/Pension | Review correspondence |
| Jamie O'Connell | 04/10/06 | 0.3 | Employee Benefits/Pension | Call with S. Bianca of Kirkland & Ellis regarding draft motion |
| Pamela Zilly | 04/10/06 | 0.5 | Employee Benefits/Pension | Review revised pension funding motion |
| Jamie O'Connell | 04/12/06 | 0.8 | Employee Benefits/Pension | Review draft motion |
| Jamie O'Connell | 04/27/06 | 0.8 | Employee Benefits/Pension | Call with Grace management and Kirkland & Ellis regarding pension motion |
| Pamela Zilly | 04/27/06 | 0.4 | Employee Benefits/Pension | Call with F. Festa re: pension funding |
| Pamela Zilly | 04/27/06 | 0.8 | Employee Benefits/Pension | Call with Grace management, counsel re: pension funding |
| | | 12.4 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2006 THROUGH APRIL 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/06 | 0.5 | Financing | Review draft pension funding motion (2nd) |
| Pamela Zilly | 04/05/06 | 1.0 | Financing | Call with T. Freedman, J. Baer, E. Filon re: Bank of America LC issue |
| Pamela Zilly | 04/11/06 | 0.3 | Financing | Correspondence (J. Baer/E. Filon) re Bank of America LC issues |
| Pamela Zilly | 04/12/06 | 0.3 | Financing | Correspondence (J. Baer/E. Filon) re Bank of America LC issues |
| | | **2.1** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/17/06 | 2.0 | Hearings | Participate telephonically in the April 17, 2006 court hearing |
| Pamela Zilly | 04/17/06 | 2.0 | Hearings | Attend Court Hearing via phone |
| Pamela Zilly | 04/17/06 | 0.5 | Hearings | Call with E. Leibenstein re: Court Hearing |
| | | 4.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2006 THROUGH APRIL 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/29/06 | 0.8 | Other | Manage various committee requests |
| | | 0.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/03/06 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: security analyses |
| Pamela Zilly | 04/03/06 | 0.5 | Plan and Disclosure Statement | Review illustrative security analysis |
| Jamie O'Connell | 04/04/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 04/05/06 | 0.7 | Plan and Disclosure Statement | Review illustrative security analysis |
| Jamie O'Connell | 04/18/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 04/18/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: pending motions and POR status |
| Pamela Zilly | 04/18/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR, Court Hearing |
| Jamie O'Connell | 04/25/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 04/25/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 04/27/06 | 1.0 | Plan and Disclosure Statement | Analysis of 3/30/06 draft claims amounts |
| | | **6.8** | | |

The Blackstone Group®

September 21, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of May 1, 2006 through May 31, 2006:  $          100,000.00

Out-of-pocket expenses processed for the period through May 31, 2006:[1]

| | | |
|---|---:|---:|
| Airfare | $    583.77 | |
| Ground Transportation | 145.49 | |
| Communications | 252.46 | |
| Meals | 314.20 | |
| Document Production | 69.00 | |
| Research | 295.34 | 1,660.26 |
| **Total Amount Due** | $ | **101,660.26** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 11781

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 11781**

| | GL Detail May-06 | | Total Expenses | |
|---|---|---|---|---|
| Airfare | $ | 583.77 | $ | 583.77 |
| Ground Transportation - Car Service - Elite | | 50.49 | | 50.49 |
| Ground Transportation - Local Travel | | 95.00 | | 95.00 |
| Communications - Teleconferencing | | 240.00 | | 240.00 |
| Communications - Federal Express | | 12.46 | | 12.46 |
| Employee Meals | | 314.20 | | 314.20 |
| Document Production | | 69.00 | | 69.00 |
| Internal Research | | 240.00 | | 240.00 |
| External Research - Thomson | | 34.06 | | 34.06 |
| External Research - Online Database | | 21.28 | | 21.28 |
| **Total Expenses** | **$** | **1,660.26** | **$** | **1,660.26** |

| | | |
|---|---|---|
| **Airfare** | **$** | **583.77** |
| **Ground Transportation** | | **145.49** |
| **Communications** | | **252.46** |
| **Meals** | | **314.20** |
| **Document Production** | | **69.00** |
| **Research** | | **295.34** |
| **Total Expenses** | **$** | **1,660.26** |

W.R. Grace & Co.
Detail of Expenses Processed
Through May 31, 2006
Invoice No. 11781

**Airfare**

| | | | |
|---|---|---|---|
| O'Connell (travel agency fee for booking of one-way flight to Baltimore, MD dated 02/24/06) | 02/23/06 | 20.00 | |
| O'Connell (one-way coach class flight to Baltimore, MD from Queens, NY) | 02/24/06 | 394.79 | |
| O'Connell (travel agency fee for booking of one-way flight to Queens, NY dated 02/24/06) | 02/24/06 | 20.00 | |
| O'Connell (one-way coach class flight to Queens, NY from Washington, DC) | 02/24/06 | 148.98 | |
| | Subtotal - Airfare | | $ 583.77 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 02/24/06 | 50.49 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 50.49 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi home from LaGuardia Airport in Queens, NY) | 02/24/06 | 45.00 | |
| O'Connell (weekend taxi home from Blackstone) | 02/25/06 | 16.00 | |
| O'Connell (weekend taxi to Blackstone from home) | 02/26/06 | 16.00 | |
| O'Connell (weekend taxi home from Blackstone) | 02/26/06 | 18.00 | |
| | Subtotal - Ground Transportation - Local Travel | | 95.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell | 02/28/06 | 80.00 | |
| O'Connell | 03/28/06 | 80.00 | |
| O'Connell | 04/18/06 | 80.00 | |
| | Subtotal - Communications - Teleconferencing | | 240.00 |

