IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: October 11, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

September 21, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of April 1, 2006 through April 30, 2006: | | | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (15,000.00) |

Out-of-pocket expenses processed for the period through April 30, 2006:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 41.82 | |
| Communications | | 58.06 | |
| Document Production | | 76.95 | |
| Lodging | | 31.98 | 208.81 |
| **Total Amount Due** | | | **$ 60,208.81** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 11414

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 11414**

|  | GL Detail Apr-06 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 41.82 | $ 41.82 |
| Communications - Teleconferencing | 58.06 | 58.06 |
| Document Production | 76.95 | 76.95 |
| External Research - Thomson | 22.54 | 22.54 |
| External Research - Online Database | 9.44 | 9.44 |
| **Total Expenses** | $ 208.81 | $ 208.81 |
| | | |
| **Ground Transportation** | | $ 41.82 |
| **Communications** | | 58.06 |
| **Document Production** | | 76.95 |
| **Research** | | 31.98 |
| | | |
| **Total Expenses** | | $ 208.81 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through April 30, 2006**
**Invoice No. 11414**

**Ground Transportation - Car Service - Elite**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (car to LaGuardia Airport in Queens, NY from home) | 02/24/06 | 41.82 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | $ 41.82 |

**Communications - Teleconferencing**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly | 03/30/06 | 6.37 | |
| Zilly | 03/30/06 | 22.04 | |
| Zilly | 03/30/06 | 29.65 | |
| Subtotal - Communications - Teleconferencing | | | 58.06 |

**Document Production**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell | 03/20/06 - 04/02/06 | 76.95 | |
| Subtotal - Document Production | | | 76.95 |

**External Research - Thomson**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa (online data research) | 01/01/06 - 01/07/06 | 22.54 | |
| Subtotal - External Research - Thomson | | | 22.54 |

