IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: October 11, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



## The Blackstone Group®

September 21, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of May 1, 2006 through May 31, 2006: $ 100,000.00

Less: 20% holdback pursuant to the Court's Administrative Order (20,000.00)

Out-of-pocket expenses processed for the period through May 31, 2006:[1]

| | | |
|---|---:|---:|
| Airfare | $ 583.77 | |
| Ground Transportation | 145.49 | |
| Communications | 252.46 | |
| Meals | 314.20 | |
| Document Production | 69.00 | |
| Research | 295.34 | 1,660.26 |

**Total Amount Due** $ **81,660.26**

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 11781

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 11781

|  | GL Detail May-06 | Total Expenses |
|---|---:|---:|
| Airfare | $ 583.77 | $ 583.77 |
| Ground Transportation - Car Service - Elite | 50.49 | 50.49 |
| Ground Transportation - Local Travel | 95.00 | 95.00 |
| Communications - Teleconferencing | 240.00 | 240.00 |
| Communications - Federal Express | 12.46 | 12.46 |
| Employee Meals | 314.20 | 314.20 |
| Document Production | 69.00 | 69.00 |
| Internal Research | 240.00 | 240.00 |
| External Research - Thomson | 34.06 | 34.06 |
| External Research - Online Database | 21.28 | 21.28 |
| **Total Expenses** | **$ 1,660.26** | **$ 1,660.26** |

| | |
|---|---:|
| **Airfare** | $ 583.77 |
| **Ground Transportation** | 145.49 |
| **Communications** | 252.46 |
| **Meals** | 314.20 |
| **Document Production** | 69.00 |
| **Research** | 295.34 |
| **Total Expenses** | $ 1,660.26 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through May 31, 2006**
**Invoice No. 11781**

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (travel agency fee for booking of one-way flight to Baltimore, MD dated 02/24/06) | 02/23/06 | 20.00 | |
| O'Connell (one-way coach class flight to Baltimore, MD from Queens, NY) | 02/24/06 | 394.79 | |
| O'Connell (travel agency fee for booking of one-way flight to Queens, NY dated 02/24/06) | 02/24/06 | 20.00 | |
| O'Connell (one-way coach class flight to Queens, NY from Washington, DC) | 02/24/06 | 148.98 | |
| Subtotal - Airfare | | | $ 583.77 |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 02/24/06 | 50.49 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 50.49 |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (taxi home from LaGuardia Airport in Queens, NY) | 02/24/06 | 45.00 | |
| O'Connell (weekend taxi home from Blackstone) | 02/25/06 | 16.00 | |
| O'Connell (weekend taxi to Blackstone from home) | 02/26/06 | 16.00 | |
| O'Connell (weekend taxi home from Blackstone) | 02/26/06 | 18.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 95.00 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell | 02/28/06 | 80.00 | |
| O'Connell | 03/28/06 | 80.00 | |
| O'Connell | 04/18/06 | 80.00 | |
| Subtotal - Communications - Teleconferencing | | | 240.00 |

### Communications - Federal Express

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Otero | 04/26/06 | 12.46 | |
| Subtotal - Communications - Federal Express | | | 12.46 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 02/23/06 | 20.37 | |
| O'Connell (weekend meal @ Blackstone) | 02/24/06 | 11.38 | |
| O'Connell (catered lunch meal for 12 people during client meeting held @ Blackstone) | 03/15/06 | 282.45 | |
| Subtotal - Employee Meals | | | 314.20 |

### Document Production

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa | 04/24/06 - 04/30/06 | 6.00 | |
| Munfa | 04/24/06 - 04/30/06 | 63.00 | |
| Subtotal - Document Production | | | 69.00 |

### Internal Research

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa (online data research) | 04/20/06 | 240.00 | |
| Subtotal - Internal Research | | | 240.00 |

### External Research - Thomson

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa (online data research) | 04/20/06 | 34.06 | |
| Subtotal - External Research - Thomson | | | 34.06 |

