IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 11, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR THE BLACKSTONE
# GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE
# PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

September 21, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of June 1, 2006 through June 30, 2006: | | | $ | 125,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (25,000.00) |
| Out-of-pocket expenses processed for the period through June 30, 2006: [1] | | | | |
| | Airfare | $ 1,174.04 | | |
| | Ground Transportation | 298.71 | | |
| | Communications | 158.74 | | |
| | Meals | 235.21 | | |
| | Document Production | 42.00 | | |
| | Publishing Services | 246.75 | | 2,155.45 |
| **Total Amount Due** | | | **$** | **102,155.45** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 11814

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 11814**

|  | GL Detail Jun-06 | Total Expenses |
|---|---|---|
| Airfare | $ 1,174.04 | $ 1,174.04 |
| Ground Transportation - Car Service - Elite | 145.71 | 145.71 |
| Ground Transportation - Out of Town Travel | 153.00 | 153.00 |
| Communications - Teleconferencing | 158.74 | 158.74 |
| Meals with Clients | 235.21 | 235.21 |
| Document Production | 42.00 | 42.00 |
| Publishing Services | 246.75 | 246.75 |
| **Total Expenses** | **$ 2,155.45** | **$ 2,155.45** |

| | | |
|---|---|---|
| Airfare | $ | 1,174.04 |
| Ground Transportation | | 298.71 |
| Communications | | 158.74 |
| Meals | | 235.21 |
| Document Production | | 42.00 |
| Publishing Services | | 246.75 |
| **Total Expenses** | **$** | **2,155.45** |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2006
Invoice No. 11814

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly (travel agency fee for one-way flight to Baltimore, MD dated 05/03/06 | 05/03/06 | 20.00 | |
| Zilly (one-way coach class flight to Baltimore, MD from Queens, NY | 05/03/06 | 353.30 | |
| Zilly (travel agency fee for one-way flight to Queens, NY dated 05/03/06 | 05/03/06 | 20.00 | |
| Zilly (one-way coach class flight to Queens, NY from Baltimore, MD | 05/03/06 | 421.30 | |
| Zilly (travel agency fee for round trip flight dated 06/14/06 | 06/14/06 | 40.00 | |
| Zilly (round trip coach class flight to/from Boston, MA from/to Queens, NY | 06/14/06 | 319.44 | |
| Subtotal - Airfare | | | $ 1,174.04 |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa (car to LaGuardia Airport in Queens, NY from Blackstone) | 04/25/06 | 96.39 | |
| Publishing Services - John (late evening car to Blackstone from home | 04/24/06 | 49.32 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 145.71 |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly (taxi to client's offices in Columbia, MD from BWI Airport in Baltimore, MD | 05/03/06 | 40.00 | |
| Zilly (taxi to BWI airport in Baltimore, MD from client's offices in Columbia, MD | 05/03/06 | 42.00 | |
| Zilly (taxi home from airport) | 05/03/06 | 71.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 153.00 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell | 05/18/06 | 50.00 | |
| Zilly | 03/29/06 | 1.34 | |
| Zilly | 03/29/06 | 16.22 | |
| Zilly | 04/03/06 | 8.28 | |
| Zilly | 04/04/06 | 10.52 | |
| Zilly | 04/06/06 | 51.47 | |
| Zilly | 04/18/06 | 20.91 | |
| Subtotal - Communications - Teleconferencing | | | 158.74 |

### Meals with Clients

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly (catered lunch meal for 10 people during client meeting held @ Blackstone | 04/25/06 | 235.21 | |
| Subtotal - Meals with Clients | | | 235.21 |

### Document Production

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Munfa | 06/12/06 - 06/25/06 | 33.00 | |
| O'Connell | 06/12/06 - 06/25/06 | 9.00 | |
| Subtotal - Document Production | | | 42.00 |

