IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **NO ORDER REQUIRED** |
| | ) |
| | ) **Rel. D.I. 13111** |

## CERTIFICATION OF NO OBJECTION  REGARDING DOCKET NO. 13111

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Fifty-Fifth Monthly Fee Application of Duane

Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as

Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2006 through

July 31, 2006 (the "Application") [Docket No. 13111] filed on August 30, 2006.

The undersigned further certifies that he has reviewed the Court's docket in these cases

and that no answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the Notice of Application, objections to the Application were to be filed and served

no later than September 19, 2006 at 4:00 p.m.

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation (totaling $22,203.20) and one hundred percent (100%) of requested reimbursement of expenses (totaling $260.05) without further order from the court.

Dated:  September 22, 2006
        Wilmington, DE

                Michael R. Lastowski (DE I.D. No. 3892)
                Richard W. Riley (DE I.D. No. 4052)
                DUANE MORRIS LLP
                1100 N. Market Street, Suite 1200
                Wilmington, DE 19801-1246
                Telephone:    (302)-657-4900
                Facsimile:    (302)-657-4901
                Email:        mlastowski@duanemorris.com

                *Co-Counsel for the Official*
                *Committee of Unsecured Creditors*