# SIGN-IN-SHEET

**CASE NAME** **W.R. Grace** **COURTROOM LOCATION: Courtroom #5**

**CASE NO.:** **01-1139(JKF)** **DATE: September 25, 2006 @2:00 p.m.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark T. Hurford | Campbell Levine | PI Comm |
| Frank Monaco | Monzack + Monaco | Canada / Montana |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Robert Gilson | Riker Danzig | Prudential |
| Richard H. Wyron | Orrick | FCR |
| Natalie Ramsey | Montgomery McCracken | Grace Certain Cancer Claimants |
| Ken Pasquale | Stroock + Stroock + Lavan LLP | UCC |
| Martin Dies | Dies & Hile | PD Committee |
| Scott Baena | Bilzin | PD Comm |
| Jay Sakalo | " | " |
| Alan Runyan | Speights & Runyan | Board of Regents, Univ. of Calif. / California State University / Pacific Freehold Estates |
| | | |
| Jarrad Wright | Weil, Gotshal & Manges LLP | Ad Hoc Committee of Equity Security Holders |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME** W.R. Grace

**COURTROOM LOCATION: Courtroom #5**

**CASE NO.:** 01-1139(JKF)

**DATE: September 25, 2006 @2:00 p.m.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Angela Allen | Burns, White & Hickton | BNSF |
| Dan Speights | Speights & Runyan | Anderson |
| Michael Brown | Drinker Biddle & Reath | OneBeacon / Seaton |
| Laurie Pollick | Jaspan Schlesinger Hoffman | Prudential / Motley Rice |
| Jim Hughes - phone appearance | Motley Rice | Motley Rice |
| Sandy Esserman | Stutzman Bromberg Esserman + Plifka | Venders Claims |
| Nathan Finch | Caplin + Drysdale | ACC |
| Peter Lockwood | " " | ACC |
| JS Baer | Kirkland Ellis | Grace |
| S. Blatnick | " | " |
| L. Esayian | " | " |
| DM Bernick | " | " |
| J. O'Neill | PSZYJW | " |
| Joseph J Farnan III | Phillips Goldman & Spence | FCR |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME** W.R. Grace **COURTROOM LOCATION: Courtroom #5**

**CASE NO.:** 01-1139(JKF) **DATE: September 25, 2006 @2:00 p.m.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Marc Phillips | Connolly Bove Lodge & Hutz | MCC |
| Daniel K. Hogan | The Hogan Firm | Canadian ZAI Claimants |
| Kathryn Sallie | The Bayard Firm | Ad Hoc Committee of Equity Holders |
| Richard Riley | Duane Morris | UCC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

Calendar Date: 09/25/2006
Calendar Time: 02:00 PM

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting)
## Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1483973 | David Siegel | 802-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1483983 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1484215 | James M. Hughes | 843-216-9133 | Motley Rice, LLC | American Legion, State of Washington, et al / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1484335 | Elisa Alcabes | 212-455-3133 | Simpson Thacher & Bartlett LLP | Travelers Casualty Insurance Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1484791 | David Klingler | 214-969-4900 ext. 1335 | Stutzman, Bromberg, Esserman & | Various Claimant Firms / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1484797 | Oscar Mockridge | 212-303-9499 | Halcyon Asset Management, LLC | Halcyon Asset Management, LLC / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1484808 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1484858 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Property Damage Committee / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1363030 | Robert Guttman (ext. 637) | 212-223-0400 | Zeichner Ellman & Krause, LLP | AIG / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1363043 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1483962 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1481917 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1481923 | Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1481941 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1482032 | Sarah Edwards | 212-490-3000 ext. 2133 | Wilson, Elser, Moskowitz, Edelman & | Royal Insurance / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1482187 | Stephen B. Vogel | 212-728-8961 | Willkie Farr & Gallagher LLP | DK Acquisition Partners / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1482475 | Warren H. Smith | 214-698-3868 | Warren H. Smith & Associates, P.C. | Fee Auditor / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1482551 | James J. Restivo | 412-288-3122 | Reed, Smith, Shaw & McClay | W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1482654 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Murray Capital Management, Inc. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483246 | Stephanie Kwong | 212-808-7465 | Korn Capital, LLC | Investor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483265 | David Liebman | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483266 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483414 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale, Chartered | Official Committee of Asbestos Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483506 | Elizabeth DeCristofaro | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Continental Casualty Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483568 | Roger Frankel | 202-339-8513 | Orrick, Herrington & Sutcliffe | Counsel for the Future Claimants Representatives / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483581 | Debra Felder | 202-339-8567 | Orrick, Herrington & Sutcliffe | David T. Austern The Future Claimants Rep. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483584 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483597 | Joseph Radecki | 212-284-9588 | Piper Jaffray & Co. | Financial Advisor for the FCR / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483702 | William Sparks | 302-652-5340 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483780 | Jay Hughes | 617-498-3826 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1483939 | William M. Wagner | 212-918-0416 | William M. Wagner (Not an Attorney) | Private Investor, William M. Wagner / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1481867 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | State of California / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1475926 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis, LLP | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1475939 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis, LLP | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1475969 | Barbara Harding | 202-879-5081 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1476458 | John O'Connell | 212-583-5677 | The Blackstone Group | Financial Advisor to the Debtor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1462961 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1472944 | Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Pro Se, Kenneth Thomas / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | W. R. Grace & Co. | 01-01139 | Hearing | 1480207 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Allstate Insurance Company / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1480735 | Alex Mueller | 212-261-8296 | Mendes & Mount | London Market Companies / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481601 | Andrew Chan | 212-526-4503 | Lehman Brothers | Lehman Brothers / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481610 | Sara Gooch | 212-933-3180 | Bank of America Securities | Bank of America Securities / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481618 | Sean Walsh | 202-973-9381 | LECG | Asbestos Property Damage Claimants / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481621 | Darrell Scott | 509-455-3966 | Scott Law Group | Asbestos Property Damage Claimants / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481622 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & | Asbestos Property Damage Committee / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481626 | Joseph Krigsfeld | 212-790-0190 | Ochziff Capital Management | Ochziff Capital Mangagement / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481659 | Sal Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481661 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Co-Counsel to the Libby Claimants / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481683 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP (New | Official Committee of Unsecured Creditors / LISTEN ONLY |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481746 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Asbestos Property Damage Claimants / LIVE |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1481821 | Craig Gilbert | 646-840-3506 | Linden Advisors, LP | Linden Advisors, LP / LISTEN ONLY |