# LAW OFFICE OF GEORGE R. GUINN, P.S.

PHONE: 509-464-2410
FAX: 509-464-2412
george@georgerguinn.com

September 21, 2006

Clerk, U.S. Bankruptcy Court
For the District of Delaware
3rd Floor, 824 North Market Street
Wilmington, DE 19801-3024

    Re: Case No. 01-01139 (JKF)
        In re: W. R. Grace & Co., et al., Debtors

Dear Clerk:

This office represented Plaintiffs as **local counsel only.** We are no longer involved in any aspect(s) of the above case. Please remove this law firm from the mailing list and discontinue sending to us any correspondence regarding this matter.

Thank you for your prompt attention to this matter.

Very truly yours,

George R. Guinn
President, George R. Guinn, P.S.

605 EAST HOLLAND AVENUE • SUITE 113 • SPOKANE, WA 99218-1246