UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please enter the appearance of Jeffrey S. Hebrank and Carl P. McNulty, II on behalf of the law firm of Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP in the above-captioned case pursuant to Bankruptcy Rule 9010(b). The undersigned hereby requests, pursuant to Rules 2002, 3017, and 9007, Fed. R. Bankr. P., and 11 U.S.C. §§ 342, that copies of all notices and all papers served or required to be served in this case be given to and served upon the following persons at the following address, telephone, and telecopier numbers:

Jeffrey S. Hebrank
Carl P. McNulty, II
Burroughs, Hepler, Broom,
  MacDonald, Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510
Telephone: (618) 656-0184
Facsimile: (618) 656-1364

Please take notice that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any plan of reorganization and objections thereto, notices, orders, pleadings, motions, applications,

complaints, disclosure statements, answering or reply papers, memoranda, and briefs in support of any of the foregoing, and any other documents brought before this Court with respect to these proceedings.

This notice and demand should not be construed as a waiver of the undersigneds' clients' rights to have final orders in non-core matters entered only after the *de novo* review by the District Court, right to trial by jury in any matter so triable, withdrawal of reference where appropriate, or of any other rights at law or in equity.

Dated: September 22, 2006

Respectfully Submitted,

BURROUGHS, HEPLER, BROOM,
MACDONALD, HEBRANK & TRUE, LLP

By: _____
JEFFREY S. HEBRANK
CARL P. McNULTY
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax:    (618) 656-1364

UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

The undersigned states that on or about the ___22___ day of **September, 2006,** Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP filed their Notice of Appearance and Request for Service of Papers in the above-styled case and a true and correct copy was served by U.S. Mail to:

Laura Davis Jones
David W. Carickhoff, Jr.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705 (Courier 19801)

Janet S. Baer
Samuel L. Blatnick
Kirkland & Ellis, LLP
David M. Bernick, P.C.
200 East Randolph Drive
Chicago, IL 60601

**Counsel for the Debtors and Debtors in Possession**

Office of the United States Trustee
844 King Street, Room 2207
Lock Box No. 35
Wilmington, DE 19899-0035

BURROUGHS, HEPLER, BROOM,
MACDONALD, HEBRANK & TRUE, LLP

By: _____
JEFFREY S. HEBRANK
CARL P. McNULTY
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, Illinois 62025-0510
Phone: (618) 656-0184
Fax:    (618) 656-1364