## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NO ORDER REQUIRED
### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 13125

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Application of Reed Smith LLP for Compensation

for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense

Counsel to Debtors for the Sixty-First Monthly Interim Period from July 1, 2006 through July

31, 2006 (D.I. 13125) (the "Application").  The undersigned further certifies that he has

reviewed the Court's docket in this case and no answer, objection or other responsive pleading to

the Application appears thereon.  Pursuant to the Application, objections to the Application were

to be filed and served no later than September 25, 2006 at 4:00 p.m.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Amended Administrative Order establishing procedures for interim compensation of expenses of professionals entered by the Court on April 17, 2002 (D.I. 1949), the Debtors are authorized to pay the applicant $254,565.60, which represents eighty percent (80%) of the total fees ($318,207.00), and $5,751.93, which represents one hundred percent (100%) of the expenses requested in the Application.

Dated:  September 27, 2006                    REED SMITH LLP
Wilmington, Delaware

                              By: /s/ Kurt F. Gwynne
                                  Kurt F. Gwynne (No. 3951)
                                  1201 Market Street, Suite 1500
                                  Wilmington, Delaware 19801
                                  Telephone:  (302) 778-7500
                                  Facsimile:  (302) 778-7575

                                  and

                                  James J. Restivo, Jr., Esquire
                                  Lawrence E. Flatley, Esquire
                                  Douglas E. Cameron, Esquire
                                  435 Sixth Avenue
                                  Pittsburgh, PA  15219
                                  Telephone:  (412) 288-3131
                                  Facsimile:  (412) 288-3063

                                  Special Asbestos Product Liability Defense
                                  Counsel