# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006[2]

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/01/06 | Review, revise and discuss with K. Jasket PH's May, 2006 fee application. | | | |
| 18 | | S. Zuber | 0.3 | 130.50 |
| 08/01/06 | Review, revise and discuss with K. Jasket PH's June, 2006 fee application. | | | |
| 18 | | S. Zuber | 0.3 | 130.50 |
| 08/01/06 | Drafted Quarterly fee application for 21st interim period. | | | |
| 18 | | K. Piper | 1.5 | 405.00 |
| 08/02/06 | Follow up on PH's May and June, 2006 fee applications. | | | |
| 18 | | S. Zuber | 0.2 | 87.00 |
| 08/02/06 | Revised May 2006 fee application and sent same to J. O'Neill for filing and service. | | | |
| 18 | | K. Piper | 0.7 | 189.00 |
| 08/02/06 | Revised June 2006 fee application and send to J. O'Neill for filing and service. | | | |
| 18 | | K. Piper | 0.7 | 189.00 |
| 08/02/06 | Continue drafting quarterly fee application for the 21st interim period. | | | |
| 18 | | K. Piper | 1.5 | 405.00 |
| 08/03/06 | Review and revise PH's Quarterly Fee Application, for 2nd Quarter, 2006. | | | |
| 18 | | S. Zuber | 0.3 | 130.50 |
| 08/04/06 | Revised Quarterly fee application and forward same to J. O'Neill for service and filing. | | | |
| 18 | | K. Piper | 0.3 | 81.00 |
| 08/09/06 | Call with S. Whittier regarding Intercat past due on 2Q payment, and W.R. Grace's rights under confirmed Plan, including review of confirmed Plan. | | | |
| 14 | | S. Zuber | 0.3 | 130.50 |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

1455796A01091806

| 08/15/06 | Follow up, per client's request, on scheduled Plan payments and related matters, including review of Plan and payment schedule, review of information received by Grace from Intercat, and correspondence to and from client. | | |
|---|---|---|---|
| 14 | S. Zuber | 0.7 | 304.50 |
| 08/15/06 | Drafted July 2006 fee application. | | |
| 18 | K. Piper | 1.7 | 459.00 |
| 08/16/06 | Drafted fee application for July 2006 and forward to S. Zuber for review. | | |
| 18 | K. Piper | 1.5 | 405.00 |
| 08/17/06 | Review and revise draft of PH's July, 2006 fee application. | | |
| 18 | S. Zuber | 0.3 | 130.50 |
| 08/28/06 | Revised July 2006 fee application and sent to J. O'Neill for filing and service. | | |
| 18 | K. Piper | 0.5 | 135.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 14 | 1.0 | 435.00 | 435.00 |
| | 18 | 1.4 | 435.00 | 609.00 |
| K. Piper | 18 | 8.4 | 270.00 | 2,268.00 |
| TOTAL | | 10.8 | | 3,312.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 06/07/06 | Conferences with M. Waller, DAG Dickenson, DAG Fahy and DAG E. Bonnano regarding civil case. | | |
|---|---|---|---|
| 3 | J. O'Reilly | 0.8 | 384.00 |
| 08/01/06 | Follow up with client re status and information regarding omnibus hearing. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 08/01/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 08/02/06 | Work with B. Moffitt re issues in case, including settlement issues. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 08/02/06 | Searched re: compilation of information on current status of investigation of | | |

