# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| Computer Assisted Research | | 15.25 |
| | Matter Total Engagement Cost | 15.25 |

Engagement Costs – WR Grace v. NJDEP, et al.

| | | |
|---|---|---|
| 08/14/06 | PD MEAL EXPENSE; AJM | 30.82 |
| 08/14/06 | PD MEAL EXPENSE; AJM | 5.40 |
| | Duplicating | 75.80 |
| | Matter Total Engagement Cost | 112.02 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 06/30/06 | Pd Aetna Judicial Services for services rendered; MED; Ck# 288611[3] | 10.00 |
| 07/11/06 | Pd Aetna Judicial Services for services rendered; MED; Ck# 288611[4] | 10.00 |
| 07/12/06 | Pd Success Express Inc for Delivery to New York; RR; CK# 288915 | 9.00 |
| 07/29/06 | Pd UPS to New York NY; BMB; Ck# 288971 | 7.14 |
| 07/29/06 | Pd UPS to New York NY; BMB; Ck# 288971 | 7.14 |
| 07/31/06 | Pd Fedex to New York NY; BMB; Ck# 288724 | 13.69 |
| | Matter Total Engagement Cost | 56.97 |

---

[3] Aetna Central Judicial Services Invoice #: 49 attached hereto as Exhibit 1.

[4] *Id.*

# EXHIBIT 1

No.   1
21/2006

INVOICE #: 49   TO: PITNEY, HARDIN LLP

AETNA  CENTRAL  JUDICIAL  SERVICES

| SERVE DATE | RECORD NUMBER | CLIENT FILE # | C A P T I O N | R E C I P I E N T | SERV CODE | FEES ADVANCE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|
| 06/30/2006 | 1PHKS180959 - *m·o·i* | 1114 TRIZZHAHN *jɔʅʅʔ* v GRACE | *(ʅɈ) 8117/0* SUBMIT AFFIRMATION | B | 0.00 | 10.00 |
| 07/11/2006 | 9PHKS198698 - *Cʔʅqiʋ* | 1114 TRIZECHAHN *jɔʅʅʔ* v W.R GRACE | FILE MOTION | E | 0.00 | 10.00 |
| 07/11/2006 | 1PHKS198743 - *ʌʒʅɾʒʔ* | WESTLAND *·-ʔʌ ʅɾ* v FLAT | OBTAIN TRANSCRIPT | - | - ·· | ·· ·· |