IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 11 <br> ) <br> W.R. GRACE & CO., *et al.*, ) Case No. 01-1139 (JKF) <br> ) <br> Debtors. ) Jointly Administered <br> ) **Objection Deadline: October 18, 2006 @4:00 p.m.** | |

**MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006**

| | |
|---|---|
| Name of Applicant: | Legal Analysis Systems, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2006 through August 31, 2006 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 160,308.00 (80% of $200,385.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 0.00 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Legal Analysis Systems, Inc.'s time and requested compensation in preparing this Application will appear on a subsequent application.

**If this is not the first application filed, disclose the following for each prior application:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | April 12, 2001 through July 31, 2001 | $38,340.50 | $2,001.38 | $30,672.40 | $2,001.38 |

{D0071628.1 }

| | | | | | |
|---|---|---|---|---|---|
| 4/29/02 | November 1, 2001 through January 31, 2002 | $9,419.50 | $0.00 | $7,535.60 | $0.00 |
| 4/30/02 | September, 2001 | $8,578.00 | $0.00 | 6,862.40 | $00.00 |
| 6/19/02 | February, 2002 through April, 2002 | $41,833.50 | $517.49 | $33,466.80 | $517.49 |
| 8/13/02 | May, 2002 through June, 2002 | $117,704.00 | $6,172.23 | $94,163.20 | $6,172.23 |
| 9/24/02 | July, 2002 | $195,758.00 | $2.792.95 | $156,606.40 | $2,792.95 |
| 9/30/02 | August, 2002 | $144,621.00 | $8,463.96 | $144,621.00 | $8,463.96 |
| 11/14/02 | September 2002 | $136,732.00 | $8,593.16 | $136,732.00 | $8,593.16 |
| 12/3/03 | October, 2002 | $14,390.00 | $0.00 | $14,390.00 | $0.00 |
| 12/30/02 | November, 2002 | $66,388.50 | $0.00 | $66,388.50 | $0.00 |
| 1/28/03 | December, 2002 | $4,370.00 | $0.00 | $4,370.00 | $0.00 |
| 3/31/03 | January, 2003 Through February, 2003 | $2,239.00 | $0.00 | $2,239.00 | $0.00 |
| 7/1/03 | April, 2003 Through May 2003 | $4,044.00 | $0.00 | $4,044.00 | $0.00 |
| 8/5/03 | June, 2003 | $4,804.00 | $0.00 | $4,804.00 | $0.00 |
| 9/2/03 | July, 2003 | $13,125.00 | $0.00 | $13,125.00 | $0.00 |
| 9/29/03 | August, 2003 | $2,182.00 | $0.00 | $2,182.00 | $0.00 |
| 11/3/03 | September, 2003 | $6,451.50 | $0.00 | $6,451.50 | $0.00 |
| 3/1/04 | January, 2004 | $3,660.00 | $0.00 | $3,660.00 | $0.00 |
| 3/30/04 | February, 2004 | $3,000.00 | $0.00 | $3,000.00 | $0.00 |
| 4/23/04 | March, 2004 | $13,552.50 | $0.00 | $13,552.50 | $0.00 |
| 6/2/04 | April, 2004 | $11,797.50 | $0.00 | $9,438.00 | $0.00 |
| 8/23/04 | June, 2004 | $6,180.00 | $0.00 | $4.944.00 | $0.00 |
| 8/30/04 | July, 2004 | $35,115.00 | $492.96 | $28,124.00 | $492.96 |
| 11/29/04 | October, 2004 | $1,455.00 | $0.00 | $1,164.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/2/2005 | March, 2005 | $12,000.00 | $0.00 | $9,600.00 | $0.00 |
| 5/25/05 | April, 2005 | $26,430.00 | $0.00 | $21,144.00 | $0.00 |
| 7/1/05 | May, 2005 | $1,807.50 | $0.00 | $1,446.00 | $0.00 |
| 7/29/05 | June, 2005 | $2,017.50 | $216.37 | $1,614.00 | $216.37 |
| 9/29/05 | August, 2005 | $25,462.50 | $0.00 | $20,370.00 | $0.00 |
| 10/31/05 | September, 2005 | $13,350.00 | $0.00 | $10,680.00 | $0.00 |
| 12/1/05 | October, 2005 | $2,700.00 | $0.00 | $2,160.00 | $0.00 |
| 12/28/05 | November, 2005 | $3,735.00 | $0.00 | $2,988.00 | $0.00 |
| 1/31/06 | December, 2005 | $32,707.50 | $0.00 | $26,166.00 | $0.00 |
| 3/2/06 | January, 2006 | $14,280.00 | $0.00 | $11,424.00 | $0.00 |
| 4/3/06 | February, 2006 | $23,597.50 | $0.00 | $18,878.00 | $0.00 |
| 5/3/06 | March, 2006 | $8,835.00 | $0.00 | $7,068.00 | $0.00 |
| 6/5/06 | April, 2006 | $20,475.00 | $0.00 | Pending | Pending |
| 8/1/06 | May, 2006 through June, 2006 | $87,005.00 | $210.00 | Pending | Pending |
| 8/29/06 | July, 2006 | $65,075.00 | $0.00 | Pending | Pending |
| **9/29/06** | **August, 2006** | **$200,385.00** | **$0.00** | **Pending** | **Pending** |

### SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD AUGUST 1, 2006 TO AUGUST 31, 2006

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Mark A. Peterson, Principal, 25+ years | 193.8 | $700.00 | $135,660.00 |
| Dan Relles, Statistician, 28+ years | 126.6 | $425.00 | $53,805.00 |
| Patricia Ebener, Data Consultant, 26+ years | 36.4 | $300.00 | $10,920.00 |
| **Total** | **356.8** | | **$200,385.00** |

{D0071628.1}                     3

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 8/01/06 through 8/31/06 | Total Fees for the Period 8/01/06 through 8/31/06 |
|---|---|---|
| Asset Analysis and Recovery | 0 | $0 |
| Asset Disposition | 0 | $0 |
| Business Operations | 0 | $0 |
| Case Administration | 0 | $0 |
| Claims Analysis Objection & Resolution (Asbestos) | 5.2 | $2,760.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0 |
| Committee Administration | 15.1 | $8,832.50 |
| Data Analysis | 336.5 | $188,792.50 |
| Employee Benefits/Pension | 0 | $0 |
| Employment Applications (applicant) | 0 | $0 |
| Employment Applications (others) | 0 | $0 |
| Fee Applications (applicant) | 0 | $0 |
| Fee Applications (others) | 0 | $0 |
| Financing | 0 | $0 |
| Hearings | 0 | $0 |
| Litigation | 0 | $0 |
| Plan and Disclosure Statement | 0 | $0 |
| Relief from Stay Proceedings | 0 | $0 |
| Tax Issues | 0 | $0 |
| Tax Litigation | 0 | $0 |
| Travel (non-working) | 0 | $0 |
| Valuation | 0 | $0 |
| ZAI Science Trial | 0 | $0 |
| **Totals:** | **356.8** | **$200,385.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period of August 1, 2006 through August 31, 2006 |
|---|---|---|
| Overnight Courier | Federal Express | $0.00 |
| Travel | | $0.00 |
| **Total:** | | **$0.00** |

LEGAL ANALYSIS SYSTEMS, INC.

*/s/ Mark A. Peterson*
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

Asbestos-Related Bodily Injury Consultant for the Official Committee of Asbestos Personal Injury Claimants

Date:  September 29, 2006