Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 1


            W. R. Grace, Inc. % Elihu Inselbuch
            Caplin & Drysdale
            399 Park Avenue, 27th Floor
            New York, New York 10022


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
08/17/06   Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5   1050.00
#5543      Conference call with Tillinghast, lawyers and       700.00
           preparation

08/17/06   Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    350.00
#5544      Telephone Relles re: Tillinghast call              700.00

08/17/06   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    425.00
#5716      Conference call with Caplin-Drysdale, Orrick, and   425.00
           Tillinghast

08/17/06   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    212.50
#5721      Telephone Peterson re: Tillinghast call            425.00

08/26/06   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7    722.50
#5764      Prepare shipments of 1995 through 1998 data for     425.00
           Tillinghast

```
Date: 09/08/06           Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 2

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
08/07/06  Peterson  / (07) Committee, Creditors'        0.5     350.00
#5512     Email correspondence with Finch re: Grace products  700.00

08/14/06  Ebener    / (07) Committee, Creditors'        0.8     240.00
#6011     Conference call Peterson, Finch             300.00

08/14/06  Peterson  / (07) Committee, Creditors'        0.8     560.00
#5532     Conference call, Finch and Ebener re: coding process  700.00

08/15/06  Peterson  / (07) Committee, Creditors'        1.6    1120.00
#5539     Review AWI opinion per Finch request as preparation  700.00
          for Grace estimation hearing re: estimation; review
          related documents

08/16/06  Peterson  / (07) Committee, Creditors'        3.4    2380.00
#5541     Read AWI closing argument per Finch request as  700.00
          preparation for Grace estimation hearing

08/17/06  Ebener    / (07) Committee, Creditors'        1.0     300.00
#6014     Conference Call Peterson, Relles, Finch, Biggs to  300.00
          discuss status of Databases

08/17/06  Relles    / (07) Committee, Creditors'        2.0     850.00
#5714     Prepare description of historical database for Finch  425.00
          et al

08/22/06  Peterson  / (07) Committee, Creditors'        3.3    2310.00
#5561     Review and respond to Eveland questions about  700.00
          coding; send memo about case to Finch

08/22/06  Relles    / (07) Committee, Creditors'        1.2     510.00
#5750     Email Finch re: anomalous case; send pdfs to Finch  425.00

08/23/06  Relles    / (07) Committee, Creditors'        0.3     127.50
#5753     Telephone Finch re: tables for Biggs        425.00

08/25/06  Relles    / (07) Committee, Creditors'        0.2      85.00
#5760     Email Finch re: data for Biggs              425.00
```

```
Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 3

          W. R. Grace


Date/Slip# Description                             HOURS/RATE   AMOUNT
----------------------------------------------------------------------
08/01/06  Ebener   / (28) Data Analysis                  0.2    60.00
#6001     Discuss data collection status with Peterson  300.00

08/01/06  Peterson  / (28) Data Analysis                 0.2   140.00
#5501     Discuss data collection status with Ebener    700.00

08/01/06  Peterson  / (28) Data Analysis                 4.6  3220.00
#5502     Review Rust coding and procedures for PIQ forms 700.00

08/01/06  Peterson  / (28) Data Analysis                 1.0   700.00
