## EXHIBIT A

### Asset Analysis and Recovery (1.00 Hours; $ 760.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.00 | $760 | 760.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/03/06 | PVL | 760.00 | 0.30 | Review Baer and Horkovich e-mail re Equitas deal and reply. |
| 08/14/06 | PVL | 760.00 | 0.30 | Teleconference Horkovich re Equitas. |
| 08/22/06 | PVL | 760.00 | 0.10 | Review Horkovich/Bauer e-mails. |
| 08/30/06 | PVL | 760.00 | 0.30 | Review revised Equitas agreement. |

**Total Task Code .01**          **1.00**

### Case Administration (92.00 Hours; $ 20,684.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.60 | $760 | 1,976.00 |
| David B. Smith | 67.40 | $220 | 14,828.00 |
| Andrew D. Katznelson | 3.00 | $185 | 555.00 |
| Carrie D. Kelly | 19.00 | $175 | 3,325.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/06 | PVL | 760.00 | 0.10 | Review JAL e-mail and reply. |
| 08/07/06 | PVL | 760.00 | 0.10 | Review 7 miscellaneous filings. |
| 08/07/06 | CDK | 175.00 | 4.00 | Organized pleadings and documents into case files. |
| 08/08/06 | PVL | 760.00 | 0.10 | Review 16 miscellaneous filings. |

{D0071876.1 }

| 08/08/06 | DBS | 220.00 | 5.40 | Compile documents for attorney review and case files. |
| 08/08/06 | CDK | 175.00 | 7.50 | Organized pleadings and documents into case files. |
| 08/09/06 | DBS | 220.00 | 5.70 | Compile documents for attorney review and case files. |
| 08/10/06 | PVL | 760.00 | 0.10 | Review Wyron e-mail re Equitas and reply. |
| 08/10/06 | DBS | 220.00 | 4.90 | Compile documents for attorney review and case files. |
| 08/10/06 | CDK | 175.00 | 7.50 | Organized pleadings and documents into case files. |
| 08/11/06 | DBS | 220.00 | 4.60 | Compile documents for attorney review and case files. |
| 08/15/06 | DBS | 220.00 | 0.80 | Compile documents for attorney review. |
| 08/16/06 | PVL | 760.00 | 0.10 | Review agenda (.1). |
| 08/16/06 | DBS | 220.00 | 4.90 | Compile documents for expert and attorney review. |
| 08/17/06 | DBS | 220.00 | 5.10 | Compile documents for attorney review (1.0); compile counsels' email addresses (4.1). |
| 08/18/06 | DBS | 220.00 | 5.20 | Compile documents for attorney review and case files. |
| 08/21/06 | PVL | 760.00 | 1.60 | Confer Eskin and Hurford (.1), confer Horkovich (.7) confer Wyron (.3), review Sottiller (5). |
| 08/21/06 | DBS | 220.00 | 4.80 | Compile documents for attorney review and case files. |
| 08/22/06 | PVL | 760.00 | 0.20 | Review twenty-two miscellaneous filings. |
| 08/22/06 | DBS | 220.00 | 4.20 | Compile and organize documents for attorney review and case files. |
| 08/23/06 | DBS | 220.00 | 5.60 | Compile and organize documents for attorney review and case files. |
| 08/24/06 | PVL | 760.00 | 0.10 | Review five miscellaneous filings. |
| 08/24/06 | DBS | 220.00 | 1.10 | Compile and organize documents for attorney review. |

| 08/25/06 | DBS | 220.00 | 1.70 | Compile and organize documents for attorney review. |
| 08/28/06 | PVL | 760.00 | 0.10 | Review five miscellaneous filings. |
| 08/28/06 | ADK | 185.00 | 3.00 | Retrieved and duplicated correspondence for NDF. |
| 08/28/06 | DBS | 220.00 | 5.10 | Compile and organize documents for attorney review and case files. |
| 08/29/06 | PVL | 760.00 | 0.10 | Review 4 miscellaneous filings. |
| 08/29/06 | DBS | 220.00 | 4.30 | Compile and organize documents for attorney review and case files. |
| 08/30/06 | DBS | 220.00 | 4.00 | Compile and organize documents for attorney review and case files. |

**Total Task Code .04      92.00**

**Claim Analysis Objection & Resolution (Asbestos) (12.80 Hours; $ 9,728.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 12.80 | $760 | 9,728.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 08/01/06 | PVL | 760.00 | 0.20 | Confer JAL (.1); review e-mail and reply (.1). |
| 08/03/06 | PVL | 760.00 | 0.60 | Review Cooney draft opposition to motion to compel (.1); review JAL letter to Harding (.1); review revised PI bar date materials and e-mail NDF re same (.4). |
| 08/04/06 | PVL | 760.00 | 0.80 | Review stip re dismissal of Canadian PD claims (.1); review Moody objs to Q (.2); review 7 objections to Q (.5). |
| 08/05/06 | PVL | 760.00 | 1.40 | Review Motley Rice (.1); Thornton and Naumes (.3); Goldberg Persky (.1); Grell (.4); Jacobs and Crumplar (.4); and Wellborn (.1) objs to Q. |

