**EXHIBIT B**

**Asset Analysis and Recovery (1.0 Hours; $ 760.00)**

      Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the state.

**Total Task Code .01**         **1.0**


**Case Administration (92.0 Hours; $ 20,684.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**         **92.0**


**Claim Analysis Objection & Resolution (Asbestos) (12.8 Hours; $ 9,728.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**         **12.8**


**Claim Analysis Objection & Resolution (Non-Asbestos) (.4 Hours; $ 304.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**         **.4**


**Committee, Creditors', Noteholders' or Equity Holders' (.4 Hours; $ 334.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**         **.4**


**Fee Applications, Applicant (7.7 Hours; $ 2,084.50)**

{D0071877.1 }
DOC#151898

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        7.7**

**Hearings (8.1 Hours; $ 6,171.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        8.1**

**Litigation and Litigation Consulting (304.4 Hours; $ 123,091.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        304.4**

**Plan & Disclosure Statement (1.2 Hours; $ 912.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        1.2**

**Travel Non-Working (6.6 Hours; $ 1,972.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        6.6**