**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,772.60 |
| Air Freight & Express Mail | 102.16 |
| Charge of Cell and/or Home Phone Useage | 17.28 |
| Conference Meals | 230.45 |
| Database Research | 1,281.40 |
| Long Distance-Equitrac In-House | 9.01 |
| Meals Related to Travel | 13.50 |
| Miscellaneous: Client Advances | 24.87 |
| NYO Long Distance Telephone | 1,050.80 |
| Outside Local Deliveries | 23.98 |
| Outside Photocopying/Duplication Service | 4,376.74 |
| Postage | 3.57 |
| Professional Fees & Expert Witness Fees | 5,491.00 |
| Research Material | 77.92 |
| Telecopier/Equitrac | 6.30 |
| Travel Expenses - Ground Transportation | 300.00 |
| Xeroxing | 1,353.90 |
| Total: | $16,135.48 |