**Communications - Federal Express**

| | | | |
|---|---|---|---|
| Otero | 04/26/06 | 12.46 | |
| | Subtotal - Communications - Federal Express | | 12.46 |

**Employee Meals**

| | | | |
|---|---|---|---|
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 02/23/06 | 20.37 | |
| O'Connell (weekend meal @ Blackstone) | 02/24/06 | 11.38 | |
| O'Connell (catered lunch meal for 12 people during client meeting held @ Blackstone) | 03/15/06 | 282.45 | |
| | Subtotal - Employee Meals | | 314.20 |

**Document Production**

| | | | |
|---|---|---|---|
| Munfa | 04/24/06 - 04/30/06 | 6.00 | |
| Munfa | 04/24/06 - 04/30/06 | 63.00 | |
| | Subtotal - Document Production | | 69.00 |

**Internal Research**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 04/20/06 | 240.00 | |
| | Subtotal - Internal Research | | 240.00 |

**External Research - Thomson**

| | | | |
|---|---|---|---|
| Munfa (online data research) | 04/20/06 | 34.06 | |
| | Subtotal - External Research - Thomson | | 34.06 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| Munfa (retrieved court filings via P.A.C.E.R.) | 04/06/06 | 21.28 | |
| | Subtotal - External Research - Online Database | | 21.28 |