**External Research - Online Database**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 01/03/06 | 7.04 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 03/12/06 | 2.40 | |
| Subtotal - External Research - Online Database | | | 9.44 |
| **Total Expenses** | | | **$ 208.81** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD
## APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 48.8 |
| Jamie O'Connell | Associate | 50.1 |
| JP Munfa | Analyst | 5.0 |
| | Total | 103.9 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/03/06 | 0.5 | Business Analysis | Internal meeting regarding business analysis |
| Jamie O'Connell | 04/03/06 | 0.5 | Business Analysis | Call with G. Young and C. Schult regarding business update |
| Jamie O'Connell | 04/03/06 | 0.3 | Business Analysis | Call with M. Conron of Grace regarding business analysis |
| Jamie O'Connell | 04/03/06 | 0.3 | Business Analysis | Review of business analysis |
| Jamie O'Connell | 04/03/06 | 0.5 | Business Analysis | Correspondence with M. Shelnitz and M. Conron of Grace regarding business analysis |
| Jamie O'Connell | 04/03/06 | 0.5 | Business Analysis | Call with M. Shelnitz of Grace regarding business analysis |
| Jamie O'Connell | 04/04/06 | 0.5 | Business Analysis | Review of Project Beaches material |
| Jamie O'Connell | 04/04/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding Project Beaches |
| Jamie O'Connell | 04/04/06 | 1.3 | Business Analysis | Business analysis |
| Jamie O'Connell | 04/05/06 | 2.0 | Business Analysis | Business analysis |
| Jamie O'Connell | 04/05/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business analysis |
| Pamela Zilly | 04/06/06 | 1.0 | Business Analysis | Call with E. Filon re: cash flows |
| Pamela Zilly | 04/06/06 | 1.0 | Business Analysis | Review Project Beaches material |
| Jamie O'Connell | 04/10/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business analysis |
| Jamie O'Connell | 04/10/06 | 0.3 | Business Analysis | Call with J. McFarland and C. Schult of Grace regarding draft motion |
| Pamela Zilly | 04/10/06 | 0.8 | Business Analysis | Review motion re: Project Beaches |
| Jamie O'Connell | 04/12/06 | 0.3 | Business Analysis | Call with J. Petru of Grace regarding bankruptcy procedures |
| Jamie O'Connell | 04/13/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business analysis |
| Jamie O'Connell | 04/13/06 | 0.3 | Business Analysis | Call with L. Hamilton of Capstone regarding business analysis |
| Pamela Zilly | 04/17/06 | 1.0 | Business Analysis | Call with F. Festa, G. Poling, G. Young re: Project Spaghetti |
| Pamela Zilly | 04/17/06 | 1.0 | Business Analysis | Read various motions - acquisition of Catalyst Componenets Business |
| Pamela Zilly | 04/18/06 | 2.0 | Business Analysis | Review cash flow analyses and presentation |
| Pamela Zilly | 04/18/06 | 0.8 | Business Analysis | Call with E. Filon re: creditors meeting, cash flows |
| Pamela Zilly | 04/19/06 | 1.0 | Business Analysis | Review Project Spaghetti presentation |
| Pamela Zilly | 04/19/06 | 0.8 | Business Analysis | Call with R. Tarola re: options analysis |
| Jamie O'Connell | 04/20/06 | 1.3 | Business Analysis | Review draft materials for April 25 meeting with financial advisors |
| JP Munfa | 04/20/06 | 3.0 | Business Analysis | Update comparable company analyses |
| Pamela Zilly | 04/20/06 | 2.5 | Business Analysis | Research re: options analysis |
| Pamela Zilly | 04/20/06 | 1.0 | Business Analysis | Review and mark up Project Spaghetti presentation |
| Pamela Zilly | 04/20/06 | 1.0 | Business Analysis | Call with E. Filon re: creditors meeting, cash flows |
| Pamela Zilly | 04/20/06 | 1.0 | Business Analysis | Call with D. Neuberger re: comments on Project Spaghetti presentation |
| Pamela Zilly | 04/20/06 | 2.5 | Business Analysis | Revise Project Spaghetti presentation |
| Jamie O'Connell | 04/21/06 | 0.5 | Business Analysis | Discussion of business analysis w/ P. Zilly |
| Pamela Zilly | 04/21/06 | 1.2 | Business Analysis | Review revised cash flows and presentation |
| Pamela Zilly | 04/21/06 | 1.0 | Business Analysis | Call with E. Filon, R. Tarola re: cash flow analyses |
| Pamela Zilly | 04/21/06 | 1.0 | Business Analysis | Review materials for 4/25/ financial advisors meeting |
| Pamela Zilly | 04/21/06 | 0.5 | Business Analysis | Discussion w/ J. O'Connell re: business analysis |
| Jamie O'Connell | 04/22/06 | 1.0 | Business Analysis | Read materials re: Wauconda settlement |
| Pamela Zilly | 04/23/06 | 3.0 | Business Analysis | Business analysis |
| Pamela Zilly | 04/23/06 | 1.5 | Business Analysis | Review Project Spaghetti presentation; discussion with J. O'Connell re: additional information |
| Jamie O'Connell | 04/24/06 | 0.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 04/24/06 | 0.5 | Business Analysis | Call with D. Neuberger of Grace |
| Jamie O'Connell | 04/24/06 | 0.3 | Business Analysis | Call with E. Filon of Grace |
| Jamie O'Connell | 04/24/06 | 0.5 | Business Analysis | Call with M. Brown and B. Dockman of Grace regarding business analysis |