### External Research - Online Database

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa (retrieved court filings via P.A.C.E.R.) | 04/06/06 | 21.28 | |
| Subtotal - External Research - Online Database | | | 21.28 |

| | | **Total Expenses** | **$ 1,660.26** |
|---|---|---|---|

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS FOR THE PERIOD
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 71.9 |
| Jamie O'Connell | Associate | 48.9 |
| JP Munfa | Analyst | 16.1 |
| | Total | 136.9 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/01/06 | 1.5 | Business Analysis | Review Monthly operating reports |
| Pamela Zilly | 05/01/06 | 0.8 | Business Analysis | Review revised Project Spaghetti model |
| Jamie O'Connell | 05/02/06 | 0.5 | Business Analysis | Call with L. Van Loan of Grace regarding 3/31/06 claims estimates |
| Jamie O'Connell | 05/02/06 | 1.0 | Business Analysis | Analysis of 3/31/06 claims estimates |
| Jamie O'Connell | 05/03/06 | 1.0 | Business Analysis | Discussion with P. Zilly re: environmental site payment |
| Jamie O'Connell | 05/03/06 | 0.5 | Business Analysis | Review correspondence with Grace management |
| Jamie O'Connell | 05/03/06 | 0.5 | Business Analysis | Call with L. Duff of Grace regarding environmental issues |
| Jamie O'Connell | 05/03/06 | 1.0 | Business Analysis | Review first quarter results |
| Pamela Zilly | 05/03/06 | 1.0 | Business Analysis | Review and discussion with J. O'Connell re: Super Fund payment and motion |
| Pamela Zilly | 05/04/06 | 0.4 | Business Analysis | Review correspondence re: Project Spaghetti |
| Jamie O'Connell | 05/05/06 | 0.3 | Business Analysis | Correspondence with B. Corcoran of Grace regarding claims |
| Jamie O'Connell | 05/05/06 | 0.5 | Business Analysis | Discussion with P. Zilly re: Wauconda issues |
| Jamie O'Connell | 05/05/06 | 1.0 | Business Analysis | Review of Wauconda materials and circulation to financial advisors |
| Pamela Zilly | 05/05/06 | 1.0 | Business Analysis | Review and discussion with J. O'Connell re: Super Fund payment and motion |
| Pamela Zilly | 05/05/06 | 1.3 | Business Analysis | Read Wauconda settlement materials |
| Jamie O'Connell | 05/08/06 | 0.3 | Business Analysis | Call with L. Van Loan of Grace regarding Capstone inquiries |
| Jamie O'Connell | 05/08/06 | 0.3 | Business Analysis | Correspondence to L. Van Loan of Grace regarding Capstone inquiries |
| Pamela Zilly | 05/10/06 | 1.0 | Business Analysis | Review of information re: defense costs; correspondence with R. Finke |
| Jamie O'Connell | 05/11/06 | 4.0 | Business Analysis | Analysis of comparable company |
| Pamela Zilly | 05/11/06 | 1.2 | Business Analysis | Review closing documents on Catalysts Components transaction |
| Jamie O'Connell | 05/12/06 | 4.5 | Business Analysis | Analysis of comparable company |
| Pamela Zilly | 05/13/06 | 1.0 | Business Analysis | Read Basell Asset Purchase Agreement |
| Jamie O'Connell | 05/15/06 | 0.3 | Business Analysis | Review business update from GPC |
| Jamie O'Connell | 05/15/06 | 0.8 | Business Analysis | Meeting with P. Zilly to review comparable company analysis |
| Jamie O'Connell | 05/15/06 | 1.0 | Business Analysis | Analysis of comparable company |
| Pamela Zilly | 05/15/06 | 0.8 | Business Analysis | Meeting with J. O'Connell re: comparable company analyses |
| Pamela Zilly | 05/15/06 | 0.8 | Business Analysis | Review responses to Wauconda settlement motion |
| Jamie O'Connell | 05/16/06 | 2.3 | Business Analysis | Analysis of comparable company |
| Jamie O'Connell | 05/17/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 05/17/06 | 0.5 | Business Analysis | Read Wauconda Site settlement Motion |
| Pamela Zilly | 05/17/06 | 0.3 | Business Analysis | Status udpate with J. O'Connell |
| Jamie O'Connell | 05/19/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business matter |
| JP Munfa | 05/19/06 | 1.0 | Business Analysis | Financial analysis |