### Publishing Services

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Gellman | 05/29/06 - 06/11/06 | 122.50 | |
| Munfa | 06/12/06 - 06/25/06 | 105.00 | |
| O'Connell | 06/12/06 - 06/25/06 | 19.25 | |
| Subtotal - Publishing Services | | | 246.75 |
| **Total Expenses** | | | **$ 2,155.45** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 63.4 |
| Jamie O'Connell | Associate | 65.0 |
| Scott Gellman | Summer Assoicate | 13.0 |
| JP Munfa | Analyst | 16.3 |
| Sarah Bennet | Summer Analyst | 4.0 |
| | Total | 161.7 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/02/06 | 1.0 | Business Analysis | Review Project Spaghetti model; distribute to Capstone |
| Jamie O'Connell | 06/05/06 | 0.5 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 06/05/06 | 0.5 | Business Analysis | Status meeting with J.O'Connell |
| Jamie O'Connell | 06/06/06 | 0.3 | Business Analysis | Call with E. Filon of Grace regarding financial analysis |
| Pamela Zilly | 06/06/06 | 1.0 | Business Analysis | Call with Grace management on Project Spaghetti |
| Scott Gellman | 06/06/06 | 1.0 | Business Analysis | Analysis of comparable companies |
| Jamie O'Connell | 06/08/06 | 0.5 | Business Analysis | Status meeting with P. Zilly |
| Jamie O'Connell | 06/08/06 | 0.3 | Business Analysis | Correspondence with S. Smith of Grace |
| Pamela Zilly | 06/08/06 | 0.6 | Business Analysis | Review timeline for Project Spaghetti |
| Pamela Zilly | 06/08/06 | 0.5 | Business Analysis | Status meeting with J.O'Connell |
| Scott Gellman | 06/08/06 | 2.0 | Business Analysis | Analysis of comparable companies |
| Jamie O'Connell | 06/09/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Jamie O'Connell | 06/09/06 | 0.5 | Business Analysis | Comparable company review |
| Pamela Zilly | 06/09/06 | 2.0 | Business Analysis | Business analysis |
| Pamela Zilly | 06/09/06 | 1.0 | Business Analysis | Review comparable company analyses |
| Pamela Zilly | 06/09/06 | 0.3 | Business Analysis | Review materials re: Project Cardinal |
| Scott Gellman | 06/09/06 | 4.0 | Business Analysis | Analysis of comparable companies |
| Jamie O'Connell | 06/11/06 | 0.5 | Business Analysis | Comparable company review |
| Jamie O'Connell | 06/12/06 | 1.0 | Business Analysis | Call with E. Filon, D. Nakashige and J. P. Munfa regarding financial analysis |
| JP Munfa | 06/12/06 | 0.5 | Business Analysis | Call with E. Filon, D. Nakashige and J. O'Connell regarding financial analysis |
| Pamela Zilly | 06/12/06 | 1.0 | Business Analysis | Call with E. Filon re: business analysis |
| Pamela Zilly | 06/12/06 | 0.8 | Business Analysis | Review three year cash flows |
| Pamela Zilly | 06/12/06 | 0.5 | Business Analysis | Call with F. Festa re: various items |
| Jamie O'Connell | 06/14/06 | 8.0 | Business Analysis | Attend GPC strategy session in Cambridge, MA |
| Pamela Zilly | 06/14/06 | 2.0 | Business Analysis | Travel to Cambridge; review pending motions |
| Pamela Zilly | 06/14/06 | 8.0 | Business Analysis | Business review meeting with GPC management |
| Jamie O'Connell | 06/15/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| JP Munfa | 06/15/06 | 3.0 | Business Analysis | Develop financial analysis |
| Jamie O'Connell | 06/16/06 | 0.3 | Business Analysis | Call with E. Filon and D. Nakashige of Grace regarding business analysis |
| Jamie O'Connell | 06/16/06 | 0.3 | Business Analysis | Internal correspondence regarding status of various work streams |
| Jamie O'Connell | 06/16/06 | 0.5 | Business Analysis | Review business update materials |
| Jamie O'Connell | 06/18/06 | 2.0 | Business Analysis | Analysis of comparable company |
| Jamie O'Connell | 06/19/06 | 0.5 | Business Analysis | Call with P. Zilly and D. Neuberger of Grace regarding business update presentation |
| Pamela Zilly | 06/19/06 | 0.8 | Business Analysis | Call with G. Young, D. Neuberger re: Project Spaghetti |
| Pamela Zilly | 06/19/06 | 1.0 | Business Analysis | Reviw and call with D. Neuberger re: business plan presentation |
| Jamie O'Connell | 06/20/06 | 0.3 | Business Analysis | Correspondence to P. Zilly regarding various work streams |
| JP Munfa | 06/20/06 | 3.0 | Business Analysis | Develop financial analysis |
| Pamela Zilly | 06/20/06 | 0.2 | Business Analysis | Correspondence with J. O'Connell |
| Jamie O'Connell | 06/21/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| JP Munfa | 06/21/06 | 3.5 | Business Analysis | Develop financial analysis |