3

1455796A01091806

| | | | |
|---|---|---|---|
| | Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 08/03/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 08/04/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 08/07/06 | Call with J. O'Reilly and follow up regarding meeting; follow up re: further rescheduling and work with B. Moffitt re: information for meeting. | | |
| 14 | A. Marchetta | 1.7 | 935.00 |
| 08/07/06 | Phone conference with L. Lustberg re: meeting; conference with A. Marchetta; phone conference with L. Lustberg to finalize date and advise A. Marchetta of same. | | |
| 3 | J. O'Reilly | 0.3 | 144.00 |
| 08/07/06 | Phone conference with Larry Lustberg regarding changes in the meeting. | | |
| 3 | J. O'Reilly | 0.2 | 96.00 |
| 08/07/06 | Review e-mails and conference with B. Moffitt regarding L. Lustberg meeting and agenda for same. | | |
| 3 | J. O'Reilly | 0.2 | 96.00 |
| 08/07/06 | Phone conference with Larry Lustberg finalizing the meeting. | | |
| 3 | J. O'Reilly | 0.1 | 48.00 |
| 08/07/06 | Work with A. Marchetta re preparation for meeting in anticipation of State Grand Jury testimony; work with S. Parker re preparation for same; various e-mails and telephone calls with W. Jacobson re scheduling meeting | | |
| 3 | B. Moffitt | 1.3 | 468.00 |
| 08/07/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 08/07/06 | Conducted searches compilation and organization of documents in preparation for upcoming meeting and worked with B. Moffitt re: same. | | |
| 14 | S. Parker | 6.1 | 823.50 |
| 08/08/06 | Telephone calls and work on issues re: meeting; research re Libby opinion as it relates to New Jersey actions. | | |

4

1455796A01091806

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.2 | 660.00 |
| 08/08/06 | Address decision on asbestos sampling and implications for New Jersey case. | | |
| 14 | W. Hatfield | 1.9 | 693.50 |
| 08/08/06 | Telephone call with W. Jacobson re meeting in anticipation of State Grand Jury testimony; work with S. Parker re preparation for same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |
| 08/08/06 | Review client e-mail and ruling re Winchite and Richterite content in Libby amphibole; review relevant file material; work with W. Hatfield and A. Marchetta re: responding to client inquiry concerning potential applicability to Trenton issues; draft e-mail to client re same; work with J. Spielberg re same. | | |
| 3 | B. Moffitt | 5.2 | 1,872.00 |
| 08/08/06 | Discussed asbestos/hazardous substances issue with B. Moffitt. | | |
| 3 | J. Spielberg | 0.5 | 125.00 |
| 08/08/06 | Work with S. Parker re: assembling relevant documents for review by B. Moffitt in preparation for meeting. | | |
| 14 | D. Florence | 7.2 | 900.00 |
| 08/08/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 08/08/06 | Worked with D. Florence re: assembling relevant documents re: preparation for upcoming meeting. | | |
| 14 | S. Parker | 7.7 | 1,039.50 |
| 08/09/06 | Review and follow up re Judge Molloy opinion and research re same with W. Hatfield and B. Moffitt. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 08/09/06 | Review Montana opinion and revise draft memo on Montana decision implications in New Jersey matter. | | |
| 1 | W. Hatfield | 2.9 | 1,058.50 |
| 08/09/06 | Continued preparation for meeting in anticipation of State Grand Jury testimony; work with S. Parker re same. | | |
| 3 | B. Moffitt | 0.7 | 252.00 |

1455796A01091806

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/09/06 / 3 | Follow up with A. Marchetta and W. Hatfield re issues concerning Winchite and Richterite content in Libby amphibole and re responding to client inquiry concerning potential applicability to Trenton issues. | B. Moffitt | 0.4 | 144.00 |
| 08/09/06 / 14 | Worked with B. Moffitt re: documents compiled in preparation for upcoming meeting; Compilation and organization of additional documents needed in preparation for same. | S. Parker | 1.5 | 202.50 |
| 08/10/06 / 14 | Follow up with B. Moffitt re research related to Judge Molloy opinion and preparation re summary judgment hearing. | A. Marchetta | 1.5 | 825.00 |
| 08/10/06 / 14 | Address issues on site work and memo to clients and consultant on same. | W. Hatfield | 0.2 | 73.00 |
| 08/10/06 / 3 | Review Libby Opinion and e-mail regarding use in New Jersey and preparation for meeting. | J. O'Reilly | 0.8 | 384.00 |
| 08/10/06 / 3 | Conference with B. Moffitt and A. Marchetta re: strategy re: meeting. | J. O'Reilly | 0.3 | 144.00 |
| 08/10/06 / 3 | Continued preparation for meeting in anticipation of State Grand Jury testimony; work with A. Marchetta, J. O'Reilly and S. Parker re same. | B. Moffitt | 0.8 | 288.00 |
| 08/10/06 / 14 | Worked with A. J. Marchetta, J. O' Reilly and B. Moffitt in preparation for upcoming meeting; Worked with B. Moffitt re: documents compiled in preparation for same; Compilation and organization of additional documents needed in preparation for same. | S. Parker | 2.6 | 351.00 |
| 08/10/06 / 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | S. Parker | 0.3 | 40.50 |
| 08/10/06 / 14 | Work with S. Parker re: assembling additional documents in preparation for meeting. | D. Florence | 1.5 | 187.50 |
| 08/11/06 | Continued preparation for meeting in anticipation of State Grand Jury testimony including review documents; work with S. Parker re same. | | | |