#5503     Telephone Relles re: sample selection          700.00

08/01/06  Peterson  / (28) Data Analysis                 1.2   840.00
#5504     Review sampling plan for PIQ forms             700.00

08/01/06  Relles    / (28) Data Analysis                 2.5  1062.50
#5701     Develop sample selection files for review with 425.00
          Peterson

08/01/06  Relles    / (28) Data Analysis                 1.0   425.00
#5702     Telephone Peterson re: sample selection        425.00

08/02/06  Peterson  / (28) Data Analysis                 2.4  1680.00
#5505     Review PIQ sample and related materials        700.00

08/02/06  Peterson  / (28) Data Analysis                 3.6  2520.00
#5506     Review PIQ forms and work on planned analysis of 700.00
          data

08/02/06  Relles    / (28) Data Analysis                 2.2   935.00
#5703     Select sample                                  425.00

08/02/06  Relles    / (28) Data Analysis                 5.2  2210.00
#5704     Develop sample materials for Verus, send       425.00
          documentation

08/02/06  Relles    / (28) Data Analysis                 3.2  1360.00
#5705     Match Rust sample list and PIQ data by name, develop 425.00
          capability to link Rust and original Grace files

08/03/06  Peterson  / (28) Data Analysis                 4.6  3220.00
#5507     Review trends in settlement values             700.00

08/03/06  Peterson  / (28) Data Analysis                 1.1   770.00
#5508     Review Libby settlements                       700.00
```

```
Date: 09/08/06           Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 4

        W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
08/03/06  Relles    / (28) Data Analysis                  3.2  1360.00
#5706     More work on matching Rust sample list and PIQ data  425.00

08/05/06  Peterson  / (28) Data Analysis                  3.5  2450.00
#5509     Review PIQ responses re: product id             700.00

08/05/06  Relles    / (28) Data Analysis                  0.5   212.50
#5707     Discuss status of Verus data collection         425.00

08/06/06  Ebener    / (28) Data Analysis                  5.0  1500.00
#6002     Draft coding specifications                     300.00

08/06/06  Peterson  / (28) Data Analysis                  2.3  1610.00
#5510     Research identities of Grace asbestos containing 700.00
          products

08/07/06  Peterson  / (28) Data Analysis                  4.9  3430.00
#5511     Research identities of Grace asbestos containing 700.00
          products

08/07/06  Peterson  / (28) Data Analysis                  2.1  1470.00
#5513     Review PIQ responses re: product id             700.00

08/08/06  Ebener    / (28) Data Analysis                  0.8   240.00
#6003     Telephone Peterson re: coding                   300.00

08/08/06  Ebener    / (28) Data Analysis                  2.0   600.00
#6004     Meeting with Peterson to review draft coding    300.00
          specifications

08/08/06  Peterson  / (28) Data Analysis                  2.6  1820.00
#5514     Review proposed coding specs                    700.00

08/08/06  Peterson  / (28) Data Analysis                  0.8   560.00
#5515     Telephone Ebener re: coding                     700.00

08/08/06  Peterson  / (28) Data Analysis                  4.9  3430.00
#5516     Review PIQ forms                                700.00

08/08/06  Peterson  / (28) Data Analysis                  2.0  1400.00
#5517     Review coding of PIQ forms with Ebener          700.00

08/09/06  Ebener    / (28) Data Analysis                  0.8   240.00
#6005     Telephone Peterson (several) re: coding process 300.00
```