| | | | | |
|---|---|---|---|---|
| 08/07/06 | PVL | 760.00 | 2.60 | Review e-mail (.2); review Candon letter and Barnes questionnaire (.5); review 5 miscellaneous oppositions to motion to compel (.2); review ACC opposition re same (.1); review Grace objection re motion to amend PI CMO (.1); review Grace and Nat'l Union responses to Reaud Morgan motion (.3); review Grace suppl memo re Canadian PD claims (.4); confer NDF and JAL re PI bar date materials (.8). |
| 08/08/06 | PVL | 760.00 | 0.40 | Review Humphry Q obj (.1); review revised bar date materials and JAL e-mail re same (.3). |
| 08/09/06 | PVL | 760.00 | 0.20 | Review 2 objs to motion to compel (.1); teleconference Sakalo (.1). |
| 08/14/06 | PVL | 760.00 | 0.20 | Review e-mail and reply (.1); teleconference NDF (.1). |
| 08/15/06 | PVL | 760.00 | 0.10 | Teleconference EI and NDF. |
| 08/16/06 | PVL | 760.00 | 1.10 | Review three miscellaneous filings regarding claims (.1), review PD Comm. response regarding Canadian claims (.2), review GCCC response to motion to compel (.2), review various law firm responses to motion to compel (.5) review e-mails (.1). |
| 08/17/06 | PVL | 760.00 | 0.50 | Review JAL e-mail and reply (.2), review RMQ reply brief (.1), review revised bar date materials (.2). |
| 08/18/06 | PVL | 760.00 | 0.50 | Review e-mails (.1), review sixteen declarations from various law firms regarding motion to compel (.4). |
| 08/20/06 | PVL | 760.00 | 0.90 | Review e-mails (.2), prepare for hearing (.3), review Grace bar date filings and draft ACC contra filings (.4). |
| 08/22/06 | PVL | 760.00 | 1.10 | Teleconference with NDF (.1), teleconference with EI and NDF(.5), review Forbes articles (.1), confer NDF (.2), review e-mail (.1), review six expert witness lists (.1). |
| 08/23/06 | PVL | 760.00 | 0.70 | Review e-mail (.1), review revised bar date materials and e-mail, JAL re same(.2), review Hurford memo and e-mail comments (.4). |

| 08/24/06 | PVL | 760.00 | 0.20 | Review e-mails and bar date materials and reply. |
| 08/25/06 | PVL | 760.00 | 0.30 | Review e-mails regarding bar date order (.1), review draft memo regarding same and e-mail comments (.2). |
| 08/29/06 | PVL | 760.00 | 0.20 | Review Grace reply re motion to compel. |
| 08/30/06 | PVL | 760.00 | 0.60 | Confer NDF re motion to compel (.5); review e-mail re same (.1). |
| 08/31/06 | PVL | 760.00 | 0.20 | Review Hurford memo (.1); review e-mail (.1). |

**Total Task Code .05        12.80**


**Claim Analysis Objection & Resolution (Non-Asbestos) (.40 Hours; $ 304.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $760 | 304.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/23/06 | PVL | 760.00 | 0.40 | Review Buckwalter opinion, regarding Van Colt. |

**Total Task Code .06        .40**


**Committee, Creditors', Noteholders' or Equity Holders' (.40 Hours; $ 334.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $835 | 334.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/14/06 | EI | 835.00 | 0.40 | Memo to Kazan re: status (.2); memo to Rice re: values (.1); inquiry re: WHO memo (.1). |

{D0071876.1 }

**Total Task Code .07**          **.40**

**Fee Applications, Applicant (7.70 Hours; $ 2,084.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.70 | $435 | 1,174.50 |
| Andrew D. Katznelson | 5.00 | $185 | 910.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/05/05 | ADK | 175.00 | 1.00 | Worked on Interim fee application. |
| 08/08/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 08/01/06 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 08/09/06 | RCT | 435.00 | 0.50 | Review pre-bills |
| 08/10/06 | RCT | 435.00 | 0.50 | Review exhibits for monthly fee app. |
| 08/10/06 | ADK | 185.00 | 1.00 | Worked on fee application |
| 08/11/06 | RCT | 435.00 | 0.50 | Review fee apps - Interim |
| 08/11/06 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 08/16/06 | RCT | 435.00 | 1.00 | Reply to Fee auditor. |
| 08/24/06 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 08/25/06 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 08/31/06 | RCT | 435.00 | 0.20 | Review fee app schedules for September. |

**Total Task Code .12**          **7.70**

## Hearings (8.10 Hours; $ 6,171.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $835 | 167.00 |
| Peter Van N. Lockwood | 7.90 | $760 | 6,004.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/21/06 | PVL | 760.00 | 7.90 | Attend omnibus hearing (7.5), prepare for hearing (.4). |
| 08/31/06 | EI | 835.00 | 0.20 | Hearing prep with NDF. |