| | | |
|---|---|---|
| Total Expenses | $ | 1,660.26 |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD
## MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 71.9 |
| Jamie O'Connell | Associate | 48.9 |
| JP Munfa | Analyst | 16.1 |
| | Total | 136.9 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/01/06 | 1.5 | Business Analysis | Review Monthly operating reports |
| Pamela Zilly | 05/01/06 | 0.8 | Business Analysis | Review revised Project Spaghetti model |
| Jamie O'Connell | 05/02/06 | 0.5 | Business Analysis | Call with L. Van Loan of Grace regarding 3/31/06 claims estimates |
| Jamie O'Connell | 05/02/06 | 1.0 | Business Analysis | Analysis of 3/31/06 claims estimates |
| Jamie O'Connell | 05/03/06 | 1.0 | Business Analysis | Discussion with P. Zilly re: environmental site payment |
| Jamie O'Connell | 05/03/06 | 0.5 | Business Analysis | Review correspondence with Grace management |
| Jamie O'Connell | 05/03/06 | 0.5 | Business Analysis | Call with L. Duff of Grace regarding environmental issues |
| Jamie O'Connell | 05/03/06 | 1.0 | Business Analysis | Review first quarter results |
| Pamela Zilly | 05/03/06 | 1.0 | Business Analysis | Review and discussion with J. O'Connell re: Super Fund payment and motion |
| Pamela Zilly | 05/04/06 | 0.4 | Business Analysis | Review correspondence re: Project Spaghetti |
| Jamie O'Connell | 05/05/06 | 0.3 | Business Analysis | Correspondence with B. Corcoran of Grace regarding claims |
| Jamie O'Connell | 05/05/06 | 0.5 | Business Analysis | Discussion with P. Zilly re: Wauconda issues |
| Jamie O'Connell | 05/05/06 | 1.0 | Business Analysis | Review of Wauconda materials and circulation to financial advisors |
| Pamela Zilly | 05/05/06 | 1.0 | Business Analysis | Review and discussion with J. O'Connell re: Super Fund payment and motion |
| Pamela Zilly | 05/05/06 | 1.3 | Business Analysis | Read Wauconda settlement materials |
| Jamie O'Connell | 05/08/06 | 0.3 | Business Analysis | Call with L. Van Loan of Grace regarding Capstone inquiries |
| Jamie O'Connell | 05/08/06 | 0.3 | Business Analysis | Correspondence to L. Van Loan of Grace regarding Capstone inquiries |
| Pamela Zilly | 05/10/06 | 1.0 | Business Analysis | Review of information re: defense costs; correspondence with R. Finke |
| Jamie O'Connell | 05/11/06 | 4.0 | Business Analysis | Analysis of comparable company |
| Pamela Zilly | 05/11/06 | 1.2 | Business Analysis | Review closing documents on Catalysts Components transaction |
| Jamie O'Connell | 05/12/06 | 4.5 | Business Analysis | Analysis of comparable company |
| Pamela Zilly | 05/13/06 | 1.0 | Business Analysis | Read Basell Asset Purchase Agreement |
| Jamie O'Connell | 05/15/06 | 0.3 | Business Analysis | Review business update from GPC |
| Jamie O'Connell | 05/15/06 | 0.8 | Business Analysis | Meeting with P. Zilly to review comparable company analysis |
| Jamie O'Connell | 05/15/06 | 1.0 | Business Analysis | Analysis of comparable company |
| Pamela Zilly | 05/15/06 | 0.8 | Business Analysis | Meeting with J. O'Connell re: comparable company analyses |
| Pamela Zilly | 05/15/06 | 0.8 | Business Analysis | Review responses to Wauconda settlement motion |
| Jamie O'Connell | 05/16/06 | 2.3 | Business Analysis | Analysis of comparable company |
| Jamie O'Connell | 05/17/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 05/17/06 | 0.5 | Business Analysis | Read Wauconda Site settlement Motion |
| Pamela Zilly | 05/17/06 | 0.3 | Business Analysis | Status udpate with J. O'Connell |
| Jamie O'Connell | 05/19/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business matter |
| Jamie O'Connell | 05/19/06 | 1.0 | Business Analysis | Financial analysis |
| Pamela Zilly | 05/19/06 | 1.3 | Business Analysis | Review first quarter results |
| Jamie O'Connell | 05/22/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business matter |
| Jamie O'Connell | 05/22/06 | 0.5 | Business Analysis | Call with P. Zilly, J.P. Munfa and E. Filon regarding business analysis |
| JP Munfa | 05/22/06 | 3.0 | Business Analysis | Financial analysis |
| JP Munfa | 05/22/06 | 0.5 | Business Analysis | Review financial analysis with J. O'Connell |
| JP Munfa | 05/22/06 | 0.5 | Business Analysis | Call with P. Zilly, J.O'Connell and E. Filon regarding business analysis |
| Pamela Zilly | 05/22/06 | 0.5 | Business Analysis | Call with E. Filon, J. O'Connell re: business analyses |
| Jamie O'Connell | 05/23/06 | 0.3 | Business Analysis | Call with E. Filon and D. Neuberger of Grace |
| Jamie O'Connell | 05/23/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 05/23/06 | 0.3 | Business Analysis | Status udpate with J. O'Connell |
| Jamie O'Connell | 05/24/06 | 4.0 | Business Analysis | Financial analysis |
| Pamela Zilly | 05/24/06 | 0.5 | Business Analysis | Call with R. Finke re: Legal expenditures |
| Jamie O'Connell | 05/25/06 | 2.5 | Business Analysis | Financial analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/25/06 | 0.5 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| JP Munfa | 05/25/06 | 4.0 | Business Analysis | Financial analysis |
| JP Munfa | 05/25/06 | 0.5 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| Jamie O'Connell | 05/26/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| JP Munfa | 05/26/06 | 2.0 | Business Analysis | Financial analysis |
| JP Munfa | 05/26/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| Jamie O'Connell | 05/30/06 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Pamela Zilly | 05/30/06 | 1.0 | Business Analysis | Review financial model |
| Jamie O'Connell | 05/31/06 | 0.3 | Business Analysis | Correspondence with management regarding business analysis |
| Jamie O'Connell | 05/31/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| JP Munfa | 05/31/06 | 3.0 | Business Analysis | Financial analysis |
| JP Munfa | 05/31/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| Pamela Zilly | 05/31/06 | 1.5 | Business Analysis | Prepare correspondence re: litigation costs |
| Pamela Zilly | 05/31/06 | 0.5 | Business Analysis | Review slides for advisors' presentation |
| | | **63.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/01/06 | 1.0 | Committee | Manage various committee requests |
| Jamie O'Connell | 05/02/06 | 0.5 | Committee | Call with J. Sinclair of Tersigni regarding claims |
| Jamie O'Connell | 05/02/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding various requests |
| Jamie O'Connell | 05/04/06 | 1.0 | Committee | Correspondence with financial advisors regarding pension situation |
| Jamie O'Connell | 05/04/06 | 0.3 | Committee | Call with J. Brownstein of Piper Jaffray regarding pension situation |
| Jamie O'Connell | 05/05/06 | 0.3 | Committee | Correspondence with Capstone |
| Jamie O'Connell | 05/05/06 | 0.5 | Committee | Call with R. Frezza and L. Hamilton of Capstone regarding claims |
| Jamie O'Connell | 05/12/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding various requests |
| Jamie O'Connell | 05/15/06 | 1.0 | Committee | Call with Grace management and financial advisors to review first quarter results |
| Jamie O'Connell | 05/15/06 | 0.3 | Committee | Manage various committee requests |
| Pamela Zilly | 05/15/06 | 1.0 | Committee | Grace earnings call with financial advisors |
| Pamela Zilly | 05/15/06 | 1.3 | Committee | Call with Committees' financial advisors, counsel, Grace management re: pension motion |
| Jamie O'Connell | 05/16/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 05/18/06 | 1.0 | Committee | Calls and follow up with R. Frezza of Capstone |
| Jamie O'Connell | 05/19/06 | 0.3 | Committee | Call with D. Neuberger of Grace and J. Sinclair of Tersigni regarding business matter |