| Pamela Zilly | 04/24/06 | 1.0 | Business Analysis | Call with G. Poling, G. Young re: Project Spaghetti presentation |
| Jamie O'Connell | 04/25/06 | 2.3 | Business Analysis | Meeting with Grace management to discuss business analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/25/06 | 0.3 | Business Analysis | Correspondence with B. Sarikas of Grace |
| JP Munfa | 04/25/06 | 2.0 | Business Analysis | Meeting with Grace management and financial advisors to discuss business analysis |
| Pamela Zilly | 04/25/06 | 2.0 | Business Analysis | Meeting with Grace management to discuss business analysis |
| Pamela Zilly | 04/26/06 | 1.0 | Business Analysis | Review Project Spaghetti model |
| Pamela Zilly | 04/27/06 | 0.5 | Business Analysis | Correspondence with F. Festa, G. Poling re: Project Spaghetti |
| Jamie O'Connell | 04/27/06 | 1.0 | Business Analysis | Business analysis |
| Jamie O'Connell | 04/27/06 | 0.5 | Business Analysis | Call with D. Neuberger of Grace and follow-up correspondence |
| Jamie O'Connell | 04/27/06 | 0.3 | Business Analysis | Correspondence with E. Filon of Grace |
| Pamela Zilly | 04/28/06 | 0.3 | Business Analysis | Review German Loan repayment schedule for distribution |
|  |  | 52.9 |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/03/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/03/06 | 0.5 | Committee | Call with B. McGowan, J. Forgach and Piper Jaffray regarding pension matters |
| Jamie O'Connell | 04/03/06 | 0.3 | Committee | Call with J. Brownstein of Piper Jaffray regarding pension matters |
| Jamie O'Connell | 04/04/06 | 1.3 | Committee | Draft correspondence to financial advisors regarding business update |
| Jamie O'Connell | 04/04/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding business analysis |
| Jamie O'Connell | 04/05/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/06/06 | 0.8 | Committee | Call with financial advisors and Grace management regarding business update |
| Jamie O'Connell | 04/06/06 | 0.3 | Committee | Correspondence with Tersigni regarding pension matters |
| Jamie O'Connell | 04/06/06 | 0.3 | Committee | Call with J. Sinclair of Tersigni regarding various requests |
| Jamie O'Connell | 04/06/06 | 0.3 | Committee | Call with J. Brownstein of Piper Jaffray regarding pension matters |
| Jamie O'Connell | 04/06/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/06/06 | 0.5 | Committee | Call with CDG and J. Forgach regarding pension matters |
| Pamela Zilly | 04/06/06 | 0.8 | Committee | Call with financial advisors, management re: business update |
| Jamie O'Connell | 04/07/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/07/06 | 0.3 | Committee | Call with T. Weschler of Peninsula Capital regarding various matters |
| Jamie O'Connell | 04/07/06 | 0.8 | Committee | Correspondence with Piper Jaffray regarding pension matters |
| Jamie O'Connell | 04/07/06 | 0.5 | Committee | Call with J. Brownstein of Piper Jaffray and C. Schult of Grace regarding business update |
| Jamie O'Connell | 04/10/06 | 0.5 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 04/10/06 | 0.3 | Committee | Call with J. Brownstein of Piper Jaffray regarding quarterly review call |
| Jamie O'Connell | 04/12/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/13/06 | 0.3 | Committee | Call with J. Forgach of Grace regarding pension matters |
| Jamie O'Connell | 04/13/06 | 0.3 | Committee | Respond to Capstone inquiry |
| Jamie O'Connell | 04/13/06 | 0.5 | Committee | Respond to Tersigni requests, including call with A. Prills of Tersigni |
| Jamie O'Connell | 04/13/06 | 0.5 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 04/14/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/17/06 | 0.5 | Committee | Respond to Tersigni inquiry |
| Jamie O'Connell | 04/18/06 | 0.5 | Committee | Coordinate meeting for financial advisors |
| Jamie O'Connell | 04/18/06 | 0.8 | Committee | Call with Tersigni, B. McGowan, J. Forgach and AON regarding pension matters |
| Jamie O'Connell | 04/20/06 | 0.5 | Committee | Correspondence regarding committee matters |
| Jamie O'Connell | 04/21/06 | 0.3 | Committee | Respond to Tersigni inquiry |
| Jamie O'Connell | 04/21/06 | 0.3 | Committee | Call with C. Schult of Grace and L. Hamilton of Capstone regarding business analysis |
| Pamela Zilly | 04/21/06 | 0.3 | Committee | Call with S. Cunningham |
| Jamie O'Connell | 04/24/06 | 0.5 | Committee | Call with C. Shult of Grace and M. Berkin and A. Prills of Tersigni regarding business update |
| Jamie O'Connell | 04/24/06 | 0.5 | Committee | Call with R. Frezza of Capstone regarding claims |
| Jamie O'Connell | 04/24/06 | 1.0 | Committee | Call with Capstone, Stroock and Grace management regarding business update |
| Jamie O'Connell | 04/24/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding business analysis |
| Jamie O'Connell | 04/24/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 04/25/06 | 2.0 | Committee | Meeting with Grace management and financial advisors to discuss business analysis |
| Jamie O'Connell | 04/25/06 | 0.3 | Committee | Review Grace correspondence to Stroock |