| Pamela Zilly | 05/19/06 | 1.3 | Business Analysis | Review first quarter results |
| Jamie O'Connell | 05/22/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business matter |
| Jamie O'Connell | 05/22/06 | 0.5 | Business Analysis | Call with P. Zilly, J.P. Munfa and E. Filon regarding business analysis |
| JP Munfa | 05/22/06 | 3.0 | Business Analysis | Financial analysis |
| JP Munfa | 05/22/06 | 0.5 | Business Analysis | Review financial analysis with J. O'Connell |
| Pamela Zilly | 05/22/06 | 0.5 | Business Analysis | Call with P. Zilly, J.O'Connell and E. Filon regarding business analysis |
| Pamela Zilly | 05/22/06 | 0.5 | Business Analysis | Call with E. Filon, J. O'Connell re: business analyses |
| Jamie O'Connell | 05/23/06 | 0.3 | Business Analysis | Call with E. Filon and D. Neuberger of Grace |
| Jamie O'Connell | 05/23/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 05/23/06 | 0.3 | Business Analysis | Status udpate with J. O'Connell |
| Jamie O'Connell | 05/24/06 | 4.0 | Business Analysis | Financial analysis |
| Pamela Zilly | 05/24/06 | 0.5 | Business Analysis | Call with R. Finke re: Legal expenditures |
| Jamie O'Connell | 05/25/06 | 2.5 | Business Analysis | Financial analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/25/06 | 0.5 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| JP Munfa | 05/25/06 | 4.0 | Business Analysis | Financial analysis |
| JP Munfa | 05/25/06 | 0.5 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| Jamie O'Connell | 05/26/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| JP Munfa | 05/26/06 | 2.0 | Business Analysis | Financial analysis |
| JP Munfa | 05/26/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| Jamie O'Connell | 05/30/06 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Pamela Zilly | 05/30/06 | 1.0 | Business Analysis | Review financial model |
| Jamie O'Connell | 05/31/06 | 0.3 | Business Analysis | Correspondence with management regarding business analysis |
| Jamie O'Connell | 05/31/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| JP Munfa | 05/31/06 | 3.0 | Business Analysis | Financial analysis |
| JP Munfa | 05/31/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding business analysis |
| Pamela Zilly | 05/31/06 | 1.5 | Business Analysis | Prepare correspondence re: litigation costs |
| Pamela Zilly | 05/31/06 | 0.5 | Business Analysis | Review slides for advisors' presentation |
| | | 63.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/01/06 | 1.0 | Committee | Manage various committee requests |
| Jamie O'Connell | 05/02/06 | 0.5 | Committee | Call with J. Sinclair of Tersigni regarding claims |
| Jamie O'Connell | 05/02/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding various requests |
| Jamie O'Connell | 05/04/06 | 1.0 | Committee | Correspondence with financial advisors regarding pension situation |
| Jamie O'Connell | 05/04/06 | 0.3 | Committee | Call with J. Brownstein of Piper Jaffray regarding pension situation |
| Jamie O'Connell | 05/05/06 | 0.3 | Committee | Correspondence with Capstone |
| Jamie O'Connell | 05/05/06 | 0.5 | Committee | Call with R. Frezza and L. Hamilton of Capstone regarding claims |
| Jamie O'Connell | 05/12/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding various requests |
| Jamie O'Connell | 05/15/06 | 1.0 | Committee | Call with Grace management and financial advisors to review first quarter results |
| Jamie O'Connell | 05/15/06 | 0.3 | Committee | Manage various committee requests |
| Pamela Zilly | 05/15/06 | 1.0 | Committee | Grace earnings call with financial advisors |
| Pamela Zilly | 05/15/06 | 1.3 | Committee | Call with Committees' financial advisors, counsel, Grace management re: pension motion |
| Jamie O'Connell | 05/16/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 05/18/06 | 1.0 | Committee | Calls and follow up with R. Frezza of Capstone |
| Jamie O'Connell | 05/19/06 | 0.3 | Committee | Call with D. Neuberger of Grace and J. Sinclair of Tersigni regarding business matter |