| Jamie O'Connell | 06/22/06 | 8.0 | Business Analysis | Attend Davison strategy session in Columbia, MD |
| JP Munfa | 06/22/06 | 1.5 | Business Analysis | Develop financial analysis |
| Sarah Bennett | 06/22/06 | 4.0 | Business Analysis | Analysis of comparable company |
| Jamie O'Connell | 06/23/06 | 1.5 | Business Analysis | Prepare business update presentation for committee |
| Pamela Zilly | 06/23/06 | 8.0 | Business Analysis | Business review meeting with Davison management |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/23/06 | 3.0 | Business Analysis | Travel to New York, review Davison materials |
| Scott Gellman | 06/26/06 | 3.0 | Business Analysis | Analysis of comparable companies |
| Jamie O'Connell | 06/27/06 | 0.3 | Business Analysis | Review financial analysis with J. P. Munfa |
| JP Munfa | 06/27/06 | 0.3 | Business Analysis | Review financial analysis with J. O'Connell |
| JP Munfa | 06/27/06 | 1.0 | Business Analysis | Discuss financial analysis with D. Nakashige |
| Scott Gellman | 06/27/06 | 2.0 | Business Analysis | Analysis of comparable companies |
| JP Munfa | 06/28/06 | 1.0 | Business Analysis | Develop financial analysis |
| JP Munfa | 06/28/06 | 1.0 | Business Analysis | Review financial analysis with Scott Gellman |
| Scott Gellman | 06/28/06 | 1.0 | Business Analysis | Review financial analysis with J. P. Munfa |
| Pamela Zilly | 06/29/06 | 1.0 | Business Analysis | Review comparable company analysis |
| | | **91.2** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/01/06 | 0.2 | Committee | Review slides for presentation to Unsecured Creditors Committee |
| Pamela Zilly | 06/01/06 | 1.0 | Committee | Call with J. Brownstein, J. Radecki, E. Filon re: tax claims |
| Pamela Zilly | 06/02/06 | 2.0 | Committee | Meeting with management, Unsecured Creditors Committee |
| Jamie O'Connell | 06/05/06 | 0.3 | Committee | Call with G. Boyer of CDG regarding information request |
| Jamie O'Connell | 06/05/06 | 0.3 | Committee | Call with G. Young of Grace regarding committee request |
| Jamie O'Connell | 06/05/06 | 0.3 | Committee | Call with R. Frezza of Capstone regarding information request |
| Jamie O'Connell | 06/05/06 | 0.3 | Committee | Call with J. Brownstein regarding information request |
| Jamie O'Connell | 06/05/06 | 0.3 | Committee | Call with D. Neuberger of Grace regarding information request |
| Jamie O'Connell | 06/05/06 | 0.8 | Committee | Manage various committee requests |
| Jamie O'Connell | 06/06/06 | 1.0 | Committee | Call with management regarding committee requests |
| Jamie O'Connell | 06/06/06 | 0.3 | Committee | Call with J. Brownstein regarding information request |
| Jamie O'Connell | 06/06/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 06/07/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 06/07/06 | 1.0 | Committee | Call with Capstone and management regarding business update |
| Jamie O'Connell | 06/07/06 | 0.3 | Committee | Call with CDG and management regarding business update |
| Pamela Zilly | 06/07/06 | 1.0 | Committee | Call with Capstone re: Project Spaghetti |
| Jamie O'Connell | 06/08/06 | 0.3 | Committee | Call with B. Sarikas of Grace regarding committee request |
| Jamie O'Connell | 06/08/06 | 0.3 | Committee | Manage various committee requests |
| Pamela Zilly | 06/08/06 | 0.3 | Committee | Arrange time for meeting with Unsecured Creditors Committee |
| Pamela Zilly | 06/08/06 | 1.0 | Committee | Correspondence with R. Tarola, J. Sinclair re: Libby litigation costs |
| Jamie O'Connell | 06/09/06 | 0.3 | Committee | Call with J. Brownstein regarding information request |
| Jamie O'Connell | 06/09/06 | 0.5 | Committee | Manage various committee requests |
| Pamela Zilly | 06/09/06 | 0.4 | Committee | Call with J. Radecki re: Project Spaghetti |
| Jamie O'Connell | 06/12/06 | 0.3 | Committee | Correspondence with G. Boyer of CDG |
| Jamie O'Connell | 06/12/06 | 0.5 | Committee | Call with E. Filon, J. Gibbs and J. Brownstein regarding committee request |
| Jamie O'Connell | 06/12/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 06/13/06 | 0.5 | Committee | Respond to Capstone requests on financial performance and business matters |
| Jamie O'Connell | 06/13/06 | 0.3 | Committee | Respond to Piper Jaffray information request |
| Jamie O'Connell | 06/13/06 | 0.3 | Committee | Call with D. Neuberger of Grace regarding committee information request |