6

1455796A01091806

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | B. Moffitt | 3.8 | 1,368.00 |
| 08/11/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website. | S. Parker | 0.2 | 27.00 |
| 08/11/06 | Worked with B. Moffitt re: review of documents compiled in preparation for upcoming meeting; Compilation and organization of additional documents needed in preparation for same. | S. Parker | 3.4 | 459.00 |
| 08/13/06 | Prep re meeting. | A. Marchetta | 0.5 | 275.00 |
| 08/14/06 | Preparation for and meeting with attorney, Pitney Hardin attorneys, and W. Jacobson regarding Grand Jury Testimony. | A. Marchetta | 3.7 | 2,035.00 |
| 08/14/06 | Conference with A. Marchetta, B. Moffitt, E. McTiernne and L. Lustberg regarding case. | J. O'Reilly | 3.3 | 1,584.00 |
| 08/14/06 | Continued preparation for meeting in anticipation of State Grand Jury testimony including review of documents; work with S. Parker re same; meeting with counsel and follow up re: same. | B. Moffitt | 9.8 | 3,528.00 |
| 08/14/06 | Compilation and organization of additional documents re: preparation for meeting. | D. Florence | 2.8 | 350.00 |
| 08/14/06 | Respond to B. Moffitt request for disks produced to co-counsel and aerial photos of Hamilton site. | Y. Day | 0.5 | 60.00 |
| 08/14/06 | Worked with B. Moffitt re: review of documents compiled in preparation for upcoming meeting; Conducted searches re: confirmation of information needed in preparation for same; Compilation and organization of additional documents needed in preparation for same. | S. Parker | 5.5 | 742.50 |
| 08/15/06 | Telephone call from DAG Dickinson re: settlement proposal and follow up with B. Moffitt re issues. | A. Marchetta | 0.5 | 275.00 |

The leftmost column also shows matter numbers (3, 14, 14, 14, 14, 3, 3, 14, 14, 14, 14) aligned with each timekeeper row.

1455796A01091806

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/15/06 | Follow up with B. Moffitt regarding summary to client re: Grand Jury Testimony. | | | |
| 14 | | A. Marchetta | 0.7 | 385.00 |
| 08/15/06 | Telephone call with DAG. Dickinson and A. Marchetta re settlement and bankruptcy issues and follow up re same. | | | |
| 3 | | B. Moffitt | 0.3 | 108.00 |
| 08/15/06 | Preparation of e-mail to client re preparation session; assemble additional documents and forward to counsel for use in preparing for Grand Jury Appearance; work with S. Parker re same; telephone call with counsel re same. | | | |
| 3 | | B. Moffitt | 1.3 | 468.00 |
| 08/15/06 | Worked with B. Moffitt re: identification and retrieval of documents requested; Created electronic versions of same re: transmittal of same. | | | |
| 14 | | S. Parker | 0.8 | 108.00 |
| 08/15/06 | Organization of additional documents used in meeting. | | | |
| 14 | | D. Florence | 2.6 | 325.00 |
| 08/16/06 | Follow up regarding testimony; conference with attorneys re same. | | | |
| 14 | | A. Marchetta | 0.6 | 330.00 |
| 08/16/06 | Meeting with A. Marchetta and phone conference with L. Lustberg. | | | |
| 3 | | J. O'Reilly | 0.5 | 240.00 |
| 08/16/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website; Worked with B. Moffitt re: status of same. | | | |
| 14 | | S. Parker | 0.3 | 40.50 |
| 08/17/06 | Review information on site; follow up regarding testimony. | | | |
| 14 | | A. Marchetta | 0.6 | 330.00 |
| 08/17/06 | Follow up with A. Marchetta and J. O'Reilly re Grand Jury Appearance. | | | |
| 3 | | B. Moffitt | 0.4 | 144.00 |
| 08/17/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website. | | | |
| 14 | | S. Parker | 0.2 | 27.00 |
| 08/18/06 | Follow up on testimony and civil settlement demand; follow up to client. | | | |
| 14 | | A. Marchetta | 0.6 | 330.00 |