{D0071620.1 }

Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 5

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 08/09/06 | Peterson  / (28) Data Analysis | 2.1 | 1470.00 |
| #5518 | Review Actuarial Association statement on asbestos | 700.00 | |
| 08/09/06 | Peterson  / (28) Data Analysis | 2.8 | 1960.00 |
| #5519 | Research and compile list of doctors for coding | 700.00 | |
| 08/09/06 | Peterson  / (28) Data Analysis | 4.3 | 3010.00 |
| #5520 | Review coding of PIQ forms | 700.00 | |
| 08/09/06 | Peterson  / (28) Data Analysis | 1.9 | 1330.00 |
| #5521 | Compile and send coding lists to Ebener | 700.00 | |
| 08/09/06 | Peterson  / (28) Data Analysis | 0.8 | 560.00 |
| #5522 | Telephone Ebener (several) re: coding process | 700.00 | |
| 08/10/06 | Ebener   / (28) Data Analysis | 1.0 | 300.00 |
| #6006 | Merge Peterson and Ebener code lists for data entry | 300.00 | |
| 08/10/06 | Ebener   / (28) Data Analysis | 1.0 | 300.00 |
| #6007 | Revise coding specification | 300.00 | |
| 08/10/06 | Ebener   / (28) Data Analysis | 0.9 | 270.00 |
| #6008 | Telephone Peterson re: coding and list (several calls) | 300.00 | |
| 08/10/06 | Peterson  / (28) Data Analysis | 2.0 | 1400.00 |
| #5523 | Review coding instructions for PIQ | 700.00 | |
| 08/10/06 | Peterson  / (28) Data Analysis | 0.9 | 630.00 |
| #5524 | Telephone Ebener re: coding and list (several calls) | 700.00 | |
| 08/10/06 | Peterson  / (28) Data Analysis | 2.8 | 1960.00 |
| #5525 | Work on revisions to coding structure, coding lists | 700.00 | |
| 08/10/06 | Peterson  / (28) Data Analysis | 3.9 | 2730.00 |
| #5526 | Review PIQs for development of coding process | 700.00 | |
| 08/11/06 | Ebener   / (28) Data Analysis | 0.9 | 270.00 |
| #6009 | Revise coding specifications | 300.00 | |
| 08/11/06 | Peterson  / (28) Data Analysis | 3.2 | 2240.00 |
| #5527 | Work on revisions to coding structure, coding lists | 700.00 | |
| 08/11/06 | Peterson  / (28) Data Analysis | 5.1 | 3570.00 |
| #5528 | Review PIQs for development of coding process | 700.00 | |

{D0071620.1 }

```
Date: 09/08/06            Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 6

          W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
08/12/06  Peterson  / (28) Data Analysis                  4.1    2870.00
#5529     Work on developing coding process for PIQ     700.00

08/13/06  Ebener    / (28) Data Analysis                  5.0    1500.00
#6010     Finalize coding specifications               300.00

08/13/06  Peterson  / (28) Data Analysis                  4.2    2940.00
#5530     Review Grace discovery documents about products 700.00

08/14/06  Ebener    / (28) Data Analysis                  0.7     210.00
#6012     Telephone Peterson about data collection      300.00
          specifications

08/14/06  Ebener    / (28) Data Analysis                  0.3      90.00
#6013     Format list of Grace products for data entry  300.00

08/14/06  Peterson  / (28) Data Analysis                  1.2     840.00
#5531     Review materials for conference call          700.00

08/14/06  Peterson  / (28) Data Analysis                  2.8    1960.00
#5533     Work on coding process, and coding lists      700.00

08/14/06  Peterson  / (28) Data Analysis                  3.4    2380.00
#5534     Review web and Grace discovery documents about 700.00
          products

08/14/06  Peterson  / (28) Data Analysis                  0.7     490.00
#5535     Telephone Ebener about lists                  700.00

08/14/06  Peterson  / (28) Data Analysis                  1.2     840.00
#5536     Review latest coding documents                700.00

08/15/06  Peterson  / (28) Data Analysis                  1.0     700.00
#5537     Telephone Relles re: status of questionnaire review 700.00

08/15/06  Peterson  / (28) Data Analysis                  3.7    2590.00
#5538     Review coding of PIQ forms                    700.00

08/15/06  Relles    / (28) Data Analysis                  4.0    1700.00
#5708     Review database development; experiment with  425.00
          additional methods for eliminating duplicates; rerun
          and compare projections with old methods

08/15/06  Relles    / (28) Data Analysis                  0.5     212.50
#5709     Discuss status of Verus data collection       425.00
```