**Total Task Code .15     8.10**

## Litigation and Litigation Consulting (304.40 Hours; $ 123,091.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.90 | $835 | 3,256.50 |
| Walter B. Slocombe | 7.70 | $650 | 5,005.00 |
| Nathan D. Finch | 71.90 | $525 | 37,747.50 |
| Jeffrey A. Liesemer | 113.30 | $425 | 48,152.50 |
| James P. Wehner | 11.90 | $405 | 4,819.50 |
| Adam L. VanGrack | 60.10 | $250 | 15,025.00 |
| Danielle K. Graham | 17.90 | $290 | 5,191.00 |
| David B. Smith | 17.70 | $220 | 3,894.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/06 | WBS | 650.00 | 4.20 | Conference call re doc disc issues (.8), conference NDF, JAL re status of expert selection/identification (.3), work on response to motion to compel, incl res on zero est issue, telephone conference EI and revision of draft (3.1). 08/01/06       EI       835.00       0.40     T/c WBS re: response to discovery motion (.2); t/c Rice re: status (.2). |

| 08/01/06 | NDF | 525.00 | 2.70 | Work on discovery plan for estimation case (2.4); review and edit ACC response to Grace motion to compel (0.3). |
|----------|-----|--------|------|-----|
| 08/01/06 | DBS | 220.00 | 5.80 | Compile documents for attorney review and case files (1.8); conduct research on potential experts for attorney review (1.5); cite check brief for attorney review (2.5). |
| 08/01/06 | DKG | 290.00 | 5.00 | Conduct research and finalize Opposition to Motion to Compel. |
| 08/01/06 | JAL | 425.00 | 4.60 | Review and analysis of materials in connection w/estimation discovery (.70); telephone call w/M. Eskin re: expert witnesses in estimation proceeding (.10); teleconf. w/NDF, ALV, B. Harding and other counsel re: estimation discovery issues (.40); teleconf. w/NDF, ALV and R. Mullady, FCR's counsel re: estimation-related discovery issues (.30); office conf. w/NDF, WBS, ALV re: estimation discovery, strategy and next steps (.40); office conf. w/ALV re: review of estimation document discovery (.70); drafted and revised memo to D. Dixon re: Grace's motion to compel (.40); telephone call w/PVNL re: our opposition to Grace's motion to compel (.10); telephone call w/WBS re: draft opposition to Grace's motion to compel (.30); reviewed and revised draft of opposition to Grace's motion to compel (.40); reviewed and revised draft letter to Grace's counsel re: document discovery issues (.80). |
| 08/01/06 | ALV | 250.00 | 4.10 | Teleconference with estimation hearing parties re discovery matters followed up by internal meetings with JAL, NDF, DBS, and WBS (1.8); draft outstanding discovery letter to B. Harding (2.0); review recent pleadings (0.3). |
| 08/02/06 | WBS | 650.00 | 2.90 | Review July 24 hearing transcript (.8), final res and review of draft of response to motion to compel (2.1). |
| 08/02/06 | NDF | 525.00 | 0.50 | Telephone conference with Dr. Welch re report. |
| 08/02/06 | DBS | 220.00 | 6.10 | Compile documents for attorney review and case files (.5); cite check brief for attorney review (5.6). |
| 08/02/06 | DKG | 290.00 | 2.80 | Finalize Motion to Compel (2.0); attention to expert issues (0.8). |

| 08/02/06 | JAL | 425.00 | 5.50 | Further revisions and editing to draft letter to Grace counsel re: outstanding discovery (1.9); drafted and revised memo to PVNL and NDF re: Grace motion to compel (.20); drafted and revised e-mail to R. Mullady and G. Rasmussen, FCR's counsel, re: outstanding discovery issue (.10); drafted response e-mail to WBS re: Grace motion to compel (.10); reviewed and edited opposition to Grace motion to compel (3.0); telephone call w/R. Rescho re: grace motion to compel (.10); telephone call w/WBS re: edits to opposition to Grace motion to compel (.10). |
| 08/02/06 | ALV | 250.00 | 0.40 | Review recent pleadings. |
| 08/03/06 | NDF | 525.00 | 2.90 | Review medical literature re amount of exposure issue. |
| 08/03/06 | DBS | 220.00 | 5.20 | Compile documents for attorney review and case files (1.1); cite check brief for attorney review (4.1). |
| 08/03/06 | JAL | 425.00 | 5.50 | Office conf. w/NDF re: discovery planning and next steps (.40); drafted memo to DBS re: final review and editing of opposition to motion to compel (.30); revised and finalized letter to Grace counsel re: outstanding discovery issues (1.4); reviewed opposition of committee member to Grace motion to compel (.60); drafted and revised memo to counsel for committee member re: such member's opposition to the motion to compel (1.2); telephone call with Sandra Jelks re: Grace's motion to compel (.20); office conference w/DBS re: opposition to motion to compel (.10); office conf. w/ALV and DBS re: Grace document production (.10); revised and finalized opposition to Grace motion to compel (1.2). |
| 08/04/06 | NDF | 525.00 | 0.50 | Correspond with FCR counsel re case issues. |
| 08/04/06 | DBS | 220.00 | 0.60 | Compile documents for attorney review. |
| 08/04/06 | JAL | 425.00 | 0.90 | Reviewed objections to the Grace motion to compel filed on behalf of individual claimants (.30); revised and edited letter to B. Harding re: Sealed Air documents (.60). |
| 08/07/06 | NDF | 525.00 | 3.30 | Review pleadings filed in response to motion to compel (1.2); conference with PVNL and JAL re bar date issue (1.0); research and respond to Peterson query re Grace products (1.1). |