| Jamie O'Connell | 05/19/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 05/22/06 | 0.5 | Committee | Call with Kirkland & Ellis, Stroock and Capstone regarding Wauconda settlement |
| Jamie O'Connell | 05/23/06 | 0.3 | Committee | Call with B. Frezza of Capstone regarding tax analysis |
| Jamie O'Connell | 05/23/06 | 1.0 | Committee | Manage various Capstone requests |
| Jamie O'Connell | 05/26/06 | 0.5 | Committee | Manage various committee requests |
| | | 12.2 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/15/05 | 0.4 | Employee Benefits/Pension | Follow-up all re: same |
| Jamie O'Connell | 05/01/06 | 1.0 | Employee Benefits/Pension | Internal meeting re: business analysis, pension funding, mediation |
| Pamela Zilly | 05/01/06 | 1.0 | Employee Benefits/Pension | Meeting with J. O'Connell re: acquisitions, POR, pension funding |
| Pamela Zilly | 05/03/06 | 1.0 | Employee Benefits/Pension | Meeting with B. McGowan re: pension motion |
| Pamela Zilly | 05/04/06 | 0.5 | Employee Benefits/Pension | Discussions with J. Baer, B. McGowan re: requested pension back up material |
| Pamela Zilly | 05/04/06 | 0.5 | Employee Benefits/Pension | Call with J. Radecki re: pension information |
| Pamela Zilly | 05/04/06 | 0.8 | Employee Benefits/Pension | Call with B. McGowan, J. Forgach re: actuarial statements |
| Pamela Zilly | 05/04/06 | 1.0 | Employee Benefits/Pension | Correspondence with J. Baer, J. Forgach, J. O'Connell re: pension funding information; review of same |
| Pamela Zilly | 05/05/06 | 0.8 | Employee Benefits/Pension | Correspondence with J. Baer, J. Forgach, J. O'Connell re: pension funding information; review of same |
| Pamela Zilly | 05/05/06 | 0.7 | Employee Benefits/Pension | Call with B. McGowan, J. Forgach re: actuarial statements |
| Pamela Zilly | 05/05/06 | 1.0 | Employee Benefits/Pension | Review of actuarial information |
| Pamela Zilly | 05/05/06 | 0.3 | Employee Benefits/Pension | Call with J. Radecki re: information requests |
| Pamela Zilly | 05/05/06 | 1.0 | Employee Benefits/Pension | Discussions with R. McGowan, J. Forgach re: information  requests |
| Pamela Zilly | 05/08/06 | 0.4 | Employee Benefits/Pension | Call with R. McGowan; status of FCR pension ideas |
| Pamela Zilly | 05/09/06 | 0.4 | Employee Benefits/Pension | Call with R. McGowan; status of FCR pension ideas |
| Pamela Zilly | 05/12/06 | 1.0 | Employee Benefits/Pension | Review pension funding materials |
| Pamela Zilly | 05/12/06 | 1.0 | Employee Benefits/Pension | Various calls with R. McGowan, J. Baer re: pension motion |
| Pamela Zilly | 05/12/06 | 0.5 | Employee Benefits/Pension | Call with J. Radecki re: pension motion |
| Pamela Zilly | 05/15/06 | 1.0 | Employee Benefits/Pension | Review pension funding analysis |
| Pamela Zilly | 05/16/06 | 0.7 | Employee Benefits/Pension | Review correspondence with J. Forgach, J. Baer re: pension issues |
| Pamela Zilly | 05/17/06 | 0.4 | Employee Benefits/Pension | Further correspondence on pension issues |
| Pamela Zilly | 05/19/06 | 0.3 | Employee Benefits/Pension | Further correspondence on pension issues |
| Pamela Zilly | 05/22/06 | 0.5 | Employee Benefits/Pension | Call with J. Radecki re: pension matters |
| Pamela Zilly | 05/22/06 | 0.5 | Employee Benefits/Pension | Call with R. McGowan re: pension matters |
| Pamela Zilly | 05/22/06 | 1.0 | Employee Benefits/Pension | Call with Festa, Tarola, McGowan re: pension motion |
| Pamela Zilly | 05/24/06 | 0.5 | Employee Benefits/Pension | Call with J. Radecki re: pension matters |
| Pamela Zilly | 05/24/06 | 0.3 | Employee Benefits/Pension | Call with F. Festa re: pension matters |
| Pamela Zilly | 05/26/06 | 0.5 | Employee Benefits/Pension | Correspondence re: pension analysis |
| Jamie O'Connell | 05/31/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan regarding business update |
| Pamela Zilly | 05/31/06 | 1.0 | Employee Benefits/Pension | Call with B. McGowan, J. Radecki, legal advisors re: pension issues |
| | | **20.3** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/03/06 | 2.0 | Financing | Meeting with R. Tarola, E. Filon, CSFB |
| Pamela Zilly | 05/03/06 | 1.2 | Financing | Meeting with R. Tarola, E. Filon |
| Pamela Zilly | 05/03/06 | 2.0 | Financing | Meeting with R. Tarola, E. Filon, Deutsche Bank |
| Pamela Zilly | 05/10/06 | 0.5 | Financing | Correspondence with E. Filon re: B of A letters of credit |
| Jamie O'Connell | 05/23/06 | 1.0 | Financing | Meeting with financial institution regarding business status |
| JP Munfa | 05/23/06 | 1.0 | Financing | Meeting with financial institution regarding business status |
| Pamela Zilly | 05/23/06 | 1.5 | Financing | Meeting with Goldman Sachs re: Grace funding |
| | | **9.2** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/15/06 | 1.0 | Hearings | Participate telephonically in the May 15, 2006 court hearing |
| Pamela Zilly | 05/15/06 | 1.5 | Hearings | Attend Court Hearing by phone |
| | | 2.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/03/06 | 3.0 | Non-Working Travel Time | Travel to Columbia |
| Pamela Zilly | 05/03/06 | 3.0 | Non-Working Travel Time | Travel to New York |
| | | 6.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/02/06 | 2.0 | Plan and Disclosure Statement | Review analysis of 3/31/06 claims estimates |
| Jamie O'Connell | 05/09/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 05/10/06 | 1.0 | Plan and Disclosure Statement | Analysis of Owens Corning settlement |
| Pamela Zilly | 05/11/06 | 1.0 | Plan and Disclosure Statement | Call with F. Festa, et al re: mediation |
| Pamela Zilly | 05/12/06 | 1.0 | Plan and Disclosure Statement | Analysis of Owens Corning settlement, precedent transactions |
| Pamela Zilly | 05/15/06 | 1.0 | Plan and Disclosure Statement | Owens Corning structure analysis |
| Jamie O'Connell | 05/16/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 05/16/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: mediation, other pending motions, issues |
| Pamela Zilly | 05/16/06 | 2.0 | Plan and Disclosure Statement | Review Owens Corning analysis |
| Pamela Zilly | 05/16/06 | 3.0 | Plan and Disclosure Statement | Attend Grace mediation session |
| Pamela Zilly | 05/17/06 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 05/17/06 | 1.0 | Plan and Disclosure Statement | Read various motion re: Lloyd's underwriters settlement |
| Jamie O'Connell | 05/18/06 | 0.5 | Plan and Disclosure Statement | Call with R. Lapidario of Grace regarding interest calculations |
| Jamie O'Connell | 05/18/06 | 0.5 | Plan and Disclosure Statement | Review comparable company filings |
| Jamie O'Connell | 05/22/06 | 0.5 | Plan and Disclosure Statement | Review financial analysis with J. P. Munfa |
| Jamie O'Connell | 05/22/06 | 0.3 | Plan and Disclosure Statement | Call with D. Nakashige of Grace |
| Jamie O'Connell | 05/25/06 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidario of Grace regarding interest calculations |
| Jamie O'Connell | 05/30/06 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 05/30/06 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 05/30/06 | 1.0 | Plan and Disclosure Statement | Call with Management, Counsel re: pending motions, mediation |
| Pamela Zilly | 05/30/06 | 3.5 | Plan and Disclosure Statement | Attend Grace mediation |
| Pamela Zilly | 05/30/06 | 0.3 | Plan and Disclosure Statement | Status udpate with J. O'Connell |
| Pamela Zilly | 05/31/06 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein |
| | | **22.7** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MAY 1, 2006 THROUGH MAY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/19/06 | 1.0 | Tax Issues | Call with E. Filon, D. Nakashige and R. Lapidario of Grace regarding tax items |
| | | 1.0 | | |