| Pamela Zilly | 04/25/06 | 2.3 | Committee | Meeting with Capstone, Tersigni, CDG representatives re: Project Spaghetti and cash flows |
| Pamela Zilly | 04/25/06 | 0.3 | Committee | Call with J. Radecki |
| Jamie O'Connell | 04/26/06 | 0.5 | Committee | Call with C. Schult of Grace and L. Hamilton of Capstone regarding business analysis |
| Pamela Zilly | 04/26/06 | 0.4 | Committee | Call with S. Cunningham |
| Jamie O'Connell | 04/28/06 | 1.0 | Committee | Manage various committee requests |
| | | 24.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/02/06 | 0.5 | Employee Benefits/Pension | Review draft pension motion |
| Jamie O'Connell | 04/03/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan and J. Forgach regarding pension matters |
| Jamie O'Connell | 04/03/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding pension matters |
| Pamela Zilly | 04/03/06 | 0.5 | Employee Benefits/Pension | Call with Piper Jaffray re: pension funding motion |
| Jamie O'Connell | 04/04/06 | 0.5 | Employee Benefits/Pension | Call with B. McGowan, J. Forgach and Capstone regarding pension matters |
| Pamela Zilly | 04/04/06 | 1.0 | Employee Benefits/Pension | Call with management, counsel re: pending motions and POR status |
| Jamie O'Connell | 04/05/06 | 0.3 | Employee Benefits/Pension | Call with J. Forgach of Grace regarding pension matters |
| Jamie O'Connell | 04/05/06 | 0.3 | Employee Benefits/Pension | Call with J. Forgach of Grace regarding pension matters |
| Pamela Zilly | 04/05/06 | 0.5 | Employee Benefits/Pension | Discussion with J. Forgach re: final minimum contribution numbers |
| Pamela Zilly | 04/05/06 | 0.4 | Employee Benefits/Pension | Call with R. McGowan re: final minimum contribution numbers |
| Pamela Zilly | 04/05/06 | 1.0 | Employee Benefits/Pension | Review revised pension funding motion |
| Jamie O'Connell | 04/06/06 | 0.3 | Employee Benefits/Pension | Call with J. Forgach of Grace regarding pension matters |
| Pamela Zilly | 04/06/06 | 1.0 | Employee Benefits/Pension | Review data supporting minimum funding calculations |
| Pamela Zilly | 04/06/06 | 0.6 | Employee Benefits/Pension | Draft correspondence to financial advisors, call with R. McGowan re: minimum funding requirements |
| Pamela Zilly | 04/06/06 | 1.0 | Employee Benefits/Pension | Review revised pension funding motion |
| Jamie O'Connell | 04/10/06 | 0.3 | Employee Benefits/Pension | Review correspondence |
| Jamie O'Connell | 04/10/06 | 0.3 | Employee Benefits/Pension | Call with S. Bianca of Kirkland & Ellis regarding draft motion |
| Pamela Zilly | 04/10/06 | 0.5 | Employee Benefits/Pension | Review revised pension funding motion |
| Jamie O'Connell | 04/12/06 | 0.8 | Employee Benefits/Pension | Review draft motion |
| Jamie O'Connell | 04/27/06 | 0.8 | Employee Benefits/Pension | Call with Grace management and Kirkland & Ellis regarding pension motion |
| Pamela Zilly | 04/27/06 | 0.4 | Employee Benefits/Pension | Call with F. Festa re: pension funding |
| Pamela Zilly | 04/27/06 | 0.8 | Employee Benefits/Pension | Call with Grace management, counsel re: pension funding |
| | | **12.4** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/06 | 0.5 | Financing | Review draft pension funding motion (2nd) |
| Pamela Zilly | 04/05/06 | 1.0 | Financing | Call with T. Freedman, J. Baer, E. Filon re: Bank of America LC issues |
| Pamela Zilly | 04/11/06 | 0.3 | Financing | Correspondence (J. Baer/E. Filon) re Bank of America LC issues |
| Pamela Zilly | 04/12/06 | 0.3 | Financing | Correspondence (J. Baer/E. Filon) re Bank of America LC issues |
| | | 2.1 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Jamie O'Connell | 04/17/06 | 2.0 | Hearings | Participate telephonically in the April 17, 2006 court hearing |
| Pamela Zilly | 04/17/06 | 2.0 | Hearings | Attend Court Hearing via phone |
| Pamela Zilly | 04/17/06 | 0.5 | Hearings | Call with E. Leibenstein re: Court Hearing |
| | | **4.5** | | |

Page 7 of 9

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/29/06 | 0.8 | Other | Manage various committee requests |
| | | 0.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2006 THROUGH APRIL 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/03/06 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: security analyses |
| Pamela Zilly | 04/03/06 | 0.5 | Plan and Disclosure Statement | Review illustrative security analysis |
| Jamie O'Connell | 04/04/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 04/05/06 | 0.7 | Plan and Disclosure Statement | Review illustrative security analysis |
| Jamie O'Connell | 04/18/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 04/18/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: pending motions and POR status |
| Pamela Zilly | 04/25/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR, Court Hearing |
| Jamie O'Connell | 04/25/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 04/25/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 04/27/06 | 1.0 | Plan and Disclosure Statement | Analysis of 3/30/06 draft claims amounts |
| | | **6.8** | | |