| Jamie O'Connell | 05/19/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 05/22/06 | 0.5 | Committee | Call with Kirkland & Ellis, Stroock and Capstone regarding Wauconda settlement |
| Jamie O'Connell | 05/23/06 | 0.3 | Committee | Call with B. Frezza of Capstone regarding tax analysis |
| Jamie O'Connell | 05/23/06 | 1.0 | Committee | Manage various Capstone requests |
| Jamie O'Connell | 05/26/06 | 0.5 | Committee | Manage various committee requests |
| | | **12.2** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/15/05 | 0.4 | Employee Benefits/Pension | Follow-up all re: same |
| Jamie O'Connell | 05/01/06 | 1.0 | Employee Benefits/Pension | Internal meeting re: business analysis, pension funding, mediation |
| Pamela Zilly | 05/01/06 | 1.0 | Employee Benefits/Pension | Meeting with J. O'Connell re: acquisitions, POR, pension funding |
| Pamela Zilly | 05/03/06 | 1.0 | Employee Benefits/Pension | Meeting with B. McGowan re: pension funding |
| Pamela Zilly | 05/04/06 | 0.5 | Employee Benefits/Pension | Discussions with J. Baer, B. McGowan re: requested pension back up material |
| Pamela Zilly | 05/04/06 | 0.5 | Employee Benefits/Pension | Call with J. Radecki re: pension information |
| Pamela Zilly | 05/04/06 | 0.8 | Employee Benefits/Pension | Call with B. McGowan, J. Forgach re: actuarial statements |
| Pamela Zilly | 05/04/06 | 1.0 | Employee Benefits/Pension | Correspondence with J. Baer, J. Forgach, J. O'Connell re: pension funding information; review of same |
| Pamela Zilly | 05/05/06 | 0.8 | Employee Benefits/Pension | Correspondence with J. Baer, J. Forgach, J. O'Connell re: pension funding information; review of same |
| Pamela Zilly | 05/05/06 | 0.7 | Employee Benefits/Pension | Call with B. McGowan, J. Forgach re: actuarial statements |
| Pamela Zilly | 05/05/06 | 1.0 | Employee Benefits/Pension | Review of actuarial information |
| Pamela Zilly | 05/05/06 | 0.3 | Employee Benefits/Pension | Call with J. Radecki re: information requests |
| Pamela Zilly | 05/05/06 | 1.0 | Employee Benefits/Pension | Discussions with R. McGowan, J. Forgach re: information requests |
| Pamela Zilly | 05/08/06 | 0.4 | Employee Benefits/Pension | Call with R. McGowan; status of FCR pension ideas |
| Pamela Zilly | 05/09/06 | 0.4 | Employee Benefits/Pension | Call with R. McGowan; status of FCR pension ideas |
| Pamela Zilly | 05/12/06 | 1.0 | Employee Benefits/Pension | Review pension funding materials |
| Pamela Zilly | 05/12/06 | 1.0 | Employee Benefits/Pension | Various calls with R. McGowan, J. Baer re: pension motion |
| Pamela Zilly | 05/12/06 | 0.5 | Employee Benefits/Pension | Call with J. Radecki re: pension motion |
| Pamela Zilly | 05/15/06 | 1.0 | Employee Benefits/Pension | Review pension funding analysis |
| Pamela Zilly | 05/16/06 | 0.7 | Employee Benefits/Pension | Review correspondence with J. Forgach, J. Baer re: pension issues |
| Pamela Zilly | 05/17/06 | 0.4 | Employee Benefits/Pension | Further correspondence on pension issues |
| Pamela Zilly | 05/19/06 | 0.3 | Employee Benefits/Pension | Further correspondence on pension issues |
| Pamela Zilly | 05/22/06 | 0.5 | Employee Benefits/Pension | Call with J. Radecki re: pension matters |
| Pamela Zilly | 05/22/06 | 0.5 | Employee Benefits/Pension | Call with R. McGowan re: pension matters |
| Pamela Zilly | 05/22/06 | 1.0 | Employee Benefits/Pension | Call with Festa, Tarola, McGowan re: pension motion |
| Pamela Zilly | 05/24/06 | 0.5 | Employee Benefits/Pension | Call with J. Radecki re: pension matters |
| Pamela Zilly | 05/24/06 | 0.3 | Employee Benefits/Pension | Call with F. Festa re: pension matters |
| Pamela Zilly | 05/26/06 | 0.5 | Employee Benefits/Pension | Correspondence re: pension analysis |
| Jamie O'Connell | 05/31/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan regarding business update |
| Pamela Zilly | 05/31/06 | 1.0 | Employee Benefits/Pension | Call with B. McGowan, J. Radecki, legal advisors re: pension issues |