| Jamie O'Connell | 06/15/06 | 0.3 | Committee | Respond to Capstone request |
| Pamela Zilly | 06/15/06 | 1.0 | Committee | Review Creditors Committee presentation |
| Jamie O'Connell | 06/16/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding information request |
| Jamie O'Connell | 06/16/06 | 0.3 | Committee | Call with A. Kreiger of Stroock, L. Hamilton of Capstone and D. Nakashige of Grace |
| Jamie O'Connell | 06/19/06 | 1.0 | Committee | Manage various committee requests |
| Jamie O'Connell | 06/20/06 | 0.3 | Committee | Call with D. Nakashige of Grace and L. Hamilton of Capstone regarding information request |
| Jamie O'Connell | 06/20/06 | 0.3 | Committee | Call with A. Kreiger of Stroock, L. Hamilton of Capstone and D. Nakashige of Grace |
| Jamie O'Connell | 06/20/06 | 0.3 | Committee | Call with D. Nakashige of Grace regarding committee request |
| Jamie O'Connell | 06/20/06 | 0.3 | Committee | Correspondence with L. Hamilton regarding committee request |
| Jamie O'Connell | 06/20/06 | 0.5 | Committee | Call with R. Frezza and W. Dlugolecki of Capstone regarding information request |
| Jamie O'Connell | 06/20/06 | 0.3 | Committee | Review committee-related correspondence |
| Pamela Zilly | 06/20/06 | 0.4 | Committee | Call with S. Cunningham re: various items |
| Jamie O'Connell | 06/21/06 | 0.3 | Committee | Call with J. Forgach regarding committee request |
| Jamie O'Connell | 06/21/06 | 0.5 | Committee | Respond to Tersigni information request |
| Jamie O'Connell | 06/21/06 | 0.3 | Committee | Correspondence with A. Krieger of Stroock |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/22/06 | 0.5 | Committee | Respond to Capstone information requests |
| Jamie O'Connell | 06/23/06 | 0.3 | Committee | Correspondence with P. Zilly regarding committee request |
| JP Munfa | 06/23/06 | 1.5 | Committee | Attend committee meeting regarding business update |
| Pamela Zilly | 06/24/06 | 2.5 | Committee | Meeting with Unsecured Creditors Committee re: Project Spaghetti |
| Jamie O'Connell | 06/26/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 06/26/06 | 0.3 | Committee | Call with B. McGowan of Grace regarding committee request |
| Jamie O'Connell | 06/26/06 | 0.3 | Committee | Call with J. McFarland of Grace regarding committee request |
| Jamie O'Connell | 06/26/06 | 0.3 | Committee | Call with D. Neuberger of Grace regarding committee information request |
| Jamie O'Connell | 06/27/06 | 0.3 | Committee | Call with B. McGowan and Piper Jaffray regarding committee request |
| Jamie O'Connell | 06/27/06 | 0.3 | Committee | Call with B. McGowan and Tersigni regarding committee request |
| Jamie O'Connell | 06/27/06 | 0.3 | Committee | Call with B. McGowan regarding committee request |
| Jamie O'Connell | 06/27/06 | 0.3 | Committee | Correspondence with Piper Jaffray regarding information request |
| Jamie O'Connell | 06/28/06 | 0.3 | Committee | Call with G. Boyer of CDG regarding information request |
| Jamie O'Connell | 06/28/06 | 0.3 | Committee | Respond to Capstone information request |
| Jamie O'Connell | 06/29/06 | 0.3 | Committee | Call with L. Hamilton of Capstone regarding information request |
| Jamie O'Connell | 06/29/06 | 0.3 | Committee | Call with V. Finkelstein of Grace regarding information request |
| Jamie O'Connell | 06/29/06 | 0.3 | Committee | Correspondence with Capstone regarding information request |
| Jamie O'Connell | 06/29/06 | 0.3 | Committee | Respond to CDG information request |
| Pamela Zilly | 06/30/06 | 1.0 | Committee | Call with ACC and FCR financial advisors, B. McGowan re: LTIP |
| | | 31.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/09/06 | 1.0 | Employee Benefits/Pension | Review draft of LTIP motion |
| Jamie O'Connell | 06/11/06 | 0.5 | Employee Benefits/Pension | Review draft LTIP motion |
| Pamela Zilly | 06/26/06 | 0.5 | Employee Benefits/Pension | Discussion with J. O'Connell re: financial advisors' comments on LTIP Motion |
| Pamela Zilly | 06/28/06 | 1.0 | Employee Benefits/Pension | Review LTIP backup information |
| Pamela Zilly | 06/29/06 | 0.5 | Employee Benefits/Pension | Call with R. McGowan re: comments to LTIP Plan |
| Pamela Zilly | 06/30/06 | 0.5 | Employee Benefits/Pension | Follow-up call with B. McGowan re: LTIP suggestions |
| | | 4.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/30/06 | 0.5 | Financing | Review of alternate financing mechanisms |
| | | 0.5 | | |