8

1455796A01091806

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/18/06<br>3 | Conference with L. Lustberg, A. Marchetta and Brian Moffitt re: Grand Jury appearance.<br>J. O'Reilly | 0.3 | 144.00 |
| 08/18/06<br>3 | Follow up with A. Marchetta and J. O'Reilly re Grand Jury Appearance.<br>B. Moffitt | 0.2 | 72.00 |
| 08/18/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.2 | 27.00 |
| 08/21/06<br>14 | Follow up re: information on testimony and call from DAG on settlement.<br>A. Marchetta | 0.6 | 330.00 |
| 08/21/06<br>14 | Follow up re: information requested by DAG on Chapter 11.<br>A. Marchetta | 0.5 | 275.00 |
| 08/21/06<br>3 | Work with A. Marchetta re: DAG's request for bankruptcy information for purpose of settlement demand; preparation of follow up e-mail to J. Baer.<br>B. Moffitt | 0.3 | 108.00 |
| 08/21/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.4 | 54.00 |
| 08/22/06<br>14 | Follow up regarding information for court conference.<br>A. Marchetta | 0.7 | 385.00 |
| 08/22/06<br>3 | Work with A. Marchetta re: settlement; follow up re same.<br>B. Moffitt | 0.3 | 108.00 |
| 08/22/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.3 | 40.50 |
| 08/23/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.2 | 27.00 |
| 08/24/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.2 | 27.00 |
| 08/25/06<br>14 | Review articles on Grace trial and New Jersey sampling and forward to counsel.<br>W. Hatfield | 0.4 | 146.00 |

1455796A01091806

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/25/06<br>14 | Email information to client regarding site; follow up re same and issue of contributing sites and asbestos testing; work with B. Moffitt re same. | A. Marchetta | 1.3 | 715.00 |
| 08/25/06<br>3 | Confer with A. Marchetta re Attorney General Nominee Rabner; research re background of same; confer with A. Marchetta re same and draft e-mail to client and co-counsel re same. | B. Moffitt | 1.4 | 504.00 |
| 08/25/06<br>3 | Work with A. Marchetta re Mercer Rubber Company contamination issues in Hamilton Township; confer with A. Marchetta re same. | B. Moffitt | 0.5 | 180.00 |
| 08/25/06<br>3 | Review articles re Trenton plant and Libby rulings; confer with A. Marchetta re summary of testimony and follow up with J. O'Reilly re same. | B. Moffitt | 0.2 | 72.00 |
| 08/25/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant articles and pleadings and forwarded same to A. Marchetta and B. Moffitt; Worked with B. Moffitt re: article referencing alleged cancer cluster near former Grace plant site re: use in potential response to NJDEP settlement demand. | S. Parker | 0.6 | 81.00 |
| 08/28/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant orders and forwarded same to A. J. Marchetta and B. Moffitt. | S. Parker | 0.5 | 67.50 |
| 08/29/06<br>14 | Telephone call with client re status of New Jersey proceedings as regards Chapter 11; follow up with B. Moffitt; review ATSDR information. | A. Marchetta | 1.2 | 660.00 |
| 08/29/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant articles, press releases and orders and forwarded same to A. Marchetta and B. Moffitt. | S. Parker | 0.7 | 94.50 |
| 08/29/06<br>14 | Worked with B. Moffitt re: recent articles, press releases and orders; Conducted additional searches re: compilation of additional information concerning medical monitoring program and EPA's soil excavation; Worked with B. Moffitt re: same. | S. Parker | 0.6 | 81.00 |