{D0071620.1 }

```
Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 7

          W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
08/15/06  Relles   / (28) Data Analysis                        0.8     340.00
#5710     Review draft questionnaire review specifications    425.00

08/15/06  Relles   / (28) Data Analysis                        1.0     425.00
#5711     Telephone Peterson re: status of questionnaire      425.00
          review

08/16/06  Peterson  / (28) Data Analysis                       0.6     420.00
#5540     Telephone Relles to discuss data issues and Debtors' 700.00
          motions re: PIQ

08/16/06  Peterson  / (28) Data Analysis                       1.1     770.00
#5542     Review list of Libby settlements                    700.00

08/16/06  Relles   / (28) Data Analysis                        0.6     255.00
#5712     Telephone Peterson re: status of analysis,          425.00
          conference call agenda

08/16/06  Relles   / (28) Data Analysis                        1.2     510.00
#5713     Review emails during first two weeks of August      425.00

08/17/06  Peterson  / (28) Data Analysis                       4.2    2940.00
#5545     Review coding of PIQs                               700.00

08/17/06  Relles   / (28) Data Analysis                        0.8     340.00
#5715     Prepare for conference call                         425.00

08/17/06  Relles   / (28) Data Analysis                        1.1     467.50
#5717     Review old reports mentioned during conference call,425.00
          reformat for distribution

08/17/06  Relles   / (28) Data Analysis                        1.4     595.00
#5718     Catalog and archive dvds                            425.00

08/17/06  Relles   / (28) Data Analysis                        0.4     170.00
#5719     Email Thomas re: Rust database conversion           425.00

08/17/06  Relles   / (28) Data Analysis                        4.1    1742.50
#5720     Convert Rust database to ascii format, produce flat 425.00
          files for each table, print and examine random
          samples from flat files

08/18/06  Ebener   / (28) Data Analysis                        0.5     150.00
#6015     Telephone Peterson re: Verus activities             300.00
```

{D0071620.1 }

```
Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 8

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
08/18/06  Ebener    / (28) Data Analysis                 1.0    300.00
#6016     Telephone Peterson, Relles, Eveland to review data  300.00
          entry specifications

08/18/06  Ebener    / (28) Data Analysis                 0.2     60.00
#6017     Email Relles to request sample cases for audit  300.00

08/18/06  Peterson  / (28) Data Analysis                 1.0    700.00
#5546     Conference call, Ebener, Relles, Verus        700.00

08/18/06  Peterson  / (28) Data Analysis                 0.9    630.00
#5547     Telephone Ebener (.5); Relles (.4) re: Verus  700.00
          activities

08/18/06  Peterson  / (28) Data Analysis                 4.3   3010.00
#5548     Review coding of PIQs                         700.00

08/18/06  Relles    / (28) Data Analysis                 0.4    170.00
#5722     Telephone Peterson re: Verus activities       425.00

08/18/06  Relles    / (28) Data Analysis                 0.6    255.00
#5723     Email Thomas (several) re: additional Rust database  425.00
          conversion problems

08/18/06  Relles    / (28) Data Analysis                 0.7    297.50
#5724     Prepare for conference call with Verus        425.00

08/18/06  Relles    / (28) Data Analysis                 1.0    425.00
#5725     Conference call with Verus, Peterson, Ebener  425.00

08/18/06  Relles    / (28) Data Analysis                 1.4    595.00
#5726     Process and examine Rust data                 425.00

08/18/06  Relles    / (28) Data Analysis                 2.5   1062.50
#5727     Compare Rust data with earlier shipments, assess  425.00
          differences

08/18/06  Relles    / (28) Data Analysis                 4.8   2040.00
#5728     Track down anomalies in image files: duplicates,  425.00
          erroneous identifiers, cases that do not link with
          Rust database

08/19/06  Ebener    / (28) Data Analysis                 0.5    150.00
#6018     Sort and merge list of doctors for data entry  300.00
```

```
Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 9

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
08/19/06  Peterson  / (28) Data Analysis               2.2    1540.00
#5549     Review coding instructions; send clarifying email to  700.00
          Eveland

08/19/06  Peterson  / (28) Data Analysis               4.6    3220.00
#5550     Review PIQs for coding under new instructions  700.00

08/19/06  Relles    / (28) Data Analysis               3.9    1657.50
#5729     Link Rust data with historical files, assess  425.00
          anomalies

08/19/06  Relles    / (28) Data Analysis               5.9    2507.50
#5730     Examine anomalies in image files; compare with Rust  425.00
          relational database and historical claims files

08/20/06  Ebener    / (28) Data Analysis               1.5     450.00
#6019     Inspect PDF files and data output from Rust   300.00
          transmittal CD

08/20/06  Peterson  / (28) Data Analysis               1.2     840.00
#5551     Telephone Relles re: results of image file and  700.00
          historical file comparisons

08/20/06  Peterson  / (28) Data Analysis               3.1    2170.00
#5552     Review summary of PIQ cases; work on sampling  700.00
          framework

08/20/06  Peterson  / (28) Data Analysis               3.8    2660.00
#5553     Review latest pdfs of claims data             700.00

08/20/06  Relles    / (28) Data Analysis               1.5     637.50
#5731     Select sample of 1,000 cases                  425.00

08/20/06  Relles    / (28) Data Analysis               2.6    1105.00
#5732     Read through image files for anomalous cases  425.00

08/20/06  Relles    / (28) Data Analysis               1.2     510.00
#5733     Telephone Peterson re: results of image file and  425.00
          historical file comparisons

08/20/06  Relles    / (28) Data Analysis               1.4     595.00
#5734     Develop pdfs that indicate specific types of  425.00
          problems, send to Ebener and Peterson
```