{D0071876.1 }

| 08/07/06 | DKG | 290.00 | 0.80 | Attention to issues re Grace questionnaire and motion to compel. |
|----------|-----|--------|------|------------------------------------------------------------------|
| 08/07/06 | JAL | 425.00 | 8.00 | Meeting w/NDF and JPW re: estimation strategy and discovery issues (.80); review and analysis of Grace bar date materials and legal research related thereto (2.6); office conference w/PVNL and NDF re: revised bar date materials circulated by Grace (.90); edited and revised bar date materials circulated by Grace last week (3.7). |
| 08/07/06 | JPW | 405.00 | 1.00 | Meeting with NDF and JAL re status of case |
| 08/08/06 | NDF | 525.00 | 0.30 | Review JAL response to Grace re bar date issues. |
| 08/08/06 | JAL | 425.00 | 7.10 | Review, revised, and edited proposed bar-date notice, bar-date notice, and proof of claim form (5.70); drafted and revised memo to S. Bianca, debtors' counsel, re: changes and edits made to the bar-date materials (1.40). |
| 08/09/06 | NDF | 525.00 | 0.50 | Review additional pleadings filed in response to motion to compel. |
| 08/09/06 | ALV | 250.00 | 4.20 | Contact experts for the estimation hearing regarding their upcoming reports (0.3); review documents from Grace's Boca Raton document repository (3.9). |
| 08/09/06 | JPW | 405.00 | 1.10 | Review oppositions to Motion to Compel |
| 08/10/06 | NDF | 525.00 | 0.40 | Emails to constituent counsel re Grace motion to compel. |
| 08/11/06 | NDF | 525.00 | 0.20 | Review recent correspondence from Grace expert. |
| 08/11/06 | JAL | 425.00 | 0.20 | E-mail exchanges w/S. Bianca re: revisions to bar-date materials and conf. call to discuss (.10); e-mail exchanges w/ALV and M. Hurford re: same (.10). |
| 08/11/06 | ALV | 250.00 | 0.50 | Review recent pleadings. |
| 08/14/06 | WBS | 650.00 | 0.60 | Review objections/oppositions of Cooney and other PI firms to questionnaire. |
| 08/14/06 | EI | 835.00 | 0.10 | T/c NDF re: status (.1). |
| 08/14/06 | NDF | 525.00 | 3.00 | Telephone conference with Heberling re case issues (0.8); telephone conference with FCR lawyers re |

{D0071876.1 }

| | | | | experts and other case issues (0.5);telephone conference with potential expert re IH issue (0.2);telephone conference with Peterson re questionnaire review issue (0.8); telephone conference with EI re case issues (0.2); review LAS instructions for questionnaire audit process (0.5). |
|---|---|---|---|---|
| 08/14/06 | JAL | 425.00 | 5.10 | Revised and edited letter to B. Harding re: Sealed Air documents (.80); conf. call w/Peterson, P. Ebbiner, and NDF re: estimation-related issues (.80); office conf. w/NDF re: estimation-related issues (.20); review and analysis of U.S. district court's decision in Grace criminal proceeding regarding statutory and regulatory construction issues (1.10); drafted and revised memo to DBS re: objections to Grace's motion to compel (.20); drafted and revised memo to JPW and DKG re: estimation expert witness reports (.20); drafted and revised memo to ALV re: estimation expert witness reports (.10); teleconf. w/NDF and FCR's counsel re: estimation-related discovery and expert reports (.60); telephone call w/G. Rasmussen and D. Felder, FCR's counsel, re: estimation-related discovery and expert reports (.10); drafted e-mail to M. Peterson re: estimation-related discovery and expert reports (.20); second telephone conf. w/G. Rasmussen, D.Felder, and A. Goldberg re: estimation-related discovery and experts (.50); review and analysis of materials relating to estimation proceeding and discovery (.30). |
| 08/14/06 | ALV | 250.00 | 1.10 | Contact experts for the estimation hearing regarding their upcoming reports. |
| 08/15/06 | NDF | 525.00 | 5.20 | Telephone conference with potential expert re case issues (0.6); telephone conference with Peterson re estimation issues (0.5); review prior expert reports and form a view as to who to designate on 8/21 (3.6); telephone conference with FCR lawyers re case issues (0.5). |
| 08/15/06 | DKG | 290.00 | 0.80 | Attention to issues re expert witnesses. |
| 08/15/06 | JAL | 425.00 | 5.40 | Reviewed e-mail and attachment from D. Felder re: proposed expert stipulation (.10); drafted and revised memo to D. Felder re: materials relating to estimation discovery (.40); review and analysis of materials relating to estimation proceeding and discovery (.80); e-mail exchanges with co-counsel re: proposed expert stipulation in estimation proceeding |