The Blackstone Group®

July 28, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of June 1, 2006 through June 30, 2006: | $ | 125,000.00 |

Out-of-pocket expenses processed for the period through June 30, 2006: [1]

| | | | |
|---|---|---|---|
| Airfare | $ | 1,174.04 | |
| Ground Transportation | | 298.71 | |
| Communications | | 158.74 | |
| Meals | | 235.21 | |
| Document Production | | 42.00 | |
| Publishing Services | | 246.75 | 2,155.45 |
| | | | |
| **Total Amount Due** | **$** | | **127,155.45** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 11814

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 11814**

| | GL Detail Jun-06 | | Total Expenses |
|---|---|---|---|
| Airfare | $ | 1,174.04 | $ | 1,174.04 |
| Ground Transportation - Car Service - Elite | | 145.71 | | 145.71 |
| Ground Transportation - Out of Town Travel | | 153.00 | | 153.00 |
| Communications - Teleconferencing | | 158.74 | | 158.74 |
| Meals with Clients | | 235.21 | | 235.21 |
| Document Production | | 42.00 | | 42.00 |
| Publishing Services | | 246.75 | | 246.75 |
| **Total Expenses** | **$** | **2,155.45** | **$** | **2,155.45** |

| | | |
|---|---|---|
| **Airfare** | **$** | **1,174.04** |
| **Ground Transportation** | | **298.71** |
| **Communications** | | **158.74** |
| **Meals** | | **235.21** |
| **Document Production** | | **42.00** |
| **Publishing Services** | | **246.75** |
| **Total Expenses** | **$** | **2,155.45** |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2006
Invoice No. 11814

**Airfare**

| | | | |
|---|---|---|---|
| Zilly (travel agency fee for one-way flight to Baltimore, MD dated 05/03/06 | 05/03/06 | 20.00 | |
| Zilly (one-way coach class flight to Baltimore, MD from Queens, NY | 05/03/06 | 353.30 | |
| Zilly (travel agency fee for one-way flight to Queens, NY dated 05/03/06 | 05/03/06 | 20.00 | |
| Zilly (one-way coach class flight to Queens, NY from Baltimore, MD | 05/03/06 | 421.30 | |
| Zilly (travel agency fee for round trip flight dated 06/14/06 | 06/14/06 | 40.00 | |
| Zilly (round trip coach class flight to/from Boston, MA from/to Queens, NY | 06/14/06 | 319.44 | |
| | Subtotal - Airfare | | $ 1,174.04 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| Munfa (car to LaGuardia Airport in Queens, NY from Blackstone) | 04/25/06 | 96.39 | |
| Publishing Services - John (late evening car to Blackstone from home | 04/24/06 | 49.32 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 145.71 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| Zilly (taxi to client's offices in Columbia, MD from BWI Airport in Baltimore, MD | 05/03/06 | 40.00 | |
| Zilly (taxi to BWI airport in Baltimore, MD from client's offices in Columbia, MD | 05/03/06 | 42.00 | |
| Zilly (taxi home from airport) | 05/03/06 | 71.00 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 153.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell | 05/18/06 | 50.00 | |
| Zilly | 03/29/06 | 1.34 | |
| Zilly | 03/29/06 | 16.22 | |
| Zilly | 04/03/06 | 8.28 | |
| Zilly | 04/04/06 | 10.52 | |
| Zilly | 04/06/06 | 51.47 | |
| Zilly | 04/18/06 | 20.91 | |
| | Subtotal - Communications - Teleconferencing | | 158.74 |

**Meals with Clients**

| | | | |
|---|---|---|---|
| Zilly (catered lunch meal for 10 people during client meeting held @ Blackstone | 04/25/06 | 235.21 | |
| | Subtotal - Meals with Clients | | 235.21 |

**Document Production**

| | | | |
|---|---|---|---|
| Munfa | 06/12/06 - 06/25/06 | 33.00 | |
| O'Connell | 06/12/06 - 06/25/06 | 9.00 | |
| | Subtotal - Document Production | | 42.00 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Gellman | 05/29/06 - 06/11/06 | 122.50 | |
| Munfa | 06/12/06 - 06/25/06 | 105.00 | |
| O'Connell | 06/12/06 - 06/25/06 | 19.25 | |
| | Subtotal - Publishing Services | | 246.75 |