| | | 20.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/03/06 | 2.0 | Financing | Meeting with R. Tarola, E. Filon, CSFB |
| Pamela Zilly | 05/03/06 | 1.2 | Financing | Meeting with R. Tarola, E. Filon |
| Pamela Zilly | 05/03/06 | 2.0 | Financing | Meeting with R. Tarola, E. Filon, Deutsche Bank |
| Pamela Zilly | 05/10/06 | 0.5 | Financing | Correspondence with E. Filon re: B of A letters of credit |
| Jamie O'Connell | 05/23/06 | 1.0 | Financing | Meeting with financial institution regarding business status |
| JP Munfa | 05/23/06 | 1.0 | Financing | Meeting with financial institution regarding business status |
| Pamela Zilly | 05/23/06 | 1.5 | Financing | Meeting with Goldman Sachs re: Grace funding |
| | | 9.2 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/15/06 | 1.0 | Hearings | Participate telephonically in the May 15, 2006 court hearing |
| Pamela Zilly | 05/15/06 | 1.5 | Hearings | Attend Court Hearing by phone |
| | | 2.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MAY 1, 2006 THROUGH MAY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/03/06 | 3.0 | Non-Working Travel Time | Travel to Columbia |
| Pamela Zilly | 05/03/06 | 3.0 | Non-Working Travel Time | Travel to New York |
| | | 6.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2006 THROUGH MAY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/02/06 | 2.0 | Plan and Disclosure Statement | Review analysis of 3/31/06 claims estimates |
| Jamie O'Connell | 05/09/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 05/10/06 | 1.0 | Plan and Disclosure Statement | Analysis of Owens Corning settlement |
| Pamela Zilly | 05/11/06 | 1.0 | Plan and Disclosure Statement | Call with F. Festa, et al re: mediation |
| Pamela Zilly | 05/12/06 | 1.0 | Plan and Disclosure Statement | Analysis of Owens Corning settlement, precedent transactions |
| Pamela Zilly | 05/15/06 | 1.0 | Plan and Disclosure Statement | Owens Corning structure analysis |
| Jamie O'Connell | 05/16/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 05/16/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: mediation, other pending motions, issues |
| Pamela Zilly | 05/16/06 | 2.0 | Plan and Disclosure Statement | Review Owens Corning analysis |
| Pamela Zilly | 05/16/06 | 3.0 | Plan and Disclosure Statement | Attend Grace mediation session |
| Pamela Zilly | 05/17/06 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 05/17/06 | 1.0 | Plan and Disclosure Statement | Read various motion re: Lloyd's underwriters settlement |
| Jamie O'Connell | 05/18/06 | 0.5 | Plan and Disclosure Statement | Call with R. Lapidario of Grace regarding interest calculations |
| Jamie O'Connell | 05/18/06 | 0.5 | Plan and Disclosure Statement | Review comparable company filings |
| Jamie O'Connell | 05/22/06 | 0.5 | Plan and Disclosure Statement | Review financial analysis with J. P. Munfa |
| Jamie O'Connell | 05/22/06 | 0.3 | Plan and Disclosure Statement | Call with D. Nakashige of Grace |
| Jamie O'Connell | 05/25/06 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidario of Grace regarding interest calculations |
| Jamie O'Connell | 05/30/06 | 0.3 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 05/30/06 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 05/30/06 | 1.0 | Plan and Disclosure Statement | Call with Management, Counsel re: pending motions, mediation |
| Pamela Zilly | 05/30/06 | 3.5 | Plan and Disclosure Statement | Attend Grace mediation |
| Pamela Zilly | 05/30/06 | 0.3 | Plan and Disclosure Statement | Status udpate with J. O'Connell |
| Pamela Zilly | 05/31/06 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein |
| | | **22.7** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MAY 1, 2006 THROUGH MAY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/19/06 | 1.0 | Tax Issues | Call with E. Filon, D. Nakashige and R. Lapidario of Grace regarding tax items |
| | | 1.0 | | |