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/19/06 | 2.0 | Hearings | Participate telephonically in the June 19, 2006 court hearing |
| Pamela Zilly | 06/19/06 | 2.0 | Hearings | Attend Grace Court Hearing telephonically |
| Pamela Zilly | 06/22/06 | 3.0 | Hearings | Travel to Columbia |
| | | **7.0** | | |

## THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/14/06 | 3.0 | Non-Working Travel Time | Travel from New York to Grace offices in Cambridge, MA |
| Jamie O'Connell | 06/14/06 | 4.0 | Non-Working Travel Time | Travel from Grace offices in Cambridge, MA to New York |
| Pamela Zilly | 06/14/06 | 2.0 | Non-Working Travel Time | Travel to New York |
| Jamie O'Connell | 06/22/06 | 3.0 | Non-Working Travel Time | Travel from New York to Grace offices in Columbia, MD |
| Jamie O'Connell | 06/22/06 | 3.0 | Non-Working Travel Time | Travel from Grace offices in Columbia, MD to New York |
| | | **15.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2006 THROUGH JUNE 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/05/06 | 0.8 | Plan and Disclosure Statement | Read objections to Lloyds' settlement |
| Pamela Zilly | 06/06/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: Committees requests; pending motions |
| Pamela Zilly | 06/06/06 | 0.4 | Plan and Disclosure Statement | Call with F. Festa re: various items |
| Jamie O'Connell | 06/12/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding committee request |
| Jamie O'Connell | 06/13/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/13/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding committee request |
| Pamela Zilly | 06/13/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: case status; pending motions |
| Jamie O'Connell | 06/15/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding committee request |
| Pamela Zilly | 06/15/06 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status of claims analysis |
| Pamela Zilly | 06/15/06 | 0.3 | Plan and Disclosure Statement | Call with W. Corcoran re: environmental analysis |
| Pamela Zilly | 06/19/06 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein re: case status |
| Jamie O'Connell | 06/20/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/20/06 | 0.3 | Plan and Disclosure Statement | Call with M. Brown of Grace regarding financial analysis |
| Jamie O'Connell | 06/21/06 | 0.3 | Plan and Disclosure Statement | Correspondence with B. Corcoran of Grace regarding committee request |
| Pamela Zilly | 06/21/06 | 0.3 | Plan and Disclosure Statement | Read motion re assumption and assignment of Lease re: Houston property |
| Jamie O'Connell | 06/23/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran of Grace regarding committee request |
| Jamie O'Connell | 06/26/06 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: environmental claims |
| Pamela Zilly | 06/27/06 | 1.0 | Plan and Disclosure Statement | Review environmental claims analysis; correspondence with S. Anderson |
| Pamela Zilly | 06/28/06 | 1.3 | Plan and Disclosure Statement | Review environmental claims analysis; correspondence with S. Anderson |
| Pamela Zilly | 06/30/06 | 1.0 | Plan and Disclosure Statement | Review materials re: Equitas settlement |
| Pamela Zilly | 06/01/06 | 0.5 | Tax Issues | Review cash tax payment analysis |
|  |  | 12.2 |  |  |