10

1455796A01091806

| 08/30/06 | Review articles re alleged cancer cluster and Libby rulings; confer with A. Marchetta re status of receipt of summary of testimony and follow up with J. O'Reilly re same. | | |
| --- | --- | --- | --- |
| 3 | B. Moffitt | 0.2 | 72.00 |

| 08/30/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant articles and orders and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| --- | --- | --- | --- |
| 14 | S. Parker | 0.5 | 67.50 |

| 08/31/06 | Review article re additional soil removal at Trenton Plant. | | |
| --- | --- | --- | --- |
| 3 | B. Moffitt | 0.2 | 72.00 |

| 08/31/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| --- | --- | --- | --- |
| 14 | S. Parker | 0.4 | 54.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
| --- | --- | --- | --- | --- |
| A. Marchetta | 14 | 18.0 | 550.00 | 9,900.00 |
| J. O'Reilly | 3 | 6.8 | 480.00 | 3,264.00 |
| W. Hatfield | 14 | 5.4 | 365.00 | 1,971.00 |
| B. Moffitt | 3 | 27.7 | 360.00 | 9,972.00 |
| J. Spielberg | 3 | 0.5 | 250.00 | 125.00 |
| Y. Day | 14 | 0.5 | 120.00 | 60.00 |
| D. Florence | 14 | 14.1 | 125.00 | 1,762.50 |
| S. Parker | 14 | 34.7 | 135.00 | 4,684.50 |
| TOTAL | | 107.7 | | 31,739.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 08/01/06 | Obtained recent order and forward. | | |
| --- | --- | --- | --- |
| 3 | H. Gonzalez | 0.1 | 15.00 |

| 08/02/06 | Telephone conference with D. Rozenholc re subpoena served on N. Bobrow and production of documents. | | |
| --- | --- | --- | --- |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 08/03/06 | Telephone conference with D. Rozenholc re subpoena served on N. Bobrow and production of documents. | | |
| --- | --- | --- | --- |

11

1455796A01091806

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |
| 08/08/06 | Review/analysis of D. Rozenholc correspondence to T. Soloway re document production issues. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 08/09/06 | Telephone conference with D. Rozenholc re responding to subpoena on N. Bobrow and producing documents from Greenberg Traurig subpoena. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 08/10/06 | Review/analysis Kronish Lieb Document Demand served upon Tahari | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 08/14/06 | Telephone conference with D. Rozenholc re production of Bobrow documents and deposition scheduling. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 08/14/06 | Review/analysis Notices to Take Deposition of E. Tahari served by Kronish Lieb and Subpoena Duces Tecum of N. Bobrow, with exhibits. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 08/15/06 | Review/analysis E. Sherman correspondence re scheduling depositions. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 08/16/06 | Review/analysis R. Laudor correspondence to T. Soloway re document production and depositions. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 08/16/06 | Telephone conference with D. Rozenholc re Tahari and Kronish Lieb depositions and document production. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 08/18/06 | Review/analysis client documents and litigation files (Responses to Bill of Particulars, Bobrow Affidavits re motion practice) re preparation for deposition of N. Bobrow, broker for Tahari. | | |
| 3 | B. Benjamin | 0.9 | 373.50 |
| 08/21/06 | Research/investigation re S. Riker, Colliers, broker re Tahari sublease. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 08/21/06 | Draft correspondence to D. Rozenholc re production of Bobrow documents, Greenberg Traurig documents, witnesses for depositions, timing and scheduling. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |
| 08/21/06 | Telephone conference to and correspondences (2) to V. Finkelstein re S. | | |

| Date | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|
| 3 | Riker of Colliers ABR. B. Benjamin | | 0.3 | 124.50 |
| 08/22/06 14 | Follow up re discovery requests and summary judgment. A. Marchetta | | 0.3 | 165.00 |
| 08/22/06 3 | Telephone conference with V. Finkelstein re litigation strategy, depositions, and position of Kronish Lieb. B. Benjamin | | 0.2 | 83.00 |
| 08/23/06 14 | Follow re document production in depositions. A. Marchetta | | 0.3 | 165.00 |
| 08/24/06 3 | Review/analysis T. Soloway correspondence to D. Rozenholc, re document production, production of witnesses for depositions, and upcoming close of discovery. B. Benjamin | | 0.1 | 41.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.6 | 550.00 | 330.00 |
| B. Benjamin | 3 | 3.4 | 415.00 | 1,411.00 |
| H. Gonzalez | 3 | 0.1 | 150.00 | 15.00 |
| TOTAL | | 4.1 | | 1,756.00 |

13

1455796A01091806