{D0071620.1 }

```
Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 10

          W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
08/20/06   Relles   / (28) Data Analysis                      1.5   637.50
#5735      Develop known-exposure index, rerun sample of 1,000  425.00
           cases

08/21/06   Ebener   / (28) Data Analysis                      1.0   300.00
#6020      Telephone Peterson, Relles, Eveland to discuss data  300.00
           entry specifications and pretest

08/21/06   Ebener   / (28) Data Analysis                      1.0   300.00
#6021      Meet with Relles re: Verus program for data         300.00
           recording

08/21/06   Ebener   / (28) Data Analysis                      1.5   450.00
#6022      Test draft data entry screens                       300.00

08/21/06   Peterson / (28) Data Analysis                      1.0   700.00
#5554      Conference call with Eveland, Relles and Ebener re:  700.00
           Verus data recording

08/21/06   Peterson / (28) Data Analysis                      2.8  1960.00
#5555      Review disease transitions Grace and PIQ data;      700.00
           request additional transitions from Relles

08/21/06   Peterson / (28) Data Analysis                      1.7  1190.00
#5556      Work on sampling framework                          700.00

08/21/06   Peterson / (28) Data Analysis                      3.1  2170.00
#5557      Address issue of reviewing information from         700.00
           discovery documents

08/21/06   Relles   / (28) Data Analysis                      1.6   680.00
#5736      Prepare tables and documentation for Biggs          425.00

08/21/06   Relles   / (28) Data Analysis                      1.0   425.00
#5737      Conference call with Eveland, Peterson, and Ebener  425.00
           re: Verus data recording

08/21/06   Relles   / (28) Data Analysis                      1.0   425.00
#5738      Meet with Ebener re: Verus program for data         425.00
           recording

08/21/06   Relles   / (28) Data Analysis                      2.1   892.50
#5739      Redesign sampling methods to work with multiple Rust  425.00
           records about a claimant
```