|            |     |        |      | (.40); review and analysis of Grace's re-draft of the bar-date materials (.70); office conf. w/NDF re: estimation proceeding, strategy considerations, and next steps (.20); further revisions and editing to draft letter to B. Harding re: Sealed Air documents and reviewed and edited accompanying document index (1.2); legal research and analysis regarding certain estimation-related issues (1.6). |
|------------|-----|--------|------|---|
| 08/15/06 | JPW | 405.00 | 1.20 | Read objections and responses to Motion |
| 08/16/06 | NDF | 525.00 | 1.50 | Work on asbestos estimation matters - consideration and memo re use of Armstrong decision for Grace hearing on 9/11 (1.0); review decision in criminal case re Grace (0.5). |
| 08/16/06 | DKG | 290.00 | 3.50 | Attention to issues re expert witnesses. |
| 08/16/06 | JAL | 425.00 | 5.90 | Revised and finalized letter to B. Harding re: Sealed Air documents (.80); review and analysis of Grace's re-draft of the bar date materials, transcript of last omnibus hearing, and related documents (2.9); telephone call w/J. Sakalo, counsel for the property-damage committee, re: the Sealed Air documents (.10); telephone call w/M. Eskin re: the proposed bar-date materials (.30); e-mail exchanges w/FCR's counsel re: estimation-related discovery (.30); drafted and revised memo to PVNL and NDF re: Grace's re-draft of the bar-date materials (.40); review and analysis of materials relating to the Sealed Air documents (.30); telephone call w/EGB re: document discovery in the ISP matter (.10); office conf. w/NDF re: strategy issues in estimation case (.30); telephone call and message to S. Bianca, debtors' counsel,  re: proposed bar-date materials (.10); review and analysis of materials relating to estimation proceeding (.30). |
| 08/16/06 | ALV | 250.00 | 0.90 | Prepare the ACC's expert designations (0.3); review Barry Castleman's report and discuss the report with him (0.6). |
| 08/17/06 | EI  | 835.00 | 0.40 | T/c NDF re: status (.2); memo to Jacobs re: hearings (.2). |
| 08/17/06 | NDF | 525.00 | 4.20 | Telephone conference with Peterson and Biggs re data issues (0.8); work on expert reports for asbestos estimation (3.4). |

| 08/17/06 | JAL | 425.00 | 5.80 | Teleconf. w/S. Bianca re: issues relating to draft bar-date materials (.80); email exchanges w/Committee counsel re: draft bar-date materials (.40); drafted and revised memo to PVNL and NDF re: draft bar-date materials and discussion points with Grace (1.30); second teleconf. w/S. Bianca re: draft bar-date materials (.20); telephone call w/NDF, FCR counsel and estimation experts re: Grace data base issues (1.3); telephone call w/S. Esserman re: proposed bar-date materials (.30); telephone call w/R. Phillips re: proposed bar-date materials (.20); third telephone conf. w/S. Bianca re: draft bar-date materials (.20); drafted and revised memo to NDF and JPW re: designation of experts in estimation case (.20); drafted and revised memo to B. Harding re: August 29 mediation (.10); further email exchanges w/JPW re: designation of experts (.20); telephone call w/Kathleen Campbell Davis re: proposed bar-date materials (.20); email exchanges w/NDF and Delaware counsel re: August 29 mediation and related issues (.20); drafted memo to R. Rescho re: August 29 mediation on the motion to compel (.20). |
| 08/17/06 | JPW | 405.00 | 0.80 | Expert issues |
| 08/18/06 | EI | 835.00 | 0.60 | Correspondence re: mediation and Hearing (.2); t/c NDF re: status (.2); memos re: exclusivity (.2). |
| 08/18/06 | NDF | 525.00 | 2.60 | Draft memo to claimant counsel re mediation (1.0); read Florence expert report for use in Grace cross (0.5); revise expert disclosure document (0.2); review expert opinion from Castleman (0.5); telephone conference with EI re case issues (0.2); email correspondence with Baena and Frankel re exclusivity (0.2). |
| 08/18/06 | JAL | 425.00 | 4.90 | Telephone call w/D. Felder re: bar-date materials (.40); review and analysis of materials relating to estimation proceeding and discovery (1.8); drafted email to S. Bianca re: proposed bar-date materials (.10); revised and edited written designation of expert witnesses for estimation hearing (.30); telephone call w/S. Bianca re: bar-date materials (.20); telephone call w/K. Davis, local counsel, regarding bar-date materials (.10); second telephone call w/K. Davis re: same (.20); third telephone call w/K. Davis re: same (.10); telephone call w/G. Holmes re: Grace bankruptcy proceeding (.20); drafted and revised memo re: bankruptcy and |