| | | | |
|---|---|---|---|
| | **Total Expenses** | | $ 2,155.45 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2006 THROUGH JUNE 30, 2006**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 63.4 |
| Jamie O'Connell | Associate | 65.0 |
| Scott Gellman | Summer Assoicate | 13.0 |
| JP Munfa | Analyst | 16.3 |
| Sarah Bennet | Summer Analyst | 4.0 |
| | Total | 161.7 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/02/06 | 1.0 | Business Analysis | Review Project Spaghetti model; distribute to Capstone |
| Jamie O'Connell | 06/05/06 | 0.5 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 06/05/06 | 0.5 | Business Analysis | Status meeting with J.O'Connell |
| Jamie O'Connell | 06/06/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding financial analysis |
| Pamela Zilly | 06/06/06 | 1.0 | Business Analysis | Call with Grace management on Project Spaghetti |
| Scott Gellman | 06/06/06 | 1.0 | Business Analysis | Analysis of comparable companies |
| Jamie O'Connell | 06/08/06 | 0.5 | Business Analysis | Status meeting with P. Zilly |
| Jamie O'Connell | 06/08/06 | 0.3 | Business Analysis | Correspondence with S. Smith of Grace |
| Pamela Zilly | 06/08/06 | 0.6 | Business Analysis | Review timeline for Project Spaghetti |
| Pamela Zilly | 06/08/06 | 0.5 | Business Analysis | Status meeting with J.O'Connell |
| Scott Gellman | 06/08/06 | 2.0 | Business Analysis | Analysis of comparable companies |
| Jamie O'Connell | 06/09/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Jamie O'Connell | 06/09/06 | 0.5 | Business Analysis | Comparable company review |
| Pamela Zilly | 06/09/06 | 2.0 | Business Analysis | Business analysis |
| Pamela Zilly | 06/09/06 | 1.0 | Business Analysis | Review comparable company analyses |
| Pamela Zilly | 06/09/06 | 0.3 | Business Analysis | Review materials re: Project Cardinal |
| Scott Gellman | 06/09/06 | 4.0 | Business Analysis | Analysis of comparable companies |
| Jamie O'Connell | 06/11/06 | 0.5 | Business Analysis | Comparable company review |
| Jamie O'Connell | 06/12/06 | 1.0 | Business Analysis | Call with E. Filon, D. Nakashige and J. P. Munfa regarding financial analysis |
| JP Munfa | 06/12/06 | 0.5 | Business Analysis | Call with E. Filon, D. Nakashige and J. O'Connell regarding financial analysis |
| Pamela Zilly | 06/12/06 | 1.0 | Business Analysis | Call with E. Filon re: business analysis |
| Pamela Zilly | 06/12/06 | 0.8 | Business Analysis | Review three year cash flows |
| Pamela Zilly | 06/12/06 | 0.5 | Business Analysis | Call with F. Festa re: various items |
| Jamie O'Connell | 06/14/06 | 8.0 | Business Analysis | Attend GPC strategy session in Cambridge, MA |
| Pamela Zilly | 06/14/06 | 2.0 | Business Analysis | Travel to Cambridge; review pending motions |
| Pamela Zilly | 06/14/06 | 8.0 | Business Analysis | Business review meeting with GPC management |
| Jamie O'Connell | 06/15/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| JP Munfa | 06/15/06 | 3.0 | Business Analysis | Develop financial analysis |
| Jamie O'Connell | 06/16/06 | 0.3 | Business Analysis | Call with E. Filon and D. Nakashige of Grace regarding business analysis |
| Jamie O'Connell | 06/16/06 | 0.3 | Business Analysis | Internal correspondence regarding status of various work streams |
| Jamie O'Connell | 06/16/06 | 0.5 | Business Analysis | Review business update materials |
| Jamie O'Connell | 06/18/06 | 2.0 | Business Analysis | Analysis of comparable company |
| Jamie O'Connell | 06/19/06 | 0.5 | Business Analysis | Call with P. Zilly and D. Neuberger of Grace regarding business update presentation |
| Pamela Zilly | 06/19/06 | 0.8 | Business Analysis | Call with G. Young, D. Neuberger re: Project Spaghetti |
| Pamela Zilly | 06/19/06 | 1.0 | Business Analysis | Review and call with D. Neuberger re: business plan presentation |
| Jamie O'Connell | 06/20/06 | 0.3 | Business Analysis | Correspondence to P. Zilly regarding various work streams |
| JP Munfa | 06/20/06 | 3.0 | Business Analysis | Develop financial analysis |
| Pamela Zilly | 06/20/06 | 0.2 | Business Analysis | Correspondence with J. O'Connell |
| Jamie O'Connell | 06/21/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| JP Munfa | 06/21/06 | 3.5 | Business Analysis | Develop financial analysis |
| Jamie O'Connell | 06/22/06 | 8.0 | Business Analysis | Attend Davison strategy session in Columbia, MD |
| JP Munfa | 06/22/06 | 1.5 | Business Analysis | Develop financial analysis |
| Sarah Bennett | 06/22/06 | 4.0 | Business Analysis | Analysis of comparable company |
| Jamie O'Connell | 06/23/06 | 1.5 | Business Analysis | Prepare business update presentation for committee |
| Pamela Zilly | 06/23/06 | 8.0 | Business Analysis | Business review meeting with Davison management |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2006 THROUGH JUNE 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/23/06 | 3.0 | Business Analysis | Travel to New York, review Davison materials |
| Scott Gellman | 06/26/06 | 3.0 | Business Analysis | Analysis of comparable companies |
| Jamie O'Connell | 06/27/06 | 0.3 | Business Analysis | Review financial analysis with J. P. Munfa |
| JP Munfa | 06/27/06 | 0.3 | Business Analysis | Review financial analysis with J. O'Connell |
| JP Munfa | 06/27/06 | 1.0 | Business Analysis | Discuss financial analysis with D. Nakashige |
| Scott Gellman | 06/27/06 | 2.0 | Business Analysis | Analysis of comparable companies |
| JP Munfa | 06/28/06 | 1.0 | Business Analysis | Develop financial analysis |
| JP Munfa | 06/28/06 | 1.0 | Business Analysis | Review financial analysis with Scott Gellman |