{D0071620.1 }

Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 11

          W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
| --- | --- | --- | --- |
| 08/21/06<br>#5740 | Relles   / (28) Data Analysis<br>Select test samples for Eveland and Ebener | 1.2<br>425.00 | 510.00 |
| 08/21/06<br>#5741 | Relles   / (28) Data Analysis<br>Generate batches of sampled cases | 2.0<br>425.00 | 850.00 |
| 08/21/06<br>#5742 | Relles   / (28) Data Analysis<br>Email David Smith (Caplin-Drysdale) re: anomalous<br>disks | 0.3<br>425.00 | 127.50 |
| 08/21/06<br>#5743 | Relles   / (28) Data Analysis<br>Patch Rust cdrom for use by Verus | 4.4<br>425.00 | 1870.00 |
| 08/21/06<br>#5744 | Relles   / (28) Data Analysis<br>Generate pdf images of sampled cases to send to<br>Verus | 3.0<br>425.00 | 1275.00 |
| 08/22/06<br>#6023 | Ebener   / (28) Data Analysis<br>Meeting with Peterson to review data entry screens<br>and needed revisions | 0.5<br>300.00 | 150.00 |
| 08/22/06<br>#6024 | Ebener   / (28) Data Analysis<br>Prepare list of revisions to data entry screens and<br>email and fax to Eveland | 1.0<br>300.00 | 300.00 |
| 08/22/06<br>#5558 | Peterson  / (28) Data Analysis<br>Review parties' expert designations | 3.4<br>700.00 | 2380.00 |
| 08/22/06<br>#5559 | Peterson  / (28) Data Analysis<br>Review Grace documents re: asbestos products | 1.9<br>700.00 | 1330.00 |
| 08/22/06<br>#5560 | Peterson  / (28) Data Analysis<br>Telephone Relles re: sample selection | 0.4<br>700.00 | 280.00 |
| 08/22/06<br>#5562 | Peterson  / (28) Data Analysis<br>Review sampling information sent by Relles | 0.5<br>700.00 | 350.00 |
| 08/22/06<br>#5563 | Peterson  / (28) Data Analysis<br>Meeting with Ebener to review data entry screens and<br>needed revisions | 0.5<br>700.00 | 350.00 |
| 08/22/06<br>#5745 | Relles   / (28) Data Analysis<br>Document dvds sent to Verus | 1.0<br>425.00 | 425.00 |
| 08/22/06<br>#5746 | Relles   / (28) Data Analysis<br>Telephone Peterson re: sample selection | 0.4<br>425.00 | 170.00 |

Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 12

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 08/22/06 Relles   / (28) Data Analysis | | 1.4 | 595.00 |
| #5747 | Examine additional pdf images | 425.00 | |
| 08/22/06 Relles   / (28) Data Analysis | | 3.3 | 1402.50 |
| #5748 | Patch Rust cdrom for use by Verus | 425.00 | |
| 08/22/06 Relles   / (28) Data Analysis | | 0.7 | 297.50 |
| #5749 | Review case referred to in Eveland email | 425.00 | |
| 08/22/06 Relles   / (28) Data Analysis | | 1.4 | 595.00 |
| #5751 | Catalog images on patched cdroms | 425.00 | |
| 08/22/06 Relles   / (28) Data Analysis | | 2.0 | 850.00 |
| #5752 | Examine questionnaire data, compare with historic data | 425.00 | |
| 08/23/06 Ebener   / (28) Data Analysis | | 2.0 | 600.00 |
| #6025 | Test data entry screens | 300.00 | |
| 08/23/06 Ebener   / (28) Data Analysis | | 0.3 | 90.00 |
| #6026 | Telephone Relles about new version of data entry screens | 300.00 | |
| 08/23/06 Peterson  / (28) Data Analysis | | 0.3 | 210.00 |
| #5564 | Review Ebener comments to Eveland | 700.00 | |
| 08/23/06 Peterson  / (28) Data Analysis | | 3.2 | 2240.00 |
| #5565 | Review Grace interogatory responses and other discovery re: products | 700.00 | |
| 08/23/06 Peterson  / (28) Data Analysis | | 1.1 | 770.00 |
| #5566 | Review summary statistical documents from Relles | 700.00 | |
| 08/23/06 Peterson  / (28) Data Analysis | | 1.8 | 1260.00 |
| #5567 | Review PIQ forms and data | 700.00 | |
| 08/23/06 Relles   / (28) Data Analysis | | 0.6 | 255.00 |
| #5754 | Compose and send email to Biggs | 425.00 | |
| 08/23/06 Relles   / (28) Data Analysis | | 1.6 | 680.00 |
| #5755 | Review questionnaire data looking for response patterns by law firm | 425.00 | |
| 08/23/06 Relles   / (28) Data Analysis | | 1.7 | 722.50 |
| #5756 | Receive latest Verus data entry screens, review screens, set up for Ebener meeting | 425.00 | |