|          |     |        |      | estimation matters (.50); email exchanges w/NDF and K. Davis re: Grace's revised bar-date materials (.40); review and analysis of Grace's revised bar-date materials (.60). |
|----------|-----|--------|------|---|
| 08/18/06 | JPW | 405.00 | 0.50 | Review draft expert disclosure |
| 08/19/06 | JAL | 425.00 | 5.40 | Review, analysis, and revisions to proposed bar-date materials and drafted and revised brief in support of Committee's version of the proposed bar-date materials. |
| 08/20/06 | NDF | 525.00 | 0.50 | Review JAL draft responses re bar date and email to him re same. |
| 08/20/06 | JAL | 425.00 | 3.40 | Further drafting and revisions in support of Committee's version of the bar-date materials (3.1); reviewed memo from PVNL re: his comments on brief in support of Committee's version of the bar-date materials (.10); drafted and revised memo to PVNL re: draft brief in support of Committee's version of the bar-date materials (.20). |
| 08/21/06 | EI  | 835.00 | 0.20 | T/c NDF re: Libby issue (.2). |
| 08/21/06 | NDF | 525.00 | 1.70 | Revise and edit expert disclosure document (0.5); telephone conference with EI re case issues (0.2); draft memo to Libby claimants' counsel re case issue (0.5); review email correspondence re expert issues (0.5). |
| 08/21/06 | DKG | 290.00 | 0.50 | Attention to issues re case status. |
| 08/21/06 | JAL | 425.00 | 9.70 | Revised and finalized Committee's version of bar-date materials, created redlines for the Court, and revised and finalized brief in support of the Committee's version of the bar-date materials (1.5); brief review of the "as filed" version of the Committee's bar-date materials and brief (.10); drafted e-mails (2x) to D. Felder re: Committee's version of the bar-date materials and today's hearing thereon (.30); telephone call w/M. Hurford re: Committee's version of the bar-date materials and today's hearing thereon (.30); prep. for today's omnibus hearing on bar-date materials and other issues (1.2); reviewed Grace's amended agenda letter (.10); drafted e-mail to PVNL re: Grace's amended agenda letter (.10); reviewed memo from BSB re: court's ruling in Grace criminal proceeding (.20); |

| | | | | office conf. w/M. Hurford re: bar-date materials and today's omnibus hearing in Grace (.30); appearance and argument at Grace omnibus hearing before the Bankruptcy Court (5.6). |
|---|---|---|---|---|
| 08/21/06 | JPW | 405.00 | 2.10 | Expert reports |
| 08/22/06 | EI | 835.00 | 1.50 | T/c PVNL/NDF to plan for 9/11 issues at hearing (.5); t/c PVNL/NDF, Frankel, Baena, et al. to plan for 9/11 hearing on exclusivity (1.0). |
| 08/22/06 | NDF | 525.00 | 5.40 | Prepare asbestos estimation case (work on expert witness reports) (4.5); telephone conference with EI and Baena re exclusivity and discovery issues (0.9). |
| 08/22/06 | DKG | 290.00 | 1.20 | Attention to issues re expert witnesses (0.6); attention to issues re omnibus hearing (0.6). |
| 08/22/06 | JAL | 425.00 | 2.80 | Reviewed memo from M. Hurford re: yesterday's omnibus hearing (.30); drafted and revised memo to EI, PVNL, and NDF re: yesterday's omnibus hearing and related issues (.80); brief review re: parties' expert designations in estimation proceeding, and drafted e-mail to NDF re: same (.30); review and analysis of materials relating to estimation proceeding (.03); meeting w/PVNL, NDF, JPW and ALV re: strategy, expert witnesses, and legal issues in the estimation proceeding (1.10). |
| 08/22/06 | ALV | 250.00 | 0.50 | Strategy discussion of issues concerning discovery and estimation trial. |
| 08/22/06 | ALV | 250.00 | 1.50 | Review Grace transcripts before Judge Fitzgerald from July 2005 to present for preparation of memo on the Judge's rulings. |
| 08/22/06 | JPW | 405.00 | 3.00 | Read expert disclosures (1.2); expert report issues (1.8) |
| 08/23/06 | NDF | 525.00 | 3.60 | Prepare asbestos estimation case (review factual materials to send to experts). |
| 08/23/06 | JAL | 425.00 | 2.00 | Office conf. w/ALV re: prep. for mediation and hearing on motion to compel (.10); office conf. w/NDF re: estimation strategy, Grace motion to compel and other discovery-related issues (.40); second office conf. w/ALV re: prep. for mediation and hearing on motion to compel (.20); review and analysis of revised bar-date materials circulated by |