| Scott Gellman | 06/28/06 | 1.0 | Business Analysis | Review financial analysis with J. P. Munfa |
| Pamela Zilly | 06/29/06 | 1.0 | Business Analysis | Review comparable company analysis |
| | | **91.2** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Category | Hours | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/01/06 | Committee | 0.2 | Review slides for presentation to Unsecured Creditors Committee |
| Pamela Zilly | 06/01/06 | Committee | 1.0 | Call with J. Brownstein, J. Radecki, E. Filon re: tax claims |
| Pamela Zilly | 06/02/06 | Committee | 2.0 | Meeting with management, Unsecured Creditors Committee |
| Jamie O'Connell | 06/05/06 | Committee | 0.3 | Call with G. Boyer of CDG regarding information request |
| Jamie O'Connell | 06/05/06 | Committee | 0.3 | Call with G. Young of Grace regarding committee request |
| Jamie O'Connell | 06/05/06 | Committee | 0.3 | Call with R. Frezza of Capstone regarding information request |
| Jamie O'Connell | 06/05/06 | Committee | 0.3 | Call with J. Brownstein regarding information request |
| Jamie O'Connell | 06/05/06 | Committee | 0.3 | Call with D. Neuberger of Grace regarding information request |
| Jamie O'Connell | 06/05/06 | Committee | 0.8 | Manage various committee requests |
| Jamie O'Connell | 06/06/06 | Committee | 1.0 | Call with management regarding committee requests |
| Jamie O'Connell | 06/06/06 | Committee | 0.3 | Call with J. Brownstein regarding information request |
| Jamie O'Connell | 06/06/06 | Committee | 0.3 | Manage various committee requests |
| Jamie O'Connell | 06/07/06 | Committee | 0.3 | Manage various committee requests |
| Jamie O'Connell | 06/07/06 | Committee | 1.0 | Call with Capstone and management regarding business update |
| Jamie O'Connell | 06/07/06 | Committee | 0.3 | Call with CDG and management regarding business update |
| Pamela Zilly | 06/07/06 | Committee | 1.0 | Call with Capstone re: Project Spaghetti |
| Jamie O'Connell | 06/08/06 | Committee | 0.3 | Call with B. Sarikas of Grace regarding committee request |
| Jamie O'Connell | 06/08/06 | Committee | 0.3 | Manage various committee requests |
| Pamela Zilly | 06/08/06 | Committee | 0.3 | Arrange time for meeting with Unsecured Creditors Committee |
| Pamela Zilly | 06/08/06 | Committee | 1.0 | Correspondence with R. Tarola, J. Sinclair re: Libby litigation costs |
| Jamie O'Connell | 06/09/06 | Committee | 0.3 | Call with J. Brownstein regarding information request |
| Jamie O'Connell | 06/09/06 | Committee | 0.5 | Manage various committee requests |
| Pamela Zilly | 06/09/06 | Committee | 0.4 | Call with J. Radecki re: Project Spaghetti |
| Jamie O'Connell | 06/12/06 | Committee | 0.3 | Correspondence with G. Boyer of CDG |
| Jamie O'Connell | 06/12/06 | Committee | 0.5 | Call with E. Filon, J. Gibbs and J. Brownstein regarding committee request |
| Jamie O'Connell | 06/12/06 | Committee | 0.5 | Manage various committee requests |
| Jamie O'Connell | 06/13/06 | Committee | 0.5 | Respond to Capstone requests on financial performance and business matters |
| Jamie O'Connell | 06/13/06 | Committee | 0.3 | Respond to Piper Jaffray information request |
| Jamie O'Connell | 06/13/06 | Committee | 0.3 | Call with D. Neuberger of Grace regarding committee information request |
| Jamie O'Connell | 06/15/06 | Committee | 0.3 | Respond to Capstone request |
| Pamela Zilly | 06/15/06 | Committee | 1.0 | Review Creditors Committee presentation |
| Jamie O'Connell | 06/16/06 | Committee | 0.3 | Call with L. Hamilton of Capstone regarding information request |
| Jamie O'Connell | 06/16/06 | Committee | 0.3 | Call with A. Krieger of Stroock, L. Hamilton of Capstone and D. Nakashige of Grace |
| Jamie O'Connell | 06/19/06 | Committee | 1.0 | Manage various committee requests |
| Jamie O'Connell | 06/20/06 | Committee | 0.3 | Call with D. Nakashige of Grace and L. Hamilton of Capstone regarding information request |
| Jamie O'Connell | 06/20/06 | Committee | 0.3 | Call with A. Kreiger of Stroock, L. Hamilton of Capstone and D. Nakashige of Grace |
| Jamie O'Connell | 06/20/06 | Committee | 0.3 | Call with D. Nakashige of Grace regarding committee request |
| Jamie O'Connell | 06/20/06 | Committee | 0.3 | Correspondence with L. Hamilton regarding committee request |
| Jamie O'Connell | 06/20/06 | Committee | 0.5 | Call with R. Frezza and W. Dlugolecki of Capstone regarding information request |
| Jamie O'Connell | 06/20/06 | Committee | 0.3 | Review committee-related correspondence |
| Pamela Zilly | 06/20/06 | Committee | 0.4 | Call with S. Cunningham re: various items |
| Jamie O'Connell | 06/21/06 | Committee | 0.3 | Call with J. Forgach regarding committee request |
| Jamie O'Connell | 06/21/06 | Committee | 0.5 | Respond to Tersigni information request |
| Jamie O'Connell | 06/21/06 | Committee | 0.3 | Correspondence with A. Krieger of Stroock |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/22/06 | 0.5 | Committee | Respond to Capstone information requests |
| Jamie O'Connell | 06/23/06 | 0.3 | Committee | Correspondence with P. Zilly regarding committee request |
| JP Munfa | 06/23/06 | 1.5 | Committee | Attend committee meeting regarding business update |
| Pamela Zilly | 06/24/06 | 2.5 | Committee | Meeting with Unsecured Creditors Committee re: Project Spaghetti |
| Jamie O'Connell | 06/26/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 06/26/06 | 0.3 | Committee | Call with B. McGowan of Grace regarding committee request |
| Jamie O'Connell | 06/26/06 | 0.3 | Committee | Call with J. McFarland of Grace regarding committee request |
| Jamie O'Connell | 06/26/06 | 0.3 | Committee | Call with D. Neuberger of Grace regarding committee information request |