{D0071620.1 }

```
Date: 09/08/06           Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 13

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
08/23/06  Relles    / (28) Data Analysis               0.3     127.50
#5757     Telephone Ebener about new version of data entry  425.00
          screens

08/24/06  Ebener    / (28) Data Analysis               0.3      90.00
#6027     Telephone Peterson re: email                 300.00

08/24/06  Peterson  / (28) Data Analysis               4.8    3360.00
#5568     Compile comprehensive list of Grace asbestos 700.00
          products from multiple sources

08/24/06  Peterson  / (28) Data Analysis               0.5     350.00
#5569     Review Biggs' email re: data                 700.00

08/24/06  Peterson  / (28) Data Analysis               0.8     560.00
#5570     Review Ebener email and respond (.5); telephone 700.00
          Ebener re: email (.3)

08/24/06  Peterson  / (28) Data Analysis               3.3    2310.00
#5571     Review PIQ forms and data                    700.00

08/24/06  Relles    / (28) Data Analysis               2.0     850.00
#5758     Go to SEER site, read documentation, order latest 425.00
          copy of SEER data

08/25/06  Peterson  / (28) Data Analysis               1.7    1190.00
#5572     Review Judge Wolin's decision in fraudulent transfer 700.00
          case

08/25/06  Peterson  / (28) Data Analysis               3.8    2660.00
#5573     Review Verus coding of sample PIQ cases      700.00

08/25/06  Relles    / (28) Data Analysis               1.0     425.00
#5759     Telephone Biggs re: tables                   425.00

08/25/06  Relles    / (28) Data Analysis               0.8     340.00
#5761     Telephone Honig re: duplicates               425.00

08/25/06  Relles    / (28) Data Analysis               2.7    1147.50
#5762     Work on duplicates identification            425.00

08/26/06  Ebener    / (28) Data Analysis               1.7     510.00
#6028     Review sample claims coded by Verus          300.00

08/26/06  Relles    / (28) Data Analysis               5.0    2125.00
#5763     Work on duplicates identification            425.00
```

Date: 09/08/06            Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 14

              W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
08/27/06  Ebener   / (28) Data Analysis                      2.4    720.00
#6029     Review sample claims coded by Verus            300.00

08/27/06  Peterson  / (28) Data Analysis                     2.7   1890.00
#5574     Review detailed coding of sample cases        700.00

08/27/06  Peterson  / (28) Data Analysis                     2.5   1750.00
#5575     Research and compile list of asbestos products and   700.00
          names

08/27/06  Peterson  / (28) Data Analysis                     2.4   1680.00
#5576     Review documents forwarded by Snyder          700.00

08/28/06  Peterson  / (28) Data Analysis                     2.5   1750.00
#5577     Review detailed coding of sample cases        700.00

08/28/06  Peterson  / (28) Data Analysis                     3.2   2240.00
#5578     Research and compile list of asbestos products and   700.00
          names

08/28/06  Peterson  / (28) Data Analysis                     0.3    210.00
#5579     Telephone Relles re: Verus spreadsheet        700.00

08/28/06  Peterson  / (28) Data Analysis                     1.2    840.00
#5580     Compile list of Grace's re-labeled asbestos products  700.00

08/28/06  Relles   / (28) Data Analysis                      1.2    510.00
#5765     Review latest Verus spreadsheet               425.00

08/28/06  Relles   / (28) Data Analysis                      0.3    127.50
#5766     Telephone Peterson re: Verus spreadsheet      425.00

08/30/06  Ebener   / (28) Data Analysis                      0.3     90.00
#6030     Email additional revisions to Eveland         300.00

08/30/06  Peterson  / (28) Data Analysis                     4.6   3220.00
#5581     Review Verus coding and send comments         700.00