| | | | | |
|---|---|---|---|---|
| | | | | Grace's counsel (.70); reviewed and edited memo from M. Hurford re: this month's omnibus hearing (.40); drafted e-mail to M. Hurford re: comments on his memo re: this month's omnibus hearing (.20). |
| 08/23/06 | ALV | 250.00 | 9.80 | Review Grace transcripts before Judge Fitzgerald from July 2005 to present for preparation of memo on the Judge's rulings. |
| 08/24/06 | NDF | 525.00 | 4.10 | Prepare asbestos estimation case. |
| 08/24/06 | JAL | 425.00 | 1.50 | E-mail correspondence w/J. Baer, debtors' counsel, regarding proposed bar-date materials (.60); telephone calls (2x) w/J. Baer re: proposed bar-date materials (.20); review and analysis of proposed revision to bar-date order (.20); drafted e-mails to PVNL re: proposed bar-date materials and exchange of e-mails with him re: same (.30); reviewed revised draft of memo from M. Hurford re: this month's omnibus hearing (.10); drafted response e-mail to R. Rescho re: next week's mediation (.10). |
| 08/24/06 | ALV | 250.00 | 8.20 | Review Grace transcripts before Judge Fitzgerald from July 2005 to present for preparation of memo on the Judge's rulings. |
| 08/24/06 | JPW | 405.00 | 1.10 | Expert report issues |
| 08/25/06 | EI | 835.00 | 0.50 | T/c Frankel re: status (.2); t/c Rice re: bar date (.1); reviewed Hurford memo (.1); memo re: bar date materials (.1). |
| 08/25/06 | NDF | 525.00 | 2.20 | Telephone conference with J. Heberling re case estimation issues (0.8); review and gather materials to send to J. Heberling re estimation trials (1.1); review memo to ACC re bar date (0.2); email to JAL re same (0.1). |
| 08/25/06 | JAL | 425.00 | 7.10 | Drafted response memo to R. Rescho re: Bankruptcy Court's bar-date order (.30); drafted memo to M. Hurford re: Court's bar-date order (.10); drafted and revised memo to EI, PVNL, and NDF re: Court's approval of the bar-date materials (.30); review and analysis of the bar-date materials as approved by the Bankruptcy Court (.40); drafted and revised memo to Committee re: bar-date materials approved by the Court (4.60); drafted and revised letter to discovery mediator to initiate mediation of certain unresolved discovery disputes with Grace (.80); reviewed ALV's |

|  |  |  |  | memo re: estimation related discovery and questionnaires (.60). |
|---|---|---|---|---|
| 08/25/06 | ALV | 250.00 | 8.80 | Review Grace transcripts before Judge Fitzgerald from July 2005 to present for preparation of memo on the Judge's rulings (7.8); review documents from Grace's Boca Raton document repository (1.0). |
| 08/25/06 | JPW | 405.00 | 1.10 | Expert report issues (.4); review for data materials (.7) |
| 08/27/06 | JAL | 425.00 | 4.00 | Revisions and editing of memo re: claimants' questionnaire objections (3.5); further revisions and editing of memo to Committee re: Grace's proposed bar-date materials (.50). |
| 08/27/06 | ALV | 250.00 | 2.80 | Review Grace transcripts before Judge Fitzgerald from July 2005 to present for preparation of memo on the Judge's rulings. |
| 08/28/06 | NDF | 525.00 | 8.30 | Prepare for mediation re motions to compel (4.5); review and revise draft expert reports (2.6); prepare chart of needed discovery (1.2). |
| 08/28/06 | DKG | 290.00 | 0.50 | Attention to issues re expert witnesses. |
| 08/28/06 | JAL | 425.00 | 4.90 | Further revisions to chart re: questionnaire issues (.20); office conf. w/ALV re: chart on questionnaire issues (.30); office conf. w/NDF re: draft memo to Committee re: bar-date materials and related issues (.10); further editing and revisions to memo to Committee re: bar-date materials and related issues (1.3); reviewed ALV's revisions to chart on questionnaire objections (.20); drafted and revised second memo re: bar-date materials and related issues (.70); reviewed e-mail message from S. Kazan and drafted response e-mail (.10); reviewed draft expert report to be filed in estimation proceeding (.30); drafted and revised e-mail in response to inquiry from Committee member counsel (.20); review and analysis of reply brief filed by Grace in response to the objections to Grace's motion to compel (.30); review and analysis of objections and responses to Grace's motion to compel (1.2). |
| 08/28/06 | ALV | 250.00 | 5.70 | Review Grace transcripts before Judge Fitzgerald from July 2005 to present for preparation of memo on the Judge's rulings (3.8); review documents from Grace's Boca Raton document repository (1.0); |