| Jamie O'Connell | 06/27/06 | 0.3 | Committee | Call with B. McGowan and Piper Jaffray regarding committee request |
| Jamie O'Connell | 06/27/06 | 0.3 | Committee | Call with B. McGowan and Tersigni regarding committee request |
| Jamie O'Connell | 06/27/06 | 0.3 | Committee | Call with B. McGowan regarding committee request |
| Jamie O'Connell | 06/27/06 | 0.3 | Committee | Correspondence with Piper Jaffray regarding information request |
| Jamie O'Connell | 06/28/06 | 0.3 | Committee | Call with G. Boyer of CDG regarding information request |
| Jamie O'Connell | 06/28/06 | 0.3 | Committee | Respond to Capstone information request |
| Jamie O'Connell | 06/29/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding information request |
| Jamie O'Connell | 06/29/06 | 0.3 | Committee | Call with V. Finkelstein of Grace regarding information request |
| Jamie O'Connell | 06/29/06 | 0.3 | Committee | Correspondence with Capstone regarding information request |
| Jamie O'Connell | 06/29/06 | 0.3 | Committee | Respond to CDG information request |
| Pamela Zilly | 06/30/06 | 1.0 | Committee | Call with ACC and FCR financial advisors, B. McGowan re: LTIP |
| | | 31.8 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2006 THROUGH JUNE 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/09/06 | 1.0 | Employee Benefits/Pension | Review draft of LTIP motion |
| Jamie O'Connell | 06/11/06 | 0.5 | Employee Benefits/Pension | Review draft LTIP motion |
| Pamela Zilly | 06/26/06 | 0.5 | Employee Benefits/Pension | Discussion with J. O'Connell re: financial advisors' comments on LTIP Motion |
| Pamela Zilly | 06/28/06 | 1.0 | Employee Benefits/Pension | Review LTIP backup information |
| Pamela Zilly | 06/29/06 | 0.5 | Employee Benefits/Pension | Call with R. McGowan re: comments to LTIP Plan |
| Pamela Zilly | 06/30/06 | 0.5 | Employee Benefits/Pension | Follow-up call with B. McGowan re: LTIP suggestions |
| | | 4.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2006 THROUGH JUNE 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/30/06 | 0.5 | Financing | Review of alternate financing mechanisms |
| | | 0.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2006 THROUGH JUNE 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/19/06 | 2.0 | Hearings | Participate telephonically in the June 19, 2006 court hearing |
| Pamela Zilly | 06/19/06 | 2.0 | Hearings | Attend Grace Court Hearing telephonically |
| Pamela Zilly | 06/22/06 | 3.0 | Hearings | Travel to Columbia |
| | | 7.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2006 THROUGH JUNE 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/14/06 | 3.0 | Non-Working Travel Time | Travel from New York to Grace offices in Cambridge, MA |
| Jamie O'Connell | 06/14/06 | 4.0 | Non-Working Travel Time | Travel from Grace offices in Cambridge, MA to New York |
| Pamela Zilly | 06/14/06 | 2.0 | Non-Working Travel Time | Travel to New York |
| Jamie O'Connell | 06/22/06 | 3.0 | Non-Working Travel Time | Travel from New York to Grace offices in Columbia, MD |
| Jamie O'Connell | 06/22/06 | 3.0 | Non-Working Travel Time | Travel from Grace offices in Columbia, MD to New York |
| | | 15.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/05/06 | 0.8 | Plan and Disclosure Statement | Read objections to Lloyds' settlement |
| Pamela Zilly | 06/06/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: Committees requests; pending motions |
| Pamela Zilly | 06/06/06 | 0.4 | Plan and Disclosure Statement | Call with F. Festa re: various items |
| Jamie O'Connell | 06/12/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding committee request |
| Jamie O'Connell | 06/13/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/13/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding committee request |
| Pamela Zilly | 06/13/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: case status; pending motions |
| Jamie O'Connell | 06/15/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding committee request |
| Pamela Zilly | 06/15/06 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status of claims analysis |
| Pamela Zilly | 06/15/06 | 0.3 | Plan and Disclosure Statement | Call with W. Corcoran re: environmental analysis |
| Pamela Zilly | 06/19/06 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein re: case status |
| Jamie O'Connell | 06/20/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/20/06 | 0.3 | Plan and Disclosure Statement | Call with M. Brown of Grace regarding financial analysis |
| Jamie O'Connell | 06/21/06 | 0.3 | Plan and Disclosure Statement | Correspondence with B. Corcoran of Grace regarding committee request |
| Pamela Zilly | 06/21/06 | 0.3 | Plan and Disclosure Statement | Read motion re assumption and assignment of Lease re: Houston property |
| Jamie O'Connell | 06/23/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding committee request |
| Jamie O'Connell | 06/26/06 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: environmental claims |
| Pamela Zilly | 06/27/06 | 1.0 | Plan and Disclosure Statement | Review environmental claims analysis; correspondence with S. Anderson |
| Pamela Zilly | 06/28/06 | 1.3 | Plan and Disclosure Statement | Review environmental claims analysis; correspondence with S. Anderson |
| Pamela Zilly | 06/30/06 | 1.0 | Plan and Disclosure Statement | Review materials re: Equitas settlement |
| | | 11.7 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JUNE 1, 2006 THROUGH JUNE 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/01/06 | 0.5 | Tax Issues | Review cash tax payment analysis |
| | | 0.5 | | |