08/30/06  Relles   / (28) Data Analysis                      2.0    850.00
#5767     Install SEER program, get familiar with features  425.00

08/30/06  Relles   / (28) Data Analysis                      0.8    340.00
#5768     Read SEER documentation                       425.00

{D0071620.1 }

```
Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 15

          W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
08/30/06  Relles    / (28) Data Analysis              1.2      510.00
#5769     Compute SEER mesothelioma rates using several 425.00
          methods

08/30/06  Relles    / (28) Data Analysis              1.2      510.00
#5770     Investigate US population statistics through 2003  425.00

08/30/06  Relles    / (28) Data Analysis              1.8      765.00
#5771     Compute adjusted estimates of mesothelioma incidence 425.00
          through 2003

08/31/06  Ebener    / (28) Data Analysis              0.3       90.00
#6031     Review Eveland reply to requested updates to data  300.00
          entry screens

08/31/06  Peterson  / (28) Data Analysis              0.7      490.00
#5582     Review Ebener email re: coding and Eveland's   700.00
          responses

08/31/06  Peterson  / (28) Data Analysis              0.8      560.00
#5583     Telephone Relles re: SEER results           700.00

08/31/06  Peterson  / (28) Data Analysis              3.8     2660.00
#5584     Review coding of PIQ forms                  700.00

08/31/06  Relles    / (28) Data Analysis              0.8      340.00
#5772     Telephone Peterson re: SEER results         425.00

08/31/06  Relles    / (28) Data Analysis              1.5      637.50
#5773     Vary assumptions about what is a duplicate, examine 425.00
          effects of assumptions

08/31/06  Relles    / (28) Data Analysis              3.3     1402.50
#5774     Compute age-specific SEER meso rates; compute  425.00
          age-specific population totals; examine sensitivity
          of results to underlying rates
-------------------------------------------------------------------------
```

{D0071620.1 }

Date: 09/08/06           Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 16

            W. R. Grace

        Summary Of Time Charges, By Month and Activity
               August 2006 - August 2006

MONTH      ACTIVITY                              HOURS    AMOUNT
------------------------------------------------------------------------
August   - (05) Claims Anal Objectn/Resolutn (Asbest)    5.2   2760.00
August   - (07) Committee, Creditors'           15.1   8832.50
August   - (28) Data Analysis                  336.5 188792.50
August   - (99) Total                          356.8 200385.00

Total    - (05) Claims Anal Objectn/Resolutn (Asbest)    5.2   2760.00
Total    - (07) Committee, Creditors'           15.1   8832.50
Total    - (28) Data Analysis                  336.5 188792.50
Total    - (99) Total                          356.8 200385.00

--------------------------------------------------------------------------------

{D0071620.1 }

Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 17

              W. R. Grace

          Summary Of Time Charges, By Month and Person
                August 2006 - August 2006

MONTH        PERSON                               HOURS    AMOUNT
----------------------------------------------------------------------
August     - Relles                              126.6  53805.00
August     - Peterson                            193.8 135660.00
August     - Ebener                               36.4  10920.00
August     - Total                               356.8 200385.00

Total      - Relles                              126.6  53805.00
Total      - Peterson                            193.8 135660.00
Total      - Ebener                               36.4  10920.00
Total      - Total                               356.8 200385.00

--------------------------------------------------------------------------------

{D0071620.1 }

```
Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 18

          W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                    August 2006 - August 2006

MONTH      PERSON                           HOURS   RATE    AMOUNT
----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

August     - Relles                           3.2   425.    1360.00
August     - Peterson                         2.0   700.    1400.00

(07) Committee, Creditors'

August     - Relles                           3.7   425.    1572.50
August     - Peterson                         9.6   700.    6720.00
August     - Ebener                           1.8   300.     540.00

(28) Data Analysis

August     - Relles                         119.7   425.   50872.50
August     - Peterson                       182.2   700.  127540.00
August     - Ebener                          34.6   300.   10380.00


--------------------------------------------------------------------------------
```

{D0071620.1 }