|          |      |        |      |                                                                                                                                                                                                                                                                  |
|----------|------|--------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |      |        |      | review of the current draft of Barry Castleman's expert report, sections of Castleman's book, and discussion of edits with him (0.4); preparation for Pre-discovery mediation strategy meeting (0.5).                                                               |
| 08/29/06 | NDF  | 525.00 | 8.50 | Prepare for mediation session with claimants' counsel (2.5); meet with Grace counsel and mediator (5.0); meet with claimants' counsel to debrief (1.0).                                                                                                             |
| 08/29/06 | JAL  | 425.00 | 8.20 | Office conf. w/NDF, ALV and M. Hurford re: prep. for mediation session and related issues (.50); meeting w/NDF, ALV, M. Hurford, and individual claimants' counsel re: prep. for mediation, related strategy, and related discovery issues (2.5); attendance and participation at discovery mediation session re: Grace motion to compel (5.2). |
| 08/29/06 | ALV  | 250.00 | 6.10 | Pre-discovery mediation strategy meeting with members of the committee Sandy Esserman, NDF, and JAL (also preparation for and duties stemming from the meeting) (3.5); review documents from Grace's Boca Raton document repository (2.6).                            |
| 08/30/06 | EI   | 835.00 | 0.20 | Review of Frankel material.                                                                                                                                                                                                                                        |
| 08/30/06 | NDF  | 525.00 | 3.20 | Telephone conference with WBS re case issues (0.2); review materials re pleading due September 7 (0.3); review Frankel slides re exclusivity (0.5); confer with EI re mediation (0.2); work on master site list discovery (0.9); review materials received from Peterson re Grace (1.1). |
| 08/30/06 | DKG  | 290.00 | 0.50 | Attention to issues re expert witnesses and fee retention; correspondence with D. Felder re the same.                                                                                                                                                              |
| 08/30/06 | JAL  | 425.00 | 0.70 | Drafted and revised e-mail to B. Harding re: meet-and-confer discovery conf. (.10); reviewed e-mail correspondence relating to estimation and discovery (.50); review and analysis of materials relating to estimation (.10).                                        |
| 08/30/06 | ALV  | 250.00 | 5.50 | Review of the current draft of Barry Castleman's expert report and discussion of changes with him (1.0); review documents from Grace's Boca Raton document repository (4.5).                                                                                         |
| 08/31/06 | NDF  | 525.00 | 6.60 | Work on expert reports for estimation case (5.5); draft memo and emails to Frankel, et al. re exclusivity slides (1.1).                                                                                                                                             |

| 08/31/06 | DKG | 290.00 | 2.30 | Attention to issues re expert witnesses. |
|---|---|---|---|---|
| 08/31/06 | JAL | 425.00 | 4.70 | Drafted and revised submission to the Court re: outstanding discovery issues (.50); office conf. w/NDF re: estimation-related discovery issue (.10); drafted committee's submission re: issues that remain outstanding following discovery mediation (.40); drafted and revised response to R. Rescho regarding bar-date issues (.30); reviewed memo from NDF and M. Hurford re: mediation and discovery issues (.40); drafted and revised submission to the Court re: issues remaining unresolved following mediation (3.0). |

**Total Task Code .16          304.40**


**Plan & Disclosure Statement (1.20 Hours; $ 912.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.20 | $760 | 912.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/22/06 | PVL | 760.00 | 1.00 | Teleconference with Baena, Frankel, EI and NDF (.8), review 2004 motion. |
| 08/30/06 | PVL | 760.00 | 0.10 | Review Frankel slides re excl. |
| 08/31/06 | PVL | 760.00 | 0.10 | Review Frankel and NDF e-mail re exclusivity. |

**Total Task Code .17          1.20**


**Travel – Non Working (6.60 Hours; $ 1,972.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 3.40 | $380.00 | 1,292.00 |
| Jeffrey A. Liesemer | 3.20 | $212.50 | 680.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/21/06 | PVL | 380.00 | 3.40 | Travel to and from Wilmington, DE for hearing. |
| 08/21/06 | JAL | 212.50 | 3.20 | Travel to/from DC to Delaware re: omnibus hearing. |
| Total Task Code .21 | | 6.60 | | |

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,772.60 |
| Air Freight & Express Mail | 102.16 |
| Charge of Cell and/or Home Phone Useage | 17.28 |
| Conference Meals | 230.45 |
| Database Research | 1,281.40 |
| Long Distance-Equitrac In-House | 9.01 |
| Meals Related to Travel | 13.50 |
| Miscellaneous: Client Advances | 24.87 |
| NYO Long Distance Telephone | 1,050.80 |
| Outside Local Deliveries | 23.98 |
| Outside Photocopying/Duplication Service | 4,376.74 |
| Postage | 3.57 |
| Professional Fees & Expert Witness Fees | 5,491.00 |
| Research Material | 77.92 |
| Telecopier/Equitrac | 6.30 |
| Travel Expenses - Ground Transportation | 300.00 |
| Xeroxing | 1,353.90 |

Total:     $16,135.48